# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Dube v. Signet Jewelers Limited, et al.*, No. 1:16-cv-06728-JMF (S.D.N.Y.)
*Felix v. Symantec Corporation, et al.*, No. 3:18-cv-02902 (N.D. Cal.)
*In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033 (N.D. Cal.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

ANADARKO

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2020.

        Norfolk County Council as Administering Authority of the Norfolk Pension Fund

        By: /s/ Glenn Cossey

        Its: Director of the Norfolk Pension Fund

ANADARKO

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/13/2015 | 4,200 | $77.57 |
| 07/06/2015 | 500 | $75.24 |
| 07/08/2015 | 2,700 | $75.23 |
| 07/15/2015 | 900 | $75.21 |
| 07/23/2015 | 4,100 | $72.03 |
| 10/08/2015 | 29,068 | $71.24 |
| 11/16/2015 | 16,140 | $60.69 |
| 03/01/2016 | 1,950 | $38.77 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/24/2015 | 3,669 | $81.41 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

IRON WORKERS LOCAL 580 JOINT FUNDS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*McKenna v. Dick's Sporting Goods, Inc.*, No. 1:17-cv-03680 (S.D.N.Y.)
*Howard v. Arconic Inc.*, No. 2:17-cv-01057 (W.D. Pa.)
*Barnes v. Edison International*, No. 2:18-cv-09690 (C.D. Cal.)
*Gross v. AT&T Inc.*, No. 1:19-cv-02892 (S.D.N.Y.)
*Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Company*, No. 2:19-cv-15982 (D.N.J.)
*Vataj v. Johnson*, No. 4:19-cv-06996 (N.D. Cal.)

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Parchmann v. MetLife, Inc.*, No. 1:18-cv-00780 (E.D.N.Y.)
*Chandler v. Ulta Beauty, Inc.*, No. 1:18-cv-01577 (N.D. Ill.)
*Holwill v. AbbVie Inc.*, No. 1:18-cv-06790 (N.D. Ill.)
*Iron Workers Local 580 Joint Funds v. NVDIA Corporation*, No. 4:18-cv-07669 (N.D. Cal.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.*, No. 1:19-cv-01323 (N.D. Ill.)
*Segalis v. Molson Coors Brewing Company*, No. 1:19-cv-00455 (D. Colo.)
*Cambridge Retirement System v. EQT Corporation*, No. 2:19-cv-00754 (W.D. Pa.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __1__ day of __April__, 2020.

IRON WORKERS LOCAL 580 JOINT FUNDS

By: _____
Sean Boyle, Fund Administrator

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Annuity Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/09/2015 | 1,300 | $83.80 |
| 09/04/2015 | 65 | $68.60 |
| 04/13/2016 | 107 | $49.68 |
| 07/08/2016 | 178 | $55.92 |
| 09/23/2016 | 369 | $60.82 |
| 11/21/2016 | 571 | $63.78 |
| 11/21/2016 | 3,944 | $63.66 |
| 12/07/2016 | 13,375 | $68.29 |
| 12/09/2016 | 5,698 | $70.34 |
| 12/29/2016 | 380 | $70.03 |
| 04/21/2017 | 850 | $59.49 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/24/2015 | 359 | $81.40 |
| 06/24/2015 | 448 | $81.40 |
| 03/28/2016 | 106 | $45.40 |
| 11/14/2016 | 4 | $60.06 |
| 11/15/2016 | 4 | $62.16 |
| 11/16/2016 | 11 | $62.10 |
| 11/17/2016 | 73 | $61.62 |
| 11/18/2016 | 32 | $61.79 |
| 11/22/2016 | 18 | $62.49 |
| 11/22/2016 | 46 | $62.91 |
| 11/23/2016 | 4 | $64.40 |
| 12/19/2016 | 35 | $70.95 |
| 12/19/2016 | 101 | $71.02 |
| 02/22/2017 | 4,575 | $66.84 |
| 03/06/2017 | 1,644 | $63.30 |
| 03/27/2017 | 1,186 | $60.01 |
| 04/27/2017 | 4,315 | $56.76 |

