United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | CIVIL ACTION NO. |
| | § | 4:20-cv-00576 |
| | § | |
| | § | |
| IN RE: ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES | § | |
| LITIGATION | § | |

## ORDER

Pending is a motion by Defendants for leave to file a surreply to Plaintiffs' motion for class certification. Dkt 97.

The decision to allow a surreply rests "within the sound discretion of the district court." *Embry v Hibbard Inshore LLC*, 803 F Appx 746, 749 (5th Cir 2020, *per curiam*). "A sur-reply is appropriate by the non-movant only when the movant raises new legal theories or attempts to present new evidence at the reply stage." *Kozak v Medtronic Inc*, 2006 WL 237000, *4 (SD Tex) (quotation marks and citation omitted). "Leave to file a surreply is not appropriately granted where the proposed surreply does not include new arguments or evidence or merely restates arguments in the movant's response." *Makhlouf v Tailored Brands Inc*, 2017 WL 1092311, *5 (SD Tex).

Plaintiffs relied in part on the *Basic* presumption in their motion for class certification. Dkt 86 at 20; see also *Basic Inc v Levinson*, 485 US 224 (1988). Defendants sought to rebut this presumption by arguing that other negative information—released the same day as the negative information alleged to have been fraudulently concealed—caused the stock-price drop at issue. Dkt 93 at 16–18. But Defendants chose not to provide an event study. Plaintiffs in reply submitted their own event study that

controlled for the other negative information, purportedly demonstrating that this information only had a marginal effect on the stock price. See Dkt 96 at 5–10. This reply squarely responded to arguments in Defendants' response. It didn't introduce new arguments or evidence. A surreply is therefore inappropriate.

The motion by Defendants for leave to file a surreply in further opposition to Plaintiffs' motion for class certification is DENIED. Dkt 97. Class certification will rise or fall with what is fairly briefed in the papers under the Local Rules of the Southern District of Texas.

SO ORDERED.

Signed on March 25, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge