UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | <u>CLASS ACTION</u> |
| | | The Honorable Charles R. Eskridge III |

**JOINT MOTION REGARDING SCHEDULE**

The Parties[1] hereby jointly move for the Court's approval to revise the Amended Scheduling and Docket Control Order issued on October 11, 2022 (ECF 142) ("Scheduling Order").  In support thereof, the Parties state the following:

WHEREAS, the Parties have been working diligently on completing fact and expert discovery in advance of the upcoming motions deadline (ECF 142 at 2);

WHEREAS, the Parties believe good cause exists to extend the current February 23, 2023 motions deadline due to: (1) the Parties' voluminous expert reports (ten proposed experts with a total of 1,540 pages of expert reports, including nearly 1,000 pages of rebuttal reports served on January 25, 2023[2]); (2) the voluminous evidentiary record relied upon by the Parties' ten proposed experts (4,455 documents relied upon from a repository of 2.25 million pages of production documents, plus 29 depositions to date); (3) the time required to prepare for and take depositions of the Parties' rebuttal experts in light of the voluminous expert submissions and voluminous evidentiary record in this case; and (4) additional time required to prepare and file motions relating to experts, especially the rebuttal experts;

WHEREAS, Your Honor's Court Procedures provide that "any motion or response" be limited to "5,000 words (approximately twenty-five pages)" and "any reply" be limited to "2,000 words (approximately ten pages)" with "minimum 13-point font" (Judge Eskridge's Court Procedure 18(b)-(c));

---

[1]   The Parties refer to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

[2]   January 25, 2023 was the deadline for serving rebuttal reports. *See* ECF 142 at 2.

WHEREAS, the Parties believe good cause exists to enlarge the word limit for summary judgment briefing;

WHEREAS, the Parties have engaged a mediator and are engaged in scheduling discussions for an in-person mediation;

WHEREAS, in this federal securities fraud class action, Plaintiffs intend to call live at trial 15-20 percipient witnesses, including the four individual defendants, in addition to five expert witnesses; Defendants have also designated five expert witnesses and numerous live witnesses; consequently, the Parties now anticipate a 15-court day estimated jury trial; and

WHEREAS, given the complex nature of this litigation and anticipated trial length, the Parties respectfully request a trial date to be specially set in August or September 2023 or any date thereafter convenient to the Court.

NOW, THEREFOR, subject to this Court's approval, the Parties agree that the schedule should be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motions deadline (except motions *in limine*) | February 23, 2023 | March 16, 2023 |
| Deadline for oppositions | March 30, 2023 | April 20, 2023 |
| Deadline for replies | April 20, 2023 | May 11, 2023 |
| Mediation or settlement conference | May 19, 2023 | June 2023 |
| Joint pretrial order and motions *in limine* | June 15, 2023 | 21 days before pretrial conference |
| Deadline for oppositions in support of motions *in limine* | | 14 days before pretrial conference |
| Deadline for any replies in support of motions *in limine* | | 10 days before pretrial conference |
| Pretrial conference | July 18, 2023 at 1:30 p.m. | 14 days before trial |

4856-1954-1840.v1

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Trial | To be set at docket call (*7-day estimated jury trial*) | To be set by the Court for a date certain in August or September 2023, or any date thereafter convenient to the Court (*15-court day estimated jury trial*) |

NOW, THEREFOR, subject to this Court's approval, the Parties agree that any summary judgment motion or response be limited to 10,000 words and any reply be limited to 4,000 words.

DATED: February 9, 2023                     KENDALL LAW GROUP, PLLC
                                            JOE KENDALL (Texas Bar No. 11260700)
                                            (SDTX Bar No. 30973)
                                            Attorney-in-charge


                                            s/ Joe Kendall
                                            JOE KENDALL

                                            3811 Turtle Creek Blvd., Suite 1450
                                            Dallas, TX  75219
                                            Telephone:  214/744-3000
                                            214/744-3015 (fax)
                                            jkendall@kendalllawgroup.com

                                            Texas Local Counsel for the Class

4856-1954-1840.v1

ROBBINS GELLER RUDMAN & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
RACHEL L. JENSEN
FRANCISCO J. MEJIA
MEGAN A. ROSSI
RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel

DATED: February 9, 2023

CRAVATH, SWAINE & MOORE LLP
DANIEL SLIFKIN
BENJAMIN GRUENSTEIN
LAUREN M. ROSENBERG
LAUREN E. PHILIPS
MING-TOY A. TAYLOR
BENJAMIN M. WYLLY


s/ Benjamin Gruenstein
_____
BENJAMIN GRUENSTEIN

825 Eighth Avenue
New York, NY  10019
Telephone: 212/474-1000
212/474-3700 (fax)

SHIPLEY SNELL MONTGOMERY LLP
GEORGE T. SHIPLEY
712 Main Street, Suite 1400
Houston, TX  77002
Telephone:  713/652-5920
713/652-3057 (fax)

Attorneys for Defendants

- 4 -

4856-1954-1840.v1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 9th day of February 2023.

s/ Joe Kendall
_____
JOE KENDALL

4856-1954-1840.v1