United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

### AMENDED SCHEDULING AND DOCKET CONTROL ORDER

On February 9, 2023, the Parties submitted a joint motion to revise the schedule set forth in the Amended Scheduling and Docket Control Order issued on October 11, 2022 (ECF 142).

The Parties' joint motion (ECF 149) is hereby GRANTED. The following schedule will control disposition of the case:

| Date | Event |
|---|---|
| March 16, 2023 | **Motions Deadline (except motions *in limine*)**<br><br>No party may file any motion after this date except for good cause shown. |
| April 20, 2023 | **Deadline for Oppositions** |
| May 11, 2023 | **Deadline for Replies** |

1

| Date | Event |
|---|---|
| June 27, 2023 | **Mediation or Settlement Conference before the Magistrate Judge**<br><br>The parties must complete mediation or other form of dispute resolution. |
| July 28, 2023 | **Deadline for Joint Pretrial Order and Motions *in Limine***<br><br>The Joint Pretrial Order must contain the pretrial disclosures required by Rule 26(a)(3). Plaintiffs are responsible for timely filing of the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with applicable rules. |
| 8/15/2023 | **Deadline for Oppositions in Support of Motions *in Limine*** |
| 08/22/2023 | **Deadline for Replies in Support of Motions *in Limine*** |
| 09/19/2023 | **Pretrial Conference**<br><br>Pretrial conference will occur at 1:30 p.m. in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of pretrial conference. The Court may rule on pending motions at pretrial conference. |

| Date | Event |
|---|---|
| To be set by the Court for a date certain in August or September 2023, or any date thereafter convenient to the Court | **Trial** (*15-court day estimated jury trial*) |

Any summary judgment motion or response shall be limited to 10,000 words and any reply shall be limited to 4,000 words.

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension. Follow Section 15 of the Court's procedures.

The parties agree to submit attorney's fees issues to the Court by affidavit after resolution of liability and damages.

SO ORDERED.

Signed on February 16, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge