# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Georgia Firefighters' Pension Fund

v.                                             Case Number: 4:20–cv–00576

Anadarko Petroleum Corporation, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Charles Eskridge**

**LOCATION:**
Courtroom 9F
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/7/2023

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   February 22, 2023                                    Nathan Ochsner, Clerk