UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|

| In re: Anadarko Petroleum Corporation Securities Litigation |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin Orsini<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza--825 Eighth Avenue<br>New York, NY 10019<br>212-474-1000 korsini@cravath.com<br>NY - 4261806<br>SDNY - KO-2315 |
|---|---|

| Name of party applicant seeks to appear for: | Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, Ernest A. Leyendecker, III |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __      __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/20/2023 | Signed: /s/ Kevin Orsini |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                    United States District Judge