IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**JOINT MOTION TO RESCHEDULE HEARING**

The Parties[1] hereby jointly move to reschedule the Motion Hearing set for March 7, 2023 (ECF 151). In support thereof, the Parties state the following:

WHEREAS, the Parties have been working diligently on completing expert discovery in advance of the upcoming March 16, 2023 motions deadline (ECF 150 at 1);

WHEREAS, the Parties previously scheduled several expert depositions for the week of March 6-10, 2023;

WHEREAS, Plaintiffs' attorney-in-charge is recovering from surgery and unable to attend a hearing on March 7, 2023;

WHEREAS, the Parties believe good cause exists to provide a brief continuance of the March 7, 2023 Motion Hearing.

NOW, THEREFOR, subject to this Court's approval, the Parties respectfully seek a brief continuance of the hearing date until March 17, 2023, or a later date convenient to the Court.

---

[1] The Parties refer to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class, and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III.

| | |
|---|---|
| DATED: March 3, 2023 | KENDALL LAW GROUP, PLLC<br>JOE KENDALL (Texas Bar No. 11260700)<br>(SDTX Bar No. 30973)<br>  Attorney-in-charge |

*/s/ Joel Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Texas Local Counsel for the Class

ROBBINS GELLER RUDMAN & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
RACHEL L. JENSEN
FRANCISCO J. MEJIA
MEGAN A. ROSSI
RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel

CRAVATH, SWAINE & MOORE LLP
DANIEL SLIFKIN
KEVIN ORSINI
BENJAMIN GRUENSTEIN
LAUREN M. ROSENBERG

*/s/ Benjamin Gruenstein*
BENJAMIN GRUENSTEIN

825 Eighth Avenue
New York, NY  10019
Telephone: 212/474-1000
212/474-3700 (fax)

SHIPLEY SNELL MONTGOMERY LLP
GEORGE T. SHIPLEY
717 Texas Avenue, Suite 1800
Houston, TX  77002
Telephone:  713/652-5920
713/652-3057 (fax)

Attorneys for Defendants