# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

## [PROPOSED] ORDER CONTINUING MOTION HEARING

On February 22, 2023, the Court issued a notice of Motion Hearing for March 7, 2023 (Dkt. No. 151).

On March 3, 2023, the Parties filed a joint motion to continue the March 7, 2023 hearing (Dkt. No. 153).

The Parties' joint motion (Dkt. No. 153) is hereby GRANTED. The Motion Hearing is continued until March 17, 2023, at 10:30 a.m.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge