United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>　　　Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:20–cv–00576 |
| vs. | §<br>§ | Judge Charles Eskridge |
| Anadarko Petroleum Corporation, et al.<br>　　　Defendant. | §<br>§<br>§<br>§ | |

Notice of Resetting

Take notice that the Motion Hearing set for 03/07/2023, has been RESET as follows:

Friday, March 17, 2023, at 10:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002