UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

ORDER

On March 16, 2023, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved for leave to file Defendants' summary judgment brief and its exhibits and the exhibits to the parties' *Daubert* briefs under interim seal.

The Parties' joint motion (ECF No. __) is hereby GRANTED. Within three (3) weeks of the deadlines set forth in the Court's Amended Scheduling and Docket Control Order (ECF No. 150), the parties moving to seal are instructed to file a motion to seal attaching proposed redacted copies pursuant to the procedure outlined in Section 12(b) of the Court's Procedures.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge