UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00576 <br><br> JUDGE CHARLES ESKRIDGE |

### ORDER

Pending is Defendants' Motion To Exclude State-of-Mind Testimony of Plaintiffs' Experts, Robert Merrill and Lyndon Pittinger.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge