UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00576  JUDGE CHARLES ESKRIDGE |

ORDER

Pending is Defendants' Motion To Exclude Testimony of Plaintiffs' Damages Expert, Bjorn I. Steinholt.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge