UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
|   | § | CIVIL ACTION NO |
|   | § | 4:20-cv-00576 |
|   | § |   |
| IN RE: ANADARKO | § |   |
| PETROLEUM | § | JUDGE CHARLES ESKRIDGE |
| CORPORATION | § |   |
| SECURITIES | § |   |
| LITIGATION | § |   |
|   | § |   |

## ORDER

Minute Entry for MOTION HEARING before Judge Charles Eskridge on March 17, 2023. Both parties present and represented by counsel.

The Court addressed the motion to compel documents concerning Anadarko Audit Committee's investigation by Norfolk County Council. Dkts 115 & 122. The motion was taken under advisement.

The Court addressed the motion to seal certain exhibits attached to the motion to compel by Norfolk County Council. Dkts 116 & 121. The parties are in agreement that only Exhibit B should remain sealed. The motion was GRANTED in that respect, which Exhibit shall remain under seal. Seal will be lifted as to the other referenced exhibits.

The Court addressed the joint motion to temporarily file certain exhibits under seal. Dkt 149. The motion was GRANTED with separate order to follow.

The Court addressed the scheduling order. Dkt 150. The parties represented that trial is estimated to be up to three weeks in duration. They requested that a firm trial date be set and. A firm date will be set to allow trial before the end of the year. The parties should confer about potential blocks of time and then jointly reach out to the

Case Manager by email to select the appropriate slot. Questions in this regard may also be directed to the Case Manager.

The Court addressed settlement status. The parties advised that they are schedule for mediation before Judge Layn Phillips in June. The parties may request an enlargement of time by which to mediate this action, given the open issues regarding privilege disputes and now-pending motions for summary judgment.

SO ORDERED.

Signed on March 17, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge