UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|

In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name | Nicole Q. Gilliland |
| Firm | Robbins Geller Rudman & Dowd LLP |
| Street | 655 West Broadway, Suite 1900 |
| City & Zip Code | San Diego, CA 92101 |
| Telephone & Email | 619/231-1058; NGilliland@rgrdlaw.com |
| Licensed: State & Number | CA 335132 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers #580 Joint Funds |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/20/2023     Signed: *(signature)* Nicole

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge