| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|

In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hillary B. Stakem<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619/231-1058; HStakem@rgrdlaw.com<br>CA 286152 |
|---|---|

| Name of party applicant seeks to appear for: | Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers #580 Joint Funds |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/20/2023      Signed: *Hillary B Stakem*

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
United States District Judge