# EXHIBIT A

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/22/2016 22 53 | Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 2 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/25/2016 4 05 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 3 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/28/2016 3 49 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 4 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | | | 4/28/2016 12 36 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 5 | MULLINS-00002192 | MULLINS-00002202 | Mullins, Eric | Shauna Clark, Esq.* | Eric Mullins | | | 5/2/2016 0 00 | Engagement Letter Anadarko Audit Committee.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | | Deprivileged and produced. |
| 6 | MULLINS-00002203 | MULLINS-00002213 | Mullins, Eric | Shauna Clark, Esq.* | Eric Mullins | | | 5/2/2016 0 00 | Signed_Engagement Letter Anadarko Audit Committee.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | | Deprivileged and produced. |
| 7 | MULLINS-00002179 | MULLINS-00002179 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | | | 5/2/2016 22 22 | Engagement Letter | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 7a | MULLINS-00002180 | MULLINS-00002190 | Mullins, Eric | | | | | 5/2/2016 22 22 | | PDF | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001\Engagement Letter | | Deprivileged and produced. |
| 8 | MULLINS-00002191 | MULLINS-00002191 | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | General Kevin Chilton @gmail.com) @gmail.com];'Mark McKinley' @mkresources.com] | @limerockresources.com | | 5/3/2016 4 28 | Audit Committee Update -- | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 9 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Mark Oakes, Esq.* [mark.oakes@nortonrosefulbright.com] | | 5/4/2016 18 51 | Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 10 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Mark Oakes, Esq.* [mark.oakes@nortonrosefulbright.com] | | 5/4/2016 20 33 | Re Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email chain reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 11 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 5/4/2016 20 34 | Fwd Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Gerry Pecht, Esq.*; Shauna Clark, Esq.*; Peggy Heeg, Esq.*; Mark, Oakes, Esq.*) regarding Anadarko Audit Committee investigation. |
| 12 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com | | | 5/5/2016 14 33 | '--- Untitled Document --- | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 13 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 5/5/2016 14 42 | FW | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Gerry Pecht, Esq.*) regarding Anadarko Audit Committee investigation. |
| 14 | MULLINS-00002214 | MULLINS-00002214 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | | | 5/14/2016 23 03 | Update | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 15 | MULLINS-00002215 | MULLINS-00002215 | Mullins, Eric | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | | 5/15/2016 0 43 | Re Update | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client | Deprivileged and produced redacted. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 5/19/2016 22 07 | Letter to Ms. Frye | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email and attachment providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 17 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 5/19/2016 23 19 | RE Letter to Ms. Frye | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 18 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 5/29/2016 17 02 | SEC Dodd-Frank Whistleblower Program Summary | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 19 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 6/1/2016 21 55 | RE Thursday Morning Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 20 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Mark Mckinley @mkresources.com];Kevin Chilton @gmail.com] | | | 6/1/2016 22 09 | Fwd Thursday Morning Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice (Gerry Pecht, Esq.*) and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 21 | | | Mullins, Eric | Kevin Chilton @gmail.com] | Eric Mullins @limerockresources.com] | | | 6/1/2016 22 13 | Re Thursday Morning Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation (Gerry Pecht, Esq.*) regarding Anadarko Audit Committee investigation. |
| 22 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 6/4/2016 12 47 | Lea Frye | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 23 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com]; mail.com' @gmail.com]; s.com' @mkresources.com] | Gerry Pecht, Esq.* @g [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* @mkresource [shauna.clark@nortonrosefulbright.com] | | 6/8/2016 23 50 | Comparison of Frye's letters to SEC and Anadarko | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_327031_Email_001 | Attorney Client; Work Product | Email and attachment containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 24 | | | Mullins, Eric | Amanda McMillian, Esq.* | Eric Mullins | | | 6/9/2016 11 19 | Redline Comparison_2016.04.20 Demand Letter - 2016.05.09 Letter to SEC.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client; Work Product | Draft letter containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 25 | MULLINS-00002216 | MULLINS-00002216 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/29/2016 20 11 | Frye Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 26 | MULLINS-00002217 | MULLINS-00002217 | Mullins, Eric | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | | 6/29/2016 22 48 | Re Frye Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 27 | MULLINS-00002218 | MULLINS-00002218 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | | | 6/30/2016 2 54 | Re Frye Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 28 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins @limerockresources.com) @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/30/2016 14 05 | July 7th Audit Committee Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 29 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/30/2016 14 51 | Re July 7th Audit Committee Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 30 | MULLINS-00002219 | MULLINS-00002219 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | | | 7/21/2016 6 23 | Meeting on July 28 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 31 | MULLINS-00002220 | MULLINS-00002220 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 7/21/2016 12 52 | RE Meeting on July 28 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Deprivileged and produced redacted. |

\* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] @gmail.com]; @mkresources.com' @mkresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* @g [peggy.heeg@nortonrosefulbright.com]; Lana @mkresource Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/27/2016 21 35 | NRF Privileged and Confidential presentaiton | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email and attachment reflecting a request for legal advice, containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 33 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 14 38 | APC | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 34 | | | Mullins, Eric | Eric Mullin @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 17 31 | Re APC | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 35 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 17 45 | Re APC | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 36 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 18 46 | Re APC | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 37 | MULLINS-00002221 | MULLINS-00002221 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | | | 7/31/2016 22 49 | APC | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 38 | | | Mullins, Eric | Eric Mullins | | | | 8/1/2016 0 00 | Notes re Norton Rose update 8-1-16.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client; Work Product | Handwritten notes reflecting the provision of legal advice (Shauna Clark, Esq.*; Gerry Pecht, Esq.*) and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 39 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' @limerockresources.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | | 8/3/2016 20 19 | RE Thursday Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 40 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | | | 10/7/2016 15 12 | Anadarko Audit July 2016 Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 41 | | | Mullins, Eric | Norton Rose Fulbright US LLP* | Eric Mullins | | | 10/21/2016 0 00 | NRF Sep Invoice.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client | Invoice reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 42 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' @limerockresources.com] @g mail.com @mkresources.com | | | 10/27/2016 22 06 | Anadarko | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 43 | MULLINS-00002222 | MULLINS-00002222 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | @limerockresources.com | | | 10/27/2016 22 10 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Chronology | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced. |
| 44 | | | Mullins, Eric | Champion, Chris [Chris.Champion@anadarko.com] | Eric Mullins @limerockresources.com) @limerockresources.com] | | | 10/31/2016 14 35 | Form 10Q Disclosure change | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. |
| 45 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Champion, Chris [Chris.Champion@anadarko.com] | | | 10/31/2016 16 22 | Re Form 10Q Disclosure change | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. |
| 46 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins @limerockresources.com) @limerockresources.com] @gmail.com] @mkresources.com' @mkresources.com] | Gerry Pecht, Esq.* @g [gerard.pecht@nortonrosefulbright.com] @mkresource | | 11/15/2016 16 19 | Anadarko November 18th Audit Committee Call | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |

Case 4:20-cv-00576 Document 172-1 Filed on 03/22/23 in TXSD Page 5 of 6

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | MULLINS-00002223 | MULLINS-00002223 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | @limerockresources.com | | | 11/15/2016 16 25 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Presentation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Deprivileged and produced. |
| 48 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | 'Eric Mullins @limerockresources.com)' @limerockresources.com] @gmail.com] @mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 16 26 | RE Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 49 | MULLINS-00002224 | MULLINS-00002224 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | | | 11/15/2016 20 06 | RE gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Presentation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 50 | MULLINS-00002225 | MULLINS-00002226 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins @limerockresources.com)' @limerockresources.com] @gmail.com] @mkresources.com] | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 21 30 | RE Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 51 | MULLINS-00002227 | MULLINS-00002227 | Mullins, Eric | svcdocshare@nortonrosefulbright.com | | | | 11/16/2016 2 48 | Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 52 | MULLINS-00002228 | MULLINS-00002228 | Mullins, Eric | Eric Mullins @limerockresources.com] | @yahoo.com | | | 11/16/2016 11 32 | Fwd Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 53 | MULLINS-00002229 | MULLINS-00002229 | Mullins, Eric | svcdocshare@nortonrosefulbright.com | | | | 11/17/2016 16 07 | Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 54 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | | | 11/21/2016 17 44 | Audit Committee Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachments reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 55 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Eric D. Mullins @limerockresources.com] | | | 12/8/2016 23 28 | Audit Committee | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 56 | | | Mullins, Eric | Shauna Clark, Esq.* | Eric Mullins | | | 2/17/2017 0 00 | Transmittal to McMillian NRF January Invoice 2-17-2017.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2017 | Attorney Client | Letter reflecting the provision of legal advice regarding invoice for Anadarko Audit Committee investigation. |
| 57 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Eric D. Mullins @limerockresources.com] | | | 6/8/2017 14 28 | Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 58 | | | Mullins, Eric | Alison Kratish^ @limerockresources.com] | Eric Mullins @limerockresources.com] | | | 7/12/2017 17 57 | FW NRF Invoice June 2017 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Shauna Clark, Esq.*) regarding Anadarko Audit Committee investigation. |
| 59 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 7/14/2017 5 49 | FW NRF Invoice June 2017 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Shauna Clark, Esq.*) regarding Anadarko Audit Committee investigation. |
| 60 | MULLINS-00002230 | MULLINS-00002230 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 7/20/2017 21 21 | Re Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 61 | MULLINS-00002231 | MULLINS-00002231 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 7/20/2017 21 24 | RE Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576

Eric Mullins Third Party Privilege Log

May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | MULLINS-00002232 | MULLINS-00002233 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/20/2017 21 30 | Re Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | | Deprivileged and produced. |
| 63 | MULLINS-00002234 | MULLINS-00002235 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/20/2017 21 40 | RE Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | | Deprivileged and produced. |
| 64 | MULLINS-00002236 | MULLINS-00002236 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | @limerockresources.com | | | 7/21/2017 17 20 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | | Deprivileged and produced. |
| 65 | MULLINS-00002237 | MULLINS-00002237 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | | | 7/22/2017 7 15 | Privileged. | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | | Deprivileged and produced. |
| 66 | MULLINS-00002238 | MULLINS-00002238 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 7/22/2017 12 12 | Re Privileged. | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | | Deprivileged and produced. |
| 67 | | | Mullins, Eric | Norton Rose Fulbright US LLP* | Eric Mullins | | | 9/14/2017 0 00 | Initialed Norton Rose Invoice_Aug 2017.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2017 | Attorney Client | Invoice reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 68 | | | Mullins, Eric | Lowe, Tanya [tanya.lowe@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 9/14/2017 21 03 | Audit Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client; Work Product | Email and attachment reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 69 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 9/15/2017 14 27 | RE Audit Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client; Work Product | Email chain and attachment reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 70 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 12/7/2017 20 01 | NRF Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 71 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 12/7/2017 20 28 | FW NRF Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 72 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | | | 12/7/2017 20 46 | RE NRF Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 73 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | Eric Mullins @limerockresources.com] | | | 12/7/2017 20 48 | RE NRF Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_32703 2_Email_001 | Attorney Client | Email chain reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.