# EXHIBIT B

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Mark McKinley Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MCKINLEY-00000067 | MCKINLEY-00000067 | McKinley, Mark | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | General Kevin Chilton ▮@gmail.com) ▮@gmail.com];Mark McKinley ▮@mkresources.com] | ▮@limerockresources.com | | 5/3/2016 4:28 | Audit Committee Update -- | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 2 | MCKINLEY-00000068 | MCKINLEY-00000068 | McKinley, Mark | Eric Mullins ▮@limerockresources.com] | Mark McKinley ▮@mkresources.com]; Kevin Chilton ▮@gmail.com) | | | 6/1/2016 22 09 | Fwd: Thursday Morning Call | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 3 | | | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | ▮@limerockresources.com' ▮@limerockresources.com]; ▮@gmail.com' ▮@gmail.com]; Mark McKinley ▮@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 6/8/2016 23 50 | Comparison of Frye's letters to SEC and Anadarko | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client; Work Product | Email and attachment providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 4 | | | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | ▮@limerockresources.com' ▮@limerockresources.com]; ▮@gmail.com' ▮@gmail.com]; Mark McKinley ▮@mkresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/27/2016 21:35 | NRF Privileged and Confidential presentaiton | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client; Work Product | Email and attachment reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 5 | MCKINLEY-00000069 | MCKINLEY-00000069 | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' ▮@limerockresources.com]; ▮@gmail.com; Mark McKinley ▮@mkresources.com] | | | 10/27/2016 22 06 | Anadarko | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 6 | MCKINLEY-00000070 | MCKINLEY-00000070 | McKinley, Mark | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | Mark McKinley ▮@mkresources.com] | | | 10/27/2016 22:10 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace: Anadarko Chronology | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 7 | MCKINLEY-00000071 | MCKINLEY-00000071 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Mark McKinley ▮@mkresources.com] | Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 11/3/2016 14:04 | Chronology | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 8 | MCKINLEY-00000072 | MCKINLEY-00000072 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins ▮@limerockresources.com) ▮@limerockresources.com]; ▮@gmail.com' ▮@gmail.com]; Mark McKinley ▮@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 11/15/2016 16:19 | Anadarko November 18th Audit Committee Call | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 9 | MCKINLEY-00000073 | MCKINLEY-00000073 | McKinley, Mark | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | Mark McKinley ▮@mkresources.com] | | | 11/15/2016 16:25 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace: Anadarko Presentation | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 10 | MCKINLEY-00000074 | MCKINLEY-00000074 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | 'Eric Mullins ▮@limerockresources.com)' ▮@limerockresources.com]; ▮@gmail.com' ▮@gmail.com]; Mark McKinley ▮@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 16:26 | RE: Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 11 | MCKINLEY-00000075 | MCKINLEY-00000076 | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins ▮@limerockresources.com)' ▮@limerockresources.com]; ▮@gmail.com' ▮@gmail.com]; Mark McKinley ▮@mkresources.com] | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 21:30 | RE: Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 12 | MCKINLEY-00000077 | MCKINLEY-00000077 | McKinley, Mark | svcdocshare@nortonrosefulbright.com | | | | 11/16/2016 2:48 | Secure Workspace: Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 13 | MCKINLEY-00000078 | MCKINLEY-00000078 | McKinley, Mark | svcdocshare@nortonrosefulbright.com | | | | 11/17/2016 16 07 | Secure Workspace: Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |

* Indicates Attorney.