United States District Court
Southern District of Texas

**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Luke O. Brooks<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619/231-1058; LukeB@rgrdlaw.com<br>CA 212802 |
|---|---|

| Name of party applicant seeks to appear for: | Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers #580 Joint Funds |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/20/2023 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 03/28/2023 | Clerk's signature /s/ Jennelle Gonzalez |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: April 03, 2023

*[signature]* Chas R Eskridge III
United States District Judge