United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hillary B. Stakem<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619/231-1058; HStakem@rgrdlaw.com<br>CA 286152 |
|---|---|

| Name of party applicant seeks to appear for: | Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers #580 Joint Funds |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/20/2023      Signed: *Hillary B Stakem*

The state bar reports that the applicant's status is:   Active

Dated: 03/28/2023    Clerk's signature   /s/ Jennelle Gonzalez

### Order

Dated: April 03, 2025

This lawyer is admitted *pro hac vice*.

_____
United States District Judge