UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
|  | § | CIVIL ACTION NO. |
|  | § | 4:20-cv-00576 |
| IN RE: ANADARKO | § |  |
| PETROLEUM | § |  |
| CORPORATION | § | JUDGE CHARLES ESKRIDGE |
| SECURITIES | § |  |
| LITIGATION | § |  |
|  | § |  |
|  | § |  |

ORDER

Pending is Defendants' Motion To Exclude Testimony of Plaintiffs' Proffered Expert, D. Paul Regan.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge