# Exhibit 57

**Document Produced in Native Format**

APC-01362172



A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

2016

# 2016 Strategy Development
## "Back to Work" Commodity Price Scenario Analysis

June 13, 2016

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N



# Strategy Development General Timeline – Key Dates

✓ ▸ **May 9th – Conceptual Strategy Development Discussion (with Board)**

✓ ▸ **May 18th – Interim EC Planning Session**

✓ ▸ **June 6th – Review "Crisis Management" Scenario Analysis**
  ▪ Discuss forward business model implications

▸ **June 13th – Review "Back to Work" Scenario Analysis**
  ▪ Discuss "optimal" business model/scenario refinements

▸ **June 27th  – Review "Recovery" Scenario Analysis**
  ▪ Discuss "optimal" business model/scenario refinements

*Two week intervals to allow time for scenario refinements*

▸ **July 5th – Interim EC Progress Review**
  ▪ Review/Discuss Asset Overview Summaries

▸ **July 11th – Review Preliminary BOD Presentation**

▸ **July 18th – Review Updated BOD Presentation & Finalize**

▸ **July 25th – BOD Presentation Completed**

▸ **August 1st & 2nd – BOD Meeting**

## *49 calendar days to BOD Meeting*

A N A D A R K O    P E T R O L E U M    C O R P O R A T I O N

# Model Update/Orientation

▸ **Model rebuild completed**
- Expect preliminary Shenandoah case update within the next two weeks (Shen 5 well results)

▸ **Economic cases turned off**
- North Africa shale
- Brazil

▸ **Divestment assumptions**
- East TX/North LA
- Wamsutter
- Ozona
- Marcellus (Op & Non-Op)
- Hugoton
- Utah CBM

*All divestments assumed as of 12/31/16
Proceeds ($2.3 B) applied to balance sheet*

▸ **Maverick and Mozambique are selectable in all cases unless noted**

*Other - PRB, GGRB, Eaglebine Development

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   3

3

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# "Back to Work" Scenario Analysis

▸ **Commodity Pricing**
- $60 oil / $2.75 NYMEX

▸ **Primary Model Constraint**
- Initial cash generation capacity ~$4.7 B (FCF neutral in 2017)
- CAPEX escalated at 4.5% per year until 2027

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total CAPEX $MM** | $ 4,700 | $ 4,912 | $ 5,133 | $ 5,363 | $ 5,605 | $ 5,857 | $ 6,121 | $ 6,396 | $ 6,684 | $ 6,985 | $ 7,299 |
| Y-O-Y CAPEX Growth | | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% |
| Corporate CAPEX | | $ 180 | $ 200 | $ 200 | $ 200 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |

▸ **Assumes L48 service cost increase by 8% (versus $40/$2.50 scenario)**
- All opportunities with positive NPV 10 selectable

▸ **Majority of L48 inventory is economic at $60/2.75 (includes 8% CAPEX inflation factor)**



L48 Inventory: $60/$2.75

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY     4

4

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# "Back to Work" Scenario Modeling Concepts

▸ **Initial Optimization Model**
- Using CAPEX constraint only
- Optimize on NPV

▸ **CAPEX Allocation Model**
- 65%/35% allocation *target* between L48 and DW/International
  - Allocation allowed to flex in certain years with large Mozambique investment requirements or in years where there is not enough DW/International investment to fill target allocation
- Optimize on NPV (within the same overall CAPEX limit)

▸ **Strip Pricing Sensitivity**
- Identify potential Base Case proxy

▸ **Wattenberg Acceleration Model**
- Ramp activity to mitigate political risk

▸ **Stovepipe Divestment Sensitivity**
- Built on top of Wattenberg acceleration model
- Assess impact on L48 inventory life

*All run using 65/35 CAPEX allocation target*

5

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# "Back to Work" Scenario 1 (BW1)

▸**No CAPEX Allocation / No Assets Locked In**

▸**Investment Observations**

- Funds most DW/International development opportunities (including Shenandoah)
- Mozambique is funded
- DW/International Exploration
  - *Funds at ~$1.25 B/year average over 2017-2021 horizon*
  - *Weighted largely towards GOM (~65% of total investment)*
  - *International investment largely pushed out (does not select Paon project)*
- Delaware Basin
  - *Funds at ~$960 MM/year (~275 wells/year) over 2017-2021 horizon*
  - *Ramps investment in 2021 as Wattenberg inventory is depleted*
- Wattenberg
  - *Funds Wattenberg at $1.1 B/year over 2017-2021 horizon*
  - *Activity ramps down in 2020-2021 horizon to accommodate Mozambique funding; then re-accelerates*
  - *Depletes core inventory by 2022, All Greater DJ inventory by 2027*
- Maverick largely unfunded until ~2026

▸**Production/Reserves Profile**

- Positive volume growth profile (7% CAGR over 10 years), with significant "flat spot"
- Positive reserves profile (~140% RRR) with F&D cost ~$11 per barrel

▸**Cash Flow**

- Generates ~$2.7 B of FCF over 5-year horizon (weighted towards outer three years)

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY    6

6



A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# Production/Reserves Profile – BW1



| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | | |
| Growth Rate | -5.9% | -17.3% | 14.7% | 7.7% | 0.2% | -0.3% | 13.2% | 22.7% | 11.8% | 3.3% | -5.8% | **4.4%** | |
| Divestiture Adjusted* | 0.3% | 3.3% | 14.7% | 7.7% | 0.2% | -0.3% | 13.2% | 22.7% | 11.8% | 3.3% | -5.8% | **6.8%** | **7.2%** |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reserves** | | | | | | | | | | | | | |
| Reserve Growth* | -4.3% | 7.8% | 12.5% | 2.7% | 3.7% | 1.8% | 3.7% | 9.4% | 20.7% | 16.7% | 5.0% | **8.3%** | **8.3%** |
| Reserve Replacement* | 82% | 151% | 177% | 118% | 125% | 112% | 123% | 149% | 205% | 199% | 137% | **143%** | **149%** |
| F&D Cost | $15.56 | $12.67 | $9.69 | $14.09 | $13.96 | $16.27 | $13.80 | $9.71 | $6.61 | $6.90 | $11.18 | **$10.51** | **$10.33** |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.0 | 0.5 | 1.0 | 0.7 | 0.5 | 1.7 | 3.4 | 4.0 | 4.0 | 3.1 | **18.9** |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | **56.5** |

*BW1: Optimization Case (Run 111)*

*Divestiture adjusted*

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY        7

7

ANADARKO PETROLEUM CORPORATION

# "Back to Work" Scenario 2 (BW2)

**▸ CAPEX Allocation Model**

- 65%/35% allocation *target* between L48 and DW/International
  - *Allocation allowed to flex in certain years with large Mozambique investment requirements or in years where there is not enough DW/International investment to fill target allocation*
- Optimize on NPV (within the same overall CAPEX limit)



**L48 CAPEX Allocation**

- 10-year cumulative allocation
  - *BW 1 (No allocation) 58%/42% L48 and Intl/DW*
  - *BW 2 (Target allocation) 65%/35% L48 and Intl/DW*

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY ■ 8

8

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N



# "Back to Work" Scenario 2 (BW2)

## ▸ Investment Observations

- Funds most DW/International development opportunities (*excluding* Shenandoah)
- Mozambique is funded
- Moderately reduced DW/International Exploration funding
  - *Funds at ~$860 MM/year average over 2017-2021 horizon*
  - *Weighted heavily towards GOM (~75% of total investment)*
  - *International investment largely pushed out (does not select Paon project)*
- Delaware Basin
  - *Funds at ~$1.1 B/year over 2017-2021 horizon, reducing activity in 2020-2021 to accommodate Mozambique*
- Wattenberg
  - *Funds Wattenberg at steady rate (~$1.5 B/year, ~10 rigs/year) over 10-year horizon*
- Slightly increases Maverick funding in 2017/2018 then defers until 2026

## ▸ Production/Reserves Profile

- Significantly "smoother" volume growth profile (~6.5% CAGR over 10 years)
  - *Model being to "roll-over in 2026 as L48 inventory depletes*
- Positive reserves growth profile, but growth challenged in the 2019 – 2023 horizon
  - *Driven largely by reduced Wattenberg adds in that time horizon (investment-related)*
  - *~140% RRR / F&D cost ~$10.50 per barrel*

## ▸ Cash Flow

- Generates ~$4.8 B in FCF over *5-year horizon*
  - *FCF generation weighted towards outer years*

### *Adequately funds most business priorities*

ANADARKO PETROLEUM CORPORATION



# Production/Reserves Profile – BW2



### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -16.3% | 19.3% | 7.8% | 5.0% | 2.4% | 7.7% | 11.1% | 6.6% | 5.1% | -2.3% | **4.2%** | |
| Divestiture Adjusted* | 0.3% | 4.5% | 19.3% | 7.8% | 5.0% | 2.4% | 7.7% | 11.1% | 6.6% | 5.1% | -2.3% | **6.6%** | **6.8%** |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.3% | 11.7% | 4.6% | 3.2% | -0.1% | 5.3% | 5.4% | 17.3% | 14.3% | 6.3% | **7.6%** | **7.4%** |
| Reserve Replacement* | 82% | 160% | 169% | 128% | 120% | 99% | 130% | 129% | 192% | 185% | 144% | **140%** | **146%** |
| F&D Cost | $15.56 | $11.83 | $9.62 | $12.27 | $13.15 | $16.23 | $12.06 | $11.49 | $7.59 | $7.84 | $10.81 | **$10.78** | **$10.61** |

BW2: Optimization Case with 65/35 Allocation (Run 120)

*Divestiture adjusted*

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   10

10

A N A D A R K O    P E T R O L E U M    C O R P O R A T I O N

# Free Cash Flow – BW 2 ($60/$2.75 and Strip)



| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Current Strip:  WTI | | $52.86 | $53.54 | $54.44 | $55.46 | $56.49 |
| NYMEX | | $ 3.07 | $ 3.06 | $ 3.06 | $ 3.06 | $ 3.27 |

▸**Investment profile viable at current strip pricing**
- Generates ~$1.9 B in FCF over 5-year horizon at Strip Pricing
  - *Negative FCF in 2017 (-$600MM); Would likely need to mitigate*
  - *Weighted towards outer three years*

▸**Meets most business funding priorities**
- Logical base case proxy?

IDENTIFY AND COMMERCIALIZE RESOURCES  ▪  EXPLORE IN HIGH-POTENTIAL PROVEN BASINS  ▪  GLOBAL BUSINESS DEVELOPMENT APPROACH  ▪  ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY    11

11

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# "Back to Work" Scenario 3 (BW3)

‣ **Accelerated Wattenberg Development**
  - Political risk mitigation

‣ **Investment Observations**
  - Observations for DW/International exploration and operations same as BW 2 scenario
  - Near-term Delaware Basin activity reduced marginally
    - *Average annual investment of ~$1 B (versus $1.1 B in previous scenario)*
  - Wattenberg
    - *Wattenberg funding reduced in 2020-2021 to accommodate Mozambique investment; Increased to maximum development pace in 2022*
    - *52% of total inventory drilled in 2017-2021 horizon (versus 44% in BW 2 scenario)*
    - *All remaining Wattenberg inventory depleted by 2026 (similar pace to other scenarios)*

‣ **Production/Reserves Profile**
  - Positive volume growth profile (6.5% CAGR over 10 years)
    - *More pronounced roll-over in 2026 (Wattenberg inventory depleted)*
  - Positive reserves profile (~140% RRR) with F&D cost ~$10.70 per barrel

‣ **Cash Flow**
  - Generates ~$5 B in FCF over *5-year horizon (similar to BW2 scenario)*

### *Delivers marginal near-term Wattenberg acceleration*

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N



# Production/Reserves Profile – BW3



## Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -15.9% | 18.4% | 9.2% | 4.4% | 1.9% | 6.7% | 14.8% | 9.2% | 1.8% | -4.7% | **4.1%** | |
| Divestiture Adjusted* | 0.3% | 5.0% | 18.4% | 9.2% | 4.4% | 1.9% | 6.7% | 14.8% | 9.2% | 1.8% | -4.7% | **6.5%** | **6.6%** |

## Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.8% | 12.3% | 4.6% | 3.4% | -0.7% | 4.1% | 6.3% | 18.4% | 14.9% | 5.2% | **7.7%** | **7.4%** |
| Reserve Replacement* | 82% | 162% | 173% | 128% | 121% | 96% | 123% | 133% | 193% | 188% | 137% | **140%** | **145%** |
| F&D Cost | $15.56 | $11.59 | $9.44 | $12.18 | $12.98 | $16.89 | $12.86 | $10.88 | $7.18 | $7.60 | $11.45 | **$10.69** | **$10.51** |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.1 | 0.9 | 1.6 | 1.3 | 1.1 | 1.9 | 3.2 | 3.6 | 3.4 | 2.7 | **19.8** |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | **56.5** |

*BW3: Optimization Case with 65/35 Allocation and Accelerated Wattenberg (Run 118)*

*Divestiture adjusted*

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY     13

13

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# "Back to Work" Scenario 4 (BW4)

▸ **Accelerated Wattenberg Development**
- Political risk mitigation

▸ **Divestiture of Stovepipe Area**
- Notional proceeds of $475MM applied to balance sheet
- Reduces total onshore inventory by ~1 year (600+ locations)

▸ **Production/Reserves Profile**
- Similar production profile (moderately lower volume ramp)
- Moves depletion of Wattenberg inventory forward one year

▸ **Cash Flow**
- Generates ~$5 B  in FCF over *5-year horizon (no change from previous scenario)*

*Stovepipe sale drives dilution of Wattenberg inventory*
*Proceeds not required for incremental funding assuming $60/$2.75 price scenario*

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   14

14

ANADARKO PETROLEUM CORPORATION

# Production/Reserves Profile – BW4



## Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -16.1% | 18.6% | 9.8% | 2.0% | 2.2% | 5.7% | 12.9% | 8.5% | 2.6% | -2.0% | 4.0% | |
| Divestiture Adjusted* | 0.3% | 4.8% | 18.6% | 9.8% | 2.0% | 2.2% | 5.7% | 12.9% | 8.5% | 2.6% | -2.0% | 6.4% | 6.5% |

## Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.7% | 12.2% | 3.3% | 2.6% | -0.3% | 3.0% | 5.5% | 19.3% | 16.0% | 6.5% | 7.6% | 7.4% |
| Reserve Replacement* | 82% | 162% | 172% | 120% | 116% | 98% | 117% | 129% | 199% | 196% | 146% | 140% | 146% |
| F&D Cost | $15.56 | $11.61 | $9.46 | $12.88 | $13.74 | $16.63 | $13.83 | $11.68 | $7.31 | $7.59 | $10.88 | $10.87 | $10.69 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.1 | 0.9 | 1.6 | 1.3 | 1.1 | 1.8 | 2.9 | 3.3 | 3.3 | 2.8 | 19.1 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | 56.5 |

*BW4: Optimization Case with 65/35 Allocation and Accelerated Wattenberg with Stovepipe Sale (Run 119)*

*Divestiture adjusted*

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   15

15

ANADARKO   PETROLEUM   CORPORATION



# Summary Operational/Financial Metrics

| | Scenario | | | | | | |
|---|---|---|---|---|---|---|---|
| | **BW1** | **BW2** | **BW2 - Strip** | **BW3** | **BW4** | | Lowest |
| Maverick | On | On | On | On | On | | 50th Percentile |
| Dw/Intl Exploration | Flexible | Flexible | Flexible | Flexible | Flexible | | Highest |
| GOM Dev | Flexible | Flexible | Flexible | Flexible | Flexible | | |
| Mozambique | On | On | On | On | On | | |

| | 2017-2026 Horizon | | | | |
|---|---|---|---|---|---|
| | **CAGR** | | | | |
| Volume | 7% | 7% | 7% | 7% | 7% |
| Reserves | 8% | 7% | 7% | 7% | 7% |
| DCF | 10% | 9% | 11% | 9% | 9% |
| | **Cumulative** | | | | |
| RRR | 149% | 146% | 146% | 145% | 146% |
| DCF $B | $ 75.4 | $ 75.5 | $ 71.4 | $ 76.3 | $ 75.6 |
| CAPEX $B | $ 56.5 | $ 56.5 | $ 56.5 | $ 56.5 | $ 56.5 |
| FCF $B | $ 18.9 | $ 19.0 | $ 14.9 | $ 19.8 | $ 19.1 |
| EBITDAX per BOE | $ 27.00 | $ 26.30 | $ 24.90 | $ 26.40 | $ 26.50 |
| | **Per DAS (Average)** | | | | |
| Production | 0.47 | 0.49 | 0.45 | 0.50 | 0.49 |
| Reserves | 3.18 | 3.18 | 2.94 | 3.25 | 3.22 |
| DCF | $ 10.26 | $ 10.49 | $ 9.17 | $ 10.77 | $ 10.73 |

| | Credit Metrics (2017) | | | | | Indicative BBB |
|---|---|---|---|---|---|---|
| Leverage Full Cycle Ratio (Moody's) | 1.58x | 1.62x | 1.39x | 1.63x | 1.64x | >1.00x |
| Retained Cash Flow / Debt (Moody's) | 29.8% | 30.4% | 25.2% | 30.8% | 31.9% | >20.0% |
| Debt / EBITDAX (Fitch) | 2.63x | 2.58x | 3.06x | 2.56x | 2.49x | <2.50x |
| Debt / Daily Production (Fitch) | $ 24.13k | $ 23.72k | $ 24.71k | $ 23.55k | $ 22.85k | <$15k |
| DCF / Debt (S&P) | 31.4% | 32.1% | 26.6% | 32.5% | 33.7% | >20.0% |

| | | | | | |
|---|---|---|---|---|---|
| Rig Termination Fees | $ - | $ - | $ - | $ - | $ - |
| 2016 Asset Divestiture Proceeds ($B) | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.8 |
| YE 2016 APC Debt ($B) | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.0 |

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY    16

16

ANADARKO   PETROLEUM   CORPORATION



# Observations

▸ **Cash generation capacity sufficient to catalyze growth**
  ▪ Under both $60/$2.75 scenario and current forward strip

▸ **Portfolio growth capacity largely restored**
  ▪ Ability to generate attractive growth profiles for both production and reserves
  ▪ Further optimization could smooth profiles & resulting performance

▸ **Meets most business funding priorities**
  ✓ Balance Sheet Management
  ✓ Manage DW Rig Obligations
  ✓ Ramp-up Delaware Basin Development
  ✓ Fund Meaningful DW/Intl Exploration Program
  +/- Maintain WES Volumetric Growth
  ✓ Move Forward with Mozambique Development
  ✓ Mitigate Wattenberg Political Risk Exposure

▸ **No funding allocated for two near-term DW/Intl development projects**
  ▪ Shenandoah - updated assessment post Shen-5 may improve economics
  ▪ Paon - economics do not attract capital in current portfolio

▸ **Maverick largely unfunded in all scenarios until late in model life**
  ▪ Modeled investment profile will incur significant deficiency fees
  ▪ Dilutive to WES/WGP volumetric growth

A N A D A R K O    P E T R O L E U M    C O R P O R A T I O N



# Business Model Implications

▸ **Commodity market environment becoming more conducive to execution of APC's historically successful business model**

- Significant downside exposure exists should markets weaken



▸ **L48 development inventory largely sufficient to drive growth over the 10-year horizon**

- Production profile begins to "roll-over" with depletion of Wattenberg and Delaware basin opportunities ~2026
  - *Inventory depletion will likely become more apparent under "Recovery" price scenario*

▸ **Funding of Mozambique appears viable in all scenarios**

- Long-term commitment to large-scale investment profile could significantly limit flexibility considering potential commodity market down-cycles

▸ **DW/International Exploration heavily concentrated**

- Exposure limited to GOM, Colombia and W. Africa
- Actual results could be significantly skewed (positive or negative) versus expected value outcome

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY    18

18



A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

2016

**Appendix**

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N



# "Back to Work" Scenario – Maverick Divestment (BW2$_{NoMav}$)

‣**Scenario Rational**

- Maverick largely unfunded in the near term on all optimized scenarios
- Lack of investment with drive significant midstream-related deficiency fees
- Acquirer would likely increase investment pace increasing WES cash flows

‣**Notional proceeds of $500 MM applied to balance sheet at YE2016**

‣**Investment Observations**

- Maverick funding re-allocated to Eaglebine and PRB opportunities

‣**Production/Reserves Profile**

- Yields 10% CAGR over 5-year horizon, 7.5% over 10 years
- Ten year reserves CAGR of 8.5% with F&D cost ~$10.80 per barrel (147% RRR over 10 years)

‣ **Cash Flow**

- Generates ~$3.3 B in FCF over 5-year horizon (versus ~$4.8 in scenario BW2)
  - *Under optimized investment profile Maverick generates ~$0.9 B in FCF over the 2017-2021 horizon*

IDENTIFY AND COMMERCIALIZE RESOURCES ▪ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ▪ GLOBAL BUSINESS DEVELOPMENT APPROACH ▪ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   20

20



A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# Production/Reserves Profile – BW2 (No Maverick)



## Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -24.0% | 13.4% | 14.1% | 8.1% | 4.2% | 7.2% | 12.2% | 5.6% | 3.3% | 0.2% | 3.8% | |
| Divestiture Adjusted* | 2.8% | 7.2% | 13.4% | 14.1% | 8.1% | 4.2% | 7.2% | 12.2% | 5.6% | 3.3% | 0.2% | 7.5% | 7.5% |

## Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -3.3% | 9.6% | 14.8% | 7.0% | 7.7% | 2.7% | 3.0% | 3.3% | 15.7% | 15.2% | 6.7% | 8.5% | 8.3% |
| Reserve Replacement* | 93% | 162% | 192% | 144% | 148% | 117% | 119% | 119% | 187% | 194% | 148% | 147% | 153% |
| F&D Cost | $15.56 | $12.85 | $9.80 | $11.96 | $11.33 | $14.35 | $13.89 | $12.43 | $7.18 | $7.73 | $10.95 | $10.81 | $10.63 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | (0.2) | 0.3 | 1.1 | 1.2 | 1.0 | 1.5 | 2.8 | 3.7 | 3.4 | 2.8 | 17.6 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.9 | 5.9 | 5.6 | 6.5 | 7.0 | 55.4 |

BW2_NoMav : Optimization Case with 65/35 Allocation -Maverick Sold (Run 121)

*Divestiture adjusted

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   21

ANADARKO PETROLEUM CORPORATION



# Summary Operational/Financial Metrics

*Added Maverick Divestment Scenario*



| | **Scenario** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **BW1** | **BW2** | **BW2 - Strip** | **BW2 - No Mav** | **BW3** | **BW4** | |
| Maverick | On | On | On | **Off** | On | On | Lowest |
| Dw/Intl Exploration | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible | 50th Percentile |
| GOM Dev | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible | Highest |
| Mozambique | On | On | On | On | On | On | |

| | **2017-2026 Horizon** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **CAGR** | | | | | | |
| Volume | 7% | 7% | 7% | 7% | 7% | 7% | |
| Reserves | 8% | 7% | 7% | 8% | 7% | 7% | |
| DCF | 10% | 9% | 11% | 10% | 9% | 9% | |
| | **Cumulative** | | | | | | |
| RRR | 149% | 146% | 146% | 153% | 145% | 146% | |
| DCF $B | $ 75.4 | $ 75.5 | $ 71.4 | $ 73.0 | $ 76.3 | $ 75.6 | |
| CAPEX $B | $ 56.5 | $ 56.5 | $ 56.5 | $ 55.4 | $ 56.5 | $ 56.5 | |
| FCF $B | $ 18.9 | $ 19.0 | $ 14.9 | $ 17.6 | $ 19.8 | $ 19.1 | |
| EBITDAX per BOE | $ 27.00 | $ 26.30 | $ 24.90 | $ 27.20 | $ 26.40 | $ 26.50 | |
| | **Per DAS (Average)** | | | | | | |
| Production | 0.47 | 0.49 | 0.45 | 0.45 | 0.50 | 0.49 | |
| Reserves | 3.18 | 3.18 | 2.94 | 3.07 | 3.25 | 3.22 | |
| DCF | $ 10.26 | $ 10.49 | $ 9.17 | $ 9.98 | $ 10.77 | $ 10.73 | |

| | **Credit Metrics (2017)** | | | | | | Indicative BBB |
|---|---|---|---|---|---|---|---|
| Leverage Full Cycle Ratio (Moody's) | 1.58x | 1.62x | 1.39x | 1.66x | 1.63x | 1.64x | >1.00x |
| Retained Cash Flow / Debt (Moody's) | 29.8% | 30.4% | 25.2% | 29.4% | 30.8% | 31.9% | >20.0% |
| Debt / EBITDAX (Fitch) | 2.63x | 2.58x | 3.06x | 2.66x | 2.56x | 2.49x | <2.50x |
| Debt / Daily Production (Fitch) | $ 24.13k | $ 23.72k | $ 24.71k | $ 25.68k | $ 23.55k | $ 22.85k | <$15k |
| DCF / Debt (S&P) | 31.4% | 32.1% | 26.6% | 31.1% | 32.5% | 33.7% | >20.0% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rig Termination Fees | $ - | $ - | $ - | $ - | $ - | $ - | |
| 2016 Asset Divestiture Proceeds ($B) | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.8 | $ 2.3 | $ 2.8 | |
| YE 2016 APC Debt ($B) | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.0 | $ 10.5 | $ 10.0 | |

IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY    22

22

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

# L48 Inventory Utilization

| L48 Inventory Usage | | % Economic Inventory Used    2017-2021 | % Economic Inventory Used    2022-2026 | % Economic Inventory Used    10 Yrs |
|---|---|---|---|---|
| BW1 | Wattenberg | 37% | 48% | 84% |
| | Delaware Basin | 23% | 58% | 81% |
| | Maverick | 0% | 90% | 90% |
| | Other* | 5% | 24% | 29% |
| BW2 | Wattenberg | 44% | 56% | 100% |
| | Delaware Basin | 29% | 48% | 78% |
| | Maverick | 18% | 82% | 100% |
| | Other* | 8% | 33% | 42% |
| BW2$_{NoMav}$ | Wattenberg | 51% | 49% | 100% |
| | Delaware Basin | 31% | 49% | 80% |
| | Maverick | 0% | 0% | 0% |
| | Other* | 9% | 39% | 49% |
| BW3 | Wattenberg | 52% | 48% | 100% |
| | Delaware Basin | 24% | 66% | 90% |
| | Maverick | 6% | 94% | 100% |
| | Other* | 10% | 42% | 52% |
| BW4 | Wattenberg | 51% | 41% | 92% |
| | Delaware Basin | 22% | 68% | 90% |
| | Maverick | 6% | 94% | 100% |
| | Other* | 15% | 50% | 65% |

*Other - PRB, GGRB, Eaglebine Development

IDENTIFY AND COMMERCIALIZE RESOURCES  ▪  EXPLORE IN HIGH-POTENTIAL PROVEN BASINS  ▪  GLOBAL BUSINESS DEVELOPMENT APPROACH  ▪  ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY     23

23

# Exhibit 58

**Document Produced in Native Format**

CONFIDENTIAL



# Shenandoah EC update

7/25/2016

# Agenda

- Shenandoah Development Project Overview
  - Project Schedule "Path to Sanction"
  - Key project risks

- Shenandoah Appraisal Program & Updated Resource Assessment
  - Shen 5 update
  - Resource Assessment
  - Development Scenarios
  - Presentation of Project Economics

- 20A Update

- Shenandoah IPT Update



2

# Shenandoah Overview

- **Blocks (Units): WR 51, 52 & 53**

- **Operator: Anadarko (33% WI)**
  - COPC (30%); Cobalt (20%); Venari (17%)

- **Discovery well drilled in 2009**
  - Shen 2 Appraisal well: 1,000' net Pay in 2013
  - 5 additional penetrations and 2 BP Cores

- **Geologic Unit: U & L Wilcox**
  - Reservoir Depth: 28,000' – 32,000'
  - Average Phi & k: 21%, 50-100 md
  - Oil API 33 API, ~1,350 GOR

- **Recoverable Resource: 190 – 630 MMBOE (low-high)**

- **Targeted 1st production: 2021**





*Total Oil Pay : >1,000'*





3

3

# Shenandoah Path to Sanction (Q3, 2021 first Oil)



- Shen 6 appraisal well designed as east flank, down-dip take-point, necessary to establish sanction volumes

- Shen 6ST essential to allow time to execute JOA activities leading up to 2018 FID and SOP Issuance

- Concept Select and FDP preparation are key 2016 activities

- Internal Project Sanction targeted for Q3, 2017

*MEFS – Minimum Economic Field Size

4

4

# Key Project Risks and Challenges

- Subsurface
  - Managing & Sustaining partnership alignment in all key decisions throughout "path to sanction" process
  - Defining commercially recoverable resources to meet Minimum Economic Field Size objective volumes
  - Effective rig and 180 day clock management

- Facilities
  - Completion of JDA Scope vs. Subsea Equipment Delivery by IPT
  - Reservoir Uncertainty – Production deliverability and requirements for water Injection drives concept select
  - On time delivery of the facility and subsea equipment

- Drilling
  - Consistency in Achieving 10-1/8" x 7-3/4" Casing Across Reservoirs & Effective Zonal Isolation across Productive Sands

- Completion
  - Down-hole mechanical integrity (failure of 3 Zone IWS system with individual gauge/chemical injection lines)
  - Commingling / Flow Assurance
  - Sand Control Failure

- 20A
  - Commitment and contract timing for MODU and 20K BOP Systems
  - FMC JDA Leadership, Steering Team, & operator representatives personnel changes

- Regulatory
  - BSEE Flexibility in Down-hole commingling
  - WCR (Well Control Rule)

5

# Shenandoah Appraisal Program & Updated Resource Assessment





LWA mapped area down to EOWC = 1850 acres

**Shen 2**

**Shen 1**
(Disc.)

**Shen 2**
(Oil Reservoir)

**Shen 4 ST1**
(Oil Reservoir)

**Shen 3**
(Water Leg)

**Shen 6**
(proposed)

**Shen 5**
(Oil Reservoir)

1002' TVT Net Pay

**Lower Wilcox A Sand**

### Key Points & Implications
- Eight productive formations (UW1 thru LWE)
- All oil-bearing wells isolated from one another
- OWC's vary between fault blocks
- Uncertainty remains in far east area

7

7

# Shenandoah 5 Petrophysics

## Shen 5 Results

- Good Correlation with Shen 2
- Obtained 82' core in UW2
- Separated from Shen 1 & 2
- No water contacts
- Tar encountered in LW C
  - 22' of tar sands
- Pay count - 1043' net TVT



**Shen 5**
WR 51 #4
Shenandoah

Total Net Pay : 1043' Pay MD/TVD
Wireline Petrophysical Analysis -7/14/2016

**24' Net TVT Pay**
Avg. Por = 22.7 %
Avg. Perm = 102 md
Avg. SW = 14.4%

**134' Net TVT Pay**
Avg. Por = 19.6 %
Avg. Perm = 38 md
Avg. SW = 19%

**305' Net TVT Pay**
Avg. Por = 20.3 %
Avg. Perm = 56 md
Avg. SW = 11.9%

**154' Net TVT Pay**
Avg. Por = 19.0 %
Avg. Perm = 41 md
Avg. SW = 15.7%

**118' Net TVT Pay**
Avg. Por = 19.8 %
Avg. Perm = 37 md
Avg. SW = 16.3%

**91.5' Net TVT Pay**
Avg. Por = 19.0 %
Avg. Perm = 52 md
Avg. SW = 24%

**65' Net TVT Pay**
Avg. Por = 21.2 %
Avg. Perm = 53 md
Avg. SW = 20.7%

**151' Net TVT Pay**
Avg. Por = 19.4 %
Avg. Perm = 36 md
Avg. SW = 26.7%

**Total Net Pay = 1043' TVD/TVT**

PTD: 31,100' MD

## Shen 5 – UW2 Core



8

# Shenandoah Stratigraphic Cross Section





# Seismic Well Tie Line – Shen4/Shen2/Shen5/Shen6 (prop)



# Wilcox Analogs – Shenandoah Compares Favorably

| Wilcox Well Comparison | | | | | | |
|---|---|---|---|---|---|---|
| | Jack | St Malo | Cascade | Chinook | *Shen 5 | *Shen 2 |
| GOR (scf/stb) | 250 | 198 | 175 | 200 | 1124 | 1261 |
| Viscosity | 3.14 | 2.42 | 6.42 | 5.99 | 1.32 | 0.89 |
| Pi (Psia) | 19,318 | 19,526 | 19,149 | 18,826 | 22,569 | 22,755 |
| Net Pay H | 831 | 344 | 331 | 283 | 1043 | 1001 |
| Avg Porosity (PHIE) | 0.18 | 0.16 | 0.1 | 0.18 | 0.199 | 0.211 |
| Avg Permeability ($_{Kair}$) | 32 | 17 | 30 | 66 | 47 | 50 |

*PVT from UW3 (Shen 2 and Shen 5)



Jack/St Malo: Operator Chevron, 1st oil: 12/2014, 6 producing wells,  2nd phase development drilling ongoing with production expected in 2017

- CVX 2016 US Operations Highlights: "The second phase of the development plan includes four more development wells. …..First oil from Stage 2 is expected in 2017…….Production from the Jack/St. Malo development is expected to ramp up to 94,000 BOPD and 21 MMCFD. Total potentially recoverable oil-equivalent resources are estimated to exceed 500 million barrels."

Cascade/Chinook: Operator: Petrobras, 1st oil: 2/2012, 5 producing wells

- PBR public statements: "The permeability  is low at ~5-50 mD, …its oil has low volatility with a solution gas-oil ratio of only ~200 scf/bbl".

Ongoing GOM Lower Wilcox developments (sourced from Woodmac):

  Stones: Operator Shell, FPSO recently arrived in the GOM; Reservoir Properties: API: 28 deg.; GOR: 250scf/bbl; Por.: ~17%; k: ~30mD, 250mmboe recoverable resource

  Julia: Operator XOM, Planned to be tied back to Jack/ St Malo, Reservoir Properties: API: 23-28 deg.; GOR: 250scf/bbl; Por.: ~15-25%; k: ~10mD, 200mmboe recoverable resource

# STOOIP Update (June 2016)

| | "Proven+" | Low | Mid | High |
|---|---|---|---|---|
| STOOIP (MMBO) | 336 | 727 | 1596 | 2374 |



**"Proven+" Case – LW A**

Upper limits: HKO - 100'
Lower limits: LKO +100'

*WR51-52 Shenandoah Discovery*
*L Wilcox A Sand*
*Min Case Areas (by fault block)*

**Low Case – LW A**

Upper limits: include low risk up-dip potential
Lower limits: LKO +100'

*WR51-52 Shenandoah Discovery*
*L Wilcox A Sand*
*Low Case Areas (by fault block)*

**Mid Case – LW A**

Upper limits: include full up-dip extent based maps
Lower limits: OWC based on MDT data

*WR51-52 Shenandoah Discovery*
*L Wilcox A Sand*
*Mid Case Areas (by fault block)*

**High Case – LW A**

Upper limits: include full up-dip extent based maps
Lower limits: HKW–100' from Shen-3 or Yuc-2

*WR51-52 Shenandoah Discovery*
*L Wilcox A Sand*
*High Case Areas (by fault block)*

12

# Current Recoverable Resource Estimate

- **STOOIP is based on a preliminary post-Shen 5 mapping update**
  - Update done pre LWC - LWE Shen-5 data
  - Range is based on a series of deterministic maps

- **Recoverable Resources are calculated with a range of recovery efficiencies**
  - Aquifer size will remain an unknown until production data is obtained
  - Water Injection scenarios are not included, but are currently being worked

| Range of recoverable gross resources in MMBOE | | | | |
|---|---|---|---|---|
| | "Proven+" | Low | Mid | High |
| Depletion 13% | 44 | 96 | 211 | 315 |
| Moderate Aquifer 22% | 89 | 192 | **422** | 629 |
| Large Aquifer 28% | 113 | 245 | 537 | 801 |

13

# Comparison of June 2016 to Post-Shen 4 Resource

- Post Shen 4 resource estimate from January 2016 – MMRA
- Current resource estimate – Discrete maps, not probabilistic range

Joint evaluation facilitated by RCT, incorporating Exploration and Development interpretations. Applies greater uncertainty to undrilled areas. **No discrete maps tied to distribution**



# Economic Input Assumptions

- Ownership: 33.00% WI, 28.19 % NRI
- 1st Oil July 2021
- Development Drill and Complete Well Costs:

| | Cost per Well |
|---|---|
| Drill | $113.5 MM |
| Complete | $77.1 MM |

- Facilities:

| | Cost |
|---|---|
| Phase I | $2.4B |
| Phase II | $0.6B |

- Mid-Case Development Cost:

| Mid Case | Gross Capex, $MM | Net Capex, $MM |
|---|---|---|
| Drilling (0% contingency) – 9 wells | $760 | $251 |
| Completions (15% contingency) | $735 | $243 |
| Facilities (18% contingency) | $2,992 | $987 |
| 20A | $160 | $53 |
| Appraisal (Shen6, Shen6 St) | $436 | $144 |
| Total | $5,083 | $1,677 |

- Facility Constraints:
  - Oil Production: 100K BOPD
  - Gas Production: 120 MMCFD
  - Water Production: 100K BWPD
  - Liquid Production: 120K BLPD

- 30 Year Field Life

- Well Constraints
  - Drawdown = 2,000 psi (GOM Standard)
  - Min. FBHP = 11,000 psi (Completions)
  - Well Rate Limits:
    - *15,000 BLPD (Lower Targeted Wells)*
    - *20,000 BLPD (Upper Targeted Wells)*
  - 60% max water cut (Flow Assurance)
  - No PI Degradation Applied



**Targeted Zones***
2 wells per spacing
1st Well: UW1 – LWB
2nd Well: LWC- LWE

15

# Development Scenarios – Low-Mid-High Case



| LOW | MID | HIGH |
|---|---|---|
| | **STOOIP** | |
| 727 MMBO | 1,596 MMBO | 2374 MMBO |
| | **Recoverable Resource** | |
| 22% Recover Factor | 22% Recover Factor | 22% Recover Factor |
| 192 MMBOE | 422 MMBOE | 629 MMBOE |
| | **Phase 1** | |
| First production 7/2021 | First production 7/2021 | First production 7/2021 |
| 5 producers; 1 flow loop | 5 producers; 1 flow loop | 5 producers; 1 flow loop |
| | **Phase 2** | |
| No Phase 2 | 4 additional producers | 5 additional producers |
| | Phase II startup 2/2024 | Phase II startup 2/2024 |
| | **Total Producers** | |
| 5 wells | 9 wells | 10 wells |

# Shenandoah Costs and Production Forecast





- Room for additional tie-back volumes for exploration success

- Capital spending is the same through Phase I (year 2021) for all development scenarios

- Portfolio has net yet been updated post Shen 5

# Economic Summary – Deterministic Cases

*Evaluation start date: 7/2016*

| | Net EUR (MMBOE) | Gross EUR (MMBOE) | Invest $50/BBL | | | | Upside $70/BBL | | | | F&D ($/BOE) | Breakeven Price ($/BBL) | |
| | | | NPV10 ($MM) | | PIR10 | | NPV10 ($MM) | | PIR10 | | | | |
| | | | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | | BTAX | ATAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Low Case** | 53 | 192 | -124 | -110 | -0.14 | -0.12 | 260 | 132 | 0.29 | 0.15 | 24 | 56 | 59 |
| **Mid Case** | 117 | 422 | 345 | 175 | 0.31 | 0.16 | 1047 | 617 | 0.94 | 0.55 | 15 | 40 | 42 |
| **High Case** | 175 | 629 | 790 | 454 | 0.69 | 0.40 | 1704 | 1031 | 1.49 | 0.90 | 11 | 32 | 34 |

## All Cases are subject to economic optimization through:

- Additional data-points on Shen 5
- Updated Geo and Reservoir Modeling (Q42016) to optimize the development plan and rate expectations
- Resource refinement (Shen 6)
- Reprocessing of Seismic Data (ongoing)
- Capital cost refinement
- Better understanding of commercial terms





18

18

# Economic Sensitivities





- Oil prices at 1st oil is the biggest uncertainty followed by uncertainty in resource distribution

- Optimize facility utilization with updated field development plan

- Expect facilities cost improvement post concept select

- Drilling cost price uncertainty to be tied down after tender (post sanction)

Price Decks:
Stress $35/BO, $2.00/MMBTU
Invest $50/BO, $2.50/MMBTU
Upside $70/BO, $3.50/MMBTU

19

19

# 20A Update



# 20A – Equipment Development

- MODU, BOPE & Riser
- Completions
- Interventions
- Subsea Facilities











# 20A - Challenges & Risks

- Controlling costs & schedules
- Supplier capabilities & interest in today's market
- Government approvals
- Extending technology
- Incorporating well requirements into the design "real time"

- No "show stoppers" identified
- Lots of work ahead

- On track to complete equipment qualifications by 4Q 2018



22

22

# 20A – Delivery Examples

**Challenge**:  Can we change "disposable" appraisal well designs to "keeper" designs ($100 MM+ / well)

**Response:**  Accelerated efforts and delivered the necessary equipment for the #5 & upcoming #6 wells





**Challenge:**  BSEE considering requiring two downhole subsurface safety valves

**Response:**  Obtained approval for one SCSSV, showed second valve impacted mitigations for primary failure mechanism, asphaltene



23

# Shenandoah MODU Contracting



Ocean BlackHornet

- Plan
  - Rejected new build MODU due to costs (~$600K / day)
  - Expect 15K MODU upgraded to 17.5K or 20K psi (~$350K / day)
  - Ensure rig is capable to work other APC projects at competitive day rate

- Options
  - Use existing MODU under APC contract
  - Contract a different MODU
    - *All options have conflicting technical, regulatory, commercial, and partner implications*

