# EXHIBIT B

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF TEXAS

3                      HOUSTON DIVISION

4    ----------------------------------------------x

5

6    In re ANADARKO PETROLEUM       Civil Action No.

     CORPORATION SECURITIES         4:20-cv-00576

7    LITIGATION

8

9    ----------------------------------------------x

10

11                    **CONFIDENTIAL**

12

13      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

14                ROCCO DETOMO, JR., Ph.D.

15                Thursday, March 9, 2023

16

17

18

19

20

21

22

23

24   Reported By: Lynne Ledanois, CSR 6811

25   Job No. 5781021
```

                                                    Page 1

CONFIDENTIAL

| | |
|---|---|
| 1  IN THE UNITED STATES DISTRICT COURT | 1  REMOTE APPEARANCES |
| 2  FOR THE SOUTHER DISTRICT OF TEXAS | 2 |
| 3  HOUSTON DIVISION | 3  ALSO PRESENT: |
| 4  ---------------------------------------------------x | 4  John MacDonnell, Videographer |
| 5 | 5  Kallie Gallagher, Occidental |
| 6  In re ANADARKO PETROLEUM      Civil Action No. | 6  Lyndon Pittinger |
|    CORPORATION SECURITIES      4:20-cv-00576 | 7 |
| 7  LITIGATION | 8 |
| 8 | 9 |
| 9  ---------------------------------------------------x | 10 |
| 10 | 11 |
| 11 | 12 |
| 12      Videotaped deposition of ROCCO DETOMO, JR., | 13 |
| 13  Ph.D.,taken in Indialantic, Florida commencing at | 14 |
| 14  11:34 a.m. EST on Thursday, March 9, 2023 before | 15 |
| 15  Lynne Ledanois, Certified Shorthand Reporter No. | 16 |
| 16  6811 | 17 |
| 17 | 18 |
| 18 | 19 |
| 19 | 20 |
| 20 | 21 |
| 21 | 22 |
| 22 | 23 |
| 23 | 24 |
| 24 | 25 |
| 25  /// | |
| Page 2 | Page 4 |

| | |
|---|---|
| 1  REMOTE APPEARANCES | 1  I N D E X   O F   E X A M I N A T I O N |
| 2 | 2 |
| 3  Counsel for the Lead Plaintiffs: | 3  Examination by:                    Page |
| 4      ROBBINS GELLER RUDMAN & DOWD LLP | 4      Ms. Jensen                    10 |
| 5      BY: RACHEL JENSEN | 5      Ms. Phillips                   248 |
| 6          RAFFI FRIEDMAN | 6 |
| 7          NICOLE GILLILAND | 7 |
| 8      Attorneys at Law | 8 |
| 9      655 West Broadway | 9 |
| 10      Suite 1900 | 10 |
| 11      San Diego, California 92101 | 11 |
| 12      rjensen@rgrdlaw.com | 12 |
| 13 | 13 |
| 14  Counsel for the Defendants: | 14 |
| 15      CRAVATH, SWAINE & MOORE LLP | 15 |
| 16      BY: LAUREN PHILLIPS | 16 |
| 17          CHARLES BLOOM | 17 |
| 18          BENJAMIN GRUENSTEIN | 18 |
| 19      Attorneys at Law | 19 |
| 20      Worldwide Plaza | 20 |
| 21      825 Eighth Avenue | 21 |
| 22      New York, New York 10019 | 22 |
| 23      lphillips@cravath.com | 23 |
| 24 | 24 |
| 25 | 25  /// |
| Page 3 | Page 5 |

CONFIDENTIAL

1        I N D E X   O F   E X H I B I T S
2    Deposition        Description              Page
3    Exhibit 527  Expert Report of Dr. Rocco        18
4        Detomo, Jr., 1/25/23;
5    Exhibit 528  Document headed, Shenandoah:      74
6        Sizing it Right, A Retrospective,
7        Tech Forum, 7/18/17;
8    Exhibit 529  Document headed, The Role of the  94
9        Engineer in Exploration:
10       Expected Value, Lisa Ward,
11       11/10/20;
12   Exhibit 530  Document headed, Shenandoah:     126
13       Major Discovery Confirmed
14       Valued at $4/share,
15       BOFAS_APC-000259;
16   Exhibit 531  Document headed, Development     135
17       Full Field Economics, April 2015,
18       APC-00027887;
19   Exhibit 532  Document headed, Meeting of the  145
20       Board of Directors, August 1 & 2,
21       2016, Day 1 Slides,
22       APC-00784657;
23
24
25   ///
                                            Page 6

1        I N D E X   O F   E X H I B I T S
2    Deposition        Description              Page
3    Exhibit 540  Email chain, 10/21/15,        207
4        APC-00052041;
5    Exhibit 541  Document headed, Shenandoah   232
6        Exploration - Development
7        September 2013,
8        APC-00001505;
9    Exhibit 542  Document headed, Chapter 3, Risk  240
10       Analysis of Exploration Prospects;
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   ///
                                            Page 8

1        I N D E X   O F   E X H I B I T S
2    Deposition        Description              Page
3    Exhibit 533  Email chain, 7/27/16,         161
4        APC-00264139;
5    Exhibit 534  Document headed, Asphaltene    176
6        Onset Pressure Uncertainty and
7        Other Asphaltene Issues in
8        Field Development Planning,
9        APC-01760992;
10   Exhibit 535  Document headed, 2016 Q1 IPT   184
11       Partner Meeting, April 5, 2016,
12       APC-01183190;
13   Exhibit 536  Document headed, Shenandoah Field  190
14       Development, Flow Assurance,
15       October 23, 2014;
16   Exhibit 537  Email, 9/5/14,                 195
17       APC-00011721;
18   Exhibit 538  Document headed, Asphaltene    199
19       Mitigation, April 2015;
20       APC-00044530;
21   Exhibit 539  Document headed, "Workshop Day 1:  202
22       Reservoir Uncertainties,
23       November 18, 2014,
24       APC-00349108;
25   ///
                                            Page 7

1              Thursday, March 9, 2023
2              11:34 a.m. EST
3    --------------------------------------------------
4        THE VIDEOGRAPHER:  We're on the record.
5    It's 11:34 a.m. Eastern time on March 9th, 2023.     11:34AM
6    This is the deposition of Dr. Rocco Detomo, Junior.
7        We're here in the matter of Anadarko
8    Petroleum Corporation securities litigation.
9        I'm John McDonnell, the videographer with
10   Veritext.                                            11:35AM
11       Before the reporter swears the witness,
12   would counsel please identify themselves beginning
13   with the noticing attorney.
14       MS. JENSEN:  Good morning.  This is Rachel
15   Jensen from Robbins Geller Rudman & Dowd on behalf   11:35AM
16   of plaintiffs in the class.  With me this morning
17   and today are Raphaella Friedman and Nicole
18   Gilliland.
19       MS. PHILLIPS:  Good morning.  This is
20   Lauren Phillips of Cravath Swaine & Moore for the    11:35AM
21   defendants.  With me are my colleagues Benjamin
22   Gruenstein and Charles Bloom of my firm and Kallie
23   Gallagher of Occidental.
24       ROCCO DETOMO, JR., Ph.D.,
25   having been duly sworn, testified as follows:     11:35AM
                                            Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

```
 1         EXAMINATION         11:35AM
 2 BY MS. JENSEN:
 3    Q   Good morning, Dr. Detomo.  Where are you
 4 physically located today?
 5    A   Physically located at my residence in      11:36AM
 6 Florida on the East Coast just south of Cape
 7 Canaveral.
 8    Q   Is anybody else in the room with you?
 9    A   No.
10    Q   Do you have any documents in reach?      11:36AM
11    A   The only document I have is a written copy
12 of my report.
13    Q   Is that a clean copy?
14    A   Yes, it is.
15    Q   Any other documents?               11:36AM
16    A   No.
17    Q   And have you removed all technology not
18 needed for this deposition today?
19    A   Yes, I believe so.
20    Q   Okay.  Have you ever been deposed before?  11:36AM
21    A   Yes.
22    Q   How often or how many times?
23    A   Twice.
24    Q   And what occasion were those depositions?
25    A   One occasion was in defense of a case with a 11:36AM
```
Page 10

```
 1 drilling contractor, turnkey drilling contractor with 11:37AM
 2 Shell.  And the other was a case associated with a
 3 patent suit.
 4    Q   Were you a percipient witness or an expert
 5 witness in the drilling contractor case?      11:37AM
 6    A   I believe it was an expert witness because I
 7 had not participated in the drilling of the well.
 8    Q   And what party did you appear on behalf
 9 of?
10    A   On behalf of Shell Oil.            11:37AM
11    Q   You used to work for Shell Oil; correct?
12    A   Yes.
13    Q   What is the name of that case?
14    A   I do not recall.  It was in the early 1990s.
15    Q   What was the nature of your opinion?     11:38AM
16    A   Nature of my opinion was a technical
17 evaluation as to whether or not the well had
18 penetrated salt.
19    Q   And was your testimony admitted in that
20 case?                      11:38AM
21    A   The case was settled out of court the day
22 before it was to go to trial.
23    Q   You mentioned another case.  What was the
24 patent case?
25    A   It was a patent lawsuit between two seismic 11:38AM
```
Page 11

```
 1 service providers that provide ocean bottom seismic   11:38AM
 2 capability.
 3    Q   And what was the nature of your opinion in
 4 that case?
 5    A   The nature of my opinion was to -- whether  11:38AM
 6 or not the one design and implementation infringed
 7 upon the patent of the other.
 8    Q   And was your testimony admitted in that
 9 case?
10    A   I don't know the current resolution of that  11:39AM
11 case.  I have not heard anything for approximately one
12 year.
13    Q   So you don't know one way or the other?
14    A   Correct.
15    Q   The patent case that you mentioned, was     11:39AM
16 that -- I may mispronounce this, Magseis FF LLC
17 versus Seabed Geosolutions U.S. Inc.?
18    A   Yes.  And it's Magseis.
19    Q   Thank you.  You did have your deposition
20 taken in that case; correct?            11:39AM
21    A   Yes.
22    Q   And you told the truth in that deposition;
23 correct?
24    A   Yes.
25    Q   That was not a securities fraud case;     11:40AM
```
Page 12

