# EXHIBIT C

IPR2018-00962
U.S. Patent No. 8,879,362

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

SEABED GEOSOLUTIONS (US), INC.
Petitioner

v.

MAGSEIS FF LLC
Patent Owner

_____

Case IPR2018-00962
Patent 8,879,362

_____

EXPERT DECLARATION OF DR. ROCCO DETOMO, Ph.D.

February 6th, 2019

1

using ocean bottom node technology, including fiber-based permanent systems; 2) land areal seismic monitoring using buried permanent seismic acquisition systems; 3) downhole seismic monitoring using DAS VSP fiber optic technology, and 4) marine seafloor geodesy. In this role, Shell operated field trials in collaboration with assets around the globe evaluating performance of: deepwater water injection monitoring using nodal systems, onshore steam injection monitoring, unconventional hydro-fracturing monitoring using borehole fiber optics, depletion and seafloor subsidence, and evaluating LoFS/PRM systems. During this time, Shell conducted around six OBN seismic data acquisition surveys in the Gulf of Mexico using Fairfield technology, one in Nigeria with Seabird, and one LoFS ocean bottom cable survey in Brazil.

27. I retired from Shell in 2014 and founded OMOTED Geophysical Consulting, LLC.

28. Because of my long history working in the seismic exploration industry, I am very familiar with the terminology used in the industry, and I consider myself an expert on seismic exploration, the conduct of seismic surveys, and the acquisition and processing of seismic data.

## II. MATERIALS CONSIDERED

29. I have reviewed the '362 Patent and its file history, the materials cited in the Petition, the materials cited in Mr. Beaudoin's declaration, the materials