# EXHIBIT E





# Development Full Field Economics

April 2015

CONFIDENTIAL

APC-00027887

# Executive Summary


**ANADARKO**

- ## Full Field Wet Tree Development Net Economics (30%WI)
  - Based on development view of resources post Shen 3
  - Assumes 100 MBOPD Spar; 16 well development
  - Assumes aquifer support; no injection required

| Invest ($60/bbl) | NPV10 ($MM) | ROR (%) | PIR10 ($/$) | F&D ($/BOE) | LOE ($/BOE) | EUR (MMBOE) | Capital ($B) |
|---|---|---|---|---|---|---|---|
| Risked | 66 | 11 | 0.08 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 199 | 13 | 0.16 | 13.97 | 5.29 | 157 | 2.2 |
| Sensitivity: Upside Pricing $85/bbl | | | | | | | |
| Risked | 392 | 17 | 0.44 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 705 | 19 | 0.57 | 13.97 | 5.29 | 157 | 2.2 |

- ## Further Case Optimization
  - Annual intervention cost per well → 3Q 2015 (SLOOP)
  - Net pay and updated structural mapping→ Late 2Q 2015
  - Export → 2016
  - Well/Flowline constraints → 3Q 2015
  - Full field cost and timing → 3Q 2015
  - Well Spacing and Well Location → 4Q 2015

CONFIDENTIAL

APC-00027888



# MMRA RESOURCE AND DETERMINISTIC VALIDATION

CONFIDENTIAL
APC-00027889

# MDT Interpretations

1. Shen 3 (Blue) and Shen 2 (Maroon) projected OWCs are representative of entire structure "West" and "East".

2. Shen 3 (Blue) and Shen 2 (Maroon) projected OWCs is representative of "West" structure. Shen 3 (Blue) and Shen 1 (Orange) projected OWCs is representative of "East" structure.



 "West"

 "East"

|  | UW2 | UW3 | LWA | LWB | LWC | LWD | LWE |
|---|---|---|---|---|---|---|---|
| HKW Shen 1 | NA | NA | 28,252 | 28,459 | 28,803 | NA | NA |
| LKO Shen 1 | NA | NA | 28,252 | NA | 28,803 | 29,261 | 29506 |
| Proj. O/W Shen 1 | NA | NA | 28,490 | NA | 28,735 | 29,600 | 30400 |
| Delta Shen 3/Shen 1 | NA | NA | 3,081 | NA | 3,367 | 2,599 | 2,023 |
| LKO Shen 2 | 29,405 | 29,832 | 30,127 | 30,318 | 30,127 | 30,824 | 31031 |
| Proj. O/W Shen 2 | 30,600 | 30,700 | 30,680 | 30,680 | 30,760 | 31,450 | 31900 |
| HKW Shen 3 | 30,736 | 30,981 | 31,333 | 31,647 | 32,170 | 32,199 | 32423 |
| Delta Shen 3/Shen 2 | 136 | 281 | 653 | 967 | 1,410 | 749 | 523 |



ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC-00027890

# Shenandoah Reservoir Outlines
## P99 & P90 Based on Expl Post-Shen-3 Maps
## MDT EOWCs from Interpretation 2



Shen 1
237' TVT Pay
478' TVT Sand

East Non-Commercial

Shen 3
0' TVT Pay
1498'' TVT Sand

Shen 2
1002' TVT Pay
1002' TVT Sand

### Possible Shenandoah Reservoir Outlines

- UW-2 West (EOWC=30,510') ; East (?)
- UW-3 West (EOWC=30,6090') ; East (?)
- LW-A West (EOWC=30,690') ; East (EOWC =28,252')
- LW-B West (EOWC=30,800') ; East = Wet
- LW-C West (EOWC=30,800') ; East (EOWC=28,803')
- LW-D (EOWC=31,400') ; East (EOWC=29,600')
- LW-E (EOWC=31,850') ; East (EOWC=30,400')

|  | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West EOWC | 1036 (LWC) | 1396 | 2048 (UW2) |
| East EOWC | 0 | 276 | 1058 (LWE) |

|  | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West LKO | 853 (LWE) | 1031 | 1289 (LWA) |
| East LKO | 0 | 29 | 98 (LWA) |

