EXHIBIT F

# Document Produced in Native Format

CONFIDENTIAL





# Shenandoah Project

# Development Wet Tree Economics
# 12/17/2015

APC-00058253

# Framework Faulting: Shen-1 Closed Mid Case





- All faults assumed to being sealing
- OWC assumes projected contacts from Shen2 to Shen3 across entire field
- Known: Shen1 not connected to Shen2
- Known: Shen4 not connected to Shen2

APC-00058253

# Dynamic Simulation Assumptions

<u>**Assumptions**</u>

- **30 Year Field Life (well life 25 yrs.)**

- **1st Oil July 2021**

- **Shen 2 Fluids and contacts**

- **Well Constraints**
  - Drawdown = 2,000 psi (GOM Standard)
  - Min. FBHP = 11,000 psi (Completions)
  - Rate = 15,000 BOPD (C-Factor)
  - 60% water cut (Flow Assurance)

- **Facility Constraints:**
  - Oil Production: 100K BOPD
  - Gas Production: 120 MMCFD
  - Water Production: 100K BWPD
  - Liquid Production: 120K BLPD

- **Uptime = 95%**

- **No PI Degradation Applied**

**Targeted Zones\* Phased Approach:**

- **Phase 1:**
  - 4 wells and one flow loop

- **Phase 2:**
  - 6 wells and another flow loop (10 total)

- **No Injection**

- **Targeted Zones\***
  - 2 wells per spacing
  - 1st Well: UW2 – LWB
  - 2nd Well: LWC- LWE



APC-00058253

# Subsea Cartoon



APC-00058253

# MMRA

## Top 10 Deepwater GOM Fields

| | Field | EUR (MMBOE) |
|---|---|---|
| 1 | Mars | 1,133 |
| 2 | Ursa | 399 |
| 3 | Tahiti | 303 |
| 4 | Auger | 271 |
| 5 | Mad Dog | 202 |
| 6 | Genesis | 238 |
| 7 | Ariel | 204 |
| 8 | Shenzi | 180 |
| 9 | Petronius | 198 |
| 10 | Troika | 216 |

| | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | | Above Commercial Threshold (MCFS= 200 MMBO Tot HC Oil equiv) |
|---|---|---|---|---|---|---|---|---|
| **Simulation Current** | | | **Liquids** | | **Sales Gas** | | **Total Geologic Pre-Drill** | |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE |
| P99 | 255.05 | 0.00 | 37.20 | 0.00 | 0.00 | 42.97 | 45.30 | 202.50 |
| P90 | 460.58 | 0.00 | 83.69 | 0.00 | 0.00 | 96.88 | (756) 100.26 | 223.54 |
| Mode | 735.09 | 0.00 | 109.16 | 0.00 | 0.00 | 197.72 | 164.32 | 212.64 |
| P50 | 974.22 | 0.00 | 206.63 | 0.00 | 0.00 | 242.59 | (898) 247.16 | 350.31 |
| Mean (P99->P01) | 1143.42 | 0.00 | 254.22 | 0.00 | 0.00 | 299.91 | 304.24 | 410.46 |
| P10 | 2101.63 | 0.00 | 508.62 | 0.00 | 0.00 | 597.68 | (1,130) 608.67 | 717.40 |
| P01 | 3838.25 | 0.00 | 992.42 | 0.00 | 0.00 | 1128.23 | 1176.59 | 1272.74 |

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
   Input= 0.00/1.00
   Output= 0.00/1.00
Area-Net Pay Correlation = 0%
Raw Gas Surface Loss: NONE
Percentile Sorting: Each product sorted individually.
(Warning...resource components will not sum across to HC Equiv.)

Chance of Success >>

Pg- Chance of Geologic Success (>=Ab Min resource)

Pc- Chance of Commercial Success (>=MCFS)

100.0%          61.5%

Simulation P10/P90 Ratio=6.1 versus Predicted:

APC-00058253

# Decision Tree (100 MPOD Spar No Injection)





APC-00058253

# Production Profiles and Descriptions





**Description:**

- **P10:**
  - EUR: 717.4 MMBOE
  - Aquifer: Connected
  - Compartmentalization: Minimal
  - RF: 26%

- **P50:**
  - EUR: 350.3 MMBOE
  - Aquifer: Semi-Connected
  - Compartmentalization: Medium
  - RF: 13%

- **P90:**
  - EUR: 223.5 MMBOE
  - Aquifer: Connected
  - Compartmentalization: Medium
  - RF: 30%

