# EXHIBIT G

**Document Produced in Native Format**

CONFIDENTIAL
APC-01166104



# Shenandoah 5, WR 51 #4 Appraisal Well Proposal

January 21th, 2016

ANADARKO PETROLEUM CORPORATION

APC-01166104

# 2016-2017 Shenandoah Appraisal Program Update





- **AFE Cost of $210 MM to drill & Evaluate East Flank of Shenandoah Structure**

- **Well Appraisal Findings and future appraisal assumptions:**
  - Shen 4ST & bypass wells reveal additional Structural Complexity on West Flank
  - Achieving Commercial Threshold likely requires success at Shen 5 & Shen 6
  - ST Keeper well tentatively scheduled for Q4, 2017 – final predevelopment penetration
  - Extends SOP to early Q2, 2018



Shenandoah

WR 52 #1 Shen-1 Discovery

WR 51 #2 Shen-2 Appraisal

WR 51#3 Shen-4 OH

WR 51#3ST1 Shen-4 ST1 & BP

WR 51#3ST2 Shen-4 ST2

WR 52 #2/2BP1 Shen-3 Appraisal

WR 51#4 Shen 5

Shell WR95#1 BP1 Yucatan Discovery

Shell WR96#2 Yucatan Appraisal

**Depth Structure Map – Top of UW2 Sandstone**

*C.I. = 100' (Post Shen 4 ST1)*

ANADARKO PETROLEUM CORPORATION

Color Bar

ANADARKO

SHENANDOAH
WR 51 #2
608124007900
ELEV_KB : 86

Top Upper Wilcox 49 mya

Top Lower Wilcox ~ 55 mya

APC-01166104



Shenandoah

Depth Structure Map – Top of UW2 Sandstone

C.I. = 100' (Post Shen 4 ST1)

# Shenandoah WR 51 #4 Well Recommendation

## Drill 600' Updip to the Shenandoah #2 (WR 51 #2) testing the central area of the reservoir

- AFE = 210 MM Gross, APC net at 30% = 63 MM
- Shenandoah Partnership: APC=30%, COP=30%, Cobalt=20%, Marathon-10%, Venari=10%
- Well anticipated to spud by March 2016 with the Diamond BlackHawk (APC Operated)

## Primary Objectives

- Extend Wilcox proven reservoirs to the east
- Confirm fault model by pressures relative to Shen 2 and Shen1
- Move project closer to a minimum economic field size for sanctioning



| Block: | WR 51 |
|---|---|
| Water Depth: | 5847' |
| Objective: | U. & L. Wilcox |
| Trap Type: | Salt trapped 3-Way |
| PTD: | 31,100' |
| D.H. Cost: | 210 MM  (63 MM net) |

Upper Wilcox 2
C.I. = 100' (Post Shen 4 ST1)

ANADARKO PETROLEUM CORPORATION

APC-01166104

# Shenandoah WR 51 #4 Well Recommendation

## Drill 600' Updip to the Shenandoah #2 (WR 51 #2) testing the central area of the reservoir

- AFE = 210 MM Gross, APC net at 30% = 63 MM
- Shenandoah Partnership: APC=30%, COP=30%, Cobalt=20%, Marathon-10%, Venari=10%
- Well anticipated to spud by March 2016 with the Diamond BlackHawk (APC Operated)

## Primary Objectives

- Extend Wilcox proven reservoirs to the east
- Confirm fault model by pressures relative to Shen 2 and Shen1
- Move project closer to a minimum economic field size for sanctioning



# Future Appraisal

### Depth Structure Map – Top of UW2 Sandstone
### Current: Post Shen4 BP1 -- Development



### Fault Block Areal Size down to Est O/W



ANADARKO PETROLEUM CORPORATION

APC-01166104



Structural Cross Section
Across Shenandoah Field Area

Index Map

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O N

APC-01166104



# Shenandoah Schematic Structural Cross Section

*Wells are projected: Schematic Section*



## WR51-4 Shen-5 Location



10

APC-01166104



## Shen-4ST1 to Shen-2 to Shen-5 to Shen-6 to Shen-3

APC-01166104



**Walker Ridge 51 – Shen-5 Location**
**North-South Seismic Line**
**WGC Rev8 Coil – FINAL2 vol**

CFO/PAC – APC DEV                    Aug. 2015





APC-01166104

# Shen 5 and Forward Operations

## Shen 5 –E Location as first operation

- **Shen 5 drilled as a vertical well**
  - Establish existence of Upper & Lower Wilcox pay sands (Shen2 look-alike)
  - Determine pressure connectivity
  - Well could be used / ST'd as a keeper well
  - Would consider additional core for Upper Wilcox (interval not cored in Shen4) but would likely be a core on the fly operation (no By-Pass). This cost is not presently in the AFE.

