# EXHIBIT K

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                       HOUSTON DIVISION
 4    ------------------------------------------------x
 5
 6    In re ANADARKO PETROLEUM         Civil Action No.
      CORPORATION SECURITIES           4:20-cv-00576
 7    LITIGATION
 8
 9    ------------------------------------------------x
10
11                        **CONFIDENTIAL**
12
13      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
14                          LEA FRYE
15                   Friday, October 7, 2022
16
17
18
19
20
21
22
23    Reported By: Lynne Ledanois, CSR 6811
24    Job No. 142789
25
```

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHER DISTRICT OF TEXAS
 3              HOUSTON DIVISION
 4   ---------------------------------------------------x
 5
 6   In re ANADARKO PETROLEUM     Civil Action No.
     CORPORATION SECURITIES       4:20-cv-00576
 7   LITIGATION
 8
 9   ---------------------------------------------------x
10
11
12        Videotaped deposition of LEA FRYE, taken
13   in Helena, Montana, commencing at 10:11 a.m. Central
14   on Friday, October 7, 2022 before Lynne Ledanois,
15   Certified Shorthand Reporter No. 6811
```

Page 2

```
 1            REMOTE APPEARANCES
 2
 3   Counsel for the Lead Plaintiffs:
 4       ROBBINS GELLER RUDMAN & DOWD LLP
 5       BY: RACHEL JENSEN
 6          MEGAN A. ROSSI
 7          RAPHAELLA FRIEDMAN
 8          FRANCISCO MEJIA
 9       Attorneys at Law
10       655 West Broadway
11       Suite 1900
12       San Diego, California 92101
13       rjensen@rgrdlaw.com
14   -and-
15       KENDELL LAW GROUP PLLC
16       BY: JOE KENDALL
17       Attorney at Law
18       3811 Turtle Creek Boulevard
19       Suite 1450
20       Dallas, Texas 75219
21       jkendall@kendalllawgroup.com
22
23
24
25   ///
```

Page 3

```
 1            REMOTE APPEARANCES
 2
 3   Counsel for the Defendants:
 4       CRAVATH, SWAINE & MOORE LLP
 5       BY: LAUREN ROSENBERG
 6          BENJAMIN WYLLY
 7          CHARLES P. BLOOM
 8       Attorneys at Law
 9       Worldwide Plaza
10       825 Eighth Avenue
11       New York, New York 10019
12       lrosenberg@cravath.com
13   -and-
14   Counsel for the Defendants:
15       SHIPLEY SNELL MONTGOMERY LLP
16       BY: GEORGE SHIPLEY
17       Attorney at Law
18       712 Main Street
19       Suite 1400
20       Clutch City, Texas 77002
21       gshipley@shipleysnell.com
22
23
24
25   ///
```

Page 4

```
 1            REMOTE APPEARANCES
 2
 3   Counsel for the Witness:
 4       MINCES RANKIN PLLC
 5       BY: DAVID MINCES
 6          Attorney at Law
 7       4545 Bissonnet Street
 8       Suite 286
 9       Bellaire, Texas 77401
10       david@mincesrankin.com
11
12
13
14   ALSO PRESENT:
15   David Halvorson, Videographer
16   Kallie Gallagher, In-House Counsel Occidental
17   Jen Edwards, In-House Counsel Occidental
```

Page 5

2 (Pages 2 - 5)

**Page 54**

```
 1      THE VIDEOGRAPHER: We're back on the      11:42AM
 2  record at 11:42 a.m.  Go ahead, please.
 3  BY MS. JENSEN:
 4      Q   Okay.  Ms. Frye, you should be able to see
 5  in your Exhibit Share a document that has been    11:42AM
 6  marked as Exhibit 254.  It is the native version of
 7  a document previously marked as 254 -- I'm sorry,
 8  this has been marked as 254A.  It is the native
 9  version of prior Exhibit 254.
10      (Exhibit 254A was marked for identification   11:42AM
11  by the court reporter.)
12      MS. JENSEN:  For the record, it bears
13  Bates stamp APC-01674681.
14      Q   Are you able to see this document?
15      A   Yes, I am.                                11:43AM
16      Q   And do you recognize this document?
17      A   Let me look through it real quick.  Is there
18  just one page?  Hold on.
19      Okay.  I hit the wrong button.
20      Yes, I recognize this as a document that I   11:43AM
21  would have worked on.
22      Q   And does this appear to be a true and
23  accurate copy of the presentation that you made at
24  the February 19th, 2014 meeting that we were
25  discussing before the break?                     11:44AM
```

