EXHIBIT 2

CONFIDENTIAL

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF TEXAS

3            HOUSTON DIVISION

4  --------------------------------------------------x

5

6  In re ANADARKO PETROLEUM      Civil Action No.

   CORPORATION SECURITIES        4:20-cv-00576

7  LITIGATION

8

9  --------------------------------------------------x

10

11               **CONFIDENTIAL**

12

13    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

14           J. RICHARD DIETRICH

15         Saturday, March 11, 2023

16

17

18

19

20

21

22

23

24  Reported By: Lynne Ledanois, CSR 6811

25  Job No. 5780790

CONFIDENTIAL

```
 1    that you have two assignments, one was to respond to      9:39AM

 2    Mr. Regan and one was to offer opinions.

 3              I didn't see any instance in which you did

 4    not respond to Mr. Regan.

 5        A     This will take a few minutes.  If you bear      9:40AM

 6    with me, I'll try to identify some.

 7              Are you asking specifically where I said

 8    something like Anadarko's accounting was something,

 9    where "Anadarko" has to be in the sentence?

10        Q     No.  What I'm asking is:  You told me that      9:40AM

11    your assignment was twofold, as an independent

12    expert to provide your opinions regarding Anadarko's

13    accounting treatment for certain well costs and

14    period assessments of nonproducing leasehold

15    properties for impairment, particularly as applied     9:41AM

16    to Anadarko's deepwater Shenandoah exploration

17    project and to evaluate and respond to certain

18    financial accounting and reporting opinions

19    expressed by D. Paul Regan.

20              I'm asking you to show me instances where      9:41AM

21    you acted as an independent expert and did not

22    respond to Mr. Regan.

23        A     Here is an example of what I think is

24    responsive to your question.  On Page 42, there is a

25    heading that says, "Anadarko's Decision to Continue to  9:41AM
```

Page 31

1    Suspend the Shen 3 Well Costs was Consistent with       9:41AM

2    GAAP."

3        Q    That was not in response to Mr. Regan; is

4    that correct?

5        A    Well, it's a plain statement that says I'm    9:41AM

6    opining about Anadarko's decision irrespective of

7    Mr. Regan's statement.

8        Q    I understand.  Is it in response to

9    Mr. Regan or not?

10       A    I'm sorry, I don't understand the             9:42AM

11   distinction you're asking me to draw.

12       Q    I'm asking you distinguish between three

13   parts to your assignment in Paragraph 1.

14            I'm asking you to show me instances where

15   you're not responding to Mr. Regan but instead         9:42AM

16   offering your independent opinions as you state them

17   in your description of the assignment.

18       A    As this example demonstrates, I made a plain

19   statement about Anadarko's decision to suspend the

20   Shen 3 well costs and that was irrespective of         9:42AM

21   anything that Mr. Regan said.

22            I understand that Mr. Regan made

23   statements about that, too, so one could look at

24   that and say it was in response.

25            But in response to Mr. Regan, I could have    9:43AM

                                                        Page 32

```
 1    simply said, here's why Mr. Regan's opinion is          9:43AM

 2    flawed.

 3            I didn't do that here.  I talked about

 4    Anadarko's accounts.

 5            So I believe I have done what I said in          9:43AM

 6    Paragraph 1 that I would do based on this example.

 7        Q    Besides 7B to your report, which starts on

 8    Page 42, is there any other instance where rather

 9    than responding to Mr. Regan, you offer opinions as

10    an independent expert witness?                          9:43AM

11        A    Again, I don't have in mind -- well, if we

12    go back and look at 6 on Page 39, the heading that

13    says, "The Decision to Suspend the Costs Associated

14    with Shen 3 as of December 31st, 2014 Was Consistent

15    with a Reasonable Interpretation of ASC 932-360."       9:44AM

16            Again, it's related to the issues in the

17    matter that I address and it is not directly in

18    response to Mr. Regan.

19            In fact, I think if you look at

20    Paragraph 91, 92, 93, 94 I don't see, just in a         9:44AM

21    quick scan, Mr. Regan's name or the name of the

22    report mentioned at all in there.

23        Q    Any other instances in which you acted as

24    an independent expert and did not respond to

25    Mr. Regan?                                              9:45AM
```

Page 33

```
 1          Q    That would be consistent with Part 2 of      9:51AM
 2     your assignment; right?
 3          A    Correct.
 4          Q    Okay.  I'm just asking you to tell me
 5     which part is consistent with Part 1 of your           9:51AM
 6     assignment.
 7          A    I believe I've done that.
 8          Q    Okay.  And nothing else that's consistent
 9     with Part 1 of your assignment; right, sir?
10          A    I have not said that.  Again, I would have   9:51AM
11     to carefully examine my entire document.  I'm
12     perfectly prepared to do it, but it will take me
13     several minutes.
14          Q    Why don't you take a look at your document
15     and tell me if there's anything other than            9:52AM
16     Section 5, Section 7A, Section 7B that is consistent
17     with the second part of your assignment or the first
18     part of your assignment, which is to offer your
19     independent opinions not in response to Mr. Regan.
20          A    Let me do this in realtime.                  9:52AM
21          On Page 84, I see another heading that
22     says, "Anadarko's Decision to Impair Shenandoah
23     Project Costs as of Q1 2017 Was Consistent with
24     GAAP."
25          And that goes on and explains why.                9:53AM
```

Page 37

1      Q     10A; is that correct?                            9:53AM

2      A     Yes, I believe that's 10A.

3      Q     And that's consistent with Part 1 of your

4   assignment; correct?

5      A     Correct.  I distinguish that from B, which    9:53AM

6   is commenting on Mr. Regan's analysis.

7      Q     What do you mean you distinguish it?

8      A     You said that my assignment consists of two

9   parts.  So 10A is the first part, my opinions

10  concerning Anadarko's accounting.                        9:53AM

11        And 10B is the second part, my opinions

12  regarding Mr. Regan's analysis.

13        I believe there may be one other place in

14  here that I can recall that has to do with

15  materiality.                                             9:55AM

16        Let me try this another way.

17     Q     Mr. Dietrich, I don't want to take up any

18  more time on the record.  Let me just recap so that

19  I am sure that I understood you.

20        Part 1 of your assignment was to offer         9:56AM

21  your independent opinions not in response to

22  Mr. Regan and Part 2 of your assignment was to

23  respond to Mr. Regan; correct?

24     A     Yes.

25     Q     Okay.  And you told me that Roman           9:56AM

Page 38

```
 1    numeral 5 was consistent with Part 1 of your          9:56AM

 2    assignment; correct?

 3         A    Yes.

 4         Q    And you told me that Roman numeral 7A was

 5    consistent with Part 1 of your assignment; right?     9:56AM

 6         A    Yes.

 7         Q    Roman numeral 7B was consistent with

 8    Part 1 of your assignment; right?

 9         A    Yes.

10         Q    And Roman numeral 10A was consistent with   9:57AM

11    Part 1 of your assignment; correct?

12         A    Yes.

13              What I'm not saying, to be clear, is that

14    is all of the places where I have offered opinions

15    regarding Anadarko's accounting because I haven't     9:57AM

16    had sufficient time to review the entire report.

17         Q    I understand.  Thank you.

18              Were there any matters you were asked not

19    to opine on?

20         A    Not that I recall.                          9:57AM

21         Q    Did you have assistance in writing your

22    report?

23         A    Yes.

24         Q    Who assisted you?

25         A    Primarily two individuals at Cornerstone    9:58AM
```

Page 39

| | | |
|---|---|---|
| 1 | Research, Steve McBride and Sally Bai.  Perhaps a | 9:58AM |
| 2 | sentence or two will help you understand how I do my | |
| 3 | work. | |
| 4 |         This is very similar to work that I do as | |
| 5 | a faculty member where I have research or teaching | 9:58AM |
| 6 | assistants who help me as I'm preparing a research | |
| 7 | paper, for example, or classroom materials or they | |
| 8 | may help me -- I give them an assignment and say, go | |
| 9 | on learn about this and write something up for me so | |
| 10 | that I will be better informed about it.  They do | 9:58AM |
| 11 | that. | |
| 12 |         I then do it and decide what to do with | |
| 13 | that, if I want to incorporate it in my report, if | |
| 14 | so, how.  I extensively edit everything that I | |
| 15 | receive so that it's my words, not someone else's | 9:59AM |
| 16 | words.  So it's my report. | |
| 17 |     Q    Did you write every word in your report? | |
| 18 |     A    Again, I may not have written originally the | |
| 19 | words, but all the words that are here are my words. | |
| 20 |     Q    I understand that you've adopted some of | 9:59AM |
| 21 | the information that you've received, but I'm asking | |
| 22 | you if you wrote every word? | |
| 23 |     A    Explain what you mean by "write." | |
| 24 |     Q    If the word "Shen 3 well costs as of | |
| 25 | December 31, 2014 was consistent with GAAP," did you | 9:59AM |

