UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

ORDER

On March 16, 2023, Plaintiffs filed a Motion to Exclude Certain Testimony by Defendants' Proposed Expert J. Richard Dietrich, Ph.D. ("Motion to Exclude") (ECF \_\_\_). On April 20, 2023, Defendants filed their opposition to Plaintiffs' Motion to Exclude (ECF \_\_\_). On May 11, 2023, Plaintiffs filed a Reply in support of their Motion to Exclude (ECF \_\_\_).

Plaintiffs' Motion to Exclude is GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1