# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE SOUTHERN DISTRICT OF TEXAS
 3                        HOUSTON DIVISION
 4    ----------------------------------------------------x
 5
 6    In re ANADARKO PETROLEUM          Civil Action No.
      CORPORATION SECURITIES            4:20-cv-00576
 7    LITIGATION
 8
 9    ----------------------------------------------------x
10
11                      **CONFIDENTIAL**
12
13       REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
14                     ALLEN FERRELL, Ph.D.
15                   Thursday, March 2, 2023
16
17
18
19
20
21
22
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 5772235
```

Page 1

```
 1        Q    Right.  I mean the U.S. government          1:42PM
 2   wouldn't bring a class action; correct?
 3        A    That's correct.
 4        Q    Okay.  So the answer to my question is
 5   correct; right?  If you want, I can restate it.       1:42PM
 6        A    I believe that's accurate.
 7        Q    Okay.  Thanks.
 8             So in any securities class action, have
 9   you opined that the alleged misrepresentations or
10   omissions did, in fact, have an impact on the price   1:42PM
11   of security at issue?
12        A    I have in the following sense.  So I have,
13   for example, Bank of America, also in the Household
14   litigation, done damages per share under certain
15   assumptions.                                          1:42PM
16             So I have in that context.
17        Q    But that wasn't an opinion about the price
18   impact, that was an assumption; correct?
19        A    I don't think I quite agree with your
20   framing.  It would be based on certain assumptions    1:43PM
21   including assumptions of liability.  I did calculate
22   per share damages and that was an opinion.
23        Q    So just to be clear, it was a damages
24   opinion in which one of the assumptions was there
25   would be liability found; is that right?              1:43PM
```

Page 14

| | | |
|---|---|---|
| 1 | A    That's my best recollection.  My specific | 1:43PM |
| 2 | recollection is I have in securities class action | |
| 3 | litigation estimated per share damages. | |
| 4 | Q    Assuming liability was found? | |
| 5 | A    Well, I don't -- yes, I don't know what | 1:43PM |
| 6 | damages would mean, if there is not liability, so I | |
| 7 | think that's -- | |
| 8 | Q    I guess what I'm trying to say is that | |
| 9 | that was assuming that liability would be found.  In | |
| 10 | other words, your opinion was limited to damages; is | 1:43PM |
| 11 | that right? | |
| 12 | A    I mean, I have to go back and refresh my | |
| 13 | recollection.  My memory is there was an assumption of | |
| 14 | liability.  Again, I'm not sure what damages means, if | |
| 15 | there was -- I guess if there is no liability, the | 1:44PM |
| 16 | damages are easy, it's zero. | |
| 17 | Q    Understood.  I was trying to clarify the | |
| 18 | nature of the opinion.  So it was a damages opinion | |
| 19 | assuming liability would be found? | |
| 20 | A    I gave you my best recollection. | 1:44PM |
| 21 | Q    Okay.  The record will stand. | |
| 22 |       Are you offering any legal opinions in | |
| 23 | this case? | |
| 24 | A    No. | |
