**APPENDIX A**

| KELLER'S LEGAL CONCLUSIONS PURPORTING TO TELL THE JURY WHAT RESULTS TO REACH ||
| --- | --- |
| **Source Document** | **¶¶** |
| Expert Report of Peter Keller, dated November 9, 2022 ("Keller Expert Report") | 21 245 |
| Rebuttal Report of Peter Keller, dated January 25, 2023 ("Keller Rebuttal Report") | 5 6 7 81 |
| Deposition of Peter Keller, dated January 17, 2023 ("Keller Deposition") | 34:21-35:3 35:22-23 83:25-84:2 84:4-12 103:6-8 |

| KELLER'S OPINIONS ABOUT WHAT INVESTORS ACTUALLY "UNDERSTOOD" OR "EXPECTED" ||
| --- | --- |
| **Source Document** | **¶¶** |
| Keller Expert Report | 4.2.1 (Heading) 4.2.2 (Heading) 90 100 106 107 108 120 121 124 128 129 130 131 140 143 152 155 158 164 170 178 179 |

| KELLER'S OPINIONS ABOUT WHAT INVESTORS ACTUALLY "UNDERSTOOD" OR "EXPECTED" ||
| --- | --- |
| **Source Document** | **¶¶** |
| | 180 |
| | 181 |
| | 184 |
| | 188 |
| | 191 |
| | 196 |
| | 198 |
| | 205 |
| | 207 |
| | 210 |
| | 215 n.234 |
| | 218 |
| | 219 |
| | 223 |
| | 226 |
| | 228 |
| | 232 |
| | 234 |
| | 235 |
| | 236 |
| | 237 |
| | 242 |
| | 247 |
| | 248 |
| | 250 |
| | 251 |
| | 254 |
| | 256 |
| | 257 |
| | 259 |
| | 263 |
| | 264 |
| | 269 |
| | 276 |
| | 277 |
| | 278 |
| | 279 |
| | 284 |
| | 285 |
| | 292 |
| | 293 |
| | 294 |

| KELLER'S OPINIONS ABOUT WHAT INVESTORS ACTUALLY "UNDERSTOOD" OR "EXPECTED" ||
|---|---|
| **Source Document** | **¶¶** |
| | 301 |
| | 303 |
| | 304 |
| | 305 |
| | 312 |
| | 314 |
| | 317 |
| | 321 |
| | 323 |
| | 324 |

| KELLER'S OPINIONS ABOUT WHAT INVESTORS ACTUALLY "UNDERSTOOD" OR "EXPECTED" ||
| Source Document | ¶¶ |
| --- | --- |
| Keller Rebuttal Report | 10 |
| | 11 |
| | 15 |
| | 17 |
| | 19 |
| | 20 |
| | 25 |
| | 57 |
| | 59 |
| | 60 |
| | 63 |
| | 66 |
| | 67 |
| | 81 |
| | 85 |
| | 87 |
| | 88 |
| | 90 |
| | 91 |
| | 96 |
| | 99 |
| | 100 |
| | 101 |
| | 102 |
| | 106 |
| | 110 |
| | 112 |
| | 115 |
| | 117 |
| | 118 |
| | 120 |
| | 130 |

| KELLER'S OPINIONS ABOUT POST-CLASS PERIOD EFFORTS BY OTHER COMPANIES TO DEVELOP SHEN ||
|---|---|
| **Source Document** | **¶¶** |
| Keller Expert Report | 43 |
| | 44 |
| | 45 |
| Keller Rebuttal Report | 44 |
| | 82 |
| | 98 |
| Keller Deposition | 208:22-24 |
| | 215:11-20 |
| | 216:19-217:5 |
| | 218:9-12 |

- 5 -