# EXHIBIT 5

CONFIDENTIAL

1                IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF TEXAS

3                      HOUSTON DIVISION

4    ---------------------------------------------------x

5

6    In re ANADARKO PETROLEUM        Civil Action No.

     CORPORATION SECURITIES          4:20-cv-00576

7    LITIGATION

8

9    ---------------------------------------------------x

10

11                    **CONFIDENTIAL**

12

13      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

14                   ALLEN FERRELL, Ph.D.

15                 Thursday, March 2, 2023

16

17

18

19

20

21

22

23

24    Reported By: Lynne Ledanois, CSR 6811

25    Job No. 5772235

                                            Page 1

CONFIDENTIAL

```
 1    about his opinion concerning materiality.              1:55PM

 2         Q    Right.  So my question was that's one of

 3    your principal conclusions.

 4              You also have listed here that

 5    Mr. Steinholt failed to reliably demonstrate the       1:55PM

 6    May 3rd, 2017 price decline is caused by the

 7    correction to the alleged misstatements?

 8         A    Correct.

 9         Q    And then also that Mr. Steinholt did not

10    demonstrate damages could be reliably estimated?  So   1:55PM

11    those are your principal conclusions in the case?

12         A    Yes, with respect to the January 25th

13    report, that's correct.

14         Q    Now, are you offering an opinion that the

15    market for Anadarko common stock was efficient?        1:56PM

16         A    I accept that.  I'm not disputing the

17    efficiency of the market.

18         Q    You're assuming it?

19         A    Yes.

20         Q    And now, when you assume market             1:56PM

21    efficiency, are you embracing a strong form of

22    market efficiency?

23         A    No, it's -- efficiency in this context means

24    semi-strong efficiency.

25         Q    It would be a mistake to call -- to          1:56PM
```

Page 25

CONFIDENTIAL

1    embrace the strong form of market efficiency at this          1:56PM

2    point; right?

3         A    I just don't think that's relevant here.

4         Q    I mean, that would be an incorrect form of

5    market efficiency to espouse in a securities fraud            1:56PM

6    case; right?

7         A    I just -- I've never seen that.  When I say

8    the word "efficiency," I mean semi-strong efficiency.

9         Q    And that's the correct standard, more or

10   less; correct?                                                1:56PM

11        A    I'm not opining legally, but when I use the

12   term "efficiency," I mean semi-strong efficiency.

13        Q    That's the accepted version of efficiency

14   in these types of cases; correct?

15        A    I believe that's accurate.                          1:57PM

16        Q    Now, do you opine that information was

17   immediately impounded into the marketplace for

18   Anadarko common stock?

19        A    So the definition of semi-strong is all

20   public information is, quote, quickly impounded.              1:57PM

21             Typically, although not inevitably,

22   quickly means it's usually measured by reference to

23   a close-to-close window.

24        Q    Did you undertake any event study analysis

25   to determine how quickly information was impounded            1:57PM

Page 26

CONFIDENTIAL

1     I, LYNNE M. LEDANOIS, a Certified

2 Shorthand Reporter of the State of California, do

3 hereby certify:

4     That the foregoing proceedings were taken

5 before me at the time and place herein set forth;

6 that any witnesses in the foregoing proceedings,

7 prior to testifying, were duly sworn; that a record

8 of the proceedings was made by me using machine

9 shorthand which was thereafter transcribed under my

10 direction; that the foregoing transcript is a true

11 record of the testimony given.

12     Further, that if the foregoing pertains to

13 the original transcript of a deposition in a Federal

14 Case, before completion of the proceedings, review

15 of the transcript [ ] was [x] was not requested.

16     I further certify I am neither financially

17 interested in the action nor a relative or employee

18 of any attorney or party to this action.

19     IN WITNESS WHEREOF, I have this date

20 subscribed my name.

21 Dated: March 6, 2023

22

23

24             _____

              LYNNE MARIE LEDANOIS

25              CSR No. 6811

                  Page 231