# EXHIBIT 2

| | |
|---|---|
| **From:** | Lauren E. Phillips |
| **To:** | Rachel Jensen; Benjamin Gruenstein; Lauren Rosenberg |
| **Cc:** | Francisco Mejia; Megan Rossi; Raffi Friedman; Dan Drosman; Nicole Gilliland |
| **Subject:** | RE: In re Anadarko Petroleum Corp. Sec. Litig., No. 4:20-cv-00576 (S.D. Tex.) |
| **Date:** | Tuesday, March 14, 2023 4:57:33 PM |

EXTERNAL SENDER

Rachel,

Mr. Murphy's report goes to scienter, on which Defendants do not have the burden of proof. Accordingly, his report was timely filed on January 25, 2023, independent of Regan's report, and need not be withdrawn on the basis that you have partially withdrawn Regan's report.

Best,
Lauren

Lauren E. Phillips
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T: 1 (212) 474-1795
lephillips@cravath.com

**From:** Rachel Jensen <RachelJ@rgrdlaw.com>
**Sent:** Sunday, March 12, 2023 5:55 PM
**To:** Benjamin Gruenstein <bgruenstein@cravath.com>; Lauren Rosenberg <lrosenberg@cravath.com>; Lauren E. Phillips <lephillips@cravath.com>; Daniel Slifkin <DSlifkin@cravath.com>
**Cc:** Francisco Mejia <FMejia@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Raffi Friedman <RFriedman@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>
**Subject:** In re Anadarko Petroleum Corp. Sec. Litig., No. 4:20-cv-00576 (S.D. Tex.)


Counsel:

Pursuant to the Court's October 11, 2022 Amended Scheduling and Docket Control Order (Dkt. No. 142), expert designations and rebuttal expert designations were due by November 9, 2022 and January 25, 2023, respectively.  On November 9, 2022, Plaintiffs served the Expert Report of D. Paul Regan, CPA/CFF ("Regan Report").  On January 25, 2023, Defendants served the Rebuttal Report of Kevin J. Murphy ("Rebuttal Murphy Report"), which purports to rebut portions of the Regan Report that reference executive compensation.

Plaintiffs hereby withdraw Mr. Regan's opinion regarding executive compensation in paragraphs 77(c) and 86 of his report.  Given that the Murphy Rebuttal does not purport to rebut or contradict any of Mr. Regan's remaining opinions or any other opinion offered by Plaintiffs' other experts, Murphy's "rebuttal opinions are necessarily irrelevant."  *LaSalle Bank Nat. Ass'n v. CIBC Inc.*, 2012

WL 466785, at *22 (S.D.N.Y. Feb. 14, 2012); *see e.g.*, *Spencer v. Peters*, 2013 WL 74447, at *1 (W.D. Wash. Jan. 7, 2013).

Please confirm by Tuesday, March 14, 2023, that Defendants will withdraw the Rebuttal Murphy Report.

Best,
Rachel

**Rachel L. Jensen**
Partner



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.