**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On March 16, 2023, Plaintiffs filed a Motion to Exclude Testimony by Defendants' Expert Kevin J. Murphy ("Motion to Exclude") (ECF ___). On April 20, 2023, Defendants filed their opposition to Plaintiffs' Motion to Exclude (ECF ___). On May 11, 2023, Plaintiffs filed a Reply in support of their Motion to Exclude (ECF ___).

Plaintiffs' Motion to Exclude is GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1