UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

AMENDED SCHEDULING AND DOCKET ORDER

On April 7, 2023, the Parties submitted a joint motion to revise the remaining briefing schedule under the Amended Scheduling and Docket Control Order issued on February 16, 2023 (ECF 150), specifically as to Defendants' motion for summary judgment (ECF 162) and the Parties' motions to exclude expert testimony (ECF 156-158, 160-166), and to withdraw as moot Plaintiffs' April 6, 2023 Scheduling Dispute Letter (ECF 179).

The Parties' joint motion (ECF __) is hereby GRANTED.

1. Plaintiffs' opposition to Defendants' motion for summary judgment shall be filed no later than 21 days after: (1) all documents encompassed by the Court's March 31, 2023 order are produced to Plaintiffs; or (2) a final, non-appealable order is entered confirming that Defendants do not have to produce the documents encompassed by the Court's March 31, 2023 order;

2. Defendants' reply in support of summary judgment shall be filed no later than 21 days after Plaintiffs file their opposition;

1

3. Briefing on the Parties' motions to exclude certain expert testimony is hereby stayed. Within 10 days of either of the events specified in Paragraph 1 above, the Parties shall submit a proposed briefing schedule for any outstanding motions to exclude expert testimony to the Court.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge