United States District Court
Southern District of Texas
**ENTERED**
April 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On April 6, 2023, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved to file under seal: (1) Defendants' Exhibit 25 to ECF No. 166; (2) Plaintiffs' Exhibit A to ECF No. 161; (3) Defendants' Exhibit 121 to ECF No. 166; and (4) Plaintiffs' Exhibit 1 to ECF No. 157.

The Parties' joint motion (ECF No. 180) is hereby GRANTED.

SO ORDERED.

Signed on April 18, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge