United States District Court
Southern District of Texas
**ENTERED**
April 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §§§§§§§§§§ | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

### AMENDED SCHEDULING AND DOCKET ORDER

On April 7, 2023, the Parties submitted a joint motion to revise the remaining briefing schedule under the Amended Scheduling and Docket Control Order issued on February 16, 2023 (ECF 150), specifically as to Defendants' motion for summary judgment (ECF 162) and the Parties' motions to exclude expert testimony (ECF 156-158, 160-166), and to withdraw as moot Plaintiffs' April 6, 2023 Scheduling Dispute Letter (ECF 179).

The Parties' joint motion (ECF No. 186) is hereby GRANTED.

1. Plaintiffs' opposition to Defendants' motion for summary judgment shall be filed no later than 21 days after: (1) all documents encompassed by the Court's March 31, 2023 order are produced to Plaintiffs; or (2) a final, non-appealable order is entered confirming that Defendants do not have to produce the documents encompassed by the Court's March 31, 2023 order;

2. Defendants' reply in support of summary judgment shall be filed no later than 21 days after Plaintiffs file their opposition;

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

**OFFICIAL BUSINESS**

United States Courts
Southern District of Texas
FILED

APR 26 2023

Nathan Ochsner, Clerk of Court

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 77002 $ 000.60
02 1W
0001374615 APR. 18. 2023

-R-T-S-   500004016-1N         04/24/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER