UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 4:20-cv-00576<br><br>JUDGE CHARLES ESKRIDGE |

**[PROPOSED] ORDER GRANTING RECONSIDERATION**

On March 31, 2023, the Court issued an Opinion and Order Compelling Production of Documents, Dkt. 173, granting Plaintiffs' Motion to Compel Documents Concerning Anadarko Audit Committee's Purported Investigation, Dkt. 122. On April 27, 2023, Defendants filed a Motion to Reconsider or, in the Alternative, Certify for Interlocutory Appeal the Court's Opinion and Order Compelling Production of Documents. Dkt. [●] ("Motion for Reconsideration or Certification"). On [●] [●], 2023, Plaintiffs opposed the Motion for Reconsideration or Certification. Dkt. [●]. On [●] [●], 2023, Defendants filed a reply in further support of the Motion for Reconsideration or Certification. Dkt. [●].

Upon consideration of Defendants' Motion for Reconsideration or Certification, it is hereby ORDERED that the Motion for Reconsideration or Certification is GRANTED in part and DENIED in part as moot; the Opinion and Order Compelling Production of Documents is VACATED; Plaintiffs' Motion to Compel Documents Concerning Anadarko Audit Committee's Purported Investigation is DENIED; and Defendants' request for certification is DENIED as moot.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge