# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS


20230317-129
Daniel S Sommers
Cohen Milstein et al
1100 New York Ave NW
Ste 500 West
Washington, DC 20005

United States Courts
Southern District of Texas
F I L E D

MAY 16 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
F I L E D

MAY 16 2023

Nathan Ochsner, Clerk of Court

Date: Friday, March 17, 2023
Case Number: 4:20-cv-00576
Document Number: 168 (2 pages)
Notice Number: 20230317-129
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
F I L E D

MAY 16 2023

Nathan Ochsner, Clerk of Court

US POSTAGE ~ PITNEY BOWES
ZIP 77002 $ 000.60⁰
02 1W
0001374615 MAR. 20. 2023.

MIXIE 207 FE 1           0005/05/23
   RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD
BC: 77208101010     *0233-01018-20-45

77208>1010