# EXHIBIT 5

| | |
|---|---|
| **From:** | Rachel Jensen |
| **To:** | Terree DeVries; Kirsten McCormack |
| **Subject:** | FW: In re Anadarko Petroleum Corp. Sec. Litig.; Case No. 4:20-cv-00576 |
| **Date:** | Friday, April 28, 2023 12:38:40 PM |

**From:** Rachel Jensen
**Sent:** Friday, April 28, 2023 12:38 PM
**To:** 'Jennelle_Gonzalez@txs.uscourts.gov' <Jennelle_Gonzalez@txs.uscourts.gov>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Luke Brooks <LukeB@rgrdlaw.com>; George Shipley <gshipley@shipleysnell.com>; lrosenberg@cravath.com; Joe Kendall <jkendall@kendalllawgroup.com>
**Subject:** In re Anadarko Petroleum Corp. Sec. Litig.; Case No. 4:20-cv-00576

Dear Ms. Gonzalez,

Pursuant to the Court's March 17, 2023 order (ECF 167), we write jointly on behalf of the parties in *In re Anadarko Petroleum Corp. Secs. Litig.*, Case No. 20-cv-576, regarding a trial date in this matter.

In accordance with the March 17 order, the parties have met and conferred about potential blocks of time before the end of the year for trial, which is estimated to last up to three (3) weeks. *See* ECF 167 at 1. Both sides are currently available for trial any time during the window of October 2, 2023, through November 16, 2023.

Defendants note that their October 12, 2022 Motion for Reconsideration of the Court's Class Certification Order (ECF 143) and April 27, 2023 Motion to Reconsider, Or Certify for Interlocutory Appeal, the Court's Order Compelling Production of Investigation Documents (ECF 192), remain pending. Defendants believe that final resolution of those issues may involve pre-trial appeals to the Fifth Circuit and could affect the trial date.

Please let us know which dates within the window specified above are available to commence a three-week trial on the Court's calendar. The parties will then confer, confirm those dates with their witnesses, and get back to you to select an appropriate slot.

If you would like to discuss, you can reach me at (619) 338-4514. Defense counsel are copied on this email.

Respectfully,
Rachel Jensen


**Rachel L. Jensen**
Partner



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

