# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

On April 27, 2023, Defendants filed a Motion to Reconsider or, in the Alternative, Certify for Interlocutory Appeal the Court's Order Compelling Production of Investigation Documents (ECF 192) ("Motion to Reconsider"). On May 18, 2023, Plaintiffs filed an Opposition to Defendants' Motion to Reconsider (ECF 194).

Defendants' Motion to Reconsider is DENIED.

SO ORDERED.

Signed on _____, at Houston, Texas.

 

_____
Hon. Charles Eskridge
United States District Judge

1