United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | CIVIL ACTION NO |
| | § | 4:20-cv-00576 |
| | § | |
| | § | |
| IN RE: ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES | § | |
| LITIGATION | § | |
| | § | |
| | § | |

### ORDER

Pending is a letter from Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds regarding a scheduling dispute as to deadlines set in the current scheduling order. Dkts 196 & 197.

Orders on two motions for reconsideration have entered this same day. See Dkts 198 & 199 The Court is preliminarily of the view that deadlines should be extended, given that new documents will be produced.

The parties are ORDERED to confer further on what modifications to the current scheduling order are now appropriate, towards submitting a new proposed scheduling order by July 14, 2023.

SO ORDERED.

Signed on June 30, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge