United States District Court
Southern District of Texas
**ENTERED**
July 20, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

### AMENDED SCHEDULING AND DOCKET ORDER

Pursuant to this Court's June 30, 2023 Order (ECF 200), on July 14, 2023, the Parties submitted a joint motion to revise the deadlines for the pretrial schedule set forth in the Amended Scheduling and Docket Control Order issued on February 16, 2023 (ECF 150).

The Parties' joint motion (ECF 201) is hereby GRANTED. The following schedule will control disposition of the case:

1. The Parties shall file a Joint Pretrial Order containing the pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3) and any motions *in limine* no later than 90 days after either: (1) all documents encompassed by the Court's March 31, 2023 order compelling the production of documents ("MTC Order") are produced to Plaintiffs; or (2) the entry of an order of the Fifth Circuit granting Defendants' petition for a writ of mandamus and confirming that Defendants do not have to produce the documents encompassed by the Court's MTC Order.

1

2. Oppositions to motions *in limine* shall be filed no later than 14 days after motions *in limine* are filed.

3. Replies to motions *in limine* shall be filed no later than seven days after oppositions to motions *in limine* are filed.

4. The pretrial conference set for 1:30 p.m. on September 19, 2023 is vacated. The Court will reschedule the pretrial conference upon entry of a briefing schedule for the *Daubert* motions.

SO ORDERED.

Signed on July 20, 2023, at Houston, Texas.

*[signature: Chas R Eskridge II]*

Hon. Charles Eskridge
United States District Judge