Case 4:20-cv-00576 Document 206 Filed on 08/30/23 in TXSD Page 1 of 3

United States Courts
Southern District of Texas
FILED
August 30, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 30, 2023
Lyle W. Cayce
Clerk

No. 23-90022

ANADARKO PETROLEUM CORPORATION; R. A. WALKER; ROBERT G. GWIN; ROBERT P. DANIELS; ERNEST A. LEYENDECKER, III,

*Defendants—Petitioners,*

versus

GEORGIA FIREFIGHTERS' PENSION FUND,

*Plaintiff—Respondent,*

NORFOLK CITY COUNCIL AS ADMINISTERING AUTHORITY OF THE NORFOLK PENSION FUND; IRON WORKERS LOCAL 580 JOINT FUNDS; BUILDING TRADES UNITED PENSION TRUST FUND,

*Movants—Respondents.*

---

Motion for Leave to Appeal
under FED. R. CIV. P. 23(f)
USDC No. 4:20-CV-576

---

UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and OLDHAM, *Circuit Judges.*
PER CURIAM:

No. 23-90022

IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(f) is GRANTED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-90022    Anadarko Petro v. GA Firefighters' Pension
                    USDC No. 4:20-CV-576

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Thomas R. Ajamie
Mr. Joseph David Daley I
Mr. Elton Joe Kendall
Mr. Nathan Ochsner
Mr. Kevin Orsini
Mr. Lauren Rosenberg
Mr. George T. Shipley