United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § CIVIL ACTION NO.<br>§ 4:20-cv-00576<br>§<br>§<br>§ JUDGE CHARLES ESKRIDGE<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The orders compelling production of documents were previously stayed pending resolution of the mandamus petition filed by Defendant Anadarko Petroleum. Dkt 205; see Dkts 173 & 199.

The Fifth Circuit denied the petition on October 16, 2023. See *In re Anadarko Petroleum Corp,* No 23-20350, unpublished order (5th Cir 2023).

Pending is a joint status report by the parties requesting the opportunity for letter briefing and hearing on when and how further discovery should proceed. Dkt 208.

The request is GRANTED.

Defendants are ORDERED to submit an initiating letter brief of no more than five pages by October 30, 2023.

Plaintiffs are ORDERED to submit a responsive letter brief of the same length by November 6, 2023.

A status conference is SET for November 13, 2023 at 2:30 pm in Courtroom 9F.

So ordered.

Signed on October 25, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge