UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Civil Action No. 4:20-cv-00576<br><br>Judge Charles R. Eskridge, III |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to the local rules, please take notice that Kendall Law Group, PLLC and the undersigned counsel have moved to the following address. Please note that only the suite number has changed:

>Joe Kendall
>**KENDALL LAW GROUP, PLLC**
>3811 Turtle Creek Blvd., Suite 825
>Dallas, TX 75219
>Tel: (214) 744-3000
>Fax: (214) 744-3015
>jkendall@kendalllawgroup.com

Please amend your records and counsel of record copy list accordingly, and send all future pleadings, memoranda, correspondence, orders, etc. to the above-referenced address.

Dated: November 7, 2023                                     Respectfully submitted,

>*/s/ Joe Kendall*
>JOE KENDALL
>Attorney-in-Charge
>Texas Bar No. 11260700
>SDTX Bar No. 30973
>**KENDALL LAW GROUP, PLLC**
>3811 Turtle Creek Blvd., Suite 825

1

Dallas, TX 75219
Tel: (214) 744-3000
Fax: (214) 744-3015
jkendall@kendalllawgroup.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
JOE KENDALL

2