UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20–cv–00576 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| Anadarko Petroleum Corporation, et al.<br>    Defendant. | §<br>§<br>§ | |

NOTICE OF RESETTING

Take notice that the Status Conference set for 11/14/2023, has been RESET as follows:

Wednesday, January 10, 2024, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002