AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Daniel S. Drosman | 2. PHONE NUMBER<br>(619) 231-1058 | 3. DATE<br>1/12/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>DanD@rgrdlaw.com | 5. CITY<br>San Diego | 6. STATE CA / 7. ZIP CODE 92101 |
| 8. CASE NUMBER<br>4:20-cv-00576 | 9. JUDGE<br>Charles Eskridge | DATES OF PROCEEDINGS<br>10. FROM 1/10/2024 — 11. TO 1/10/2024 |
| 12. CASE NAME<br>In re Anadarko Petroleum Corporation Securities Litigation | LOCATION OF PROCEEDINGS<br>13. CITY Houston | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Status Conference | 01/10/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>s/ Daniel S. Drosman | PROCESSED BY | |
| 19. DATE<br>1/12/2024 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY