UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576<br><br>District Judge Charles R. Eskridge III<br><br>CLASS ACTION |

**JOINT STATUS REPORT**

The Parties[1] respectfully submit this Joint Status Report pursuant to the Court's Minute Entry and Order dated January 10, 2024 (the "January 10 Order"). (Dkt. 216.)

Pursuant to the Court's direction at the January 10, 2024 conference and the January 10 Order, the Parties conferred on January 17, 2014 "regarding (i) an appropriate appointment as to Special Master, preferably of a qualified attorney in Houston, and (ii) whether there was agreement to refer such review to Magistrate Judge Christina A. Bryan". (*Id*. at 1.) The Parties jointly agree to refer the review to Magistrate Judge Christina A. Bryan.

On January 17, 2024, the Parties also "began conferring as to the appropriate procedure by which to conduct that review, towards recommendation and review by this Court". (*Id.*) While the Parties have not yet reached agreement, the Parties agree to continue discussing the appropriate procedure. Upon this Court's issuance of an order referring the review, the Parties will jointly contact Judge Bryan's Case Manager to start the process.

The Court's January 10 Order states that Defendants were ordered "to turn over any documents that they have already determined to remove from their privilege log, with provision also of a revised, current log". (*Id.* at 2.) Defendants confirm that they have turned over all documents that they previously de-designated following Plaintiffs' filing of the motion to compel and have provided Plaintiffs with their most current privilege logs.

Finally, in the Court's January 10 Order, it noted that the Parties should "state whether further conference by video is requested". (*Id.*) The Parties do not believe further conference by video is necessary at this time.

---

[1] The "Parties" refer to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class ("Plaintiffs"), and Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

Dated:  January 24, 2023                    Respectfully submitted,

*/s/ Kevin Orsini*
**CRAVATH, SWAINE & MOORE LLP**
Kevin Orsini (*pro hac vice*)
Benjamin Gruenstein (*pro hac vice*)
Lauren Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
korsini@cravath.com
bgruenstein@cravath.com
lrosenberg@cravath.com

**SHIPLEY SNELL MONTGOMERY LLP**
George T. Shipley
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, TX 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
gshipley@shipleysnell.com

*Attorneys for Defendants*


Dated:  January 24, 2023                    */s/ Joe Kendall*
**KENDALL LAW GROUP, PLLC**
Joe Kendall (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Texas Local Counsel for Plaintiff*


**ROBBINS GELLER RUDMAN & DOWD LLP**
Mark Solomon
Daniel S. Drosman


Rachel L. Jensen
Luke O. Brooks
Hillary B. Stakem
Francisco Mejia
Nicole Q. Gilliland
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Class counsel*