# CRAVATH

Lauren Rosenberg
lrosenberg@cravath.com
T+1-212-474-1159
New York

February 9, 2024

Dear Judge Eskridge:

    I write to notify the Court that after February 9, 2024, Lauren Phillips will no longer be affiliated with Cravath, Swaine & Moore LLP.  Therefore, I respectfully request that the Court withdraw her appearance and direct the Clerk to remove her name from the ECF distribution list.

    Attorneys from Cravath, Swaine & Moore LLP will continue to represent Defendants, and her withdrawal will not affect any deadlines or cause any delay.

    If the Court prefers a formal motion, we will supply one.

    Respectfully,

    /s/ Lauren M. Rosenberg

    Lauren M. Rosenberg

Hon. Charles R. Eskridge III
   U.S. District Court for the Southern District of Texas
     515 Rusk Street, Room 9015
       Houston, Texas 77002

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP