United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|   |   |   |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | CIVIL ACTION NO. 4:20-CV-0576 |

## **ORDER**

On January 29, 2024, District Judge Charles Eskridge appointed the undersigned Magistrate Judge to act as Special Master to review documents and issue a recommendation as to whether each document does or does not fall within the scope of the Court's prior finding of privilege waiver. ECF 220. It is therefore

ORDERED that the Court will hold a telephone status conference on March 19, 2024 at 11:00 a.m. CST to discuss the timing and procedure to govern the Court's document review. The case manager will provide dial-in information prior to the conference. It is further

ORDERED that on or before March 15, 2024, the parties are to file an agreed, if possible, proposal for the timing and procedure to govern the Court's document review.

Signed on February 13, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge