UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | CIVIL ACTION NO. 4:20-CV-0576 |

# **ORDER**

The Court held a telephone status conference in this case on the record on March 19, 2024. With the parties' consent, the District Judge appointed the undersigned Magistrate Judge as a Special Master to review documents and "make a recommendation as to whether each document does or does not fall within the scope of the prior finding of privilege waiver." ECF 220. As ordered by Court in the Order setting the conference (ECF 222), the parties' filed a Joint Proposal to Govern Review of Disputed Documents. ECF 223.

Based on the parties' representations and for the reasons stated on the record at the conference, it is

ORDERED that Defendant is not required to redact challenged documents and produce the redacted documents to Plaintiffs until further Order of the Court directing such production. It is further

ORDERED that by April 12, 2024, the Defendant shall produce an updated privilege log containing additional information regarding the type and subject matter of the challenged documents in order to provide Plaintiffs with information to assess the claims of privilege for documents on the privilege log.  It is further

ORDERED that the parties shall meet and confer by April 19, 2024 to discuss any disputes regarding the sufficiency of the descriptions provided in the updated privilege log.  The parties shall file an Advisory to the Court regarding the results of the meet and confer and inform the Court whether a conference is needed to resolve any disputes regarding the privilege log.  It is further

ORDERED that prior to the submission of the universe of documents to be reviewed by the Court, Defendant will submit to the Court a list of categories used to describe the types of challenged documents and provide, *in camera* to the Court, an exemplar document from each category.  It is further

ORDERED that the Court will permit Defendant to file a reply brief and Plaintiff to file a surreply brief.  It is further

ORDERED that the Court will determine at a later date the procedure to be employed for making its recommendation after submission of the documents, including whether *ex parte* communications will be permitted or whether the Court will hold a joint hearing.  It is further

ORDERED that all dates and issues fully agreed upon in the parties' Joint Proposal to Govern Review of Disputed Documents (ECF 223) and not addressed herein shall govern the procedure.

Signed on March 19, 2024, at Houston, Texas.

Christina A. Bryan<br>
United States Magistrate Judge