UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § | Civil Action No. 4:20-cv-00576<br><br>The Honorable Charles R. Eskridge III<br><br><u>CLASS ACTION</u><br><br>Magistrate Judge Christina A. Bryan |

**JOINT APPENDIX OF PRIOR BRIEFING REGARDING PLAINTIFFS' MOTION TO COMPEL**

4853-5331-7816.v2

Pursuant to the Court's March 19, 2024 Order (ECF 224), the Parties[1] respectfully submit this joint appendix of briefing and related documents for reference in the Court's review of documents Defendants challenge as falling outside the scope of the privilege and work product waiver that Judge Eskridge found "with respect to the entire subject matter of the investigation conducted by the Anadarko Audit Committee" (ECF 220 at 1).

| TAB | DOCUMENT | DATE FILED | ECF[2] |
|---|---|---|---|
| 1 | Plaintiffs' letter seeking leave to file motion to compel | Feb. 22, 2022 | ECF 100 |
| 2 | Defendants' letter re: leave to file motion to compel | Feb. 24, 2022 | ECF 103 |
| 3 | Plaintiffs' Motion to Compel Documents Concerning Anadarko Audit Committee's Purported Investigation | May 2, 2022 | ECF 122 |
| 4 | Defendants and Non-Parties Eric Mullins, Kevin Chilton and Mark McKinley's Opposition to Plaintiffs' Motion to Compel | May 4, 2022 | ECF 124 |
| 5 | Declaration of Benjamin Gruenstein in Support of Defendants and Non-Parties Eric Mullins, Kevin Chilton and Mark McKinley's Opposition to Plaintiffs' Motion to Compel | May 4, 2022 | ECF 125 |
| 6 | Plaintiffs' Reply in Further Support of Motion to Compel Documents Concerning Anadarko Audit Committee's Purported Investigation | May 16, 2022 | ECF 127 |
| 7 | Supplemental Submission Regarding Plaintiffs' Motion to Compel Documents Concerning | Mar. 22, 2023 | ECF 172 |

---

[1]   The "Parties" refer to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, Plaintiffs), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P Daniels, and Ernest Leyendecker III (collectively, "Defendants").

[2]   "ECF" refers to the docket filing entry numbers that correspond to documents filed in *In re Anadarko Petroleum Corporation Securities Litigation*, No. 4:20-cv-00576 (S.D. Tex.), and *In re Anadarko Petroleum Corporation Securities Litigation*, No. 23-20350 (5th Cir.), as applicable.

- 2 -

|   | | | |
|---|---|---|---|
|   | Anadarko Audit Committee's Purported Investigation | | |
| 8 | Opinion and Order Compelling Production of Documents | Mar. 31, 2023 | ECF 173 |
| 9 | Transcript of motion hearing held on March 17, 2023 | Apr. 10, 2023 | ECF 187 |
| 10 | Defendants' Motion to Reconsider or, in the Alternative, Certify for Interlocutory Appeal the Court's Order Compelling Production of Investigation Documents | Apr. 27, 2023 | ECF 192 |
| 11 | Plaintiffs' Opposition to Defendants' Motion to Reconsider or, in the Alternative, Certify for Interlocutory Appeal the Court's Order Compelling Production of Investigation Documents | May 18, 2023 | ECF 194 |
| 12 | Defendants' Reply in Support of Their Motion to Reconsider or, in the Alternative, Certify for Interlocutory Appeal the Court's Order Compelling Production of Investigation Documents | May 30, 2023 | ECF 195 |
| 13 | Order Denying Motion for Reconsideration or for Certification for Interlocutory Appeal | June 30, 2023 | ECF 199 |
| 14 | Defendants-Petitioners' Petition for Writ of Mandamus | July 21, 2023 | App.ECF 2-3 |
| 15 | Plaintiffs' Letter to Judge Eskridge regarding Discovery Dispute | July 21, 2023 | ECF 203 |
| 16 | Defendants' Response to Plaintiffs' Letter | July 25, 2023 | ECF 204 |
| 17 | Plaintiff-Respondent's Opposition to Petition for Writ of Mandamus | Aug. 14, 2023 | App.ECF 30 |
| 18 | Reply in Support of Petition for Writ of Mandamus | Aug. 25, 2023 | App.ECF 40 |
| 19 | Order denying petition for writ of mandamus | Oct. 16, 2023 | App.ECF 54 |
| 20 | Defendants' letter requesting Court stay all proceedings pending resolution of Defendants' appeal | Oct. 30, 2023 | ECF 210 |
| 21 | Plaintiffs' response letter to Defendants' October 30, 2023 letter | Nov. 6, 2023 | ECF 211 |
| 22 | Minute Entry and Order | Jan. 10, 2024 | ECF 216 |

| 23 | Transcript of hearing held on January 10, 2024 | Jan. 19, 2024 | ECF 217 |
|----|------------------------------------------------|---------------|---------|
| 24 | Joint Status Report | Jan. 24, 2024 | ECF 219 |
| 25 | Order referring review to Magistrate Judge Christina A. Bryan | Jan. 29, 2024 | ECF 220 |

DATED: April 29, 2024    KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
Attorney-in-charge

　　　　　　　　　　　　s/ Joe Kendall
　　　　　　　　　　　　JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)

Texas Local Counsel for Plaintiff

ROBBINS GELLER RUDMAN & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
RACHEL L. JENSEN
LUKE O. BROOKS
HILLARY B. STAKEM
FRANCISCO J. MEJIA
MEGAN A. ROSSI
NICOLE Q. GILLILAND
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel

- 4 -

DATED: April 29, 2024

SHIPLEY SNELL MONTGOMERY LLP
GEORGE T. SHIPLEY (TX Bar No. 18267100) (SDTX Bar No. 02118)

_s/ George T. Shipley_
GEORGE T. SHIPLEY

717 Texas Avenue, Suite 1800
Houston, TX 77002
Telephone: 713/652-5920
713/652-3057 (fax)

CRAVATH, SWAINE & MOORE LLP
KEVIN J. ORSINI (*pro hac vice*)
LAUREN M. ROSENBERG (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212/474-1000
212/474-3700 (fax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 29th day of April, 2024.

                                                  s/ Joe Kendall
                                                  JOE KENDALL