TAB 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § §<br>§<br>§<br>§ | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**SUPPLEMENTAL SUBMISSION REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONCERNING ANADARKO AUDIT COMMITTEE'S PURPORTED INVESTIGATION**

Plaintiffs hereby attach as Exhibits A-B the privilege logs of Anadarko Audit Committee ("AAC") members Eric Mullins and Mark McKinley, each dated May 3, 2022 (collectively, the "Privilege Logs"), for the Court's consideration. These Privilege Logs were omitted from briefing regarding Plaintiffs' April 12, 2022 Motion to Compel Documents Concerning Anadarko Audit Committee's Purported Investigation (ECF 115) (the "Motion") and discussed during the March 17, 2023 hearing regarding the Motion.

Although Plaintiffs' Motion indicated that the AAC members were improperly withholding 59 documents based on claims of attorney-client privilege (Motion at 9), Messrs. Mullins and McKinley produced 23 of those documents on May 3, 2022 – nearly three weeks after the Motion was filed. Thus, Messrs. Mullins and McKinley continue to withhold 36 documents, in whole or in part, related to the investigation of Lea Frye's allegations solely on the grounds of attorney-client privilege.

DATED: March 22, 2023

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
Attorney-in-charge

s/ Joe Kendall
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Texas Local Counsel for Plaintiff

- 1 -

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
RACHEL L. JENSEN
FRANCISCO J. MEJIA
MEGAN A. ROSSI
RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 22nd day of March, 2023.


_____
s/ Joe Kendall
JOE KENDALL

EXHIBIT A

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/22/2016 22 53 | Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 2 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/25/2016 4 05 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 3 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 4/28/2016 3 49 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 4 | | | Mullins, Eric | Eric Mullins@limerockresources.com] | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | | | 4/28/2016 12 36 | RE Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email chain providing legal advice and reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 5 | MULLINS-00002192 | MULLINS-00002202 | Mullins, Eric | Shauna Clark, Esq.* | Eric Mullins | | | 5/2/2016 0 00 | Engagement Letter Anadarko Audit Committee.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | | Deprivileged and produced. |
| 6 | MULLINS-00002203 | MULLINS-00002213 | Mullins, Eric | Shauna Clark, Esq.* | Eric Mullins | | | 5/2/2016 0 00 | Signed_Engagement Letter Anadarko Audit Committee.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | | Deprivileged and produced. |
| 7 | MULLINS-00002179 | MULLINS-00002179 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com | | | 5/2/2016 22 22 | Engagement Letter | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 7a | MULLINS-00002180 | MULLINS-00002190 | Mullins, Eric | | | | | 5/2/2016 22 22 | | PDF | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001\Engagement Letter | | Deprivileged and produced. |
| 8 | MULLINS-00002191 | MULLINS-00002191 | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | General Kevin Chilton @gmail.com) @gmail.com]; 'Mark McKinley' @mkresources.com] | @limerockresources.com | | 5/3/2016 4 28 | Audit Committee Update -- | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 9 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Mark Oakes, Esq.* [mark.oakes@nortonrosefulbright.com] | | 5/4/2016 18 51 | Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 10 | | | Mullins, Eric | Eric Mullins@limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Mark Oakes, Esq.* [mark.oakes@nortonrosefulbright.com] | | 5/4/2016 20 33 | Re Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email chain reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 11 | | | Mullins, Eric | Eric Mullins@limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 5/4/2016 20 34 | Fwd Anadarko - Ltr from Eric Mullins to Frye_s Attorney (2).docx | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Gerry Pecht, Esq.*; Shauna Clark, Esq.*; Peggy Heeg, Esq.*; Mark, Oakes, Esq.*) regarding Anadarko Audit Committee investigation. |
| 12 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com | | | 5/5/2016 14 33 | '--- Untitled Document --- | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 13 | | | Mullins, Eric | Eric Mullins@limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 5/5/2016 14 42 | FW | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Gerry Pecht, Esq.*) regarding Anadarko Audit Committee investigation. |
| 14 | MULLINS-00002214 | MULLINS-00002214 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | | | 5/14/2016 23 03 | Update | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 15 | MULLINS-00002215 | MULLINS-00002215 | Mullins, Eric | Eric Mullins@limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | | 5/15/2016 0 43 | Re Update | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_32703 1_Email_001 | Attorney Client | Deprivileged and produced redacted. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Eric Mullins Third Party Privilege Log

