TAB 22

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
|  | § | CIVIL ACTION NO |
|  | § | 4:20-cv-00576 |
|  | § |  |
|  | § |  |
| IN RE: ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § |  |
| CORPORATION | § |  |
| SECURITIES | § |  |
| LIGITATION | § |  |
|  | § |  |

## MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on January 10, 2024. All parties present and represented by counsel.

The Court addressed the letter briefs regarding when and how further discovery should proceed. Dkts 210 & 211.

It was ORDERED that the case will proceed with appointment of a special master or the Magistrate Judge to determine which documents fall within scope of the privilege waiver.

The parties were ORDERED to confer regarding (i) an appropriate appointment as to special master, preferably of a qualified attorney in Houston, and (ii) whether there was agreement to refer such review to Magistrate Judge Christina A. Bryan. The parties should also begin conferring as to the appropriate procedure by which to conduct that review, towards recommendation and review by this Court.

The parties were ORDERED to file a status report on such conference by January 24, 2023. They should state there whether further conference by video is requested.

Defendants were ORDERED to turn over any documents that they have already determined to remove from their privilege log, with provision also of a revised, current log.

The Court addressed a number of pending motions on which responses have been held in abeyance. With consent of the parties, the pending *Daubert* motions and motion for summary judgment were TERMINATED WITHOUT PREJUDICE to refiling at an appropriate time after resolution of the foregoing privilege issues and the pending appeal before the Fifth Circuit regarding class certification. Dkts 156–58, 160–65 & 181–85.

SO ORDERED.

Signed on January 10, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge