United States District Court
Southern District of Texas
**ENTERED**
May 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LIGITATION | § § § § § § § § § § § | CIVIL ACTION NO 4:20-cv-00576<br><br>JUDGE CHARLES ESKRIDGE |

ORDER

The recent opinion and order of the Fifth Circuit vacating certification of the class in this action and remanding for further consideration is noted.

A status conference is SET for May 13, 2024 at 2:30 p.m. by teleconference. The Case Manager will provide connection information.

The parties should confer in advance and be prepared to advise their preference as to whether any issues (and if so, which) should be re-briefed for decision, or whether further decision should be based on the prior briefing. The parties may also suggest any other procedure they believe appropriate.

SO ORDERED.

Signed on April 30, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge