United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | CIVIL ACTION NO |
| | § | 4:20-cv-00576 |
| | § | |
| | § | |
| IN RE: ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES | § | |
| LIGITATION | § | |

## MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on May 13, 2024. All parties present by video and represented by counsel.

The Court addressed the recent opinion and order of the Fifth Circuit vacating certification of the class in this action and remanding for further consideration.

The parties stated that they had reached agreement on a further briefing schedule.

Defendants were ORDERED to file a surreply to Plaintiffs' motion for class certification by June 12, 2024.

Plaintiffs were ORDERED to file a final brief in response on class certification and any remaining *Daubert* issue by July 12, 2024.

The oral request by Defendants for argument on the motion was GRANTED. Hearing will be set in due course after the close of briefing.

SO ORDERED.

Signed on May 13, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge