United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>      Plaintiff, | § § § § | Civil Action No.<br>4:20–cv–00576 |
| vs. | § § | Judge Charles Eskridge |
| Anadarko Petroleum Corporation, et al.<br>      Defendant. | § § § § | |

Notice of Setting

Take notice that a Motion Hearing is set as follows:

Tuesday, August 27, 2024, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002