# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
May 17, 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
April 25, 2024
Lyle W. Cayce
Clerk

No. 23-20424

GEORGIA FIREFIGHTERS' PENSION FUND,

*Plaintiff—Appellee,*

NORFOLK CITY COUNCIL AS ADMINISTERING AUTHORITY OF THE NORFOLK PENSION FUND; IRON WORKERS LOCAL 580 JOINT FUNDS; BUILDING TRADES UNITED PENSION TRUST FUND,

*Movants—Appellees,*

versus

ANADARKO PETROLEUM CORPORATION; ROBERT G. GWIN; ROBERT P. DANIELS; ERNEST A. LEYENDECKER, III; R. A. WALKER,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-576

---

Before KING, HO, and ENGELHARDT, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 23-20424

IT IS ORDERED and ADJUDGED that class certification order entered by the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on May 17, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 17, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20424    GA Firefighters' Pension v. Anadarko Petro
                     USDC No. 4:20-CV-576

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc:    Mr. Thomas R. Ajamie
       Mr. Joseph David Daley I
       Mr. Elton Joe Kendall
       Mr. Kevin Orsini
       Mr. Lauren Rosenberg
       Mr. George T. Shipley