# EXHIBIT 6

# EXHIBIT 6

| **Information Purportedly Causing Anadarko's May 3 Decline that Defendants Claim Was Disclosed About Firestone During May 2 Aftermarket Local Fire Department Press Conference** |||
|---|---|---|
| <ul><li>"that Anadarko well was the cause of the explosion"[1]</li><li>"the results of the investigation as to who was responsible for the explosion"[2]</li></ul> |||
| **Firestone Information Disclosed as of April 27** | **Mentions of Anadarko during May 2 Local Press Conference** | **Mentions of Cause and Responsibility During May 2 Local Press Conference** |
| <ul><li>Anadarko well was 200 feet from site of Firestone home explosion.[3]</li><li>Anadarko shut-in 3,000 of its Colorado wells after the Firestone explosion as a safety precaution.[4]</li></ul> | <ul><li>Fire department "efforts were assisted by Anadarko, Black Hills Energy, and the Colorado Oil and Conservation Commission or COGCC."</li><li>"Early in the investigation, we began excavating and testing of all oil and gas flow lines within the immediate vicinity of the</li></ul> | <ul><li>A: "**We don't know who the original owners of the cut or abandoned lines were**. That's part of the ongoing investigation, certainly something that we're looking into."</li><li>"[B]ased on our investigation into the origin and cause, what we can say at this point in the ongoing</li></ul> |

---

[1]   Ex. 1, 133:1-9, filed concurrently herewith.

[2]   *Id.*

[3]   ECF.237-1.20-21, n.60; Ex. 1, 123:1-18.

[4]   ECF.96-1.25-26 (¶¶35-36).

| Firestone Information Disclosed as of April 27 | Mentions of Anadarko during May 2 Local Press Conference | Mentions of Cause and Responsibility During May 2 Local Press Conference |
|---|---|---|
| <ul><li>Anadarko was cooperating with fire officials and state regulatory agencies in their investigations.[5]</li><li>Anadarko was largest operator in Colorado.[6]</li></ul> | explosion. . . .  With the cooperation of Anadarko, this line which had been turned off with the shut-in of the well on April 17th, was pressure-tested, and no leaks were present."<br><br>• "[W]e have asked for and received the cooperation of the Colorado Bureau of Investigation, the Colorado Oil and Gas Conservation Commission, Anadarko, who was the operator of the well . . . ."<br><br>• "The flow line that we tested that is active is owned by Anadarko."<br><br>• "The well was shut-in or in a non-producing state for all of 2016.  It was brought back online by the – by the owner-operator on January | investigation is the following:  ***The origin of the explosion and subsequent fire*** that destroyed the Martinez home, and damaged the neighboring home resulting in the deaths of Mark Martinez and Joey Irwin and the severe injury to Erin Martinez ***was unrefined, non-odorized gas that entered the home through a French drain and sump pit, due to a cut abandoned line attached to an oil and gas well in the vicinity***."<br><br>• ***"[W]hatever had caused the explosion and fire*** at 6312 Twilight was isolated to the immediate site and that residents and buildings outside of the site were in no danger of secondary fire or explosion." |

---

[5]  ECF.96-1.25 (¶35 n.84); Ex. 1, 153:23-153.4.

[6]  Ex. 1, 122:1-5.

| **Firestone Information Disclosed as of April 27** | **Mentions of Anadarko during May 2 Local Press Conference** | **Mentions of Cause and Responsibility During May 2 Local Press Conference** |
|---|---|---|
| | 28th, of 2017 and would have flowed until that point." | - "[T]he proximity of the well to the home was not a contributing cause in this incident or investigation. ***It was the pipeline rather than the wellhead that caused the buildup of methane that led to the explosion***. It would appear an unusual and tragic set of circumstances occurred here, including circumstances around the proper identification of and maintenance of the related abandoned flow lines.  Now that the origin and cause portion of the investigation is complete, we'll be sharing our findings with COGCC and other regulatory agencies in order to allow them to review practices and procedures and take necessary steps moving forward."<br><br>- Q: "So is this something that could have been caught in pressure testing or different types of testing were done to these lines by an operator or |

| **Firestone Information Disclosed as of April 27** | **Mentions of Anadarko during May 2 Local Press Conference** | **Mentions of Cause and Responsibility During May 2 Local Press Conference** |
|---|---|---|
| | | I don't know, like developer, anyone that would be down in that area?" |
| | | Chief Poszywak: "At this point, we don't have all the facts as to how the line was cut, so I don't want to speculate on that." |
| | | • "The fact of the matter is that the gas being present where it shouldn't have been in the . . . basement of the home and that it was un-odorized was the – was the cause of fire and the explosion." |