# EXHIBIT 7

# EVERCORE ISI

*FLASH NOTE*

Energy | Oil & Gas Exploration & Production

**ANADARKO PETROLEUM**
APC | $70.18
**OUTPERFORM | TARGET PRICE: $88.00**
Commentary

Stephen Richardson
212-446-5639
stephen.richardson@evercoreisi.com

Daniel Walk
212-446-5619
daniel.walk@evercoreisi.com

Jaclyn Hourihan
212-446-9466
jaclyn.hourihan@evercoreisi.com

April 27, 2017

## APC Colorado Shut-ins
**Residential explosion and subsequent investigation sees APC shut-in legacy production in NE CO**

APC released a statement yesterday evening that caught the market (and us) off guard. The stock underperformed by 300 bps (vs. XOP) today in a tough tape for the broader sector. Unknowns remain in regards to the causes and implications of the proactive announcement by APC and the event in question. Our view is that while the value implication directly associated with the shut-in production and any physical remediation is likely immaterial for APC, and the market likely overreacted to the tangible value implication of the incident today, information flow may remain uneven near-term and the precise facts surrounding the incident remain unclear. We look forward to clarity from the Colorado regulatory authorities and APC when available (APC reports 1Q results, Tuesday May 2nd, AMC).

**What we know so far.**

- APC released a statement that it had temporarily shut in roughly 3,000 legacy vertical wells in NE Colorado following a home explosion on April 17th in Firestone, CO. The home was recently constructed ~200' from an APC-owned vertical well drilled in 1993 (drilled by another operator). APC noted the exact cause of the explosion has not yet been identified and an investigation is currently ongoing, and that its decision to shut in wells was taken entirely voluntarily and out of an abundance of caution. The statement noted APC's production from the wells totaled ~13 mboe/d (we understand ~75% natural gas) and testing to clear the wells would likely take two to four weeks depending on weather.
- The home explosion occurred at approximately 4:30 pm MT in Firestone, CO (Weld Ct, ~30 mi north of Denver) on April 17th, near a legacy vertical well (Coors V #6-14Ji) initially drilled in 1993 which produces primarily natural gas. The well was acquired from the original operator by Patina Oil and Gas Corp. in 1997 who then re-completed the well to the J-Sand formation. NBL then acquired the well in 2005, with APC ultimately acquiring the well in 2014.
- The investigation into the cause and origin of the fire is ongoing and is being led by the Frederick-Firestone Fire Protection District with assistance being provided by the Colorado Oil and Gas Conservation Commission (COGCC), which according to press reports took over this role from the Colorado Public Utilities Commission (PUC) shortly after the investigation began. Earlier today the COGCC held a press conference where it provided additional detail on its role in the investigation and circumstances surrounding the event.
- On the day of the explosion APC, PUC, and public utility personnel all responded. COGCC responded the following day (April 18th) and has been on the scene every weekday since. Since then COGCC environmental staff responded to gather environmental samples at the site of the explosion and has tested for fugitive methane or other hydrocarbons in the neighborhood. COGCC noted that "based on all of its investigations it believes there is no immediate threat to the environment or public safety associated with oil and gas operations in the neighborhood" and also that pending a more complete understanding of the circumstances involved, COGCC would consider other near-term actions that could be required by operators either field-wide or state-wide to address any 'specific issues' identified by the investigation.
- APC is the largest oil and gas producer in Colorado, with 4Q DJ Basin total / natural gas production of ~244 mboed / ~644 mmcfd. APC is prioritizing well inspections based on proximity to existing infrastructure and existing housing & commercial developments. The Coors V #6-14Ji well was last inspected in August 2014.

DJ basin exposed peers underperformed today on sympathy (NBL, SRC, XOG, PDCE). With setbacks in urban areas a ballot issue in previous elections, an area of focus will likely be any change in forward regulations. Current set back rules stipulate horizontal wells must be set back 500+ ft.

**Exhibit 524**

Please see the analyst certification and important disclosures on page 2 of this report. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

APC-01334718

# TIMESTAMP
(Article 3(1)e and Article 7 of MAR)

Time of dissemination: April 27, 2017, 18:39 ET.

# ANALYST CERTIFICATION

The analysts, Stephen Richardson, Jaclyn Hourihan and Daniel Wa k, primarily respons ble for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

# DISCLOSURES

This report is approved and/or distributed by Evercore Group LLC ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Partners Inc. ("Evercore Partners"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Partners.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also proh bits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group LLC, Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.**

Evercore Partners and its affiliates, and / or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore Partners and its affiliates may have, or have had, business relationships with the companies mentioned in this report..

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform** – the total forecasted return is expected to be greater than the expected total return of the analyst's coverage universe
**In Line** – the total forecasted return is expected to be in line with the expected total return of the analyst's universe
**Underperform** – the total forecasted return is expected to be less than the expected total return of the analyst's universe
**Coverage Suspended** – the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended** - Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

* Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy** – the total forecasted return is expected to be greater than 10%
**Hold** – the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** – the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and

trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy - Return > 20%
Buy - Return 10% to 20%
Neutral - Return 0% to 10%
Cautious - Return -10% to 0%
Sell - Return < -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight – the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight – the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight – the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended – the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long** – the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short** – the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position** – the stock is not included in the model portfolio.
**Coverage Suspended** – the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal 100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI ratings distribution (as of 04/27/2017)**

| Coverage Universe | | | Investment Banking Services / Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Rating | Count | Pct. |
| Buy | 340 | 48% | Buy | 38 | 11% |
| Hold | 266 | 38% | Hold | 10 | 4% |
| Sell | 63 | 9% | Sell | 2 | 3% |
| Coverage Suspended | 25 | 4% | Coverage Suspended | 5 | 20% |
| Rating Suspended | 8 | 1% | Rating Suspended | 2 | 25% |

## Issuer-Specific Disclosures (as of April 27, 2017)

Evercore ISI or an affiliate expects to receive or intends to seek compensation for investment banking services from this subject company Anadarko Petroleum within the next three months.

3

## Price Charts



## General Disclosures

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Evercore ISI. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercore.bluematrix.com/sellside/MAR.action.

4