# EXHIBIT 10

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
APC - Anadarko Petroleum Corp at JPMorgan Inaugural Energy Conference

EVENT DATE/TIME: JUNE 28, 2016 / 12:40PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JUNE 28, 2016 / 12:40PM, APC - Anadarko Petroleum Corp at JPMorgan Inaugural Energy Conference

### CORPORATE PARTICIPANTS

**Bob Gwin** *Anadarko Petroleum Corporation - EVP of Finance and CFO*

### CONFERENCE CALL PARTICIPANTS

**Arun Jayaram** *JPMorgan - Analyst*

### PRESENTATION

**Arun Jayaram** *- JPMorgan - Analyst*

We are going to get started this morning. Very, very excited to have Anadarko Petroleum to lead off day two of our inaugural conference. With me today is John Colglazier who runs the Investor Relations Group, Brian Cook in the first row, and Bob Gwin who is the EVP and Chief Financial Officer of APC. He is also the Chairman of Western Gas, the general partner, and one of the key value drivers of Anadarko. A bit unique about the strategy is to have that midstream component to it.

As many of you are aware, Anadarko is a diversified E&P with diversified operations in the US with the US franchise asset in the Wattenberg field and an emerging position in the Delaware Basin, as well as international operations in Algeria and Ghana and as well as a world-class exploration program.

With that, I will turn it over to Bob. Bob?

---

**Bob Gwin** *- Anadarko Petroleum Corporation - EVP of Finance and CFO*

Arun, thank you. Congratulations on the inaugural conference. We are really thrilled to be here and thrilled with the relationship with JPMorgan over time.

As Arun mentioned, we have a pretty substantial global portfolio, and what that gives us the opportunity to do is to deploy capital in a way that we think is relatively unique compared to the peers that you all would look to relative to an investment in Anadarko. We put on this slide a way to look at how we think about capital allocation, how we think about the opportunities for capital allocation in our portfolio, and the flexibility we have around capital allocation is, we believe, even more necessary in a market environment like the current one we are in than the one we have been in for the last, oh, I don't know, 18 months or so.

What we mean by that is that we are able to move capital around in a way that allows us to maximize, in our opinion, value creation and expose ourselves to the best economic returns available to us across our portfolio. Traditionally, we would invest a significant amount -- a significant majority of our capital in the US onshore in shorter cycle investments where the cash cycle is a year or less and a little bit less capital over the intermediate and longer-term. And, as you can see on the chart, here on slide 3, we are pretty good about 40% of our capital now into the intermediate and long-term, and I am going to talk over the course of my comments this morning about where that capital is going to work and why we think that is the better way to look at capital allocation in such a volatile environment.

You can see also on this slide some of our objectives for 2016, and we will talk about these and the progress against these objectives in a little greater detail.

So, a variation of this slide, we first introduced at the beginning of March at our annual investor conference. We laid out a pretty significant reduction in capital spending for the year. About a 50% cut year over year. It is actually 70% lower than our 2014 capital budget. But, even though we cut capital that significantly, the nature of our portfolio and our low maintenance capital put us in a position to preserve volumes to a significant degree.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**JUNE 28, 2016 / 12:40PM, APC - Anadarko Petroleum Corp at JPMorgan Inaugural Energy Conference**

to something bigger that you might pursue because we have Coronado and Yucatan in the same mini basin that are tremendous kind of in situ buyback opportunities for the future.

We have looked at kind of PV 10 breakeven as a lot of people do in the onshore, and you are pretty close at -- well, at least at recent oil prices, maybe not what we have seen since Brexit, but at recent oil prices, you are starting to look economic to something that is in that PV 10 breakeven standpoint. But, obviously, you wouldn't pursue economics in the Gulf of Mexico for a 10% rate of return. We have to focus on risk-adjusted rates of return, and accordingly we are going to have to see something at a higher commodity price.

One of the nice things is that, in the current environment, with fewer of these projects out there, obviously, we have -- we believe we will have as we work through a feed process, some relatively good leverage with EPC contractors that would be more interested in pursuing our project on a one-off basis than they might be in a more robust time and, therefore, might be a little bit more aggressive on price.

So too many moving pieces to answer the question directly, but we don't believe we are a long way off relative to our forward look at oil prices to consider greenfield.

Now, beyond Shenandoah, obviously, there are many things we are looking at that are a little smaller. We are focusing on longer tiebacks to existing infrastructure rather than greenfield developments. But it puts you in a position there, and when you can drill 100 million-barrel opportunities and things don't have to look like, say, 200 million and 300 million and 400 million barrel opportunities to justify infrastructure. Thank you.

