UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 <br><br> JUDGE CHARLES ESKRIDGE |

ORDER

On July 12, 2024, Plaintiffs filed a Motion for Leave to File a Motion to Exclude Certain Opinion of Defendants' Class Certification Expert Dr. Allen Ferrell (ECF 240) ("Motion for Leave").

Having determined that good cause exists, Plaintiffs' Motion for Leave is Granted.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1