UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 <br><br> JUDGE CHARLES ESKRIDGE |

ORDER

On July 12, 2024, Plaintiffs filed a Motion to Seal (ECF 241) Exhibit 2 to Plaintiffs' Response to Defendants' Sur-Reply and Daubert Reply ("Response"), as well as any references thereto in the Response.

Plaintiffs' Motion to Seal is GRANTED

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1