United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE<br>M.J. CHRISTINA A. BRYAN |

### ORDER

On May 31, 2024, Plaintiffs filed a letter and exhibits responding to Defendants' May 17, 2024 letter challenging production of certain documents under the Court's March 31, 2023 Order and Opinion Compelling Production of Documents ("Plaintiffs' Response"). Plaintiffs also concurrently filed a motion regarding sealing of Plaintiffs' Response. Plaintiffs' motion to submit Exhibits 1-4 to Plaintiffs' Response and references thereto in Plaintiffs' Response under seal is hereby GRANTED.

SO ORDERED.

Signed on July 15, 2024, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge