United States District Court
Southern District of Texas
**ENTERED**
August 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | CIVIL ACTION NO |
| | § | 4:20-cv-00576 |
| | § | |
| | § | |
| IN RE: ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES | § | |
| LIGITATION | § | |
| | § | |

## ORDER

Pending is a letter from Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III, requesting that (i) live expert testimony be allowed at the upcoming hearing on class certification, and (ii) the hearing on August 27, 2024, be continued until such time as a motion by Plaintiff (seeking leave to file a motion to exclude experts) is resolved. A response letter by Plaintiff Georgia Firefighters' Pension Fund doesn't oppose either request.

The request to present live expert testimony is GRANTED.

The request to continue the class certification hearing is also GRANTED.

The Case Manager will confer with the parties to determine a suitable date.

SO ORDERED.

Signed on August 12, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge