United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO 4:20-cv-00576<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

On the whole, the recent opinion of the Fifth Circuit indicates that the parties should be heard on whatever matters they'd like to put before the Court as to class certification. As such, full briefing to the extent requested by the parties to this point will be allowed. Admissibility of expert opinions, and the weight to be given to any opinion admitted, is reserved to a later time.

The motion by Plaintiffs for leave file a motion to exclude certain opinions of Defendants' class certification expert is thus GRANTED. Dkt 240.

The motion as submitted with the motion for leave will be docketed on the record. Defendants must file their response by September 27, 2024, and Plaintiffs must reply by October 9, 2024.

The motion to seal by Plaintiffs with respect to their response to Defendants' sur-reply is also GRANTED. Dkt 241.

The Case Manager will confer with the parties by email at a later point towards re-setting class certification hearing in this matter.

SO ORDERED.

Signed on September 6, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge