UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § | Civil Action No. 4:20-cv-00576 |
|---|---|---|
| | | CLASS ACTION |
| | | The Honorable Charles R. Eskridge III |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANTS' CLASS CERTIFICATION EXPERT DR. ALLEN FERRELL**

## TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ................................................................................. 1

II.  NATURE AND STAGE OF THE PROCEEDINGS ................................ 2

III.  FACTUAL BACKGROUND ................................................................. 3

IV.  QUESTIONS PRESENTED .................................................................. 4

V.  APPLICABLE LEGAL STANDARDS ................................................. 4

VI.  ARGUMENT ........................................................................................ 6

    A.  Ferrell Admitted He Is Not an Accounting Expert, and It Shows. .............. 6

        1.  Ferrell Is Not Qualified to Offer Accounting Opinions. .................... 7

        2.  Ferrell's Opinions Are Inconsistent with GAAP and Anadarko's Own Representations. ....................................... 8

    B.  Ferrell's New Aftermarket Firestone Analysis Is Based on False Assumptions and Should Be Excluded. ...................................... 12

    C.  Ferrell's ConocoPhillips May 3 Event Study Fails the *Daubert* and Rule 702 Reliability Requirements. ........................................... 15

VII.  CONCLUSION ................................................................................. 18

4855-5933-4608.v1

# TABLE OF AUTHORITIES

**Page**

## CASES

*CNG Transmission Corp. v. FERC*,
40 F.3d 1289 (D.C. Cir. 1994) ........................................................................... 9

*Cooper v. Meritor, Inc.*,
2019 WL 545187 (N.D. Miss. Feb. 11, 2019) ................................................ 6, 8

*Daubert v. Merrill Dow Pharms., Inc.*,
509 U.S. 579 (1993) ................................................................................. *passim*

*Del. Cnty. Emps.' Ret. Sys. v. Cabot Oil & Gas Corp.*,
2023 WL 6300569 (S.D. Tex. Sept. 27, 2023) ............................................... 18

*Diamond Offshore Co. v. Survival Sys. Int'l, Inc.*,
2013 WL 371648 (S.D. Tex. Jan. 29, 2013) ..................................................... 8

*Fail-Safe, L.L.C. v. A.O. Smith Corp.*,
744 F. Supp. 2d 870 (E.D. Wis. 2010) ........................................................... 11

*Ga. Firefighters' Pension Fund v. Anadarko Petroleum Corp.*,
99 F.4th 770 (5th Cir. 2024) ........................................................................ 2, 5

*Gen. Elec. Co. v. Joiner*,
522 U.S. 136 (1997) ....................................................................................... 11

*Goodman v. Harris Cnty.*,
571 F.3d 388 (5th Cir. 2009) ........................................................................... 6

*Homyk v. ChemoCentryx, Inc.*,
2024 WL 1141699 (N.D. Cal. Mar. 6, 2024) ................................................. 15

*In re Signet Jewelers Ltd. Sec. Litig.*,
2019 WL 3001084 (S.D.N.Y. July 10, 2019) ................................................. 14

*Jacked Up, L.L.C. v. Sara Lee Corp.*,
807 F. App'x 344 (5th Cir. 2020) ..................................................................... 6

*Jacked Up, LLC v. Sara Lee Corp.*,
291 F. Supp. 3d 795 (N.D. Tex. 2018) .............................................. 5, 11, 13

*Johnson v. Arkema, Inc.*,
685 F.3d 452 (5th Cir. 2012) ....................................................................... 5, 6

**Page**

*Kelley v. Am. Heyer-Schulte Corp.*,
957 F. Supp. 873 (W.D. Tex. 1997)..................................................................... 16

*Knight v. Kirby Inland Marine Inc.*,
482 F.3d 347 (5th Cir. 2007) .............................................................................. 8

*Kumho Tire Co., Ltd. v. Carmichael*,
526 U.S. 137 (1999)............................................................................................ 4

*Lawrence E. Jaffe Pension Plan v. Household Int'l, Inc.*,
2016 WL 374132 (N.D. Ill. Feb. 1, 2016) ......................................................... 14

*Moe v. Grinnell Coll.*,
547 F. Supp. 3d 841 (S.D. Iowa 2021) ............................................................... 16

*Monroe Cnty. Emps.' Ret. Sys v. S. Co.*,
332 F.R.D. 370, 394 (N.D. Ga. 2019)................................................................. 18

*Moore v. Ashland Chem. Inc.*,
151 F.3d 269 (5th Cir. 2009) .............................................................................. 16

*Moore v. Int'l Paint, L.L.C.*,
547 F. App'x 513 (5th Cir. 2013) ................................................................. 11, 12

*Orthoflex, Inc. v. ThermoTek, Inc.*,
986 F. Supp. 2d 776 (N.D. Tex. 2013) ............................................................... 5

*Previto v. Ryobi N. Am., Inc.*,
766 F. Supp. 2d 759 (S.D. Miss. 2010)............................................................... 7

*Ramos v. Home Depot Inc.*,
2022 WL 615023 (N.D. Tex. Mar. 1, 2022) ....................................................... 13

*Right of Way Maint. Co. v. Gyro-Trac, Inc.*,
2007 WL 1428634 (S.D. Tex. May 11, 2007) ..................................................... 8

*Rolls-Royce Corp. v. Heros, Inc.*,
2010 WL 184313 (N.D. Tex. Jan. 14, 2010) ..................................................... 9

*Rooney v. EZCORP, Inc.*,
330 F.R.D. 439 (W.D. Tex. 2019) ................................................................ 17, 18

Page

*Rushing v. Yeargain*,
    2022 WL 4545612 (M.D. La. June 10, 2022) ............................................................ 8

*Watkins v. Telsmith, Inc.*,
    121 F.3d 984 (5th Cir. 1997) ................................................................................ 5

*Weisgram v. Marley Co.*,
    528 U.S. 440 (2000) .............................................................................................. 5

## STATUTES, RULES AND REGULATIONS

Federal Rules of Evidence
    Rule 702 ................................................................................................... *passim*

## SECONDARY AUTHORITIES

Alon Brav & J.B. Heaton, *Event Studies in Securities Litigation: Low Power,*
    *Confounding Effects, and Bias*, 93 Wash. U. L. Rev. 583 (2015) ............................. 16

Jill E. Fisch, *et al.*, *The Logic and Limits of Event Studies in*
    *Securities Fraud Litigation*, 96 Tex. L. Rev. 553(2018) ............................................ 16

4855-5933-4608.v1

## I.    INTRODUCTION

Defendants opposed class certification on the basis of their expert, Dr. Allen Ferrell's ("Ferrell") testimony that Anadarko's May 3 stock drop was ***not*** caused by Anadarko's 4:16 p.m. disclosure on May 2 that it was writing off ***$902 million*** and suspending further appraisal activity in the Shenandoah oil field ("Shen") – one of its largest Gulf of Mexico oil discoveries ever – ("corrective disclosure" or "Shen disclosure"), but instead, a 4:51 p.m. *Denver Post* article linking an Anadarko well to a Firestone, Colorado home explosion and estimated regulatory exposure at a potential remediation cost of $140 million.

After Plaintiffs thoroughly debunked Defendants' theory on reply, Ferrell found "new" disclosures in the far reaches of the Twitterverse – three tweets that don't mention Anadarko, about a local fire press conference on which no investor traded.  Ferrell's claims that (i) these tweets disclosed the same news as the 4:51 *Denver Post* article "as early as 4:03 p.m.," and (ii) Firestone investigators disclosed during the press conference that Anadarko was responsible for the explosion, are belied by the factual record and thus unreliable.

In addition, Ferrell seeks to provide accounting opinions about Anadarko's reported book values for Shen.  Not only do these opinions contradict the facts and basic accounting standards, but Ferrell has repeatedly admitted he is unqualified to offer accounting opinions.  *See* Plaintiffs' Response to Defendants' Sur-Reply ("Response"), Ex. 1 at 194:17-21.  The Court should take him at his word.

Finally, Ferrell seeks to submit expert testimony based upon a statistically-underpowered event study of another company – Shenandoah passive partner, ConocoPhillips.  But Ferrell's ConocoPhillips' study has a ***67%*** Type II error rate, rendering

it more likely than not to draw a false conclusion as to impact for **ConocoPhillips** – it certainly cannot provide a reliable conclusion as to Anadarko.  Courts and well-respected academics acknowledge the unreliability of this type of event study to establish absence of price impact.  Accordingly, Ferrell's opinions based on the ConocoPhillips event study should be excluded.

Plaintiffs respectfully submit that the Court should find Ferrell's unreliable opinions are inadmissible and exclude them from its class-certification analysis pursuant to *Daubert v. Merrill Dow Pharms., Inc.*, 509 U.S. 579, 597 (1993), and Federal Rule of Evidence 702.

## II.    NATURE AND STAGE OF THE PROCEEDINGS

This securities fraud class action was filed on February 19, 2020.  ECF 1.  On January 19, 2021, Judge Atlas denied Defendants' motion to dismiss.  ECF 63.

On October 1, 2021, Plaintiffs moved for class certification.  ECF 86.  Following full briefing (ECF 93, 96, 97, 110), the Court granted class certification on September 28, 2022.  ECF 141 ("Class Certification Order").  Defendants moved for reconsideration, which the Court denied on June 30, 2023.  ECF 143, 146, 198.

Defendants appealed, and on April 25, 2024, the Fifth Circuit vacated and remanded the Class Certification Order to allow Defendants to file a sur-reply.  *Ga. Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770 (5th Cir. 2024).

On June 12, 2024, Defendants filed their sur-reply, along with an additional expert report from Ferrell.  ECF 237-1.

## III.    FACTUAL BACKGROUND

The facts relevant to class certification are contained in Plaintiffs' motion for class certification (ECF 86 at 10-12),[1] and incorporated by reference herein.

Defendants concede Anadarko's stock traded in an efficient market and declined by a statistically significant amount on May 3 following their aftermarket announcement on May 2 of a $902 million write-down of Shen and appraisal suspension.   Nevertheless, Defendants argue they met their burden of proving the Shen disclosure had ***no*** impact on Anadarko's stock, thus rebutting the fraud-on-the-market presumption of reliance.  ECF 237 at 4.  In Defendants' telling, it was disclosure of information regarding an April 17 home explosion in Firestone, Colorado that caused Anadarko's price to drop on May 3.  *Id.*

In opposing class certification, Defendants proffered two expert reports: a December 10, 2021 report from Ferrell (ECF 93-1 at 5-92) and a June 12, 2024 sur-reply report from Ferrell (ECF 237-1 at 4-41).  Ferrell's sur-reply report offers new testimony regarding Anadarko's reported book value for the Shen asset (*id.* at 7-8, 10-14 (¶¶3(b), 7-14)) and changes his prior May 2 aftermarket chronology (*id.* at 20-22, 26-27 (¶¶25-27, 33)). Ferrell also proffers an event study examining Shen partner ConocoPhillips' stock price on May 3, incorporated by reference (ECF 93-1 at 34-35 (¶¶56-57)), which he claims evidences the Shen disclosure's lack of price impact ***on Anadarko***.  ECF 237-1 at 7, 9-10, 14-16 (¶¶3(a), 6, 15-19).

---

[1]    Pagination throughout is to that generated by the ECF system, unless otherwise noted.

## IV.   QUESTIONS PRESENTED

1.      Do Ferrell's accounting-related opinions comply with *Daubert* and Rule 702 when he is admittedly not an accounting expert and his opinions contradict Generally Accepted Accounting Principles ("GAAP")?

2.      Does Ferrell's attempt to change his testimony about the chronology of Firestone-related disclosures and inaccurate assumption that "news" was disclosed at 4:03 p.m. render his opinion unreliable and inadmissible?

3.      Does Ferrell's ConocoPhillips event study satisfy *Daubert* and Rule 702 where (i) courts and academic literature recognize that the type of study Ferrell performed is incapable of reliably demonstrating a lack of price impact, and (ii) has a 67% error rate?

## V.   APPLICABLE LEGAL STANDARDS

Rule 702 provides that a "witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if:

(a)      the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

(b)      the testimony is based on sufficient facts or data;

(c)      the testimony is the product of reliable principles and methods; and

(d)      the expert has reliably applied the principles and methods to the facts of the case.

Fed. R. Evid. 702.   Rule 702 assigns district courts a gatekeeping role to ensure that scientific testimony is both reliable and relevant.   *Daubert*, 509 U.S. at 597; *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 138 (1999) (*Daubert* applies to "all expert testimony."). Accordingly, all proposed expert testimony must meet "exacting standards of reliability" to

- 4 -

be admissible.  *See Weisgram v. Marley Co.*, 528 U.S. 440, 455 (2000).  The Fifth Circuit holds that "*Daubert* . . . applies with the same rigor at the class certification stage as at trial." *Anadarko*, 99 F.4th at 774.

Proponents of expert testimony bear the burden of establishing admissibility. *Orthoflex, Inc. v. ThermoTek, Inc.*, 986 F. Supp. 2d 776, 783 (N.D. Tex. 2013) (citing *Daubert*, 509 U.S. at 592, n.10; *Johnson v. Arkema, Inc.*, 685 F.3d 452, 460-61 (5th Cir. 2012)).  Proponents must show the expert testimony is: (1) reliable; (2) relevant; and (3) within the proper scope of expert testimony.  *Daubert*, 509 U.S. at 589.

To be considered reliable, "expert opinion [must] 'be grounded in the methods and procedures of science and . . . be more than unsupported speculation or subjective belief.'" *Johnson*, 685 F.3d at 459.[2]  The following (non-exclusive) factors are considered in evaluating reliability:

> "(1) whether the theory or technique has been tested; (2) whether the theory or technique has been subjected to peer review and publication; (3) the known or potential rate of error of the method used and the existence and maintenance of standards controlling the technique's operation; and (4) whether the theory or method has been generally accepted by the scientific community."

*Id.*  These factors are aimed at ferreting out "whether the expert is a hired gun or a person whose opinion in the courtroom will withstand the same scrutiny that it would among his professional peers."  *Watkins v. Telsmith, Inc.*, 121 F.3d 984, 991 (5th Cir. 1997).  The required "'analysis applies to all aspects of an expert's testimony: the methodology, the facts underlying the expert's opinion, the link between the facts and the conclusion, *et alia*.'" *Jacked Up, LLC v. Sara Lee Corp.*, 291 F. Supp. 3d 795, 801 (N.D. Tex. 2018).  "Expert

---

[2]   Unless otherwise noted, citations and footnotes are omitted and emphasis is added.

evidence that is not 'reliable at each and every step' is not admissible." *Jacked Up, L.L.C. v. Sara Lee Corp.*, 807 F. App'x 344, 348 (5th Cir. 2020).

To establish the relevance of expert testimony, the proponent must "demonstrate that the expert's 'reasoning or methodology can be properly applied to the facts in issue.'" *Johnson*, 685 F.3d at 459.

Finally, opinion is not within the proper scope of expert testimony where it: (1) proffers legal opinion or conclusions of law; or (2) goes "beyond the scope of [the expert's] expertise." *Goodman v. Harris Cnty.*, 571 F.3d 388, 399 (5th Cir. 2009); *see, e.g.*, *Cooper v. Meritor, Inc.*, 2019 WL 545187, at *18 (N.D. Miss. Feb. 11, 2019) (excluding opinion where expert "testified that he lacks the expertise to testify" on subject).

## VI.    ARGUMENT

Pursuant to *Daubert* and Rule 702, the Court should exclude certain of Ferrell's class-certification opinions, specifically his: (1) accounting opinions; (2) flip-flop on the Firestone "news" timeline; and (3) ConocoPhillips event study.

### A.    Ferrell Admitted He Is Not an Accounting Expert, and It Shows.

Ferrell's opinions regarding Shen's reported book value and whether the $902 million Shen write-off merely represented "sunk costs" should be excluded, because: (i) he lacks the requisite qualifications to offer accounting opinions; (ii) his opinions contradict GAAP and the factual record; and (iii) his opinion that the entire market assigned Shen a "low to zero" value is based solely on three of 37 analysts' views, which he admits were ***not*** universally or even majority-held.  ECF 237-1 at 7-8, 10-14 (¶¶3(b), 7-10, 14).

### 1.      Ferrell Is Not Qualified to Offer Accounting Opinions.

"Under Rule 702, 'a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise . . . .'" *Previto v. Ryobi N. Am., Inc.*, 766 F. Supp. 2d 759, 766 (S.D. Miss. 2010) (quoting Fed. R. Evid. 702).

Ferrell does not qualify as an accounting expert on any of these grounds.  He is not a CPA, he doesn't study or teach accounting, and at deposition, he ***repeatedly*** admitted he couldn't answer questions about his own accounting-related opinions precisely because ***he is not an accounting expert***.  *See* ECF 93-1 at 47-53 (Appendix A); Response, Ex. 1 at 15:25-16:2, 195:11-17.   For example, asked whether "[t]he economic benefits held through Anadarko's assets represented potential future cash in-flows," Ferrell stated: "That, I don't know.  ***We've just hit the end of . . . my knowledge, so I'm out***."  Response, Ex. 1 at 195:25-196:6.   Ferrell also asserted his lack of accounting experience to evade other questions directly relevant to his opinions:

- "Q . . . It's not true that the book value of an asset is the same as a sunk cost, right?   A   We're going to quickly get into accounting and beyond my knowledge." *Id.* at 194:17-21.

  - *Cf.* ECF 237-1 at 11 (¶9) ("The value of Shenandoah (like any asset) is equal to the 'the [sic] present value of ***future*** cash flows, not sunk costs. . . . .   This has implications for the value of Anadarko, as the value of Anadarko is equal to the value of all of its assets, including Shenandoah.").

- "Q  . . . You understand that that the write-down included assets that were acquired from Kerr-Mcgee?  A  Are we – if this is a reference to the leasehold interest, that's my understanding.  Q . . . [T]hat was based on its fair value at the date of the acquisition; right?  A:  I don't know."  Response, Ex. 1 at 196:20-197:3

- *Cf.* ECF 237-1 at 10-11 (¶8) ("The purchase price allocation was an accounting entry to record the acquired assets (including Shenandoah) based on their estimated value in 2006. Thus this component of the write-off . . . would not be expected to affect its other partners in Shenandoah . . . .").

Ferrell's concession that he is not an accounting expert, combined with his other testimony demonstrating his lack of expertise in accounting, requires exclusion of his accounting opinions. *See, e.g.*, *Cooper*, 2019 WL 545187, at *18 (excluding proffered opinion where expert "testified that he lacks the expertise to testify" on subject); *Rushing v. Yeargain*, 2022 WL 4545612, at *8 (M.D. La. June 10, 2022) (psychology expert's opinions regarding workplace policies beyond scope of expertise); *Right of Way Maint. Co. v. Gyro-Trac, Inc.*, 2007 WL 1428634, at *4 (S.D. Tex. May 11, 2007) (attorney with engineering degree could not "testify to engineering matters because he [was] unqualified to do so"); *Diamond Offshore Co. v. Survival Sys. Int'l, Inc.*, 2013 WL 371648, at *13 (S.D. Tex. Jan. 29, 2013) (proposed expert was "unqualified to testify as a financial expert" despite economics degrees and relevant experience).

## 2. Ferrell's Opinions Are Inconsistent with GAAP and Anadarko's Own Representations.

Ferrell's opinions regarding Shen's book value are inconsistent with basic GAAP ***and*** Anadarko's representations to investors that it complied with GAAP, rendering them unreliable and irrelevant. "Relevance depends upon 'whether [the expert's] reasoning or methodology properly can be applied to the facts in issue.'" *Knight v. Kirby Inland Marine Inc.*, 482 F.3d 347, 352 (5th Cir. 2007). "Testimony is irrelevant . . . when an expert offers a

conclusion based on assumptions unsupported by the facts of the case." *Rolls-Royce Corp. v. Heros, Inc.*, 2010 WL 184313, at *6 (N.D. Tex. Jan. 14, 2010).

Here, Ferrell opines that the "$902 million in write-offs are what economists call 'sunk costs,'" which "are past cash outlays, ***not future cash flows***." ECF 111-1 at 15 (¶13); ECF 237-1 at 11-12 (¶9). This is inconsistent with Anadarko's Class Period representations to investors that its accounting complied with GAAP. *See* Ex. 1 at 93 ("The Consolidated Financial Statements have been prepared in conformity with accounting principles generally accepted in the United States."); Ex. 2 at 91 (same).[3]

Throughout the Class Period, Anadarko's interests in Shen, including its property interests acquired through the acquisition of Kerr-McGee Corporation in 2006, and suspended exploratory well costs related to the appraisal of Shen, were reported and held out to investors as ***book assets*** of Anadarko. *See, e.g.*, Ex. 3 at 12-13. Under GAAP, "[a]ssets" are defined as "***probable future economic benefits*** obtained or controlled by a particular entity as a result of past transactions or events." Ex. 4, ¶25. "[E]ssential" to qualifying as an "asset" is that it "embodies a ***probable future benefit*** that involves a capacity . . . to contribute directly or indirectly ***to future net cash in-flows***." *Id.*, ¶26; *see CNG Transmission Corp. v. FERC*, 40 F.3d 1289, 1296 (D.C. Cir. 1994) ("FERC does not act arbitrarily or capriciously by denying regulatory asset treatment for a gas loss in the absence of a showing that the regulated party will likely receive a future economic benefit . . . ."). In other words, by recording Shen as an asset during the Class Period, Anadarko represented it

---

[3]   All exhibits referenced herein are attached hereto unless otherwise noted.

embodied a "probable future benefit" that would "contribute . . . to future net cash inflows" (Ex. 4, ¶26) – and Ferrell's opinion directly contradicts that representation.

Similarly, when asked whether Anadarko's $902 million write-off of the Shen asset indicated Shen's expected future economic benefits were reduced to zero, Ferrell asserted that the write-down was not a "DCF [discounted cash flow] as an economist would think about it." Response, Ex. 1 at 198:4-12. However, this reflects a misunderstanding of basic GAAP principles: GAAP requires a company to recognize an impairment whenever the book value of an asset "exceeds *the sum of the undiscounted cash flows* expected to result from the use and eventual disposition of the asset." Ex. 5. In other words, GAAP required Anadarko to do an analysis that Ferrell's "sunk costs" opinion assumes did not occur because there were no "cash flows" at issue. If Ferrell were right, Anadarko was necessarily not in compliance with GAAP throughout the Class Period.

Finally, Ferrell opines that, "because the value of Shenandoah embedded in Anadarko's stock prior to the May 2 announcement would have been 'low to zero,' any loss thereof also would have been 'low to zero.'" ECF 237-1 at 13-14 (¶14). Ferrell bases this opinion on the fact that "*some analysts*" assigned a "'low to zero'" value to Shen prior to the corrective disclosure – and by "some," he means *three* out of the *37* analysts covering Anadarko at that time. *Id.* (citing 93-1 at 43 (¶69)). Worse, he admits that other analysts attributed *substantial value* to Shen throughout the Class Period (Response, Ex. 1 at 89:20-90:12), but offers no explanation as to why he discarded these data points. ECF 237-1 at 13-14 (¶14). Nor does Ferrell explain why he decided to adopt the three analyst reports he cites as representative of the market overall when so many other reports contained in his reliance

- 10 -

materials contradict those views.  *See, e.g.*, Ex. 6 at APC-0139908 (February 2, 2015 Capital One analyst report assigning Shen $4 per share value); Ex. 7 at APC-01331047 (October 11, 2016 Morgan Stanley analyst report noting inclusion of Shen in net asset valuation ("NAV")) (ECF 93-1 at 77 (Appendix B at no. 745)); Ex. 8 at APC_01334952 (May 3, 2017 Goldman Sachs analyst report lowering "NAV by $1/share associated with the Shenandoah project") (ECF 93-1 at 85 (Appendix B at no. 1056)); Ex. 9 at APC-01328840 (May 3, 2016 Wolfe analyst report assigning $2.09/share of risked NAV to Shen) (ECF 93-1 at 73 (Appendix B at no. 571)).

Ferrell's cherry-picking and inexplicable failure to account for ***known*** data contradicting an assumption fundamental to his analysis invalidates his conclusion and fails *Daubert.  See Moore v. Int'l Paint, L.L.C.*, 547 F. App'x 513, 516 (5th Cir. 2013) (excluding expert opinion that assumed occurrence of condition ***every*** time when evidence showed it only occurred ***some*** of the time); *Jacked Up*, 291 F. Supp. 3d at 806-07 (excluding expert opinion where there was no explanation of "basis for several of [expert's] assumptions that are unsupported by or contradict the evidence at hand"); *Fail-Safe, L.L.C. v. A.O. Smith Corp.*, 744 F. Supp. 2d 870, 889, 891 (E.D. Wis. 2010) (where expert "'cherry picked'" available data and did not provide explanation "on why he chose the data he did, the court can only surmise that the witness's methodology is utterly unreliable and must be excluded"); *see also Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 144 (1997) ("[n]othing in either Daubert or the Federal Rules of Evidence requires a district court to admit opinion evidence that is connected to existing data only by the *ipse dixit* of the expert").

In sum, "an opinion based on 'insufficient, erroneous information,' fails the reliability standard" (*Moore*, 547 F. App'x at 515), as does an opinion contradicting relevant principles and practices of the profession.  Fed. R. Evid. 702.  Ferrell's accounting opinions do both, and so are inadmissible under *Daubert*.

### B.    Ferrell's New Aftermarket Firestone Analysis Is Based on False Assumptions and Should Be Excluded.

In his report, Ferrell argued that "news linking an Anadarko well to a house explosion in Firestone, Colorado that was also disclosed after market close on May 2, 2017" caused Anadarko's May 3 decline, not the Shen disclosures at 4:16 pm.  ECF 93-1 at 39-40 (¶64).  Specifically, he cited a 4:51 p.m. article from the *Denver Post*, an Anadarko press release at 5:18 p.m., a 7:01 p.m. article from *Dow Jones Institutional News*, and an 8:11 p.m. article by *The Associated Press*.  *See id.* at 57 (Appendix B); *id.* at 39-40 (¶64).

On rebuttal, Plaintiffs' expert, Bjorn Steinholt, CFA ("Steinholt"), demonstrated that Ferrell's chronology disproved Defendants' theory because before the earliest Firestone disclosure Ferrell cited at 4:51 p.m. (the *Denver Post* article), *Bloomberg* had reported that Anadarko's stock price had fallen 4.1% as of 4:43 p.m.  ECF 96-1 at 27-28 (¶38).

Given this damning evidence, on sur-reply, Ferrell tries to change his testimony, now claiming "the news in the *Denver Post* article was disclosed as early as 4:03 PM, prior to Anadarko's 1Q 2017 earnings release at 4:16 PM."  ECF 237-1 at 20 (¶25); ECF 111-1 at 10 (¶6).  Specifically, Ferrell points to three tweets at 4:03 p.m., 4:09 p.m., and 4:11 p.m. concerning a press conference held by the local Firestone, Colorado fire department providing an update on their investigation.  ECF 237-1 at 20-22 (¶¶25-26 & n.60).  These

tweets were not identified through Ferrell's methodology for identifying news; indeed, it is unclear what methodology (if any) Ferrell now employed to identify these new purported "disclosures" he missed before – highlighting the unreliability of these new opinions. *See* ECF 237-1at 20 (¶25); Response, Ex. 1 at 68:1-69:21, 209:7-210:13.

According to Ferrell, during the press conference, the fire department disclosed its finding (to which the market then purportedly reacted) that "Anadarko was responsible" for the Firestone explosion. Response, Ex. 1 at 134:18-25. There are several fundamental problems with these opinions that render them entirely unreliable.

