**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Rachel L. Jensen
rachelj@rgrdlaw.com

November 7, 2024

The Honorable Charles R. Eskridge III  　　　　　　　　　　　　　　　　　　　　VIA ECF
United States District Court for the
Southern District of Texas | Houston Division
515 Rusk Street, Room 9015
Houston, TX 77002

　　　　Re:　Notice of Withdrawal of Rachel L. Jensen as Counsel of Record for Lead Plaintiffs
　　　　　　*In re Anadarko Petroleum Corp. Sec. Litig.*, No. 4:20-cv-00576 (S.D. Tex.)

Dear Judge Eskridge:

　　　I write to notify the Court that after November 8, 2024, I will no longer be affiliated with Robbins Geller Rudman & Dowd LLP because I have been appointed by California Governor Gavin Newsom to serve as a San Diego Superior Court Judge.

　　　Robbins Geller Rudman & Dowd LLP will continue to represent Lead Plaintiffs, and my withdrawal will not affect any deadline or cause any delay.

　　　I respectfully request that the Court withdraw my appearance and direct the clerk to remove my name from the ECF distribution list. If the Court prefers a formal motion, we will supply one.

　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　*/s/ Rachel L. Jensen*
　　　　　　　　　　　　　　　　　　　　RACHEL L. JENSEN

RLJ:tdv
cc:  All Counsel of Record (via ECF)