UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | <u>CLASS ACTION</u> |
| | | The Honorable Charles R. Eskridge III |

**JOINT MOTION REGARDING CLASS CERTIFICATION HEARING DATE**

Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff") and defendants Anadarko Petroleum Corporation ("Anadarko"), R.A. Walker, Robert G. Gwin, and Robert P. Daniels (collectively, "Defendants," and together with Lead Plaintiff, the "Parties") hereby jointly move for a continuance of the January 3, 2025 evidentiary hearing on Lead Plaintiff's motion for class certification.  In support thereof, the Parties state the following:

WHEREAS, on October 10, 2024, the Court notified the Parties that the class certification hearing would be set for late-November or December 2024 and stated it would consider any requests for specific dates within that time frame that the Parties may request;

WHEREAS, on October 16, 2024, the Parties jointly requested that the class certification hearing be set during the period December 18 to December 20, 2024;

WHEREAS, on November 12, 2024, the Court set the class certification hearing for January 3, 2025 (ECF 252);

WHEREAS, lead counsel for both Lead Plaintiff and Defendants will be out of the country on January 3, 2025;

WHEREAS, on November 14, 2024, Lead Plaintiff, with Defendants' agreement, emailed Chambers to request that the January 3, 2025 hearing date be continued and requested that the hearing be rescheduled for a date during the period January 23 to January 28, 2025, inclusive, if the Court's schedule permitted; and

WHEREAS, on November 26, 2024, the Parties jointly called Chambers regarding the class certification hearing date and were advised to file a joint motion requesting that the hearing be continued.

NOW, THEREFORE, the Parties jointly request that the January 3, 2025 evidentiary hearing on Lead Plaintiff's motion for class certification be continued.  The Parties have conferred regarding the availability of the Parties and their class certification experts, and respectfully request that, if the Court's schedule permits, the hearing be rescheduled during the period January 23 to January 28, 2025, inclusive.

DATED:  December 2, 2024                    Respectfully submitted,

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           MARK SOLOMON
                                           DANIEL S. DROSMAN
                                           LUKE O. BROOKS
                                           HILLARY B. STAKEM
                                           FRANCISCO J. MEJIA
                                           MEGAN A. ROSSI
                                           NICOLE Q. GILLILAND


                                                   s/ Hillary B. Stakem
                                           HILLARY B. STAKEM

                                           655 West Broadway, Suite 1900
                                           San Diego, CA  92101
                                           Telephone:  619/231-1058
                                           619/231-7423 (fax)

                                           Lead Counsel

- 2 -

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
Attorney-in-charge
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Texas Local Counsel for Plaintiff

DATED: December 2, 2024                SHIPLEY SNELL MONTGOMERY LLP
                                       GEORGE T. SHIPLEY (TX Bar No.
                                       18267100) (SDTX Bar No. 02118)


                                            s/ George T. Shipley
                                       _____
                                           GEORGE T. SHIPLEY

                                       717 Texas Avenue, Suite 1800
                                       Houston, TX 77002
                                       Telephone: 713/652-5920
                                       713/652-3057 (fax)

                                       CRAVATH, SWAINE & MOORE LLP
                                       KEVIN J. ORSINI (*pro hac vice*)
                                       LAUREN M. ROSENBERG (*pro hac vice*)
                                       Two Manhattan West
                                       375 Ninth Avenue
                                       New York, NY 10001
                                       Telephone: 212/474-1000
                                       212/474-3700 (fax)

                                       Attorneys for Defendants

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing on all counsel of record who have appeared

in this matter via the Court's CM/ECF system on this, the 2nd day of December, 2024.


s/ Hillary B. Stakem
HILLARY B. STAKEM