**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 <br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

On December 2, 2024, the Parties submitted a joint motion to continue the January 3, 2025 evidentiary hearing on Lead Plaintiff's motion for class certification.

The Parties' joint motion is hereby GRANTED. The evidentiary hearing on Lead Plaintiff's motion for class certification is continued to _____, 2025.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1