UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>    Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:20–cv–00576 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| Anadarko Petroleum Corporation, et al.<br>    Defendant. | § § § | |

NOTICE OF RESETTING

Take notice that the Motion Hearing set for 2/10/2025, has been RESET as follows:

Tuesday, March 25, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002