United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | §  | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM | § | |
| CORPORATION SECURITIES LITIGATION | § | CIVIL ACTION NO. 4:20-CV-0576 |
| | § | |

# ORDER

On February 10, 2025, the Special Master conducted a hearing on the record regarding the process for review of documents pursuant to Judge Eskridge's appointment of her as a Special Master for a review of documents subject to Judge Eskridge's finding of privilege waiver and the making of a "recommendation as to whether each document does or does not fall within the scope of the prior finding of privilege waiver." ECF 220.  In accordance with the parties' representations and as stated on the record, it is

ORDERED that the Special Master will conduct hearings in person at 2:00 p.m. on February 21, 2025, February 28, 2025, March 7, 2025, and March 14, 2025. It is further

ORDERED that the Special Master has reviewed the documents in Exemplar Category 6, which consists of documents on the Mullins privilege log, and confirmed they are invoices from Norton Rose Fulbright.  The parties have agreed that upon the Special Master's confirmation that these documents consist of invoices they are privileged and not subject to the waiver.  It is further

ORDERED that the Special Master has reviewed the documents in Exemplar Category 20, which are reported to consist of KPMG memoranda regarding an unrelated investigation. With the exception of KPMG privilege log number 84, the Special Master has confirmed these documents relate to an unrelated investigation are not subject to the waiver. Number 84 relates to the Shenandoah matter.

ORDERED that prior to each hearing the parties will submit a letter identifying the categories of documents to be addressed at the hearing and citations to the parties' prior briefing where arguments regarding the categories are addressed. It is further

ORDERED that prior to each hearing, Defendant will submit a privilege log limited to only the categories at issue in the upcoming hearing in a large print format that is easy to read. It is further

ORDERED that Defendant will provide to the Court an index of the notebooks submitted for in camera review by tab number.

Signed on February 11, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge