UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|

In re: Anadarko Petroleum Corporation Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melissa A. Syring<br>Cravath, Swaine & Moore LLP<br>375 Ninth Avenue<br>New York, NY 10001<br>212-474-1536 & msyring@cravath.com<br>NY - 5740923<br>Supreme Court of the United States - 319664 |
|---|---|

| Name of party applicant seeks to appear for: | Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, Ernest A. Leyendecker, III |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/18/2025 | Signed: | /s/ Melissa A. Syring |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                    United States District Judge