United States District Court
Southern District of Texas

**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|

In re: Anadarko Petroleum Corporation Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melissa A. Syring<br>Cravath, Swaine & Moore LLP<br>375 Ninth Avenue<br>New York, NY 10001<br>212-474-1536 & msyring@cravath.com<br>NY - 5740923<br>Supreme Court of the United States - 319664 |
|---|---|

| Name of party applicant seeks to appear for: | Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, Ernest A. Leyendecker, III |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/18/2025 | Signed: | /s/ Melissa A. Syring |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 2/19/2025 | Clerk's signature | s/ Melissa Morgan |
|---|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed on February 19, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge