# EXHIBIT A

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | MULLINS | 1 | PL_MULLINS_001.001 | PL_MULLINS_001.033 | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | emullins@limerockresources.com | 4/22/2016 22:53 | Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | Attorney Client | Email from Amanda McMillian, Esq.* providing legal advice regarding Anadarko Audit Committee investigation. | Email from counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |
| 357 | MULLINS | 2 | PL_MULLINS_002.001 | PL_MULLINS_002.002 | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | emullins@limerockresources.com | 4/25/2016 4:05 | RE: Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | Attorney Client | Email chain to and from Amanda McMillian, Esq.* providing legal advice regarding Anadarko Audit Committee investigation. | Email chain with counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |
| 358 | MULLINS | 3 | PL_MULLINS_003.001 | PL_MULLINS_003.002 | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | emullins@limerockresources.com | 4/28/2016 3:49 | RE: Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | Attorney Client | Email chain to and from Amanda McMillian, Esq.* providing legal advice regarding Anadarko Audit Committee investigation. | Email chain with counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |
| 359 | MULLINS | 4 | PL_MULLINS_004.001 | PL_MULLINS_004.002 | Eric Mullins [emullins@limerockresources.com] | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | 4/28/2016 12:36 | RE: Notification of Complaint Pursuant to Anadarko's Investigation and Resolution of Complaints Procedure | Attorney Client | Email chain to and from Amanda McMillian, Esq.* providing legal advice regarding Anadarko Audit Committee investigation. | Email chain with counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |
| 360 | MULLINS | 12 | PL_MULLINS_012.001 | PL_MULLINS_012.004 | Gerry Pecht, Esq.* [gerard.pecht@nortonrosefulbright.com] | em@limerockresources.com | 5/5/2016 14:33 | '--- Untitled Document --- | Attorney Client | Email and attachments from Gerard Pecht, Esq.* (Norton Rose Fulbright*) providing legal advice regarding Anadarko Audit Committee investigation. | Email and attachments from counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 361 | MULLINS | 13 | PL_MULLINS_013.001 | PL_MULLINS_013.004 | Eric Mullins [emullins@limerockresources.com] | Alison Kratish^ [AKratish@limerockresources.com] | 5/5/2016 14:42 | FW: | Attorney Client | Email chain and attachments to and from Gerard Pecht, Esq.* (Norton Rose Fulbright*) providing legal advice regarding Anadarko Audit Committee investigation. | Email chain and attachments with counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |
| 362 | MULLINS | 18 | PL_MULLINS_018.001 | PL_MULLINS_018.004 | Peggy Heeg, Esq.* [peggy.heeg@nortonrosefulbright.com] | Eric Mullins (emullins@limerockresources.com) [emullins@limerockresources.com] | 5/29/2016 17:02 | SEC Dodd-Frank Whistleblower Program Summary | Attorney Client | Email and attachment from Shauna Clark, Esq.* (Norton Rose Fulbright*) providing legal advice regarding Anadarko Audit Committee investigation. | Email and attachments from counsel containing legal advice and not including facts learned in the Anadarko Audit Committee investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.