# EXHIBIT B

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | DEFS | 578 | PL_DEFS_578.001 | PL_DEFS_578.002 | | | 06/03/2016 12:44 CDT | 2016.06.03 Champion Call Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Champion in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 86 | DEFS | 591 | PL_DEFS_591.001 | PL_DEFS_591.017 | | | 06/09/2016 15:00 CDT | Anadarko - 2016.06.02 Frye Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Lea Frye in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 93 | DEFS | 606 | PL_DEFS_606.001 | PL_DEFS_606.010 | | | 06/13/2016 17:04 CDT | 2016.06.13 Shotts Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Doug Shotts in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 95 | DEFS | 615 | PL_DEFS_615.001 | PL_DEFS_615.008 | | | 06/15/2016 10:38 CDT | 2016.05.11 Camden Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Camden in conjunction with the Anadarko Audit Committee investigation.. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | DEFS | 621 | PL_DEFS_621.010 | PL_DEFS_621.010 | | | 06/18/2016 09:05 CDT | Anadarko MORRIS Confidential WP Interview Notes_1.DOCX | Work Product | Memorandum prepared by NRF attorney (Kayla Kirk, Esq.*) in anticipation of litigation regarding interview of Matt Morris in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 97 | DEFS | 623 | PL_DEFS_623.001 | PL_DEFS_623.009 | | | 06/18/2016 15:21 CDT | 2016.05.11 McGrievy Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Pat McGrievy in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 98 | DEFS | 626 | PL_DEFS_626.001 | PL_DEFS_626.009 | | | 06/19/2016 13:56 CDT | Anadarko - 2016.05.11 McGrievy Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Pat McGrievy in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 99 | DEFS | 632 | PL_DEFS_632.001 | PL_DEFS_632.010 | | | 06/21/2016 14:57 CDT | 2016.06.06 Frye Interview Memo | Work Product | Memorandum prepared by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding interview of Lea Frye in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | DEFS | 634 | PL_DEFS_634.01 | PL_DEFS_634.001 | | | 06/21/2016 17:55 CDT | Anadarko - Ryan Morgan Call Memo (6-21-16) | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Ryan Morgan in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 101 | DEFS | 635 | PL_DEFS_635.01 | PL_DEFS_635.009 | | | 06/21/2016 18:36 CDT | Anadarko Williams Interview Memo | Work Product | Memorandum prepared by NRF attorney (Adrian Leal, Esq.*) in anticipation of litigation regarding interview of Louis Williams in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 102 | DEFS | 636 | PL_DEFS_636.01 | PL_DEFS_636.013 | | | 06/22/2016 08:33 CDT | Anadarko MORRIS Confidential WP Interview Notes_2.DOCX | Work Product | Memorandum prepared by NRF attorney (Kayla Kirk, Esq.*) in anticipation of litigation regarding interview of Matt Morris in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 103 | DEFS | 641 | PL_DEFS_641.01 | PL_DEFS_641.003 | | | 06/22/2016 22:41 CDT | Anadarko - 2016.06.13 Mitchell Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Peggy Mitchell in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | DEFS | 643 | PL_DEFS_643.01 | PL_DEFS_643.008 | | | 06/23/2016 12:44 CDT | Anadarko - 2016.05.11 Camden Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Camden in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 105 | DEFS | 645 | PL_DEFS_645.01 | PL_DEFS_645.010 | | | 06/24/2016 15:43 CDT | 2016.06.16 Camden Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Camden in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 107 | DEFS | 647 | PL_DEFS_647.01 | PL_DEFS_647.009 | | | 06/24/2016 15:44 CDT | 2016.06.22 Blakeley Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of David Blakeley in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 108 | DEFS | 648 | PL_DEFS_648.01 | PL_DEFS_648.005 | | | 06/24/2016 15:44 CDT | 2016.06.23 Bergstresser Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Tom Bergstresser in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | DEFS | 649 | PL_DEFS_649.001 | PL_DEFS_649.005 | | | 06/24/2016 15:44 CDT | 2016.06.23 Pande Interview Memo [DRAFT] | Work Product | Drart memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of PK Pande in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 110 | DEFS | 650 | PL_DEFS_650.001 | PL_DEFS_650.005 | | | 06/24/2016 15:45 CDT | 2016.06.24 Fasnacht Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Tim