# EXHIBIT C

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | DEFS | 331 | PL_DEFS_331.001 | PL_DEFS_331.002 | Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com] | Walker, Al [Al.Walker@anadarko.com];Gwin, Robert [Robert.Gwin@anadarko.com]; Bobby Reeves, Esq.* [Bobby.Reeves@anadarko.com] | 1/19/2017 18:37 | FW: Anadarko - 2017.01.10 Letter David B. Reece (SEC) Re Enforcement Action | Attorney-Client Privilege; Work Product | Email and attachments providing legal advice and reflecting the provision of legal advice (Gerard Pecht, Esq.*, Norton Rose Fulbright*) regarding SEC investigation. | Email containing counsel's mental impressions regarding SEC investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

1