# EXHIBIT D

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | DEFS | 695 | PL_DEFS_695.001 | PL_DEFS_695.007 | | | 07/15/2016 11:52 CDT | Summary--Culture, Conduct, Bullying References | Work Product | Memorandum drafted by NRF attorney (Jesika Blanco, Esq.*) in anticipation of litigation regarding culture and conduct at Anadarko. | Memorandum reflecting attorney mental impressions / opinion work product regarding witness interviews and culture and conduct at Anadarko. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.      1