# EXHIBIT E

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DEFS | 210 | PL_DEFS_210.001 | PL_DEFS_210.028 | Champion, Chris [Chris.Champion@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | 9/3/2016 3:50 | Fwd: Privileged and Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments forwarded to Jennifer Edwards, Esq* regarding Oil and Gas Disclosures for 2016 to be provided to Norton Rose Fulbright* for the purpose of obtaining legal advice in connection with the Anadarko Audit Committee investigation. | Email and attachments sent to counsel for purpose of obtaining legal advice and not including facts learned during the Anadarko Audit Committee investigation. | In full |
| 5 | DEFS | 215 | PL_DEFS_215.001 | PL_DEFS_215.061 | Green, Catherine [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AQD436] | Mike Young, Esq.* [Michael.Young@anadarko.com] | 9/19/2016 21:45 | Requested follow up items - privileged and confidential | Attorney-Client Privilege; Work Product | Email and attachments to Michael Young, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email and attachments sent to counsel for purpose of obtaining legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 6 | DEFS | 216 | PL_DEFS_216.001 | PL_DEFS_215.002 | Mike Young, Esq.* [Michael.Young@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 9/20/2016 1:09 | RE: Requested follow up items - privileged and confidential | Attorney-Client Privilege; Work Product | Email from Michael Young, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email from counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

1

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | DEFS | 226 | PL_DEFS_226.001 | PL_DEFS_226.066 | Green, Catherine [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AQD436] | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | 10/6/2016 18:50 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 8 | DEFS | 227 | PL_DEFS_227.001 | PL_DEFS_227.005 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/6/2016 19:22 | Re: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 9 | DEFS | 228 | PL_DEFS_228.001 | PL_DEFS_228.004 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/6/2016 19:42 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

2

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DEFS | 229 | PL_DEFS_229.001 | PL_DEFS_229.008 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/7/2016 23:38 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 11 | DEFS | 230 | PL_DEFS_230.001 | PL_DEFS_230.010 | Green, Catherine [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AQD436] | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | 10/10/2016 12:59 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 12 | DEFS | 231 | PL_DEFS_231.001 | PL_DEFS_231.005 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/12/2016 20:43 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | DEFS | 232 | PL_DEFS_232.001 | PL_DEFS_232.006 | Green, Catherine [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AQD436] | Shelby Fawver, Esq.* [Shelby.Fawver@anadarko.com] | 10/12/2016 21:08 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 14 | DEFS | 233 | PL_DEFS_233.001 | PL_DEFS_233.005 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/12/2016 21:37 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 15 | DEFS | 234 | PL_DEFS_234.001 | PL_DEFS_234.003 | Champion, Chris [Chris.Champion@anadarko.com] | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | 10/12/2016 21:51 | Re: Shen | Attorney-Client Privilege; Work Product | Email chain with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In full |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DEFS | 235 | PL_DEFS_235.001 | PL_DEFS_235.006 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/13/2016 15:42 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain and attachments with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain and attachments with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 17 | DEFS | 236 | PL_DEFS_236.001 | PL_DEFS_236.006 | Green, Catherine [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AQD436] | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | 10/13/2016 18:09 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 18 | DEFS | 237 | PL_DEFS_237.001 | PL_DEFS_237.006 | Shelby Fawver^ [Shelby.Fawver@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com] | 10/13/2016 19:08 | RE: Shen - Confidential | Attorney-Client Privilege; Work Product | Email chain with Shelby Fawver^ and Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | DEFS | 269 | PL_DEFS_269.001 | PL_DEFS_269.024 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Champion, Chris [Chris.Champion@anadarko.com] | 11/1/2016 16:48 | FW: Presentation | Attorney-Client Privilege; Work Product | Email chain with Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |
| 82 | DEFS | 328 | PL_DEFS_328.001 | PL_DEFS_328.004 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Camden, Chris [Chris.Camden@anadarko.com] | 1/2/2017 20:40 | RE: Two follow-up questions from Norton Rose Fulbright | Attorney-Client Privilege; Work Product | Email chain with Jennifer Edwards, Esq.* regarding requests by counsel (Norton Rose Fulbright*) for information for the purpose of providing legal advice in connection with the Anadarko Audit Committee investigation. | Email chain with counsel for purpose of obtaining and providing legal advice in connection with the Anadarko Audit Committee investigation. | In part |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

6