# EXHIBIT F

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | DEFS | 747 | PL_DEFS_747.001 | PL_DEFS_747.175 | | | 08/11/2016 11:21 CDT | Anadarko - SEC Presentation | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 155 | DEFS | 748 | PL_DEFS_748.001 | PL_DEFS_748.175 | | | 08/11/2016 13:57 CDT | Anadarko - SEC Presentation - GP Edits | Work Product | Draft of SEC Presentation created by NRF attorney (Gerard Pecht, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 156 | DEFS | 750 | PL_DEFS_750.001 | PL_DEFS_750.175 | | | 08/12/2016 11:20 CDT | Anadarko - SEC Presentation | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 169 | DEFS | 763 | PL_DEFS_763.001 | PL_DEFS_763.174 | | | 08/15/2016 18:21 CDT | Anadarko - SEC Presentation updated 8-15-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 170 | DEFS | 765 | PL_DEFS_765.001 | PL_DEFS_765.179 | | | 08/16/2016 15:05 CDT | Anadarko - SEC Presentation updated 8-16-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | DEFS | 770 | PL_DEFS_770.001 | PL_DEFS_770.179 | | | 08/17/2016 16:27 CDT | Anadarko - SEC Presentation updated 8-17-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 177 | DEFS | 777 | PL_DEFS_777.001 | PL_DEFS_777.183 | | | 08/28/2016 18:07 CDT | Anadarko - SEC Presentation updated 8-24-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 178 | DEFS | 778 | PL_DEFS_778.001 | PL_DEFS_778.200 | | | 08/29/2016 13:21 CDT | Anadarko - SEC Presentation updated 8-28-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 202 | DEFS | 871 | PL_DEFS_871.001 | PL_DEFS_871.244 | | | 11/12/2016 10:46 CST | Anadarko - SEC Presentation updated 10-28-16 | Attorney-Client; Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 203 | DEFS | 872 | PL_DEFS_872.001 | PL_DEFS_872.247 | | | 11/14/2016 10:47 CST | Anadarko - SEC Presentation updated 11-14-16 | Attorney-Client; Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 204 | DEFS | 873 | PL_DEFS_873.001 | PL_DEFS_873.175 | | | 11/14/2016 12:45 CST | Anadarko - Presentation to APC - 11-14-16 | Attorney-Client; Work Product | Draft SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | DEFS | 874 | PL_DEFS_874.001 | PL_DEFS_874.176 | | | 11/15/2016 10:00 CST | Anadarko - SEC Presentation for AC - 11-15-16 | Attorney-Client; Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |
| 206 | DEFS | 876 | PL_DEFS_876.001 | PL_DEFS_876.176 | | | 11/18/2016 15:57 CST | Anadarko - Presentation to SEC 11-22-16 | Work Product | Draft of SEC Presentation created by NRF attorney (Lana Rowenko, Esq.*). | NRF's draft SEC presentation. Final presentation already produced, and this draft version constitutes attorney work product. | In full |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.