United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION CV-0576 | § § § § | CIVIL ACTION NO. 4:20- |

# ORDER

The Special Master conducted a hearing on the record, and ex parte during portions, for the purpose of determining whether specific documents fall within the scope of Judge Eskridge's prior finding of subject matter privilege waiver. The category numbers, exhibit letters, and tab numbers referenced below are taken from the parties' February 19, 2025 joint letter identifying the documents to be addressed at the hearing. ECF 263. For the reasons stated on the record, it is

ORDERED that documents contained in Category 1, Exhibit A, Tabs 356-62 are privileged and outside of Judge Eskridge's waiver ruling and do not need to be produced; it is further

ORDERED that documents contained in Category 16, Exhibit B, Tabs 85, 86, 93, 95-105, 107-11, 113-17, 120, 121, 124-30, 132, 139, 142, 143, 145, 147-50, 176, 183, 184, 188, 189, 196-200, 207, 209-20, 222, must be

produced but paragraph 2 of each memorandum may be redacted and, in those memorandum which contain a paragraph similar to paragraph 3 of the exemplar, the paragraph 3 may also be redacted; it is further

ORDERED that the documents contained in Category 7, Exhibit C, Tab 83, must be produced; it is further

ORDERED that the documents contained in Category 15, Exhibit D, Tab 131, must be produced but footnote 3 may be redacted; it is further

ORDERED that the documents contained in Category 8, Exhibit E, Tabs 4-18, 45, 82 must be produced, but the first line of the document with bates number PL_DEFS_328.001 may be redacted; it is further

ORDERED that the documents contained in Category 13, Exhibit F, Tabs 154-56, 169-70, 175, 177-78, 202-06 must be produced but information discussed on the record that is reflected on documents with bates number PL_DEFS_750.034 and PL_DEFS_750.125 may be redacted from each document on which it appears; it is further

ORDERED that the parties are going to continue to confer to narrow the documents that the Special Master is required to review. It is further

ORDERED that the hearings previously set for February 28, 2025 and March 7, 2025 are CANCELED. The next scheduled hearing is set for March 14, 2025.

Signed on February 21, 2025, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge