## Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576
## Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DEFS | 2 | PL_DEFS_002.001 | PL_DEFS_002.001 | Jennifer Roberts | Property Accounting Files | 10/24/2016 0:00 | Q3 2016 – Shenandoah-3 Dry Hole Analysis | Work Product | Hard copy of draft memorandum containing legal advice and prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and controls and in furtherance of the Anadarko Audit Committee investigation. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 2 | DEFS | 3 | PL_DEFS_003.001 | PL_DEFS_003.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 0:00 | Q3 2016 – Shenandoah-3 Suspended Well Accounting Analysis | Work Product | Hard copy of draft memorandum containing legal advice and prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and in furtherance of the Anadarko Audit Committee investigation. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 3 | DEFS | 4 | PL_DEFS_004.001 | PL_DEFS_004.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 0:00 | Q3 2016 – Shenandoah-3 Suspended Well Accounting Analysis | Work Product | Hard copy of draft memorandum containing legal advice and prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and in furtherance of the Anadarko Audit Committee investigation. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | DEFS | 238 | PL_DEFS_238.001 | PL_DEFS_238.001 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Green, Catherine [Catherine.Green@anadarko.com], Williams, Louis [Louis.Williams@anadarko.com], Roberts, Jennifer [Jennifer.Roberts@anadarko.com | 10/18/2016 14:31 | Memos requested by Counsel | Attorney-Client Privilege; Work Product | Email from Jennifer Edwards, Esq.* regarding memoranda prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and controls. | Email from counsel regarding legal advice and attorney work product that does not include facts learned in the Anadarko Audit Committee investigation. | In full |
| 20 | DEFS | 239 | PL_DEFS_239.001 | PL_DEFS_239.005 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/25/2016 14:37 | Suspended Well Control Memo.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 21 | DEFS | 240 | PL_DEFS_240.001 | PL_DEFS_240.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/24/2016 13:47 | DH Analysis DRAFT 102416.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | DEFS | 241 | PL_DEFS_241.001 | PL_DEFS_241.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/27/2016 19:45 | DH Analysis DRAFT 102416.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 23 | DEFS | 242 | PL_DEFS_242.001 | PL_DEFS_242.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/27/2016 14:53 | DH Analysis DRAFT 102416.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 24 | DEFS | 243 | PL_DEFS_243.001 | PL_DEFS_243.005 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/25/2016 14:37 | Suspended Well Control Memo.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 25 | DEFS | 244 | PL_DEFS_244.001 | PL_DEFS_244.010 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/25/2016 14:37 | Suspended Well Control Memo.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | DEFS | 245 | PL_DEFS_245.001 | PL_DEFS_245.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/27/2016 19:45 | DH Analysis DRAFT 102416.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 27 | DEFS | 246 | PL_DEFS_246.001 | PL_DEFS_246.010 | Green, Catherine [Catherine.Green@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com];Champion, Chris [Chris.Champion@anadarko.com] | 10/30/2016 20:25 | Privileged/prepared at the request of counsel - suspended well control memo | Attorney-Client Privilege; Work Product | Email and attachments to Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 28 | DEFS | 249 | PL_DEFS_249.001 | PL_DEFS_249.003 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/27/2016 14:53 | DH Analysis DRAFT 102416.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 29 | DEFS | 250 | PL_DEFS_250.001 | PL_DEFS_250.006 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Champion, Chris [Chris.Champion@anadarko.com];Green, Catherine [Catherine.Green@anadarko.com] | 10/31/2016 2:10 | PRIVILEGED & CONFIDENTIAL | Attorney-Client Privilege; Work Product | Email and attachments from Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | DEFS | 251 | PL_DEFS_251.001 | PL_DEFS_251.007 | Champion, Chris [/O=APC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHAMPION, CHRIS (NMS730)167] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com]; Amanda McMillian, Esq.