# EXHIBIT C

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 349 | KPMG | 127 | PL_KPMG_127_001 | PL_KPMG_127_001 | | | 8/19/2016 0:00 | 386FD61.PDF | Attorney-Client, Work Product | Working paper(s) prepared by KPMG regarding audit procedures related to and updates on the Frye investigation. | Working paper(s) prepared by KPMG reflecting mental impressions / opinion work product of counsel (Norton Rose Fulbright*) related to the Frye investigation. | In full |
| 351 | KPMG | 129 | PL_KPMG_129_001 | PL_KPMG_129_001 | | | 12/13/2016 0:00 | 9ED1E2B.PDF | Attorney-Client, Work Product | Working paper(s) prepared by KPMG regarding documentation of discussions with Audit Committee chair, reflecting attorney mental impressions / opinion work product of Norton Rose Fulbright* regarding Frye investigation. | Working paper(s) prepared by KPMG reflecting mental impressions / opinion work product of counsel (Norton Rose Fulbright*) related to the Frye investigation. | In full |