# EXHIBIT D

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | DEFS | 821 | PL_DEFS_821.001 | PL_DEFS_821.025 | | | 09/29/2016 14:16 CDT | APC - Memo re Shen-3 Accounting | Work Product | Memorandum containing legal analyses and mental impressions of NRF attorney (John Byron, Esq.*) prepared in anticipation of litigation regarding accounting procedures. | Counsel's internal memorandum including counsel's opinions and mental impressions regarding accounting that does not include facts learned during the Anadarko Audit Committee investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.