# EXHIBIT E

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | KPMG | 23 | PL_KPMG_023_001 | PL_KPMG_023_011 | Zajac, Mark L" <mzajac@kpmg.com> | Dolan, Melanie F" <mdolan@kpmg.com> | 11/21/2016 19:14 | Re: Anadarko 05-053 Update | Attorney-Client, Work Product | Internal KPMG email chain regarding status of Frye investigation and mental impressions of counsel (Norton Rose Fulbright*) regarding Frye investigation. | Email chain reflecting mental impressions / opinion work product of counsel (Norton Rose Fulbright*) regarding Frye investigation. | In part |
| 247 | KPMG | 25 | PL_KPMG_025_001 | PL_KPMG_025_001 | Dolan, Melanie F <mdolan@kpmg.com> | Johnson, Suzanne S <suzannejohnson@kpmg.com>; Cavin, Hershell W <hwcavin@kpmg.com> | 11/16/2016 19:43 | RE: Anadarko 05-053 Update | Attorney-Client, Work Product | Internal KPMG email chain regarding status of Frye investigation and mental impressions of counsel (Norton Rose Fulbright*) regarding Frye investigation. | Email chain reflecting mental impressions / opinion work product of counsel (Norton Rose Fulbright*) regarding Frye investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.

1