# EXHIBIT F

Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation, et al., No. 4:20-cv-00576

Documents Subject to *In Camera* Review

| TAB NO. | PRIV. LOG | PRIV. LOG NO. | BATES BEGIN | BATES END | AUTHOR | RECIPIENT(S) | DATE TIME | FILE NAME / SUBJECT / TITLE | CLAIM | DESCRIPTION | BASIS FOR WITHOLDING | SCOPE OF CHALLENGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | MULLINS | 44 | PL_MULLINS_044.001 | PL_MULLINS_044.001 | Champion, Chris [Chris.Champion@anadarko.com] | Eric Mullins (emullins@limerockresources.com) [emullins@limerockresources.com] | 10/31/2016 14:35 | Form 10Q Disclosure change | Attorney Client | Email reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. | Counsel's legal advice regarding SEC disclosures and not containing facts learned during the Anadarko Audit Committee investigation. | In full |
| 367 | MULLINS | 45 | PL_MULLINS_045.001 | PL_MULLINS_045.002 | Eric Mullins [emullins@limerockresources.com] | Champion, Chris [Chris.Champion@anadarko.com] | 10/31/2016 16:22 | Re: Form 10Q Disclosure change | Attorney Client | Email chain and attachments reflecting the provision of legal advice (Amanda McMillian, Esq.*) regarding SEC Form 10-Q disclosure. | Counsel's legal advice regarding SEC disclosures and not containing facts learned during the Anadarko Audit Committee investigation. | In full |

* Indicates Attorney; ^ Indicates legal support staff working under the supervision of an attorney.