UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>Plaintiff, | § <br> § <br> § <br> § | CIVIL ACTION NO.<br>4:20–cv–00576 |
| vs. | § <br> § | JUDGE CHARLES ESKRIDGE |
| Anadarko Petroleum Corporation, et al.<br>Defendant. | § <br> § <br> § <br> § | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Tuesday, April 15, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002