**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Hillary B. Stakem
hstakem@rgrdlaw.com

April 23, 2025

VIA ECF

The Honorable Christina A. Bryan
United States District Court
for the Southern District of Texas
515 Rusk Street, Room 7007
Houston, Texas 77002

Re:   *In re Anadarko Petroleum Corp. Sec. Litig.*, No. 4:20-cv-00576 (S.D. Tex.)

Dear Judge Bryan :

We write on behalf of the parties to the above-referenced action to respectfully request that the Court vacate the April 25, 2025 hearing currently scheduled to address Defendants' remaining challenges to producing documents under the District Court's March 31, 2023 motion to compel Order (ECF 226-8). The parties have continued to meet and confer regarding the remaining categories of disputed documents and have reached an agreement in principle that would resolve the disputes in accordance with the guidance provided by the Court in its rulings to date (ECF 259, 267, 274). The parties are currently working together to submit a stipulation to the Court for approval that will govern production of the remaining documents. Accordingly, to avoid waste of judicial resources, the parties respectfully request that the April 25, 2025 hearing be vacated.

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP

CRAVATH, SWAINE
& MOORE LLP

s/ Hillary B. Stakem
HILLARY B. STAKEM

s/ Melissa A. Syring
MELISSA A. SYRING

HBS:jk
cc:   All Counsel (via ECF)