**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund | § | |
| | § | |
| *versus* | § | Case Number: 4:20−cv−00576 |
| | § | |
| Anadarko Petroleum Corporation, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Discovery Hearing

    Date and Time: 4/25/2025 at 1:00 PM

Date: April 24, 2025

                                                                             Nathan Ochsner, Clerk