United States District Court

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>       Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:20–cv–00576 |
| vs. | §<br>§ | Judge Charles Eskridge |
| Anadarko Petroleum Corporation, et al.<br>       Defendant. | §<br>§<br>§<br>§ | |

Notice of Setting

Take notice that a Motion Hearing is set as follows:

Monday, May 12, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002