UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § Civil Action No. 4:20-cv-00576 <br> § <br> § <u>CLASS ACTION</u> <br> § <br> § The Honorable Charles R. Eskridge III |

**APPENDIX OF PLAINTIFFS' EXHIBITS INTRODUCED
AT THE MAY 12, 2025 HEARING**

4938-6702-0355.v1

| **EXHIBIT** | **DOCUMENT** |
|---|---|
| 1 | Expert Report of Allen Ferrell, Ph.D., dated December 10, 2021 |
| 2 | Alison Sider, *Anadarko Petroleum, 4 Partners Announce Gulf of Mexico Discovery*, DowJones Newswire (Mar. 19, 2013) (APC-01761560-APC-01761561) |
| 3 | Bank of America Merrill Lynch report entitled "Shenandoah: major discovery confirmed valued at ~$4/share," dated March 19, 2013 (BOFAS_APC-000259-BOFAS_APC-000269) |
| 4 | Anadarko Update (SARASIN0002089-SARASIN0002092) |
| 5 | May 3, 2017 email from Brian Singer (FIAM-ANAD-009249-FIAM-ANAD-009252) |
| 6 | May 3, 2017 email from Stephen Richardson to Robin Fielder (APC-00737551) |
| 7 | UBS report entitled "Large Exploration Expense Drives 1Q17 EPS/CFPS Miss but EBITDX Beats; Maintains 2017 Guidance," dated May 3, 2017 (UBS_0001735-UBS_0001765) |
| 8 | Cowen report entitled "Shenandoah Results A Negative," dated May 3, 2017 |
| 9 | Atlantic Equities report entitled "Shenandoah field write-off overshadows results," dated May 3, 2017 (APC-01334923-APC-01334930) |
| 10 | Lazard Asset Management memo entitled, "APC: Forward Progress Halted," dated May 3, 2017 (L00000080-L00000081) |
| 11 | Hari Govind, *Anadarko 1Q Adjusted Loss Per Share Wider Than Est.; Shares Fall*, Bloomberg (May 2, 2017) |
| 12 | Alex Nussbaum, *Anadarko Profit Misses Estimates Even as Driller Boosts Output*, Bloomberg (May 2, 2017) |
| 13 | Expert Report of Allen Ferrell, Ph.D., dated February 1, 2019 |
| 14 | ConocoPhillips financial data from May 2, 2017 to May 3, 2017 |
| 15 | April 26, 2017 email from newalerts@invstors.anadarko.com (LADENBURG0000809-LADENBURG0000810) |
| 16 | April 27, 2017 email from Konrad Krill (LA-APCSUB-013613-LA-APCSUB-013620) |
| 17 | May 2, 2017 tweet by Denver7 News at 3:03 PM (APC-01762995) |
| 18 | May 2, 2017 tweet by Kevin Vaughan at 3:09 PM (APC-01762996) |

- 1 -

| 19 | Sur-Reply Report of Allen Ferrell, Ph.D., dated June 12, 2024 |
|---|---|
| 20 | May 2, 2017 tweet by Denver7 News at 3:11 PM (APC-01762997) |
| 21 | May 3, 2017 email from Al Walker to Robin Fielder (APC-00737523-APC-00737525) |
| 22 | Anadarko Petroleum Corporation's Form 10-Q for the quarterly period ended March 31, 2017 |
| 23 | Expert Report of Bjorn I. Steinholt, CFA, dated October 1, 2021 |
| 24 | Expert Rebuttal Report of Bjorn I. Steinholt, CFA, dated February 2, 2022 |
| 25 | May 2, 2017 Aftermarket News Chronology |
| 26 | Bernstein Research report entitled "Quick Take (APC): APC may suffer overhang on Firestone and Shenandoah but remember the 3D vision with Delaware in focus," dated May 2, 2017 (APC-01334778-APC-01334783) |
| 27 | Updated Ferrell Figure 1 – Breakout of Colorado and Shenandoah Impact |

DATED: May 16, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
LUKE O. BROOKS
HILLARY B. STAKEM
FRANCISCO J. MEJIA
MEGAN A. ROSSI
NICOLE Q. GILLILAND


s/ Hillary B. Stakem
HILLARY B. STAKEM

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel

- 2 -

- 3 -

        KENDALL LAW GROUP, PLLC
        JOE KENDALL (Texas Bar No. 11260700)
        (SDTX Bar No. 30973)
        Attorney-in-charge
        3811 Turtle Creek Blvd., Suite 825
        Dallas, TX 75219
        Telephone: 214/744-3000
        214/744-3015 (fax)

        Texas Local Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 16th day of May, 2025.

s/ Hillary B. Stakem
HILLARY B. STAKEM

4938-6702-0355.v1