**DOW JONES**

# DOWJONES | Newswires

| | |
|---|---|
| HD | **Anadarko Petroleum, 4 Partners Announce Gulf of Mexico Discovery** |
| BY | By Alison Sider |
| WC | 201 words |
| PD | 19 March 2013 |
| ET | 05:26 PM |
| SN | Dow Jones News Service |
| SC | DJ |
| LA | English |
| CY | (c) 2013 Dow Jones & Company, Inc. |
| LP | |

**PLAINTIFF'S EXHIBIT**
CASE NO. _____
EXHIBIT NO. 2

Anadarko Petroleum Corp. and four partners announced a discovery in the deepwater Gulf of Mexico Tuesday that Anadarko called one of its largest in the Gulf.

The 31,400-foot deep Shenandoah-2 well encountered more than 1,000 feet of oil-containing rock, which makes it a "potentially giant project," said Bob Daniels, Anadarko's senior vice president for deepwater and international exploration.

TD

Mr. Daniels said that coupled with the Shenandoah-1 well and nearby prospects, the latest discovery indicates that the Shenendoah Basin could become "one of the most prolific new areas in the deepwater Gulf of Mexico."

Anadarko is the operator of the well and has a 30% stake. ConocoPhillips (COP) also has a 30% interest in the well, Cobalt International Energy LP (CIE) has a 20% stake, Marathon Oil Co. (MRO) has a 10% stake, and Venari Resources LLC has 10%.

Shares of Anadarko are up 2.3% in after hours trading. Shares of Marathon and ConocoPhillips also gained slightly Tuesday afternoon.

Write to Alison Sider at Alison.Sider@dowjones.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires [ 03-19-13 1726ET ]

| | |
|---|---|
| CO | anadp : Anadarko Petroleum Corp | cobiel : Cobalt International Energy Inc. | philp : ConocoPhillips | usstel : Marathon Oil Corp |
| IN | i1 : Energy | i13 : Crude Oil/Natural Gas | i16 : Electricity/Gas Utilities | i1300005 : Support Activities for Oil/Gas | i14 : Petroleum/Coal Products | i14001 : Petroleum Refining | iexplo : Natural Gas/Oil Exploration |
| NS | ccat : Corporate/Industrial News | cnatrd : Natural Reserves/Resources Discovery |
| RE | mex : Mexico | usa : United States | usok : Oklahoma | uss : Southern U.S. | ustx : Texas | devgcoz : Emerging Market Countries | dvpcoz : Developing Economies | lamz : Latin America | namz : North America |
| IPC | AENE |
| PUB | Dow Jones & Company, Inc. |

**AN**         Document DJ000000020130319e93j000ow

Page 2 of 2 © 2023 Factiva, Inc. All rights reserved.

APC-01761561