# Anadarko Petroleum Corp.

**Company Update**     **BUY**

Equity | United States | Oil & Gas Producers
19 March 2013

# Shenandoah: major discovery confirmed valued at ~$4/share

## Bank of America Merrill Lynch

| | |
|---|---|
| **Doug Leggate** | +1 713 247 6013 |
| Research Analyst | |
| MLPF&S | |
| doug.leggate@baml.com | |
| **Jason Smith** | +1 646 855 2602 |
| Research Analyst | |
| MLPF&S | |
| jsmith51@baml.com | |
| **Abhishek Sinha** | +1 713 247 6090 |
| Research Analyst | |
| MLPF&S | |
| sinha.abhishek@baml.com | |

### Shenandoah: 500mm - 1bn boe potential

On our recent bus tour we suggested that news on Anadarko's Shenandoah well was imminent, pending closing of the latest GoM lease round on 3/18. Right on time, APC has announced the result the appraisal well – and it looks huge. With 1,000ft of net oil pay across multiple lower tertiary reservoirs and good rock properties management has taken the rare step of describing Shenandoah as a potential giant, meaning possibly more than 500mm bbls. However, from data released by APC so far, we contend that a simple reservoir engineering approach to the potential scale of the discovery could reasonably lie between 500mm – 1bn boe, more than double the range we had previously assumed.

### Shenandoah sets up APC's 3rd major US GoM development

Multiple parallel development schemes now come into play although rig limitations may defer further appraisal drilling until 2014. Still, even with a 4/5 year timeline to first oil, we now believe fair value for Shenandoah net to APC could reasonably be ~$2bn, or $4 per share – some 2x our prior estimate. As noted in our recent note <u>APC: News flow starts now</u>, the line of sight on high margin operated developments in the US GoM is a catalyst that can force market recognition of embedded exploration value.

### Taking the steps to release value: still our top pick

We continue to believe management is taking steps to release value. Exploration value that has long been embedded in the stock is transitioning to a development pipeline that provides the catalyst to drive APC's multiple lower. Put simply we believe APC is bridging the gap between a value play and a growth stock. Watch for news on a potential partial Mozambique monetization following the bid deadline for APC's 10% stake on March 14th. APC remains our sector top pick, and pending confirmation on the timeline to development, risks to our $120 PO look skewed higher.

### Stock Data

| | |
|---|---|
| Price | US$83.28 |
| Price Objective | US$120.00 |
| Date Established | 6-Jun-2012 |
| Investment Opinion | C-1-7 |
| Volatility Risk | HIGH |
| 52-Week Range | US$56.42-85.70 |
| Mrkt Val / Shares Out (mn) | US$41,640 / 500.0 |
| BofAML Ticker / Exchange | APC / NYS |
| Bloomberg / Reuters | APC US / APC.N |
| ROE (2013E) | 10.1% |
| Total Dbt to Cap (Dec-2012A) | 39.1% |
| Est 5-Yr: EPS / DPS Growth | 20.5% / 0% |



PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. 3

### Estimates (Dec)

| (US$) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| EPS | 3.37 | 4.10 | 4.33 | 5.81 | 6.36 |
| GAAP EPS | (5.31) | 4.75 | 4.33 | 5.81 | 6.36 |
| EPS Change (YoY) | 86.2% | 21.7% | 5.6% | 34.2% | 9.5% |
| Consensus EPS (Bloomberg) | | | 4.01 | 5.10 | 6.19 |
| DPS | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 |

### Valuation (Dec)

| | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| P/E | 24.7x | 20.3x | 19.2x | 14.3x | 13.1x |
| GAAP P/E | NM | 17.5x | 19.2x | 14.3x | 13.1x |
| Dividend Yield | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| EV / EBITDA* | 21.7x | 6.8x | 6.6x | 5.6x | 5.2x |
| Free Cash Flow Yield* | -7.6% | 2.6% | 1.8% | 5.3% | 7.4% |

\* For full definitions of iQmethod$^{SM}$ measures, see page 8.

BofA Merrill Lynch does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Refer to important disclosures on page 9 to 11. Analyst Certification on Page 7. Price Objective Basis/Risk on page 7. Link to Definitions on page 7. 11258839

**Bank of America Merrill Lynch**

19 March 2013

Anadarko Petroleum Corp.

