

**From:** "Brian Singer, CFA" <gs-portal-emails@gs.com>
**To:** <sandeep.gupta@pyramis.com>
**Subject:** Anadarko Petroleum Corp. (APC): On track to meet 2017 outlook; lower asset sale proceeds negative
**Date:** 2017-05-03 03:08:14 -0400
**Attachments:** Image1.png
**Inline-Images:** Image2.jpg; Image3.jpg

---

Mobile device? Click Here.<https://360.gs.com/research/portal//research/mobile?d=c030d7c6f314480cbe19c98fe5b35451&authtoken=YT0lMjRhbGVydElkJmF1dGhjcmVhdGVkPTE0OTM3OTUyOTI1MDgmYXV0aGRpZ2VzdD1MN2U1NEhzeGRHSGhCZ1NkSFJBaEYza3hRY1klM0QmYXV0aGtleWlkPTIwMTcwNDMwJmF1dGhwcm92aWRlcmlkPTEmYXV0aHVzZXI9ZWVmODFhODIyOWYyMTFlMGFhNGIwMDIxNWFkMjY1NDYmZD1jMDMwZDdjNmYzMTQ0ODBjYmUxOWM5OGZlNWIzNTQ1MSZwb2xpY3k9MiZwb2xpY3k9MyZ1PSUyRnJlc2VhcmNoNoJTJGbW9iaWxlJTNGZCUzRGMwMzBkN2M2ZjMxNDQ4MGNiZTE5Yzk4ZmU1YjM1NDUxJTI2>
[cid:INLINEIMAGEPLACEHOLDERdc030d7c6f314480cbe19c98fe5b35451captionPDFICON] Anadarko Petroleum Corp. (APC): On track to meet 2017 outlook; lower asset sale proceeds negative [PDF, 10pgs, 284 KB] <https://360.gs.com/research/portal/?action=action.doc&d=c030d7c6f314480cbe19c98fe5b35451&authtoken=YT04ZjI1MjUxMjQ2ZGI0MDAyOTE5M2YzZDZjODcxZDZlYyZhdXRoY3JlYXRlZD0xNDkzNzk1MjkyNTA3JmF1dGhkaWdlc3Q9anclMkJLT2QlMkZkcnVpTmZkWFpjTWlRaWJJOdzVLQSUzRCZhdXRoa2V5aWQ9MjAxNzA0MzAmYXV0aHByb3ZpZGVyaWQ9MSZhdXRodXNlcj1lZWY4MWE4MjI5ZjIxMWUwYWE0YjAwMjE1YWQyNjU0NiZkPWMwMzBkN2M2ZjMxNDQ4MGNiZTE5Yzk4ZmU1YjM1NDUxJnBvbGljeT0yJnBvbGljeT0zJnU9JTNGYWN0aW9uJTNEYWN0aW9uLmRvYyUyNmQlM0RjMDMwZDdjNmYzMTQ0ODBjYmUxOWM5OGZlNWIzNTQ1MQ%3D%3D>
[Header] Goldman Sachs Global Investment Research [Header]

EQUITY RESEARCH Published May 3, 2017

---

Anadarko Petroleum Corp. (APC): On track to meet 2017 outlook; lower asset sale proceeds negative

---

INVESTMENT LIST MEMBERSHIP: Americas Buy List
COVERAGE VIEW: ATTRACTIVE

What's changed
APC reported 1Q adj. EPS/EBITDA of -$0.60/$1.61 bn vs. our -$0.35/$1.53 bn and Bloomberg consensus -$0.23/$1.45 bn. We update our 2017E-19E EPS on production/costs to -$1.31/-$0.85/-$0.69 from -$0.99/-$0.73/-$0.46.

Implications
On track to meet 2017 outlook; asset sale proceeds below expected. APC reported above our/consensus EBITDA from lower costs/higher revenues. We believe APC is on track to meet its 2017 outlook, led by strong ramp-up in Permian/DJ Basin and flat GOM production. Notably, initial results from optimized completions in the DJ were positive with wells outperforming type curve by >10%. While operating results were strong, net proceeds from Eagle Ford/Marcellus asset sales were below expected, driving our NAV down by $2/shr (greater detail in note).

Tie-back opportunity from existing infrastructure in Gulf of Mexico remains robust; greenfield Shenandoah development unlikely. APC continues to see robust performance from wells that can be tied-back to existing infrastructure in GOM. APC continues to enhance GOM tie-back opportunity: (1) Calpurnia exploration well encountered 60 net feet of oil pay; and (2) APC successfully bid on 16 blocks near existing platforms. Following unfavorable result from the Shenandoah well, APC is unlikely to pursue development of the project at current oil prices (consistent with previous commentary). We lower our NAV by $1/shr associated with the Shenandoah prospect.

Valuation
APC trades at 6.9x/5.9x 2018E/19E EV/ DACF vs. 7.0x/6.5x for int'l/diversified peers. We lower our 12-month DCF-M&A based target price to $84 (from $86.50), due to lower asset sale proceeds and lower Shenandoah value offset by greater credit to APC's WGP ownership.

Key risks
Commodity volatility, well results, costs, government pronouncements.

