

Energy

# Cobalt International Energy



## Credit Research

Company Note

May 3, 2017

**Price: $0.37** (05/2/2017)

# Shenandoah Results A Negative

**David Epstein, CFA**
646.616.3050
david.epstein@cowen.com

**Jack Chan**
646.616.3054
jack.chan@cowen.com

### Key Data
| | |
|---|---|
| Symbol | NYSE: CIE |
| Market Cap (MM) | $166.6 |



### The Cowen Insight

Anadarko's news yesterday afternoon on Shenandoah, combined with weak oil prices and Cobalt's bonds trading within ~10% of recent highs, leads us to believe that Cobalt bonds are likely to trade down in coming days from yesterday's levels. We believe the bonds are all generally now in the realm of fair to fully valued and that there are better values elsewhere in energy.

The 2 5/8% Convert TRACED yesterday at $38.75 (45.4% YTW) and the 10.75% 1L's TRACED in the high $90's (mid 11%'s YTW). The 3 1/8% Converts had been just under $30 recently (~25% YTW) and the 7 ¾% 2L's had been in the $64 ballpark (17.1% YTW). The 1L's are close to recent highs and the other three bonds are all within 10% or so.

It is important to point out that this will be a fluid situation, as might be our view, with Anadarko's earnings call at 9 AM EST on 05/03/17, Cobalt's earnings release and conference call on 05/08/17, and the company's bonds likely to remain volatile. We should also point out that nothing negative has occurred with respect to North Platte and Anchor, both of which had already been known to be more important than Shenandoah (certain news, discussed below, has actually been positive with respect to Anchor).

Valuation/asset coverage is clearly an imprecise exercise for Cobalt, but based on the aforementioned factors and the potential for sentiment to be weak, we just don't have conviction in the bonds/see a reason to be involved at current levels. April 25th was our most recent note where we updated our leverage metrics in terms of debt/barrel. Hopefully we can update that table again based on any details that come out of Cobalt's upcoming earnings.

### Shenandoah

We and our equity colleague Charles Robertson II, who covers Anadarko, both believe that Anadarko put out disappointing news yesterday afternoon with respect to Shenandoah. Anadarko, the operator at Shenandoah, announced in yesterday's earnings release that it recently completed drilling operations at the Shenandoah-6 appraisal and sidetrack wells, "which did not encounter the oil-water contract in the eastern portion of the field. The company has currently suspended appraisal activity in the field while it evaluates the path forward." The fact that the appraisal well was a disappointment became apparent in March when partner Cobalt released its Q4 results. However, the sidetrack well results is new news and we believe will be a disappointment to Cobalt investors, as the field is likely smaller/less economic than folks expected a few months ago.

Per the 10Q, Anadarko took a $467 million impairment on Shenandoah in Q1. Note 5 in the 10-Q puts in doubt "the economic or operational viability" of the project. The 10-Q states that "given the results of this well and the present commodity-price environment, the company has currently suspended further appraisal activities. Accordingly, the company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs." We think there's a meaningful chance that Anadarko will not remain active on the prospect within the 180 day window and that the lease is lost.

**Cowen and Company**
Credit Research

**Cobalt International Energy**
May 3, 2017

The market knew previously that Shenandoah was less valuable than the North Platte or Anchor prospects in the Gulf of Mexico. However, we believe that Cobalt and the market (including us) had been hoping that its 20% Shenandoah stake, which is for sale, would generate material proceeds ($100 – $200 million, possibly more). After the latest news, however, we would not ascribe any meaningful value to Shenandoah.

### North Platte and Anchor

Recall that the company has discussed previously that North Platte represents 300 million of the company's 500 million barrels of net risked resource in the Gulf of Mexico. Producing field Heidleberg probably represented a couple tens of millions or less, with Shenandoah and Anchor making up the rest. Shenandoah was previously considered sizable but there was little visibility provided on the relative size of it versus Anchor. Based on the latest Shenandoah news, there may be downside to the 500 million net figure for the Gulf.

We continue to believe that the company can monetize North Platte, likely at a very material value, but the margin for error has now decreased. As for Anchor, while that's not for sale yet, we note that there was somewhat positive news from Upstream recently. Upstream reported that Chevron will probably move forward with Anchor in terms of facility designs. If the oil price cooperates, our equity colleague Sam Margolin, who covers Chevron, believes that Anchor could be sanctioned by YE18.

Cowen and Company
Credit Research

Cobalt International Energy
May 3, 2017

# Valuation Methodology And Risks

## Valuation Methodology

Credit & Cross Capital:

Our valuation is based on a number of factors, including but not limited to, an issuer's underlying business prospects and credit profile as well as current market conditions. Our view of an issuer's business outlook includes, but is not limited to: (1) an assessment of relevant industry trends, (2) the issuer's position within its industry and how its position might change over time, (3) management's strategy and the likelihood that management will be able to execute its strategy. Our view of the issuer's credit profile includes, but is not limited to, the issuer's: (1) overall leverage as well as the composition of its leverage, (2) liquidity and its ability to meet its obligations as they come due, and (3) the value of its assets. Our valuation of a specific security includes, but is not limited to: (1) the potential recovery in a variety of scenarios, including financial restructurings, and the probability of each, and (2) its liquidity relative to other securities. Our valuation contemplates a variety of capital market environments.

## Investment Risks

Credit & Cross Capital:

Investment risks include, but are not limited to: (1) industry trends, (2) changes in the issuer's competitive position, (3) management's strategy and its ability to execute its strategy, (4) the issuer's financial and operational leverage, (5) the issuer's liquidity versus its cash requirements, (6) changes in the issuer's ability to access the capital markets, and (7) changes in the liquidity of a particular security.

**Cowen and Company**  
Credit Research

**Cobalt International Energy**  
May 3, 2017



# Addendum

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| CIE | Cobalt International Energy |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Cobalt International Energy securities.

Cowen and Company, LLC trades or may trade as principal in the debt securities of Cobalt International Energy.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

**Cowen and Company**
Credit Research

**Cobalt International Energy**
May 3, 2017

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at May 03, 2017, 06:47 ET. and disseminated at May 03, 2017, 06:47 ET.

**Copyright, User Agreement and other general information related to this report**

© 2017 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1010 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

Distribution of Ratings/Investment Banking Services (IB) as of 03/31/17

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 441 | 58.57% | 86 | 19.50% |
| Hold (b) | 303 | 40.24% | 14 | 4.62% |
| Sell (c) | 9 | 1.20% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**Cowen and Company**
Credit Research

**Cobalt International Energy**
May 3, 2017

# Points Of Contact

## Analyst Profiles



**David Epstein, CFA**
Stamford
646.616.3050
david.epstein@cowen.com



**Jack Chan**
Stamford
646.616.3054
jack.chan@cowen.com

David Epstein is an analyst with Cowen Credit Research & Trading. He earned his MBA from UCLA and is a CFA charterholder.

Jack Chan is an associate with Cowen Credit Research & Trading. He is a graduate of Cornell University.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646.562.1010
800.221.5616

**Boston**
Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500


 @CowenResearch
 Cowen and Company