3 May 2017 10:32 BST

Company Note | Estimate Changes

Oil & Gas



PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. 9



**ATLANTIC EQUITIES**

# Anadarko

## Shenandoah field write-off overshadows results

**Neutral**

Price Target $72.00

Asset disposals and writedowns added complexity to 1Q earnings. Versus guidance, operating performance was sound but earnings appear soft versus consensus. Optically cash earnings of $1.84/share missed consensus of $1.98. A $1.60/share writedown of Shenandoah was a negative surprise. Separately APC continues to respond to a fatal gas explosion in Colorado linked to one of its well flowlines.

- **Earnings miss in a complex earnings report.** Adjusted EPS of $(0.60) compares with consensus of $(0.23) and adjusted cash earnings of $1.84 were below consensus of $1.98/share. 1Q results were complicated by asset disposals (Eagle Ford/Marcellus) covering ~20% of group volumes, which closed during the quarter. While guidance excluded divestments, some contributors to consensus may have included these assets.

- **Adjusted sales volumes and cost items in line.** Sales volumes (ex divested assets) were 672kboed, equal to the top of the guidance range. Adjusted onshore US output of 398kboed grew 3% QoQ, as Delaware output climbed with a higher rig count (15 rigs running, +9 YoY). Production costs of $3.58/boe were below the guidance range of $3.90-4.10/boe, while other items were broadly in-line. FY17 guidance for total volumes is unchanged and implied guidance on cost items for 2Q-4Q are essentially unchanged. However 1Q tax effects have a knock-on effect on subsequent quarters.

- **Shenandoah write-off.** APC has written-off its Shenandoah project in the deepwater Gulf of Mexico, and taken 1Q charges totalling $1.4bn ($2.52/share pre-tax or $1.60/share post-tax). The move follows an unsuccessful sixth well and subsequent side track which did not find hydrocarbons, putting the scale of the field in doubt. Shenandoah was a high profile discovery which was considered to have potential to be a significant source of new production. Other discoveries reported in the GoM (Calpurnia, Horn Mountain Deep) are modest in scale and will not offset the loss of Shenandoah.

- **Colorado explosion linked to APC well flowline.** Separately to the earnings release, yesterday a Colorado fire dept. report linked a 'cut, abandoned gas flow line', leading from an APC vertical well, to a fatal house explosion outside Denver. The well, drilled by another company in 1993, was acquired by APC in 2014. A statement from APC last night reiterated its commitment to safety, including assessing all 3,000 vertical wells in the area, which it voluntarily shut in following the incident. Volumes affected are ~2% of group output. Of greater importance is community tolerance of oil and gas activities as residential areas spread into existing oil and gas fields.

| | |
|---|---|
| Ticker (NYSE) | **APC** |
| Price | **$56.28** |
| Pricing Date / Time | **2 May 2017 / 16:00 ET** |
| Market Capitalisation | **$31,536m** |
| 12 Month Range | **$44.81 - $73.33** |
| YTD Change | **-19.3%** |
| Annualised Dividend | **$0.20** |
| Dividend Yield | **0.4%** |
| S&P500 YTD Change | **6.8%** |

**Price Performance Chart**



Anadarko
Relative to S&P 500

| Y/E Dec | 2015A | 2016A | 2017E |
|---|---|---|---|
| **Diluted Cash Flow/Share ($)** | | | |
| Q1 | 2.95 | 0.96 | 1.25 |
| Q2 | 2.53 | 1.31 | 1.82 |
| Q3 | 1.92 | 1.66 | 2.00 |
| Q4 | 1.59 | 1.93 | 2.17 |
| FY | 9.00 | 5.86 | 7.21 |
| | | | |
| **Diluted EPS ($)** | | | |
| Q1 | (0.72) | (1.12) | (0.60) |
| Q2 | 0.01 | (0.60) | (0.27) |
| Q3 | (0.70) | (0.89) | (0.16) |
| Q4 | (0.58) | (0.49) | (0.03) |
| FY | (2.00) | (3.09) | (1.05) |
| P/E (x) | (28.1) | (18.2) | (53.6) |

IMPORTANT DISCLOSURES ARE INCLUDED AT THE END OF THIS REPORT

Barry MacCarthy
Research Analyst
+44 207 382 2935
b.maccarthy@atlantic-equities.com

Anadarko

## 1. Shenandoah field write-off overshadows results

Anadarko's sales volumes were 672kboed in 1Q17, excluding contributions from the Eagle Ford and Marcellus. GAAP volumes were 795kboed (Figure 1). FY16 output from the Eagle Ford was 73kboed (9% of total, 36% oil) and the Marcellus contributed 10% of total output (100% gas).

