```
Wire: Bloomberg First Word (BFW)
Date: May 2 2017  16:24:29
Anadarko 1Q Adjusted Loss Per Share Wider Than Est.; Shares Fall

************************************************************************
BFW 05/02 16:16 Anadarko 1Q Sales Vol. 795,000 Mboe/D
PRN 05/02 16:16 Anadarko Announces First-Quarter 2017 Results
 BN 05/02 16:16 *ANADARKO 1Q LOSS/SHR 58C
 BN 05/02 16:16 *ANADARKO 1Q SALES VOLUME 795,000 MBOE/D
 BN 05/02 16:20 *CORRECT: ANADARKO 1Q ADJ LOSS/SHR 60C
 BN 05/02 16:22 *ANADARKO SEES 2Q SALES VOLUME 57 TO 59 MMBOE
************************************************************************


By Hari Govind
     (Bloomberg) -- Anadarko 1Q adjusted loss per share 60c,
est. loss/share 23c (range loss/share 39c to EPS 2c)

   * 1Q sales vol. 795,000 mboe/d
   * 1Q loss per share 58c
   * Sees 2Q sales volume 57 to 59 mmboe
   * Sees 2Q capital expenditure $1.05b to $1.25b


     NOTE:

   * Shares down 3.5% since earnings release to $54.31 on 12,000
     shares traded
   * 31 buys, 7 holds, 0 sells before today
   * Call May 3 9am (NY time), 877.883.0383 pw 3348513


     Statement

For Related News and Information:
First Word scrolling panel: FIRST<GO>
First Word newswire: NH BFW<GO>

To contact the editor responsible for this story:
Hari Govind at +1-212-318-2000 or
bfwauto@bloomberg.net
-0- May/02/2017 20:23 GMT
```



PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 11

```
[TAGINFO]

*APC US <Equity>
```

```
APC US <Equity>

NI BIZNEWS
NI BUSINESS
NI CMD
NI COS
NI ERN
NI ERNBFW
NI EST
NI EXC
NI GAS
NI MARKETS
NI MOV
NI NORTHAM
NI NRG
NI NYMEX
NI OIE
NI OIL
NI RIG
NI SSSALES
NI STK
NI TOPBFW
NI TX
NI US
NI USSW
NI UTI
NI BNBMANUAL

-0- May/02/2017 20:24 GMT
```

---
Copyright (c) 2022

############################ END OF STORY 1 ############################