Summary   News   Research 🔒   Chart   Community   Statistics   **Historical Data**   Profile   Financials   Analysis

Unlock stock picks and a broker-level newsfeed that powers Wall Street.   Upgrade Now   ✕

NYSE - Delayed Quote • USD

# ConocoPhillips (COP)   ☆ Follow   ↔ Compare



PLAINTIFF'S EXHIBIT
CASE NO. _____
EXHIBIT NO. 14

## 86.39 +3.10 +(3.72%)
At close: April 11 at 4:00:02 PM EDT

## 86.89 +0.50 +(0.58%)
After hours: April 11 at 7:59:32 PM EDT ☾

May 02, 2017 - May 04, 2017 ⌄    Historical Prices ⌄    Daily ⌄

Currency in USD   🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| May 3, 2017 | 46.25 | 47.44 | 46.25 | 47.08 | 36.65 | 5,757,200 |
| May 2, 2017 | 47.56 | 47.62 | 46.27 | 46.70 | 36.36 | 10,390,500 |

## Related Tickers

| DVN | EOG | OXY | FANG | APA | HES |
|---|---|---|---|---|---|
| Devon Energy Corporat... | EOG Resources, Inc. | Occidental Petroleum ... | Diamondback Energy, I... | APA Corporation | Hess Corpora... |
| **28.23** +1.73% | **108.54** +3.76% | **37.67** +3.29% | **129.01** +4.75% | **15.04** +3.01% | **128.50** +1.0 |

yahoo/finance

Copyright © 2025 Yahoo.
All rights reserved.

**POPULAR QUOTES**
Dow Jones
S&P 500

**EXPLORE MORE**
Mortgages
Credit Cards

**ABOUT**
Data Disclaimer
Help