

**Denver7 News**
@DenverChannel

WATCH LIVE: Officials are providing an update on last month's home explosion in Firestone.



From denver7.com

3:03 PM · May 2, 2017



APC-01762995