

**Kevin Vaughan**
@writerkev

Cause of deadly Firestone home explosion was a cut line to an oil and gas well. #9NEWS #9WantsToKnow

3:09 PM · May 2, 2017



PLAINTIFF'S EXHIBIT
CASE NO. _____
EXHIBIT NO. 18

APC-01762996