Denver7 News
@DenverChannel

Officials: Firestone home explosion caused by gas leaking into home from abandoned flow line.
LIVE:

From denver7.com

3:11 PM · May 2, 2017