

# May 2, 2017 Aftermarket News Chronology

**4:00 p.m. – Anadarko stock price closes at $56.28**.

4:03 p.m. – Tweet from Denver 7 News: "WATCHLIVE: Officials are providing an update on last month's home explosion in Firestone."

4:09 p.m. – Tweet from Kevin Vaughn, Denver 7 News: "Cause of deadly Firestone home explosion was a cut line to an oil and gas well."

4:11 p.m. – Tweet from Denver 7 News: "Officials: Firestone home explosion caused by gas leaking into home from abandoned flow line."

**4:03-4:15 p.m**. – 20 shares of Anadarko common stock trade, all at May 2, 2017 closing price.

# May 2, 2017 Aftermarket News Chronology

4:16 p.m. – Anadarko issues 1Q2017 results, including Shen Disclosure.

**4:16-4:18 p.m.** – Anadarko's stock price drops 2.3%.

**4:03-4:18 p.m. – No "Colorado Peer Group" Trades During This Time.**

4:24 p.m. – Bloomberg issues report stating that Anadarko's shares "down 3.5% since earnings release."

4:26 p.m. – Anadarko issues Form 10-Q disclosing $902 million write-off.

4:43 p.m. – Bloomberg article states Anadarko shares dropped 4.1 percent in after-hours trading as of 4:42 p.m., states that authorities haven't announced cause of Firestone explosion.

4:51 p.m. – Denver Post article reports CO Gov. Hickenlooper ordered new statewide inspections of oil pipelines.

**May 3, 2017 – Anadarko stock price opens at $52.06 (7.5% or $2.4 billion market cap loss from close to open).**

---

*In re Anadarko Petroleum Corp. Sec. Litig.*, No. 4:20-cv-00576                                                                                       2