

North American Oil & Gas Exploration/Production

## Anadarko Petroleum Corp

Rating
**Outperform**

Target Price
⊖ APC                    83.00 USD

**PLAINTIFF'S EXHIBIT**

CASE NO. _____

EXHIBIT NO. ___26___

Bob Brackett, Ph.D.
+1-212-756-4656
bob.brackett@bernstein.com

Andrew Pizzi
+1-212-407-5813
andrew.pizzi@bernstein.com

Jackson Kulas
+1-212-407-5821
jackson.kulas@bernstein.com

# Quick Take (APC): APC may suffer overhang on Firestone and Shenandoah but remember the 3D vision with Delaware in focus

Anadarko reported 1Q17 results after the close today. Production was 795 kboepd vs. consensus of 734, though some consensus estimates likely exclude volumes from divested assets (and thus are not comparable). CFPS was ahead of consensus at 1.25 vs. 0.99 expected, and EPS was -0.60 vs. consensus of -0.24.

In terms of negatives, concerns around the **Firestone accident** (press released after close as well) will likely be a focus of questions.

In the DW GOM, some tie-back success was overshadowed by a **large Shenandoah impairment** ($467 mln) and **dry hole** expensing ($435 mln). Note the negative read-across to CIE.

In international, **Colombian gas discoveries** added to the opportunity, but frankly investors would much prefer oil (or water?) to gas given that a large stranded gas asset would require export to monetize fully.

**APC has lots of cash** ($5.8 bln on hand). While not burning a hole in their pocket, is it **destined for Delaware acquisitions** following expiration of participation agreement with Shell? Buying out BHP (sweetened with an asset swap?), PDCE, WPX, or CRZO would be one strategy. Purchasing significant packages from others (APA, COP, EGN) would be another. Such a deal could be the next significant positive catalyst.

### Investment Implications

We rate APC Outperform as a result of its oil-focused growth driven by the powerful 3D portfolio -- Delaware, DJ Basin, and DW GOM. In addition, international exploration & development (and potential monetization?) catalysts generate a reason to own the stock.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Close Date | | | | | | | | | | | | 2-May-2017 |
| APC Close Price (USD) | | | | | | | | | | | | 56.28 |
| Target Price (USD) | | | | | | | | | | | | 83.00 |
| Upside/(Downside) | | | | | | | | | | | | 47% |
| 52-Week Low | | | | | | | | | | | | 44.81 |
| 52-Week High | | | | | | | | | | | | 73.33 |
| SPX | | | | | | | | | | | | 2,391.17 |
| FYE | | | | | | | | | | | | Dec |
| Indicated Div Yield | | | | | | | | | | | | 0.4% |
| Market Cap (USD) (M) | | | | | | | | | | | | 31,536 |
| EV (USD) (M) | | | | | | | | | | | | 40,989 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | (19.3) | (9.2) | (5.4) | 8.3 |
| SPX (%) | 6.8 | 1.2 | 14.0 | 14.9 |
| Relative (%) | (26.1) | (10.4) | (20.4) | (6.5) |

| EPS Adjusted | F16A | F17E | F18E | Financials | F16A | F17E | F18E | CAGR | Valuation Metrics | F16A | F17E | F18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APC (USD) | (3.07) | 0.52 | 2.43 | CFO (M) | 3,000 | 6,235 | 8,077 | 64.1% | P/E Adjusted (x) | (18.32) | 107.9 | 23.14 |
| SPX | 116.75 | 128.55 | 144.27 | CapEx (M) | 5,633 | 4,500 | 5,406 | (2.0)% | P/CFO (x) | 10.10 | 5.34 | 4.01 |
| | | | | CFO/Sh | 5.57 | 10.53 | 14.03 | 58.7% | Div Yield (%) | 0.36 | 0.39 | 0.43 |

See Disclosure Appendix of this report for important disclosures and analyst certifications.       www.bernsteinresearch.com

Published 02-May-2017 23:55 UTC

SANFORD_0009355
APC-01334778

Bob Brackett, Ph.D. +1-212-756-4656 bob.brackett@bernstein.com                                              2 May 2017

