

PLAINTIFF'S EXHIBIT
CASE NO. 27
EXHIBIT NO.



**Updated Ferrell Figure 1**
Breakout of Colorado and Shenandoah Impact

| Company | Anadarko | Noble Energy | PDC Energy | SRC Energy | Extraction O&G |
|---|---|---|---|---|---|
| Total | -8.3% | -4.5% | -5.3% | -7.8% | -6.1% |
| Colorado | -4.9% | -4.5% | -5.3% | -7.8% | -6.1% |
| Shenandoah | -3.4% | | | | |

■ Colorado   ■ Shenandoah

*In re Anadarko Petroleum Corp. Sec. Litig.*, No. 4:20-cv-00576