UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | CIVIL ACTION NO |
| | § | 4:20-cv-00576 |
| | § | |
| IN RE ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES | § | |
| LITIGATION | § | |
| | § | |

## MINUTE ENTRY

Minute entry for MOTION HEARING before Judge Charles Eskridge on May 12, 2025. All parties present and represented by counsel.

The Court addressed the motions for class certification and to exclude certain testimony of Defendant expert by Plaintiff Georgia Firefighters' Pension Fund. Dkts 86 & 248.

The Court also addressed the motion to exclude Plaintiff expert rebuttal testimony by Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III. Dkt 111.

Testimony heard from Dr. Allen Ferrell, expert for Defendants.

Testimony heard from Bjorn I. Steinholt, expert for Plaintiff.

Plaintiff Exhibits 1 through 27 offered and admitted without objection.

Defense Exhibits 1 through 4 offered and admitted without objection.

2

  The parties were ORDERED to confer and provide the Case Manager with proposed dates for summation and argument to be given by Zoom. The parties may also request argument in person, if desired.

  The parties were ORDERED to provide any presentation materials for such hearing at least forty-eight hours prior to argument.

  SO ORDERED.

  Signed on May 12, 2025, at Houston, Texas

*[signature: CREskridge]*

Hon. Charles Eskridge
United States District Judge