UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-0576<br><br>JUDGE CHARLES ESKRIDGE |

**DEFENDANTS' EXHIBIT LIST FOR MAY 12, 2025
CLASS CERTIFICATION HEARING**

Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest A. Leyendecker, III, file this exhibit list in connection with the class certification hearing that took place on May 12, 2025 at 9:30 a.m. CT (the "Hearing"). The exhibits listed below are those exhibits that Defendants offered during the Hearing. Defendants previously filed exhibits with their class certification briefs (Dkt. Nos. 93-1, 237-1) and related *Daubert* briefs (Dkt. Nos. 111-1, 123-1, 249-1), and the designation of the exhibits below is in addition to the previously filed exhibits.

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Defendants' Demonstrative Exhibits | Y | N | 5/12/25 | |
| 2 | Bruce Finley, *Deadly Firestone Explosion Caused by Odorless Gas Leaking From Cut Gas Flow Pipeline*, Denver Post (May 2, 2017, 2:51 p.m. MDT) | Y | N | 5/12/25 | |
| 3 | Sur-Reply Report of Allen Ferrell, Ph.D., Dkt. No. 237-1, Ex. A | Y | N | 5/12/25 | |
| 4 | Transcript of December 21, 2022 Deposition of Bjorn Steinholt | Y | N | 5/12/25 | |

Dated: May 21, 2025

Respectfully submitted,

*/s/ Kevin J. Orsini*

**CRAVATH, SWAINE & MOORE LLP**

Kevin J. Orsini (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
korsini@cravath.com
lrosenberg@cravath.com

**SHIPLEY SNELL MONTGOMERY LLP**
George T. Shipley
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
gshipley@shipleysnell.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 21, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notifications in this case.

Dated: May 21, 2025

*/s/ Melissa A. Syring*
Melissa A. Syring