# In Re: Anadarko Petroleum Corporation Securities Litigation

Professor Allen Ferrell

May 12, 2025



DEFENDANT'S
EXHIBIT

CASE
NO.        1

EXHIBIT
NO.

# Allen Ferrell, PhD



**Ph.D., Economics**
Massachusetts Institute of Technology

**J.D.**
Harvard Law School

**B.A. and M.A.**
Brown University

## PROFESSIONAL ROLES

**Greenfield Professor of Securities Law**
Harvard Law School

**Other Roles**
*Research Associate*, National Bureau of Economic Research; *Fellow*, Columbia University's Program on Law and Economics; *Research Associate*, European Corporate Governance Institute

# Shenandoah Partners vs. Colorado Operators

### Shenandoah Partners

- ConocoPhillips (30%)
- Cobalt (20%)

Anadarko (33%)

### Colorado Operators

- Noble Energy
- PDC Energy
- SRC Energy
- Extraction Oil & Gas





# Summary of Opinions

**I.**   There is no reliable economic basis to conclude that Anadarko's stock price was impacted by the 21 alleged misstatements.

**II.**   There is no reliable economic basis to conclude that the alleged Anadarko May 2, 2017 corrective disclosures about Shenandoah had a price impact on Anadarko's stock price.

**III.**   Mr. Steinholt's price impact opinions are flawed.

# I.  No Price Impact from Alleged Misstatements

➢ Plaintiffs allege that 21 misstatements related to Shenandoah artificially inflated Anadarko's stock price.

➢ Event studies show Anadarko's stock price did not increase in a statistically significant way on 18 of the 21 alleged misstatement dates.

➢ On the remaining three misstatement dates, the stock price increases were attributed to factors unrelated to Shenandoah.

➢ Steinholt agrees the alleged misstatements did not create inflation in Anadarko's stock price.

# What Is An Event Study?

- ➢ Gold standard for analyzing a public company's stock price movements

- ➢ Statistical regression tool

- ➢ Standard analysis based on close-to-close stock prices based on market efficiency

- ➢ Removes impact from market and industry factors

- ➢ Where there are multiple pieces of potentially value-relevant information, an event study by itself cannot tell us which piece of information impacted the stock price.

# II.  No Price Impact from Alleged Corrective Disclosure

➢ Plaintiffs allege one set of corrective disclosures after market close on May 2, 2017.

▪ Anadarko discloses that it "expensed suspended exploratory well costs of $435 million related to the Shenandoah project" and recognized $467 million in "impairments of unproved property" which "originated from the purchase price allocation to the Gulf of Mexico exploration projects from the acquisition of Kerr-McGee Corporation in 2006"; "[t]he Shenandoah-6 appraisal well and sidetrack" "did not encounter the oil-water contact"; and "the Company has currently suspended further appraisal activities".

➢ After market close on May 2, 2017, news was also released confirming Anadarko's well was involved in the fatal Firestone explosion and announcing new inspection requirements for Colorado oil and gas companies.

➢ There is no reliable economic evidence that the alleged May 2, 2017, corrective disclosures about Shenandoah had a price impact.

# Absence of Price Impact Consistent with Market Value of Shenandoah

➢ Some analysts assigned low to zero value to Shenandoah

➢ Majority of analysts who assigned more than low to zero value to Shenandoah did so on conditional basis, *e.g.*:

   ▪ Sanctioned for development

   ▪ Oil prices

# Shenandoah Partners – Event Studies

| Company | Statistically significant stock price decline?* | | | |
| --- | --- | --- | --- | --- |
| | May 2 | May 3 | May 5 | May 8 |
| Anadarko | No | Yes | No | No |
| ConocoPhillips | No | No | No | No |
| Cobalt | No | Yes | No | No |

* Professor Ferrell ran a total of 12 event studies on the Shenandoah partners, three each on May 2, 3, 5 and 8—all of the days there were disclosures regarding Shenandoah.

# Shenandoah Partners – May 2 Event Studies

May 2 – Prior to market open, ConocoPhillips discloses that "[f]irst-quarter earnings were negatively impacted by $101 million of pre-tax dry hole expense, which includes the Shenandoah-6 well in the Gulf of Mexico."

| Company | Statistically significant stock price decline? | | | |
|---|---|---|---|---|
| | May 2 | May 3 | May 5 | May 8 |
| Anadarko | No | Yes | No | No |
| ConocoPhillips | No | No | No | No |
| Cobalt | No | Yes | No | No |

# ConocoPhillips Is A Proper Comparator

|  | Anadarko | ConocoPhillips | Cobalt |
|---|---|---|---|
| **Stake in Shenandoah** | 33% | 30% | 20% |
| **Market Cap** | $31.5 billion | $57.8 billion | $167 million |
| **Anadarko Peer Group** | -- | Yes | No |
| **Financially Distressed** | No | No | Yes |

# The Lack of Reaction to ConocoPhillips' May 2 Disclosure Disproves Price Impact

➢ Prior to market open on May 2, 2017, ConocoPhillips discloses that "[f]irst-quarter earnings were negatively impacted by $101 million of pre-tax dry hole expense, which includes the Shenandoah-6 well in the Gulf of Mexico."

