**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Megan A. Rossi
mrossi@rgrdlaw.com

May 30, 2025

<u>VIA ECF</u>

The Honorable Charles R. Eskridge III
United States District Court for the
Southern District of Texas
515 Rusk Street, Room 9015
Houston, TX 77002

  Re: *In re Anadarko Petroleum Corp. Securities Litigation*,
    No. 4:20-cv-00576 (S.D. Tex.)

Dear Judge Eskridge:

 I write to notify the Court that after today, May 30, 2025, I will no longer be affiliated with Robbins Geller Rudman & Dowd LLP ("Robbins Geller"). Robbins Geller will continue to represent Plaintiffs, and my withdrawal will not affect any deadline or cause any delay.

 I respectfully request that the Court withdraw my appearance from the above-referenced matter and remove my name from the ECF distribution list.

           Very truly yours,

           */s/ Megan Rossi*

           MEGAN A. ROSSI

MAR:kmm
cc: All Counsel of Record (via ECF)