Case 4:20-cv-00576   Document 291   Filed on 06/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § CIVIL ACTION NO. 4:20-CV-0576 |

## ORDER

On January 29, 2024, District Judge Charles Eskridge appointed the undersigned Magistrate Judge to act as Special Master to review documents and issue a recommendation as to whether each document does or does not fall within the scope of the Court's prior finding of privilege waiver. ECF 220. That review is in process. On June 12, 2025, the parties filed a Stipulated Agreement setting forth certain deadlines for production of documents and for submission of redacted documents for in camera review, as well as other agreements regarding documents to be produced or withheld. ECF 290. Having reviewed the Stipulation, it is

ORDERED that the Stipulated Agreement is approved and shall govern resolution of the remaining issues before the Special Master.

Signed on June 13, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge