UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>　　　Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20–cv–00576 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| Anadarko Petroleum Corporation, et al.<br>　　　Defendant. | §<br>§<br>§<br>§ | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Thursday, July 3, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, by video
515 Rusk Street
Houston, Texas 77002