United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO 4:20-cv-00576<br><br>JUDGE CHARLES ESKRIDGE |

ORDER

Pending is a motion by Plaintiffs to certify the proposed class in this action. Dkt 86. Also pending are competing motions by Defendants to exclude testimony of Plaintiffs' expert, Bjorn I. Steinholt, and by Plaintiffs to exclude certain testimony of Defendants' expert, Dr. Allen Ferrell. Dkts 111 & 248.

For administrative purposes, the competing motions to exclude expert testimony are TERMINATED from separate consideration. Dkts 111 & 248. Each will be addressed with ruling as to class certification, which motion remains under advisement with order to follow in due course.

SO ORDERED.

Signed on September 30, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge