United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § CIVIL ACTION NO<br>§ 4:20-cv-00576<br>§<br>§<br>§ JUDGE CHARLES ESKRIDGE<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Upon denial of writ of *mandamus* to the Fifth Circuit as to continuing review of assertion of privilege by Defendants, this action was referred to Magistrate Judge Christina Bryan as special master for determination with respect to documents in dispute. Dkt 220; see Dkt 208-1 (remand order).

The parties filed a Stipulated Agreement in June 2025 by which they stated agreement as to certain documents which would either be produced or withheld, along with a small number of other documents remaining to be promptly submitted for *in camera* review by the Magistrate Judge. Dkt 290 at 4.

The undersigned is advised by the Magistrate Judge that she has completed the remaining work referenced in the Stipulated Agreement.

There being nothing further left at issue for the Magistrate Judge to decide, the referral of privilege matters to her as special master is now WITHDRAWN.

So ordered.

Signed on October 10, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge