United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM | § | |
| CORPORATION SECURITIES LITIGATION | § | CIVIL ACTION NO. 4:20-CV-0576 |
| | § | |

## ORDER

On November 21, 2025, the Special Master conducted a status conference on the record regarding whether any issues remained regarding the initial referral of the privilege review to the Special Master in ECF 220. At the hearing, the parties represented that they intended to submit new e-binders of exemplar documents reflecting proposed redactions in order for the Special Master to determine whether the proposed redactions were consistent with the Special Master's prior rulings. On December 19, 2025 counsel for Anadarko submitted e-binders containing exemplars of Defendants' proposed redactions to certain categories of documents previously ordered to be produced for the Special Master's *in camera* review. The proposed redactions were highlighted in yellow.

The Special Master has completed the *in camera* review of the e-binders and orders that the proposed redactions to the documents in the following Tabs contained in the e-binders are appropriate without exception:

| Tab | Date | Priv. Log | Description |
|---|---|---|---|
| 346 | 1/06/2017 | 124 | APC Demand Letter Investigation Q4 Final |
| 3 | 10/31/2016 | 004 | Q3 2016 Shenendoah-3 Suspended Well Accounting Analysis |
| 19 | 10/18/2016 | 238 | Email from J. Edwards to C. Green et al re: memos |
| 37 | 10/31/2016 | 258 | Email from J.Edwards to J.Roberts et al re: SHEN Accounting Memo |
| 221 | 12/14/2016 | 909 | Memorandum prepared in anticipation of litigation by NRF attorney re: call with KPMG |
| 144 | 07/25/2016 | 718 | Draft presentation created by NRF atty to Anadarko Audit Committee re: Audit Committee investigation |
| 146 | 07/27/2016 | 722 | Draft presentation created by NRF atty to Anadarko Audit Committee re: Audit Committee investigation |
| 152 | 08/03/2016 | 745 | Draft presentation created by NRF atty to Anadarko Audit Committee re: Audit Committee investigation |

The proposed redactions to the documents in the following Tabs contained in the e-binders are appropriate with three minor exceptions:

| Tab | Date | Priv. Log | Description | Court's Ruling Re; Exception to Proposed Redaction |
|---|---|---|---|---|
| 27 | 10/31/2016 | 258 | Email from D.Green to J. Edwars et al, Suspended well control memo | The proposed redaction on page 246.08 is a sentence that contains facts that should not be redacted. |
| 112 | 06/24/2016 | 653 | Memorandum prepared in Anticipation of Litigation by NRF Atty re: Call with KPMG | The proposed redaction on page 653.002 should not include the "Ms. Frye said that people that disagreed with Exploration were bullied…" through the remainder of the paragraph contains facts that should not be redacted. |
| 112 | 06/24/2016 | 653 | Memorandum prepared in Anticipation of Litigation by NRF Atty re: Call with KPMG | The proposed redaction on p. 653.002 containing the sentence "Ms. Frye said the Yucatan resources were also…" represents facts and should not be redacted. The entire sentence should be produced. |

It is ORDERED that the three proposed redactions identified in the above table in Tabs 27 and 112 should be produced rather than redacted. It is further

3

ORDERED that all other proposed redactions submitted in the d-binder are consistent with rulings made by the Special Master and the proposed redactions may be made prior to production of the documents.

This Order completes the work of the Special Master.

Signed on January 09, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge