United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| | § CIVIL ACTION NUMBER |
| | § 4:20-cv-00576 |
| | § |
| | § |
| IN RE: ANADARKO | § JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § |
| CORPORATION | § |
| SECURITIES LITIGATION | § |
| | § |
| | § |

### ORDER

An order on class certification was recently entered. Dkt 302. It appears that the time to notice any appeal has passed, and so, further scheduling is in order.

The parties are ORDERED to confer and file a proposed scheduling and docket control order for the remainder of this action.

Such filing must be submitted by April 17, 2026.

SO ORDERED.

Signed on April 3, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge