UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | CLASS ACTION |
| | | The Honorable Charles R. Eskridge III |

**JOINT MOTION REGARDING SCHEDULE**

4924-0106-2562.v1

The Parties[1] submit this joint motion pursuant to the Court's April 3, 2026 Order (ECF 303) directing the Parties to confer and file a proposed scheduling and docket control order for the remainder of this action.  The Parties respectfully request that the Court approve the schedule set forth below and in the proposed scheduling and docket control order submitted herewith.  In support of this Motion, the Parties state:

WHEREAS, on January 10, 2024, the Court terminated previously filed summary judgment and *Daubert* motions without prejudice "to refiling at an appropriate time after resolution of the foregoing privilege issues and the pending appeal before the Fifth Circuit regarding class certification" (ECF 216 at 2);

WHEREAS, the privilege issues and Defendants' class certification appeal have been resolved (ECF 301 at 4; ECF 302);

WHEREAS, on April 3, 2026, the Court ordered the Parties to "confer and file a proposed scheduling and docket control order for the remainder of this action" (ECF 303); and

WHEREAS, the Court previously ordered that "[a]ny summary judgment motion or response shall be limited to 10,000 words and any reply shall be limited to 4,000 words," and a jury trial in this action was estimated to be 15 court days (ECF 150 at 3).

NOW, THEREFORE, subject to the Court's approval, the Parties agree that the following schedule should govern the remainder of this action:

---

[1]     "Parties" refers to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

- 1 -

| Event | Proposed Date |
|---|---|
| Deadline to re-file summary judgment and *Daubert* motions | June 1, 2026 |
| Deadline for oppositions | July 14, 2026 |
| Settlement conference | August 4, 2026[2] |
| Deadline for replies | August 11, 2026 |
| Deadline for motions *in limine* and joint pretrial order | February 12, 2027 |
| Deadline for motion *in limine* oppositions | March 12, 2027 |
| Deadline for motion *in limine* replies | April 9, 2027 |
| Pretrial conference | May 12, 2027 |
| Trial (15-court-day estimated jury trial) | To be set by the Court for a date certain in late-May 2027 |

DATED:  April 17, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
DANIEL S. DROSMAN
LUKE O. BROOKS
HILLARY B. STAKEM
FRANCISCO J. MEJIA
NICOLE Q. GILLILAND

s/ Daniel S. Drosman
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel

---

[2]    While the Parties are cognizant of the Court's rule requiring a settlement conference within 45 days of the filing of a summary judgment motion, they propose August 4, 2026 to allow the Parties sufficient time to respond to Plaintiffs' summary judgment opposition in their mediation statements.

4924-0106-2562.v1

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
Attorney-in-charge
3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Texas Local Counsel for the Class

DATED:  April 17, 2026          SHIPLEY SNELL MONTGOMERY LLP
GEORGE T. SHIPLEY (TX Bar No.
18267100) (SDTX Bar No. 02118)


                    s/ George T. Shipley
                    GEORGE T. SHIPLEY

717 Texas Avenue, Suite 1800
Houston, TX  77002
Telephone:  713/652-5920
713/652-3057 (fax)

CRAVATH, SWAINE & MOORE LLP
KEVIN J. ORSINI (*pro hac vice*)
LAUREN M. ROSENBERG (*pro hac vice*)
MELISSA A. SYRING (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY  10001
Telephone:  212/474-1000
212/474-3700 (fax)

Attorneys for Defendants

- 3 -

4924-0106-2562.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on all counsel of record who have appeared

in this matter via the Court's CM/ECF system on this, 17th day of April, 2026.

s/ Daniel S. Drosman
DANIEL S. DROSMAN

4924-0106-2562.v1