United States District Court
Southern District of Texas

**ENTERED**

April 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 |
| | | JUDGE CHARLES ESKRIDGE |

SCHEDULING AND DOCKET CONTROL ORDER

Pursuant to this Court's April 3, 2026 Order (ECF 303), on April 17, 2026, the Parties submitted a joint motion regarding the schedule for the remainder of this action.

The Parties' joint motion is hereby GRANTED. The following schedule will control disposition of the case:

| Event | Date |
|---|---|
| Deadline to re-file summary judgment and *Daubert* motions | June 1, 2026 |
| Deadline for oppositions | July 14, 2026 |
| Settlement conference | August 4, 2026 |
| Deadline for replies | August 11, 2026 |
| Deadline for motions *in limine* and joint pretrial order | February 12, 2027 |
| Deadline for motion *in limine* oppositions | March 12, 2027 |
| Deadline for motion *in limine* replies | April 9, 2027 |
| Pretrial conference | May 18, 2027 |

| Trial (15-court-day estimated jury trial) | To be set by the Court for a date certain in late-May 2027 |
|---|---|

SO ORDERED.

Signed on __April 24, 2026__, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

2