**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576<br><br>District Judge Charles R. Eskridge III<br><br>CLASS ACTION |

**JOINT MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AND *DAUBERT* BRIEFS UNDER INTERIM SEAL**

The Parties[1] hereby jointly move for the Court's approval to file their briefs in connection with (1) Defendants' summary judgment motion and the exhibits thereto and (2) the Parties' *Daubert* motions (collectively, the "Motions") under interim seal pursuant to the procedures set forth below.

WHEREAS, on April 27, 2026, this Court entered the Parties' Scheduling and Docket Control Order (ECF No. 305) ("Scheduling Order"), which set forth the following deadlines regarding summary judgment and *Daubert* briefing:

---

[1] The Parties refer to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

a. June 1, 2026 – Deadline to re-file summary judgment and *Daubert* motions;

b. July 14, 2026 – Deadline for Oppositions; and

c. August 11, 2026 – Deadline for Replies.

WHEREAS, the Protective Order entered in this action states that "[i]f Protected Material is to be included in any papers filed with the Court, such papers shall be . . . filed under seal in accordance with the Court's Local Rules and CM/ECF procedures" (ECF No. 80 ¶ 13.3);

WHEREAS, the Parties anticipate filing Protected Material in connection with their Motions;

WHEREAS, because of the large number of exhibits that are expected to be reviewed for "Protected Material" in these filings, the Parties believe a modification of the procedures set forth in Section 12(b) of the Court's Court Procedures would be beneficial to allow adequate time to review and propose any appropriate redactions;

WHEREAS, the Court granted a similar motion in connection with Defendants' previous summary judgment and *Daubert* briefing (ECF No. 168);

NOW, THEREFORE, the Parties hereby stipulate and agree to the following proposed process for submitting proposed sealing and redactions in connection with the Motions, and jointly request that the Court order as follows:

1. The Party filing the brief in connection with any of the Motions (the "Filing Party") will file their papers under interim seal by the deadlines set forth above pursuant to the Scheduling Order;

2

2. The Filing Party will serve unredacted papers on the other Party (the "Non-Filing Party") by the deadlines set forth above pursuant to the Scheduling Order;

3. The Filing Party will transmit proposed redactions to the Non-Filing Party within two (2) weeks of the deadlines set forth above pursuant to the Scheduling Order;

4. The Non-Filing Party will transmit any proposed changes to the Filing Party's redactions within three (3) weeks of the deadlines set forth above pursuant to the Scheduling Order, and the Parties will meet and confer, to the extent necessary, regarding any such proposed changes;

5. Within four (4) weeks of the deadlines set forth above pursuant to the Scheduling Order, the Filing Party will file a motion to seal setting forth the reasons for sealing and attaching proposed redacted copies of the papers, pursuant to the procedure outlined in Section 12(b) of the Court's Court Procedures.

Dated: June 1, 2026                    Respectfully submitted,

                                       */s/ Kevin J. Orsini*
                                       **CRAVATH, SWAINE & MOORE LLP**
                                       Kevin Orsini (*pro hac vice*)
                                       Lauren Rosenberg (*pro hac vice*)
                                       Melissa Syring (*pro hac vice*)
                                       Two Manhattan West
                                       375 Ninth Avenue
                                       New York, NY 10001
                                       Telephone: (212) 474-1000
                                       Facsimile: (212) 474-3700
                                       korsini@cravath.com
                                       lrosenberg@cravath.com
                                       msyring@cravath.com


                                       **SHIPLEY SNELL MONTGOMERY LLP**
                                       George T. Shipley
                                       State Bar No. 18267100
                                       Federal ID No. 02118
                                       712 Main Street, Suite 1400
                                       Houston, TX 77002
                                       Telephone: (713) 652-5920
                                       Facsimile: (713) 652-3057
                                       gshipley@shipleysnell.com

                                       *Attorneys for Defendants*

4

*/s/ Hillary B. Stakem*
**ROBBINS GELLER RUDMAN
& DOWD LLP**
MARK SOLOMON (*pro hac vice*)
DANIEL S. DROSMAN (*pro hac vice*)
LUKE O. BROOKS (*pro hac vice*)
HILLARY B. STAKEM (*pro hac vice*)
FRANCISCO J. MEJIA (*pro hac vice*)
NICOLE Q. GILLILAND (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dand@rgrdlaw.com
LukeB@rgrdlaw.com
hstakem@rgrdlaw.com
fmejia@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*


**KENDALL LAW GROUP, PLLC**
JOE KENDALL (Texas Bar No. 11260700)
 Attorney-in-charge
3811 Turtle Creek Blvd., Suite 1450 Dallas,
TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Texas Local Counsel for Lead Plaintiff*

5

# **CERTIFICATION OF WORD COUNT**

In accordance with Rule 18(c) of the Court's Court Procedures, I hereby certify that this document contains 507 words, exclusive of the caption and the signature block.

Dated:  June 1, 2026

/s/ Kevin J. Orsini
Kevin Orsini

## CERTIFICATE OF SERVICE

I certify that on June 1, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated:  June 1, 2026

*/s/ Kevin J. Orsini*
Kevin Orsini