**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On June 1, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved for leave to file Defendants' summary judgment motion and the exhibits thereto and the Parties' *Daubert* motions (collectively, the "Motions") under interim seal.

The Parties' joint motion (ECF No. __) is hereby GRANTED. Within two (2) weeks of the deadlines set forth in the Court's Scheduling and Docket Control Order (ECF No. 305), the Party filing the brief in connection with any of the Motions (the "Filing Party") will transmit proposed redactions to the other party (the "Non-Filing Party"); the Non-Filing Party will transmit any proposed changes to the Filing Party's redactions within three (3) weeks of the deadlines set forth in the Court's Scheduling and Docket Control Order; and within four (4) weeks of the deadlines set forth in the Court's Scheduling and Docket Control Order, the Filing Party will file a motion to seal setting forth the reasons for sealing and attaching proposed redacted copies of the papers.

SO ORDERED.

Signed on _____, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge