**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On June 1, 2026, Plaintiffs filed a Motion to Strike the Rebuttal Report of Kevin J. Murphy ("Motion to Strike") (ECF ___).  On July 14, 2026, Defendants filed their opposition to Plaintiffs' Motion to Strike (ECF ___).  On August 11, 2026, Plaintiffs filed a reply in support of their Motion to Strike (ECF ___).

Plaintiffs' Motion to Strike is GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.


        _____
        Hon. Charles Eskridge
        United States District Judge

1