# APPENDIX A

**APPENDIX A**

| TABLE 1:<br><br>KELLER'S LEGAL CONCLUSIONS PURPORTING TO<br>TELL THE JURY WHAT RESULTS TO REACH | |
| --- | --- |
| **Source Document** | **¶¶** |
| Expert Report of Peter Keller,<br>dated November 9, 2022<br>("Keller Expert Report") | 21<br>107<br>170<br>245 |
| Expert Rebuttal Report of Peter Keller,<br>dated January 25, 2023<br>("Keller Rebuttal Report") | 5-8<br>31<br>68<br>81<br>125 |
| Deposition of Peter Keller,<br>dated January 17, 2023<br>("Keller Deposition") | 34:21-35:3<br>35:16-23<br>83:23-84:2<br>84:4-12 |

A- 1

A- 2

| TABLE 2:<br><br>KELLER'S OPINIONS ABOUT WHAT INVESTORS "UNDERSTOOD," "EXPECTED," OR HOW THEY "VIEWED" ANADARKO'S STATEMENTS | |
|---|---|
| **Source Document** | **¶¶** |
| Keller Expert Report | 4.1.2 (Heading) |
| | 4.1.4 (Heading) |
| | 4.1.5 (Heading) |
| | 4.1.6 (Heading) |
| | 4.1.7 (Heading) |
| | 4.1.8 (Heading |
| | 4.2.1 (Heading) |
| | 4.2.2 (Heading) |
| | 16(a)-(c) |
| | 47 |
| | 50 |
| | 53-55 |
| | 72-75 |
| | 83 |
| | 90 |
| | 100 |
| | 106-108 |
| | 114-118 |
| | 120-122 |
| | 124 |
| | 126-131 |
| | 136 |
| | 140 |
| | 143 |
| | 152 |
| | 158 |
| | 164 |
| | 170 |
| | 178-181 |
| | 184 |
| | 186 |
| | 188 |
| | 189 n.203 |
| | 191 |

A- 3

| TABLE 2:<br><br>KELLER'S OPINIONS ABOUT WHAT INVESTORS "UNDERSTOOD," "EXPECTED," OR HOW THEY "VIEWED" ANADARKO'S STATEMENTS | |
|---|---|
| **Source Document** | **¶¶** |
| Keller Expert Report | 196 |
| | 198 |
| | 201 |
| | 203 |
| | 205 |
| | 207 |
| | 209-211 |
| | 215 n.234 |
| | 216 |
| | 218-219 |
| | 223 |
| | 226 |
| | 228 |
| | 232-237 |
| | 239-242 |
| | 244-245 |
| | 247-248 |
| | 250-251 |
| | 254 |
| | 256-257 |
| | 259 |
| | 263-264 |
| | 269 |
| | 276-279 |
| | 284-285 |
| | 292-294 |

A- 4

| TABLE 2: KELLER'S OPINIONS ABOUT WHAT INVESTORS "UNDERSTOOD," "EXPECTED," OR HOW THEY "VIEWED" ANADARKO'S STATEMENTS | |
|---|---|
| **Source Document** | **¶¶** |
| Keller Expert Report | 301<br>303-305<br>308<br>310<br>312<br>314<br>317<br>321<br>323-324 |
| Keller Rebuttal Report | 7<br>10-12<br>14-15<br>17<br>20-21<br>25<br>35<br>40-41<br>48<br>52<br>54<br>57-63<br>66-68<br>72<br>75-77<br>79-81<br>83<br>85-92<br>95-96<br>99-102 |

A- 5

| TABLE 2: KELLER'S OPINIONS ABOUT WHAT INVESTORS "UNDERSTOOD," "EXPECTED," OR HOW THEY "VIEWED" ANADARKO'S STATEMENTS ||
|---|---|
| **Source Document** | **¶¶** |
| Keller Rebuttal Report | 106<br>110-112<br>115<br>117-118<br>120-121<br>123-126<br>138 |

| TABLE 3: KELLER'S OPINIONS ABOUT POST-CLASS PERIOD EFFORTS BY OTHER COMPANIES TO DEVELOP SHEN ||
|---|---|
| **Source Document** | **¶¶** |
| Keller Expert Report | 43-45 |
| Keller Rebuttal Report | 44<br>51<br>82<br>98 |

4903-6064-9649.v1