**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On June 1, 2026, Plaintiffs filed a Motion to Exclude Certain Opinions of Defendants' Expert Peter Keller ("Motion to Exclude") (ECF ___).  On July 14, 2026, Defendants filed their opposition to Plaintiffs' Motion to Exclude (ECF ___).  On August 11, 2026, Plaintiffs filed a reply in support of their Motion to Exclude (ECF ___).

Plaintiffs' Motion to Exclude is GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1