UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▾ | Case Number | 4:20-cv-0576 |
|---|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | | | |
| *versus* | | | |
| | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | T. Alex B. Folkerth<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>(619) 231-1058 \| afolkerth@rgrdlaw.com<br>California State Bar No. 338140<br>N/A |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Lead Plaintiffs Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers #580 Joint Funds, and Building Trades United Pension Fund |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   6/8/2026 | Signed:   *T. Alex B. M* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                                                United States District Judge