UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | CLASS ACTION |
| | | The Honorable Charles R. Eskridge III |

**JOINT MOTION TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**

The Parties[1] submit this joint motion to extend the deadline to conduct a settlement conference.  In support of this motion, the Parties state:

WHEREAS, on April 27, 2026, the Court entered a scheduling and docket control order requiring that the Parties conduct a settlement conference by August 4, 2026 (ECF 305);

WHEREAS, the Parties conferred and were unable to find a date on which they and the mediator were available prior to August 4, 2026;

WHEREAS, the Parties and mediator are available and have scheduled mediation on August 11 and 12, 2026;

ACCORDINGLY, the Parties respectfully request the Court extend the deadline to conduct a settlement conference to allow the parties to mediate on August 11 and 12, 2026.

---

[1]"Parties" refers to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

Dated: June 16, 2026                    Respectfully submitted,


                                        */s/ Kevin J. Orsini*
                                        **CRAVATH, SWAINE & MOORE LLP**
                                        Kevin Orsini (*pro hac vice*)
                                        Lauren Rosenberg (*pro hac vice*)
                                        Melissa Syring (*pro hac vice*)
                                        Two Manhattan West
                                        375 Ninth Avenue
                                        New York, NY 10001
                                        Telephone: (212) 474-1000
                                        Facsimile: (212) 474-3700
                                        korsini@cravath.com
                                        lrosenberg@cravath.com
                                        msyring@cravath.com


                                        **SHIPLEY SNELL MONTGOMERY LLP**
                                        George T. Shipley
                                        State Bar No. 18267100
                                        Federal ID No. 02118
                                        712 Main Street, Suite 1400
                                        Houston, TX 77002
                                        Telephone: (713) 652-5920
                                        Facsimile: (713) 652-3057
                                        gshipley@shipleysnell.com

                                        *Attorneys for Defendants*

*/s/ Hillary B. Stakem*
**ROBBINS GELLER RUDMAN & DOWD LLP**
MARK SOLOMON (*pro hac vice*)
DANIEL S. DROSMAN (*pro hac vice*)
LUKE O. BROOKS (*pro hac vice*)
HILLARY B. STAKEM (*pro hac vice*)
FRANCISCO J. MEJIA (*pro hac vice*)
NICOLE Q. GILLILAND (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dand@rgrdlaw.com
LukeB@rgrdlaw.com
hstakem@rgrdlaw.com
fmejia@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*


**KENDALL LAW GROUP, PLLC**
JOE KENDALL (Texas Bar No. 11260700)
 Attorney-in-charge
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Texas Local Counsel for Lead Plaintiff*