**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO | § | CIVIL ACTION NO. |
| PETROLEUM | § | 4:20-CV-00576 |
| CORPORATION | § | |
| SECURITIES | § | |
| LITIGATION | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER

On June 16, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved to extend the deadline to conduct a settlement conference to allow the parties to mediate on August 11 and 12, 2026.

The Parties' joint motion (ECF No. __) is hereby GRANTED. The Parties are ordered to conduct a settlement conference no later than August 12, 2026.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge