United States District Court
Southern District of Texas

**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:20-cv-0576 |
|---|---|---|---|

In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | T. Alex B. Folkerth<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058 \| afolkerth@rgrdlaw.com<br>California State Bar No. 338140<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | Lead Plaintiffs Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers #580 Joint Funds, and Building Trades United Pension Fund |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/8/2026 | Signed: *T. Alex B. M* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 06/15/2026 | Clerk's signature *Jennelle Gonzalez* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Dated: ___June 22, 2026___ | *C R Eshridge*<br>United States District Judge |