**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
|  | § | CIVIL ACTION NO. |
|  | § | 4:20-cv-00576 |
| IN RE: ANADARKO | § | |
| PETROLEUM | § | |
| CORPORATION | § | JUDGE CHARLES ESKRIDGE |
| SECURITIES | § | |
| LITIGATION | § | |
|  | § | |
|  | § | |
|  | § | |

**ORDER**

Pending is Defendants' Motion To Exclude State-of-Mind Testimony of Plaintiffs' Experts, Dr. Robert Merrill and Lyndon Pittinger.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge