**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| | §   CIVIL ACTION NO. |
| | §   4:20-cv-00576 |
| IN RE: ANADARKO | § |
| PETROLEUM | § |
| CORPORATION | §   JUDGE CHARLES ESKRIDGE |
| SECURITIES | § |
| LITIGATION | § |
| | § |
| | § |

**ORDER**

Pending is Defendants' Motion To Exclude Certain Testimony of Plaintiffs' Proffered Expert, D. Paul Regan.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.


_____
Hon. Charles Eskridge
United States District Judge