**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20-cv-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

Pending is Defendants' Motion To Exclude Testimony of Plaintiffs' Damages Expert, Bjorn I. Steinholt.

The Motion to Exclude is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge