**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576 <br><br> District Judge Charles R. Eskridge III <br><br> CLASS ACTION |

**DECLARATION OF LAUREN M. ROSENBERG**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Lauren M. Rosenberg, declare as follows:

1.      I am a Partner of the law firm Cravath, Swaine & Moore LLP and have been admitted *pro hac vice* as counsel for Defendants Anadarko Petroleum Corporation, R. A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker III in the above-captioned action.

2.      I respectfully submit this declaration in support of Defendants' Motion for Summary Judgment.

**Deposition Transcripts**

3.      Submitted with this Declaration as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Bjorn Steinholt in this litigation, dated November 17, 2021.

4.      Submitted with this Declaration as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Carlotta Chernoff in this litigation, dated June 16, 2022.

5.      Submitted with this Declaration as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Charles "Chip" F. Oudin III in this litigation, dated June 30, 2022.

6.      Submitted with this Declaration as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Chris Camden in this litigation, dated July 14, 2022.

7.      Submitted with this Declaration as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Robert Strickling in this litigation, dated July 21, 2022.

8.      Submitted with this Declaration as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Patrick McGrievy in this litigation, dated August 24, 2022.

9.      Submitted with this Declaration as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Darrell Hollek in this litigation, dated September 1, 2022.

10.    Submitted with this Declaration as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Ernest A. Leyendecker III in this litigation, dated September 22, 2022.

11.    Submitted with this Declaration as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Catherine Anne Green in this litigation, dated September 28, 2022.

12.    Submitted with this Declaration as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Lea Frye in this litigation, dated October 7, 2022.

13.    Submitted with this Declaration as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of James Kleckner in this litigation, dated October 14, 2022.

14.    Submitted with this Declaration as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Al Walker in this litigation, dated October 20, 2022.

15.    Submitted with this Declaration as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Robert Gwin in this litigation, dated October 26, 2022.

16.    Submitted with this Declaration as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Mark L. Zajac in this litigation, dated November 2, 2022.

3

## Expert Reports

17.    Submitted with this Declaration as Exhibit 15 is a true and correct copy of the Expert Report of Allen Ferrell, dated December 10, 2021.

18.    Submitted with this Declaration as Exhibit 16 is a true and correct copy of the Expert Report of Bjorn Steinholt, dated February 2, 2022.

19.    Submitted with this Declaration as Exhibit 17 is a true and correct copy of the Expert Report of D. Paul Regan, dated November 9, 2022.

20.    Submitted with this Declaration as Exhibit 18 is a true and correct copy of the Expert Report of Robert Merrill, dated November 9, 2022.

21.    Submitted with this Declaration as Exhibit 19 is a true and correct copy of the Expert Report of Bjorn Steinholt, dated November 9, 2022.

22.    Submitted with this Declaration as Exhibit 20 is a true and correct copy of the Expert Report of Peter Keller, dated November 9, 2022.

23.    Submitted with this Declaration as Exhibit 21 is a true and correct copy of the Expert Report of Lyndon Pittinger, dated November 29, 2022.

24.    Submitted with this Declaration as Exhibit 22 is a true and correct copy of the Expert Rebuttal Report of Bjorn Steinholt, dated January 25, 2023.

25.    Submitted with this Declaration as Exhibit 23 is a true and correct copy of the Expert Rebuttal Report of Noam P. Berk, dated January 25, 2023.

26.    Submitted with this Declaration as Exhibit 24 is a true and correct copy of the Expert Report of Rocco Detomo, Jr., dated January 25, 2023.

27.    Submitted with this Declaration as Exhibit 25 is a true and correct copy of

4

the Expert Rebuttal Report of Kevin J. Murphy, dated January 25, 2023.

**Documents from Discovery**

28.     Submitted with this Declaration as Exhibit 26 is a true and correct copy of Anadarko's Accounting Bulletin on Well Classification and Disposition of Suspended Well Costs, dated July 1, 2007, beginning with Bates number APC-00113426.

29.     Submitted with this Declaration as Exhibit 27 is a true and correct copy of a KPMG Suspended Well Costs Memorandum, dated January 15, 2014, beginning with Bates number KPMG_APC_eA_0002511.

30.     Submitted with this Declaration as Exhibit 28 is a true and correct copy of the Ratification, Joiner and Third Amendment of Operating Agreement, dated April 1, 2014, beginning with Bates number ANACOP00003083.

31.     Submitted with this Declaration as Exhibit 29 is a true and correct copy of a letter from Anadarko to ConocoPhillips et al. RE: Shenandoah Prospect Anadarko AFE No. 2087315, dated April 8, 2014, beginning with Bates number APC-00005093.

