59. I also found that Cobalt's issues worsened after the alleged May 2, 2017 corrective disclosures regarding Shenandoah. On May 3, 2017, Citi cut Cobalt's rating from neutral to sell noting that "APC's Shenandoah-6 appraisal results and choice to write-down investment will make it unlikely [Cobalt] will be able to execute any 'material' sale of its interest anytime soon."[124] A few days later, on May 8, 2017, Cobalt reported in its Form 10-Q: "In assessing whether there is substantial doubt about our ability to continue as a going concern, we prepared a detailed cash forecast that included all projected cash inflows and outflows as well as consideration of any cash related covenants associated with our financing structure. ... As this detailed cash flow forecast shows that our projected cash balance would be out of compliance with the minimum consolidated cash balance covenant within one year after the date these unaudited condensed consolidated financial statements are issued, we have concluded that there is substantial doubt about our ability to continue as a going concern."[125] Ultimately, Cobalt filed for Chapter 11 bankruptcy protection on December 14, 2017.[126]

60. Given the above, Cobalt's stock price movement on May 3, 2017 is not reflective of the price impact of the alleged corrective disclosures concerning Shenandoah on Anadarko.

61. I also analyzed Anadarko and its partners' stock price movement on subsequent Shenandoah disclosures by ConocoPhillips (May 5, 2017) and Cobalt (May 8, 2017). After market close on May 4, 2017, ConocoPhillips updated its first-quarter 2017 earnings as a result of Anadarko's "decision to impair the carrying value of Shenandoah in the Gulf of Mexico."[127] ConocoPhillips recorded an additional pre-tax dry hole expense of $242 million and a pre-tax expense of $51 million for leasehold impairment.[128] However, on May 5, 2017, there was no statistically significant price change in the stock prices of Anadarko, ConocoPhillips, or Cobalt. *See* **Table 4**.

---

[124] "Cobalt Intl Cut at Citi as Anadarko Suspends Shenandoah Work," *Bloomberg,* May 3, 2017.

[125] Cobalt 1Q 2017 Form 10-Q, at p. 9.

[126] "Cobalt International Energy, Inc. Commences Chapter 11 Cases to Facilitate Restructuring," *Business Wire*, December 14, 2017 (6:00 AM).

[127] "ConocoPhillips Provides Update to First-Quarter 2017 Results Based on Subsequent Partner Disclosures and Information," *Business Wire*, May 4, 2017 (4:30 PM).

[128] "ConocoPhillips Provides Update to First-Quarter 2017 Results Based on Subsequent Partner Disclosures and Information," *Business Wire*, May 4, 2017 (4:30 PM).

31

**Table 4**
**Stock Price Reaction of Anadarko, ConocoPhillips, and Cobalt on May 5, 2017**

|  |  | Anadarko | ConocoPhillips | Cobalt |
|---|---|---|---|---|
| Raw Return | [A] | 1.25% | 1.85% | 0.76% |
| Predicted Return[1] | [B] | 2.72% | 2.44% | 4.46% |
| Abnormal Return | [C = A – B] | -1.47% | -0.59% | -3.70% |
| t-Statistic | [D] | -1.31 | -0.53 | -0.66 |
| Statistically Significant?[3] | [E] | No | No | No |

Notes: (1) Ferrell Report Appendix D. (2) Statistical significance at the 5% level is denoted by a t-statistic with an absolute value of 1.96 or greater.

62.     Before market open on May 8, 2017, Cobalt announced its first quarter 2017 financial results, including a net loss of $306.3 million compared to a net loss of $46.6 million one year earlier.[129] Cobalt explained that the "increase in net loss is mainly associated with the write off of Shenandoah well costs and increased interest expense related to Cobalt's December 2016 and January 2017 debt exchanges."[130] However, on May 8, 2017, there was no statistically significant price change in the stock prices of Anadarko, ConocoPhillips, and Cobalt. *See* **Table 5**.

**Table 5**
**Stock Price Reaction of Anadarko, ConocoPhillips, and Cobalt on May 8, 2017**

|  |  | Anadarko | ConocoPhillips | Cobalt |
|---|---|---|---|---|
| Raw Return | [A] | -0.53% | 0.77% | -2.09% |
| Predicted Return[1] | [B] | 1.23% | 1.04% | 1.72% |
| Abnormal Return | [C = A – B] | -1.76% | -0.27% | -3.81% |
| t-Statistic | [D] | -1.57 | -0.25 | -0.67 |
| Statistically Significant?[3] | [E] | No | No | No |

Notes: (1) Ferrell Report Appendix D. (2) Statistical significance at the 5% level is denoted by a t-statistic with an absolute value of 1.96 or greater.

---

[129] "Cobalt International Energy, Inc. Announces First Quarter 2017 Results and Provides Operational Update," *Business Wire*, May 8, 2017 (6:45 AM).

[130] "Cobalt International Energy, Inc. Announces First Quarter 2017 Results and Provides Operational Update," *Business Wire*, May 8, 2017 (6:45 AM).

63. The above evidence is consistent with Anadarko's Shenandoah disclosures after market close on May 2, 2017 not having a price impact on Anadarko's stock price on May 3, 2017.

64. As discussed above, in addition to the Shenandoah disclosures, there was other news unrelated to Shenandoah that was disclosed contemporaneously. In particular, there was news linking an Anadarko well to a house explosion in Firestone, Colorado that was also disclosed after market close on May 2, 2017. Specifically, Frederick-Firestone Colorado fire officials disclosed that "[a]n explosion that killed two people…was caused by natural gas leaking from an abandoned line that remained attached to a nearby well owned by Anadarko"[131] and Colorado's Governor "ordered inspections of all active and unused natural gas pipelines near occupied buildings."[132] In his deposition testimony, Mr. Steinholt testified that the news related to the Colorado explosion was new information that Anadarko disclosed after market close on May 2, 2017.[133] As analyst reports and news articles explained, Anadarko's stock price on May 3, 2017 was negatively affected by news related to the Firestone, Colorado fire. For example:

- *Reuters* noted that "[s]hares of Anadarko Petroleum Corp fell as much as 9.4 percent, a day after the cause of a fatal Colorado home explosion was linked by local fire protection authorities to a nearby well operated by the oil and gas producer…[a]t least two brokerages cut their rating on Anadarko, following the agency's findings."[134]

- *Bloomberg* reported: "Anadarko Petroleum Corp. tumbled the most in almost 16 months in New York trading, a day after Colorado officials linked one of the company's wells to a fatal house blast, opening questions on how the probe may play out."[135]

- *Dow Jones* explained that "[s]hares of Anadarko Petroleum ( APC) are tumbling this morning after releasing disappointing first-quarter earnings... but it's the potential

---

[131] "Colorado Explosion in April Blamed on Leak Near Anadarko Well," *Dow Jones Institutional News*, May 2, 2017 (7:01 PM).

[132] "The Latest: Colorado checks gas lines after fatal explosion," *The Associated Press*, May 2, 2017 (8:11 PM).

[133] Steinholt Dep. Tr. 42:17-43:2.

[134] "Anadarko shares fall after home explosion linked to company well," *Reuters News*, May 3, 2017 (10:30 AM).

[135] "Anadarko Shares Slide After Well Tied to Fatal Blast in Colorado," *Bloomberg News*, May 3, 2017 (11:09 AM).

overhang from a recent accident that appears to be spurring the massive selloff…[t]he findings of the Firestone investigation are a clear negative for Anadarko"[136]

65.    In addition, the price impact of the news related to the Firestone, Colorado fire on Anadarko stock is demonstrated by the price decline of the stocks of firms that were potentially impacted by the new Colorado mandate regarding flow integrity testing disclosed after market close on May 2, 2017.[137,] A Wells Fargo report issued following the news related to the Firestone, Colorado fire downgraded Anadarko, together with SRC Energy and Extraction Oil & Gas, and also identified Noble Energy and PDC Energy as two other names with "meaningful DJ exposure."[138] While the gas leak was linked to a well owned by Anadarko and Anadarko was the largest oil and gas producer in Colorado at the time,[139] as **Figure 1** shows, on May 3, 2017, the other four firms operating in Colorado had statistically significant negative abnormal returns ranging from -4.5% to -7.8%.[140, 141]

---

[136] "Why Anadarko Petroleum is Crumbling – Barron's Blog," *Dow Jones Institutional News*, May 3, 2017 (10:04 AM).

[137] In his deposition, Mr. Steinholt indicated that "changes to the regulatory environment would not only impact Anadarko, it would impact all the companies doing business in Colorado." *See* Steinholt Dep. Tr. 29:8-29:11.

[138] "E&P: Downgrading APC, SRCI, And XOG," Wells Fargo, May 2, 2017 ("We are downgrading shares of APC, SRCI, and XOG to Market Perform from Outperform. Our downgrade follows what we believe will be an overhang on APC and all DJ Basin players on the heels the preliminary findings regarding the tragic situation in Firestone, CO. Other names with meaningful DJ exposure include Market Perform rated Noble Energy (NBL) and PDC Energy (PDCE)"). In his deposition, Mr. Steinholt acknowledged that Noble "probably was impacted by the Firestone issue." *See* Steinholt Dep. Tr. 28:8-28:10.

[139] "Colorado Explosion in April Blamed on Leak Near Anadarko Well," *Dow Jones Institutional News*, May 2, 2017 (7:01 PM) (explaining that the gas leak came from "an abandoned line that remained attached to a nearby well owned by Anadarko") & "APC Colorado Shut-ins," Evercore ISI, April 27, 2017 (noting that Anadarko was "the largest oil and gas producer in Colorado").