**Apprentice Journeymen Educational Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/06/2016 | 1,400 | $68.30 |
| 04/21/2017 | 300 | $59.44 |

**Insurance Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/07/2016 | 5,700 | $68.29 |
| 04/21/2017 | 1,250 | $59.49 |

**Pension Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/09/2015 | 2,077 | $83.80 |
| 08/20/2015 | 400 | $71.52 |
| 08/21/2015 | 500 | $70.03 |
| 08/24/2015 | 600 | $65.69 |
| 08/25/2015 | 300 | $65.92 |
| 12/23/2015 | 1,300 | $49.81 |
| 12/31/2015 | 141 | $48.62 |
| 04/13/2016 | 175 | $49.68 |
| 07/08/2016 | 293 | $55.92 |
| 09/20/2016 | 3,500 | $58.43 |
| 09/23/2016 | 616 | $60.82 |
| 10/20/2016 | 1,700 | $62.81 |
| 10/21/2016 | 1,600 | $63.10 |
| 12/07/2016 | 19,275 | $68.29 |
| 04/21/2017 | 4,550 | $59.49 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/24/2015 | 573 | $81.40 |
| 06/24/2015 | 716 | $81.40 |
| 02/09/2016 | 2,200 | $37.60 |
| 02/09/2016 | 4,500 | $37.58 |
| 02/10/2016 | 975 | $36.64 |
| 02/10/2016 | 3,200 | $37.04 |
| 03/28/2016 | 180 | $45.40 |
| 11/14/2016 | 6 | $60.06 |
| 11/15/2016 | 6 | $62.16 |
| 11/16/2016 | 18 | $62.10 |
| 11/17/2016 | 122 | $61.62 |
| 11/18/2016 | 52 | $61.79 |
| 11/22/2016 | 31 | $62.49 |
| 11/22/2016 | 76 | $62.91 |
| 11/23/2016 | 7 | $64.40 |
| 12/19/2016 | 57 | $70.95 |
| 12/19/2016 | 168 | $71.02 |

Prices listed are rounded up to two decimal places.

*Opening position of 7,775 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

BUILDING TRADES UNITED PENSION TRUST FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __14th__ day of April, 2020.

BUILDING TRADES UNITED PENSION TRUST FUND

By: _Michael Gantert_
Michael Gantert, Fund Director

ANADARKO

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/10/2015 | 3,331 | $89.90 |
| 06/24/2015 | 4,158 | $81.46 |
| 06/24/2015 | 4,769 | $81.42 |
| 10/06/2015 | 1,710 | $68.45 |
| 10/27/2015 | 6,650 | $66.54 |
| 03/03/2016 | 6,940 | $42.75 |
| 03/07/2016 | 500 | $45.20 |
| 03/07/2016 | 6,010 | $44.88 |
| 04/06/2016 | 20,102 | $45.66 |
| 04/12/2016 | 2,600 | $48.40 |
| 04/27/2016 | 2,260 | $54.13 |
| 05/09/2016 | 2,710 | $45.03 |
| 07/28/2016 | 1,090 | $53.50 |
| 07/28/2016 | 1,300 | $53.78 |
| 10/28/2016 | 17,861 | $61.25 |
| 11/17/2016 | 16,973 | $61.45 |
| 12/07/2016 | 10,169 | $68.89 |
| 01/10/2017 | 3,839 | $69.58 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 01/14/2016 | 2,236 | $35.00 |
| 01/14/2016 | 9,061 | $35.02 |
| 01/15/2016 | 16,824 | $32.22 |
| 02/04/2016 | 6,650 | $42.93 |
| 05/24/2016 | 7,420 | $49.68 |
| 06/30/2016 | 12,682 | $53.25 |
| 11/28/2016 | 2,160 | $62.78 |
| 02/10/2017 | 5,249 | $69.25 |
| 03/22/2017 | 2,257 | $61.63 |
| 03/28/2017 | 6,037 | $61.12 |

Prices listed are rounded up to two decimal places.

*Opening position of 27,693 shares.