- Timing
  - MODU RFP Process 1Q17
  - Letter of Intent 3Q17 (@ Internal Sanction)
  - Contract 1Q18 (@ FID)
  - Begin operations ~3Q 2020



# Shenandoah IPT Project update



# Facility Basis of Design

| | SBM Semi | Technip Spar |
|---|---|---|
| Oil Production (MBOPD) | 100 | 100 |
| Gas Production (MMSCFD) | 120 | 120 |
| Max Water Injection (MBWPD) | 120 | 60 |
| Production Risers | 8 | 8 |
| Water Injection Risers | 4 | 2 |
| Umbilicals | 14 | 9 |
| Total Topsides Capacity | 24,500 ST | 17,500 ST |
| Future Topsides Capacity (without water injection) | 6,750 ST | 2,000 ST |
| Future Topsides Capacity (with water injection) | 3,000 ST | 0 |





CONFIDENTIAL Do Not Distribute or Reproduce

# Semi vs Spar Execution



| | Semi | Spar |
|---|---|---|
| Contractor | SBM | Technip |
| Hull | Singapore Fabrication | Finland Fabrication |
| Topsides Design | Modular Deck – Process/Utility (Main) | Stacked Deck; Multiple lifts |
| Topsides Fabrication | Kiewit, Ingleside | Kiewit, Ingleside (Base Case) McDermott, Altamira, Mexico |
| Deck Lift/Installation | Onshore; Kiewit – HLD | Offshore; Thialf or Sleipnir |
| Commissioning | Onshore & Quayside KOS | Offshore |
| Hull & Mooring Installation | Multiple vessel & contractor opportunities | Limited vessel options |
| Critical Path | Subsea installation & commissioning | Topsides installation & commissioning |



CONFIDENTIAL Do Not Distribute or Reproduce

# Execution Schedule

- **Different but manageable delivery schedules**
- **Either concept chosen gets you to a First Oil date in 2H 2021**

CONFIDENTIAL Do Not Distribute or Reproduce

28



# Phase 1 Facilities Costs (Sept 2015 – Present)

- July 2017 Sanction
- 25% Contingency
- Inputs from a variety of market conditions
- Contractor proposals, supplier estimates, HB benchmarking

**Original Cost $2,596 MM**

**Cost Increases**

- January 2018 Sanction
  - + $50 MM
- Decentralized Subsea Layout
  - + $100 MM

- <u>Updated February 2016</u>
- January 2018 Sanction
- 18% Contingency
  - Increased number of cost categories
  - Delayed contingency spend
- Lower engineering costs
- Discounted installation rates

**Updated Cost $2,486 MM**

**Updated Cost $2,344 MM**

- <u>Updated Costs May 2016</u>
- Further cost reduction recognized for topsides engineering, equipment delivery, and fabrication
- Overall contingencies reduced to 15%

- <u>Updated July 2016</u>
- Updated Bids July 15th
- Additional well Phase I (5-wells)
- Reduce contingency where possible
- Carrying 14-16% contingency

**Updated Cost $2,224-$2,249 MM**

| Estimated Annual Capital (Gross, $MM) | | | | | | |
|---|---|---|---|---|---|---|
| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | Total |
| $39 | $200 | ~$730 | $595-670 | $415-475 | $160-250 | $2,224-2,249 |

CONFIDENTIAL Do Not Distribute or Reproduce

# Path to Sanction



- ▪ **Critical decision point for Concept Select**
  - Backward from first oil and forward from sanction
  - Reduce facility options
  - Meet key milestone date
  - Maintain ability to manage scope change, cost, and schedule

- ▪ **Points to Remember**
  - Management concept recommendation ~September 1
  - Recommendation to Partners September 8
  - Notify Contractors mid-September (anticipated press)
  - Forecasting $200MM gross spend for 2017
  - Can exit at any time up until Sanction

CONFIDENTIAL Do Not Distribute or Reproduce

# Concept Select: Selection

▪ **Where are we leaning**
- Viable solutions
- Different execution strategies and drivers

▪ **Semi delivery:**
- New fabrication contract and contractor
- Known risks associated with Singapore fabrication – additional contingency
- New interfaces that need to be worked between all contractors to deliver a Semi

▪ **Spar delivery:**
- Ramping up TOF after an extended period of low activity
- Jones Act uncertainty and the potential requirement for an international topsides fabrication
- Coordinating installation with HMC.

▪ **Future expansion flexibility & tieback opportunities**

| Semi Drivers | Spar Drivers |
|---|---|
| Flexibility in design | Protects downside |
| Full water injection capability | Known execution model |
| Future expansion opportunity | Strong contractor relationship |
| No Jones Act concerns | Delayed concept select forces Spar |
| Not dependent on heavy lift | |

CONFIDENTIAL Do Not Distribute or Reproduce

# Tie-back Opportunities



- **APC Expansion**
  - Current Semi Design upgradable to ~160,000 BOPD
  - Support need for water injection up to 120,000 BWIPD
  - Available for up to 8 flowline risers
  - Strategically position to support Shen and Others
  - Current 16" Oil Export Line will need to be evaluated for additional capacity

CONFIDENTIAL Do Not Distribute or Reproduce

32

32

# Strategy Through Sanction Phase

▪ **Path to Sanction**

- Complete Concept Select; refine project and well costs
- Reduce the uncertainty in recoverable resources to improve sanctioning confidence
  - *Finalize new-build dynamic simulation model to refine recoverable resources and economics (Q4, 2016)*
  - *Generate field development plans Document (Q4, 2016)*
  - *Drill final appraisal well in Q4, 2016; define lateral continuity, hydrocarbon container size & resources*
  - *Establish economic case for sanction (Q3, 2017)*
- Increase confidence in 20A technology delivery and MODU contracting strategy

▪ **Understand internal sanction criteria with respect to pricing assumptions and economic threshold parameters**

▪ **Attentive to partner and potential Anadarko exit strategies**



- Option 1: Maintain Position with large Discovery
- Option 2: Explore other funding mechanisms to reduce capital exposure
- Option 3: Proceed with Divestiture

Strategic Options

| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |

Shen 5** · Shen 6 · 6ST** · SOP/FID · Development drilling (2-3 wells) · 20K Completions (4-5 wells) · First oil

Post-Shen 4
185-694 MMBOE*

Shen 5 Success:
190-630 MMBOE*

Shen 6 Success:
250-600 MMBOE*

Hull-Mooring, Topside & Subsea Fabrication & Installation

\*   Expected Range of Recoverable Oil, gross
\*\*  Keeper wells

33

# Exhibit 59



# Shenandoah EC update

9/14/2016

APC002537
**Confidential Treatment Requested Under FOIA**
APC-00002305

CONFIDENTIAL

## Agenda

- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- Commercial Export Solutions
- Post Shen 5 Preliminary Project Economics
- Shen 6 Drilling Well Overview
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance



ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002538
Confidential Treatment Requested Under FOIA
APC-00002306

# Shenandoah Overview

- **Blocks (Units): WR 51, 52 & 53**

- **Operator: Anadarko (33% WI, 28%NRI)**
  - COPC (30%); Cobalt (20%); Venari (17%)

- **Discovery well drilled in 2009**
  - Shen 2 Appraisal well logged 1,000' net pay in 2013
  - 5 additional penetrations
  - Shen 6 appraisal to spud in Q4, 2016

- **Geologic Unit: U & L Wilcox**
  - Reservoir Depth: 28,000' – 32,000'
  - Average Phi & k: 21%, 50-100 md
  - Oil API 32 API, ~1,200 GOR

- **Targeted 1st production: 2021**



Shenandoah #2 (WR 51 #2)

Total Oil Pay : >1,000'





ANADARKO PETROLEUM CORPORATION

APC002539
Confidential Treatment Requested Under FOIA
APC-00002307

# Shenandoah Path to Sanction (first Oil 2021)



- Time-line is for a Shen 6 success case
- Shen 6 could prove up Sanction Economic; Shen 6ST essential for executing JOA activities leading up to FID and SOP Issuance
- FDP preparation and approvals moved out due to Shen 5 timing, delaying internal sanction from 2017 to early 2018
- First Oil date projected as Q4, 2021

*MEFS: Minimum Economic Field Size

CONFIDENTIAL

APC002540
Confidential Treatment Requested Under FOIA
APC-00002308

# 2016-2017 Shenandoah Project Budget (based on preliminary 8+4)



|  | 2016 | | 2017 | | 2018 | | COMMENTS |
|---|---|---|---|---|---|---|---|
|  | Gross ($MM) | Net ($MM) | Gross ($MM) | Net ($MM) | Gross ($MM) | Net ($MM) | Net: 33% WI |
| Appraisal Drilling | $199.2 | $65.7 | $205.9 | $67.9 | $0.0 | $0.0 | 2016: Shen 5 & 6 2017: Shen 6 + Shen 6 ST *MWCC excluded from estimates |
| Subsurface | $16.2 | $5.3 | $6.7 | $2.2 | $3.0 | $1.0 | IPT, Seismic Reprocessing, Core & Fluids, Structural & Sedimentological Analysis |
| Facility IPT | $32.0 | $10.6 | $136.5 | $45.0 | $709.8 | $234.2 | Combined IPT, Fac. Engineering & LL AFE |
| 20A | $40.2 | $13.3 | $58.6 | $19.3 | $27.6 | $9.1 | Includes $4.9MM for COP JDA subsea carry |
| Closing payment to MRO (purchase of 3% WI) | $4.3 | $4.3 | $0 | $0 | *$4.3 | *$4.3 | * Payable to MRO at sanction |
| Totals | $291.8 | $99.2 | $407.7 | $134.5 | $744.7 | $248.6 | |

APC002541
Confidential Treatment Requested Under FOIA
APC-00002309
CONFIDENTIAL

# Key Project Risks and Challenges



- **Project Management**
  - **Managing & Sustaining partnership alignment in all key decisions throughout "path to sanction" process**
  - **Effective rig and 180 day clock management for lease maintenance**
  - Effectively manage appraisal project with multiple 20 Kpsi technological development requirements
  - Commercial solution for range of resource outcomes
- **Subsurface**
  - **Defining commercially recoverable resources to meet sanction objective volumes in low price environment**
  - Recognizing/Understanding reservoir compartmentalization & fluid variability
  - Sustained well deliverability uncertainty
- **Facilities**
  - Completion of JDA Scope before procurement of Subsea Equipment Delivery necessary for Shenandoah
  - **Ability to manage execution with sanction timing uncertainty**
  - Overall delivery on a new execution strategy for 20K equipment, new hull form, new topsides design
- **Drilling & Completions**
  - (D) Consistency in Alleviating Impact of 14" Gap (landing of 14" Long-string)
  - **(D) Consistency in Achieving 10-1/8" x 7-3/4" Casing Across Reservoirs & Effective Zonal Isolation across Productive Sands**
  - (C) Uncertainty of the requirement for stimulation to achieve design rates
  - (C) Commingling / Flow Assurance
  - (C) Sand Control Failure
- **20A**
  - **Commitment and contract timing for MODU and 20K BOP Systems**
  - FMC JDA development delivery
- **Regulatory**
  - BSEE Flexibility in Down-hole commingling
  - Well Control Rules (WCR)

ANADARKO PETROLEUM CORPORATION                                                            6

APC002542
Confidential Treatment Requested Under FOIA
APC-00002310

CONFIDENTIAL

# Agenda



• Shenandoah Development Project Overview

▪ **Shenandoah Appraisal Results & Preliminary Resource Assessment**

• Drilling / Completions Overview

• 20A Update

• Facilities Update

• Exploration Basin Strategy

• Commercial Export Solutions

• Post Shen 5 Preliminary Project Economics

• Shen 6 Drilling Well Overview

• Post Shen 6 Path Forward – Reducing Uncertainty

• Open Discussion – EC Guidance



ANADARKO PETROLEUM CORPORATION

APC002543
Confidential Treatment Requested Under FOIA
APC-00002311

CONFIDENTIAL



## Structure Map – UW 2

UW2 mapped area down to EOWC = 2536 acres

Shen 2

Shen 1
(Disc.)

Shen 2
(Oil Reservoir)

Shen 4 ST1
(Oil Reservoir)

Shen 3
(Water Leg)

Shen 6
(proposed)

Shen 5
(Oil Reservoir)

** UW2 sd Not Present

1002' TVT Net Pay

U. Wilcox 2 Sand

Key Points & Implications
- Eight productive formations (UW1 through LWE)
- All oil-bearing wells isolated from one another
- OWC's vary between fault blocks
- Uncertainty remains in far east area

8

CONFIDENTIAL

APC002544
Confidential Treatment Requested Under FOIA
APC-00002312



## Structure Map – LW A

LWA mapped area down to EOWC = 1850 acres

**Shen 2**

**Shen 1**
(Disc.)

**Shen 2**
(Oil Reservoir)

**Shen 3**
(Water Leg)

**Shen 4 ST1**
(Oil Reservoir)

**Shen 6**
(proposed)

**Shen 5**
(Oil Reservoir)

1002' TVT Net Pay

**Lower Wilcox A Sand**

### Key Points & Implications
- Eight productive formations (UW1 through LWE)
- All oil-bearing wells isolated from one another
- OWC's vary between fault blocks
- Uncertainty remains in far east area

9

CONFIDENTIAL

# Shenandoah 5 Petrophysics

- **Shen 5 Results**
- **Good Correlation with Shen 2**
- **Obtained 82' core in UW2**
- **Separated from Shen 1 & 2**
- **No water contacts**
- **Tar encountered in LW C**
  - 22' of tar sands
- **Pay count - 1043' net TVT**

- **_Also encountered_**
  - Lower Reservoir Pressures =>
    Shallower OWC's
  - Different oil properties,
    especially LWC-D-E sands





## Shen 5 – UW2 Core

APC002546
Confidential Treatment Requested Under FOIA
APC-00002314

CONFIDENTIAL

# Shenandoah Stratigraphic Cross Section







ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

## Pressure Summary – Shenandoah 5





- Observe pressure compartments vertically
- Varying fluid composition within the well
- Fluids in the Upper Wilcox appear to be more compatible than fluids in the Lower Wilcox
- Lower Wilcox fluid properties lower than observed in the Upper Wilcox
- No pressure off-set observed between tar zones

ANADARKO PETROLEUM CORPORATION

APC002548
Confidential Treatment Requested Under FOIA
APC-00002316

# Pressure Summary – LW A





- **Observe pressure compartments laterally**
  - All wells drilled to date are in different pressure compartments
- **Varying fluid composition in the field**
- **Pressure decreasing from West to East**
- **Shen 1 encountered OWCs in LWA and LWC, but uncertain if connected to Shen 3**
- **Shen 2, Shen 4, and Shen 5 encountered no OWCs**
  - Shen 3 water gradient currently used to project OWCs in field

ANADARKO PETROLEUM CORPORATION

APC002549
**Confidential Treatment Requested Under FOIA**
APC-00002317

CONFIDENTIAL

# Fluids Summary



ANADARKO

| Well | Zone | MD (Ft) | P res (Psia) | T res (F) | API (SSF) | GOR (scf/stb) | Viscosity (cp) Res Cond | AOP (Psia) @ Tres |
|------|------|---------|--------------|-----------|-----------|---------------|-------------------------|-------------------|
| Shen 1 | LW D – LW E | 29,348 – 29,620 | 22,635 – 22,892 | 190 | 26.1 – 26.3 | 852 – 867 | 3.07 – 3.36 | 8,465 – 8,635 |
| Shen 2 | UW 2 – LW B | 29,329 – 30,323 | 22,798 – 23,185 | 197 -207 | 32.9 – 33.6 | 1,202 – 1,332 | 0.84 – 0.89 | 11,496 -11,908 |
|  | LW C | 30,589 | 23,301 | 210 | 35.4 | 1,448 | 0.48 | 11,719 |
|  | LW D | 30,892 | 23,497 | 212 | 36.6 | 1,819 | 0.49 | 13,480 |
|  | LW E | 31,068 | 23,663 | 214 | 24.3 | 734 | 1.19 – 3.5 (IFA) | 5,545 |
| Shen 4 | UW 2 – LW B | 30,603 – 30,953 | 23,220 – 23,348 | 209-213 | 32.6 – 34.2 | 1,264 – 1,424 | 0.74 | 12,570 |
|  | LW C | 31,296 – 31,503 | 23,359 – 23,701 | 217 – 219 | 37.3 – 37.4 | 1,840 – 1,949 | 0.44 | 14,012 |
|  | LW E | No sample or IFA – using gas isotope evaluation, fluid properties assumed to be similar to Shen 2 LW E | | | | | | |
| Shen 5 | UW 1 – LW B | 28,754 – 29,910 | 22,569 – 22,982 | 183 – 201 | 29.1 – 32.7 | 1027 – 1217 | 1.15 – 1.92 | 12,290 – 12,996 |
|  | LW C – LW E | 30,236 – 30,759 | 23,103 – 23,418 | 203 – 214 | 23.7 – 27.6 | 690 - 780 | Results not yet available | |

- **Shen 5 - Samples measured for H2S in each sand – results show no detectable H2S**

ANADARKO PETROLEUM CORPORATION

APC002550
**Confidential Treatment Requested Under FOIA**
APC-00002318

# Seismic Well Tie Line – Shen4/Shen2/Shen5/Shen6 (prop)





CONFIDENTIAL

## Seismic Well Tie Line – Shen4/Shen2/Shen5/Shen6 (prop)





APC002552
Confidential Treatment Requested Under FOIA
APC-00002320
CONFIDENTIAL



**North-South Arbline – Shen-6 Well**
**Wilcox Sands w/ estimated OWC's shown**

APC002553
Confidential Treatment Requested Under FOIA
APC-00002321

CONFIDENTIAL



North-South Arbline – Shen-6 Well
Wilcox Sands w/ estimated OWC's shown

CONFIDENTIAL

APC002554
Confidential Treatment Requested Under FOIA
APC-00002322

# Shenandoah Structural Evolution

Top of Upper Wilcox - Postdrill Yucatan 2 -  July 2014



Mean: 1,200 MMBOE

Top of Upper Wilcox - Postdrill Shen-3 - Dec. 2014 to June 2015



Mean: 740 MMBOE

(Basis for current Geomodel)

Upper Wilcox 2 - Postdrill Shen-4ST1 & BP1 - Jan. 2016



Basis for current Portfolio

Mean: 426 MMBOE

Upper Wilcox 2 – Postdrill Shen-5 - Aug. 2016

Mean: 353 MMBOE

**Pre-drill resource Mean 110MMBOE**

ANADARKO PETROLEUM CORPORATION                                                                 19

APC002555
**Confidential Treatment Requested Under FOIA**
APC-00002323

CONFIDENTIAL



West-East Arbline – Faulting Example

APC002556
Confidential Treatment Requested Under FOIA
APC-00002324



West-East Arbline – Faulting Example

CONFIDENTIAL

APC002557
Confidential Treatment Requested Under FOIA
APC-00002325



SW-NE Inline 4758 – Faulting Example

APC002558
Confidential Treatment Requested Under FOIA
APC-00002326

# STOOIP Update (June 2016- mid Shen 5)



| | "Proven+" | Low | Mid | High |
|---|---|---|---|---|
| STOOIP (MMBO) | 336 | 727 | 1596 | 2374 |



**"Proven+" Case – LW A**

Upper limits: HKO - 100'
Lower limits: LKO +100'

**Low Case – LW A**

Upper limits: include low risk up-dip potential
Lower limits: LKO +100'

**Mid Case – LW A**

Upper limits: include full up-dip extent based maps
Lower limits: OWC based on MDT data

**High Case – LW A**

Upper limits: include full up-dip extent based maps
Lower limits: HKW–100' from Shen-3 or Yuc-2

ANADARKO PETROLEUM CORPORATION

(Slide shown at EC Review 7/25/16)

CONFIDENTIAL

# STOOIP Update (Aug 2016) – Greater Risk North and East



| | Low-Low | Low | Mid | High |
|---|---|---|---|---|
| STOOIP (MMBO) | 412 | 664 | 1454 | 3497 |

- **STOOIP built around certainty using**
  - Estimated average h, phi, Sw & FVF based on the petrophysical and fluid properties from wells in each fault block
  - MDT inferred OWCs

- **Used "tank model" to obtain STOOIP estimates**



Low Case – LW A



Mid Case – LW A



High Case – LW A

ANADARKO PETROLEUM CORPORATION                                    24

APC002560
Confidential Treatment Requested Under FOIA
APC-00002328

CONFIDENTIAL

# Shenandoah Geomodel 3 (Currently Ongoing)



▪ **Geomodel 3 Goals:**

- Incorporate well data from Shen 4 and Shen 5 wells for new structure maps

- Incorporate new fault interpretation based on latest data from wells and seismic

- Utilize core data from Shen 3, Shen 4 and Shen 5 to properly capture lithofacies heterogeneity

- Improve overall sand distribution in the model based on newest depofacies interpretation

- Improve up-dip boundary for reservoir based on newest wells and seismic interpretation

- Ultimately leads to more rigorous and accurate resource assessment

ANADARKO PETROLEUM CORPORATION                                                                25

CONFIDENTIAL

APC002561
Confidential Treatment Requested Under FOIA
APC-00002329

# Shenandoah Geomodel 3: Generalized Workflow



**1** Provide updated structural horizons and faults capturing the full range of partner interpretations

  

**2** Generate isochores for all horizons



**3** Build structural framework from Isochores

 

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002562
Confidential Treatment Requested Under FOIA
APC-00002330

# Shenandoah Geomodel 3: Generalized Workflow Cont.



**4** Combine core based lithofacies to log based petrofacies and upscale into model



**5** Utilize depositional concept maps to construct input for NTG maps



**6** Build facies model (MPS, SISim, etc.) guided by concept map and populate lithofacies within model according to core & log based abundances



**7** Assign Phi-K-SW to each lithofacies cell



ANADARKO PETROLEUM CORPORATION                                                                                          27

CONFIDENTIAL

APC002563
Confidential Treatment Requested Under FOIA
APC-00002331

## Schedule: Static-Dynamic Simulation





- **Next recoverable resource update planned for 1Q2017**
- **Field development planning optimization with Gen 3 Model**

CONFIDENTIAL

APC002564
**Confidential Treatment Requested Under FOIA**
APC-00002332

# Agenda

- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- **Drilling / Completions Overview**
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- Commercial Export Solutions
- Post Shen 5 Preliminary Project Economics
- Shen 6 Drilling Well Overview
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance



ANADARKO PETROLEUM CORPORATION

APC002565
**Confidential Treatment Requested Under FOIA**
APC-00002333

CONFIDENTIAL

# Shenandoah Drilling Feet per Day to 29,000'

29,000' is significant because salt exit is behind us, 11-7/8" has been run (if necessary), and have reached Eocene(±). All that remains is Wilcox section.