```
 1 right?                    11:40AM
 2    A   No.
 3    Q   Neither was the other contractor drilling
 4 case?
 5    A   No.                  11:40AM
 6    Q   Your opinions have never been admitted in
 7 a securities fraud case; correct?
 8    A   Correct.
 9    Q   Did you prepare for this deposition?
10    A   I reread certain sections of my report, so  11:40AM
11 yes.
12    Q   Did you meet with anyone?
13    A   Yes.
14    Q   And who did you meet with?
15    A   I met with some of the Cravath lawyers.    11:40AM
16    Q   And which lawyers did you meet with?
17    A   I met with Lauren Phillips, Charles Bloom
18 and -- principally.  I think Mr. Ben Gruenstein
19 actually sat in on part of it.
20    Q   How long did you meet with the Cravath     11:41AM
21 folks?
22    A   You mean in preparation for this?
23    Q   Yes.
24    A   I met twice, both times for a few hours.
25    Q   And when did you meet with them?        11:41AM
```
Page 13

4 (Pages 10 - 13)

1    A  I believe last Friday.  I would have to    11:41AM
2  check to be absolutely sure, but I believe last Friday
3  and then the Friday before.
4    Q  So you met with them on -- it would be
5  Friday, February 24th and March the 3rd?    11:41AM
6    A  To the best of my recollection, that was the
7  two days.
8    Q  You said a couple of hours each.  How much
9  time total did you meet with the attorneys?
10    A  So I would say between -- for those two    11:42AM
11  meetings, the total was between four and six hours.
12    Q  You mentioned that you reviewed or
13  rereviewed portions of your report.  Is there
14  anything in your report you would like to withdraw
15  or modify?    11:42AM
16    A  No.
17    Q  You stand by your report in its entirety?
18    A  Yes.
19    Q  Is there any further work you intend do?
20    A  Not that I am aware of.  I'm not aware of    11:42AM
21  any other work that I have been asked to perform in
22  the future.
23    Q  Any opinions you intend to offer at trial
24  other than those set forth in your report?
25    A  There are no opinions I intend to offer that 11:42AM

Page 14

1    A  Well, Anadarko Corporation was bought by    11:44AM
2  Occidental Corporation.
3    Q  And do you know whether Occidental is a
4  named defendant in this case?
5    A  I'm assuming they are because they inherit  11:44AM
6  that liability.  So I'm assuming that the current
7  defendant is Occidental.
8    Q  Do you know who the other defendants are?
9    A  I believe there were some individual
10  defendants who were actually employees of Anadarko at 11:44AM
11  the time, but I could not -- I would recognize a few
12  of them, but I would not be able to recite the entire
13  list.
14    Q  Do you know any of those individuals?
15    A  Personally, no.    11:45AM
16    Q  Any other capacity?
17    A  No, I've never run into them work wise or
18  otherwise.
19    Q  You worked with Occidental before?
20    A  Not closely and not in a partnership.  But I 11:45AM
21  do know or have occasion to have been acquaintances
22  with people who have worked at Occidental.
23    Q  And who is that?
24    A  I'm trying to recall their names.
25  There's -- I don't recall names offhand, but I know    11:45AM

Page 16

1  are different than the ones in my report.    11:42AM
2    Q  I take it that you've read Dr. Merrill and
3  Mr. Pittinger's reports.  Have you read any other
4  expert reports in this case?
5    A  Those are the only two expert reports I've    11:43AM
6  read.
7    Q  When were you retained in this case?
8    A  I was retained in this case I believe a
9  little over a year ago.
10    Q  So in 2022, approximately what month?    11:43AM
11    A  I would guess February, but I would have to
12  check records to be sure.
13    Q  Do you know who the defendants are in the
14  case?
15    A  I know that the title on the defendants is   11:43AM
16  Georgia Firefighters Fund, which I am assuming is a
17  company that represents investments.  But that's all I
18  know about it.
19    Q  Okay.  So just to be clear, the suing
20  party is the plaintiffs; right?  Who were the    11:43AM
21  defendants in the case?
22    A  Oh, the defendants, sorry.  The defendants
23  in this case were originally Anadarko Corporation.
24    Q  Are you saying that it's a different
25  defendant now?    11:44AM

Page 15

1  there are people I've met at industry conferences who 11:45AM
2  have had conversations -- worked at Occidental.
3    Q  How many hours have you spent on this
4  case?
5    A  Again, I would have to make an estimate    11:46AM
6  without checking records, but my estimate off the top
7  of my head would be between 400 and 600 hours.
8    Q  How many of those hours did you spend on
9  your report?
10    A  I would guess two-thirds of those hours were 11:46AM
11  on the report.
12    Q  How much have you been paid by defendants
13  in this case?
14    A  I'm paid by the hour at the rate of $300 per
15  hour.    11:46AM
16    Q  And so what is the total?
17    A  Let's see.  So 400 times 300 would be
18  $120,000.
19    Q  Do you have any outstanding invoices?
20    A  Yes.    11:47AM
21    Q  And in what amount?
22    A  I believe it's $1500.
23    Q  If you'll bear with me, I'm going to mark
24  an exhibit here.  Okay.
25    Dr. Detomo, you should be able to see what  11:47AM

Page 17

5 (Pages 14 - 17)

CONFIDENTIAL

Page 18

1    I've marked as Exhibit 527. I'm hoping that you        11:47AM
2    will recognize this document.
3           (Whereupon, Exhibit 527 was marked for
4    identification.)
5           THE WITNESS: I just clicked in Veritext,       11:48AM
6    I see the document. Let me open it.
7           At least the cover page appears to be the
8    cover page of my report.
9    BY MS. JENSEN:
10   Q    And that's your name on the front page of      11:48AM
11   the report?
12   A    Yes, it is.
13   Q    Could you scroll through just briefly --
14   if you read the whole thing, we'll probably just
15   spend the whole day on this one question, so let's    11:48AM
16   not do that.
17          If you can just scroll through and confirm
18   for me that that is a true and accurate copy of your
19   expert report from January 25th, 2023.
20   A    Yes, this looks like you have to click       11:49AM
21   instead of scroll. So I would like to -- I don't know
22   if there is a quick way to get to the end.
23   Q    Let's go off the record for a second.
24   A    Okay.
25          THE VIDEOGRAPHER: We're off the record.    11:49AM

Page 19

1    It's 11:49 a.m.                             11:49AM
2           (Recess taken.)
3           THE VIDEOGRAPHER: We're back on the
4    record. It's 11:53 a.m.
5    BY MS. JENSEN:                             11:53AM
6    Q    Okay. So, Dr. Detomo, I just want to
7    reask the question.
8           Does this appear to be a true and accurate
9    copy of your expert report dated January 25th, 2023?
10   A    Yes, it is.                           11:54AM
11   Q    Who wrote this report?
12   A    I did.
13   Q    Did you receive any assistance in writing
14   the report?
15   A    I received some assistance in -- around what  11:54AM
16   topics and in terms of providing documents, but I
17   wrote all of the report. So nobody wrote any sections
18   of it.
19   Q    What assistance did you receive around
20   what topics to write on?                    11:54AM
21   A    So it was just a list of topics. So, for
22   instance, I was instructed to read and give my opinion
23   on complaints. I was instructed to read and give my
24   opinion on the expert reports.
25          And so -- and that's what I did.        11:55AM

Page 20

1    Q    Okay. When you say "complaints," do you     11:55AM
2    mean the amended complaint in this case?
3    A    It was a complaint that had -- I'm not sure
4    exactly which version of the complaint it is. But
5    there was a version of the complaint that had a series 11:55AM
6    of statements in it that I responded to in my report,
7    a complaint from the plaintiffs.
8    Q    In terms of providing documents, did you
9    receive documents from counsel for purposes of your
10   report?                                  11:55AM
11   A    Counsel did forward documents to me when I
12   requested them or I requested document about a certain
13   area or a topic, yes.
14   Q    Did you receive assistance in editing your
15   report?                                  11:56AM
16   A    I believed some comments about what I had
17   written but not specifically in doing editing of the
18   report. So I actually went back and made some edits
19   myself.
20          But the edits, they were just suggestions  11:56AM
21   about, hey, you need to clarify this and things like
22   that.
23   Q    Did you talk to anyone about the content
24   of your report before it was finalized?
25   A    I had talked to the Cravath lawyers about   11:56AM

Page 21

1    the version of my report before I finalized it.     11:56AM
2    Q    How many times?
3    A    The report was a body of work which was not
4    written all at one time, so it was written over the
5    period of a number of months.                 11:57AM
6           And occasionally I would send a version to
7    the Cravath lawyers and ask them if they -- you
8    know, if there were anything that needed
9    clarification or if there was something else I
10   needed to address.                        11:57AM
11          So, for instance, the expert reports came
12   in later. And then I had to go through and write
13   the areas that addressed them.
14   Q    What was your assignment?
15   A    My assignment was to read the information   11:57AM
16   that was available and to offer my expert opinion on
17   the validity or comments on the -- on what I read,
18   mostly around technical matters, well, entirely around
19   technical matters.
20   Q    Now, in your report, you say that you were  11:58AM
21   asked to review and respond to the expert reports of
22   Dr. Merrill and Mr. Pittinger; correct?
23   A    Yes.
24   Q    Also says that you were retained to
25   provide opinions about Anadarko's appraisal of the   11:58AM

6 (Pages 18 - 21)

CONFIDENTIAL

**Page 22**

1 Shenandoah prospect in its public statements related   11:58AM
2 thereto; correct?
3    A   For some -- I don't know all of the public
4 statements, but to the subset of public statements I
5 was provided, yes.                    11:58AM
6    Q   And the public statements that you were
7 provided, those are the ones that you commented on
8 in your report?
9    A   Yes.
10    Q   So the purpose of your report was to rebut   11:59AM
11 Dr. Merrill and Dr. Pittinger; correct?
12    A   No, the purpose of my report was to make
13 comment as to my technical opinion with respect to
14 some of the opinions that they had made.  So in my
15 professional experience, some of those opinions I   11:59AM
16 agreed with and some of them I did not.
17    Q   Okay.  So I think I'm asking a different
18 question.  So maybe we're kind of crossing each
19 other here.
20    A   Okay.                    11:59AM
21    Q   So what I'm saying is that the purpose of
22 your report, as you just mentioned, was to respond
23 to the plaintiffs' expert reports; correct?
24    A   That was one of the purposes.  The purpose
25 was to offer my technical opinion about comments and   11:59AM

**Page 23**

1 issues that were raised, technical opinions about   12:00PM
2 them.
3    Q   That was all within the scope of rebutting
4 the reports of Dr. Merrill and Mr. Pittinger;
5 correct?                         12:00PM
6    A   I was not specifically asked to rebut them.
7 I was asked to make comment on them and the ones I
8 disagreed with, I rebutted.
9    Q   Okay.  So maybe we're just not
10 understanding each other exactly because there's   12:00PM
11 some terminology around this in litigation.
12       So do you understand that there is a
13 difference between affirmative opinions and rebuttal
14 opinions?
15    A   Yes.                    12:00PM
16    Q   Okay.  So that's what I'm trying to get
17 at.  So your opinions are in rebuttal to Dr. Merrill
18 and Mr. Pittinger; is that right?
19    A   A number of opinions I made in here were in
20 rebuttal to theirs, yes.                12:01PM
21    Q   So now we're getting somewhere.  So let's
22 talk about outside of rebuttal, what are the
23 opinions that you're offering that are not just in
24 rebuttal?
25    A   I would have to look specifically for those.   12:01PM

**Page 24**

1 Those would be some of the opinions that Dr. Merrill   12:01PM
2 or Mr. Pittinger had to which I didn't comment.
3    Q   I think we were getting a little confused
4 here.  So what I'm trying to ask you is:  Could you
5 please identify any opinion that you're offering   12:01PM
6 that is not in rebuttal?
7    A   I did not specifically go through and
8 identify which particular lines that I agreed with.
9 So I only captured in the report the ones in general I
10 disagreed with.                    12:02PM
11       There may be one or two in there where I
12 mentioned that I agree with a certain opinion.  But
13 I would have to look for them.
14    Q   Okay.  So if I understand correctly then,
15 all of your opinions are in rebuttal to Dr. Merrill   12:02PM
16 and Mr. Pittinger?
17    A   Most of the opinions I wrote of in the
18 report are in rebuttal, yes.
19    Q   So now what I'm trying to get at is tell
20 me which opinions are not in rebuttal.        12:02PM
21    A   I would have to look through the report to
22 identify exactly which ones.  But I think -- give me a
23 second.  Let me think.  I think there were some
24 comments -- well, I would have to speculate.
25       I believe there were some comments by   12:03PM

**Page 25**

1 Mr. Pittinger associated with the purpose of Rose &   12:03PM
2 Associates' software, which there were certain parts
3 of his opinions about that that I agreed with.
4    Q   So let's not focus on what you did not
5 say.  Let's focus on what you did say.        12:03PM
6       You can refer to your report if you need
7 to.  But my question is:  Which of your opinions, if
8 any -- maybe there's none.  But which opinions, if
9 any, are not in rebuttal to Dr. Merrill and
10 Mr. Pittinger?                    12:03PM
11    A   Without going through and specifically
12 looking for them and searching for them in the report,
13 I would not be able to state which ones they are off
14 the top of my head.
15    Q   Okay.  We can go through your report.  Why   12:04PM
16 don't you go through your report and tell me which
17 ones are not in rebuttal.
18    A   Can I search within this document?
19    Q   I believe so.  Let's go off the record for
20 a moment.                        12:04PM
21       THE VIDEOGRAPHER:  We're off the record
22 it's 12:04 p.m.
23       (Recess taken.)
24       THE VIDEOGRAPHER:  Back on the record.
25 It's 12:12 p.m.                    12:12PM

7 (Pages 22 - 25)

CONFIDENTIAL

1  BY MS. JENSEN:                    12:12PM
2    Q   Okay.  So, Dr. Detomo, you have had an
3  opportunity to look at your report.  Are you able to
4  answer the question that I asked?
5    A   I don't -- I don't find a specific example   12:12PM
6  that I could show in my report at this time to -- that
7  would be an affirmative response to an opinion by
8  Dr. Pittinger -- or Dr. Merrill or Mr. Pittinger.  I
9  believe that was your question.
10   Q   So my question, I want to make sure we   12:13PM
11  understand each other.  You were talking earlier
12  about your rebuttal opinions as we call it in the
13  business.
14       So my question to you is:  Do you have any
15  opinions that are outside the scope of rebuttal, and  12:13PM
16  that's what you were asked to look through your
17  report for?
18   A   Yes, and my answer is I do not find in my
19  report affirmative opinions or anything confirming or
20  affirmative opinions about those, so no.        12:13PM
21   Q   Okay.  You can set that aside.
22       MS. JENSEN:  I'm going to mark another
23  exhibit.  Give me a moment here.  I need to restart
24  my Exhibit Share.  Bear with me for a moment.
25       You should be able to see in your Exhibit   12:14PM

Page 26

1  Share a document that's been previously marked as   12:14PM
2  Exhibit 4798.
3    A   Yes.
4    Q   And my question is whether you recognize
5  this to be Dr. Merrill's expert report that you were   12:15PM
6  responding to in your report?
7    A   I'm opening it.
8        Yes, this is the document I reviewed.
9    Q   Let me show you another document.
10       You should be able to see in your Exhibit   12:16PM
11  Share a document that's been previously marked as
12  Exhibit 499.
13       Will you please confirm that this was the
14  Pittinger expert report that you were responding to
15  in your report?                    12:16PM
16   A   Is the one you just put in 499?
17   Q   Yes, it is.
18   A   Because it went in a different order, but
19  okay.  Apparently it orders them by number.
20   Q   That's right.  I should have mentioned   12:16PM
21  that.  It can get a little confusing.
22   A   Yes, I recognize this report.  This is the
23  one I reviewed.
24   Q   You can set that aside for now.
25   A   Okay.                    12:17PM

Page 27

1    Q   Dr. Detomo, earlier I asked you about your   12:17PM
2  compensation in this case.  So I believe you
3  testified that you're being compensated at an hourly
4  rate of $300 per hour?
5    A   Yes.                    12:18PM
6    Q   But your report says $600 per hour;
7  correct?
8    A   I don't recall that.  I would have to look
9  at my report to see.
10   Q   Look at Paragraph 14.  You have the hard   12:18PM
11  copy in front of you; right?
12   A   Yes.
13   Q   You can look at the hard copy.  We wanted
14  to authenticate your expert report in the first
15  instance, but I think from here on out, it would   12:18PM
16  probably be easier to refer to the hard copy.
17   A   Okay.  Paragraph 14?  That's an error.
18   Q   It's actually 300?
19   A   It is 300, that's an error.
20   Q   Would you like to amend your report to   12:19PM
21  state that you're being compensated at the rate of
22  $300 per hour?
23   A   Yes, I would.  I'm surprised because I know
24  for a fact I wrote 300 in there at one time.  So yes.
25       Because it's never been 600, although 600   12:19PM

Page 28

1  would have been nice.                 12:19PM
2    Q   Okay.  You can set that aside for now.
3    A   Okay.
4    Q   I want to ask you about your opinions.
5        Are you offering an expert opinion in this   12:19PM
6  case on Shenandoah's commerciality?
7    A   I'm offering an opinion on what it takes for
8  something to be commercial.  So in terms of whether or
9  not it's commercial at different stages, the only
10  thing I can say is if something is commercial, then it  12:20PM
11  has a clear definition.
12       So I'm not sure when you say whether or
13  not something is going to be commercial, I don't
14  know how to define that.  But I can make a comment
15  as to whether or not something currently meets or   12:20PM
16  whether or not it will be commercial, yes.
17   Q   So my question is a little different.
18       Are you offering an expert opinion on
19  whether or not Shenandoah was commercially viable
20  during the class period?              12:20PM
21   A   I'm not exactly sure what the word "viable"
22  means.  I can offer an opinion as to whether or not it
23  was -- during the class period, whether or not the
24  proper work was being done to define whether or not it
25  was commercial.                    12:21PM

Page 29

8 (Pages 26 - 29)

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q   The answer to my question is no?   12:21PM |
| 2 | A   I don't know what the word "viable" means. |
| 3 | So you have to define that.  What do you mean by |
| 4 | "viable"? |
| 5 | Q   You're not familiar with that term?   12:21PM |
| 6 | A   Not with respect to commerciality.  So I |
| 7 | would say I could offer an opinion as to whether or |
| 8 | not something is commercial. |
| 9 | Q   So are you offering an opinion on whether |
| 10 | or not Shenandoah was commercial during the class   12:21PM |
| 11 | period? |
| 12 | A   Yes. |
| 13 | Q   And is your opinion that it was commercial |
| 14 | at the time? |
| 15 | A   No, it's my opinion that the right   12:21PM |
| 16 | information was being collected to decide if it was |
| 17 | commercial. |
| 18 | Q   So you're not offering an opinion one way |
| 19 | or the other whether Shenandoah was commercial |
| 20 | during the class period?   12:21PM |
| 21 | A   You can only offer an opinion about |
| 22 | commerciality if you have the information that defines |
| 23 | it. |
| 24 | During the class period, the information |
| 25 | was ambiguous enough to not know yet whether or not   12:22PM |

Page 30

1   it was commercial.   12:22PM
2        So during the class period I could not
3   say, with the information at that time, whether or
4   not it was going to be commercial.  By today's
5   information I can.   12:22PM
6        MS. JENSEN:  I'm going to strike the
7   answer after "going to be commercial" as beyond the
8   scope and nonresponsive.
9        Q   Are you offering an expert opinion on the
10   work of petroleum or reservoir engineers?   12:22PM
11        A   Yes.
12        Q   Are you offering an expert opinion on the
13   work of geologists in this case?
14        A   Yes.
15        Q   Geophysicists?   12:23PM
16        A   Yes.
17        Q   Are you offering an expert opinion on
18   faulting and compartmentalization?
19        A   Yes.
20        Q   Are you offering an expert opinion on the   12:23PM
21   impact of asphaltene deposition and mitigation?
22        A   I'm offering the level of knowledge and
23   experience that I have with respect to it.
24        As to whether it reaches the level of
25   expert opinion, I don't know what that level is, but   12:23PM

Page 31

1   I have quite a bit of experience with it.   12:23PM
2        Q   Are you offering an expert opinion that
3   Anadarko's statements to investors were not false
4   and misleading as to Shenandoah?
5        A   The expert opinions that I -- or the   12:24PM
6   disclosures to the public that I reviewed, yes, they
7   were not misleading in my expert opinion.
8        Q   Are you offering an opinion that
9   Anadarko's statements to investors were appropriate
10   under SEC disclosure rules?   12:24PM
11        A   The ones I reviewed, yes.
12        Q   Are you offering an expert opinion that
13   the alleged omissions were legally immaterial?
14        MS. PHILLIPS:  Objection.
15        THE WITNESS:  Yes.  Okay.   12:24PM
16        Yes, I don't have an opinion on what
17   defines the legality of what they did.  I can only
18   respond as to the technical merit of what they said.
19   BY MS. JENSEN:
20        Q   Are you opining that the alleged omissions   12:24PM
21   were unimportant to investors?
22        A   Any -- when you report to investors, you
23   usually report truthfully facts.  And any -- I'm not
24   sure how to define whether or not omissions are
25   important.   12:25PM

Page 32

1        Every piece of information to an investor   12:25PM
2   might be important, but not all information is
3   always exposed to investors or anyone outside of the
4   company.
5        Q   Are you offering a truth on the market   12:25PM
6   defense?
7        A   I'm not sure I understand what market
8   defense is.
9        Q   Are you offering a truth on the market
10   defense?   12:25PM
11        A   I do not know what that is, so I would have
12   to say I can't comment one way or another without
13   knowing what it is.
14        Q   So in formulating your report, you
15   reviewed documents that were provided to you by   12:26PM
16   counsel, as you mentioned earlier; correct?
17        A   Yes.
18        Q   And you also reviewed academic papers?
19        A   Yes.
20        Q   And to what areas did you turn to academic   12:26PM
21   literature to review?
22        A   Well, I reviewed -- I referenced a number of
23   academic papers that I was already familiar with.  So,
24   for instance, information academic papers on turbidite
25   deposition.  I referenced academic papers on   12:26PM

Page 33

9 (Pages 30 - 33)

CONFIDENTIAL

1  mitigations for asphaltenes.  And I'm sure I          12:27PM
2  referenced others as well, so...
3       Q   Did you review papers about topics you had
4  less recent or direct experience working with?
5       A   I'm trying to recall any topics that I had  12:27PM
6  that I made comments on that I did not have a lot of
7  experience with.  So I may or may not have.
8           I don't recall specifically which papers I
9  might have reviewed which were in areas that I had
10  less experience with.  Usually I looked for academic  12:28PM
11  papers in areas that I was already familiar with.
12       Q   And did you provide in the case all the
13  academic papers or literature upon which you relied?
14       A   Any of the ones that I quoted, I included in
15  my -- that I referenced in my report, I included.  I  12:28PM
16  may or may not have read additional papers as well.
17           So I didn't reference every paper that I
18  had read.
19       Q   Did any of the other papers impact your
20  thinking for the report?                              12:28PM
21       A   No, they did not.
22       Q   What is meant by the acronym MMRA?
23       A   MMRA is a term used to define a process for
24  doing risk assessments.
25       Q   What does the acronym mean or what does it  12:29PM

Page 34

1  stand for?                                            12:29PM
2       A   The specifics of the acronym I would have to
3  look up because they are -- they are specific to a
4  company, but it's -- so I don't know what the two
5  first Ms necessarily stand for without referencing it 12:29PM
6  again.  But it's a risk assessment methodology which
7  is followed by Anadarko.
8       Q   What is the company name?
9       A   The company name that proposes MMRA is
10  Rose & Associates.                                    12:29PM
11       Q   What is the nature of the methodology?
12       A   The nature of the methodology is to -- is to
13  try to define both a risk-based volume assessment of
14  an opportunity where the range of values have a great
15  deal or a range of uncertainty associated with it.    12:30PM
16       Q   You did not conduct your own MMRA analysis
17  in this case, did you?
18       A   No, I did not.
19       Q   Did you ask anyone else to conduct an MMRA
20  analysis for you?                                     12:30PM
21       A   No, I did not.
22       Q   Did you do your own calculations about
23  what the P10 or P90 should have been at any given
24  point leading up to or during the class period with
25  respect to Shenandoah?                                12:31PM

Page 35

1       A   No, I have not.                              12:31PM
2       Q   You didn't because you didn't feel it was
3  necessary to do so; correct?
4       A   I didn't do it because I didn't have all the
5  appropriate data that would be necessary to do it.    12:31PM
6       Q   But you still stand by the conclusions of
7  your report; right?
8       A   I stand by the conclusions of my report
9  based upon the number of times I've used that software
10  in the past.                                          12:31PM
11       Q   But you stand by your report even though
12  you did not independently calculate any of the MMRA
13  values?
14       A   Yes.
15       Q   Who typically conducts an MMRA analysis in  12:31PM
16  a project like Shenandoah?
17       A   The analysis is usually performed by an
18  integrated team that each bring information to bear to
19  assess what the different risk and range of values
20  might be.                                             12:32PM
21       Q   And who actually runs the analysis?
22       A   It varies from company to company.  It's
23  usually one of the subsurface people, so either a
24  geologist, geophysicist or reservoir engineer.
25       Q   At Anadarko, it's the reservoir engineer;   12:32PM

Page 36

1  correct?                                              12:32PM
2       A   I don't know if they have required it to be
3  the reservoir engineer.  I know the reservoir engineer
4  at Anadarko actually did do some of the runs.
5           But I know that those runs are made by a     12:32PM
6  variety of people.
7       Q   At Anadarko, the runs were by engineers
8  and not geophysicists or geologists; correct?
9       A   Yes, I don't -- the numbers are reported
10  from the team.  So who actually pushed the buttons in 12:32PM
11  the -- in running the program, I don't know
12  specifically who did that.
13       Q   You just don't know one way or the other?
14       A   I know for a fact that the geology, the
15  geophysics play a huge role in knowing what values to 12:33PM
16  put in.
17       Q   That's not the question I'm asking.
18           I'm asking whether you know at Anadarko
19  who ran the MMRA analysis for Shenandoah?
20       A   There are some runs that have a name         12:33PM
21  associated with them.  So those runs you would be able
22  to know who ran them.
23       Q   Right.  It was the reservoir engineer;
24  correct?
25       A   On most of the ones I looked at, yes.        12:33PM

Page 37

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1  Q   You're not aware of any run that had          12:33PM
2  someone other than an engineer; right?
3  A   There were hundreds of runs. So I don't
4  recall any of them specifically having a name that was
5  not a reservoir engineer.                           12:34PM
6  Q   Now, in your experience, you've never had
7  exclusive responsibility for conducting an MMRA
8  analysis; right?
9  A   No, that's not true.
10  Q   Okay. So which -- tell us about your         12:34PM
11  experience where you had exclusive responsibility
12  for conducting an MMRA analysis.
13  A   For one year I was Shell's representative to
14  Rose & Associates for developing and applying their
15  software. So I actually made MMRA runs with          12:34PM
16  Rose Associates' software many times.
17  Q   And when was that?
18  A   That was in the late 2000s, so 2006, 2007.
19  Q   And what -- who was your contact at Rose &
20  Associates?                                          12:35PM
21  A   I worked mostly with Rocky Roden and -- and,
22  let's see, Mike Forrest were leading the consortium
23  meetings.
24  Q   What do you mean by "consortium meetings"?
25  A   The Rose & Associates software was built    12:35PM

Page 39

1  upon a series of consortiums that reached across a   12:35PM
2  number of companies in order to gain input as to what
3  companies would consider in building a risking
4  software and volumetric calculation.
5  Q   Besides Rocky and Mike, did you have any     12:36PM
6  other contacts at Rose & Associates?
7  A   Not specific. I mean, there were various
8  people that came and went, various experts. So those
9  two I think were integral to the development of the
10  software.                                            12:36PM
11  Q   You discuss in your report the
12  probabilistic and deterministic approaches; right?
13  A   Yes.
14  Q   And as to the probabilistic and
15  deterministic approaches, the P90, P50 and P10       12:36PM
16  scenarios should reconcile with deterministically
17  derived quantities for low, best and high estimates;
18  right?
19  A   Not exactly. They are usually related, but
20  they don't necessarily agree.                        12:37PM
21  Q   So are you saying that's not industry
22  standard?
23  A   No, there is no industry standard for
24  risking or volumetric calculation.
25  Q   Okay. We'll come back to that.              12:37PM

Page 40

1  Now, you reviewed a number of seismic       12:37PM
2  images for this case; correct?
3  A   Yes.
4  Q   Can you describe how seismic images are
5  created?                                             12:37PM
6  A   Sure. One creates sound waves at or near
7  the surface. The sound waves propagate through the
8  earth. Anyplace that there is a change in the
9  acoustic impedence in the earth, the sound waves are
10  partially transmitted and partially reflected.      12:38PM
11  Any of the reflected sound energy that
12  reaches back to the surface is collected with
13  acoustic sensors.
14  And those acoustic waves, as they are
15  collected back at the surface, can then be resembled  12:38PM
16  and used to image a version of the earth that
17  represents where acoustic impedences are hard and
18  where they are soft.
19  Q   How long does it take to create a 3D
20  seismic image?                                       12:38PM
21  A   Excuse me.
22  In the marine world, such as Shenandoah
23  is, the seismic acquisition depends on the type of
24  acquisition system used. But the acquiring of the
25  data typically takes anywhere -- usually on the     12:39PM

Page 41

1  range of months.                                     12:39PM
2  Once the data is acquired, it usually
3  takes anywhere from eight months to two years to
4  process the seismic data and create an image.
5  Then on top of that, the computing        12:39PM
6  capacity and technical capability of the software
7  improves over time. So people typically go back and
8  take older data and reprocess it in order to get an
9  updated image.
10  So anyways, to get an image is years.      12:40PM
11  Q   And you didn't review the underlying
12  seismic volume in this case; correct?
13  A   I looked at the acquisition and processing
14  that was done on each of the seismic data volumes that
15  were used by the Shenandoah JV, but I did not view the 12:40PM
16  3D data in a 3D viewer, no.
17  Q   And you did not create your own 3D
18  interpretations for this case?
19  A   No, I did not.
20  Q   And you did not view that as necessary to   12:40PM
21  your work?
22  A   I did not view it as -- it would have been
23  interesting to do. But it would have required a
24  tremendous amount of time and access to a lot of
25  digital data. So it was not a practical thing to try 12:41PM

11 (Pages 38 - 41)

**Page 42**

1  to approach.                                    12:41PM
2    Q   And despite not having reviewed the
3  underlying seismic volume or creating your own 3D
4  interpretation, you still stand by the conclusions
5  in your report; right?                          12:41PM
6    A   Yes, I do.  Having been a risk and general
7  manager for seismic interpretive groups in the past, I
8  have quite a bit of experience with looking at their
9  output results and trying to identify strengths and
10 weaknesses.                                      12:41PM
11       MS. JENSEN:  Okay.  Let's take a quick
12 break.
13       THE WITNESS:  Okay.  How long?
14       MS. JENSEN:  Let's go off the record
15 first.                                           12:42PM
16       THE VIDEOGRAPHER:  We're off the record.
17 It's 12:41 p.m.
18       (Recess taken.)
19       THE VIDEOGRAPHER:  Back on the record,
20 it's 12:57 p.m.                                  12:58PM
21 BY MS. JENSEN:
22    Q   Welcome back, Dr. Detomo.
23    A   Thank you.
24    Q   Let's turn to Appendix 2 of your report.
25    A   Okay.                                     12:58PM

**Page 43**

1    Q   Okay.  And this is your C.V.?          12:58PM
2    A   Yes, it is.
3    Q   And it's a true, accurate and complete?
4    A   Yes, it is.
5    Q   So you obtained degrees in physics and   12:58PM
6  nuclear physics?
7    A   Yes.
8    Q   At Ohio State, did you take any courses in
9  petroleum geology?
10   A   No.                                       12:58PM
11   Q   Did you take any courses in seismic
12 interpretation?
13   A   No.  But I did take courses in acoustic wave
14 propagation.
15   Q   Did you take any courses in geological    12:59PM
16 risk assessment?
17   A   No.
18   Q   Economics?
19   A   Yes.
20   Q   Which courses?                            12:59PM
21   A   It was like economics -- it was a senior --
22 a course I took as a senior in undergraduate.  Just a
23 general course in economics, undergraduate course in
24 economics.
25   Q   Like Econ 101?                            12:59PM

**Page 44**

1    A   Yes, I don't recall the number.          12:59PM
2    Q   Any courses in petroleum engineers?
3    A   No.
4    Q   Did you take any finance or business
5  courses?                                         12:59PM
6    A   No.
7    Q   After you obtained your degrees, you
8  worked at Shell for a good spell; right?
9    A   Yes, I worked at Shell for 33 years.
10   Q   And from there you started a consulting   12:59PM
11 business?
12   A   Yes.
13   Q   Shell is the only oil company you've
14 worked for; right?
15   A   The only oil company I worked directly for,  1:00PM
16 yes.
17   Q   At Shell did you receive any formal
18 training in petroleum training?
19   A   Yes.
20   Q   What courses?                             1:00PM
21   A   A series of courses in petroleum engineering
22 that stretched over a few weeks during my first few
23 years and then courses in petroleum engineering
24 depending upon the requirements of the job I was doing
25 at the time.                                     1:00PM

**Page 45**

1    Q   And your positions were as a geoscientist;   1:00PM
2  right?
3    A   Only initially.
4    Q   What were all your -- let's take a step
5  back.                                            1:00PM
6        So your discipline was geoscience; right?
7    A   When I joined Shell Oil Company, I was hired
8  as a geoscientist.
9    Q   Did you take any formal training courses
10 in geology?                                      1:01PM
11   A   Yes.
12   Q   Which courses?
13   A   Three field trips to Big Bend, field trips
14 to Wyoming, field trips to reach carbonates in the
15 Gulf of Mexico, trips to look at turbidite outcrops in  1:01PM
16 the Karoo in South Africa.
17       A number of office geology classes with
18 senior geologists.  Shell ran an extensive program
19 if you were working on a particular type of geology,
20 so...                                            1:01PM
21   Q   Did you take or receive any formal
22 training in economic analysis?
23   A   Yes.
24   Q   Which?
25   A   In order to move to a management position in  1:02PM

12 (Pages 42 - 45)

**Page 46**

1 Shell, you needed to take a series of economic courses  1:02PM
2 that were taught -- some were taught internally and
3 some were externally provided.
4    Q   What were they?
5    A   They were mostly economic courses in how to  1:02PM
6 calculate things like profit investment ratios in
7 earnings, in all of the things you would need in order
8 to evaluate the economics of a prospect or a field.
9    Q   And those were in-house?
10   A   Some of them were in-house and some of them  1:02PM
11 they brought external consultants or companies in to
12 teach us.
13   Q   But at Shell?
14   A   At Shell.
15   Q   What risk assessment software does Shell  1:03PM
16 use internally, or did it at the time?
17   A   Shell uses an internal risk assessment
18 series of software.  It's more than one type of
19 software, it's really a process that they use.
20       And it has changed over time, obviously.  1:03PM
21 The software and the process we used in the 1990s
22 was very different than the process we used in 2012.
23       But the software is fairly homegrown and
24 it includes both deterministic and probabilistic
25 estimates.                                     1:03PM

**Page 47**

1    Q   You say it's homegrown, it's proprietary  1:03PM
2 to Shell?
3    A   Yes.
4    Q   And so let's take the later time frame.
5 What was it called by, say, 2010?              1:04PM
6    A   It was just called risk assessment --
7    Q   Okay.
8    A   -- at Shell.
9    Q   Okay.  Now, you personally run the risk
10 assessment software in doing prospect valuations?  1:04PM
11   A   I have run the risk assessments and, in
12 fact, I used to teach the risk assessment methodology
13 for the -- at one time for the Gulf of Mexico.
14   Q   Teach it to whom?
15   A   To younger Shell employees.            1:04PM
16   Q   Okay.  And so the training was to do this
17 with the homegrown software at Shell?
18   A   Yes.
19   Q   Did you ever take a Rose & Associate
20 course in risk analysis?                        1:04PM
21   A   As I mentioned, I was Shell's -- Shell is
22 always interested in keeping tabs on other
23 developments and so for one year, Shell paid to join
24 the consortium and I was their representative to the
25 Rose & Associates group.                        1:05PM

**Page 48**

1    Q   But that's a different question.        1:05PM
2    A   So I would run the Rose & Associates
3 software on our internal prospects to compare to our
4 internal system for risking.
5    Q   You still haven't answered my question,  1:05PM
6 which is did you take any courses?
7    A   I don't -- I would have to say no because
8 they did not actually teach courses then.  So we would
9 run the software and work together on it.  But they
10 didn't teach it as a course.                    1:05PM
11   Q   So you've never received any formal
12 training?
13   A   No, on Rose & Associates' software from
14 Rose & Associates, no.
15   Q   Now, the MMRA was used by Anadarko to   1:05PM
16 estimate the potential of Shenandoah; right?
17   A   Yes.
18   Q   What are the inputs for the MMRA analysis?
19   A   Well, it depends.  Well, it has a series of
20 inputs.  You have to estimate the geologic risk  1:06PM
21 factor -- for risking, you have to estimate the
22 geologic risk factor, which involves estimating the
23 probability of trap, the probability of source, the
24 probability of reservoir, the probability of seal.
25       And I'm not sure if I said charge, but  1:06PM

**Page 49**

1 there are like five major inputs into looking at  1:06PM
2 that.
3       Then for volumes you have to input
4 information about the size in terms of area, the
5 thickness of the hydrocarbon column.  You usually  1:06PM
6 have to put in a factor, some type of shale factor
7 that accounts for the thinning at the edges of it.
8       You have to put in some information if you
9 want recoverables about what the recovery factor is.
10 You have to put in estimates for the porosity.  1:07PM
11      They usually deal with recovery as a
12 single factor rather than looking at the components
13 of recovery factor in Rose & Associates' software.
14      But anyways, you input these in and then
15 it uses a -- an assumption about the distribution of  1:07PM
16 values and the assumption is that they follow a
17 logarithmic distribution.
18      So if you estimate two points on the
19 logarithmic curve, it will estimate the third.
20      Typically they estimate P10, P90 and it  1:07PM
21 will interpolate P50.
22   Q   What is meant by P10, P50 and P90 and how
23 are they determined?
24   A   Yes, so P50 represents -- of anything,
25 represents there's 50 -- an equal probability of it  1:08PM

CONFIDENTIAL

1 being bigger or higher than that value and lower than   1:08PM
2 that value.
3       So P50 is a probability of 50 percent. So
4 it has equal probability to be higher or lower.
5       Then one can also then estimate P10 and   1:08PM
6 P90. Now, most of the industry with the exception
7 of Marathon, but most of the industry refers to P10
8 as there only being a 10 percent chance that
9 something is -- that it's that value or bigger and
10 P90 would represent a 90 percent chance that   1:08PM
11 something is that big or bigger.
12       So when you talk about a P90, that usually
13 represents the small case. When you talk about P10,
14 it usually represents a large case.
15 Q   What about P1, P99?   1:09PM
16 A   In exactly the same way, P1 would represent
17 a 1 percent chance that it's that or bigger. So that
18 would represent the most extreme limit of large -- how
19 large it could be.
20       And P99 would represent a 99 percent   1:09PM
21 chance it's that or bigger. So that would represent
22 an almost slam dunk that it's at least that number.
23 Q   What's a risked mean?
24 A   The mean?
25 Q   Risked mean.   1:09PM

Page 50

1 A   I'm not sure if you're asking what -- there   1:09PM
2 is a mean, I talked about P50 but there's also a mean
3 as well. It's a mathematical term.
4       So a mean is if you average up the
5 probability and the value of each and you add them   1:09PM
6 you will up and you look at where the middle of the
7 distribution is, that would be the mean.
8       If you mean what does risk mean, risk just
9 represents the likelihood of occurrence.
10 Q   And do you view risked mean as   1:10PM
11 interchangeable with a P50?
12 A   No.
13 Q   How are they different?
14 A   They are only the same if you have a perfect
15 normal distribution. By normal distribution I mean   1:10PM
16 it's symmetric on either side and it follows a typical
17 mathematical exponential kind of distribution.
18       Not all distributions follow that. In the
19 oil and gas industry, not all parameters follow
20 that.   1:10PM
21       So the only time that the mean and that
22 the P50 would be -- they are usually in the ballpark
23 of each other, but there are certain prospects and
24 certain opportunities where they are quite a bit
25 different.   1:11PM

Page 51

1 Q   Are resource volumes represented by the   1:11PM
2 P50?
3 A   Resource volumes are represented by a range,
4 so...
5 Q   Are they -- is it the P50 or are they   1:11PM
6 represented by a probability weighting?
7 A   When one talks about the volumetrics of an
8 opportunity, even one that's being produced, there's
9 still some uncertainty associated with it. So you
10 usually deal with the range and you might -- for   1:11PM
11 purposes of simple calculation, you might deal with
12 either the P50 or the mean.
13       But in general you usually refer to the
14 range. And the range depends upon company. Some
15 companies it's P10, P90, some companies it's P20,   1:11PM
16 P80.
17 Q   Did Anadarko use the P50 as the expected
18 resource volume in its analysis?
19 A   Most of the time, but not all the time.
20 Sometimes they refer to the mean value. So it was --   1:12PM
21 when they did their calculations, they usually used a
22 P50 value.
23 Q   How do you calculate expected value?
24 A   So expected value is the value that you
25 would get if you took each value -- each estimated   1:12PM

Page 52

1 value times its risk and you were to add it up.   1:12PM
2       So if I had a value of something that had
3 a 10 percent likelihood of being one number or
4 50 percent likelihood of being another and a
5 90 percent likelihood of being a third, I could   1:13PM
6 weight each of those values by their risk
7 probability and then add them up together and
8 divide.
9       So that would give you then a risk value.
10 And the reality is you can do that mathematically   1:13PM
11 across the entire curve or you can estimate it just
12 from a few values.
13 Q   Are the P90, P10 and P50 incorporated into
14 the expected value calculation?
15 A   In a -- they are included -- they are   1:13PM
16 accounted for. I won't say they are necessarily
17 included because it depends on how you do the
18 calculation.
19 Q   Okay. Elaborate on that. What do you
20 mean by "it depends on how you do the calculation"?   1:14PM
21 A   Well, if you're just doing a quick
22 calculation you, can do it just from the three values,
23 right, P10, P50, P90.
24       If you actually calculate a probability
25 distribution for volumes, which might be a very   1:14PM

Page 53

CONFIDENTIAL

1 complex looking function, then you would actually          1:14PM
2 add it up mathematically in a computer.
3        So you would actually integrate under that
4 curve, so that would give you a more accurate
5 estimate.                                        1:14PM
6        People who do simple calculations
7 sometimes just do it with the three values, P10,
8 P50, P90.
9    Q   Are costs incorporated into the expected
10 value calculation?                              1:14PM
11    A   Costs should be included into it if you want
12 expected values because you have expected volumes and
13 you should calculate what the costs would be if you
14 were to pursue each of those expected volumes.
15       Not very many companies do that.  A few     1:15PM
16 do.  And in my experience looking at Anadarko is
17 that they did not do that, they did expected values
18 usually using one of their P50 or mean values.
19       So they didn't necessarily calculate value
20 for P10 or for P90.                              1:15PM
21    Q   So is the P -- what about PIR10, is that
22 predicated on the P50?
23    A   At Anadarko, the calculations that I saw
24 were predominantly based upon either the P50 or the
25 mean and the PIR of 10 would be a profit investment   1:16PM

Page 54

1 ratio at a 10 percent inflation factor.            1:16PM
2    Q   So did Anadarko assess the PIR10 using P50
3 alone?
4    A   Not always.  But usually it looked to me
5 like they substituted and did it based on the mean.   1:16PM
6        They didn't do it on an expected value
7 basis including everything from P10 to P90.  They
8 only did it on the P50 value for the most part.
9    Q   What is the difference between MMBO and
10 MMBOE?                                           1:16PM
11    A   MMBO is millions of barrels of oil and MMBOE
12 is millions of barrels of oil equivalent.  Millions of
13 barrels of oil equivalent takes into account the
14 expected gas that will come out of solution.
15       And so the gas in terms of heat value      1:17PM
16 usually equates to about a factor of six, give or
17 take a little bit.
18       So you would convert millions of cubic
19 feet of gas into barrels of oil by dividing it by a
20 certain factor.  And that just gives you a way of     1:17PM
21 adding up volumetrics.
22    Q   How big of a difference can there be, or
23 in this case how much of a difference was there?
24    A   How much of a difference in general depends
25 upon how much gas is dissolved in the oil.  You can   1:17PM

Page 55

1 have oils that have very, very little gas, you can     1:17PM
2 have oils that have a great deal of gas.
3        The oil at Shenandoah actually had a
4 surprisingly high amount of gas dissolved in it for
5 reservoirs of the same age and depth.             1:17PM
6        So it was a little usual.
7    Q   Do you know how much of a difference it
8 was in this case?
9    A   I think it was around -- the gas-to-oil
10 ratio was around 12 to 1500.                     1:18PM
11    Q   In log-normal distributions, is it
12 inappropriate to interchange those two terms?
13    A   Well, no, it's not -- a normal distribution
14 is a Gaussian and a log-normal distribution is a
15 distribution that is logarithmic on one side and a   1:18PM
16 Gaussian on the other.
17       And a log-log distribution is one that's
18 logarithmic on both axes.
19       So if you just said "a logarithmic
20 distribution" and you didn't say anything else,     1:19PM
21 people would assume you meant a log-normal
22 distribution.
23       But there are log-log distributions.  So,
24 for instance, permeability and porosity are
25 sometimes log-log.                               1:19PM

Page 56

1    Q   So the answer is no?                        1:19PM
2    A   Correct, the answer is no, you cannot just
3 interchange them.
4    Q   So I would like to run through some of
5 your career experience.  We did it at a high level.   1:19PM
6 Now I would like to ask you some more detailed
7 questions.
8        From 1981 to 1983, you were a seismic
9 processing geophysicist?
10    A   Yes.                                        1:19PM
11    Q   And from '83 to '88, you were a senior
12 geophysicist and seismic land acquisition crew
13 chief?
14    A   Yes.
15    Q   Eighty-eight to '89, you were a senior     1:19PM
16 geophysical interpreter in coastal California?
17    A   Yes.
18    Q   So from '81 to '92, you worked exclusively
19 as a geophysicist; correct?
20    A   Geophysicist although by the end, actually   1:20PM
21 doing quite a bit of geology, because I had had a lot
22 of the geologic training by then.
23    Q   Okay.  So moving on into later into the
24 '90s.  So '95 for '97, you were involved with the
25 Shell Enchilada field as the lead staff geophysical   1:20PM

Page 57

15 (Pages 54 - 57)

1 interpreter?                                    1:20PM
2     A   Yes.  So basically I ran a team, a small
3 team of five subsurface people of which our job was to
4 evaluate the field and the volumes and to build a
5 development plan for it.                         1:20PM
6     Q   So you were the geophysicist; right?
7     A   I had technical responsibility for the
8 geophysics and overall responsibility for generating
9 the plan, yes.
10     Q   Okay.  Let's talk about your personal     1:21PM
11 role.  So you mapped the seismic; is that right?
12     A   Yes.
13     Q   Were there any other geophysical tools
14 that you used?
15     A   Well, I used quite a few.  So I helped     1:21PM
16 guide -- even though I wasn't doing the seismic
17 processing, I had enough seismic processing experience
18 that I fed back a lot of recommendations and
19 information to the people doing the seismic
20 processing, including building a salt model and a     1:21PM
21 velocity model so they could reprocess the seismic
22 data.
23         I built the inputs for the reservoir model
24 for the reservoir engineer that was working with us.
25         I worked closely with the geologists to     1:21PM
Page 58

1 define the stratigraphy of the basin and I generated     1:22PM
2 both -- a number of papers, one of which won an
3 award on Enchilada.  And I also generated a
4 ten-minute video that was used for public to -- was
5 made available to the public when the Enchilada     1:22PM
6 platform was rolled out to sea.
7     Q   So that covers what you personally did on
8 that project; right?
9     A   Yes.
10     Q   All right.  So from '97 to '98, you were     1:22PM
11 the offshore development project manager for
12 Cinnamon?
13     A   Yes.
14     Q   At some later point not during this
15 deposition, you can explain to me all the -- how you     1:22PM
16 name these fields, but --
17     A   Maybe when we go off, I'll tell you how they
18 are done.
19     Q   Okay.  So what was your personal
20 responsibility on this project?     1:23PM
21     A   So I was the offshore project manager.  So I
22 was responsible for an office team that was doing what
23 I had done and what my team had done at Enchilada but
24 they were doing it for Cinnamon.  I had a team of a
25 geologist, geophysicist, petrophysicist, reservoir     1:23PM
Page 59

1 engineer building the models for the subsurface.     1:23PM
2         But then I was also responsible for the
3 construction and installation of the offshore
4 platform, so I had a construction crew working in
5 South Louisiana building a 750-foot tall steel     1:23PM
6 structure that would seat on the seafloor and
7 building the top sides.
8         And then responsible for getting it towed
9 out, installed, working with the drilling company to
10 put the drilling rig on it, to start drilling the     1:24PM
11 wells and to hook up the pipelines, including
12 negotiating the tara freight on the pipelines that
13 we would feed our oil into.
14     Q   And did you -- were you responsible for
15 the geophysics on the project?     1:24PM
16     A   Not directly, no.  I had a geophysicist
17 working for me.
18     Q   And there was an engineer who led the risk
19 assessment and economic analysis of that field?
20     A   Under my supervision, yes.     1:24PM
21     Q   You did not perform those tasks
22 personally; right?
23     A   Practically -- I did not do a lot of the
24 button pushing, but they were young people and so I
25 had to work with them very closely to make sure that     1:24PM
Page 60

1 they got the evaluations done right, yes.     1:24PM
2     Q   But yes, it was an engineer that performed
3 those tasks; correct?
4     A   Correct.
5     Q   Asphaltene was not a significant risk at     1:25PM
6 Cinnamon; right?
7     A   No.
8     Q   Do you recall what the AOP of the oils
9 were?
10     A   At Cinnamon?     1:25PM
11     Q   Yes.
12     A   They were negligible.  They weren't worth --
13 the bigger issue at Cinnamon was waxes.
14     Q   There wasn't occasion for asphaltene
15 mitigation then in that field there; right?     1:25PM
16     A   No.
17     Q   From '98 to 2002, you were working on a
18 multidisciplinary team in the GoM?
19     A   It was principally in the Gulf of Mexico,
20 but it started expanding.     1:26PM
21         But yes, I was working deepwater in the
22 Gulf of Mexico but then with offering advice to
23 other deepwater plays around the world.
24     Q   So as the geophysicist, did you focus on
25 the seismic?     1:26PM
Page 61

CONFIDENTIAL

1    A   I focused a lot on the seismic.  In that     1:26PM
2    period of time there was a significant number of --
3    which years, just to be sure?
4    Q   '98 to 2002.
5    A   Oh, '98 to 2002?                          1:26PM
6    Q   Yes.
7    A   Okay.  '98 to 2002, I was working mostly
8    around a multidisciplinary team that was charged with
9    finding and risking and calculating volumes for what
10   we would call non-amplitude supported prospects or    1:26PM
11   prospects that were not very obvious.
12       And so it was -- a lot of it was in the
13   Gulf of Mexico and also with input to other places
14   in the world, but yes.
15   Q   You had an engineer on that team?         1:27PM
16   A   Yes, I did.
17   Q   And the engineer on that team was
18   responsible for evaluating recovery factor and
19   running economics?
20   A   Yes.                                      1:27PM
21   Q   And that was not your role; correct?
22   A   My role was to supervise it and to make sure
23   that those calculations were being done in accordance
24   with the proper Shell methodologies.
25   Q   Right.  That's the Shell proprietary      1:27PM

Page 62

1    A   I just remember the pressures we talked    1:29PM
2    about now.  Obviously the pressures that we were
3    talking about in these wells were not at the extreme
4    pressures, high pressures they were talking about with
5    Shenandoah.                                   1:29PM
6        But the dropout pressure, if I remember
7    right, was on the order of around 3 to 4,000 psi
8    were the kind of dropout pressures we were typically
9    looking at in terms of asphaltenes.
10   Q   Between 2002 and 2005, you were a global    1:29PM
11   deepwater technical advisor?
12   A   Right.  So during that period I would fly
13   around the world and do training and risk assessments
14   for all the deepwater plays for Shell around the
15   world.                                        1:29PM
16   Q   Again, this is using Shell's proprietary
17   system?
18   A   Right.
19   Q   Were you also involved with a Shell global
20   quantitative integrated valuation team?       1:30PM
21   A   Yes, that was a team that was kind of like a
22   hit team that would -- that I led that would go into
23   an area and over the period of a month help them
24   organize, evaluate and rank the portfolio of
25   opportunities.                                1:30PM

Page 64

1    system?                                       1:27PM
2    A   Right.  So would I sit on a -- I would sit
3    on a risk assessment team, much like the RCT that
4    Anadarko had, and evaluate many of them.
5    Q   Anadarko didn't use that Shell system;    1:27PM
6    right?
7    A   No.
8    Q   Do you recall any projects that you were
9    personally involved in asphaltene mitigation during
10   this time?                                    1:28PM
11   A   During that period of time or later than
12   that?
13   Q   During that time.
14   A   Till 2002, I have to think.
15       We -- we did encounter some -- we did      1:28PM
16   drill some wells that encountered asphaltenes, but
17   they weren't developed that year.  They were
18   developed quite a bit later, so -- and mitigation
19   was put in.
20       But we were aware of asphaltenes, we had    1:28PM
21   considered them and they were something that was in
22   the conversation already as to how we would handle
23   if a development -- go ahead.
24   Q   I'm sorry.  What was the AOP of those
25   oils?                                         1:28PM

Page 63

1    Q   Was this called a QIE team?               1:30PM
2    A   Yes.
3    Q   What quantitative data did that team
4    evaluate?
5    A   Could you rephrase the question?          1:30PM
6    Q   I believe -- I believe the name of the
7    team is quantitative integrated evaluation team.
8    A   Right.
9    Q   Was there certain quantitative data that
10   the team evaluated?                           1:31PM
11   A   Yes, so this team would build a
12   multidimensional subsurface model that, at the
13   reservoir, existed at a reservoir scale but overall
14   also existed at a geologic scale or even a basin
15   scale.                                        1:31PM
16       So it was a multidimensional model that
17   incorporated all the data.  That's why it was called
18   integrated.
19       So it incorporated all the seismic
20   information, it incorporated all the geologic     1:31PM
21   information and it incorporated all of the well and
22   reservoir information and it did it at the level,
23   very detailed obviously at the reservoir and at a
24   much cruder level at the entire basin scale.
25       So it was a multi-scaled model.           1:32PM

Page 65

17 (Pages 62 - 65)

CONFIDENTIAL

```
 1    Q   Did the QIE team do reserve estimation?    1:32PM
 2    A   Yes.
 3    Q   On probabilistic basis?
 4    A   Both probabilistic and deterministic.
 5    Q   What was your personal role in that work?    1:32PM
 6    A   My personal role was to teach the
 7  methodology to ensure it was being followed and to QC
 8  the results of the team.
 9    Q   Again, using Shell's proprietary system?
10    A   Yes.                                1:32PM
11    Q   And the QIE is not deployed at Anadarko;
12  right?
13    A   No, it is not.
14    Q   Now, in 2004 you were the head of global
15  training for deepwater risk assessment; is that    1:32PM
16  right?
17    A   Yes.
18    Q   So fairly senior position within the
19  company by that point?
20    A   Yes.                                1:33PM
21    Q   So as a senior person at the company, were
22  you aware that in 2004, Shell revealed it had
23  overstated its reserves by 3.9 billion BOE?
24    A   I became aware of it.
25    Q   And so it's an overstatement of about    1:33PM
```
Page 66