CONFIDENTIAL

APC-00027891

# Shenandoah Possible Resource
## P10 – P1 Based on Expl Post-Shen-3 Maps
## MDT EOWCs from Interpretation 1



### Possible Shenandoah Reservoir Outlines

- Upper Wilcox 2  (EOWC=30,510')
- Upper Wilcox 3  (EOWC=30,690')
- Lower Wilcox A (EOWC=30,690')
- Lower Wilcox B  (EOWC=30,800')
- Lower Wilcox C  (EOWC=30,800')
- Lower Wilcox D (EOWC=31,400')
- Lower Wilcox E (EOWC=31,850')

| | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West EOWC | 1036 (LWC) | 1396 | 2048 (UW2) |
| East EOWC | 1322 (LWC) | 1629 | 1924 (UW2) |
| Shen 1 | 0 | 56 | 115 (LWE) |
| **Total** | **2358** | **3025** | **3972** |

# MMRA Incorporating Both MDT Interpretations



Assumes Thinning on Structure (<u>Development View</u>)

|  | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P99** | 1,238 | 377 | 11 | 537 | 113 |
| **P90** | 1,600 | 500 | 15 | 823 | 192 |
| **P50** | 2,191 | 707 | 22 | 1,379 | 358 |
| **P10** | 3,000 | 1,000 | 30 | 2,348 | 671 |
| **P01** | 3,876 | 1,327 | 37 | 3,518 | 1049 |

Mapped Deterministic OIP (BB)
* High Side as Net Pay Assumed a Constant Thick Sand

Interpretation #2 (West Only)
LKO = 1.1 BBO
EOWC = 1.6 BBO

Interpretation #1 (West & East)
LKO = 2.5 BBO
EOWC = 3.3 BBO

ANADARKO PETROLEUM CORPORATION

 APC-00027893



NW SE S N

**Yuc-2 (appraisal-wet)**
**Net TVT Sand = 1,090'**
**Net Pay = 27'**

**Shen-3 (appraisal-wet)**
**Projected**
**Net TVT Sand = 1,498'**
**Net Pay = 0'**

**Shen-1 (discovery)**
**Projected**
**Net TVT Sand = 478'**
**Net Pay = 237'**

*Oligocene*

*Eocene*

*Base Marl/Top Wilcox*

*Upper Wilcox 2/3*

*Lower Wilcox C*

*Cretaceous*

*Oligocene to Upper*
*Wilcox exhibits 32%*
*thinning from basin onto*
*structure. Does Lower*
*Wilcox thin similar?*
*Shen-1 suggests yes.*

**WR96-2**
**(Yuc-2)**

Cretaceous Depth
Structure

**Seismic Line Showing Thinning onto Shenandoah Structure**
**WesternGeco Rev8 Coil Data – FINAL2 Volume**

CONFIDENTIAL

APC-00027894



Area of Greater Structural & Stratigraphic
Uncertainty due to Seismic Interpretability