APC-00058253

# Drilling and Completion Assumptions

- **Keeper Wells:** Shen 5 and Shen 6

- **Completion Type:** Assumed cased hole perforated

- **Drill Days:** 167 days per well  and Completion Days: 73 - 62 days per well (~ $300MM/Well)

- **Phase 1:** Wells drilled with 15KMODU (Blackhawk) and completed with 20KMODU

- **Phase 2:** Wells drilled and completed with 20KMODU





APC-00058253

# Economic Summary



| | Invest $60/bbl | | Upside $80/bbl | | Mean Net EUR (MMBOE) | F&D ($/BOE) | $P_c$ |
|---|---|---|---|---|---|---|---|
| | AT NPV10 ($MM) | AT PIR10 | AT NPV10 ($MM) | AT PIR10 | | | |
| Risked Mean | -185 | -0.07 | 480 | 0.17 | 254 | 18.87 | 61.5%. |
| Unrisked Mean | -7 | 0.00 | 1,070 | 0.26 | 416 | 17.69 | 100% |



APC-00058253

# Costs Breakdown (P10 Only) – Standalone Spar



| | Wet Tree P10 |
|---|---|
| **OPEX** | |
| Fixed/Variable | $ 1,636,270,609 |
| Well Interventions* | $ 2,400,000,000 |
| **Total Opex** | **$ 4,036,270,609** |
| | |
| **CAPEX** | |
| Appraisal | $    424,835,630 |
| 20A | $    160,300,000 |
| Drilling | $ 1,787,443,104 |
| Completions | $ 1,059,796,317 |
| Facility | $ 3,296,995,380 |
| IPT | $              64,180,000 |
| Facility | $         2,155,965,648 |
| Subsea | $         1,076,849,732 |
| **Total CAPEX** | **$ 6,729,370,430** |

**Well Interventions* Assume 20K MODU + COWR**

- **Interventions**
  - Begin intervention after 5 years of production
  - Coiled tubing cleanouts every 5 years for asphaltene deposition
  - Cost $60/MM/intervention (20K MODU + COWR)

- **Fixed OPEX**
  - Platform = $3.4MM/month

- **Variable OPEX**
  - Oil = $0.55/bbl
  - Gas = $0.11/mcf
  - Water = $0.15/bbl

APC-00058253

# Economics: P10 Unrisked



| P10 | $60 Unrisked | $80 Unrisked |
|---|---|---|
| ATAX NPV @ 10% ($MM) | 1,177 | 2,664 |
| ATAX PIR10 ($/$) | 0.281 | 0.635 |
| ATAX F&D ($/BOE) | 12.19 | 12.19 |
| AT LOE ($/BOE) | 6.69 | 6.69 |
| Recoverable Resource (MMBOE) | 717.4 | 717.4 |

APC-00058253

# Economic Drivers





## Upside Drivers

- Decreased intervention frequency and/or costs→ - OPEX, + NPV10
- Third party tie-back opportunities → - Opex, - ARO, + NPV10
- Optimized Development (Well Placement, Phasing, Completion) → - Capex, - Opex, + NPV10
- Reduced D&C days and costs → - Capex, +NPV10
- Increased STOOIP → + EUR, + NPV10



## Downside Drivers

Increased intervention frequency and/or costs→ + OPEX, - NPV10

Increased compartmentalization → + Capex, + ARO, - NPV10

Water injection → + EUR, +Capex, - NPV10

Decreased STOOIP → - EUR; - NPV10

Delayed 1st oil → - NPV10

More Complex Completion Design → + Capex, - NPV10

APC-00058253





# Shenandoah: Aspahltene

APC-00058253



APC-00058253

# Aspahltene Onset Pressure Tests (AOP)

▪ **Project Impact (Rate/EUR/NPV10)**
- Completion design → <u>Zonal Isolation</u>; Well Count
- Intervention → Xylene Treatments
- Need for pressure support → Aquifer and/or Injection

▪ **Uncertainty Handled in Dynamic Modeling and Economics**
- Well Deliverability and Recovery
  - ‣ *Reservoir abandonment*
  - ‣ *Increasing skin*
- Completion and Intervention Costs

▪ **Case History : Ticonderoga**



| *No Stimulation* | *Low PI Stimulation* | *High PI Stimulation* |
|---|---|---|
| *Completion failure* | *Still Producing* | *Still Producing* |

SHENANDOAH
WR 51 #2
6081240007900
ELEV. KB : 86

Top Upper Wilcox 49 mya

Reservoir Conditions

AOP @ $T_R$
11,500 – 12,000 psi

Top Lower Wilcox ~ 55 mya

AOP @ $T_R$
13,500 psi

AOP @ $T_R$
5,500 psi

APC-00058253

# Aspahltene Onset Pressure Tests (AOP)

Commingle AOP Test Completed:

> LWC (20cc) – LWD (20cc) – LWE (20cc)
> AOP @ $T_R$
> >19,500 psi

Commingle AOP Test Planned:

> LWC (30cc) – LWE (30cc)
> AOP @ $T_R$

> UW2 (20cc) – LWA (20cc) – LWB (20cc)
> AOP @ $T_R$



APC-00058253

# Aspahltene Onset Pressure Tests (AOP)

▪ **Project Impact (Rate/EUR/NPV10)**
  • Mitigation and/or Intervention → Inhibitors;  Coil Cleanouts

▪ **Uncertainty Handled in Dynamic Modeling and Economics**
  • Well Deliverability and Recovery
    ‣ *Increasing skin*
  • Intervention Costs



Tubing Conditions

AOP @ 160 F 15,000 psi

AOP @ 130 F 17,700 psi

AOP @ 160 F 16,200 psi

AOP @ 135 F >19,500 psi

AOP @ 142 F >19,500 psi





APC-00058253

# Dynamic Simulation: Assumptions



- **30 Year Field Life**
- **1st Oil July 2021**
- **Shen2 Fluids and Projected Contacts**
- **Simplified Network Model**
  - Two flow loops
  - 60% water cut
- **Well Limits**
  - Drawdown = 2000 psi
  - Pab = 11,000 psi
  - Rate = 15,000 BOPD
- **Uptime = 95%**
- **No PI Degradation Applied**



APC-00058253



APC-00058253

# Targeted Zones Well Rates (3X Aquifer)



- **Facility constraint dominated**
  - Wells competing against each other
  - PU wells dominate, not drawdown limited
  - PL wells impacted by PU wells, drawdown constraint more impactful



APC-00058253

# All Zones Well Rates (3X Aquifer)



- **Wells are rate limited**

- **Drawdown constraint is not a big factor**

- **Steep drop off is water cut limit**



APC-00058253

# Targeted Zones: Capital Spend



## Phased Approached

**Targeted Zones**

- **Phase 1: 4 wells and one flow loop**

- **Phase 2: 6 wells and another flow loop**

- **No Injection**

**All Zones**

- **Phase 1: 4 wells and one flow loop**

- **Phase 2: 2 wells and another flow loop**

- **No Injection**



APC-00058253

# Economics Invest Price ($60/bbl & $3.25/mcf)



Targeted Zones (APC WI=30%); Point Forward 2016

|  | NPV10 $MM | NPV15 $MM | NPV20 $MM | PIR10 | F&D $/boe | LOE $boe |
|---|---|---|---|---|---|---|
| Depletion | 0.5 | -152.3 | -229.4 | 0.0 | 26.08 | 4.52 |
| 3X Aquifer | 539.8 | 88.5 | -112.5 | 0.48 | 9.62 | 4.48 |

All Zones (APC WI=30%); Point Forward 2016

|  | NPV10 $MM | NPV15 $MM | NPV20 $MM | PIR10 | F&D $/boe | LOE $boe |
|---|---|---|---|---|---|---|
| Depletion | 164.5 | -42.2 | -153.0 | 0.17 | 19.11 | 3.93 |
| 3X Aquifer | 596.0 | 141.3 | -68.3 | 0.63 | 7.53 | 3.75 |

APC-00058253

# Economics Upside Price ($85/bbl & $4.50/mcf)



Targeted Zones (APC WI=30%); Point Forward 2016

|  | NPV10 $MM | NPV15 $MM | NPV20 $MM | PIR10 | F&D $/boe | LOE $boe |
|---|---|---|---|---|---|---|
| Depletion | 400.6 | 105.0 | -58.6 | 0.35 | 26.08 | 4.52 |
| 3X Aquifer | 1,199.3 | 460.3 | 113.5 | 1.06 | 9.62 | 4.48 |

All Zones (APC WI=30%); Point Forward 2016

|  | NPV10 $MM | NPV15 $MM | NPV20 $MM | PIR10 | F&D $/boe | LOE $boe |
|---|---|---|---|---|---|---|
| Depletion | 577.9 | 224.3 | 24.6 | 0.60 | 19.11 | 3.93 |
| 3X Aquifer | 1219.4 | 496.7 | 150.3 | 1.28 | 7.53 | 3.75 |

APC-00058253

# Dynamic Simulation: Completion Strategy Impact





APC-00058253