## Shen 6 – L Location as next operation

- **Shen 6 drilled as a vertical well**
  - Establish presence of water contact or extends LKO (deeper than possible with a Shen5 southeast ST
  - Extend field limits further to the east
  - Further establish proven area of reservoir for MEFS achievement

- **Shen 6 Sidetracked to the north for keeper**

APC-01166104

## <u>WR 51E Location Analysis</u>



If E Location Success: Shen-2 lookalike, similar pressures
- Extend known resources updip 600'
- Improve confidence in geologic model
- MEFS not guaranteed but enhanced
- Still need to drill WR52-L, but lowered risk; WR52-L possibly fault-separated (?)

If E Location Partial Success: Different Sands, Fluids, and/or Pressures
- Connectivity to Shen-1 updip and/or Shen-3?
- Extend known resources updip, compartment sizes uncertain, connectivity unknown
- MEFS still challenged; depends on fluids, connectivity
- May need to drill WR52-L to achieve MEFS, but much higher risk

If E Location Failure: wet
- Resources limited to Shen-2/Shen-4ST fault blocks
- MEFS in jeopardy; possible exit
- WR52-L probable failure

APC-01166104

# Evolution of Resources





Shenandoah Resource Estimates

* January 2016

APC-01166104

# Joint Resource Estimates (Pre Drill Shen 5)



| Recoverable Resource | Un-Truncated Resources — Prospect Aggregate Geologic | | | Truncated Resources — Prospect Aggregate Commercial | | |
|---|---|---|---|---|---|---|
| Thresholds | Zone and Prospect level thresholds NEVER applied. | | | Zone Thresholds disabled. Prospect Threshold applied (167 MMBO / 200 BCF) | | |
| Product | Liquids | Gas | Equivalent | Liquids | Gas | Equivalent |
| Units | MMBO | BCF | MMBOE | MMBO | BCF | MMBOE |
| P99 | 75.955 | 90.244 | 90.996 | 173.506 | 204.656 | 207.618 |
| P90 | 154.764 | 182.451 | 185.174 | 220.041 | 259.194 | 263.249 |
| Mode | 266.331 | 312.598 | 318.345 | 264.686 | 310.755 | 316.433 |
| P50 | 340.220 | 400.443 | 406.948 | 362.517 | 426.457 | 433.584 |
| Mean (P99->P01)* | 356.635 | 418.990 | 426.467 | 385.685 | 453.015 | 461.188 |
| P10 | 580.335 | 679.648 | 693.582 | 599.641 | 701.484 | 716.549 |
| P01 | 876.075 | 1,022.584 | 1,046.506 | 891.432 | 1,040.218 | 1,064.798 |
| Chance | NA | NA | 100.0% | NA | NA | 88.2% |

APC-01166104





Shenandoah Un-Risked
Geologic Resource Estimates

* January 2016

A N A D A R K O  P E T R O L E U M  C O R P O R A T I O N

18

APC-01166104

# MMRA Inputs



Untruncated

| | Productive Area (acres) | Average Net Pay (feet) | Calculated Oil Yield (bbls / ac-ft) | Result OIIP (MMBO) | Result EUR (MMBOE) |
|---|---|---|---|---|---|
| P99 | 467 | 377 | 61 | 255 | 45 |
| P90 | 800 | 500 | 107 | 461 | 100 |
| P50 | 1549 | 707 | 193 | 974 | 247 |
| Mean | 1739 | 726 | 202 | 1143 | 304 |
| P10 | 3000 | 1000 | 314 | 2102 | 609 |
| P01 | 5142 | 1327 | 432 | 3838 | 1177 |

Deterministic Checks

| | Average Porosity (%) | Average Sw (%) | Recovery Factor (%) | FVF (rbbl/stb) | GOR (scf/stb) |
|---|---|---|---|---|---|
| P99 | 18 | 36 | 8 | 1.1 | 872 |
| P90 | 19 | 30 | 14 | 1.2 | 1000 |
| P50 | 21 | 23 | 22 | 1.4 | 1183 |
| Mean | 21 | 23 | 22 | 1.4 | 1193 |
| P10 | 23 | 16 | 30 | 1.6 | 1400 |
| P01 | 24 | 13 | 37 | 1.7 | 1606 |