**Page 55**

```
 1      A   I honestly would not recall which meeting I  11:44AM
 2  would have presented this at as I made and presented
 3  lots of meetings over that time frame, probably in the
 4  hundreds.  The time frame, I'm not sure.
 5      Q   I can represent to you that my           11:44AM
 6  understanding is the metadata on this document is
 7  dated February 19th, 2014.
 8      A   All right.  Then sounds like this is the
 9  one.
10      Q   So you don't have any reason to doubt that  11:44AM
11  this was the presentation that you made at the
12  February 19th, 2014 meeting that we were discussing?
13      A   No, sounds like this is correct.
14      Q   Okay.  You can set that aside.
15      A   Okay.                                    11:45AM
16      Q   So you continued to work throughout the
17  spring of 2014 to understand the risks associated
18  with Shenandoah; is that fair?
19      A   Yes, that's fair.
20      Q   And was tar a risk at the time?          11:45AM
21      A   We did do studies that identified tar as a
22  possibility.
23      Q   Is that the same as asphaltene, or is that
24  something different?
25      A   Asphaltene is the more technical term used  11:46AM
```

**Page 56**

```
 1  in the industry, but it is in concept of layman's term  11:46AM
 2  what you use, tar.  Same concept, very sticky.
 3      Q   Can that be problematic for an oil
 4  prospect?
 5      A   Yes, it can be.                          11:46AM
 6      Q   Why is that?
 7      A   This tar-like substance can plug your access
 8  to the reservoir as in the perforations that allow the
 9  flow and the pore space itself near the wellbore that
10  allows the hydrocarbon to flow into the well to   11:46AM
11  ultimately come to the surface.
12      Q   And could it impact the recovery?
13      A   Yes.
14      Q   I want to show you what's been marked as
15  Exhibit 347.                                     11:47AM
16      (Exhibit 347 was marked for identification
17  by the court reporter.)
18      MS. JENSEN:  For the record, this bears
19  the Bates stamp APC-00604655.
20      THE WITNESS:  Sorry, can you repeat the     11:47AM
21  APC number to make sure I have the right one?
22  BY MS. JENSEN:
23      Q   Sure.  Number 1, do you see the exhibit
24  stamp 347?
25      A   Yes.                                     11:47AM
```