Page 40

```
 1    accounting at the time at Carnegie.              10:17AM

 2            And I did work with primarily one or two

 3    faculty members during that period of time.

 4    Q    What did you write your doctoral

 5    dissertation on?                                 10:17AM

 6    A    I should know that.  I don't remember the

 7    title of the dissertation any more.  It was on the

 8    debtor/creditor hypothesis and the effects of

 9    inflation on evaluation was sort of one part of it.

10            There was a separate distinct part that  10:18AM

11    had do with exchanges of debt instruments.

12            The second half was a published work

13    that's listed on my C.V.  The title of my

14    dissertation I'm not sure is listed on my C.V.

15            I don't see my dissertation title.       10:18AM

16    Q    You obtained a Ph.D. in industrial

17    administration; is that right?

18    A    Carnegie's business school at the time

19    offered degrees that were all in industrial

20    administration because the founder wanted it to be  10:19AM

21    known as industrial administration as opposed to

22    business.

23    Q    What is industrial administration?

24    A    What we think of today as business and, in

25    fact, Carnegie has changed the name of the business  10:19AM
```

Page 53

CONFIDENTIAL

| | |
|---|---|
| 1 | school.  But at the time that it was founded, the idea   10:19AM |
| 2 | was that companies that were industrial corporations |
| 3 | needed managers to run them.  And those people were |
| 4 | involved in industrial administration. |
| 5 | To the best of my knowledge, Perdue and   10:19AM |
| 6 | Carnegie were the only two schools ever to have a |
| 7 | master's in science in industrial administration |
| 8 | degree.  Carnegie has since changed the title of its |
| 9 | degree to -- I think it's just an MBA. |
| 10 | Q   If we looked at your transcript for the   10:20AM |
| 11 | Ph.D. program in industrial administration, would we |
| 12 | see any oil and gas courses on that? |
| 13 | A   No. |
| 14 | Q   If we looked at your transcript for your |
| 15 | master's in accounting degree, would we see any oil   10:20AM |
| 16 | and gas courses there? |
| 17 | A   Not titled that.  They would be called |
| 18 | independent study courses. |
| 19 | Q   How many independent study courses did you |
| 20 | take?   10:20AM |
| 21 | A   Probably more than half the courses I took |
| 22 | were independent study or similar titles where it |
| 23 | was -- I was the only student in the class as it were. |
| 24 | It was not a class.  It was just a learning activity. |
| 25 | Q   And would your transcript reflect the   10:20AM |

Page 54

CONFIDENTIAL

```
 1    content of the independent studies or would it          10:20AM

 2    simply say "independent study"?

 3         A    It would not reflect the content certainly.

 4    I'm not sure if the title of the course would be

 5    "independent study" or something similar to that that   10:21AM

 6    would have that meaning.

 7         Q    I understand that you've been employed by

 8    Ohio State University; right?

 9         A    Yes.

10         Q    And you taught there; is that correct?        10:21AM

11         A    Yes.

12         Q    Taught any oil and gas accounting courses

13    while you were at Ohio State?

14         A    I did not teach a separate course in oil and

15    gas accounting, no.                                     10:21AM

16         Q    Did you teach any oil and gas courses

17    while you were at the University of Illinois

18    Urbana-Champaign?

19         A    No.

20         Q    Have you taught any oil and gas classes at    10:21AM

21    the University of Texas?

22         A    I don't believe so, no.

23         Q    Did you teach any oil and gas courses at

24    the University of Chicago?

25         A    No.                                           10:22AM
```

Page 55

1     A    I don't recall if I read all of them cover    10:42AM

2  to cover.  Because some of the textbooks covered

3  topics that had to do with the development of fields

4  or production or what is called midstream activities

5  or downstream activities.  I would not have read about  10:43AM

6  them because they would not be pertinent to the

7  documents that I was reading.

8     Q    Did you read this textbook, "Hydrocarbon

9  Exploration and Production, 2nd Edition," cover to

10  cover?                                                  10:43AM

11     A    Probably not because it says production.  I

12  don't recall today which chapters I read and, frankly,

13  learning things interests me, it's how I chose my

14  career path.

15          So in retirement I have a lot of time to       10:43AM

16  read things that are not pertinent to any expert

17  witness work that I am doing.

18          And so I don't recall -- I read those

19  books probably about a year ago or more.

20     Q    Do you know what a dilettante is?             10:44AM

21     A    I'm sorry?

22     Q    Do you know what a dilettante is?

23     A    I do.

24     Q    What you described is consistent with

25  being a dilettante; right?                            10:44AM

Page 63

CONFIDENTIAL

```
 1          A     No.  I would describe it as being broadly    10:44AM
 2    read, sir.
 3          Q     Your Ph.D. was in business; right?
 4          A     You've already read C.V., it says my Ph.D is
 5    in industrial administration.                            10:44AM
 6          Q     It was not in accounting; correct?
 7          A     It had a concentration in accounting.
 8          Q     You retired from university research and
 9    teaching in 2020; is that right?
10          A     I believe that's right, yes.                 10:44AM
11          Q     When in 2020?
12          A     Well, I retired officially I think in June
13    of 2020.  My last official day was May 21st of 2020.
14    But I was on leave of absence during the spring
15    semester, so at some point in 2019 was my last date of   10:45AM
16    paid work for Ohio State.
17          Q     Are you a certified public accountant?
18          A     No.
19          Q     Have you ever been a CPA?
20          A     No.                                          10:45AM
21          Q     So I take it you've never sat for the CPA
22    exam; is that right?
23          A     That's correct.
24          Q     Are you a member of the AICPA?
25          A     Yes.                                         10:45AM
```

Page 64

CONFIDENTIAL

```
 1        Q    How long have you been a member of the      10:45AM
 2   AICPA?
 3        A    Six years or so.
 4        Q    When did you become a member?
 5        A    Bear with me for a minute.  I can estimate  10:46AM
 6   that.
 7             I became a member of the financial
 8   reporting executive committee of the AICPA in
 9   September 2015.  I believe I would have joined the
10   AICPA around the time that I joined that committee.   10:46AM
11             I was not required to do so, but I found
12   out that as a non-CPA but because I was an academic,
13   I was permitted to join the AICPA.  I had not done
14   that before that.
15        Q    Are you a member today of the AICPA?        10:47AM
16        A    I am.
17        Q    Do you pay dues?
18        A    Yes.
19        Q    Do you know what a CFF is?
20        A    Not specifically.                           10:47AM
21        Q    Do you know generally what a CFF is?
22        A    I believe it has to do with fraud
23   examination.  The reason I'm pausing is the AICPA has
24   an -- has a certification, but there is another
25   organization, it's the -- what is it called?  It's    10:47AM
```

Page 65

CONFIDENTIAL

```
 1    fraud examiners.                                    10:47AM

 2            And so there is a CFE title as well.

 3    There is a number of titles.  I don't recall all the

 4    titles that are available to people who are

 5    accountants.                                        10:48AM

 6        Q    I take it you're not a CFF; right?

 7        A    That's correct.

 8        Q    And you mentioned a CFA designation as

 9    well; correct?

10        A    CFE.                                        10:48AM

11        Q    I'm sorry, CFE?

12        A    Right.  Interestingly, I have taught the

13    course at Ohio State for students who want to take the

14    CFE examination.  But I've never taken it myself.

15        Q    I take it that you're not a CFE; is that    10:48AM

16    right?

17        A    That's correct.

18        Q    Have you ever been employed as an

19    independent auditor?

20        A    No.                                         10:48AM

21        Q    So I take it you've never planned an audit

22    of any public company; correct?

23        A    That's correct.

24        Q    You've never performed an audit for any

25    public company; right?                               10:48AM
```