| 25 | Q    Do you hold yourself out as an expert in | 1:44PM |

Page 15

| | | |
|---|---|---|
| 1 | accounting? | 1:44PM |
| 2 | A   No. | |
| 3 | Q   Do you hold yourself out as an expert in | |
| 4 | the oil and gas industry? | |
| 5 | A   No. | 1:44PM |
| 6 | Q   Are you a geoscientist? | |
| 7 | A   No. | |
| 8 | Q   Do you have an engineering degree? | |
| 9 | A   No. | |
| 10 | Q   Are you offering an opinion in this case | 1:44PM |
| 11 | as to the reason Anadarko wrote off Shenandoah? | |
| 12 | A   No. | |
| 13 | Q   All right.  Even though you have your | |
| 14 | report there with you, I'm going to mark one for the | |
| 15 | record so that it will be an exhibit.  You can | 1:45PM |
| 16 | continue to look at the version in front of you | |
| 17 | except for just to confirm that what I'm introducing | |
| 18 | here is in fact your report. | |
| 19 | So if you'll bear with me for a moment | |
| 20 | while I introduce this. | 1:45PM |
| 21 | A   Okay.  Take your time. | |
| 22 | MS. JENSEN:  If all has gone well, there | |
| 23 | should be an exhibit that you can see in your | |
| 24 | Exhibit Share folder.  Again, making sure that | |
| 25 | you're looking at the March 2nd folder.  It should | 1:45PM |

| | | |
|---|---|---|
| 1 | be under marked exhibits and it should be | 1:45PM |
| 2 | Exhibit 519. | |
| 3 | (Whereupon, Exhibit 519 was marked for | |
| 4 | identification.) | |
| 5 | THE WITNESS: I'm there. | 1:46PM |
| 6 | MS. JENSEN: Okay. Great. | |
| 7 | So for the record, I've introduced this | |
| 8 | Exhibit 519, the expert rebuttal report of Allen | |
| 9 | Ferrell Ph.D., dated January 25th, 2023. | |
| 10 | Q  And I would like you to scroll through | 1:46PM |
| 11 | very briefly and confirm that this, in fact, is your | |
| 12 | report. | |
| 13 | A  Okay. When I turn away from the camera, | |
| 14 | it's because I'm looking at the screen with the | |
| 15 | exhibit. | 1:46PM |
| 16 | Q  Okay. Understood. | |
| 17 | A  Yes, this looks like my January 25th report. | |
| 18 | Q  Who wrote this report? | |
| 19 | A  I did with the assistance of Compass | |
| 20 | Lexecon. | 1:46PM |
| 21 | Q  What assistance did Compass Lexecon | |
| 22 | provide? | |
| 23 | A  So they did a number of things. For | |
| 24 | example, they helped organize the flow of materials to | |
| 25 | me that's reflected in the docs relied upon list. | 1:46PM |

| | | |
|---|---|---|
| 1 | his report. | 7:29PM |
| 2 | Q   So I'm talking about the heading, did you | |
| 3 | write that heading? | |
| 4 | A   Yes.  I remember having a discussion about | |
| 5 | this conservative measure of value and his use of the | 7:29PM |
| 6 | book value. | |
| 7 | Q   Did investors generally value Anadarko | |
| 8 | higher than the book value of its reported net | |
| 9 | assets? | |
| 10 | A   I'm sorry, could you repeat that question? | 7:30PM |
| 11 | Q   Did investors generally value Anadarko | |
| 12 | higher than the book value of its reported net | |
| 13 | assets? | |
| 14 | A   I do believe -- my memory is there are times | |
| 15 | that the overall book value was lower than the market | 7:30PM |
| 16 | price for the entirety of the entity.  Hold on one | |
| 17 | second.  I think I have a statement about that here. | |