May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 5/19/2016 22 07 | Letter to Ms. Frye | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email and attachment providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 17 | | | Mullins, Eric | Eric Mullins        @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 5/19/2016 23 19 | RE  Letter to Ms. Frye | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 18 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins        @limerockresources.com] @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 5/29/2016 17 02 | SEC Dodd-Frank Whistleblower Program Summary | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment providing legal advice regarding Anadarko Audit Committee investigation. |
| 19 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins        @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 6/1/2016 21 55 | RE  Thursday Morning Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 20 | | | Mullins, Eric | Eric Mullins        @limerockresources.com] | Mark Mckinley         @mkresources.com];Kevin Chilton         @gmail.com] | | | 6/1/2016 22 09 | Fwd  Thursday Morning Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice (Gerry Pecht, Esq.*) and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 21 | | | Mullins, Eric | Kevin Chilton        @gmail.com] | Eric Mullins        @limerockresources.com] | | | 6/1/2016 22 13 | Re  Thursday Morning Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation (Gerry Pecht, Esq.*) regarding Anadarko Audit Committee investigation. |
| 22 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 6/4/2016 12 47 | Lea Frye | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 23 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com];        @g mail.com'         @gmail.com];        @mkresource s.com         @mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 6/8/2016 23 50 | Comparison of Frye's letters to SEC and Anadarko | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch_327031_E mail_001.pst\EricMullinsAnadarkoSearch_37033 1_Email_001 | Attorney Client; Work Product | Email and attachment containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 24 | | | Mullins, Eric | Amanda McMillian, Esq.* | Eric Mullins | | | 6/9/2016 11 19 | Redline Comparison_2016.04.20 Demand Letter - 2016.05.09 Letter to SEC.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client; Work Product | Draft letter containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 25 | MULLINS-00002216 | MULLINS-00002216 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/29/2016 20 11 | Frye Investigation | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 26 | MULLINS-00002217 | MULLINS-00002217 | Mullins, Eric | Eric Mullins        @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | | 6/29/2016 22 48 | Re  Frye Investigation | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 27 | MULLINS-00002218 | MULLINS-00002218 | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] | | | 6/30/2016 2 54 | Re  Frye Investigation | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 28 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins        @limerockresources.com] @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/30/2016 14 05 | July 7th Audit Committee Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 29 | | | Mullins, Eric | Eric Mullins        @limerockresources.com] | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 6/30/2016 14 51 | Re  July 7th Audit Committee Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 30 | MULLINS-00002219 | MULLINS-00002219 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins        @limerockresources.com] | | | 7/21/2016 6 23 | Meeting on July 28 | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 31 | MULLINS-00002220 | MULLINS-00002220 | Mullins, Eric | Eric Mullins        @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 7/21/2016 12 52 | RE  Meeting on July 28 | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced redacted. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Case 4:20-cv-00576 Document 272-1 Filed on 04/29/22 in TXSD Page 9 of 13
Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com] @gmail.com]; s.com' @mkresources.com] | Shauna Clark, Esq.* @g [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* @mkresource [peggy.heeg@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/27/2016 21 35 | NRF Privileged and Confidential presentaiton | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email and attachment reflecting a request for legal advice, containing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 33 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 14 38 | APC | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 34 | | | Mullins, Eric | Eric Mullin @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 17 31 | Re APC | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 35 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 17 45 | Re APC | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 36 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | 7/31/2016 18 46 | Re APC | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain providing legal advice, reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 37 | MULLINS-00002221 | MULLINS-00002221 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | | | 7/31/2016 22 49 | APC | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327031_E mail_001.pst\EricMullinsAnadarkoSearch2_32703 1_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 38 | | | Mullins, Eric | Eric Mullins | | | | 8/1/2016 0 00 | Notes re Norton Rose update 8-1-16.