**Unidentified Audience Member**

Could you talk about your view on your stake in WGP? You obviously sold the 475 million not too long ago. Is that a level that we should consistently expect annually? And then, is there an optimal level for that stake over time?

**Bob Gwin** - *Anadarko Petroleum Corporation - EVP of Finance and CFO*

Sure. That is a great question. We have sold a little bit of it each of the last three years and my numbers won't be exact, but in 2014 it was 300 million-some-odd. Last year, it was 600 million-some-odd. This year, 475 million. So the number will probably move around some. We are constrained by how much we can sell efficiently because the float is not very great. For instance, after our most recent sale, we still own something like 78% of the equity in WGP, and we are very conscious of the fact that we don't want to bring enough paper to market that it causes the trading dynamics around the security to be abnormally negatively impacted, which is why we have tried to -- we have spread these out over a multi-year period and we obviously haven't been very aggressively selling. We have got north of $6 billion of value remaining, even at the current equity price. Our expectations around growth in the DJ and the Delaware, which are Western Gas's two most prolific basins as well, cause us to have a pretty good idea -- a pretty transparent view of future growth at those MLPs. And so, obviously, we believe future value looks pretty good for those based on lots of market conditions, setting the market conditions aside, just simply looking at the performance expectations around volumes.

So we will continue to sell some of it over time. I don't think we will be aggressive sellers. Certainly, we get opportunities to sell bigger chunks at points in time and privately negotiated transactions, given the attractiveness of the portfolio, but we are not in any hurry, necessarily. We don't believe we are short cash or in any need to be aggressive on that front, and we're just going to try to be opportunistic over time, take a little bit off the table, ensure that the security is positioned to trade well, and I think of it as being a responsible sponsor by taking a long-term view on the health of the entities and how they trade publicly rather than any short-term agenda. Thanks for the question.

Yes?

**Unidentified Audience Member**

Just wondering if you could take a moment and talk about the regulatory environment in Colorado? I mean, the referendum is on everybody's mind, but maybe a little update as well.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



| JUNE 28, 2016 / 12:40PM, APC - Anadarko Petroleum Corp at JPMorgan Inaugural Energy Conference |
|---|

**Bob Gwin** - *Anadarko Petroleum Corporation - EVP of Finance and CFO*

Yes. We are obviously very involved there, paying a lot of attention. Most significantly, aggressively continuing our education program, which was a process that we stood up in 2012/2013 as we were heading toward the 2014 potential challenges and ballot initiatives there. And we have found a lot of traction with education that disinformation and misinformation by those that are critical of activities in the area falls by the wayside when our teams in Colorado and those of our partners are getting the word out around the truth behind the myths that are often talked about up there. Now, there are certainly some potential -- well, there are some concerning ballot initiatives or potential ballot initiatives, if they receive the requisite signatures by -- I forget the date in August, and we stand ready, obviously, to continue to fight aggressively to get the truth out and make sure that we have an educated electorate.

I think that the existing -- in particular, one of the existing ballot initiatives that deals with very aggressive setbacks from structures functionally puts oil and gas development in the state on hold. And though we believe there is certainly a low probability of it being on the ballot, we take it seriously, and we will continue to aggressively work against it, should it be on there. It polls very poorly in the state, the lack of development. The sheer economic impact on the state. Even with a slowdown like we have seen, the state's revenues obviously have had a material falloff. And it is really just a Draconian dynamic for schools and funding and economics in the state, if oil and gas draconian were to be restricted in a manner that that particular initiative lays out.

So it is concerning. We take it as a real threat because, obviously, is a very important asset for us and for Noble and some others in the state. But, by the same token, we believe that there is -- that the backdrop to fight those types of things is very strong, and we and the industry together, we think, it goes beyond industry. You look at homebuilders and the school boards and the governor and the senators on both side of the aisle. I mean, anyone that actually -- the thinking people that pay attention to the impact on the state and pay attention on the actual need for such Draconian restrictions, I think, see this in a clear light. And, accordingly, we think that things will work out for the best over the course of the next few months and then through the fall, if we need to continue to fight it.

Other questions?

**Arun Jayaram** - *JPMorgan - Analyst*

I think, in the interest of time, we're going to have to cut it off there. Thanks a lot, Bob.

**Bob Gwin** - *Anadarko Petroleum Corporation - EVP of Finance and CFO*

Thank you, Arun. Thanks for having us.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2017, Thomson Reuters. All Rights Reserved.