First, Ferrell does not, and at deposition could not, point to any evidence that investors had actually read the three tweets he pointed to as impacting Anadarko's stock price. *Id.* at 211:7-14. In other words, Ferrell's opinion is based on pure speculation. *See Jacked Up*, 291 F. Supp. 3d at 809-10 (excluding opinion testimony based on assumptions "that remain unexplained or unsupported by the record").

Second, the Firestone investigators never assigned responsibility to ***anyone*** for the accident during the press conference – much less Anadarko. Rather, they stated that it was the pipeline, rather than the wellhead (currently owned by Anadarko), that caused the explosion: "[W]e don't have all the facts as to how the [gas] line [was] cut" and "[w]e don't know who the original owners of the cut or abandoned lines were. That's part of the ongoing investigation . . . ." Ex. 10 at 6-7; Response, Ex. 6.

Given the gap between Ferrell's testimony and the facts, "the Court . . . does not need to admit [this] testimony based on indisputably wrong facts." *Ramos v. Home Depot Inc.*, 2022 WL 615023, at *1 (N.D. Tex. Mar. 1, 2022). Tellingly, Ferrell repeatedly evaded

questions about the actual content of the press conference at his deposition.  Response, Ex. 1 at 135:1-136:12.

Finally, the linkage to Anadarko's well was already known by the market by April 26 when Anadarko disclosed its well was 200 feet from the house that exploded and that it was shutting-in 3,000 vertical wells in Colorado as a safety precaution.   By Ferrell's own admission, Anadarko's well was a suspected cause of the explosion, so by his standards, it would not be expected to have any price impact.  *See id.* at 64:23-65:5, 120:18-121:10, 123:10-16; Response, Ex. 6.

Notably, this is not the first time Ferrell has been caught playing fast and loose with disclosure chronologies in his price-impact analyses.  *See In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at *15-*16 (S.D.N.Y. July 10, 2019) (The court rejected Ferrell's price-impact argument: "Professor Ferrell acknowledges in his deposition that the . . . article contained information that had not been disclosed in any of the prior publications on which he relied. . . .  How then, does he also take the position that there was an absence of price impact arising from publication of the [same] article?"); *id.* at *17 ("Equally unsupported is Professor Ferrell's contention that the 13% decline in Signet's share price was the result of 'bad publicity' . . . .   Certainly, common sense suggests otherwise" and "[b]y his own admission, Professor Ferrell did not perform any event study or other empirical analysis to test that proposition."); *Lawrence E. Jaffe Pension Plan v. Household Int'l, Inc.*, 2016 WL 374132, at *2 (N.D. Ill. Feb. 1, 2016) ("[M]uch of the information defense expert Ferrell discusses was disclosed well before or well after the days on which Fischel's event study shows that there was a statistically significant stock price decline.  Because the parties

- 14 -

stipulated that Household's stock trades in an efficient market . . . it is not clear how such disclosures can explain the statistically significant price declines."); *Homyk v. ChemoCentryx, Inc.*, 2024 WL 1141699, at *5 (N.D. Cal. Mar. 6, 2024) (rejecting Ferrell's argument that facts allegedly revealed had been disclosed as factually incorrect because disclosure "omit[ted] key details" alleged in complaint).

Ferrell's newfound Firestone opinions are unreliable and thus inadmissible.

## C.   Ferrell's ConocoPhillips May 3 Event Study Fails the *Daubert* and Rule 702 Reliability Requirements.

Finally, Ferrell's ConocoPhillips event study is statistically underpowered and unreliable to draw the conclusion he does – that ConocoPhillips' lack of stock price movement following the corrective disclosure is evidence of its lack of price impact for Anadarko.  ECF 93-1 at 21, 35 (¶¶32, 57); ECF 237-1 at 16 (¶19).

Courts and prominent economic scholars alike recognize that single firm event studies ("SFES") – like Ferrell's ConocoPhillips event study here – lack sufficient sample size to be able to accurately detect anything but large impacts on stock prices.  While SFES can be constructed, as Steinholt's was (ECF 96-1 at 32 (¶46)), to have a very low rate of Type I error (*i.e.*, error resulting in a false positive conclusion that a corrective disclosure **did** have price impact), they are notorious for having high rates of Type II error (error resulting in a false negative conclusion that a corrective disclose **did not** have price impact).

This problem – high Type II errors resulting in false negatives – has been explained clearly by several prominent economic scholars, including Duke University's Alon Brav and the University of Pennsylvania's Jill Fisch.  As Brav and his co-author noted:

> [A]n SFES often has **low statistical "power" to detect an economically meaningful price impact**, which typically must be at least approximately twice as large as the standard deviation of daily (abnormal) returns for the examined firm.  But **requiring conventional levels of statistical significance when power is low effectively gives a "free pass" to economically meaningful securities fraud** because the SFES simply cannot detect price impacts below a high threshold.  Courts, ignoring low power, then conclude that some economically large price impacts are immaterial.  **Courts err because of their mistaken premise that statistical insignificance indicates the probable absence of a price impact**.  Overreliance on statistical significance without consideration of statistical power "leads to a decision-making regime in which the probability of an incorrect exoneration far exceeds the probability of an incorrect condemnation."

Alon Brav & J.B. Heaton, *Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias*, 93 Wash. U. L. Rev. 583, 586 (2015); Jill E. Fisch, *et al.*, *The Logic and Limits of Event Studies in Securities Fraud Litigation*, 96 Tex. L. Rev. 553, 615 (2018) ("Recent work has pointed out that in single-firm event studies used in securities litigation, requiring a Type I error rate of only 5% yields an **extremely high Type II error rate**.").

"[T]he known or potential rate of error of a technique or theory when applied" is an important consideration in the reliability inquiry.  *Moore v. Ashland Chem. Inc.*, 151 F.3d 269, 275 (5th Cir. 2009).     Ferrell, while disclosing his rate of Type I error, fails to disclose his event study's rate of Type II error – the most relevant error rate to his analysis, given his test for a **lack** of price impact.  *Moe v. Grinnell Coll.*, 547 F. Supp. 3d 841, 850 (S.D. Iowa 2021) (excluding expert where error rate provided for only one aspect of analysis).  However, based on Ferrell's own parameters, his ConocoPhillips event study has a Type II error rate of **67%** – meaning it is **more likely to be wrong than right** and is indisputably unreliable.  *Kelley v. Am. Heyer-Schulte Corp.*, 957 F. Supp. 873, 883 (W.D. Tex. 1997)

- 16 -

("Such a high rate of error [62.5%] forces the Court to conclude that this testimony . . . must be excluded.").

The risk of Type II error is particularly evident here when examining the ConocoPhillips study through the lens of common sense. Set aside that ConocoPhillips had announced its exit from deepwater exploration two years earlier, making its Shen stake qualitatively less valuable, if not quantitatively so. Empirically, ConocoPhillips' 30% working interest in Shen at Class-Period-end means the impact of Anadarko's disclosure of the dry Shen-6 sidetrack and suspension of further appraisal on its stock price is less than the impact on Anadarko's (which had a 33% interest and was the operator of the field, resulting in a premium). ECF 96-1 at 19-21 (¶¶27-28). Yet, according to Ferrell's data, for the write-off to have a statistically significant impact on ConocoPhillips' stock, ConocoPhillips would have had to write off *more* for Shen than Anadarko did. *Id.* ConocoPhillips' much greater market capitalization ($57.77 billion to Anadarko's $31.7 billion) would require a $1.24 billion impact on market capitalization before Ferrell's event study would detect it as statistically significant. *Id.* at 20-22 (¶¶28-29). In other words, Ferrell's event study would inevitably result in Type II error.

Numerous courts have acknowledged that SFES do not provide reliable evidence of a *lack* of price impact at class certification. Indeed, the lack of a statistically significant price movement does *not* establish a lack of price impact. *See, e.g.*, *Rooney v. EZCORP*, *Inc.*, 330 F.R.D. 439, 450 (W.D. Tex. 2019) ("A statistically significant price adjustment following a corrective disclosure is evidence the original misrepresentation did, in fact, affect the stock price. The converse, however, is not true – the absence of a statistically significant price

adjustment does ***not*** show the stock price was unaffected by the misrepresentation.") (emphasis in original); *Del. Cnty. Emps.' Ret. Sys. v. Cabot Oil & Gas Corp.*, 2023 WL 6300569, at \*9-\*10 (S.D. Tex. Sept. 27, 2023) (finding *Rooney* persuasive); *Monroe Cnty. Emps.' Ret. Sys v. S. Co.*, 332 F.R.D. 370, 394 (N.D. Ga. 2019) ("In recognition of [a] basic truism of statistics, courts routinely reject the argument that a non-statistically significant stock price decline proves an absence of price impact.").  This Court should do the same, and exclude Ferrell's unreliable ConocoPhillips study.

## VII.    CONCLUSION

For the above reasons, the Court should exclude the following class-certification opinions offered by Ferrell: (1) his accounting opinions; (2) his flip-flop on the aftermarket Firestone "news" timeline; and (3) his ConocoPhillips event study.

DATED: July 12, 2024                          Respectfully submitted,

                                              KENDALL LAW GROUP, PLLC
                                              JOE KENDALL (Texas Bar No. 11260700)
                                              (SDTX Bar No. 30973)
                                              Attorney-in-charge


                                                    s/ Joe Kendall
                                              _____
                                                    JOE KENDALL

                                              3811 Turtle Creek Blvd., Suite 825
                                              Dallas, TX  75219
                                              Telephone:  214/744-3000
                                              214/744-3015 (fax)

                                              Texas Local Counsel for Plaintiff

ROBBINS GELLER RUDMAN & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
RACHEL L. JENSEN
LUKE O. BROOKS
HILLARY B. STAKEM
FRANCISCO J. MEJIA
MEGAN A. ROSSI
NICOLE Q. GILLILAND
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel

4855-5933-4608.v1

## CERTIFICATION OF WORD COUNT

In accordance with Rule 18(c) of Your Honor's Court Procedures, I hereby certify that this document contains 4,993 words, exclusive of the caption, the table of contents, the table of authorities, and the signature block.

DATED: July 12, 2024

s/ Joe Kendall
JOE KENDALL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 12th day of July, 2024.

s/ Joe Kendall
JOE KENDALL

- 1 -

EXHIBIT 1

10-K 1 apc201410k-10k.htm 10-K
Table of Contents

Index to Financial Statements

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-K

**(Mark One)**

☒　　**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2014**
or

☐　　**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from　　　　　　to**
**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1201 Lake Robbins Drive, The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.　Yes ☒　No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.　Yes ☐　No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.　Yes ☒　No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).　Yes ☒　No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.　☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒　Accelerated filer ☐　Non-accelerated filer ☐　Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).　Yes ☐　No ☒

The aggregate market value of the Company's common stock held by non-affiliates of the registrant on June 30, 2014, was $55.3 billion based on the closing price as reported on the New York Stock Exchange.

The number of shares outstanding of the Company's common stock at January 30, 2015, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 506,650,285 |

**Documents Incorporated By Reference**

Portions of the Proxy Statement for the Annual Meeting of Stockholders of Anadarko Petroleum Corporation to be held May 12, 2015 (to be filed with the Securities and Exchange Commission prior to April 2, 2015), are incorporated by reference into Part III of this Form 10-K.

| | | | | | |
|---|---|---|---|---|---|
| Other | | **327** | | 246 | 232 |
| Changes in assets and liabilities | | | | | |
| Deepwater Horizon settlement and related costs | | **90** | | (2) | 24 |
| Algeria exceptional profits tax settlement | | **—** | | 730 | (791) |
| Tronox-related contingent loss | | **4,360** | | 850 | (250) |
| (Increase) decrease in accounts receivable | | **103** | | (11) | 520 |
| Increase (decrease) in accounts payable and accrued expenses | | **7** | | 150 | (476) |
| Other items—net | | **(71)** | | 146 | 126 |
| Net cash provided by (used in) operating activities | | **8,466** | | 8,888 | 8,339 |
| **Cash Flows from Investing Activities** | | | | | |
| Additions to properties and equipment and dry hole costs | | **(9,508)** | | (7,721) | (7,242) |
| Acquisition of businesses | | **(1,527)** | | (473) | — |
| Divestitures of properties and equipment and other assets | | **4,968** | | 567 | 657 |
| Other—net | | **(405)** | | (589) | (284) |
| Net cash provided by (used in) investing activities | | **(6,472)** | | (8,216) | (6,869) |
| **Cash Flows from Financing Activities** | | | | | |
| Borrowings, net of issuance costs | | **2,879** | | 958 | 1,042 |
| Repayments of debt | | **(1,425)** | | (710) | (3,044) |
| Financing portion of net cash paid in settlement of derivative instruments | | **(222)** | | — | — |
| Increase (decrease) in outstanding checks | | **62** | | (13) | (69) |
| Dividends paid | | **(505)** | | (274) | (181) |
| Repurchase of common stock | | **(45)** | | (54) | (37) |
| Issuance of common stock, including tax benefit on share-based compensation awards | | **121** | | 146 | 103 |
| Sale of subsidiary units | | **1,026** | | 724 | 623 |
| Distributions to noncontrolling interest owners | | **(216)** | | (156) | (112) |
| Contributions from noncontrolling interest owners | | **—** | | 2 | 16 |
| Net cash provided by (used in) financing activities | | **1,675** | | 623 | (1,659) |
| **Effect of Exchange Rate Changes on Cash** | | **2** | | (68) | (37) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | | **3,671** | | 1,227 | (226) |
| **Cash and Cash Equivalents at Beginning of Period** | | **3,698** | | 2,471 | 2,697 |
| **Cash and Cash Equivalents at End of Period** | $ | **7,369** | $ 3,698 | $ 2,471 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2014, 2013, AND 2012**

## 1. Summary of Significant Accounting Policies

**General**   Anadarko Petroleum Corporation is engaged in the exploration, development, production, and marketing of natural gas, oil, condensate, natural gas liquids (NGLs), and anticipated production of liquefied natural gas (LNG). In addition, the Company engages in the gathering, processing, treating, and transporting of natural gas, oil, and NGLs. The Company also participates in the hard-minerals business through royalty arrangements. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

**Basis of Presentation**   The Consolidated Financial Statements have been prepared in conformity with accounting principles generally accepted in the United States. The Consolidated Financial Statements include the accounts of Anadarko and entities in which it holds a controlling interest. All intercompany transactions have been eliminated. Undivided interests in oil and natural-gas exploration and production joint ventures are consolidated on a proportionate basis. Investments in non-controlled entities, over which Anadarko has the ability to exercise significant influence over operating and financial policies, are accounted for using the equity method. In applying the equity method of accounting, the investments are initially recognized at cost, and subsequently adjusted for the Company's proportionate share of earnings, losses, and distributions. Other investments are carried at original cost. Investments accounted for using the equity method and cost method are reported as a component of other assets. Certain prior-period amounts have been reclassified to conform to the current-year presentation.

**Use of Estimates**   The preparation of financial statements in accordance with generally accepted accounting principles in the United States (GAAP) requires management to make informed judgments and estimates that affect the reported amounts of assets, liabilities, revenues, and expenses. Management evaluates its estimates and related assumptions regularly, including those related to proved reserves; the value of properties and equipment; goodwill; intangible assets; asset retirement obligations; litigation liabilities; environmental liabilities; pension assets, liabilities, and costs; income taxes; and fair values. Changes in facts and circumstances or additional information may result in revised estimates, and actual results may differ from these estimates.

**Fair Value**   Fair value is defined as the price that would be received to sell an asset or the price paid to transfer a liability in an orderly transaction between market participants at the measurement date. Inputs used in determining fair value are characterized according to a hierarchy that prioritizes those inputs based on the degree to which they are observable. The three input levels of the fair-value hierarchy are as follows:

**Level 1**—Inputs represent quoted prices in active markets for identical assets or liabilities (for example, exchange-traded commodity derivatives).

**Level 2**—Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly (for example, quoted market prices for similar assets or liabilities in active markets or quoted market prices for identical assets or liabilities in markets not considered to be active, inputs other than quoted prices that are observable for the asset or liability, or market-corroborated inputs).

**Level 3**—Inputs that are not observable from objective sources, such as the Company's internally developed assumptions used in pricing an asset or liability (for example, an estimate of future cash flows used in the Company's internally developed present value of future cash flows model that underlies the fair-value measurement).

In determining fair value, the Company uses observable market data when available, or models that incorporate observable market data. In addition to market information, the Company incorporates transaction-specific details that, in management's judgment, market participants would take into account in measuring fair value.

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2014, 2013, AND 2012**

## 1. Summary of Significant Accounting Policies (Continued)

In arriving at fair-value estimates, the Company uses relevant observable inputs available for the valuation technique employed. If a fair-value measurement reflects inputs at multiple levels within the hierarchy, the fair-value measurement is characterized based on the lowest level of input that is significant to the fair-value measurement. For Anadarko, recurring fair-value measurements are performed for interest-rate derivatives, commodity derivatives, and investments in trading securities.

The carrying amount of cash and cash equivalents, accounts receivable, and accounts payable reported on the Consolidated Balance Sheets approximates fair value. The fair value of debt is the estimated amount the Company would have to pay to repurchase its debt, including any premium or discount attributable to the difference between the stated interest rate and market interest rate at each balance sheet date. Debt fair values, as disclosed in *Note 12—Debt and Interest Expense*, are based on quoted market prices for identical instruments, if available, or based on valuations of similar debt instruments.

Non-financial assets and liabilities initially measured at fair value include certain assets and liabilities acquired in a business combination or through a non-monetary exchange transaction, intangible assets, goodwill, asset retirement obligations, exit or disposal costs, and capital lease assets where the present value of lease payments is greater than the fair value of the leased asset.

**Revenues**  The Company's natural gas is sold primarily to interstate and intrastate natural-gas pipelines, direct end-users, industrial users, local distribution companies, and natural-gas marketers. Oil and condensate are sold primarily to marketers, gatherers, and refiners. NGLs are sold primarily to direct end-users, refiners, and marketers.

The Company recognizes sales revenues for natural gas, oil and condensate, and NGLs based on the amount of each product sold to purchasers when delivery to the purchaser has occurred and title has transferred. This occurs when product has been delivered to a pipeline or when a tanker lifting has occurred. The Company follows the sales method of accounting for natural-gas production imbalances. If the Company's sales volumes for a well exceed the Company's proportionate share of production from the well, a liability is recognized to the extent that the Company's share of estimated remaining recoverable reserves from the well is insufficient to satisfy this imbalance. No receivables are recorded for those wells on which the Company has taken less than its proportionate share of production.

Anadarko provides gathering, processing, treating, and transporting services pursuant to a variety of contracts. Under these arrangements, the Company receives fees, or retains a percentage of products or a percentage of the proceeds from the sale of products and recognizes revenue at the time the services are performed or product is sold. These revenues are included in gathering, processing, and marketing sales in the Consolidated Statements of Income.

Marketing margins related to the Company's production are included in natural-gas sales, oil and condensate sales, and NGLs sales. Marketing margins related to sales of commodities purchased from third parties and gains and losses on derivatives related to such marketing activities are included in gathering, processing, and marketing sales in the Consolidated Statements of Income.

The Company enters into buy/sell arrangements related to the transportation of a portion of its oil production. Under these arrangements, barrels are sold to a third party at a location-based contract price and subsequently repurchased by the Company at a downstream location. The difference in value between the sale and purchase price represents the transportation fee from the lease or certain gathering locations to more liquid markets. These arrangements are often required by private transporters. These transactions are reported on a net basis and included in oil and gas transportation in the Consolidated Statements of Income.

**Cash Equivalents**  The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents.

EXHIBIT 2

10-K 1 apc201610k-10k.htm 10-K

Table of Contents

Index to Financial Statements

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2016**

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from            to**
**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1201 Lake Robbins Drive, The Woodlands, Texas** | **77380-1046** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(832) 636-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |
| 7.50% Tangible Equity Units | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of the Company's common stock held by non-affiliates of the registrant on June 30, 2016, was $27.3 billion based on the closing price as reported on the New York Stock Exchange.

The number of shares outstanding of the Company's common stock at February 3, 2017, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 558,979,551 |

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2016, 2015, AND 2014**

## 1. Summary of Significant Accounting Policies

**General**  Anadarko Petroleum Corporation is engaged in the exploration, development, production, and marketing of oil, natural gas, and NGLs, and in the marketing of anticipated production of LNG. In addition, the Company engages in the gathering, processing, treating, and transporting of oil, natural gas, and NGLs. The Company also participates in the hard-minerals business through royalty arrangements.

**Basis of Presentation**  The consolidated financial statements have been prepared in conformity with GAAP. Certain prior-period amounts have been reclassified to conform to the current-year presentation.

The consolidated financial statements include the accounts of Anadarko and subsidiaries in which Anadarko holds, directly or indirectly, more than 50% of the voting rights and VIEs for which Anadarko is the primary beneficiary. All intercompany transactions have been eliminated. Undivided interests in oil and natural-gas exploration and production joint ventures are consolidated on a proportionate basis. Investments in noncontrolled entities, over which Anadarko has the ability to exercise significant influence over operating and financial policies, and VIEs for which Anadarko is not the primary beneficiary are accounted for using the equity method. In applying the equity method of accounting, the investments are initially recognized at cost, and subsequently adjusted for the Company's proportionate share of earnings, losses, and distributions. Other investments are carried at original cost. Investments accounted for using the equity method and cost method are included in other assets.

**Use of Estimates**  The preparation of financial statements in accordance with GAAP requires management to make informed judgments and estimates that affect the reported amounts of assets, liabilities, revenues, and expenses. Management evaluates its estimates and related assumptions regularly, including those related to proved reserves; the value of properties and equipment; goodwill; intangible assets; AROs; litigation liabilities; environmental liabilities; pension assets, liabilities, and costs; income taxes; and fair values. Changes in facts and circumstances or additional information may result in revised estimates, and actual results may differ from these estimates.

**Fair Value**  Fair value is defined as the price that would be received to sell an asset or the price paid to transfer a liability in an orderly transaction between market participants at the measurement date. Inputs used in determining fair value are characterized according to a hierarchy that prioritizes those inputs based on the degree to which they are observable. The three input levels of the fair-value hierarchy are as follows:

**Level 1**—Inputs represent unadjusted quoted prices in active markets for identical assets or liabilities (for example, exchange-traded futures contracts for which parties are willing to transact at the exchange-quoted price).

**Level 2**—Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly (for example, quoted market prices for similar assets or liabilities in active markets or quoted market prices for identical assets or liabilities in markets not considered to be active, inputs other than quoted prices that are observable for the asset or liability, or market-corroborated inputs).

**Level 3**—Inputs that are not observable from objective sources such as the Company's internally developed assumptions used in pricing an asset or liability (for example, an estimate of future cash flows used in the Company's internally developed present value of future cash flows model that underlies the fair-value measurement).

EXHIBIT 3

10-Q 1 apc20171q-10q.htm 10-Q

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D. C. 20549

# FORM 10-Q

**(Mark One)**

**[ X ]  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2017**

or

**[   ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from        to**

**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1201 Lake Robbins Drive, The Woodlands, Texas** | **77380-1046** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(832) 636-1000**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐   Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The number of shares outstanding of the Company's common stock at April 19, 2017, is shown below:

| Title of Class | Number of Shares Outstanding |
|---|---|
| Common Stock, par value $0.10 per share | 560,339,140 |

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 4. Impairments

**Impairments of Long-Lived Assets** Impairments of long-lived assets are included in impairment expense in the Company's Consolidated Statements of Income. The following summarizes impairments of long-lived assets and the related post-impairment fair values by segment:

| | Three Months Ended | |
| --- | --- | --- |
| *millions* | Impairment | Fair Value [1] |
| **March 31, 2017** | | |
| Oil and gas exploration and production | | |
|   Gulf of Mexico properties | $ 204 | $ 231 |
| Midstream | 169 | 49 |
| Total | $ 373 | $ 280 |

[1] Measured as of the impairment date using the income approach and Level 3 inputs. The primary assumptions used to estimate undiscounted future net cash flows include anticipated future production, commodity prices, and capital and operating costs.

Impairments during the three months ended March 31, 2017, were primarily related to oil and gas properties in the Gulf of Mexico due to lower forecasted commodity prices and a U.S. onshore midstream property due to a reduced throughput fee as a result of a producer's bankruptcy.

**Impairments of Unproved Properties** Impairments of unproved properties are included in exploration expense in the Company's Consolidated Statements of Income. The Company recognized $532 million of impairments of unproved Gulf of Mexico properties during the three months ended March 31, 2017, of which $467 million related to the Shenandoah project. The unproved property balance related to the Shenandoah project originated from the purchase price allocated to Gulf of Mexico exploration projects from the acquisition of Kerr-McGee Corporation in 2006. For additional details on the Shenandoah project, see *Note 5—Suspended Exploratory Well Costs*.

### Potential for Future Impairments

***Oil price sensitivity*** At March 31, 2017, the Company's estimate of undiscounted future cash flows attributable to certain asset groups, primarily related to international and offshore properties, with a combined net book value of approximately $2.7 billion indicated that the carrying amounts were expected to be recovered; however, these asset groups may be at risk for impairment if the estimates of future cash flows decline. The Company estimates that a 10% decline in oil prices (with all other assumptions unchanged) could result in non-cash impairments in excess of $1.0 billion.

***Natural-gas price sensitivity*** At March 31, 2017, the Company's estimate of undiscounted future cash flows attributable to certain U.S. onshore asset groups with a combined net book value of approximately $1.3 billion indicated that the carrying amounts were expected to be recovered; however, these asset groups may be at risk for impairment if the estimates of future cash flows decline. The Company estimates that a 10% decline in natural-gas prices (with all other assumptions unchanged) could result in non-cash impairments in excess of $500 million.

It is also reasonably possible that significant declines in commodity prices, further changes to the Company's drilling plans in response to lower prices, reduction of proved and probable reserve estimates, or increases in drilling or operating costs could result in other additional impairments.

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 5. Suspended Exploratory Well Costs

The Company's suspended exploratory well costs were $1.1 billion at March 31, 2017, and $1.2 billion at December 31, 2016. Projects with suspended exploratory well costs include wells that have sufficient reserves to justify completion as a producing well and sufficient progress is being made in assessing the reserves and the economic and operating viability of the project. If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time.

During the three months ended March 31, 2017, the Company expensed suspended exploratory well costs of $435 million related to the Shenandoah project in the Gulf of Mexico, including $267 million previously capitalized for a period greater than one year. The Shenandoah-6 appraisal well and subsequent sidetrack, which completed appraisal activities in April 2017, did not encounter the oil-water contact in the eastern portion of the field. Given the results of this well and the present commodity-price environment, the Company has currently suspended further appraisal activities. Accordingly, the Company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs.

## 6. Current Liabilities

**Accounts Payable** Accounts payable, trade included liabilities of $290 million at March 31, 2017, and $262 million at December 31, 2016, representing the amount by which checks issued but not presented to the Company's banks for collection exceeded balances in applicable bank accounts. Changes in these liabilities are classified as cash flows from financing activities.

**Other Current Liabilities** The following summarizes the Company's other current liabilities:

| *millions* | March 31, 2017 | | December 31, 2016 |
|---|---|---|---|
| Accrued income taxes | $ | 671 | $ 6 |
| Interest payable | | 161 | 244 |
| Production, property, and other taxes payable | | 253 | 239 |
| Accrued employee benefits | | 185 | 355 |
| Other | | 213 | 393 |
| Total other current liabilities | $ | 1,483 | $ 1,237 |

13

EXHIBIT 4



Financial Accounting Standards Board

# ORIGINAL

# PRONOUNCEMENTS

### AS AMENDED

# Statement of Financial Accounting Concepts No. 6

Elements of Financial Statements

a replacement of FASB Concepts Statement No. 3
(incorporating an amendment of FASB Concepts
Statement No. 2)

Copyright © 2008 by Financial Accounting Standards Board. All rights reserved.
No part of this publication may be reproduced, stored in a retrieval system, or
transmitted, in any form or by any means, electronic, mechanical, photocopying,
recording, or otherwise, without the prior written permission of the Financial
Accounting Standards Board.