Fasnacht in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 111 | DEFS | 652 | PL_DEFS_652.001 | PL_DEFS_652.004 | | | 06/24/2016 17:06 CDT | Anadarko - 2016.06.24 Fasnacht Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Tim Fasnacht in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 113 | DEFS | 654 | PL_DEFS_654.001 | PL_DEFS_654.004 | | | 06/24/2016 20:25 CDT | 2016.06.15 O'Brien Interview Memo | Work Product | Memorandum prepared by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding interview of David O'Brien in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | DEFS | 655 | PL_DEFS_655.01 | PL_DEFS_655.008 | | | 06/24/2016 21:58 CDT | 2016.06.21 Prosser Interview Memo | Work Product | Memorandum prepared by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding interview of Wendy Prosser in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 115 | DEFS | 659 | PL_DEFS_659.01 | PL_DEFS_659.011 | | | 06/27/2016 16:58 CDT | Anadarko - 2016.06.13 Shotts Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Doug Shotts in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 116 | DEFS | 660 | PL_DEFS_660.01 | PL_DEFS_660.005 | | | 06/27/2016 16:59 CDT | Anadarko - 2016.06.23 Pande Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of PK Pande in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 117 | DEFS | 662 | PL_DEFS_662.01 | PL_DEFS_662.005 | | | 06/29/2016 17:16 CDT | Anadarko - 2016.06.23 Bergstresser Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Tom Bergstresser in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | DEFS | 670 | PL_DEFS_670.001 | PL_DEFS_670.011 | | | 07/05/2016 14:11 CDT | Anadarko MCGRIEVY Confidential WP Interview Notes.DOCX | Work Product | Memorandum prepared by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding interview of Pat McGrievy in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 121 | DEFS | 673 | PL_DEFS_673.001 | PL_DEFS_673.009 | | | 07/06/2016 12:03 CDT | 2016.06.22 Blakeley Interview Memo [DRAFT] | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of David Blakeley in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 124 | DEFS | 688 | PL_DEFS_688.001 | PL_DEFS_688.014 | | | 07/13/2016 21:51 CDT | Anadarko - 2016.06.16 Strickling Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Robert Strickling in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 125 | DEFS | 689 | PL_DEFS_689.001 | PL_DEFS_689.011 | | | 07/13/2016 21:51 CDT | Anadarko - Memorandum from Interview of Breck Johnson (June 15, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Breck Johnson in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | DEFS | 690 | PL_DEFS_690.001 | PL_DEFS_690.024 | | | 07/13/2016 21:57 CDT | Anadarko - Memorandum from Interview of Chip Oudin (June 20, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Chip Oudin in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 127 | DEFS | 691 | PL_DEFS_691.001 | PL_DEFS_691.024 | | | 07/13/2016 22:26 CDT | Anadarko - Memorandum from Interview of Paul Chandler (June 20, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Paul Chandler in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 128 | DEFS | 692 | PL_DEFS_692.001 | PL_DEFS_692.021 | | | 07/13/2016 22:54 CDT | Anadarko - Memorandum from Interview of Jake Ramsey (June 22, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Jake Ramsey in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 129 | DEFS | 693 | PL_DEFS_693.001 | PL_DEFS_693.011 | | | 07/13/2016 23:06 CDT | Anadarko - Memorandum from Interview of John Colglazier (June 23, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of John Colglazier in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | DEFS | 694 | PL_DEFS_694.001 | PL_DEFS_694.009 | | | 07/13/2016 23:15 CDT | Anadarko - Memorandum from Interview of Christian Noll (June 23, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Christian Noll in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 132 | DEFS | 696 | PL_DEFS_696.001 | PL_DEFS_696.009 | | | 07/15/2016 13:18 CDT | 2016.06.23 Oudin Interview Memo | Work Product | Memorandum prepared by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding interview of Chip Oudin in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 139 | DEFS | 705 | PL_DEFS_705.001 | PL_DEFS_705.011 | | | 07/20/2016 12:42 CDT | Anadarko - 2016.06.16 Camden Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Camden in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 