* [Amanda.McMillian@anadarko.com];Louis Williams (Louis.Williams@anadarko.com) [Louis.Williams@anadarko.com] | 10/31/2016 2:50 | PRIVILEGED & CONFIDENTIAL | Attorney-Client Privilege; Work Product | Email and attachments to Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 31 | DEFS | 252 | PL_DEFS_252.001 | PL_DEFS_252.006 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 12:56 | DH Analysis DRAFT 102416 (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 32 | DEFS | 253 | PL_DEFS_253.001 | PL_DEFS_253.005 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 13:07 | Suspended Well Control Memo DRAFT 10-30-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | DEFS | 254 | PL_DEFS_254.001 | PL_DEFS_254.006 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 12:56 | DH Analysis DRAFT 102416 (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 34 | DEFS | 255 | PL_DEFS_255.001 | PL_DEFS_255.007 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Champion, Chris [Chris.Champion@anadarko.com] | 10/31/2016 13:46 | FW: Privileged & Confidential - Exploratory Wells | Attorney-Client Privilege; Work Product | Email and attachments from Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 35 | DEFS | 256 | PL_DEFS_256.001 | PL_DEFS_256.007 | Champion, Chris [/O=APC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHAMPION, CHRIS (NMS730)167] | Roberts, Jennifer [Jennifer.Roberts@anadarko.com]; Louis Williams (Louis.Williams@anadarko.com) [Louis.Williams@anadarko.com] | 10/31/2016 13:53 | Privileged & Confidential - Exploratory Wells | Attorney-Client Privilege; Work Product | Email and attachments copying Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 36 | DEFS | 257 | PL_DEFS_257.001 | PL_DEFS_257.006 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 12:56 | DH Analysis DRAFT 102416 (2) (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | DEFS | 258 | PL_DEFS_258.001 | PL_DEFS_258.042 | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | Roberts, Jennifer [Jennifer.Roberts@anadarko.com]; Williams, Louis [Louis.Williams@anadarko.com];Champion, Chris [Chris.Champion@anadarko.com] | 10/31/2016 15:17 | SHEN- Accounting Memo- PRIVILEGED | Attorney-Client Privilege; Work Product | Email and attachments from Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 38 | DEFS | 259 | PL_DEFS_259.001 | PL_DEFS_259.002 | Champion, Chris [Chris.Champion@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | 10/31/2016 15:26 | Re: SHEN- Accounting Memo- PRIVILEGED | Attorney-Client Privilege; Work Product | Email chain with Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email chain regarding draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 39 | DEFS | 260 | PL_DEFS_260.001 | PL_DEFS_260.004 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 16:47 | DH Analysis DRAFT 102416 (2) (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 40 | DEFS | 261 | PL_DEFS_261.001 | PL_DEFS_261.005 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 16:47 | DH Analysis DRAFT 102416 (2) (2) (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel.  Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

7

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | DEFS | 262 | PL_DEFS_262.001 | PL_DEFS_262.007 | Green, Catherine [Catherine.Green@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | 10/31/2016 16:58 | RE: PRIVILEGED & CONFIDENTIAL | Attorney-Client Privilege; Work Product | Email chain and attachments with Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 42 | DEFS | 263 | PL_DEFS_263.001 | PL_DEFS_263.004 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 17:23 | DH Analysis DRAFT 103116 3Q.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 43 | DEFS | 264 | PL_DEFS_264.001 | PL_DEFS_264.005 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 18:36 | Suspended Well Control Memo DRAFT 10-31-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 44 | DEFS | 267 | PL_DEFS_267.001 | PL_DEFS_267.005 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 21:35 | DH Analysis DRAFT 103116.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

\* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | DEFS | 270 | PL_DEFS_270.001 | PL_DEFS_270.009 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 16:52 | CG comments Shen 3 accounting memo.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 47 | DEFS | 271 | PL_DEFS_271.001 | PL_DEFS_271.001 | Champion, Chris [/O=APC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHAMPION, CHRIS (NMS730)167] | Catherine Green (Catherine.Green@anadarko.com) [Catherine.Green@anadarko.com] | 11/1/2016 18:42 | SHEN- Accounting Memo- PRIVILEGED | Attorney-Client Privilege; Work Product | Email and attachments copying Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 48 | DEFS | 272 | PL_DEFS_272.001 | PL_DEFS_272.001 | Jennifer Roberts | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 10/31/2016 16:47 | DH Analysis DRAFT 102416 (2) (2) (2) (2).docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | DEFS | 273 | PL_DEFS_273.001 | PL_DEFS_273.010 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:38 | DH Analysis DRAFT 11-1-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 50 | DEFS | 274 | PL_DEFS_274.001 | PL_DEFS_274.011 | Green, Catherine [Catherine.Green@anadarko.com] | Champion, Chris [Chris.Champion@anadarko.com] | 11/1/2016 22:39 | RE: SHEN-Accounting Memo-PRIVILEGED | Attorney-Client Privilege; Work Product | Email chain and attachments with Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 51 | DEFS | 275 | PL_DEFS_275.001 | PL_DEFS_275.007 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:52 | Suspended Well Control Memo DRAFT 11-1-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 52 | DEFS | 276 | PL_DEFS_276.001 | PL_DEFS_276.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:57 | Suspended Well Control Memo DRAFT 11-1-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | DEFS | 277 | PL_DEFS_277.001 | PL_DEFS_277.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:59 | DH Analysis DRAFT 11-1-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 54 | DEFS | 278 | PL_DEFS_278.001 | PL_DEFS_278.008 | Green, Catherine [Catherine.Green@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | 11/1/2016 23:03 | SHEN - internal control memo - PRIVILEGED | Attorney-Client Privilege; Work Product | Email and attachments to Jennifer Edwards, Esq.* regarding draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Email and attachments regarding draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 55 | DEFS | 279 | PL_DEFS_279.001 | PL_DEFS_279.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:59 | DH Analysis DRAFT 11-1-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 56 | DEFS | 280 | PL_DEFS_280.001 | PL_DEFS_280.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 22:57 | Suspended Well Control Memo DRAFT 11-1-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | DEFS | 282 | PL_DEFS_282.001 | PL_DEFS_282.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/1/2016 12:33 | DH Analysis DRAFT 11-1-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 58 | DEFS | 284 | PL_DEFS_284.001 | PL_DEFS_284.008 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:37 | Suspended Well Control Memo DRAFT 11-2-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 59 | DEFS | 285 | PL_DEFS_285.001 | PL_DEFS_285.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:39 | Suspended Well Control Memo DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | DEFS | 286 | PL_DEFS_286.011 | PL_DEFS_286.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:39 | DH Analysis DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 61 | DEFS | 287 | PL_DEFS_287.001 | PL_DEFS_287.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:39 | Suspended Well Control Memo DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 62 | DEFS | 288 | PL_DEFS_288.001 | PL_DEFS_288.009 | Green, Catherine [Catherine.Green@anadarko.com] | Champion, Chris [Chris.Champion@anadarko.com] | 11/3/2016 14:39 | RE: SHEN - Internal Controls and Accounting Memo - PRIVILEGED | Attorney-Client Privilege; Work Product | Email chain and attachments with Jennifer Edwards, Esq.* regarding draft memoranda prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Email and attachments regarding draft memoranda prepared at the request of counsel. Final memoranda already produced, and these draft versions constitute attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | DEFS | 289 | PL_DEFS_289.001 | PL_DEFS_289.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 15:13 | DH Analysis DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 64 | DEFS | 290 | PL_DEFS_290.001 | PL_DEFS_290.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:39 | Suspended Well Control Memo DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 65 | DEFS | 291 | PL_DEFS_291.001 | PL_DEFS_291.008 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 15:23 | DH Analysis DRAFT 11-2-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | DEFS | 292 | PL_DEFS_292.001 | PL_DEFS_292.