# *iQprofile*<sup>SM</sup> Anadarko Petroleum Corp.

## *iQmethod* <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Return on Capital Employed | -3.0% | 5.3% | 5.2% | 6.4% | 6.6% |
| Return on Equity | 8.7% | 10.8% | 10.1% | 12.2% | 11.9% |
| Operating Margin | -14.6% | 30.1% | 33.3% | 37.2% | 37.9% |
| Free Cash Flow | (3,145) | 1,097 | 749 | 2,213 | 3,085 |

## *iQmethod* <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.5x | 4.1x | 3.7x | 3.2x | 3.2x |
| Asset Replacement Ratio | 1.5x | 1.8x | 1.7x | 1.6x | 1.5x |
| Tax Rate | 24.4% | 31.9% | 44.8% | 44.4% | 44.2% |
| Net Debt-to-Equity Ratio | 66.0% | 49.3% | 39.8% | 28.1% | 15.4% |
| Interest Cover | -2.2x | 5.0x | 6.4x | 8.2x | 8.9x |

## Income Statement Data (Dec)

| (US$ Millions) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Sales | 12,834 | 12,396 | 14,077 | 16,122 | 17,093 |
| % Change | 28.2% | -3.4% | 13.6% | 14.5% | 6.0% |
| Gross Profit | NA | NA | NA | NA | NA |
| % Change | NA | NA | NA | NA | NA |
| EBITDA | 3,036 | 9,637 | 9,968 | 11,666 | 12,582 |
| % Change | -53.0% | 217.4% | 3.4% | 17.0% | 7.8% |
| Net Interest & Other Income | (1,554) | (216) | (690) | (690) | (690) |
| **Net Income (Adjusted)** | **1,681** | **2,057** | **2,184** | **2,930** | **3,210** |
| % Change | 86.8% | 22.4% | 6.2% | 34.1% | 9.6% |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | (2,649) | 2,391 | 2,184 | 2,930 | 3,210 |
| Depreciation & Amortization | 3,830 | 3,964 | 4,159 | 4,547 | 4,705 |
| Change in Working Capital | (778) | (847) | 0 | 0 | 0 |
| Deferred Taxation Charge | (1,461) | 164 | 831 | 1,163 | 1,400 |
| Other Adjustments, Net | 3,563 | 2,667 | 824 | 824 | 1,020 |
| Capital Expenditure | (5,650) | (7,242) | (7,250) | (7,250) | (7,250) |
| **Free Cash Flow** | **-3,145** | **1,097** | **749** | **2,213** | **3,085** |
| % Change | NM | NM | -31.7% | 195.4% | 39.4% |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2011A | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Cash & Equivalents | 2,697 | 2,471 | 3,740 | 5,773 | 8,677 |
| Trade Receivables | 3,259 | 2,747 | 2,747 | 2,747 | 2,747 |
| Other Current Assets | 975 | 1,577 | 877 | 877 | 877 |
| Property, Plant & Equipment | 37,501 | 38,398 | 40,073 | 40,829 | 40,994 |
| Other Non-Current Assets | 7,347 | 7,396 | 7,196 | 7,196 | 7,196 |
| **Total Assets** | **51,779** | **52,589** | **54,633** | **57,422** | **60,491** |
| Short-Term Debt | 170 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 4,729 | 3,994 | 3,994 | 3,994 | 3,994 |
| Long-Term Debt | 15,060 | 13,269 | 13,269 | 13,269 | 13,269 |
| Other Non-Current Liabilities | 12,837 | 13,444 | 13,444 | 13,444 | 13,444 |
| **Total Liabilities** | **32,796** | **30,707** | **30,707** | **30,707** | **30,707** |
| **Total Equity** | **18,983** | **21,882** | **23,926** | **26,715** | **29,784** |
| **Total Equity & Liabilities** | **51,779** | **52,589** | **54,633** | **57,422** | **60,491** |

* For full definitions of *iQmethod* <sup>SM</sup> measures, see page 8.