Click here to read more<https://360.gs.com/research/portal/?
action=action.doc&d=c030d7c6f314480cbe19c98fe5b35451&authtoken=YT04ZjI1MjUxMjQ2ZGI0MDAy
OTE5M2YzZDZjODcxZDZlYyZhdXRoY3JlYXRlZD0xNDkzNzk1MjkyNTA3JmF1dGhhaWRlc3Q9anclM
kJLT2QlMkZkcnVpTmZkWFpjTWlRaWJOdzVLQSUzRCZhdXRoa2V5aWQ9MjAxNzA0MzAmYXV0aH
Byb3ZpZGVyaWQ9MSZhdXRodXNlcj1lZWY4MWE4MjI5ZjIxMWUwYWE0YjAwMjE1YWQyNjU0Ni
ZkPWMwMzBkN2M2ZjMxNDQ4MGNiZTE5Yzk4ZmU1YjM1NDUxJnBvbGljeT0yJnBvbGljeT0zJnU9J
TNGYWN0aW9uJTNEYWN0aW9uLmRvYyUyNmQlM0RjMDMwZDdjNmYzMTQ0ODBjYmUxOWM5
OGZlNWIzNTQ1MQ%3D%3D>



[                                                                                                                       ]

| Key data | | | | Current |
|---|---|---|---|---|
| Price ($) | | | | 56.28 |
| 12 month price target ($) | | | | 84.00 |
| Market cap ($ mn) | | | | 31,010.3 |

| | 12/16 | 12/17E | 12/18E | 12/19E |
|---|---|---|---|---|
| Revenue ($ mn) New | 7,625.0 | 9,682.2 | 11,315.0 | 13,069.4 |
| Revenue ($ mn) Old | 7,625.0 | 9,727.5 | 11,213.3 | 13,057.4 |
| EPS ($) New | (3.10) | (1.31) | (0.95) | (0.69) |
| EPS ($) Old | (3.10) | (0.99) | (0.73) | (0.46) |
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | 10.6 | 7.6 | 6.6 | 5.7 |
| ROE (%) | NM | NM | NM | NM |

| | 3/17 | 6/17E | 9/17E | 12/17E |
|---|---|---|---|---|
| EPS ($) | (0.60) | (0.18) | (0.30) | (0.23) |

[                                                                          ]

Brian Singer, CFA (New York) (212) 902-8259, Goldman Sachs and Co. LLC
Umang Choudhary (New York) (212) 357-2642, Goldman Sachs and Co. LLC
Nick DeValeria (Salt Lake City) (801) 741-5538, Goldman Sachs and Co. LLC
Caroline Shavel (New York) (917) 343-2034, Goldman Sachs and Co. LLC

Please click here to access the Americas Equity Research Landing Page<https://360.gs.com/research/portal/?action=redirect&redirect.node=navigation.portal.research.equity.amer&d=c030d7c6f314480cbe19c98fe5b35451&authtoken=YT04ZjI1MjUxMjQ2ZGI0MDAyOTE5M2YzZDZjODcxZDZlYyZhdXRoY3JlYXRlZD0xNDkzNzk1MjkyNTA3JmF1dGhkaWdlc3Q9eks3aWVNekFYNTdIcnVubmglMkZzREVaMGJxWWclM0QmYXV0aGtleWlkPTIwMTcwNDMwJmF1dGhwcm92aWRlcmlkPTEmYXV0aHVzZXI9ZWVmMODFhODIyOWYyMTFlMGFhNGIwMDIxNWFkMjY1NDYmZD1jMDMwZDdjNmYzMTQ0ODBjYmUxOWM5OGZlNWIzNTQ1MSZwb2xpY3k9MSZwb2xpY3k9MiZ1PSUzRmFjdGlvbiUzRHJlZGlyZWN0JTI2cmVkaXJlY3Qubm9kZSUzRG5hdmlnYXRpb24ucG9ydGFsLnJlc2VhcmNoLmVxdWl0eS5hbWVyJTI2ZCUzRGMwMzBkN2M2ZjMxNDQ4MGNiZTE5Yzk4ZmU1YjM1NDUx>

To provide feedback, please click here<mailto:gs-res-landing-pages-eq-feedback@gs.com?subject=Alert%20Feedback:%20Anadarko%20Petroleum%20Corp.%20(APC):%20On%20track%20to%20meet%202017%20outlook;%20lower%20asset%20sale%20proceeds%20negative>

---

To change your interests or unsubscribe (if you no longer wish to receive these messages), please click the following:
https://360.gs.com/gir/portal/research/alertsetup

Legal Disclaimers & Disclosures:
https://360.gs.com/gs/portal?action=redirect&redirect.alias=disclaimers

Important Information About Goldman Sachs Global Investment Research:
https://360.gs.com/gir/portal?action=redirect&redirect.node=navigation.portal.disclaimer.ir

Contact Us:
gs360help@gs.com<mailto:gs360help@gs.com>
US & Canada 1-866-727-7000
The Americas 1-212-357-9994
Europe & Africa 44-20-7552-2555
Asia 81-3-6437-4844

Confidential

FIAM-ANAD-009252