Figure 1:   1Q17 sales volumes: reconciliation from pro-forma to reported volumes

| Item | unit | Output adjusted for disposals | Guidance low end | Guidance high end | Adjusted output vs mid-guidance | Reported output | Consensus (5-9 ests) |
|---|---|---|---|---|---|---|---|
| Total output | kboed | 672 | 656 | 678 | 1% | 795 | 690 |
| Crude oil | | | | | | | |
| US | kb/d | 255 | 253 | 256 | 0% | 269 | |
| Algeria | kb/d | 70 | 70 | 71 | -1% | 70 | |
| Ghana | kb/d | 28 | 28 | 29 | -2% | 28 | |
| Total | kb/d | 353 | 351 | 356 | 0% | 367 | 360 |
| Natural gas | | | | | | | |
| US | MMscf/d | 1,275 | 1,260 | 1,300 | 0% | 1,859 | 1,365 |
| Natural gas liquids | | | | | | | |
| US | kb/d | 100 | 96 | 100 | 2% | 112 | |
| Algeria | kb/d | 6 | 5 | 7 | 0% | 6 | |
| Total | kb/d | 106 | 101 | 107 | 2% | 118 | 106 |

Source:   Company, Bloomberg consensus

We calculate cash earnings of $1.84/share versus consensus of $1.98 (Figure 2). Importantly, we have reversed a $323m ($0.59/share) tax charge on profits from the disposals in our calculation.

Figure 2:   Reconciliation of cash earnings per share to GAAP cash from operations

| $m, except per-share | 1Q17 | 1Q16 |
|---|---|---|
| GAAP net cash from operations | 1,123 | -137 |
| Add back: | | |
| Increase (decrease) in accounts receivable | -68 | -46 |
| (increase) decrease in a/c payable and current liabilities | -395 | 326 |
| Tax on asset sale profits | 323 | 0 |
| Other | 29 | 343 |
| Adjusted cash flow from operations (cash earnings) | 1,012 | 486 |
| Adjusted cash earnings per share | 1.84 | 0.95 |

Source:   Company, Atlantic Equities calculations

The halt of appraisal activity and associated write-down of Shenandoah investments (Figure 3) is likely to be seen as disappointing. Shenandoah was previously described by APC in 2015 as advancing towards development, and a production concept (semi-sub) had been selected. However the recently drilled Shenandoah #6 well and associated sidetrack failed to find hydrocarbons, leading to the abandonment of the project.

APC-01334924

Anadarko

Figure 3:   Shenandoah location



Source:   Company. Yellow area are APC blocks

Shenandoah was discovered in 2009 as part of a wave of sub-salt, lower Tertiary discoveries. What set Shenandoah apart was apparently much higher reservoir quality than other fields of a similar age. The reservoir is at 30,000ft total depth in 5,750 ft of water. Appraisal wells found over 1,000ft of net oil pay, unusually thick for the Gulf of Mexico. However the field is structurally and depositionally complex, requiring much appraisal drilling to fully understand the reservoir dynamics.