DISCLOSURE APPENDIX

## TICKER TABLE

| Ticker | Rating | | 2 May 2017 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted | | | P/E Adjusted | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2016A | 2017E | 2018E | 2016A | 2017E | 2018E |
| APC | O | USD | 56.28 | 83.00 | (6.5)% | USD | (3.07) | 0.52 | 2.43 | (18.32) | 107.9 | 23.14 |
| SPX | | | 2,391.17 | | | | 116.75 | 128.55 | 144.27 | 20.48 | 18.60 | 16.57 |

O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## VALUATION METHODOLOGY

### North American Oil & Gas Exploration/Production

Our valuation framework for our coverage of North American E&P oil & gas stocks is based on the correlation of P/CF multiple and the recycle ratio (cash flow per barrel divided by F&D costs). The recycle ratio-implied target multiples are supplemented by company-specific catalysts, which are valued independently under a full-life cycle NPV methodology and applied in the form of incremental (positive or negative) change. We adjust our target multiples to include the effects of growth, capitalization, capital efficiency, and risk.

## RISKS

### North American Oil & Gas Exploration/Production

The primary risk to our target prices for the North American E&Ps is lower than expected commodity prices over the next few years. For instance, oil prices could be negatively affected by slower than expected economic growth, higher global supply, or faster switching to alternative fuel sources, which could depress product demand and drive oil prices below the marginal cost of supply. For natural gas, prices could be negatively affected by warm weather, continued healthy supply growth, lower coal-to-gas power switching, or higher LNG/pipeline net imports. Additionally, government policy and administration, including but not limited to the BOEM/BSEE's pace of permitting or leasing, or changes to various countries' tax rates/fiscal terms, have the potential to positively or negatively affect the commodities and companies.

SANFORD_0009356
APC-01334779

## SRO REQUIRED DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.

- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

    Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

    Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

    Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

    Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

- As of 05/02/2017, Bernstein's ratings were distributed as follows: Outperform - 45.6% (0.3% banking clients) ; Market-Perform - 39.8% (0.0% banking clients); Underperform - 14.5% (0.0% banking clients); Not Rated - 0.2% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.

### 12-Month Rating History as of 05/02/2017

| Ticker | Rating Changes |
|---|---|
| APC | O (RC) 11/03/14 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

### APC / Anadarko Petroleum Corp

| Date | Rating | Target(USD) |
|---|---|---|
| 10/28/13 | O | 105.00 |
| 12/23/13 | O | 110.00 |
| 01/21/14 | O | 97.00 |
| 03/18/14 | O | 99.00 |
| 04/04/14 | O | 111.00 |
| 05/27/14 | O | 107.00 |
| 07/16/14 | M | 107.00 |
| 08/11/14 | M | 109.00 |
| 09/10/14 | M | 106.00 |
| 11/03/14 | O | 115.00 |
| 01/05/15 | O | 108.00 |
| 04/13/15 | O | 106.00 |
| 06/04/15 | O | 104.00 |
| 07/23/15 | O | 96.00 |
| 08/12/15 | O | 97.00 |
| 11/30/15 | O | 86.00 |
| 12/11/15 | O | 79.00 |
| 01/05/16 | O | 76.00 |
| 02/01/16 | O | 72.00 |
| 03/22/16 | O | 76.00 |
| 05/04/16 | O | 75.00 |
| 08/19/16 | O | 73.00 |
| 09/26/16 | O | 76.00 |
| 10/20/16 | O | 78.00 |



O - Outperform  M - Market-Perform  U - Underperform  N - Not Rated
Target Price  Source: Bernstein - As of 11/4/2016

SANFORD_0009357
APC-01334780

## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

Bernstein produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis. Recommendations contained within one type of research product may differ from recommendations contained within other types of research product, whether as a result of differing time horizons, methodologies or otherwise.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Sanford C Bernstein is providing you with investment advice for any purposes. Whilst Sanford C Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Sanford C Bernstein has neither any contractual relationship with you nor any obligations towards you.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

SANFORD_0009358
APC-01334781

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority ("FINRA") into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd. are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada and by the Monetary Authority of Singapore under Singapore laws, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, Suites 3206-11, 32/F, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), Bob Brackett, Ph.D., Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

Approved By: SU

Copyright 2017, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400. All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

**[ AHEAD OF TOMORROW ]**

SANFORD_0009360
APC-01334783