➢ Plaintiffs agree there was no price impact from ConocoPhillips' May 2 disclosure.

➢ ConocoPhillips' lack of price reaction on May 3, May 5 and May 8 confirm Shenandoah disclosures had no price impact.

# Shenandoah Partners – May 3 Event Studies

After market close on May 2, two sets of information are released:

1. Anadarko discloses that it "expensed suspended exploratory well costs of $435 million related to the Shenandoah project" and recognized $467 million in "impairments of unproved property" which "originated from the purchase price allocation to the Gulf of Mexico exploration projects from the acquisition of Kerr-McGee Corporation in 2006"; "[t]he Shenandoah-6 appraisal well and sidetrack" "did not encounter the oil-water contact"; and "the Company has currently suspended further appraisal activities".

2. During Frederick-Firestone Fire Protection District press conference, Anadarko's well is confirmed as having been involved in fatal house explosion. Colorado governor orders statewide inspection of oil and gas flowlines near occupied buildings. Anadarko announces that it would "continue to cooperate fully with all ongoing investigations" and that it would "continue to work with the Colorado Oil and Gas Conservation Commission (COGCC) on additional steps or actions the agency deems necessary".

# Shenandoah Partners – May 3 Event Studies

| Company | Statistically significant stock price decline? | | | |
|---|---|---|---|---|
| | **May 2** | **May 3** | **May 5** | **May 8** |
| Anadarko | No | **Yes** | No | No |
| ConocoPhillips | No | **No** | No | No |
| Cobalt | No | **Yes** | No | No |

# Cobalt's May 3 Price Reaction Is Not Evidence of Price Impact on Anadarko

| Company | Market Cap |
|---|---|
| Anadarko | $31.5 B |
| ConocoPhillips | $57.8 B |
| Cobalt | $167 M |

The entire market cap decline of Cobalt was $18.8M. Even assuming Anadarko's additional working interest, that decline would not be significant for Anadarko.



Cobalt: $167 Million

Anadarko: $31.5 Billion

ConocoPhillips: $57.8 Billion

Source: June 12, 2024 Sur-Reply Report of Allen Ferrell, Ph.D. at p. 14.

# Shenandoah Write-Off Is Sunk Costs

➢ Steinholt agrees that stock value is based on present value of future cash flows

➢ $902M Shenandoah write-off is sunk costs—not future cash flows

- $435M suspended exploratory well costs

- $467M impairment of unproved property

**Exploration Expense**

| millions | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2017 | | 2016 |
| **Exploration Expense** | | | | |
| Dry hole expense | $ | 476 | $ | 11 |
| Impairments of unproved properties | | 537 | | 24 |
| Geological and geophysical expense | | 37 | | 37 |
| Exploration overhead and other | | 35 | | 54 |
| Total exploration expense | $ | 1,085 | $ | 126 |

For the three months ended March 31, 2017, total exploration expense increased by $959 million primarily related to the following:

*Dry Hole Expense*

Dry hole expense increased by $465 million, primarily due to the following:

- The Company expensed suspended exploratory well costs of $435 million during the three months ended March 31, 2017, related to the Shenandoah project in the Gulf of Mexico. See *Note 5—Suspended Exploratory Well Costs* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.
- The Company expensed $41 million during the three months ended March 31, 2017, due to unsuccessful drilling activities primarily associated with the Gulf of Mexico and an international property.

*Impairments of Unproved Properties*

- The Company recognized $532 million of impairments of unproved Gulf of Mexico properties during the three months ended March 31, 2017, of which $467 million related to the Shenandoah project. The unproved property balance related to the Shenandoah project originated from the purchase price allocated to the Gulf of Mexico exploration projects from the acquisition of Kerr-McGee Corporation in 2006. See *Note 5—Suspended Exploratory Well Costs* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

Source: Anadarko Q1 2017 10-Q at 37.