32.     Submitted with this Declaration as Exhibit 30 is a true and correct copy of Shenandoah Appraisal Program Partnership Meeting Presentation, dated December 10, 2014, beginning with Bates number APC001378.

33.     Submitted with this Declaration as Exhibit 31 is a true and correct copy of Anadarko's Suspended Well Accounting Analysis for Shen-3, dated December 29, 2014, beginning with Bates number APC002096.

34.     Submitted with this Declaration as Exhibit 32 is a true and correct copy of a GOM Exploration Engineering Activity Report, dated January 7, 2015, beginning with

Bates number APC-00153588.

35.    Submitted with this Declaration as Exhibit 33 is a true and correct copy of Anadarko's Q4 2014 Operations Report, dated February 2, 2015, beginning with Bates number APC-01752386.

36.    Submitted with this Declaration as Exhibit 34 is a true and correct copy of a letter from Anadarko to ConocoPhillips et al. RE: Shenandoah Prospect Anadarko AFE No. 2104486, dated February 9, 2015, beginning with Bates number APC-00022648.

37.    Submitted with this Declaration as Exhibit 35 is a true and correct copy of an email from Chip Oudin to Layla Unger RE: Thanks, dated May 6, 2015, beginning with Bates number APC001133.

38.    Submitted with this Declaration as Exhibit 36 is a true and correct copy of an email from J. Pachman to J. Bryan FW: Shenandoah Prospect – Project Schedule, dated December 8, 2015, beginning with Bates number APC-00214429.

39.    Submitted with this Declaration as Exhibit 37 is a true and correct copy of an email from J. Pachman to B. Davis et al. FW: Directional Plan for ST03, dated January 4, 2016, beginning with Bates number APC-00356191.

40.    Submitted with this Declaration as Exhibit 38 is a true and correct copy of an email from L. Frye to P. McGrievy et al. RE: Final Resource Distribution, and its corresponding attachment, Shenandoah Un-Risked Geologic Resource Estimates, both dated January 13, 2016, beginning with Bates numbers APC-00663563 and APC-00663564, respectively.

41.    Submitted with this Declaration as Exhibit 39 is a true and correct copy of an

6

email from S. Rodriguez to A. Walker et al. RE: Shenandoah Pre-read Material for EC Review, dated January 31, 2016, and its corresponding attachment, the Shenandoah 5, WR 51 #4 Appraisal Well Proposal (Pre-read) Presentation, dated February 1, 2016, beginning with Bates numbers APC-00223098 and APC-00223099, respectively.

42.     Submitted with this Declaration as Exhibit 40 is a true and correct copy of a letter from Minces PLLC to Anadarko RE: Lea Frye | Sarbanes-Oxley/Dodd-Frank Settlement Demand, dated April 20, 2016, beginning with Bates number AAC-00000002.

43.     Submitted with this Declaration as Exhibit 41 is a true and correct copy of a letter from Minces PLLC to SEC RE: Lea Frye | Summary of Dodd-Frank Act Violations by Anadarko, dated May 9, 2016, beginning with Bates number APC-00113302.

44.     Submitted with this Declaration as Exhibit 42 is a true and correct copy of a letter from Lea Frye to Anadarko RE: Resignation, dated May 18, 2016, beginning with Bates number APC002698.

45.     Submitted with this Declaration as Exhibit 43 is a true and correct copy of Wood Mackenzie's Pre-FID Oil Projects Presentation, dated July 2016, beginning with Bates number FIAM-ANAD-004939.

46.     Submitted with this Declaration as Exhibit 44 is a true and correct copy of the Shenandoah 6 AFE Presentation, dated September 14, 2016, beginning with Bates number APC-00276625.

47.     Submitted with this Declaration as Exhibit 45 is a true and correct copy of a letter from Anadarko to ConocoPhillips RE: Shenandoah Prospect Anadarko AFE No. 2124648, dated September 21, 2016, beginning with Bates number

7

ANACOP00002102.

48.     Submitted with this Declaration as Exhibit 46 is a true and correct copy of Anadarko's Inter-Office Correspondence from Property Accounting to Distribution RE: Q3 2016 – Shenandoah-3 Suspended Well Accounting Analysis, dated November 10, 2016, beginning with Bates number APC-00002132.

49.     Submitted with this Declaration as Exhibit 47 is a true and correct copy of APC – Anadarko Petroleum Corp at Bank of America Merrill Lynch Global Energy Conference Transcript, dated November 17, 2016, beginning with Bates number APC-01751407.