[140] The methodology for the Noble Energy, PDC Energy, SRC Energy, and Extraction Oil & Gas event studies are described in **Appendix D**. The event study results show Noble Energy had an abnormal return of -4.5% with a t-statistic of -3.86, PDC Energy had an abnormal return of -5.3% with a t-statistic of -3.57, SRC Energy had an abnormal return of -7.8% with a t-statistic of -3.93, and Extraction Oil & Gas had an abnormal return of -6.1% with a t-statistic of -3.09.

[141] I searched the Factiva and Lexis News databases for articles with each company's name in the headline or lead paragraph on May 2-3, 2017. Based on my review of these news articles, I did not find other (i.e., non-Colorado fire) new value-relevant news for these four firms on May 3, 2017 that could explain these four stocks' price decline.

**Figure 1**
**Anadarko and Other Colorado Operators**
**Abnormal Returns on May 3, 2017**



Notes: The abnormal returns reported above are based on a regression of the company's return on the returns of the S&P 500 Index and the Modified Steinholt Peer Group Excluding Noble. Ferrell Report Appendix D.

66.    Given the above, the news about the fire and explosion in Firestone, Colorado explains Anadarko's price decline on May 3, 2017.

67.    Furthermore, Anadarko's production guidance, which is unrelated to Shenandoah, was also issued contemporaneously with the Shenandoah disclosures and was seen as disappointing by some analysts. In his deposition testimony, Mr. Steinholt testified that the guidance news was new information that Anadarko disclosed after market close on May 2, 2017.[142] For example, a JPMorgan analyst stated that "we expect a mixed reaction to the print given the weaker Q217 guide owing to GoM shut-ins for well tie-ins and maintenance and lingering uncertainty associated with the home explosion incident in the DJ Basin."[143] Similarly, a UBS analyst stated that "[n]o change to 2017 guidance but 2Q volume guide a bit light vs. expectations."[144] In addition, a Barclays analyst stated the "[p]roduction guidance was left

---

[142] Steinholt Dep. Tr. 42:17-42:24 ("Q: And what was the new information that Anadarko disclosed after the close of the market on May 2nd?" A: "… they provided guidance that was a little bit disappointing for the second quarter").

[143] "1Q17 Flash: Unfortunately, It's Déjà Vu All Over Again; Stock Reaction Mixed – ALERT," J.P. Morgan, May 2, 2017, FIAM-ANAD-009291, at 9291.

[144] "Large Exploration Expense Drives 1Q17 EPS/CFPS Miss but EBITDX Beats; Maintain 2017 Guidance," UBS, May 3, 2017.

35

largely unchanged, but 2Q oil volumes guidance was lower than expected."[145] Thus, in addition to the news about the Firestone, Colorado fire, the price decline on May 3, 2017 was also affected by the soft production guidance disclosure.

## VIII.    The Economic Nature of the Disclosures

68.    The lack of price impact of the alleged misstatements as well as the alleged corrective disclosures is consistent with the economic nature of the disclosures. There are three reasons why one would not expect a price impact in response to the alleged misstatements and alleged corrective disclosure. First, as discussed above, Anadarko was in the appraisal stage (i.e., not yet in the development stage) of the Shenandoah project. Shen-2 to Shen-6 were appraisal wells, which are wells drilled "to determine the physical extent, reserves and likely production rate of a field."[146] It is understood that the risk of encountering a dry hole is non-trivial. The chance of success of an appraisal well depends on the probabilities of several risk elements and "if any of the elements fail then we have an unsuccessful appraisal well."[147] The Shenandoah project was not immune to such risk. While Shen-2 discovered oil, Shen-3 was a dry hole.[148] Then, the next two appraisal wells (i.e., Shen-4 and Shen-5) had found oil, but Shen-6 was again a dry hole.[149]

---

[145] "Results Overshadowed by a Colorado Home Explosion," Barclays, May 4, 2017, AtSos_00000656, at 0658.

[146] Colorado Oil and Gas Conservation Commission Glossary of Oil and Gas Terms, https://cogcc.state.co.us/COGIS_Help/glossary.htm (last accessed December 9, 2021).

[147] A. Foum, "Risking Appraisal and Development Wells within Oil and Gas Fields," July 16, 2018, https://www.linkedin.com/pulse/risking-appraisal-development-wells-within-oil-gas-fields-alan-foum/ (last accessed December 9, 2021). The risk elements mentioned in the article are SCV (structure, contact, and volume), reservoir presence, reservoir effectiveness, hydrocarbon charge, and trap effectiveness.

[148] "ConocoPhillips Announces Significant Oil Discovery in Deepwater Gulf of Mexico and Provides Program Update, ConocoPhillips Press Release, March 19, 2013, https://www.conocophillips.com/news-media/story/conocophillips-announces-significant-oil-discovery-in-deepwater-gulf-of-mexico-and-provides-program-update/ (last accessed December 9, 2021) ("ConocoPhillips (NYSE: COP) today announced a significant oil discovery from its recently drilled Shenandoah appraisal in the deepwater Gulf of Mexico."); ConocoPhillips 4Q 2014 Earnings Call Transcript, January 29, 2015, at p. 13 ("… some dry hole costs related to the Shenandoah appraisal well that we wrote off as well …."); "Morning Energy Summary," Capital One, February 2, 2015 at p. 2 FIAM-ANAD-005012, at 5013 ("ConocoPhillips reported last Thurs that the 2nd appraisal well at Shenandoah was a dry hole.").

[149] "Anadarko Announces Third-Quarter 2015 Results," Anadarko Press Release, October 27, 2015, at pp. 1-2; "Anadarko Announces Second-Quarter 2016 Results," Anadarko Press Release, July 26, 2016, at p.

69.    Second, the riskiness of the Shenandoah project is evidenced by some analysts assigning a low to zero value to Shenandoah given its uncertainty. For example, in a report dated July 6, 2015, despite acknowledging that "Shenandoah could be one of the largest GOM [Gulf of Mexico] discoveries," a Jefferies analyst opined that it gave "no credit" to Shenandoah in their "Risk-Adjusted Asset Value."[150] Also, on April 12, 2016, a Wellington analyst noted: "So in the context of a futures curve, which underpins most M&A deals, the asset [Shenandoah] essentially has zero value. It's all a question of how much option value a buyer wants to assign."[151] Similarly, on May 6, 2016, a JPMorgan analyst stated that, "[a]s a reminder, we do not give value for Shenandoah in our NAV [Net Asset Value] given uncertainty around the project."[152]

70.    Third, throughout the purported Class Period, Anadarko disclosed and analysts acknowledged that, at the then-prevailing oil prices, Anadarko will not sanction (i.e., develop) Shenandoah. For example:

- On February 2, 2016, a Johnson Rice analyst stated: "Anadarko is continuing to have success with appraisal and delineation of the massive Shenandoah discovery in the Gulf of Mexico, but at the same time the company would not develop the resources at $30 WTI, given the cost involved."[153] Also, a UBS analyst stated "[Anadarko] will not develop or sanction Shenandoah in the deepwater GoM in a ~$30/Bbl oil price environment."[154]

---

1; "ConocoPhillips Reports First-Quarter 2017 Results; On Track to Delivery 2017 Operating Plan and Accelerate Value Proposition," ConocoPhillips Press Release, May 2, 2017 (7:00 AM) ("First-quarter earnings were negatively impacted by $101 million of pre-tax dry hole expense, which includes the Shenandoah-6 well in the Gulf of Mexico.").

[150] "Oil & Gas Exploration & Production Reduce Nat Gas Price Outlook, Remain Constructive; Upgrade APC, NBL, EOG," Jefferies, July 6, 2015, JanHen_00035055, at 5055 ("While we believe Shenandoah could be one of the largest GOM discoveries, we currently give no credit in our RAAV [Risk-Adjusted Asset Value] due to needed improvements in drilling technology (new build drillships with dual 20k PSI BOPs), which are unlikely to be available in the near-term.").

[151] Email from Mark Viviano at Wellington dated April 12, 2016 re "Marathon (MRO,1,$8B): great WY sale but negative Shenandoah comp for APC/CIE, WMC-APC-0000317-321 at 0321.

[152] "More Positives Than Negatives, But a Few Chinks in the Armor," JP Morgan, May 4, 2016, JPMS 000280 at 0280.

[153] "Oil Volumes Flat in 2016, $1B+ in Asset Sales Forthcoming," Johnson Rice & Company, February 2, 2016, APC-01167444, at 7445.

[154] "Preliminary 2016 Volume Guidance More Resilient Than Expectations; Raising 2016-17 CFPS Estimates," UBS February 2, 2016, UBS_0001020, at 1020.