Represents the expected ("P50") case

ANADARKO PETROLEUM CORPORATION

30

# Shenandoah Drilling Days/Cost to Reach 29,000'

29,000' is significant because salt exit is behind us, 11-7/8" has been run (if necessary), and have reached Eocene(±).  All that remains is Wilcox section.





| | Days | Cost Estimate | Comments |
|---|---|---|---|
| **WR 52 #3 (SHEN VI)** | 117 Days | $157,173,553 | Inclusive of $14 MM (MWCC) |
| **Shen Development Well** | 138 Days | $141,577,252 | Inclusive of $14 MM (MWCC) $250K/day rig rate |

*Represents the expected ('P50') case

CONFIDENTIAL

APC002567
Confidential Treatment Requested Under FOIA
APC-00002335

# Key Drilling Objectives and Challenges



Producer Schematic



ANADARKO PETROLEUM CORPORATION

APC002568
Confidential Treatment Requested Under FOIA
APC-00002336

CONFIDENTIAL

# Completion Design



- **Completion Strategy**
  - Commingle selective sands based on flow assurance testing
  - Complete different zones in alternate wells (UW vs LW)

- **Sand Control Options, if Required**
  - 10 1/8" Casing
    - *Single Trip / Multi-Zone System*
  - 7 ¾" Casing
    - *Standard "Single" GP System*
    - *Potential flow restrictions*

- **Workover / Recompletion Friendly**
  - Retrievable / Fishable, etc.

- **Equipment Development Considerations**
  - < 15k differential (> 9,000 psi Pab) – Packer exists, no development required (15K, V0)
  - BSEE requirement for design verification and validation on all equipment

ANADARKO PETROLEUM CORPORATION                                                                33

APC002569
Confidential Treatment Requested Under FOIA
APC-00002337

CONFIDENTIAL

# Option #1: Natural Completion



### Description

4 ½" Tubing
Landing Nipple

**TEC/Control Lines:**
- (4) Chem Injection Lines
- (2) SCSSV Lines
- (1) DHPT Gauge Line

(1) 20K Upper CI Sub
(1) 20K SCSSV

(3) 20K Deep-set CI Subs
(1) 20K DHPT Gauge

15K Prod Packer
High-Set Sand Screen
WL Nipple / Plug

**Commingled Option**

SHEN 5
Completion

ANADARKO PETROLEUM CORPORATION                                                    34

CONFIDENTIAL

# Option #2: IWS Natural Completion (Base Case)



### Description

4 ½" Tubing
Landing Nipple

**TEC/Control Lines:**
- (4) IWS Lines
- (4) Chem Injection Lines
- (2) SCSSV Lines
- (1) DHPT Gauge Line

(1) 20K Upper CI Sub
(1) 20K SCSSV

(3) 15K IWS Prod Packer

Gauge
CI Sub        } Each Zone
ICV

**Zonal Control Option**

SHEN 5
Completion

Top of Upper Wilcox

| 1 | 28,751' MD |
| 2 | 28,834' MD |
| 3 | 29,106' MD |

Top of Lower Wilcox

| A | 29,591' MD |
| B | 29,807' MD |

10 1/8" Csg
7 3/4" Csg

ANADARKO PETROLEUM CORPORATION

# Option #3: Sand Control Completion
## Description

SHEN 5
Completion



4 ½" Tubing
Landing Nipple

**TEC/Control Lines:**
- (4) Chem Injection Lines
- (2) SCSSV Lines
- (1) DHPT Gauge Line

(1) Upper CI Sub
SCSSV

(3) Deep-set CI Subs
(1) DHPT Gauge

15K Prod Packer
w/ Shoot-Around Assy

(4) 15K GP Assy

**Commingled Option**

ANADARKO PETROLEUM CORPORATION                                                                                          36

CONFIDENTIAL

APC002572
Confidential Treatment Requested Under FOIA
APC-00002340

## Completion Design



- **Base Case Assumption – No Sand Control**
- **Progressing Lab Testing to Evaluate Sanding Risks**
  - Phase I: Evaluated SHEN 3 "Water Core"
    - Simulated linear flow through a perforation tunnel
    - *Results*
      - Simulated oil rates up to 15K BPD, depletion up to 10,000 psi
      - Two phase (oil + water) flow
      - No catastrophic failure
  - Phase II: Completing evaluation of SHEN 4 "Oil  Core"
    - Evaluate increased rates at radial flow
    - Evaluate vendors' perforating charge performance
    - *Results*
      - Unrealistic flow boundary conditions caused failures not representative of field conditions
      - Sanding at high oil rate and large effective stress; test artifact of radial flow configuration
      - No catastrophic failures

- **Forward Plans**
  - Incorporate lab sanding results into existing geomechanics and FEA model
  - Quantify risk of different completion types using a value-based decision model
  - Progress perforating charge optimization

CT Scan of core sandface



Fluid entry point

Perf tunnel

CT Scan of perf tunnel

ANADARKO PETROLEUM CORPORATION                                              37

CONFIDENTIAL

## Agenda



• Shenandoah Development Project Overview

• Shenandoah Appraisal Results & Preliminary Resource Assessment

• Drilling / Completions Overview

▪ **20A Update**

• Facilities Update

• Exploration Basin Strategy

• Commercial Export Solutions

• Post Shen 5 Preliminary Project Economics

• Shen 6 Drilling Well Overview

• Post Shen 6 Path Forward – Reducing Uncertainty

• Open Discussion – EC Guidance



ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002574
**Confidential Treatment Requested Under FOIA**
APC-00002342

## 20A – Equipment Development

- **MODU, BOPE & Riser**
- **Completions**
- **Interventions**
- **Subsea Facilities**





CONFIDENTIAL

## 20A - Challenges & Risks

- **Controlling costs & schedules**
- **Supplier capabilities & interest in today's market**
- **Government approvals**
- **Extending technology**
- **Incorporating well requirements into the design "real time"**
- **No "show stoppers" identified**
- **Lots of work ahead**
- **On track to complete equipment qualifications by 4Q 2018**

**Oil Price**

**Appraisal Well Results**

**Dynamic Regulations & Industry Standards**

**Equipment Development Risks**

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002576
Confidential Treatment Requested Under FOIA
APC-00002344

## 20A – Delivery Examples



- Challenge:  Can we change "disposable" appraisal well designs to "keeper" designs ($100 MM+ / well)

- Response:  Accelerated efforts and delivered the necessary equipment for the #5 & upcoming #6 wells







- Challenge:  BSEE considering requiring two downhole subsurface safety valves

- Response:  Obtained approval for one SCSSV, showed second valve impacted mitigations for primary failure mechanism, asphaltene

BSEE Approval for single SCSSV obtained

ANADARKO PETROLEUM CORPORATION                                                                41

CONFIDENTIAL

APC002577
Confidential Treatment Requested Under FOIA
APC-00002345

# NOV Shear Test Results (8/18 – 8/19/16)



E-Line Shear & Seal



ANADARKO



BOP



9/16" Control Line x6 316 SS Cold Worked

1/4" Hose x4 20k Spirstar

E-Line x1 Camesa 9/32" Monoconductor

Shear Joint (7.04" OD; 4.85" ID, 120 ksi min yield)

3/8" Control Line x13 316 SS Cold Worked

2" x ¼" wall QT-1300 Coiled Tubing



Shear Joint Mockup Shear & Seal

| Sample | Successful Shear? | Successful LP Seal @ 200 psi? | Successful HP Seal @ 20k psi? |
|---|---|---|---|
| 9/32" Camesa Electric Line | Yes | Yes | Yes |
| Completion / Intervention Shear Joint Mockup | Yes | Yes | Yes |
| 14.15" 126.8 ppf Q125XHP casing | Yes | Yes (sealing not required) | Yes (sealing not required) |
| 16.15" 126.9 ppf Q125HP¹ casing | Yes¹ | No (sealing not required) | No (sealing not required) |

***Same set of shear blades & seals used for all tests***



16" Casing Shear



14" Casing Shear & Seal



Ram & Seal Condition (after shear joint test)

ANADARKO PETROLEUM CORPORATION

APC002578
Confidential Treatment Requested Under FOIA
APC-00002346

# Shenandoah MODU & BOP Contracting



- **Context**
  - Initially planned on a "New Build", rejected new bids due to costs
  - Plan is now to upgrade an existing 15K MODU
  - Monitoring 15K MODU supply & demand
  - BOP suppliers plan to shut down after this year and wait for order

- **Needs**
  - MODU able to work other APC projects at competitive day rate
  - Provide sanction timing flexibility & possible flow test option
  - Maintain commercial competition between rig contractors & BOP suppliers
  - Separate 20K premium to allow commodity MODU pricing
  - Remove BOP development risk uncertainty before sanction



- **Plan**
  - Separate the BOP procurement from the MODU contract
  - BOP RFP 4Q16 / Award 1Q17
  - MODU RFP prior to internal project sanction / Award @ FID

ANADARKO PETROLEUM CORPORATION                                                43

CONFIDENTIAL

APC002579
Confidential Treatment Requested Under FOIA
APC-00002347

# Agenda



- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- **Facilities Update**
- Exploration Basin Strategy
- Commercial Export Solutions
- Post Shen 5 Preliminary Project Economics
- Shen 6 Drilling Well Overview
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002580
**Confidential Treatment Requested Under FOIA**
APC-00002348

# Shenandoah Path to Sanction (first Oil 2021)



- **Critical decision point for Concept Select – and costs**
  - Backward from first oil and forward from sanction
  - Reduce facility options
    - *Focus on managing key resources & managing scope changes*
    - *Tighten up costs with key contractors*

ANADARKO PETROLEUM CORPORATION

45

APC002581
Confidential Treatment Requested Under FOIA
APC-00002349

# Facility Basis of Design - 2016





ANADARKO

| | SBM Semi | Technip Spar |
|---|---|---|
| Oil Production (MBOPD) | 100 | 100 |
| Gas Production (MMSCFD) | 120 | 120 |
| Max Water Injection (MBWPD) | 120 | 60 |
| Production Risers | 8 | 8 |
| Water Injection Risers | 4 | 2 |
| Umbilicals | 14 | 9 |
| Total Topsides Capacity | 24,500 ST | 17,500 ST |
| Future Topsides Capacity (without water injection) | 6,750 ST | 1,705 ST |
| Future Topsides Capacity (with water injection) | 3,000 ST | 0 |



▪ **Concept Select 2016: Competing Designs**
  • SBM Semisubmersible – Purpose Built Design
  • Technip Truss Spar *(LU/HB Copy)*

ANADARKO PETROLEUM CORPORATION

## Semi vs Spar Execution Assumptions
### Basis for Facilities Cost Estimates



| | Semi | Spar |
|---|---|---|
| Contractor | SBM | Technip |
| Hull | Singapore Fabrication | Finland Fabrication |
| Topsides Design | Modular Deck – Process/Utility (Main) | Stacked Deck; Multiple lifts |
| Topsides Fabrication | Kiewit, Ingleside | Kiewit, Ingleside |
| Deck Lift/Installation | Onshore; Kiewit – HLD | Offshore Lift - Thialf |
| Commissioning | Onshore & Quayside KOS | Offshore |
| Hull & Mooring Installation | HMC | HMC |
| Critical Path | Subsea installation & commissioning | Topsides installation & commissioning |



ANADARKO PETROLEUM CORPORATION

APC002583
Confidential Treatment Requested Under FOIA
APC-00002351

CONFIDENTIAL

# Semi vs Spar Execution Schedule – May 2018 FID





CONFIDENTIAL

APC002584
Confidential Treatment Requested Under FOIA
APC-00002352

# Subsea Cost Basis



| Component | Notes: | Forecast Qualification | Qualified By |
|-----------|--------|------------------------|--------------|
| 20K Tree | New Technology | Q3 2017 | JDA |
| HIPPS | New Technology | Q1 2018 | JDA |
| Valves/Connectors | New Technology | Q1 2018 | JDA |
| Tree Pod | Existing Technology | Complete | |
| Masterflo Choke | New Technology – Extension 15K 400F Shell Choke | Q4 2016 | Shen Project Team |
| Skoflo Chem Metering Valve | New Technology – Extension of 15K Design | Q3 2017 | Shen Project Team |
| Umbilical Distribution Hardware | Increasing likely that we will use FMC connections but outsource assembly of flying leads and other distribution hardware as was done on Heidelberg. | Q4 2016 | Shen Project Team |
| SITP Rated Pipe | Extension of existing technology to SITP only. | Not Started – 2016/2017 | Shen Project Team |
| SITP Rated Elbows | Extension of existing technology to SITP only. | Q2 2017 | Shen Project Team |
| Umbilicals | Extension of existing technology to 19000psi.  Sandvik qualifying 19K tubes in ½" and ¾" super duplex; Testing ongoing | Q1 2017 | Shen Project Team |

ANADARKO PETROLEUM CORPORATION                                                                 49

APC002585
Confidential Treatment Requested Under FOIA
APC-00002353

CONFIDENTIAL

# Subsea Cost Summary



| Subsea Cost Estimate | Total Cost | Long Leads |
|---|---|---|
| **Subsea Design & Engineering** | **$ 17,500,000** | **$ 1,500,000** |
| **Subsea Equipment & Controls Procurement - 5 Wells** | **$ 373,825,794** | **$ 32,975,016** |
| Subsea Equipment - 20K / New Kit | $ 208,737,158 | $ 25,293,582 |
| Subsea Umbilical | $ 42,615,921 | $ 546,401 |
| Subsea Controls | $ 62,014,144 | $ 6,661,905 |
| Subsea - Standard Kit | $ 60,458,571 | $ 473,129 |
| **Subsea Installation** | **$ 90,770,000** | |
| **Contingency** | **$ 117,153,357** | |
| **Total** | **$ 599,249,151** | **$ 34,475,016** |

**Phase I Base Case Equipment:**

- 2 Risers w/ RBGL PLETS
- 1 Umbilical
- 5 Trees + 1 Spare
- 5 HIPPS Modules + 1 Spare
- 3 Production manifolds
- Spare controls equipment



- Subsea equipment has been split into multiple categories to vary the contingency between the items we have certainty / experience with (standard kit – 15%) and the high risk items (20K / New Kit – 30%). Note: FMC still submitting cost estimates for 20K equipment with +/- 30% certainty.

CONFIDENTIAL

APC002586
Confidential Treatment Requested Under FOIA
APC-00002354

## Subsea Cost Comparison

### Typical Shenandoah Well



**3.4x Cost**

### Typical Heidelberg Well



| Item | Cost |
|------|------|
| 20K Vertical Tree | $ 17,444,102 |
| 17.5K Tree Jumper | $ 763,235 |
| HIPPS Module | $ 7,267,451 |
| HIPPS Structure w/ FZ | $ 10,567,097 |
| 15K Jumper w/ Flowmeter | $ 2,052,898 |
| Controls (Tree & HIPPS) | $ 3,930,783 |
| Total | $ 31,469,036 |

| Item | Cost |
|------|------|
| 15K Horizontal Tree (with Controls) | $ 7,276,521 |
| 15K Jumper w/ Flowmeter | $ 2,052,898 |
| Total | $ 9,329,419 |

CONFIDENTIAL

APC002587
Confidential Treatment Requested Under FOIA
APC-00002355

# Subsea Procurement Schedule – Long Leads





▪ **Subsea Equipment: Long Lead Timing**
- Regardless of Sanction/FID, issue Long Lead PO for ~$34MM ($11.2MM Net) in 2017
- Secure slots at FMC for forgings in June 2017
  - *Firm bid due Jan 1, 2017 on Trees & HIPPS from FMC*
- Sanction May 2018
  - *Continue on this delivery model*
  - *Push Trees/HIPPS #3 to May*
- Delayed Sanction 2019
  - *Continue to procure & deliver Tree/HIPPS 1 & 2*
  - *Adjust schedule for remaining to fit sanction plans*

CONFIDENTIAL

APC002588
Confidential Treatment Requested Under FOIA
APC-00002356

# Phase 1 Facilities Costs (Sept 2015 – Present)





25% Contingency

Original Cost  $2,596 MM



Updated Cost $2,170-$2,189 MM

Carrying 14-16% contingency Phase I

▪ **Cost Optimization**
- Firm bids for received for concept select from SBM and Technip
- Evolution of topsides design for both Semi & Spar allowed for better estimating
- Installation market survey for OME
- Project planning and confidence in engineering allowed for reduction in contingency down to 14-16% (based on 2018 sanction)

| Estimated Annual Capital (Gross, $MM) | | | | | | |
|------|------|------|------|------|------|------|
| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | Total |
| $39 | $200 | $700-725 | $570-615 | $395-490 | $252-180 | $2,170-2,189 |

*Note: For comparison, costs assume July 2017 Long Lead & January 2018 FID

ANADARKO PETROLEUM CORPORATION                                                                                    53  53

APC002589
Confidential Treatment Requested Under FOIA
APC-00002357

CONFIDENTIAL

# Concept Select Recommendation



▪ **Recommendation: SBM Semisubmersible**

▪ **Selection Drivers**
- Full 120,000 BBL water injection capability
- Future expansion opportunity +60,000 BOPD
- No Jones Act concerns
- Installation opportunities
  - *Not dependent on heavy lift vessel for installation or riser installation*
  - *Less offshore exposure for installation & fewer weather critical operations*
- (10) production risers to support multiple subsea tiebacks
- Notable operational preferences
  - *Fewer decks*
  - *Additional space for material handling*
  - *Less sensitive to weather for crane operations*
  - *Favorable configuration for personnel exposure (fire/blast)*

| Category / Item | Spar | Semi | Points Available | C |
|---|---|---|---|---|
| **SURF** | | | | |
| Riser System | 7 | 3 | 10 | |
| Design - Strength, Fatigue, etc. | 3 | 2 | | |
| TSJ / Porch vs. Pull Tube - HF / flowback, installability, intervention | 4 | 1 | | |
| **Host Facility** | | | | |
| Expandability of Concepts | 8 | 17 | 25 | |
| Topsides Weight Reserve | 3 | 8 | | |
| Spare Riser Slots | 3 | 5 | | |
| Spare Umbilical Slots | 2 | 4 | | |
| Facility Fabrication and Delivery | 7 | 8 | 15 | |
| Hull Fabrication and Delivery | 5 | 3 | | |
| Topsides Fabrication and Delivery | 2 | 5 | | |
| Facility Installation | 0 | 15 | 15 | |
| Available vessels / contractors | | 3 | | |
| Weather / operational constraints | | 3 | | |
| Ability to return to safe harbor | | 1 | | |
| Impact of legal / regulatory events | | 5 | | |
| Hook-up and Commissioning | | 3 | | |
| Production Operations | 5 | 10 | 15 | |
| HSE | 11 | 9 | 20 | |
| Personnel safety exposure - fabrication | 5 | 3 | | |
| Personnel safety exposure - operations (fire/blast) | 2 | 6 | | |
| Inherently safer design | 4 | | | |
| Project Management & Delivery | 19 | 11 | 30 | |
| Operator experience - delivery and operations | 10 | 5 | | |
| Execution confidence - EPC, safety, cost, and schedule | 9 | 6 | | |
| **Concept Selection** | **57** | **73** | **130** | |