```
 1  20 percent?                                1:33PM
 2    A   Yes, it was a -- it was an overstatement
 3  that there was -- by 20 percent, that's correct.  Due
 4  to discovered volumes that were never taken forward to
 5  be declared reserves.                      1:33PM
 6    Q   That prompted an SEC investigation; right?
 7    A   I believe so.
 8    Q   And the SEC accused Shell of being
 9  excessively permissive on its reserve estimations?
10    A   Yes.  I don't know what the SEC finally    1:33PM
11  ruled.  It did not involve any of the things I was
12  working on, so...
13    Q   Were you aware of the allegations?
14    A   I was aware of them.
15    Q   Okay.  And did Shell change its           1:34PM
16  methodology after the investigation or litigation?
17    A   Shell changed its methodology in what you
18  report as reserves, Shell did not change its
19  methodology for how it calculated volumes or risking.
20        It changed its reporting requirements and    1:34PM
21  did it very significantly.  Because we did reserves
22  training at all levels of the company for many
23  years, probably still do.
24    Q   Do you continue to use this methodology as
25  a consultant?                              1:34PM
```
Page 67

```
 1    A   As a consultant, I use a methodology which    1:34PM
 2  is a combination of both my own experiences, the
 3  things I learned at Shell and the things I learned
 4  using our kinds of volumetric risking technologies
 5  that I have seen over my career.           1:35PM
 6    Q   When you say your experience at Shell, are
 7  you talking about prior to the revelation of
 8  overstatement or what changed afterwards?
 9    A   Well, the estimation of volumes and the
10  risking of those volumes did not change substantially.  1:35PM
11        What changed was the reporting of
12  reserves.  So volumes which were not reserves before
13  that are had been reported as reserves.  That's why
14  they were overstated.
15        It's not that the volumes did not exist,    1:35PM
16  it's just that there was no plan to develop them, so
17  you can't report them as reserves.
18    Q   So that aspect of Shell's proprietary
19  approach did not change?
20    A   No.                                1:36PM
21    Q   Okay.  So between 2005 and 2008, you were
22  a seismic manager; right?
23    A   Yes, in 2005 Hurricane Katrina wiped out the
24  Shell office in New Orleans and there were some very
25  substantial lease sales coming up in the Gulf of    1:36PM
```
Page 68

```
 1  Mexico within three to four years, and so I was yanked  1:36PM
 2  off of the existing role that I was and brought in to
 3  manage an exploration seismic manager for the Gulf of
 4  Mexico to prepare for the upcoming lease sales and
 5  transferred to Houston.                    1:36PM
 6    Q   Okay.  So at that point you were no longer
 7  personally interpreting the seismic data; right?
 8    A   Actually, I spent quite a bit of time
 9  interpreting seismic data because I had a team of
10  about 130, 150 people working hard on developing an    1:37PM
11  integrated seismic image of the entire Gulf of Mexico.
12        So all the little seismic data sets shot
13  all over the place, I was responsible for buying
14  seismic that would fill them in.  So I would sit
15  there and sit with interpreters and interpret         1:37PM
16  seismic data.
17        We were responsible for building the salt
18  interpretation across the entire Gulf of Mexico and
19  we were responsible for -- actually proposed a new
20  seismic acquisition method which was picked up by    1:37PM
21  the industry and grew quite a bit after that, the
22  idea of shooting wide-azimuth seismic.
23    Q   So you sat with the people who were
24  interpreting the seismic; right?
25    A   Yes, I sat with them and looked at the    1:38PM
```
Page 69

18 (Pages 66 - 69)

CONFIDENTIAL

1 workstation and interpreted the data next to them,   1:38PM
2 yes.
3    Q   That project was seismic focused; right?
4 You didn't run econ analysis on those -- that
5 seismic project?                            1:38PM
6    A   I was actually on the leadership team that
7 then, when it came time for the lease sales, we had to
8 evaluate the potential economics of every prospect and
9 every fault block that was up for sale so that we
10 could make a suitable bid at the lease sales.   1:38PM
11       So I sat on that leadership team, yes.
12    Q   The leadership team, but you didn't do the
13 underlying runs?
14    A   No, we had people who would run -- we had
15 people that would run all the economic for every one   1:38PM
16 of the prospects.
17    Q   From there you were in Nigeria; right?
18    A   Yes, 2008 I when to Nigeria as the
19 Sub-Sahara geophysics manager.
20    Q   And so that was your role as a geophysics   1:39PM
21 manager?
22    A   Well, it was actually more than geophysics
23 because I was in -- also in charge of -- it was
24 geophysics where geophysics was needed, but it was
25 more reservoir engineering and planning for deepwater   1:39PM

1 because Shell was -- needed someone to make a proposal 1:39PM
2 as to how to develop a number of discoveries in
3 deepwater.
4       So I kind of like supervised the team who
5 was doing the volumetrics, the risking and the   1:39PM
6 economics.
7    Q   Right.  So there were folks running those
8 analyses?
9    A   Correct.
10    Q   Did you -- what work, if any, did you   1:40PM
11 personally perform in preparing reserve reports?
12    A   Well, when I was working at Gulf of Mexico,
13 I would -- certainly when I was a project manager at
14 Enchilada and at Cinnamon, I was directly responsible
15 for the reserve reports for those field, right.   1:40PM
16       So would I sit there with a senior reserve
17 person and generate the report that we would use for
18 those fields.
19       After that --
20    Q   I'm sorry, my question was about Nigeria.   1:40PM
21    A   Oh, in Nigeria, I did not -- I had no role
22 in generating the reserve reports.
23    Q   Okay.  Between 2012 and 2014, you were
24 involved in research on reservoir surveillance;
25 right?                                       1:41PM

1    A   Correct.                              1:41PM
2    Q   What was your responsibility there?
3    A   So I ran a research team of approximately 25
4 people, 12 of which were in Houston in the U.S. and 13
5 were in the Netherlands.                     1:41PM
6       And our job was multifold.  We were
7 looking at methodologies to monitor how fluids moved
8 in a field.
9       So we would we came up with systems that
10 would watch oil move, would watch gas move, would   1:41PM
11 watch water move, would watch steam move, would
12 watch chemicals move.
13       We came up with technologies that involved
14 monitoring them with repeat seismic data to
15 monitoring them with distributed acoustic fiber data   1:42PM
16 in wells with vertical seismic profiles to
17 monitoring them on an hourly basis with permanent
18 systems that were continuous, running -- buried in
19 the earth.
20       So we had a number of -- also monitoring   1:42PM
21 the deflection of the seafloor as production was
22 done or monitoring the change in gravity due to
23 extraction of fluids.
24       So we had a whole series of technologies
25 we were monitoring production with.          1:42PM

1    Q   From there you left Shell; right?       1:43PM
2    A   Yes, I took full retirement.
3    Q   You founded your geophysical company?
4    A   Yes.
5    Q   Who are your clients?                  1:43PM
6    A   So I had a range of clients, one of my
7 clients continuously has been Shell, who hired me back
8 immediately as a consultant.  So I've been doing that
9 and still -- they're still a client of mine.  I have
10 had a number of consultants in the oil and gas   1:43PM
11 industry.
12       I've had a few consultants that were
13 investment firms who needed information about
14 expectations about what will happen in the oil and
15 gas industry.                                1:43PM
16       Then I had a number of companies who have
17 equipment from an engineering perspective that I am
18 very familiar with that hired me around patents and
19 patent issues.  So it's a range of clients.  I try
20 not to work too hard.                        1:44PM
21    Q   All right.  Let's turn to --
22       MS. JENSEN:  I'm going to mark an exhibit
23 here.  So bear with me.
24       You should be able to see what we've
25 marked for identification as Exhibit 528.    1:45PM

19 (Pages 70 - 73)

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    (Whereupon, Exhibit 528 was marked for    1:45PM
2 identification.)
3    MS. JENSEN:  This, for the record, is a
4 native file produced by the defendants in this case
5 with the Bates number APC-01314375.    1:45PM
6    THE WITNESS:  I see it.
7 BY MS. JENSEN:
8    Q   Have you seen this document before?
9    A   I'm trying to get the slide bar to work.
10    Q   So this time --    1:46PM
11    A   I recognize the first page.  I believe this
12 was from a presentation by Anadarko internally.
13    Q   So you've seen this before?
14    A   I think so.  I can't cannot -- I haven't --
15 well, again, this looks like ones you have to flip    1:46PM
16 through the slide one at a time.  But yes, it looks
17 familiar.
18    Q   And so for the record, the custodian of
19 this document, even though you can't see it on the
20 document itself, is Paul Chandler.    1:46PM
21    Do you know who he is?
22    A   I do.
23    Q   Okay.  Who's Paul Chandler?
24    A   Paul Chandler was one of the, I think,
25 senior reservoir engineers I think at -- either    1:46PM

Page 74

1 reservoir engineer or geologist on the development    1:46PM
2 side.
3    Q   So just to clarify for you, geologist --
4 what is the difference between a geologist and a
5 petroleum engineer?    1:47PM
6    A   Well, the real difference is whatever their
7 job responsibilities are assigned to be.  So in terms
8 of training, they may have come from a whole variety
9 of backgrounds.
10    But a petroleum engineer is responsible    1:47PM
11 for defining how the hydrocarbons is going to get
12 out of the reservoir and through the production
13 system, right?
14    So they are responsible for things like
15 what kind of completion, what size tubing, you know,    1:47PM
16 all of the stuff that is going to get engineered
17 from the reservoir to a delivery system, a pipe
18 eventually.
19    The reservoir engineer is responsible for
20 what happens in the reservoir in terms of how do    1:48PM
21 fluids move in the reservoir, how much of it will
22 move out and what rate will it move at.
23    Q   So this file was saved on Anadarko's
24 network under fold belt.
25    Are you familiar with that?    1:48PM

Page 75

1    A   Under --    1:48PM
2    Q   That area within Anadarko?
3    A   No, I'm not familiar with different areas of
4 storage at Anadarko.
5    Q   I'm talking about different groups.    1:48PM
6    A   Which group was it with?
7    Q   Fold belt.
8    A   Full?
9    Q   Fold belt?
10    A   Oh, fold belt, yes.  I wasn't familiar with    1:48PM
11 that, but I'm a little surprised because this would
12 not typically be considered being in the fold belt.
13 But okay.
14    Q   Now it's titled "Shenandoah:  Sizing It
15 Right a Retrospective" from July 8th, 2017.    1:49PM
16    This isn't long after Shenandoah was
17 written off; correct?
18    A   I don't believe Shenandoah was written off.
19 So I think -- but I think the date is correct.
20    Q   So you're not familiar with Shenandoah    1:49PM
21 being written off at Anadarko?
22    A   Shenandoah took write-offs, but they didn't
23 write off the entire field.
24    Q   Okay.  So it's your testimony that
25 Anadarko did not write off the entire field?    1:49PM

Page 76

1    A   Yes.    1:49PM
2    Q   Okay.  And if you're wrong, does that
3 change any of your opinions?
4    A   No.
5    Q   You're aware what a write-off is; right?    1:50PM
6    A   Yes, they took write-offs -- from my
7 awareness, they took write-offs of certain wells and
8 expenditures that had been on their books.  But I
9 don't believe the field was written off to completely
10 to zero.  So I don't recall seeing that at this point    1:50PM
11 in time.
12    Q   Let's turn to the final slide.  This one I
13 do think you have to click every time.
14    A   Yes, I kind of guessed that, so I'm up to
15 like -- the good news is you can click as fast as you    1:50PM
16 want.
17    Q   I'm there.  Tell me when you're there.
18    A   I'm there.
19    Q   Okay.  Do you see the heading here,
20 "Shenandoah - Takeaways"?    1:51PM
21    A   Yes.
22    Q   So do you understand this to be the
23 takeaways from what was learned at Shenandoah?
24    A   Yes, it was a presentation that was given
25 internally in the company to talk about what their    1:51PM

Page 77

20 (Pages 74 - 77)

CONFIDENTIAL

1 view looking back was. It's kind of a look-back.    1:51PM
2    Q   A look-back or a lessons learned; right?
3    A   Yes, lessons learned would be a little
4 different, but I would call it a look-back.
5    Q   Okay. Well, the first line here, "Never    1:51PM
6 discount an interpretation because it seems wrong or
7 different. All interpretations are wrong until
8 proven otherwise."
9        Would that be a lesson learned?
10    A   Usually a lesson learned has a    1:51PM
11 recommendation for the future.
12        So you could -- because I actually work in
13 capturing lessons learned.
14        But in terms of what happened, I would
15 agree with that.    1:52PM
16    Q   It says, "Never discount an
17 interpretation"; right? That's kind of an
18 instruction for the future?
19    A   Correct.
20    Q   That's it; right?    1:52PM
21    A   Okay.
22    Q   And the discount interpretations here were
23 the predevelopment's faulted maps; right?
24    A   The discounted interpretations are every
25 interpretation because the final interpretation is yet  1:52PM

Page 78

1 to be -- yet to be determined.    1:52PM
2    Q   And Paul Chandler had interpretations on
3 Shenandoah pretty early on; right?
4    A   Yes, he did.
5    Q   And his were discounted; correct?    1:52PM
6    A   Not sure they were discounted. I think they
7 were considered, but there are many interpretations
8 and as it says, don't discount them because they are
9 all wrong. So...
10    Q   So you are aware that in this case, the    1:53PM
11 development team had faults on their maps that were
12 not accepted by the company?
13    A   At what time frame are you talking?
14    Q   I'm talking about 2014, 2015 in
15 particular.    1:53PM
16    A   Yes, well, after Shen 4, the development
17 team took over, so whatever faults they had on the map
18 were accepted.
19    Q   So I'm talking about the time frame of
20 early -- of 2014 through 2015, so the answer to my    1:53PM
21 question is yes; right?
22    A   So after Shen 3, exploration put a fault on
23 their map before -- and exploration was in charge of
24 the development -- in charge of the evaluation, the
25 appraisal.    1:54PM

Page 79

1        Before Shen 3, development had put faults    1:54PM
2 on the map that exploration had not put on their
3 map.
4    Q   So the second line, "If you have
5 undesirable or inclusive data, don't ignore it.    1:54PM
6 Factor it into your range of uncertainty."
7        So this indicates that from Paul
8 Chandler's view, that they -- that the company had
9 ignored undesirable or inconclusive data such as
10 faulting; right?    1:54PM
11        MS. PHILLIPS: Objection as to form.
12        THE WITNESS: I believe exploration was
13 taking faulting into account, because they were
14 accounting for it in lowering their recovery factor.
15        What they didn't do was put faults on the    1:55PM
16 map which would later turn out to be wrong.
17 BY MS. JENSEN:
18    Q   Okay. So from this perspective, so I
19 understand that you've got your view on it, but this
20 indicates that the lessons learned was that the    1:55PM
21 undesirable data should be factored into the range
22 of uncertainty.
23        MS. PHILLIPS: Objection as to form.
24        THE WITNESS: Yes, this doesn't say what
25 the undesirable or inconclusive data is.    1:55PM

Page 80

1 BY MS. JENSEN:    1:55PM
2    Q   Right. And you're not aware of what Paul
3 Chandler was advocating for throughout the class
4 period in terms of the data?
5    A   No, I'm aware of what Paul Chandler was    1:55PM
6 advocating for, but just as the first line said, he
7 was advocating for his interpretation but all
8 interpretations are wrong until proven otherwise.
9    Q   So let's look at Number 3,
10 "Compartmentalization is the bane of most deepwater    1:55PM
11 developments that fail."
12        So this expresses the belief that
13 Shenandoah failed because of compartmentalization;
14 correct?
15    A   Shenandoah hasn't started producing yet, so  1:56PM
16 it's not clear whether or not it failed or not. But
17 compartmentalization is an issue that has to be
18 accounted for, yes.
19    Q   So that's not my question, though. If you
20 could focus on my question.    1:56PM
21        In this instance he's saying -- expressing
22 the view that Shenandoah failed at that time because
23 of compartmentalization; correct?
24        MS. PHILLIPS: Objection as to form.
25        THE WITNESS: No, he just said    1:56PM

Page 81

21 (Pages 78 - 81)

CONFIDENTIAL

1 compartmentalization is the bane of most deepwater    1:56PM
2 developments that fail.
3        So he doesn't characterize Shenandoah as
4 being one of those or not.
5 BY MS. JENSEN:                                      1:56PM
6    Q   Do you see at the bottom of this page -- I
7 think you said earlier that you didn't think that
8 Anadarko wrote off the field.
9        Do you see the reference here to May 2017,
10 Anadarko wrote off $902 million associated with      1:56PM
11 Shenandoah?
12    A   Yes.
13    Q   Okay.  And so does that refresh your
14 recollection that Anadarko wrote off the entire
15 field?                                               1:57PM
16    A   I don't see there -- it says "associated
17 with Shenandoah," it doesn't say 902 million
18 Shenandoah field.  So this is 902 million associated
19 with it.  So it's part of it, yes, they did write off
20 part of it.                                          1:57PM
21    Q   So you think there's some part of the
22 field that was not written off?  So in other words,
23 you think there was some amount of money that goes
24 beyond $902 million?
25    A   Yes.                                          1:57PM
                                                   Page 82

1    Q   And what is that based on?              1:57PM
2    A   That's based upon the fact that the --
3 Anadarko did not write off all of the wells.  They did
4 not write off -- they wrote off a series of wells,
5 okay, but not all of it.                             1:58PM
6        So they still thought the field had value.
7 They just were not prepared to pursue it.
8    Q   And so if they did write off the entire
9 amount, that would indicate the converse, which is
10 that they thought that Shenandoah had no value;       1:58PM
11 correct?
12        MS. PHILLIPS:  Objection.
13        THE WITNESS:  No -- sorry.  If they wrote
14 off the whole thing eventually, it just means that
15 they did not have the means to pursue it.             1:58PM
16 BY MS. JENSEN:
17    Q   But your testimony is they did not write
18 off the entire thing?
19    A   At this point in May of 2017, they had not
20 written off the entire thing.                         1:58PM
21    Q   Bear with me for a moment.
22        MS. JENSEN:  I apologize, we need to go
23 off the record for a moment.
24        THE VIDEOGRAPHER:  Off the record.  It's
25 1:59 p.m.                                           2:00PM
                                                   Page 83

1        (Recess taken.)                          2:00PM
2        THE VIDEOGRAPHER:  Back on the record.
3 It's 2:02 p.m.
4 BY MS. JENSEN:
5    Q   Dr. Detomo, would you please turn to      2:02PM
6 slide 3 of this same document.  So it's going to
7 require some quick clicking.
8    A   You don't think you can just click on the
9 end and it go to the front?
10    Q   If you can do that, that's fine.  I don't   2:02PM
11 think so, though.
12    A   No, you're right.
13        Slide 3.
14    Q   Okay.  So do you see -- do you see the
15 same thing I see, which is "Shenandoah - Historic    2:03PM
16 Overview"?
17    A   Yes.
18    Q   And there are several stars, the biggest
19 star is on the right-hand side of the slide?
20    A   Yes.                                        2:03PM
21    Q   And it's a slide -- again, this is in
22 2017, but then there's a -- also the year 2018 is
23 listed in this timeline?
24    A   Yes.
25    Q   Okay.  And under it says, "APC elects to   2:03PM
                                                   Page 84

1 withdraw from project completely due to reserve size  2:03PM
2 and risk."
3        Do you see that?
4    A   Yes.
5    Q   Okay.  No reason to dispute that; correct?  2:03PM
6    A   No.
7    Q   You can set this aside.
8    A   I should point out that was way after May of
9 2017.
10    Q   That didn't refer to a write-down, did it?   2:04PM
11    A   I'm referring back to the last question you
12 had asked before we went off.  You had asked about May
13 2017.
14    Q   Right.  And this one under 2018, it
15 doesn't say anything about write-off, does it?        2:04PM
16    A   No, but in November of 2017, they proposed
17 Well Number 7, so...
18    Q   We're kind of running off course here.
19 So, Dr. Detomo, if you could just focus on my
20 questions, answer those questions.                   2:04PM
21    A   Okay.
22    Q   Let's try to kind of stick with the
23 program so that we don't get lost on frolics and
24 detours; okay?
25    A   Okay.                                        2:04PM
                                                   Page 85

22 (Pages 82 - 85)

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q   Let's turn now to slide 55.   2:04PM | |
| 2 | A   You're going to wear out my finger. | |
| 3 | Q   Yes, mine too. | |
| 4 | A   Yes. | |
| 5 | Q   Do you see here there is a chart and it   2:05PM | |
| 6 | says, "Shenandoah Resource Estimate Through Time"? | |
| 7 | A   Yes. | |
| 8 | Q   Do you recognize this to be an evolution | |
| 9 | of Shenandoah's resource size over time? | |
| 10 | A   Yes.   2:05PM | |
| 11 | Q   What is the relationship of a mean -- of | |
| 12 | the mean of a probability distribution?  This would | |
| 13 | be the entire distribution. | |
| 14 | A   The mean represents the weighted average of | |
| 15 | being effectively in the middle.   2:06PM | |
| 16 | Q   The mean of a probability distribution, | |
| 17 | can it be used to characterize the distribution? | |
| 18 | A   It's one of the ways one could characterize | |
| 19 | it, yes. | |
| 20 | Q   So if the mean of a probability   2:06PM | |
| 21 | distribution decreases over time, it's an indication | |
| 22 | that the distribution is decreasing; correct? | |
| 23 | A   It doesn't mean that the -- it depends on | |
| 24 | the range of the distribution, what the range of the | |
| 25 | distribution is doing as well.   2:06PM | |

Page 86

| | |
|---|---|
| 1 | A   Yes, that's what the chart says.   2:14PM |
| 2 | Q   Do you agree that after Shen 3 and Yucatan |
| 3 | were drilled, the mean resource reduced to |
| 4 | 920 MMBOE? |
| 5 | A   Yes, that's what is on this slide.   2:14PM |
| 6 | Q   And the fault model goes down to |
| 7 | 740 MMBOE? |
| 8 | A   Yes. |
| 9 | Q   Okay.  After Shen 4, the joint estimate |
| 10 | post RCT review was 425 MMBOE?   2:14PM |
| 11 | A   Wait a minute.  I'm working my way down. |
| 12 | So the fault model post Shen 3, Yuc 2 was |
| 13 | 740.  The post-drill Shen 4 was 754.  Fault model |
| 14 | east fault block 590 and 85 percent to 550. |
| 15 | So joint exploration after Shen 4, 425,   2:15PM |
| 16 | yes. |
| 17 | Q   And post Shen 5 goes down to 353? |
| 18 | A   Correct. |
| 19 | Q   And post Shen 6 goes down to 250 MMBOE? |
| 20 | A   Post Shen 6 development quick-look, 249.   2:15PM |
| 21 | Q   Okay.  MMBOE; right? |
| 22 | A   Excuse me.  I need to check.  I'm not sure |
| 23 | if they aren't quoting MMBO or MMBOE.  Let me check. |
| 24 | Q   If you look right underneath -- it's kind |
| 25 | of faint but right under those bars you see gross |

Page 88

| | |
|---|---|
| 1 | Q   Okay.  But it can be an indication that   2:06PM |
| 2 | the distribution is decreasing; correct? |
| 3 | A   It can be one indication that the |
| 4 | distribution could be decreasing. |
| 5 | Q   Okay.  So looking at this chart, you see   2:06PM |
| 6 | that the mean of exploration's resource distribution |
| 7 | for Shenandoah was 1200 MMBOE after Shen 2?  You may |
| 8 | need to zoom in. |
| 9 | A   I was just looking for that. |
| 10 | Let me see if I can find where the zoom   2:07PM |
| 11 | is.  Is there a way to zoom in? |
| 12 | MS. JENSEN:  Let's go off the record. |
| 13 | THE VIDEOGRAPHER:  We're off the record. |
| 14 | It's 2:07 p.m. |
| 15 | (Recess taken.)   2:07PM |
| 16 | THE VIDEOGRAPHER:  Back on the record. |
| 17 | It's 2:13 p.m. |
| 18 | BY MS. JENSEN: |
| 19 | Q   Welcome back.  I believe that you can see |
| 20 | the numbers now on this chart.  So I'll ask you   2:13PM |
| 21 | about some of them. |
| 22 | So looking at the bars in this chart, kind |
| 23 | of in the middle of this slide, do you agree that |
| 24 | the mean of exploration's resource distribution was |
| 25 | 1200 MMBOE post Shen 2?   2:14PM |

Page 87

| | |
|---|---|
| 1 | resource, MMBOE?   2:16PM |
| 2 | A   I see MMBOE under all the bars before |
| 3 | Shen 4.  But below that I don't actually see MMBOE, I |
| 4 | just see mean and there's nothing written underneath |
| 5 | it.   2:16PM |
| 6 | So unless it's in a strange color and I |
| 7 | can't see it. |
| 8 | Q   It's in a gray. |
| 9 | A   Is it in the bar?  I don't see it. |
| 10 | Q   It's right underneath them.   2:17PM |
| 11 | A   Unfortunately, in my version of the view |
| 12 | graph, I see the P99, P90 mean, P10, P1 and the bar |
| 13 | underneath.  There's nothing on the blue in the bar, |
| 14 | so PowerPoint color. |
| 15 | Q   So I'll just represent to you that below   2:17PM |
| 16 | those bars in gray is gross resources MMBOE. |
| 17 | A   Okay.  If it says MMBOE. |
| 18 | Q   You're aware that after Shen 6, it went |
| 19 | down to 150 MMBO? |
| 20 | A   I'm aware that after Shen 6, they -- that it   2:17PM |
| 21 | did lower -- after they went ahead and got all the |
| 22 | data from Shen 6, Shen 6 sidetrack, et cetera, that |
| 23 | they it did go down again.  So I don't recall exactly |
| 24 | what the number was. |
| 25 | Q   In any event, we're talking a drop in the   2:18PM |

Page 89

23 (Pages 86 - 89)

CONFIDENTIAL

1  mean resource from 1200 MMBOE to less than 200 MMBO    2:18PM
2  over time?
3    A   Yes.
4    Q   About an 85 percent reduction; right?
5    A   That's the purpose of an appraisal is to    2:18PM
6  narrow the range, yes.
7        MS. JENSEN:  I'm going to strike that
8  answer.  It's nonresponsive.
9    Q   I'm just asking you:  It's 85 percent
10  reduction; right?    2:18PM
11    A   Just a second.  From 1200 -- 85 percent
12  would be -- yes, that's pretty close to it.  I would
13  say pretty close to 85 percent, yes.
14    Q   Okay.  You can set this aside and back out
15  of it.    2:19PM
16    A   Okay.
17    Q   In your report you criticize
18  Mr. Pittinger's analysis of commerciality saying the
19  calculation of expected value alone is incomplete.
20        Can you define the term "expected value"?    2:19PM
21    A   Yes, expected value would be -- the way I
22  would define "expected value" would be the integration
23  of the probability of occurrence times the likely
24  volume for that occurrence.
25    Q   Okay.  And do you have a source for that    2:19PM

Page 90

1  definition?  Is there an industry source or    2:20PM
2  literature source you can cite?
3    A   I don't have one off the top of my head.
4  But I think if you look up "expected value," that's
5  what you're going to see.    2:20PM
6    Q   What is the formula for expected value?
7    A   Probably the integration of the likelihood
8  times the volume normalized to the total possibility.
9    Q   There is a formula; right?  There is an
10  actual mathematical equation?    2:20PM
11    A   There is.
12    Q   And what is it?
13    A   I think it's going to be an integral from
14  zero to 100 percent of the risk.  So that would be a
15  value times the actual volume and then that integral    2:20PM
16  normalized by the total would be the expected value.
17  So it's going to look like an integral from zero to
18  100 times risk times that DX.
19        So yes, there is a formula for it.  I
20  don't know anybody that really calculates that way,    2:21PM
21  but that is the formula.
22        The cheap and easy way do it is to take a
23  10 percent probability of the 10 percent volume, a
24  90 percent probability of the 90 percent likelihood
25  volume, which would be the P10, and the 50 percent    2:21PM

Page 91

1  probability of the 50 percent volume, multiply those    2:21PM
2  together, add them all up and divide.  And that
3  would give you a crude estimate of expected value.
4  So...
5        Now, that only gives you the expected    2:22PM
6  value of volume.  It doesn't give you expected value
7  in terms of what the economics look like.
8    Q   So what would be the equation for expected
9  value in economics?
10    A   Now, that gets a lot more complicated    2:22PM
11  because if you only have the P90 value, in other
12  words, you had a small volume, you would build a small
13  development.
14        If you had the P10, a big field, you would
15  build a big development.  And so the cost for each    2:22PM
16  of those are different.
17        And I didn't see Anadarko ever doing that
18  calculation calculating what the costs for different
19  size developments for different size volumes would
20  be.    2:22PM
21        So they only did it based upon the --
22  either the P50 or the median value.
23    Q   Okay.  So you're not aware of an expected
24  value equation?
25    A   Expected value equation for value?    2:23PM

Page 92

1    Q   Yes.    2:23PM
2    A   I could write the equation for it, but I'm
3  not aware of it ever having been done.
4    Q   So what would be the equation?
5    A   Okay.  So for each of the -- for each of the    2:23PM
6  volumes, you have to have a development cost.  So
7  for -- if you're going to do it on say every percent,
8  you would have to have a development cost.
9        So what is the development cost associated
10  with P10?  What's the development cost associated    2:23PM
11  with P50?  What is the development cost associated
12  with P90?  What is the development cost for every
13  one of those in between, because there may be places
14  where you change the development, you might change
15  number of wells, you might change the size of the    2:23PM
16  platform, you might change the size of the pipe.
17        And then if you have a cost for every one
18  of those, then you could go through and do the
19  economics for every one of them.
20        Basically you would have to do the    2:24PM
21  economics for each of those and then add them all
22  up.
23    Q   So you referred earlier to Rose &
24  Associates; right?
25    A   Yes.    2:24PM

Page 93

24 (Pages 90 - 93)

CONFIDENTIAL

```
 1    Q   Rose & Associate is the industry leader in    2:24PM
 2   resource assessment with uncertainty; correct?
 3    A   I have no knowledge of them being an
 4   industry leader.  There's actually, as far as I know,
 5   very few companies that actually use it.           2:24PM
 6    Q   So you don't think it's an industry
 7   leader?
 8    A   No, I do not.
 9        MS. JENSEN:  I've introduced into the
10   record a document which has been marked as          2:24PM
11   Exhibit 529 for identification.  So you should be
12   able to see this.
13        (Whereupon, Exhibit 529 was marked for
14   identification.)
15        THE WITNESS:  Okay.  Just a minute.            2:24PM
16        MS. JENSEN:  For the record, this is an
17   article called "The Role of the Engineer in
18   Exploration:  Expected Value."  And this is from
19   Rose & Associates.
20        THE WITNESS:  Which number?  I got it.         2:25PM
21   Okay.
22   BY MS. JENSEN:
23    Q   529.
24    A   529.  Got it.
25    Q   Have you seen this before?                     2:25PM
```
Page 94

```
 1    A   No.                                            2:25PM
 2    Q   So there's an expected value equation
 3   here.
 4        Do you see that?
 5    A   I do.                                          2:25PM
 6    Q   Any reason to dispute that that's the
 7   equation for expected value?
 8    A   The thing I would argue is it's an estimate
 9   of expected value and it says underneath, "It's a very
10   simple equation."                                  2:25PM
11    Q   But otherwise, no reason to dispute?
12    A   As an estimate of expected value, no, I
13   think it's fine.  It has probability chance times the
14   expected value, et cetera, so...
15    Q   Also in this article it talks about the       2:26PM
16   role of an engineer and says, "an engineer's role in
17   exploration is to quantify.  Geoscientists make
18   interpretations of data and then engineers turn
19   those interpretations into resource and economic
20   assessments.  The ultimate goal is to generate an    2:26PM
21   inventory of opportunities that can be high graded,
22   allowing investment in those that are the most
23   financially worthy."
24        You don't have any reason to disagree with
25   what's stated there; correct?                       2:26PM
```
Page 95

```
 1    A   I think you need that role.  Whether or not    2:26PM
 2   that's the role of the reservoir engineer or the role
 3   of somebody else like an economics or a financial
 4   person depends upon the company.
 5    Q   Further down into this article it talks        2:26PM
 6   about the importance of running these expected value
 7   equations.  It says, "If the expected value is
 8   positive, the project is an investment candidate, if
 9   it's negative, we're gambling.  We can still invest
10   in a project with a negative expected value, but      2:27PM
11   likely we're going to lose money, and we'll
12   certainly lose if we invest in enough of them."
13        Do you agree with that statement?
14    A   If you knew exactly what the commercial
15   success volume was, yes.  But the problem is you don't  2:27PM
16   ever know what that value is.
17        And if you say that you are investing
18   based solely upon that value, that that's also not
19   true.  Because there are many other things that come
20   into account to decide whether or not you invest,      2:27PM
21   sometimes even at a loss.
22        I was involved in a project where we
23   invested in Saudi Arabia at a loss in order to have
24   country entry.  So you make investments for lots of
25   different reasons.                                     2:28PM
```
Page 96