Overlying Plio-Pleistocene
Basin Sediments

Seismic Line

Fair-to-Good Quality
Eocene Reflectivity

Fair-to-Good Quality
Cretaceous Reflectivity

Upper Wilcox Outlines (AR & BAK) w/Uncertainty Area

CONFIDENTIAL

APC-00027895



CONFIDENTIAL

APC-00027896



# ECONOMIC CASE METHODOLOGY

CONFIDENTIAL

APC-00027897

# <u>Invest</u> Pricing 100 MBOPD Spar Thresholds



ANADARKO

| | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | Total Geologic Pre-Drill | Above Commercial Threshold (MCFS= 227.00 MMBO Tot HC Oil equiv) | Above Economic Threshold (MEFS= 422.00 MMBO Tot HC Oil equiv) |
|---|---|---|---|---|---|---|---|---|---|
| Simulation Current | | | Liquids | | Sales Gas | | | | |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| **P99** | 537.49 | 0.00 | 92.56 | 0.00 | 0.00 | 110.81 | 112.76 | 230.71 | 424.73 |
| **P90** | 823.38 | 0.00 | 159.26 | 0.00 | 0.00 | 187.80 | 192.08 | 259.87 | 443.62 |
| **Mode** | 1122.10 | 0.00 | 250.31 | 0.00 | 0.00 | 239.52 | 299.31 | 239.45 | 430.24 |
| **P50** | 1378.78 | 0.00 | 298.33 | 0.00 | 0.00 | 351.44 | 357.64 | 403.70 | 559.48 |
| **Mean (P99->P01)** | 1492.71 | 0.00 | 331.90 | 0.00 | 0.00 | 389.91 | 396.92 | 441.32 | 591.86 |
| **P10** | 2347.59 | 0.00 | 561.55 | 0.00 | 0.00 | 661.10 | 670.83 | 708.86 | 837.69 |
| **P01** | 3517.93 | 0.00 | 884.97 | 0.00 | 0.00 | 1015.06 | 1048.91 | 1067.20 | 1202.20 |

Full Field Success

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
    Input= 0.00/1.00
    Output= 0.00/1.00
Area-Net Pay Correlation = 0%

**Chance of Success >>**

| Pg- Chance of Geologic Success (>=Ab Min resource) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) |
|---|---|---|
| | 82.2% | 37.4% |

Fail Early <MEFS PHASE 1

Fail Late <MEFS PHASE 2

CONFIDENTIAL

APC-00027898

# Develop Most Likely Model



## Simulation Model
## Phase 1: West



Gross Volume
Net Volume
HC Pore Volume
Structural Model



Geo-Model

Field Development Model



Well Count
Facility Constraints
Well Constraints
Operating Constraints

## Simulation Model
## Full Field: Injection Case



Upper Wilcox

Purpose: Capture Impact of Timing
and Operational Constraints
Update Input as New Knowledge is
Acquired

CONFIDENTIAL    APC-00027899

# Phase 1: Wet Tree Constraints

- **Facility: 100 MBOPD Spar**
  - Capacity: 100 MBLPD &  120 MMCFD

- **Well Count (4):**
  - Two Wells: LWC, LWD and LWE
  - Two Wells:  All UW + LWA & LWB

- **Well Constraints**
  - 15,000 BLPD
  - 2,000 Drawdown

- **30 Year Evaluation Life**



ANADARKO PETROLEUM CORPORATION

14

APC-00027900

# Develop Stochastic Model





Abandonment
Pressure
Aquifer Size
Connectivity
OWCs



Purpose: Capture Impact of "Static"
& "Dynamic" Uncertainty in the
MEFS Evaluation

Update Input as New Knowledge is
Acquired



CONFIDENTIAL

APC-00027901

# Phase 1: Wet Tree 100 MBOPD Spar



Shen 5

Gas to KCC 20-Inch

Export to be determined

SPAR

Production Wells – 4 Initial Producers

| Cost Category | Total Cost ($MM) |
|---|---|
| Appraisal | $236 |
| Export | $140 |
| IPT/20A | $185 |
| Facility | $1,304 |
| Platform Rig | $0 |
| Subsea/Risers | $675 |
| Drilling | $548 |
| Completion | $690 |
| **Total Cost** | **$3,778** |
| **Max Capacity (BOEPD)** | **144,000** |
| **Expected Utilization** | **25% - 50 %** |