# High Confidence Resources



| Modeled Contact | STOOIP MMBO |
|---|---|
| LKO+50 | 202 |
| Proj. OWC | 541 |



ANADARKO PETROLEUM CORPORATION

20

APC-01166104

# Volumetric Update: Model Matrix STOOIP (pre & post Shen-4)





# Rig Rates



| Project Phase | Well Operation | Low Case | High Case | Rig Type | Old Base Case |
|---|---|---|---|---|---|
| Phase 1 | Drill Shen #5 | Current Blackhawk rate | Current Blackhawk rate | 15K | Blackhawk |
| Phase 1 | Drill Shen #6 | Current Blackhawk rate | Current Blackhawk rate | 15K | Blackhawk |
| Phase 1 | Drill Shen #7 | $250,000 / day | Current Blackhawk rate | 15K | Blackhawk |
| Phase 1 | Drill Shen #8 | $250,000 / day | Current Blackhawk rate | 15K | Blackhawk |
| Phase 1 | Complete #5 | $350,000 / day | $450,000 / day | 20K | $600,000 / day |
| Phase 1 | Complete #6 | $350,000 / day | $450,000 / day | 20K | $600,000 / day |
| Phase 1 | Complete #7 | $350,000 / day | $450,000 / day | 20K | $600,000 / day |
| Phase 1 | Complete #8 | $350,000 / day | $450,000 / day | 20K | $600,000 / day |
| Phase 2 | Drill & Complete (6 wells) | $350,000 / day | $450,000 / day | 20K | $600,000 / day |

APC-01166104

# Completion Costs



| ZERO PERCENT NPT / CONTINGENCIES (P10) | | |
|---|---|---|
| COMPLETION OPERATION | DAYS | COST ($) |
| CASE & PERF | 43.5 | 64,617,300 |
| CASE & PERF WITH IWS | **45.5** | **70,075,000** |
| TWO ZONE SAND CONTROL | 53.5 | 79,093,600 |
| TWO ZONE SAND CONTROL WITH IWS | 55.5 | 83,301,400 |
| **15 PERCENT NPT / CONTINGENCIES (P50)** | | |
| COMPLETION OPERATION | DAYS | COST |
| CASE & PERF | 51.2 | 75,851,300 |
| CASE & PERF WITH IWS | 53.5 | 78,687,600 |
| TWO ZONE SAND CONTROL | 62.9 | 89,220,500 |
| TWO ZONE SAND CONTROL WITH IWS | 65.3 | 93,806,800 |
| **35 PERCENT NPT / CONTINGENCIES (P90)** | | |
| COMPLETION OPERATION | DAYS | COST |
| CASE & PERF | 66.9 | 89,741,600 |
| CASE & PERF WITH IWS | **70.0** | **96,354,500** |
| TWO ZONE SAND CONTROL | 82.3 | 109,993,600 |
| TWO ZONE SAND CONTROL WITH IWS | 85.4 | 115,356,500 |

APC-01166104

# Facility Cost Estimates (Spar)



### Phase 1 Costs
Host Facility, 4 Well Subsea Tieback (2 Risers + 1 Umbilical)

### Phase 2 Costs
6 Well Subsea Tieback
(2 Risers + 1 Umbilical)

**P01**

No Weather Downtime, 0% Contingency

**$2,135 MM**
• $60 Invest

**$2,348 MM**
• $80 Upside

**P10**

8% Contingency on offshore HUC and Install to account for weather downtime

**$2,171 MM**
• $60 Invest

**$2,388 MM**
• $80 Upside

**P50-P75**

18% Contingency

**$2,510 MM**
• $60 Invest

**$2,761**
• $80 Upside

No updates due to uncertainty around final design and timing

**$625 MM**
(No Contingency)

**$700 MM**
(With Contingency)

Notes:
- $60 Price Deck assumes sub-$50 oil market
- $80 Price Deck assumes $50-$70 oil market, and a 10% increase on all facilities costs

ANADARKO PETROLEUM CORPORATION

24

APC-01166104

# Drilling Assumptions

- **Keeper Wells:** Shen 5 and Shen 6

- **Spread Rate:** 10% Reduction

- **Drill Days:**

- Shen 5 → 167 days includes contingency liner
  Cost $205MM (Black Hawk Rate)

- Shen 6 → 120 days removed contingency liner and
  extra evaluation days and added production casing
  Cost $ 133MM (Black Hawk Rate)

- Shen 7+ → 120 days removed contingency liner and
  extra evaluation days and added production casing
  Cost $102 - $114MM (Lower Rig Rates)



APC-01166104

# Economic Value Drivers (Comparison)



| | Recommended Case | Old Base Case |
|---|---|---|
| **Average D&C Costs** | $190 MM/Well | $300 MM/Well |
| **Facilities Phase I & II** | $3.2 B | $3.3 B |
| **Risked Ecos $P_c$** | 88.2% | 61.5% |
| **Intervention Costs (P50)** | $0.8 B | $2.4 B |

Rig Rate alone would cut per well costs by 25%
Incremental well cost savings due to reduced days and spread rates

Largest Cost Uncertainty: Remains in this category as drilling design still evolving and final completion design not defined