**Page 57**

```
 1      Q   Okay.  So that's a good sign.            11:47AM
 2      The Bates number on the lower right-hand
 3  side is APC-00604655.
 4      A   Okay.  I'm there.
 5      Q   Is that consistent with what you're      11:47AM
 6  looking at?
 7      A   Yes.
 8      Q   Okay.  Great.
 9      Do you recognize this document?
10      A   This looks like an email chain and the  11:48AM
11  timestamp is in the 2014 time frame between multiple
12  individuals including myself and my direct supervisor,
13  Pat McGrievy, a fellow engineer in the Foldbelt Team,
14  Brad Browning, and our fluid specialist Nikhil Joshi
15  who worked at the company.                       11:48AM
16      Q   And the bottom of the string, there is an
17  email that kicks off the chain from Dan Bradley?
18      A   Yes.
19      Q   And who's Dan Bradley?
20      A   Dan Bradley would have worked at one of our  11:49AM
21  partner companies, which is ConocoPhillips.
22      Q   So ConocoPhillips was a partnering company
23  on the Shenandoah project?
24      A   Yes, they were.
25      Q   And do you recall a discussion around this  11:49AM
```

```
 1  time about the impact or potential impact of    11:49AM
 2  asphaltene on the recovery rates?
 3      A   Yes, I do.
 4      Q   And Dan from ConocoPhillips was seeing a
 5  loss of approximately a third of the recovery due to  11:49AM
 6  the asphaltenes?
 7          MS. ROSENBERG:  Objection to form.
 8          THE WITNESS:  I need to read here to see
 9  if he actually stated that.
10  BY MS. JENSEN:                                   11:50AM
11      Q   So I'm looking at his February 20th, 2014,
12  8:08 a.m. email.
13      A   Yes, it does say he was seeing a third of
14  the recovery in Paragraph 3.
15      Q   And he also relayed that the asphaltene  11:50AM
16  onset pressures were higher than anything
17  ConocoPhillips had seen before?
18      A   Yes, he did state that earlier.
19      Q   Was that consistent with your views that
20  are the asphaltene onset pressures were very high in  11:51AM
21  Shenandoah?
22      A   Yes.
23          MS. ROSENBERG:  Objection, form.
24          THE WITNESS:  Yes, they were high compared
25  to what I had seen in the past.                  11:51AM
                                                     Page 58
```

```
 1  BY MS. JENSEN:                                   11:51AM
 2      Q   If you scroll up to higher in the chain,
 3  which of course is later in time, there is an email
 4  from Brad Browning on February 24th at 3:33 p.m.
 5          Do you see that email?                   11:51AM
 6      A   Yes, I do.
 7      Q   Who's Brad Browning?
 8      A   Brad Browning was a senior above --
 9  actually, I think he was called adviser, so he was at
10  the highest level of promotions in the engineering  11:52AM
11  chain for Anadarko and he worked in the Foldbelt Team
12  as well under Pat McGrievy but on a different
13  producing property.
14          Prior to me joining the team, he was
15  helping to sort of overlook what was going on in  11:52AM
16  Shenandoah as a minor part of his job
17  responsibilities before I joined.
18      Q   And his comment here at the end of his
19  sentence, he's commenting on Brad's observations.
20          Could you read the last sentence in his  11:52AM
21  email before "thanks"?
22      A   In Brad Browning's email?
23      Q   Yes.
24      A   "I find his comment interesting that lighter
25  oils will have a greater tendency to precipitate  11:53AM
                                                     Page 59
```

```
 1  asphaltene.  If that's the case, we might have the  11:53AM
 2  worst of all possible fluids:  High asphaltene weight
 3  percentage and light oils.  Thanks."
 4      Q   So is that consistent with your
 5  recollection at the time that Anadarko and its  11:53AM
 6  partners were finding that there were problems with
 7  the fluids in Shenandoah?
 8      A   Yes.  That's consistent, yes.
 9      Q   Could you elaborate on that?  What was the
10  problem?                                         11:53AM
11      A   The potential to have to abandon the
12  reservoir at an earlier date than anticipated due to
13  asphaltene dropping out, which results in a lower
14  recovery factor overall the entire reservoir.
15          In addition, potential for extra costs   11:54AM
16  associated with trying to treat and abate the
17  asphaltenes in the well based on experiences we had
18  had with other wells in the Gulf of Mexico.
19      Q   And did all of that add up to mean that
20  the asphaltene was a drag on the economics for  11:54AM
21  Shenandoah?
22          MS. ROSENBERG:  Objection to form.
23          THE WITNESS:  It was identified as one of
24  the potential risk factors we needed to understand
25  better at that time with additional analysis of  11:54AM
                                                     Page 60
```

```
 1  fluids.                                          11:54AM
 2  BY MS. JENSEN:
 3      Q   And did it result in the implication that
 4  water injection wells may be required as part of the
 5  base case --                                     11:55AM
 6          MS. ROSENBERG:  Objection.
 7  BY MS. JENSEN:
 8      Q   -- for Shenandoah?
 9      A   It made us feel that we needed to include a
10  water injection scenario as a probability and cost it  11:55AM
11  and understand how many wells and how many flow lines,
12  what kind of equipment might be required, which then
13  in turn also made us understand that we had to gather
14  information about the formation itself to understand
15  what water injection it could handle.            11:55AM
16      Q   And Dan, in his email to you, is wondering
17  whether water injection is needed for the base case.
18          Do you recall that discussion?
19      A   Yes.  This is correct.
20      Q   And did you include water injection in   11:56AM
21  your base case in this 2014 time frame?
22      A   I would not recall exactly on the time
23  frame.  I know I did include water injection at some
24  point over the project.  I just don't recall the
25  actual time frame.                               11:56AM
                                                     Page 61
```