Page 66

CONFIDENTIAL

```
 1           A    That's correct.                          10:49AM

 2           Q    You've never tested internal controls as

 3    part of an audit for a public company; right?

 4           A    Not as part of an audit, no.

 5           Q    You've never interviewed employees as part  10:49AM

 6    of an audit of a public company; right?

 7           A    That's correct.

 8           Q    You've never prepared audit work papers;

 9    right?

10           A    That's correct.                          10:49AM

11           Q    You've never audited -- sorry.  You've

12    never edited audit work papers as part of an audit;

13    right?

14           A    Not as part of an audit, no.

15           Q    You've never signed an audit opinion;    10:49AM

16    correct?

17           A    Right.

18           Q    You mentioned that you were on the

19    Standing Advisory Group of the PCAOB; is that right?

20           A    Yes.                                     10:49AM

21           Q    That was an advisory position; right?

22           A    Yes.

23           Q    The job of the standing group was to make

24    recommendations to the PCAOB; right?

25           A    I briefly described in my report the role of 10:50AM
```

Page 67

CONFIDENTIAL

| 1 | finding oil, because of the information it provided | 2:01PM |
| 2 | helped Anadarko define 'where the reservoir isn't as |
| 3 | much as where it is' and gave Anadarko 'more clarity |
| 4 | on the numbers that we should be working with [i.e., |
| 5 | the estimated quantities of recoverable resources in | 2:01PM |
| 6 | the field]." |
| 7 | Do you see that? |
| 8 | A    Yes. |
| 9 | Q    And you cited the portion where Mr. Camden |
| 10 | believed that Shen 3 was always a successful | 2:02PM |
| 11 | appraisal well; right? |
| 12 | A    I quoted that, yes. |
| 13 | Q    The portion about "always considered a |
| 14 | successful appraisal well" isn't in quotes; right? |
| 15 | A    Yes, it's not.  I don't know exactly why. | 2:02PM |
| 16 | You know, I would have to go back and look at his |
| 17 | deposition testimony and see if that was just |
| 18 | paraphrasing what he said. |
| 19 | Q    Why is that relevant? |
| 20 | A    It's not. | 2:02PM |
| 21 | Q    Why did you write it then? |
| 22 | A    Again, in -- parts of my report are simply |
| 23 | trying to explain what I understand about facts and |
| 24 | circumstances before I apply accounting analysis to |
| 25 | them. | 2:03PM |

Page 180

1       Q    But you told me that this was -- that this       2:03PM

2    considering Shen 3 to be a successful appraisal well

3    is an irrelevant fact; right?

4       A    Correct.   Now --

5       Q    Did you conclude --                              2:03PM

6       A    I'm sorry, let me be clear.   When I was

7    developing my report, I had not made determinations

8    yet on the accounting.   And so I didn't know when I

9    was writing parts of the report what may or may not be

10   important in making an accounting determinations.      2:03PM

11          So what you're seeing here is the work

12   product by which I came to understand the facts and

13   circumstances that were applicable to my accounting

14   judgments on Anadarko's accounting for its -- its

15   wells.                                                  2:04PM

16      Q    Before submitting your report, why didn't

17   you go back and edit out the irrelevant portions of

18   your report?

19      A    I just didn't.

20      Q    So some portions of this report just           2:04PM

21   include irrelevant facts; is that right?

22      A    Well, they may or may not be relevant to

23   readers of my report as, again, I've testified to

24   today, there's lots of discussion that I have seen in

25   the record about successful or unsuccessful views to   2:04PM

                                                Page 181

CONFIDENTIAL

```
 1    describe the success of a well.                    2:04PM

 2            And as a matter of accounting, the word

 3    "successful" or "unsuccessful" is not used in

 4    932-360.

 5        Q    Paragraph 95 -- by the way, is Chris   2:05PM

 6    Camden an accountant at Anadarko?

 7        A    I don't believe so.

 8        Q    Is he a financial reporting person at

 9    Anadarko?

10        A    I don't believe so.                    2:05PM

11        Q    Does that matter?

12        A    Well, it matters for knowing what the facts

13    and circumstances are about which he does have

14    knowledge.

15            But as far as the accounting            2:05PM

16    determinations, it does not.

17        Q    Then go ahead and take a look at your

18    Paragraph 95.

19            You write, "As a result, in my opinion,

20    Anadarko's decision to suspend the Shen 3 well costs  2:05PM

21    as of December 31, 2014 was reasonable and

22    consistent with GAAP (specifically ASC 932-360),

23    because the information from the Shen 3 appraisal

24    well enabled Anadarko to both better estimate the

25    size of the Shenandoah reservoir and reduce the   2:06PM
```

Page 182

CONFIDENTIAL

```
1          Q    Is your opinion that Shen 3 could suspend       2:09PM
2     the well costs for Shenandoah 3 as of December 31,
3     2014 take into account whether Shen 3 reduced the
4     uncertainty of the quantity of recoverable
5     resources?                                                2:09PM
6          A    That did not affect my judgment and my
7     determination of Shen 3 -- of the accounting for
8     Shen 3.
9          Q    What is the basis for your determination
10    that as of December 31, 2014, Anadarko could suspend      2:09PM
11    the Shen 3 well costs?
12         A    Again, there are several portions of 932-360
13    that are relevant here.  But I'll mention one in
14    particular and that's 932-360-35-18 that says, I
15    believe in that paragraph specifically, if there are      2:10PM
16    multiple appraisal wells that are drilled, that they
17    can be considered as a group when making a
18    determination about -- pending the determination of
19    whether proved reserves are found.
20              So it's 35-18, not 25-18 that Mr. Regan          2:10PM
21    points to.
22         Q    So I guess my question is:  What is the
23    factual basis for your determination that as of
24    December 31, 2014, Anadarko could suspend the Shen 3
25    well costs?                                                2:11PM
```

CONFIDENTIAL

```
 1        A     Well, Shen 1 discovered oil and GAAP says      2:11PM
 2    that once you discover oil, you can suspend additional
 3    drilling costs pending a determination of whether
 4    proved reserves are found.
 5              At December 31st, 2014, Anadarko had not       2:11PM
 6    reached a conclusion about whether proved reserves
 7    were found, so it was left in a position of saying
 8    that GAAP provides that drilling costs can continue
 9    to be suspended.
10        Q     Any other factual basis for your              2:11PM
11    determination that as of December 31, 2014, Anadarko
12    could suspend the Shenandoah 3 well costs?
13        A     There's additional considerations that would
14    be considered potentially like are you continuing to
15    make progress in the well.  So sufficient progress     2:12PM
16    conditions, things like that.  We can go into if you
17    would like to.
18        Q     No, I'm just asking you to provide me with
19    all of the factual bases for your determination that
20    Shen 3 could suspend the well costs -- that Anadarko   2:12PM
21    could suspend the Shen 3 well costs as of
22    December 31, 2014.
23              And you told me about sufficient progress
24    being made and about multiple appraisal wells that
25    are drilled with the discovery of oil in at least      2:12PM
```

Page 186

CONFIDENTIAL

```
 1    one of them.                                    2:12PM

 2           Any others?

 3      A    Let me refer back to my report for a minute

 4    so I can be clear on this.

 5           So I'm looking at Paragraph 90, if you     2:13PM

 6    want to follow along as well.

 7      Q    I'm asking a question, sir.

 8      A    Hang on, I'll answer your question.  I want

 9    you to know what I'm looking at to assist me in

10    answering.                                       2:13PM

11           So I mentioned the sufficient quantity

12    criterion.  And then --

13      Q    Do you mean the sufficient progress

14    criteria?

15      A    There's two, sufficient progress and a     2:13PM

16    sufficient quantity criteria.

17      Q    Okay.  So those are the two criteria

18    you've mentioned so far.

19           Any other factual bases that you took into

20    account when determining Anadarko could suspend   2:13PM

21    Shen 3 well costs as of December 31, 2014?

22      A    There's one other criterion that is

23    mentioned at I think in 35-13, 14, somewhere in there,

24    which, you know, I can search through my document and

25    find it.  But what I'm telling you is that there are   2:14PM
```