| 18 | I think that might be true at different | |
| 19 | points in time for the entirety of the enterprise. | |
| 20 | Q   So during the class period, Anadarko's | 7:31PM |
| 21 | book value ranged from 14.6 billion to 19.4 billion, | |
| 22 | whereas the market value ranged from 15 billion to | |
| 23 | 50 billion.  Does that sound about right? | |
| 24 | A   I don't remember the book values for the | |
| 25 | entire enterprise.  I do have the market cap range in | 7:31PM |

Page 193

| | | |
|---|---|---|
| 1 | my report in that exhibit, which I have as -- for | 7:31PM |
| 2 | Anadarko I have the ranges being 15 to 50. | |
| 3 | Q   Right.  So in Paragraph 37 you cite to | |
| 4 | other oil companies in saying they had market values | |
| 5 | that were less than their book values. | 7:31PM |
| 6 | Why did you use those as examples instead | |
| 7 | of analyzing Anadarko, which is the relevant company | |
| 8 | here? | |
| 9 | A   It's just illustrative of the point that | |
| 10 | this is accounting and book values and it's not market | 7:31PM |
| 11 | prices.  So it's just illustrative of that point. | |
| 12 | Q   Even though it wasn't true or Anadarko? | |
| 13 | A   Well, I think it is true for Anadarko that | |
| 14 | the book values are not market prices, it's accounting | |
| 15 | conventions. | 7:32PM |
| 16 | Q   That's a slightly different question. | |
| 17 | It's not true that the book value of an | |
| 18 | asset is the same as a sunk cost; right? | |
| 19 | A   We're going to quickly get into accounting | |
| 20 | and beyond my knowledge.  My understanding is some of | 7:32PM |
| 21 | the costs that are disclosed on May 2nd are sunk | |
| 22 | costs, but I think that statement is also true. | |
| 23 | Q   The statement that I made? | |
| 24 | A   Yes.  Yes, I think that statement is true, | |
| 25 | but it's also my understanding that some of the costs | 7:32PM |

Page 194

| | | |
|---|---|---|
| 1 | that are written down, if I can use that phrase, in | 7:32PM |
| 2 | the non-accounting sense, because I know write-down | |
| 3 | has a particular accounting meaning, but the | |
| 4 | write-down, so to speak, on May 2nd did include in my | |
| 5 | understanding sunk costs. | 7:33PM |
| 6 |     Q   So you understand that the book value of | |
| 7 | Anadarko's assets had to be reported in accordance | |
| 8 | with GAAP; right? | |
| 9 |     A   I'm not an accountant, that's my general | |
| 10 | understanding. | 7:33PM |
| 11 |     Q   Okay.  So this is outside of your area of | |
| 12 | expertise here? | |
| 13 |     A   If you're going to ask me accounting | |
| 14 | questions, yes.  Beyond the observation that book | |
| 15 | value are not market prices, beyond the observation | 7:33PM |
| 16 | that's what is being written down on May 2nd is | |
| 17 | reflecting some costs. | |
| 18 |     Q   But -- well, let me ask you this:  Do you | |
| 19 | understand that under GAAP, an asset represents a | |
| 20 | right to an economic benefit? | 7:33PM |
| 21 |     A   That sounds right. | |
| 22 |     Q   Okay.  So unlike the concept -- | |
| 23 |     A   I'm not an accountant. | |
| 24 |     Q   Okay.  Unlike the -- your reference to | |
| 25 | sunk cost is past cash outlays.  The economic | 7:33PM |