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client; Work Product | Handwritten notes reflecting the provision of legal advice (Shauna Clark, Esq.*; Gerry Pecht, Esq.*) and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 39 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' @limerockresources.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | | | 8/3/2016 20 19 | RE Thursday Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email chain reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 40 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | | | 10/7/2016 15 12 | Anadarko Audit July 2016 Invoice | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 41 | | | Mullins, Eric | Norton Rose Fulbright US LLP* | Eric Mullins | | | 10/21/2016 0 00 | NRF Sep Invoice.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2016\Frye Case | Attorney Client | Invoice reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 42 | | | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins' @limerockresources.com]; @g mail.com] @mkresources.com | | | 10/27/2016 22 06 | Anadarko | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 43 | MULLINS-00002222 | MULLINS-00002222 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | @limerockresources.com | | | 10/27/2016 22 10 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Chronology | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced. |
| 44 | | | Mullins, Eric | Champion, Chris [Chris.Champion@anadarko.com] | Eric Mullins @limerockresources.com] @limerockresources.com] | | | 10/31/2016 14 35 | Form 10Q Disclosure change | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. |
| 45 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Champion, Chris [Chris.Champion@anadarko.com] | | | 10/31/2016 16 22 | Re Form 10Q Disclosure change | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. |
| 46 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] @limerockresources.com] mail.com' @email.com] @mkresource s.com @mkresources.com] | Gerry Pecht, Esq.* @g [gerard.pecht@nortonrosefulbright.com] | | 11/15/2016 16 19 | Anadarko November 18th Audit Committee Call | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | MULLINS-00002223 | MULLINS-00002223 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | @limerockresources.com | | | 11/15/2016 16 25 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Presentation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced. |
| 48 | | | Mullins, Eric | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | 'Eric Mullins @limerockresources.com]' @limerockresources.com]; mail.com' @gmail.com]; s.com' @mkresources.com] | Gerry Pecht, Esq.* @g [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* @mkresource [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 16 26 | RE Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client; Work Product | Email reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 49 | MULLINS-00002224 | MULLINS-00002224 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | | | 11/15/2016 20 06 | RE gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko Presentation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 50 | MULLINS-00002225 | MULLINS-00002226 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins @limerockresources.com]' @limerockresources.com]; mail.com' @gmail.com]; s.com' @mkresources.com] | Peggy Heeg, Esq.* @g [peggy.heeg@nortonrosefulbright.com]; Shauna Clark, Esq.* @mkresource [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 21 30 | RE Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Deprivileged and produced redacted. |
| 51 | MULLINS-00002227 | MULLINS-00002227 | Mullins, Eric | svcdocshare@nortonrosefulbright.com | | | | 11/16/2016 2 48 | Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 52 | MULLINS-00002228 | MULLINS-00002228 | Mullins, Eric | Eric Mullins @limerockresources.com] | @yahoo.com | | | 11/16/2016 11 32 | Fwd Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 53 | MULLINS-00002229 | MULLINS-00002229 | Mullins, Eric | svcdocshare@nortonrosefulbright.com | | | | 11/17/2016 16 07 | Secure Workspace Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 54 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | @limerockresources.com | | | 11/21/2016 17 44 | Audit Committee Investigation | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachments reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 55 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Eric D. Mullins @limerockresources.com] | | | 12/8/2016 23 28 | Audit Committee | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 56 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Eric Mullins | | | 2/17/2017 0 00 | Transmittal to McMillian NRF January Invoice 2-17-2017.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2017 | Attorney Client | Letter reflecting the provision of legal advice regarding invoice for Anadarko Audit Committee investigation. |