"other entities," or "entities other than the enterprise," which may include individuals, business enterprises, not-for-profit organizations, and the like. For example, employees, suppliers, customers or beneficiaries, lenders, stockholders, donors, and governments are all "other entities" to a particular entity. A subsidiary company that is part of the same entity as its parent company in consolidated financial statements is an "other entity" in the separate financial statements of its parent.[17]

**Assets**

25. Assets are probable[18] future economic benefits obtained or controlled by a particular entity as a result of past transactions or events.

*Characteristics of Assets*

26. An asset has three essential characteristics: (a) it embodies a probable future benefit that involves a capacity, singly or in combination with other assets, to contribute directly or indirectly to future net cash inflows, (b) a particular entity can obtain the benefit and control others' access to it, and (c) the transaction or other event giving rise to the entity's right to or control of the benefit has already occurred. Assets commonly have other features that help identify them—for example, assets may be acquired at a cost[19] and they may be tangible, exchangeable, or legally enforceable. However, those features are not essential characteristics of assets. Their absence, by itself, is not sufficient to preclude an item's qualifying as an asset. That is, assets may be acquired without cost, they may be intangible, and although not exchangeable they may be usable by the entity in producing or distributing other goods or services. Similarly, although the ability of an entity to obtain benefit from an asset and to control others' access to it generally rests on a foundation of legal rights, legal enforceability of a claim to the benefit is not a prerequisite for a benefit to qualify as an asset if the entity has the ability to obtain and control the benefit in other ways.

27. The kinds of items that qualify as assets under the definition in paragraph 25 are also commonly called economic resources. They are the scarce means that are useful for carrying out economic activities, such as consumption, production, and exchange.

28. The common characteristic possessed by all assets (economic resources) is "service potential" or "future economic benefit," the scarce capacity to provide services or benefits to the entities that use them. In a business enterprise, that service potential or future economic benefit eventually results in net cash inflows to the enterprise. In a not-for-profit organization, that service potential or future economic benefit is used to provide desired or needed goods or services to beneficiaries or other constituents, which may or may not directly result in net cash inflows to the organization. Some not-for-profit organizations rely significantly on contributions or donations of cash to supplement selling prices or to replace cash or other assets used in providing goods or services. The relationship between service potential or future economic benefit of its assets and net cash inflows to an entity is often indirect in both business enterprises and not-for-profit organizations.

29. Money (cash, including deposits in banks) is valuable because of what it can buy. It can be exchanged for virtually any good or service that is available or it can be saved and exchanged for them in the future. Money's "command over resources"—its purchasing power—is the basis of its value and future economic benefits.[20]

30. Assets other than cash benefit an entity by being exchanged for cash or other goods or services, by being used to produce goods or services or otherwise

---

[17]The concept of a "reporting entity" for general-purpose external financial reporting is the subject of a separate Board project that includes consolidated financial statements, the equity method, and related matters.

[18]*Probable* is used with its usual general meaning, rather than in a specific accounting or technical sense (such as that in FASB Statement No. 5, *Accounting for Contingencies,* par. 3), and refers to that which can reasonably be expected or believed on the basis of available evidence or logic but is neither certain nor proved (*Webster's New World Dictionary of the American Language,* 2d college ed. [New York Simon and Schuster 1982], p. 1132). Its inclusion in the definition is intended to acknowledge that business and other economic activities occur in an environment characterized by uncertainty in which few outcomes are certain (pars. 44–48).

[19]*Cost* is the sacrifice incurred in economic activities—that which is given up or forgone to consume, to save, to exchange, to produce, and so forth. For example, the value of cash or other resources given up (or the present value of an obligation incurred) in exchange for a resource measures the cost of the resource acquired. Similarly, the expiration of future benefits caused by using a resource in production is the cost of using it.

[20]Money's command over resources, or purchasing power, declines during periods of inflation and increases during periods of deflation (increases and decreases, respectively, in the level of prices in general). Since matters of measurement, including unit of measure, are beyond the scope of this Statement, it recognizes but does not emphasize that characteristic of money.

# EXHIBIT 5

Assets ↓

# 360 Property, Plant, and Equipment

## 360 Property, Plant, and Equipment

### 10 Overall

#### 00 Status

> ⓘ **General Note:** The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

## Status

**360-10-00-1**   The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Business | Amended | Accounting Standards Update No. 2017-01 | 01/05/2017 |
| Business | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Collections | Added | Accounting Standards Update No. 2019-03 | 03/21/2019 |
| Contract | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Customer | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Disposal Group | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Lease | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lease Term | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessee | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessor | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Net Realizable Value | Added | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| Nonprofit Activity | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Not-for-Profit Entity | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Performance Obligation | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Public Business Entity | Amended | Maintenance Update 2017-06 📄 | 04/07/2017 |
| Public Business Entity | Amended | Maintenance Update 2016-11 📄 | 06/27/2016 |
| Public Business Entity | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Revenue | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Right-of-Use Asset | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Underlying Asset | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-05-1 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-05-1 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-05-4 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-05-5 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-15-4 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-15-6 | Added | Accounting Standards Update No. 2019-03 | 03/21/2019 |

| | | | |
|---|---|---|---|
| 360-10-30-8 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-35-7 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-35-39 | Amended | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 360-10-35-35 | Amended | Accounting Standards Update No. 2022-02 | 03/31/2022 |
| 360-10-40-1 | Superseded | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-3 | Superseded | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-3A | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-3B | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-3A through 3C | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-5 | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-45-3 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-5 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-45-5 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-14 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-15 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-3 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-3A | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-4 | Added | Accounting Standards Update No. 2014-04 | 01/17/2014 |
| 360-10-55-18A | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-55-21 | Amended | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| 360-10-55-43 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-55-50 through 55-54 | Added | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 360-10-60-1 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |

# 05 Overview and Background

> ⓘ **General Note:** The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

# General

**360-10-05-1**    The Property, Plant, and Equipment Topic includes the following Subtopics:

    a. Overall

    b. Real Estate Sales—Sale-Leaseback Accounting.



⌖ PENDING CONTENT ⓘ

**Transition Date:** Ⓟ December 16, 2018; Ⓝ December 16, 2021 | **Transition Guidance:** 842-10-65-1

The Property, Plant, and Equipment Topic includes the following Subtopic:

    a. Overall

**360-10-35-11**    See paragraphs 250-10-45-17 through 45-20 for guidance on the accounting and presentation of changes in methods of depreciation.

**360-10-35-12**    Paragraph not used.

## > Adjusting the Residual Value in Leased Assets by a Third Party

**360-10-35-13**    The following paragraph provides guidance on how an entity acquiring an interest in the residual value of a leased asset shall account for that asset during the lease term.

**360-10-35-14**    An entity acquiring an interest in the residual value of any leased asset, irrespective of the classification of the related lease by the lessor, shall not recognize increases to the asset's estimated value over the remaining term of the related lease, and the asset shall be reported at no more than its acquisition cost until sale or disposition. If it is subsequently determined that the fair value of the residual value of a leased asset has declined below the carrying amount of the acquired interest and that decline is other than temporary, the asset shall be written down to fair value, and the amount of the write-down shall be recognized as a loss. That fair value becomes the asset's new carrying amount, and the asset shall not be increased for any subsequent increase in its fair value before its sale or disposition.

# Impairment or Disposal of Long-Lived Assets

**360-10-35-15**    There are unique requirements of accounting for the impairment or disposal of long-lived assets to be held and used or to be disposed of. Although this guidance deals with matters which may lead to the ultimate disposition of assets, it is included in this Subsection because it describes the measurement and classification of assets to be held and used and assets held for disposal before actual disposition and derecognition. See the Impairment or Disposal of Long-Lived Assets Subsection of Section 360-10-40 for a discussion of assets or asset groups for which disposition has taken place in an exchange or distribution to owners.

## > Long-Lived Assets Classified as Held and Used

**360-10-35-16**    This guidance addresses how long-lived assets or asset groups that are intended to be held and used in an entity's business shall be reviewed for impairment.

### · > Measurement of an Impairment Loss

**360-10-35-17**    An impairment loss shall be recognized only if the carrying amount of a long-lived asset (asset group) is not recoverable and exceeds its fair value. The carrying amount of a long-lived asset (asset group) is not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset (asset group). That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.

#### · · · > Assets Subject to Asset Retirement Obligations

**360-10-35-18**    In applying the provisions of this Subtopic, the carrying amount of the asset being tested for impairment shall include amounts of capitalized asset retirement costs. Estimated future cash flows related to the liability for an asset retirement obligation that has been recognized in the financial statements shall be excluded from both of the following:

    a.  The undiscounted cash flows used to test the asset for recoverability

    b. The discounted cash flows used to measure the asset's fair value.

EXHIBIT 6



*February 2, 2015*

**Please see important disclosures and analyst certification on page 4 of this report.**

---

### OS Focus List & Relative Bias Index

**This week's Focus List (in alphabetical order):** BHI, NBR, PTEN, SLB. **Moving out of Focus List:** none. **Other movers up in Relative Bias:** None. **Other movers down in Relative Bias:** FET: We still would be long in the mid-teens given how disproportionately this name has been punished, but nudging lower w/ CAM's order weakness portending even more estimate cutting. **Other commentary:** CAM, NOV. CAM: First OEM out of the gate didn't improve our lack of appetite for the sub-sector w/ drop-off in Drilling base orders in 4Q swifter than anticipated. NOV: Another look at an OEM bellwether this week. Rig Systems margin, onshore base order flow w/in Rig Systems, and aftermarket outlook (or lack thereof) will be of most interest. (Gibney/Lemoine)

### GDP: Guidance Follow-Up

**$2.52, EQUALWEIGHT, $7.00 Target**
Cutting NAV est to $7 from $10 and significantly cutting 2015 - 2017 EBITDA/CFPS ests following reduced CAPEX and production guidance issued Friday before market open (for full details, please click here for our Friday note). We believe the CAPEX cut is necessary and rational given the need to preserve liquidity first and foremost in the current weak pricing environment. However, as we pointed out, the spending cut has an adverse impact on GDP's production profile and thus its ability to generate EBITDA & cash flow. This has the somewhat counter-intuitive effect of actually increasing the company's financial leverage ratio b/c projected 2015 EBITDA declines more than projected YE15 net debt on a percentage basis. *More below.* (Johnston)

### OII: C&C Acquisition

**$52.36, EQUALWEIGHT, $66.00 Target**
OII acquiring privately-held, LA-based survey services provider C&C Technologies for $230MM in cash. Transaction expected to close in April '15 and generate $20MM - $30MM in EBITDA (10c - 15c EPS) on an annualized run rate. OII closed 3Q14 w/ $75MM in cash ($201MM spent on share repurchases in 3Q). C&C will fold into the Subsea Projects division w/ its primary service offering driven by ocean-bottom mapping services and offshore marine construction surveys along w/ onshore/near-shore survey services in the GOM/Mexico and shallow water geophysical survey services in the GOM. Builds on a broader life-of-field strategy for OII w/ primary pull through opportunity for pipeline repair and tooling. No adjustments to ests as we await 4Q earnings. '15 guidance ($4.10 - $4.50) will be updated on 4Q release to account for new share count, $500MM sr notes issuance, and weakening offshore market. An orientation ~$4 EPS (particularly w/ this acquisition providing more buffer) continues to seem likely. Still find the same defensive one to play in the near term w/ the prospect for still achieving modest '15 y/y growth along w/ favorable balance sheet/ROC screen, but upside still looks capped in mid $60s as the company shifts into materially slower growth prospects and its historical multiple dole out needs to be controlled. (Gibney)

### REI: Lowering Estimates to Reflect Drilling Curtailment

**$9.12, OVERWEIGHT, $13.00 Target**
2015 production & CFPS estimates decline to 2.3 Mboe/d & 77c from 3.3 Mboe/d & $1.31 following REI's announcement late last week that it had reduced its rig count to zero as the company waits for oil prices to stabilize. Our target price drops $1 to $13 on the drilling slowdown. We model REI resuming drilling ops in 2Q and lowered estimated 2015 CAPEX to $35MM from $56MM previously (with production expected to grow 78% y/y this year). REI is well positioned to wait out a short-term drilling curtailment given it had zero net debt at 3Q14, and we estimate that it exited 2014 with ~$40MM in liquidity. We also look for the company to pursue Central Basin Platform acquisitions. (Tullis)

### SN 4Q Production and YE14 Reserves

**$11.14, OVERWEIGHT, $17.00 Target**
Mixed bag w/ solid 4Q14 and current production, but lower oil cut continues to concern us. 4Q production was 43.9 Mboe/d, which was 3% above the Street's 42.7 Mboe/d estimate, slightly below our 44 Mboe/d estimate, and towards the high end of company guidance of 40 - 44 Mboe/d. Although 4Q production was in line, the oil cut was lower than expected coming in at 45% oil vs company guidance of 46% oil and our 47% oil estimate. Similarly, in 3Q the oil cut was 47% vs company guidance of 49%. Our 4Q EPS/CFPS estimates decrease from (14c)/$1.71 to (19c)/$1.63. FY14 production grew 188% y/y to 30.5 Mboe/d, or 2% above the midpoint of SN's FY14 guidance of 29 - 31 Mboe/d. Proved reserves at YE14 increased 129% y/y to 134.8 MMboe. On the operations side, SN provided current production of 43 Mboe/d, well within the 1Q15 production guidance range of 40 – 44 Mboe/d and in line with Street/COS estimates of 43.8/43.5 Mboe/d. In Catarina, well costs are running $5MM (in line with our model), and management expects continued cost savings in the coming months. SN reaffirmed its 2015 plans to dedicate 3.5 net rigs to Catarina and Palmetto and 0.25 net rigs to TMS. No change to 1Q15 and FY15 guidance. (Johnston)

### E&P: What Oil & Gas Prices Are Stocks Currently Discounting?

---



## Morning Energy Summary

We estimate that our oily coverage group is currently pricing in ~$68.10/bbl held flat forever vs NYMEX oil strip prices of ~$55/bbl in 2015, ~$58 in 2016, ~$65 in 2017, and a range of ~$66 - $70 in 2018 and beyond. We estimate that our gassy coverage group is currently pricing in ~$3.10/Mcf held flat forever vs NYMEX gas strip prices of ~$2.88/Mcf in 2015, ~$3.10 in 2016, ~$3.56 in 2017, and a range of ~$3.89 - $4.35 in 2018 and beyond. On average, our E&P group has ~51% upside to our NAV estimates at our current price deck (vs ~45% avg upside to FactSet consensus NAVs). Our WTI oil price deck is $60/bbl in 2015, $60/bbl in 2016, and $75/bbl in 2017 and beyond. Our Henry Hub natural gas price deck is $3.50/Mcf in 2015, $3.50/Mcf in 2016, and $4.00/Mcf in 2017 and beyond. Names with >50% upside potential include AR, CIE, CRK, ECR, GDP, HK, MHR, PQ, REI, REN, REXX, RICE, ROSE, SM, SN, SWN, UNT, UPL, WLL, WPX, and WTI. Names with the most upside potential generally have higher financial leverage, so more implied risk w/ the greater reward. (E&P Team)

### Shenandoah Appraisal Well Dry: Implications for APC/CIE/MRO

ConocoPhillips reported last Thurs that the 2nd appraisal well at Shenandoah was a dry hole (APC 30% WI and operator, COP 30% WI, CIE 20% WI, MRO 10% WI, Venari Resources 10% WI). Shenandoah is considered to be potentially one of the biggest deepwater GOM fields ever discovered, so the news came as a disappointment. The well is located in Walker Ridge Block 52 roughly 2 ½ miles east and structurally down-dip from the first appraisal well (Shenandoah-2, which logged >1,000 net ft of high-quality Lower Tertiary oil pay in March '13) and to the south/southeast of the original 2009 discovery well (which logged ~300 ft of oil pay). The unsuccessful well likely condemns at least some of the southeastern flank of the structure's aerial extent. Operator APC will next drill a 3rd appraisal well to test the western flank. We have been carrying Shenandoah as a 1 billion boe discovery in our APC model (300 MMboe net to APC's 30% WI, worth ~$3.6B or ~$7 per share). While it still could ultimately be that large, we think it's prudent to cut our resource estimate in half for now to 500 MMboe. We are thus cutting our NAV by $3 to $99. From CIE's perspective, our target actually increases by $1 to $17 as we upsize the gross reserves estimate for Shenandoah to 500 Mboe (were previously using a more heavily risked ~250 MMboe given CIE's more limited project development resources). From MRO's perspective, no change to our $31 NAV as the delta amounts to rounding error. We estimate 50 MMboe net to MRO's 10% WI is worth ~$600MM, or ~$0.85 per share. (E&P Team)

### Weekly Rig Count Snapshot

For the week ended 1/30/2015, BHI -87, RigData -25. BHI oil counts w/w were -89 (-5 directional, -67 horizontal, -17 vertical). Gas counts w/w were +2 (+1 directional, +5 horizontal, -4 vertical). Rig Data oil counts w/w were -35 (-3 directional, -29 horizontal, -3 vertical). Rig Data gas counts w/w were +10 (+1 directional, +9 horizontal, +0 vertical). Per RigData, w/w changes were as follows: Appalachia Area +3, Williston -11, Niobrara -1, Delaware Basin -2, Midland Basin -7, Eagle Ford +3, Cana Woodford/SCOOP -3, Mississippian -5, Greater Granite Wash -4, Barnett +1, Cotton Valley +0, Fayetteville +0, Haynesville +1, California -1. (Lemoine)

### Weekly Permit Snapshot

US land permits -75 w/w to 812 with Appalachia -19, Bakken +41, Niobrara -48, Permian -2, Eagle Ford -30, Cana Woodford/SCOOP +8, Mississippian +28, Greater Granite Wash -7, Barnett -1, Haynesville -15, and California -4. US land permits 4-week average +70 w/w to 913. US inland water permits +9 w/w to 13 with 4-week average -3 y/y to 12. Deepwater permits +0 w/w to 2 with 4-week average -1 y/y to 2. Shelf permits +2 w/w to 6 with 4-week average -1 y/y to 5. Please contact your COS salesperson for our full report. (Lemoine)

### New Corporate Presentations

GDP – Management Presentation:
http://goodrichpetroleum.investorroom.com/download/MgmtCurrent.pdf

GDP – TMS Presentation:
http://goodrichpetroleum.investorroom.com/download/MgmtTMS.pdf

### Interesting Articles

Here today, up tomorrow: Why gas prices may be on the rise – CNBC:
http://www.cnbc.com/id/102381893

Wall Street prepared for bad news from the energy companies, but so far it's been worse than expected – Business Insider:
http://www.businessinsider.com/r-energy-may-see-further-weakness-as-key-names-report-2015-1

### GDP: Guidance Follow-Up, Continued

**A Look at 2015 Cash Flows:** At our prior $150MM CAPEX assumption for 2015, we were projecting 11.6 Mboe/d of production and ~$80MM in CF, implying a ~$70MM outspend. Based on our new ~$100MM CAPEX assumption, we now estimate 9.6 Mboe/d of production (18% lower) and ~$58MM in CF (28% lower), implying a ~$42MM funding gap. As a result, we project YE15 net debt will be ~$670MM, which is ~

APC-01319908



## Morning Energy Summary

$25MM lower than previously estimated, a 4% reduction. However, our 2015 EBITDA estimate falls by 17% to $114MM from $137MM. Our YE15 net debt/EBITDA forecast thus climbs to 5.9x from 5.1x previously. This would, of course, put GDP in violation of its max 4.0x covenant embedded w/in its senior credit facility. We would expect the bank group to relax or re-define this leverage ratio covenant in order to give GDP some near-term breathing room.

**2016 Looks More Challenging:** We think GDP can weather the storm this year. Oil hedges certainly help. Roughly ~2/3 of this year's expected oil production is swapped at an average NYMEX price of $96.11/bbl. Looking out into 2016, things look more challenging for GDP in a scenario where oil prices do not improve, as several factors are working against the company. First, all of those hedges roll off (GDP is unhedged on oil and gas next year). Second, production is expected to continue to decline based on our current $80MM CAPEX assumption (on $60/bbl price deck in 2016). We expect EBITDA will fall to levels that push the EBITDA/interest coverage ratio to below 1.5x. Third, we estimate net debt/LTM EBITDA will rise to ~11.0x by YE16 given the reduction in EBITDA. Finally, we project that GDP will exhaust its liquidity by the second half of 2016 based on our current assumptions. This assumes no change in GDP's $230MM borrowing base, which is likely somewhat optimistic given the current price environment. We note the company could always choose to further cut back its spending in order to stretch its liquidity further out. However, the production and cash flow ship eventually becomes more and more challenging to turn around the deeper the CAPEX cuts become.

**Eagle Ford and TMS Update:** Meanwhile, there has not been much movement on the Eagle Ford sale process given the weak price environment, so it has slipped to the right. A sale would significantly improve GDP's financial flexibility and liquidity. Regarding TMS, mgmt expects to announce results for the Kent 41H-1 well in conjunction w/ 4Q earnings. Preliminary indications are that the well was drilled for less than $12MM, and mgmt thinks TMS wells can be drilled for ~$10MM or less w/ leading-edge service costs rolled through. Drilling of the 2-well pad at CMR/Foster Creek 8H went smoothly, but completions are being deferred for now.



## Morning Energy Summary

### Contacts

Pierre E. Conner III
**Head of Institutional Sales, Research and Trading**
pierre.conner@capitalone.com
(504) 593-6108

**Oilfield Services**

Luke M. Lemoine, CFA
Luke.Lemoine@capitalone.com
(504) 593-6174

Kelly N. Garis
kelly.garis@capitalone.com
(504) 593-6157

Joseph D. Gibney
joseph.gibney@capitalone.com
(713) 435-5385

**Exploration & Production**

Richard Tullis
richard.tullis@capitalone.com
(504) 593-6118

Phillips Johnston, CFA
phillips.johnston@capitalone.com
(504) 593-6163

Nicole Roy
Nicole.Roy@capitalone.com
(504) 593-6169

Brian T. Velie
brian.velie@capitalone.com
(504) 593-6141

Catherine Cusimano
catherine.cusimano@capitalone.com
(504) 593-6167

Kyle May
kyle.may@capitalone.com
(504) 593-6168

**Midstream**

Charles Marshall
Charles.Marshall@capitalone.com
(713) 735-4977

**Sales:** 1-800-666-9174
**Trading:** 1-800-333-2005

### Disclosures:

https://capitalonebank2.bluematrix.com/sellside/Disclosures.action

**Securities products and services are offered through Capital One Securities, Inc., a non-bank affiliate of Capital One, N.A., a wholly-owned subsidiary of Capital One Financial Corporation and a member FINRA/SIPC.**

According to Reg AC, I/we, as a research analyst(s) of Capital One Securities, Inc., certify that the research opinion expressed in this research comment/report accurately reflect my/our personal view(s) and that no specific payment was received for this particular research product.

For UK recipients: This communication is intended to be directed only to "investment professionals" or "high net worth companies" as defined under the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. The controlled investment or controlled activity to which this communication relates is available only to or will be engaged in only with such persons. Persons other than "investment professionals" or "high net worth companies" should not reply or act upon the information provided within this communication

**Institutional use only. Not to be forwarded in whole or part. Additional information is available upon request by writing to the Equity Research Department; Capital One Securities, Inc.; 201 St. Charles Avenue; Suite 1830; New Orleans, LA 70170.**

APC-01319910

EXHIBIT 7

**Morgan Stanley** | RESEARCH

UPDATE

October 11, 2016 04:27 AM GMT

Anadarko Petroleum Corp

# Notes From The Road: Top Pick Affirmation

| ⌐ Stock Rating | ◎ Industry View | ◎ Price Target |
|---|---|---|
| Overweight | Attractive | $88.00 |

We view APC as a core long into upcycle, offering top-tier growth at a rare discount to group. We have greater confidence in growth strategy, expectation of a more aggressive asset sale program, and lower execution risk in APC's Delaware due to WES infrastructure advantage.

**Late last week we were on the road with APC**'s SVP and outgoing head of I R John Colglazier and his successor VP Robin elder. nvestor questions revolved around details of APC's growth strategy with focus on Delaware's mminent trans t on to full development (late 2017) the asset sales program and progress of recent GoM acqu s t on towards clos ng. Our takeaways were: (1) we bel eve APC's long-term o l growth target (10-12% on $50-60/bbl w th n cash) comes w th h gher cap tal eff c ency and lower execut on r sk due to hol st c Delaware development strategy and advantaged m dstream access ( n part due to WES) (2) OPEC's product on cap puts a floor under commod ty l ft ng demand for assets and hence pr c ng and accelerat ng APC's asset sales (gu ded $1Bn ncremental by YE16) (3) we see low r sk of CX transact on not clos ng on or g nal terms by YE16 (cons stent w th the v ew of our Metals & M n ng team led by Evan Kurtz who covers CX). Other ncrementals nclude color on GoM explorat on and t eback potent al and Shenandoah development concept select on. or more deta led take-aways see ns de.

**APC is our Top Pick among LargeCap E&Ps.** APC has outperformed the LargeCap E&P group by 7.6pp s nce announc ng the transact on w th CX yet s st ll only a m d-range performer YTD (5th n a group of 10) and s lagg ng 10.7pp over the past 12mo. ts valuat on pro forma for the GoM acqu s t on s at 8.7x 2017 EB TDAX a half-turn d scount to the group vs half-turn average prem um over a 5-year per od wh ch ncluded Tronox and Macondo. We are conv nced APC w ll rega n ts h stor cal prem um g ven ts top-t er o l product on growth outlook dr ven largely by 255k net acre core TX Delaware pos t on nfrastructure advantage courtesy of WES cont nued super or operat ng performance and astute management of the asset portfol o. Asset sales ( ncremental >$1.0Bn to YE16) h gh- mpact explorat on and what s l kely to be another robust quarter (reports 10/31 after close MS forecast of earn ngs per share loss of $0.58 n-l ne but we see ups de r sk) prov de catalysts nto year end.

**We raise our PT 9% to $88/sh.** Our PT s der ved from average of target mult ple and NAV approaches. The pr mary dr ver beh nd PT ra se s an ncrease n target

MORGAN S AN EY & CO C

**Evan Ca o**
EQU Y ANA YS
Evan.Calio@morgans anley com   + 2 276 6472

**I ya Ba abanovsky**
RESEARCH ASSOC A E
Iya Balabanovsky@morgans anley com   + 2 276 8530

**Stephen Co o**
RESEARCH ASSOC A E
S ephen Colaiillo@morgans anley com   + 2 2296 5250

**Aaron Zhang**
RESEARCH ASSOC A E
Aaron.Zhang@morgans anley com   + 2 2296 5293

**Anadarko Petroleum Corp ( APC.N, APC US)**

Large Cap Exploration & Production / **United States of America**

| Stock Rating | Overweight |
|---|---|
| Industry View | Attractive |
| Price target | **$88.00** |
| Shr price, c ose (Oct 0, 20 6) | $64 39 |
| Mkt cap, mm (mm) | $32,868 |
| 52 Week Range | $73 87 28 6 |

| Fiscal Year Ending | 12/15 | 12/16e | 12/17e | 12/18e |
|---|---|---|---|---|
| ModelWare EPS ($) | (2.00) | (2.87) | (0.49) | 2.44 |
| Prior ModelWare EPS ($) | | (2.71) | (0.41) | 2.55 |
| P/E | NM | NM | NM | 26.4 |
| Consensus EPS ($)§ | (2.52) | (2.74) | (0.11) | 1.11 |
| Div y d (%) | | 2 2 | 0 3 | 0 3 | 0 3 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

**QUARTERLY MODELWARE EPS ($)**

| Quarter | 2015 | 2016e Prior | 2016e Current | 2017e Prior | 2017e Current |
|---|---|---|---|---|---|
| Q | (0 72) | | ( 2)a | | |
| Q2 | 0 0 | | (0 60)a | | |
| Q3 | (0 7 ) | (0 64) | (0 58) | | |
| Q4 | (0 58) | (0 38) | (0 59) | | |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Mo ga S a ey does a d seeks o do bus ess w
compa es cove ed Mo ga S a ey Resea c As a
esu , vesto s ou d be awa e a e m may ave a
co c o ee s a cou da ec e objec v yo
Mo ga S a ey Resea c ves o s ou d co s de
Mo ga S a ey Resea c aso y as ge a co mak g
e ves me dec so

Fo a ays toe t f cat o a d o e mpo ta t d sc osu es,
efe to t e D sc osu e Secto , ocated at t e e d of t s
epo t

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021, 12:07 PM.