142 | DEFS | 713 | PL_DEFS_713.001 | PL_DEFS_713.011 | | | 07/21/2016 16:54 CDT | Anadarko - 2016.07.13 Daniels Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Bob Daniels in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | DEFS | 715 | PL_DEFS_715.001 | PL_DEFS_715.014 | | | 07/22/2016 13:14 CDT | Anadarko - 2016.07.14 Leyendecker Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Ernie Leyendecker in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 145 | DEFS | 719 | PL_DEFS_719.001 | PL_DEFS_719.012 | | | 07/25/2016 17:53 CDT | Anadarko - 2016.06.21 McGrievy Interview Memo FINAL | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Pat McGrievy in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 147 | DEFS | 724 | PL_DEFS_724.001 | PL_DEFS_724.004 | | | 07/29/2016 08:35 CDT | Anadarko - 2016.07.25 Walker Interview Memo - SJC | Work Product | Draft memorandum prepared by NRF attorney (Shauna Clark, Esq.*) and legal support staff working at direction of Shauna Clark, Esq.* (Carol Nervis^) in anticipation of litigation regarding interview of Al Walker in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 148 | DEFS | 725 | PL_DEFS_725.001 | PL_DEFS_725.004 | | | 07/29/2016 11:50 CDT | Anadarko - 2016.07.25 Walker Interview Memo | Work Product | Memorandum prepared by NRF attorney (Shauna Clark, Esq.*) in anticipation of litigation regarding interview of Al Walker in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | DEFS | 740 | PL_DEFS_740.001 | PL_DEFS_740.006 | | | 08/01/2016 11:15 CDT | Anadarko - 2016.07.11 Trautman Interview Memo DRAFT | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Tim Trautman in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 150 | DEFS | 741 | PL_DEFS_741.001 | PL_DEFS_741.002 | | | 08/01/2016 18:01 CDT | Anadarko - 2016.07.26 Kendall Interview Memo DRAFT | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Beth Kendall in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 176 | DEFS | 776 | PL_DEFS_776.001 | PL_DEFS_776.007 | | | 08/25/2016 15:59 CDT | Anadarko - Memorandum from Interview of Jim Kleckner (July 13, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Jim Kleckner in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 183 | DEFS | 816 | PL_DEFS_816.001 | PL_DEFS_816.007 | | | 09/25/2016 13:49 CDT | Anadarko - Memorandum from Interview of Diane Sease (September 15, 2016)_1.DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regarding interview of Diane Sease in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | DEFS | 817 | PL_DEFS_817.01 | PL_DEFS_817.009 | | | 09/25/2016 18:23 CDT | Anadarko - Memorandum from Interview of Catherine Green (September 16, 2016)_1.DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regarding interview of Catherine Green in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 188 | DEFS | 837 | PL_DEFS_837.01 | PL_DEFS_837.001 | | | 10/12/2016 10:08 CDT | Anadarko - 2016.10.03 Steinberger-Glasser Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Anita Steinberger-Glasser in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 189 | DEFS | 838 | PL_DEFS_838.01 | PL_DEFS_838.005 | | | 10/12/2016 18:18 CDT | Anadarko - 2016.09.19 Ramsey Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Jake Ramsey in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 196 | DEFS | 857 | PL_DEFS_857.01 | PL_DEFS_857.004 | | | 10/31/2016 18:01 CDT | Anadarko - 2016.10.10 McDonald Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Byron McDonald in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | DEFS | 858 | PL_DEFS_858.001 | PL_DEFS_858.004 | | | 10/31/2016 18:04 CDT | Anadarko - 2016.09.26 Leyendecker Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Ernie Leyendecker in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 198 | DEFS | 860 | PL_DEFS_860.001 | PL_DEFS_860.002 | | | 11/01/2016 17:40 CDT | Anadarko - 2016.11.01 Oudin Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chip Oudin in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 199 | DEFS | 862 | PL_DEFS_862.001 | PL_DEFS_862.005 | | | 11/02/2016 18:10 CDT | Anadarko - 2016.10.03 Krszjzaniek Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Chris Krszjzaniek in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 200 | DEFS | 864 | PL_DEFS_864.001 | PL_DEFS_864.001 | | | 11/03/2016 18:15 CDT | Anadarko - DRAFT 2016.10.04 Boggan Interview Memo | Work Product | Memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Stuart