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 15:23 | DH Analysis DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 67 | DEFS | 293 | PL_DEFS_293.001 | PL_DEFS_293.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 15:23 | DH Analysis DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 68 | DEFS | 294 | PL_DEFS_294.001 | PL_DEFS_294.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/3/2016 13:39 | Suspended Well Control Memo DRAFT 11-2-16 clean.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | DEFS | 295 | PL_DEFS_295.001 | PL_DEFS_295.007 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/8/2016 14:02 | Suspended Well Control Memo DRAFT 11-8-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 70 | DEFS | 297 | PL_DEFS_297.001 | PL_DEFS_297.005 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/9/2016 21:56 | DH Analysis DRAFT 11-8-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 71 | DEFS | 298 | PL_DEFS_298.001 | PL_DEFS_298.005 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/9/2016 23:20 | DH Analysis DRAFT 11-9-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | DEFS | 299 | PL_DEFS_299.001 | PL_DEFS_299.005 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 16:01 | DH Analysis DRAFT 11-10-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 73 | DEFS | 300 | PL_DEFS_300.001 | PL_DEFS_300.007 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 16:03 | Suspended Well Control Memo DRAFT 11-9-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 74 | DEFS | 301 | PL_DEFS_301.001 | PL_DEFS_301.007 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 16:06 | Suspended Well Control Memo DRAFT 11-10-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | DEFS | 302 | PL_DEFS_302.001 | PL_DEFS_302.005 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 16:01 | DH Analysis DRAFT 11-10-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 76 | DEFS | 303 | PL_DEFS_303.001 | PL_DEFS_303.007 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 16:06 | Suspended Well Control Memo DRAFT 11-10-16 marked.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 77 | DEFS | 304 | PL_DEFS_304.001 | PL_DEFS_304.006 | Champion, Chris [Chris.Champion@anadarko.com] | Jennifer Edwards, Esq.* [Jen.Edwards@anadarko.com] | 11/10/2016 21:56 | Fwd: Shen - Accounting and Controls memo - PRIVILEGED | Attorney-Client Privilege; Work Product | Email chain and attachments with Jennifer Edwards, Esq.* regarding draft memoranda prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and controls. | Email and attachments regarding draft memoranda prepared at the request of counsel. Final memoranda already produced, and these draft versions constitute attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | DEFS | 305 | PL_DEFS_305.001 | PL_DEFS_305.004 | Property Accounting | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 0:00 | DH Analysis 11-10-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |
| 79 | DEFS | 306 | PL_DEFS_306.001 | PL_DEFS_306.006 | Internal Controls | Chris Champion; Louis Williams; Jennifer Edwards, Esq.*; Amanda McMillian, Esq.*; KPMG | 11/10/2016 0:00 | Suspended Well Control Memo 11-10-16.docx | Work Product | Draft memorandum prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well controls. | Draft memorandum prepared at the request of counsel. Final memorandum already produced, and this draft version constitutes attorney work product. | In full |

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | DEFS | 307 | PL_DEFS_307.001 | PL_DEFS_307.007 | Amanda McMillian, Esq.* [/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AMCMILLI] | Peggy Heeg, Esq.* (peggy.heeg@nortonrosefulbright.com)[peggy.heeg@nortonrosefulbright.com]; Pecht, Gerard, Esq.* [gerard.pecht@nortonrosefulbright.com]; Rowenko, Lana, Esq.* [lana.rowenko@nortonrosefulbright.com] | 11/14/2016 22:26 | Shen Accounting Memos | Attorney-Client Privilege; Work Product | Email and attachments copying Jennifer Edwards, Esq.* regarding draft memoranda prepared at the request of counsel (Norton Rose Fulbright*) regarding suspended well accounting and controls. | Email and attachments regarding draft memoranda prepared at the request of counsel. Final memoranda already produced, and these draft versions constitute attorney work product. | In full |