## Company Description

APC is a large cap E&P with 2.53 BBOE of reserves (86% US, 11% Algeria, 4% other, 59% natural gas) with its production focused in the Rocky Mountains, Texas and the mid-continent, deepwater Gulf of Mexico, Alaska and Algeria. It has exploratory activities in West Africa, Mozambique, GOM, Brazil, China. Production growth in 2012-2014 is derived from its three mega projects: Jubilee (Ghana), Caesar/Tonga (GOM) and El Merk (Algeria) and the US unconventional shale plays.

## Investment Thesis

APCs asset value can be uniquely benchmarked vs multiple 3rd parties. In the past year this has been overshadowed by ongoing Tronox litigation which is approaching conclusion but where multiples of a reasonable worst case is discounted. In 2013 mgt has signaled asset sales we believe can release value. At the same time Brent levered production steps higher and together provides the catalyst for outperformance in the next year.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 3,312,827 |

### Quarterly Earnings Estimates

| | 2012 | 2013 |
|---|---|---|
| Q1 | 0.92A | 0.98E |
| Q2 | 1.43A | 0.96E |
| Q3 | 0.84A | 1.09E |
| Q4 | 0.91A | 1.31E |

2

BOFAS_APC-000260

**Bank of America**
**Merrill Lynch**
19 March 2013

Anadarko Petroleum Corp.

# Shenandoah Major Discovery
### Initial look: this could be 500mm - 1bn boe

On our recent bus tour we suggested that news on Anadarko's Shenandoah well was imminent, pending closing of the latest GoM lease round on 3/18. Right on time, APC has announced the result the appraisal well – and it looks huge. With 1,000ft of net oil pay across multiple lower tertiary reservoirs and good rock properties management has taken the rare step of describing Shenandoah as a potential giant, meaning possibly more than 500mm bbls. The discovery has also been described as one of APC's largest discoveries in the US GoM. From data released by APC so far we, we contend that a simple reservoir engineering approach to the potential scale of the discovery could reasonably lie between 500mm – 1bn boe. Multiple parallel development schemes now come into play although rig limitations may defer further appraisal drilling until 2014. Still, even with a 4/5 year timeline to first oil, we now believe fair value for Shenandoah net to APC could reasonably be ~$2bn, or $4 per share – some 2x our prior estimate. As noted in our recent note APC: News flow starts now, the line of sight on high margin operated developments in the US GoM is a catalyst that can force market recognition of embedded exploration value. APC remains our sector top pick, and pending confirmation on the timeline to development, risks to our $120 PO look skewed higher.

### Shenandoah: our assessment, this could be 500 - 1bn boe

Anadarko announced the Shenandoah discovery In Feb 2009 with the discovery well encountering over 300ft of net oil pay in the lower tertiary 'Wilcox' formation in Walker Ridge Block 52. The well was drilled to a total depth of ~30,000ft in water depths of ~5,750ft. At the time, reservoir properties were described as much higher quality than had previously been seen in the Lower-Tertiary.

**With confirmation of a successful appraisal the scale of the discovery stands potentially as one of the largest in the US GoM, with initial reservoir modeling approaches to scale suggesting it could exceed 1bn boe.**

The Shenandoah appraisal well was drilled in the adjacent block 51, over 1 mile SW of the discovery well and 1,700ft down dip on the structure to test the extent of the reservoir accumulation. The well encountered 1,000 ft of net pay but did not encounter an oil water contact, with sands full to base. Accordingly, the lateral extent of the field has still not been established and will require additional appraisal drilling, which from discussions with management may not occur until 2014.

**Chart 1: The Shenandoah sub basin**



Source: Anadarko

**Table 1: US GoM location of Shenandoah**



Source: Anadarko

CONFIDENTIAL                              BOFAS_APC-000261



Bank of America
Merrill Lynch
19 March 2013

Anadarko Petroleum Corp

Anadarko operates Shenandoah with a 30% working interest. Co-owners are ConocoPhillips (30%), Cobalt International Energy (20%), Marathon (10%) and Venari Resources LLC (10%).

## How big could it be?

Shenandoah straddles two blocks, and based on representations by management, the structure appears to cover a lateral area equivalent to an entire US GoM block, or ~5,500 acres.