Figure 4:   Sales volumes YoY comparison

|  | 1Q16A | 1Q17A | YoY change (%) |
|---|---|---|---|
| **Crude Oil and Condensate Sales Volumes (kbld)** | | | |
| United States | 232 | 269 | 16% |
| Algeria | 65 | 70 | 8% |
| Other | 18 | 28 | 56% |
| Total consolidated operations | 315 | 367 | 17% |
| **Crude Oil and Condensate Realised Prices ($/bl)** | | | |
| United States | 28.04 | 49.23 | 76% |
| Algeria | 34.62 | 53.20 | 54% |
| Other | 32.27 | 53.77 | 67% |
| Consolidated average realized prices | 29.64 | 50.34 | 70% |
| | | | |
| **US Natural Gas Sales Volumes (MMcfd)** | 2303 | 1,859 | -19% |
| Natural Gas Realised Prices ($/Mcf) | 1.75 | 3.00 | 71% |
| | | | |
| **US Natural Gas Liquids Sales Volumes (kbld)** | 122 | 112.00 | -8% |
| US Natural Gas Liquids Realized Prices ($/Bbl) | 14.98 | 26.57 | 77% |
| | | | |
| Total sales, continuing consolidated operations (kboed) | 827 | 795 | -4% |

Source:   Company

APC-01334925

Anadarko

Figure 5:   Income statement YoY comparison

| Income statement ($m) | 1Q16A | 1Q17A | YoY change (%) |
|---|---|---|---|
| E&P Revenues | 1394 | 2,454 | 76% |
| Gathering, processing and marketing sales | 240 | 444 | 85% |
| Other | 40 | 869 | nm |
| Expenses: | | | |
| Direct production expenses | 208 | 258 | 24% |
| Oil and gas transportation and other | 242 | 249 | 3% |
| Exploration | 126 | 1085 | 761% |
| Gathering, processing, and marketing | 215 | 351 | 63% |
| General and administrative | 449 | 269 | -40% |
| Depreciation, depletion, and amortization | 1149 | 1115 | -3% |
| Other taxes | 117 | 155 | 32% |
| Impairments | 16 | 373 | 2231% |
| Tax and legal settlements, other | 16 | 22 | nm |
| Total operating expenses | 2538 | 3877 | 53% |
| Operating Income | -864 | -110 | -87% |
| Interest, net of amount capitalized | 220 | 223 | 1% |
| (Gain) loss on commodity derivatives | 297 | -147 | -149% |
| Other non-operating (income) expense, net | 0 | -8 | nm |
| Total other (income) expense | 517 | 68 | -87% |
| | | | |
| Income before Income Taxes | -1381 | -178 | -87% |
| Income Tax Provision (Benefit) | -383 | 97 | -125% |
| Income from Continuing Operations | -998 | -275 | -72% |
| Minorities | 36 | 43 | 19% |
| Net Income | -1034 | -318 | -69% |
| Adjusted net income, continuing operations | -569 | -330 | -42% |