16

# Shenandoah Partners – May 5 Event Studies

May 5 – After market close on May 4, ConocoPhillips updates its earnings as a result of Anadarko's "decision to impair the carrying value of Shenandoah in the Gulf of Mexico" and records "additional pre-tax dry hole expense of $242 million" and "a pre-tax expense of $51 million for leasehold impairment".

| Company | Statistically significant stock price decline? | | | |
|---|---|---|---|---|
| | May 2 | May 3 | May 5 | May 8 |
| Anadarko | No | Yes | No | No |
| ConocoPhillips | No | No | No | No |
| Cobalt | No | Yes | No | No |

# Shenandoah Partners – May 8 Event Studies

May 8 – Before market open, Cobalt reports that its "increase in net loss is mainly associated with the write off of Shenandoah well costs and increased interest expense related to Cobalt's December 2016 and January 2017 debt exchanges" and that "there is substantial doubt about [its] ability to continue as a going concern".

| Company | Statistically significant stock price decline? | | | |
|---|---|---|---|---|
| | May 2 | May 3 | May 5 | May 8 |
| Anadarko | No | Yes | No | No |
| ConocoPhillips | No | No | No | No |
| Cobalt | No | Yes | No | No |

18

# Colorado Operators – May 3 Event Studies

May 3 – After market close on May 2, information disclosed about Firestone, Colorado explosion

| Company | Statistically significant stock price decline? May 3 |
|---|---|
| Anadarko | **Yes** |
| SRC Energy | **Yes** |
| Extraction O&G | **Yes** |
| PDC Energy | **Yes** |
| Noble Energy | **Yes** |



# Analyst Reactions – Wells Fargo







May 2, 2017

**Equity Research**

E&P: Downgrading APC, SRCI, And XOG

DJ Overhang Following Firestone Incident

- **Summary.** We are downgrading shares of APC, SRCI, and XOG to Market Perform from Outperform. Our downgrade follows what we believe will be an overhang on APC and all DJ Basin players on the heels the preliminary findings regarding the tragic situation in Firestone, CO. Other names with meaningful DJ exposure include Market Perform rated Noble Energy (NBL) and PDC Energy (PDCE).

- ...**And Regulatory Concern could Pressure all DJ Players.** Our decision to move to the sidelines on our other previously Outperform rated DJ names, SRCI and XOG, reflects our belief that all DJ basin-exposed names will remain under pressure given the fear of a potential regulatory response. The other two prominent DJ players in our universe include Noble Energy (NBL, $31.42) and PDC Energy (PDCE, $54.77), both of which remain Market Perform rated. Of note, the Colorado Oil and Gas Conservation Commission (COGCC) has already issued operator notices requiring inspection of abandoned and existing flowlines, and we would expect further regulatory action from the COGCC moving forward. In addition, the incident also likely activates the anti-drilling contingent of the Colorado population.

We would expect additional regulatory response in the coming weeks and months. It could range from the inspection above to additional requirements, such as replacing all the polycarbonate pipe (aka PVC pipe) on older vintage wells (which in theory could be accidentally cut or damaged more easily than what is used as standard today). Or in an extreme, could result in a change in setback rules within the state as it relates to distance from existing wells from occupied structures and dwellings (which today are inconsistent among townships and communities). While we wouldn't expect the latter, nonetheless it remains a risk.

Regardless of the outcome, we would expect this tragic incident to incite the anti-fracking groups in Colorado. And we think ultimately, this incident could impact the industry's social license to operate in the basin and may very well incite public backlash.

# Analyst Reactions – JP Morgan Chase

**Anadarko Petroleum Corporation FQ1 2017 Earnings Call Transcript
May 3, 2017**

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*
Fair. Just my follow-up. Al, the market has shaved a couple billion
dollars of equity value as the market has priced in some impacts to
your DJ Basin, perhaps, inventory. What are your thoughts on the
magnitude of this reaction, and what do you see -- I know it's early
on in terms of the investigation -- as a bigger picture of impacts to
the company and the industry in the State of Colorado?

# III. Steinholt's Price Impact Opinions Are Flawed

- His May 2 afterhours analysis is unscientific and unreliable.

- He does not control for the Firestone explosion in his May 3 event study.

# Afterhours Trading Does Not Show Price Impact

➢ Cannot use afterhours trading to draw impact conclusions because no showing of market efficiency

➢ Even if it were appropriate to examine afterhours trading, which it is not, it still does not establish price impact:

- No event study

- Steinholt's chronology is incomplete and inaccurate

# Shenandoah Partners vs. Colorado Operators

**Shenandoah Partners**

- ConocoPhillips (30%)
- Cobalt (20%)

Anadarko (33%)

**Colorado Operators**

- Noble Energy
- PDC Energy
- SRC Energy
- Extraction Oil & Gas