50.     Submitted with this Declaration as Exhibit 48 is a true and correct copy of a memorandum from the Shenandoah Subsurface Team to E. Leyendecker RE: Project Recommendation: Conduct sidetrack out of the WR52 #3 (Shen #6) appraisal well, dated February 13, 2017, beginning with Bates number APC-00299954.

51.     Submitted with this Declaration as Exhibit 49 is a true and correct copy of an email from Workflow System to J. Ramsey RE: AFE Approved – WR52 #3 (Shen 6) Sidetrack, dated February 15, 2017, beginning with Bates number APC-00089435.

52.     Submitted with this Declaration as Exhibit 50 is a true and correct copy of an email from J. Roberts to K. Rasmusson et al. FW: Info on Shenandoah #6, dated February 16, 2017, beginning with Bates number APC-00300370.

53.     Submitted with this Declaration as Exhibit 51 is a true and correct copy of an email from B. Singer to S. Gupta RE: GS Energy Research: Anadarko Petroleum Corp. (APC), dated March 24, 2017, beginning with Bates number FIAM-ANAD-009181.

54.    Submitted with this Declaration as Exhibit 52 is a true and correct copy of an email from P. McGrievy to D. Brown et al. RE: Shen 6ST01 – BP01 – Update 4 – 04.02.17, dated April 3, 2017, beginning with Bates number APC-00091554.

55.    Submitted with this Declaration as Exhibit 53 is a true and correct copy of Anadarko's Deepwater GoM Exploration Activity Weekly Report, dated April 20, 2017, beginning with Bates number APC-00312102.

56.    Submitted with this Declaration as Exhibit 54 is a true and correct copy Atlantic Equities' Anadarko Company Note, dated May 3, 2017, beginning with Bates number APC-01334923.

57.    Submitted with this Declaration as Exhibit 55 is a true and correct copy of the Unit Operating Agreement – Shenandoah Prospect, dated July 10, 2017, beginning with Bates number APC-00741533.

58.    Submitted with this Declaration as Exhibit 56 is a true and correct copy of an email from J. Pachman to M. Fitzgerald et al. RE: Shenandoah, dated September 21, 2017, beginning with Bates number APC-00328743.

59.    Submitted with this Declaration as Exhibit 57 is a true and correct copy of a letter from ConocoPhillips to Anadarko RE: Shenandoah Prospect - Shenandoah WR51#5 ("Shen-7") Well AFE, dated December 6, 2017, beginning with Bates number APC-00336945.

60.    Submitted with this Declaration as Exhibit 58 is a true and correct copy of an email from P. McGrievy to C. Beard RE: BOD Memo - December, dated December 8, 2017, beginning with Bates number APC-00754122.

61.     Submitted with this Declaration as Exhibit 59 is a true and correct copy of an email from J. Pachman to A. Sanders et al. FW: Shenandoah – Withdrawal Notice & Anadarko's Election to Withdraw and its corresponding attachment, a letter from Anadarko to ConocoPhillips et al., both dated December 12, 2017, beginning with Bates numbers APC-00754344 and APC-00754345, respectively.

62.     Submitted with this Declaration as Exhibit 60 is a true and correct copy of excerpts from the Navitas Petroleum Annual Report 2021 with a Certified Translation, dated December 31, 2021, beginning with Bates number APC-01760538.

63.     Submitted with this Declaration as Exhibit 61 is a true and correct copy of the Shenandoah Area Block Operational Well Spreadsheet, beginning with Bates number Marathon_014286.

64.     Submitted with this Declaration as Exhibit 62 is a true and correct copy of Anadarko's Shen-5 AFE Summary presentation, beginning with Bates number APC-00222728.

## Public Statements and Filings

65.     Submitted with this Declaration as Exhibit 63 is a true and correct copy of a Business Wire Press Release titled "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," dated February 4, 2009, beginning with Bates number APC-01335462.

66.     Submitted with this Declaration as Exhibit 64 is a true and correct copy of a Press Release titled "Anadarko Announces Another Shenandoah Appraisal Well Encounters More than 1,000 Net Feet of Oil Pay," dated March 19, 2013, beginning with

Bates number APC-00572655.

67.     Submitted with this Declaration as Exhibit 65 is a true and correct copy of Anadarko's Q1 2013 Earnings Call Transcript, dated May 7, 2013, beginning with Bates number APC-01751685.

68.     Submitted with this Declaration as Exhibit 66 is a true and correct copy of ConocoPhillips' Q4 2014 Earnings Call Transcript, dated January 29, 2015, beginning with Bates number APC-01753865.