- On April 12, 2016. a Wellington analyst (i.e., a buy-side analyst) noted: "The operator [Anadarko] is on record saying they wouldn't sanction [Shenandoah] until oil was back in the $70's given where costs are today."[155]

- On July 28, 2016, a Simmons & Company analyst noted that "[Final Investment Decision] is not imminent. APC has much more appraisal work ahead and wants to drive project costs lower to enhance well economics."[156]

- On September 8, 2016, a Simmons & Company analyst stated "APC remains very optimistic about the long-term potential for Shenandoah. However, they are not going to sanction this project at current oil prices."[157]

- On March 3, 2017, a Morgan Stanley analyst stated that "[s]anction during 2017 remains unlikely given technically challenging Lower Tertiary project likely requires >$60/bbl crude to be viable."[158]

- On March 24, 2017, Goldman Sachs analysts reported that "[Anadarko] indicated that major Gulf of Mexico greenfield projects like Shenandoah (our target assumes $1/shr) is unlikely to get final approval in a $50-$55 per bbl environment."[159]

71. As **Figure 2** shows, oil prices never reached $70 per barrel during the purported Class Period and did not exceed $60 per barrel beginning June 25, 2015 (i.e., approximately four months after the start of the purported Class Period) through the end of the purported Class Period. In other words, the then-prevailing oil prices throughout the purported Class Period were not at a level that would have made the Shenandoah project economically viable when the alleged misstatements and the alleged corrective disclosure were made. Therefore, this is consistent with Anadarko's decision to suspend appraisal activity at Shenandoah not having a price impact.

---

[155] Email from Mark Viviano at Wellington dated April 12, 2016 re "Marathon (MRO,1,$8B): great WY sale but negative Shenandoah comp for APC/CIE, WMC-APC-0000317-321 at 0321.

[156] "Q2'16 Earnings Review: Improving Balance Sheet Through Divestitures," Simmons & Company, July 28, 2016, PIPER_SANDLER-0003791 at 3791.

[157] "Q3'16 Update: Attractive Valuation – Waiting on Catalysts," Simmons & Company, September 8, 2016, PIPER_SANDLER-0003797, at 3798.

[158] "1Q17: Headwinds Accumulate; Move to EW," Morgan Stanley, May 3, 2017, MS_ANADARKO_000216 at 0222.

[159] "Mgmt meeting highlights focus on E&P/midstream growth; Buy," Goldman Sachs, March 24, 2017, at 1, FIAM-ANAD-009176 at 09176.

**Figure 2**
**WTI Oil Prices per Barrel: 2Q 2014 – 3Q 2021**



Notes: (1) The vertical lines denote the beginning and end of the purported Class Period. (2) The red lines denote the $60 and $70 per barrel prices. Source: Bloomberg L.P.

72. By comparison, the recent level of oil prices (*see* **Figure 2**) has made the Shenandoah project economically viable, which is consistent with Shenandoah's current operator, Beacon Offshore Energy, announcing its decision to develop Shenandoah on August 25, 2021.[160] As an S&P Global Platts report dated July 26, 2021 explained, "[o]ther large US Gulf projects that could be set for a final investment decision in the near-term include … Beacon Energy Offshore's Shenandoah … Offshore appears to be ticking up as current oil prices in the

---

[160] "Beacon Offshore's Status Projected to Rise Following Shenandoah Project FID," Hart Energy, August 26, 2021, https://www.hartenergy.com/exclusives/beacon-offshores-status-projected-rise-following-shenandoah-project-fid-195917 (last accessed December 9, 2021).

$70s/b, couple with growing confidence that more oil will be needed even after newly raised production levels of OPEC+ are eased into the market during the second-half 2021."[161]

### IX.    Mr. Steinholt's Statements Regarding His Ability To Calculate Class-Wide Damages In This Case

73.    I have also been asked by counsel for Defendants to consider Mr. Steinholt's statements regarding his ability to calculate class-wide damages in this case that is consistent with Plaintiffs' theory of liability. I understand that under *Comcast v. Behrend*, 133 S.Ct. 1426 (2013), Plaintiffs must establish that damages are capable of measurement on a class-wide basis, in a manner that is consistent with Plaintiffs' theory of liability. In his report, Mr. Steinholt opines that "class-wide damages can be calculated in this case using the event-study damages framework".[162] Mr. Steinholt has stated that he will use the same approach (his "event-study damages framework") to damages regardless of whether the theory of liability is a (i) materialization of an undisclosed risk or (ii) the company knew from the outset that Shenandoah was not viable (i.e., the risk of failure was a certainty).[163] Indeed, Mr. Steinholt testified that it was irrelevant for him to know what Plaintiff's theory of liability is.[164] How his "event study damages framework" applies to two very different theories concerning what constitutes corrective information (information concerning the undisclosed risk of failure versus information that the project was going to fail with certainty) is left entirely unexplained.

Dated: December 10, 2021

Allen Ferrell

---

[161] "Shell greenlights development of US Gulf of Mexico Whale field," S&P Global Platts, July 26, 2021.

[162] Steinholt Report, ¶ 10.

[163] Steinholt Dep. Tr. 60:11-63:15.

[164] Steinholt Dep. Tr. 69:8-17.

**Appendix A**

1

December, 2021

# Allen Ferrell

Harvard Law School
Cambridge, Massachusetts 02138
Telephone: (617) 495-8961
Email: fferrell@law.harvard.edu

## CURRENT POSITIONS

*Greenfield Professor of Securities Law,* Harvard Law School

*Visiting Professor,* Stanford Law School

*National Bureau of Economic Research,* Research Associate

*Member of Editorial Board,* Journal of Financial Perspectives

*Fellow,* Columbia University's Program on the Law and Economics of Capital Markets

*Faculty Associate,* Kennedy School of Government

*Research Associate,* European Corporate Governance Institute

## EDUCATION

*Massachusetts Institute of Technology,* Ph.D. in Economics, 2005
Fields in econometrics and finance

*Harvard Law School,* J.D., 1995, *Magna Cum Laude*

- Recipient of the *Sears Prize* (award given to the two students with the highest grades)
- Editor, *Harvard Law Review*

*Brown University,* B.A. and M.A., 1992, *Magna Cum Laude*

## PREVIOUS POSITIONS

*Harvard University Fellow*
Harvard Law School, 1997

*Law Clerk,* Justice Anthony M. Kennedy
Supreme Court of the United States; 1996 Term

*Law Clerk,* Honorable Laurence H. Silberman
United States Court of Appeals for the District of Columbia; 1995 Term

**COURSES TAUGHT**

*Contracts*
*Corporate Finance*
*Law and Finance*
*Securities Litigation & Regulation*

**REFEREE FOR FOLLOWING JOURNALS**

*American Law and Economics Review*
*Journal of Corporation Finance*
*Journal of Finance*
*Journal of Financial Perspectives*
*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Legal Studies*
*Quarterly Journal of Economics*

**CONSULTING AREAS**

Price Impact and Securities Damages, Valuation, Mergers & Acquisitions

**Papers**

"Are Star Law Firms Better Law Firms?" with Manconi, Neretina, Powley & Renneboog, Working Paper (2021)

"How Accurate are Matrix Bond Prices?" with Drew Roper & Yibai Shu, Working Paper (2018)

"New Special Study of the Securities Markets: Intermediaries" with John Morley in SECURITIES MARKET ISSUES FOR THE 21ST CENTURY (2018) (editors Fox, Glosten, Greene and Patel)

"Socially Responsible Firms," with Hao Liang and Luc Renneboog, 122 *Journal of Financial Economics* 586-606 (2016) (winner of Moskowitz Prize for outstanding quantitative research)

"Price Impact, Materiality, and *Halliburton II*" with Drew Roper, 93 *Washington University Law Review* 553 (2016)

"Introducing the CFGM Corporate Governance Database: Variable Construction and Comparison" with Cremers, Gompers and Andrew Metrick, Working Paper

"The Benefits and Costs of Indices in Empirical Corporate Governance Research," *in* OXFORD HANDBOOK ON CORPORATE LAW AND GOVERNANCE (2016)

"Thirty Years of Shareholder Rights and Stock Returns," with Martijn Cremers, *revise and resubmit Journal of Financial Economics*

"Thirty Years of Shareholder Rights and Firm Valuation," with Martijn Cremers, 69 *Journal of Finance* 1167 (2014)

"Rethinking *Basic*," with Lucian Bebchuk, 69 *Business Lawyer* 671 (2014)

"Calculating Damages in ERISA Litigation," with Atanu Saha, 1 *Journal of Financial Perspectives* 93 (2013)

"Forward-casting 10b-5 Damages: A Comparison to other Methods", with Atanu Saha, 37 *Journal of Corporation Law* 365 (2011)

"Event Study Analysis: Correctly Measuring the Dollar Impact of an Event" with Atanu Saha, Working Paper (2011)

"Legal and Economic Issues in Litigation arising from the 2007-2008 Credit Crisis," with Jennifer Bethel and Gang Hu, *in* PRUDENT LENDING RESTORED: SECURITIZATION AFTER THE MORTGAGE MELTDOWN (2009)

"Securities Litigation and the Housing Market Downturn," with Atanu Saha, 35 *Journal of Corporation Law* 97 (2009)

"The Supreme Court's 2005-2008 Securities Law Trio: *Dura Pharmaceuticals, Tellabs*, and *Stoneridge*," 9 *Engage* 32 (2009)

"What Matters in Corporate Governance?" with Lucian Bebchuk & Alma Cohen, 22 *Review of Financial Studies* 783 (2009)

"Do Exchanges, CCPs, and CSDs have Market Power?," *in* GOVERNANCE OF FINANCIAL MARKET INFRASTRUCTURE INSTITUTIONS (Ruben Lee) (2009)

"An Asymmetric Payoff-Based Explanation of IPO 'Underpricing'," Working Paper, with Atanu Saha (2008)

"The Law and Finance of Broker-Dealer Mark-Ups," commissioned study for NASD using proprietary database (2008)