CONFIDENTIAL

APC002590
**Confidential Treatment Requested Under FOIA**
APC-00002358

# Semi Delivered Costs



| | Semi ($MM) |
|---|---|
| IPT & Pre-LL AFE Costs* | 157 |
| Hull & Mooring Fabrication | 441 |
| Topsides Design, Procurement, & Fab | 556 |
| Subsea Design & Procurement (5 Well Phase 1 Development) | 393 ⬆ |
| Subsea Installation | 91 |
| Facility Installation & Riser Pull-In | ⬇ 105 |
| Topsides Integration | 28.5 |
| Hook-up and commissioning | 83 |
| Export Design, Procurement, and Installation | 50 |
| Contingency | 304 (16%) |
| Total | $2,209 |

- **Cost Assurance – May 2018 FID**
  - Finalize T&C and scope with SBM to lock in base price
  - Updated rates with KOS for topsides fabrication
  - Integration study ongoing with KOS to obtaining pricing
  - Develop Installation ITT based on selected concept detail and issue for bid
  - Begin discussion with export companies to determine cost and exposure
  - Optimize and reduce contingency where possible

ANADARKO PETROLEUM CORPORATION                                                        55

CONFIDENTIAL

# Overall Project Risks & Exposure



▪ **SBM Execution Risks:**
- New fabrication contract and contractor
- Known risks associated with Singapore fabrication
- New interfaces that need to be worked between all contractors to deliver and install a Semi

▪ **Subsea:**
- I3P certification of qualification work is a new process
- Anticipated overlap of some elements of JDA Scope with Commencement of Subsea Equipment Delivery Scope
- First article issues and learnings post qualification testing

▪ **Topsides:**
- Timing to secure purchase orders and obtain vendor information to perform detailed engineering
- New fabrication model for Anadarko at KOS

▪ **General Concern:**
- Ability of supply chains to restart after reducing workforce during market downturn
- Inability to commit to timing for FID
  - *Impact to managing key contractor resources*
  - *Maintaining momentum and being able to progress engineering*
  - *Risk slot availability in fabrication yard and some vendors*

ANADARKO PETROLEUM CORPORATION                                                           56

CONFIDENTIAL

APC002592
Confidential Treatment Requested Under FOIA
APC-00002360

# Execution Schedule VS CAPEX



ANADARKO

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M |
| Commitments | | | | | | |
| CAPEX | Engineering $50MM ($16.5MM) | Long Lead $86MM ($28.4MM) | 2018: Long Leads + Fabrication $710 MM ($234MM) | 2019: Fabrication $654 MM ($216MM) | 2020: Fabrication $488 MM ($164MM) | 2021: Fabrication $172 MM ($57MM) |
| | Total Project Capital (incl 2016) Estimated w/ Contingency = $2,201,497,888 Phase I Gross ($72,913,630 Net) | | | | | |
| Subsea Engineering | Subsea FEED | | Subsea Detailed Engineering | | | |
| Subsea Procurement | Long Lead Forgings | | Subsea Procurement | | | |
| Topsides | FEED | | Detailed Engineering & Procurement | | Topsides Fabrication | |
| Hull & Mooring | FEED | Detailed Engineering | | Hull Fabrication | Hull Loadout, Dry Tow, & Completion | |
| Integration | | | | | Integration & Onshore Commissioning | |
| Installation & Offshore | | | | | Offshore Activities | |
| First Oil | | | | | | FO |

- **2017 (9) - Month Engineering (~$50MM)**
  - Hull, Mooring, and Riser engineering
  - Qualifying components for subsea, specifications for long leads
  - Topsides engineering, prepare packages and specifications for procurement
  - Engage chosen contractors and work milestone payment schedule to defer CAPEX and finalize contract terms

- **2017 Detailed Engineering/Long Leads (~$86MM)**
  - Continue engineering
  - Secure fabrication and installation contractor slots
  - Issue long lead orders with cancellation clauses
  - Balance early financial commitment to secure schedule and await project funding

APC002593
Confidential Treatment Requested Under FOIA
APC-00002361

CONFIDENTIAL

## Concept Select Summary



- **Recommend a Semisubmersible to support the Shenandoah Development**

- **Continue to work with SBM to obtain confidence in execution**

- **Costs and schedules built around a October 2017-Long Leads AFE & May 2018 Sanction for Hull, Mooring, and Topsides.**

- **Timing other than May 2018 FID**
  - Adjustment from Jan to May 2018 was achievable
  - Adjustment from May 2018 to 2019+ → Need to discuss suspending IPT
    - *Sensitive to GOM capital expense during this time*
    - *Limit capital expense by releasing key contractors*
    - *Adjust internal resources to support other project needs*

- **Regardless of FID, Subsea 20K first article tree and HIPPS need to progress**

ANADARKO PETROLEUM CORPORATION                                                    58

APC002594
Confidential Treatment Requested Under FOIA
APC-00002362

CONFIDENTIAL

# Agenda



• Shenandoah Development Project Overview

▪ Shenandoah Appraisal Results & Preliminary Resource Assessment

• Drilling / Completions Overview

• 20A Update

• Facilities Update

▪ **Exploration Basin Strategy**

• Commercial Export Solutions

• Post Shen 5 Preliminary Project Economics

• Shen 6 Drilling Well Overview

• Post Shen 6 Path Forward – Reducing Uncertainty

• Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

APC002595
**Confidential Treatment Requested Under FOIA**
APC-00002363

CONFIDENTIAL





APC002596
Confidential Treatment Requested Under FOIA
APC-00002364





APC002597
Confidential Treatment Requested Under FOIA
APC-00002365



**Coronado Pay Zones**

*Miocene*
CORONADO
WR 98 #1
608124007600

**Coronado Discovery Well**

**752' TVT Oil Pay**

*Lower Wilcox E*
CORONADO
WR 98 #1
608124007600
ELEV_KB : 82

APC002598
Confidential Treatment Requested Under FOIA
APC-00002366



CONFIDENTIAL

APC002599
Confidential Treatment Requested Under FOIA
APC-00002367



CONFIDENTIAL

## Yucatan – Upper Wilcox Discovery

**(MMRA:  80 – 105 – 135 MMBOE)**
**P90 – Mean – P10**

### "Proactive / Strategic" Strategy:

1. **Negotiate early relinquishment of WR95**
   1. Assign Shell, Nexen, and Inpex 1.75% net ORRI
   2. Release in 2017 with SHEN partners
   3. Secure Yucatan reserves for future tieback

2. Align Shen-Yuc on timing and investment.

3. Eliminate being leveraged if SEMI on WR95



Upper Wilcox 2 (CI 250') – Rev8 Final 2 – After Shenandoah 4ST1



APC002601
Confidential Treatment Requested Under FOIA
APC-00002369

# Agenda



- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- **Commercial Export Solutions**
- Post Shen 5 Preliminary Project Economics
- Shen 6 Drilling Well Overview
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002602
Confidential Treatment Requested Under FOIA
APC-00002370

# Central GOM Oil Pipeline Map



APC002603
Confidential Treatment Requested Under FOIA
APC-00002371

# Oil Export Options



### Current Scenario

| Options | SMI 205 | GC 19 | SS 332 | Shenzi Wye |
|---------|---------|-------|--------|------------|
| Delivery Options | Two | Three | Two | Two |
| Firm Space to shore | No firm on Shell leg (Auger) | No firm to shore (Amberjack or Boxer) | Yes firm to shore (Poseidon and CHOPS) | Yes firm to shore (Poseidon an CHOPS) |
| | Firm space on Poseidon crosses SS 332 | Firm space to SS 332 to shore | | |
| Operator | Genesis Operated | Shell Operated | Genesis Operated | BHP Producing Platform |
| Challenges | Compete with Lucius for capacity | Best market and bypasses SS 332 if on Amberjack | 85% APC GoM production currently crosses SS 332 | Increases APC exposure at SS 332 |
| | Both delivery options potentially constrained | All delivery options potentially constrained | Both delivery options potentially constrained | Both delivery options potentially constrained |

## New Build Solutions:

- **Convert the Lucius gas 20" pipeline into an oil pipeline**
  - Impacts to Lucius gas production?
  - 100% committed to Discovery

- **New regional development**
  - All midstream companies have expressed an interest in supporting a solution – Enbridge, Shell, Genesis, or Williams

ANADARKO PETROLEUM CORPORATION

APC002604
Confidential Treatment Requested Under FOIA
APC-00002372

CONFIDENTIAL

# Oil Export Options

## Key Considerations

- IS APC concerned about the exposure at SS 332?
- 85% of all APC GoM oil production crosses SS 332
- Would APC sanction a project with no firm transportation downstream?
- Shell shows a production forecast for GC 19 with ample takeaway capacity for Shenandoah
- Three takeaway options but one or more could be prorated or full
  - *Amberjack preferred, bypassing SS 332*
- Potential for "expansion rates" on GC 19 which can become firm transportation

## Pipeline Transportation

- **Firm Rates:**
- Take or pay based on P50 Volume profile
- Minimum Bill payments, Investment + Rate of Return of set period of time
- Plus variable rates on actual production
- Requires reserve dedication
- Rates escalate annually
- Rates commence on a certain date regardless of flow

ANADARKO PETROLEUM CORPORATION

**APC002605**
**Confidential Treatment Requested Under FOIA**
APC-00002373

CONFIDENTIAL

# Agenda



- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- Commercial Export Solutions
- **Post Shen 5 Preliminary Project Economics**
- Shen 6 Drilling well Overview
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC002606
**Confidential Treatment Requested Under FOIA**
APC-00002374

# Wilcox Analogs – Shenandoah Compares Favorably



| Wilcox Well Comparison | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jack | St Malo | Cascade | Chinook | Stones | *Shen 5 | *Shen 2 |
| GOR (scf/stb) | 250 | 198 | 175 | 200 | 250 | 1124 | 1261 |
| Viscosity | 3.14 | 2.42 | 6.42 | 5.99 | | 1.32 | 0.89 |
| Pi (Psia) | 19,318 | 19,526 | 19,149 | 18,826 | | 22,569 | 22,755 |
| Net Pay H | 831 | 344 | 331 | 283 | | 1043 | 1001 |
| Avg Porosity (PHIE) | 0.18 | 0.16 | 0.1 | 0.18 | 0.17 | 0.199 | 0.211 |
| Avg Permeability (Kair) | 32 | 17 | 30 | 66 | 30 | 47 | 50 |
| Completion Type | CHFP** | CHFP** | CHFP** | CHFP** | | C&P*** | N/A |

*PVT from UW3 (Shen 2 and Shen 5)        **Cased Hole Frac Pack        ***Case & Perf



6-Month Daily Well Rates in BOPD

- Higher expected well performance due to better rock and fluid properties.

**Jack/St Malo:**
- Operator Chevron
- 1st oil: 12/2014
- 6 producing wells, 2nd phase development drilling ongoing with production expected in 2017
- Total potentially recoverable oil-equivalent resources are estimated to exceed 500 million barrels "

**Cascade/Chinook:**
- Operator: Petrobras
- 1st oil 2/2012, FPSO
- 5 producing wells

**Stones:**
- Operator: Shell
- 1st oil 9/2016, FPSO
- 2 producing wells, 2nd phase ramp up to 8 total wells
- Recoverable resource estimated at 250mmboe

**Ongoing GOM Lower Wilcox developments (sourced from Woodmac):**
- Julia: Operator XOM, Planned to be tied back to Jack/ St Malo, Reservoir Properties: API: 23-28 deg.; GOR: 250scf/bbl; Por.: ~15-25%; k: ~10mD, 200mmboe recoverable resource

ANADARKO PETROLEUM CORPORATION                                                                71

CONFIDENTIAL

APC002607
Confidential Treatment Requested Under FOIA
APC-00002375

# Economic Assumptions

- 30 - 40 Year Field Life
- 1st Oil, Dec 2021
- Shen 2 Fluids on West; Shen 5 fluids on East
- Simplified Network Model
  - Two flow loops (1 loop for Phase I, 1 loop Phase II)
  - 80,000 BLPD per riser loop
  - 100,000 BOPD, 125,000 BLPD
- Well Limits
  - Drawdown = 2000 psi
  - FBHP = 11,000 psi (AOP mitigation)
  - Rate = 15,000 BLPD (Lower targeted); 20,000 BLPD (Upper targeted)
  - 60% water cut
- 3x Aquifer (aquifer/reservoir ratio)
- Uptime = 95%
- No PI Degradation Applied
- Targeted Zones
  - Upper wells: UW2, UW3, LWA, LWB
  - Lower wells: LWC, LWD, LWE
- MCFS determined at $60 oil



**Up-sides not considered**
- Assuming Shenandoah is carrying full cost of 20K development and rig upgrade
- No PHA volumes included for regional exploration success

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

# MMRA Resource Distribution



| | Mean | P90 | P50 | P10 |
|---|---|---|---|---|
| STOOIP (MMBO) | 1,441 | 637 | 1,263 | 2,557 |
| Recoverable Resource (MMBOE) | 353 | 134 | 300 | 663 |
| Rec. Resource above Commercial Threshold of 175MMBOE, Pc = 80.7% | 404 | 207 | 349 | 715 |



ANADARKO PETROLEUM CORPORATION

APC002609
Confidential Treatment Requested Under FOIA
APC-00002377

# Comparison of Post-Shen 5 to Post-Shen 4 Resource



▪ **Post-Shen 4: probabilistic resource estimate from January 2016 — Joint exploration/development**

▪ **Post-Shen 5: probabilistic range based on deterministic maps**

   • Collaborated with RCT (final work has not been shared yet)



ANADARKO PETROLEUM CORPORATION

## Development Scenarios – P90, P50, P10

*Used Gen 2 dynamic model to predict flow streams*



| Truncated P90 | Truncated P50 | Truncated P10 |
|---|---|---|
| **Truncated STOOIP** | | |
| 1,085 MMBO | 1,609 MMBO | 3,023 MMBO |
| **Truncated Recoverable Resource** | | |
| 18% | 20% | 22% |
| 207 MMBOE | 349 MMBOE | 715 MMBOE |
| **Phase 1** | **Phase 1** | **Phase 1** |
| First production 12/2021 | First production 12/2021 | First production 12/2021 |
| 5 producers; 1 flow loop | 5 producers; 1 flow loop | 5 producers; 1 flow loop |
| **Phase 2** | **Phase 2** | **Phase 2** |
| No Phase 2 | 3 additional producers | 5 additional producers |
| | Phase II startup 3.5 years post 1st production | Phase II startup 3.5 years post 1st production |
| **Total Producers** | **Total Producers** | **Total Producers** |
| 5 wells | 8 wells | 10 wells |

*Fail (MCFS 175 MMBOE): 19.3%; includes Shen 6, 2017 20A and facilities bridging AFE*

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

# Economic Summary ($60) and Sensitivities on Investment



| $60 Price Deck | Risked Mean | P90 | P50 | P10 |
|---|---|---|---|---|
| ATAX NPV10 Net ($MM) | 223 | 37 | 192 | 650 |
| ATAX PIR10 | 0.27 | 0.04 | 0.19 | 0.59 |
| ATAX ROR | 15.6 | 11.1 | 14.4 | 19.6 |
| F&D | 13.77 | 21.44 | 16.85 | 9.18 |
| LOE | 7.31 | 8.24 | 8.92 | 5.99 |
| Gross Invest ($MM) | 3,899 | 3,745 | 4,957 | 5,536 |
| Gross Resource (MMBOE) | 336 | 207 | 349 | 715 |
| Oil Price for PIR=0.3 | $61.75 | $77.50 | $66.50 | $48.25 |

$P_c$ = 80.7%    MCFS = 175 MMBOE at $60



Semi Development P50 CAPEX

*Phase I & Phase II



P50 Case - AT NPV10 Net ($MM) Sensitivity at $60/bbl

CONFIDENTIAL

APC002612
Confidential Treatment Requested Under FOIA
APC-00002380

# Economic Sensitivities to Price



| | | Risked Mean P$_c$= 80.7% | | |
|---|---|---|---|---|---|
| | | Stress<br>$35 oil, $2 gas | Invest<br>$50 oil, $2.50 gas | Partnership<br>$60 oil, $2.75 gas | Upside<br>$70, $3.50 |
| AT NPV @ 10% (Net) | $MM | -164.1 | **69.3** | 222.6 | 386.5 |
| AT ROR | % | 4.66 | **11.87** | 15.55 | 18.99 |
| AT 10.0% PIR | M$/M$ | -0.20 | **0.08** | 0.27 | 0.47 |
| AT F&D Cost | ($/BOE) | 14.22 | **13.74** | 13.74 | 13.74 |
| AT LOE Cost | ($/BOE) | 6.37 | **7.32** | 7.32 | 7.32 |
| Total Net Invest | $MM | 1,285 | **1,285** | 1,285 | 1,285 |



ANADARKO PETROLEUM CORPORATION

APC002613
Confidential Treatment Requested Under FOIA
APC-00002381

CONFIDENTIAL

# Economic Drivers





### Upside Drivers

- **Increased STOOIP → +EUR, +NPV10**
- Decreased intervention frequency and/or costs→ -OPEX, +NPV10
- **Optimized Development (Well Placement, Phasing, etc.) → - CAPEX, -OPEX, +NPV10**
- Strong aquifer support → +EUR, +NPV10
- **CAPEX Optimization → +NPV10**
- Potential tie-back PHA income → +NPV10
- Wider commercial benefit of platform in the region & 20K system



### Downside Drivers

- **Decreased STOOIP → - EUR; - NPV10**
- Increased intervention frequency and/or costs→ + OPEX, - NPV10
- **Increased compartmentalization → + CAPEX, + ARO, - NPV10, -EUR**
- Delayed 1st oil → - NPV10
- More Complex Completion Design → + CAPEX, -NPV10
- Poor aquifer support → -NPV10, -EUR (water injection could minimize downside)

ANADARKO PETROLEUM CORPORATION

78

Confidential Treatment Requested Under FOIA
CONFIDENTIAL

# Agenda



- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- Commercial Export Solutions
- Post Shen 5 Preliminary Project Economics
- **Shen 6 Drilling Well Overview**
- Post Shen 6 Path Forward – Reducing Uncertainty
- Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

APC002615
**Confidential Treatment Requested Under FOIA**
APC-00002383

CONFIDENTIAL

# Shen 6 Drilling Well Overview



- **Test of resource continuity to the East and of OWCs**
- **Cost to drill and P&A: $143MM (excl. $14MM for MWCC)**
  - Well is temporarily abandoned to allow the rig to come back and side-track up-dip



Shen 6
(proposed)

● *Notional future wells*

| Probability | Outcome |
|---|---|
| 50% | Expected: Shen5 / Shen 6 in same fault-block |
| 25% | Worse than expected: Shen 5 / Shen 6 disconnect - UW2/3 OWC or Oil FTB; Lower Wilcox All wet |
| 15% | Worse than expected: Shen 5 / Shen 6 disconnect – Upper & Lower All wet |
| 10% | Upside: Shen 5 / Shen 6 disconnect - All FTB |

ANADARKO PETROLEUM CORPORATION 80

CONFIDENTIAL

# Change in High Confidence Areas with Shen 6 Expected Outcome



### Current High Confidence Map (Geo P90)



LWA high confidence area

### Shen 6 Expected High Confidence Map (Geo P90)



LWA high confidence area

|  | Current Geologic P90 | Shen 6 Expected Geologic P90 |
|---|---|---|
| STOOIP (MMBO) | 637 | 837 |
| Recoverable Resource (MMBOE) | 134 | 174 |
| Chance of Commercial Success, $P_C$ | 80.7% | 89.0% |

ANADARKO PETROLEUM CORPORATION                                                      81

APC002617
Confidential Treatment Requested Under FOIA
APC-00002385

# Shen 6 Expected High Confidence Economic Sensitivities



- **Shen 6 Expected High Confidence Case**
  - 1 Phase
  - 4 wells (All upper targeted wells)
  - First oil: 12/1/2021

- **Close to break-even at $60 oil**

| Shen 6 Expected High Confidence Economic Sensitivities @ $60 | | |
|---|---|---|
| AT NPV @ 10% (Net) | $MM | -31.50 |
| AT ROR | % | 8.90 |
| AT 10.0% PIR | M$/M$ | -0.04 |
| AT F&D Cost | ($/BOE) | 23.51 |
| LOE Cost | ($/BOE) | 8.72 |
| Total Net Invest | $MM | 1,138.50 |
| Recoverable Resource | MMBOE | 174 |
| Chance of Commercial Success, $P_c$ | | 89% |

### Shen 6 Expected High Confidence Map (Geo P90)



### High Confidence Post Shen 6
### AT NPV10 Net ($MM) Sensitivity at $60/bbl



APC002618
Confidential Treatment Requested Under FOIA
APC-00002386

CONFIDENTIAL

# Agenda



- Shenandoah Development Project Overview
- Shenandoah Appraisal Results & Preliminary Resource Assessment
- Drilling / Completions Overview
- 20A Update
- Facilities Update
- Exploration Basin Strategy
- Commercial Export Solutions
- Post Shen 5 Preliminary Project Economics
- Shen 6 Drilling Well Overview
- **Post Shen 6 Path Forward & Reducing Uncertainty**
- Open Discussion – EC Guidance