```
 1    Q   There is a reference in here to full-cycle    2:28PM
 2   costs and that's the right way to run economics;
 3   right?
 4    A   Can you tell me where you're talking about?
 5   What page?                                          2:28PM
 6    Q   Yes, give me just one second.  Hold on
 7   just one second.  I have a tech issue.  Hold on.
 8        Okay.  It's been resolved.  If you turn
 9   down to Page 2 of this article.
10    A   Yes.                                           2:29PM
11    Q   So near the bottom, it talks about the NPV
12   calculation?
13    A   Yes.
14    Q   And it says that it "accounts for all
15   production (therefore revenue) and all costs and       2:30PM
16   expenses over the life of the field."
17    A   Yes.
18    Q   Okay?
19    A   Yes.
20    Q   So in other words, full cycle costs should    2:30PM
21   be inputted; right?
22    A   Yes, but I'm getting a little -- while you
23   were waiting, I read this article, so this article
24   appears to apply to an exploration well.  So I'm a
25   little confused that their calculations and their      2:30PM
```
Page 97

25 (Pages 94 - 97)

1 equations only apply to one probability and one   2:30PM
2 particular volume, not a range of them.
3    Q   So you can set that aside.
4       In your report you said that "the
5 calculation of expected value, alone, is   2:30PM
6 incomplete."
7       What do you mean by "incomplete" in that
8 context?
9    A   Can you tell me where you're referencing in
10 my report?   2:31PM
11    Q   Sure.  So Paragraph 64.
12    A   Fifty-four?
13    Q   Sixty-four.
14    A   Sixty-four.  Could you ask your question
15 again then?   2:31PM
16    Q   You said that it's incomplete, the
17 calculation of expected value alone is incomplete.
18 What did you mean?
19    A   The assumption is he assumes if you do the
20 calculation at the single P50 value with the P50 cost,   2:32PM
21 if that doesn't meet some commercial threshold, that
22 it's not commercial.  But that's not true.
23       Because you've ignored the uncertainty in
24 the range of the volumetrics and the uncertainty
25 associated with the cost.   2:32PM

Page 98

1       So just because that volume might not be   2:32PM
2 economic with a certain set of assumptions on cost,
3 if I were to change the assumptions on cost, that
4 volume may be very economic.
5       And given the range of volume, there may   2:32PM
6 be many volumes that are very economic.
7       So it's an incomplete assessment of value.
8    Q   And so is your critique there that you
9 think costs should be included?
10    A   In order to calculate -- yes, I think in   2:33PM
11 order to calculate a field's -- whether or not you're
12 going to develop a field, you have to reduce the
13 uncertainty to the point that you have a high level of
14 confidence that it's going to be economic at most, if
15 not all the ranges of what the outcomes are likely to   2:33PM
16 be.
17    Q   So how does expected value exclude or
18 include costs?
19    A   Well, if you're talking about expected
20 value, the value depends upon the cost.  If I   2:34PM
21 calculate the return on investment, the return on
22 investment has two parts -- has three parts to it.
23       One part is how much income do you get.
24 One part is how much money do you have to spend, and
25 the third part is what is the time in between those.   2:34PM

Page 99

1       So if I -- the way to improve the   2:34PM
2 economics of a project is to either sell more at a
3 higher price -- in other words, make more money --
4 reduce cost or get it earlier.
5    Q   So are you saying that the expected value   2:34PM
6 calculation does not take into account costs?
7    A   No, the expected value here only took into
8 account one set of estimated costs and one estimated
9 volume.  It did not take into account the range.
10       For instance, would Mr. Pittinger assume   2:35PM
11 that if I took these costs and applied it to the P10
12 value, would that be economic?  And so, you know,
13 it's an incomplete analysis.
14    Q   Okay.  In Paragraph 68 you say that each
15 partner had their own resource number; is that   2:35PM
16 right, some higher, some lower?
17    A   Yes, they all calculated resources
18 independently.
19    Q   But all the other partner estimates of
20 Shen mean resource sizes were smaller than Anadarko   2:35PM
21 exploration; correct?
22    A   I would have to revisit the chart showing
23 how they all compare.
24    Q   Okay.  In fact, the partner volumes and
25 Anadarko development were less than half of   2:36PM

Page 100

1 explorations estimated post Shen 3; correct?   2:36PM
2    A   I would have to see the values for what they
3 were post Shen 3.
4    Q   Okay.  But sitting here, you don't have
5 any reason to dispute that; right?   2:36PM
6    A   I don't have any reason to agree or disagree
7 with that because I don't know off the top of my head
8 the exact numbers for both of them post Shen 3.
9    Q   The Anadarko exploration research
10 estimates were much higher than other partners;   2:36PM
11 right?
12    A   I seem to recall that they were in at least
13 a number of cases higher.  I don't know if they were
14 always higher or if there were times where they were
15 lower.   2:37PM
16       Remember, when you say resource estimates,
17 I'm not sure if you're talking about the whole range
18 of estimates or if you're talking about a P50 or a
19 P90 or a P10.
20    Q   I said mean.   2:37PM
21    A   Okay.  The mean.  So the mean, I think there
22 were a number of times where Anadarko's were lower
23 than at least some of the partners, yes.
24    Q   Okay.  Now, as to the Shenandoah partners,
25 which ones were partners during the class period?   2:37PM

Page 101

26 (Pages 98 - 101)

CONFIDENTIAL

| | |
|---|---|
| 1    A    ConocoPhillips was a partner. Venari was a    2:37PM | 1    Q    I would like to turn your attention to the    2:40PM |
| 2    partner. Cobalt was a partner and then Marathon was a | 2    last sentence in that paragraph. |
| 3    partner I think up through Shen 5. | 3         "Given the remaining uncertainties and the |
| 4    Q    As to those partners, ConocoPhillips was | 4    significant costs and time necessary to produce such |
| 5    trying to sell its working interest in Shenandoah    2:38PM | 5    discoveries," you mean oil discoveries, "decisions    2:40PM |
| 6    since 2015; right? | 6    are continually made during the appraisal program to |
| 7    A    It's not clear to me whether they were | 7    either: Number 1, abandon the discovery as |
| 8    trying to sell their interest or whether or not they | 8    noncommercial, Number 2, continue appraising to |
| 9    were trying to just upgrade their portfolio. I | 9    further reduce uncertainty, or Number 3, move the |
| 10    believe ConocoPhillips was looking at restructuring    2:38PM | 10    effort to the 'development' phase."    2:41PM |
| 11    their portfolio to have more capital to spend | 11         Is that right? |
| 12    online -- onshore. | 12    A    Yes. |
| 13    Q    You have no reason to dispute that | 13    Q    And so the company is constantly visiting |
| 14    ConocoPhillips was trying to sell its working | 14    whether to abandon, continue or develop based on |
| 15    interest in Shenandoah since 2015?    2:38PM | 15    economic considerations; correct?    2:41PM |
| 16    A    Well, they were shopping it around. But I'm | 16    A    Based upon uncertainties during the |
| 17    not sure they were actually willing to sell it unless | 17    appraisal. The purpose of appraisal is to reduce the |
| 18    they could get -- or the value that they wanted for | 18    uncertainty. |
| 19    it. | 19    Q    So the company's constantly revisiting |
| 20    Q    Okay. But they were shopping it around    2:39PM | 20    which direction to go in; right?    2:41PM |
| 21    since 2015; right? | 21    A    The results of the last appraisal or the |
| 22    A    They did go out to the market and ask what | 22    past appraisal drives an estimate of what additional |
| 23    people would be willing to pay. | 23    appraisal needs to be done to reduce uncertainty. You |
| 24    Q    Okay. Sound like semantics. But in any | 24    can't make a commercial assessment until you've |
| 25    event, okay.    2:39PM | 25    finished appraisal.    2:41PM |
| Page 102 | Page 104 |

| | |
|---|---|
| 1         So ConocoPhillips non-consented to Shen 7;    2:39PM | 1    Q    So is your Paragraph 97 accurate or not?    2:41PM |
| 2    right? | 2    A    Yes. |
| 3    A    Yes. | 3    Q    Did you examine how the expected value of |
| 4    Q    Marathon did sell its working interest in | 4    Shenandoah fields changed over time? |
| 5    Shenandoah during the class period; correct?    2:39PM | 5    A    The way I would calculate expected value, I    2:42PM |
| 6    A    Yes. | 6    did not do it after each one, no. |
| 7    Q    And in the end, Anadarko abandoned | 7    Q    Did you examine how Anadarko's |
| 8    Shenandoah without making any money on Shenandoah; | 8    management's view of Shenandoah changed over time? |
| 9    right? | 9    A    Well, exploration management's view was to |
| 10    A    Well, they exited, so -- but I don't know    2:39PM | 10    continue appraising and reducing uncertainty, which is    2:42PM |
| 11    about what the final economics -- there are some | 11    what they did. |
| 12    complications financially in there. | 12    Q    I'm not talking about exploration, I'm |
| 13         So whether or not they actually made any | 13    talking about Anadarko's senior management. |
| 14    money, didn't make any money, you know, and where | 14    A    Well, exploration's senior management was |
| 15    that might actually have been made or not made, I    2:39PM | 15    driving what the decisions on exploration.    2:42PM |
| 16    would find it doubtful, but I don't know for sure | 16         And even when exploration was done, they |
| 17    because I'm not a financial person. I don't know | 17    drove the decisions on the development team. And |
| 18    all the details of their backdoor arrangements. | 18    the decision was to continue to appraise. |
| 19    Q    So because you're not a financial person, | 19    Q    So you're confining your answer to senior |
| 20    you don't have any opinion on that?    2:40PM | 20    exploration management; is that right?    2:43PM |
| 21    A    I don't know whether or not they made money | 21    A    I believe the senior management above |
| 22    or not. | 22    exploration could have made a decision to not -- to |
| 23    Q    Okay. All right. Let's turn to | 23    stop at any point in time, but they did not. |
| 24    Paragraph 97. | 24    Q    Let's turn to Paragraph 34. |
| 25    A    Okay.    2:40PM | 25         You refer in this paragraph to Anadarko's    2:43PM |
| Page 103 | Page 105 |

27 (Pages 102 - 105)

CONFIDENTIAL

1  public statements.                          2:43PM
2      A   Okay.
3      Q   Now, are you offering an opinion in this
4  case that defendants did not engage in a fraudulent
5  scheme?                                     2:43PM
6          MS. PHILLIPS:  Objection to the extent it
7  calls for a legal conclusion.
8          THE WITNESS:  Yes, the only thing I
9  commented on is whether or not the facts that were
10 relayed in the public statements that I reviewed,   2:44PM
11 whether or not those facts were truthful or not.
12 BY MS. JENSEN:
13     Q   So in answer to my question, the answer is
14 no?
15         MS. PHILLIPS:  Same objection.        2:44PM
16         THE WITNESS:  The statements that they
17 made were in my opinion truthful.
18 BY MS. JENSEN:
19     Q   But that's not my question.
20     A   Okay.                               2:44PM
21     Q   Just focus on my question.
22     Q   Okay, repeat your question.
23     Q   Are you offering an opinion that
24 defendants did not engage in a fraudulent scheme?
25         MS. PHILLIPS:  Same objection.        2:44PM

Page 106

1          THE WITNESS:  I'm not offering such an   2:44PM
2  opinion.
3  BY MS. JENSEN:
4      Q   Are you offering an opinion that the
5  defendants did not engage in any deceptive business   2:44PM
6  practice?
7          MS. PHILLIPS:  Objection to the extent it
8  calls for a legal conclusion.
9          MS. JENSEN:  That's an improper objection,
10 by the way.  Go ahead.                       2:44PM
11         THE WITNESS:  I don't have any opinion as
12 to whether or not that was true.  I only have an
13 opinion as to whether or not what they relayed to
14 the public was factually correct.
15 BY MS. JENSEN:                              2:45PM
16     Q   And when -- the statements that you looked
17 at, those are the ones that are set forth in your
18 report; correct?
19     A   Yes.
20     Q   Now, what are the plaintiffs alleging was   2:45PM
21 misleading about the defendant's statements?
22     A   You're asking me?
23     Q   Yes.
24     A   Could you repeat that again?
25     Q   What are the plaintiffs alleging        2:45PM

Page 107

1  defendants were misleading about in their       2:45PM
2  statements?
3      A   Okay.  Well, just a second.  I thought I had
4  a section.  I wanted to find the exact wording.  I
5  know -- I don't know why I can't find it.      2:46PM
6          Okay.  So without looking up the exact
7  wording, to the best of my memory, one of the issues
8  was around when they made a public announcement
9  about Shen 3, they had made the announcement that
10 the well head found thicker sand and I think that was   2:47PM
11 one of the complaints was they felt that that was
12 not accurate.
13     Q   Any others?
14     A   I think after Shen 4, there was some
15 complaint about the fact that Shen 4 had found      2:48PM
16 600-plus feet of oil and then I -- those were probably
17 the two that I recall off the top of my head.
18         So somewhere in my report is a list of
19 each of those and you probably know where they are
20 better than I do.  But I would have to look through   2:48PM
21 it to find it offhand.  I guess I could look at the
22 table of contents.
23     Q   So the allegations that you evaluated,
24 they are within the four corners of your report;
25 correct?                                    2:49PM

Page 108

1      A   Yes.                                2:49PM
2      Q   Okay.  You also say that the alleged
3  omissions "are either commonly known uncertainties,
4  such as the risk of faulting, or detailed technical
5  disagreements that I would not expect to be      2:49PM
6  disclosed."
7          That's your position; correct?
8      A   One wouldn't normally, in talking about --
9      Q   I'm sorry to interrupt.
10     A   Go ahead.                           2:49PM
11     Q   Is that a yes?
12     A   Say the question again.
13     Q   Okay.  So I was quoting from your report,
14 so --
15     A   Yes.                               2:49PM
16     Q   You say that "The alleged omissions that
17 Plaintiffs identify are either commonly known
18 uncertainties, such as the risk of faulting, or
19 detailed technical disagreements that I would not
20 expect to be disclosed."                     2:49PM
21         That's your position; right?
22     A   Yes.
23     Q   Are there criteria for company disclosures
24 under federal securities laws?
25     A   I'm not familiar -- I'm not aware of what   2:50PM

Page 109

28 (Pages 106 - 109)

CONFIDENTIAL

1  the requirements of what should be disclosed are or    2:50PM
2  not.
3    Q   Okay.  You're not a lawyer; right?
4    A   No.
5    Q   Okay.  You don't hold yourself out as a    2:50PM
6  securities law expert?
7    A   No.
8    Q   Now, you refer to commonly known
9  uncertainties.  What are you referring to?
10    A   In the oil and gas industry, there are    2:50PM
11  certain terms which are interpreted in a common way.
12  So that I would -- we refer to those as commonly
13  known.
14    Q   Okay.  So you're just referring to the
15  fact that there's certain terms that are interpreted    2:50PM
16  in a common way?
17    A   Yes.
18    Q   Okay.  That's all you mean by that?
19    A   Yes.
20    Q   Okay.  Are there any other commonly known    2:51PM
21  uncertainties that you're referring to there?
22    A   Other than which ones?
23    Q   Well, you just referred to your definition
24  of what that meant.
25    A   Right.  So I said common -- they are    2:51PM

Page 110

1  commonly -- they are understood in a common way and    2:51PM
2  you asked if there were any others.
3    Q   Okay.
4    A   We did not talk about any specifically.  So
5  I don't know what the others are.    2:51PM
6    Q   Right.  So you tell me.  That's how you
7  define that term, so I was just going off of your
8  testimony.  So what are you referring to here?
9    A   Are you asking me what are some common
10  terms?
11    Q   I'm talking about your report, Dr. Detomo.
12  So you used words, I'm trying to figure out what
13  those words mean.
14       You say, "commonly known uncertainties."
15  What do you --    2:52PM
16    A   Can you tell me where that paragraph is?
17    Q   I already did, but yes, it's Paragraph 34.
18    A   Okay.  As an example, a commonly used term
19  is when one refers to a well having penetrated sand or
20  whether a well had penetrated oil.    2:52PM
21       So the common understanding is if you say
22  a well penetrated sand, then it's common
23  understanding that it doesn't have oil in it.
24  Otherwise you would say it penetrated oil.
25    Q   So you're referring to commonly known    2:53PM

Page 111

1  uncertainties, you're talking about the phraseology    2:53PM
2  around sand versus oil?
3    A   You asked for one example.  I just gave it.
4    Q   So that's the type of example you're
5  talking about when you say that the omissions are    2:53PM
6  commonly known uncertainties?
7    A   Another omission might be that in the
8  interpretation, there's the possibility of a -- say a
9  fault nearby.
10       Now, if you --    2:53PM
11    Q   So if you --
12    A   If you don't know the fault's there, you
13  wouldn't disclose, oh, by the way, there may be a
14  fault nearby.
15    Q   Okay.  So I think maybe we're    2:53PM
16  misunderstanding the purpose of me taking your
17  deposition.
18       So I'm trying to understand what it is
19  that you're referring to, but then you're using
20  words like, well, it might be this.    2:54PM
21       I'm trying to get to you tell me,
22  Dr. Detomo, what are the commonly known
23  uncertainties that you're referring to in
24  Paragraph 34?  Please give me an exhaustive list.
25    A   An exhaustive list?    2:54PM

Page 112

1    Q   An exhaustive list?    2:54PM
2    A   It would take some time for me to develop an
3  exhaustive list.  I list the ones in the other parts
4  when I respond to the particular claims at the time.
5       But an exhaustive list would require me    2:54PM
6  taking time and thought to write such a list down.
7  I gave two examples, so...
8    Q   So those are your two examples then in
9  this case?
10    A   How many examples are you looking for?    2:54PM
11    Q   I'm looking for all of the examples that
12  apply to this case.
13    A   Well, examples that apply to each of the
14  disclosures that were given are listed with each of
15  the disclosures, so I don't recall them all off the    2:55PM
16  top of my head, but they are in the report.
17       I would like to know each of the commonly
18  known uncertainties that your report relates to in
19  the context of this case.
20    A   Okay.  You would, for instance -- you would    2:55PM
21  not disclose if your well had a problem.  You would
22  not disclose if your well took a kick.  You would not
23  disclose if your logging tool got stuck and required
24  fishing.  You would not -- I mean, so there are
25  literally --    2:56PM

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL

1    Q   Dr. Detomo, just one second. I still    2:56PM
2  think you're not understanding the question.
3    A   I was giving you a list --
4        MS. PHILLIPS: Rachel, please don't
5  interrupt Dr. Detomo. He's still answering your    2:56PM
6  question, if you could let him continue.
7        MS. JENSEN: He's actually not answering
8  my question.
9        MS. PHILLIPS: Please let him continue.
10 He's still answer your question, Rachel.    2:56PM
11       MS. JENSEN: You can stop the speaking
12 objections.
13   Q   Dr. Detomo, is that an allegation in this
14 case?
15   A   I don't know. You asked for a list of    2:56PM
16 things that you would not disclose.
17   Q   No, I did not, actually.
18       What I asked was: When you say the
19 alleged omissions that plaintiffs identify are
20 either commonly known uncertainties, such as the    2:56PM
21 risk of faulting, I'm going to stop there, okay.
22       So I don't know if you looked at the
23 complaint in this case. But are you saying that
24 this case is about whether a logging tool got stuck?
25 Is that what your understanding of this case is?

Page 114

1    A   No, I believe the last question you asked is  2:57PM
2  can you give me an exhaustive list of things you
3  wouldn't disclose and I was doing that.
4    Q   Actually, I said in the context of this
5  case. I'm actually talking about the context of    2:57PM
6  your statement here.
7    A   Right.
8    Q   So what I'm trying to ask you, Dr. Detomo,
9  which is I think quite clear, is what are the
10 alleged omissions in this case that you are    2:57PM
11 referring to as commonly known uncertainties?
12   A   Okay. Let's go through and find each of the
13 alleged statements and we can go through them one at a
14 time.
15   Q   Okay. And just to be clear, Dr. Detomo, I    2:57PM
16 don't want to go off on another frolic and detour.
17   A   Mm-hmm.
18   Q   I'm asking about you omissions, not
19 statements.
20   A   Right.    2:58PM
21   Q   So do you have a list of omissions that
22 are alleged somewhere in your report?
23   A   Some of the -- some of the plaintiffs'
24 challenges are -- were around certain things being
25 omitted.    2:58PM

Page 115

1        And so I'm responding to those. So I need    2:58PM
2  to look at each of the plaintiff allegations in
3  order to do that for you.
4    Q   Okay. I just wanted to make sure you
5  appreciated the difference between the statement    2:58PM
6  and --
7    A   Now I understand it.
8        So I'm looking at the alleged misstatement
9  after Shen 1 on 119. I'm just double checking each
10 of them to make sure that we don't miss any.    2:59PM
11   Q   Sure.
12   A   Well, for some reason I don't quote the
13 actual words that go with it. I just talked about the
14 part of the complaint that said that.
15       But for instance, in the complaint --    3:01PM
16 under part of the amended complaint there was a
17 complaint that the Shenandoah well found
18 approximately 15 percent -- 50 percent more of the
19 same sand and confirmed down-dip thickening.
20       I believe part of the complaint was they    3:01PM
21 did not disclose they had omitted the fact that they
22 had not found oil, so...
23   Q   Okay. Any other omission?
24   A   Yeah. That was Shen 3.
25       So after Shen 4, the complaint alleged    3:02PM

Page 116

1  that Shen 4 confirmed massive salt deposits that    3:02PM
2  would obstruct or prevent access to deposits. And
3  so the complaint was is the fact that they had
4  penetrated salt was omitted.
5    Q   Any other omission?    3:03PM
6    A   The reason that I said that you wouldn't
7  normally disclose that is because every well
8  penetrated salt.
9    Q   Any other omission?
10   A   I think part of the complaint after Shen 5    3:04PM
11 was although the -- they had -- the Shen 5 well
12 encountered more than 1,000 feet of net oil pay and
13 expanded the eastern extent of the field, there was a
14 complaint that they had not disclosed that they had
15 encounter tar in the well.    3:04PM
16       And they omitted that. So that was part
17 of the complaint.
18       I think those are the three most
19 significant ones associated with those three wells.
20   Q   Are there any other omissions?    3:05PM
21   A   We already talked about the omission as to
22 whether or not there were faults nearby.
23       And so I think there was a complaint
24 Shen 4 had not disclosed that they had penetrated a
25 fault, but one would normally not disclose that    3:05PM

Page 117

30 (Pages 114 - 117)

**Page 118**

1 especially since one doesn't know the a size or 3:05PM
2 orientation of the fault.
3    Q   Any others?
4    A   There may be others.  I don't recall.  Those
5 are the ones that I found quickly.  For a more 3:05PM
6 exhaustive list, I would have to spend more time to do
7 more looking and research through.
8    Q   Okay.  I mean that's my question.  I want
9 to know all the omissions that your report concerns.
10        So are those the omissions that your 3:05PM
11 report concerns?
12   A   I think those are the major ones my report
13 concerns.
14   Q   Are there any minor ones?
15   A   Not that I recall off the top of my head and 3:05PM
16 not ones that would necessarily change, I think, my
17 opinion of that -- that these types of things are
18 typically not disclosed and are well understood.
19   Q   So I just want to make sure.  Have we
20 covered all the omissions that fall in that category 3:06PM
21 according to your report?
22        MS. PHILLIPS:  Objection, asked and
23 answered.
24        THE WITNESS:  To the best of my memory.
25

**Page 119**

1 BY MS. JENSEN:                              3:06PM
2    Q   Okay.  So, Dr. Detomo, I'm entitled to
3 understand all of the bases for your report.  So
4 certainly if it was a basis for your report, you
5 would have told me that right now? 3:06PM
6    A   To the best of my memory, yes.
7    Q   Okay.  And if there was another omission
8 that you were concerned with, it would appear in
9 your report; correct?
10   Q   A   Yes.                              3:06PM
11   Q   Okay.  So is it your opinion, then, that
12 if a risk is a commonly unknown uncertainty, then a
13 company has no duty to disclose it under the federal
14 securities laws?
15        MS. PHILLIPS:  Objection. 3:07PM
16        THE WITNESS:  I don't know what -- it's
17 not my area of expertise to say what is underneath
18 the federal securities law in terms of what's
19 disclosed and what's not.
20 BY MS. JENSEN:                              3:07PM
21   Q   Right.  So you don't have any idea one way
22 or the other what's required to be disclosed
23 legally; right?
24   A   True, correct.
25   Q   Ergo, you also have no opinion as to 3:07PM

**Page 120**

1 whether companies have a duty to correct statements 3:07PM
2 that later become inaccurate?
3        MS. PHILLIPS:  Objection.
4        THE WITNESS:  Is that a question for me?
5 BY MS. JENSEN:                              3:07PM
6    Q   Yes.
7    A   Could you repeat it?
8    Q   Do you have an opinion about whether
9 companies need to correct statements that later
10 become false or misleading? 3:07PM
11        MS. PHILLIPS:  Objection.
12        THE WITNESS:  I don't know what the
13 requirements are for whether or not they need to do
14 that.
15 BY MS. JENSEN:                              3:08PM
16   Q   Is there any -- do you have any opinion as
17 to whether companies have any duty to update
18 investors?
19        MS. PHILLIPS:  Objection.
20        THE WITNESS:  My only opinion is what they 3:08PM
21 tell them should be truthful.
22 BY MS. JENSEN:
23   Q   Beyond that, you really have no idea what
24 the federal securities laws require; correct?
25   A   Correct.                            3:08PM

**Page 121**

1    Q   All right.  Now, there is another category 3:08PM
2 of omissions that you discuss in your report.  And
3 that's that there's some detailed technical
4 disagreements that you would not expect to be
5 disclosed. 3:08PM
6        Now, again, you don't know what is
7 required to be disclosed; correct?
8    A   Correct.
9    Q   And the term "technical" -- technical by
10 that, it's often used as a term to downplay 3:08PM
11 something; right?
12        MS. PHILLIPS:  Objection.
13        THE WITNESS:  No, I don't understand that
14 statement.
15 BY MS. JENSEN:                              3:08PM
16   Q   Okay.  So are you saying that the
17 whistleblower complaint to the SEC by the subsurface
18 lead on Anadarko was just a technical disagreement?
19   A   I don't have an opinion as to what the
20 motivation of that disagreement was. 3:09PM
21        What I do know is that the disagreements
22 between different groups and different interpreters
23 are actually encouraged because it makes sure that
24 one explores all ranges of possibilities.
25   Q   So you just don't know the nature of the 3:09PM

1  SEC whistleblower complaint; correct?              3:09PM
2      A   I read it, but I don't have an opinion as to
3  whether or not -- how it turned out or what the
4  validity of it was.
5      Q   And allegations of fraud, do you consider    3:09PM
6  allegations of fraud a technical disagreement?
7      A   If the allegations are allegations as to the
8  technical veracity of what was there, I would consider
9  it within my realm to comment on.
10     But if it's a -- if it's an allegation         3:10PM
11  about other things, whether it's -- well, if it's
12  about non-technical items of which I consider myself
13  an expert, then I couldn't comment on them.
14     Q   You are aware that the teams at the time
15  used words such as "ethically questionable"; right?   3:10PM
16     A   I've seen that written in places, but again,
17  I'm not here to judge the ethics or to evaluate the
18  ethics of what's done or any of that.  Just the facts
19  that I had a chance to read through and understand.
20     Q   So ethical disagreements are beyond the     3:11PM
21  purview of your report; correct?
22     A   Yes.
23     Q   Elsewhere in your report you say that
24  nonconforming opinions needn't be disclosed; is that
25  right?                                            3:11PM

Page 122

1      A   To my knowledge, you would not disclose --  3:11PM
2  there's always nonconforming opinions, so yes.
3      Q   So are you saying that only -- if only,
4  for example, hypothetical, only a minority of folks
5  at Enron thought they were committing fraud, then     3:11PM
6  that didn't need to be disclosed because it was a
7  nonconforming opinion?
8      A   No, I think if the facts are -- if you have
9  an opinion on the facts, then those facts should be
10  made -- you know, discussed within the company.      3:12PM
11     But it's very common for a company to take
12  a broad range of opinions and to say, okay, which
13  opinion are we going to -- technical opinion, when
14  there is a lot of uncertainty, which opinion is it
15  that we're going to go forward to?                   3:12PM
16     I'm not an expert on fraud, but I would
17  expect fraud to not be -- it's either fraud or it's
18  not.  There's not an opinion about it.
19     Q   Okay.  So, again, your report doesn't
20  touch on allegations of fraud or ethical             3:12PM
21  disagreements?
22     A   No, it does not.
23     Q   Now, in your report you criticize the
24  plaintiffs' experts for not opining whether
25  Anadarko's statements were misleading to investors;  3:12PM

Page 123

1  correct?                                            3:12PM
2      A   Yes.
3      Q   And you say that Dr. Merrill's review of
4  public perception is not supported; is that right?
5      A   I would have to see where it is, which       3:13PM
6  perception you're talking about.
7      Q   That's fair.  Okay.  Let's just -- let's
8  get a little more concrete.
9      A   Okay.
10     Q   Do you agree that financial analysts        3:13PM
11  covering a company are part of public perception?
12     A   They are part of the public, yes.
13     Q   Now, you are familiar with the term "giant
14  field"; right?
15     A   I'm familiar with the term's usage, yes.    3:13PM
16     Q   It means over 500 MMBOE net recoverable?
17     A   That's how some people have chosen to define
18  it, that's not an industry accepted value.
19     Q   That's a generally understood term; right?
20     A   I wouldn't even say it was generally         3:14PM
21  understood.  There are certain people who have
22  proposed that as a term.
23     Q   Certainly people in the industry use it
24  that way; right?
25     A   Not always at 500, no.                       3:14PM

Page 124

1      Q   And what is the different amount that       3:14PM
2  you've heard?
3      A   It's often not defined by a specific number.
4  And the other thing is that that number changes over
5  time because that number is always in reference to    3:14PM
6  what else is being found; right?
7      So 20 years ago, you know, 500 meant one
8  thing, today 500 means a different thing.  So it's
9  just a kind of a mark in the sand that one keeps
10  moving around.                                       3:14PM
11     Q   Okay.  That's your testimony, that it's
12  not 500 MMBOE?
13     A   My testimony is that it's not universally
14  accepted to be 500 MMBOE.
15     Q   And it is sometimes used that way; right?   3:15PM
16     A   It is sometimes used that way.
17     Q   Okay.  Let me pull up an exhibit.
18     MS. PHILLIPS:  We've been going about an
19  hour and I think we were supposed to break around
20  3:00, but whenever works for you.                    3:15PM
21     MS. JENSEN:  Okay.  Give me a few minutes.
22  I think we can do one quick exhibit and then we can
23  take a break.
24     Q   Dr. Detomo, you produced in this action an
25  Anadarko third quarter 2015 operations report that   3:15PM

Page 125

32 (Pages 122 - 125)

CONFIDENTIAL

1 called Shenandoah a giant oil discovery; correct?     3:15PM
2    A   I may have.  I don't recall exactly the
3 document you're talking about.  But I'm sure you'll
4 share it with me, yes, or you can tell me what page if
5 it's in my report.                   3:16PM
6    Q   Sure.  I'm actually going to show you
7 something different.  I think that's the -- I think
8 the record speaks for itself there.
9        MS. JENSEN:  You should be able to see
10 what's been marked as Exhibit 530.          3:16PM
11       (Whereupon, Exhibit 530 was marked for
12 identification.)
13       MS. JENSEN:  For the record, this is
14 BOFAS_APC-000259.
15       THE WITNESS:  Okay.  I have it open.     3:16PM
16 BY MS. JENSEN:
17    Q   Do you recognize this document?
18    A   No, I don't believe I've seen it before.
19    Q   Okay.  Have you heard of Bank of America
20 Merrill Lynch?                      3:16PM
21    A   Yes.
22    Q   Reputable firm; right?
23    A   Yes.
24    Q   And did you see -- I know the type might
25 be a little small, but this is -- I'll state for the  3:17PM

Page 126

1 record is appears to be a report from Bank of     3:17PM
2 America Merrill Lynch dated March 19th, 2013 and
3 the -- it's a company update buy and the headline is
4 "Shenandoah:  Major discovery confirmed valued at $4
5 a share."                         3:17PM
6        I'm going to direct your attention to the
7 first paragraph here.
8    A   Okay.
9    Q   It begins by discussing a Shenandoah well.
10       Do you see that?                3:17PM
11    A   Yes.
12    Q   You understand this to be Shenandoah 2?
13    A   Yes.
14    Q   And Bank of America is valuing Shen at $4
15 a share here?                      3:17PM
16    A   That's what it says.
17    Q   Now, the report concerns the Shenandoah
18 field; right?
19    A   I'm assuming that it means the Shenandoah
20 field.  It isn't specific, but since they are talking  3:18PM
21 about a particular well, I would assume it to be that
22 field.
23    Q   In other words, it's not the whole basin,
24 it's this field?
25    A   Correct.                      3:18PM

Page 127

1    Q   And do you see here in this paragraph,     3:18PM
2 this first paragraph under "Shenandoah:  5500MM to
3 1 billion BOE potential," do you see that it says
4 the management -- this is about midway through that
5 paragraph.                        3:18PM
6    A   Yes.
7    Q   The "management has taken the rare step of
8 describing Shenandoah as a potential giant, meaning
9 possibly more than 500 mm bbls."
10       Do you see that?                3:18PM
11    A   Yes.
12    Q   Okay.  Based on this document, it appears
13 that Bank of America Merrill Lynch heard the word
14 "giant" and perceived it meant over 500 million
15 barrels; correct?                    3:19PM
16    A   Yes, it says -- it hedges, it says describes
17 Shenandoah as a potential giant, meaning possibly more
18 than 500 million barrels.  So it does hedge on it.
19       But yes, they are saying it might be in
20 that ballpark.                     3:19PM
21    Q   Okay.  And you're aware that in other
22 Anadarko public statements, they didn't say just
23 potential, they actually referred to Shenandoah as a
24 giant oil discovery; correct?
25    A   No, I don't remember -- I don't remember the  3:19PM

Page 128

1 documents that I looked at them using the word     3:19PM
2 "giant."
3    Q   I'll represent to you that you produced
4 the document in which it did.
5    A   Okay.                       3:19PM
6    Q   So if such a reputable organization as
7 Bank of America Merrill Lynch agree Shenandoah is
8 potentially a giant field, that would be reasonable
9 to assume that at least some of the public perceived
10 it that way?                      3:19PM
11    A   Well, that -- yes, some of the public maybe
12 perceived it that way, but it says potential and as
13 long as a field is being appraised, it's just
14 potential.
15    Q   Okay.  And again, you don't have any     3:20PM
16 reason to dispute that you produced the document
17 from Anadarko that used the word "giant" without
18 "potential" in front of it?
19    A   You haven't shown me such a document.  I
20 don't recall, but I don't dispute that I may have.     3:20PM
21       MS. JENSEN:  Let's go ahead and take a
22 quick break.
23       THE WITNESS:  Time to come back?
24 MS. JENSEN:  Let's go off the record.
25       THE VIDEOGRAPHER:  Off the record, it's     3:20PM

Page 129

33 (Pages 126 - 129)

CONFIDENTIAL

1  3:20 p.m.                          3:20PM
2       (Recess taken.)
3       THE VIDEOGRAPHER:  Back on the record.
4  It's 4:00 p.m.
5  BY MS. JENSEN:                     4:00PM
6    Q   Welcome back, Dr. Detomo.
7    A   Thank you.
8    Q   In your report you reference the company
9  called Navitas.  Do you recall that?
10   A   Yes.                          4:00PM
11   Q   And you agree that Navitas only got
12 involved with Shenandoah after the class period?
13   A   Yes.
14   Q   Navitas isn't the current operator or the
15 operator at this time; correct?    4:01PM
16   A   That's correct.
17   Q   Beacon is?
18   A   Beacon is the current operator.
19   Q   So in preparing your report, you reviewed
20 Navitas's annual report?           4:01PM
21   A   I reviewed I believe Navitas's annual report
22 and Beacon's.
23   Q   And you also reviewed Navitas's
24 presentation to investors?
25   A   Yes, I reviewed of number of their  4:01PM

Page 130

1  documents.  I think so, but I would have for look at  4:01PM
2  the document to be sure.
3    Q   You agree that these are public-facing
4  documents; correct?
5    A   Yes.                          4:01PM
6    Q   Generally designed to attract investments;
7  right?
8    A   Yes.
9    Q   And you did not review any of the internal
10 documents from Navitas showing its technical work;  4:01PM
11 right?
12   A   I only reviewed the government and publicly
13 available documents.
14   Q   So no internal documents from Navitas?
15   A   No.                           4:02PM
16   Q   And Navitas is not traded on the New York
17 Stock Exchange?
18   A   No, not that I am not aware of.
19   Q   Not a U.S. company; right?
20   A   I think it's mostly an investment group.  4:02PM
21   Q   It's an Israeli company; right?
22   A   Yes.
23   Q   You're aware that Israeli companies have
24 less strict disclosure requirements than U.S.
25 companies?                          4:02PM

Page 131

1    A   I have no idea what the requirements are.  4:02PM
2    Q   You don't know what the requirements are
3  here and you don't know the requirements there;
4  right?
5    A   Correct.                      4:02PM
6    Q   And with Beacon, same there, you haven't
7  reviewed any of its internal documents; correct?
8    A   No.
9    Q   As we're sitting here today, the field has
10 not yet been developed; is that correct?  4:02PM
11   A   I was under the impression that it's being
12 developed as we speak, so they may have actually
13 drilled some wells by now.  They were going to
14 predrill the wells.
15   Q   Let's put it this way, not one drop of oil  4:03PM
16 has been sold from Shenandoah as of this time;
17 correct?
18   A   They are not producing yet.
19   Q   And won't be for a year or longer;
20 correct?                            4:03PM
21   A   I believe it's 2024 is their projection.
22   Q   And so it's not commercially successful at
23 this time?
24   A   Correct.
25   Q   Let's turn to Paragraph 66 of your report.  4:03PM

Page 132

1    A   Okay.                         4:03PM
2    Q   You got there faster than me.  Hold on one
3  second.
4       So in this paragraph you say you have not
5  seen any evidence that the appraisal team or  4:04PM
6  management at Anadarko concluded that the prospect
7  was not commercially viable.  Do you see that?
8    A   Yes.
9    Q   Now, Dr. Detomo, you've heard the phrase
10 "hear no evil, see no evil"; right?  4:04PM
11   A   Yes.
12   Q   Now, did you read Mr. Pittinger's report
13 in preparing your own?
14   A   Yes.
15   Q   And in fact, Mr. Pittinger cited a number  4:04PM
16 of documents that indicated, among others, that the
17 base case NAV for Shenandoah at the time was zero.
18       Do you recall that?
19   A   I recall that -- some calculations that
20 indicated that that's what he was saying, yes.  4:04PM
21   Q   Well, I mean, that's what the internal
22 documents reflected; right?
23   A   Yes, but they were under certain
24 circumstances, along with a number of other
25 calculations.                       4:04PM

Page 133

34 (Pages 130 - 133)

CONFIDENTIAL

Q   But you don't deny that there was internal   4:04PM
documents that were reflected in Mr. Pittinger's
report that showed the base case NAV to be zero for
Shenandoah?

A   At one time, yes.                     4:05PM

Q   Let's turn to Paragraph 208.

A   Yes.

Q   Okay.  So you dispute Pittinger's report
as to the PIR10 and you say, "There is no support
for the contention that a project must reach a      4:06PM
certain 'threshold' to continue appraisal."  Is that
right?

A   That's correct.

Q   You discuss PIR in your report; correct?

A   Yes.                                  4:06PM

Q   I think you defined it earlier, it
measures profits and investment ratio?

A   Yes.

Q   How do you calculate PIR?

A   You calculate PIR by calculating the profit   4:06PM
of the field at the end of the field's life and after
it's been abandoned and discount it at a certain
factor and divide by the cost and expenditures of the
field under the same factor.

So you just divide the same two numbers   4:06PM

Page 134

and it gives you a ratio.  The ratio is usually   4:06PM
greater than 1, but a lot of people quote it with 1
subtracted off, so .3 is .4.  If you actually
calculate the ratio, it would be 1.3 or 1.4.

Q   So in Paragraph 79 of your report, you   4:07PM
refer to PIR values and you say that what Pittinger
quotes is for the mean or P50 cases; is that right?

A   Yes.

Q   So if you'll bear with me for a moment,
we'll mark an exhibit.                          4:07PM

Dr. Detomo, you should be able to see what
has been marked for identification Exhibit 531.

(Whereupon, Exhibit 531 was marked for
identification.)

MS. JENSEN:  This is a document that bears   4:08PM
the Bates stamp APC-000277887.

THE WITNESS:  Yes.

BY MS. JENSEN:

Q   Do you recognize this document?

A   Just a second, I'm looking.          4:08PM
Yes.

Q   And you understand this to be a PowerPoint
presentation on development full field economics for
Shenandoah?

A   Yes.                                  4:09PM

Page 135

Q   Okay.  So let's look to Page 20 or   4:09PM
slide 20.

Okay.  You've seen this chart before?

A   Yes.

Q   And do you recognize this as being an MMRA   4:09PM
analysis?

A   Yes.

Q   And can you explain how the MMRA tool was
used to describe the resource distribution used --
there's the decision tree, actually, so let's go   4:09PM
down to the next one.

How the MMRA tool was used to describe the
resource distribution in the decision tree on
slide 21?

A   Yes.  So the MMRA was used to define what   4:10PM
the success case would look like and the success case
here being defined as Shen -- you know, the two --
that the next wells would define success.

The fail case which, is that the -- that
you would fail in the development of it, and then   4:10PM
the fail early case was that you would exit it
without developing.

So they had these three cases.  The MMRA
only defined the risk in the volumes -- or the risk
for -- and the volumes potentially for these cases.   4:11PM

Page 136

The decision tree is a pretty standard kind of   4:11PM
analysis one uses to try to decide under what
circumstances one would -- what action would one
take in the future.

Q   Can you describe how the geologic   4:11PM
distribution is truncated above the commercial
minimum field size and above the economic minimum
field size?

A   Are you referring to a particular slide or
are you just asking a general question?   4:11PM

Q   Generally in the decision tree?

A   Well, generally you truncate the volume
because if the volume is below a certain threshold, it
does not really enter the distribution as to -- does
not enter the distribution as being anything effective   4:12PM
that you could do with.

It usually falls in there.  It usually
deals with the low side case -- in fact, it always
deals with the low side case.

But in this case, again, you're back to   4:12PM
the risk and the volumes and of the economics are
separate from all this, right.

So -- but anyway, so that's what it -- it
cuts off the lowest edge of it saying that that's
not even an effective volume that you would pursue.   4:12PM

Page 137

35 (Pages 134 - 137)

CONFIDENTIAL

1  Q   What are the branches that are shown in        4:12PM
2  this tree and what's the basis for each of the
3  probabilities in this decision tree?
4      A   Well, so you follow the decision tree from