Well Constraint: 15 KBLPD

ANADARKO PETROLEUM CORPORATION

1

CONFIDENTIAL

APC-00027902

# MEFS to Sanction: Phase 1 @ 100%WI





CONFIDENTIAL                                                                    APC-00027903

# Phase 2: Wet Tree 100 MBOPD Spar



| Cost Category | Total Cost ($MM) | Delta Cost ($MM) |
|---|---|---|
| Appraisal | $236 | $0 |
| Export | $140 | $0 |
| IPT/20A | $185 | $0 |
| Facility | $1,304 | $0 |
| Platform Rig | $0 | $0 |
| Subsea/Risers | $1,239 | $564 |
| Drilling | $1,309 | $761 |
| Completion | $1,379 | $690 |
| **Total Cost** | **$5,793** | **$2,015** |
| **Max Capacity (BOEPD)** | **144,000** | **0** |
| **Expected Utilization** | **40% - 100%** | |

Shen 5

8 - Production Wells

Gas to KCC 20-Inch

Export to be determined

SPAR

Well Constraint:  15 KBLPD

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

CONFIDENTIAL

1

APC-00027904

# MEFS to Sanction: Phase 2 @ 100%WI





ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC-00027905

# <u>Invest</u> Pricing 100 MBOPD Spar Thresholds


ANADARKO

| | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | Total Geologic Pre-Drill | Above Commercial Threshold (MCFS= 227.00 MMBO Tot HC Oil equiv) | Above Economic Threshold (MEFS= 422.00 MMBO Tot HC Oil equiv) |
|---|---|---|---|---|---|---|---|---|---|
| Simulation Current | | | Liquids | | Sales Gas | | | | |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| P99 | 537.49 | 0.00 | 92.56 | 0.00 | 0.00 | 110.81 | 112.76 | 230.71 | 424.73 |
| P90 | 823.38 | 0.00 | 159.26 | 0.00 | 0.00 | 187.80 | 192.08 | 259.87 | 443.62 |
| Mode | 1122.10 | 0.00 | 250.31 | 0.00 | 0.00 | 239.52 | 299.31 | 239.45 | 430.24 |
| P50 | 1378.78 | 0.00 | 298.33 | 0.00 | 0.00 | 351.44 | 357.64 | 403.70 | 559.48 |
| Mean (P99->P01) | 1492.71 | 0.00 | 331.90 | 0.00 | 0.00 | 389.91 | 396.92 | 441.32 | 591.86 |
| P10 | 2347.59 | 0.00 | 561.55 | 0.00 | 0.00 | 661.10 | 670.83 | 708.86 | 837.69 |
| P01 | 3517.93 | 0.00 | 884.97 | 0.00 | 0.00 | 1015.06 | 1048.91 | 1067.20 | 1202.20 |

Full Field Success

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
  Input= 0.00/1.00
  Output= 0.00/1.00
Area-Net Pay Correlation = 0%

Chance of Success >>

| Pg- Chance of Geologic Success (>=Ab Min resource) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) |
|---|---|---|
| | 82.2% | 37.4% |

Fail Early
<MEFS PHASE 1

Fail Late
<MEFS PHASE 2

CONFIDENTIAL APC-00027906

# Decision Tree (100 MPOD Spar No Injection)



Well Data:
Shen 1
Shen 2
Shen 3

Today

Success — 37.4%

Fail Late (Phase 1 Only) — 44.8%

Fail Early (Exit) — 17.8%

11.2% — P90 Phase 2 — Gross Capex: $ 6,066 MM — 8 wells

15.0% — P50 Phase 2 — Gross Capex: $6,066 MM — 8 wells

11.2% — P10 Full Field — Gross Capex: $10,206 MM — 16 wells

Gross Capex: $4,051 MM — 4 wells

Gross Capex: $617 MM — 2015 & 2016 Capex

Post:
Shen 4
Shen 5

ANADARKO

CONFIDENTIAL  APC-00027907

# 100 MBOPD Spar Capital Forecast (No Injection Case)





CONFIDENTIAL

APC-00027908

# 100 MBOPD Spar Capital Split (No Injection)





**Wet Tree Development:**
**100 MBOPD Spar Phase 1**
**4 Wells**
**$4,051 MM**

Export 140 3%
Appraisal 439 11%
IPT/20A 255 6%
Completion 690 17%
Drilling 548 14%
Subsea 675 17%
Facility 1,304 32%