APC-01166104

# Stand-alone Development Assumptions

**Assumptions**

▪ **30 Year Field Life (well life 25 yrs.)**

▪ **1ˢᵗ Oil July 2021**

▪ **Facility (Spar):**
  • Oil Production: 100K BOPD
  • Gas Production: 120 MMCFD
  • Water Production: 100K BWPD
  • Liquid Production: 120K BLP

**Targeted Zones Phased Development:**

▪ **Phase 1: (all cases)**
  • 4 wells and one flow loop

▪ **Phase 2: (P50 and P10 only)**
  • 6 additional wells and another flow loop (10 wells total)

▪ **No Injection**

▪ **Uptime = 95%**



Targeted Zones

# Dynamic Model Framework







- **All faults assumed to being sealing**
- **Assumes Upper Wilcox present everywhere**
- **OWC assumes projected contacts from Shen2 to Shen3 across entire field**
- **Known: Shen1 not connected to Shen2**
- **Known: Shen4 not connected to Shen2**

# Production Profiles and Descriptions



## SHENANDOAH PRODUCTION PROFILES



Incorporates 95% Uptime

**Description:**

▪ **Truncated P10 Resource:**
- EUR: 717 MMBOE
- Aquifer: Strong
- Compartmentalization: Minimal
- RF: 31%

▪ **Truncated P50 Resource:**
- EUR: 434 MMBOE
- Aquifer: Moderate
- Compartmentalization: Minimal
- RF: 19%

▪ **Truncated P90 Resource:**
- EUR: 263 MMBOE
- Aquifer: Weak
- Compartmentalized
- RF: 16% (UW2- LWB Only)

# Dynamic Simulation: Assumptions



- **30 Year Field Life**

- **1st Oil July 2021**

- **Shen 2 Fluids and Projected Contacts**

- **Simplified Network Model**
  - Two flow loops
  - 60% water cut

- **Well Limits**
  - Drawdown = 2000 psi
  - FBHP = 11,000 psi
  - Rate = 15,000 BOPD

- **Uptime = 95%**

- **No PI Degradation Applied**





# Facility Constraints (Targeted Zones) & Phasing

- **Oil Production:** 100K BOPD

- **Gas Production:** 120 MMCFD

- **Water Production:** 100K BWPD

- **Max Liquid Rate per 7.5" Flowline:** 40K BLPD

- **Minimum Liquid Rate per Riser:** 5,000 BLPD

- **Phase I:**
  - 4 producers
  - 1st oil 7/2021: 2 producers
  - 1st completion 1/2021 (20K MODU ready 1/2021)

- **Phase II:**
  - 6 producers (10 total)
  - 1st Oil: 2/2024
    - *12 months post final completion in Phase I to commit*

**Phase I: Wet Tree (Semi or Spar)**

**100 MBOPD**



# Dynamic Simulation: Well Rate Constraint Impact



- **Examined 3 rates**
- **Base case= 15,000 BOPD**
- **Erosional velocity (C-factor) is completion design driven**
- **Higher Rates Will  Increase NPV10**
- **Not all wells created equal**
- **Peak rate will be limited by phasing**
- **Phasing recommended → well testing not possible**



# Dynamic Simulation: Compartmentalization Impact



- **Lots of uncertainty in faulting picture at current time**

- **North/South Faulting**
  - Evidence of some faulting
  - Minimal impact in recovery if wells placed correctly
  - More N/S compartments = More wells
  - Limited to no Aquifer = More Injection Wells

- **East/West Faulting**
  - Faulting based upon conglomeration of partner interpretations from previous structural/stratigraphic workshops
  - Larger impact on recovery due to disconnection to aquifer
  - Makes placing injection wells tricky → may preclude benefit of injection



# Decision Tree (100 MPOD Spar No Injection)





**Today**

88.2%

**Success**

11.8%

**Fail**

**P10**
Full Field (10 wells)
Gross CAPEX: $5.4B
26.46%

**P50**
Full Field (10 wells)
Gross CAPEX: $5.4B
35.28%

**P90**
Phase 1 Only (4 wells)
Gross CAPEX: $3.6B
26.46%

**Fail**
Shen. 5 and Shen. 6
Gross CAPEX: $0.6B
11.8%

ANADARKO PETROLEUM CORPORATION

34

APC-01166104

# Capital Summary





# Economic Summary (APC WI = 30%)



## Risked / Un-risked Mean Stand-alone (2016 forward)

| | Invest $60/bbl | | | Upside $80/bbl | | | | |
|---|---|---|---|---|---|---|---|---|
| | Net AT NPV10 ($MM) | AT PIR10 | F&D ($/BOE) | Net AT NPV10 ($MM) | AT PIR10 | F&D* ($/BOE) | Mean Gross EUR (MMBOE) | $P_c$ |
| Risked Mean | 208 | 0.22 | 15.38 | 478 | 0.48 | 16.07 | 412.6 | 88.2% |
| Unrisked Mean | 250 | 0.24 | 15.18 | 557 | 0.50 | 15.87 | 468.0 | 100% |