16 (Pages 58 - 61)

```
 1   Q   And by including that, that would be the    11:56AM
 2  capital cost for water injection; right?
 3   A   Correct.
 4   Q   Asphaltene continued to be problematic
 5  throughout the project; is that fair?            11:57AM
 6   A   Correct.
 7       MS. JENSEN:  I'm going to mark another
 8  exhibit.
 9       (Exhibit 348 was marked for identification
10  by the court reporter.)                          11:57AM
11       MS. JENSEN:  You should be able to see
12  what's been marked as Exhibit 348.
13       For the record, this is APC-00052392.
14       THE WITNESS:  Yes, I see it.
15  BY MS. JENSEN:                                   11:57AM
16   Q   Do you recognize this document?
17   A   This is an email chain, again.
18   Q   Does this appear to be a true and accurate
19  copy of an email chain between yourself and Nikhil
20  Joshi at Anadarko in October of 2015?            11:58AM
21   A   Yes.
22   Q   And on October 22nd, 2015, you write,
23  "Ugh.  Not good news."
24       What is the not good news that you're
25  referring to in your email?                      11:58AM
```
Page 62

```
 1   A   Upon knowing asphaltenes was an individual   11:59AM
 2  reservoir issue with this particular project and I say
 3  that individual reservoir, meaning there was multiple
 4  reservoirs that were not communicating with each other
 5  in a vertical aspect.                            11:59AM
 6       And they all had slightly different
 7  fluids.  We decided to take the different fluids
 8  from the different reservoirs and do additional
 9  testing in the lab to understand what would happen
10  if we were to produce more than one reservoir that  11:59AM
11  had different fluids together in one wellbore to
12  understand does this impact our asphaltene dropout
13  pressures and what would that look like.
14       And my "ugh, not good news" was in
15  reference to the asphaltene onset pressure for a  12:00PM
16  commingled sample was significantly higher than an
17  individual zone by itself.
18       I don't recall the actual numbers, but it
19  was significantly higher.
20   Q   Did these results impale the viability of   12:00PM
21  commingled production?
22       MS. ROSENBERG:  Objection to form.
23       THE WITNESS:  Yes, it did impair the
24  potential to commingle in any one wellbore.
25
```
Page 63

```
 1  BY MS. JENSEN:                                   12:00PM
 2   Q   Could you elaborate on what that means?
 3   A   When you commingle in a wellbore, you would
 4  take multiple zones and complete them and then allow
 5  those to flow together within that wellbore and   12:01PM
 6  produce it to the surface rather than doing one zone
 7  by itself.
 8       And those fluids would mix in that
 9  wellbore as they came together.
10   Q   Would isolating each zone for production    12:01PM
11  have a negative impact on Shenandoah's economics?
12       MS. ROSENBERG:  Objection to form.
13       THE WITNESS:  Yes, isolating individual
14  zones would have a significant impact by one of two
15  factors.  One way to handle it would be drill     12:01PM
16  individual wells for every zone and there was
17  significant number of zones.
18       I would have to have a document in front
19  of me to remind me exactly how many zones, but I
20  want to say we had the upper Wilcox 1, 2 and 3 and I  12:02PM
21  want to say it was a lower Wilcox A, B, C, D and E,
22  which would be eight.  I would have to verify that
23  with a document, but that's my recollection on the
24  zones.
25       And drilling eight individual wells would   12:02PM
```
Page 64

```
 1  not work for every single drainage area across the   12:02PM
 2  field.
 3       The other option you would have would be
 4  to compete each individual zone and produce it to
 5  the end of life.  And how that negatively will    12:03PM
 6  impact your economics is now you are getting
 7  production at a lower rate because you have one zone
 8  versus having more than one zone together and it
 9  takes a really long time to get that production.
10       So that impacts your net present value by   12:03PM
11  discounting that value of production over a really
12  long time.
13  BY MS. JENSEN:
14   Q   Was this issue discussed with management?
15   A   Yes.                                         12:04PM
16   Q   And was it ever disclosed by Anadarko to
17  the market to your understanding?
18   A   My understanding, no.
19   Q   In 2014, was faulting also a risk to the
20  Shenandoah project?                              12:04PM
21   A   Yes, it was.
22       MS. JENSEN:  I'm going to mark an exhibit,
23  so just give me a moment here.
24       (Exhibit 349 was marked for identification
25  by the court reporter.)                          11:33AM
```
Page 65

17 (Pages 62 - 65)

```
 1  will be retained by Veritext Legal Solutions.        8:19PM
 2      (Proceedings concluded at 8:19 p.m.)
 3
 ...
25
                                                      Page 294
```

```
 1      I, LYNNE M. LEDANOIS, a Certified
 2  Shorthand Reporter of the State of California, do
 3  hereby certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that a record of the proceedings was made by me
 7  using machine shorthand which was thereafter
 8  transcribed under my direction; that the foregoing
 9  transcript is a true record of the testimony given.
10      Further, that if the foregoing pertains to
11  the original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [X] was [] wasn't requested.
14      I further certify I am neither financially
15  interested in the action nor a relative or employee
16  of any attorney or party to this action.
17      IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19
20  Dated: October 11, 2022
21
22
23
24           _Lynne Marie Ledanois_
             LYNNE MARIE LEDANOIS
25           CSR No. 6811
                                                      Page 295
```

```
 1  NAME OF CASE: In re Anadarko Petroleum
 2  DATE OF DEPOSITION: 10/7/22
 3  NAME OF WITNESS: Lea Frye
 4  Reason codes:
 5    1. To clarify the record.
      2. To conform to the facts.
 6    3. To correct transcription errors.
 7  Page ____ Line ____ Reason ____
    From _____ to _____
 8
 9  Page ____ Line ____ Reason ____
    From _____ to _____
10
11  Page ____ Line ____ Reason ____
    From _____ to _____
12
13  Page ____ Line ____ Reason ____
    From _____ to _____
14
15  Page ____ Line ____ Reason ____
    From _____ to _____
16
17  Page ____ Line ____ Reason ____
    From _____ to _____
18
19  Page ____ Line ____ Reason ____
    From _____ to _____
20
...
25              _____
                Signature of Deponent
                                                      Page 296
```

75 (Pages 294 - 296)