Page 187

CONFIDENTIAL

```
 1              THE VIDEOGRAPHER:  We're on the record at    2:29PM

 2    2:29 p.m.  This is the beginning of Media 5 in the

 3    deposition of Dr. J. Richard Dietrich.

 4              MR. DROSMAN:  I'm going to show you what

 5    we'll mark as Plaintiffs' Exhibit 551 for           2:29PM

 6    identification.  This is Tab 32.

 7              (Whereupon, Exhibit 551 was marked for

 8    identification.)

 9    BY MR. DROSMAN:

10        Q    Let me know when you have it before you.    2:30PM

11        A    I just refreshed.  What tab number was it

12    again, please?

13        Q    Tab 32.

14        A    I'm not seeing a Tab 32.

15        Q    Maybe you can look for Exhibit 551.         2:30PM

16        A    Oh, yes, I see it.  Sorry.  Thank you.

17        Q    Sure.  You know what this is; right?

18        A    Yes.

19        Q    This would be 932-360-25 and 932-360-35;

20    right?                                               2:30PM

21        A    Yes.

22        Q    And you mentioned to me that your

23    determination that Anadarko could suspend Shen 3

24    well costs as of December 31, 2014 was based on your

25    reading of 932-360-35-18; correct?                  2:31PM
```

Page 190

1      A    Well, there's several parts of it.  The        2:31PM

2    first one that I will refer you to is 932-360-25-9.

3             And if you look at D and E in that

4    paragraph, you see D, "Costs of drilling and

5    equipping exploratory wells," and then E, "Costs of        2:31PM

6    drilling exploratory-type stratigraphic test wells."

7             And the instruction at the beginning of

8    that paragraph is "All of the following are

9    principal types of exploration costs, which include

10   depreciation and applicable operating costs of        2:32PM

11   support equipment and facilities and other costs of

12   exploration activities."

13            So this paragraph sets out that D and E

14   are exploratory costs.

15            If you look at E, you'll see why there's        2:32PM

16   confusion about how to interpret 25-18 in

17   particular.  It says, "While the costs of drilling

18   stratigraphic test wells are sometimes considered to

19   be a geological and geophysical costs, they are

20   accounted for separately under this subtopic for        2:32PM

21   reasons explained in 25-17 through 25-18."

22            So that's explaining what the purposes of

23   25-17 and 25-18 are.

24            It was explaining why and there is a long

25   story that goes behind that that I find interesting        2:32PM

Page 191

1    but almost nobody else does.  I will be glad to          2:32PM

2    explain it if you like.

3              So when we then go down to the next

4    paragraph, 932-360-25-10, "The costs of drilling

5    exploratory wells and the cost of drilling                2:33PM

6    exploratory-type stratigraphic test wells shall be

7    capitalized as part of the entity's uncompleted

8    wells, equipment and facilities pending

9    determination of whether the well has found proved

10   reserves."                                                2:33PM

11             Now, that language where it says "the

12   well" and it also says "wells" is internally

13   inconsistent.  So somebody has to make a judgment

14   about whether it says, the well has found proved

15   reserves.                                                 2:33PM

16             Here's why a reasonable interpretation

17   would not say that a well individually must find

18   proved reserves.  That's because when Shen 1 was

19   drilled, it found reserves, but it did not find

20   proved reserves.                                          2:33PM

21             So if you believe "the well" means the

22   individual well, and we'll talk more about this

23   later, then you would say that every well that's

24   drilled in deepwater that does not individually

25   identify proved reserves would have to be expensed.       2:34PM

CONFIDENTIAL

```
1    That is not a reasonable interpretation of 25-10 in     2:34PM

2    my opinion.

3         Q    Why --

4         A    Now -- I'm sorry, go ahead.

5         Q    Let me stop you there.                          2:34PM

6              Why is that not a reasonable

7    interpretation that every well that did not find

8    proved reserves should be expensed?

9         A    Well, let me go on and explain why below.

10   Because, again, this is the initial recognition          2:34PM

11   section.  So what we need to do now is look at

12   932-360-35.

13        Q    Before we get there --

14        A    I'm sorry.

15             MS. PHILLIPS:  Dan, he's not done              2:34PM

16   responding to your question.  If you could let him

17   finish.

18             THE WITNESS:  That's okay.

19   BY MR. DROSMAN:

20        Q    I want to make sure we are on the same         2:34PM

21   page.  And maybe you're right.

22             Can you just tell me before you go to

23   another provision, you said that it would not be a

24   reasonable opinion that each well that did not find

25   proved reserves should be expensed.  I'm just asking     2:35PM
```

Page 193

```
 1   you why?                                          2:35PM

 2        A    If that were the case, every well that's

 3   drilled in an appraisal setting would result in

 4   expensing of all of them and that would be consistent

 5   with those costs being deemed G&G costs which are    2:35PM

 6   expensed as described somewhere here in what I just

 7   read.

 8             But I apologize, this is going to take us

 9   back to the history.

10             When FAS 19 was written, G&G costs were    2:35PM

11   always expensed and there was a proposal to expense

12   all stratigraphic test wells.

13             And before final adoption, the board

14   determined that stratigraphic test wells would be

15   suspended and not expensed immediately.             2:36PM

16             So that's what Paragraph 25-17 and 25-18

17   are trying to explain.  In FAS 19, they were in the

18   basis for conclusions I believe as Paragraphs 200

19   and 201.

20             They were brought into the codification    2:36PM

21   when it was created to help the reader understand

22   what stratigraphic test wells were because they

23   would no longer refer to the basis for conclusions

24   in FAS 19.

25             To be clear, FAS 19 basis for conclusions  2:36PM
```

Page 194

| | | |
|---|---|---|
| 1 | A    Yes. | 2:42PM |
| 2 | Q    Then "the capitalized drilling costs shall | |
| 3 | continue to be capitalized if the well has found a | |
| 4 | sufficient quantity of reserves to justify its | |
| 5 | completion as a producing well." | 2:42PM |
| 6 | Do you see that? | |
| 7 | A    Yes. | |
| 8 | Q    Did Shen 3 find a sufficient quantity of | |
| 9 | reserves to justify its completion as a producing | |
| 10 | well? | 2:42PM |
| 11 | A    Not by itself, no. | |
| 12 | Q    Did Shen 1? | |
| 13 | A    I don't know the answer to that. | |
| 14 | Q    What did you do to find that out? | |
| 15 | A    I did not opine on the accounting for | 2:42PM |
| 16 | Shen 1. | |
| 17 | Q    You told me that Shen 1 was the reason -- | |
| 18 | the oil reserves in Shen 1 was the reason that | |
| 19 | Shen 3 was permissible to capitalize; right? | |
| 20 | A    Yes. | 2:43PM |
| 21 | Q    So what did you do to find out whether | |
| 22 | Shen 1 had found a sufficient quantity of reserves | |
| 23 | to justify its completion as a producing well? | |
| 24 | A    Again, you're not understanding it the way I | |
| 25 | understand it.  Because in my evaluation of Shen 3, | 2:43PM |

Page 199

CONFIDENTIAL

```
 1      I'm not offering an opinion about Shen 1, although I      2:43PM

 2      think anyone and everyone would agree that Shen 1 was

 3      properly suspended who's an accounting expert.

 4              There's never been a question about that

 5      and I didn't offer an opinion about that.                2:43PM

 6              But Shen 1 did not find proved reserves,

 7      but it met the criterion here that I've described in

 8      the last sentence that said when you're evaluating

 9      the wells, you can evaluate them not individually

10      but you can evaluate them in combination if they are     2:44PM

11      intended to be extracted in a single integrated

12      production operation.

13              So what that says is it does not matter

14      whether there's oil in a particular wellbore in an

15      appraisal well.                                          2:44PM

16      Q     Okay.  I think I understood that.

17              What I'm asking is we're talking about

18      whether Shen 1 justified the continued

19      capitalization of Shen 3 well costs; right?  That's

20      what I'm asking you about.                               2:44PM

21              So as part of that question, I'm asking

22      you -- it says in those cases where oil and gas was

23      found but not proved reserves, the capitalized

24      drilling costs shall continue to be capitalized

25      if -- you see the word "if" -- if the well has found     2:45PM
```