```
 1    benefits held through Anadarko's assets represented        7:34PM

 2    potential future cash in-flows under GAAP; right?

 3         A    That, I don't know.  We've just hit the end

 4    of --

 5         Q    We're going beyond?                              7:34PM

 6         A    -- my knowledge, so I'm out.

 7         Q    You're out, okay.

 8         A    Book value is not market prices.

 9         Q    Okay.

10         A    Accounting has their own way of doing            7:34PM

11    things.

12         Q    You'll agree, then, that this issue of the

13    accounting of Anadarko is really outside of your

14    area of expertise?

15         A    Well, beyond what I say in my report, which      7:34PM

16    is book value is not market prices.  It can be a bit

17    higher, it can be lower depending on the accounting

18    conventions and the actual write-downs relate to past

19    stuff, sunk costs, leasehold interests from years ago.

20         Q    I think that's where we're going a little        7:34PM

21    sideways here.

22              You do understand that that the write-down

23    included assets that were acquired from Kerr-McGee?

24         A    Are we -- if this is a reference to the

25    leasehold interest, that's my understanding.               7:35PM
```

Page 196

| | | |
|---|---|---|
| 1 | Q   Right.  That was based on its fair value | 7:35PM |
| 2 | at the date of the acquisition; right? | |
| 3 | A   I don't know. | |
| 4 | Q   So -- but in any event, you'll agree with | |
| 5 | me that a good portion of the write-down related to | 7:35PM |
| 6 | an asset? | |
| 7 | A   Well, a good portion related to the | |
| 8 | leasehold interest from this acquisition years ago. | |
| 9 | There's two numbers, but it was one of the | |
| 10 | numbers -- let me just go to the report.  Give me a | 7:35PM |
| 11 | second -- does, as I understand it, relate basically | |
| 12 | or largely to that leasehold interest that we've | |
| 13 | been discussing. | |
| 14 | Q   And that leasehold or the asset was | |
| 15 | reported on the company's books based on its | 7:36PM |
| 16 | expected future cash flows related to that asset; | |
| 17 | correct? | |
| 18 | MS. ROSENBERG:  Objection. | |
| 19 | THE WITNESS:  I don't -- | |
| 20 | BY MS. JENSEN: | 7:36PM |
| 21 | Q   You're out? | |
| 22 | A   I don't know.  That's an accounting | |
| 23 | question. | |
| 24 | Q   Okay. | |
| 25 | A   Accountants do things that are not market | 7:36PM |

Page 197

| | | |
|---|---|---|
| 1 | prices, not market value, so you cannot look at what | 7:36PM |
| 2 | the accountants and their conventions are to estimate | |
| 3 | market prices. | |
| 4 | Q   Well, I mean, in this instance with | |
| 5 | Anadarko writing down its asset to zero, that | 7:36PM |
| 6 | indicated that that was the expected future cash | |
| 7 | in-flows for that asset; correct? | |
| 8 | A   You know, my view and opinion is that how | |
| 9 | accountants adjust the books for accounting purposes | |
| 10 | follows their own conventions and it's not market | 7:36PM |
| 11 | prices, it's not a DCF as an economist would think | |
| 12 | about it. | |
| 13 | Q   In any event, this is outside of your area | |
| 14 | of expertise? | |
| 15 | A   I don't know the particulars of GAAP.  I do | 7:37PM |
| 16 | know that some of the write-downs relate to sunk | |
| 17 | costs. | |
| 18 | As an economist, that's not relevant to | |
| 19 | the value of the company on an ongoing basis. | |
| 20 | Q   Okay.  But would you defer to the | 7:37PM |
| 21 | accountants on this issue? | |
| 22 | A   I would defer to the accountants on what the | |
| 23 | accounting conventions are, I would not defer to an | |
| 24 | accountant if the accountant were to say, this is | |
| 25 | market prices. | 7:37PM |

Page 198

```
 1      Q    So -- okay.  I think the fact that you          7:37PM
 2  keep trying to wade into it without understanding
 3  the accounting issues make this a little tricky.
 4           But what I hear you say is you're out, I
 5  won't ask you any more detailed questions about GAAP    7:37PM
 6  and how this all works together in terms of the
 7  asset.
 8      A    Okay.
 9      Q    That doesn't mean we're entirely out of
10  the woods, though, because I do want to ask you a       7:38PM
11  little bit about your opinions or your statements in
12  your report about how Anadarko's write-down differed
13  from ConocoPhillips.
14      A    Okay.
15      Q    So you, for example, wouldn't expect for       7:38PM
16  ConocoPhillips to report the same asset associated
17  with Anadarko's acquisition of Kerr-McGee; right?
18           MS. ROSENBERG:  Objection --
19           THE WITNESS:  That sounds reasonable to
20  me.                                                      7:38PM
21  BY MS. JENSEN:
22      Q    You wouldn't expect ConocoPhillips to have
23  recorded them like Anadarko; right?
24      A    That seems reasonable to me; that is to say,
25  the accountants have the GAAP obligations that relate   7:38PM
```

1        I, LYNNE M. LEDANOIS, a Certified
2   Shorthand Reporter of the State of California, do
3   hereby certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were duly sworn; that a record
8   of the proceedings was made by me using machine
9   shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [x] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: March 6, 2023
22
23
24                    _____
                      LYNNE MARIE LEDANOIS
25                    CSR No. 6811

Page 231