| 57 | | | Mullins, Eric | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | Eric D. Mullins @limerockresources.com] | | | 6/8/2017 14 28 | Invoice | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 58 | | | Mullins, Eric | Alison Kratish^ @limerockresources.com] | Eric Mullins @limerockresources.com] | | | 7/12/2017 17 57 | FW NRF Invoice June 2017 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Shauna Clark, Esq.*) regarding Anadarko Audit Committee investigation. |
| 59 | | | Mullins, Eric | Eric Mullins @limerockresources.com] | Alison Kratish^ @limerockresources.com] | | | 7/14/2017 5 49 | FW NRF Invoice June 2017 | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Shauna Clark, Esq.*) regarding Anadarko Audit Committee investigation. |
| 60 | MULLINS-00002230 | MULLINS-00002230 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins @limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 7/20/2017 21 21 | Re Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |
| 61 | MULLINS-00002231 | MULLINS-00002231 | Mullins, Eric | Eric Mullins @limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 7/20/2017 21 24 | RE Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\ES\EricMullinsAnadarkoSearch2_327032_E mail_001.pst\EricMullinsAnadarkoSearch2_3270 32_Email_001 | | Deprivileged and produced. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576
Eric Mullins Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | MULLINS-00002232 | MULLINS-00002233 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins [____@limerockresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/20/2017 21 30 | Re Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 63 | MULLINS-00002234 | MULLINS-00002235 | Mullins, Eric | Eric Mullins [____@limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/20/2017 21 40 | RE Final Audit Committee Report - Fry | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 64 | MULLINS-00002236 | MULLINS-00002236 | Mullins, Eric | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | [____]@limerockresources.com | | | 7/21/2017 17 20 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace Anadarko | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 65 | MULLINS-00002237 | MULLINS-00002237 | Mullins, Eric | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | Eric Mullins [____@limerockresources.com] | | | 7/22/2017 7 15 | Privileged. | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 66 | MULLINS-00002238 | MULLINS-00002238 | Mullins, Eric | Eric Mullins [____@limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 7/22/2017 12 12 | Re Privileged. | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | | Deprivileged and produced. |
| 67 | | | Mullins, Eric | Norton Rose Fulbright US LLP* | Eric Mullins | | | 9/14/2017 0 00 | Initialed Norton Rose Invoice_Aug 2017.pdf | PDF | \F08910-1-EH2-E145\AuditCommittee\2017 | Attorney Client | Invoice reflecting the provision of legal advice regarding Anadarko Audit Committee investigation. |
| 68 | | | Mullins, Eric | Lowe, Tanya [tanya.lowe@nortonrosefulbright.com] | @limerockresources.com' [@limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 9/14/2017 21 03 | Audit Investigation | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch_327031_Email_001.pst\EricMullinsAnadarkoSearch2_327031_Email_001 | Attorney Client; Work Product | Email and attachment reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 69 | | | Mullins, Eric | Eric Mullins [____@limerockresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | | 9/15/2017 14 27 | RE Audit Investigation | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327031_Email_001.pst\EricMullinsAnadarkoSearch2_327031_Email_001 | Attorney Client; Work Product | Email chain and attachment reflecting the provision of legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 70 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | @limerockresources.com | | | 12/7/2017 20 01 | NRF Invoice | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 71 | | | Mullins, Eric | Eric Mullins [____@limerockresources.com] | Alison Kratish^ [@limerockresources.com] | | | 12/7/2017 20 28 | FW NRF Invoice | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 72 | | | Mullins, Eric | Eric Mullins [____@limerockresources.com] | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | | | 12/7/2017 20 46 | RE NRF Invoice | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain and attachment reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |
| 73 | | | Mullins, Eric | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | Eric Mullins [@limerockresources.com] | | | 12/7/2017 20 48 | RE NRF Invoice | MHTML | \F08910-1-EH2-E146\E5\EricMullinsAnadarkoSearch2_327032_Email_001.pst\EricMullinsAnadarkoSearch2_327032_Email_001 | Attorney Client | Email chain reflecting the provision of legal advice (Norton Rose Fulbright US LLP*) regarding Anadarko Audit Committee investigation. |