1

**Morgan Stanley** | **RESEARCH**

m d-cycle mult ple to LargeCap E&P peer-average 6.0x  g ven cred t to APC's top
t er growth outlook (albe t somewhat offset by  nvestors' cont nued preference
for US shale pureplays). On the NAV s de  we: (1) remove 20% r sk ng from
Shenandoah value  g ven development concept select on supports our pos t ve
v ew on resource s ze  (2) lower Mozamb que Area 1 r sk ng to 25% (vs. h stor cal
comps) g ven more support ve asset market  and (3) mark to market stakes  n
WGP and WES at h gher levels s nce last update.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331048

**Morgan Stanley** | RESEARCH

UPDATE

# Anadarko Petroleum Corp. (APC, OW, PT $88/sh)

## Attractive valuation creates favorable risk/reward profile



Source: Thomson Reuters; Morgan Stanley Research

### Price Target          $88

Our $88/sh price target is based on the average of our $87/sh risked NAV estimate and $90/sh price based on 6.0x EV target multiple applied to time-discounted 2019E estimate EBITDAX. The target multiple is in line with LargeCap E&P group average. APC currently trades at 8.7x 2017E EV/EBITDAX vs. globally diversified peers at 9.4x, but we believe that an in-line valuation is warranted given top-tier growth outlook. In our estimated NAV, we risk our valuation of Mozambique Area 1 at 25% relative to historical transaction price (sale to ONGC in Aug 2013) and risk Itaipu at 50%. Interest in WGP and direct interest in WES marked to market as of 10/10/2016 close. Our PT implies a 10.0x 2017E forward EV/EBITDAX.

### Bull          $115
12.5x Bull Case 2015E EBITDAX
**Long-term (2019+) base case deck: $90/bbl Brent, $87/bbl WTI, $4.50 HH.**
Impact of higher commodity deck partially offset by greater O&S cost inflation and some efficiency dilution relative to Base Case.

### Base          $88
10.0x Base Case 2017E EBITDAX
**Long-term (2019+) base case deck: $80/bbl Brent, $77/bbl WTI, $3.75 HH.** We assume APC surrenders some of the downcycle O&S pricing and efficiency gains as prices step change from Strip (2016-18) to mid-cycle.

### Bear          $42
6.7x Bear Case 2017E EBITDAX
**Long-term (2019+) base case deck: $60/bbl Brent, $57/bbl WTI, $3.00 HH.**
Impact of lower commodity deck partially mitigated by lower O&S prices and higher efficiency gains relative to Base Case yet exacerbated by lower activity levels deferring value.

## Investment Thesis

▨ APC offers top-tier growth (10-12% oil CAGR to 2020) while spending with in cash on $50-60/bbl

▨ Currently trades at a rare half-turn discount to group on 2017 EV/EBITDAX vs. half-turn average premium over a 5-year period

▨ Largest core Permian Delaware position among LargeCap E&Ps at 255k net acres

▨ Advantaged infrastructure access and funding ability via WES

## Key Value Drivers

▨ Highly accretive GoM acquisition provides recycled funds to accelerate Delaware activity

▨ Asset sales could provide capital to further accelerate Delaware activity and/or add acreage

## Potential Catalysts

▨ Asset sales (>$1.0bn by YE16 with program continuing into 2017 likely candidates are Eagleford Marcellus and Mozambique).

▨ High impact exploration (Warrior (GoM) and Purple Angel block (Columbia) wildcats Shenandoah 6 and Phobos 2 appraisals)

▨ 3Q16 earnings likely released on 10/31 (we are inline with Consensus on EPS at ($0.58) vs. ($0.55) but see upside risk on better than guided opex)

## Risks to Achieving Price Target

▨ Commodity prices (relatively greater US nat gas price exposure)

▨ Operational execution (lower than peer on like-for-like asset basis yet higher overall due to greater deepwater exposure)

▨ O&S price risk

▨ Exploration risk (higher than average given broad pullback from wildcatting by peers)

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021, 12:07 PM.

3

APC-01331049

**Morgan Stanley** | **RESEARCH**



# Top Pick Affirmation

### What's Different?

⊛ The APC equ ty story has been s gn f cantly streaml ned  w th funded growth dr ven by portfol o's 3-Ds - Delaware  DJ and shorter-cycle Deep-water (largely GoM). Growth  s bu lt on top of a cap tal-eff c ent base (wh ch  s tasked w th keep ng ts volumes flat wh le supply ng   C   to fund 3-D act v ty).

⊛ APC was play ng defense over late 2014 to m d-2016. Management focused on asset sales  balance sheet  cred t prof le and cash flows  a necess ty  n the context of challeng ng crude and natural gas pr ce outlooks wh ch preva led dur ng the per od.

⊛ APC has now reverted to play ng offense. The move  s not pred cated on a s gn f cant commod ty pr ce  mprovement. The contrar an h ghly accret ve GoM acqu s t on enables a step change  n o l growth outlook  leverage rat os and o l exposure by prov d ng cash flow to be recycled  nto an  mprov ng Delaware bas n asset. Mult -year growth w th n cash  n a $50-60/bbl world has become the standard by wh ch E&Ps are measured. Retooled APC answers w th top-t er 10-12% o l CAGR on $50-60/bbl. APC's WES ownersh p and s gn f cant cap tal spend ng  n Delaware also reduce the m dstream r sk assoc ated w th future growth vs. peers.

⊛   urther asset rat onal zat ons prov de ups de opt onal ty  whether non-core US (everyth ng outs de the 3-Ds and  potent ally  even T er 2-3 areas w th n the 3-Ds) or nternat onal (Mozamb que potent al).

### FCX Transaction

⊛   or our take on the transact on at the t me of announcement see Anadarko Petroleum Corp: M n ng   ull-Cycle Value (13 Sep 2016)

⊛ APC expects the transact on w ll close  n 4Q16 and does not see potent al   CX bondholder  ssues  mpact ng   CX's ab l ty to del ver the assets free and clear.

⊛ Deal was dr ven by APC's des re to  ncrease stake  n Luc us (to 48.95% from 23.83% pre-deal). As operator  APC had d rect  ns ghts  nto the project and ra sed recoverable resource est mate (n connect on w th acqu s t on) to 400+MMboe from 300+MMboe. Luc us  s produc ng above 100Mbld from 6 wells  compared to 80Mbld fac l ty nameplate (thanks to much lower than expected watercut). APC bel eves  t can leverage Luc us  nfrastructure for decades  w th 3-7 add t onal wells tapp ng the namesake reservo r and further ups de from surround ng t e-backs (Phobos  Hann bal) and toll ng of th rd-party volumes (XOM's Hadr an North). Overall  APC pa d a low pr ce for low-r sk proved reserves and t e back potent al. No value ascr bed for 3P or explorat on w th 91 blocks transferred and 2 dr llable prospects (15+  dent f ed prospects overall).

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

4

APC-01331050

## Morgan Stanley | RESEARCH

UPDATE

**Exhibit 1:** APC's GoM Asset Portfolio Pro-Forma for FCX Transaction



Company data

**Exhibit 2:** Lucius and Tie-back Prospects



Company data

* The transaction includes $300MM of equipment inventory (manifolds to well heads) to be used by APC.

* APC estimates it will gain >200Mboed of processing capacity in GoM midstream across acquired facilities (we estimate the number is closer to 270Mboed).

* Tie-backs whether ACP-owned or third party will serve to lower unit LOEs.

* APC's GoM infrastructure ownership provides additional value opportunities. By the way of example press (upstreamonline.com article published September 9 2016) recently reported that APC has taken over operatorship of BP's Hopkins discovery (and its working interest in the field). Initially expected to be brought to production via a bespoke facility Hopkins engineering efforts were suspended after a disappointing appraisal well result. Yet APC's infrastructure advantage could enable the field to be developed as a tie-back lifting returns: APC's Constitution is 25 miles to the east and potential Shenandoah facility likely will be sited ~30 miles to the south.

## Asset Sales

* APC expects another $1.0Bn of asset sales in 2016. APC has already exceeded the mid-point of its initial $2.0-3.0Bn guidance range by the time of 2Q16 results.

* APC does not expect to provide asset sale guidance again in 2017 as the 2016 guidance was specifically related to credit stress in the 1Q16 price environment. Yet given its track record we expect asset sales will remain a core part of APC's strategy going forward. Many assets outside the 3-Ds will not compete for capital in a moderate commodity recovery. Hence we see potential for further portfolio optimization (without complete exits or farm-downs). In our view the most likely candidates are APC's positions the Eagle Ford Marcellus and Mozambique. Typically asset sale process takes 6 month.

* Use of potential asset sales proceeds depends on the commodity environment. APC

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331051



will likely retire $750MM of debt coming due in the fall of 2017 yet the use of proceeds ultimately depends on the commodity price environment. We believe APC long-term production guidance assumes activity that allows to maximize efficiency of Delaware and DJ development program. Hence we wouldn't expect APC to double down on growth in core assets. A buyback is a possibility though management previously indicated it's an unlikely one unless APC can repurchase >10% of outstanding shares.

* APC did not provide color on potential acreage additions though it continues to look to core up in the Delaware (in the center of its position). Given direct overlap of APC acreage in the basin with Shell's if there was selling interest (none telegraphed to date by Shell) an acquisition of this position remains possible (and would be desirable in our view). This is a frequent investor question given the scope of Shell's divestiture program ($30Bn over 2016-18 with $6-8Bn of it in 2016) and general weakness of international asset market. Shell quotes ~300,000 net acres in the Delaware with >5,000 drilling locations.

## Three Ds: Delaware

* APC views Delaware as an onshore mega-project. The key question prior to transition to full development is infrastructure scaling which in turn depends on resource size via a zone prospectivity and spacing (and well performance).

* APC plans to provide Delaware development color on a quarterly basis as it moves into pad drilling this time next year. Pads will be sized at 6-20 wells/pad. Pad drilling should lead to significant efficiencies. As precedent DJ wells progressed from being drilled in 20 days during delineation to 5 days once the program fully transitioned to development mode. APC plans to utilize batch completion with ~30 wells at a time.

* Current activity predominantly targets Wolfcamp A given best economics (and lowest water cut). Wells are typically choked after an IP rate is established as production is infrastructure-constrained. Some delineation/HBP locations are outside likely initial development focus areas and hence APC is holding off on putting crude gathering in place until it can scale them properly. We note that once Delaware enters development chokes on incremental wells will be less restrictive giving APC a bigger production contribution per rig (or per dollar spent). This should add to improvement in capital efficiency from other sources (like lower CWC).

* APC also continuing to testing its large acreage position — 900 sections and up to 7 zones. For now it estimates 7,000+ locations in Wolfcamp A prospective across acreage. APC has tested Second Bone Spring near the state line though it's too early to gauge the zone's potential across the entire Delaware footprint. We expect Bone Spring testing to accelerate into 2017 as APC likely needs to have more clarity on its potential prior to transition to full development.

* APC is likely to continue optimizing its Delaware portfolio selling or trading less core acreage and blocking up central/core in order to optimize lateral length and midstream layout.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

6

**Morgan Stanley** | RESEARCH



Exhibit 3: APC Delaware Acreage



Company data

Exhibit 4: APC/WES Delaware Infrastructure

| YEAR-END 2016E WES/APC INFRASTRUCTURE | |
|---|---|
| GAS GATHERING PIPELINES | ~1,000 Miles |
| OIL GATHERING PIPELINES | ~150 Miles |
| PROCESSING CAPACITY | 1,025 MMcf/d |
| COMPRESSION | 190,000+ HP |
| WATER GATHERING PIPELINES | 100+ Miles |

Company data

⊛ To date WES has been developing in Delaware for 3rd parties which benefits APC. WES recently announced it will undertake water handling which is a new line of business and potentially significant endeavor given water to oil ratio of 4:1 in the basin. APC will still do crude processing (which will be future potential drop-downs) yet the gas G&P and now water handling will be done by WES. This relationship improves APC's capital efficiency vs. peers (APA in Alpine High) and reduces volume growth risk.

⊛ WES recently entered into an agreement with Shell to gather and process natural gas through its owned and operated midstream assets in the Delaware. Under the fixed fee contract Shell has dedicated gas from certain Delaware acreage to WES for a minimum of 20 years. This transaction means WES now de facto controls Loving County and has eliminated the risk of dual midstream development on shared acreage.

⊛ At the end of 2015 the gas processing plant that WES acquired from Nuevo exploded which included a 300MMcfd cryogenic process complex and an additional 400MMcfd of processing capacity under construction. Since then WES has been busy both repairing existing capacity as well as finishing the constructions of new processing trains. Ramsey Train V should have come online in late 3Q while Trains and V are scheduled to come online in late 2016 and 2017 respectively.

## Three Ds: Deepwater

⊛ APC activity on legacy GoM acreage in 2016 is 6-7 wells and should remain similar in 2017. Maintenance capex associated with assets acquired from CX is ~$400MM p.a. Capacity to drill is limited by current rigs under contract (4 of 5 deepwater rigs APC has working for t are in the GoM). One rig goes off contract in early 2017 (NE's Bob Douglas) and will unlikely be replaced. That rig was doing D&A work in 2016 hence its departure will not affect YoY activity.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331053

**Morgan Stanley** | RESEARCH

* Shenandoah appra sal program cont nues w th Shenandoah 6 spudd ng n 4Q16 and needed to def ne down-d p l m t. The past week upstreamonl ne.com reported that APC selected an SBM-des gned sem -sub platform as the Shenandoah development concept. APC's select on of a larger sem -sub vs. mult ple spars (an opt on management d scussed prev ously) nd cates a greater conf dence n the resource n our v ew. T eback potent al was a poss ble secondary cons derat on (g ven Coronado and Yucatan d scover es nearby and lack of other nfrastructure n the reg on). APC's most recently-constructed operated sem -sub was ndependence Hub wh ch started up n 2007 w th 1bcfd of capac ty. Over ts l fe the hub produced 12 f elds max mum of 10 of them s multaneously. Appra sal success (Shenandoah 6 and a poss ble Shenanoah 7 well results n 2017) and mprov ng commod ty outlook (support ng +$60/bbl longer term vs. 3-year Brent Str p currently at $58.5/bbl) could enable APC to sanct on the project n late 2017. rst o l should follow n 3-3.5 years after D. Alger a (spec f cally Hass Berk ne and Ourhoud on Block 404) s a good example of an APC down-cycle development project that contr buted s gn f cantly n a recovery.

**Exhibit 5:** Shenandoah



Company data

**Exhibit 6:** She 's Perm an Pos t on



Company data

* Warr or M oce GoM prospect s currently dr ll ng. APC sees a h gher chance of success g ven the prospect appears to be a K2 look-al ke. Resource s ze could also be s m lar to K2 (wh ch WoodMac est mates at 150MMbls and 98Bcf gas. f successful Warr or s mostly l kely to be t ed-back to Marco Polo (same as K2) wh ch has substant al spare capac ty (nameplate 120Mbpd of capac ty w th APC ent tled to 100Mbld actual process ng currently l kely at ~30Mbld). f progressed to development as a t e-back Warr or could contr bute volumes as early as 2018. Warr or result could be shared w th 3Q16 earn ngs yet could sl p nto 4Q16 report ng season (as nter-quarter updates less l kely). Ca cos d scovery (Green

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

8

Morgan Stanley | RESEARCH



Canyon 564) announced by BHP on October 6th and Shenz North (also BHP-operated) open up potential future development options f Warrior s successful.

* He delberg producer 4 and 5 have recently been brought on-line. APC previously expected the pa r to flow 8-12Mbld each. We expect an update w th 3Q16 earnings.

* Phobos apprasal follow ng up on the Apr l 2013 d scovery s expected to be spud n November.

## Three Ds: DJ

* Wh le most nvestor attent on s focused on Delaware and GoM APC's 350k acre DJ footpr nt should also mater ally contr bute to product on growth w th attract ve econom cs n part due to h gh NR /royalty nterest.

* n our v ew DJ also prov des a precedent for Delaware growth. Between 1Q11 and 1Q15 APC more than tr pled ts Wattenberg product on add ng 150Mboed n total (equ valent to organ cally add ng a CXO) wh le averag ng just 10 r gs n the play.

## Mozambique

* Accord ng to Reuters (August 5 2016) c t ng unnamed sources En has concluded negot at ons th s August to sell a m nor ty stake n Area 4 to XOM. The sources bel eve En s l kely to rema n as the operator for the development but the deal could g ve XOM operatorsh p of the onshore LNG export plant. Ne ther company has commented on the deal.

* ollow ng Mozamb que Pres dent Nyus 's recent v s t to Houston where he met w th execut ves from APC and XOM he announced d sm ssal of Energy M n ster Couto. Wh le no off c al reason was c ted for h s departure unnamed sources quoted by upstreamonl ne.com say that compla nts from US producers regard ng slow dec s on-mak ng may have been part of the reason.

## Changing of the Investor Relations Guard

APC announced Rob n elder w ll assume leadersh p of the company's nvestor Relat ons organ zat on on November 1 2016 w th Colglaz er serv ng n an adv sory capac ty as Sen or V ce Pres dent unt l h s ret rement early next year (late January 2017). elder has nearly 15 years of exper ence n the o l and natural gas ndustry beg nn ng her career w th APC n 2002. She has held a var ety of pos t ons w th the company nclud ng General Manager of East Texas and North Lou s ana Worldw de Operat ons Bus ness Adv sor and var ous explorat on and operat ons eng neer ng pos t ons n both the U.S. onshore and the Gulf of Mex co and most recently w th WES. elder served as D rector nvestor Relat ons from 2014 to 2016. Per CEO Al Walker "Rob n br ngs except onal exper ence to the role hav ng already bu lt trusted relat onsh ps w th many of our nvestors dur ng her tenure n nvestor Relat ons. Her background as an eng neer work ng var ous areas of Anadarko's worldw de upstream and U.S. m dstream operat ons enables her to prov de un que ns ght nto our bus ness for the nvestment commun ty." John Colglaz er ret res after 35 years w th APC and wh le he w ll be m ssed one of h s legac es s n bu ld ng and runn ng one of the best R departments proact ve and largely staffed w th former "on-l ne" employees Robyn be ng one. We all w sh h m

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331055

Morgan Stanley | RESEARCH



the best n h s ret rement and w ll m ss h s nput and stor es from h s Hem ngway-esque
hunt ng tr ps.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

10

**Morgan Stanley | RESEARCH**


UPDATE

# Financials

**Exhibit 7:** MS Price Deck and Product on Data

| Commodity | 2015E | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Brent ($/bl | 52.3 | 34.50 | 48.01 | 4.00 | 48.50 | 44.00 | 51.00 | 8.00 | 80.00 | 80.00 |
| WTI Cushing ($/bl | 48.3 | 33.41 | 45.63 | 45.00 | 4.50 | 43.11 | 50.00 | 64.00 | 00.00 | 00.00 |
| HH ($/mcf | 2.6 | 2.09 | 1.95 | 2.99 | 3.15 | 2.50 | 3.20 | 3.40 | 3.5 | 3.5 |

| APC production | 2015E | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Wattenberg | 224 | 239 | 242 | 232 | 222 | 234 | 232 | 268 | 334 | 411 |
| All other Rockies | 140 | 115 | 114 | 10 | 101 | 109 | 8 | 2 | 60 | 50 |
| **Rockies** | 364 | 354 | 356 | 339 | 323 | 343 | 319 | 339 | 393 | 461 |
| Eagle Ford | 85 | 8 | 8 | 2 | 89 | 3 | 83 | 82 | 88 | 8 |
| Delaware Basin | 32 | 38 | 41 | 40 | 40 | 40 | 2 | 106 | 150 | 191 |
| E Texas/N Louisiana | 58 | 58 | 52 | 4 | 25 | 45 | 41 | 40 | 41 | 41 |
| Chalk/Eagle ne | 13 | 8 | | 8 | | 10 | 9 | 8 | 8 |
| Marcellus | 5 | 91 | 81 | 59 | 52 | 1 | 88 | 81 | 58 | 5 |
| All other Southern & Appalachia | 22 | 20 | 19 | 1 | 9 | 15 | 15 | 15 | 14 | 14 |
| **Southern & Appalachia** | 285 | 290 | 275 | 242 | 200 | 252 | 265 | 293 | 339 | 386 |
| Alaska | 8 | 10 | 12 | 12 | 11 | 11 | 10 | 9 | 8 | |
| GoM | 85 | 9 | 4 | 4 | 99 | 81 | 151 | 14 | 146 | 151 |
| **US** | 742 | 734 | 718 | 667 | 633 | 688 | 748 | 789 | 887 | 1,004 |
| Algeria | 85 | 1 | 64 | 89 | 0 | 89 | 89 | 89 | 89 | 89 |
| Ghana/W Africa | 28 | 18 | 10 | 18 | 25 | 18 | 2 | 25 | 22 | 19 |
| **International** | 91 | 89 | 74 | 87 | 95 | 86 | 96 | 93 | 90 | 87 |
| **Global** | 833 | 823 | 792 | 753 | 728 | 774 | 844 | 882 | 977 | 1,091 |
| *Production slate:* | | | | | | | | | | |
| *Crude* | 38% | 38% | 37% | 41% | 46% | 40% | 47% | 48% | 50% | 51% |
| *NGLs* | 16% | 15% | 17% | 16% | 16% | 16% | 13% | 13% | 14% | 14% |
| *Nat Gas* | 47% | 46% | 46% | 43% | 39% | 44% | 40% | 38% | 36% | 35% |

Source: Morgan Stanley Research

**Exhibit 8:** Income Statement

| APC Income Statement ($MM) | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net revenues** | 9,486 | 1,634 | 1,985 | 2,069 | 2,206 | 7,895 | 11,145 | 14,584 | 19,325 | 21,891 |
| O&G operating costs | (1,014 | (206 | (202 | (220 | (233 | (863 | (1,12 | (1,154 | (1,304 | (1,489 |
| O&G transportat on and other costs | (1,195 | (242 | (246 | (230 | (233 | (951 | (1,034 | (1,061 | (1,19 | (1,340 |
| Gathering, process ng and marketing costs | (1,054 | (215 | (252 | (242 | (234 | (944 | (1,03 | (1,128 | (1,236 | (1,511 |
| G&A | (1,221 | (248 | (25 | (252 | (223 | (9 8 | (1,03 | (1,140 | (1,254 | (1,380 |
| Other taxes | (553 | (11 | (15 | (153 | (188 | (552 | (821 | (1,060 | (1,489 | (1,883 |
| **EBITDAX** | 4,794 | 709 | 931 | 1,035 | 1,249 | 3,924 | 6,048 | 8,390 | 12,804 | 14,506 |
| Exploration expense | (932 | (128 | ( 6 | (110 | (380 | (8 2 | (350 | (400 | (900 | (900 |
| **EBITDA** | 3,862 | 583 | 855 | 925 | 889 | 3,252 | 5,698 | 8,590 | 11,904 | 13,608 |
| DD&A | (4,603 | (1,149 | (984 | (1,049 | (1,054 | (4,235 | (4,582 | (4, 19 | (5,1 4 | (5, 35 |
| **EBIT** | (741 | (566 | (129 | (123 | (165 | (984 | 1,135 | 3,872 | 6,729 | 7,873 |
| Interest expense | (825 | (220 | (21 | (219 | (219 | (8 5 | (880 | (880 | (880 | (880 |
| **Pre-tax income before other income (expenses)** | (1,566 | (786 | (346 | (342 | (384 | (1,859 | 275 | 3,011 | 5,869 | 7,013 |
| Other income (expense | ( 88 | (588 | ( 8 | 94 | 319 | (541 | (1 | | | |
| **EBT** | (9,885 | (1,175 | (877 | (372 | (329 | (2,787 | 275 | 3,011 | 5,869 | 7,013 |
| Income tax rate | 33% | 33% | 36% | 32% | 20% | 32% | 96% | 45% | 42% | 41% |
| Income taxes | 2.8 | 363 | 314 | 120 | 85 | 882 | (285 | (1,344 | (2,451 | (2,889 |
| **Net income** | (6,812 | (795 | (563 | (252 | (264 | (1,874 | 10 | 1,668 | 3,417 | 4,143 |
| Less net income attributable to non controlling interests | 120 | (38 | (81 | (55 | (58 | (230 | (2 8 | (338 | (381 | (398 |
| **Reported net income to APC** | (6,692 | (831 | (644 | (307 | (322 | (2,104 | (266 | 1,330 | 3,037 | 3,746 |
| Less adjustments | 5.8 | 262 | 340 | | | 802 | | | | |
| **Adjusted net income** | (1,015 | (569 | (304 | (307 | (322 | (1,502 | (266 | 1,330 | 3,037 | 3,746 |
| Diluted shares outstanding, avg (MM | 506 | 509 | 510 | 528 | 548 | 523 | 546 | 548 | 548 | 546 |
| Reported diluted EPS ($ | (13.18 | (1 63 | (1 26 | (0.58 | (0.59 | (4 02 | (0.49 | 2.44 | 5.58 | 8.86 |
| Adjusted diluted EPS ($ | (2.00 | (1 12 | (0.80 | (0.58 | (0.59 | (2 8 | (0.49 | 2.44 | 5.58 | 8.86 |
| DPS ($ | 1.06 | 0.05 | 0.05 | 0.05 | 0.05 | 0.20 | 0.20 | 0.21 | 0.22 | 0.23 |

Source: Morgan Stanley Research

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331057

Morgan Stanley | RESEARCH



## Disclosure Section

The nformat on and op n ons n Morgan Stan ey Research were prepared by Morgan Stan ey & Co. LLC, and/or Morgan Stan ey C.T.V.M. S.A., and/or Morgan Stan ey Mex co, Casa de Bo sa, S.A. de C.V., and/or Morgan Stan ey Canada L m ted. As used n th s d sc osure sect on, "Morgan Stan ey" nc udes Morgan Stan ey & Co. LLC, Morgan Stan ey C.T.V.M. S.A., Morgan Stan ey Mex co, Casa de Bo sa, S.A. de C.V., Morgan Stan ey Canada L m ted and the aff ates as necessary.

For mportant d sc osures, stock pr ce charts and equ ty rat ng h stor es regard ng compan es that are the subject of th s report, p ease see the Morgan Stan ey Research D sc osure Webs te at www.morganstan ey.com/researchd sc osures, or contact your nvestment representat ve or Morgan Stan ey Research at 1585 Broadway, (Attent on: Research Management), New York, NY, 10036 USA.

For va uat on methodo ogy and r sks assoc ated w th any recommendat on, rat ng or pr ce target referenced n th s research report, p ease contact the C ent Support Team as fo ows: US/Canada +1 800 303-2495; ong Kong +852 2848-5999; Lat n Amer ca +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; S ngapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. A ternat ve y you may contact your nvestment representat ve or Morgan Stan ey Research at 1585 Broadway, (Attent on: Research Management), New York, NY 10036 USA.