Boggan in conjunction with the Anadarko Audit Committee investigation. | Memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | DEFS | 883 | PL_DEFS_883.001 | PL_DEFS_883.009 | | | 11/22/2016 15:35 CST | Anadarko - Memorandum from Interview of Catherine Green (September 16, 2016)_2.DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regarding interview of Catherine Green in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 209 | DEFS | 887 | PL_DEFS_887.001 | PL_DEFS_887.004 | | | 11/30/2016 09:25 CST | Anadarko - Memorandum from Interview of Chip Oudin (October 11, 2016).DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) regarding interview of Chip Oudin in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 210 | DEFS | 891 | PL_DEFS_891.001 | PL_DEFS_891.005 | | | 12/05/2016 10:22 CST | Anadarko - Memorandum from Interview of Jordan Hixson (October 11, 2016).DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regardinginterview of Jordan Hixson in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 211 | DEFS | 892 | PL_DEFS_892.001 | PL_DEFS_892.010 | | | 12/05/2016 10:23 CST | Anadarko - Memorandum from Interview of Cathy Douglas (September 27, 2016).DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regarding interview of Cathy Douglas in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | DEFS | 893 | PL_DEFS_893.001 | PL_DEFS_893.007 | | | 12/05/2016 10:30 CST | Anadarko - Memorandum from Interview of Diane Sease (September 15, 2016)_2.DOCX | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) in anticipation of litigation regarding interview of Diane Sease in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 213 | DEFS | 894 | PL_DEFS_894.001 | PL_DEFS_894.009 | | | 12/06/2016 17:25 CST | Anadarko - Memorandum from Interview of Darrell Hollek (July 14, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Darrell Hollek in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 214 | DEFS | 895 | PL_DEFS_895.001 | PL_DEFS_895.004 | | | 12/06/2016 17:37 CST | Anadarko - Memorandum from Interview of Chris Champion (November 11, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Chris Champion in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 215 | DEFS | 896 | PL_DEFS_896.001 | PL_DEFS_896.010 | | | 12/06/2016 17:40 CST | Anadarko - Memorandum from Interview of Chris Champion (November 2, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Chris Champion in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 216 | DEFS | 897 | PL_DEFS_897.001 | PL_DEFS_897.010 | | | 12/06/2016 17:41 CST | Anadarko - Memorandum from Interview of Michael Ciselak (October 19, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Michael Cieslak in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 217 | DEFS | 898 | PL_DEFS_898.001 | PL_DEFS_898.004 | | | 12/06/2016 17:41 CST | Anadarko - Memorandum from Interview of Jake Ramsey (October 19, 2016) | Work Product | Draft memorandum prepared by NRF attorney (John Byron, Esq.*) in anticipation of litigation regarding interview of Jake Ramsey in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 218 | DEFS | 899 | PL_DEFS_899.001 | PL_DEFS_899.010 | | | 12/07/2016 10:54 CST | Anadarko - 2016.09.15 Burton Interview Memo | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Forrest Burton in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 219 | DEFS | 901 | PL_DEFS_901.001 | PL_DEFS_901.008 | | | 12/07/2016 14:45 CST | Anadarko - 2016.10.03 Shotts &amp; Prosser Interview Memo | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Doug Shotts and Wendy Prosser in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | DEFS | 908 | PL_DEFS_908.001 | PL_DEFS_908.002 | | | 12/16/2016 10:11 CST | Anadarko - 2016.12.16 Memorandum of Interview of Bob Daniels | Work Product | Draft memorandum prepared by NRF attorney (Lana Rowenko, Esq.*) in anticipation of litigation regarding interview of Bob Daniels in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |
| 222 | DEFS | 913 | PL_DEFS_913.001 | PL_DEFS_913.002 | | | 01/06/2017 00:01 CST | Anadarko - Memorandum from Interview of Bob Abendschein (January 4, 2017) | Work Product | Draft memorandum prepared by NRF attorney (Chen Zhang, Esq.*) regarding interview of Bob Abendschein in conjunction with the Anadarko Audit Committee investigation. | Draft memorandum is not a transcript of the interview; it includes attorney mental impressions / opinion work product regarding witness interview. | In part |