While it is perhaps too early to speculate on average sand thickness, taking a simple average of the first two wells, would imply ~650ft. To be conservative we will round down to 500ft. Management commentary on log and pressure data describes Shenandoah as having 'excellent quality reservoirs and fluid properties', which similar to the discovery well were of much higher quality than has previously been encountered in lower tertiary reservoirs. In discussion with management it has suggested porosity of ~20%, and interstitial water content also around ~20%.

The table below shows a simple standard tank model approach to assessing oil in place, using the formula

$$\blacksquare \quad OOIP = 7{,}758 * A * d * \Phi * (1{-}Sw) * 1/Bo$$

Where '$\Phi$' is % porosity, 'Sw' is interstitial water, 'A' is areal extent in acres and 'd' is reservoir thickness in feet. 7,758 is the conversion factor for barrels per acre foot. The theoretical 'Original Oil In Place' calculation under a high and low scenario is shown below.

**Table 2: Standard tank model suggests range could reasonably be 500mm - 1.4bn boe**

|  | Lo | Hi |
| --- | --- | --- |
| API Bbl / acre ft | 7,758 | 7,758 |
| Areal extent acres | 4,000 | 5,000 |
| Depth ft | 300 | 500 |
| Porosity $\Phi$ | 20% | 20% |
| Interstitial water (Sw) | 20% | 20% |
| Original Oil In Place mm boe | 1,490 | 3,103 |
| Recovery factor | 35% | 45% |
| Resource size bn boe | 521 | 1,396 |

Source: BofA Merrill Lynch Global Research

Recovery factors can't be known at this time – but for a standard US GoM well under water drive, a range of 25% - 35% would not be unusual.

**On this basis we suggest that an initial range for the discovery could reasonably be in a range of 500 – 1.4bn boe.**

When running this analysis past management, APC is not currently prepared to suggest anything beyond the 'giant' scale mentioned in the press release, meaning at least 500 million boe. But even at this level we believe any development scenario for Shenandoah most likely includes more than one facility – and may well allow for a repeat of the 'design one, build many' approach already taken with the Lucius and Heidelberg developments. As we noted in our recent Bus Tour note, any development plan may incorporate adjacent prospects in the Shenandoah mini basin – namely Chevron's operated Coronado prospect (APC 15%) and Shell's Yucatan target (APC 15%). Note that APC has also confirmed Coronado as a discovery, although the operator has yet to provide any color.

CONFIDENTIAL

BOFAS_APC-000262



19 March 2013

Anadarko Petroleum Corp.

## Table 3: Shenandoah notional value by player

|  | Phase 1 | Phase 2 | Total | per share |
|---|---|---|---|---|
| APC 30% | 974 | 882 | 1,856 | 3.71 |
| COP 30% | 974 | 882 | 1,856 | 1.51 |
| CIE 20% | 649 | 588 | 1,237 | 3.04 |
| MRO 10% | 325 | 294 | 619 | 0.87 |

Source: BofA Merrill Lynch Global Research

### What's the potential value?

We previously assessed the potential value of Shenandoah on the assumption of a single development, and 400 million boe. With the scale of the appraisal well and subsequent analysis, we suggest this is likely conservative – and present an alternative valuation based on twin, staggered development with first oil in 2017 and 2018 respectively, each at 80,000 boepd. This is shown in the tables below.

## Table 4: Assumed Shenandoah phase 1: onstream 2017

Source: BofA Merrill Lynch Global Research

## Table 5: Assumed Shenandoah phase 1: onstream 2017

Source: BofA Merrill Lynch Global Research

While it is clearly too early to be definitive on the precise development scenarios, it is equally unreasonable to ignore the scale of the Shenandoah and associated value net to APC. On this basis we suggest that a twin development that assumes total resource of 700 mm boe would reasonably have value net to APC of ~$1.9bn, or ~$4 per APC share.

If confirmed this would be the latest in a series of potential development hubs operated by Anadarko which we believe will contribute some 74,000 boepd net by 2017 and 100,000 boepd by 2018. Critically, 2/3 of this volume will be achieved at no cost to Anadarko.

- In mid 2012, APC farmed down 7.2% of its interest in the 300mm bbl Lucius discovery for $556mm. APC retained 27.8% and remains operator. However the implied value of the transaction underlines associated value of ~$2.7bn for the field which is within sight of the value we are carrying in our NPV.