Source:   Company

APC-01334926

Anadarko

Figure 6:   Operating, financial summary

| | 1Q17 | 2Q17E | 3Q17E | 4Q17E | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | |
| Oil (kbld) | 367 | 335 | 359 | 384 | 316 | 361 | 409 | 447 | 497 |
| Natural gas (MMscfd) | 1,859 | 1,250 | 1,100 | 1,000 | 2,094 | 1,302 | 1,342 | 1,517 | 1,750 |
| NGLs (kbld) | 118 | 99 | 99 | 101 | 128 | 104 | 105 | 122 | 139 |
| Total production (kboed) | 795 | 642 | 641 | 652 | 793 | 683 | 738 | 822 | 928 |
| | | | | | | | | | |
| **Price benchmarks** | | | | | | | | | |
| Brent oil ($/bl) | 54.60 | 57.00 | 57.00 | 57.00 | 44.87 | 56.40 | 67.00 | 77.00 | 78.50 |
| WTI oil ($/bl) | 51.77 | 55.00 | 55.00 | 55.00 | 43.30 | 54.19 | 65.00 | 75.00 | 76.50 |
| Natural gas (Henry Hub, $/MMBtu) | 3.06 | 3.00 | 3.00 | 3.00 | 2.55 | 3.02 | 3.00 | 3.00 | 3.00 |
| | | | | | | | | | |
| **Price realisations** | | | | | | | | | |
| Oil ($/bl) | 50.34 | 53.19 | 53.09 | 53.02 | 40.23 | 52.41 | 63.10 | 73.04 | 74.46 |
| Natural gas ($/MMBtu) | 3.00 | 2.70 | 2.70 | 2.70 | 2.25 | 2.78 | 2.85 | 2.85 | 2.85 |
| NGLs ($/bl) | 27.17 | 22.49 | 22.49 | 22.47 | 19.87 | 23.63 | 27.04 | 27.79 | 28.04 |
| | | | | | | | | | |
| **Income statement ($m)** | | | | | | | | | |
| E&P Revenues | 2,454 | 2,131 | 2,231 | 2,330 | 7,153 | 9,147 | 11,859 | 14,735 | 16,805 |
| Other revenues | 1,313 | 375 | 423 | 474 | 716 | 2,585 | 1,848 | 1,934 | 2,025 |
| Direct production expenses | -258 | -234 | -236 | -240 | -811 | -968 | -1,100 | -1,285 | -1,500 |
| Transportation, other | -249 | -205 | -207 | -210 | -1,002 | -870 | -989 | -1,145 | -1,349 |
| Exploration | -1,085 | -165 | -165 | -165 | -946 | -1,580 | -1,544 | -1,606 | -1,670 |
| Gathering, processing, marketing | -351 | -255 | -303 | -354 | -1,087 | -1,263 | -1,368 | -1,450 | -1,535 |
| General and administrative | -269 | -263 | -266 | -270 | -1,440 | -1,067 | -1,239 | -1,425 | -1,614 |
| D,D&A | -1,115 | -1,038 | -1,047 | -1,064 | -4,301 | -4,264 | -4,715 | -5,399 | -6,455 |
| Other taxes | -155 | -149 | -156 | -163 | -536 | -623 | -889 | -1,105 | -1,260 |
| Impairments | -373 | 0 | 0 | 0 | -227 | -373 | 0 | 0 | 0 |
| Tax and legal settlements | -22 | 0 | 0 | 0 | -118 | -22 | 0 | 0 | 0 |
| Operating income | -110 | 198 | 275 | 338 | -2,599 | 701 | 1,864 | 3,254 | 3,447 |
| Net interest expense | -223 | -225 | -215 | -200 | -890 | -863 | -806 | -750 | -690 |
| Other | 155 | 0 | 0 | 0 | -340 | 155 | 8 | 8 | 8 |
| Pretax income | -178 | -27 | 60 | 138 | -3,829 | -7 | 1,066 | 2,512 | 2,766 |
| Effective tax rate | 4% | -138% | 108% | 65% | 31% | -2798% | 58% | 49% | 48% |
| Minorities | -43 | -85 | -87 | -66 | 263 | 281 | 295 | 310 | 326 |
| Attributable reported net income/(loss) | -318 | -149 | -92 | -18 | -3,071 | -577 | 156 | 973 | 1,108 |
| Attributable recurrent net income/(loss) | -330 | -149 | -92 | -18 | -1,604 | -589 | 156 | 973 | 1,108 |
| **Recurring EPS (diluted, $)** | **-0.59** | **-0.27** | **-0.16** | **-0.03** | **-3.09** | **-1.05** | **0.28** | **1.71** | **1.93** |
| Share count, weighted diluted (m) | 559 | 559 | 559 | 559 | 522 | 560 | 564 | 570 | 574 |
| | | | | | | | | | |
| **$/boe items** | | | | | | | | | |
| E&P Revenue | 34.3 | 36.5 | 37.8 | 38.9 | 24.6 | 36.7 | 44.0 | 49.1 | 49.5 |
| Direct production expenses | 3.6 | 4.0 | 4.0 | 4.0 | 2.8 | 3.9 | 4.1 | 4.3 | 4.4 |
| Transportation, other | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.7 | 3.8 | 4.0 |
| Exploration | 15.2 | 2.8 | 2.8 | 2.8 | 3.3 | 6.0 | 5.7 | 5.4 | 4.9 |
| General and administrative | 3.8 | 4.5 | 4.5 | 4.5 | 5.0 | 4.3 | 4.6 | 4.8 | 4.8 |
| D,D&A | 16.0 | 17.8 | 17.8 | 17.8 | 14.8 | 17.3 | 17.5 | 18.0 | 19.0 |
| Recurring net income | -4.6 | -2.5 | -1.6 | -0.3 | -5.5 | -2.4 | 0.6 | 3.2 | 3.3 |