69.     Submitted with this Declaration as Exhibit 67 is a true and correct copy of Anadarko's Form 10-K, dated February 20, 2015, beginning with Bates number APC-01751751.

70.     Submitted with this Declaration as Exhibit 68 is a true and correct copy of Marathon Oil's Form 10-K, dated March 2, 2015.

71.     Submitted with this Declaration as Exhibit 69 is a true and correct copy of Anadarko's Form 8-K, dated March 3, 2015, beginning with Bates number STEINHOLT_0010436.

72.     Submitted with this Declaration as Exhibit 70 is a true and correct copy of Anadarko's Capital Program and Guidance Call Transcript, dated March 3, 2015, beginning with Bates number APC-00868400.

73.     Submitted with this Declaration as Exhibit 71 is a true and correct copy of Anadarko's Capital Program and Guidance Call Presentation, dated March 3, 2015, beginning with Bates number APC-01753643.

74.     Submitted with this Declaration as Exhibit 72 is a true and correct copy of

Anadarko's Q1 2015 Form 10-Q, dated May 4, 2015, beginning with Bates number STEINHOLT_0010575.

75.    Submitted with this Declaration as Exhibit 73 is a true and correct copy of Anadarko's Q1 2015 Earnings Call Transcript, dated May 5, 2015, beginning with Bates number APC-01751480.

76.    Submitted with this Declaration as Exhibit 74 is a true and correct copy of Anadarko's UBS Global Oil & Gas Conference Transcript, dated May 20, 2015, beginning with Bates number APC-01757327.

77.    Submitted with this Declaration as Exhibit 75 is a true and correct copy of Anadarko's Form 8-K, dated July 28, 2015, beginning with Bates number STEINHOLT_0011373.

78.    Submitted with this Declaration as Exhibit 76 is a true and correct copy of Anadarko's Q2 2015 Earnings Call Transcript, dated July 29, 2015, beginning with Bates number APC-00186607.

79.    Submitted with this Declaration as Exhibit 77 is a true and correct copy of Anadarko's Form 8-K, dated October 27, 2015, beginning with Bates number STEINHOLT_0011498.

80.    Submitted with this Declaration as Exhibit 78 is a true and correct copy of Anadarko's Q3 2015 Operations Report, dated October 27, 2015, beginning with Bates number JanHen_00014482.

81.    Submitted with this Declaration as Exhibit 79 is a true and correct copy of Anadarko's Q3 2015 Earnings Call Transcript, dated October 28, 2015, beginning with

12

Bates number APC-00206911.

82.    Submitted with this Declaration as Exhibit 80 is a true and correct copy of Anadarko's Jefferies Energy Conference Transcript, dated November 11, 2015, beginning with Bates number APC-00655207.

83.    Submitted with this Declaration as Exhibit 81 is a true and correct copy of Anadarko's Q4 2015 Earnings Call Transcript, dated February 2, 2016, beginning with Bates number APC-01751417.

84.    Submitted with this Declaration as Exhibit 82 is a true and correct copy of Anadarko's Form 10-K, dated February 17, 2016, beginning with Bates number APC-00227144.

85.    Submitted with this Declaration as Exhibit 83 is a true and correct copy of Anadarko's Credit Suisse Energy Summit Transcript, dated February 24, 2016, beginning with Bates number APC-01753694.

86.    Submitted with this Declaration as Exhibit 84 is a true and correct copy of Anadarko's Form 8-K, dated March 1, 2016, beginning with Bates number STEINHOLT_0012087.

87.    Submitted with this Declaration as Exhibit 85 is a true and correct copy of Anadarko's Q1 2016 Earnings Call Transcript, dated May 3, 2016, beginning with Bates number APC-01751647.

88.    Submitted with this Declaration as Exhibit 86 is a true and correct copy of Anadarko's Citi Global Energy and Utilities Conference Transcript, dated May 11, 2016, beginning with Bates number APC-01319748.

89.     Submitted with this Declaration as Exhibit 87 is a true and correct copy of Anadarko's UBS Global Oil & Gas Conference Transcript, dated May 24, 2016, beginning with Bates number APC-01753704.

90.     Submitted with this Declaration as Exhibit 88 is a true and correct copy of Anadarko's UBS Global Oil & Gas Conference Presentation, dated May 24, 2016, beginning with Bates number APC-01753735.

91.     Submitted with this Declaration as Exhibit 89 is a true and correct copy of Anadarko's J.P. Morgan Energy Equity Investor Conference Transcript, dated June 28, 2016, beginning with Bates number APC-01319776.

92.     Submitted with this Declaration as Exhibit 90 is a true and correct copy of Anadarko's Form 8-K, dated July 26, 2016, beginning with Bates number STEINHOLT_0013000.