"Majority Voting" *in* REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2008)

"The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of *Dura Pharmaceuticals v. Broudo*," with Atanu Saha, 63 BUSINESS LAWYER 163 (2007)

"Mandated Disclosure and Stock Returns:  Evidence from the Over-the-Counter Market," 36 *Journal of Legal Studies* 1 (June, 2007)

"Policy Issues Raised by Structured Products," with Jennifer Bethel, *in* BROOKINGS –NOMURA PAPERS IN FINANCIAL SERVICES (2007)

"The Case for Mandatory Disclosure in Securities Regulation around the World," 2 *Brooklyn Journal of Business Law* 81 (2007)

"U.S. Securities Regulation in a World of Global Exchanges," with Reena Aggarwal and Jonathan Katz, *in* EXCHANGES: CHALLENGES AND IMPLICATIONS (2007)

"Shareholder Rights" *in* REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2007)

"Creditor Rights: A U.S. Perspective," 22 *Angler- und Glaubigerschutz bei Handelsgesellschaften* 49 (2006)

"Measuring the Effects of Mandated Disclosure," 1 *Berkeley Business Law Journal* 369 (2004)

"If We Understand the Mechanisms, Why Don't We Understand the Output?", 37 *Journal of Corporation Law* 503 (2003)

"Why European Takeover Law Matters," *in* REFORMING COMPANY AND TAKEOVER LAW IN EUROPE (2003)

"Does the Evidence Favor State Competition in Corporate Law?", with Alma Cohen & Lucian Bebchuk, 90 *California L. Rev.* 1775 (2002)

"Corporate Charitable Giving," with Victor Brudney, 69 *Univ. Of Chicago Law Review* 1191 (2002)

"A Comment on Electronic versus Floor-Based Securities Trading," *Journal of Institutional and Theoretical Economics* (Spring 2002)

"Much Ado About Order Flow," *Regulation Magazine* (Spring 2002)

"On Takeover Law and Regulatory Competition," with Lucian Bebchuk, 57 *Business Lawyer* 1047 (2002)

"Federal Intervention to Enhance Shareholder Choice," with Lucian Bebchuk, 87 *Virginia Law Review* 993 (2001)

"A New Approach to Regulatory Competition in Takeover Law," with Lucian Bebchuk, 87 *Virginia Law Review* 111 (2001)

"A Proposal for Solving the 'Payment for Order Flow' Problem," 74 *Southern California Law Review* 1027 (2001)

"Federalism and Takeover Law: The Race to Protect Managers from Takeovers," with Lucian Bebchuk, 99 *Columbia L. Rev.* 1168 (1999)

5

**TESTIMONY LAST FOUR YEARS**

*EIG Energy Fund v. Keppel Offshore & Marine LTD*, Case No.18-cv-01047-PGG, Expert report and deposition on December 9, 2021

*Purple Mountain Trust v. Wells Fargo et al.*, Case No. 3:18-cv-03948-JD, Expert report and deposition on December 3, 2021

*In re Robinhood Litigation,* Case No. Case No. 3:20-cv-01626-JD, Expert reports and deposition on September 30, 2021

*In re P3 Health Group Holdings, LLC*, Case No. 2021-0518-JTL, Expert report and deposition on August 26, 2021

*Securitized Asset Funding 2011-2 v. CIBC*, Case Index No. 653911/2015, Expert report and deposition on July 30, 2021

*Pearlstein et al. v. Blackberry Limited*, Case No. 1:13-cv-7060-CM, Expert report and deposition on November 3, 2020

*In re Grupo Televisa Securities Litigation*, Case No. 1:18-cv-01979-LLS, Expert report and deposition on February 21, 2020

*In re Snap Securities Litigation,* Case No. 2:17-cv-03679-SVW-AGR, Expert report and deposition on December 16, 2019

*People of the State of New York v. Exxon Mobil Corporation,* Index No. 452044/2018, Expert report and deposition on July 23, 2019 and trial testimony on November 6, 2019

*In re Signet Jewelers Limited Securities Litigation*, Case No. 1:16-cv-06728-CM, Expert report and deposition on May 14, 2019

*Trustees of DALI et al. v. Barrick Gold Corporation,* Case No. CV-14-502316-00CP, Ontario Superior Court of Justice, Expert reports and deposition on April 16, 2019

*Ramirez v. Exxon Mobil Corporation et al.*, Case No. 3:16-cv-031110K, Expert report and deposition on March 22, 2019

*CC IMA v. IMA Pizza*, JAMS Ref No. 1425026556, Testimony on September 13, 2018

*Bradley Cooper v. Thoratec Corporation et al.,* Case No. 4:14-cv-00360-CW, Expert report and deposition on April 11, 2018

6

*Blattman v. C3, Inc. et al.,* Case No. 1:15-cv-00530-GMS, Expert report and deposition on December 22, 2017

*United States v. Kaleil Tuzman,* 15 Criminal Case No. 536 (US Attorney for the Southern District of New York), testimony on December 15 and 18, 2017

**Appendix B**

**Materials Relied Upon**

**Case Related Documents**

1. Amended Complaint for Violations of The Federal Securities Laws, No. 4:20-vc-00576, U.S. District Court, Southern District of Texas, Houston Division, filed August 17, 2020
2. WMC-APC-0000317

**Expert Report and Deposition**

1. Expert Report and Exhibits of Bjorn I. Steinholt, CFA, October 1, 2021
2. Deposition of Bjorn Steinholt, November 17, 2021

**Securities and Exchange Commission Filings**

1. Anadarko Petroleum Corporation, Form 10-K, December 31, 2013
2. Anadarko Petroleum Corporation, Form 10-K, December 31, 2014
3. Anadarko Petroleum Corporation, Form 10-K, December 31, 2015
4. Anadarko Petroleum Corporation, Form 10-K, December 31, 2016
5. Anadarko Petroleum Corporation, Form S-3, August 12, 2016
6. Anadarko Petroleum Corporation, Form 10-Q, March 31, 2017
7. ConocoPhillips, Form 10-K, December 31, 2014
8. ConocoPhillips, Form S-3, May 13, 2015
9. ConocoPhillips, Form 10-K, December 31, 2016
10. Cobalt International Energy, Inc. Form S-3, December 22, 2016
11. Cobalt International Energy, Inc. Form 10-K, December 31, 2016
12. Cobalt International Energy, Inc., Form 10-Q, March 31, 2017
13. Extraction Oil & Gas, Form S-3, May 14, 2018
14. Noble Energy, Form S-3, February 17, 2016
15. PDC Energy, Form S-3, March 18, 2015
16. SRC Energy, Form S-3, September 11, 2015

**Academic Literature, Regulatory, and Practitioner Publications**

1. B. Black, and R. Gilson, 1995, *The Law and Finance of Corporate Acquisitions,* The Foundation Press, Inc.
2. R. Brealey, S. Myers, C. Stewart, and F. Allen, *Principles of Corporate Finance.* New York: McGraw-Hill/Irwin, 2003
3. R. Brealey, S. Myers, and A. Marcus, 2004, *Fundamentals of Corporate Finance*
4. J. Busse and T.C. Green, 2002, "Market Efficiency in Real Time," *Journal of Financial Economics.* Vol. 65, 415-437

1

5. Černý, 2004, "Stock Market Integration and the Speed of Information Transition," Working Papers Series – Charles University, 1-25
6. Corrado, 2011, "Event Studies: A methodology review," *Accounting and Finance*, Vol. 51, 209-211
7. L. Ederington, and J.H. Lee, 1995, "The Short-Run Dynamics of the Price Adjustment to New Information," *Journal of Financial and Quantitative Analysis,* Vol. 30, 117-134
8. E. Elton, M. Gruber, S. Brown, and W. Goetzmann, 2003, *Modern Portfolio Theory and Investment Analysis,* John Wiley & Sons
9. Federal Judicial Center, *Reference Manual on Scientific Evidence* (National Academies Press, 2011
10. Ferrell and A. Saha, 2007, "The Loss Causation Requirement for Rule 10b-5 Causes-of-Action: The Implication of Dura Pharmaceuticals v. Broudo," *The Business Lawyer,* Vol. 63, 163-186
11. C. Jones, 2013, *Investments: Analysis and Management.* John Wiley & Sons
12. S.P. Kothari, 2001, "Capital Markets Research in Accounting," *Journal of Accounting and Economics*, 105-231
13. G.W. Schwert, 1981, "Using Financial Data to Measure Effects of Regulation," *Journal of Law and Economics*, Vol. 24, 129-135.
14. N. Visaltanachoti and T. Yang, 2010, "Speed of Convergence to Market Efficiency for NYSE-listed Foreign Stocks," *Journal of Banking and Finances,* Vol. 34, 594-605
15. R. Weil, et al., 2007, *Litigation Services Handbook: The Role of the Financial Expert,* John Wiley & Sons, Inc.
16. J. Wooldridge, 2013, *Introductory Econometrics: A Modern Approach,* Cengage Learning