ANADARKO PETROLEUM CORPORATION

**APC002619**
**Confidential Treatment Requested Under FOIA**
APC-00002387

CONFIDENTIAL

# Post Shen 6 – Path Forward Options



- **Key Geologic and Reservoir Uncertainties**
  - Structure / faulting – well data
  - Connectivity / well deliverability – well data, production, interference test
  - Fluid Distribution and compatibility– pressures, fluid samples, compatibility testing
  - Aquifer size and connectivity – production

- **EC highlighted connectivity and well deliverability as key risks**

| Decision Point | Forward Plan |
|---|---|
| **Sanction criteria satisfied** | **Commit to development**<br>- Move to FID in May 2018 |
| | **Commit to development**<br>- Move to FID in May 2018<br>- Flow test at earliest date outside of critical path |
| **Sanction criteria satisfied – further certainty for well deliverability desired** | **Delay project sanction until test can be achieved**<br>✖ Perform injection test<br>- Perform flow-test / interference test |
| **Sanction criteria not satisfied (Shen 6 failure)** | **Don't commit to FID**<br>- Continue appraising |
| | **Don't commit to FID**<br>- Sanction based on a different production solution<br>- Pursue Co-development<br>- Work with BSEE to extend leases<br>- Asset disposition |

ANADARKO PETROLEUM CORPORATION

APC002620
**Confidential Treatment Requested Under FOIA**
APC-00002388

# Shenandoah Reservoir De-Risking Well Test Options



- **Key reservoir uncertainties to de-risk are well productivity, reservoir continuity/compartmentalization**

- **Testing options limited by reservoir pressure environment – need 20k psi equipment**

- **20k psi equipment availability expected early 2019**

| | Wireline MDT | Mini-DST | DST Production Test | DST Injection Test | Interference Test |
|---|---|---|---|---|---|
| Well Productivity | ✓ | ✓ | ✓ | ✗ | ✓ |
| Large Scale Continuity | ✗ | ✗ | ✗ | ✗ | ✓ |
| Faulting/Barriers | ✗ | ✗ | ✓ | ✓ | ✓ |
| Reservoir Pressure | ✓ | ✓ | ✓ | ✓ | ✓ |
| Radius of Investigation | Inches | 10's feet | 1,000's feet | 1,000's feet | Miles |
| Cost | $ | $$ | $$$$$ | $$$$$ | $$$$$$$ |
| Possible without 20k psi Equipment | ✓ | ✓ | ✗ | ✓ | ✗ |

- **Interference testing is best technical option to de-risk uncertainties**
  - Direct assessment of well productivity
  - Only option to confirm continuity between wells
  - Extended buildup analysis would help identify reservoir extent and/or boundaries
  - Significant expense & delay
  - Complicated design and analysis with multiple zone
  - Help make decision on whether sand control is needed

ANADARKO PETROLEUM CORPORATION

APC002621
Confidential Treatment Requested Under FOIA
APC-00002389

CONFIDENTIAL

# Well-Test Option

**Current and notional flow-test time-line** *(requires a flow-test commitment in Q12017)*



### ▪ Well Test Pros

- De-risking of reservoir compartmentalization
- Obtain useful information for facility and completion design
- De-risk 20K process
- Protracting time-line allows for incorporation of exploration results
- Sell results to industry

### ▪ Well Test Cons

- Does not fully de-risk deliverability beyond tested fault-block
- Information obtained might not be conclusive
- Production delay & NPV loss (1st oil in 2023 time-frame)
- Additional investment for testing
  - *Decision on Flow-test required to be made in Q1 2017 to allow flow-test in 1Q 2019*

### ▪ Well-test option - Work in progress

- Improve definition / work scope of operational options
- Estimate Cost impact & Value of information
- Estimate Timing / production impact / NPV impact
- How project fits in with greater APC needs

### ▪ If/When decision to flow-test is made

- Get partner alignment
- Get regulatory/government buy-in

ANADARKO PETROLEUM CORPORATION                                                                86

APC002622
Confidential Treatment Requested Under FOIA
APC-00002390

CONFIDENTIAL

# DST: Completions Planning



## Drill Stem Test (Equipment - Today)

✓**17.5K SSTT Equipment (Mid 2018)**
- Flowhead
- Subsea Lubricator Valve
- SSTT
- Fluted Hanger

Schlumberger 2-3 month feasibility study to determine if 15,000 psi 3" SSTT or 6 3/8" SSTT HP can be upgraded to 17,500 psi

✓**30K DST Equipment  (2 System) - Schlumberger**
- Single Shot Hydrostatic Reversing
- IRDV-K
- Downhole Gauge Carrier
- Downhole Sampler – Require development / Estimate Mid - Late 2018
- Misc test/pump through valve – Require development / Estimate Mid – Late 2018

✓**Perforating System – Schlumberger**
- 4.72" & 6.62" 30K "Deep Penetrating Charge" – Require development / Estimate Mid – Late 2018

**Note:** Currently waiting on response from Halliburton on capability for 30K DST tools and 30K perforating system

APC002623
Confidential Treatment Requested Under FOIA
APC-00002391

CONFIDENTIAL

# DST: Observation Well Concept


ANADARKO





- **Challenges:**
  - Minimum of 1 year lead time to procure 30K downhole (guns, gauges, etc.) equipment
  - Well design to satisfy BSEE requirements unknown and evolving
  - This would be the first observation well in the GOM

APC002624
Confidential Treatment Requested Under FOIA
APC-00002392

CONFIDENTIAL

# DST Challenges: Well Design



1. **Defined and mutually agreed objectives (design basis) need to be established**
2. **No deep penetrating charges for our pressure environment, big hole charges only available in the existing gun system.**
3. **Limited downhole injection capability (asphaltenes)**
   - Maximum injection at the SSTT is 1 – 1.5 gpm
4. **No barge currently on contract**
   - May be volume and rate limited
5. **Emulsion concerns if producing water**
6. **Potential rig space limitations**
   - Extra SWT / heat equipment
     - *Boiler / Exchanger*

ANADARKO PETROLEUM CORPORATION                                                                 89

CONFIDENTIAL

APC002625
Confidential Treatment Requested Under FOIA
APC-00002393

# Subsea Execution Schedule Sensitivities







- **Flowtest Prior to Sanction**
  - Keep subsea engineering and procurement on track
  - Cut Long Lead PO July 1017 to FMC for forgings and deliver (2) Trees and (2) HIPPS
  - Important to keep FMC focused

ANADARKO PETROLEUM CORPORATION

90

APC002626
Confidential Treatment Requested Under FOIA
APC-00002394

# Facilities Execution Sensitivities





- **Flowtest Prior to Sanction**
  - Suspend IPT until 1-year prior to FID
    - *Wrap up concept select, package engineering to be picked up at a later time*
  - Unreliable facility costs to use in project economics
    - *Current validity will not apply for a 2019 FID*
    - *Unable to predict market conditions, exchange rate, steel pricing, etc.*
  - Suspension of key contractors could delay restart
    - *Schedule shown duplicate of current execution model*
    - *Engineering resource availability is uncertain at the time of restart*
    - *Depending on fabrication & installation commitments, this timeline could increase*

ANADARKO PETROLEUM CORPORATION                                              91

APC002627
**Confidential Treatment Requested Under FOIA**
APC-00002395

## 2019 FID Restart



- **Form IPT Q4 2018**

- **Basis of Design Applicable**
  - Semi design still valid to support the reservoir
  - If a redesign needed, extend FEED 6-months and shift schedule to the right

- **Open Market Bidding for Hull**
  - SBM and Other Semi providers

- **ITT**
  - Renegotiate T&C
  - Pricing and terms could be different
  - Shipyard (Sembcorp) could be unavailable
  - KOS availability at that time

- **Engineering Resources**
  - MUS key team redeployed to other MUS awarded projects
  - SBM could decide to layoff, uncertain if they would retain same core team
  - WGK key team continue as planned on Subsea component specifications and delivery

ANADARKO PETROLEUM CORPORATION                                                92

APC002628
Confidential Treatment Requested Under FOIA
APC-00002396

CONFIDENTIAL

# Strategy Through Sanction



- **Path to Sanction – Key Activities**
  - Complete Concept Select; refine project and well costs (Q3 & Q4, 2016)
  - Reduce the uncertainty in recoverable resources and well deliverability to improve sanctioning confidence
    - *Complete 3rd Generation Geo-modeling build (Q4, 2016)*
    - *Finalize new-build dynamic simulation model to refine recoverable resources and economics (Q1, 2017)*
    - *Generate field development plans Document (Q1, 2017)*
  - Increase confidence in 20A technology delivery time and MODU contracting strategy (2017)
  - Prepare for Shen 6ST or Shen 7 spud (Q4, 2017)
  - Continue to mature flow testing capabilities (2017-2018)

- **Understand internal sanction criteria with respect to pricing assumptions and economic threshold parameters**

- **Remain attentive to and aligned with Internal Anadarko and partnership strategies**
  - Remain on path to sanction given continued expected success case outcomes
  - Understand Shenandoah projects' ability to compete for funding in current commodity environment
  - Continue to investigate alternative strategies or potential exit points if stand-alone resource challenged – currently limited options
  - Remain project alignment with partnership through collaboration and continued communication

ANADARKO PETROLEUM CORPORATION

APC002629
**Confidential Treatment Requested Under FOIA**
APC-00002397

CONFIDENTIAL

## Agenda



• Shenandoah Development Project Overview

▪ Shenandoah Appraisal Results & Preliminary Resource Assessment

• Drilling / Completions Overview

• 20A Update

• Facilities Update

• Exploration Basin Strategy

• Commercial Export Solutions

• Post Shen 5 Preliminary Project Economics

• Shen 6 Drilling Well Overview

• Post Shen 6 Path Forward & Reducing Uncertainty

▪ **Open Discussion – EC Guidance**

ANADARKO PETROLEUM CORPORATION

APC002630
**Confidential Treatment Requested Under FOIA**
APC-00002398

CONFIDENTIAL

# Open Discussion – EC Guidance on Key Activities



- **How will EC view key information requirements for Sanction Criteria?**
  - What reserve certainty will be considered/required for project sanctioning (P90 or P50)?
    - *P90 resources suggested as minimum economic threshold*
    - *and P50 should reflect PIR >=. 3*
  - What price deck assumptions should we consider for sanction?
    - *$60 crude pricing seems reasonable with consideration to PIR, ROR and NPV economic metrics*
  - Will a flow test be a requirement for project sanctioning?
    - *Significantly protracted schedule exposure*
    - *Currently unquantifiable impact on cost and NPV; additional scope required*
    - *Assume sanction objectives met, preference to take off critical path and proceed with sanction; flow test post-sanction (2019)*

- **Does APC have appetite to leverage value of 20K technology development?**
  - APC likely to be first mover WRT 20K BOP and riser systems, production, and intervention equipment
  - Exclusive period to draft agreements with vendors to protect 20K technology value; likely more upfront cost
    - *APC would request ROFR on delivery of first BOP and other 20K systems equipment*
    - *Value lies in leveraging into new 20 Kpsi prospects*
    - *Commercializing technology is not APC model*
    - *Alternatively, proceed with standard leasing agreements*
  - Risk of leveraging:
    - *CVX could be successful in delta 15 KPSI approvals from BSEE; yields lower return for APC if they are successful*
    - *Opportunity for differential value, due to close followers (i.e. Cameron, GE and others) could be limited*

CONFIDENTIAL

APC002631
Confidential Treatment Requested Under FOIA
APC-00002399



# APPENDIX

ANADARKO PETROLEUM CORPORATION                                                        96

APC002632
Confidential Treatment Requested Under FOIA
APC-00002400

CONFIDENTIAL

# Partnership Dynamics



- **COPC**
  - Selling all exploration and appraisal activities in GOM; opened data room in Q1, 2016
  - Highly supportive of Anadarko Strategies throughout appraisal process
  - Strong technical support in all phases of asset management and operations – highly collaborative
  - Likely interested in selling after reaching sanction

- **Venari**
  - Aggressive and well-funded with principle focus on Lower tertiary
  - Looking for entry into production base for cash flow generation; discoveries all long-dated
  - Strong technical team with excellent support of Anadarko strategies; strong collaborators
  - Overall, good partners to carry forward; good chance of selling after sanction if opportunity presents itself

- **Cobalt**
  - Cash strapped due to failed west Africa Asset sale
  - Solid exploration successes in Lower tertiary (partners at Yucatan discovery)
  - Partners with APC in Heidelberg discovery
  - Good technically and also have demonstrated staunch support of APC strategies
  - Questionable if they can keep up with spending due to limited cash

ANADARKO PETROLEUM CORPORATION                                                                 97

APC002633
Confidential Treatment Requested Under FOIA
APC-00002401

CONFIDENTIAL

# Shenandoah Resource Estimates Through Time





Gross Resources (MMBOE)

Pre-drill resource estimation

WR52-1BP2 discovery well finds 300' oil & water in five sands (LW) updip on structure

WR51-2 appraisal well finds >1000' oil FTB in eight sands (UW & LW) downdip from discovery

WR52-2 and WR96-2 appraisal wells encounter thick UW & LW sands, mostly wet, off-structure

Revised mapping incorporates fault system separating Shenandoah into W & E blocks

WR51-3 hits salt in NW sector of structure; ST1 & BP1 find oil (620' & 473', respectively) in faulted LW sands; UW sands mostly missing (F/O?)

Joint evaluation facilitated by RCT, incorporating Exploration and Development interpretations. Applies greater uncertainty to undrilled areas. No discrete maps tied to distribution

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

# Exhibit 60

**Document Produced in Native Format**

CONFIDENTIAL



# Shenandoah 6 AFE

9/14/2016

# Recommendation to Drill Shen 6 (WR 52 #3)



- **Team recommends drilling the Shen 6 appraisal well in the Shenandoah field**

- **The objective of Shen 6 is to test the oil/water contacts and to extend known limits of the field to the East**
  - The well will be left in condition to come back for a future up-dip keeper sidetrack

- **Drilling Shen 6 is expected to add ~300 gross acres / ~40 MMBOE recoverable resource to the Shenandoah low side case**

- **The AFE's dry hole cost is $157MM gross / $52MM net at a 33% WI**
  - Scheduled on the Diamond Ocean BlackHawk
  - Cost estimate is based on 117 Days from spud to rig release
  - Spud date 12/16/2016 with high likelihood to move up
  - Cost estimate includes $14MM for MWCC



# Structure Map – LW A

LWA mapped area down to EOWC = 1850 acres

**Shen 1** (Disc.)

**Shen 2** (Oil Reservoir)

**Shen 4 ST1** (Oil Reservoir)

**Shen 3** (Water Leg)

**Shen 6** (proposed)

**Shen 5** (Oil Reservoir)

**Shen 2**

1002' TVT Net Pay

**Lower Wilcox A Sand**

## Key Points & Implications
- Eight productive formations (UW1 through LWE)
- All oil-bearing wells isolated from one another
- OWC's vary between fault blocks
- Uncertainty remains in far east area

3

3

# Shenandoah Stratigraphic Cross Section



ANADARKO PETROLEUM CORPORATION

4



# Targeting OWCs with Shen 6 Well

Estimated OWC's for Shen-6
(from Shen-5/Shen-3 pressures):
UW1:  -30,210'
UW2:  -30,280'
UW3:  -30,320'
LWA:  -30,380'
LWB:  -30,350'
LWC:  -30,430'
LWD:  -30,690'
LWE:  -31,050'

Shen-6
24deg

Oligocene
Eocene

UW2
UW3
LWA
LWB
LWC
LWD
LWE
Cretaceous

Oil Reservoirs expected based on S5 oil/S3 water gradients

**North-South Arbline – Shen-6 Well**
**Wilcox Sands w/ estimated OWC's shown**



ANADARKO

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

5

# Economics – Current Portfolio Case



| | | Risked Mean: 412 MMBOE; $P_c$ = 88.2% (MCFS = 200 MMBOE) | | | |
|---|---|---|---|---|---|
| | | Stress<br>$35 oil, $2 gas | Invest<br>$50 oil, $2.50 gas | Partnership<br>$60 oil, $2.75 gas | Upside<br>$70, $3.50 |
| AT NPV @ 10% (Net) | $MM | -163 | 111 | **291** | 485 |
| AT ROR | % | 6.30 | 12.17 | **15.28** | 18.23 |
| AT 10.0% PIR | M$/M$ | -0.17 | 0.12 | **0.31** | 0.51 |
| AT F&D Cost | ($/BOE) | 12.84 | 12.84 | **12.84** | 12.84 |
| AT LOE Cost | ($/BOE) | 4.46 | 4.46 | **4.46** | 4.46 |
| Total Net Invest | $MM | 1,470 | 1,470 | **1,470** | 1,470 |

**Phase I:**

- 1st production: 8/1/2021

- 4 wells (targeted zones*)

- Natural completion w/IWS

- 1 flow-loop – max rate 80,000 BLPD

**Phase II:**

- 6 additional wells (targeted zones*)

- Natural completion w/IWS

- 1 additional flow-loop

- Field max rate 100,000 BOPD

- 30-Year Field Life

# Exhibit 61

ANADARKO PETROLEUM CORPORATION

P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330

RECEIVED

SEP 2 1 2016

ConocoPhillips



September 21, 2016

ConocoPhillips Company
600 N. Dairy Ashford, Suite DU 3018
Houston, TX 77079
Attn:  Lindsay Alaniz/Teri Flinner
Fax:   281-293-6171

Cobalt International Energy, L.P.
920 Memorial City Way, Suite 100
Houston, TX 77024
Attn:  Ben Davis
Fax:   713-579-9196

Venari Offshore LLC
15375 Memorial Drive, Suite 800
Houston, TX 77079
Attn:  Scott Cornwell/Randy Bennett
Fax:   713-266-2330

RE:   Shenandoah Prospect
      Anadarko AFE No. 2124648
      <u>Lease OCS-G 25232 Walker Ridge Block 52 Well No. 3 (Shen 6 Well)</u>
      Lease Maintenance Operation

Gentlemen:

Enclosed for your review and approval is Anadarko AFE No. 2124648 in which Anadarko proposes drilling, logging, evaluating and abandoning the Walker Ridge Block 52 No. 3 Well, referred to herein as the "Shen 6", for an estimated gross (100%) cost of $157,273,553. The Shen 6 is an Appraisal Well located approximately 5000' east of the Shen 5 and structurally downdip, and is designed, in particular, to (i) extend proven oil pay further eastward; (ii) confirm oil-water contacts or extend lowest-known oil further down-structure; (iii) gather additional well connectivity information; and (iv) move Shenandoah closer to MEFS and/or a sanctioning decision.

The Shen 6 is proposed as a directional well from EP surface Location "L", at an X&Y coordinate of X=2,110,609 and Y=9,768,383 being approximately 4,817' FNL and 3,889' FWL of Block 52 to an estimated up-to-the north bottom-hole X&Y coordinate of X=2,110,609 and Y=9,769,833 being approximately 3,446' FNL and 3,889' FWL of Block 52. The Shen 6 is proposed to be drilled to a total depth of approximately 32,012' TVD/32,302' MD, with the <u>Objective Depth</u> being, as prescribed in the Shenandoah UOA, the shallower of:

(i)     The stratigraphic equivalent of the Top of the Cretaceous with sufficient rat hole (the Top of the Cretaceous is defined as the paleo and lithology marker encountered at a depth of approximately 30,806' TVD/30,888' MD in the WR 51 #4 – Shen 5); or

Confidential

(ii)     A depth of 32,012' TVD.

The logging and evaluation program is incorporated in the estimated Cost and is detailed on the attached wellbore schematic.

The proposed well is currently planned to be drilled with the Diamond Ocean Blackhawk. The Diamond Ocean Blackhawk is a state of the art, dynamically positioned drillship with dual stack BOP's and is capable of drilling in water depths of up to 12,000' and is capable of drilling to depths of 40,000'. The current day rate for the Diamond Ocean Blackhawk is approximately $523,000 and is anticipated to be delivered to the Shen 6 participants immediately following operations at Anadarko's Warrior Prospect (GC 563), currently anticipated to occur within the November/December timeframe for mobilization to the proposed location.

Under the Shenandoah UOA, as amended, Appraisal Operations have contractually concluded pursuant to Article 11.5(b). However, as contemplated in Article 11.6, since a Development Plan has not been approved, the Shen 6 is deemed an Appraisal Operation. Moreover, since the Shen 6 is a Unit activity/operation necessary to maintain the Unit and/or Lease OCS-G 25232 Walker Ridge Block 52 and Lease OCS-G 28148 Walker Ridge Block 53, the Shen 6 is not only an Appraisal Operation (for which a Vote does not apply), but it is also a lease maintenance operation and subject, in particular, to Article 16.4.2 (Acreage Forfeiture in a Portion of a Contract Area) of the UOA.

To assist you in your evaluation of this well proposal, enclosed please find (i) a wellbore schematic(s) detailing, in particular, the well design, projected casing/liner settings/pore pressures and the anticipated evaluation program; (ii) an estimated days versus depth plot (both in dollars and in days); and (iii) a directional well plan.