5  today and you say, if there's success -- there is a    4:12PM
6  37.4 percent chance of success.  Okay?
7          And then you would follow that over and if
8  you had success, then -- and this was based upon a
9  certain model, a certain set of assumptions.  Like
10  one of the assumptions is that there was 100 million    4:13PM
11  barrel production spar.
12          I believe this assumption also assumed wet
13  trees, in other words, trees located on the seafloor
14  which have different implications for cost and
15  whatnot.                                    4:13PM
16          Given those things, if you had success,
17  then they looked at the P10, P50 and P90 volumes,
18  which you can see this is a symmetric distribution
19  because the way MMRA works, they are always
20  symmetric distributions.  That's why P90 always has    4:13PM
21  the same percent chance as P10.
22          But anyways, for each of those, then they
23  talked about what would be the expenditure and so --
24  and the expenditure about what you would do in
25  Phase 2.  Because if you had a success -- this is    4:14PM
Page 138

1  talking about a two-phase one.              4:14PM
2          Phase 1, you would go ahead and put some
3  development out there and then the chance of
4  Phase 2, P50 chance of Phase 2 and then P10 was
5  obviously if it's a huge field, then you would    4:14PM
6  probably drill extra wells and stuff.  So that's why
7  the gross capex goes up.
8      Q   So does it show -- does this decision tree
9  show the costs for each of the five scenarios?
10      A   I believe it only shows the cost of the    4:14PM
11  wells here and it takes into account using a spar of a
12  certain size which has certain costs associated with
13  it.
14          But again, this represents one model for a
15  potential development, so...                 4:14PM
16      Q   And is it your contention that Anadarko
17  did not calculate an NPV10 for each of these five
18  branches or for each of the branches?
19      A   They did not calculate -- they calculated in
20  order to -- you know, I'm not sure if they actually    4:15PM
21  calculated NPV or not, so -- because if they
22  calculated NPV, then there would be a total estimated
23  NPV for the whole three legs together.
24          So I don't recall seeing that, so I don't
25  know for sure.  I would have to look through the    4:15PM
Page 139

1  presentation more in detail.                4:15PM
2      Q   Is it your contention that Anadarko did
3  not calculate expected value based on running
4  economics on multiple scenarios?
5      A   They ran it on -- in this case on 100 MPOD    4:15PM
6  spar, which if you had the P10 full field, you would
7  not build 100 MPOD spar; right?
8          So in that case, no.  They've assumed one
9  development for the -- for all of the possible
10  cases.                                     4:16PM
11          So I would say that this is not a
12  realistic expectation as to what the cost would be
13  for each of those possibilities.
14      Q   And have you done your own calculations as
15  to what would be reasonable?               4:16PM
16      A   No, I have not.  But I would expect the
17  decision tree to look different.
18      Q   Okay.  Because, I mean -- because you have
19  experience with Shell, right, and they did things
20  differently?                              4:16PM
21      A   Well, but every company does decision trees,
22  so the decision tree is pretty standard.
23      Q   Okay.  How does knowing a PIR10 help a
24  company make decisions?
25      A   Not every company uses PIR10, so -- but one    4:16PM
Page 140

1  way to -- one factor that one takes into account is    4:16PM
2  to -- assuming a 10 percent inflation rate, would the
3  project make enough profit to compete in your general
4  portfolio and would it at least make enough profit to
5  exceed the cost of capital.                 4:17PM
6          So one usually assumes the cost of capital
7  is something like, you know, what you could make in
8  other investments, say 5 to 10 percent.  So you
9  would not usually do anything lower than that,
10  although there have been exceptions.         4:17PM
11          And then you would use a PIR10 at that
12  ratio in order to -- as one of the criteria in order
13  to decide which opportunities you're willing to put
14  your investments into.
15          But I will say there's other things that    4:17PM
16  come in.  Some investments take 20 years to recover
17  your investment, some investments take one year.
18          So you typically balance a portfolio with
19  a range of things so that you are insulated against
20  things like market fluctuations.            4:18PM
21      Q   And when you're talking about companies,
22  again, you never worked at Anadarko; correct?
23      A   No, but I worked with a number of partners
24  all of which calculate PIRs.
25      Q   But you've never worked at Anadarko;    4:18PM
Page 141

36 (Pages 138 - 141)

1  correct?                              4:18PM
2      A   Correct.
3      Q   Now, no doubt you saw internal documents
4  with a formula for projects needing to be equal to
5  or greater than .3 PIR?                4:18PM
6      A   I saw documents that said that PIR.3 was a
7  threshold.  But I also saw documentation specifically
8  from Chris Camden that said it was just one of the
9  criteria they would consider.
10     Q   And the threshold was something that   4:18PM
11 Darrell Hollek testified about; correct?
12     A   Darrell Hollek testified that it was --
13 well, he testified to a number of things, but one of
14 the things he testified to was that they saw it as a
15 kinds of threshold, I believe he said.   4:19PM
16     Q   Now, who is more senior, Darrell Hollek or
17 Chris Camden?
18     A   Darrell Hollek is more senior, but I doubt
19 Darrell calculates PIRs.
20     Q   Who would have been more likely to be part  4:19PM
21 of the portfolio management discussions and
22 decisions?
23     A   Probably at a very high level, the portfolio
24 is usually a global portfolio that you're managing.
25 So yes, I would say at the most senior level, they
                                        Page 142

1  discuss the portfolio.                 4:19PM
2      Q   And Darrell Hollek was at the top senior
3  level; correct?
4      A   Yes, he was a senior.
5      Q   Okay.  How is NAV defined in the oil and   4:20PM
6  gas industry?
7      A   Where are you talking about?
8      Q   Oh, so yes.  Step back.  Switch topics.
9      A   Okay.
10     Q   How is NAV defined in the oil and gas   4:20PM
11 industry?
12     A   NAV, that abbreviation covers a number of
13 things.  Could you put it in context for me?
14     Q   Have you ever heard of the term "net asset
15 value"?                               4:20PM
16     A   Yes, usually I use a slightly different
17 abbreviation for it instead of asset, but okay.  Yeah,
18 net asset value.  I usually see it as net opportunity
19 value, okay.  Asset value.
20     Q   Back to the question, how is it defined?  4:20PM
21     A   Net asset value is usually an estimation of
22 what an asset is worth.  But there are some
23 complicated and interesting ways that that is
24 calculated.  So I'm used to seeing it.  I'm used to --
25 the most common place I think I've seen it used is  4:21PM
                                        Page 143

1  when people are talking about asset trades or asset   4:21PM
2  swaps.
3      Q   Okay.  So you're not familiar working --
4  you're not versant in working with NAV as a -- as a
5  metric in the oil and gas industry?     4:21PM
6      A   No.  Usually that -- that metric would
7  usually be calculated by financial people who were
8  trying to either swap or use the asset as leverage
9  somewhere else.
10         So in exploration and development, it's   4:21PM
11 not a common metric that people would deal with.
12 And I've never actually calculated net asset value.
13     Q   So then you don't know whether when a
14 project is run at a certain oil price point that
15 yields zero, that means it has a zero NAV?   4:22PM
16     A   So you can run -- you do the same thing when
17 you calculate a PIR, you run it at a certain price
18 point.
19         So the price point -- in fact, most
20 companies -- I shouldn't say most companies.  At   4:22PM
21 least the companies I'm familiar with run it at a
22 series of price points.  So they don't run it at one
23 price point because predicting the price of oil is
24 pretty darn near impossible.
25         So I'm sure it is calculated at a certain   4:22PM
                                        Page 144

1  price point, but I'm sure that that -- the reason   4:22PM
2  it's usually used in asset swaps and things like
3  that is because those are very short-term things and
4  the price of oil is well known.
5          Where when you're talking about    4:22PM
6  developments, the price of oil ten or 15 years from
7  now is not very well known.  So they use different
8  kind of numbers.
9          MS. JENSEN:  Okay.  I've now marked an
10 exhibit which is Exhibit 532 a document that bears   4:23PM
11 Bates stamp APC-00784657.  You should be able to see
12 this in your Exhibit Share.
13         (Whereupon, Exhibit 532 was marked for
14 identification.)
15         THE WITNESS:  Yes.  Meeting of the board   4:23PM
16 of directors.
17 BY MS. JENSEN:
18     Q   Okay.  Do you recognize this document?
19     A   Let me take a look.  Some of the slides look
20 familiar, but I'm not actually sure I've seen this   4:24PM
21 particular document.
22         I've at least seen a couple of slides, but
23 I don't know if I've seen this document or not.
24     Q   Okay.  Let's turn to --
25     A   I don't remember the midstream stuff in   4:24PM
                                        Page 145

CONFIDENTIAL

1 here. So that's why I don't think I've actually seen  4:24PM
2 this particular document.
3    Q   All right. In your report at
4 Footnote 822 --
5    A   822 you said?                      4:24PM
6    Q   Yes, this is at the end of Paragraph 912.
7    A   I see the reference.
8    Q   You see also that's the same document --
9 or at least according to the Bates number, the same
10 document as what we've got up on the screen?   4:25PM
11    A   Right. I think that's the one I reference
12 slide 6 through 9.
13    Q   Okay. You actually cite slides 91 and 92;
14 right?
15    A   What was the footnote again?       4:25PM
16    Q   Footnote 822.
17    A   I'm in the wrong place. Sorry about that.
18        Graph or footnote 822?
19    Q   Footnote 822.
20    A   What page was it referenced on, do you  4:26PM
21 recall?
22    Q   Page 420.
23    A   420, that's where I'm going wrong.
24        Yes, slides 91 through 92 and 105, okay.
25    Q   So you reference this as saying that  4:27PM

1 Shenandoah is shown has providing long-term growth  4:27PM
2 and having value; right?
3    A   Let me get to the slide. It takes awhile to
4 refresh.
5        Yes, I see where I say that in      4:27PM
6 Paragraph 912.
7    Q   Okay. I would like you to take a look at
8 slide 90 in this document. So sorry, I'm talking
9 about Exhibit 532.
10    A   Where it says, "Major Asset Overviews"?  4:28PM
11    Q   Exactly. Okay. That's Page 90 on the PDF
12 or 89 -- yes, sorry. I'm looking for the number on
13 the slide itself, it's the lower right-hand side and
14 also for identification you can look at the Bates
15 number, which is APC-00784747.         4:28PM
16        Do you see that page?
17    A   No, because I don't get any APC numbers on
18 the individual slides.
19    Q   You saw "Major Asset Overviews;" correct?
20    A   Yes.                             4:29PM
21    Q   So just scroll down one more.
22    A   Okay. "Opportunity Set"?
23    Q   Yes. "Opportunity Set: Materiality and
24 Investment Returns."
25        Do you see that?                 4:29PM

1    A   Yes.                             4:29PM
2    Q   The price deck here is $60; right?
3    A   Yes.
4    Q   That's the base case; right?
5    A   That's the case calculations are going to be  4:29PM
6 done in, yes.
7    Q   So Anadarko ran its economics for
8 Shenandoah throughout the class period at 50 or $60
9 a barrel; right?
10    A   I think there were other numbers at certain  4:29PM
11 times, but I'm not sure which ones were in the class
12 period and which ones were out, but okay.
13    Q   We're seeing -- or here this depicts
14 bubbles. Do you see -- or circles, whatever you
15 want to call them?                    4:29PM
16    A   Yes.
17    Q   They are drawn relative to their asset
18 size by net asset value in billions; correct?
19    A   Yes.
20    Q   The Y-axis, there is a rate of return on  4:29PM
21 investment, the ROR?
22    A   Yes.
23    Q   And that's a capital efficiency measure;
24 right?
25    A   Yes.                             4:30PM

1    Q   On the X-axis, it's the remaining      4:30PM
2 resource MMBOE?
3    A   Yes.
4    Q   And again, the prospects on this graph are
5 depicted in circles. I want to draw your attention  4:30PM
6 to Shenandoah, which is at the far left bottom of
7 the screen.
8        Do you see that?
9    A   Yes.
10    Q   It is the smallest bubble on the graph;  4:30PM
11 right?
12    A   I'm trying to resolve because there's an
13 arrow -- it looks like an arrow aiming up.
14    Q   There's Paon; right?
15    A   There's Paon, but then there is a line drawn  4:31PM
16 from Shenandoah up towards where Paon is. I can't
17 tell what that is.
18    Q   Right. It's like a speck; right?
19    A   No, because I -- well, I can't tell. All I
20 know is --                            4:31PM
21    Q   You can't see it. Let's put it that way.
22        It's the only project on the graph that
23 has a net value lower than .5 billion; right?
24    A   Lower than .5 -- well, I don't know because  4:31PM
25 I cannot see from this picture exactly what is

CONFIDENTIAL

1 pointing to what. So it's either very small or     4:31PM
2 something is pointing somewhere else. So I agree.
3    Q   It's almost invisible, it's so small.
4        Okay. So -- and according to this graph,
5 the remaining resource is less than 400 MMBOE;     4:32PM
6 right?
7    A   Yes. That's clear.
8    Q   That would be 113 net?
9    A   That would be what 113?
10   Q   Net.                                        4:32PM
11   A   Where are you reading that?
12   Q   To Anadarko.
13       So there's gross, right, and then there's
14 net?
15   A   You're reading that off this slide?        4:32PM
16   Q   I mean, you are aware of the different
17 partners at Shen; right?
18   A   Yes.
19   Q   So that's what I'm saying, it's net?
20   A   You're saying -- okay. Yeah. I'm assuming  4:32PM
21 what they are plotting is net, yes.
22   Q   Okay. Well, yes. And do you see here
23 there is two asterisks next to Shenandoah?
24   A   Yes, that I see.
25   Q   What does that mean?                        4:33PM

Page 150

1    A   Well, according to the legend down at the   4:33PM
2 bottom, it says, "Shenandoah metrics shown at $70 a
3 barrel."
4    Q   Okay. So Shenandoah is shown at 70 and no
5 other project is; correct?                         4:33PM
6    A   Yes, probably because the -- yes. I won't
7 speculate as to why, but yes.
8    Q   Why do you think that is?
9    A   Well, I would have to speculate as to why
10 that is. There is a number of reasons one could do  4:33PM
11 that.
12       It could have something to do with the
13 quality of the oil. It could have something to do
14 with the expected price in the future. It could
15 have something to do with the profit margin in the  4:33PM
16 Gulf of Mexico.
17       So I don't know.
18   Q   I mean, logically speaking, and you
19 probably know this from looking at documents, it
20 would have been a zero had it been run at 60?       4:34PM
21   A   Yes, I don't know that. I don't know why
22 they did that.
23   Q   Okay. Even at 70, the Shenandoah's NAV
24 was the lowest of all of Anadarko's prospects on
25 this graph; right?                                 4:34PM

Page 151

1    A   No, it doesn't appear to be the lowest on  4:34PM
2 either particular axis. Each axis has something
3 lower.
4    Q   What is lower on the ROR?
5    A   On the ROR axis?                            4:34PM
6    Q   Sorry, what is the -- it's the lowest with
7 both; right?
8    A   The lowest on the ROR axis is GNB.
9    Q   Sorry, withdrawn.
10       If -- in other words, Shenandoah had to    4:34PM
11 have a favored oil price of $10 more than any other
12 asset on this slide deck to avoid showing a zero;
13 right, or a negative result?
14   A   I don't know. I mean, all I know is what it
15 says, it says 70. I don't know where it would be if  4:35PM
16 you did it at a different value. I don't know why
17 they did that.
18   Q   Right. So setting aside the axis, Shen is
19 the lowest NAV; correct?
20   A   You're talking about the X-axis, the lowest  4:35PM
21 number?
22   Q   Forget about the axis, the lowest NAV?
23   A   You're basing that on the size of the dot?
24   Q   You have no reason to disagree with that;
25 right?                                             4:35PM

Page 152

1    A   Yes, I don't -- I don't know where -- I     4:35PM
2 cannot either disagree or agree with it because I
3 don't know where you're getting that fact from. So
4 that could be true. I don't know.
5        I don't see that information from this       4:36PM
6 graph.
7    Q   Okay. Maybe the next slide will help
8 clarify.
9    A   Okay.
10   Q   So recall again that the slide in the        4:36PM
11 bubble corresponds to the NAV; right?
12   A   Yes.
13   Q   Okay. So let's look at the next line
14 because I think you just couldn't see the speck that
15 was Shenandoah.                                     4:36PM
16       Do you see on this next slide, slide 91,
17 that Shenandoah is the smallest bubble?
18   A   Sure, yes, I do between Colombia and
19 Mozambique, right, it's a little small bubble.
20   Q   Yes, I mean, it's like a dot?               4:36PM
21   A   Yes.
22   Q   You see also that it's higher on the
23 increasing capital intensity side?
24   A   Yes, I see that. Higher than what, but yes,
25 higher than some things.                            4:37PM

Page 153

39 (Pages 150 - 153)

CONFIDENTIAL

1   Q   Okay.                          4:37PM
2   A   But I think the real description, if I
3   remember this right, is there is a slide later down
4   that talks specifically about Shenandoah's strengths
5   and weaknesses.                    4:37PM
6       So then these numbers are actually -- it's
7   actually slide 105.
8   Q   So let's turn to that.
9   A   Okay.
10  Q   Let's look at this.            4:38PM
11      So the weaknesses here, do you see the
12  reference to "Current development economics
13  challenged"?
14  A   Yes, this is before Shen 5. So yes, after
15  Shen 4, that was true.             4:38PM
16  Q   Okay.  And after Shen 5, the MMBOE or the
17  resource size reduced by almost 100 MMBOE; correct?
18  A   The mean or the P50 did, the uncertainty
19  reduced quite a bit, which is kind of what you want to
20  account for.  But yes.
21  Q   Look, I'm asking you a very specific
22  question.  You're trying to answer with a different
23  answer.  And I understand why you're doing that.
24  But let's just answer my question.
25      Which is after Shen 5, the resource size    4:39PM

Page 154

1   reduced by almost 100 MMBOE; correct?        4:39PM
2   A   The mean estimate of the resource side
3   reduced by 100 MMBOE approximately.
4   Q   Let's turn back to the weaknesses on this
5   slide.                            4:39PM
6       "Geologic uncertainty and the presence of
7   faulting affect development risks," you have no
8   reason to dispute that; right?
9   A   No, that's true.
10  Q   The technological hurdles increase        4:39PM
11  regulatory and operational risk, you agree with
12  that?
13  A   I agree with that.  It could possibly affect
14  time to first production.  There's probably very
15  little risk in actually accomplishing it.  The risk   4:39PM
16  was in the time.
17  Q   So there is a reference below to
18  20,000 psi-rated drilling rig.
19      Do you see that?
20  A   Yes.                          4:40PM
21  Q   So the technological hurdles that are
22  being discussed in the bullet above that, fair to
23  say that that's something other than that particular
24  issue of 20K psi?
25  A   No, I believe that's the technical issue    4:40PM

Page 155

1   they were referring to.                      4:40PM
2   Q   Why wouldn't it be in the same bullet?
3   A   I don't know, but the 20,000 psi development
4   brings hurdles other than just the blowout preventer,
5   right?  It brings a hurdle with a drilling rig, it    4:40PM
6   brings a hurdle with the equipment you have to use.
7       So it brings some engineering hurdles with
8   it, which, like I said, aren't insurmountable but
9   typically add time and cost.
10  Q   So it's your testimony that there were no   4:41PM
11  technological hurdles other than the 20K psi?
12  A   There are no technical showstoppers.
13  Q   But that's not what I asked you.  My
14  question was --
15  A   There's always hurdles, the question is how  4:41PM
16  high are they.
17  Q   So I was asking a really simple question,
18  which is:  Is it your testimony that there was no
19  other technological hurdle other than the 20K psi?
20  A   And the answer is no, there are always       4:41PM
21  hurdles.
22  Q   Okay.  Including asphaltene mitigation?
23  A   I would not call that a hurdle, I would call
24  that just something you have to plan for.
25  Q   So it's your testimony that that was not a   4:41PM

Page 156

1   hurdle?                            4:41PM
2   A   Not anything that was -- required any
3   significant amount of concern.
4   Q   Okay.  So you had mentioned that this was
5   after Shen 4; right?                4:42PM
6   A   Yes.
7   Q   Okay.  Do you know when Shen 5 TD'ed?
8   A   Depending if we're talking about -- I
9   believe, though, it was at the -- in 2016, somewhere
10  around the end of 2016.             4:42PM
11  Q   So this board of directors slide is from
12  August 1st and 2nd, 2016.  So does that refresh your
13  recollection that this was after Shen 5?
14  A   Well, I think what -- under "Opportunity" it
15  says, "Incorporation of Shen 5 results will improve   4:42PM
16  the economics."  So obviously the results of Shen 5
17  are not included in here.
18  Q   And again, Shen 5 actually ended up with a
19  decrease in the resource size; correct?
20  A   Shen 5 resulted in a decrease in the mean    4:43PM
21  resource size.
22  Q   Okay.  At the bottom of the same slide,
23  there is a "Key Play Statistics."
24      Do you see that?
25  A   Yes.                          4:44PM

Page 157

40 (Pages 154 - 157)

CONFIDENTIAL

| | |
|---|---|
| 1 Q And it says the MMBOE is 113?            4:44PM | 1 internally before the well actually TDs.  Because      4:47PM |
| 2 A Yes. | 2 there's lots of stuff that gets done. |
| 3 Q Okay.  And it also says that NAV at $70 is | 3      And so the fact that Shen 6 was a wet |
| 4 .01; right? | 4 well, I believe I would have to check, but there is |
| 5 A Yes.                        4:44PM | 5 a good chance that because Shen 6 was wet and they      4:47PM |
| 6 Q And again, this was a board of directors | 6 knew that before TD, that they actually went ahead |
| 7 presentation in July of 2016; correct? | 7 with the write-down in May. |
| 8 A Yes, the undeveloped resources, the -- is | 8 Q So when did they find out that it was wet? |
| 9 the remaining resource to be -- I believe the | 9 A I would have to look at the records.  I |
| 10 remaining resource to be proved up because 113 is      4:44PM | 10 don't -- let me see in the report.  I have something      4:47PM |
| 11 already less than what you just said they were | 11 about timing, I think. |
| 12 estimating it from MMRA. | 12      So -- no, you may be right.  I think what |
| 13      So in other words, this is undeveloped | 13 they decided on -- I think I'm wrong on that.  I |
| 14 resource, there's -- the current resource that they | 14 think actually that wasn't the reason. |
| 15 are considering already discovered and developed, so      4:45PM | 15      I think the reason they wrote down is they      4:48PM |
| 16 this is what's remaining.  So it's not the total | 16 realized that they were never going to use those |
| 17 resource. | 17 other wells, so they wrote down wells and volumes |
| 18 Q Okay.  So under the strengths it says, | 18 that they knew could not exist and that they were |
| 19 "Shen 5 results are similar to Shen 2."  Right? | 19 not going to use. |
| 20 A Yes.                        4:45PM | 20      So they probably did that -- I am trying      4:48PM |
| 21 Q So the results had already come in for | 21 to remember the dates.  I know they did that in May |
| 22 Shen 5? | 22 of 2017.  Was it May 2017 or -- yes.  2016, but I |
| 23 A Yes, the preliminary results had, yes.  The | 23 think Shen 6 drilled that later, 2017. |
| 24 impact of them had not been fully calculated into | 24      So I'm not exactly sure, thinking about it |
| 25 everything yet.                 4:45PM | 25 out loud, but I'm sure it's because there were      4:48PM |
| Page 158 | Page 160 |

| | |
|---|---|
| 1 Q And what is the basis for your testimony?    4:45PM | 1 certain -- there was enough knowledge then to know      4:48PM |
| 2 A Well, I don't know why you would say under | 2 that certain volumes being carried on the books were |
| 3 opportunities, incorporation of the results will | 3 not accurate.  So they started writing some of it |
| 4 improve the economics, okay. | 4 down. |
| 5      So obviously they haven't included them in      4:45PM | 5      MS. JENSEN:  I'm going to introduce      4:49PM |
| 6 the economic calculation yet and even though that | 6 another document. |
| 7 volume -- that mean volume has gone down, the | 7      All right.  You should be able to see |
| 8 overall result has -- they expect to improve it. | 8 what's been marked as Exhibit 533. |
| 9 Q Expect to.  But you've not seen the workup | 9      (Whereupon, Exhibit 533 was marked for |
| 10 on that; right?               4:46PM | 10 identification.)                1:33PM |
| 11 A No, not on this slide. | 11      THE WITNESS:  Yes. |
| 12 Q You have not -- you don't know the | 12      MS. JENSEN:  For the record, this is |
| 13 document that had that workup; right? | 13 APC-00264139.  Let me say that again in case I |
| 14 A They did calculations later on after Shen 5 | 14 missed a number.  APC-00264139. |
| 15 before drilling Shen 6.  So there were some      4:46PM | 15 Q Do you see it?                4:50PM |
| 16 presentations as part of the justification for | 16 A Yes, I do. |
| 17 drilling Shen 6 that showed information about how | 17 Q And have you seen this document before? |
| 18 the -- how the results of Shen 5 were fully | 18 A I'm just looking at it. |
| 19 incorporated.  But that was much after this.  That was | 19      Okay.  I don't recall if I've seen this |
| 20 right before Shen 6.                 4:46PM | 20 specific document before or not.            4:50PM |
| 21 Q And the company decided to write down | 21 Q Okay.  Just reorienting to the last |
| 22 Shenandoah before the results of Shen 6 were known; | 22 document that we saw, you recall it was a board of |
| 23 correct? | 23 directors PowerPoint presentation for July of 2016? |
| 24 A Before -- I'm not exactly sure because | 24 A Yes. |
| 25 Shen 6 -- lots of times there's results that are known  4:47PM | 25 Q Okay.  And does this appear to be around      4:50PM |
| Page 159 | Page 161 |

41 (Pages 158 - 161)

CONFIDENTIAL

1  the same time frame?                          4:51PM
2      A   According to the dates there, yes.  This is
3  July 2016.
4      Q   Okay.  Great.  And there is a reference
5  here to BOD slides that are attached to this email    4:51PM
6  and this is an email from Gennifer Kelly to Ryan
7  Morgan on July 27th, 2016.
8          And if you scroll down to the slides
9  below, does the slide about Shenandoah look
10  familiar?                                     4:51PM
11      A   Just a second.  Let me make sure I can see
12  the whole slide.
13          Yes, that looks very similar to the other
14  one.
15      Q   The other one that we saw that was a board    4:52PM
16  of directors slide show?
17      A   Yes.
18      Q   Now let's scroll back up to the email and
19  the email says, on the second paragraph there from
20  Gennifer Kelly to Ryan Morgan, "Shenandoah is    4:52PM
21  footnoted because the case was not selected in our
22  60-dollar base case.  We used a 70-dollar run where
23  it was selected to get our numbers so that we
24  wouldn't be showing zeros."
25          Do you see that?                      4:52PM

Page 162

1      A   Yes.                                   4:52PM
2      Q   And you understand that that would mean
3  that Shenandoah would be showing zeros as a base
4  case run at the same price deck as other fields
5  which were still profitable?                   4:52PM
6      A   That's -- it claims that some numbers would
7  be showing zeros, it's not clear which ones, but yes.
8      Q   This was the numbers where they had the
9  NAV; right?
10      A   No, it doesn't say that.  It says "to get    4:53PM
11  our numbers," it doesn't say specifically which
12  numbers, but that could be.  But I can't tell from
13  this note which numbers would be zero.
14      Q   Sure.  So if you look down at the
15  Shenandoah slide again.                        4:53PM
16      A   Yes.
17      Q   You see there is an NAV number, it's a
18  pretty low number, isn't it?
19      A   Just a second.
20          MS. PHILLIPS:  Objection, vague.      4:53PM
21          THE WITNESS:  I see NAV at $70.00 of 0.01.
22  BY MS. JENSEN:
23      Q   Right.  Fairly low number; right?
24      A   0.01 is 0.01.
25      Q   Almost zero if there was one less number    4:54PM

Page 163

1  there.  Okay.                                  4:54PM
2          And when she says that otherwise it would
3  be showing zero, fair to infer from that you're
4  talking about the NAV?
5      A   Yes, I don't -- I couldn't interfere    4:54PM
6  directly exactly that.  I mean, one might make that
7  inference.  But to know for sure, one would have to look
8  at it a lot more closely and actually calculate to see
9  if that's the number that goes to zero.
10      Q   Okay.  In any event, she's saying without    4:54PM
11  inference that it would be showing zeros; right?
12      A   She said it would show -- some number in
13  here would show zero.
14          MS. JENSEN:  Okay.  All right.  We've been
15  going for about an hour.  Let's just take a quick    4:54PM
16  break.
17          THE WITNESS:  Okay.
18          THE VIDEOGRAPHER:  We're off the record.
19  It's 4:54 p.m.
20          (Recess taken.)                       4:55PM
21          THE VIDEOGRAPHER:  Back on the record.
22  It's 5:05 p.m.
23  BY MS. JENSEN:
24      Q   Welcome back.
25          Do you believe that fluid quality is an    5:05PM

Page 164

1  important consideration in oil production?      5:05PM
2      A   Yes.
3      Q   And that it can ultimately impact the
4  development system design?
5      A   Yes.                                   5:06PM
6      Q   And the percent of oil that can be
7  economically recovered?
8      A   Yes.
9      Q   And the price paid per barrel?
10      A   Yes.                                  5:06PM
11      Q   What does it mean to commingle fluid in a
12  wellbore?
13      A   Every individual sand in a field, if the
14  sands are separated by some distance, even if it's
15  small, and if they have any difference in either their    5:06PM
16  pressures or their fluid details, then one can either
17  produce them each separately or one can open up a
18  wellbore to both of them at the same time.
19          If you open it up to two different
20  reservoirs like that at the same time, you would    5:07PM
21  refer to that as commingling.
22      Q   What is your understanding of why
23  engineers would want to commingle fluids?
24      A   Well, if you can commingle fluids, some of    5:07PM
25  the advantages are you -- if you didn't commingle

Page 165

42 (Pages 162 - 165)

CONFIDENTIAL

Page 166

1  them, you would have to produce one and then produce   5:07PM
2  the other.  You could either do that in the same
3  wellbore by doing a recompletion, you could do it in
4  the same wellbore by putting in smart completions that
5  allow you to switch back and forth between them or you   5:07PM
6  could access them through another well.
7       So one of the advantages -- all of those
8  things cost something.  Whether I'm going to do one
9  before the other and delay the production, whether
10 I'm going to put a special completion -- smart   5:08PM
11 completion equipment in the well or whether I'm
12 going to drill a separate well, they all cost
13 something.  So one of the advantages of commingling
14 is it saves you money.
15      Q  Okay.  And when is it not possible to   5:08PM
16 commingle fluids?
17      A  There are times -- it's always possible,
18 there are just ramifications that might be
19 unacceptable if you do.
20      So some of the ramifications are if the   5:08PM
21 pressures are different by very much, then the
22 higher pressure one will produce before the lower
23 pressure one.  Just because it's easier -- the fluid
24 at a high pressure will flow to the wellbore first.
25      If the quality of the reservoir is   5:08PM

Page 166

1  different so that fluids can flow in one easy --   5:08PM
2  more easily than the other, then one of the
3  reservoirs will preferentially produce before the
4  other and that usually means you have to do
5  something.   5:09PM
6       The other times you would -- so you might
7  not want to commingle in those case.  You might not
8  want to commingle if the fluids are very, very
9  different.
10      So if one fluid is -- has different   5:09PM
11 characteristics and qualities than the other, you
12 might not want to mingle them.  There are rare
13 occasions where you actually would.  But they are
14 pretty rare.
15      So some of the kind of differences you   5:09PM
16 might see in the fluid besides pressure that you
17 would have to account for is obviously asphaltenes,
18 waxes and if there's any difference in the gas ratio
19 or in the quality of the oil.  So those things would
20 all -- you would have to account for them in some   5:10PM
21 way if you were going to commingle.
22      Q  Okay.  I think you hit on this earlier,
23 but when it's not possible to commingle, an
24 alternative would be isolating zones?
25      A  You could isolate -- you could isolate   5:10PM

Page 167

1  zones.  There are -- there is equipment, you can put   5:10PM
2  that on a well now, it has been for a while where you
3  can open one zone and then close it off and then open
4  the other zone and then close it off.  You can do that
5  remotely.   5:10PM
6       So you can alternate between the zones.
7  That would not commingle them.
8       You could also inject something down there
9  to account for the differences in the fluid and
10 that's pretty common to put a line down, inject some   5:10PM
11 type of solvent.  If one oil is heavier than the
12 other, that will often help.
13      You can also do it by just producing one
14 zone, the deeper -- typically the deeper zone first
15 and then when that zone is pretty much produced, you   5:11PM
16 just put cement in the bottom of the well and you
17 punch some holes into the next zone.  And then you
18 produce those.  Those are referred to as uphole
19 recompletions.
20      Q  Let me stop you there.   5:11PM
21      A  Okay.
22      Q  So you mentioned equipment and when did
23 that equipment become available?
24      A  That equipment is available today to do
25 that.  You put that in the well -- you design the well  5:11PM

Page 168

1  for that and you put that in the well at the time you   5:11PM
2  what they call complete the well.
3       Q  What is the equipment called?
4       A  It's called completion equipment.  So it's
5  typically tubing, valves, sliding sleeves, and it's   5:11PM
6  got a bunch of components to it.  But it's all just
7  generally referred to as completion equipment.
8       Q  When was that available, made available?
9       A  That is put in the well when you are getting
10 ready to, quote, complete it.  Because there are other  5:12PM
11 things you have to do.  When you leave a well,
12 typically you seal up so the fluids can't flow in.
13      So you have to go and you have to dissolve
14 that out.  You typically -- when you put the
15 completion equipment in, you acidize the well in   5:12PM
16 order to clean it.
17      Q  Right.  But the equipment that you're
18 referring to, you said it's available now; right?
19      A  Yes, today.  I mean that's standard
20 equipment.   5:12PM
21      Q  Right.  And when was that first available
22 in the industry?
23      A  Sliding sleeves and smart completions have
24 been available, obviously using them in Brunei in
25 2000 -- in 1999, 2000, so they've been available for a  5:12PM

Page 169

43 (Pages 166 - 169)

CONFIDENTIAL

1 long time.                          5:12PM
2    Q   And you also mentioned chemical completion
3 or chemical injection?
4    A   Yes.
5    Q   And is that xylene soaks?      5:12PM
6    A   There is a couple of different ones, they
7 have different reasons you use them. So you -- for
8 purposes of mingled reservoirs, xylene is probably the
9 most common, but you put other kinds of chemicals down
10 the well.                           5:13PM
11       You put acids down in order to clean up
12 the pore space near the wellbore. You put xylene
13 down, you put other kinds of solvents down in the
14 well.
15       So there's a whole range of those that   5:13PM
16 would -- you have the option to choose from.
17 Typically you will give an example of the well fluid
18 to a professional engineering company who will tell
19 you what the best fluid they have is to use in that
20 circumstance.                       5:13PM
21    Q   Now, an alternative would be drilling
22 individual wells for each zone; right?
23    A   That's a possibility. If the zones are big
24 enough that they could support the independent cost of
25 a well, then that would be a choice you would

Page 170

1 consider.                           5:14PM
2    Q   And either way, it would require multiple
3 wells that would drive up the cost; right?
4    A   Well, if alls you do is put sliding sleeves
5 in the same well, that doesn't require a substantial   5:14PM
6 cost.
7       But if you're going to drill a separate
8 well, that would cost the cost of a well, yes.
9    Q   Do you agree that isolating zones for
10 production in a multi-zone scenario would require   5:14PM
11 intelligent completion to avoid commingling?
12    A   That's one approach. You could do a smart
13 completion to avoid the commingling. That would be
14 one approach.
15    Q   And so another problem with isolating   5:14PM
16 zones would be that the production occurs at a
17 slower rate than when the fluids are commingled;
18 correct?
19    A   It depends on how different the zones are.
20 Right. If the zones are not very different, then the   5:15PM
21 answer is no. It produces fine.
22       If the zones are very, very different,
23 then yes, it could stretch things out.
24       Remember, the higher pressure zone will
25 lower down until whatever the other pressure is. So   5:15PM

Page 171

1 if the pressures aren't very different, then very   5:15PM
2 soon the commingling is fine.
3    Q   Right. But if they are different
4 pressures, then the commingling is not fine?
5    A   Right. But these reservoirs are at, you   5:15PM
6 know, 15, 16, 17,000 psi and the difference between
7 the different sands is only a few hundred.
8    Q   Slower rate of production impacts the NPV
9 because you have to discount the value of the
10 production number a longer period of time; correct?   5:15PM
11    A   Yes.
12    Q   And so if you're unable to commingle the
13 fluids, it would negatively impact the NPV?
14    A   Depending on how you do it, to a small
15 effect or to a large effect, yes, because it does not   5:16PM
16 positively impact it, I can say that.
17    Q   Let's put it this way. So it does not
18 positively impact the economics?
19    A   It may not actually -- commingling may
20 improve the economics and so it just depends on what   5:16PM
21 your alternatives are.
22    Q   Right. The inability to commingle?
23    A   Well, the --
24    Q   You kind of laughed. I mean, the
25 inability to commingle would negatively impact the   5:16PM

Page 172

1 economics?                          5:16PM
2    A   The inability to commingle will raise your
3 costs. The question is does it also raise your
4 production and your income? So that's an economic
5 calculation that has to be made.      5:16PM
6    Q   But all things being equal, if all other
7 things held steady, then it would negatively impact
8 the economics?
9    A   No, because if you're producing twice as
10 much oil from two zones, okay, then the net present   5:17PM
11 value of that could outweigh the actual cost of doing
12 a smart completion. That's why you would do it.
13       So it just depends on what you're costing
14 versus what you're getting. So you have to do that
15 calculation.                        5:17PM
16    Q   So you have to do a calculation for a
17 particular project. You cannot decide that in a
18 vacuum?
19    A   Correct.
20    Q   Now, asphaltene instability can have major   5:17PM
21 implications for field development; right?
22    A   If one does not account for them, it can
23 have very major implications.
24    Q   So it could stretch from expenditure risk
25 for one well to that of an entire field; right?   5:17PM

Page 173

44 (Pages 170 - 173)

CONFIDENTIAL

| | |
|---|---|
| 1    A   Well, the worst thing -- well, you would    5:17PM | 1   continue to do it without taking action early on.    5:20PM |

1   A   Well, the worst thing -- well, you would   5:17PM
2   never allow a situation to occur where you would put
3   in jeopardy a field because of asphaltenes. There are
4   always inexpensive mitigation steps that you could
5   take to account for it.   5:18PM
6   Q   So regardless of potential mitigation, it
7   does have impacts?
8   A   It does have -- it impacts your plan, yes.
9   Q   Right. So -- and also commingling oil
10   from different zones or reservoirs can exacerbate   5:18PM
11   the asphaltene deposition issues; right?
12   A   Depending on what the asphaltene dropout
13   pressure is in one reservoir versus the other
14   reservoir, if you didn't account for it, you could
15   create a problem.   5:18PM
16   Q   That's because commingling zones increase
17   asphaltene onset pressures; right?
18   A   It can. It doesn't always and it's -- it
19   can change the dropout pressure, but the dropout
20   pressure -- estimating and measuring dropout pressures  5:19PM
21   is not an exact science, so it's always something that
22   you make sure you err on the safe side of.
23   So you don't try to run it very close to
24   exactly the dropout pressure.
25   Q   Can you refer to asphaltene onset   5:19PM

Page 174

1   pressures with an acronym?   5:19PM
2   A   AOP.
3   Q   So I'm going to refer to AOP for ease of
4   use there.
5   So AOPs cause precipitation and deposition   5:19PM
6   in tubing, impeding the oil flow; right?
7   A   It could. But if you inject a solvent at
8   the face of the reservoir, then that will stabilize --
9   or keep the asphaltene in solution and your risk of
10   deposition along the equipment is highly reduced.   5:19PM
11   It also depends upon the pressure drop
12   between the reservoir and the surface. So if that
13   pressure drop is big, you run a bigger risk. If
14   that pressure drop is small and it doesn't reach
15   asphaltene pressure, you have no risk. So it   5:20PM
16   depends.
17   Q   So part of the risk is that asphaltenes
18   can plug tubing; right?
19   A   It can, but no one ever allows that to
20   happen because you have pressure measurements in a   5:20PM
21   wellbore and if it starts to -- if the size of the
22   tubing or in the tubing -- if the size of the --
23   effective size of the tubing starts to shrink, you'll
24   see that in your pressure measurement right away.
25   So you would never sit there and just   5:20PM

Page 175

1   continue to do it without taking action early on.   5:20PM
2   Q   I would like to show you a document.
3   MS. JENSEN: You should be able to see
4   what's been marked as Exhibit 534. And the Bates
5   number for this document is APC-01760992.   5:22PM
6   (Whereupon, Exhibit 534 was marked for
7   identification.)
8   BY MS. JENSEN:
9   Q   Let me know when you're able to see this
10   document.   5:22PM
11   A   I can see it.
12   Q   Oh, great. That was fast. Okay.
13   Do you recognize this document?
14   A   I looked at a lot of documents, but this one
15   looks familiar. So I don't see anything in there that  5:23PM
16   makes me think I didn't see it.
17   Q   Okay. So this is an article that you
18   produced in this case?
19   A   Right.
20   MS. JENSEN: And for the record, this is a   5:23PM
21   document or article with a -- that's entitled
22   "Asphaltene Onset Pressure Uncertainty and Other
23   Asphaltene Issues and Field Development Planning."
24   Q   You refer to this paper on asphaltene
25   mitigation?   5:23PM

Page 176

1   A   Yes.   5:23PM
2   Q   And did you consider this document in
3   forming your opinions?
4   A   I considered this document as consistent
5   with my experiences with asphaltenes.   5:24PM
6   Q   This was published in 2017; correct?
7   A   Let me take a look. This was a paper
8   presented in 2017 at the Offshore Technology
9   Conference.
10   Q   Do you know when in 2017 it was --   5:24PM
11   A   Yes, well, it says on there, May 1st through
12   4th. Before COVID, the Offshore Technology Conference
13   was always in Houston the first weekend in May.
14   Q   This came out in May of 2017?
15   A   Yes.   5:24PM
16   Q   I would like to turn your attention to
17   Page 10.
18   A   It's Page -- it's Page 10 is the one with
19   loss of PI due to asphaltene accumulation in the near
20   wellbore.   5:25PM
21   Q   Right. What is PI?
22   A   Production index.
23   Q   Okay. This diagram is a productivity
24   index?
25   A   Yes.   5:25PM

Page 177

45 (Pages 174 - 177)