**Wet Tree Development**
**100 MBOPD Spar**
**Full Field - No Injection - 16 Wells**
**$10,206 MM**

Appraisal 439 4%
IPT/20A 255 3%
Export 140 1%
Completion 2,758 27%
Facility 1,304 13%
Subsea 2,477 24%
Drilling 2,832 28%

Export 140 2%
IPT/20A 255 4%
Appraisal 439 7%
Completion 1,379 23%
Facility 1,304 22%
Drilling 1,309 22%
Subsea 1,239 20%

**Wet Tree Development:**
**100 MBOPD Spar Phase 2**
**8 Wells**
**$6,066 MM**

CONFIDENTIAL                                                                                          APC-00027909

# Production Profiles





ANADARKO PETROLEUM CORPORATION

24

CONFIDENTIAL

APC-00027910

# Economic Summary (30% WI @ Invest)



ANADARKO

| Case | NPV10 ($MM) | ROR (%) | PIR10 ($/$) | F&D ($/BOE) | LOE ($/BOE) | EUR (MMBOE) | Capital ($B) |
|------|------|------|------|------|------|------|------|
| P10 | 272 | 13 | 0.18 | 14.20 | 5.49 | 216 | 3.0 |
| P50 | 242 | 13 | 0.21 | 12.54 | 4.74 | 145 | 1.8 |
| P90 | 68 | 11 | 0.06 | 15.99 | 5.85 | 114 | 1.8 |
| Fail Late | 26 | 11 | 0.03 | 14.16 | 4.99 | 86 | 1.2 |
| Fail Early | -109 | | -0.65 | | | | 0.2 |
| **Mean Economics @ Invest ($60/bbl)** | | | | | | | |
| Risked | 66 | 11 | 0.08 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 199 | 13 | 0.16 | 13.97 | 5.29 | 157 | 2.2 |

- **Key to improving economics in this pricing environment:**
  - Updating same evaluation as new information or data is acquired
  - Phasing to reduce uncertainties and minimize risk
  - Reducing well count
  - Increasing individual well rates (LW C / LWD / LWE)
  - Reducing D/C&E costs
  - Resource size

CONFIDENTIAL                                                                                                          APC-00027911



# SENSITIVITIES

CONFIDENTIAL
APC-00027912

# More Aggressive MMRA Resource Cases



ANADARKO

## Limited Thinning Case (Exploration View)

|  | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P90** | 1,600 | 800 | 15 | 1,166 | 269 |
| **P50** | 2,191 | 894 | 22 | 1,755 | 487 |
| **P10** | 3,000 | 1,000 | 30 | 2,661 | 765 |

## Big Case (Exploration View)

|  | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P90** | 2,600 | 800 | 15 | 1,769 | 395 |
| **P50** | 3,017 | 894 | 22 | 2,412 | 625 |
| **P10** | 3,500 | 1,000 | 30 | 3,307 | 977 |

CONFIDENTIAL

APC-00027913

# Tornado Chart (NPV 10 $MM)





Wet Tree - 100 MBOPD Spar - Full Field (16 wells) - No Injection
WI = 30% ; Invest Pricing

CONFIDENTIAL                                                                                          APC-00027914

# Tornado Chart (PIR10 $/$)





Wet Tree - 100 MBOPD Spar - Full Field (16 wells) - No Injection
WI = 30% ; Invest Pricing

Upside ($85/bbl)    Invest ($60/bbl)

CONFIDENTIAL                                                                        APC-00027915