*Increased facilities costs at $80 oil (market driven)

## Un-risked P10 (2016 forward) at 100% WI

| | Invest $60/bbl | | | Upside $80/bbl | | | | |
|---|---|---|---|---|---|---|---|---|
| | Net AT NPV10 ($MM) | AT PIR10 | F&D* ($/BOE) | Net AT NPV10 ($MM) | AT PIR10 | F&D* ($/BOE) | Mean Gross EUR (MMBOE) | $P_c$ |
| Unrisked P10 | 2,185 | 0.62 | 9.90 | 3,659 | 0.99 | 10.35 | 717 | 100% |

*Increased facilities costs at $80 oil (market driven)

APC-01166104

# Minimum Economic Field Size



APC-01166104

# Sensitivities – Tornado Chart (PIR10)





APC-01166104

# Sensitivities – Tornado Chart (NET AT NPV 10)





APC-01166104

# Appraisal Impact: Shen 5 (E Location)





Shen 5 Success
Incremental Resource Exposure

| Shen 5 (Shen 2 look alike) | STOOIP MMBO |
|---|---|
| Filled to Base | 304 |
| Shen 2 Proj. OWC | 501 |
| Shen 3 HKW | 665 |

# West Shenandoah Resource Range



| | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | Total Geologic Pre-Drill |
|---|---|---|---|---|---|---|---|
| **Simulation Current** | | | Liquids | | Sales Gas | | |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE |
| **P99** | 436.95 | 0.00 | 48.87 | 0.00 | 0.00 | 56.20 | 60.68 |
| **P90** | 590.79 | 0.00 | 95.57 | 0.00 | 0.00 | 113.23 | 115.55 |
| **Mode** | 727.14 | 0.00 | 140.58 | 0.00 | 0.00 | 188.05 | 188.74 |
| **P50** | 858.59 | 0.00 | 185.49 | 0.00 | 0.00 | 221.92 | 222.93 |
| **Mean (P99->P01)** | 898.99 | 0.00 | 201.99 | 0.00 | 0.00 | 238.32 | 241.71 |
| **P10** | 1277.49 | 0.00 | 339.03 | 0.00 | 0.00 | 395.44 | 404.29 |
| **P01** | 1713.03 | 0.00 | 491.38 | 0.00 | 0.00 | 564.44 | 582.31 |



**Mid-case STOOIP distribution (West Shenandoah)**

# Well Design: Base Plan





# Well Design:
## Contingency Casing



# Well Design:
## Pore Pressure





# Days & Costs Curve





APC-01166104

# Days & Costs Curve with Offset Wells





# Shen 4 BP1 Core Update

## January 21th, 2016

APC-01166104

# Shen 4 BP Well Summary



- **BP well kicked off at 28,098' (Oligo) and reached TD at 31,765' MD in the Cretaceous.**

- **Cretaceous was confirmed with paleo data at approximately 31,590' MD which was higher than expected as the LWE sand facies was largely missing.**

- **The well averaged 300' to 400' of lateral separation from the ST wellbore throughout the Wilcox section.**

- **The top sand (interpreted as part of the UW2), most of the LWE sand, and the LWF sands were missing relative to the ST well.**

- **Due to an obstruction at 30,570' MD, no WL data was obtained below this depth (Lower LWB, LWC, LWD & LWE formations**

# Shen 4 BP Core Program Summary



▪ **Six Cores acquired totaling 542' covering portions of LWA, LWB, LWC & LWE formations**

▪ **Core 1 utilized a 360' core barrel with 4.5"steel inner barrel (results in a 4" core) with recovery of only 10'after early jam**

▪ **Cores 2 thru 6 all had 240', 4 1/4"aluminum barrels with jam buster (results in a 3.5" core)**

　　**Resulted in likely better recoveries – jamming occurred at sand/shale interfacies**

▪ **Core 6 in LWE sand jammed after 18 feet and did not core LWE main interval**

▪ **Total cost for core & wireline logging operations estimated to be $56.5  MM**

APC-01166104

# Shen 4 ST & BP Structural Cross Section







## Shen4 BP1

**Core 1:** 30,320' – 30,333'
cut 13' Rec. 10'

**Core 2:** 30,333' – 30,416'
cut 83' Rec. 83'

**Core 3:** 30,416' – 30,512'
cut 103' Rec. 96'

**Core 4:** 30,512' – 30,606'
cut 102' Rec. 94'

**Core 5:** 30,993' – 31,234'
cut 241', Rec. 241'

**Core 6:** 31,520' – 31,538'
cut 36', Rec.18'

**Total Core:542'**
Mostly carbonates
with siltstones

30,346' – Core 2

SANDSTONE: grey, medium grey, clear to translucent, moderate stained, hard to medium hard, rounded to sub-rounded, very fine grains, moderately to well sorted, good intergranular porosity (10%–15%), presence of fracture porosity, strong petroliferous odor, even dull yellow DF, moderately fast blooming bluish white cut, thin, very light brown residual ring.