Page 200

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a sufficient quantity of reserves to justify its | 2:45PM |
| 2 | completion as a producing well. | |
| 3 | I'm asking:  What did you do to determine | |
| 4 | whether Shen 1 found a sufficient quantity of | |
| 5 | reserves to justify its completion as a producing | 2:45PM |
| 6 | well? | |
| 7 | A    Well, I did several things.  One, and I | |
| 8 | apologize, I don't remember the document number.  But | |
| 9 | as the appraisal wells were drilled, Anadarko revised | |
| 10 | its estimates of reserves in the reservoir and we can | 2:45PM |
| 11 | see over time what those reserves were. | |
| 12 | I did not specifically see the analysis, | |
| 13 | but I performed my own analysis that said based on | |
| 14 | that much oil in the reservoir, what would be the | |
| 15 | expected amounts that Anadarko would receiver, would | 2:46PM |
| 16 | that be enough to justify completion of the well. | |
| 17 | So I did that analysis informally in my | |
| 18 | mind.  I did not see it done formally. | |
| 19 | But again, I haven't seen every document | |
| 20 | that Anadarko has.  I don't know whether they | 2:46PM |
| 21 | performed that analysis or not, but I presume that | |
| 22 | they did and simply accepted that they had made that | |
| 23 | determination. | |
| 24 | So I didn't have to separately | |
| 25 | independently form that determination. | 2:46PM |

Page 201

1      Q    Sir, you said you performed that analysis      2:46PM

2    in your head.  Did I hear that correctly?

3      A    Yes.

4      Q    Does that head performed analysis appear

5    anywhere in the report?                              2:47PM

6      A    No.

7      Q    Okay.  Do you intend to opine on that at

8    trial?

9      A    Do I intend to, no.  If I'm asked about it,

10   I may.                                               2:47PM

11     Q    And you told me you don't know whether

12   Anadarko performed the analysis to determine whether

13   Shen 1 had a sufficient quantity of reserves to

14   justify its completion of a producing well but you

15   assume they did; right, sir?                         2:47PM

16     A    Yes, for multiple reasons I determined that

17   that was a reasonable assumption to make and I made

18   the assumption.

19     Q    Did you ask for documents to determine

20   whether they existed?                                2:47PM

21     A    No.  I wasn't focused on that.  The issue

22   here seems to be on Shen 3 because it did not find oil

23   in the wellbore and so the question is:  Can Shen 3 be

24   suspended even if it did not find reserves in the

25   wellbore?                                            2:48PM

Page 202

```
 1          Q    Let's go back to your head-performed        2:48PM

 2     analysis.  Tell me what that analysis consisted of,

 3     the one you performed in your head.

 4          A    There's two parts of it, right.  The first

 5     part is what are the costs to complete a well.  I've    2:48PM

 6     looked at what that is.  It appears to be relatively

 7     less of -- a relatively lower amount than drilling the

 8     well itself.

 9               My understanding is what you have to do is

10     to push something into the well that creates a lot      2:48PM

11     of openings so that the oil can flow into the well.

12               There is a cost associated with that that

13     I understand is called completing the well.

14               In addition to that, there are many other

15     costs in figuring out how to get the oil from the       2:49PM

16     well over to land.

17               The way I interpret 35-18 is not

18     completing the well, so it's a relatively small cost

19     that one would incur.  Then the question is:  How

20     much oil is the estimate that's in the reservoir?       2:49PM

21               And those estimates are changing as they

22     drill wells and as they refine their analysis.

23               So then we look at how much oil there is

24     and say, okay, how much value do I estimate that

25     they would get.                                         2:49PM
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              Those are things that are sometimes      2:49PM
 2    referred to as PIRs.  And so you can look at PIRs
 3    over time, you can look at the barrels of oil that
 4    they've estimated over time and try to determine
 5    what that would turn into as a dollar measure and   2:49PM
 6    whether that would justify completion of the well.
 7              So that's how I did it in my head.  I
 8    assume that Anadarko similarly did that in its
 9    analysis that I did not see.  And I determined that
10    KPMG would have looked for that in its audit work    2:50PM
11    that I did not review.
12              So I assume for multiple reasons that
13    there was a basis for that and I note that Mr. Regan
14    did not challenge any of that in his report.
15              So I did not focus on that.              2:50PM
16         Q    Sir, I'm asking you about this analysis.
17              You told me that the various factors you
18    would use -- let's assign some dollar amounts.  The
19    cost to compete the well, what was that?
20         A    Let's call it 10 million.               2:50PM
21         Q    Is that what it was?
22         A    They didn't complete the well.
23         Q    You told me that you thought about the
24    cost to complete the well, that was one of the
25    factors that you used in this head analysis?        2:50PM
```

                                             Page 204

CONFIDENTIAL

1      A     Yes.                                           2:50PM

2      Q     What was the cost to complete Shen 1?

3      A     No, no, no.  Completing the well is after

4    you finish the well itself.  That's already been done.

5            So now if you want to make it so that you     2:51PM

6    can actually use it to produce oil, you have to go

7    through the development phase and that means that

8    you have to go back into the wellbore and you now

9    have to make perforations in the wellbore itself

10   that will allow oil to leak or to move into the        2:51PM

11   wellbore so that it can be extracted.

12           That's the cost of completing a well as I

13   understand it.

14     Q     How much was that for Shen 1?

15     A     It was never done for Shen 1.                  2:51PM

16     Q     I understand.  How much was that

17   estimated?  You told me you performed this analysis.

18     A     I estimated it would cost $10 million.

19     Q     What was that based on?

20     A     It was based on my reading of the cost of     2:51PM

21   completing wells and other materials that I was

22   reading.

23           I was trying to understand what the next

24   step in the process would be once it went over to

25   development, not because it affected the accounting    2:52PM

Page 205

CONFIDENTIAL

```
 1    determinations I was making directly, but it did        2:52PM

 2    have an ancillary effect as you've identified.

 3         Q    So to complete the well for development,

 4    you estimated it would cost $10 million; right?

 5         A    Yes.                                           2:52PM

 6         Q    You also mentioned that there are many

 7    other costs; right?

 8         A    That are unrelated to this text but were

 9    questions that Anadarko personnel would consider in

10    determining whether they were going to make a final     2:52PM

11    investment decision in this reservoir.

12         Q    And you mentioned that you calculated a

13    PIR; is that right?

14         A    I didn't calculate a PIR, they were -- I

15    read documents that had PIRs calculated, yes.           2:52PM

16         Q    What was the PIR for completing Shen 1 as

17    a development well?

18         A    I don't believe any of the PIRs that I read

19    were based on completing one well.  They were based on

20    the field itself.                                        2:53PM

21         Q    So do you know whether there were

22    sufficient reserves in Shen 1 to justify its

23    completion as a producing well?

24         A    I based my accounting conclusions on a

25    determination there was sufficient reserves.            2:53PM
```

Page 206

CONFIDENTIAL

```
 1          Q    Is that an assumption, sir?              2:53PM

 2          A    Yes, but it's a reasonable assumption, I

 3     believe, based on Anadarko's actual accounting, again,

 4     the accounting for its partners, all of them would

 5     have depended on that same determination and I believe  2:54PM

 6     that those determinations were made.  I just didn't

 7     see the documentation directly that said, here's the

 8     analysis that demonstrates that.

 9               MR. DROSMAN:  Move to strike as

10     nonresponsive everything after "yes."              2:54PM

11          Q    Okay.

12          A    You don't like my answer.

13          Q    I had asked you, sir:  Is that an

14     assumption?

15               I did not ask you whether it was a         2:54PM

16     reasonable assumption or why you made the

17     assumption.  You answered that question with the

18     word "yes."

19               I didn't need any other elaboration, sir.

20     If I want it, I'll ask for it.                      2:54PM

21               Do you understand that?

22          A    I'll offer it if I choose to do so and you

23     can strike it.

24          Q    We were talking about how 932-360-35-18

25     justified the decision by Anadarko to continue       2:55PM
```

Veritext Legal Solutions
866 299-5127

1    suspending the costs of the Shen 3 well.  Is there        2:55PM

2    anything more you wanted to tell me about that?