* Indicates Attorney; ^ Indicates administrative support staff for Mr. Mullins.

# EXHIBIT B

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4 20-cv-00576
Mark McKinley Third Party Privilege Log
May 3, 2022

| PL NO. | BATES BEGIN | BATES END | CUSTODIAN(S) | AUTHOR | RECIPIENT(S) | CC RECIPIENT(S) | BCC RECIPIENT(S) | DATE TIME | FILENAME / SUBJECT / TITLE | FILE EXTENSION | FILE PATH | CLAIM | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MCKINLEY-00000067 | MCKINLEY-00000067 | McKinley, Mark | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | General Kevin Chilton [____@gmail.com) @gmail.com];Mark McKinley [@mkresources.com] | [____@limerockresources.com] | | 5/3/2016 4:28 | Audit Committee Update -- | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 2 | MCKINLEY-00000068 | MCKINLEY-00000068 | McKinley, Mark | Eric Mullins [____@limerockresources.com] | Mark McKinley [____@mkresources.com]; Kevin Chilton [____@gmail.com] | | | 6/1/2016 22 09 | Fwd: Thursday Morning Call | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 3 | | | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com]; @gmail.com' [____@gmail.com]; Mark McKinley [____@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 6/8/2016 23 50 | Comparison of Frye's letters to SEC and Anadarko | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client; Work Product | Email and attachment providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 4 | | | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | @limerockresources.com' @limerockresources.com]; @gmail.com' [____@gmail.com]; Mark McKinley [____@mkresources.com] | Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com]; Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 7/27/2016 21:35 | NRF Privileged and Confidential presentaiton | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client; Work Product | Email and attachment reflecting a request for legal advice, providing legal advice and prepared in anticipation of litigation regarding Anadarko Audit Committee investigation. |
| 5 | MCKINLEY-00000069 | MCKINLEY-00000069 | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins [____@limerockresources.com]; @gmail.com; Mark McKinley [____@mkresources.com] | | | 10/27/2016 22 06 | Anadarko | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 6 | MCKINLEY-00000070 | MCKINLEY-00000070 | McKinley, Mark | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | Mark McKinley [____@mkresources.com] | | | 10/27/2016 22:10 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace: Anadarko Chronology | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 7 | MCKINLEY-00000071 | MCKINLEY-00000071 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Mark McKinley [____@mkresources.com] | Lana Rowenko, Esq.* [lana.rowenko@nortonrosefulbright.com] | | 11/3/2016 14:04 | Chronology | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 8 | MCKINLEY-00000072 | MCKINLEY-00000072 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins [____@limerockresources.com] @limerockresources.com]; @gmail.com' [____@gmail.com]; Mark McKinley [____@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | | 11/15/2016 16:19 | Anadarko November 18th Audit Committee Call | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 9 | MCKINLEY-00000073 | MCKINLEY-00000073 | McKinley, Mark | Gerry Pecht, Esq.* gerard.pecht@nortonrosefulbright.com | Mark McKinley [____@mkresources.com] | | | 11/15/2016 16:25 | gerard.pecht@nortonrosefulbright.com has added you to Secure Workspace: Anadarko Presentation | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 10 | MCKINLEY-00000074 | MCKINLEY-00000074 | McKinley, Mark | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | 'Eric Mullins [____@limerockresources.com)' @limerockresources.com]; @gmail.com' [____@gmail.com]; Mark McKinley [____@mkresources.com] | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 16:26 | RE: Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 11 | MCKINLEY-00000075 | MCKINLEY-00000076 | McKinley, Mark | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | 'Eric Mullins [____@limerockresources.com)' @limerockresources.com]; @gmail.com' [____@gmail.com]; Mark McKinley [____@mkresources.com] | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com]; Shauna Clark, Esq.* [shauna.clark@nortonrosefulbright.com] | | 11/15/2016 21:30 | RE: Anadarko November 18th Audit Committee Call - Revised | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | Attorney Client | Deprivileged and produced redacted. |
| 12 | MCKINLEY-00000077 | MCKINLEY-00000077 | McKinley, Mark | svcdocshare@nortonrosefulbright.com | | | | 11/16/2016 2:48 | Secure Workspace: Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |
| 13 | MCKINLEY-00000078 | MCKINLEY-00000078 | McKinley, Mark | svcdocshare@nortonrosefulbright.com | | | | 11/17/2016 16 07 | Secure Workspace: Anadarko Presentation has new files | MHTML | \F08910-1-EH2-E148\F08910-1-EH2-E148_d.pst\_FTI_20220215 | | Deprivileged and produced. |

* Indicates Attorney.