### Analyst Certification

The fo ow ng ana ysts hereby cert fy that the r v ews about the compan es and the r secur t es d scussed n th s report are accurate y expressed and that they have not rece ved and w not rece ve d rect or nd rect compensat on n exchange for express ng spec f c recommendat ons or v ews n th s report: Evan Ca o.

Un ess otherw se stated, the nd v dua s sted on the cover page of th s report are research ana ysts.

### Global Research Conflict Management Policy

Morgan Stan ey Research has been pub shed n accordance w th our conf ct management po cy, wh ch s ava ab e at www.morganstan ey.com/ nst tut ona /research/conf ctpo c es.

### Important US Regulatory Disclosures on Subject Companies

The fo ow ng ana yst or strateg st (or a househo d member) owns secur t es (or re ated der vat ves) n a company that he or she covers or recommends n Morgan Stan ey Research: I ya Ba abanovsky - Coba t Internat ona Energy Inc(common or preferred stock).

As of September 30, 2016, Morgan Stan ey benef c a y owned 1% or more of a c ass of common equ ty secur t es of the fo ow ng compan es covered n Morgan Stan ey Research: InterO Corporat on, Occ denta Petro eum.

W th n the ast 12 months, Morgan Stan ey managed or co-managed a pub c offer ng (or 144A offer ng) of secur t es of **Anadarko Petroleum Corp**, Devon Energy Corp, ess Corporat on, Marathon O Corporat on, Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has rece ved compensat on for nvestment bank ng serv ces from **Anadarko Petroleum Corp**, Ca forn a Resources Corp, Devon Energy Corp, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Occ denta Petro eum, P oneer Natura Resources Co..

In the next 3 months, Morgan Stan ey expects to rece ve or ntends to seek compensat on for nvestment bank ng serv ces from **Anadarko Petroleum Corp**, Apache Corp., Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has rece ved compensat on for products and serv ces other than nvestment bank ng serv ces from **Anadarko Petroleum Corp**, Apache Corp., Ca forn a Resources Corp, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum.

W th n the ast 12 months, Morgan Stan ey has prov ded or s prov d ng nvestment bank ng serv ces to, or has an nvestment bank ng c ent re at onsh p w th, the fo ow ng company: **Anadarko Petroleum Corp**, Apache Corp., Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

W th n the ast 12 months, Morgan Stan ey has e ther prov ded or s prov d ng non- nvestment bank ng, secur t es-re ated serv ces to and/or n the past has entered nto an agreement to prov de serv ces or has a c ent re at onsh p w th the fo ow ng company: **Anadarko Petroleum Corp**, Apache Corp., Ca forn a Resources Corp, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Murphy O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

An emp oyee, d rector or consu tant of Morgan Stan ey s a d rector of Marathon O Corporat on. Th s person s not a research ana yst or a member of a research ana yst's househo d.

Morgan Stan ey & Co. LLC makes a market n the secur t es of **Anadarko Petroleum Corp**, Apache Corp., Ca forn a Resources Corp, Coba t Internat ona Energy Inc, ConocoPh ps, Devon Energy Corp, EOG Resources Inc, ess Corporat on, InterO Corporat on, Marathon O Corporat on, Murphy O Corporat on, Nob e Energy Inc., Occ denta Petro eum, P oneer Natura Resources Co..

The equ ty research ana ysts or strateg sts pr nc pa y respons b e for the preparat on of Morgan Stan ey Research have rece ved compensat on based upon var ous factors, nc ud ng qua ty of research, nvestor c ent feedback, stock p ck ng, compet t ve factors, f rm revenues and overa nvestment bank ng revenues. Equ ty Research ana ysts' or strateg sts' compensat on s not nked to nvestment bank ng or cap ta markets transact on performed by Morgan Stan ey or the prof tab ty or revenues of part cu ar trad ng desks.

Morgan Stan ey and ts aff ates do bus ness that re ates to compan es/ nstruments covered n Morgan Stan ey Research, nc ud ng market mak ng, prov d ng qu d ty, fund management, commerc a bank ng, extens on of cred t, nvestment serv ces and nvestment bank ng. Morgan Stan ey se s to and buys from customers the secur t es/ nstruments of compan es covered n Morgan Stan ey Research on a pr nc pa bas s. Morgan Stan ey may have a pos t on n the debt of the Company or nstruments d scussed n th s report. Morgan Stan ey trades or may trade as pr nc pa n the debt secur t es (or n re ated der vat ves) that are the subject of the debt research report.

Certa n d sc osures sted above are a so for comp ance w th app cab e regu at ons n non-US jur sd ct ons.

### STOCK RATINGS

Morgan Stan ey uses a re at ve rat ng system us ng terms such as Overwe ght, Equa -we ght, Not-Rated or Underwe ght (see def n t ons be ow). Morgan Stan ey does not ass gn rat ngs of Buy, o d or Se to the stocks we cover. Overwe ght, Equa -we ght, Not-Rated and Underwe ght are not the equ va ent of buy, ho d and se . Investors shou d carefu y read the def n t ons of a rat ngs used n Morgan Stan ey Research. In add t on, s nce Morgan Stan ey Research conta ns more comp ete nformat on concern ng the ana yst's v ews, nvestors shou d carefu y read Morgan Stan ey Research, n ts ent rety, and not nfer the contents from the rat ng a one. In any case, rat ngs (or research) shou d not be used or re ed upon as nvestment adv ce. An nvestor's dec s on to buy or se a stock shou d depend on nd v dua c rcumstances (such as the nvestor's ex st ng ho d ngs) and other cons derat ons.

### Global Stock Ratings Distribution

(as of September 30, 2016)

The Stock Rat ngs descr bed be ow app y to Morgan Stan ey's Fundamenta Equ ty Research and do not app y to Debt Research produced by the F rm. For d sc osure purposes on y ( n accordance w th NASD and NYSE requ rements), we nc ude the category head ngs of Buy, o d, and Se a ongs de our rat ngs of Overwe ght, Equa -we ght, Not-Rated and Underwe ght. Morgan Stan ey does not ass gn rat ngs of Buy, o d or Se to the stocks we cover.

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

12

APC-01331058

**Morgan Stanley** | RESEARCH


UPDATE

Overwe ght, Equa -we ght, Not-Rated and Underwe ght are not the equ va ent of buy, ho d, and se  but represent recommended re at ve we ght ngs (see def n t ons be ow). To sat sfy regu atory requ rements, we correspond Overwe ght, our most pos t ve stock rat ng, w th a buy recommendat on; we correspond Equa -we ght and Not-Rated to ho d and Underwe ght to se  recommendat ons, respect ve y.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OT ER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1144 | 35% | 261 | 40% | 23% | 566 | 36% |
| Equal-weight/Hold | 1429 | 43% | 303 | 46% | 21% | 713 | 45% |
| Not-Rated/Hold | 73 | 2% | 8 | 1% | 11% | 10 | 1% |
| Underweight/Sell | 655 | 20% | 84 | 13% | 13% | 287 | 18% |
| TOTAL | 3,301 | | 656 | | | 1576 | |

Data nc ude common stock and ADRs current y ass gned rat ngs. Investment Bank ng C ents are compan es from whom Morgan Stan ey rece ved nvestment bank ng compensat on n the ast 12 months.

## Analyst Stock Ratings

Overwe ght (O). The stock's tota return s expected to exceed the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.

Equa -we ght (E). The stock's tota return s expected to be n ne w th the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.

Not-Rated (NR). Current y the ana yst does not have adequate conv ct on about the stock's tota return re at ve to the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.

Underwe ght (U). The stock's tota return s expected to be be ow the average tota return of the ana yst's ndustry (or ndustry team's) coverage un verse, on a r sk-adjusted bas s, over the next 12-18 months.

Un ess otherw se spec f ed, the t me frame for pr ce targets nc uded n Morgan Stan ey Research s 12 to 18 months.

## Analyst Industry Views

Attract ve (A): The ana yst expects the performance of h s or her ndustry coverage un verse over the next 12-18 months to be attract ve vs. the re evant broad market benchmark, as nd cated be ow.

In-L ne (I): The ana yst expects the performance of h s or her ndustry coverage un verse over the next 12-18 months to be n ne w th the re evant broad market benchmark, as nd cated be ow.

Caut ous (C): The ana yst v ews the performance of h s or her ndustry coverage un verse over the next 12-18 months w th caut on vs. the re evant broad market benchmark, as nd cated be ow.

Benchmarks for each reg on are as fo ows: North Amer ca - S&P 500; Lat n Amer ca - re evant MSCI country ndex or MSCI Lat n Amer ca Index; Europe - MSCI Europe; Japan - TOPIX; As a - re evant MSCI country ndex or MSCI sub-reg ona ndex or MSCI AC As a Pac f c ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331059

**Morgan Stanley** | RESEARCH

 UPDATE



Anadarko Petroleum Corp (APC.N) - As of 10/10/16 in USD
Industry : Large-Cap Exploration & Production

Stock Rating History: 10/1/13 : O/A; 1/12/16 : O/I; 6/13/16 : O/A

Price Target History: 9/23/13 : 108; 10/21/13 : 110; 4/4/14 : 115; 4/22/14 : 124; 7/16/14 : 135; 10/20/14 : 129;
11/25/14 : 120; 12/16/14 : 100; 1/15/15 : 91; 3/3/15 : 100; 4/23/15 : 115; 5/26/15 : 118; 9/4/15 : 104;
10/12/15 : 92; 1/12/16 : 46; 6/13/16 : 70; 7/13/16 : 74; 9/13/16 : 81

Source: Morgan Stanley Research       Date Format: MM/DD/YY       Price Target -•       No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ─── Stock Price (Covered by Current Analyst) ▰▰▰▰
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Price Target Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry
(or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country
index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of **Anadarko Petroleum Corp**, Apache Corp., Cabot Oil & Gas Resources Corp, Devon Energy Corp, EOG Resources Inc., Hess Corporation, Marathon Oil Corporation, Murphy Oil Corporation, Noble Energy Inc., Occidental Petroleum, Pioneer Natural Resources Co..

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.htm ). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.htm). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.htm), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.htm).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individual y tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

14

# Morgan Stanley | RESEARCH



strateg es, and encourages nvestors to seek the advce of a fnanc a advser. The appropr ateness of an nvestment or strategy w  depend on an nvestor's c rcumstances and object ves. The secur t es, nstruments, or strateg es d scussed n Morgan Stan ey Research may not be su tab e for a  nvestors, and certa n nvestors may not be e g b e to purchase or part c pate n some or a  of them. Morgan Stan ey Research s not an offer to buy or se  or the so c tat on of an offer to buy or se  any secur ty/ nstrument or to part c pate n any part cu ar trad ng strategy. The va ue of and ncome from your nvestments may vary because of changes n nterest rates, fore gn exchange rates, defau t rates, prepayment rates, secur t es/ nstruments pr ces, market ndexes, operat ona  or f nanc a  cond t ons of compan es or other factors. There may be t me nt mat ons on the exerc se of opt ons or other r ghts n secur t es/ nstruments transact ons. Past performance s not necessar y a gu de to future performance. Est mates of future performance are based on assumpt ons that may not be rea zed. If prov ded, and un ess otherw se stated, the c os ng pr ce on the cover page s that of the pr mary exchange for the subject company's secur t es/ nstruments.

The f xed ncome research ana ysts, strateg sts or econom sts pr nc pa y respons b e for the prepar at on of Morgan Stan ey Research have rece ved compensat on based upon var ous factors, ncud ng qua ty, accuracy and va ue of research, f rm prof tab  ty or revenues (wh ch nc ude f xed ncome trad ng and cap ta  markets prof tab  ty or revenues), c ent feedback and compet t ve factors. F xed Income Research ana ysts', strateg sts' or econom sts' compensat on s not nked to nvestment bank ng or cap ta  markets transact ons performed by Morgan Stan ey or the prof tab  ty or revenues of part cu ar trad ng desks.

The "Important US Regu atory D sc osures on Subject Compan es" sect on n Morgan Stan ey Research  sts a  compan es ment oned where Morgan Stan ey owns 1% or more of a c ass of common equ ty secur t es of the compan es. For a  other compan es ment oned n Morgan Stan ey Research, Morgan Stan ey may have an nvestment of more than 1% n secur t es/ nstruments or der vat ves of secur t es/ nstruments of compan es and may trade them n ways d fferent from those d scussed n Morgan Stan ey Research. Emp oyees of Morgan Stan ey not nvo ved n the prepar at on of Morgan Stan ey Research may have nvestments n secur t es/ nstruments or der vat ves of secur t es/ nstruments of compan es ment oned and may trade them n ways d fferent from those d scussed n Morgan Stan ey Research. Der vat ves may be ssued by Morgan Stan ey or assoc ated persons.

W th the except on of nformat on regard ng Morgan Stan ey, Morgan Stan ey Research s based on pub c nformat on. Morgan Stan ey makes every effort to use re ab e, comprehens ve nformat on, but we make no representat on that t s accurate or comp ete. We have no ob gat on to te  you when op n ons or nformat on n Morgan Stan ey Research change apart from when we ntend to d scont nue equ ty research coverage of a subject company. Facts and v ews presented n Morgan Stan ey Research have not been rev ewed by, and may not ref ect nformat on known to, profess ona s n other Morgan Stan ey bus ness areas, ncud ng nvestment bank ng personne .

Morgan Stan ey Research personne  may part c pate n company events such as s te v s ts and are genera y proh b ted from accept ng payment by the company of assoc ated expenses un ess pre-approved by author zed members of Research management.

Morgan Stan ey may make nvestment dec s ons that are ncons stent w th the recommendat ons or v ews n th s report.

To our readers n Ta wan: Informat on on secur t es/ nstruments that trade n Ta wan s d str buted by Morgan Stan ey Ta wan L m ted ("MSTL"). Such nformat on s for your reference on y. The reader shou d ndependent y eva uate the nvestment r sks and s o e y respons b e for the r nvestment dec s ons. Morgan Stan ey Research may not be d str buted to the pub c med a or quoted or used by the pub c med a w thout the express wr tten consent of Morgan Stan ey. Informat on on secur t es/ nstruments that do not trade n Ta wan s for nformat ona  purposes on y and s not to be construed as a recommendat on or a so c tat on to trade n such secur t es/ nstruments. MSTL may not execute transact ons for c ents n these secur t es/ nstruments. To our readers n  ong Kong: Informat on s d str buted n  ong Kong by and on beha f of, and s attr butab e to, Morgan Stan ey As a L m ted as part of ts regu ated act v t es n  ong Kong. If you have any quer es concern ng Morgan Stan ey Research, p ease contact our  ong Kong sa es representat ve.

Morgan Stan ey s not ncorporated under PRC aw and the research n reat on to th s report s conducted outs de the PRC. Morgan Stan ey Research does not const tute an offer to se  or the so c tat on of an offer to buy any secur t es n the PRC. PRC nvestors sha  have the re evant qua f cat ons to nvest n such secur t es and sha  be respons b e for obta n ng a  re evant approva s, censes, ver f cat ons and/or reg strat ons from the re evant governmenta  author t es themse ves. Ne ther th s report nor any part of t s ntended as, or sha  const tute, prov s on of any consu tancy or advsory servce of secur t es nvestment as def ned under PRC aw. Such nformat on s prov ded for your reference on y.

Morgan Stan ey Research s d ssem nated n Braz  by Morgan Stan ey C.T.V.M. S.A.; n Mex co by Morgan Stan ey Méx co, Casa de Bo sa, S.A. de C.V wh ch s regu ated by Com s on Nac ona  Bancar a y de Va ores. Paseo de os Tamar ndos 90, Torre 1, Co . Bosques de as Lomas F oor 29, 05120 Mex co C ty; n Japan by Morgan Stan ey MUFG Secur t es Co., Ltd. and, for Commod t es re ated research reports on y, Morgan Stan ey Cap ta  Group Japan Co., Ltd; n  ong Kong by Morgan Stan ey As a L m ted (wh ch accepts respons b ty for ts contents) and by Morgan Stan ey As a Internat ona  L m ted, ong Kong Branch; n S ngapore by Morgan Stan ey As a (S ngapore) Pte. (Reg strat on number 199206298Z) and/or Morgan Stan ey As a (S ngapore) Secur t es Pte Ltd (Reg strat on number 200008434 ), regu ated by the Monetary Author ty of S ngapore (wh ch accepts  ega  respons b ty for ts contents and shou d be contacted w th respect to any matters ar s ng from, or n connect on w th, Morgan Stan ey Research) and by Morgan Stan ey As a Internat ona  L m ted, S ngapore Branch (Reg strat on number T11FC0207F); n Austra a to "who esa e c ents" w th n the mean ng of the Austra an Corporat ons Act by Morgan Stan ey Austra a L m ted A.B.N. 67 003 734 576, ho der of Austra an f nanc a  serv ces  cense No. 233742, wh ch accepts respons b ty for ts contents; n Austra a to "who esa e c ents" and "reta  c ents" w th n the mean ng of the Austra an Corporat ons Act by Morgan Stan ey Wea th Management Austra a Pty Ltd (A.B.N. 19 009 145 555, ho der of Austra an f nanc a  serv ces  cense No. 240813, wh ch accepts respons b ty for ts contents; n Korea by Morgan Stan ey & Co Internat ona  p c, Seou  Branch; n Ind a by Morgan Stan ey Ind a Company Pr vate L m ted; n Indones a by PT Morgan Stan ey As a Indones a; n Canada by Morgan Stan ey Canada L m ted, wh ch has approved of and takes respons b ty for ts contents n Canada; n Germany by Morgan Stan ey Bank AG, Frankfurt am Ma n and Morgan Stan ey Pr vate Wea th Management L m ted, N eder assung Deutsch and, regu ated by Bundesansta t fuer F nanzd enst e stungsaufs cht (BaF n); n Spa n by Morgan Stan ey, S.V., S.A., a Morgan Stan ey group company, wh ch s superv sed by the Span sh Secur t es Markets Comm ss on (CNMV) and states that Morgan Stan ey Research has been wr tten and d str buted n accordance w th the ru es of conduct app cab e to f nanc a  research as estab shed under Span sh regu at ons; n the US by Morgan Stan ey & Co. LLC, wh ch accepts respons b ty for ts contents. Morgan Stan ey & Co. Internat ona  p c, author zed by the Prudent a  Regu atory Author ty and regu ated by the F nanc a  Conduct Author ty and the Prudent a  Regu atory Author ty, d ssem nates n the UK research that t has prepared, and approves so e y for the purposes of sect on 21 of the F nanc a  Serv ces and Markets Act 2000, research wh ch has been prepared by any of ts aff  ates. RMB Morgan Stan ey (Propr etary) L m ted s a member of the JSE L m ted and regu ated by the F nanc a  Serv ces Board n South Afr ca. RMB Morgan Stan ey (Propr etary) L m ted s a jo nt venture owned equa y by Morgan Stan ey Internat ona  o d ngs Inc. and RMB Investment Adv sory (Propr etary) L m ted, wh ch s who y owned by F rstRand L m ted. The nformat on n Morgan Stan ey Research s be ng d ssem nated by Morgan Stan ey Saud  Arab a, regu ated by the Cap ta  Market Author ty n the K ngdom of Saud  Arab a , and s d rected at Soph st cated nvestors on y.

The nformat on n Morgan Stan ey Research s be ng commun cated by Morgan Stan ey & Co. Internat ona  p c (DIFC Branch), regu ated by the Duba  F nanc a  Serv ces Author ty (the DFSA), and s d rected at Profess ona  C ents on y, as def ned by the DFSA. The f nanc a  products or f nanc a  serv ces to wh ch th s research re ates w  on y be made ava  ab e to a customer who we are sat sf ed meets the regu atory cr ter a to be a Profess ona  C ent.

The nformat on n Morgan Stan ey Research s be ng commun cated by Morgan Stan ey & Co. Internat ona  p c (QFC Branch), regu ated by the Qatar F nanc a  Centre Regu atory Author ty (the QFCRA), and s d rected at bus ness customers and market counterparts on y and s not ntended for Reta  Customers as def ned by the QFCRA.

As requ red by the Cap ta  Markets Board of Turkey,  nvestment nformat on, comments and recommendat ons stated here, are not w th n the scope of nvestment adv sory act v ty. Investment adv sory serv ce s prov ded exc us ve y to persons based on the r r sk and ncome preferences by the author zed f rms. Comments and recommendat ons stated here are genera  n nature. These op n ons may not f t to your f nanc a  status, r sk and return preferences. For th s reason, to make an nvestment dec s on by re y ng so e y to th s nformat on stated here may not br ng about outcomes that f t your expectat ons.

The trademarks and serv ce marks conta ned n Morgan Stan ey Research are the property of the r respect ve owners. Th rd-party data prov ders make no

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

APC-01331061

**Morgan Stanley** | **RESEARCH**



warrant es or representat ons re at ng to the accuracy, comp eteness, or t me ness of the data they provde and sha  not have  ab  ty for any damages re at ng to such data. The G oba  Industry C ass f cat on Standard (GICS) was deve oped by and  s the exc us ve property of MSCI and S&P.
Morgan Stan ey Research, or any port on thereof may not be repr nted, so d or red str buted w thout the wr tten consent of Morgan Stan ey.

INDUSTRY COVERAGE: **Large-Cap Exploration & Production**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (10/10/2016) |
|---|---|---|
| **Evan Calio** | | |
| Anadarko Petroleum Corp (APC N) | O (10/19/2011) | $64 39 |
| Apache Corp  (APA N) | E (11/20/2012) | $64 16 |
| Cal forn a Resources Corp (CRC N) | U (12/01/2014) | $11 67 |
| Cobalt  nternat onal Energy nc (C E N) | NR (08/04/2016) | $1 14 |
| ConocoPh ll ps (COP N) | E (04/11/2014) | $44 39 |
| Devon Energy Corp (DVN N) | O (04/18/2016) | $44 39 |
| EOG Resources  nc (EOG N) | E (12/16/2014) | $97 29 |
| Hess Corporat on (HES N) | E (01/12/2016) | $53 95 |
|  nterO l Corporat on ( OC N) | | $50 69 |
| Marathon O l Corporat on (MRO N) | O (06/20/2016) | $15 72 |
| Murphy O l Corporat on (MUR N) | U (07/13/2015) | $30 27 |
| Noble Energy nc  (NBL N) | O (09/20/2015) | $36 04 |
| Occ dental Petroleum (OXY N) | E (06/13/2016) | $74 77 |
| P oneer Natural Resources Co  (PXD N) | O (07/13/2015) | $193 24 |

Stock Rat ngs are subject to change. P ease see  atest research for each company.
*   stor ca  pr ces are not sp t adjusted.

© 2016 Morgan Stanley

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 12:07 PM.

16

APC-01331062

EXHIBIT 8

May 3, 2017

**Goldman Sachs**

## COMPANY UPDATE
# Anadarko Petroleum Corp. (APC)

Buy

Equity Research

# On track to meet 2017 outlook; lower asset sale proceeds negative

### What's changed

APC reported 1Q adj. EPS/EBITDA of -$0.60/$1.61 bn vs. our -$0.35/$1.53 bn and Bloomberg consensus -$0.23/$1.45 bn. We update our 2017E-19E EPS on production/costs to -$1.31/-$0.85/-$0.69 from -$0.99/-$0.73/-$0.46.

### Implications

**On track to meet 2017 outlook; asset sale proceeds below expected.** APC reported above our/consensus EBITDA from lower costs/higher revenues. We believe APC is on track to meet its 2017 outlook, led by strong ramp-up in Permian/DJ Basin and flat GOM production. Notably, initial results from optimized completions in the DJ were positive with wells outperforming type curve by >10%. While operating results were strong, net proceeds from Eagle Ford/Marcellus asset sales were below expected, driving our NAV down by $2/shr (greater detail in note).

**Tie-back opportunity from existing infrastructure in Gulf of Mexico remains robust; greenfield Shenandoah development unlikely.** APC continues to see robust performance from wells that can be tied-back to existing infrastructure in GOM. APC continues to enhance GOM tie-back opportunity: (1) Calpurnia exploration well encountered 60 net feet of oil pay; and (2) APC successfully bid on 16 blocks near existing platforms. Following unfavorable result from the Shenandoah well, APC is unlikely to pursue development of the project at current oil prices (consistent with previous commentary). We lower our NAV by $1/shr associated with the Shenandoah prospect.

### Valuation

APC trades at 6.9x/5.9x 2018E/19E EV/ DACF vs. 7.0x/6.5x for int'l/diversified peers. We lower our 12-month DCF-M&A based target price to $84 (from $86.50), due to lower asset sale proceeds and lower Shenandoah value offset by greater credit to APC's WGP ownership.

### Key risks

Commodity volatility, well results, costs, government pronouncements.

### INVESTMENT LIST MEMBERSHIP
Americas Buy List

### Coverage View: Attractive

Brian Singer, CFA
(212) 902-6259 brian.singer@gs.com Goldman Sachs and Co. LLC

Umang Choudhary
(212) 357-2642 umang.choudhary@gs.com Goldman Sachs and Co. LLC

Nick DeValeria
(801) 741-5535 nick.devaleria@gs.com Goldman Sachs and Co. LLC

Caroline Shavel
(917) 343-2034 caroline.shavel@gs.com Goldman Sachs and Co. LLC



**Investment Profile**

| Low | | High |
|---|---|---|
| Growth | | Growth |
| Returns * | | Returns * |
| Multiple | | Multiple |
| Volatility | | Volatility |
| Percentile | 20th 40th 60th 80th 100th | |

■ Anadarko Petroleum Corp. (APC)

○ Americas E&P Peer Group Average

* Returns = Return on Capital   For a complete description of the investment profile measures please refer to the disclosure section of this document.

| Key data | Current |
|---|---|
| Price ($) | 58.28 |
| 12 month price target ($) | 84.00 |
| Market cap ($ mn) | 31,010.3 |

| | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Revenue ($ mn) New | 7,825.0 | 9,682.2 | 11,315.0 | 12,089.4 |
| Revenue ($ mn) Old | 7,825.0 | 9,727.5 | 11,213.3 | 13,057.4 |
| EPS ($) New | (3.10) | (1.31) | (0.85) | (0.69) |
| EPS ($) Old | (3.10) | (0.99) | (0.73) | (0.46) |
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | 10.5 | 7.6 | 6.6 | 5.7 |
| ROE (%) | NM | NM | NM | NM |

| | 3/17 | 6/17E | 9/17E | 12/17E |
|---|---|---|---|---|
| EPS ($) | (0.60) | (0.16) | (0.30) | (0.23) |

**Price performance chart**



—— Anadarko Petroleum Corp. (L)   —— S&P 500 (R)

| Share price performance (%) | 3 month | 6 month | 12 month |
|---|---|---|---|
| Absolute | (18.6) | (6.4) | 8.3 |
| Rel. to S&P 500 | (22.3) | (17.9) | (5.7) |

*Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 5/02/2017 close*

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

The Goldman Sachs Group, Inc.