- In March 2013, APC secured a 2nd JV carry agreement – this time on the Heidelberg development, which is a lookalike to the 80,000 bpd Lucius spar, and is due on-stream in 2016. APC farmed out 12.5% for 860 mmboe, retained 31.5%, with an implied total value net to Anadarko of ~$3bn.

## Chart 2: Heidelberg: APC NPV $3 / share before carry

Source: BofA Merrill Lynch Global Research

## Chart 3: Lucius: APC NPV $4 / share before carry

Source: BofA Merrill Lynch Global Research

CONFIDENTIAL

BOFAS_APC-000263



19 March 2013

Anadarko Petroleum Corp.

Assuming that Shenandoah achieves line of sight for first oil in 2017, as is currently projected by management, we estimate the total NPV associated with these three major developments is around $6bn, or $12 per APC share.

**Alongside other major exploration successes, that have long dated lines of sight to development, we maintain our view that APC is, simply amongst the most undervalued of the large cap US oils.**

The margin chart summarizes the most significant assets that fall in this category. With the confirmed scale of Shenandoah, the value we associate with undeveloped exploration moves up slightly from $45 / share to $47 / share and underpins again our view that the value of exploration is a significant differentiating factor versus peers.

## Summary
### Option value still lies ahead

Management is taking steps to accelerate the release of value for shareholders. Exploration value that has long been embedded in the stock, is transitioning to a visible development pipeline providing the catalyst to drive APC's forward multiple lower as the portfolio skews hard towards international oil. If exploration value is excluded, APC screens as one of the most undervalued stocks in the sector. Over the next weeks and months we expect the process to accelerate with multiple exploration well results likely disclosed to the market and the very real possibility that the long awaited Mozambique monetization will be confirmed. A deep bench of additional exploration results over the balance of 2013 promises to extend project line of sight; but so to does the prospect of ongoing portfolio hi-grading that we believe will similarly accelerate value recognition by the market. Put simply we believe APC is bridging the gap between a value play and growth stock; with the catalysts emerging that can release this value, APC remains our top sector pick. Buy. PO remains $120.

**Table 6: Undeveloped exploration now $47 / sh**

| Asset | $value |
|---|---|
| Brazil | 2,500 |
| *US GoM* | |
| Vito | 1,090 |
| Lucius | 2,005 |
| Lucius Carry | 556 |
| Shenandoah | 1,856 |
| Heidelberg | 1,614 |
| Heidelberg carry | 880 |
| Samurai | 417 |
| **Total GoM** | **8,398** |
| Kosmos | 4,000 |
| Mozambique | 8,588 |
| **Total undeveloped exploration** | **23,486** |
| *per share* | *$ 47.00* |

Source: BofA Merrill Lynch Global Research

CONFIDENTIAL

BOFAS_APC-000264


**Bank of America**
**Merrill Lynch**
19 March 2013

Anadarko Petroleum Corp.

## Price objective basis & risk
### Anadarko Petroleum Corp. (APC)

Our price objective of $120 share is based on an aggregate of two measures: Discounted Cash Flow (DCF) and Net Asset Value (NAV). Our estimated NAV of the existing portfolio, and for the key P1 value, we use the SEC declared proven reserves and projected capital to bring PUDs to production. Our DCF valuation assumes long-term Brent and WTI oil prices of $100.00 and $90.00/bbl, respectively, and assumes a WACC of 11%.

Risks to our price objective: E&P companies, in general, are subject to commodity price volatility, operating risk, regulatory risk, and uncertainty of reserve estimates. Company-specific risks to achieving our price objective are: (1) About 22% of APC's production is derived from the Gulf of Mexico, which could be affected by weather-related or mechanical downtime. (2) Disappointing results in APC's exploratory program in the Gulf of Mexico, Brazil, or West Africa could invalidate our NAV assumptions and the longer-term growth outlook. (3) A weak commodity price environment could undermine the assumptions in our valuation.