Source:   Company, Atlantic Equities forecasts

APC-01334927

# Anadarko

Figure 7:   <Insert Figure Title>

| $m except where noted | 1Q17 | 2Q17E | 3Q17E | 4Q17E | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| **Discretionary & debt-adjusted cash flow** | | | | | | | | | |
| Net income | -275 | -64 | -5 | 48 | -2808 | -295 | 451 | 1283 | 1434 |
| Depreciation, depletion, and amortization | 1115 | 1038 | 1047 | 1064 | 4301 | 4264 | 4715 | 5399 | 6455 |
| Deferred income taxes | -660 | -56 | -26 | 0 | -1238 | -743 | 31 | 162 | 186 |
| Dry hole expense, unproved writedowns | 1012 | 100 | 100 | 100 | 613 | 1312 | 1366 | 1420 | 1477 |
| Other | -503 | 0 | 0 | 0 | 1735 | -503 | 0 | 0 | 0 |
| Discretionary cash flow | 689 | 1018 | 1116 | 1212 | 2603 | 4035 | 6562 | 8264 | 9553 |
| **Discretionary cash flow per share** | **1.23** | **1.82** | **2.00** | **2.17** | **5.86** | **7.21** | **11.64** | **14.50** | **16.65** |
| *YoY growth* | | | | | *-35%* | *23%* | *61%* | *25%* | *15%* |
| | | | | | | *FY16-FY20 CFPS CAGR:* | | | *30%* |
| Post-tax interest expenses | 145 | 146 | 140 | 130 | 579 | 561 | 524 | 487 | 449 |
| Debt-adjusted discretionary cash flow | 834 | 1164 | 1256 | 1342 | 3182 | 4596 | 7086 | 8752 | 10001 |
| Debt-adjusted discretionary cash flow/share ($) | 1.5 | 2.1 | 2.2 | 2.4 | 7.0 | 8.2 | 12.6 | 15.4 | 17.4 |
| YoY growth (%) | 21% | 31% | 16% | 9% | -31% | 18% | 53% | 22% | 13% |
| | | | | | | | | | |
| Total net cash used in investing activities | 1722 | -1300 | -1300 | -1300 | -3076 | -2178 | -6048 | -6749 | -7648 |
| Cash flow from operations | 1123 | 1223 | 1080 | 1176 | 3000 | 4603 | 6571 | 8210 | 9597 |
| Free cash flow | 2845 | -77 | -220 | -124 | -76 | 2425 | 523 | 1461 | 1949 |
| Dividends | -28 | -28 | -28 | -28 | -104 | -112 | -119 | -126 | -133 |
| | | | | | | | | | |
| **Returns and debt metrics** | | | | | | | | | |
| Net debt | 9495 | 9685 | 10038 | 10229 | 12139 | 10229 | 10193 | 9263 | 7892 |
| Total equity | 11856 | 11679 | 11559 | 11513 | 12212 | 11513 | 11550 | 12397 | 13373 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital Employed | 21351 | 21364 | 21598 | 21742 | 24351 | 21742 | 21743 | 21660 | 21265 |
| Average capital employed | | | | | 25950 | 23047 | 21742 | 21701 | 21462 |
| Adj. operating profit less taxes (NOPLAT) | | | | | -1026 | -28 | 679 | 1460 | 1557 |
| ROACE (%) | | | | | -4% | 0% | 3% | 7% | 7% |
| ROE (%) | | | | | -25% | -5% | 1% | 8% | 8% |
| Net debt/capitalisation (%) | | | | | 50% | 47% | 47% | 43% | 37% |
| | | | | | | | | | |
| Consolidated adjusted EBITDAX | 2575 | 1316 | 1400 | 1501 | 3571 | 6792 | 7902 | 10034 | 11343 |
| Consolidated adjusted EBITDA | 1490 | 1151 | 1235 | 1336 | 2625 | 5212 | 6358 | 8429 | 9673 |
| Net debt/EBITDAX annualised | 0.9 | 1.8 | 1.8 | 1.7 | 3.4 | 1.5 | 1.3 | 0.9 | 0.7 |
| Net debt/EBITDA annualised | 2.0 | 2.5 | 2.3 | 2.2 | 4.6 | 2.0 | 1.6 | 1.1 | 0.8 |

Source:  Company, Atlantic Equities forecasts

APC-01334928

Anadarko

## IMPORTANT DISCLOSURES

Rating and Price Target History for: Anadarko (APC US) as of 05-02-2017



### Stocks under the analyst's coverage

Apache (APA), Anadarko (APC), EOG Resources (EOG), Hess (HES), Marathon Oil (MRO), Noble Energy (NBL), Occidental (OXY), Schlumberger (SLB), Baker Hughes (BHI) and Halliburton (HAL).