93.     Submitted with this Declaration as Exhibit 91 is a true and correct copy of Anadarko's Q2 2016 Form 10-Q, dated July 26, 2016, beginning with Bates number APC-01752161.

94.     Submitted with this Declaration as Exhibit 92 is a true and correct copy of Anadarko's Q2 2016 Earnings Call Transcript, dated July 27, 2016, beginning with Bates number APC-01319830.

95.     Submitted with this Declaration as Exhibit 93 is a true and correct copy of Anadarko's EnerCom Oil & Gas Conference Transcript, dated August 16, 2016, beginning with Bates number APC-01319805.

96.     Submitted with this Declaration as Exhibit 94 is a true and correct copy of

14

Anadarko's UBS Houston Energy Bus-Less Tour Transcript, dated September 14, 2016, beginning with Bates number APC-01319811.

97.    Submitted with this Declaration as Exhibit 95 is a true and correct copy of Anadarko's Q3 2016 Form 10-Q, dated October 31, 2016, beginning with Bates number APC002732.

98.    Submitted with this Declaration as Exhibit 96 is a true and correct copy of Anadarko's Q3 2016 Earnings Call Transcript, dated November 1, 2016, beginning with Bates number APC-01319873.

99.    Submitted with this Declaration as Exhibit 97 is a true and correct copy of Anadarko's Q4 2016 Earnings Call Transcript, dated February 1, 2017, beginning with Bates number APC-00724076.

100.    Submitted with this Declaration as Exhibit 98 is a true and correct copy of Anadarko's Form 10-K, dated February 17, 2017, beginning with Bates number APC-00300433.

101.    Submitted with this Declaration as Exhibit 99 is a true and correct copy of Anadarko's Q1 2017 Form 10-Q, dated May 2, 2017, beginning with Bates number APC-01752112.

102.    Submitted with this Declaration as Exhibit 100 is a true and correct copy of Anadarko's Form 8-K, dated April 17, 2019.

**Additional Documents in *Daubert* Motions**

103.    Submitted with this Declaration as Exhibit 101 is a true and correct copy of the SEC Staff Accounting Bulletin No. 99—Materiality, dated August 12, 1999.

104.    Submitted with this Declaration as Exhibit 102 is a true and correct copy of an email from J. Ramsey to T. Trautman FW: Shenandoah UW-1 Update with Appraisal well Option locations, dated April 1, 2014, beginning with Bates number APC-00117333.

105.    Submitted with this Declaration as Exhibit 103 is a true and correct copy of an email from P. McGrievy to D. Hollek RE: 2015_03_Shenandoah_Economics_Update.pptx, dated March 24, 2015, beginning with Bates number APC-00025540.

106.    Submitted with this Declaration as Exhibit 104 is a true and correct copy of excerpts from the deposition transcript of Robert Merrill in this litigation, dated December 7, 2022.

107.    Submitted with this Declaration as Exhibit 105 is a true and correct copy of excerpts from the deposition transcript of Lyndon Pittinger in this litigation, dated December 16, 2022.

108.    Submitted with this Declaration as Exhibit 106 is a true and correct copy of excerpts from the deposition transcript of Bjorn Steinholt in this litigation, dated December 21, 2022.

109.    Submitted with this Declaration as Exhibit 107 is a true and correct copy of excerpts from the deposition transcript of D. Paul Regan in this litigation, dated January 20, 2023.

110.    Submitted with this Declaration as Exhibit 108 is a true and correct copy of the Expert Report of J. Richard Dietrich, dated January 25, 2023.

111.    Submitted with this Declaration as Exhibit 109 is a true and correct copy of the FASB, "Accounting Standards Codification—About the Codification," dated February 2023.

112.    Submitted with this Declaration as Exhibit 110 is a true and correct copy of excerpts from the deposition transcript of Bjorn Steinholt in this litigation, dated March 13, 2023.

113.    Submitted with this Declaration as Exhibit 111 is a true and correct copy of the Expert Report of Allen Ferrell, dated June 12, 2024.

114.    Submitted with this Declaration as Exhibit 112 is a true and correct copy of excerpts of the FASB Superseded Standards, including FAS 19, as of June 1, 2026.

115.    Submitted with this Declaration as Exhibit 113 is a true and correct copy of the FASB Accounting Standards Codification Topic 105-10-05.

116.    Submitted with this Declaration as Exhibit 114 is a true and correct copy of the FASB Accounting Standards Codification Topic 932-360-25.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026

/s/ Lauren M. Rosenberg
Lauren M. Rosenberg

17