**News Articles, Press Releases and Conference Call Transcripts**

1. "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," *Business Wire*, February 4, 2009 (7:28 AM)
2. "Cobalt International Energy, Inc. Announces Second Quarter 2012 Results and Successful Cameia #2 Appraisal Well Offshore Angola," *Business Wire*, July 31, 2012
3. "ConocoPhillips Announces Significant Oil Discovery in Deepwater Gulf of Mexico and Provides Program Update," ConocoPhillips Press Release, March 19, 2013
4. ConocoPhillips 4Q 2014 Earnings Call Transcript, January 29, 2015
5. "Anadarko Announces Second-Quarter 2015 Results," *PR Newswire*, July 28, 2015 (4:05 PM)
6. "Anadarko jumps after earnings surprise," *Financial Times*, July 29, 2015 (2:05 PM)
7. "Anadarko Announces Third-Quarter 2015 Results," Anadarko Press Release, October 27, 2015
8. Anadarko Petroleum 3Q 2015 Earnings Call Transcript, October 28, 2015
9. "Anadarko Petroleum (APC) Stock Pops in After-Hours Trading on Improving Quarterly Earnings," *The Street.com*, February 1, 2016 (4:30 PM)

10. "UPDATE 1-Anadarko says it may cut dividend due to high yield," *Reuters News*, February 2, 2016 (2:21 PM)
11. Anadarko Petroleum Corporation, Company Conference Presentation, February 24, 2016
12. "Anadarko Petroleum (APC) Stock Surges, Slashes Capital Budget by Half," *TheStreet.com*, March 1, 2016 (1:16 PM)
13. "Investors Are Bullish On Anadarko Petroleum Following 2016 Capital Program," *Benzinga*, March 1, 2016 (7:53 PM)
14. "Anadarko Announces Second-Quarter 2016 Results," Anadarko Press Release, July 26, 2016
15. "Extraction Oil & Gas, Inc. Prices Initial Public Offering," *GlobalNewswire*, October 11, 2016
16. "Cobalt International Energy Plans to Sell 20% Interest In Shenandoah Oil Field, Offshore Gulf of Mexico, *Marketline*, March 14, 2017
17. "*Anadarko Pete 1Q Loss/Shr 58c > APC," Dow Jones Institutional News, May 2, 2017 (4:16 PM)
18. "Cobalt International Energy Noteholders Take a Little for a Lot in Debt Exchange," *TheStreet*, April 26, 2017
19. "ConocoPhillips Reports First-Quarter 2017 Results; On Track to Delivery 2017 Operating Plan and Accelerate Value Proposition," ConocoPhillips Press Release May 2, 2017 (7:00 AM)
20. "Anadarko Announces First-Quarter 2017 Results," Anadarko Press Release, May 2, 2017 (4:16 PM)
21. "Deadly Firestone explosion caused by odorless gas leaking from cut gas flow pipeline," *Denver Post*, May 2, 2017 (4:51 PM)
22. "Anadarko Issues Statement Regarding Firestone Accident," Anadarko Press Release, May 2, 2017 (5:18 PM)
23. "Colorado Explosion in April Blamed on Leak Near Anadarko Well," *Dow Jones Institutional News*, May 2, 2017 (7:01 PM)
24. "The Latest: Colorado checks gas lines after fatal explosion," *The Associated Press*, May 2, 2017 (8:11 PM)
25. "Why Anadarko Petroleum is Crumbling – Barron's Blog," *Dow Jones Institutional News*, May 3, 2017 (10:04 AM)
26. "Anadarko shares fall after home explosion linked to company well," *Reuters News*, May 3, 2017 (10:30 AM)
27. "Anadarko Shares Slide After Well Tied to Fatal Blast in Colorado," *Bloomberg News*, May 3, 2017 (11:09 AM)
28. "Cobalt Intl Cut at Citi as Anadarko Suspends Shenandoah Work," *Bloomberg*, May 3, 2017
29. "ConocoPhillips Provides Update to First-Quarter 2017 Results Based on Subsequent Partner Disclosures and Information," *Business Wire*, May 4, 2017 (4:30 PM)
30. "Cobalt International Energy, Inc. Announces First Quarter 2017 Results and Provides Operational Update," *Business Wire*, May 8, 2017 (6:45 AM)

3

31. "Cobalt International Energy, Inc. Commences Chapter 11 Cases to Facilitate Restructuring," *Business Wire*, December 14, 2017 (6:00 AM)

32. A. Foum, "Risking Appraisal and Development Wells within Oil and Gas Fields," July 16, 2018, https://www.linkedin.com/pulse/risking-appraisal-development-wells-within-oil-gas-fields-alan-foum/

33. "Back-to-basics: A guide to the different types of wells used by oil & gas companies," September 11, 2019, https://www.valuethemarkets.com/analysis/back-to-basics-a-guide-to-the-different-types-of-wells-used-by-oil-gas-companies

**Documents Relied on for Table 1**

1. Anadarko Petroleum Corporation Form 10-K, December 31, 2014, Timestamp per https://www.sec.gov/Archives/edgar/data/773910/000077391015000012/0000773910-15-000012-index.htm.

2. "Anadarko Announces 2015 Capital Program And Guidance," *PR Newswire*, March 3, 2015 (8:50 AM).

3. Anadarko Petroleum Corporation, Guidance/Update Call, March 03, 2015 (9:00AM).

4. Anadarko Petroleum Corporation Form 10-Q, March 31, 2015, Timestamp per https://www.sec.gov/Archives/edgar/data/773910/000077391015000023/0000773910-15-000023-index.htm.

5. Anadarko Petroleum Corporation, FQ1 2015 Earnings Call Transcripts, May 05, 2015 (9:00 AM).

6. Anadarko Petroleum Corporation, Company Conference Presentation, May 20, 2015 (9:30 AM).

7. "Anadarko Announces Second-Quarter 2015 Results," *PR Newswire*, July 28, 2015 (4:05 PM).

8. Anadarko Petroleum Corporation, FQ2 2015 Earnings Call Transcripts, July 29, 2015 (9:00 AM).

9. "Anadarko Announces Third-Quarter 2015 Results," *PR Newswire*, October 27, 2015 (4:05 PM).

10. Anadarko Petroleum Corporation, FQ3 2015 Earnings Call Transcripts, October 28, 2015 (9:00 AM).

11. "2015.11.11 Anadarko Presentation Jefferies Energy Conference," *Bloomberg Transcripts*, November 11, 2015 (10:18 AM).

12. Anadarko Petroleum Corporation, FQ4 2015 Earnings Call Transcripts, February 02, 2016 (9:00 AM).

13. Anadarko Petroleum Corporation Form 10-K, December 31, 2015, accessed at https://www.sec.gov/Archives/edgar/data/773910/000077391016000073/0000773910-16-000073-index.htm.

14. Anadarko Petroleum Corporation, Company Conference Presentation, February 24, 2016 (10:40 AM).

4

15. "Anadarko Announces 2016 Capital Program And Guidance," *PR Newswire*, March 1, 2016 (08:50 AM).

16. Anadarko Petroleum Corporation, FQ1 2016 Earnings Call Transcripts, May 03, 2016 (9:00 AM).

17. Anadarko Petroleum Corporation, Company Conference Presentation, May 11, 2016 (9:00 AM).

18. Anadarko Petroleum Corporation, Company Conference Presentation, May 24, 2016 (1:55 PM).

19. Anadarko Petroleum Corporation, Company Conference Presentation, June 28, 2016 (9:40 PM).

20. Anadarko Petroleum Corporation Form 10-Q, June 30, 2016, Timestamp per https://www.sec.gov/Archives/edgar/data/773910/000077391016000116/0000773910-16-000116-index.htm.

21. "Anadarko Announces Second-Quarter 2016 Results," *PR Newswire*, July 26, 2016 (4:05 PM).

22. Anadarko Petroleum Corporation, FQ2 2016 Earnings Call Transcripts, July 27, 2016. (9:00 AM)

23. Thomson Reuters Streetevents, EDITED TRANSCRIPT APC - Anadarko Petroleum Corp at EnerCom Oil & Gas Conference, August 16, 2016 (4:45 PM).

24. Anadarko Petroleum Corporation, Company Conference Presentation, September 14, 2016 (12:00 PM).

25. Anadarko Petroleum Corporation, FQ3 2016 Earnings Call Transcripts, November 01, 2016 (9:00 AM).

26. Anadarko Petroleum Corporation, FQ4 2016 Earnings Call Transcripts, February 01, 2017 (9:00 AM).

27. Anadarko Petroleum Corporation Form 10-K, December 31, 2016, Timestamp per https://www.sec.gov/Archives/edgar/data/773910/000077391017000020/0000773910-17-000020-index.htm.