Pursuant to Article 8.6.1, each Party has thirty (30) days from receipt of this proposal or on or before October 21, 2016 to make its participation election as to same. Should you have any questions or need any additional information, please don't hesitate contacting me at (832) 636-3170.

Yours very truly,

Jeffrey E. Pachman
Sr. Land Advisor

ANACOP00002103



Petroleum Corporation

## AUTHORIZATION FOR EXPENDITURE

Company Code: 0622          AFE No: 2124648          AFE Type: DE - DRILLING - EXPLORATORY
Well #/Name: 1J557400 / WALKER RIDGE 52 003        Field: 0990 WILDCAT (EXPLORATN)
Country: USA            State/Province: NORTHERN C   County: WALKER RIDGE
Prospect:                                          Surface Loc: 60812 52
Target Zone: LOWER WILCOX                          Bottom Hole Loc: 60812 52
Project Depth:
Project Name:  WALKER RIDGE 52 003
Project Description: DRILL TO TEST THE LOCATION OF OIL WATER CONTACTS AND TEMPORARILY ABANDON FOR
                     FUTURE UTILIZATION OF WELLBORE

| Working Interest Owner | Operator | WI | Amount |
|---|---|---|---|
| ANADARKO PETROLEUM CORP. | X | 0.00000000 | $0 |
| ANADARKO US OFFSHORE LLC | | 0.33000000 | $51,900,272 |
| CONOCOPHILLIPS COMPANY | | 0.30000000 | $47,182,066 |
| COBALT INTERNATIONAL ENERGY LP | | 0.20000000 | $31,454,711 |
| VENARI OFFSHORE LLC | | 0.17000000 | $26,736,504 |
| TOTAL | | 1.00000000 | $157,273,553 |

| | PDE | DRL.DHC | DRL.CNS | Total |
|---|---|---|---|---|
| ORIGINAL | $3,000,000 | $139,436,191 | $14,837,362 | $157,273,553 |
| Total | $3,000,000 | $139,436,191 | $14,837,362 | $157,273,553 |

**Please mark your election in the box below**

☒ Election to Participate

☐  Election to Non-Consent

APPROVED BY: _____          PRINTED NAME: MONICA COLEMAN

COMPANY NAME: CONOCOPHILLIPS                     DATE: Oct, 20, 2016

Confidential



Petroleum Corporation

## AUTHORIZATION FOR EXPENDITURE

**Company Code:** 0622    **AFE No:** 2124648    **AFE Type:** DE - DRILLING - EXPLORATORY

**Well #/Name:** 1J557400 / WALKER RIDGE 52 003

### GROSS DETAIL COST ESTIMATE

| Cost Element | Description | Current Amount | Supplement | Intangible | Tangible | Total |
|---|---|---|---|---|---|---|
| 0080500100 | Contract Labor- Area/Office | $400,000 | $0 | $400,000 | $0 | $400,000 |
| 0080017070 | Environ/Reg Permits, Licenses and Fees | $100,000 | $0 | $100,000 | $0 | $100,000 |
| 0080015270 | Misc Mechanical Equipment | $2,500,000 | $0 | $0 | $2,500,000 | $2,500,000 |
| | **Total  PDE** | **$3,000,000** | **$0** | **$500,000** | **$2,500,000** | **$3,000,000** |
| 0080012230 | Cased Hole Logs & E-line Ops | $26,130 | $0 | $26,130 | $0 | $26,130 |
| 0080012410 | Casing > 30 in (>76.17 cm) | $729,872 | $0 | $0 | $729,872 | $729,872 |
| 0080012370 | Casing 12.0-15.99 in. (30.46-40.61 cm) | $3,652,692 | $0 | $0 | $3,652,692 | $3,652,692 |
| 0080012380 | Casing 16.0-19.99 in. (40.62-50.77 cm) | $3,702,864 | $0 | $0 | $3,702,864 | $3,702,864 |
| 0080012390 | Casing 20.0-23.99 in. (50.78-60.93 cm) | $1,058,995 | $0 | $0 | $1,058,995 | $1,058,995 |
| 0080012400 | Casing 24.0-29.99 in. (60.94-76.17 cm) | $373,492 | $0 | $0 | $373,492 | $373,492 |
| 0080012360 | Casing 9.0-11.99 in. (22.84-30.45 cm) | $330,399 | $0 | $0 | $330,399 | $330,399 |
| 0080012430 | Casing Accessories | $350,000 | $0 | $0 | $350,000 | $350,000 |
| 0080015240 | Casinghead | $741,551 | $0 | $0 | $741,551 | $741,551 |
| 0080012010 | Contract Drilling | $52,070,340 | $0 | $52,070,340 | $0 | $52,070,340 |
| 0080012020 | Directional Drilling Services | $1,628,787 | $0 | $1,628,787 | $0 | $1,628,787 |
| 0080012060 | Downhole Rental Equipment | $3,023,430 | $0 | $3,023,430 | $0 | $3,023,430 |
| 0080012040 | Drill Bits | $800,000 | $0 | $800,000 | $0 | $800,000 |
| 0080012300 | Drilling & Wellwork Consulting Services | $25,000 | $0 | $25,000 | $0 | $25,000 |
| 0080012290 | Drilling & Wellwork Contract On Site Sup | $1,243,185 | $0 | $1,243,185 | $0 | $1,243,185 |
| 0080012050 | Drilling & Wellwork Fuel | $3,015,000 | $0 | $3,015,000 | $0 | $3,015,000 |
| 0080012330 | Drilling & Wellwork Misc Services | $3,801,212 | $0 | $3,801,212 | $0 | $3,801,212 |
| 0080012080 | Drilling & Wellwork Mud & Chemicals | $10,480,265 | $0 | $10,480,265 | $0 | $10,480,265 |
| 0080012070 | Drilling & Wellwork Surface Equip Rental | $3,831,462 | $0 | $3,831,462 | $0 | $3,831,462 |
| 0080017070 | Environ/Reg Permits, Licenses and Fees | $128,640 | $0 | $128,640 | $0 | $128,640 |
| 0080017030 | Environmental Waste Disposal | $150,750 | $0 | $150,750 | $0 | $150,750 |
| 0080017000 | Environmental/Regulatory Studies & Plans | $14,000,000 | $0 | $14,000,000 | $0 | $14,000,000 |
| 0080012160 | Fishing Tools and Services | $399,488 | $0 | $399,488 | $0 | $399,488 |
| 0080012440 | Liner Hanger | $250,000 | $0 | $0 | $250,000 | $250,000 |
| 0080025020 | Living & Camp/Housing Expenses | $284,415 | $0 | $284,415 | $0 | $284,415 |
| 0080012170 | Misc Drilling and Wellwork Consumables | $328,635 | $0 | $328,635 | $0 | $328,635 |
| 0080012550 | Misc Tangible Downhole Equipment | $180,000 | $0 | $0 | $180,000 | $180,000 |
| 0080012540 | Mud Line Hanger Systems | $611,742 | $0 | $0 | $611,742 | $611,742 |
| 0080012120 | Mud Logging | $815,000 | $0 | $815,000 | $0 | $815,000 |
| 0080012110 | Open Hole Logging | $8,163,440 | $0 | $8,163,440 | $0 | $8,163,440 |
| 0080031050 | Overhead Billed - System Calculated | $7,317,300 | $0 | $7,317,300 | $0 | $7,317,300 |
| 0080012090 | Primary Cementing | $2,962,195 | $0 | $2,962,195 | $0 | $2,962,195 |
| 0080012000 | Rig Mobilization/Demobilization | $523,320 | $0 | $523,320 | $0 | $523,320 |
| 0080025010 | Shore Base/Staging Area Expenses | $201,000 | $0 | $201,000 | $0 | $201,000 |
| 0080025070 | Telephone & Communications | $150,750 | $0 | $150,750 | $0 | $150,750 |
| 0080024000 | Transportation/Freight Air | $2,301,450 | $0 | $2,301,450 | $0 | $2,301,450 |
| 0080024020 | Transportation/Freight Ground | $176,378 | $0 | $176,378 | $0 | $176,378 |
| 0080024010 | Transportation/Freight Marine | $9,607,012 | $0 | $9,607,012 | $0 | $9,607,012 |
| | **Total  DRL.DHC** | **$139,436,191** | **$0** | **$127,454,584** | **$11,981,607** | **$139,436,191** |
| 0080012230 | Cased Hole Logs & E-line Ops | $4,160 | $0 | $4,160 | $0 | $4,160 |
| 0080012010 | Contract Drilling | $8,373,120 | $0 | $8,373,120 | $0 | $8,373,120 |

Confidential



Petroleum Corporation

## AUTHORIZATION FOR EXPENDITURE

| Cost Element | Description | Current Amount | Supplement | Intangible | Tangible | Total |
|---|---|---|---|---|---|---|
| 0080012060 | Downhole Rental Equipment | $481,342 | $0 | $481,342 | $0 | $481,342 |
| 0080012300 | Drilling & Wellwork Consulting Services | $25,000 | $0 | $25,000 | $0 | $25,000 |
| 0080012290 | Drilling & Wellwork Contract On Site Sup | $197,920 | $0 | $197,920 | $0 | $197,920 |
| 0080012050 | Drilling & Wellwork Fuel | $480,000 | $0 | $480,000 | $0 | $480,000 |
| 0080012330 | Drilling & Wellwork Misc Services | $605,168 | $0 | $605,168 | $0 | $605,168 |
| 0080012080 | Drilling & Wellwork Mud & Chemicals | $72,480 | $0 | $72,480 | $0 | $72,480 |
| 0080012070 | Drilling & Wellwork Surface Equip Rental | $609,984 | $0 | $609,984 | $0 | $609,984 |
| 0080017070 | Environ/Reg Permits, Licenses and Fees | $20,480 | $0 | $20,480 | $0 | $20,480 |
| 0080017030 | Environmental Waste Disposal | $24,000 | $0 | $24,000 | $0 | $24,000 |
| 0080012160 | Fishing Tools and Services | $63,600 | $0 | $63,600 | $0 | $63,600 |
| 0080025020 | Living & Camp/Housing Expenses | $45,280 | $0 | $45,280 | $0 | $45,280 |
| 0080012170 | Misc Drilling and Wellwork Consumables | $52,320 | $0 | $52,320 | $0 | $52,320 |
| 0080031050 | Overhead Billed - System Calculated | $1,351,766 | $0 | $1,351,766 | $0 | $1,351,766 |
| 0080012090 | Primary Cementing | $200,787 | $0 | $200,787 | $0 | $200,787 |
| 0080012100 | Remedial Cementing | $250,000 | $0 | $250,000 | $0 | $250,000 |
| 0080025010 | Shore Base/Staging Area Expenses | $32,000 | $0 | $32,000 | $0 | $32,000 |
| 0080025070 | Telephone & Communications | $24,000 | $0 | $24,000 | $0 | $24,000 |
| 0080024000 | Transportation/Freight Air | $366,400 | $0 | $366,400 | $0 | $366,400 |
| 0080024020 | Transportation/Freight Ground | $28,080 | $0 | $28,080 | $0 | $28,080 |
| 0080024010 | Transportation/Freight Marine | $1,529,475 | $0 | $1,529,475 | $0 | $1,529,475 |
| | **Total  DRL.CNS** | $14,837,362 | $0 | $14,837,362 | $0 | $14,837,362 |
| **TOTAL** | | $157,273,553 | $0 | $142,791,946 | $14,481,607 | $157,273,553 |

Confidential



ANACOP00002107



Confidential



Anadarko Petroleum Corporation

# ANADARKO PETROLEUM CORPORATION

BAKER HUGHES

| | | | |
|---|---|---|---|
| Location: | Offshore Louisiana | Slot: | Shenandoah VI |
| Field: | Walker Ridge Block 51/52 | Well: | OCS-G 25232 003 ST00BP00 |
| Facility: | OCS-G 25232 003 Shenandoah VI | Wellbore: | 003 ST00BP00 |

## Well Profile Data

| Design Comment | MD (ft) | Inc (°) | Az (°) | TVD (ft) | Local N (ft) | Local E (ft) | DLS (°/100ft) | VS (ft) |
|---|---|---|---|---|---|---|---|---|
| Tie On | 5982.00 | 0.000 | 0.000 | 5982.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOP | 28145.00 | 0.000 | 0.000 | 28145.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EOB/SOH | 29345.00 | 24.000 | 0.000 | 29310.21 | 247.67 | 0.00 | 2.00 | 247.67 |
| TD/PBHL | 32302.47 | 24.000 | 0.000 | 32012.00 | 1450.59 | 0.00 | 0.00 | 1450.59 |

## Location Information

| Facility Name | Grid East (US ft) | Grid North (US ft) | Latitude | Longitude |
|---|---|---|---|---|
| OCS-G 25232 003 Shenandoah VI | 2110609.000 | 9768383.000 | 26°54'45.486"N | 91°33'24.284"W |

| Slot | Local N (ft) | Local E (ft) | Grid East (US ft) | Grid North (US ft) | Latitude | Longitude |
|---|---|---|---|---|---|---|
| Shenandoah VI | 0.00 | 0.00 | 2110609.000 | 9768383.000 | 26°54'45.486"N | 91°33'24.284"W |

| | |
|---|---|
| 82' Planning (RT) to Mud line (At Slot: Shenandoah VI) | 5982ft |
| Mean Sea Level to Mud line (At Slot: Shenandoah VI) | 5900ft |
| 82' Planning (RT) to Mean Sea Level | 82ft |

### Bottom Hole Location

| MD (ft) | Inc (°) | Az (°) | TVD (ft) | Local N (ft) | Local E (ft) | Grid East (US ft) | Grid North (US ft) | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| 32302.47 | 24.000 | 0.000 | 32012.00 | 1450.[illegible] | 0.00 | 2110609.00 | [illegible] | [illegible] N | [illegible] W |

| | |
|---|---|
| Plot reference wellpath is Rev-B.0 8.10.2016 | Grid System: NAD27 / UTM Zone 15 North, US feet |
| True vertical depths are referenced to 82' Planning (RT) | * = Wellpath was transformed from a different geodetic datum |
| Measured depths are referenced to 82' Planning (RT) | North Reference: Grid north |
| 82' Planning (RT) to Mean Sea Level: 82 feet | Scale: True distance |
| Mean Sea Level to Mud line (At Slot: Shenandoah VI): 5900 feet | Depths are in feet |
| Coordinates are in feet referenced to Slot | Created by: [illegible] on 2016-08-10 |
| | Database: [illegible] HOU Houston [illegible] |

Rev-B.0 8.10.2016



Confidential

# Exhibit 62



**Petroleum Corporation**

Inter-Office Correspondence

November 10, 2016

TO:             Distribution

FROM:           Property Accounting

SUBJECT:        Q3 2016 – Shenandoah-3 Suspended Well Accounting Analysis

---

**Background**

In accordance with Accounting Bulletin 20.5, *Well Classification and Disposition of Suspended Well Costs*, as part of each quarter-end close, Property Accounting reviews the status of all exploratory wells in progress to assess whether the well costs are properly recorded.

Drilling of the second Shenandoah appraisal well, the Walker Ridge 52#2 (Shenandoah-3), concluded in Q4 2014. The Shenandoah-3 well found approximately 50% (1,470 feet) more of the same well-developed reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered more than 1,000 feet of net oil pay in excellent quality, Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, reservoir qualities and down-dip thickening. The well also enabled the projection of oil-water contact based on pressure data, and reduced the uncertainty of the resource range.

The following analysis documents the original analysis, the current quarter review of the justification for original suspension, and the changes in conditions that occurred during Q3 2016 which resulted in the recognition of dry hole expense on Shenandoah-3.

**Original Accounting Analysis**

Property Accounting reached the conclusion in Q4 2014 to suspend the well costs, despite the fact that the sands encountered were non-hydrocarbon bearing, based on understanding from conversations with Exploration, and a subsequent email dated December 17, 2014, that the well projected the oil-water contact and resulted in higher confidence in, and thus an increase to, the estimated resources for the Shenandoah project.

Per ASC 932-360-25-18:

> *Exploratory stratigraphic test wells are accounted for in a manner similar to an exploratory well drilled in an area requiring a major capital expenditures before production could begin (i.e. paragraph 932-360-25-10). The costs of drilling the exploratory-type stratigraphic test well are capitalized pending determination of whether proved reserves are found, subject to the condition that those costs shall not continue to be carried as assets if the enterprise is not making sufficient progress assessing the reserves and the economic and operating viability of the project or if the quantity of reserves found would not justify completion of the well for production had it not been simply a stratigraphic test well.*

Property Accounting documented its conclusion to continue capitalization of the well as a suspended well in a memo drafted December 29, 2014. The memo noted that pressure data collected in this appraisal well could be used to project an oil-water contact between the discovery and appraisal well and since the projected oil-water contact was close to the appraisal well, the data suggested a higher confidence (and therefore increase) in the resources of the field. This was considered a successful appraisal well to determine the extent of the reservoir. The memo also noted that while hydrocarbons were not found in this wellbore, geologic, fluid and pressure data obtained from the well raised the confidence level of the

1

APC002364
Confidential Treatment Requested Under FOIA
APC-00002132

resources of the field and contributed to the ongoing development of the Shenandoah project. Therefore, it was determined to be appropriate to continue capitalization of this well cost as suspended well cost, pending the determination of proved reserves for the Shenandoah project. It was further noted in the same memo, as well as in notes retained in conjunction with the December 17, 2014 quarterly Gulf of Mexico Exploration meeting with Property Accounting, that management was also evaluating future utility of the wellbore as an injection well for the field, or as a development well to sidetrack into oil-bearing sands. However, Property Accounting relied on the presumed increase in the resource estimates as the justification for continued capitalization of the Shenandoah-3 well costs in reaching its accounting conclusions in Q4 2014. No new information came to the attention of Property Accounting during subsequent quarterly discussions with Exploration that indicated the resource estimates decreased following the drilling of the Shenandoah-3 well. Once the well was capitalized on this basis of presumed increase in resource estimates at December 31, 2014, the Property Accounting group monitored the status of the Shenandoah project in its entirety against the sufficient progress criteria of ASC 932-360-35-19, without revisiting the potential future utility of the wellbore until the third quarter of 2016.

**Current Quarter Review of Justification for Suspension**

During the third quarter of 2016, a review by the accounting department of the Shenandoah-3 capitalized costs determined the well did not increase the overall resource estimate of the Shenandoah project, nor was the well a suitable candidate for a sidetrack producer. The review found that the former Chief Accounting Officer (CAO) relied upon the injection well capability of Shenandoah-3 as the predominant reason for suspending the well costs at year-end 2014.

Since the basis for capitalization at year-end 2014 as relied upon by the CAO, i.e. based on its potential future utility as an injection well, differs from the predominant rationale relied upon to support Property Accounting's original analysis, we considered whether it was appropriate that the well was suspended at December 31, 2014 based solely on its potential future utility.

First, we considered whether it was reasonably possible, at year-end 2014, that the Shenandoah-3 well could have had potential future utility as an injection well in the Shenandoah project:
- A February 18, 2014 presentation on the economics of a potential two spar development scenario that contemplates the need for water injection wells.
- The Vice President of Deepwater and International Exploration stated in an email on February 12, 2015 communication that the well is potentially usable as future water injection well.
- On January 23, 2015, email correspondence occurred between the former CAO and the Marathon CAO stating that the basis for suspending the well was related to assessing the future utility of the wellbore as a possible injection well for the field, or as a development well to sidetrack into oil-bearing sands.

Therefore, we conclude that it was reasonably possible, based on facts and circumstances available prior to filing of the 2014 financial statements, that the Shenandoah-3 well could have had potential future development utility as an injection well in the Shenandoah project.

Next, given that the suspended well costs for Shenadoah-3 at December 31, 2014 would have represented costs associated with potential future water injection in the development phase of a project for which final investment decision (FID) had not been made, we considered whether it was appropriate to capitalize development costs in advance of the development stage of a project.

Per ASC 932-360-25-14:
> Development costs shall be capitalized as part of the cost of an entity's wells and related equipment and facilities. Thus, all costs incurred to drill and equip development wells, development-type stratigraphic test wells, and service wells are development costs and shall be capitalized, whether the well is successful or unsuccessful. Costs of drilling those wells and costs of constructing equipment and facilities shall be included in the entity's uncompleted wells, equipment, and facilities until drilling or construction is completed.