```
 1    Q   And this relates to the loss of        5:25PM
 2  productivity due to asphaltene accumulation; right?
 3    A   Under the -- yes, under the conditions they
 4  did there, which was the particular mitigation that
 5  they did where they did -- in this case they just did   5:25PM
 6  xylene washes every once in awhile to clean it up at
 7  the reservoir face.
 8    Q   This is something that you mentioned
 9  earlier; right?
10    A   Yes.                                     5:26PM
11    Q   That being the xylene soaks?
12    A   Yes, this is one way of tackling it, but
13  yes.
14    Q   Okay.  So in this chart it depicts that
15  the productivity index was increased only             5:26PM
16  temporarily?
17    A   Well, if all you do is soak it to solve it,
18  you have not solved the problem, right.  Then you take
19  the soak away and you're back to the same condition.
20  So yes.                                        5:26PM
21    Q   So -- but I'm just confirming that the --
22  what you referenced earlier, xylene washes -- or
23  here it's called washes; right?  Is that the same?
24    A   No, not exactly because a xylene wash is a
25  one-time thing.  You push it in and you wash it down   5:26PM
```
Page 178

```
 1  there.                                         5:26PM
 2       I'm talking about actually putting a
 3  continuous chemical injection system down in the
 4  wellbore so it runs continuously.  So that's I think
 5  kind of one of the things they talk about when they   5:27PM
 6  show their little chart on Page 9.
 7    Q   Let's look at the paragraph before, which
 8  is now on Page 9 of the article.
 9    A   Yes.
10    Q   And you see that it says, "Mitigation and   5:27PM
11  remediation can be planned or not during the field
12  development plan but they do not often address the
13  root cause of asphaltene instability.  Most
14  importantly, what happens in the reservoir stays
15  usually in the reservoir, not allowing access to     5:27PM
16  evidence collection for postmortem analysis, causing
17  disastrous consequences such as loss of
18  productivity, total shut down, expensive and time
19  consuming xylene wash near production as shown"
20  below.                                         5:28PM
21       Do you see that?
22    A   Yes.
23    Q   And again, this is a paper that you cited
24  in your report; correct?
25    A   Right.  But -- yes.  So -- but that        5:28PM
```
Page 179

```
 1  doesn't -- that's situation where that has nothing to   5:28PM
 2  do with commingling.  That's individual reservoirs and
 3  the individual reservoir's asphaltene dropout
 4  pressures at Shenandoah are pretty low, so that's not
 5  going to happen for many, many years.  And it may not   5:28PM
 6  happen at all if you have reservoir pressure support
 7  from the aquifer.
 8    Q   I asked a very simple question.
 9       MS. JENSEN:  I'm going to move to strike
10  everything after "right."                       5:28PM
11    Q   Okay.  So this talks about a loss of
12  productivity and complete shut down.  You would
13  agree those are disastrous consequences; correct?
14    A   Yes.
15    Q   You had talked about the level of           5:29PM
16  asphaltenes for Anadarko.  Do you recall the level
17  of asphaltenes in Anadarko -- I'm sorry, for
18  Shenandoah?
19    A   Meaning the amount of asphaltene in solution
20  in the --                                       5:29PM
21    Q   The AOP?
22    A   Oh, the asphaltene onset pressure.  The
23  individual reservoirs I believe were fairly low.  I
24  don't recall the exact numbers, but I'm thinking
25  somewhere between 5,000 and 9,000 psi.          5:29PM
```
Page 180

```
 1       The issue was is when they commingle them,   5:29PM
 2  they got some numbers that were higher than that
 3  where the asphaltene dropout pressure for the
 4  commingled fluid might be higher.
 5       So that was part of the uncertainty in     5:29PM
 6  question that if you did nothing, that that would be
 7  of concern.
 8    Q   In fact, the blended oils was 19,500 psig;
 9  correct?
10    A   Without the numbers in front of me, I don't   5:30PM
11  know for sure.  But it may be something around that
12  order, yes.  I remember it was quite high.
13    Q   Extraordinarily high; correct?
14    A   Well, when you commingle things,
15  extraordinary is a -- not a very definite word but it   5:30PM
16  was high.
17    Q   And in fact, ConocoPhillips had never seen
18  anything like it before; correct?
19    A   Well, that's true, but ConocoPhillips nor
20  anyone else had drilled a 20,000 psi reservoir yet, so  5:30PM
21  this is new area.
22    Q   Would you agree that the paper that you
23  referenced in your report talks about how there's
24  5 percent of wells in the GoM that have severe
25  issues related to asphaltenes?                   5:31PM
```
Page 181

46 (Pages 178 - 181)

CONFIDENTIAL

1    A  I remember the paper said there were a    5:31PM
2  number of them in there.  In fact, some of those
3  fields are fields that Anadarko operates and they have
4  successfully operated those fields with asphaltenes in
5  them, so they are experienced in it.           5:31PM
6    Q  So compared to the 5 percent that is
7  indicated in this article, how many of the
8  Shenandoah wells had problems with asphaltene?
9    A  I don't know the exact number.  Remember,
10  you can only measure that if you have a -- if you have  5:31PM
11  a fluid sample, an oil fluid sample.  And they did not
12  have fluid samples, obviously, at the wells that were
13  wet.
14        And so the key fluid sample that drove --
15  fluid samples that drove these measurements were    5:32PM
16  from Shen 4 sidetrack 1 and Shen 5.
17        So Shen 5 I believe had a slightly higher
18  level in some of the reservoirs of the solution of
19  asphaltenes.
20    Q  And which Shenandoah wells encountered    5:32PM
21  tar?
22    A  Tar is a slightly different issue.  I
23  believe the Shen 5 well encountered what's referred to
24  typically as a tar mat.  And these also are not
25  uncommon in deepwater.                          5:32PM

Page 182

1    Q  In fact, Shen 1, Shen 4 sidetrack 2,    5:32PM
2  Shen 5 and Shen 6 sidetrack 2 all encountered tar;
3  correct?
4    A  They encountered different levels in
5  different places of tar mats, yes.              5:32PM
6    Q  So the answer is yes; correct?
7    A  Yes.  They encountered different ones, yes.
8    Q  So that's four out of six wells indicated
9  there was tar or asphaltene issues?
10    A  Well, I don't know what you mean by    5:33PM
11  "issues."  There are tar mats there which typically
12  are not extensive laterally.  That's why you don't
13  find them consistently.  And there is asphaltenes,
14  which one has to account for with mitigation
15  techniques.                                     5:33PM
16    Q  So again, I believe the answer to my
17  question is yes; right?
18    A  Okay.  Yes, they encountered tar and yes,
19  they had fluids with asphaltenes.
20    Q  Okay.  Did you review any of the risk    5:33PM
21  registers at Shenandoah?
22    A  I believe I looked at a risk register which
23  lists all the possible risk and then also talks about
24  what the -- usually it's broken up into what the
25  threats and the mitigations are and, you know,    5:34PM

Page 183

1  et cetera.  So -- but yes, I think I looked at one --  5:34PM
2  at least one of them.
3        MS. JENSEN:  All right.  I've marked as
4  Exhibit 535 a native document produced in this
5  action and the Bates on it is APC-01183190.        5:36PM
6        (Whereupon, Exhibit 535 was marked for
7  identification.)
8  BY MS. JENSEN:
9    Q  Do you see that?
10    A  535?                                      5:36PM
11    Q  Yes.
12    A  That's interesting, for some reason it came
13  across as coming at 10:25 a.m., I have no idea why
14  it's out of order with the rest of them.  It's a
15  PowerPoint?                                      5:36PM
16    Q  Yes, it's a PowerPoint.  This appears to
17  be a PowerPoint dated April 5th, 2016.
18    A  Yes, I have it up.
19        107 slides.
20    Q  We won't go through all of them, I    5:37PM
21  promise.
22    A  Let me look at the first few.
23        Yes.
24    Q  You've seen this before?
25    A  Yes.                                      5:37PM

Page 184

1    Q  Now, if you fast click to 49.  Apologies,    5:37PM
2  it's actually slide 50.
3    A  "Asphaltene Mitigation," yes.
4    Q  And the next slide?
5    A  After 50 or -- where it says "Testing    5:38PM
6  Results" or you want to go one past that?
7    Q  That one I've got under slide 50.  I don't
8  know if yours is different, but that's what I show
9  is slide 50.
10    A  Okay.  I'm looking at "Shenandoah Testing    5:38PM
11  Results."
12    Q  And the asphaltene onset pressures, what
13  we've been calling AOP; right?
14    A  Yes.
15    Q  Range from 8,000 to 14,000 psi?            5:38PM
16    A  Yes.
17    Q  The commingling resulted in 16,000 to
18  20,000 plus psi?
19    A  Yes.
20    Q  Earlier you testified that you had worked    5:38PM
21  on a project with AOP of I believe 4,000 psi?
22    A  Well, but the pressure in the reservoir was
23  only about 12,000 psi, so yes.
24    Q  Right.  But the AOP was 4,000 psi?
25    A  Yes.                                      5:39PM

Page 185

47 (Pages 182 - 185)

CONFIDENTIAL

| | Page 186 | | Page 188 |
|---|---|---|---|

```
 1    Q    You'll agree that 8,000 to 14,000 psi is    5:39PM
 2  more severe or higher?
 3    A    Well, the important parameter is the
 4  distance between the reservoir pressure and the onset
 5  pressure.  So in this case, if the reservoir pressure  5:39PM
 6  is 20, you've got 6 to 12,000 psi range.  In the
 7  case -- my case, it was 12 to 4, I had 8,000 psi
 8  range.
 9    Q    Okay.  And then with the commingling up to
10  20,000 K here?    5:39PM
11    A    Yes, that makes it considerably worse.
12    Q    Right.  Okay.  In this slide it depicts
13  that the precipitation in the tubing was expected
14  from day one of production and that would be
15  10,000 feet below mud line.    5:39PM
16         Do you see that?
17    A    Yes.  So what they did is they calculated
18  with no mitigation what would happen within the tubing
19  because as the fluid flows up the tubing, the pressure
20  drops and the temperature changes.    5:40PM
21    Q    That means that according to the slide,
22  which doesn't comment on that one way or the other,
23  it means from the very beginning other they would be
24  dealing with precipitation; correct?
25    A    With no mitigation, yes.    5:40PM
                                              Page 186
```

```
 1    A    Yes.    5:41PM
 2    Q    And it says that most productivity gains
 3  from mitigation are gone with in 30 days; right?
 4    A    That's what it says.
 5    Q    Okay.  And you have no reason to dispute    5:41PM
 6  that that's what Anadarko thought internally at the
 7  time; right?
 8    A    No, these are obviously soaks, right,
 9  because you can see the timing of each soak.  So
10  that's not the only mitigation method.    5:42PM
11         But yeah, if that's all you do is soaks,
12  this is probably what you would get.
13    Q    It doesn't say here that it's only soaks,
14  does it?
15    A    Well, if it was continuous, it wouldn't go    5:42PM
16  up and down.
17    Q    But it doesn't say anything about soaks on
18  the slide, does it?
19    A    It does not say anything about it.
20    Q    All right.  Let's turn to the next slide,    5:42PM
21  "Mitigations Success and Path Forward."
22    A    Yes.
23    Q    This one says that the recent solvents are
24  much more effective but not restored for the long
25  term; right?    5:42PM
                                              Page 188
```

```
 1    Q    It doesn't say that on this slide, does    5:40PM
 2  it?
 3    A    Well, they continued to develop the field
 4  and if was the case with mitigation, then the field
 5  wouldn't be developable.    5:40PM
 6    Q    Okay.  We can just set that aside because
 7  we know that Anadarko wrote this off.
 8         But in any event, below that it says,
 9  "Asphaltene deposition at the rate of
10  2 barrels/20,000 barrels of oil flow."  Right?    5:40PM
11    A    That's what it says, yes.
12    Q    Let's turn to the next slide.
13    A    Okay.  Go ahead.
14    Q    Did you hear me?
15    A    Yes.  I'm looking at mitigations now.    5:41PM
16    Q    Okay.  This is after the slide we were
17  just looking at; right?  And the slide before was
18  depicting the severity of the problem; right?
19    A    It was predicting the potential severity of
20  the problem.    5:41PM
21    Q    Okay.  And then now under the mitigation
22  experience, it says that it has nine years of field
23  experience; right?
24    A    Yes.
25    Q    Ten plus wells; right?    5:41PM
                                              Page 187
```

```
 1    A    I'm trying to see where you read the second  5:42PM
 2  part from.  I see, "Recent solvents are much more
 3  effective" and then I see, "Field trial for continuous
 4  inhibition planned for 2017."
 5    Q    And the productivity index on this diagram    5:43PM
 6  is going down?
 7    A    Productivity index will always go down as
 8  you produce a field, doesn't stay constant.
 9    Q    It's depicting a downward arrow; correct?
10    A    Yes, but I mean, it would do that even if    5:43PM
11  asphaltenes weren't there.
12    Q    Okay.
13    A    Productivity index always drops over time.
14    Q    This is Anadarko's track record; right?
15    A    This is a combination of their experience    5:43PM
16  and what they plan to try to do, yes.
17    Q    And they are referring to field trials?
18    A    Yes.
19    Q    They still didn't have any proven
20  strategies as of this time; correct?    5:44PM
21    A    Putting up a continuous chemical injection
22  at the face of the reservoir is a proven technology,
23  they just had not done it --
24    Q    Okay.
25    A    -- here.    5:44PM
                                              Page 189
```

48 (Pages 186 - 189)

CONFIDENTIAL

Page 190

```
1    Q   And this was the sum total of their      5:44PM
2  mitigation success as they put it?
3    A   I think there was a number of things in
4  their mitigation, one was investigating this, one was
5  doing soaks and another one was actually if in the   5:44PM
6  worst case actually having to intervene with coil
7  tubing.
8    Q   And they found that the chemical
9  injections were only 20 to 30 percent effective;
10 right?                                       5:44PM
11   A   The chemical injection soaks, yes.
12   Q   Okay.  You can set that aside.
13       MS. JENSEN:  You should be able to see
14 what's been marked as Exhibit 536.
15       And for the record, this is a document in   5:45PM
16 native that was produced in this case with a Bates
17 stamp APC-01677836.
18       (Whereupon, Exhibit 536 was marked for
19 identification.)
20 BY MS. JENSEN:                               5:46PM
21   Q   Have you seen this document before?
22   A   I'll look.  I'm not sure if I've seen this
23 exact presentation before.  I may have seen it in a
24 different form.  But I do recognize a number of the
25 slides.                                      5:47PM
```

Page 191