30,418' – Core 3

SANDSTONE: medium grey brown oil stain, fine grained, sub angular, moderately sorted, weakly cemented, poor to moderate (5% - 15%) intergranular porosity, dull yellow DF,weak white crush CF,  weak to moderate HC odor.

30,551' – Core 4

SANDSTONE: very fine grains, medium brown, translucent, moderate brown oil stain, rare trace dead oil, firm to slightly hard,  friable in places, quartzite, rounded to sub-rounded, massive, moderately to well sorted, moderate visible porosity, slight calcareous, very weak petroliferous odor, even pale yellow fluorescence, moderately slow streaming bluish white cut, no residual ring.

31,075' – Core 5

SANDSTONE: light brown, translucent, very fine grains, predominantly light brown oil stained, soft to firm, friable, quartzitic, sub-rounded to sub angular, massive, moderately well sorted, moderate visible porosity, slight calcareous
Slight hydrocarbon odor, pale yellow N/F, slow streaming blue/white cut.  No residue ring

31,140' – Core 5

SILTSTONE: medium to dark gray, finely laminated, hard, brittle, non calcareous.
No Show

31,520' to 31522' - Core 6

Siltstone/Sandstone: medium to dark gray, hard, slightly calcareous to calcareous, black carbonaceous fragments

APC-01166104

# Top of the core 30321'-30323



SANDSTONE: clear, translucent, smoky, light brownish grey due to oil stain, firm to moderately hard, quartzitic, rounded to sub-rounded, massive, very fine to fine grains, moderately to well sorted, generally poor to fair intergranular porosity (10% - 15%), weak to moderate petroliferous odor, no visible direct fluorescence, very weak cloudy greenish brown crush cut, faint thick light brown residual ring.

Fractures, most likely
Coring induced due the shape (petal)

Deformation Bands? filled fractures?

Vein?



# Structure - Cores 1 & 2



▪ **Most clean sands contain deformation bands**

▪ **Numerous wide clusters of bands, which is different from the Shen 3 core, indicating enhanced levels of (shear) strain and closer proximity to major faults.**

▪ **Some of the faults show apparent reverse offsets. It is possible that they originated as normal or oblique slip faults and have been rotated (along with bedding) to show reverse offsets today. More work on this will take place once we load the CT scans into our image software to measure the orientation and offsets.**

APC-01166104



Possible Major FAULT ZONE

APC-01166104



Minor (apparent) Reverse FAULT ZONE

APC-01166104



Minor FAULT ZONES

APC-01166104

# Structure - Cores 3 & 4



▪ **Relatively undeformed compared to cores 1 and 2, (2 main clusters of bands exist), but deformation band based faults do exist in some of the sands**


▪ **One of the clusters show apparent reverse offsets.**

ANADARKO PETROLEUM CORPORATION

APC-01166104

Minor (apparent) Reverse FAULT



APC-01166104



Minor FAULT

APC-01166104

## Core 1 – 30320 – 30330'







ANADARKO PETROLEUM CORPORATION

APC-01166104

## Core 2 – 30383 – 30393'



APC-01166104



Core 3 – 30486 – 30496'



APC-01166104

## Core 4 – 30552 – 30562'





Core 1: 30,320' – 30,333'
cut 13' Rec. 10'

Core 2: 30,333' – 30,416'
cut 83' Rec. 83'

Core 3: 30,416' – 30,512'
cut 103' Rec. 96'

Core 4: 30,512' – 30,606'
cut 102' Rec. 94'

Core 5: 30,993' – 31,234'
cut 241', Rec. 241'

Core 6: 31,520' – 31,538'
cut 36', Rec.18'

*LWA*

*LWB*

*LWC*

*LWD*

*LWE*

A N A D A R K O   P E T R O L E U M   C O R P O R A T I O

APC-01166104

# Core 5 – 31033 – 31043'



ANADARKO PETROLEUM CORPORATION

APC-01166104

## Core 5 – 31133 – 31143'







Core 1: 30,320' – 30,333'
cut 13' Rec. 10'

Core 2: 30,333' – 30,416'
cut 83' Rec. 83'