3         A    Not inside 18, no, but there are several

4    other areas.  Let's see.

5              There is -- there's discussion earlier in       2:55PM

6    35 about accounting for a field as opposed to an

7    individual well.  And...

8              In 932-360-35-16, as specified in

9    paragraph 932-360-25-10 that we spoke about a few

10   minutes ago, the cost of drilling an exploratory          2:57PM

11   well or an exploratory-type stratigraphic test well

12   shall be capitalized as part of the entity's

13   uncompleted wells, equipment and facilities pending

14   the determination of whether the well has found

15   proved reserves.                                          2:57PM

16             Again, in context here what we're talking

17   about stratigraphic test wells, that can reasonably

18   be interpreted to mean the group of wells as

19   described -- as we discussed earlier in 18.

20        Q    Is "well" plural or singular in                 2:58PM

21   932-360-35-16?

22        A    It's singular in the way it's written.  But

23   again, much of this was written -- if you look here in

24   16, it was originally written in FAS 19, which was

25   published in 1997, or adopted in 1977 when there was      2:58PM

                                                      Page 208

CONFIDENTIAL

```
 1    as yet very little drilling going on in deepwater Gulf    2:58PM

 2    of Mexico.

 3            So what I think was generally considered

 4    in developing this guidance was based on the then

 5    typical onshore drilling but there is language to       2:58PM

 6    indicate if there are multiple appraisal wells or

 7    stratigraphic test wells, that they are to be

 8    accounted for jointly or can be accounted for

 9    jointly if the intention is to produce the oil in an

10    integrated fashion from that field.                     2:59PM

11        Q    You're referring for 932-360-35-18;

12    correct?

13        A    That's one place.  There's another place

14    here that I'm looking for where it refers to a field.

15            And I don't know why I'm having             2:59PM

16    difficulty.  Let me point out, the version of GAAP

17    that you put up version I recognize it, it is not

18    the version that I normally read.  And so the

19    brackets and the sources are not the way I normally

20    read it.  That's why I'm having a little bit of     3:00PM

21    trouble navigating this.

22        Q    The brackets are the sources for the

23    specific provision; right, sir?

24        A    Yes, this is GAAP, there is no question

25    about it.  I'm just looking at it and there is a    3:00PM
```

Page 209

| | | |
|---|---|---|
| 1 | reference here to a field as a basis for accounting | 3:00PM |
| 2 | and I'm just having trouble finding where the word | |
| 3 | "field" appears in 35. | |
| 4 |     Q    Maybe you can look later.  I would like to | |
| 5 | ask you about 932-360-35-16. | 3:00PM |
| 6 |     A    Sixteen, okay. | |
| 7 |     Q    So just so I'm clear that we're on the | |
| 8 | same page, when it says "the costs of drilling an | |
| 9 | exploratory well or an exploratory-type | |
| 10 | stratigraphic well shall be capitalized pending the | 3:01PM |
| 11 | determination of whether the well has found proved | |
| 12 | reserves," are you suggesting that the singular | |
| 13 | "well" in 932-360-35-16 should be changed to the | |
| 14 | plural "wells"? | |
| 15 |     A    Yes.  Well, it can be changed to the plural | 3:01PM |
| 16 | "wells" because if you drill an individual well and | |
| 17 | cannot find proved reserved in that well, then the | |
| 18 | answer is you would expense it, if you had that | |
| 19 | interpretation. | |
| 20 |     So what I'm saying is that's not a | 3:01PM |
| 21 | reasonable interpretation on a well-by-well basis or | |
| 22 | you would never -- nothing in the Shenandoah field | |
| 23 | would have been capitalized, even if they had found | |
| 24 | proved reserves except for perhaps the last well in | |
| 25 | the field. | 3:02PM |

Page 210

CONFIDENTIAL

```
 1        Q    And then you cited to -- part of your      3:02PM

 2   interpretation is based on the last sentence of

 3   932-360-35-18 that reads, "For purposes of

 4   determining whether capitalized drilling costs shall

 5   continue to be capitalized pending the determination   3:02PM

 6   of proved reserves, a project may include more than

 7   one exploratory well or exploratory-type

 8   stratigraphic well if the reserves are intended to

 9   be extracted in a single integrated producing option

10   (for example, the producing wells will operate with    3:02PM

11   shared infrastructure)."  Right?

12        A    Yes.

13        Q    Was Shenandoah 3 part of a -- intended to

14   be extracted in a single integrated producing

15   operation?                                             3:03PM

16        A    Well, the reserves that it's describing here

17   are the oil in the reservoir that they find from their

18   exploratory activities.

19             Based on the oil in the reservoir, they

20   intend to extract that in a single integrated          3:03PM

21   producing operation.

22             So therefore, that reservoir or reservoirs

23   in the field would meet the qualifications as

24   described in that sentence in my opinion.

25        Q    Can you describe the single integrated       3:03PM
```

Page 211

CONFIDENTIAL

```
 1    they going to do that on a well-by-well basis or are      3:08PM

 2    they going to aggregate the oil from the field into

 3    one large distribution channel and send it back that

 4    way?

 5        Q    Thank you very much, Mr. Dietrich, the           3:09PM

 6    young accounting student says, but is that the only

 7    thing I should look at?

 8        A    I think that will give you a good start.

 9        Q    Anything else I should consider when I'm

10    making this determination, Mr. Dietrich?                  3:09PM

11        A    Well, you could speak to the production

12    engineers at the facility whose accounting you're

13    trying to understand and find out what they are doing

14    and what they say for how they're going to get the oil

15    from this field to some distribution point.              3:09PM

16        Q    Do I just ask the production engineers, is

17    it a single integrated production operation, and if

18    they say yes, I should apply this particular

19    standard?  Is that you how I should do it?

20        A    You could review what you mean by a single      3:09PM

21    integrated production method or you could look about

22    methods to produce oil once you've finished the

23    development process and how you move it someplace.

24            So that's how to do it, right, you have to

25    understand what they mean.  This is now talking           3:10PM
```

Page 215

CONFIDENTIAL

1    about an industrial activity that you're trying to          3:10PM

2    understand as an accountant.

3        Q    I'm asking you for the criteria.  So you

4    told me one of the criteria is how they intend to

5    get it from the offshore to the mainland and whether        3:10PM

6    they intend to use the same apparatus or separate

7    apparatuses; correct?

8        A    That's it.

9        Q    Is there any other criteria?

10       A    That's what we mean by "single integrated          3:10PM

11   production operation."

12       Q    Let's return to 932-360-35-16.  I asked

13   you whether you were suggesting that the word

14   "well," which appears three times in that particular

15   provision, should be changed to "wells" plural.  And        3:11PM

16   you told me yes.

17            Do you remember that testimony?

18       A    Go back to 25-10 and you'll see the word

19   "well" -- "wells" plural and "well" singular in the

20   same sentence, yes.                                          3:11PM

21       Q    So my question about 932-360-35-16 is:

22   Are you suggesting that well "singular" which

23   appears three times should be changed to "wells"

24   plural?