Global Investment Research

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

May 3, 2017

Anadarko Petroleum Corp. (APC)

# Anadarko Petroleum Corp.: Summary Financials

| Profit model ($ mn) | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Total revenue | 7,625.0 | 9,682.2 | 11,315.0 | 13,069.4 |
| Cost of goods sold | (3,295.0) | (4,205.4) | (3,947.7) | (4,600.1) |
| SG&A | (1,237.0) | (1,594.0) | (1,140.0) | (1,168.5) |
| R&D | 0.0 | 0.0 | 0.0 | 0.0 |
| Other operating profit/(expense) | 0.0 | 0.0 | 0.0 | 0.0 |
| ESO expense | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA | 4,039.0 | 5,992.9 | 7,927.3 | 9,280.2 |
| Depreciation & amortization | (4,301.0) | (4,380.7) | (5,248.9) | (6,118.9) |
| EBIT | (1,206.0) | 2.1 | 978.4 | 1,172.9 |
| Net interest income/(expense) | (890.0) | (889.7) | (889.9) | (889.3) |
| Income/(loss) from associates | 0.0 | 0.0 | 0.0 | 0.0 |
| Others | (264.0) | 583.0 | (40.0) | (40.0) |
| Pretax profits | (3,629.0) | (292.5) | 49.5 | 243.5 |
| Provision for taxes | 1,021.0 | (192.5) | (220.4) | (296.1) |
| Minority interest | (283.0) | (223.0) | (300.0) | (332.9) |
| Net income pre-preferred dividends | (3,071.0) | (708.1) | (470.9) | (385.4) |
| Preferred dividends | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income (pre-exceptionals) | (1,604.0) | (720.1) | (470.9) | (385.4) |
| Post tax exceptionals | (1,467.0) | 12.0 | 0.0 | 0.0 |
| Net income (post-exceptionals) | (3,071.0) | (708.1) | (470.9) | (385.4) |
| | | | | |
| EPS (basic, pre-except) ($) | (3.10) | (1.31) | (0.85) | (0.70) |
| EPS (diluted, pre-except) ($) | (3.10) | (1.31) | (0.85) | (0.69) |
| EPS (basic, post-except) ($) | (5.93) | (1.28) | (0.85) | (0.70) |
| EPS (diluted, post-except) ($) | (5.93) | (1.28) | (0.85) | (0.70) |
| Common dividends paid | (105.0) | (110.8) | (112.2) | (112.4) |
| DPS ($) | 0.20 | 0.20 | 0.20 | 0.20 |
| Dividend payout ratio (%) | (6.5) | (15.4) | (23.4) | (28.6) |

| Growth & margins (%) | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Sales growth | (13.0) | 27.0 | 16.9 | 15.5 |
| EBITDA growth | (15.7) | 48.4 | 17.2 | 17.8 |
| EBIT growth | 50.8 | 100.2 | NM | 19.9 |
| Net income (pre-except) growth | (57.2) | 55.1 | 34.6 | 18.2 |
| EPS growth | (54.0) | 57.9 | 34.7 | 18.0 |
| Gross margin | 56.8 | 56.6 | 65.1 | 64.7 |
| EBITDA margin | 53.0 | 61.9 | 62.1 | 63.4 |
| EBIT margin | (15.8) | 0.0 | 8.6 | 9.0 |

| Cash flow statement ($ mn) | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Net income | (3,071.0) | (708.1) | (470.9) | (385.4) |
| D&A add-back (incl. ESO) | 4,301.0 | 4,380.7 | 5,248.9 | 6,118.9 |
| Minority interest add-back | 263.0 | 223.0 | 300.0 | 332.9 |
| Net (inc)/dec working capital | 92.0 | 111.0 | 0.0 | 0.0 |
| Other operating cash flow | 1,415.0 | 650.1 | 739.3 | 1,009.1 |
| Cash flow from operations | 3,000.0 | 4,656.8 | 5,817.3 | 7,075.5 |
| | | | | |
| Capital expenditures | (3,505.0) | (5,615.5) | (6,259.6) | (7,631.6) |
| Acquisitions | (1,740.0) | 0.0 | 0.0 | 0.0 |
| Divestitures | 2,769.0 | 2,728.0 | 500.0 | 500.0 |
| Others | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash flow from investing | (2,476.0) | (2,887.5) | (5,759.6) | (7,131.6) |
| | | | | |
| Dividends paid (common & pref) | (105.0) | (110.8) | (110.4) | (112.4) |
| Inc/(dec) in debt | (428.0) | 3.0 | 0.0 | 1,496.6 |
| Other financing cash flows | 2,254.0 | (482.3) | (542.6) | (595.9) |
| Cash flow from financing | 1,721.0 | (590.1) | (653.0) | 788.3 |
| Total cash flow | 2,245.0 | 1,179.1 | (595.3) | 732.2 |

| Balance sheet ($ mn) | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Cash & equivalents | 3,184.0 | 4,363.1 | 3,767.8 | 4,500.0 |
| Accounts receivable | 1,728.0 | 1,577.0 | 1,577.0 | 1,577.0 |
| Inventory | 0.0 | 0.0 | 0.0 | 0.0 |
| Other current assets | 354.0 | 299.0 | 299.0 | 299.0 |
| Total current assets | 5,266.0 | 6,239.1 | 5,643.8 | 6,376.0 |
| Net PP&E | 32,168.0 | 29,679.5 | 29,870.2 | 30,441.7 |
| Net intangibles | 5,904.0 | 5,738.0 | 5,739.0 | 5,739.0 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 2,226.0 | 2,182.0 | 2,182.0 | 2,182.0 |
| Total assets | 45,564.0 | 43,839.6 | 43,235.1 | 44,738.7 |
| | | | | |
| Accounts payable | 2,288.0 | 1,979.0 | 1,979.0 | 1,979.0 |
| Short-term debt | 42.0 | 0.0 | 0.0 | 0.0 |
| Other current liabilities | 998.0 | 1,418.0 | 1,418.0 | 1,418.0 |
| Total current liabilities | 3,328.0 | 3,397.0 | 3,397.0 | 3,397.0 |
| Long-term debt | 15,281.0 | 15,326.0 | 15,326.0 | 16,822.6 |
| Other long-term liabilities | 11,458.0 | 10,330.5 | 10,007.2 | 10,179.1 |
| Total long-term liabilities | 26,739.0 | 25,656.5 | 25,333.2 | 27,001.7 |
| Total liabilities | 30,067.0 | 29,053.5 | 28,730.2 | 30,398.7 |
| | | | | |
| Preferred shares | 0.0 | 0.0 | 0.0 | 0.0 |
| Total common equity | 12,212.0 | 11,383.1 | 10,801.8 | 10,304.0 |
| Minority interest | 3,285.0 | 3,403.0 | 3,703.0 | 4,035.9 |
| | | | | |
| Total liabilities & equity | 45,564.0 | 43,839.6 | 43,235.1 | 44,738.7 |

| Additional financials | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Net debt/equity (%) | 78.3 | 74.1 | 79.7 | 85.9 |
| Interest cover (X) | (1.4) | 0.0 | 1.1 | 1.3 |
| Inventory days | -- | -- | -- | -- |
| Receivable days | 100.5 | 62.3 | 50.9 | 44.0 |
| BVPS ($) | 22.16 | 20.65 | 19.60 | 18.69 |
| | | | | |
| ROA (%) | (3.5) | (1.6) | (1.1) | (0.9) |
| CROCI (%) | 4.8 | 6.3 | 7.9 | 9.0 |
| | | | | |
| Dupont ROE (%) | (19.4) | (4.9) | (3.2) | (2.7) |
| Margin (%) | (21.0) | (7.4) | (4.2) | (2.9) |
| Turnover (X) | 0.2 | 0.2 | 0.3 | 0.3 |
| Leverage (X) | 2.9 | 3.0 | 3.0 | 3.1 |
| | | | | |
| Free cash flow per share ($) | (0.97) | (1.74) | (0.90) | (1.01) |
| Free cash flow yield (%) | (1.8) | (3.1) | (1.4) | (1.8) |

Note: Last actual year may include reported and estimated data.
*Source: Company data, Goldman Sachs Research estimates.*

**Analyst Contributors**

**Brian Singer, CFA**
brian.singer@gs.com

**Caroline Shavel**
caroline.shavel@gs.com

**Umang Choudhary**
umang.choudhary@gs.com

**Nick DeValeria**
nick.devaleria@gs.com

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2023 01:44 PM.

2

APC-01334953

# Updated estimates and target price methodology

**Asset sale proceeds surprise substantially to the downside due to tax considerations**. Management in 1Q closed asset sales in the Marcellus Shale and Eagle Ford Shale with previously-announced gross proceeds of $3.54 bn. However, proceeds received as asset sales booked during 1Q were $2.85 bn, and management expects an additional $0.20 bn in 2Q. Cash tax and other offsets associated with the transaction appear to have surprised meaningfully to the upside. 1Q 2017 current taxes on the income statement were reported at $0.76 bn, of which based on company expectations prior to the quarter we believe about $0.11 bn is associated with Algeria. Management indicated that of the remaining amount of cash taxes booked with 1Q, $0.32 bn will still need to be paid (part of a working capital gain associated with higher current liabilities). Our conversation with management did not provide clarity on whether the additional $0.32 bn of cash tax is related to the Marcellus/Eagle Ford acquisitions. If it is related, then the $3.05 bn of proceeds less $0.65 bn of cash taxes will net APC $2.4 bn. We expect management will provide further clarity.

**Updated estimates:** We update our estimates for cost/production/realized price/hedges following 1Q 2017 results.

**Price target methodology:** Our DCF/M&A-based 12-month price target of $84 (from $86.50) reflects an 85% weighting of our $80.50 (vs. $83 previously) fundamental value and 15% weighting of our $104 (vs. $105 previously) M&A value. In turn, the fundamental value is based on a 25% weighting of our $73 (vs. $76 previously) base value and 75% weighting of our $83 (vs. $86 previously) shale efficiency scenario value. The base/shale efficiency/M&A valuations are based on $60/$55/$75 per bbl WTI oil price respectively and $3.25/$3.00/$3.50 per MMBtu Henry Hub gas price respectively. The shale efficiency scenario assumes 0%-10% annual productivity improvement (vs. year-end 2016 assumptions) through 2020 for various North American shale plays.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334954

**Exhibit 1: APC 1Q 2017 results vs. our estimates**
Millions of dollars, unless noted

| | 1Q 2017 Actual | 1Q 2017 Estimate | 1Q 2016 Actual | 4Q 2016 Actual | Change vs. est. | Change YoY | Change QoQ |
|---|---|---|---|---|---|---|---|
| **Earnings** | | | | | | | |
| Revenues | 2,541 | 2,479 | 1,522 | 2,287 | 3% | 67% | 11% |
| EBITDA | 1,610 | 1,532 | 709 | 1,388 | 5% | 127% | 16% |
| Op. Cash Flow | 1,085 | 1,306 | 397 | 1,190 | -17% | 173% | -9% |
| EPS (reported) | ($0.58) | ($0.35) | ($2.03) | ($0.93) | -64% | 72% | 38% |
| EPS (adjusted) | ($0.60) | ($0.35) | ($1.12) | ($0.49) | -70% | 46% | -21% |
| | | | | | | | |
| **Production** | | | | | | | |
| Natural gas (MMcf/d) | 1,859 | 1,809 | 2,303 | 1,881 | 3% | -19% | -1% |
| Oil (Mb/d) | 367.0 | 373.2 | 315 | 336.0 | -2% | 17% | 9% |
| NGLs (Mb/d) | 118.0 | 118.6 | 128 | 124.0 | -1% | -8% | -5% |
| **Total production (MBOE/d)** | 795 | 793 | 827 | 774 | 0% | -4% | 3% |
| | | | | | | | |
| **Realized prices** | | | | | | | |
| Natural gas ($/Mcf) | $2.98 | $2.99 | $1.81 | $2.56 | 0% | 65% | 16% |
| Oil ($/bbl) | $50.38 | $49.64 | $32.72 | $48.30 | 1% | 54% | 4% |
| NGLs ($/bbl) | $26.89 | $24.82 | $15.49 | $24.62 | 8% | 74% | 9% |
| | | | | | | | |
| **Costs ($/BOE)** | | | | | | | |
| Lease operating | $7.09 | $6.90 | $5.98 | $6.48 | 3% | 19% | 9% |
| Production taxes | $2.17 | $2.51 | $1.55 | $1.60 | -14% | 39% | 35% |
| G&A | $3.76 | $3.85 | $3.27 | $4.55 | -2% | 15% | -17% |
| **Total cash costs** | **$13.01** | **$13.26** | **$10.81** | **$12.63** | **-2%** | **20%** | **3%** |
| Exploration Expense | $15.17 | $3.85 | $1.67 | $6.18 | 294% | 806% | 145% |
| DD&A | $15.59 | $15.90 | $15.27 | $15.44 | -2% | 2% | 1% |
| **All-in costs** | **$43.77** | **$33.01** | **$27.75** | **$34.26** | **33%** | **58%** | **28%** |
| | | | | | | | |
| Net Debt ($ mn) | 9,495 | 8,687 | 15,804 | 12,139 | 9% | -40% | -22% |
| | | | | | | | |
| Current taxes | (757) | (87) | (30) | (53) | NM | NM | NM |

*Source: Company data, Goldman Sachs Global Investment Research*

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334955

**Exhibit 2: Updated estimates for APC**
Millions of dollars, unless noted

|  | EPS | | | Adjusted EBITDA ($ millions) | | |
|---|---|---|---|---|---|---|
|  | New | Old | % change | New | Old | % change |
| 2QE | ($0.18) | ($0.15) | -21% | $1,433 | $1,520 | -6% |
| 3QE | ($0.30) | ($0.27) | -10% | $1,407 | $1,413 | 0% |
| 4QE | ($0.23) | ($0.22) | -4% | $1,543 | $1,518 | 2% |
| 2017E | ($1.31) | ($0.99) | -32% | $5,993 | $5,983 | 0% |
| 1QE | ($0.25) | ($0.23) | -6% | $1,645 | $1,611 | 2% |
| 2QE | ($0.23) | ($0.21) | -13% | $1,734 | $1,717 | 1% |
| 3QE | ($0.22) | ($0.18) | -22% | $1,768 | $1,767 | 0% |
| 4QE | ($0.16) | ($0.11) | -39% | $1,880 | $1,885 | 0% |
| 2018E | ($0.85) | ($0.73) | -17% | $7,027 | $6,980 | 1% |
| 2019E | ($0.69) | ($0.46) | -48% | $8,280 | $8,313 | 0% |
| 2020E | ($1.34) | ($1.05) | -28% | $8,569 | $8,598 | 0% |
| 2021E | ($1.07) | ($0.74) | -46% | $9,441 | $9,472 | 0% |
| 2022E | ($0.77) | ($0.40) | -95% | $9,947 | $9,974 | 0% |
| 2023E | ($0.64) | ($0.22) | -188% | $10,377 | $10,401 | 0% |

*note, Adjusted EBITDA adds back exploration expense*

*Source: Goldman Sachs Global Investment Research*

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334956

## Exhibit 3: APC model summary
Millions of dollars, unless noted

| | 2013 | 2014 | 2015 | 2016 | 2017E | 2018E | 2019E | 2020N | 2021N | 2022N | 2023N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Earnings and cash flow:* | | | | | | | | | | | |
| EPS | $4.01 | $4.11 | ($2.01) | ($3.10) | ($1 31) | ($0.85) | ($0.69) | ($1.34) | ($1 07) | ($0.77) | ($0.64) |
| Cash flow from operations per share | $16.92 | $17.24 | $7.75 | $6.21 | $8.70 | $11.05 | $13.02 | $13.72 | $15.21 | $16 08 | $16.88 |
| Operating free cash flow (ex. acq) per share | $2.32 | ($2 06) | ($5.38) | ($0.97) | ($1.74) | ($0.80) | ($0.99) | ($1.43) | ($0 00) | $2.07 | $3.73 |
| Revenues | $14,084 | $15,722 | $8,767 | $7,625 | $9,682 | $11,315 | $13,069 | $13,800 | $15,068 | $15,823 | $16,481 |
| EBITDA | $9,803 | $10,807 | $4,794 | $4,039 | $5,993 | $7,027 | $8,280 | $8,569 | $9,441 | $9,947 | $10,377 |
| Operating cash flow | $8,528 | $8,731 | $3,935 | $3,241 | $4,803 | $6,097 | $7,323 | $7,714 | $8,553 | $9,031 | $9,488 |
| Capital program | $8,225 | $9,902 | $6,444 | $3,838 | $5,872 | $6,540 | $7,879 | $8,519 | $8,553 | $7,867 | $7,388 |
| *Benchmark prices:* | | | | | | | | | | | |
| WTI spot oil ($ per bbl) | $97.96 | $93.13 | $48.71 | $43.24 | $54.80 | $55.00 | $55.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Henry Hub spot gas ($ per MMBtu) | $3.67 | $4 37 | $2.67 | $2.43 | $3.14 | $3.00 | $3.00 | $3.00 | $3 00 | $3.00 | $3.00 |
| *Balance sheet:* | | | | | | | | | | | |
| Cash | $3,698 | $7,369 | $939 | $3,184 | $4,363 | $3,768 | $4,500 | $3,500 | $2,500 | $2,500 | $2,500 |
| Total debt | $13,565 | $15,092 | $15,751 | $15,323 | $15,326 | $15,326 | $16,823 | $16,879 | $16,674 | $16,350 | $15,136 |
| Minority interests | $1,793 | $2,593 | $2,638 | $3,285 | $3,403 | $3,703 | $4,036 | $4,395 | $4,775 | $5,174 | $5,594 |
| Shareholder's equity | $21,857 | $19,725 | $12,819 | $12,212 | $11,383 | $10,802 | $10,304 | $9,440 | $8,713 | $8,143 | $7,634 |
| Goodwill | $5,662 | $6,569 | $6,331 | $5,904 | $5,739 | $5,739 | $5,739 | $5,739 | $5,739 | $5,739 | $5,739 |
| Tangible equity | $16,195 | $13,156 | $6,488 | $6,308 | $5,644 | $5,063 | $4,565 | $3,701 | $2,974 | $2,404 | $1,895 |
| Net debt/tangible capital | 35% | 33% | 62% | 56% | 55% | 57% | 59% | 62% | 65% | 65% | 63% |
| Gross cash invested | $60,893 | $84,973 | $79,198 | $79,123 | $78,278 | $81,673 | $87,508 | $92,152 | $96,825 | $101,918 | $106,606 |
| % change (y-o-y) | 9.6% | 5.0% | -6.8% | -0.1% | -1.1% | 4.3% | 7.1% | 5.3% | 5.1% | 5.3% | 4.6% |
| *Returns:* | | | | | | | | | | | |
| CROCI | 9 6% | 8.1% | 2.2% | 3 6% | 4.8% | 7.3% | 8.2% | 8 0% | 8.5% | 8.7% | 8 8% |
| free CROCI | 2.1% | -0.7% | -2.7% | 0.1% | -0.5% | 0.2% | 0.0% | -0 2% | 0.6% | 1.8% | 2 6% |
| ROCE | 4.1% | -4.0% | -22.1% | -10.0% | -0.5% | 0.4% | 0.8% | -0 6% | 0.0% | 0.7% | 0 9% |
| ROE | 3 8% | -8.4% | -41.1% | -24.5% | -6.0% | -4.2% | -3.7% | -7 6% | -6.6% | -5.2% | -4 8% |
| *E&P production:* | | | | | | | | | | | |
| Oil (mb/d) | 247 0 | 291.1 | 317.3 | 316 0 | 359.1 | 435.6 | 504.4 | 575.7 | 630.4 | 660.7 | 683.4 |
| Gas (MMcf/d) | 2651.8 | 2589 3 | 2334.3 | 2092.9 | 1457.6 | 1577.9 | 1839.1 | 2119.9 | 2357 5 | 2511.6 | 2716.5 |
| NGLs (mb/d) | 90.8 | 119.6 | 129.7 | 128 0 | 107.7 | 120.9 | 140.2 | 160.4 | 177.8 | 188.6 | 196 9 |
| MBOE/d | 779 8 | 842.3 | 836.0 | 794 9 | 709.7 | 819.5 | 951.1 | 1092.4 | 1201.1 | 1287.9 | 1333.0 |
| % change (y-o-y) | 6.6% | 8.0% | -0.7% | -4.9% | -10.7% | 15.5% | 16.1% | 14.9% | 10.0% | 5.6% | 5.1% |
| % gas | 57% | 51% | 47% | 44% | 34% | 32% | 32% | 32% | 33% | 33% | 34% |
| *E&P cost structure ($ per BOE):* | | | | | | | | | | | |
| BOE differential to WTI | $49.15 | $42.56 | $20 55 | $17.68 | $18.56 | $18.18 | $18.32 | $16.30 | $16.49 | $16 67 | $16.99 |
| Production costs (incl. prod. taxes) | 11.20 | 11.71 | 9.02 | 8 09 | 10 02 | 10 52 | 10.43 | 10.11 | 10 04 | 9.98 | 9 89 |
| Exploration expense | 5 37 | 8.05 | 8.66 | 3 26 | 6.22 | 2.67 | 2.85 | 2.73 | 2.49 | 2.13 | 1 87 |
| DD&A | 13.78 | 14.80 | 15.08 | 14.82 | 16 91 | 17 55 | 17.63 | 17.24 | 17 04 | 16.83 | 16.82 |
| G&A | 3 83 | 4.28 | 4.00 | 4 26 | 4.22 | 3.81 | 3.37 | 3 00 | 2.80 | 2.72 | 2 65 |
| Total | $83.32 | $81.40 | $57 31 | $48.12 | $55.93 | $52.73 | $52 59 | $49.38 | $48.86 | $48 33 | $48.22 |
| *Cash costs* | *$64.18* | *$58.55* | *$33.57* | *$30.04* | *$32.80* | *$32.51* | *$32.12* | *$29.42* | *$29.33* | *$29.37* | *$29.53* |
| *E&P oil and gas reserves:* | | | | | | | | | | | |
| Proved reserves (MMBOE) | 2792.0 | 2857.7 | 2056.3 | 1722.2 | 1341.4 | 1456.2 | 1660.7 | 1890.4 | 2079 6 | 2196.1 | 2263.5 |
| % change (y-o-y) | 9 2% | 2.4% | -28.0% | -16.3% | -22.1% | 8.6% | 14.0% | 13.8% | 10 0% | 5.6% | 3.1% |
| % proved developed | 72% | 69% | 79% | 77% | 82% | 82% | 82% | 82% | 83% | 83% | 83% |
| Reserve replacement (3-year avg.): | | | | | | | | | | | |
| Drillbit | 157% | 157% | 86% | 48% | | | | | | | |
| Acquisitions | 5% | 5% | 4% | 11% | | | | | | | |
| "All-in" | 162% | 162% | 90% | 59% | 41% | 116% | 142% | 153% | 153% | 141% | 127% |
| Cost of reserves added (3-year avg.): | | | | | | | | | | | |
| Drillbit | $15.35 | $16.36 | $27.73 | $40.05 | | | | | | | |
| Acquisitions | $8.13 | $8 21 | $11 08 | $26.17 | | | | | | | |
| "All-in" | $15.13 | $16.12 | $26 98 | $37.50 | $44.26 | $15.05 | $12.01 | $11.38 | $11.15 | $10 97 | $10.83 |
| Reserves/production | 9.8 | 9.1 | 6.7 | 5.9 | 5.2 | 4 9 | 4.8 | 4.7 | 4 7 | 4.7 | 4.7 |
| PDP reserves/production | 7.1 | 6 3 | 5.3 | 4.6 | 4 2 | 4.0 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 |

*Source: Company data, Goldman Sachs Global Investment Research*

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334957

# Disclosure Appendix

## Reg AC

I, Brian Singer, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a security by comparing key attributes of that security to its conviction sector and the market. The four key attributes depicted are: growth, returns, multiple and an integrated IP score. Growth returns and multiple are indexed based on composites of several methodologies to determine the stocks percentile ranking within the region's coverage universe. The precise calculation of each metric may vary depending on the fiscal year, industry and region but the standard approach is as follows:

**Growth** is a composite of next year's estimate over current year's estimate, e.g. EPS, EBITDA, Revenue. **Return** is a year one prospective aggregate of various return on capital measures, e.g. CROCI, ROACE, and ROE. **Multiple** Multiple is a composite of one-year forward valuation ratios, e.g. P/E, dividend yield, EV/FCF, EV/EBITDA, EV/DACF, Price/Book. **Integrated IP score** is a composite of Growth, Return and Multiple scores.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy aimed at long-term, long-only performance with a low turnover of ideas. The GS SUSTAIN focus list includes leaders our analysis shows to be well positioned to deliver long term outperformance through sustained competitive advantage and superior returns on capital relative to their global industry peers. Leaders are identified based on quantifiable analysis of three aspects of corporate performance: cash return on cash invested, industry positioning and management quality (the effectiveness of companies' management of the environmental, social and governance issues facing their industry).

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Brian Singer, CFA: America-Exploration & Production.

America-Exploration & Production: Anadarko Petroleum Corp., Antero Resources Corp., Apache Corp., Cabot Oil & Gas Corp., California Resources Corp., Chesapeake Energy Corp., Concho Resources Inc., Continental Resources Inc., Devon Energy Corp., Encana Corp., EOG Resources Inc., EP Energy Corp., EQT Corp., Hess Corp., Laredo Petroleum Inc., Marathon Oil Corp., Murphy Oil Corp., Newfield Exploration Co., Noble Energy, Occidental Petroleum Corp., Pioneer Natural Resources Co., Range Resources Corp., Southwestern Energy Co..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the second most recent month end: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs makes a market in the securities or derivatives thereof: Anadarko Petroleum Corp. ($56.28)

Goldman Sachs is a specialist in the relevant securities and will at any given time have an inventory position, "long" or "short," and may be on the opposite side of orders executed on the relevant exchange: Anadarko Petroleum Corp. ($56.28)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|        | Rating Distribution | | | Investment Banking Relationships | | |
|--------|------|------|------|------|------|------|
|        | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 33% | 53% | 14% | 63% | 57% | 50% |

As of April 1, 2017, Goldman Sachs Global Investment Research had investment ratings on 2,857 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334958

## Price target and rating history chart(s)



This price targets show a should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as the developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman, Sachs & Co. and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the issuers the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S)** -Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's return potential relative to its coverage group as described below. Any stock not assigned as a Buy or a Sell on an Investment List is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular coverage group may vary as determined by the regional Investment Review Committee. Additionally, the regional Investment Review Committees each manage regional Conviction lists which represent investment recommendations focused on either the size of the potential return or the l ikelihood of the realization of the return. Addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; in Canada by either Goldman Sachs Canada Inc. or Goldman, Sachs & Co.; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman, Sachs & Co. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman, Sachs & Co., the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if

Provided for the exclusive use of Travis Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data available on a particular security, please contact your sales representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2017 Goldman Sachs.

No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.

Provided for the exclusive use of Trans Gilbert at Occidental Petroleum on 29-Apr-2021 01:44 PM.

APC-01334961

# EXHIBIT 9



**OIL AND GAS**
*Global Integrateds – Market Weight*
*Large Cap E&P – Market Weight*

May 3, 2016

# ANADARKO PETROLEUM

(APC – $50.10 – Outperform)

## *APC no evil, hear no evil, speak no evil*

- **APC delivered to the upper end of both oil & total production in 1Q, with capex at $756Mn below the company's guided $800-$900Mn.** Efficiencies/cost savings measures continue to be realized in the Wattenberg & Delaware – Wattenberg standard reach equivalent per well drilling and completion cost (D&C) was down to just $2.4Mn in 1Q vs the company's targeted $2.7Mn. Delaware D&C was down $1Mn sequentially to ~$6.2Mn, again below APC's target for 2016; again top class. No changes to FY production/capex guide, but we infer that cost savings can be reallocated to the emerging Delaware program, bringing forward both production and value. We model ~$2.54Bn of capex in 2016, below the company's $2.6-$2.8Bn range, and 778kboed production to the upper end of the 770-781kboed, with upward bias on incremental savings. We ponder what can win APC back its premium if wildcat exploration is muted and ExxonMobil talking down acquisitions; but that said, we now see the stock as relatively cheap, with real quality leverage both to short cycle US unconventional and long cycle deepwater. **Outperform**. .

- Judging by the multiple questions on the call, there is concern around new start-up Heidelberg's productivity following partner Cobalt's (CIE – NC) 10-K commentary that rates on initial producing wells may be below expectations. APC confirmed that the first three wells are producing in line with internal expectations at 15kboed & maintained its expectation for five producers with ~40kboed gross by YE (next two wells in core of field, supported by learnings from prior drilling). **Otherwise it was a light newsflow quarter offshore** – Shenandoah-5 spud in 1Q testing down-dip potential to the west with another appraisal to the east planned afterward. Offshore Ivory Coast seems the most immediate exploration catalyst, with the company's first horizontal (HZ) deepwater well a success and with a HZ sidetrack at the Paon discovery upcoming.