## Link to Definitions
### Energy
Click here for definitions of commonly used terms.

## Analyst Certification

I, Doug Leggate, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**US - Large Cap Oils Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Anadarko Petroleum Corp. | APC | APC US | Doug Leggate |
| | Chesapeake Energy Corp. | CHK | CHK US | Doug Leggate |
| | Devon Energy Corp. | DVN | DVN US | Doug Leggate |
| | ExxonMobil Corp. | XOM | XOM US | Doug Leggate |
| | Hess Corp. | HES | HES US | Doug Leggate |
| | Marathon Oil Corp. | MRO | MRO US | Doug Leggate |
| | Marathon Petroleum Company | MPC | MPC US | Doug Leggate |
| | Noble Energy | NBL | NBL US | Doug Leggate |
| | Northern Tier Energy LP | NTI | NTI US | Jason Smith |
| | Occidental Petroleum Corp. | OXY | OXY US | Doug Leggate |
| | Range Resources Corp | RRC | RRC US | Doug Leggate |
| | Tesoro Corp. | TSO | TSO US | Doug Leggate |
| | Valero Energy Corp. | VLO | VLO US | Doug Leggate |

7

BOFAS_APC-000265


**Bank of America**
**Merrill Lynch**

Anadarko Petroleum Corp.

19 March 2013

## US - Large Cap Oils Coverage Cluster

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **NEUTRAL** | | | | |
| | Apache Corp | APA | APA US | Doug Leggate |
| | Cabot Oil & Gas Corp. | COG | COG US | Doug Leggate |
| | Calumet Specialty Products Partners | CLMT | CLMT US | Jason Smith |
| | Chevron Corp. | CVX | CVX US | Doug Leggate |
| | EOG Resources | EOG | EOG US | Doug Leggate |
| | HollyFrontier Corp | HFC | HFC US | Doug Leggate |
| | Phillips 66 | PSX | PSX US | Doug Leggate |
| | Southwestern Energy Corp. | SWN | SWN US | Doug Leggate |
| **UNDERPERFORM** | | | | |
| | ConocoPhillips | COP | COP US | Doug Leggate |

## *iQmethod*℠ Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets - Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod*℠ is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase*® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQprofile*℠, *iQmethod*℠ are service marks of Merrill Lynch & Co., Inc. *iQdatabase*® is a registered service mark of Merrill Lynch & Co., Inc.

CONFIDENTIAL

BOFAS_APC-000266



19 March 2013

Anadarko Petroleum Corp.

# Important Disclosures

**APC Price Chart**



APC ———     Review ▓▓▓▓     Restricted ███     No Coverage

B : Buy, N : Neutral, U : Underperform, PO : Price objective, NA : No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of February 28, 2013 or such later date as indicated

## Investment Rating Distribution: Energy Group (as of 01 Jan 2013)

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 145 | 45.89% | Buy | 111 | 81.62% |
| Neutral | 105 | 33.23% | Neutral | 75 | 84.27% |
| Sell | 66 | 20.89% | Sell | 37 | 64.91% |

## Investment Rating Distribution: Global Group (as of 01 Jan 2013)

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1961 | 49.47% | Buy | 1299 | 71.65% |
| Neutral | 1013 | 25.55% | Neutral | 640 | 70.18% |
| Sell | 990 | 24.97% | Sell | 543 | 59.15% |

* Companies that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this distribution, a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch Comment referencing the stock.

Price charts for the securities referenced in this research report are available at http://pricecharts.ml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Anadarko Petro.
The company is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Anadarko Petro.
MLPF&S or an affiliate has received compensation from the company for non-investment banking services or products within the past 12 months: Anadarko Petro.
The company is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Anadarko Petro.
MLPF&S or an affiliate has received compensation for investment banking services from this company within the past 12 months: Anadarko Petro.
MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this company or an affiliate of the company within the next three months: Anadarko Petro.


**Bank of America**
**Merrill Lynch**
19 March 2013

Anadarko Petroleum Corp.

MLPF&S together with its affiliates beneficially owns one percent or more of the common stock of this company. If this report was issued on or after the 8th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 8th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Anadarko Petro.

MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the company on a principal basis: Anadarko Petro.

The company is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: Anadarko Petro.

BofA Merrill Lynch Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking revenues.

## Other Important Disclosures

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

From time to time, research analysts may conduct site visits of companies under their coverage. BofA Merrill Lynch does not accept payment or reimbursement from companies of travel expenses incurred by research analysts in connection with site visits

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.

"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report.

"BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.

Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:

MLPF&S distributes, or may in the future distribute, research reports of the following non-US affiliates in the US (short name: legal name): Merrill Lynch (France): Merrill Lynch Capital Markets (France) SAS; Merrill Lynch (Frankfurt): Merrill Lynch International Bank Ltd., Frankfurt Branch; Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd.; Merrill Lynch (Milan): Merrill Lynch International Bank Limited; MLI (UK): Merrill Lynch International; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited; Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd.; Merrill Lynch (Canada): Merrill Lynch Canada Inc; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa; Merrill Lynch (Argentina): Merrill Lynch Argentina SA; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd.; Merrill Lynch (Seoul): Merrill Lynch International Incorporated (Seoul Branch); Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd.; DSP Merrill Lynch (India): DSP Merrill Lynch Limited; PT Merrill Lynch (Indonesia): PT Merrill Lynch Indonesia; Merrill Lynch (Israel): Merrill Lynch Israel Limited; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow; Merrill Lynch (Turkey I.B.): Merrill Lynch Yatirim Bank A.S.; Merrill Lynch (Turkey Broker): Merrill Lynch Menkul Değerler A.Ş.; Merrill Lynch (Dubai): Merrill Lynch International, Dubai Branch; MLPF&S (Zurich rep. office): MLPF&S Incorporated Zurich representative office; Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V.; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A.; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company.

This research report has been approved for publication and is distributed in the United Kingdom to professional clients and eligible counterparties (as each is defined in the rules of the Financial Services Authority) by Merrill Lynch International and Banc of America Securities Limited (BASL), which are authorized and regulated by the Financial Services Authority and has been approved for publication and is distributed in the United Kingdom to retail clients (as defined in the rules of the Financial Services Authority) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and is subject to limited regulation by the Financial Services Authority – details about the extent of its regulation by the Financial Services Authority are available from it on request; has been considered and distributed in Japan by Merrill Lynch Japan Securities Co., Ltd., a registered securities dealer under the Financial Instruments and Exchange Act in Japan; is distributed in Hong Kong by Merrill Lynch (Asia Pacific) Limited, which is regulated by the Hong Kong SFC and the Hong Kong Monetary Authority; is issued and distributed in Taiwan by Merrill Lynch Securities (Taiwan) Ltd.; is issued and distributed in India by DSP Merrill Lynch Limited; and is issued and distributed in Singapore by Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. (Company Registration No.'s F 06872E and 198602883D respectively) and Bank of America Singapore Limited (Merchant Bank). Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. are regulated by the Monetary Authority of Singapore. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this report in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this research report is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this report in Brazil and its local distribution is made by Bank of America Merrill Lynch Banco Múltiplo S.A. in accordance with applicable regulations. Merrill Lynch (Dubai) is authorized and regulated by the Dubai Financial Services Authority (DFSA). Research reports prepared and issued by Merrill Lynch (Dubai) are prepared and issued in accordance with the requirements of the DFSA conduct of business rules.

Merrill Lynch (Frankfurt) distributes this report in Germany. Merrill Lynch (Frankfurt) is regulated by BaFin.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. MLPF&S is the distributor of this research report in the US and accepts full responsibility for research reports of its non-US affiliates distributed to MLPF&S clients in the US. Any US person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates.

General Investment Related Disclosures:

This research report provides general information only. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this report.

Securities and other financial instruments discussed in this report, or recommended, offered or sold by Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

CONFIDENTIAL

BOFAS_APC-000268



Bank of America
Merrill Lynch

Anadarko Petroleum Corp.

19 March 2013

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the company or the market that is anticipated to have a short-term price impact on the equity securities of the company. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented in this report. Such ideas or recommendations reflect the different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this report.

In the event that the recipient received this report pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities mentioned in this report.

**Copyright and General Information regarding Research Reports:**

Copyright 2013 Merrill Lynch, Pierce, Fenner & Smith Incorporated. All rights reserved. iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Merrill Lynch & Co., Inc. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Merrill Lynch & Co., Inc. This research report is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch clients. BofA Merrill Lynch Global Research reports are distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and are not publicly-available materials. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) without first obtaining expressed permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such companies in research reports. To the extent this report discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this report. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving companies mentioned in this report is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This report may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to a company or issuer prior to making an investment decision.

In some cases, a company or issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such company or issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

11