### Risks

Potential changes to our Neutral rating on Anadarko may arise from, but are not limited to, changes in commodity prices, operating and capital costs, changes in state and federal tax and regulatory changes, modifications in restrictions on hydraulic fracturing, environmental constraints and per-well productivity.

### Consensus Estimates

Consensus estimates have been sourced from Bloomberg.

### ANALYST CERTIFICATION

Barry MacCarthy, hereby certifies that the views expressed in this research report accurately reflects his/her personal views about the subject Security and Issuer as of the date of this report. He/She further certifies that no part of his/her compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

No analysts at Atlantic Equities LLP hold shares in companies they follow. No partner or employee of Atlantic Equities LLP, holds shares in the companies under analyst coverage which give rise to an interest which exceeds 1% of the total issued share capital of the company. Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business.

### RATING DEFINITIONS

Investment opinions are based on a stock's total return potential relative to those stocks under the analyst's coverage:

"Overweight" stocks are the most attractive stocks under the analyst's coverage over the next 12 months.

"Underweight" stocks are deemed to be particularly unattractive stocks over the next 12 months.

"Neutral" stocks are those stocks which are neither classified as "Overweight" nor "Underweight".

Stocks covered are subject to continuous review. Updates will be provided whenever a change in recommendation is to be made or, at the discretion of the analyst, whenever there is news worth of note. It is anticipated that a report for each company covered will be produced at least once per annum.

Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business for any company under analyst coverage.

APC-01334929

# Anadarko

**Issued by Atlantic Equities LLP. Authorized and regulated by the Financial Conduct Authority.**
**25 Copthall Avenue, London EC2R 7BP, United Kingdom**

Atlantic Equities LLP is an independent equities research firm. Atlantic Equities LLP's Code of Ethics contains procedures which employees are required to follow so as to prevent or mitigate any conflicts of interest which may arise. The investment services of Atlantic Equities LLP are only available to professional clients and eligible counterparties as defined by the rules of the FCA. They are not available to retail clients. Accordingly, customers of Atlantic Equities LLP will not benefit from the UK investors compensation scheme. Views expressed herein accurately reflect the views of the relevant analysts with respect to the security, securities or issuer(s) which are the subject of the research. This document is not intended to be an offer or the solicitation of an offer to buy or sell securities and has been prepared exclusively for the use of existing clients of Atlantic Equities LLP. Any recommendations contained in this document must not be relied upon as investment advice based on the recipient's personal circumstances. In the US, it has been prepared for US institutional investors only and such investors wishing to undertake transactions in the securities mentioned in this report should pass orders to FINRA registered firms and not to Atlantic Equities LLP. Whilst all reasonable care has been taken in the preparation of this document, no responsibility can be accepted for the accuracy or completeness of the information herein or upon which opinions herein have been based. Please note the value of investments and the income derived from them may fall as well as rise and you may not receive the original amount invested in return. Where an investment is denominated in a foreign currency, changes in rate of exchange may have an adverse effect on its value, price or income. Unless otherwise specified, charts and statistics are compiled by Atlantic Equities LLP. Where consensus figures are used, these have been sourced from First Call and/or Bloomberg. Atlantic Equities LLP's conflicts of interest policy, its recommendation distribution and other important disclosures are shown on its web-site www.atlantic-equities.com. A list of all recommendations in securities traded on EU regulated markets is located at http://atlantic-equities.com/european-disclosure/european-disclosure.pdf

**Additional information on the securities discussed herein is available on request.**

Registered office: 20-22 Bedford Row, London, WC1R 4JS.

Registered Number OC304696 England and Wales.

APC-01334930