**Data Sources and Websites**

1. Bloomberg
2. ©2021 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business
3. Capital IQ
4. Eikon
5. FactSet
6. Lexis News
7. Refinitiv
8. www.sec.gov
9. Colorado Oil and Gas Conservation Commission Glossary of Oil and Gas Terms, https://cogcc.state.co.us/COGIS_Help/glossary.htm

5

10. Hart Energy, "Beacon Offshore's Status Projected to Rise Following Shenandoah Project FID," August 26, 2021, https://www.hartenergy.com/exclusives/beacon-offshores-status-projected-rise-following-shenandoah-project-fid-195917
11. Schlumberger Oilfield Glossary, https://glossary.oilfield.slb.com/en/Terms/d/dry_hole.aspx

**Analyst Reports (Non-Anadarko Reports)**

1. Capital One, Morning Energy Summary, February 2, 2015
2. "Oil & Gas Exploration & Production Reduce Nat Gas Price Outlook, Remain Constructive; Upgrade APC, NBL, EOG," Jefferies, July 6, 2015
3. "APC: '16 Guidance and Investor Call Recap," Capital One Securities, March 1, 2016
4. "Love the One You're With," Deutsche Bank, March 14, 2017
5. Wells Fargo, "E&P: Downgrading APC, SRCI, And XOG," May 2, 2017
6. S&P Global Platts, "Shell greenlights development of US Gulf of Mexico Whale field," July 26, 2021

**Anadarko Analyst Reports**

1. Jefferies, February 23, 2015
2. Simmons, February 24, 2015
3. UBS, February 24, 2015
4. RBC, March 02, 2015
5. Wolfe, March 02, 2015
6. Barclays, March 03, 2015
7. Bernstein, March 03, 2015
8. Goldman Sachs, March 03, 2015
9. Morgan Stanley, March 03, 2015
10. Piper Sandler, March 03, 2015
11. Simmons, March 03, 2015
12. Societe Generale, March 03, 2015
13. UBS, March 03, 2015
14. Barclays, March 04, 2015
15. Capital One, March 04, 2015
16. GMP, March 04, 2015
17. Guggenheim, March 04, 2015
18. Piper Sandler, March 04, 2015
19. Raymond James, March 04, 2015
20. Seaport, March 04, 2015
21. Simmons, March 04, 2015
22. Stifel, March 04, 2015
23. Wells Fargo, March 04, 2015

24. Wolfe, March 04, 2015
25. Johnson Rice, March 05, 2015
26. RBC, March 05, 2015
27. Macquarie, March 06, 2015
28. Morningstar, March 06, 2015
29. Oppenheimer, March 06, 2015
30. KLR Group, March 09, 2015
31. Oppenheimer, March 09, 2015
32. Morningstar, March 12, 2015
33. Goldman Sachs, March 13, 2015
34. Morningstar, March 13, 2015
35. Oppenheimer, March 13, 2015
36. Argus, March 16, 2015
37. Seaport, March 17, 2015
38. Deutsche Bank, March 18, 2015
39. Morningstar, March 18, 2015
40. Simmons, March 18, 2015
41. Oppenheimer, March 20, 2015
42. Credit Suisse, March 25, 2015
43. Credit Suisse (2), March 25, 2015
44. Capital One, March 26, 2015
45. Capital One (2), March 26, 2015
46. Oppenheimer, March 27, 2015
47. Piper Sandler, March 30, 2015
48. Simmons, March 30, 2015
49. RBC, April 01, 2015
50. Seaport, April 01, 2015
51. Seaport (2), April 01, 2015
52. Oppenheimer, April 07, 2015
53. Seaport, April 07, 2015
54. Credit Suisse, April 08, 2015
55. Guggenheim, April 08, 2015
56. Imperial Capital, April 09, 2015
57. RBC, April 09, 2015
58. Capital One, April 10, 2015
59. Oppenheimer, April 10, 2015
60. Anadarko, April 17, 2015
61. BofA, April 17, 2015
62. CFRA Equity, April 17, 2015
63. RBC, April 17, 2015
64. Capital One, April 20, 2015
65. Capital One (2), April 20, 2015
66. Credit Suisse, April 20, 2015

7

67.  Nomura, April 21, 2015
68.  Wells Fargo, April 21, 2015
69.  Barclays, April 23, 2015
70.  Wells Fargo, April 23, 2015
71.  Jefferies, April 24, 2015
72.  Oppenheimer, April 26, 2015
73.  Cowen, April 27, 2015
74.  Cowen (2), April 27, 2015
75.  Seaport, April 28, 2015
76.  RBC, May 01, 2015
77.  Barclays, May 04, 2015
78.  Guggenheim, May 04, 2015
79.  Jefferies, May 04, 2015
80.  JPMorgan, May 04, 2015
81.  Morgan Stanley, May 04, 2015
82.  Piper Sandler, May 04, 2015
83.  RBC, May 04, 2015
84.  Simmons, May 04, 2015
85.  Wells Fargo, May 04, 2015
86.  Atlantic, May 05, 2015
87.  BMO Capital Markets, May 05, 2015
88.  BoA, May 05, 2015
89.  Capital One, May 05, 2015
90.  Capital One (2), May 05, 2015
91.  CFRA Equity, May 05, 2015
92.  Cowen, May 05, 2015
93.  Credit Suisse, May 05, 2015
94.  Deutsche Bank, May 05, 2015
95.  GMP, May 05, 2015
96.  Goldman Sachs, May 05, 2015
97.  Oppenheimer, May 05, 2015
98.  Raymond James, May 05, 2015
99.  Scotiabank, May 05, 2015
100.  Seaport, May 05, 2015
101.  Simmons, May 05, 2015
102.  Societe Generale, May 05, 2015
103.  Stifel, May 05, 2015
104.  UBS, May 05, 2015
105.  Wells Fargo, May 05, 2015
106.  Wolfe, May 05, 2015
107.  Capital One, May 06, 2015
108.  Johnson Rice, May 06, 2015
109.  RBC, May 06, 2015

110.   Barclays, May 07, 2015
111.   Oppenheimer, May 15, 2015
112.   Capital One, May 18, 2015
113.   Simmons, May 18, 2015
114.   Simmons (2), May 18, 2015
115.   Seaport, May 19, 2015
116.   Wolfe, May 19, 2015
117.   UBS, May 20, 2015
118.   Oppenheimer, May 22, 2015
119.   Seaport, May 27, 2015
120.   Morningstar, May 28, 2015
121.   Guggenheim, May 29, 2015
122.   Guggenheim (2), May 29, 2015
123.   Oppenheimer, May 29, 2015
124.   Wells Fargo, May 29, 2015
125.   Credit Suisse, June 01, 2015
126.   Evercore, June 01, 2015
127.   Guggenheim, June 03, 2015
128.   Capital One, June 04, 2015
129.   Capital One (2), June 04, 2015
130.   Scotia Bank, June 04, 2015
131.   Simmons, June 04, 2015
132.   Simmons (2), June 04, 2015
133.   Wells Fargo, June 04, 2015
134.   JPMorgan, June 05, 2015
135.   Oppenheimer, June 05, 2015
136.   Raymond James, June 05, 2015
137.   RBC, June 05, 2015
138.   Scotia Bank, June 05, 2015
139.   Simmons, June 05, 2015
140.   RBC, June 08, 2015
141.   Oppenheimer, June 12, 2015
142.   Cowen, June 17, 2015
143.   Cowen (2), June 17, 2015
144.   Guggenheim, June 17, 2015
145.   Imperial Capital, June 17, 2015
146.   Simmons, June 18, 2015
147.   Oppenheimer, June 19, 2015
148.   Morningstar, June 25, 2015
149.   BoA, June 26, 2015
150.   Oppenheimer, June 26, 2015
151.   Argus, June 29, 2015
152.   RBC, June 29, 2015

153.  Oppenheimer, July 02, 2015
154.  RBC, July 06, 2015
155.  Capital One, July 07, 2015
156.  Guggenheim, July 07, 2015
157.  Morningstar, July 07, 2015
158.  Simmons, July 07, 2015
159.  Cowen, July 08, 2015
160.  Argus, July 14, 2015
161.  Guggenheim, July 14, 2015
162.  Evercore, July 15, 2015
163.  Oppenheimer, July 17, 2015
164.  Simmons, July 20, 2015
165.  GHS, July 21, 2015
166.  Seaport, July 21, 2015
167.  Oppenheimer, July 24, 2015
168.  RBC, July 24, 2015
169.  Barclays, July 27, 2015
170.  Evercore, July 27, 2015
171.  Barclays, July 28, 2015
172.  Bernstein, July 28, 2015
173.  BMO, July 28, 2015
174.  BoA, July 28, 2015
175.  Cowen, July 28, 2015
176.  Evercore, July 28, 2015
177.  Guggenheim, July 28, 2015
178.  Morgan Stanley, July 28, 2015
179.  Piper Sandler, July 28, 2015
180.  RBC, July 28, 2015
181.  RBC (2), July 28, 2015
182.  Simmons, July 28, 2015
183.  Wells Fargo, July 28, 2015
184.  Atlantic, July 29, 2015
185.  Capital One, July 29, 2015
186.  Capital One (2), July 29, 2015
187.  CFRA Equity, July 29, 2015
188.  Deutsche Bank, July 29, 2015
189.  GMP, July 29, 2015
190.  Goldman Sachs, July 29, 2015
191.  Johnson Rice, July 29, 2015
192.  Morningstar, July 29, 2015
193.  Oppenheimer, July 29, 2015
194.  Raymond James, July 29, 2015
195.  RBC, July 29, 2015

196. RBC (2), July 29, 2015
197. Scotia Bank, July 29, 2015
198. Seaport, July 29, 2015
199. Societe Generale, July 29, 2015
200. UBS, July 29, 2015
201. Wells Fargo, July 29, 2015
202. Wolfe, July 29, 2015
203. Capital One, July 30, 2015
204. Credit Suisse, July 30, 2015
205. KLR Group, July 30, 2015
206. Barclays, July 31, 2015
207. Simmons, July 31, 2015
208. Morningstar, August 03, 2015
209. Evercore, August 04, 2015
210. Imperial Capital, August 04, 2015
211. Evercore, August 10, 2015
212. Argus, August 11, 2015
213. Seaport, August 13, 2015
214. Oppenheimer, August 14, 2015
215. Barclays, August 17, 2015
216. Imperial Capital, August 17, 2015
217. Oppenheimer, August 17, 2015
218. Societe Generale, August 17, 2015
219. Morningstar, August 21, 2015
220. Oppenheimer, August 21, 2015
221. Imperial Capital, August 24, 2015
222. Morningstar, September 02, 2015
223. Oppenheimer, September 04, 2015
224. UBS, September 07, 2015
225. Barclays, September 09, 2015
226. Evercore, September 10, 2015
227. Jefferies, September 11, 2015
228. Oppenheimer, September 11, 2015
229. Morningstar, September 12, 2015
230. Cowen, September 15, 2015
231. Seaport, September 15, 2015
232. Capital One, September 16, 2015
233. Morningstar, September 18, 2015
234. Oppenheimer, September 18, 2015
235. Evercore, September 20, 2015
236. Cowen, September 22, 2015
237. Morningstar, September 22, 2015
238. Morningstar, September 24, 2015