Service wells are defined in the ASC Glossary as:

2

CONFIDENTIAL

*A service well is a well drilled or completed for the purpose of supporting production in an existing field. Wells in this class are drilled for the following specific purposes: gas injection (natural gas, propane, butane, or flue gas), water injection, steam injection, air injection, salt-water disposal, water supply for injection, observation, or injection for in-situ combustion.*

At year-end 2014, as addressed above, it was reasonably possible for the Shenandoah-3 well to have potential future use as a water injection well in the development of the Shenandoah project. A water injection well meets the definition of a service well which would support production in the Shenandoah field. The Shenandoah-3 well was drilled as an exploratory stratigraphic test well. It was not drilled with the original intention of use as a water injection well. Therefore, we do not consider it a development cost that should be capitalized, *whether the well is successful or unsuccessful*, under ASC 932-360-25-14. However, we do believe that given that the well was unsuccessful under ASC 932-360-25-18, it is appropriate to consider whether it is reasonably possible that the wellbore has future utility in the development phase. If it is not reasonably possible that the well has future utility, the costs should be expensed. Anadarko believes, in certain situations, it is appropriate to suspend development costs prior to FID. For instance, the Shenandoah-5 and Shenandoah-6 appraisal wells have been or will be drilled, prior to project sanction, with additional capital expenditures to allow the wells the capability of being producers. Therefore, while the project is still in the appraisal phase, and the costs are considered exploratory costs at the time incurred, we believe it is appropriate and consistent with successful efforts accounting that since such costs would provide future benefit in the actual development stage of the project, it is appropriate to capitalize such costs pending FID, assuming it is reasonably possible the well has future utility. Given the large resource range of the Shenandoah project, even at year-end 2014 after the Shenandoah-3 well was drilled, it was a reasonable judgment to conclude that it was reasonably possible the Shenandoah project would proceed to FID and; accordingly, appropriate to capitalize the Shenandoah-3 well cost until its future utility as a water injection well in the project development was determined. Similarly, information regarding the project development obtained through Q3 2016, including that the Shenandoah-3 well was in the proximity of the currently modeled injection well locations, provided confirming and corroborating evidence that it was reasonable to conclude in the fourth quarter of 2014 that the Shenandoah-3 well could be used in any future development of the field.

**Current Quarter Analysis of Potential Use as a Water Injection Well**

In Anadarko's third quarter 2016 Operations report, the Company announced that it plans to develop the Shenandoah field using a semi-submersible platform if a final investment decision is reached. The semi-submersible platform is being designed for the capability of handling the equipment necessary for water injection. Further, during the third quarter of 2016, development studies of water injection scenarios for the Shenandoah project were substantially advanced based on planning and modeling of optimal locations for injection wells. These subsurface water flood scenarios currently show that the optimal locations of water injection wells are on either side of the Shenandoah-3 well location, but not the specific location of the Shenandoah-3 well. In addition, the company's water injection models do not incorporate a possible east-west trending fault which may inhibit the use of the Shenandoah-3 as a water injector. With the latest results of the ongoing subsurface water flood studies, it was determined in Q3 2016 that it was no longer reasonably possible for the Shenandoah-3 wellbore to be part of the Shenandoah development plan. In addition, given that the wellbore is not in the optimal location, the company will not invest the resources to undertake the multi-month study necessary to determine whether the well meets the mechanical specifications for water injection utilization. Given this determination was made within 21 months from the Shenandoah-3 completion date, the outcome of the studies appear to have been made within a reasonable time frame given the size and scope of the Shenandoah project.

**Conclusion**

Based on the above discussion and analysis, the conclusion made by the former CAO to suspend the Shenandoah-3 well costs at December 31, 2014 given the wellbore's potential utilization for water injection was an appropriate and reasonable application of accounting literature. At September 30, 2016, it is no longer reasonably possible to justify continued capitalization given the low probability of the wellbore's future utilization, and therefore, the suspended well cost of $64MM was taken to dry hole expense in the third quarter.

3

In conjunction with the review performed in Q3 2016, it was determined that approximately $7MM of the $64MM well costs were attributed to a bypass well used for coring activities, and should have been expensed in Q4 2014 as the coring activities bore no future utility. Well costs associated with the bypass well are considered out-of-period and have been reported to Financial Accounting and Reporting for materiality consideration.

**Distribution**
Chris Champion
Louis Williams
Jennifer Edwards
Amanda McMillian
KPMG

4

CONFIDENTIAL

APC002367
**Confidential Treatment Requested Under FOIA**
APC-00002135

# Exhibit 63

**To:** Tedesco, Bill[William.Tedesco@anadarko.com]; Ramsey, Jake[Jake.Ramsey@anadarko.com]; Dull, Kathy[Kathy.Dull@anadarko.com]; Camden, Chris [Chris.Camden@anadarko.com]; Pachman, Jeff[Jeff.Pachman@anadarko.com]; Meyer, Frank[Frank.Meyer@anadarko.com]
**From:** Johnson, Breck[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=LZJ901]
**Sent:** Tue 1/3/2017 1:41:48 PM Coordinated Universal Time
**Subject:** Shen-6 Update
**Attachment:** WR_52_3_DvD.xlsm 1-2-16.pdf

Happy New Year!

This is the first Shen-6 update (from me).

**AFE:** $41.6 MM of $154 MM
**Days on Location:** 19 days
**Water Depth:** 5,900'

**Current Ops:** Perform cementing operations on the 18" casing in salt. 18" casing shoe depth is 14,375.3' MD (as planned).

**Summary:** AFE started on 12/14 and well spud on 12/15. Prior operations have gone as planned with casing depths as planned. Although there were a couple days with waiting on weather downtime, the well is currently running few days ahead of schedule (see DvD attached).

**Forecast:** Finish 18" cementing operations and pressure test casing. Drill out cement and perform LOT to 15 ppg. Drill ahead to +/- 18,290' and prep for 16" casing (~Friday). Base of Salt is forecast at 26,632' MD. Current drilling forecast has us exiting salt sometime after 1/15.

Regards,
Breck

CONFIDENTIAL

# Exhibit 64

**To:** Chandler, Paul[Paul.Chandler@anadarko.com]; Oudin, Chip[Chip.Oudin@anadarko.com]; Pachman, Jeff[Jeff.Pachman@anadarko.com]; McGrievy, Pat [Pat.McGrievy@anadarko.com]; Steinberger-Glaser, Anita[Anita.Steinberger-Glaser@anadarko.com]; Prosser, Wendy[Wendy.Prosser@anadarko.com]; Gauthier, Lisa [Lisa.Gauthier@anadarko.com]; Krszjzaniek, Chris[Chris.Krszjzaniek@anadarko.com]; Camden, Chris[Chris.Camden@anadarko.com]; Johnson, Breck[Breck.Johnson@anadarko.com]; Dull, Kathy[Kathy.Dull@anadarko.com]
**From:** Ramsey, Jake[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=EKD126]
**Sent:** Tue 2/7/2017 4:24:02 PM Coordinated Universal Time
**Subject:** RE: Shen 6 Sidetrack

Thanks for the comments Chip and Paul. I agree with both of you and support your planning efforts. Good luck with the upcoming wireline program. The results of the reservoir pressure data should help appropriately risk the potential for an oil column north of the Shen 6 well. Continued refinement of the seismic data should help support a western sidetrack location toward Shen 5. Chris K, great job drilling the current wellbore, as the 14" casing shoe position will be vital for executing needed near-term sidetrack operations.

Thanks,
Jake

---

**From:** Chandler, Paul
**Sent:** Tuesday, February 07, 2017 10:13 AM
**To:** Oudin, Chip; Pachman, Jeff; McGrievy, Pat; Steinberger-Glaser, Anita; Prosser, Wendy; Gauthier, Lisa; Krszjzaniek, Chris; Ramsey, Jake; Camden, Chris; Johnson, Breck; Dull, Kathy
**Subject:** RE: Shen 6 Sidetrack

I agree with Chip's plan. I think this would give us the answers we will need to determine Shenandoah's real value.

Paul

---

**From:** Oudin, Chip
**Sent:** Tuesday, February 07, 2017 10:02 AM
**To:** Pachman, Jeff; McGrievy, Pat; Steinberger-Glaser, Anita; Chandler, Paul; Prosser, Wendy; Gauthier, Lisa; Krszjzaniek, Chris; Ramsey, Jake; Camden, Chris; Johnson, Breck; Dull, Kathy
**Subject:** RE: Shen 6 Sidetrack

Jeff,
Thanks for the heads-up. So as to keep you up-to-speed with current thinking (mine, at least), we are investigating two sidetrack options. The first would be to go updip, to hopefully find oil in a new pool, most likely disconnected from anything drilled to date, with the intent to add STOOIP; the second is to go west-southwest, approximately on strike with the current well, as far as drilling will allow, to try to get into a downdip part of the oil that was seen in the Shen-5 well. This second option would try to accomplish what Shen6 was intended to do, that is to find oil-water contacts downdip of known oil and to finally have two wells in the same compartment on the Shenandoah structure. The first option, if successful, would require additional future penetrations to verify extent.
Paul and Anita, please add or correct anything if needed.
Chip

---

**From:** Pachman, Jeff
**Sent:** Tuesday, February 07, 2017 9:43 AM
**To:** McGrievy, Pat; Steinberger-Glaser, Anita; Oudin, Chip; Chandler, Paul; Prosser, Wendy; Gauthier, Lisa; Krszjzaniek, Chris; Ramsey, Jake; Camden, Chris; Johnson, Breck; Dull, Kathy
**Subject:** RE: Shen 6 Sidetrack

Quick heads up – in speaking with Venari this morning on some unrelated matters, they are currently a very strong lean toward a Sidetrack of some sort prior to rig release. Although preliminary, an updip Sidetrack seemed to be the most prevalent (internally) at the moment.

---

**From:** Pachman, Jeff
**Sent:** Monday, February 06, 2017 3:41 PM
**To:** McGrievy, Pat; Steinberger-Glaser, Anita; Oudin, Chip; Chandler, Paul; Prosser, Wendy; Gauthier, Lisa; Krszjzaniek, Chris
**Subject:** Shen 6 Sidetrack

After acquiring the log and pressure data, in the event Anadarko, prior to rig release, wants to drill a Sidetrack (either updip in an effort to find oil on the east side or across the fault(s) to the west in an attempt to get in the same tank as the Shen 5), the Sidetrack would need approval from at least 2 Parties with 50% or more working interest (APC and Venari can cause the Sidetrack w/o COP and Cobalt).

Invoking lease maintenance for the Sidetrack (with a rig on location) is quite a stretch (in my opinion, does not apply) and will not (strategically) be employed to get COP and/or Cobalt to come along if that were the only path to securing 100% approval.

Getting Venari on board and getting to the 2 w/50% or more threshold we need is the key. If we get Venari on board, we would likely get COP and Cobalt as they would likely not non-consent under the circumstances.

If you have any questions, please let me know.

CONFIDENTIAL

# Exhibit 65

# MEMORANDUM

| | | |
|---|---|---|
| TO: | Ernie Leyendecker | DATE: 2/13/2017 |
| FROM: | Shenandoah Subsurface Team | |
| RE: | Project Recommendation: Conduct sidetrack out of the WR52 #3 (Shen #6) appraisal well | |

## Executive Summary:

The Shenandoah Subsurface Team is seeking approval to conduct a sidetrack operation out of the WR52 #3 (Shenandoah #6) appraisal well prior to rig de-mobilization. The AFE dry hole cost, inclusive of the temporary abandonment of the sidetrack, is $45.95 MM (gross) or $15.16 MM (net to Anadarko) based on a working interest of 33.0%. The primary objective of the proposed sidetrack is to refine the resource estimations within the potentially large Shen 5 fault block. Additionally, the outcome of the sidetrack operation should help to provide additional resource size clarity and constrain the number of conceptual development options currently contemplated by the Shenandoah project team. The rig is estimated to go on standby around February 17th, pending approvals for either sidetracking or T&A operations.

## Background & Key Facts:

### WR 52 #3 (Shenandoah #6) Design Objectives & Preliminary Well Results:

The Shenandoah #6 appraisal well was originally designed to (1) test and extend the presence of hydrocarbons in the Wilcox reservoirs to the east of Shen 5; (2) confirm oil/water contacts for the objective reservoirs and potentially extend the LKO down structure; and (3) provide an understanding of connectivity to adjacent wellbores in the area. Additionally, this well was designed to be utilized as a "keeper well" in a future sidetrack operation, pending future project sanctioning.

The WR 52 #3 (Shenandoah #6) reached a TD of 32,047' (MD) or 31,769' (TVD) in only 52 days on February 8th. The well found all major Shenandoah Upper and Lower Wilcox reservoir sands present with exception of the UW1; however, all of the sands were low to prediction and all were found to be water bearing. These results suggest the presence of faulting between the Shenandoah #6 and the Shenandoah #5 well and further suggest a different hydrocarbon pressure regime to the west and/or the absence of an up-dip seal to the east. Although the drilling metrics for the Diamond Ocean Black Hawk were outstanding and the final well cost is expected to come in ~$50MM gross under the original AFE, the subsurface results and the resource implications of Shenandoah #6 have been disappointing. The probability for economic resource potential on the eastern flank of the Shenandoah field has materially diminished. Additionally, the results of Shenandoah #6 clearly demonstrate the challenge in our ability to estimate oil/water contacts and confidently detect reservoir compartmentalization or conversely reservoir continuity for the Shenandoah structure.

### Shen 6 ST Proposal and Objectives:

The Shenandoah development team is seeking approval to sidetrack the WR 52 #3 wellbore approximately 4000' to the W-SW in order to establish the presence of a deeper lowest known oil (LKO) and to potentially define the oil-water contacts within the Shenandoah #5 fault-block. Confirmation of oil/water contacts within this fault block should improve our confidence in resource estimates and column height, establish connectivity in the oil and water columns, and provide tighter constraints in terms of development options for the Shenandoah project team. The key project risks are finding compartmentalization within the

Shenandoah #5 fault block and encountering water-bearing sands throughout the Upper and Lower Wilcox sections, both of which would further reduce the resource estimates of the Shenandoah Field.

The team specifically evaluated sidetrack options down-dip of Shenandoah #5, up-dip of Shenandoah #6, and a short sidetrack to the West (fault block believed to be separating Shen #5 from Shen #6). Oil-in place analysis found a down-dip penetration in the Shenandoah #5 fault block to provide the best benefit to refine resources and constrain further concept solutions for the project. Appendix #1 (Depth structure map of the UW2 sand in the Shenandoah field) shows the Shenandoah #6 sidetrack target with its intent to prove up resource in the Shenandoah #5 fault block and confirm the oil/water contact assumption. Finding the oil/water contact would provide credence to the estimated oil/water contact assumption across the field.

**Shenandoah Partnership Dynamics:**

Anadarko holds a 33% WI in the Shenandoah project and its respective partners are ConocoPhillips (30%), Cobalt (20%) and Venari (17%). In a Shenandoah project partnership meeting held on February 8th, ConocoPhillips and Cobalt indicated their preference to defer the sidetrack operation for a future lease saving event, but more recent discussions suggest that they are now supportive of the sidetrack operation. Since this sidetrack is not deemed a lease preservation event (180-day clock), Anadarko must secure the approval of one partner and 50% WI (notionally Venari) to proceed with the sidetrack operation. The consequences of a non-consenting party include the loss of rights to the Shenandoah #6 sidetrack data and their right to participate in subsequent sidetracking operations, assuming continuous well operations.

The rig is estimated to go on standby around February 17th, pending approvals for either sidetracking or T&A operations. A time-line of events is provided in appendix #2 (Timeline of events post - February 9th).

## Analysis

**Updated Geologic Interpretation and Revised Resource Estimates (Post Shenandoah #6):**

The updated mid-case geologic interpretation shows two new faults separating the Shenandoah #5 from Shenandoah #6 (See Appendix #1). The fault architecture and location are supported by the seismic interpretation and are in line with previously identified faults that have been carried as low confidence faults on the risk matrix. Partners have indicated alignment in the newly revised geologic interpretation. Estimated oil/water contacts are based on pressure measurements from well penetrations in the oil column and with the water pressure gradients from the Shenandoah #3 well applied across the field. In the East, the oil/water contacts are estimated based on the highest known water depths found in Shenandoah #6.

In Q4, 2016, the Shenandoah Partnership approved a 100 MBOPD semi-submersible concept equipped with sufficient weight and deck capacity to expand production capability and allow for future water injection. Although the latest well results seriously challenge a new-built production solution, the team still sees a path to commercial viability with alternate development solutions.

The updated interpretation results in an "in-place" hydrocarbon volume of approximately 1 Billion STB of oil. Preliminary reservoir modeling results lead to economically recoverable reserves in the range of 150 – 250 MMBOE for various deterministic development scenarios. The project team has brought forward early cost estimates for the use of an existing facility (relocation option) to be ~$900MM for a 5-well

2

APC-00299955

development. At invest pricing ($50/BO), economic analysis confirms the continued commercial potential and (pending in-depth analysis) the commercial viability of the Shenandoah project. Preliminary economic analysis for a smaller new-build option (60 KBOPD) is slightly challenged with the revised resource estimates but the Shenandoah project team will continue to support the maturation of this concept.

With lease obligations within the 180-day clock, the team still sees the importance to continue work within the previous timeline towards SOP in 2018. Improved certainty around resource and production expectations is paramount to deliver an economic project where production solutions are in line with resource size expectations.

## Conclusion

With the Shenandoah Partnership working within the 180 day clock to maintain the lease, it is prudent to move quickly towards concept select, project sanctioning, and SOP. Taking the immediate opportunity to constrain the resource uncertainty and to provide appropriate guidance for development planning are critical factors in favor of drilling an immediate sidetrack. The Shenandoah Development Team is therefore seeking approval to conduct an immediate sidetracking operation out of the WR52 #3 (Shenandoah #6) appraisal well prior to rig de-mobilization to achieve these goals.

3

CONFIDENTIAL

APC-00299956

## Appendix

**Appendix 1:** Depth structure map of the UW2 sand in the Shenandoah field



**Appendix 2:** Timeline of events post-February 9th



4

APC-00299957

# Exhibit 66

**To:** Ramsey, Jake[Jake.Ramsey@anadarko.com]; Tedesco, Bill[William.Tedesco@anadarko.com]; McGrievy, Pat[Pat.McGrievy@anadarko.com]; Scarborough, Liliana [Liliana.Scarborough@anadarko.com]; Hart, Danny[Danny.Hart@anadarko.com]; Abendschein, Bob[Bob.Abendschein@anadarko.com]; Steinberger-Glaser, Anita[Anita.Steinberger-Glaser@anadarko.com]; Gauthier, Lisa[Lisa.Gauthier@anadarko.com]; Prosser, Wendy[Wendy.Prosser@anadarko.com]
**From:** Workflow System[WF-BATCH@Anadarko.com]
**Sent:** Wed 2/15/2017 7:43:17 PM Coordinated Universal Time
**Subject:** AFE Approved - WR52 # 3 (SHEN 6) SIDETRACK

Reviewed By:
Steinberger-Glaser, Anita - Shenandoah Dev  02/14/2017
McGrievy, Pat - Foldbelt  02/14/2017
Hart, Danny - Deepwater Americas  02/14/2017
Ramsey, Jake - Exploration GOM Regional  02/14/2017
Abendschein, Bob - Operations Gulf of Mexico  02/15/2017
Tedesco, Bill - Exploration GOM  02/15/2017
Leyendecker, Ernie - International and Deepwater Expl  02/15/2017
------------------------------
Type of Request:   Original
AFE Number:   2131100
Date Submitted:   02/13/2017
Budget Year:   2017
AFE Type:   Drilling - Exploratory
Cost Center:   WALKER RIDGE 52 003
Company:   Anadarko US Offshore LLC
Operated:   Y
Operator:
Originator:   Scarborough, Liliana
AFE Project Manager:  Steinberger-Glaser, Anita
Approved By:  Leyendecker, Ernie
Working Interest:  33.000000%
Total Gross Cost:  $45,949,235.00
Total Net Cost:  $15,163,247.55
Description:
THE SHENANDOAH SUBSURFACE TEAM IS SEEKING APPROVAL TO CONDUCT A SIDETRACK
OPERATION OUT OF THE WR52 #3 (SHENANDOAH #6) APPRAISAL WELL PRIOR TO RIG
DE-MOBILIZATION. THE AFE DRY HOLE COST, INCLUSIVE OF THE TEMPORARY ABANDONMENT
OF THE SIDETRACK, IS $45.95 MM (GROSS) OR $15.16 MM (NET TO ANADARKO) BASED ON
A WORKING INTEREST OF 33.0%. THE PRIMARY OBJECTIVE OF THE PROPOSED SIDETRACK
IS TO REFINE THE RESOURCE ESTIMATIONS WITHIN THE POTENTIALLY LARGE SHEN 5
FAULT BLOCK. ADDITIONALLY, THE OUTCOME OF THE SIDETRACK OPERATION SHOULD HELP
TO PROVIDE ADDITIONAL RESOURCE SIZE CLARITY AND CONSTRAIN THE NUMBER OF
CONCEPTUAL DEVELOPMENT OPTIONS CURRENTLY CONTEMPLATED BY THE SHENANDOAH
PROJECT TEAM. THE RIG IS ESTIMATED TO GO ON STANDBY AROUND FEBRUARY 17TH,
PENDING APPROVALS FOR EITHER SIDETRACKING OR T&A OPERATIONS.
Comments:
02/14/2017 - McGrievy, Pat:
It is important to conduct the Shen 6 ST now in order to refine the resource ran
ge for the Shenandoah Field and to constrain the number of conceptual developmen
t options for the Shenandoah project.

CONFIDENTIAL

APC-00089435