```
1    Q   Okay.  For the record, this is a        5:47PM
2  PowerPoint presentation on "Shenandoah Field
3  Development Flow Assurance - Dry Tree."
4    A   Correct.
5    Q   What's the difference between dry tree and  5:47PM
6  wet tree?
7    A   A wet tree sits on the seafloor.  And a dry
8  tree sits at the surface above the ocean.
9    Q   Please turn to slide 7.
10   A   "Why Ability to Enter the Well is        5:47PM
11 Necessary?"
12   Q   Okay.  Do you see the second bullet there
13 says, "Mixing of zones, cross flow may result in
14 asphaltene destabilization, zone impairment
15 resulting in productivity decline.  Potential to   5:47PM
16 lose recoverable reserves."
17       And there is a number of historical well
18 impairment or failures below that.
19   A   Yes, of which only two of them refer to
20 asphaltene.  One of them is wax paraffin, one is   5:48PM
21 corrosion and one is sand.
22   Q   Okay.  So I'll --
23   A   Those are all well impairments.
24   Q   Right.  I'm not asking you to categorize
25 them.  These -- it says here these are well   5:48PM
```

Page 192

```
1  impairment, well failure examples; right?      5:48PM
2    A   Yes, there are examples of well failures.
3    Q   And one of those well failures is the K2
4  and that was on account of asphaltene; correct?
5    A   Yes, before they did mitigation.       5:48PM
6    Q   This was an Anadarko well that you cited
7  as a success?
8    A   No, I cited the field as a success, not one
9  particular well.  So they learned from that well and
10 then they made changes to the way they operated the   5:48PM
11 field.
12   Q   But this particle well, the K2 well failed
13 because of asphaltenes?
14   A   K2 is a field, there's one well in the K2
15 field.                                       5:49PM
16   Q   That failed --
17   A   K2 is not a well.
18   Q   -- because of asphaltene; right?
19   A   Yes.
20   Q   And then also Constitution was also a well   5:49PM
21 impairment or well failure example due to
22 asphaltene?
23   A   That's a -- Constitution in Ticonderoga are
24 fields.  And in those fields there was a well
25 impairment, not necessarily a well failure but there   5:49PM
```

Page 193