Core 3: 30,416' – 30,512'
cut 103' Rec. 96'

Core 4: 30,512' – 30,606'
cut 102' Rec. 94'

Core 5: 30,993' – 31,234'
cut 241', Rec. 241'

Core 6: 31,520' – 31,538'
cut 36', Rec.18'

*LWA*

*LWB*

*LWC*

*LWD*

*LWE*

# Core 6 – 31520 – 31530'







Core 1:  30,320' – 30,333'
cut 13' Rec. 10'

Core 2:  30,333' – 30,416'
cut 83' Rec. 83'

Core 3:  30,416' – 30,512'
cut 103' Rec. 96'

Core 4:  30,512' – 30,606'
cut 102' Rec. 94'

Core 5:  30,993' – 31,234'
cut 241', Rec. 241'

Core 6:  31,520' – 31,538'
cut 36', Rec.18'

*LWA*

*LWB*

*LWC*

*LWD*

*LWE*

# Shen 4 Current Core Status and Path Forward



## Current Status

- **All six cores are in Core Lab and been extruded**

- **CT scanning completed for all cores**

- **Spectral GR completed for all cores**

- **Core slabbing & photographs completed**

- **Samples selected (379) for routine analysis w/ companion plugs for SCAL, CT scans, LPSA, thin section, with 6 samples selected for XRD, SEM, and 16 samples for pilot study**

- **Core Lab (Pat Rush & Team) currently describing core.**

## Next Steps

- **Probe perm measurements ongoing**

- **Additional CT scans on plugs**

- **APC workshops discussing preliminary findings (first week in Feb.)**

- **Shenandoah Partner core workshop ( mid to later part of Feb.)**

# K2 Field – M20 Sand Waterflood Economics

## January 21, 2016

APC-01166104

### Primary Objective - M20 Pilot WF Test

1. Confirm Presence of Reservoir Quality Sand
2. Pressure sink at M20 Penetration
3. Short term, high rate injection without plugging
4. Confirm pressure response in up-dip producer

### Secondary Objective - M9 Exploitation

▸ Test M9 North Amplitude
▸ M9 Recovery Potential:  6 - 28 MMBOE
▸ If PWF fails - M9 Recompletion or S/T
▸ Additional potential in M10 and M15



APC-01166104

# M20 Waterflood – Assumptions for Economics

- **Pilot WF** (213 MM$)
  - Drill and minimally complete pilot injector
  - Conduct rig based injection test, (Rowan Resolute at 649 M$/D rig rate)
  - Assumed test duration of 60 days
  - Maximum rate is 18 bpm (~25,000 bwipd)
  - Discharge pressure sufficient to exceed fracture pressure to eliminate risk of plugging completion
  - Monitor for pressure response in up-dip, shut-in producers

- **Final Engineering Study for Facilities** (11.3 MM$)

- **Full-field Waterflood** (888 MM$)
  - Hosted by MP TLP – 30,000 bwpd seawater treatment and injection
  - Remove excess equipment to reduce weight
  - Turbine driven Sulzer injection pump - 11,600 psi discharge pressure, (~3500 psi greater than Shenzi WF)
  - Convert dry tree TTR to injection riser
  - Install injection distribution line from MP to K2
  - Complete PWF well, D&C 2 new injectors and 1 new producer, (300 M$/D rig rate)

- **Incremental Waterflood Recovery** (116 MMBOE)
  - Simulation models history matched with P30 and P70 net sand maps
  - Primary recovery is ~9%
  - Waterflood recovery is average incremental from P30 and P70 models
  - Models include 30% reduction in movable oil by water displacement
  - Waterflood recovery ~28%

APC-01166104

| K2 FIELD  -  M20 WATERFLOOD  -  ECONOMIC SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| WTI OIL PRICE FLAT 60 $/BO  -  WI = 41.8%, NRI = 42.29% | | | | | | | |