25            I'm not asking why.  I'm just asking               3:11PM

                                                    Page 216

```
 1    whether.  Can you answer that question?          3:11PM

 2        A    I'm saying that when you're interpreting as

 3    an accountant the guidance in 932, you have to make a

 4    judgment of whether you think that in context, given

 5    the facts and circumstances, that word should be      3:11PM

 6    "wells" instead of "well."

 7             And if you take the entirety of 932-360, I

 8    think you can reasonably conclude that you can use

 9    the interpretation as plural.

10        Q    You would concede that 932-360-25 and 35    3:12PM

11    is authoritative GAAP; right?

12        A    Yes.

13        Q    You're changing the authoritative

14    literature for the purposes of criticizing

15    Mr. Regan's report, aren't you, sir?                  3:12PM

16        A    No.

17        Q    Let me ask you this:  Are you aware of any

18    other authority that agrees with your interpretation

19    that the word "well" in 932-360-25 and 35 should be

20    changed to the plural "wells"?                        3:12PM

21        A    As I say, in 25-10, they use the word

22    "wells" and "well" in the same sentence.  Based on

23    that, I infer that in the writing of these words, they

24    tended to think in singular terms because at the time

25    that was consistent with oil and gas producing        3:13PM
```

```
 1    activities.                                          3:13PM

 2           Subsequently, this notion of stratigraphic

 3    test wells or appraisal wells, which are not defined

 4    in GAAP, became more prevalent in oil and gas

 5    exploration, especially in deepwater like the Gulf    3:13PM

 6    of Mexico.

 7           And so accountants would reasonably

 8    interpret the language that's there.  It is expected

 9    that accounting professionals will interpret the

10    guidance -- these are not accounting rules.  This is  3:13PM

11    guidance in generally accepted accounting

12    principles.

13       Q    Are you aware --

14       A    So -- sorry, so it's perfectly appropriate

15    for accountants to make those determinations as I     3:14PM

16    described in my report that they must make judgments.

17       Q    Just listen closely to my question because

18    I think you didn't quite answer it.

19           My question is:  Are you aware of any

20    other person who has interpreted 932-360-25 and 35,   3:14PM

21    have singular "well" changed to plural "wells"?  Any

22    other person you know who's done that?

23       A    I know by inference others who have done it.

24       Q    Who else has done that, sir?

25       A    Well, for example, Mr. Zajac, the KPMG        3:14PM
```

Page 218

CONFIDENTIAL

```
 1      I think other accounting professionals could look to    3:16PM

 2      to reasonably conclude that when one is looking at

 3      accounting for multiple appraisal wells, that it is

 4      consistent with the guidance in GAAP to consider

 5      them collectively if the intention is to have them     3:16PM

 6      be aggregated for purposes of producing oil from the

 7      field.

 8          Q    So I'm not asking you about 932-360-25 and

 9      what in there justifies -- you purport to justify in

10      your interpretation.  I'm asking you whether any       3:17PM

11      individual you're aware of shares that

12      interpretation?

13          A    I'm not aware of any individual who has a

14      different interpretation either.

15          Q    I didn't ask that.                            3:17PM

16               I asked:  Are you aware of a single person

17      who shares the interpretation that "wells" singular

18      should be "well" plural in 932-360-25, 35?

19          A    I am not directly aware of any other

20      individual's interpretation of 932 at all.            3:17PM

21          Q    So I take it that you're not aware of any

22      other person who shares your interpretation that

23      "well" singular should be changed to "well" plural

24      in 932-360-25 and 35; is that accurate, sir?

25               MS. PHILLIPS:  Asked and answered.           3:18PM
```

Page 220

```
 1    BY MR. DROSMAN:                              3:18PM

 2        Q    Please answer the question.

 3             MS. PHILLIPS:  You can respond.

 4             THE WITNESS:  I know I can.  And I already

 5    have.                                        3:18PM

 6    BY MR. DROSMAN:

 7        Q    Are you refusing to answer the question,

 8    sir?

 9        A    I've answered the question, sir.

10        Q    You have not.  Let me ask it again.  3:18PM

11             So I take it that you're not aware of any

12    other person who shares your interpretation that

13    "well" singular should be changed to "well" plural

14    in 932-360-25 and 35?  Is that correct or incorrect,

15    sir?                                          3:18PM

16        A    Well, as I say, in 932 itself, the words

17    singular and plural "well" or "wells" appear in the

18    same sentence apparently with respect to exactly the

19    same concept.  That's what 932-360-25-10 says.

20             Am I aware of any individual that has an    3:18PM

21    opinion about that, no, that they are confronted

22    with that when they read 932-360-25-10 and must make

23    that decision.

24        Q    Has the interpretation that "well"

25    singular should be changed to "wells" plural in      3:19PM
```

Page 221

CONFIDENTIAL

```
 1    932-360-25 and 35 ever appeared in any publication      3:19PM

 2    that you're aware of?

 3         A    Not that I am aware of.

 4         Q    Has the interpretation that "well"

 5    singular should be changed to "wells" plural in          3:19PM

 6    ASC 932-360-25 and 35 ever been used by an auditor

 7    that you're aware of?

 8         A    Not that I am aware of, except, as I

 9    mentioned before, Mr. Zajac's testimony.

10         Q    He did not testify that "wells" plural was     3:20PM

11    the correct interpretation, did he?

12         A    Well, one can only interpret his statement

13    using my interpretation of GAAP in my opinion.

14         Q    You concluded that it was permissible for

15    Anadarko to suspend the Shen 3 well costs as of the      3:20PM

16    conclusion of the drilling because reserves had been

17    found in Shen 1; is that fair?

18              MS. PHILLIPS:  Objection, misstates the

19    testimony.

20              THE WITNESS:  Yes.                             3:20PM

21    BY MR. DROSMAN:

22         Q    Under that logic, the conditions necessary

23    to capitalize the Shen 3 well costs were satisfied

24    before Anadarko even started drilling Shen 3;

25    correct?                                                 3:21PM
```

CONFIDENTIAL

```
 1        A    Yes.                                    3:21PM

 2        Q    And under this logic, Anadarko could have

 3   drilled ten more dry holes in a row and continued to

 4   capitalize each well if the company was making

 5   sufficient progress assessing the entire Shenandoah   3:21PM

 6   project; correct?

 7        A    Subject to the other conditions on continued

 8   capitalization of suspended well costs, yes.

 9        Q    And this is all because Shen 1, an

10   unconnected well more than 2 miles away from Shen 3,   3:21PM

11   identified some level of reserves; is that right?

12        A    That's partially right.  That's not the only

13   reason.

14        Q    What is the other reason?

15        A    Well, when Shen 1 was drilled, they already   3:21PM

16   had an estimate or information from G&G analysis that

17   indicated what the scope of the field might be, what

18   the -- here we go, areal extent, A-R-E-A-L, how big

19   was the field in area.

20             And because they had at that time an          3:22PM

21   understanding of the geological nature of the

22   potential reserves, they were able to form estimates

23   of the size of that field and estimates of the

24   amount of oil and gas in the field.

25             All of those considerations would have        3:22PM
```

Page 223

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the costs of creating those inbound cash flows, | 4:15PM |
| 2 | discount that at 10 percent and divide by the | |
| 3 | investment that you make. | |
| 4 | Q    Do you discount the investment? | |
| 5 | A    It depends on when the investment occurs. | 4:15PM |
| 6 | So that would have been considered in the profit | |
| 7 | calculation as well in the timing.  But the investment | |
| 8 | is -- I'll stop there. | |
| 9 | Q    In the column to the left, do you see "Net | |
| 10 | at NPV10"? | 4:15PM |
| 11 | A    Yes. | |
| 12 | Q    What does "NPV10" mean in this document? | |
| 13 | A    NPV is net present value, so this is net | |
| 14 | present value of the cash flows under the assumptions | |
| 15 | in the various rows here discounted at 10 percent. | 4:15PM |
| 16 | Q    And how is net present value calculated in | |
| 17 | this document? | |
| 18 | A    I don't know that it says in this document, | |
| 19 | but net present value is a very standard measure of | |
| 20 | cash flows that occur at different points in time. | 4:16PM |
| 21 | So, for example, a dollar today could be | |
| 22 | compared with a dollar a year from now but that | |
| 23 | dollar a year from now can't be added directly.  You | |
| 24 | have to discount it at 10 percent. | |
| 25 | So you would divide one dollar by 1.10 in | 4:16PM |

Page 249

CONFIDENTIAL

 1     the denominator and then you can add the two numbers        4:16PM

 2     together.

 3          Q     Do you see that the PIR10 figures vary

 4     depending on the contingency?

 5          A     Yes.                                             4:16PM

 6          Q     Why is that?

 7          A     Well, the NPV numbers vary.  And so as they

 8     vary, the PIR numbers will vary as well.

 9          Q     Why do the NPV10 values vary?

10          A     Well, the modeling that is preparing these       4:17PM

11     estimates is forecasting future cash flows that would

12     include things like how quickly are you pumping oil

13     out of this thing, how much is the cost for the

14     lifting cost, all kinds of things that go into the

15     calculations of cash flows in the future.                   4:17PM

16              And that's what those various rows are

17     talking about that we look -- zero contingency,

18     facility only contingency.  They are making

19     different assumptions here about how they are

20     modeling these future cash flows.                           4:18PM

21          Q     The zero contingency, what assumptions are

22     made there?