- APC highlighted it is in the process of advancing another $700Mn+ of divestitures. At strip we forecast cash burn ex divestitures at the parent level of ~$600Mn in 2016 (~$1.9Bn of inflows less ~$2.5Bn of capex). With $1.3Bn of divestitures already finalized, another $700Mn+ upcoming, 2016 maturities effectively refinanced with the $3.0Bn mid-March notes offering & the ~$1Bn of tax refund recently received, we think liquidity is more than adequate. Furthermore **cash flow visibility improving.** With capital efficiency / productivity continuing to strengthen in unconventional & a move in strip to mid-to-high-$40/bbl, we ramp 2017/18 drilling assumptions slightly, firming the production outlook through 2019 and into another wave of project start-ups.

| Trading and Fundamental Data | |
| --- | --- |
| Target Price YE '16 | $59 |
| 52 Week Range | $28 $96 |
| Market Cap. (m) | $25,500 |
| Shares Out. (m) | 509 |
| Dividend Yield | 0.4% |
| 2016E FCF Yield | 0.9% |
| Avg. Daily Vol. (000) | 6,980 |
| Short Interest Ratio | 2.5 |
| % of Float | 2.4% |
| Net Debt to Capital | 52% |

| Price Performance | YTD | LTM |
| --- | --- | --- |
| APC | 3% | 47% |
| S&P 500 | 1% | 2% |
| XLE | 9% | 21% |



Source: FactSet/Wolfe Research

**Paul Sankey**
(646) 582 9270
P.Sankey@wolferesearch.com

**Vin Lovaglio**
(646) 582 9273
Vlovaglio@wolferesearch.com

**David T. Clark, CFA**
(646) 582 9271
DClark@wolferesearch.com

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

WOLFE_0003715
APC-01328839

**WOLFE RESEARCH**
**Anadarko Petroleum**

May 3, 2016

# Investment Conclusion

- **Investment Conclusion** - We continue to rate APC Outperform, based on net asset value and greater capital flexibility than we think the market appreciates. We think Anadarko has largely overcome concerns around financial leverage & liquidity and that cash flow visibility & potential exploration catalysts (success with the drill bit & future monetization) is that are both better than the market appreciates.

### Exhibit 1: Anadarko Petroleum Sum-of-the-parts NAV

| Upstream Regions | Key Assets/Comments | Risked Value $/Share | Risked Value % of EV | Risked | Unrisked Value Total | Unrisked Value 2P | Unrisked Value Technical | Resource 2P | Resource Technical | $/2Pboe |
|---|---|---|---|---|---|---|---|---|---|---|
| US Gulf of Mexico | | | | | | | | | | |
| Caesar/Tonga | | 1.07 | 1.0% | 547 | 618 | 618 | 0 | 56 | 0 | 9.76 |
| Heidelberg | Lookalike development with Lucius | 2.69 | 2.5% | 1,367 | 1,544 | 1,544 | 0 | 95 | 0 | 14.41 |
| K2 | | 1.10 | 1.0% | 559 | 632 | 632 | 0 | 86 | 0 | 6.54 |
| Lucius | On time and budget | 2.06 | 1.9% | 1,050 | 1,187 | 1,187 | 0 | 60 | 0 | 17.48 |
| Shenandoah | Big discovery, expect value to rise | 2.09 | 1.9% | 1,062 | 1,200 | 1,200 | 0 | 150 | 0 | 7.07 |
| Other GoM Assets | | 1.78 | 1.6% | 908 | 1,024 | 822 | 0 | 52 | 77 | 17.29 |
| **Total US Gulf of Mexico** | | **10.79** | **10.0%** | **5,482** | **6,205** | **6,003** | **0** | **499** | **77** | **11.00** |
| US L48 Onshore | | | | | | | | | | |
| Wattenberg/DJ Basin | Crown jewel in portfolio, has infrastructure in place | 26.77 | 24.8% | 13,628 | 14,813 | 14,813 | 0 | 2,119 | 0 | 6.43 |
| Other Rockies | Powder River Basin | 4.94 | 4.6% | 2,515 | 2,734 | 2,734 | 0 | 982 | 0 | 2.56 |
| Eagle Ford | Top-tier position in top-tier field | 8.47 | 7.8% | 4,310 | 4,685 | 4,685 | 0 | 1,255 | 0 | 3.43 |
| Marcellus | JV with Mitsui, only 1 rig right now | 2.52 | 2.3% | 1,283 | 1,395 | 1,395 | 0 | 1,608 | 0 | 0.80 |
| Delaware Basin | "Just an incredible accumulation of oil" - Chuck Meloy | 9.82 | 9.1% | 4,998 | 5,433 | 5,433 | 0 | 1,660 | 0 | 3.01 |
| East Texas/North Louisiana | | 0.73 | 0.7% | 373 | 405 | 405 | 0 | 994 | 0 | 0.38 |
| Other US Onshore Assets | Includes Eaglebine, to be developed as a JV with KKR | 0.46 | 0.4% | 236 | 257 | 257 | 0 | 1,124 | 0 | 0.21 |
| **Total US L48 Onshore** | | **53.72** | **49.7%** | **27,344** | **29,722** | **29,722** | **0** | **9,741** | **0** | **2.81** |
| Alaska | Legacy Colville River Unit | 0.51 | 0.5% | 257 | 306 | 306 | 0 | 32 | 0 | 8.07 |
| **Total US** | | **65.02** | **60.2%** | **33,083** | **36,233** | **36,031** | **0** | **10,272** | **77** | **3.22** |
| International | | | | | | | | | | |
| Algeria | El Merk | 9.43 | 8.7% | 4,799 | 6,955 | 6,955 | 0 | 291 | 164 | 16.50 |
| Mozambique | Massive gas resource, progress on LNG, FID FYE16? | 2.81 | 2.6% | 1,428 | 2,380 | 1,616 | 2,977 | 1,832 | 3,986 | 0.78 |
| Ghana | Jubilee & TEN complex | 16.53 | 15.3% | 8,413 | 9,454 | 6,477 | 2,977 | 308 | 36 | 27.52 |
| Brazil | Itaipu & Wahoo | 0.77 | 0.7% | 390 | 650 | 650 | 0 | 82 | 21 | 4.77 |
| Other International | Cote d'Ivoire, Colombia | 1.47 | 1.4% | 750 | 1,000 | 600 | 0 | 300 | 300 | 2.50 |
| **Total International** | | **31.00** | **28.7%** | **15,780** | **20,439** | **16,297** | **5,955** | **2,810** | **4,508** | **5.62** |
| **Upstream Total** | | **96.02** | **88.9%** | **48,873** | **56,672** | **52,328** | **5,955** | **13,082** | **4,585** | **3.74** |
| | | | | | | | | | | |
| **Other Assets** | | | | | | | | | | |
| Western Gas Equity Partners | APC owns 84% of WGP, which holds 40.6% of WES + GP | 10.51 | 9.7% | 5,349 | | | | | | |
| Western Gas Partners | APC owns WES stake through WGP, plus 8% other stake | 8.18 | 7.6% | 4,162 | | | | | | |
| Other Marketing & Midstream | Drop-down potential remains large - gas plants, gathering | 1.47 | 1.4% | 750 | | | | | | |
| **Other Assets Total** | | **11.98** | **11.1%** | **6,099** | | | | | | |
| | | | | | | | | | | |
| **Total Enterprise Value** | | **108.00** | **100.0%** | **54,971** | | | | | | |
| Net Debt & Preferred | adjusted for WGP net debt and tax benefit | 23.51 | | 11,966 | | | | | | |
| PV of Corporate Expenses | | 8.76 | | 4,459 | | | | | | |
| Deepwater Horizon-related Liability | APC proposed $90m CWA settlement, assume DoJ counter | 0.29 | | 150 | | | | | | |
| Pension Underfunding | | 1.37 | | 698 | | | | | | |
| Value of Out Options/Restricted Stock | | 0.67 | | 342 | | | | | | |
| **NAV TO EQUITY** | | **73.39** | | **37,356** | | | | | | |
| | | | | | | | | | | |
| Current Market Cap | | 50.10 | | 25,501 | | | | | | |
| Upside/Downside to NAV | | 46% | | | | | | | | |

**Upstream Value by Region**



Note: For a description of the NAV process, see comments in the last section of the note
Source: Company reports, Wood Mackenzie, Bloomberg Finance LP, DrillingInfo, Wolfe Research estimates

WOLFE_0003716
APC-01328840

**WOLFE** RESEARCH

**Anadarko Petroleum**

May 3, 2016

# 1Q16 earnings variance

**Adj. EPS ($1.12) vs street ($1.17) and WR ($1.17).** Production volumes to the high end of company guidance, capital spend below the company's guided range & strong cash costs (lowest LOE/boe in a decade).

### Exhibit 2: 1Q16 Anadarko Petroleum earnings variance versus prior quarters and Wolfe Research estimates

| Anadarko Petroleum | 1Q16 | 1Q16 WR | 1Q15 | 4Q15 | Variance $ | Var.$/sh | Variance % | Comment |
|---|---|---|---|---|---|---|---|---|
| Revenue | 1,739 | 1,714 | 2,545 | 2,034 | 25 | 0.05 | 1.4% | Includes $105Mn of realized derivative gains |
| Cash costs | 1,044 | 1,049 | 1,312 | 1,241 | (5) | 0.01 | -0.5% | Excludes $253Mn of restructuring charges in G&A |
| Adjusted EBITDAx | 695 | 665 | 1,273 | 793 | 30 | 0.06 | 4.4% | Adjusted EBITDAx slightly better on realized hedges & costs |
| Exploration Expense | 126 | 55 | 1,043 | 344 | 71 | -0.14 | 129.1% | Includes $35Mn of dry hole & unproved impairment |
| DD&A | 1,149 | 1,101 | 1,256 | 1,022 | 48 | -0.09 | 4.3% | |
| Interest expense | 220 | 210 | 216 | 209 | 10 | -0.02 | 4.8% | |
| Other expenses | 561 | 0 | 3,346 | 1,347 | 561 | -1.14 | NA | $297Mn of unrealized derivative losses, $16Mn impairments, $40Mn gains on sale |
| Income tax expense | (383) | (179) | (1,392) | (645) | (204) | 0.40 | 114.3% | |
| Minority interest | 36 | 74 | 32 | (274) | (38) | 0.07 | -51.1% | |
| Reported net income | (1,034) | (596) | (3,268) | (1,250) | (438) | -0.86 | 73.6% | |
| Adjustments | 465 | 0 | 2,903 | 954 | 465 | 0.91 | NA | |
| Adjusted net income | (569) | (596) | (365) | (296) | 27 | 0.05 | -4.5% | |
| | | | | | | | | |
| Reported EPS | -2.03 | -1.17 | -6.48 | -2.46 | (0.86) | | 73.3% | |
| Adjusted EPS | (1.12) | (1.17) | (0.72) | (0.58) | 0.05 | | -4.7% | Adjusted EPS of ($1.12) vs WR ($1.17) & Street ($1.17) |
| | | | | | | | | First successful HZ deepwater well at Paon, 100 feet of TVT pay |
| Shares outstanding | 509 | 508 | 504 | 508 | 1 | 0.00 | 0.2% | Quiet quarter following March 1 guidance, good cost control |
| | | | | | | | | |
| **Production (kboed)** | | | | | | | YoY % | Var % |
| Crude and condensate | | | | | | | | |
| United States | 232 | 230 | 223 | 229 | 2 | | 4.0% | 0.4% | US oil volumes to the high end of 230-233kb/d |
| Algeria | 65 | 64 | 70 | 68 | 1 | | -7.1% | 1.6% | Big beat in the Wattenberg – 239kboed vs WR 228kboed |
| Other International | 14 | 19 | 28 | 19 | (1) | | -35.7% | -5.3% | Wattenberg D&C for a $RE down to $2.4M in the quarter |
| Natural Gas Liquids | | | | | | | | | |
| United States | 122 | 121 | 136 | 112 | 1 | | -10.3% | 0.6% | Delaware Basin production in line with WR at 24kboed |
| International | 6 | 6 | 7 | 6 | 0 | | NA | 0.5% | No commentary on potential issues at Heidelberg, GoM production in line |
| Natural Gas | | | | | | | | | |
| United States | 2,303 | 2,252 | 2,736 | 2,070 | 51 | | -15.9% | 2.3% | |
| Total production (kboed) | 827 | 816 | 920 | 779 | 11 | | -10.2% | 1.4% | Towards higher end of 813-835kboed guide, but on US gas mainly |
| | | | | | | | | No change to full year guide of 770-781kboed |
| **Realizations** | | | | | | | | |
| Crude and condensate | | | | | | | | |
| United States | 28.04 | 30.27 | 44.19 | 37.63 | (2.23) | | -36.5% | -7.4% | Crude oil realizations slightly weaker than expected, offset by cash costs |
| Algeria | 34.62 | 34.86 | 56.62 | 44.69 | (0.24) | | -38.2% | -0.7% | |
| Other International | 32.27 | 34.51 | 49.55 | 44.42 | (2.24) | | -34.9% | -6.5% | |
| Natural Gas Liquids | | | | | | | | | |
| United States | 14.98 | 12.76 | 17.29 | 16.66 | 2.20 | | -13.4% | 17.2% | NGL realizations continue to surprise better than expectations |
| Natural Gas | | | | | | | | | |
| United States | 1.75 | 1.80 | 2.60 | 2.08 | (0.05) | | -32.7% | -2.9% | |
| | | | | | | | | |
| **Cash Flow & Balance Sheet** | | | | | | | | |
| Operating Cash Flow | 306 | 312 | 1,240 | 810 | (6) | | | -2.0% | Discretionary cash flow from operations of $465Mn |
| Capital & Exploratory Expenditures | 756 | 797 | 1,822 | 1,313 | (41) | | | -5.1% | Excludes $140Mn of WES capex, below guidance for $800-$900Mn |
| Free Cash Flow (OCF - C&E) | (450) | (484) | (582) | (503) | 34 | | | -7.1% | No change to FY budget of $2.6-$2.8Bn (ex WES) |
| Dividends Paid | 25 | 25 | 139 | 139 | (0) | | | -1.6% | |
| Share Repurchase | 0 | 0 | 36 | 17 | 0 | | | NA | |
| Cash & Equivalents | 2,947 | 1,667 | 2,306 | 939 | 1,280 | | | 76.8% | Net debt rose about $1Bn Q/Q |
| Total Debt | 18,751 | 15,751 | 16,865 | 15,751 | 3,000 | | | 19.0% | $12.9Bn net debt excluding WES/WGP |

Source: Company reports, Bloomberg Finance LP, Wolfe Research estimates

WOLFE_0003717
APC-01328841



**Anadarko Petroleum**

May 3, 2016

# Financials

**Exhibit 3: Anadarko Petroleum Earnings Summary**

| US$m | 2014 | 1Q | 2Q | 3Q | 4Q | 2015 | 1Q | 2Q | 3Q | 4Q | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exploration & Production | 10,612 | 847 | 1,314 | 977 | 975 | 4,113 | 539 | 731 | 889 | 1,073 | 3,231 | 5,995 |
| Midstream | 850 | 236 | 263 | 223 | 227 | 949 | 244 | 237 | 244 | 254 | 978 | 1,022 |
| Marketing | (223) | (48) | (56) | (46) | 18 | (132) | (41) | (41) | (16) | (0) | (99) | (14) |
| Segment Adj. EBITDAX (ex-divestment G/L) | 11,239 | 1,035 | 1,521 | 1,154 | 1,220 | 4,930 | 742 | 926 | 1,117 | 1,326 | 4,111 | 7,003 |
| Corporate & Other | (430) | (52) | (17) | (187) | 48 | (208) | 77 | 79 | 71 | 51 | 278 | (40) |
| Total Adj. EBITDAX (ex-divestment G/L) | 10,876 | 1,273 | 1,519 | 967 | 793 | 4,552 | 695 | 834 | 1,075 | 1,202 | 3,807 | 6,445 |
| | | | | | | | | | | | | |
| Exploration Expense | 1,639 | 1,083 | 103 | 1,074 | 384 | 2,644 | 126 | 80 | 80 | 80 | 366 | 340 |
| DD&A | 4,550 | 1,256 | 1,214 | 1,111 | 1,022 | 4,603 | 1,149 | 1,091 | 1,120 | 1,093 | 4,454 | 4,532 |
| Interest | 772 | 216 | 201 | 199 | 209 | 825 | 220 | 210 | 228 | 228 | 887 | 964 |
| Special Items | 3,852 | 3,346 | (184) | 1,660 | 1,347 | 6,189 | 581 | 0 | 0 | 0 | 581 | 0 |
| EBT | 63 | (4,628) | 185 | (3,077) | (2,169) | (9,689) | (1,381) | (547) | (353) | (199) | (2,480) | 609 |
| Income Tax | 1,617 | (1,392) | 77 | (917) | (645) | (2,877) | (383) | (128) | (64) | (14) | (589) | 413 |
| Minority Interest | 187 | 32 | 47 | 75 | (274) | (120) | 36 | 78 | 80 | 84 | 278 | 337 |
| Reported Net Income | (1,741) | (3,268) | 61 | (2,235) | (1,250) | (6,692) | (1,034) | (497) | (370) | (270) | (2,170) | (141) |
| After-tax Impact of Special Items | 3,845 | 2,903 | (57) | 1,877 | 954 | 5,677 | 465 | 0 | 0 | 0 | 465 | 0 |
| Adjusted Net Income | 2,104 | (365) | 4 | (358) | (296) | (1,015) | (569) | (497) | (370) | (270) | (1,705) | (141) |
| | | | | | | | | | | | | |
| Reported EPS | (3.44) | (6.45) | 0.12 | (4.40) | (2.46) | (13.17) | (2.03) | (0.98) | (0.73) | (0.53) | (4.26) | (0.28) |
| Adjusted EPS | 4.15 | (0.72) | 0.01 | (0.70) | (0.58) | (2.00) | (1.12) | (0.98) | (0.73) | (0.53) | (3.35) | (0.28) |
| | | | | | | | | | | | | |
| CFPS | 16.46 | 2.45 | 2.52 | 0.60 | 1.59 | 7.16 | 0.60 | 0.96 | 1.38 | 1.62 | 4.56 | 9.09 |
| | | | | | | | | | | | | |
| Dividend/Share | 0.99 | 0.27 | 0.27 | 0.27 | 0.27 | 1.08 | 0.05 | 0.05 | 0.05 | 0.05 | 0.20 | 0.20 |
| | | | | | | | | | | | | |
| Avg outstanding diluted shares | 507 | 507 | 509 | 508 | 508 | 508 | 509 | 509 | 509 | 509 | 509 | 509 |
| | | | | | | | | | | | | |
| Average Brent | 98.91 | 53.80 | 62.07 | 51.30 | 43.56 | 52.68 | 35.21 | 40.00 | 45.00 | 48.00 | 42.05 | 58.00 |
| Average WTI | 93.00 | 48.40 | 57.71 | 46.50 | 42.02 | 48.66 | 33.63 | 38.00 | 43.00 | 46.00 | 40.16 | 56.00 |
| Average Nymex Natgas | 4.35 | 2.82 | 2.73 | 2.76 | 2.24 | 2.64 | 1.98 | 2.00 | 2.25 | 2.50 | 2.18 | 3.00 |
| Production (Kboed) | 837 | 920 | 846 | 783 | 779 | 832 | 827 | 783 | 761 | 743 | 778 | 776 |

Source: Company reports, Wolfe Research estimates

**Exhibit 4: Anadarko Petroleum Cash Flow Statement**

| US$m | 2014 | 1Q | 2Q | 3Q | 4Q | 2015 | 1Q | 2Q | 3Q | 4Q | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CF from Operating Activities** | | | | | | | | | | | | |
| Net Income | (1,563) | (3,236) | 108 | (2,160) | (1,524) | (6,812) | (998) | (419) | (289) | (186) | (1,892) | 196 |
| DD&A | 4,550 | 1,256 | 1,214 | 1,111 | 1,022 | 4,603 | 1,149 | 1,091 | 1,120 | 1,093 | 4,454 | 4,532 |
| Deferred Income Tax | (105) | (1,198) | 11 | (1,440) | (309) | (2,936) | (413) | (183) | (129) | (85) | (810) | (99) |
| Dry hole expense/impairments of unproved | 1,245 | 1,009 | 31 | 953 | 274 | 2,267 | 35 | 0 | 0 | 0 | 35 | 0 |
| Impairments | 836 | 2,783 | 30 | 758 | 1,504 | 5,075 | 16 | 0 | 0 | 0 | 16 | 0 |
| (Gains)/losses on divestitures | (1,891) | 334 | 91 | 578 | (19) | 984 | (2) | 0 | 0 | 0 | (2) | 0 |
| Total (gains)/losses on derivatives | 207 | 152 | (310) | 281 | (222) | (99) | 299 | 0 | 0 | 0 | 299 | 0 |
| Net cash from derivative settlement | 371 | 91 | 81 | 79 | 84 | 335 | 105 | 0 | 0 | 0 | 105 | 0 |
| Other | 4,687 | 49 | 25 | 145 | 0 | 219 | 115 | 0 | 0 | 0 | 115 | 0 |
| Change in assets and liabilities | 129 | (5,744) | (38) | 822 | (553) | (5,513) | (443) | 0 | 0 | 0 | (443) | 0 |
| Net Cash From Operating | 8,466 | (4,504) | 1,243 | 1,127 | 257 | (1,877) | (137) | 489 | 702 | 823 | 1,877 | 4,629 |
| **CF from Investing Activities** | | | | | | | | | | | | |
| Capital Expenditures | (9,508) | (1,822) | (1,401) | (1,352) | (1,313) | (5,888) | (896) | (694) | (590) | (495) | (2,676) | (3,178) |
| of which, AFC Capex | (2,219) | (1,666) | (1,279) | (1,225) | (1,193) | (5,363) | (756) | (694) | (590) | (495) | (2,536) | (3,178) |
| of which, WES Capex | (2,219) | (156) | (122) | (127) | (120) | (525) | (140) | 0 | 0 | 0 | (140) | 0 |
| of which, other | (2,219) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions | (1,527) | 0 | (3) | 0 | 0 | (3) | 0 | 0 | 0 | 0 | 0 | 0 |
| Divestitures of properties and equipment | 4,968 | 22 | 678 | 543 | 167 | 1,415 | 35 | 105 | 0 | 0 | 140 | 0 |
| Other-net | (405) | (125) | (134) | (107) | 71 | (295) | (112) | 0 | 0 | 0 | (112) | 0 |
| Net Cash Used in Investing | (6,472) | (1,925) | (860) | (911) | (1,075) | (4,771) | (973) | (589) | (590) | (495) | (2,648) | (3,178) |
| **CF from Financing Activities** | | | | | | | | | | | | |
| Borrowings, net of issuance costs | 2,879 | 4,583 | 204 | 23 | (178) | 4,632 | 3,080 | 0 | 0 | 0 | 3,080 | 0 |
| Repayment of debt | (1,425) | (2,830) | (1,027) | (167) | (9) | (4,033) | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in checks outstanding | 62 | (39) | (70) | 6 | 80 | (23) | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends paid | (505) | (139) | (138) | (138) | (138) | (553) | (25) | (25) | (25) | (25) | (101) | (102) |
| Repurchase of stock | (45) | (36) | (1) | (1) | (17) | (55) | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance of common stock | 121 | 12 | 7 | 2 | 13 | 34 | 0 | 0 | 0 | 0 | 0 | 0 |
| Distributions to noncontrolling interests | (216) | (67) | (68) | (73) | (74) | (282) | (78) | 0 | 0 | 0 | (78) | 0 |
| Other | 804 | (115) | 574 | 32 | 9 | 500 | 142 | 0 | 0 | 0 | 142 | 0 |
| Net Cash from Financing | 1,675 | 1,369 | (519) | (316) | (314) | 220 | 3,119 | (25) | (25) | (25) | 3,043 | (102) |
| Exchange rate effects | 2 | (1) | 1 | (1) | (1) | (2) | (1) | 0 | 0 | 0 | (1) | 0 |
| | | | | | | | | | | | | |
| Increase/Decrease in Cash | 3,671 | (5,061) | (135) | (101) | (1,133) | (6,430) | 2,008 | (126) | 87 | 302 | 2,271 | 1,349 |
| Beginning Cash | 3,698 | 7,369 | 2,308 | 2,173 | 2,072 | 7,369 | 939 | 2,947 | 2,821 | 2,908 | 939 | 3,210 |
| Ending Cash | 7,369 | 2,308 | 2,173 | 2,072 | 939 | 939 | 2,947 | 2,821 | 2,908 | 3,210 | 3,210 | 4,559 |

Source: Company reports, Wolfe Research estimates

WOLFE_0003718
APC-01328842

**WOLFE** RESEARCH

**Anadarko Petroleum**

May 3, 2016

# Valuation Methodology and Risks

We value APC using both sum-of-the-parts NAV and relative multiple analysis. Our NAV employs an asset-by-asset DCF for the upstream, based largely on Wood Mackenzie project-level production/revenue/cost/capex estimates adjusted for our commodity price deck, which is then adjusted for country risk based on numerous criteria related to fiscal regime, geography, geopolitics and geological risks. For some specific assets we construct a separate DCF model and feed it into the sum-of-the-parts. For midstream assets we apply a variety of metrics depending on available information, including but not limited to per store value, EV/EBITDA, per bbl or per megawatt values, value per pipeline mile and share of publicly-traded MLP and GP stakes. We also often apply an adjustment to the whole NAV for management/strategy quality, which can be either a premium or discount to depending on the company and evolving evidence in results. Our relative multiple analysis includes forward 12-month and mid-cycle P/E, EV/EBITDAX and EV/DACF; current cash flow yield, dividend yield and value per 2P reserves. For the purposes of setting our fair value, our P/E and EV/EBITDAX methodologies are the focus, and it is based on a target multiple derived from our ROCE estimate, applied to mid-cycle and/or 2016 EPS and EBITDAX estimates.