11

239. Morningstar, September 25, 2015
240. Oppenheimer, September 25, 2015
241. UBS, September 25, 2015
242. Seaport, September 29, 2015
243. Guggenheim, October 02, 2015
244. Imperial Capital, October 02, 2015
245. Oppenheimer, October 02, 2015
246. Evercore, October 04, 2015
247. Evercore, October 12, 2015
248. Cowen, October 13, 2015
249. Atlantic, October 15, 2015
250. Oppenheimer, October 16, 2015
251. Evercore, October 19, 2015
252. Seaport Global, October 19, 2015
253. Cowen, October 21, 2015
254. Jefferies, October 21, 2015
255. Credit Suisse, October 22, 2015
256. RBC, October 23, 2015
257. Evercore, October 26, 2015
258. RBC , October 26, 2015
259. Barclays, October 27, 2015
260. BMO, October 27, 2015
261. BMO (2), October 27, 2015
262. BoA, October 27, 2015
263. Cowen, October 27, 2015
264. Evercore, October 27, 2015
265. Guggenheim, October 27, 2015
266. Johnson Rice, October 27, 2015
267. Macquarie, October 27, 2015
268. RBC, October 27, 2015
269. Simmons, October 27, 2015
270. Wells Fargo, October 27, 2015
271. Atlantic, October 28, 2015
272. Capital One, October 28, 2015
273. Capital One (2), October 28, 2015
274. Capital One (3), October 28, 2015
275. CFRA Equity, October 28, 2015
276. Deutsche Bank, October 28, 2015
277. Goldman Sachs, October 28, 2015
278. Johnson Rice, October 28, 2015
279. KLR Group, October 28, 2015
280. Morgan Stanley, October 28, 2015
281. Morningstar, October 28, 2015

282. RBC, October 28, 2015
283. RBC (2), October 28, 2015
284. Scotiabank, October 28, 2015
285. Seaport, October 28, 2015
286. Simmons, October 28, 2015
287. Societe Generale, October 28, 2015
288. UBS, October 28, 2015
289. Wolfe, October 28, 2015
290. Capital One, October 29, 2015
291. Credit Suisse, October 29, 2015
292. Oppenheimer, October 29, 2015
293. Raymond James, October 29, 2015
294. Wells Fargo, October 29, 2015
295. Barclays, October 30, 2015
296. Jefferies, October 30, 2015
297. Simmons, October 30, 2015
298. BMO, November 02, 2015
299. Evercore, November 02, 2015
300. Guggenheim, November 02, 2015
301. Morningstar, November 02, 2015
302. Cowen, November 03, 2015
303. Evercore, November 09, 2015
304. Oppenheimer, November 09, 2015
305. Barclays, November 10, 2015
306. Bernstein, November 10, 2015
307. Guggenheim, November 10, 2015
308. RBC, November 10, 2015
309. Barclays, November 11, 2015
310. Jefferies, November 11, 2015
311. Oppenheimer, November 11, 2015
312. RBC, November 11, 2015
313. UBS, November 11, 2015
314. Wells Fargo, November 11, 2015
315. Credit Suisse, November 12, 2015
316. Evercore, November 12, 2015
317. Oppenheimer, November 12, 2015
318. Evercore, November 16, 2015
319. Oppenheimer, November 20, 2015
320. Argus, November 25, 2015
321. Acquisdata, November 27, 2015
322. Evercore, November 28, 2015
323. Capital One, December 01, 2015
324. MUFG, December 01, 2015

13

325.    Simmons, December 01, 2015
326.    Societe Generale, December 01, 2015
327.    RBC, December 02, 2015
328.    Capital One, December 03, 2015
329.    RBC, December 03, 2015
330.    RBC (2), December 03, 2015
331.    RBC (3), December 03, 2015
332.    Scotia Bank, December 03, 2015
333.    Simmons, December 03, 2015
334.    Societe Generale, December 03, 2015
335.    Oppenheimer, December 04, 2015
336.    Evercore, December 06, 2015
337.    MUFG, December 06, 2015
338.    Evercore, December 07, 2015
339.    Barclays, December 08, 2015
340.    MUFG, December 08, 2015
341.    JPMorgan, December 09, 2015
342.    Evercore, December 13, 2015
343.    Oppenheimer, December 13, 2015
344.    Evercore, December 14, 2015
345.    Deutsche Bank, December 15, 2015
346.    Barclays, December 17, 2015
347.    Capital One, December 17, 2015
348.    Goldman Sachs, December 17, 2015
349.    Guggenheim, December 17, 2015
350.    Johnson Rice, December 17, 2015
351.    Morningstar, December 17, 2015
352.    RBC, December 17, 2015
353.    Simmons, December 17, 2015
354.    Wells Fargo, December 17, 2015
355.    Wells Fargo (2), December 17, 2015
356.    BoA, December 18, 2015
357.    Capital One, December 18, 2015
358.    Deutsche Bank, December 18, 2015
359.    Oppenheimer, December 18, 2015
360.    Evercore, December 20, 2015
361.    Guggenheim, December 21, 2015
362.    Simmons, December 21, 2015
363.    RBC, December 22, 2015
364.    MUFG, December 29, 2015
365.    Cowen, December 31, 2015
366.    Evercore, January 04, 2016
367.    Oppenheimer, January 08, 2016

14

368.   Societe Generale, January 11, 2016
369.   Jefferies, January 12, 2016
370.   Morningstar, January 12, 2016
371.   UBS, January 12, 2016
372.   Seaport, January 13, 2016
373.   Morningstar, January 15, 2016
374.   Morningstar (2), January 15, 2016
375.   Oppenheimer, January 15, 2016
376.   Societe Generale, January 15, 2016
377.   Evercore, January 21, 2016
378.   Morningstar, January 22, 2016
379.   Oppenheimer, January 22, 2016
380.   Credit Suisse, January 26, 2016
381.   Atlantic, January 27, 2016
382.   Evercore, January 27, 2016
383.   Johnson Rice, January 29, 2016
384.   MUFG, January 29, 2016
385.   Oppenheimer, January 29, 2016
386.   Evercore, January 31, 2016
387.   Barclays, February 01, 2016
388.   Barclays (2), February 01, 2016
389.   BMO, February 01, 2016
390.   BoA, February 01, 2016
391.   Cowen, February 01, 2016
392.   Cowen (2), February 01, 2016
393.   Deutsche Bank, February 01, 2016
394.   Evercore, February 01, 2016
395.   Guggenheim, February 01, 2016
396.   Jefferies, February 01, 2016
397.   Jefferies (2), February 01, 2016
398.   Johnson Rice, February 01, 2016
399.   JPMorgan, February 01, 2016
400.   RBC, February 01, 2016
401.   RBC (2), February 01, 2016
402.   RBC (3), February 01, 2016
403.   Simmons, February 01, 2016
404.   UBS, February 01, 2016
405.   ValuEngine, February 01, 2016
406.   Wells Fargo, February 01, 2016
407.   Atlantic, February 02, 2016
408.   Capital One, February 02, 2016
409.   CFRA Equity, February 02, 2016
410.   Goldman Sachs, February 02, 2016

15

411.    Guggenheim, February 02, 2016
412.    Johnson Rice, February 02, 2016
413.    Macquarie, February 02, 2016
414.    Morgan Stanley, February 02, 2016
415.    MUFG, February 02, 2016
416.    Raymond James, February 02, 2016
417.    RBC, February 02, 2016
418.    Scotiabank, February 02, 2016
419.    Seaport, February 02, 2016
420.    Simmons, February 02, 2016
421.    Simmons (2), February 02, 2016
422.    Societe Generale, February 02, 2016
423.    UBS, February 02, 2016
424.    UBS (2), February 02, 2016
425.    Wells Fargo, February 02, 2016
426.    Wells Fargo (2), February 02, 2016
427.    Wolfe, February 02, 2016
428.    Barclays, February 03, 2016
429.    BMO Capital Markets, February 03, 2016
430.    BoA, February 03, 2016
431.    CFRA Equity, February 03, 2016
432.    Credit Suisse, February 03, 2016
433.    Morningstar, February 03, 2016
434.    Simmons, February 03, 2016
435.    Morningstar, February 05, 2016
436.    Morningstar (2), February 05, 2016
437.    Evercore, February 07, 2016
438.    Aquisdata, February 08, 2016
439.    Societe Generale, February 08, 2016
440.    Barclays, February 09, 2016
441.    Deutsche Bank, February 09, 2016
442.    Evercore, February 09, 2016
443.    MUFG, February 09, 2016
444.    RBC, February 09, 2016
445.    Simmons, February 09, 2016
446.    BoA, February 10, 2016
447.    Capital One, February 10, 2016
448.    Deutsche Bank, February 10, 2016
449.    Morningstar, February 10, 2016
450.    Simmons, February 10, 2016
451.    UBS, February 10, 2016
452.    Wells Fargo, February 10, 2016
453.    Morningstar, February 11, 2016