```
1  was well impairment due to asphaltene, yes.      5:49PM
2    Q   And, likewise, Ticonderoga was also a well
3  failure due to asphaltene; right?  So there's not
4  actually just two, it's three?
5    A   I believe they are a joint producing field.  5:49PM
6    Q   Okay.  And are you saying that's just one
7  well then?
8    A   I don't know exactly which well it is.  They
9  don't say which well here.
10   Q   Okay.                                   5:50PM
11   A   It would have been nice if they gave the
12 well name.
13   Q   In any event, they don't say it and for
14 purposes of this slide, at the time when they were
15 looking at this, there were historical well       5:50PM
16 impairment/well failure examples due to asphaltene;
17 correct?
18   A   Yes, there are well failures if you don't
19 take care of your well and you can see a bunch of
20 reasons there why that can occur.             5:50PM
21   Q   Let's walk through some of the asphaltene
22 mitigation strategies that you talk about in your
23 report.
24       You talked about chemical injection, we
25 talked about that; right?                     5:50PM
```

49 (Pages 190 - 193)

| | |
|---|---|
| 1    A   Yes, chemical injection -- I consider    5:50PM | 1     MS. JENSEN: For the record, this is a    5:53PM |

**Page 194**

1  A  Yes, chemical injection -- I consider  5:50PM
2  chemical injection to be a continuous injection at the
3  well face.
4  Q  Coated tubing?
5  A  You can coat the tubing, you can buy special  5:51PM
6  tubing that has coating on the inside that prevents
7  asphaltene deposition from building up on it.
8  Q  And xylene soaks?
9  A  Xylene soaks were the examples that you
10  showed there earlier where if you start to have -- you  5:51PM
11  do nothing and if you start to have asphaltene
12  deposition, you go down and basically try to wash it
13  out with xylene.
14  Q  And production logging?
15  A  Production logging is when I put it as a  5:51PM
16  mitigation, you want to do production logging so that
17  you understand what's going on in your well.
18  So that's -- when I say "mitigation,"
19  information is power here.  If you're having an
20  issue, you don't want to wait until is so severe  5:51PM
21  that it's difficult to solve.  So production logging
22  allows you to keep track of it.
23  Q  Use of completion equipment I believe you
24  said was --
25  A  Right.  That's the sliding sleeves, the  5:52PM

**Page 195**

1  smart completions, all of that technology.  5:52PM
2  Q  And so those were the mitigation
3  strategies that you mentioned in your report;
4  correct?
5  A  Yes.  5:52PM
6  Q  Do you know who the flow assurance
7  engineer was at Anadarko?
8  A  I do not, actually.  I probably saw their
9  name once upon a time, but it wasn't a name I recall.
10  Q  Did you look at internal documents about  5:52PM
11  what Anadarko knew at the time about mitigation
12  strategies and how it might apply to Shenandoah?
13  A  I looked at some of their internal
14  documentation, in particular I looked at some of their
15  spreadsheets that define what their mitigation would  5:53PM
16  be as a function of month and year just to understand
17  how they were calculating costs, et cetera.
18  Q  But you didn't look at all the internal
19  correspondence by the people who were responsible
20  for it at the time?  5:53PM
21  A  I doubt I looked at all of them.
22  MS. JENSEN: I've now pulled up for you
23  what's been marked as Exhibit 537.
24  (Whereupon, Exhibit 537 was marked for
25  identification.)  1:33PM

**Page 196**

1  document that bears the Bates stamp APC-00011721.
2  Q  MS. JENSEN: For the record, this is a  5:53PM
3  THE WITNESS: Okay.
4  BY MS. JENSEN:
5  Q  Okay.  If you'll take a look at -- you may  5:53PM
6  need to zoom in here.  I know I need to.
7  So do you see this is an email from Nikhil
8  Joshi to --
9  A  Yes.
10  Q  -- a number of people including Ms. Lea  5:54PM
11  Frye and others with the subject "Shenandoah flow
12  assurance report and impact on concept selection."
13  A  Yes.
14  Q  Okay.  Now, if you'll turn to Page 10.
15  Okay.  5:55PM
16  Q  There is a discussion here in the context
17  of Shenandoah about asphaltene mitigation in
18  Section 3.3 of this memo.
19  You see that?
20  A  Yes.  5:55PM
21  Q  Okay.  And there's discussion about
22  asphaltene precipitation in the reservoir, 3.3.1.
23  And then there is a conclusion there which is
24  underlined or underscored.
25  And do you see that?  5:55PM

**Page 197**

1  A  Not yet, I'm looking.  Down at the bottom  5:55PM
2  right before 3.3.2.
3  Yes, I do see the part that's underlined.
4  Q  That part that's underlined says,
5  "Therefore, water injection to maintain pressure  5:55PM
6  cannot be considered as a reliable mitigation
7  measure for asphaltene precipitation and deposition
8  in the reservoir for concept selection."  Correct?
9  A  That's what it says, yes.
10  Q  If you turn down to the next page, there  5:56PM
11  is a discussion on -- this is Page 11 of the PDF.
12  And it talks about solvents such as xylene.
13  Do you see that?
14  A  Are you talking about the underlined part
15  right before 3.3.3?  5:56PM
16  Q  Yes.  But I'm talking about what is the
17  context here.
18  And the context is the xylene soaks that
19  you were talking about; right?
20  A  Yes.  5:56PM
21  Q  He concludes, "Therefore, asphaltene
22  squeeze and/or solvent stimulations are not a
23  reliable method to mitigate asphaltene deposition
24  near wellbore."
25  Do you see that?  5:56PM

CONFIDENTIAL

| | |
|---|---|
| 1 A Yes. 5:56PM | 1 inhibition." Right? 6:05PM |
| 2 Q There's also -- | 2 A At this time in 2015, that may be true. I |
| 3 A Right below it, it says, "asphaltene | 3 don't -- I'll take your word for it, but I don't know |
| 4 deposition in the wellbore may be mitigated with | 4 for a fact. |
| 5 chemicals but testing is required," on the same page. 5:57PM | 5 Q But that's what Anadarko thought at the 6:05PM |
| 6 Q It says, "may be mitigated with chemicals | 6 time? |
| 7 but significant testing is required." And it also | 7 A That's what it says. |
| 8 says that chemical injections are only partly | 8 Q Okay. So that means that on the reverse |
| 9 effective in preventing deposition; right? | 9 side of the coin would be that 70 to 80 percent of |
| 10 A Yes -- well, I believe that's true, but I'm 5:57PM | 10 asphaltene deposition would not be inhibited; 6:05PM |
| 11 not sure where it says that, so... | 11 correct? |
| 12 Q Okay. You remember that. | 12 A No, I don't think you can draw that |
| 13 It says that "Improved effectiveness is | 13 conclusion, but... |
| 14 being pursued by developing new chemistries but such | 14 Q I mean, if it offers only 20 to 30 percent |
| 15 a technology should be considered as new and 5:57PM | 15 inhibition, that means the remainder would be what 6:05PM |
| 16 unproven." Right? | 16 it doesn't inhibit; correct? |
| 17 A Yes, but this document is from 2014. | 17 A I'm not sure I understand what a percent of |
| 18 Q Understood. This is at the time when they | 18 non-inhibition is. So I don't -- I don't -- without |
| 19 were deciding -- when they were appraising | 19 spending some time and understanding exactly what |
| 20 Shenandoah; correct? 5:58PM | 20 you're saying, that doesn't necessarily -- I can't 6:06PM |
| 21 A Yes, I believe this is right around the time | 21 comment on that. I don't know. |
| 22 of Shen 3. | 22 That doesn't sound exactly right to me. |
| 23 Q I'm going to show you another document. | 23 But it's not an either/or. |
| 24 MS. JENSEN: Let's go off the record. | 24 Q Okay. Well, let's I guess agree to |
| 25 (Recess taken.) 5:58PM | 25 disagree on that one. 6:06PM |
| Page 198 | Page 200 |

| | |
|---|---|
| 1 THE VIDEOGRAPHER: Back on the record. 6:03PM | 1 A Okay. 6:06PM |
| 2 It's 6:03 p.m. | 2 Q So the next heading, though, says, "Field |
| 3 MS. JENSEN: You should be able to see in | 3 plugging known to occur with best chemical." Right? |
| 4 your Exhibit Share a document that has been marked | 4 A Yes, because they are talking about xylene |
| 5 as Exhibit 538. 6:03PM | 5 washes. 6:06PM |
| 6 (Whereupon, Exhibit 538 was marked for | 6 Q Okay. So plugging is still possible even |
| 7 identification.) | 7 with the best chemical at this time; right? |
| 8 MS. JENSEN: And for the record, this is a | 8 A If -- yes, it's possible, if you wait too |
| 9 document produced in its native format in this case | 9 long. |
| 10 and the Bates number is APC-00044530. 6:03PM | 10 Q This is what the team is saying at the 6:06PM |
| 11 THE WITNESS: Yes, I see it, "Asphaltene | 11 time; right? |
| 12 Mitigation April 2015." | 12 A Right. Right. But again, this is early in |
| 13 BY MS. JENSEN: | 13 the project by the time they -- you can see a bunch of |
| 14 Q Okay. Do you recognize this document? | 14 the slides in this that cut and pasted from previous |
| 15 You have seen this document before; right? 6:04PM | 15 slides. This is a pretty new thing that they are 6:07PM |
| 16 A Yes, in fact, it has a -- I believe a -- you | 16 looking at in 2014 and '15. It isn't till later that |
| 17 can tell there is a bunch of slides copied and pasted | 17 they start kind of screwing down on exactly what their |
| 18 from a bunch of previous presentations, but yes. | 18 plan is. |
| 19 Q If you turn to slide 8 now, just again to | 19 Q So the project started -- when did they |
| 20 orient us in time, this is now in 2015 and the 6:04PM | 20 discover Shenandoah? 6:07PM |
| 21 heading here is "Asphaltene State of the Art"; | 21 A Original discovery was in 2008 or '09. |
| 22 right? | 22 Q Now we're in 2015; right? |
| 23 A Yes. | 23 A Yes, but there was a three-year delay due to |
| 24 Q If you go to the second bullet here, it | 24 Macondo, but yes. |
| 25 says the "Best chemical offers only 20 to 30 percent 6:05PM | 25 Q We'll just -- talk about the way time 6:07PM |
| Page 199 | Page 201 |

51 (Pages 198 - 201)

1   passes; right?                          6:07PM
2        So this is now 2015, that's a number of
3   years after 2009; right?
4        A   That's true.
5        Q   More years between when it started and        6:07PM
6   when they write the thing off in 2017; right?
7        A   There are more years -- there are years in
8   between those things.  Typical wells take anywhere
9   from, to drill, three to six months, yes.
10       Q   Now, when a tube is plugged, the              6:08PM
11  production has to stop for it to be cleaned out;
12  right?
13       A   If it's completely plugged or even
14  substantially plugged, then it has to be cleaned out
15  usually by scraping.                                   6:08PM
16       Q   And requires production to be stopped in
17  order to do so; correct?
18       A   Yes, for a short time.  It doesn't take long
19  to scrape the inside of a tube.
20       MS. JENSEN:  You should be able to see           6:09PM
21  what I've marked as Exhibit 539.
22       (Whereupon, Exhibit 539 was marked for
23  identification.)
24       MS. JENSEN:  For the record, this is
25  APC-00349108.                                          6:09PM

Page 202

1        THE WITNESS:  "Workshop Day 1:  Reservoir      6:09PM
2   Uncertainties, November 18, 2014."
3   BY MS. JENSEN:
4        Q   You've seen this document?
5            Do you see this document?                    6:09PM
6        A   I'm looking to make sure I remember looking
7   at this document.  I'm not sure I remember every slide
8   in it, but yes, I remember looking at it.
9        Q   So if you turn to slide 81, fast click.
10       A   How come you can't find anything interesting 6:10PM
11  on slide 2 or 3?
12       Q   I don't know.  But my finger is going to
13  be tired after this.
14           So turning to slide 81, this refers to the
15  different intervention types with respect to          6:10PM
16  asphaltene mitigation; correct?
17       A   Is this the one that says, "Preliminary
18  Costs - Dry Tree versus Wet Tree"?
19       Q   Yes.
20       A   Yes.                                          6:10PM
21       Q   Okay.  And these are the interventions
22  that Anadarko was looking at at the time; right?
23       A   Yes, this is a version of that because the
24  numbers tend to move around.  But yes, this is
25  actually probably one of the more recent versions.     6:11PM

Page 203

1        Q   And it goes into the frequency of each of   6:11PM
2   these intervention types?
3        A   Under the assumptions, it talks about -- let
4   me see.  I don't see an intervention timeline or
5   frequency here.  I see that if you decide to           6:11PM
6   intervene, that it takes three to six months to
7   mobilize for a wet tree intervention, because it takes
8   that long to get a drill rig there, and two to three
9   months to mobilize a dry tree intervention because a
10  cable -- or a coiled tubing intervention on a platform 6:12PM
11  is a lot easier to get.
12       But I don't see anything in here that says
13  how often you would need to intervene, what the
14  interval is or when it would even start.  Because
15  obviously you wouldn't have to start until the         6:12PM
16  pressure dropped quite a bit.
17       Q   Let's turn back to the slide before that,
18  slide 80.
19       A   Okay.  There we go.  Intervention or xylene
20  soaks with a frequency of once every one to two years. 6:12PM
21       Q   Let's look at the coiled tubing CT clean
22  out.  Under there it says the "initial results
23  indicate asphaltene deposition is a significant
24  concern."
25       Do you see that?                                  6:12PM

Page 204

1        A   Yes.                                          6:12PM
2        Q   And the xylene soaks will allow frequency
3   of one cleanout one to two years?
4        A   Yes.
5        Q   Now, under the xylene, that one assumes a    6:13PM
6   frequency of once every three to 12 months?
7        A   Once pressure drops between AOP, yes.
8        Q   And then the acid stim/soak, that one
9   frequency is once every one to two years?
10       A   Yes, but that's for scale deposition.  That  6:13PM
11  doesn't have anything directly related to asphaltenes.
12  That's for something called scale.
13       Q   Okay.  And then the production logging,
14  that one there needs to be a tubing cleanout and
15  that's once per year?                                  6:14PM
16       A   Yeah, for the first two years.
17       Q   Right.
18       A   That actually is coupled.  And again, that's
19  only in the case of commingling.
20       Q   At the time they were thinking they may      6:14PM
21  need to do different zonal isolation completion
22  scenarios; right?
23       A   They were considering that.  I don't know if
24  they ever landed on exactly how they would -- which
25  zones they might commingle and which not because they  6:14PM

Page 205

52 (Pages 202 - 205)

CONFIDENTIAL

1  kept changing them and discussing which ones to do in  6:14PM
2  which wells.
3      Q   Okay.  Now, if you look at slide 81, it
4  discusses the preliminary costs.  We started looking
5  at this before.                              6:15PM
6      A   Yes.
7      Q   So there under the base case and the wet
8  tree, the costs are over 40 million for each
9  intervention?
10     A   Correct, that's because it's the cost of a  6:15PM
11 drill rig to float out there and to be above the tree
12 that's sitting on the seafloor.  So you have to pay
13 for the rig.
14     Q   Right.  And then -- so that's -- during
15 that time, during the intervention, there is no oil  6:15PM
16 production at that time; right?
17     A   Most of that intervention time is getting
18 things positioned.  So during the intervention itself,
19 there is no production.  But interventions only take
20 on the order of a few days.                   6:15PM
21     Q   So I believe you mentioned earlier that
22 Anadarko never really could decide on a mitigation
23 strategy?
24     A   I think what they did is they had a
25 portfolio of mitigations that they were going to     6:16PM
                                                  Page 206

1  consider, but since they didn't get to a final  6:16PM
2  development plan, they didn't necessarily land on any
3  of them, or maybe all of them.  So...
4      Q   Okay.
5      A   By the way, these are all interventions,  6:17PM
6  there isn't anything in there that's just like
7  continuous injection.  These are all if everything
8  else fails and you have to intervene into the well,
9  these are the possibilities you could do.
10     MS. JENSEN:  So there is no question    6:17PM
11 pending, actually.  Let me show you a document
12 that's been marked as Exhibit 540.  And for the
13 record, this is APC-00052041.
14         (Whereupon, Exhibit 540 was marked for
15 identification.)                              6:17PM
16     THE WITNESS:  Okay.
17 BY MS. JENSEN:
18     Q   Now we're in late 2015; right?
19     A   Yes.  So 2015, this is probably about the
20 time -- this is pretty late.  So this is Shen -- let  6:18PM
21 me check the date on Shen 6.
22         This is after Shen 5, before Shen 6.
23     Q   Okay.  So if you look at Nikhil's email of
24 October 21st, 2015, he says to Pat that they were
25 pursuing the coating of the tubing that you       6:18PM
                                                  Page 207

1  mentioned earlier?                          6:18PM
2      A   Yes.
3      Q   Okay.  And said that he was -- basically,
4  "In short," he says, so now I'm quoting, "the tubing
5  coating is not on the table for any of our wells  6:18PM
6  today."
7          Is this an email that you had looked at
8  before you submitted your report?
9      A   No, I don't believe I saw this email.
10     Q   Okay.  And you mentioned Typhoon in your  6:19PM
11 report as an example of successful asphaltene
12 mitigation; right?
13     A   Yes.
14     Q   Okay.  Typhoon was a Chevron project?
15     A   Yes.                               6:19PM
16     Q   They used coated tubing in that project?
17     A   They did, yes, they did use coated tubing in
18 the project.
19     Q   Okay.  And he's saying -- Joshi is saying
20 that the tubing is still in the proof-of-concept  6:19PM
21 phase; right?
22     A   Well, that may have been his awareness and
23 his opinion.  I happen to have been aware of coated
24 tubings being used for -- before that.  So he's aware
25 of the one of Typhoon, but I was aware of others.  6:20PM
                                                  Page 208

1      Q   Right.  He was saying at this point    6:20PM
2  they're still trying to figure out if it's feasible;
3  right?
4      A   Right.  So he's not sure who to contact or
5  how to -- according to the email I'm reading there, he  6:20PM
6  didn't know who to contact or how to pursue it.
7      Q   He's saying at this point "the tubing
8  coating is not on the table for any of our wells
9  today."  Right?
10     A   That's what he says, yes.             6:20PM
11     Q   You are aware that by June of 2016, the
12 coated tubing was only listed as a backup mitigation
13 candidate?
14     A   I haven't seen where it was listed as a --
15 with the specific title "backup."  But I know it was  6:20PM
16 one that -- and you can see from there that was at
17 least potentially available and being considered.
18     Q   By September 2016, coated tubing was not
19 even in the running as a consideration for a
20 mitigation strategy; right?                    6:21PM
21     A   That email indicated that he was not
22 considering it in the development strategy at that
23 point in time, yes.
24     Q   Right.  And a year later, it was not even
25 a candidate at all for the mitigation; right?   6:21PM
                                                  Page 209

                                    53 (Pages 206 - 209)

CONFIDENTIAL

1    A   At that time it was not a candidate.        6:21PM
2    Q   Okay.  So at this point of late 2016,
3  coated tubing was not a candidate.  Chemicals only
4  offered 20 to 30 percent innovation; right?
5    A   You're talking about xylene soaks, xylene    6:21PM
6  soaks offered potentially somewhere around that
7  according to their documentation.
8    Q   Okay.  And according to their
9  documentation, plugging could still occur with the
10  best chemicals; right?                           6:21PM
11    A   Under the right circumstances, with no
12  pressure support and without the proper mitigation and
13  intervention, then it would be possible that that
14  could be a problem.
15    Q   An according to Anadarko's documents at    6:22PM
16  that time, the technologies for mitigation were
17  still new and unheard of then; right?
18    A   No, I don't think they were new and
19  unproven.  They were still exploring what all the
20  possibilities were.  Obviously they had already proven  6:22PM
21  some of the mitigation strategies in other fields.
22    Q   So according to documents we saw, it was
23  expressed that they were new and unproven; correct?
24    A   They felt some of them were unproven.  But
25  others they had already used in some of -- Anadarko  6:22PM

Page 210

1  had also used in some of their other fields.       6:22PM
2    Q   The interventions could cost also up to
3  $40 million as we saw; right?
4    A   If you were going to have to mobilize a
5  drilling rig for a wet tree entry, it could cost    6:23PM
6  upwards of 40 to $45 million, yes, or in that range.
7    Q   And even with that cost, the production
8  could still be stopped; right?
9    A   Well, the -- you would only bring out that
10  drilling rig if you wanted to prevent the production  6:23PM
11  from being stopped.  You would not allow the
12  production to be stopped and then bring the drilling
13  rig out.
14    Q   Right.  And we talked earlier about the
15  production stopping?                             6:23PM
16    A   Yes, well, if the production stopped because
17  the tubing had plugged up, then you would have to
18  intervene in some way to clean that.
19    Q   And the production would be stopped during
20  that time?                                        6:23PM
21    A   Oh, you mean in terms of production?
22    Q   Yes.
23    A   Yes, but you would know way before then if
24  you were starting to run into a problem because the
25  pressure would drop and your flow rates would start to  6:24PM

Page 211

1  drop down.  So you would have ample warning and you   6:24PM
2  would never allow that to happen.
3       MS. JENSEN:  Okay.  Let's take a break.
4       THE WITNESS:  How long?
5       THE VIDEOGRAPHER:  Off the record.  It's    6:24PM
6  6:24 p.m.
7       (Recess taken.)
8       THE VIDEOGRAPHER:  We're back on the
9  record.  It's 6:41 p.m.
10  BY MS. JENSEN:                                    6:41PM
11    Q   What tools are available to geophysicists
12  to identify faults?
13    A   So faults can be -- for geophysicists, most
14  faults that they identify are from their mapping of
15  the seismic data where they look for discontinuities  6:42PM
16  in the seismic as you move laterally.
17       But geophysicists also use faults that are
18  seen in wells and sometimes faults that are implied
19  from -- faults that are implied from tops that are
20  measured in wells.                                6:42PM
21    Q   What is a coherence map?
22    A   Yes, a coherency map, also referred to as a
23  dissemblance volume or -- basically you take a volume
24  of seismic data, which is a sample, you know, every
25  say 10, 15 feet by 100 feet by 100 feet.         6:43PM

Page 212

1       You have this huge volume of data and you   6:43PM
2  look at how similar the samples are laterally
3  compared to each other.
4       If they look very similar, in other words,
5  you're looking at something where events are        6:43PM
6  continuous, if it looks very similar, you get a very
7  low value.  So a high coherency.
8       If they look very different because the
9  event has been broken and there's something else
10  juxtaposed against it, then the -- then the -- you   6:43PM
11  would get a very low correlation.
12       So you can generate an entire volume of
13  these correlations or dissemblance.  Then if you
14  kind of draw a map or traverse or anything through
15  that, you'll see where things look coherent and     6:44PM
16  where they don't look coherent.
17       That can sometimes be used to spot
18  discontinuities in the data.
19    Q   And discontinuities also can be called
20  faults; right?                                    6:44PM
21    A   Yes, discontinuities can be faults, they can
22  be barriers, they can be seismic noise.
23    Q   Do anomalies -- I can't say that word.
24    A   Anomalies.
25    Q   Do anomalies on a coherency map indicate   6:44PM

Page 213

54 (Pages 210 - 213)

1 faults?                                    6:44PM
2    A   They may or may not.  Usually what you would
3 do is you would look at how those anomalies, how those
4 incoherences map out.  If the incoherence is a
5 continuous set of discontinuities that can form a    6:44PM
6 surface, then you would be more likely to interpret it
7 as a fault.
8    Q   OBMI wireline logs, they can also identify
9 faults; correct?
10   A   So the OBMI is a tool that goes in a well   6:45PM
11 that looks basically at the layering of the sediment
12 in a 3D sense around the wellbore.  So if there is a
13 discontinuity in that layering in a wellbore, then
14 that will give you an idea of what that discontinuity
15 is.                                       6:45PM
16       But then you have to make an
17 interpretation whether that discontinuity is a fault
18 or is that discontinuity due to something else.
19   Q   You mentioned offset in your report.  You
20 know the concept of offset; correct?        6:45PM
21   A   Yes.
22   Q   So what magnitude of offset would be
23 required to competently map a fault in the seismic
24 data?
25   A   So in order to confidently map a fault from   6:46PM
Page 214

1 the seismic data, you have to see that seismic data   6:46PM
2 make a -- again, we talked about correlation, you
3 would have to have a discontinuity in the seismic data
4 as you move from one place laterally to the next.
5       The seismic data is limited to a certain   6:46PM
6 frequency content.  And the frequency content gets
7 lower and lower the deeper you go and if you go
8 below salt.
9       And so the frequency content is inversely
10 proportional to what you can resolve.  So the lower   6:46PM
11 the frequencies, then you need a higher
12 discontinuity in order to see it.
13      So at Shenandoah, based upon the seismic
14 data that I saw in the images, I estimated it would
15 be very difficult to map any discontinuities which   6:46PM
16 were smaller than, say, about 300 feet.
17   Q   So your testimony is that the magnitude of
18 offset required to confidently map a fault is about
19 300 feet?
20   A   To confidently map it.  You might extend   6:47PM
21 that down to 200 feet but with a lot less confidence.
22   Q   Okay.  In the final interpretation do
23 faults exceed that resolution?
24   A   Well, one of the other difficulties with
25 interpreting faults down there is you would like to   6:47PM
Page 215

1       see that discontinuity, as I said, map out as a   6:47PM
2 surface, so you would like to be able to extend it
3 vertically up and down.
4       So that's difficult to do with the data at
5 Shenandoah.  It's below salt, it's noisy, it has a   6:47PM
6 lot of artifacts from the imaging that comes through
7 the overlying salt.
8       But there are some places where you think
9 you might be able to interpret a fault.
10      And so -- but there are also many places   6:48PM
11 where faults were interpreted that were later proved
12 to not exist.  So you can be fooled.
13      But yes, there are a couple of places
14 where you could say, hey, I feel a little more
15 confidence that there may be a fault there.   6:48PM
16   Q   Now, if a fault is identified in a
17 borehole such as Shen 3 BP1 through logs or samples,
18 that's also evidence of faulting; correct?
19   A   Usually you would only map it as a fault if
20 you could tie it to an offset imaged in the seismic,   6:48PM
21 right.
22      So would you want confirmation between the
23 two sets of data because the well does not tell you
24 how much offset is on a fault, it just tells you
25 there is a discontinuity.                   6:48PM
Page 216

1       So if you go through a fault or if you see   6:48PM
2 a discontinuity, it could be a very small
3 discontinuity or it could be a larger one.  It's
4 very difficult to tell.
5       Usually you like to correlate it with   6:49PM
6 something that you see on the seismic that gives you
7 more reason to believe it's real and that it's
8 substantial.
9    Q   If one fault is identified in a borehole
10 such as it was in Shen 3 bypass 1, you wouldn't   6:49PM
11 expect that to be the only fault in the area in a
12 field as large as Shenandoah, would you?
13   A   So the faults are a result of what is going
14 on with the basin.
15      And so you would expect if there's any   6:49PM
16 faulting for it to be different in different places
17 of the basin.
18      So, for instance, up very close to the
19 salt where things are moving and there's -- the
20 sands are thinner and the salt is moving, you would   6:49PM
21 expect it to be a little more distorted and
22 potentially faulted than you would in the middle of
23 the basin which wouldn't have that.
24      So if I see one fault, would I expect
25 another, not necessarily.  Faults are difficult to   6:50PM
Page 217

55 (Pages 214 - 217)

CONFIDENTIAL

1 predict, so -- without actually seeing them and          6:50PM
2 mapping them.
3          But you certainly would not say if you saw
4 one, you would at least consider the possibility
5 that there may be others even if you could not map      6:50PM
6 them.
7      Q   Do you agree that the north/south
8 lineations in the Shenandoah coherency maps are
9 faults?
10     A   I think some of them are likely to be          6:50PM
11 faults.
12     Q   And are they normal or reverse faults?
13     A   Well, that's an interesting question.  So a
14 normal fault is one in which you have extension and so
15 things slide apart.  Reverse faults are when you have   6:50PM
16 compression and they push one over the top of the
17 other.
18          And most of the faults you would expect in
19 Shenandoah basin to be normal faults.
20          But there are -- again, because the           6:51PM
21 seismic data is so difficult, it's hard to tell for
22 sure.
23          There is the possibility that this basin
24 may have a reverse fault in it.  But there is no
25 clear evidence indicating for sure that that's the     6:51PM

Page 218

1 case.                                                   6:51PM
2      Q   So if it's -- assuming it's a normal
3 fault, what would that tell you about the
4 deformation history of the Shenandoah basin?
5      A   Well, the Shenandoah basin is formed by --    6:51PM
6 all the sediments in Shenandoah basin were laid down
7 flat or pretty close to flat on the seafloor.
8          So as -- so the center -- the weight of
9 the sediment at the center of that deposition
10 started weighing the salt down that was underneath     6:51PM
11 it and pushing the salt -- pushing it out of the way
12 and causing it to flow laterally.
13         So the center of the basin sank and
14 additional sediments filled it up.
15         So if I see normal faults, what it tells       6:52PM
16 me is that the space -- the rate at which the salt
17 is being pushed out is exceeding the rate at which
18 the sediments can fill it in.  So then the sediments
19 start to slide into the center.
20     Q   So would the stress creating the faults        6:52PM
21 south of the Shenandoah field likely include the
22 entire basin even under the field?
23     A   Not necessarily because it depends on when
24 the salt moved compared to when the sediment filled
25 in.                                                     6:52PM

Page 219

1          So some of these faults, they may not          6:53PM
2 extend down into the deeper part of the basin, they
3 may not extend very far to the south.
4          In fact, most of them were interpreted as
5 when you got to an area where you could see a little    6:53PM
6 bit better in the seismic, which was away from the
7 northern edge, even then the faults were not drawn
8 all the way across the basin.
9          So no, not necessarily the faults don't
10 have to extend very far.                                6:53PM
11     Q   Well, would you expect for the faults to
12 continue to the north into Shenandoah field proper?
13     A   You don't know.  The reason I say that is
14 because you have to extrapolate to the north and as
15 you move out of the center of the basin and you go     6:53PM
16 towards its edges, the amount of simple normal
17 faulting and the shape of it obviously north to south
18 could change.
19         So if there is faulting there,
20 understanding where it is becomes even more             6:54PM
21 difficult.
22     Q   Let me ask you this:  If -- the stress
23 field affects the basin?
24     A   Yes.
25     Q   Well, then explain why the eastern field      6:54PM

Page 220

1 area updip of Shen 3 would not have the same            6:54PM
2 structural complexity as the western half of the
3 field.
4      A   The western half of the field has a salt
5 root, a salt face moving up against the sediments.     6:54PM
6          The area where updip of Shen 3 are
7 sediments that have just been laid over the top of
8 that are truncated.  So they are different stress
9 areas.  So I would expect them to be different.
10         Now, what would the faulting look like in      6:55PM
11 those areas and how much of it is there, as you get
12 close to the salt base, I would expect more because
13 that's because the stress will be higher.
14         But without having evidence, it would be
15 real tough to put any of that on a map.                 6:55PM
16     Q   So in your report you talk about high
17 confidence faults; right?
18     A   Yes.
19     Q   How do you as a geoscientist identify
20 them?                                                   6:55PM
21     A   Well, I looked at -- if I interpret an event
22 and I see a discontinuity, I look to see if I can find
23 evidence of that discontinuity below it, above it, and
24 does that discontinuity extend, you know, laterally.
25         If I can make sense of it so that I have a     6:55PM

Page 221

56 (Pages 218 - 221)

CONFIDENTIAL

1   lateral surface that looks geologically reasonable,   6:56PM
2   then I have a little more confidence in a fault like
3   that.
4         If I can only map a very short piece, you
5   know, one event has some offset on it but the one   6:56PM
6   below it and the one above it doesn't, or I can't
7   map it very far, then I just have less confidence
8   that I am mapping a fault and consider the
9   possibility I'm just mapping noise.
10  Q   If you extrapolate from the high   6:56PM
11  confidence faults in the basin, you can hypothesize
12  as to the frequency of significant faults in the
13  areas of poor seismic; right?
14  A   You could try to hypothesize it, but then
15  it's just a hypothetical fault.   6:56PM
16  Q   It would be maybe less high confidence,
17  but it would still be a methodology for identifying
18  potential faulting?
19  A   Yes, usually faulting you cannot map or you
20  cannot really identify, but you recognize there's some   6:57PM
21  possibility of it.
22        You usually try to deal with it in other
23  ways.  You either try to deal with it in terms of
24  things like recovery factors and other ways rather
25  than putting them on a map.  Because the last thing   6:57PM

Page 222

1   you want to do is put a fault on a map which will   6:57PM
2   drive where you put wells and then find out it
3   doesn't exist.
4   Q   What information is necessary to add
5   faults in the simulation stage?   6:57PM
6   A   When you're doing reservoir simulation?
7   Q   Yes.
8   A   Usually when people do reservoir
9   simulations, if there is a clear fault, they will
10  build it into the reservoir model.   6:58PM
11        If there's not a clear fault, most
12  reservoir engineers I've worked with will experiment
13  with putting in barriers and taking barriers out and
14  looking at what the impact of such artificial
15  barriers are.   6:58PM
16        And that's pretty common.  In fact, even
17  after the field starts producing, if the reservoir
18  model doesn't explain very well the production
19  you're making, reservoir engineers just kind of
20  arbitrarily put barriers in the reservoir model to   6:58PM
21  try to make the production agree with the model.
22  Q   That's a common technique; right?
23  A   That's a common technique among reservoir
24  engineers.
25  Q   Do you know who Doug Shotts is?   6:58PM

Page 223

1   A   Yes.   6:58PM
2   Q   What was Doug Shotts's method for adding
3   faults to his simulation?
4   A   Doug Shotts did a number of simulations.  He
5   did an experimental model simulation that just   6:58PM
6   arbitrarily put in many fault, less faults,
7   north/south faults, east/west faults, so -- and he
8   explored from a model perspective like what would the
9   impact of severe faulting be compared to less
10  faulting.   6:59PM
11        So it wasn't based necessarily on data, it
12  was just a model exercise.
13  Q   It was a commonly used modeling exercise;
14  right?
15  A   I wouldn't say commonly used.  It's one way   6:59PM
16  to just explore as you -- as you get more information
17  about a field, you get an idea of where do I sit
18  within the range of possibilities; right.  Do I sit
19  with lots and lots of faults or do I sit with a few
20  faults?  So it gives you some idea of what kind of   6:59PM
21  recovery factor to start using.
22  Q   You're aware that in Doug Shotts's
23  simulation, there was a downside recovery factor
24  with east/west faulting of 5 percent; right?
25  A   Well, it was more than just east/west, it   7:00PM

Page 224

1   was east/west and north/south faulting.  East/west   7:00PM
2   faulting would automatically imply that you had no
3   aquifer support whatsoever because the aquifer has to
4   move from -- the water has to move from the south to
5   the north.   7:00PM
6         So it automatically assumed no aquifer
7   support and it had compartments, I believe, that
8   were on either a 1-mile by 2-mile rectangle, the
9   whole field into independent rectangles and then
10  what would a recovery be.   7:00PM
11  Q   Are you aware of any of Anadarko's
12  resource assessments including that -- Shotts's
13  5 percent recovery factor?
14  A   Can you repeat the question?
15  Q   Yes, I may have asked it poorly.  Let me   7:00PM
16  try again.
17        Are you aware of any of Anadarko's
18  resource assessments that included Shotts's downside
19  recovery factor case of 5 percent in the resource
20  distributions?   7:01PM
21  A   No, but neither did I see anywhere his
22  upside was 35 percent.  So they tended to use and land
23  on numbers in between those two.
24  Q   So the answer to my question is no; right?
25  A   Yes.   7:01PM

Page 225

57 (Pages 222 - 225)

CONFIDENTIAL

1    Q   Looking at the -- I'm sorry, strike that.   7:01PM
2        Did you look at the record on the water
3    samples that were acquired from some of the wells?
4    A   I looked very briefly at the water samples
5    acquired.                          7:01PM
6    Q   And did you look at the salinities on
7    Shen 3 and Shen 6 which were between 195,000 and
8    240,000 ppm?
9    A   I remember that they were not that unusual.
10   But yes, I remember they are in that range.   7:02PM
11   Q   Okay.  Based on that range, would you
12   expect the water samples to be from the same basin
13   wide aquifer?
14   A   So water samples are -- in terms of their
15   connectivity are usually based more upon pressure   7:02PM
16   because the salinity in the water is going to vary
17   depending on how close you are to the salt face and
18   how connected you are on this as the -- how much of
19   that particular reservoir in that area is actually
20   touching salt.  Because the salt dissolves back into   7:02PM
21   the water.
22       So if they were very close and they had
23   different salinities, you might expect that they --
24   at least at the highest levels, they might be
25   different.                        7:03PM

Page 226

1        But the salinities can be different updip   7:03PM
2    and still be the same well downdip.
3    Q   Do you agree that fluid density is the
4    controlling factor in the normal hydrostatic
5    gradient?                         7:03PM
6    A   Yes.
7    Q   Now, the Shen 3 water gradients varied;
8    correct?
9    A   The water gradient was measured in each of
10   the Shen 3 sands and they were slightly different   7:03PM
11   depending which sand you measured them in.
12   Q   So shouldn't those fluids have the same
13   density, the .500 used by Anadarko to project the
14   oil-water contact in Shen 2?
15   A   They should have a density which is at least   7:03PM
16   similar.  The actual projection depends more on -- it
17   depends a little bit on pressure, but it obviously
18   depends a lot on -- it depends a little bit on
19   salinity.
20       It depends more on pressure, what the   7:04PM
21   pressure in those wells, in those aquifers were.
22   But that's always taken into account, so when
23   someone does the projection, they calculate the
24   density of the water and they use that to project up
25   to the density of the oil.            7:04PM

Page 227

1    Q   You are aware that Chris Camden, who we   7:04PM
2    discussed earlier, used the Yucatan 2 gradient
3    instead of the Shen 3 gradient; right?
4    A   At what point in time?  Which well are you
5    talking about?                     7:04PM
6    Q   So this is in Pittinger's report at
7    Paragraph 150.
8    A   I don't have a copy of Pittinger's report.
9    But...
10   Q   You are aware of Chris Camden stating that   7:05PM
11   "I'm using the Yuc 2 aquifer pressures to estimate
12   OWCs.  I don't think the Shen 3 aquifer is connected
13   to the west side of the field."
14       You're aware of that; right?
15   A   So now we're talking about at Shen 4.  Okay.   7:05PM
16   So after Shen 4, because of the difference in pressure
17   of the oil column in Shen 4 sidetrack 1 and bypass
18   versus Shen 2, which is the nearest oil well, then
19   there was a question as to whether or not you should
20   use the water pressures in Yucatan 2, which is   7:05PM
21   actually closer but across the middle of the basin, to
22   estimate the oil-water contacts at Shen 4 or whether
23   or not you should use the Shen 3 pressure, which is
24   all the way across to the east side of the basin.
25       So that was a question and it made a   7:06PM

Page 228

1    slight difference in which one you used, but both of   7:06PM
2    them are probably valid and the question is, which
3    one do you think has better pressure connectivity to
4    Shen 4?
5    Q   And what Chris Camden said was, "I don't   7:06PM
6    think the Shen 3 aquifer is connected to the western
7    side of the field"; right?
8    A   Yes, he said he doesn't think that.  There
9    is no evidence saying it is or it isn't.
10   Q   Let's turn to Paragraph 520 of your   7:06PM
11   report.
12   A   "Structure Mapping."
13   Q   Yes.  This is a quick side note, so the
14   Figure 55 that we see there, is that the coherency
15   map?                              7:07PM
16   A   That is an extraction of a coherency map
17   along a horizon that has been picked.  So somebody has
18   interpreted a horizon that they think corresponds to a
19   marker in the field and then they have extracted the
20   coherency value from the volume at that map.  Yes.   7:07PM
21   Q   Okay.  Let's look at the paragraph above
22   that, 520.
23       So you state in there that by this point
24   of Shen 3, "the teams agreed there was evidence for
25   both east/west and north/south faulting."  Correct?   7:08PM

Page 229

58 (Pages 226 - 229)

| | |
|---|---|
| 1 A  Yes.  7:08PM | 1 think that the oil that's in those reservoirs filled  7:12PM |
| 2 Q  You can set those aside. | 2 those reservoirs up and then did not subsequently |
| 3    What is siderite? | 3 move. |
| 4 A  What is what? | 4    MS. JENSEN:  Okay.  I've marked as an |
| 5 Q  Siderite?  7:08PM | 5 exhibit a document that bears the Bates stamp  7:12PM |
| 6 A  Siderite? | 6 APC-00001505 and this is Exhibit 541.  You should be |
| 7 Q  Did I say it wrong? | 7 able to see it. |
| 8 A  It's said right. | 8    (Whereupon, Exhibit 541 was marked for |
| 9 Q  Okay.  You're going to have to fix the | 9 identification.) |
| 10 online Google pronunciation because they say  7:08PM | 10 BY MS. JENSEN:  7:12PM |
| 11 "siderite." | 11 Q  This is going to require some fast |
| 12 A  Okay.  I won't guarantee I'm right, but | 12 clicking. |
| 13 that's what I always heard it referred to as. | 13 A  Okay.  September '13, so this must be post |
| 14 Q  Take that up with Google.  I'm going to | 14 Shen 2.  What slide are we going to out of 168? |
| 15 say it the wrong way.  7:08PM | 15 Q  Let's look at slide 75.  Apologies,  7:12PM |
| 16 A  That's fine. | 16 slide 76. |
| 17 Q  What is siderite? | 17    (Discussion off the record.) |
| 18 A  Siderite is a mineral that is present in | 18    THE WITNESS:  There it goes.  It was just |
| 19 sediments and -- in certain sediments, so... | 19 a pause in the computer.  I'm up to 45 now. |
| 20 Q  Okay.  What does the presence of siderite  7:09PM | 20    You said 70 what?  7:13PM |
| 21 have to do -- or what does it have to do with fluid | 21 BY MS. JENSEN: |
| 22 properties? | 22 Q  Seventy-six. |
| 23 A  So usually minerals come out of -- are | 23 A  "Siderite replacement grains," yes. |
| 24 leached out of rocks when they flow. | 24 Q  Do you take it from this slide that there |
| 25    And so when you see a lot of siderite in a  7:09PM | 25 was presence of siderite in both Shen 2 and Shen 1?  7:13PM |
| Page 230 | Page 232 |

| | |
|---|---|
| 1 well and it corresponds also to where there has been  7:09PM | 1 A  There are some there, but I don't think it  7:14PM |
| 2 a significant distortion or an inconsistency in the | 2 was a substantial amount.  Whenever you get a piece of |
| 3 sediment, that's part of what you would use to try | 3 core, you analyze all of the grains that are in it. |
| 4 to interpret a fault. | 4 But they note examples of it in the rock. |
| 5 Q  Is it an indication of hydrocarbon  7:10PM | 5 Q  So there was siderite in both Shen 2 and  7:14PM |
| 6 migration? | 6 Shen 1; right? |
| 7 A  So hydrocarbons migrate a number of ways. | 7 A  There was some in there. |
| 8 When hydrocarbons -- they can migrate along a fault. | 8 Q  All right.  You can set that aside. |
| 9 So it can be indicative of that. | 9    Paragraph 730 of your report, which is now |
| 10 But hydrocarbons can also migrate  7:10PM | 10 Page 344, you talk about slickensides; right?  7:14PM |
| 11 vertically through poor seals, especially if the | 11 A  Yes. |
| 12 pressure differences are high.  There is a number | 12 Q  Okay.  Can you describe the difference |
| 13 of -- and hydrocarbons can migrate laterally through | 13 between faults -- strike that. |
| 14 reservoirs. | 14    What are slickensides and how do they |
| 15    There is a number of ways hydrocarbons can  7:10PM | 15 form?  7:15PM |
| 16 migrate.  But it could be -- it's not the only | 16 A  It's a characteristic in the cuttings that |
| 17 indication of a hydrocarbon migration, but it could | 17 imply that there has been movement of the grains |
| 18 imply that. | 18 against each other.  And so it's usually indicative of |
| 19 Q  Let's turn to Paragraph 263 on Page 128 of | 19 some level of movement of grains as they slide past |
| 20 your report.  7:11PM | 20 each other.  So it could be indicative of a fault.  7:15PM |
| 21 A  Yes. | 21 Q  So sometimes slickensides occur along |
| 22 Q  Here you say that no siderite -- I think | 22 fault planes? |
| 23 I'm saying it now right -- was detected at Shen 2? | 23 A  Yes. |
| 24 A  Right.  That was in the core analysis.  So | 24 Q  Do they sometimes occur along fracture |
| 25 they didn't see any of it, so that would make you  7:11PM | 25 planes?  7:16PM |
| Page 231 | Page 233 |

59 (Pages 230 - 233)

CONFIDENTIAL

1    A   Yes, fractures and faults are, for the most   7:16PM
2    part, used interchangeably.  But yes, slickensides can
3    be indicative of a fault or at least a discontinuity
4    where one set of grains have slid against another.
5    Q   What are deformation bands in a rock?   7:16PM
6    A   So rocks can be deformed without actually
7    breaking, right, without a fault, they can be bent.
8        And so a deformation band is an area where
9    the sediments have been bent or deformed, but they
10   have not created any offset.  So there is no faults.   7:16PM
11   Q   Does the formation of deformation bands
12   require a significant offset along the plane in the
13   deformation band?
14   A   It doesn't require any offset.  If there
15   were offset, then you would have a fault.  So what the   7:17PM
16   deformation band is, it's a zone which can extend
17   laterally where the sediments have been deformed.
18   They have been bent but have not broken.
19   Q   And slickensides impact fluid flow across
20   the fracture or deformation band?   7:17PM
21   A   They can if you have a deformation band,
22   then you've jostled the grains around and you've
23   probably distorted and reduced the porosity space
24   between the grains.  And you may have made the path
25   for which fluids need to flow more tortuous.   7:18PM

Page 234

1        So deformation bands can serve as a   7:18PM
2    partial barrier to fluid flow.
3    Q   I would like to show you a document.  It's
4    loading.  It's still loading.
5    A   I'm clicking on it to see when it shows up.   7:19PM
6    Q   Okay.
7    A   Did you get it loaded?
8    Q   You should be able to see what has been
9    previously marked as Exhibit 71.
10       This is PDF of a PowerPoint presentation   7:20PM
11   which bears the Bates stamp APC-00001146.
12   A   I can see it, a PowerPoint presentation from
13   December 10th, 2014.
14   Q   Actually, this one because it's PDF, we
15   can scroll down to slide 54.   7:21PM
16   A   Yes, indeed.
17   Q   Okay.  So this is a slide showing the
18   Lower Wilcox A; right, a map of the Lower Wilcox A?
19   A   Just a minute.  I'm on lower Wilcox B, so I
20   went one too many.   7:21PM
21   Q   Yes.
22   A   Lower Wilcox A, contour interval 250 feet.
23   Q   Okay.  And just to double check, so on --
24   so it's slide 54 even though it doesn't have an
25   actual number on the PowerPoint.  Okay.   7:22PM

Page 235

1    A   Yes.   7:22PM
2    Q   All right.  And do you see the various
3    wells for Shen depicted here or some of the wells?
4    A   Yes, I see some actual wells and I see
5    some -- I see some recommended locations.   7:22PM
6    Q   Okay.  And you see a black line in this
7    map that separates Shen 2 and Shen 3?
8    A   The northwest/southeast black gap, it's a
9    gap in the map, that's why it's black.  That gap that
10   separates -- or that runs between Shen 3 and Shen 2,   7:22PM
11   yes, that's a fault.
12   Q   Okay.
13   A   That's interpreted as a fault.
14   Q   Now, are the contours aligned on either
15   side of the feature?   7:23PM
16   A   No, they -- well, no, they are not and no,
17   they shouldn't be.  Otherwise, there is no offset on
18   the fault.
19   Q   Right.  Now, you just answered my next
20   question, which is:  If the contours on other side   7:23PM
21   of the line don't align, that means there's sediment
22   that offset; right?
23   A   Right, there's offset here.  You can -- the
24   easiest place to look since the contour interval is
25   250 feet, every fourth one, I believe, they make a   7:23PM

Page 236

1    brighter blue line.   7:23PM
2        So you can look up where it says 51 east
3    and see that that line is -- when you go to the
4    other side of the fault is north of that.
5        So yes, there is an offset on this --   7:23PM
6    interpreted offset on this fault.
7    Q   Can you tell how much the offset is?
8    A   Well, the -- so the way to do the offset is
9    you check from one side to the other side.  So here it
10   looks like about -- now it changes a little bit.   7:24PM
11       So up to the north, it is around one and a
12   half contours.  Down to the south, it's only about
13   one contour.
14       So according to this map, up to the north
15   it's about 400 feet and as I come further south,   7:24PM
16   it -- by the time I get to the green, it's only
17   about 50 to 100 feet and by the time -- then there
18   are -- in the area where the two faults overlap, it
19   changes again.
20       But up where the reservoir is, it's   7:25PM
21   probably somewhere between 2 and 400 feet.
22   Q   And that fault with that offset separates
23   Shen 2 and Shen 3; right?
24   A   Yes, the way it's interpreted, yes.
25   Q   Again, we talked earlier about Chris   7:25PM

Page 237

60 (Pages 234 - 237)

1 Camden and in his email, but Shenandoah 3 was on   7:25PM
2 which side of the field?
3     A   Shenandoah 3 is on the east side of the
4 field. It's the little white X where it says WR 52
5 Number 2 Appraisal.   7:26PM
6     Q   Right.
7     A   That's Shenandoah 3.
8     Q   And Chris Camden said he didn't think that
9 the Shen 3 aquifer here on the eastern side of the
10 field is connected to the western side of the field,   7:26PM
11 and the western side of the field would be Shen 2;
12 right?
13     A   Shen 2 is more a central field, but he said
14 that, yes, that he wasn't sure that Shen 3 would
15 necessarily in pressure communication with Shen 2.   7:26PM
16     Q   And he said it stronger than that; right?
17 He said, I don't think the Shen 3 aquifer on the
18 east side of the field as we're seeing this now is
19 connected to the western side of the field which is
20 where Shen 2 is?   7:26PM
21     A   Yes, I mean, he can say he thinks it, but he
22 doesn't show any evidence one way or the other.
23     Q   You referred to Allan diagrams in your
24 report; right?
25     A   Yes.   7:27PM
Page 238

1     Q   What is that?   7:27PM
2     A   It's a diagram you would make of the fault
3 plane showing the juxtaposition of what's on one side
4 of the fault to what's on the other side of the fault.
5         Because in this area, for instance, in   7:27PM
6 Shen 2, in an interval of, say, 2,000 feet,
7 1,000 feet of it is hydrocarbon filled sand.
8         If you were to go on the other side of
9 that fault and move that down, say, 3, 400 feet,
10 that means a bunch of those sands are still   7:27PM
11 juxtaposed against each other across the fault.
12         So an Allan diagram you usually use to try
13 to estimate what sands might be juxtaposed across
14 the fault.
15     Q   You're aware that Anadarko personnel   7:28PM
16 talked about an Allan diagram project in the context
17 of Shen?
18     A   They may have talked about it. I never saw
19 an actual Allan diagram along any of these faults ever
20 displayed. So they may -- if they did one, I never   7:28PM
21 saw it.
22     Q   So let's turn to Page 86 of your report.
23 You can set this aside.
24     A   I was going to slide it to 86.
25     Q   All done with that one.   7:28PM
Page 239

1     A   Okay. What paragraph or what page?   7:28PM
2 Page 86?
3     Q   Page 86, Paragraph 100 -- sorry, 191.
4     A   Yes.
5     Q   In this paragraph you're commenting on   7:29PM
6 Dr. Merrill's report with respect to the P1 and P99
7 in the MMRA distributions?
8     A   Yes.
9     Q   Have you ever heard of the paper by Rose &
10 Associates from 2001 on the risk analysis of   7:30PM
11 exploration prospects?
12     A   Yes.
13     Q   What does that paper concern?
14     A   That paper concerns the statistical
15 distribution of things such as volumes and other key   7:30PM
16 parameters and builds on other suppositions that have
17 been done in the past and still are that says that
18 those must -- that those volumes lie along -- or that
19 those likelihoods fall along a logarithmic curve.
20         So if you were to plot in a logarithmic   7:30PM
21 space P1, P10, P50, P90, P99, they would form a
22 straight line.
23     Q   Okay. You should be able to see what's
24 been marked as Exhibit 542.
25         (Whereupon, Exhibit 542 was marked for   7:31PM
Page 240

1 identification.)   7:31PM
2         THE WITNESS:  Okay.
3 BY MS. JENSEN:
4     Q   Is this the article or document you were
5 just talking about?   7:31PM
6     A   Not sure if this is the article or not.
7 This is a part of -- I was wondering if it was part of
8 their manual where they talk about the -- I don't know
9 if this is actually the document or if it's a chapter
10 out of a manual.   7:32PM
11         I haven't actually seen this very specific
12 document before, but that's what it looks like.
13     Q   If you look at Page 26 of the article or
14 otherwise, you can refer to Page 9 of the PDF.
15     A   Twenty-five -- 26, Table 6?   7:33PM
16     Q   Yes.
17     A   Okay.
18     Q   So are you aware that following the
19 drilling of Shen 2, Anadarko's P10/P90 estimate was
20 between 2.8 and 60?   7:33PM
21     A   I know it was big, but it was -- and which
22 number was it you said was between 2.8 and 6.0?
23     Q   2.8 and 6.0.
24     A   You're talking about the volumes in place?
25     Q   Yes, for the P10/P90 estimate.   7:33PM
Page 241

61 (Pages 238 - 241)

CONFIDENTIAL

1   A   Right.  For volumes in place, right.  Yes,   7:33PM
2   that sounds about right.
3   Q   So looking at this table, Table 6, and how
4   you described the certainty of the Shenandoah
5   project, what is the range of the expected P10/P90   7:34PM
6   ratio?
7   A   At -- at the drilling of Shen 2 or --
8   Q   Let's go along -- yes, at that time and
9   then with each well after that.
10   A   Well, I don't know exactly following the   7:34PM
11   well, but I know that Shen 2 has, for all practical
12   purposes, its own exploration well because it was not
13   connected and it saw a completely different section
14   than Shen 1.
15       So in a lot of ways, I would say based   7:34PM
16   upon Shen 2, you know, that you would be in --
17   somewhere between wildcat and known productive trend
18   and potentially even rank wildcat in a proven trend
19   given that they were -- where they were located, how
20   they were exploring, so somewhere in that range.   7:35PM
21   So somewhere between 10 and 220, if you go
22   by their chart.  And I'm not sure I agree with their
23   chart in all cases.  But if you use their chart,
24   that's where I would expect you to be.
25   Q   So was there a development well drilled in   7:35PM

Page 242

1   the Shenandoah basin prior to 2014?   7:35PM
2   A   In the Shenandoah basin?  Prior to 2014, I
3   don't recall the date that the Yucatan 1 or Coronado
4   were drilled.  So I don't remember if one of them were
5   before that.   7:35PM
6       The only other well that was obviously
7   2008, 2009 was the Shen 1 well, but one I think
8   evidence certainly at this point and after this was
9   that those two wells were not connected, so they
10   weren't ineffectively the same basin.   7:36PM
11   Q   Was there a step-out or extension well
12   drilled in the Shen basin prior to 2014?
13   A   Other than Shen 1, Coronado or Yucatan?
14   Like I said, I don't recall the exact date.  I would
15   have to look it up for when Yucatan 1 and Coronado 1   7:36PM
16   took place.
17       But even if those were before that, then
18   that would only put you in the wildcat in known
19   productive trend, right.
20       So that would still put you in the 10 to   7:36PM
21   120 range for volumes.
22       MS. JENSEN:  I would like to take a quick
23   break.
24       THE VIDEOGRAPHER:  We're off the record.
25   It's 7:37.   7:37PM

Page 243

1       (Recess taken.)   7:37PM
2       THE VIDEOGRAPHER:  Back on the record.
3   It's 8:01 p.m.
4   BY MS. JENSEN:
5   Q   Dr. Detomo, if you could please turn to   8:01PM
6   Paragraph 918 of your report.
7   A   Okay.
8   Q   It starts on Page 421 and ends on 422.
9   A   Okay.
10   Q   Are you with me?   8:02PM
11   A   Yes.
12   Q   All right.  So in this paragraph you are
13   criticizing Mr. Pittinger about economic
14   calculations and as it starts on Page 422, you say
15   that "information regarding fault   8:02PM
16   compartmentalization was accounted for in explicit
17   fault mapping and lower recovery rates (13.8 instead
18   of 30 percent)."
19       What did you mean by "13.8 instead of
20   30 percent"?   8:02PM
21   A   Early on in the project, and according to
22   the work done by the reservoir engineers, without any
23   faulting at all, the estimation was because of the
24   fluids and the porosity quality of the rock, that
25   recovery efficiencies could approach over 30 percent.   8:02PM

Page 244

1   So some of the very early volume estimates used   8:03PM
2   recovery factors of around 30 percent.
3       Once they became aware that there might be
4   unmappable small-level faulting and other production
5   issues, they lowered the recovery factor.  And I   8:03PM
6   believe one -- the last recovery factor I remember
7   them using was 13.8 percent for the recovery factor.
8       So that played into one of the components
9   of the volume reduction.
10   Q   Okay.  Now turning to your report at   8:03PM
11   Paragraph 112, Page 43.
12   A   Yes.
13   Q   You state, "There is no universally
14   accepted definition of net pay and there is no
15   prescriptive method for evaluating it."   8:04PM
16       Now, how would you define net pay?
17   A   A net pay is defined as the portion of an
18   interval which has -- from which recoverable
19   hydrocarbons can be extracted.
20       And so in general, in an interval, some of   8:04PM
21   it may be high-quality sand and some of it may be
22   lower, some of it may be shales.
23       So the net pay would then be an estimation
24   of which part of it you can extract hydrocarbons
25   from.   8:05PM

Page 245

62 (Pages 242 - 245)

CONFIDENTIAL

1    Q   And if there is no prescriptive methods      8:05PM
2  for evaluating net pay, how did Anadarko calculate
3  net pay?
4    A   Every petrophysicist who estimates net pay
5  defines a cutoff as to what -- based upon their logs   8:05PM
6  as to what level they think represents recoverable oil
7  and based upon those logs below which they think would
8  you not be able to recover the oil.
9        So if you have any two petrophysicists
10 evaluate the same well, you'll get slightly       8:05PM
11 different answers.
12   Q   So you can't describe how Anadarko
13 calculated net pay?
14   A   Sure, usually I can do it in technical
15 terms.  You take the gamma ray log, you go ahead and   8:06PM
16 define on the gamma ray log what the shale --
17 100 percent shale line is, what the 100 percent sand
18 line is, use that to estimate net sand, then you go to
19 the resistivity log.
20       You use the resistivity log in order to       8:06PM
21 find what the saturation of where the oils are and
22 you create a cutoff on that that looks to be
23 recoverable.
24       And then you overlay the two and extract
25 out the number of feet that you have within that      8:06PM

Page 246

1  interval which corresponds to what you've defined as   8:06PM
2  recoverable oil net pay.
3    Q   So is that how you would calculate it or
4  is that how Anadarko calculated it?
5    A   That's how every petrophysicist calculates   8:06PM
6  it.  The only question is where do you decide to put
7  those cutoff lines.  And those are an interpretation
8  or an estimation by the individual petrophysicist.
9    Q   And you're aware that the Society of
10 Petroleum Engineers has a definition for net pay;      8:07PM
11 right?
12   A   Yes.
13   Q   What's the definition under the Society
14 for Petroleum Engineers?
15   A   I don't recall it off the top of my head.   8:07PM
16 But it doesn't change my opinion because it amounts to
17 what I just described, including the process about how
18 you measure it.
19   Q   Even though you don't know what it is off
20 the top of your head, you say it's the same as what    8:07PM
21 you just said?
22   A   You asked me to tell you what the society
23 says it is.  I can't quote the society without looking
24 it up.
25   Q   In any event, the definition for the      8:07PM

Page 247

1  society would be an authoritative source on the      8:07PM
2  definition on net pay; correct?
3    A   Yes.
4        MS. JENSEN:  Okay.  No further questions
5  at this time.                               8:08PM
6        Let's go off the record.
7        THE VIDEOGRAPHER:  We're off the record.
8  It's 8:08 p.m.
9        (Recess taken.)
10       THE VIDEOGRAPHER:  Back on the record.    8:08PM
11 It's 8:08 p.m.
12
13           EXAMINATION
14 BY MS. PHILLIPS:
15   Q   Thanks, Dr. Detomo.  I just have a few      8:08PM
16 questions for you.
17       You were asked questions about when the
18 company wrote down costs associated with Shenandoah.
19 Do you recall?
20   A   Yes.                               8:09PM
21   Q   When did the company write down costs
22 associated with Shenandoah?
23   A   May of 2017.
24   Q   And are you expressing an opinion as to
25 when the company made the internal decision to write   8:09PM

Page 248

1  down costs associated with Shenandoah?           8:09PM
2    A   No.
3        MS. PHILLIPS:  That's all for defendants.
4        MS. JENSEN:  We can go off the record.
5        THE VIDEOGRAPHER:  Off the record.  It's   8:09PM
6  8:09 p.m.
7        (Proceedings concluded at 8:09 p.m. EST)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 249

63 (Pages 246 - 249)

CONFIDENTIAL

1    I, LYNNE M. LEDANOIS, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12    Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [x] was not requested.
16    I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19    IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: March 11, 2023
22
23
24  *Lynne Marie Ledanois*
    LYNNE MARIE LEDANOIS
25  CSR No. 6811

Page 250

1  Ms. Rachel Jensen, Esq.
2  rjensen@rgrdlaw.com
3        March 11, 2023
4  In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION
5  March 9, 2023, Rocco Detomo, Jr. (JOB NO. 5781021)
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10  to schedule a time to review the original transcript at
11  a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13  Transcript - The witness should review the transcript and
14  make any necessary corrections on the errata pages included
15  below, notating the page and line number of the corrections.
16  The witness should then sign and date the errata and penalty
17  of perjury pages and return the completed pages to all
18  appearing counsel within the period of time determined at
19  the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21  Counsel - Original transcript to be released for signature
22  as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24  time of the deposition.
25

Page 252

1  NAME OF CASE: In re Anadarka Securities Litigation
2  DATE OF DEPOSITION: 3/9/23
3  NAME OF WITNESS: Rocco Detomo, Jr., Ph.D.
4  Reason codes:
5    1. To clarify the record.
     2. To conform to the facts.
6    3. To correct transcription errors.
7  Page ____ Line ____ Reason____
   From _____ to_____
8
9  Page ____ Line ____ Reason____
   From _____ to_____
10
11  Page ____ Line ____ Reason____
    From _____ to_____
12
13  Page ____ Line ____ Reason____
    From _____ to_____
14
15  Page ____ Line ____ Reason____
    From _____ to_____
16
17  Page ____ Line ____ Reason____
    From _____ to_____
18
19  Page ____ Line ____ Reason____
    From _____ to_____
20
21
22
23
24    _____
25        Signature of Deponent

Page 251

1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2  Transcript - The witness should review the transcript and
3  make any necessary corrections on the errata pages included
4  below, notating the page and line number of the corrections.
5  The witness should then sign and date the errata and penalty
6  of perjury pages and return the completed pages to all
7  appearing counsel within the period of time determined at
8  the deposition or provided by the Federal Rules.
9  _X_ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 253

64 (Pages 250 - 253)

CONFIDENTIAL

1  In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

2  Rocco Detomo, Jr. (JOB NO. 5781021)

3          E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  WITNESS                Date

25

Page 254

Veritext Legal Solutions
866 299-5127