| | | SENSITIVITY TO OIL PRICE | | | | | |
|---|---|---|---|---|---|---|---|
| | | (Base Case: P30 & P70 average, Movable Oil minus 30%) | | | | | |
| | | OPTION 5 | | | OPTION 5 (Facil Capital reduced by 20%) | | |
| | | *$85 WTI* | *$60 WTI* Reference | *$40 WTI* | *$85 WTI* | *$60 WTI* Reference | *$40 WTI* |
| **GROSS** | | | | | | | |
| Capital | MM$ | 1,181 | 1,181 | 1,181 | 1,107 | 1,107 | 1,107 |
| Recovery | MMBOE | 116 | 116 | 116 | 116 | 116 | 116 |
| **NET** | | | | | | | |
| Capital | MM$ | 494 | 494 | 494 | 463 | 463 | 463 |
| Recovery | MMBOE | 49 | 49 | 49 | 49 | 49 | 49 |
| **BTAX** | | | | | | | |
| NPV10 | MM$ | 689.1 | 338.3 | 55.1 | 712.4 | 361.6 | 78.4 |
| P/I | $/$ | 1.95 | 0.96 | 0.16 | 2.16 | 1.10 | 0.24 |
| ROR | % | 29.4 | 21.0 | 12.2 | 30.9 | 22.3 | 13.2 |
| **ATAX** | | | | | | | |
| NPV10 | MM$ | 421.2 | 200.0 | 21.5 | 437.5 | 216.3 | 37.8 |
| P/I | $/$ | 1.19 | 0.57 | 0.06 | 1.33 | 0.66 | 0.12 |
| ROR | % | 26.9 | 19.3 | 11.2 | 28.5 | 20.6 | 12.2 |
| Payout | Yrs | 7.4 | 8.5 | 10.5 | 7.3 | 8.3 | 10.2 |
| F&D | $/Boe | 10.1 | 10.1 | 10.1 | 9.5 | 9.5 | 9.5 |
| LOE | $/Boe | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 |

**NOTES:**
- Base Case is an average of P30 and P70 Models each with Movable Oil Reduced by 30%.
- All economics are run with incremental production and capital.
- Waterflood incremenetal recovery is M20 only.
- Discount Date for economics is Apr-2016, (1st investment following project sanctioning).

APC-01166104

## K2 FIELD  -  M20 WATERFLOOD  -  ECONOMIC SUMMARY
### WTI OIL PRICE FLAT 60 $/BO  -  WI = 100%, NRI = 87.5%

| | | SENSITIVITY TO OIL PRICE | | | | | |
|---|---|---|---|---|---|---|---|
| | | (Base Case: P30 & P70 average, Movable Oil minus 30%) | | | | | |
| | | OPTION 5 | | | OPTION 5 (Facil Capital reduced by 20%) | | |
| | | *$85 WTI* | *$60 WTI* Reference | *$40 WTI* | *$85 WTI* | *$60 WTI* Reference | *$40 WTI* |
| **GROSS** | | | | | | | |
| Capital | MM$ | 1,181 | 1,181 | 1,181 | 1,107 | 1,107 | 1,107 |
| Recovery | MMBOE | 116 | 116 | 116 | 116 | 116 | 116 |
| **NET** | | | | | | | |
| Capital | MM$ | 1,181 | 1,181 | 1,181 | 1,107 | 1,107 | 1,107 |
| Recovery | MMBOE | 101 | 101 | 101 | 101 | 101 | 101 |
| **BTAX** | | | | | | | |
| NPV10 | MM$ | 1,375.0 | 630.9 | 29.4 | 1,430.7 | 680.4 | 85.2 |
| P/I | $/$ | 1.63 | 0.75 | 0.04 | 1.82 | 0.86 | 0.11 |
| ROR | % | 26.9 | 18.9 | 10.5 | 28.3 | 20.1 | 11.5 |
| **ATAX** | | | | | | | |
| NPV10 | MM$ | 835.1 | 366.0 | (13.3) | 874.2 | 401.1 | 25.9 |
| P/I | $/$ | 0.99 | 0.43 | (0.02) | 1.11 | 0.51 | 0.03 |
| ROR | % | 24.6 | 17.4 | 9.7 | 26.1 | 18.6 | 10.7 |
| Payout | Yrs | 7.7 | 8.9 | 11.1 | 7.5 | 8.6 | 10.7 |
| F&D | $/Boe | 11.7 | 11.7 | 11.7 | 10.9 | 10.9 | 10.9 |
| LOE | $/Boe | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 |

**NOTES:**
- Base Case is an average of P30 and P70 Models each with Movable Oil Reduced by 30%.
- All economics are run with incremental production and capital.
- Waterflood incremenetal recovery is M20 only.
- Discount Date for economics is Apr-2016, (1st investment following project sanctioning).

APC-01166104

# Q&A

APC-01166104

ANADARKO PETROLEUM CORPORATION



# Timeline to Waterflood Sanction



√ Completed Feasibility Study for Pilot and Full Field Waterflood

- Submit FDP, FEED and PWF Drilling AFE to partnership January 2016
- Spud well in Q4, 2016; install minimal M20 completion
- Conduct Injection Test beginning late 2016 (sufficient duration to verify response – 30 to 120 Days)
- Sanction Project Q2, 2017 (following 2 months for injection test evaluation), (34 month execution)

IDENTIFY AND COMMERCIALIZE RESOURCES ◾ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ◾ GLOBAL BUSINESS DEVELOPMENT APPROACH ◾ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY   74

APC-01166104