23          A     I don't know.

24          Q     Facility only contingency, what

25     assumptions are made there?                                 4:18PM

                                                          Page 250

```
 1        A    I don't know.                              4:18PM

 2        Q    Recommended contingency, what assumptions

 3   are made there?

 4        A    I don't know.

 5        Q    Recommended contingency 20,000 well rates,  4:18PM

 6   what assumptions are made there?

 7        A    I don't know.

 8        Q    Recommended contingency 20,000 well rates

 9   optimized, what assumptions are made there?

10        A    Again, I don't know.                        4:18PM

11        Q    What is a risked mean?

12        A    I'm sorry, a risk mean?

13        Q    Do you see the words "risked mean"?

14        A    Oh, risked mean, yes.

15        Q    What is that?                               4:18PM

16        A    Somehow they are taking into consideration

17   certain risks.  I don't know what they are.  Then

18   depending on whether they are considering risks or

19   not, they get two different rows in their calculation.

20        Q    Can you tell me a single risk that they     4:19PM

21   are taking into account?

22        A    I don't know specifically what they are

23   considering to be risks.  I anticipate that there are

24   multiple risks that they are considering.

25        Q    Just tell me one of those multiple risks.   4:19PM
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        A     Well, you have to make assumptions in        4:19PM

 2    estimating future cash flows that if you find, say, a

 3    million barrels of oil in a reservoir, not all of that

 4    million barrels of oil can be extracted economically.

 5    So one of the things you have to do is look at the       4:19PM

 6    oil -- the sands to try to figure out how much oil you

 7    can actually get out.

 8              That in turn depends on a number of

 9    factors as I understand them.  For example, are you

10    going to use a water injection well to try to push      4:19PM

11    more oil out into the wellbores for production?  And

12    how will it actually work when you do that?

13              So I don't know what all the risks are.

14    I've gained an appreciation that there is an awful

15    lot of risk potentially in oil exploration and          4:20PM

16    production.

17              But I don't know specifically what they

18    are referring to in talking about these different

19    contingencies or in the risked or unrisked models

20    that they estimate.                                      4:20PM

21        Q     Do you see P little C over on the far

22    right column headed -- off of the far right column?

23        A     Yes.

24        Q     You understand what that acronym stands

25    for; right?                                              4:20PM
```

Page 252

```
 1        A     Yes.                                            4:20PM

 2        Q     What does it mean?

 3        A     It's probability of commerciality.

 4        Q     Did you know that before you began this

 5   engagement?                                                4:20PM

 6        A     I don't believe so, no.  I don't know that I

 7   ever saw the term before I saw this -- before this

 8   engagement.

 9        Q     How is probability of commerciality

10   calculated?                                                4:21PM

11        A     I don't know specifically what they did.

12        Q     Tell me generally what they did.

13        A     I think overall they have a model that says

14   is it the case that we will create a field here that

15   we can take to FID and what is the probability that       4:21PM

16   we'll actually get to FID.  So that's the probability

17   of commerciality.

18        Q     So tell me the formula to calculate that.

19        A     I don't know the formula to calculate that.

20        Q     Did you ever know the formula to calculate     4:21PM

21   it?

22        A     No.  Again, I understand the concept, but

23   how specifically they did that, I don't know.  My

24   anticipation would be that it involves a number of

25   factors.  But again, I don't know that.                   4:22PM
```

                                                        Page 253

CONFIDENTIAL

```
 1        Q    That's just an assumption you're making;      4:22PM
 2   right?
 3        A    Yes.
 4        Q    Do you see how the net present value 10
 5   varies in the different rows?                           4:22PM
 6        A    Yes.
 7        Q    For example, in the first row, it's 237
 8   and 283; right?
 9        A    Yes.
10        Q    And the PIR10 is .28 and .30 in the zero      4:22PM
11   contingency row; right?
12        A    Yes.
13        Q    And the probability of commerciality is
14   88.2 and 100 percent; right?
15        A    Yes.                                           4:22PM
16        Q    Let's go ahead and look at the recommended
17   contingency 20,000 well rates.  It's 191 and 232;
18   right?
19        A    I'm sorry.  Hold on.
20        Q    Net present value 10?  It's the --            4:22PM
21        A    So not the optimized one, but just the
22   recommended contingency for 20K well rates, 191, 232.
23   Am I reading that correctly?
24        Q    Right.  Those are different from the net
25   present value 10 reserve contingency, aren't they?      4:23PM
```

Page 254

CONFIDENTIAL

```
 1        A    Yes.                                    4:23PM

 2        Q    And likewise, the recommended contingency

 3   20,000 well rates is .20 and .22; correct?

 4        A    Yes.

 5        Q    And that's different from the PIR10 zero   4:23PM

 6   contingency; correct?

 7        A    Yes.

 8        Q    The probability of commerciality for the

 9   zero contingency is 88.2 and 100 percent; right?

10        A    Yes.                                    4:23PM

11        Q    And the probability of commerciality for

12   the recommended contingency 20,000 well rates is

13   88.2 and 100 percent; right?

14        A    Yes.

15        Q    In fact, the probability of commerciality   4:23PM

16   for every risked mean is 100 percent; right?

17        A    Every unrisked mean, yes.

18        Q    I'm sorry, every unrisked mean is

19   100 percent; right?

20        A    Yes.                                    4:24PM

21        Q    The probability of commerciality for every

22   risked mean is 88.2; right?

23        A    Yes.

24        Q    Why did the -- why does the probability of

25   commerciality stay unchanged when the net present   4:24PM
```

Page 255

CONFIDENTIAL

```
 1    value 10 and the PIR10 changed?                    4:24PM

 2        A    I don't know.

 3        Q    Did you do anything to evaluate how the

 4    probability of commerciality figure was calculated?

 5        A    I tried to find more detail and was       4:24PM

 6    unsuccessful in finding more detail.

 7        Q    Did you reach out to anybody at the

 8    company and ask them?

 9        A    No.

10        Q    Why not?                                  4:25PM

11        A    Because I am an independent expert, I'm not

12    going to speak to somebody at Anadarko.

13        Q    Do you know whether the probability of

14    commerciality figure is based on an underlying

15    economic resource probability?                     4:25PM

16        A    I don't know that.  But I anticipate that

17    that's what it is intended to convey, yes.

18        Q    Do you know whether the probability of

19    commerciality figure is based on engineering

20    assumptions?                                       4:25PM

21        A    I anticipate that it is.

22        Q    Do you know that, sir, or are you just

23    assuming it is?

24        A    Well, in order to project cash flows in the

25    future, you have to project the amount of oil that's 4:25PM
```

Page 256

CONFIDENTIAL

```
 1    going to be produced from the wells.              4:25PM

 2            I presume that that is information that

 3    comes from the engineers.  It would not come from

 4    the accountants.

 5        Q    Do you know whether the underlying        4:26PM

 6    engineering assumptions were realistic?

 7        A    I don't know; but, again, to the extent that

 8    Anadarko personnel are using this chart to make

 9    decisions, I cannot imagine why they would not be

10    realistic if Anadarko professionals were using them to  4:26PM

11    make decisions.

12            So I assumed -- I'm sorry.

13            So I assume that these are their best

14    estimates when they develop these.

15        Q    You understand that this is a fraud case;   4:26PM

16    right, sir?

17        A    No.

18        Q    You don't understand that plaintiffs are

19    alleging fraud in this case?

20        A    I've been asked to opine on the accounting.  4:26PM

21    I don't know what the legal issues are because they

22    don't relate to the accounting determinations I've

23    been asked to make.

24        Q    Do you know whether the underlying

25    economic assumptions were realistic that were used    4:27PM
```

Page 257

CONFIDENTIAL

1         I, LYNNE M. LEDANOIS, a Certified

2  Shorthand Reporter of the State of California, do

3  hereby certify:

4         That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were duly sworn; that a record

8  of the proceedings was made by me using machine

9  shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12        Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [x] was not requested.

16        I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or party to this action.

19        IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: March 13, 2023

23

24                 *Lynne Marie Ledanois*

                LYNNE MARIE LEDANOIS

25            CSR No. 6811

Page 284