**Exhibit 5: Global Integrateds & Large Cap E&P Valuation Comparison**

| Company | Rec | Target | Share price ($) | Mkt Cap ($B) | Debt/ Capital | Div yld Current | Bloomberg Consensus P/E 2015 | 2016e | 2017e | EV/EBITDA 2015 | 2016e | 2017e | Wolfe Research Estimates Price/Earnings 2015 | 2016e | 2017e | EV/EBITDAX 2015 | 2016e | 2017e | EV/DACF 2015 | 2016e | 2017e | NAV ($) | EV/2P ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Global Integrateds** | | | | | | | | | | | | | | | | | | | | | | | |
| ExxonMobil | UP | 76 | 88.11 | 365.7 | 16.2% | 3.4% | 23.1x | 34.6x | 20.7x | 9.6x | 15.0x | 8.0x | 23.2x | 31.7x | 16.9x | 9.6x | 10.4x | 7.2x | 13.3x | 14.1x | 10.1x | 79 | 6.77 |
| Chevron | OP | 105 | 101.32 | 190.0 | 14.2% | 4.2% | 27.9x | 73.0x | 21.9x | 7.9x | 9.1x | 6.3x | 31.1x | 71.5x | 16.2x | 7.7x | 7.5x | 4.8x | 11.6x | 12.1x | 7.4x | 93 | 4.27 |
| Royal Dutch Shell A | | | 1,755 | 141.0 | 12.0% | 6.4% | 15.0x | 23.2x | 13.3x | 6.7x | 6.1x | 4.5x | | | | | | | | | | | |
| Royal Dutch Shell B | | | 1,762 | 141.0 | 12.0% | 6.3% | 15.1x | 23.3x | 13.3x | 6.7x | 6.1x | 4.5x | | | | | | | | | | | |
| Total SA | | | 42.73 | 105.9 | 15.9% | 5.6% | 11.8x | 17.0x | 12.3x | 6.2x | 7.6x | 5.9x | | | | | | | | | | | |
| BP | | | 368.40 | 68.7 | 17.3% | 6.1% | 15.3x | 31.6x | 14.5x | 5.8x | 6.4x | 4.9x | | | | | | | | | | 5.52 | |
| **Simple Avg** | | | | | 14.6% | 5.4% | 18.0x | 33.8x | 16.0x | 7.2x | 7.8x | 5.8x | 27.1x | 51.6x | 16.6x | 8.8x | 8.9x | 6.0x | 12.4x | 13.1x | 8.8x | | |
| **Wgtd Avg** | | | | | 14.7% | 4.8% | 20.0x | 36.6x | 17.8x | 7.9x | 8.7x | 6.4x | 25.9x | 45.4x | 16.7x | 9.1x | 9.4x | 6.4x | 12.7x | 13.4x | 9.2x | | 5.91 |
| **Large Cap NA E&P** | | | | | | | | | | | | | | | | | | | | | | | |
| ConocoPhillips | PP | | 45.08 | 55.8 | 34.7% | 2.2% | NA | NA | 172.7x | 10.6x | 15.0x | 8.0x | NA | NA | NA | 6.8x | 16.7x | 7.7x | 9.9x | 17.8x | 8.9x | 50 | 3.66 |
| Occidental | OP | 77 | 75.57 | 57.7 | 15.7% | 4.0% | NA | NA | 53.7x | 12.1x | 16.8x | 10.1x | 551.2x | NA | 53.4x | 10.6x | 14.5x | 8.5x | 17.9x | 15.9x | 9.6x | 77 | 8.07 |
| Suncor | PP | | 34.95 | 55.3 | 20.7% | 3.3% | 31.0x | NA | 30.4x | 8.2x | 12.8x | 8.8x | 70.7x | NA | 26.3x | 11.1x | 11.3x | 7.6x | 14.5x | 13.1x | 12.1x | 34 | |
| EOG | OP | 81 | 80.63 | 44.3 | 30.3% | 0.8% | NA | NA | NA | 12.1x | 21.4x | 12.8x | 1298.9x | NA | 165.9x | 12.4x | 21.3x | 11.5x | 13.0x | 24.0x | 12.3x | 85 | 9.93 |
| Anadarko | OP | 59 | 50.10 | 25.6 | 47.5% | 0.4% | NA | NA | NA | 9.4x | 13.5x | 8.6x | NA | NA | NA | 9.8x | 11.7x | 6.0x | 18.0x | 15.6x | 8.5x | 73 | 3.75 |
| Canadian Natural | PP | | 35.93 | 39.4 | 37.9% | 2.6% | NA | NA | 82.2x | 10.1x | 15.8x | 8.7x | 149.4x | NA | 56.0x | 9.7x | 13.9x | 9.6x | 9.7x | 13.9x | 39.9x | 32 | 1.78 |
| Apache | UP | 45 | 52.13 | 19.7 | 56.2% | 1.9% | NA | NA | 292.9x | 7.5x | 17.3x | 8.0x | NA | NA | 24.6x | 8.0x | 8.7x | 5.6x | 8.7x | 11.1x | 7.1x | 47 | 3.70 |
| Hess | OP | 70 | 56.75 | 18.0 | 14.5% | 1.8% | NA | NA | NA | 9.1x | 16.8x | 9.0x | NA | NA | NA | 8.7x | 13.9x | 7.3x | 10.1x | 25.7x | 8.3x | 77 | 3.92 |
| Devon Energy | PP | | 32.75 | 17.2 | 44.8% | 0.7% | 15.3x | NA | 61.1x | 6.6x | 16.3x | 9.7x | 12.9x | NA | 58.3x | 5.9x | 16.8x | 8.9x | 5.3x | 19.1x | 9.7x | 38 | 4.33 |
| Pioneer Natural | OP | 195 | 159.21 | 26.0 | 18.0% | 0.1% | NA | NA | NA | 15.6x | 16.6x | 14.0x | NA | NA | NA | 15.5x | 15.0x | 12.8x | 28.9x | 21.3x | 14.8x | 214 | 5.86 |
| Marathon Oil | UP | 10 | 12.79 | 10.8 | 23.4% | 1.6% | NA | NA | NA | 8.5x | 12.9x | 7.7x | NA | NA | 231.8x | 8.1x | 11.5x | 6.9x | 8.6x | 12.0x | 7.2x | 11 | 2.81 |
| Noble Energy | OP | 40 | 35.21 | 15.3 | 38.4% | 1.1% | 617.7x | NA | NA | 9.7x | 11.4x | 9.0x | 66.9x | NA | NA | 8.0x | 11.8x | 8.6x | 9.4x | 12.8x | 9.3x | 43 | 2.73 |
| Continental | | | 35.93 | 13.5 | 60.3% | 0.0% | NA | NA | NA | 10.7x | 15.0x | 11.4x | | | | | | | | | | | |
| Whiting Petroleum | UP | 3 | 10.29 | 2.1 | 52.0% | 0.0% | NA | NA | NA | 5.4x | 9.5x | 7.2x | NA | NA | NA | 5.4x | 9.4x | | 6.9x | 15.4x | | 4 | |
| Cenovus | | | 14.93 | 12.4 | 22.8% | 1.3% | NA | NA | NA | 7.0x | 17.3x | 9.9x | | | | | | | | | | | |
| Encana | | | 8.33 | 7.1 | 44.4% | 0.7% | NA | NA | 328.2x | NA | 9.9x | 7.0x | | | | | | | | | | | |
| Cheaspeake | | | 3.49 | 3.9 | 75.5% | 0.0% | NA | NA | NA | 18.2x | 16.8x | 10.7x | | | | | | | | | | | |
| Concho | OP | 111 | 112.83 | 14.8 | 30.2% | 0.0% | 95.9x | NA | NA | 10.4x | 12.5x | 13.2x | 115.8x | NA | NA | 10.7x | 12.4x | | 14.0x | 14.4x | | 127 | |
| Cimarex | OP | 111 | 105.37 | 10.0 | 16.5% | 0.3% | NA | NA | 65.1x | 13.5x | 20.7x | 12.5x | NA | NA | NA | 14.3x | 19.2x | | 15.9x | 21.7x | | 131 | |
| EQT | OP | 76 | 68.03 | 11.7 | NA | 0.2% | 120.6x | NA | 307.8x | 12.1x | 14.9x | 11.3x | 97.8x | NA | NA | 13.1x | 11.3x | 7.6x | 13.1x | 12.1x | | 10 | |
| Cabot Oil & Gas | PP | | 23.88 | 9.9 | 30.5% | 0.3% | NA | NA | 63.3x | 15.5x | 24.5x | 13.1x | 70.7x | 50.1x | | 12.9x | 10.0x | | 14.9x | 11.2x | | 29 | |
| Southwestern | UP | 5.7 | 11.92 | 4.7 | 67.2% | 0.0% | 71.4x | NA | 36.0x | 8.1x | 18.0x | 11.5x | 74.3x | NA | | 5.7x | 15.5x | | 7.4x | 21.0x | | 18 | |
| Range | PP | | 42.17 | 7.2 | 49.0% | 0.2% | 129.4x | NA | NA | 11.0x | 19.3x | 16.8x | 87.0x | NA | | 11.4x | 15.8x | | 14.1x | 21.8x | | 45 | |
| Antero Resources | OP | 30 | 25.85 | 7.2 | 39.1% | 0.0% | 52.0x | 43.5x | 100.6x | 10.9x | 9.6x | 9.4x | 45.4x | 41.9x | | 10.1x | 8.8x | | 13.7x | 14.3x | | 31 | 2.87 |
| Murphy Oil | OP | 23 | 33.43 | 5.8 | 31.1% | 4.2% | NA | NA | NA | 6.2x | 9.7x | 6.7x | NA | NA | 61.8x | 6.2x | 6.8x | 5.0x | 7.4x | 8.2x | | 35 | |
| EP Energy | PP | | 4.41 | 1.1 | 88.6% | 0.0% | NA | NA | NA | 5.7x | NA | NA | 5.7x | NA | | 4.0x | 5.8x | | 4.7x | 8.5x | | 3 | |
| California Resources | PP | | 1.93 | 0.7 | 62.0% | 0.0% | NA | NA | NA | 18.1x | NA | NA | NA | NA | | 7.6x | 13.3x | 7.4x | 11.4x | 17.3x | 9.1x | 4 | 4.62 |
| **Simple Avg** | | | | | 40.3% | 1.1% | 141.4x | 43.5x | 126.1x | 9.9x | 15.1x | 10.2x | | | | | | | | | | | |
| **Wgtd Avg** | | | | | 31.2% | 1.7% | 31.9x | 0.6x | 84.6x | 10.2x | 15.0x | 10.0x | NA | NA | NA | 9.7x | 14.7x | 8.4x | 12.0x | 16.5x | 9.3x | | 3.95 |
| **Overall Simple Avg** | | | | | 33.1% | 1.9% | 88.5x | 35.2x | 91.3x | 9.3x | 13.7x | 9.3x | 203.5x | 46.0x | 84.1x | 9.4x | 13.0x | 10.3x | 11.5x | 16.9x | 11.5x | | 3.87 |

Source: Company reports, Bloomberg Finance LP, FactSet, Wolfe Research estimates

The key risks to the downside for APC include increased regulatory burdens in the US and elsewhere, an expensive acquisition, rising project costs at key assets, delays in project startups, and reductions in production guidance. General risks to the whole sector include a slowing global economy, increased taxation and regulation, falling gasoline demand, lower returns, increasing competition from national oil companies and disasters, both natural and man-made.

WOLFE_0003719
APC-01328843



**Anadarko Petroleum**

May 3, 2016

## DISCLOSURE SECTION

**Analyst Certification:**

The analyst of Wolfe Research, LLC primarily responsible for this research report whose name appears first on the front page of this research report hereby certifies that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

Price Chart with Ratings and Target Price History



Note: OP = Outperform; PP = Peer Perform; UP = Underperform

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| APC | Forward P/E & EV/EBITDAX, and Sum of the Parts NAV |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| APC | Weaker oil and gas prices, increased environmental regulation in key regions, delays in project startup, weakening demand for gasoline and diesel, increasing competition from national oil companies, pipeline and project leaks, severe weather and natural disasters. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| APC | None |

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

WOLFE_0003720
APC-01328844

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Sector Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of March 31, 2016):**

| | | |
|---|---|---|
| Outperform: | 40% | 1% Investment Banking Clients |
| Peer Perform: | 47% | 1% Investment Banking Clients |
| Underperform: | 13% | 0% Investment Banking Clients |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) is the broker-dealer affiliate of Wolfe Research, LLC and is responsible for the contents of this material. Any analysts publishing these reports are dually employed by Wolfe Research, LLC and Wolfe Research Securities.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the author as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2016. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

WOLFE_0003721
APC-01328845

EXHIBIT 10

**Unofficial Transcript**
**May 2, 2017 Press Conference**
**by Fire Chief Theodore Poszywak of the**
**Frederick Firestone Fire Protection District[1]**

**[Summer Campos]:**  Hello, my name is Summer Campos, and I am the public information officer for the Frederick Firestone Fire Protection District.  And I want to thank all of you for coming today.  Today, you will hear an update from Fire Chief Ted Poszywak about the results of the fire origin and cause investigation.  Also present today is Firestone Chief of Police David Montgomery.  Following Chief Poszywak's statement, we will take a handful of questions.  Thank you again for coming, and with that, I'd like to introduce the Fire Chief of Frederick Firestone Fire Protection District, Ted Poszywak.

**[Chief Poszywak]:**  Thank you, Summer. And thanks again to all of you for being here on short notice.  Thank you for your patience also as we've been involved in conducting this very intense and serious investigation.  Firestone is a small and tight-knit community. Many of our community including our first responders knew Mark Martinez and Joey Irwin very well and are connected to their extended families. It has been a time of great grief for our community, and a time of great work for our investigators and first responders.  We also continue to pray for the recovery of Erin Martinez, who is still hospitalized.

First, I want to address the purpose of today's conference. The focus of today is to share the results of our investigation into the origin and cause of the April 17th explosion and subsequent fire at 6312 Twilight Avenue in Firestone, the home of the Martinez family.  I want to acknowledge that there are many questions, many of them that will go well beyond what we will be able to cover today. Like you, we are eager to find all of the answers, but we don't have all of them at this time.  And we'll do our best to share with you all that we can.  That said, this is still a complex and ongoing investigation.  What I will be able to share with you today is information about our response to the incident, the process of our investigation, and our findings as to the origin and cause.

Before I get started, I want to reiterate that our investigators have determined that there is no threat to surrounding homes as a result of the April 17th incident.

On April 17th at 4:46 in the afternoon, the Frederick Firestone Fire Protection District received a call to a house explosion at 6312 Twilight Avenue in the Oak Meadows subdividsion of Firestone. Our crews, the Firestone police department, and mutual aid crews from the Mountain View Fire Protection District and Platteville Fire Protection District responded to the scene to begin rescue, assessment and protection efforts.

As is standard protocol and procedure for all structure fires, we isolated the utilities going to the home in order to protect the access and efforts of emergency responders, as well as to isolate any

---

[1]   Available   at   https://www.facebook.com/Denver7News/videos/latest-on-firestone-home-explosion-investigation/10154807218543271/ (last accessed July 11, 2024) (cited at ECF 237-1, n. 62).

threats of further damage or danger to surrounding structures.  Part of that utility control is to request the various utility companies respond to the scene to disconnect their utility including gas and power at the meters.  Due to the extent of the damage and collapse of all structural components of the home, [unintelligible] command determined it was within the interest of public safety to expand the perimeter of utility control to eliminate any secondary hazards and protect neighboring residents.  This included utility control of the adjacent home at 6310 Twilight Avenue, which had active fire conditions and damage from the initial explosion.  Additional expanded  protection and control measures included the evacuation of homes within the vicinity of the incident operations and control of an existing oil and gas well southeast of the explosion.

Emergency crews continued efforts to control the fire at both homes, as well as provide emergency medical care to Erin Martinez and her son, who were rescued with a heroic efforts of construction crews and neighbors immediately following the explosion.  During the fire control efforts, steps were immediately taken to evacuate any hazards – to evaluate any hazards to surrounding properties and to ensure a safe perimeter.  Due to the extent of the damage and the fact that the initial dispatch was reported as an explosion, utility crews and emergency response crews initiated air monitoring almost immediately and determined that the hazard area did not extend beyond 6312 Twilight Avenue and the adjacent home.

Once access to the debris could be made, investigators assisted Black Hills energy crews with securing and removal of the domestic gas meter for evidence and laboratory evaluation.  Those recently obtained results of that testing demonstrate that the domestic gas supply to the home was in an on position and that the meter was operating normally at the time of the explosion.  Testing and evaluation also showed that there was no flow of natural gas into the home after 2:30 p.m. on April 16th and at any point on April 17th through the meter, signifying that the gas appliances, namely the furnace and water heater, were not being used on April 16th and April 17th.

In addition to securing and addressing the firearm safety of neighboring residents, utility and emergency response crews continued air and soil monitoring of the safety perimeter throughout the suppression and investigation phases of the incident to ensure no hazard on the site had migrated off the site.  Those efforts were assisted by Anadarko, Black Hills Energy, and the Colorado Oil and Conservation Commission or COGCC.  Throughout this monitoring, at no time were any hazards detected beyond 6312 Twilight Avenue and the adjacent home.  This monitoring uncovered the presence of combustible gas in the French drains and the window wells of the Martinez home, and the basement and French drain of the adjacent home on April 17th.  The residual gas in the adjacent home was ventilated by emergency response crews and once completed and sensed, readings in the adjacent home found no presence of gas.  At no time was there gas detected in any area aside from these two properties.

Furthermore, the oil and gas well to the southeast of the incident was shut-in -- or production ceased – on April 17th, and testing has since determined that there was no leaking at the well site.  As a result of the ongoing investigation efforts and monitoring, we are able to conclude that whatever had caused the explosion and fire at 6312 Twilight was isolated to the immediate site and that residents and buildings outside of the site were in no danger of secondary fire or

explosion.  This is the message we have made every effort to communicate to residents throughout this tragedy, while at the same time not compromising this investigation into origin and cause and the tragic deaths of Mark Martinez and Joey Irwin, and the critical injuries to Erin Martinez.  We greatly appreciate your help, the media's help, throughout this tragedy, in communicating this to our residents in order to reassure their safety as we work through a very complex investigation.

I'll draw your attention to the photo here to my left, and I'll point out some things as I go through these next phases of the investigation.

Early in the investigation, we began excavating and testing of all oil and gas flow lines within the immediate vicinity of the explosion.  This included an active flow line running along the southern property line from the wellhead to a tank battery to the west.  With the cooperation of Anadarko, this line, which had been turned off with the shut-in of the well on April 17th, was pressure-tested and no leaks were present.  And this line runs basically right along this direction.

There was also an abandoned flow line further to the south of that line, and running to the west as well, that was pressure-tested and found to be secure.  A third and final abandoned set of flow lines running from the well to a former storage tank battery location – location to the north of the site then became our focus.  This line set, which consists of a two-inch abandoned flow line and a one-inch abandoned flow line that would have intersected the Martinez home on the southwest corner of the foundation, was excavated at a depth of approximately seven feet.  And that flow line ran from the well and curved up and terminated right about here.

Investigators found these lines terminated approximately six feet from the foundation of the home, and the lines had been cut all the way through.  The lines had been abandoned since the tank battery to the north was moved prior to the development of the subdivision.  Both lines were traced back to the wellhead, where the two-inch line was disconnected and capped but the one-inch line was still connected to the well through a valve.  This valve was in the on position until it was turned off by an operator during the night of the explosion and the fire -- and fire at the request of emergency responders as part of the utility control shutoff process.  Where the lines had been cut was also approximately five feet from the southern French drain in the Martinez home.  You can see the shadow of the French drain right here.

Analysis of the gas found that it was pre-refined product directly from the wellhead that had not been odorized with mercaptan as domestic gas is before it's transported to buildings.  This pre-refined gas is a mixture of methane, which is lighter than air, or rises, and propane, which is heavier than air, or sinks to the lowest point, and various other minerals and elements.  It is much more volatile than refined gas, such as natural gas and propane, that are used in everyday consumption.  Once investigators were able to begin excavation in the basement of the Martinez home, the sump pit was uncovered and testing revealed that the same gas found in the excavation pit where the line was cut was the gas present in the French drain of the home and adjacent home and was also the same gas found in the sump-drain that is connected to the French drains around the home.  Continued and expanded monitoring conducted by COGCC has verified there is no active contamination beyond these two homes.  And furthermore, the contamination is not expanding since the control of the source on April 17th.

Mapping of this gas by investigators showed that the gas had bled off the wellhead through this line that had not been disconnected when the line was abandoned.  The gas followed the flow path of the line where it was cut and into the surrounding soil at the foundation of the Martinez home, where it slowly saturated the soil and migrated into the adjacent French drain and into the drain line through the sump pit of the basement of the home.  This fugitive gas, which would have been odorless even to a trained tradesperson like Joey Irwin, eventually reached the right mixture of gas and air, found an ignition source just prior to 4:46 pm on April 17th while Mark and Joey were in the basement, and erupted into sudden and violent explosion and rapidly expanded into a fuel-fed fire that destroyed the home taking the lives of Joey Irwin and Mark Martinez.

While the Frederick Firestone Fire Protection District to this point has been the lead investigating agency of origin and cause in coordination with the Fire and Police department, we have asked for and received the cooperation of the Colorado Bureau of Investigation, the Colorado Oil and Gas Conservation Commission, Anadarko, who was the operator of the well, Black Hills Energy, who is the domestic gas utility company, Travelers Insurance, the insurer of both the Martinez home and the adjacent home, Century Homes, which was the builder of the home and of course, officials and staff from the town of Firestone.  Our commitment throughout and continuing through this incident is to ensuring and reassuring the neighborhood safety and helping the healing of our small community and the Martinez and Irwin families.

To reiterate, based on our investigation into the origin and cause, what we can say at this point in the ongoing investigation is the following:  The origin of the explosion and subsequent fire that destroyed the Martinez home and damaged the neighboring home, resulting in the deaths of Mark Martinez and Joey Irwin and the severe injury to Erin Martinez was unrefined, non-odorized gas that entered the home through a French drain and sump pit, due to a cut abandoned line attached to an oil and gas well in the vicinity.

Given these facts, I want to review quickly what we can say about this case at this point.  That there were concentrations of fugitive gas that was non-odorized in the home.  That that gas came from a severed and uncapped abandoned line that was not disconnected and capped at the wellhead.  Because unrefined natural gas has no odor, those inside the home would not have smelled it.  I want to stress this point:  There is absolutely no evidence to suggest that the deaths of Mark Martinez and Joey Irwin, his brother-in-law, were the result of any criminal or improper activity on their part.  I also want to note, given the attention on this issue, the proximity of the well to the home was not a contributing cause in this incident or investigation.  It was the pipeline rather than the wellhead that caused the buildup of methane that led to the explosion.  It would appear an unusual and tragic set of circumstances occurred here, including circumstances around the proper identification of and maintenance of the related abandoned flow lines.

Now that the origin and cause portion of the investigation is complete, we'll be sharing our findings with COGCC and other regulatory agencies in order to allow them to review practices and procedures and take necessary steps moving forward.  I want once again to reiterate that no adjacent homes are in any danger as a result of the severed line and a full cleanup of the original hazard on the site will be required and thoroughly completed once this on-site portion of the

ongoing investigation is complete.  The adjacent well and all flow lines have been tested and verified in safe condition, and the well remains in the shut-off condition.

As far as the next steps in terms of the investigation, this is not the final but only the initial step in the process.  We will now move forward into the next steps along with Chief Montgomery and the Firestone Police Department to complete the death investigations.  Again, we want to thank you for your support and patience as we investigated the origin and cause, and I would like at the same time to ask for that same patience as the town of Firestone Police Department continues the next and equally crucial phase of this investigation.  We will certainly keep you updated on the findings of that next phase as soon as that is possible.  In the meantime, we appreciate the support for our community, the support for our first responders, the support of Erin and the Martinez and Irwin families and we ask that you respect the grief that this has caused our community and the families, and our need to heal together to continue to build upon the high quality of life that has drawn us to this very special place that Joey and Mark and their families and each of us love so dearly.  That concludes my written remarks.

**[Summer Campos]:**  At this time, we will take some questions.

**[Question]:**  Dan Elliot with the Associated Press. Chief, do you know how that line ended up being cut?

[**Chief Poszywak**]:  Yes sir, thank you for the question.  That is currently part of the ongoing investigation certainly – certainly something that we as investigators and both departments are interested in uncovering.

**[Question]:**  When was the – You said that – When was the tank battery removed? You said there were two lines – the two-inch one got cut, the one-inch one did not get cut.  What's the timeframe for that activity?  Is that prior to the development?

[**Chief Poszywak**]:  So to clarify, there were two lines, a two-inch and a one-inch line, both running from the same location of the wellhead to the abandoned battery.  Both of those had been cut at the foundation to the Martinez home.  One of them was disconnected at the battery, the two-inch line, which would have been the main flow line, the other one remained connected at the wellhead.  So just to clarify those points. As far as when that battery was removed, the development would have been somewhere between 1999 and 2002 and those records can be found through the town of Firestone.

**[Question]:**  Yeah, hi, so to clarify, the lines were related and ran from the nearby well or no, it came from a different, separate tank battery?

[**Chief Poszywak**]:  Thank you for the clarification.  So both of these lines ran from the well  to the abandoned battery [two people talking] . . . the existing well to the southeast of the site.  Both of them ran alongside each other at a depth of about seven feet at the Martinez home to the wells, the old, abandoned, since-removed oil battery.  Both of those were cut at the foundation of the Martinez home. One of those is disconnected at the well site and has been disconnected and

properly capped.  The one-inch line, which is also referred to in the industry as a return line, was cut at the Martinez home but was not disconnected from the oil wellhead.

[**Question**]:  Okay, and then sorry, one last clarification. So when you say that the – the vicinity, the closeness of the well to the home does not appear to be a factor, but it is lines which ran from that well?

[**Chief Poszywak**]:  That is correct. So the distance to the wellhead was not a factor in this case or the investigation. It was the abandoned flow lines that were the source of the leak and explosion.

[**Question**]:  So is this something that could have been caught in pressure testing or different types of testing were done to these lines by an operator or I don't know, like developer, anyone that would be down in that area?

[**Chief Poszywak**]:  At this point, we don't have all the facts as to how the line was cut, so I don't want to speculate on that.  But that is something that we will share with Colorado Oil and Gas Commission and is something that would be in their purview to look into.

[**Question**]:  And that will be their job to then look into it?

[**Chief Poszywak**]:  Yes, ma'am.

[**Question**]:  Do you think that the gas got into the house through the French drains and up through the sump pump? Or do you think it leaked in through the foundation?

[**Chief Poszywak**]:  So based on our investigation and what we've uncovered so far is that the gas, the flow of this gas, would have been through the broken line as it was operated, into the soil around the home, that would have leached into the French drain.  The French drain would have run parallel to this line about five feet away and would have migrated through the French drains into the sump pump and into the basement of the home.

[**Summer Campos**]:  This will be our last question right back here.

[**Question**]:  Do you really want to clarify anything to do with what happened here?  I know you said there was no manner of activity that kind of added to this, they weren't doing anything wrong but . . .

[**Chief Poszywak**]:  Yes, ma'am.  So as I mentioned, the – the investigation is certainly ongoing, and we're looking at every possible contributor or ignition source.  The fact of the matter is that the gas being present where it shouldn't have been in the found – in the basement of the home and that it was un-odorized was the – was the cause of fire and the explosion.

[**Question**]:  Who owns the line again, please sir?

[**Chief Poszywak**]:  I'm sorry can you repeat that?

**[Question]:**  Who owns the line?

**[Chief Poszywak]:**  The flow line that we tested that is active is owned by Anadarko.

**[Summer Campos]:**  Ok, we will take one more, right here.

**[Question]:**  How long do you think that the methane had been leaking into the soil and into the home?  And who owned the abandoned – the cut abandoned line?

**[Chief Poszywak]:**  We don't know who the original owners of the cut or abandoned lines were. That's part of the ongoing investigation, certainly something that we're looking into. And I'm sorry, could you repeat the other part of your question?

**[Question]:**  How long do you think methane had been leaking into the soil and into the home?

**[Chief Poszywak]:**  So the preliminary records that we have at this point show that the well was shut-in, or in a non-producing state for all of 2016, and that the well are brought back online on January 28th and would have flowed up until around the incident.  Those are the – that's the information that we have at this time.

**[Question]:**  Can you clarify again, whether you think the lines are linked to the tank battery?

**[Chief Poszywak]:**  That's still part of the ongoing investigation.  We'll have to find out those answers still.  They'll be part of the police department's portion of the investigation.  I'll take one more.

**[Question]:**  I'm so sorry.  I have some clarifying questions too.  To get clarification on that, so can you say a few months if it had been running since, I'm so sorry, did you say since 2016? So . . . [inaudible]

**[Chief Poszywak]:**  Let me clarify those dates just to be completely clear.  The well was shut-in or in a non-producing state for all of 2016.  It was brought back online by the – by the owner-operator on January 28th, of 2017 and would have flowed until that point.

**[Question]:**  Who wanted them cut?

**[Summer Campos]:**  Thank you that's going to be it for today.  Thank you everybody for coming. For more information, you can always go to our website, or our social media, our Facebook page, and that will be it for us today.  Thank you so much.