16

454. Argus, February 22, 2016
455. Guggenheim, February 22, 2016
456. Guggenheim, February 23, 2016
457. UBS, February 23, 2016
458. Barclays, February 24, 2016
459. Deutsche Bank, February 24, 2016
460. Jefferies, February 24, 2016
461. Morgan Stanley, February 24, 2016
462. RBC, February 24, 2016
463. Wolfe, February 24, 2016
464. Barclays, February 25, 2016
465. BoA, February 25, 2016
466. Capital One, February 25, 2016
467. Deutsche Bank, February 25, 2016
468. MUFG, February 25, 2016
469. Piper Sandler, February 25, 2016
470. RBC, February 25, 2016
471. Simmons, February 25, 2016
472. RBC, February 28, 2016
473. Barclays, March 01, 2016
474. Barclays (2), March 01, 2016
475. BoA, March 01, 2016
476. Capital One, March 01, 2016
477. Cowen, March 01, 2016
478. Cowen (2), March 01, 2016
479. Deutsche Bank, March 01, 2016
480. Evercore, March 01, 2016
481. Guggenheim, March 01, 2016
482. Morgan Stanley, March 01, 2016
483. Piper Sandler, March 01, 2016
484. RBC, March 01, 2016
485. Simmons, March 01, 2016
486. Societe Generale, March 01, 2016
487. UBS, March 01, 2016
488. Wells Fargo, March 01, 2016
489. Wells Fargo (2), March 01, 2016
490. Credit Suisse, March 02, 2016
491. Jefferies, March 02, 2016
492. Johnson Rice, March 02, 2016
493. Macquarie, March 02, 2016
494. Morningstar, March 02, 2016
495. Morningstar (2), March 02, 2016
496. MUFG, March 02, 2016

17

497.   RBC, March 02, 2016
498.   Scotiabank, March 02, 2016
499.   Wolfe, March 02, 2016
500.   BMO Capital Markets, March 03, 2016
501.   Morningstar, March 03, 2016
502.   Deutsche Bank, March 04, 2016
503.   Cowen, March 08, 2016
504.   Barclays, March 09, 2016
505.   RBC, March 11, 2016
506.   Evercore, March 13, 2016
507.   Guggenheim, March 14, 2016
508.   BoA, March 15, 2016
509.   Capital One, March 15, 2016
510.   Evercore, March 21, 2016
511.   Societe Generale, March 22, 2016
512.   Bernstein, March 22, 2016
513.   Capital One, March 22, 2016
514.   Cowen, March 23, 2016
515.   Morningstar, March 24, 2016
516.   Seaport, March 30, 2016
517.   JP Morgan, April 02, 2016
518.   Morningstar, April 06, 2016
519.   Morningstar, April 07, 2016
520.   Morningstar (2), April 07, 2016
521.   Morningstar, April 08, 2016
522.   Morningstar, April 09, 2016
523.   Piper Sandler, April 11, 2016
524.   Simmons, April 11, 2016
525.   Cowen, April 13, 2016
526.   Evercore, April 14, 2016
527.   Morningstar, April 14, 2016
528.   Argus, April 15, 2016
529.   JPMorgan, April 15, 2016
530.   Scoiete Generale, April 15, 2016
531.   Capital One, April 20, 2016
532.   Jefferies, April 20, 2016
533.   MUFG, April 20, 2016
534.   Cowen, April 21, 2016
535.   JPMorgan, April 21, 2016
536.   Wells Fargo, April 22, 2016
537.   RBC, April 29, 2016
538.   Barclays, May 02, 2016
539.   Barclays (2), May 02, 2016

18

540.    BMO Capital Markets, May 02, 2016
541.    Evercore, May 02, 2016
542.    Guggenheim, May 02, 2016
543.    Jefferies, May 02, 2016
544.    Johnson Rice, May 02, 2016
545.    JPMorgan, May 02, 2016
546.    Morgan Stanley, May 02, 2016
547.    MUFG, May 02, 2016
548.    Piper Sandler, May 02, 2016
549.    RBC, May 02, 2016
550.    Seaport Global, May 02, 2016
551.    Simmons, May 02, 2016
552.    UBS, May 02, 2016
553.    Wells Fargo, May 02, 2016
554.    Atlantic, May 03, 2016
555.    Barclays, May 03, 2016
556.    BoA, May 03, 2016
557.    Capital One, May 03, 2016
558.    Capital One (2), May 03, 2016
559.    CFRA Equity, May 03, 2016
560.    Cowen, May 03, 2016
561.    Deutsche Bank, May 03, 2016
562.    Goldman Sachs, May 03, 2016
563.    Johnson Rice, May 03, 2016
564.    KLR Group, May 03, 2016
565.    Macquarie, May 03, 2016
566.    Morgan Stanley, May 03, 2016
567.    Morningstar, May 03, 2016
568.    MUFG, May 03, 2016
569.    Societe Generale, May 03, 2016
570.    Wells Fargo`, May 03, 2016
571.    Wolfe, May 03, 2016
572.    Atlantic, May 04, 2016
573.    Bernstein, May 04, 2016
574.    BMO Capital Markets, May 04, 2016
575.    Credit Suisse, May 04, 2016
576.    Credit Suisse (2), May 04, 2016
577.    Goldman Sachs, May 04, 2016
578.    JPMorgan, May 04, 2016
579.    Morningstar, May 04, 2016
580.    Raymond James, May 04, 2016
581.    Scotia Bank, May 04, 2016
582.    Goldman Sachs, May 05, 2016

19

583.    RBC, May 06, 2016
584.    Evercore, May 08, 2016
585.    Acquisdata, May 09, 2016
586.    Morningstar, May 11, 2016
587.    Piper Sandler, May 12, 2016
588.    Simmons, May 12, 2016
589.    Cowen, May 13, 2016
590.    JPMorgan, May 13, 2016
591.    Societe Generale, May 13, 2016
592.    Guggenheim, May 17, 2016
593.    Piper Sandler, May 19, 2016
594.    Cowen, May 20, 2016
595.    Credit Suisse, May 20, 2016
596.    Argus, May 24, 2016
597.    Guggenheim, May 24, 2016
598.    UBS, May 24, 2016
599.    Credit Suisse, May 25, 2016
600.    Jefferies, June 01, 2016
601.    Seaport Global, June 07, 2016
602.    Piper Sandler, June 09, 2016
603.    Simmons, June 09, 2016
604.    BoA, June 14, 2016
605.    Capital One, June 14, 2016
606.    MUFG, June 14, 2016
607.    Evercore, June 19, 2016
608.    Evercore, June 20, 2016
609.    BoA, June 21, 2016
610.    CFRA Equity, June 21, 2016
611.    JPMorgan, June 28, 2016
612.    Capital One, June 29, 2016
613.    Evercore, June 29, 2016
614.    Capital One, June 30, 2016
615.    Piper Sandler, June 30, 2016
616.    Simmons, June 30, 2016
617.    BoA, July 06, 2016
618.    JPMorgan, July 12, 2016
619.    Piper Sandler, July 14, 2016
620.    Societe Generale, July 15, 2016
621.    Capital One, July 18, 2016
622.    Jefferies, July 18, 2016
623.    Evercore, July 19, 2016
624.    Capital One, July 21, 2016
625.    JPMorgan, July 21, 2016

626. RBC, July 21, 2016
627. Guggenheim, July 24, 2016
628. Evercore, July 25, 2016
629. Seaport, July 25, 2016
630. Seaport (2), July 25, 2016
631. Barclays, July 26, 2016
632. Barclays (2), July 26, 2016
633. BMO, July 26, 2016
634. BoA, July 26, 2016
635. Cowen, July 26, 2016
636. Evercore, July 26, 2016
637. Goldman Sachs, July 26, 2016
638. Guggenheim, July 26, 2016
639. Johnson Rice, July 26, 2016
640. JPMorgan, July 26, 2016
641. Morningstar, July 26, 2016
642. Piper Sandler, July 26, 2016
643. Raymond James, July 26, 2016
644. RBC, July 26, 2016
645. Simmons, July 26, 2016
646. Wells Fargo, July 26, 2016
647. Atlantic Equities, July 27, 2016
648. Capital One, July 27, 2016
649. CFRA Equity, July 27, 2016
650. Cowen, July 27, 2016
651. Deutsche Bank, July 27, 2016
652. Goldman Sachs, July 27, 2016
653. Johnson Rice, July 27, 2016
654. KLR Group, July 27, 2016
655. Macquarie, July 27, 2016
656. Morgan Stanley, July 27, 2016
657. Raymond James, July 27, 2016
658. Societe Generale, July 27, 2016
659. UBS, July 27, 2016
660. Wells Fargo, July 27, 2016
661. Wells Fargo (2), July 27, 2016
662. Credit Suisse, July 28, 2016
663. Piper Sandler, July 28, 2016
664. Simmons, July 28, 2016
665. Wolfe, July 28, 2016
666. Barclays, July 29, 2016
667. JPMorgan, July 29, 2016
668. Evercore, July 31, 2016

21