# Exhibit 20

<u>**EXPERT REPORT OF PETER KELLER**</u>

November 9, 2022

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## Table of Contents

1.    Introduction ........................................................................................................ 4

    1.1.    Qualifications.............................................................................................. 4

    1.2.    Executive Summary .................................................................................... 5

    1.3.    Assignment and Summary of Conclusions ................................................. 6

2.    Required and Voluntary Disclosures Are Reflected in Efficient Market Prices.................. 9

    2.1.    Market Efficiency ...................................................................................... 9

    2.2.    Public Information ................................................................................... 10

    2.3.    Methodology for Identifying Relevant Disclosures and Commentary from Market Participants.................................................................................................. 12

3.    Background on the Shenandoah Field ..................................................................... 14

4.    Investors' Understanding of Anadarko's Industry and Business...................................... 24

    4.1.    Offshore Oil and Gas Exploration and Development................................... 24

    4.2.    Anadarko.................................................................................................. 40

5.    Publicly Disclosed Information Regarding Shenandoah ...................................... 55

    5.1.    Anadarko's Pre-Class Period Statements about the Projected Value and Size of Shenandoah Project.................................................................................................. 55

    5.2.    Anadarko's Statements During the Class Period ........................................ 76

## Tables of Figures

Figure 1. Key Shenandoah Events with APC Stock Price and WTI Spot Price .............................. 14

Figure 2. May 2016 Map Prepared by Anadarko ................................................................. 18

Figure 3. Placement and Status of Shenandoah Appraisal Wells in May 2016 ............................ 19

Figure 4. Ultra Deepwater Drillship Dayrate and Marketed Utilization ........................................ 29

Figure 5. Anadarko's Global Exploration and Production Activities as of February 17, 2017 ................................................................................................................................. 42

Figure 6. Anadarko's U.S. Onshore Exploration and Production Activities as of February 17, 2017 ..................................................................................................................... 44

Figure 7. Anadarko's GoM Offshore Exploration and Production Activities as of February 17, 2017 ..................................................................................................................... 45

Figure 8. Portion of Anadarko's Valuation Attributed to Shenandoah ........................................... 50

Figure 9. Reproduced Slide: Building Upon Momentum in 2012 ...................................................... 58

Figure 10. Reproduced Slide: Industry-Leading Exploration Success Again in 2013 .................... 59

Figure 11. Reproduced Slide: Shenandoah Basin: ~$2 - 4 Billion Net Opportunity ...................... 60

Figure 12. Reproduced Slide: Continuous Mega-Project Pipeline Delivering Results................... 85

Figure 13. Graphic from Anadarko's Q4 2014 Operations Report...................................................... 89

Figure 14. Slide from March 3, 2015 Capital Program and Guidance Call Presentation ............... 95

Figure 15. Slide from May 24, 2016 UBS Global Oil and Gas Conference ..................................... 109

Figure 16. Graphic from Anadarko's October 27, 2015 Operations Report................................... 114

# 1. Introduction

## 1.1.    Qualifications

1.    I am a Managing Director at Berkeley Research Group, an expert services firm that specializes in economic and financial analysis.

2.    I have been involved in financing oil and gas companies and their exploration activities since 1978. My experience includes decades as a commercial banker and over 15 years as a manager of oil and gas direct investment portfolios for a number of large institutional investors, including pension funds and college/university endowments.

3.    During that period I managed significant investments offshore in the Gulf of Mexico ("GoM"), primarily for various pension funds of General Motors.

4.    My career spans a number of cycles in what has always been a capital-intensive industry that is subject to significant volatility in commodity prices, oilfield service costs, and basic supply and demand.

5.    I also had direct experience with Anadarko Petroleum, a commercial banking client of the Bank of New York/BNY Mellon, as I was the head of the bank's Energy Division which covered all banking relationships in the exploration and production, oilfield services, midstream, refining & marketing and pipeline sectors (as well as the utility sector encompassing nuclear, fossil & renewable generation, and transmission & distribution).

6.    I earned a bachelor's degree in history, environmental studies, and economics from Williams College in Williamstown, Massachusetts, and have completed courses at the Graduate School of Business Administration at New York University.

7.  I am being compensated for my work on this matter at an hourly rate of $665, including for any testimony I may provide in this matter.  My compensation is not contingent upon my opinions and conclusions, or the outcome of this matter.

8.  My qualifications and testimony from the last four years are summarized in Appendix A.

9.  The materials upon which I have relied are listed in Appendix B.

## 1.2.    Executive Summary

10. In February 2009, Anadarko announced that a discovery well in the Shenandoah deepwater oil field in the Gulf of Mexico, referred to herein as Shen-1, had encountered oil.[1]

11. A group of firms partnered with each other to assess the quality, extent, and accessibility of oil in the Shenandoah field, and to develop a plan for extracting oil should economic conditions prove sufficiently favorable. As of January 27, 2014, these partners and their ownership interests were Anadarko (30%); ConocoPhillips (30%); Cobalt International Energy (20%); Venari Resources LLC (10%); and Marathon Oil Corporation (10%) (the "Shenandoah Partners").[2]

12. Anadarko and the Shenandoah Partners would drill five additional wells, which I refer to as Shen-2 through Shen-6, to appraise the field.

13. Anadarko ultimately decided not to sanction the Shenandoah field. On May 2, 2017, after market close, Anadarko announced that they were taking a $467 million impairment charge

---

[1] Anadarko Petroleum Corporation, "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009 (APC-01338356).

[2] Cowen and Company, "Anadarko Petroleum Corporation Initiating Coverage: Initiation: Maximizing NAV Through Portfolio Management," January 27, 2014 (ANADARKO_00000074). These ownership interests changed at various times during the class period.

for the unproved property balance related to the Shenandoah project and expensing $435 million in exploratory drilling costs for Shenandoah, including $267 million previously capitalized for a period greater than one year.[3]

14.    Plaintiffs filed suit, alleging, among other things, that Anadarko and four Anadarko executives[4] (collectively "Defendants") "engaged in a fraudulent scheme through various means and methods that operated as a deception on the investing public concerning the size and commercial viability of the Shenandoah project."[5] The class period covers February 20, 2015, through May 2, 2017 (the "Class Period").[6]

## 1.3.    Assignment and Summary of Conclusions

15.    I have been asked by Cravath, Swaine & Moore, counsel for Defendants, to analyze the information known to the market about Shenandoah before, during and after the Class Period. In particular, I have been asked to examine disclosures made by Anadarko and the Shenandoah Partners, as well as commentary from market participants and public press, to analyze, based on my experience, what information concerning Shenandoah was in the market both before and during the Class Period. In doing so, I examine how sophisticated and professional investors in the oil and gas industry (referred to herein simply as "investors") understood the statements Plaintiffs allege are misleading, including based on

---

[3] Anadarko Petroleum Corporation, Q1 2017 10-Q, May 2, 2017, pp. 12-13.

[4] R.A. Walker, Anadarko's Chairman, President, and Chief Executive Officer; Robert G. Gwin, Anadarko's Executive VP of Finance and CFO from May 2013 to November 2018; Robert P. Daniels, Anadarko's Executive VP of International and Deepwater Exploration from May 2013 until December 2016; and Earnest A. Leyendecker, III, Senior VP of Exploration – Gulf of Mexico from February 2014 until April 2015 and Senior VP of International Exploration and Executive VP of International & Deepwater Exploration from August 23, 2016 through October 4, 2017. (Amended Complaint ¶¶ 17-20.)

[5] Amended Complaint ¶ 5(a)-(f).

[6] *Id.* ¶ 1.

additional information publicly available to investors. I understand that this report will be used, among other ways, in support of Defendants' truth-on-the-market defense.

16. Based on this review, and my experience as a commercial banker and manager of oil and gas direct investment portfolios, I find that:

   a. Investors understand that appraisal drilling is a high-risk business subject to uncertainty, and that any decision to invest in and develop an oil field depends on many factors, including the results from each appraisal well, cost of development, prevailing oil prices, and position within the company's entire portfolio.

   b. Investors did not understand Anadarko's pre-Class Period statements as constituting a resource estimate of Shenandoah. Rather, investors at that time understood that Shenandoah was promising but not a sure thing, as Anadarko consistently and properly disclosed that the appraisal was in an early stage or ongoing and that the company needed to perform additional testing and analysis to quantify the resource range.

   c. During the Class Period, the market was aware that:

      i. Anadarko had not made a final decision to develop Shenandoah, and any such decision would be based on multiple factors, such as the price of oil, cost of development, and the potential of Shenandoah compared to the rest of Anadarko's portfolio;

      ii. developing Shenandoah required 20,000 psi technology, which had not been used in any previous developments;

      iii. the Shenandoah prospect was geologically complex and faulted;

      iv. after the drilling of Shen-3 that it did not encounter hydrocarbons;

v.  after the drilling of the original hole at Shen-4 that it encountered salt;

vi.  the appraisal wells after Shen-2, with the exception of Shen-5, encountered less oil pay than Shen-2, indicating that the resource size might be smaller than originally hoped;

vii. Anadarko would not develop Shenandoah in the commodity price environment existing from early 2016 through the end of the Class Period;

viii.  after the drilling of Shen-4, any decision to develop Shenandoah depended on the information gathered from Shen-5 and Shen-6; and

ix.  after the drilling of Shen-5, any decision to develop Shenandoah depended on the information gathered from Shen-6.

17.    In the remainder of this report, I expand upon and explain the basis for these conclusions.

a.  In Section 2, I review general concepts of market efficiency, the type of information that public companies, such as Anadarko, disclose to the market and how it is done, and my methodology for reviewing relevant market disclosures.

b.  In Section 3, I provide background information on the Shenandoah field, including a timeline of its exploration and appraisal.

c.  In Section 4, I describe the industry for offshore oil & gas exploration and development, and I describe Anadarko's business.

With these background items in place, in Section 5, I review Plaintiffs' allegations in this matter and the related information that was disclosed to the market. I first review disclosures from before the Class Period, followed by disclosures from within the Class Period, and present my conclusions with respect to each type of allegation.

## 2. Required and Voluntary Disclosures Are Reflected in Efficient Market Prices

### 2.1.    Market Efficiency

18.    Plaintiffs contend that Anadarko securities traded in an efficient market during the Class Period.[7] For the purposes of this report, I do not dispute that assertion and assume that the market for Anadarko securities during regular trading hours was efficient.

19.    Widely accepted financial theory posits that credible publicly available information, regardless of source, is reflected in the prices of securities that trade actively in public markets. The market for the company's stock is viewed as efficient when the price of the stock is able to quickly reflect new information about the company. As Professor Damodaran of New York University points out, reaction of stock prices to new information is "instantaneous" in an efficient market.[8] In a widely used textbook, Professors Brealey, Myers and Allen describe an efficient market as one in which "prices reflect all the information that can be acquired by painstaking analysis of the company and the economy."[9]

20.    In an efficient market, a company's stock price reflects the totality of information publicly available from all resources regarding the company's expected future earnings or cash flows. Typical sources of company information include, for example:

---

[7] *See, e.g.*, Expert Report of Bjorn I. Steinholt, CFA, *In re: Anadarko Petroleum Corporation Securities Litigation*, Civ. Action No. 4:20-cv-00576 (S.D. Tex.), dated October 1, 2021, ¶ 9.

[8] Aswath Damodaran, Investment Valuation: Tools and Techniques for Determining the Value of Any Asset, Wiley, 2nd edition, p. 131.

[9] Richard A. Brealey, Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 12th edition, p. 332.

a. The company's own disclosures, including SEC filings, press releases, conference calls;

b. Disclosures by partners on the same projects;

c. Analyst reports; and

d. Media coverage, such as news articles.

21. Only new information that materially changes the market's view on the company's expected future earnings or cash flows would significantly affect the stock price.[10] Other information such as the replacement of a director on the board may be new but is generally treated as immaterial by the market and would not significantly affect the stock price.

## 2.2.    Public Information

22. Publicly traded companies, such as Anadarko was prior to August 8, 2019, are required by law to disclose certain information to the public.

23. For example, Anadarko is required by the U.S. Securities and Exchange Commission ("SEC") to submit an annual report of the company's operational results in Form 10-K and quarterly results in Form 10-Q. In such filings, a publicly traded company like Anadarko is required to, among other things, provide a description of its business and report financial performance in standardized forms of financial statements. The company is also required to discuss the risk factors faced by the company and explain its business results and any significant matters. Major developments or events that occur outside the standard reporting

---

[10] BMO, "How does breaking news affect markets?," May 5, 2020, p. 1, https://www.bmo.com/main/personal/investments/learning-centre/how-breaking-news-affects-markets/#:~:text=When%20breaking%20news%20comes%20in,price%20movements%20following%20the%20news.

cycle are can be disclosed by filing a Form 8-K. A company can also make voluntary disclosures about its business.[11]

24.    Company management may also provide additional information on earning calls. During these earnings calls, company management usually provides background on company financial results and responds to specific questions raised by sophisticated equity research analysts covering the industry and the company. Typically, transcripts of these calls are promptly made available to the public.[12] In addition, company managers from the oil & gas industry often participate in industry conferences and present on specific matters.

25.    The market also incorporates information from other market participants. This includes reports from securities analysts, who review and analyze public information to offer guidance to investors regarding specific companies and industries. Investors then use this information to make trading decisions, and the information is rapidly incorporated into a company's stock price.[13]

26.    General news and press outlets can also provide information to the investing public. This can include news outlets, magazines and similar sources.

---

[11]    SEC, "Exchange Act Reporting and Registration," April 28, 2022, https://www.sec.gov/education/smallbusiness/goingpublic/exchangeactreporting; SEC, "Form 10K," t.Investor.gov, https://www.investor.gov/introduction-investing/investing-basics/glossary/form-10-k.

[12] The Street, "What Is an Earnings Call? Definition, Frequency & Importance," June 30, 2022, https://www.thestreet.com/dictionary/e/earnings-call.

[13]    Corporate Finance Institute, "Equity Research Report," October 4, 2022, https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/.

27.   Finally, the Shenandoah Partners provided important information to the market. The Partners made disclosures and released information about the Shenandoah development, which were incorporated into the market's understanding of Shenandoah.

## 2.3.    Methodology for Identifying Relevant Disclosures and Commentary from Market Participants

28.   Given the substantial volume of documents that contain or discuss disclosures related to Shenandoah, I relied on various searches to identify relevant content, which I then considered in forming my opinions. I reviewed the following documents using these searches or by reviewing the source in full:

a.   The Amended Complaint.

b.   Source documents for each of the disclosures Plaintiffs allege to be misleading. These include, for example, conference call transcripts, SEC filings, and conference presentations.[14]

c.   SEC filings from Anadarko and other publicly traded Shenandoah Partners, including ConocoPhillips, Cobalt and Marathon Oil, filed during and up to 2 years before the class period.

d.   Equity research reports from analysts that cover publicly traded Shenandoah Partners. This documentation includes over 400 reports published by approximately 30 different equity analysts.

---

[14] Depending on the source, some transcripts attribute statements to the incorrect individuals. While they may identify the incorrect individuals, I assume that the content is complete and substantively accurate.

e.  Over 20 news articles that mention Anadarko, other Shenandoah Partners, or the Shenandoah wells published during and up to 6 years before the class period.

f.  Documents produced in this matter by Plaintiffs' investment managers including, but not limited to, Janus Henderson Group plc, Fidelity, Lord Abbett & Co. LLC, Wellington, and Atalanta Sosnoff Capital.

## 3. Background on the Shenandoah Field

29.   As the focus of Plaintiffs' allegations relate to Anadarko's interest in Shenandoah, which during the Class Period was one of Anadarko's deepwater assets in the Gulf of Mexico, I provide my understanding of Shenandoah in this section. Figure 1 below shows the movement of Anadarko's stock price and WTI spot price, i.e., the price for immediate delivery of West Texas Intermediate grade oil, with the key events related to Shenandoah from 2009 through the end of the Class Period.

**Figure 1. Key Shenandoah Events with APC Stock Price and WTI Spot Price**

30.   On February 4, 2009, Anadarko announced the Shenandoah discovery well, located in Walker Ridge block 52, encountered net oil pay approaching 300 feet in the Wilcox

formation. [15] In the announcement, Bob Daniels, then Anadarko's Sr. Vice President, Worldwide Exploration, was quoted:

> "This has been a remarkable week, with back-to-back deepwater discoveries in the Gulf of Mexico. . . . Initial data indicates the Shenandoah discovery has reservoir properties that appear to be of much higher quality than industry has seen previously in the emerging Lower-Tertiary play. The success of this well and our recent Heidelberg discovery further confirms the value of Anadarko's extensive acreage position and our capability in exploring proven and emerging deepwater basins worldwide."[16]

31.    After drilling the exploratory well, Anadarko proceeded to drill its first appraisal well, Shen-2. In March 2013, Anadarko announced that Shen-2 had encountered "more than 1,000 net feet of oil pay":

> "Anadarko Petroleum Corporation (NYSE: APC) today announced its Shenandoah-2 well in the deepwater Gulf of Mexico encountered more than 1,000 net feet of oil pay in multiple high-quality Lower Tertiary-aged reservoirs. 'The successful Shenandoah-2 well marks one of Anadarko's largest oil discoveries in the Gulf of Mexico, with more than 1,000 net feet of oil pay and reservoir rock and fluid properties of much higher quality than previously encountered by industry in Lower Tertiary discoveries,' said Bob Daniels, Anadarko Sr. Vice President Deepwater and International Exploration. 'With ownership in the successful Shenandoah wells, the adjacent Yucatan prospect, and the very encouraging results from the nearby Coronado well, Anadarko is strategically positioned in the Shenandoah Basin, which has the potential to become one of the most prolific new areas in the deepwater Gulf of Mexico.' The Shenandoah-2 well, located in Walker Ridge block 51, was drilled to a total depth of 31,405 feet in approximately 5,800 feet of water, more than 1 mile southwest and approximately 1,700 feet structurally down-dip from the Shenandoah-1 discovery. Similar to the initial Shenandoah discovery well, log and pressure data from the Shenandoah-2 well indicate excellent-quality reservoir and fluid properties. The well was drilled to test the down-dip extent

---

[15] Anadarko Petroleum Corporation, "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009, p. 1 (APC-01335462).

[16] *Id.*

of the accumulation, and the targeted sands were full to base with no oil-water contact. "We are incorporating the information obtained from Shenandoah-2 into our planning and anticipate further appraisal drilling to advance this potentially giant project," Daniels added. Anadarko is the operator of the Shenandoah-2 well and the previously announced Shenandoah-1 discovery well, located in Walker Ridge block 52, with a 30-percent working interest."[17]

32. Anadarko then drilled the Shen-3 appraisal well. On January 29, 2015, one of the Shenandoah Partners, ConocoPhillips, stated that it had expensed Shen-3 as a "dry hole."[18]

33. On February 2, 2015, Anadarko described the results of its second appraisal well, Shen-3, in its 2014 Operations Report:

"Drilling of the second Shenandoah appraisal well, Shenandoah-3, concluded in the quarter. The Shenandoah-3 well found approximately 50% (1,470 feet) more of the same well-developed reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered more than 1,000 feet of net oil pay in excellent quality, Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, reservoir qualities and down-dip thickening. The well also enabled the projection of oil/water contacts based on pressure data, and reduced the uncertainty of the resource range. Planning is currently underway for the next appraisal well, which the company expects to spud in the 2nd quarter of 2015."[19]

34. Anadarko announced the results of the next appraisal well, Shen-4, approximately a year later. On February 2, 2016, during its 4Q 2015 earnings call, Anadarko described the Shen-4 appraisal as follows:

Robert G. Gwin, CEO: "Yes, this is Bob. So we just finished the Shenandoah 4 appraisal wells located out to the west of our previous activities. We found over

---

[17] Yahoo Finance, "Anadarko Announces Shenandoah Appraisal Well Encounters More Than 1,000 Net Feet of Oil Pay", March 20, 2013, pp. 1-2, http://finance.yahoo.com/news/anadarko-announces-shenandoah-appraisal-well-200500390.html?soc_src=social-sh&soc_trk=ma.

[18] ConocoPhillips, Q4 2014 Earnings Call Transcript, January 29, 2015, pp. 5, 13–15.

[19] Anadarko Petroleum Corporation, Q4 2014 Operations Report, February 2, 2015, p. 12.

620 feet of high-quality oil play in that well. We're very pleased with it. We also were able to get about 550 feet of core that's important for planning what that development could look like. So that's going to be analyzed, turned over to the reservoir engineers as they put together a scenario for how we might develop that. At the same time, we're looking at drilling Shenandoah 5. We think that's a well that's required. It's off to the East. It'd be kind of between Shenandoah 3 and the original Shenandoah 1, up dip of Shenandoah 3, which was a wet well that encountered very, very good sands, kind of gave us a down-dip limit on the eastern side. So that well should spud here in this first quarter. We have high expectations for it. But we need to drill the well and say, that's what appraisal is all about. Meanwhile, the guys are taking all the information that we obtained from this, rolling it into conceptual planning as to what resources we may be able to recover, how much it might cost, those types of things. And as Al said, we're a long ways from sanction at this point. If Shenandoah 5 is successful, we may move even farther to the east with the Shenandoah 6, but of course, that'll be all dependent on what happens to Shenandoah 5."[20]

35.  In July 2016, Anadarko described the results of Shen-5, which encountered more than 1,040 net feet of pay and extended the field further east:

"The Shenandoah appraisal program continues to deliver promising results with the Shenandoah-5 well encountering more than 1,040 net feet TVT of pay, extending the field further east. The company will spud the Shenandoah-6 appraisal well later this year in an attempt to find the oil water contact. The quality and thickness of the reservoir combined with the excellent fluid properties make Shenandoah a unique Lower Tertiary opportunity."[21]

36.  In July 2016, Marathon Oil announced that they would sell their 10% stake in the Shenandoah project. As part of the preferential-right process on Marathon Oil's sale of its 10% interest, Anadarko announced that they increased their working interest in Shenandoah to 33%.[22]

---

[20] Anadarko Petroleum Corporation, Q4 2015 Earnings Call Transcript, February 2, 2016, pp. 9-10.

[21] Anadarko Petroleum Corporation, Q2 2016 Operations Report, July 26, 2016, p. 2.

[22] *Id.* p. 9.

37.    In its Q3 2016 10-Q, Anadarko announced that they had expensed $64 million related to a Shenandoah well because "it was no longer reasonably possible that the wellbore would be used in the development of the project if a final investment decision is reached."[23]

38.    In 4Q 2016, Anadarko spud Shen-6 to establish the oil-water contact on the eastern flank of the field. Figure 2 below shows Anadarko's assets in the Shenandoah basin, including the Shenandoah project. Figure 3 shows the placement of the appraisal wells within Shenandoah and the status of the appraisal wells as of May 2016.

**Figure 2. May 2016 Map Prepared by Anadarko[24]**



---

[23] Anadarko Petroleum Corporation, Q3 2016 10-Q, October 31, 2016, p. 11. Cobalt expensed costs associated with Shen-3 in its 2016 10-K. It had incurred dry holes expenses, part of which were attributable to the Shen-3 well because "it [was] no longer reasonably possible that the wellbore could be used in the development of the project, should a final investment decision be reached". Cobalt International Energy Inc., 2016 10-K, March 14, 2017, p. 68.

[24]  Anadarko Petroleum Corporation, UBS Global Oil and Gas Conference Slides, May 24, 2016, p. 10.

**Figure 3. Placement and Status of Shenandoah Appraisal Wells in May 2016[25]**



39.    On May 2, 2017, Anadarko disclosed that they had suspended further appraisal activities on the Shenandoah project, taken a $467 million impairment for the unproved property balance related to the Shenandoah project, and expensed $435 million in exploratory drilling costs. Anadarko made the following disclosures in the Form 10-Q:

"Impairments during the three months ended March 31, 2017, were primarily related to oil and gas properties in the Gulf of Mexico due to lower forecasted commodity prices and a U.S. onshore midstream property due to a reduced throughput fee as a result of a producer's bankruptcy.

**Impairments of Unproved Properties** Impairments of unproved properties are included in exploration expense in the Company's Consolidated Statements of Income. The Company recognized $532 million of impairments of unproved Gulf of Mexico properties during the three months ended March 31, 2017, of which $467 million related to the Shenandoah project. The unproved property balance related to the Shenandoah project originated from the purchase price allocated to Gulf of Mexico exploration projects from the acquisition of Kerr-McGee Corporation in 2006. For additional details on the Shenandoah project, see Note 5—Suspended Exploratory Well Costs.

---

[25] *Id.*

**5. Suspended Exploratory Well Costs**

The Company's suspended exploratory well costs were $1.1 billion at March 31, 2017, and $1.2 billion at December 31, 2016. Projects with suspended exploratory well costs include wells that have sufficient reserves to justify completion as a producing well and sufficient progress is being made in assessing the reserves and the economic and operating viability of the project. If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time.

During the three months ended March 31, 2017, the Company expensed suspended exploratory well costs of $435 million related to the Shenandoah project in the Gulf of Mexico, including $267 million previously capitalized for a period greater than one year. The Shenandoah-6 appraisal well and subsequent sidetrack, which completed appraisal activities in April 2017, did not encounter the oil-water contact in the eastern portion of the field. Given the results of this well and the present commodity-price environment, the Company has currently suspended further appraisal activities. Accordingly, the Company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs."[26]

40.    Following Anadarko's disclosure that they had suspended further appraisal activities on the Shenandoah project, R.A. Walker, Anadarko's Chairman and CEO, and an analyst for Drexel Hamilton had the following exchange:

Robert Lee Christensen, Drexel Hamilton, LLC, Research Division: "I just followed with interest Shenandoah all these years and the delineation, and I simply can appreciate the accounting convention and rules. But you have poked a lot of holes out there. You put a lot of science on it. What would you be walking away from in the way of probable and possible reserves from what you've gleaned to date off of a bunch of years of exploration? What are we talking about here?"

---

[26] Anadarko Petroleum Corporation, Q1 2017 10-Q, May 2, 2017, pp. 12-13.

R. A. Walker, Chairman & CEO: "Robert it's an understandable question for which I've got to tell you, I couldn't begin to answer that simply because with this juncture, all we have is drilling results. We've not estimated what we believe to be probable or possible recoveries simply because the things we've been doing to date have been more along the lines of just science associated. We're trying to understand the reservoir better. And I think given the information we gave you in certainly this ops report and those before, you can appreciate the fact that it will be very difficult cost for us to estimate that given where we are in the drilling process, and certainly in the campaign associated with understanding that better."[27]

41. The discussion continued into Q2, with Walker further explaining that Anadarko "continue[ed] to look for opportunities with it [Shenandoah]" and that the "decision there was driven by accounting convention and not economics."[28]

42. In April 2018, Anadarko relinquished its interest in Shenandoah. LLOG Exploration Offshore LLC replaced Anadarko as the operator of Shenandoah. LLOG, Navitas Petroleum US and Beacon Offshore Energy, and Venari Resources LLC formed a partnership for development.[29]

43. Beacon Offshore Energy is the current operator of Shenandoah, with BOE II Exploration, ShenHai (a wholly owned subsidiary of Navitas Petroleum) and HEQ Deepwater as partners. In October 2020, Navitas described Shenandoah as having "[h]ighly attractive economics" and "[p]roven and appraised – FID ready."[30] In August 2021, Navitas called

---

[27] Anadarko Petroleum Corporation, Q1 2017 Earnings Call Transcript, May 3, 2017, pp. 23-24.

[28] Anadarko Petroleum Corporation, Q2 2017 Earnings Call Transcript, July 25, 2017, p. 18.

[29] Global Newswire LLOG Exploration Company, L.L.C., "LLOG Exploration Named Operator of Shenandoah Discovery in Gulf of Mexico," April 26, 2018, p. 1.

[30] Navitas Petroleum, Investor Presentation, October 2020, p. 12.

Shenandoah "[t]he [g]ame [c]hanger," and projected a $1.398 billion discounted cash flow value for its share alone.[31]

44.    The current partners estimated that developing Shenandoah would cost $1.8 billon. Drilling is expected to begin in the second half of 2022, with the first oil anticipated in the fourth quarter of 2024.[32] According to the most recent Fleet Status Report from Transocean (July 25, 2022), the newbuild Deepwater Atlas was scheduled to commence drilling operations for Beacon in October 2022 at a day-rate of $315,000 through July 2023.[33]

45.    Reports about the current development of Shenandoah credit technological advances—in particular, the 20,000 psi (i.e., 20K) technology—which Anadarko indicated early in its exploration of Shenandoah would be necessary.[34] The 20K technology, which allows the safe drilling of high-pressure wells, eliminates "significant cost barriers." [35] Beacon

---

[31] Navitas Petroleum, Investor Presentation, August 2021, pp. 4, 5.

[32] NS Energy, "Shenandoah Field Development," p. 1.

[33] Transocean, "Transocean Ltd. Provides Quarterly Fleet Status Report," July 25, 2022, p. 4.

[34] Anna Kachkova, E&P Newsletter, "Shenandoah to Help Push Deepwater Boundaries," February 8, 2022, pp. 2-3, hartenergy.com/ep/exclusives/shenandoah-help-push-deepwater-boundaries-198655 ("The arrival of 20,000-psi drillships onto the market in the coming years means that Shenandoah can now move forward, more than a decade after oil was first discovered at the site by a former operator."); *see also* Offshore Technology, "Shenandoah Deepwater Oil Field, Gulf of Mexico, October 24, 2019, https://www.offshore-technology.com/projects/shenandoah-deepwater-oil-field/. In a November 2014 presentation, Jim Raney, Director of Engineering & Technology at Anadarko, discussed the development concepts and challenges in a 20,000 psi development for the Gulf of Mexico. Anadarko Petroleum Corporation, "Developing Industry Solution for 20,000 psi Subsea Developments," November 19, 2014.

[35] Anna Kachkova, E&P Newsletter, "Shenandoah to Help Push Deepwater Boundaries," February 8, 2022, p. 4, hartenergy.com/ep/exclusives/shenandoah-help-push-deepwater-boundaries-198655 ("[S]ignificant cost barriers have been eliminated with the introduction of the technology required to safely drill and complete these high-pressure wells.").

purportedly sanctioned Shenandoah when it believed the technology, which had been developed over the prior ten years, was ready.[36]

---

[36] *Id.* ("The Beacon team believed, at the time of sanctioning its Shenandoah project, that the technology was ready, having been developed over the past 10 years.").

# 4. Investors' Understanding of Anadarko's Industry and Business

46.    In this section, I assess what investors understand about the offshore oil and gas business. This provides a background for understanding Anadarko's disclosures about Shenandoah and the totality of information available to investors.

## 4.1.    Offshore Oil and Gas Exploration and Development

### 4.1.1.  Investors understand that appraisal wells are drilled to gather information.

47.    Investors understand that the exploration process begins with identifying an initial oil discovery. Oil companies begin the process by conducting geologic surveys of an area in an effort to determine if there might be oil or gas deposits in a given area.[37] Once a company identifies a potential area of interest, it may attempt to secure a lease or multiple leases covering the area. Companies may then drill a discovery well, sometimes referred to as an exploratory well, in search of new, undiscovered and unproved reservoirs.

48.    If the initial discovery well yields logs that indicate hydrocarbons in potentially economical volumes, then appraisal or delineation wells are drilled to help define the areal extent, characteristics, and quality of the potential reservoir. Oil companies need information gleaned from appraisal wells to confirm the areal extent of a reservoir, including mapping potential faults; the quality of the reservoir, which involves assessing permeability & porosity; and the commercial viability of a field, which is tied to the cost and timetable of constructing platforms and production facilities, and the location relative to other infrastructure, such as pipelines, tiebacks, and treatment facilities.

---

[37] Diamond Offshore, "Offshore Drilling Basics," p. 1.

49. Drilling multiple appraisal wells is particularly important in geologically complex regions that have not been well defined by nearby existing production or analogy, i.e., the presence of other producing wells in the area that provide information on potential reservoirs, or by high quality seismic data. Drilling multiple wells is also important if the target formations are sub-salt, as at Shenandoah, as salt distorts soundwaves and thus affects the seismic readings.

50. Investors understand that during the appraisal process, oil companies create internal resource estimates. Resource estimates from petroleum engineers include subjective determinations and are subject to significant revision, both upwards and downwards, as engineers learn additional information during the appraisal process. In geologically complex regions, as at Shenandoah, multiple appraisal wells may be necessary to give the operator enough certainty of potentially recoverable reserves to justify the decision to proceed with the significant expenditures needed for well completion, development, and construction of platforms and other production facilities.

51. It is common for operators not to release resource ranges for a specific prospect during the appraisal process. Anadarko, for its part, has explained that they do not disclose certain speculative information early in the appraisal process: "When we make announcements of a discovery, we rarely come out with a resource range. We like to keep our resource range about where we were in the exploration phase. We don't have enough data now to come out and say, oh, it's this big with one well. We have enough deepwater experience in our hip pocket that says, okay, one well is an awesome feat. I mean, having pay on a log is really incredible. But really the proof in the pudding in the deepwater is all about areal extent,

and it's got to be quite large. So we don't really come out with a number as we drill the first well."[38]

52.    Anadarko does, however, release the results of its appraisal wells and any net pay encountered in those wells: "We also come out on wells, and we give net feet of pay. We don't give gross feet of pay. We don't give gross column, except in certain circumstances to talk about the potential height of a hydrocarbon column. But we give net pay numbers. And these net pay numbers are pretty scrutinized. These are deepwater type of rock qualities. And we throw out things that don't really meet the deepwater rock qualification. We also talk about a recoverable resource when we actually give out a range. And we talk about a recoverable resource within our expectations of what our recovery factors are and only resources that are on our block."[39]

53.    Investors understand that resource estimates are distinct from estimates of proved reserves. Unlike resource estimates, proved reserves are those reserves claimed to have a reasonable certainty (normally at least 90% confidence) of being recoverable under existing economic and political conditions, with existing technology. [40] Proved reserves are booked in accordance with standards from the Society of Petroleum Engineers ("SPE") and requirements from the SEC.[41] Oil companies publish their estimates of proved reserves in their annual financial filings.

---

[38] Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012, p. 44.

[39] *Id.* pp. 44–45.

[40] Society of Petroleum Engineers, "Guidelines for the Evaluation of Petroleum Reserves and Resources," 2001, p. 45.

[41] Securities and Exchange Commission, 17 CFR Parts 210, 211, 229, and 249 [Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08] RIN 3235-AK00, "Modernization Of Oil And Gas Reporting," pp. 10 (footnote 15), 25-33.

### 4.1.2.  Investors understand that oil and gas companies invest a significant amount of money to understand and appraise an oil discovery.

54.    Investors understand that offshore projects, especially in deep waters, require significant upfront capital investment. Development costs to drill delineation, production and possibly injection wells, construct production facilities, install a platform and so on can be in the range of $3 - $5 billion.[42]

55.    Investors also under that exploration wells cost millions of dollars to drill. For instance, on October 28, 2015, Anadarko noted that they were looking to reduce costs for deepwater Gulf of Mexico drilling, noting that the Heidelberg well in a nearby reservoir had hit "record costs for [them of] less than $100 million"[43] With respect to Shenandoah specifically, Wood Mackenzie estimated that the cost associated with Shen-1 were approximately $215 million and later drilling costs totaled over $800 million.[44]

56.    If a company decides to invest in a project, the company will incur even more costs. The production platforms that are suitable for offshore environment include: fixed platforms, compliant tower, tension leg platforms, floating production system, subsea system, and Floating Production, Storage & Offloading System ("FPSO"), etc.[45] These platforms can involve investments on the order of $1 billion.[46]

---

[42] Mark J. Kaiser, "A Review of Exploration, Development, and Production Cost Offshore Newfoundland", January 3, 2021; *see also* Coastal Review, "An Offshore Timeline," June 10, 2015, pp. 2-3, https://coastalreview.org/2015/06/an-offshore-timeline/.

[43] Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 9.

[44] Wood Mackenzie, "Shenandoah (WR 52) Asset Report," April 11, 2017, pp. 11–12 (APC-00095798).

[45] NOIA, "The Basics of Offshore Oil & Gas," pp. 3-4.

[46] Coastal Review, "An Offshore Timeline," June 10, 2015, p. 2, https://coastalreview.org/2015/06/an-offshore-timeline/.

57.    The most significant costs of drilling - after incurring lease acquisition costs, shooting high-resolution 3D seismic, and performing in-house geological and geophysical work - is the day-rate of the specialized dynamically positioned drillships that are capable of drilling deep wells (>20,000 feet) in deep water (>5,000 feet). Given the cyclical nature of the exploration and production business, these day-rates can vary significantly, as seen in Figure 4 below.[47] Financing for most new-builds is secured by full-payout contracts for investment-grade rated and financially secure counterparties, which includes companies such as Anadarko, ExxonMobil, BP, Shell, and Total. Day-rates for sixth-generation high-spec floaters in 2013 reached as high as $678,000.[48] In the 2020 COVID trough, day-rates for sixth- and seventh-generation floaters fell to as low as $155,000.[49]

58.    Figure 4 shows the volatility in high-spec day-rates over the period from September 2019-July 2022.

---

[47] Noble Corp and Maersk Drilling, "Noble Corporation and Maersk Drilling Announce Agreement to Combine," November 10, 2021, p. 17.

[48] TransOcean, "Quarterly Fleet Status Report," October 16, 2013, p. 2.

[49] TransOcean, "Quarterly Fleet Status Report," July 15, 2020, p. 2.

**Figure 4. Ultra Deepwater Drillship Dayrate and Marketed Utilization[50]**



### 4.1.3. Investors understand that oil and gas companies must invest a significant amount of time to understand and appraise an oil discovery.

59.    It is not unusual for a timeline from lease of a field to production to vary from four to ten years. This can be due to factors such as "the water depth at the lease location, the drilling

---

[50] Noble Corp and Maersk Drilling, "Noble Corporation and Maersk Drilling Announce Agreement to Combine", November 10, 2021, p. 17.

depth needed to reach the target reservoir, the distance from shore and from infrastructure, the geological characteristics of the reservoir and complexity of production facilities design."[51]

60. The general timeline for exploration and production can include:

a. Six months to a year for application and approval of a lease of a target field.

b. One year for preliminary geological investigation and identification of areas of interest for additional seismic data acquisition.

c. One year to two years to acquire and to process seismic data and identify drillable prospects.

d. One year or more to contract and schedule a drilling rig.

e. Six to 10 months for drilling and completion of an exploratory well.

f. Six months to a year for follow-up evaluation of drilling results, which can include drilling a sidetrack well. Multiple exploration/appraisal wells may be needed, which further increases the time needed for evaluation of the project.

g. Another two to three years for additional delineation drilling, and formulation of a plan for reservoir development if the results of exploratory and appraisal wells conclude with a commercially viable finding and lead to an investment decision. During this time, the company works on pre-permit studies, permitting and design and procurement for production facilities, including surface and subsurface equipment and systems.

---

[51] Coastal Review, "An Offshore Timeline," June 10, 2015, p. 2, https://coastalreview.org/2015/06/an-offshore-timeline/.

h.  One year or more for facilities installation.

i.  One to two additional years for development drilling. During this period, the company also works on design, permitting, engineering, procurement and installation of a pipeline or offshore mooring system to bring the production to market.[52]

61.  Exploration projects may take even longer and even after many years may not be sanctioned. For example, in the case of Mozambique, Anadarko announced on February 18, 2010, that the Windjammer exploration well in the frontier Rovuma Basin offshore of Mozambique had reached an intermediate casing point and encountered more than 480 net feet of natural gas pay in high-quality reservoir sands, with a gross column of more than 1,200 feet.[53] Over nine years later, on June 18, 2019, Anadarko and its co-venturers announced a FID on the Area 1 Mozambique LNG project.[54] Later that year, in September 2019, Total announced the closing of the acquisition of Anadarko's 26.5% operated interest in the Mozambique project, which is expected to come into production by 2024, 14 years after the exploration well encountered natural gas pay.[55]

---

[52] *Id.*

[53] Offshore, "Anadarko succeeds with Windjammer offshore Mozambique," February 18, 2010, https://www.offshore-mag.com/drilling-completion/article/16796105/anadarko-succeeds-with-windjammer-offshore-mozambique

[54] Anadarko Petroleum Corporation, "Anadarko Announces Mozambique LNG Final Investment Decision," June 18, 2019.

[55] Reuters, "Total aiming for two additional LNG trains in Mozambique LNG", November 5, 2019, p. 2, https://www.reuters.com/article/total-mozambique-lng/total-aiming-for-two-additional-lng-trains-in-mozambique-lng-idUSL8N27L69L.

### 4.1.4. Investors understand that oil and gas production, especially deepwater exploration, is risky and faces substantial uncertainties.

62.    The oil and gas business is, by its nature, characterized by significant risks including environmental risks and exposure, regulatory risks, litigation risks and the technical challenges of economically extracting hydrocarbons from deep and/or complex geologic formations. This is more pronounced for deepwater exploratory drilling, and even more so for drilling that targets deep sub-salt horizons where even advanced 3D seismic has significant limitations. There is significant uncertainty as to the likelihood of drilling success and the economics of full-scale development, the development timetable, and the ultimate project value, if any.

63.    The oil and gas sector is capital-intensive; as such, it is highly dependent on access to both equity and debt capital markets and to financing from industry and other joint venture partners. Further, the oil and gas sector is, like most commodity businesses, exposed to significant market volatility in prices for oil, gas and natural gas liquids. Price volatility impacts not only current and future revenues but also underlying reserve recovery potential, as fields are produced to their economic limits, the point in time when operating expenses exceed revenues.

64.    Long-term price forecasts also impact a decision to invest in a given project. Deepwater exploration is characterized by long development timelines from initial deployment of capital and initiation of revenues.

### 4.1.5. Investors understand that exploration in deepwater Gulf of Mexico presents additional challenges.

65.    Although most offshore platforms in the Gulf of Mexico have been in shallow waters, deepwater exploration and production have played an increasingly important role in the oil and gas industry. One industry commentator observes:

"Over the past two decades, comparatively, production from shallow waters of the [Gulf of Mexico] declined by 77% for crude oil and 92% for natural gas, while production from deep waters increased significantly over the same period, with oil production increasing by nearly 200%. In 2019, 91% of the crude oil and 70% of the natural gas produced in the [Gulf of Mexico] came from deep waters."[56]

66. Offshore oil and gas production is more challenging than land-based installations due to the remote and harsher environment, as offshore exploration and appraisals take place far under the ocean. Several hundred meters of the ocean water adds pressure, which increases the expense and time needed for oil or gas extraction.

67. As water depths increase, risks tend to increase. The probability of finding hydrocarbons in deepwater exploration in a reasonably mature area is in the range of 30% to 40%; the probability of finding hydrocarbon in sufficient quantity for a commercially viable production is even lower at around 10% to 20%.[57] In other words, the discovery of hydrocarbons does not necessarily mean that a company will proceed with development and production.

68. With offshore exploration and production, the risks associated with operational safety and environmental breaches also increase.[58] In case of a blowout or a major spill, offshore clean-ups and remediations require a significant amount of capital.

---

[56] Ulziitushig Batbuyan, "Deepwater Plays Against Rising Risks: The U.S. Gulf of Mexico," March 18, 2021, https://www.sustainalytics.com/esg-research/resource/investors-esg-blog/deepwater-plays-against-rising-risks-the-u.s.-gulf-of-mexico.

[57] Rafael Sandrea & Peter Stark, "Deepwater Oil Exploration in the Gulf of Mexico," July 2020, p. 1.

[58] Ulziitushig Batbuyan, "Deepwater Plays Against Rising Risks: The U.S. Gulf of Mexico," March 18, 2021, https://www.sustainalytics.com/esg-research/resource/investors-esg-blog/deepwater-plays-against-rising-risks-the-u.s.-gulf-of-mexico.

69.　　The deepwater Gulf of Mexico is a geologically complex environment with multiple subsurface faults that can limit the recovery of reserves. In particular, the Lower Tertiary sands, where Shenandoah is located, were first developed in early 2000s and represent one of the most expensive to drill because of its depth and complexity.[59] A McKinsey & Company study found that exploration activities in the deepwater Gulf of Mexico for the period from 2008 to 2017 had the lowest probability of discovery compared to developments at other regions.[60] McKinsey further noted that although exploration of Lower Tertiary (i.e., Paleogene) led to large size discoveries, most of the discoveries were not developed as of mid-2018 as a result of the complexity of the reservoir and the uncertainty of the economics.[61]

70.　　In a June 26, 2013 release, Deutsche Bank Securities outlined many of the challenges of the deepwater drilling in the Gulf of Mexico Lower Tertiary, which includes Shenandoah, noting that "[c]ommercial development of the Wilcox remains difficult with discoveries in water depths over 10,000ft to the sea floor and high bottom hole pressures (20,000+ PSI) and temperatures (200+ Fahrenheit)."[62] They added that development in the Gulf of Mexico Lower Tertiary had been "slow to date, as the industry has wrestled with the technical and economic challenges of developing a relatively lower quality reservoir . . . at temperature/pressure regimes at the limit of industry capabilities."[63] Deutsche Bank then

---

[59] The Way Ahead, "Emerging Plays Boost Economic Attractiveness of Deepwater Gulf of Mexico," January 14, 2013, jpt.spe.org/twa/emerging-plays-boost-economic-attractiveness-deepwater-gulf-mexico.

[60] Kassia Yanosek & Matt Rogers, McKinsey & Company, "Unlocking future growth for deepwater in the Gulf of Mexico," July 13, 2018, https://www.mckinsey.com/industries/oil-and-gas/our-insights/unlocking-future-growth-for-deepwater-in-the-gulf-of-mexico.

[61] *Id.*

[62] Deutsche Bank Securities, "Get Onboard with the Inboard: Rise of the Lower Tertiary 2.0," June 26, 2013, p. 4 (DEUTSCHE0005118).

[63] *Id.* p. 5.

listed the "primary development challenges" facing the region, including difficulties with "[s]ubsalt imaging," resulting from the "significant salt canopy" that "impact[s] reservoir imaging and seismic quality," as well as "[h]igh pressure riser systems," which would "push the limits of technical capabilities for the industry."[64] Deutsche Bank continued, "Both Shenandoah and North Platte are major discoveries by any measure even though there is considerable uncertainty around development options for both at their early stages due to remote locations, extreme well and water depths, and few analogue fields in the Lower Tertiary Play. However, the large quantity of pay encountered via the latest Shenandoah appraisal well (1 ,000 feet), indicates huge potential for development."[65]

### 4.1.6. Investors understand that the terms "dry hole" and "wet well" can refer to a well that did not encounter hydrocarbons, but the decision to record a dry hole expense is based on company-level accounting policy.

71.    During the exploration and appraisal process, it is not uncommon for a company to drill a well that does not encounter hydrocarbons. Sometimes, but not always, these wells are referred to as "dry holes" or "wet wells," which colloquially connote a lack of hydrocarbons. More specifically, a "wet well" is generally understood to mean that the company encountered water; while there is lack of hydrocarbons, there is a possibility of encountering hydrocarbons via a sidetrack, or the well may have other utility. A dry hole is generally understood to have no future utility, although it can still provide useful data about a prospect.

72.    Investors also understand that after an exploration company incurs costs in connection with an appraisal well, it must determine whether to suspend or expense well costs. In particular, a company may charge the costs of a well to their "dry hole" expense account when

---

[64] *Id.*

[65] *Id.* p. 9.

appropriate under their interpretation of applicable accounting standards. What constitutes a "dry hole expense" for accounting purposes is typically defined and disclosed by the exploration company in its SEC filings. Investors understand that exploration companies involved in a joint venture, such as the Shenandoah Partners, make independent accounting determinations based on their own interpretation of well results, applicable accounting standards, and individual accounting policies and, accordingly, may reach different determinations regarding whether and when it is appropriate to write off well costs as a dry hole expense.

### 4.1.7.  Investors understand that deepwater exploration will result in dry holes and millions of dollars in dry hole expenses every year.

73.    Investors understand that exploratory drilling in general involves a substantial risk of dry holes or failure to find commercial quantities of hydrocarbons.[66] Investors understand that exploration companies often drill holes that do not encounter commercially productive quantities of hydrocarbons, particularly in deep sea, sub-salt areas like the Gulf of Mexico.

74.    Investors nonetheless understand that "dry holes" can provide important information. As Daniels said during a March 13, 2012 Investor Conference: "We're also learning from every well that we drill out here, and you'll see this post-appraisal loop as we go on through. So when we make a capital investment, that's not just to say, oh, it's a dry hole, let's forget it and move on. It's to say, we invested our shareholders' money to learn something about this area that could lead us either to success here or to success on the next opportunity. So we constantly are learning. Everything we do based on science and economics. Economics

---

[66] *See, e.g.*, Anadarko Petroleum Corporation, 2014 10-K, February 20, 2015, p. 42.

may not be science, but we marry the two. But the science goes into the identification of the opportunities and the evaluation of the risk/reward profile."[67]

75.   Investors understand that oil exploration companies like Anadarko will expense millions of dollars in dry hole costs each year. Each year during the Class Period, Anadarko had dry hole expenses totaling hundreds of millions of dollars and took hundreds of millions of dollars in impairments on unproved proprieties.[68] Investors understand that dry hole expenses and impairments are a necessary part of deepwater exploration drilling.

### 4.1.8. Investors understand that many exploration projects may not result in a final investment decision.

76.   In making a final investment decision ("FID"), i.e., a determination whether to convert the field to production, oil companies consider multiple variables, including the amount of potential resources predicted from the data gathered from exploratory wells, level of commodity pricing, cost of development including oil field services cost (which include costs associated with drillers, wireline, pipe/mud suppliers), competing demands for company capital resources, etc. Until the FID is made, there can be no certainty that the project will go forward. Given the long and complicated process from discovery to production, initial exploratory success does not ensure that development is justified.

77.   Many exploratory wells that discover hydrocarbons, even those followed by multiple appraisal wells that similarly discover hydrocarbons, do not justify the significant subsequent commitments needed to monetize resources.

---

[67] Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012, p. 39.

[68] Anadarko Petroleum Corporation, FY 2016 10-K, February 17, 2017, p. 63.

78.    Oil and gas exploration companies and their investors do not focus narrowly on the size of the potential resources without also considering the cost of the development. Significant resources combined with high development costs and an extended timeframe to extraction could still result in a rational decision not to proceed—or at least postpone—development.

79.    Price volatility impacts not only current & future revenues but underlying reserve recovery potential as fields are produced to their economic limits, the point in time when operating expenses exceed revenues. Thus, in periods of declining oil prices the volume of economically recoverable reserves declines. Long-term price forecasts also impact final investment decisions on the infrastructure needed to monetize reserves.

80.    As Deutsche Bank commented in January 2014:

"The success of the shift to unconventional oil in the US is the key contributor to the fear surrounding the sustainability of commodity price. Non-OPEC supply growth has supplanted the market's focus on demand growth. For the US E&Ps the situation is even more acute as light oil supply growth is contributing to volatility in regional pricing. The level of complexity is high, with an increasing importance of incremental infrastructure adds, regional pricing benchmarks (reduced relevance of WTI as a benchmark), and downstream demand trends. The barriers to entry for non-energy focused investors are rising, an opportunity for some, but not good for fund flows into the sector, in our view."[69]

81.    Similarly, in January 2015, immediately before the start of the Class Period, Deutsche Bank noted:

"E&P managements are confronted with one key decision point - to develop (drill ahead) or suspend activity (drop rigs). To date, the industry has acted rationally to lower commodity price (cash flows) reducing lower productivity capital (exploration, marginal activity) and high grading the resource base.

---

[69] Deutsche Bank Securities, "Climbing the Wall of Worry. Not Just Yet," January 6, 2014, p. 2 (DEUTSCHE0005704).

Without a drastic change in drilling costs (likely faster than the service industry will or can concede) economics at $50/bbl WTI will be challenged in all but the very best areas of major US oil plays. High grading is a natural outcome of rationing capital, the downside of which will be the consumption of highly economic projects at a cyclical low in commodity price (and returns). As a result, E&P capex guidance will be a moving target for some time with a justified reticence by producers to guide with full clarity on a trough commodity price without the benefit of trough service cost assumptions."[70]

82.   As described in further detail in the following sections, the oil industry faced significant hurdles during the Class Period. After the close of the Class Period, analyst commentary remarked on the challenging state of the oil and gas industry:

"Energy stocks have been the worst performing sector YTD as both prompt and longer-term oil prices have declined on concerns about robust US shale growth, and equities have priced in lower longer-term oil price outlooks. Coming into 2017, we estimate E&P valuations reflected a recovery in WTI oil prices to $65/Bbl, well above the back of the futures curve at that time of $56/Bbl. In other words, the stocks were expecting a sharp oil price rally that did not materialize. By the end of 1Q, we estimate the sector was reflecting a much lower normalized oil price of $55/Bbl, still above the back end of the futures curve of $51/Bbl at the end of March with the weakness in crude oil driven by concerns that E&Ps robust longer term oil growth outlooks would inhibit any material drawdown in high oil inventories. Despite seasonal declines in US crude and product inventories building less than historical levels during 2Q combined with OPEC extending its production cut agreement by 9 months through March 2018, oil prices continue to slide with the back end of the futures curve now at $49/Bbl and stocks discounting a recovery to $52/Bbl."[71]

"Deepwater markets are in the midst of a very long transition This is the most challenging environment the deepwater drilling industry has ever faced. Over the past three years, the industry has endured an unusually severe decline in rig fixtures, an unprecedented wave of early contract terminations, and a sizeable withdrawal of customers. The supply demand imbalance is unlike

---

[70] Deutsche Bank Securities, "2015 Capex - A Moving Target," January 6, 2015, p. 1 (DEUTSCHE0007429).

[71] UBS, "Oil & Gas Exploration and Production Lowering Near and Medium Term Oil Price Forecasts; Risk/Reward Favors SMID-Caps", June 7, 2017, pp. 4-5 (UBS00070725).

anything the industry has ever experienced. Balance sheets are being tested, pricing tactics are fierce, and rigs are being scrapped at a record pace. After all is said and done, the earnings power of the industry has diminished severely and companies are seeking ways to reestablish themselves in the value chain."[72]

83. Investors understand that the commodity price environment is vital for determining whether a company would make a FID.[73]

## 4.2.    Anadarko

### 4.2.1.  Investors understood that as one of the largest independent exploration & production companies, Anadarko had a large and diversified asset base.

84. During the Class Period, Anadarko was one of the largest operators in the deepwater Gulf of Mexico with a significant leasehold base and well recognized technical expertise.

85. Commentary from industry analysts show that Anadarko had a strong technical team with recognized expertise and a track record of success:

a. Anadarko is "particularly skilled at exploration, with significant success over time. They have been able to sell a lot of discoveries as well. . . . [T]here remains significant value due to their exploration skillset."[74]

b. "The Company has one of the best exploration track record[s] in global energy landscape with frontier exploration successes in West Africa (Ghana, Ivory Coast), East Africa (Mozambique) and Gulf of Mexico. The Deepwater exposure also enables the Company to pursue tie back strategy to monetize small stranded discoveries. Tie back

---

[72] Deutsche Bank Securities, "Not Business as Usual," October 9, 2017, p. 36 (DEUTSCHE0010209).

[73] See Declaration of N. Barrett, Janus Henderson ¶ 7.

[74] FMR Research, "CFO in-house. Under appreciated potential. Top Pick. '1'," June 3, 2016, p. 30 (FIAM-ANAD-000002_0030).

strategy is most applicable in GoM that allows management to leverage existing infrastructure build out."[75]

c.  "Long Cycle assets: These include Deepwater resource assets in GoM and in Africa. Anadarko has been one of the very few companies which has had exploration success. This success has enabled the Company to build a tier 1 deepwater global footprint. . . . Managers are focused on returns and profitable growth. The Company during the past decade has been successful in monetizing long dated discoveries and pulled forward the value of these discoveries."[76]

d.  "Best in class portfolio management with a balanced portfolio of both onshore unconventional oil and gas assets, GOM, and International projects. Ability to start returning cash to shareholders though increased dividends and/or share repurchases as cash flows outpace spending over the next few years. Ownership of mineral rights in Rockies significantly elevates drilling returns. Top tier GOM deepwater success rate above 70% in 2013."[77]

86.  Anadarko's assets were not characterized by significant/excessive risk concentration in any individual fields/basins/regions. Figure 5 below shows that as of February 2017, Anadarko had development and production activities throughout the world.

---

[75] FMR Research, "Management is taking right steps to unlock shareholder value. Quality franchise trading at significant discount to intrinsic value. Initiate with a buy '2' rating," July 25, 2016, p. 32 (FIAM-ANAD-000002).

[76] *Id.* p. 34.

[77] Cowen and Company, "Anadarko Petroleum Corporation Overhang Lifted; Tronox Settlement A Positive," April 4, 2014, p. 2 (ANADARKO_00000043).

**Figure 5. Anadarko's Global Exploration and Production Activities as of February 17, 2017**[78]



87.    In its 2016 10-K, dated February 17, 2017, Anadarko described its operations as follows:

> "*Overview* Anadarko's U.S. operations include oil and natural-gas exploration and production in the U.S. onshore, deepwater Gulf of Mexico, and Alaska. The Company's U.S. operations accounted for 89% of sales volumes and 80% of sales revenues during 2016 and 90% of proved reserves at year-end 2016."[79]

> "*U.S. Onshore.* Anadarko's U.S. onshore properties include oil and natural-gas plays located in Colorado, Texas, Utah, Wyoming, Pennsylvania, Louisiana, and Kansas, where the Company operates approximately 12,700 wells and owns interests in approximately 3,500 nonoperated wells."[80]

---

[78] Anadarko Petroleum Corporation, 2016 10-K, February 17, 2017, p. 6.

[79] *Id.* p. 7.

[80] *Id.*

\*\*\*

*"Gulf of Mexico* Including the GOM Acquisition described below, as of December 31, 2016, Anadarko owns an average working interest of 70% in 327 blocks in the Gulf of Mexico, operates 10 active floating platforms, and holds interests in 39 fields. The Company continued an active deepwater development and appraisal program in the Gulf of Mexico during 2016 as it continues to take advantage of existing infrastructure to cost-effectively develop known resources."[81]

\*\*\*

*"[International] Overview* Anadarko's international operations include oil, natural-gas, and NGLs production and development in Algeria and Ghana, along with activities in Mozambique, where the Company continues to make progress towards a final investment decision on an LNG development. The Company also has exploration acreage in Colombia, Côte d'Ivoire, Mozambique, and other countries. International locations accounted for 11% of Anadarko's sales volumes and 20% of sales revenues during 2016 and 10% of proved reserves at yearend 2016. In 2017, the Company expects to focus its exploration and appraisal activity in Côte d'Ivoire and Colombia."[82]

88.     Figure 6 below shows Anadarko's U.S. onshore assets, which reflected the largest driver of its revenue during the Class Period, as of February 17, 2017.

---

[81] *Id.* p. 9.

[82] *Id.* p. 12.

**Figure 6. Anadarko's U.S. Onshore Exploration and Production Activities as of February 17, 2017**[83]



89.    Shenandoah was one of Anadarko's assets in the GoM, as shown in Figure 7 below.

---

[83] *Id.* p. 7.

**Figure 7. Anadarko's GoM Offshore Exploration and Production Activities as of February 17, 2017**[84]



90. Anadarko was among the largest independent producers in the deepwater Gulf of Mexico with an extensive track record and broadly recognized technical expertise in the area.[85] Its Gulf of Mexico assets were spread over multiple fields and included significant working interest partners, offering additional technical expertise and risk-mitigation. Investors understood that investments in Shenandoah would be impacted by developments in the rest of the Gulf of Mexico, as they would be able to leverage existing infrastructure and take advantage of tiebacks.

91. Shenandoah was a potentially important asset but not a key driver in Anadarko equity valuation. Shenandoah was one of many higher-risk and higher-potential Gulf of Mexico

---

[84] *Id.* p. 9.

[85] See the discussion on Anadarko's Business above.

prospects and represented a small portion of Anadarko's asset base. For example, in its 2014 10K, which was released on the first day of the Class Period, Anadarko described its appraisal activities in the Gulf of Mexico, which included the Coronado and Yucatan discoveries:

> "Appraisal: Shenandoah Basin The Company spud the Shenandoah-3 well, its second appraisal well at the Shenandoah discovery, in the second quarter of 2014. The well finished drilling at the end of 2014 and found approximately 50% (1,470 feet) more of the same reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered over 1,000 feet of net oil pay in excellent quality Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, excellent reservoir qualities, and down-dip thickening. The well also enabled the projection of oil-water contacts based on pressure data and reduced the uncertainty of the resource range. Planning is underway for the next appraisal well, which the Company expects to spud in the second quarter of 2015.
>
> An appraisal well at the Coronado discovery (35% working interest) reached total depth during the second quarter of 2014 and did not find the Lower Miocene objective and was plugged and abandoned.
>
> During the third quarter of 2014, the first appraisal well of the Yucatan discovery (25% working interest) was drilled down-dip of the original discovery, and found approximately 57 gross feet of pay in Lower Tertiary oil-bearing sands. The Yucatan discovery is located approximately three miles south of the Shenandoah discovery. "[86]

92.    In early 2016, analysts estimated opportunities of approximately $5-15 billion from Anadarko's Gulf of Mexico assets, exclusive of Shenandoah, because of subsea tiebacks, a

---

[86] Anadarko Petroleum Corporation, 2014 10-K, February 20, 2015, p. 9.

process of connecting new discoveries to existing production.[87] Analysts also noted other appraisal activities in the Gulf of Mexico:

a.  BMO Capital Markets: "Anadarko expects to spend $2.8 billion (excluding WES) in 2016, which is a 50% reduction from 2015. While we'll have to wait until March 1 for details, shorter-cycle capex is expected to be reduced as a percentage of the total budget. Based on the analysis above, we estimate $1.3-1.4 billion will be spent on U.S. onshore activity, which represents a 60% Y/Y reduction. We expect the GOM to see the least reduction due to subsea tieback opportunities at Caesar/Tonga and four of the five deepwater rigs being focused here. Anadarko noted that these opportunities have a $5-15Boe F&D with returns that remains strong at current commodity prices. Also, Heidelberg and Shenandoah will continue to see activity. We expect international capex to be down 40% Y/Y, with minimal spending in Mozambique and a reduction in Ghana as TEN achieves first oil in 3Ql6."[88]

b.  Barclays: "The company plans to allocate $400 million of its $700 million GOM budget to development and the remaining amount of the budget to exploration/appraisals. Total production is expected to decline 12% in the Gulf. APC has two tiebacks planned for both its K2 complex and its Caesar/Tonga asset, one tie-back planned for Lucius and potential tie-backs for Warrior and Phobos. Two appraisal wells will be drilled at Shenandoah and one at Phobos. One exploration well is planned at Warrior."[89]

---

[87] See BMO Capital Markets, "Markets Playing in the 2016 Sandbox Ahead of March," February 3, 2016, p. 3 (APC-01327135); Barclays, "APC Provides Detail on 50% Capex Cut and Flat Expected Oil Volumes; 2016 Asset Monetization Plan Increased to $2-3 Billion," March 1, 2016, p. 2 (APC-01327279).

[88] BMO Capital Markets, "Markets Playing in the 2016 Sandbox Ahead of March," February 3, 2016, p. 3 (APC-01327135).

[89] Barclays, "APC Provides Detail on 50% Capex Cut and Flat Expected Oil Volumes; 2016 Asset Monetization Plan Increased to $2-3 Billion," March 1, 2016, p. 2 (APC-01327279).

93.    Further in March 2017, Deutsche Bank explained the following activities in the Gulf of Mexico:

> "Planned development consists of 7 tiebacks (-2 rigs) and 1 platform rig well (Holstein) driving development spend of $960mm ($600mm drilling and $360mm in facilities/maintenance). Expects to maintain production (130 Mbo/d and 160 Mboe/d through 2019) and generate $1 Bn in FCF per year through 2021 at $55/$3 WTI/HH. Plans to drill 5-6 exploration and appraisal wells in 2017 with potential nearterm tiebacks (Calpurnia-1, Warrior-2, and Phobos-3) representing half while Shenandoah 6, Shenandoah-6 ST, and Coronado 3 will further advance appraisal efforts in the Shenandoah Basin. Shenandoah-6 ST is currently drilling."[90]

94.    At various times throughout the Class Period, analysts estimated the value of Anadarko's interest in Shenandoah based on information available at the time. For example, in a research report dated July 29, 2015, UBS assigned a value of approximately $2.75/share to Shenandoah in its net asset value ("NAV") estimate of $118/share for Anadarko.[91] This estimated value of Shenandoah represented approximately 2.33% of the total value of Anadarko at the time.

95.    Similarly, JP Morgan performed a valuation of Anadarko using a NAV approach in a report dated May 4, 2016. However, JP Morgan did not "give value for Shenandoah in [their] NAV given uncertainty around the project," stating that "[Anadarko] indicated there is some apparent faulting in the structure that wasn't encountered in the seismic. As a result, the

---

[90] Deutsche Bank Securities, "Anadarko Petroleum Corp. Being Resource-Full Above All Else?," March 8, 2017, p. 3 (APC-01334146).

[91] UBS, "Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015, pp. 2, 11 (UBS00015972). Net asset value or NAV reflects the differences of a company's assets and liabilities. Analysts often apply a NAV approach to value exploration and production companies by assigning a value to individual assets and liabilities and then aggregate the components to derive a NAV value for the whole company.

company plans to drill more appraisal wells to make sure there is not additional compartmentalization across the field."[92]

96.     Likewise, in a research report dated February 5, 2017, Goldman Sachs valued the Shenandoah project at around $0.50 to $0.75 per share, based on Goldman Sachs' internal reserve estimate of 775 million barrels of oil equivalent, a $9 billion development cost and a project breakeven oil price of $45-50/bbl. That compares to a NAV of $69 per share for Anadarko, and hence reflects approximately 1.1% of the total value of the company.[93]

97.     I found at least 314 reports from 22 analysts, including UBS, JP Morgan and Goldman Sachs published 314 reports during the Class Period that applied a NAV approach to estimate the value of Anadarko.[94] Most of these reports did not provide a value for Shenandoah because they either assigned no value to Shenandoah or did not value Shenandoah separately from the other unproven assets. This suggests that Shenandoah was not a sufficiently significant or certain portion of Anadarko's asset base to merit separate valuation attention from these analysts. However, 8 analysts in 32 reports did provide a non-zero value for Shenandoah. Those values of Shenandoah represent 1.1 % to 3.7% of Anadarko's total NAV.[95] Figure 8 below charts the portion of Anadarko's valuation the eight analysts attributed to Shenandoah. These valuations further suggest that Shenandoah was viewed by analysts as only a small part of Anadarko's asset base. Importantly, the valuations also suggest that

---

[92] JP Morgan, "Anadarko Petroleum More Positives Than Negatives, But a Few Chinks in the Armor," May 4, 2016, p. 1 (APC-01328858).

[93] Goldman Sachs, "Anadarko Petroleum Corp. (APC) Unappreciated GOM production profile to drive the next leg up; Buy", February 5, 2017, p. 14–15 (GS-002754).

[94] List of relevant Analyst Reports is included in Appendix B to my report.

[95] Sources are listed in Appendix B to my report.

analysts attributed an increasingly smaller value to Shenandoah as the appraisal prospect progressed.

**Figure 8. Portion of Anadarko's Valuation Attributed to Shenandoah[96]**

98.    One of Plaintiffs' investment managers, Fidelity, did not assign any value to Shenandoah, and the ultimate write-off of Shenandoah did not affect Fidelity's valuation of Anadarko:

"Shenandoah in the GOM was written off, as the most recent appraisal well didn't find oil, in part due to operational issues with drilling the well. This project was already going to be tough to get over the finish line, and with a smaller reservoir they've stepped away from it. Still own the blocks, but unlikely it will proceed at this point. Disappointing, but not too surprising - I was not assuming anything in my production forecast."[97]

---

[96] Analyst reports by Bank of America Merrill Lynch, Evercore, Goldman Sachs, Imperial Capital, Morgan Stanley, RBC, UBS, and Wolfe Research from February 20, 2015 to May 2, 2017.

[97] FMR Research, "Operations good w/ strong outlook, val'n compelling but in sentiment purgatory," May 8, 2017, p. 42 (FIAM-ANAD-000002).

99. Another one of Plaintiffs' investment managers, Janus Henderson, noted that it invested in Anadarko based on its overall business, not any single oil field.[98]

### 4.2.2.  Investors understood that Anadarko engaged in active portfolio management to drive value, and that this could include selling, rather than developing, exploration assets.

100. Long before the start of the Class Period, investors understood that Anadarko engaged in active portfolio management to maximize value for its shareholders. Anadarko repeatedly emphasized this message during investor conferences and earnings calls, often referring to asset sales as "monetizations."

101. For instance, during a March 2012 investor conference, Daniels described their "active" appraisal program:

> "All levels understanding exploration – not just the risk, which is key. You have to understand what the risks are, but you also have to balance that out against the rewards. And a lot of times, people think about exploration risk. Exploration means risk and reward, and we're trying to balance that. And there's a very, very good understanding not just at the senior level – all levels of the organization that that's the balance we're trying to optimize around so that we get the maximum reward for the least amount of risk.
>
> We're very future-focused. You're going to see an awful lot of attention to what's going to happen in 2012. Where we spend an awful lot of our time on is what are we going to be drilling in 2013 and 2014, and how do we bring those forward, and also how do we evaluate, as efficiently as possible, the discoveries we've made so that we can roll those into Chuck's world and that they can work their magic on the developments.
>
> And then driven towards that value realization, and you've seen examples of that, whether it's through monetizations, whether it's through [joint ventures ("JVs")], whether it's through exploration sell-downs. But we do that all the

---

[98] Declaration of N. Barrett, Janus Henderson ¶ 5.

time, and we're driven towards making sure, when we create value by finding something, that then we realize the value for our shareholders.

 . . .

The standardized risk assessment and consistent economic evaluation – another group that I have in the exploration team is called our Exploration Engineering Group. They're very key to how we evaluate our portfolio and the decisions that we make in that they're engineers that are embedded in the entire exploration organization, reporting up to a common structure. And what that allows is commonality of assessment, whether it's timing, cost, resources, deliverability, all of the things that go into a full economic assessment. And then you marry that with a risk assessment of the subsurface, which is based on the Rose methodology, which is embedded through the entire organization. It allows you to then be able to compare, as best you possibly can, a prospect in Brazil versus a prospect in Mozambique versus a prospect in the deepwater Gulf of Mexico and looking at that risk/reward profile and what does it mean for our shareholders at Anadarko."[99]

102.  In May 2013, when asked about forthcoming monetizations, Walker emphasized that at Anadarko they were "very active managers of [their] portfolios."[100] Gwin added, "There's a variety of these types of things that we continue to work on. And we'll continue to try to fine-tune the portfolio of things that don't work quite as well for us, attractive assets but might fit better in somebody else's portfolio, and then we'll continue to focus our capital and attention on the things that are our highest points of opportunity."[101]

103.  During a March 2014 investor conference, Walker continued on this, explaining two selloffs in the Gulf of Mexico that improved Anadarko's balance sheet:

"Monetizations in our portfolio will continue. I mean that in the sense that we're always constantly like many of you who run money in the room looking to

---

[99] Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012, pp. 39-40.

[100] Anadarko Petroleum Corporation, Q1 2013 Earnings Call Transcript, May 7, 2013, p. 13.

[101] *Id.*

improve our portfolio and not be static in the way in which we think about what is in our portfolio. This approach really allows us to accelerate what we think about with respect to the velocity of our portfolio; that change is really, really important, that accelerating the cash, whether it's a long cycle investment, short or something that we see as an investment that may or may not be something that we'll want to take to development really allows that acceleration, that velocity of that cash to come forward. A lot of that help is also reduced execution risk. And we're going to talk a little bit about that as well.

If you think about Lucius and Heidelberg, two great examples where we had taken two great discoveries, put them into the development, and we sold down enough working interest to be able to have somebody else pay the D of the F&D, and be able to have a very attractive rate of return and a meaningful impact for the production and reserves for our own balance shee[t]. So we reduced the risk, improved our optionality associated with it and frankly in some ways it simplified our equity story."[102]

104.   When asked about monetizations and how, "given the success of Shenandoah," Anadarko was "thinking about non-operated working interest in the Gulf of Mexico," Gwin declined to give out information on specific assets but emphasized that the "key" was that Anadarko "will make those decisions based upon continuing refinements in [its] model."[103] He added, "We'll continue to re-optimize the portfolio, and if there are places where, and maybe it's in a place like Shenandoah. But we've shown the ability to do it onshore in the U.S., and in the deepwater, and internationally. We've done it through carry structures fairly creatively, and we've been able to do it with just straight monetizations like we are with Pinedale/Jonah and in Mozambique. So I think the comment is one in general to say, we're not done managing this way, but a lot of it's going to matter about – Al talked about lots of things we

---

[102] Anadarko Petroleum Corporation, Investor Conference Transcript, March 4, 2014, p. 5.

[103] *Id.* p. 18.

can't predict today. As things evolve we're going to continue to try to position ourselves most efficiently, and then we'll take advantage of it in the market."[104]

105. Anadarko's message regarding its portfolio monetization was consistent: They were committed to exploring prospects but would determine whether to develop or sell those prospects depending both on the prospect and how it fit within its portfolio.

---

[104] *Id.* p. 19.

# 5. Publicly Disclosed Information Regarding Shenandoah

106.  In this section, I review Plaintiffs' allegations with respect to Anadarko's Shenandoah disclosures as specified in the Amended Complaint. While I do not explicitly address all statements in the Amended Complaint, particularly where the allegedly misleading nature of the statement is unclear, I address each general category of statement. I analyze how investors understood the Shenandoah project given the totality of information in the market. Recognizing that markets assimilate information from all credible sources, I review Anadarko's statements, related disclosures made by the other Shenandoah Partners, as well as comments about these disclosures from equity research analysts, investment managers, and news outlets.

107.  Based on this review, I find that Plaintiffs' allegations either reflect a misunderstanding of how investors understood these statements or ignore other information in the market. By the time of the alleged corrective disclosure, investors were aware of the difficulties that made sanctioning Shenandoah less attractive. The write-off thus did not result from risks and difficulties known to Anadarko that they had failed to disclose.

## 5.1.    Anadarko's Pre-Class Period Statements about the Projected Value and Size of Shenandoah Project

### 5.1.1. Overview:

108.  Plaintiffs assert that Anadarko made several statements prior to the start of the Class Period that inflated the value of Shenandoah. In this section, I analyze how investors interpreted these statements. I also analyze additional statements that Anadarko and the Shenandoah Partners made about the Shenandoah project around this time, as well as statements from market participants. This review is intended to assess what investors understood about the Shenandoah development prior to the start of the Class Period.

### 5.1.2. Plaintiffs' Allegations:

109. I understand Plaintiffs to be pursuing an "inflation-maintenance theory."[105] Plaintiffs cite four pre-Class Period statements Defendants made over the course of five years—February 2009 through March 2014—that they contend contained "inflated numbers" about the size of the Shenandoah resource that "duped" the market.[106] Plaintiffs allege that "Defendants [dug] [t]hemselves a [h]ole in [h]ailing Shenandoah as a [m]ulti-[b]illion [d]ollar [o]pportunity,"[107] and that "the data collected from the Shenandoah wells proved that Defendants' public characterization of Shenandoah as a '~$2 - $4 Billion Net Opportunity' was vastly overstated and required a significant downward adjustment."[108] Plaintiffs further allege that "Defendants never corrected their projected value and size of Shenandoah project during the Class Period."[109]

110. In support of their theory, Plaintiffs first cite to Defendants' February 2009 announcement of the Shen-1 discovery well, which stated, "The Shenandoah discovery well, located in Walker Ridge block 52, encountered net oil pay approaching 300 feet in the Wilcox formation."[110] The press release quoted Daniels as saying, "This has been a remarkable week, with back-to-back deepwater discoveries in the Gulf of Mexico . . .. Initial data indicates the Shenandoah discovery has reservoir properties that appear to be of much

---

[105] Reply in Support of Motion to Certify Class, p. 3 (citing Amended Complaint ¶ 151).

[106] Amended Complaint pp. 10–12. Plaintiffs also take issue with two pre-Class Period statements about Shen-3. As these do not appear to go to their "inflation-maintenance theory," they are discussed *infra* Section 5.2.3.

[107] *Id.* p. 10.

[108] *Id.* ¶ 36.

[109] *Id.* ¶ 36.

[110] Anadarko Petroleum Corporation, "Anadarko announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009, p. 1 (APC-01335462).

higher quality than [the] industry has seen previously in the emerging Lower-Tertiary play. The success of this well and our recent Heidelberg discovery further confirms the value of Anadarko's extensive acreage position and our capability in exploring proven and emerging deepwater basins worldwide."[111]

111.  Second, Plaintiffs cite to a March 13, 2012 investor relations conference call, alleging that "Anadarko boasted of an exploration goal of delivering 'over 800' million barrels of oil equivalents ('MMBOE')." [112] Plaintiffs contend that "Shenandoah alone constituted approximately one-third of the projected resources to meet that goal, which at that time would have made it the third largest resource ever found in the Gulf of Mexico."[113] The slide at issue is:

---

[111] *Id.*

[112] Amended Complaint ¶ 31.

[113] *Id.*

**Figure 9. Reproduced Slide: Building Upon Momentum in 2012**[114]



112.   Third, Plaintiffs identify a statement from Daniels in an Anadarko press release dated March 19, 2013, announcing the outcome of Shen-2. Plaintiffs contend that Daniels "touted favorable results"[115] of Shen-2:

> "The successful Shenandoah-2 well marks one of the Anadarko's largest oil discoveries in the Gulf of Mexico, with more than 1,000 net feet of oil pay and reservoir rock and fluid properties of much higher quality than previously encountered by [the] industry in Lower Tertiary discoveries . . . With ownership in the successful Shenandoah wells, the adjacent Yucatan prospect, and the very encouraging results from the nearby Coronado well, Anadarko is strategically

---

[114] Anadarko Petroleum Corporation, Investor Conference Presentation, March 13, 2012, p. 98.

[115] Amended Complaint ¶ 32.

positioned in the Shenandoah Basin, which has the potential to become one of the most prolific new areas in the deepwater Gulf of Mexico."[116]

113.  Fourth, Plaintiffs identify statements in an Anadarko investor presentation dated March 4, 2014, which includes a slide stating Anadarko had "900+ MMBOE Net Discovered Resource," "a third" of which the Amended Complaint claims "was attributable to Shenandoah," and a slide that described the Shenandoah basin as a "~$2 - $4 Billion Net Opportunity."[117] The slides at issue are:

**Figure 10. Reproduced Slide: Industry-Leading Exploration Success Again in 2013[118]**



---

[116] *Id.* ¶ 32.

[117] *Id.* ¶ 34.

[118] Anadarko Petroleum Corporation, Investor Conference Slides, March 4, 2014, p. 74.

**Figure 11. Reproduced Slide: Shenandoah Basin: ~$2 - 4 Billion Net Opportunity[119]**



### 5.1.3. Summary of Conclusions

114. **Conclusion A: Investors did not view Anadarko's February 2009 announcement about the Shenandoah discovery well as an estimate of the projected value and size of Shenandoah.**

115. **Conclusion B: Investors did not view Anadarko's March 13, 2012 statement regarding Anadarko's goal of delivering 800+ MMBOE Net Risked Resources in 2012 as an estimate of the projected value and size of Shenandoah.**

---

[119] *Id.* p. 83.

116. **Conclusion C: Investors did not view Anadarko's March 2013 statement announcing the results of Shen-2 as an estimate of the projected value and size of Shenandoah.**

117. **Conclusion D: Investors did not view Anadarko's March 4, 2014 statement about Anadarko's "900+ MMBOE Net Discovered Resources" and the Shenandoah Basin constituting a "~$2 - $4 Billion Net Opportunity" as an estimate of the projected value and size of Shenandoah.**

### 5.1.4.  Support for Conclusions

118. **Conclusion A: Investors did not view Anadarko's February 2009 announcement about the Shenandoah discovery well as an estimate of the projected value and size of Shenandoah.**

119. When Anadarko announced the Shen-1 discovery well, they stated that it "encountered net oil pay approaching 300 feet in the Wilcox formation," and that "[i]nitial data indicates the Shenandoah discovery has reservoir properties that appear to be of much higher quality than [the] industry has seen previously in the emerging Lower-Tertiary pay."[120]

120. As explained *supra* in section 4.1.1, investors understood that a discovery well is only the first step toward appraising any given resource. This process, which could take upwards of a decade, involves a significant amount of time and capital, and may not ultimately result in a FID.

121. Investors did not understand the announcement of Shen-1, which discussed net pay and reservoir properties, as a resource range. As Anadarko noted in the press release

---

[120] Anadarko Petroleum Corporation, "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009, p. 1 (APC-01335462).

announcing the well, "Anadarko and the co-owners of the discovery are evaluating the well results and the next steps toward future appraisal activity." [121] As such, investors understood that Shen-1 was a promising discovery but was not guaranteed, and that Anadarko needed to go through the appraisal process in order to understand and size the resource. Investors did not understand that the results of a single discovery well could have confirmed a large, economically productive resource.

122. **Conclusion B: Investors did not view Anadarko's March 13, 2012 statement regarding Anadarko's goal of delivering 800+ MMBOE Net Risked Resources in 2012 as an estimate of the projected value and size of Shenandoah.**

123. The slide at issue is entitled "Building Upon Momentum in 2012" and contains the statement: "Deliver 800+ MMBOE of Net Risked Resources." Risked resources means that the applicable reported volumes or revenues have been adjusted based on the chance of commerciality of such resources.[122] In the context of this slide, I understand net risked resources to reflect risked resources (resources multiplied by a probability estimate) net of Anadarko's (then) 30% working interest.[123]

124. Investors understood that the 800+ MMBOE Net Risked Resource estimate was Anadarko's goal across its entire portfolio for 2012. As Daniels explained during the March 13 investor call, "2012, if you look at what the program looks like, this year we're going to be over 800 million barrels of net risked resources. This is the target we put out there . . . Because of the success we've had, because of the significant numbers of appraisal wells we have to do and

---

[121] *Id.*

[122] Canadian Securities Administrators, CSA Staff Notice 51-324 – Revised Glossary to NI 51-101 Standards of Disclosure for Oil and Gas Activities, December 4, 2014, p. 15 https://www.osc.ca/sites/default/files/pdfs/irps/csa_20141204_51-324_51-101-glossary.pdf

[123] *Id.* p. 10.

the de-risking of the additional exploration opportunities, we feel comfortable putting out an 800 million barrel resource number as our target for that $1.4 billion investment."[124]

125. While Plaintiffs contend that "Shenandoah alone constituted approximately one-third of the projected resources to meet that goal,"[125] I have not seen any evidence that suggests that Anadarko made that representation. My review of the presentations and associated transcripts did not identify any suggestion that Anadarko attributed one third of that estimate to Shenandoah.

126. Investors did not attribute any significant portion of the 800+ MMBOE goal to the Shenandoah appraisal project. As discussed in Section 4.2.1, Shenandoah constituted only a small portion of Anadarko's portfolio. Moreover, at this point, only the Shenandoah discovery well had been drilled. Shenandoah is listed in the presentation as a "discover[y] [u]nder [a]ppraisal,"[126] and "Shenandoah appraisal" is listed as one of Anadarko's planned activities for 2012.[127] As such, investors did not attribute any significant portion—let alone one third—of the 800+ MMBOE to Shenandoah.

127. **Conclusion C: Investors did not view Anadarko's March 2013 statement announcing the results of Shen-2 as an estimate of the projected value and size of Shenandoah.**

128. Plaintiffs take issue with Anadarko's statement announcing the results of the Shen-2 appraisal well. While investors understood that the more than 1,000 net feet of oil pay—a

---

[124] Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012, p. 37.

[125] Amended Complaint ¶ 31.

[126] Anadarko Petroleum Corporation, Investor Conference Presentation, March 13, 2012, p. 100.

[127] *Id.* p. 107.

fact Plaintiffs do not allege is false—was a promising discovery, the announcement did not speak to the size of the resource as a whole.

129. Investors understood that there would be additional appraisal drilling following Shen-2. As such, investors did not interpret Anadarko sharing the results of Shen-2 as the company estimating or projecting the size of Shenandoah to any reasonable degree. Indeed, Daniels stated during the investor call that Anadarko was "incorporating the information obtained from Shenandoah-2 into [its] planning and anticipate[ed] further appraisal drilling to advance this potentially giant project."[128]

130. Investors also understood from the announcement that Anadarko's potential success in the deepwater Gulf of Mexico would be based in part on its ownership of multiple prospects. Daniels said, "With ownership in the successful Shenandoah wells, the adjacent Yucatan prospect, and the very encouraging results from the nearby Coronado well, Anadarko is strategically positioned in the Shenandoah Basin, which has the potential to become one of the most prolific new areas in the deepwater Gulf of Mexico."[129] Investors understood that the Shenandoah Basin, not the Shenandoah project alone, was an area with the "potential to become one of the most prolific new areas in the deepwater Gulf of Mexico," depending on the appraisal results in Shenandoah and other nearby projects. [130]

131. Investors understood that the appraisal program was in its early stages, and that any development would depend on the findings of the appraisal program, cost of development, and macroeconomic factors such as the price of oil. Anadarko repeatedly disclosed in its

---

[128] Yahoo Finance, "Anadarko Announces Shenandoah Appraisal Well Encounters More Than 1,000 Net Feet of Oil Pay," March 20, 2013, p. 1, http://www.finance.yahoo.com/news/anadarko-announces-shenandoah-appraisal-well-200500390.html.

[129] *Id.*

[130] *Id.*

SEC filings that development would depend on the price of oil. In its Q1 2013 10-Q, for instance, Anadarko wrote, "The Company's most significant market risk relates to prices for natural gas, crude oil, and NGLs. Management expects energy prices to remain volatile and unpredictable. As energy prices decline or rise significantly, revenues and cash flows are likewise affected. In addition, a non-cash write-down of the Company's oil and gas properties or goodwill may be required if commodity prices experience a significant decline."[131] Anadarko made these disclosures both before and throughout the Class Period.

132. After announcing the results of Shen-2, Anadarko continued emphasizing to investors that the project was in its early stages. On May 7, 2013, during Anadarko's Q1 2013 earnings call, Walker and Daniels explained that Shenandoah was still in the appraisal stage. Daniels remarked that "Shenandoah obviously needs additional drilling."[132] He noted that they were "waiting on the Yucatan results," which were "really key for the overall Shenandoah/Yucatan area."[133] On the same earnings call, an analyst with Bank of America Merrill Lynch, asked Robert Lawler, Anadarko's VP of International & Deepwater Operations, whether it was "too early to really think about development options" in Shenandoah. Lawler made clear that Shenandoah was still in its early stages and appraisal had not been completed, remarking that the analyst's "comment is exactly right," that "[i]t's very early, and we're looking forward to the appraisal program."[134]

133. The Shenandoah Partners similarly echoed that the project was in its early stages. In its Q2 2013 earnings call, Cobalt's CEO Joseph Bryant made remarks that demonstrated that the Shenandoah Partners were still assessing Shenandoah and needed to "drill another

---

[131] Anadarko Petroleum Corporation, Q1 2013 10-Q, May 6, 2013, p. 41.

[132] Anadarko Petroleum Corporation, Q1 2013 Earnings Call Transcript, May 7, 2013, p. 7.

[133] *Id.* p. 5.

[134] *Id.* p. 10.

appraisal well," projected for late 2013 or even 2014.[135] He stated that Cobalt "certainly doe[s] have views, pre-drill and post-drill" about Shenandoah but "d[id not] know that that's going to end up that way,"[136] emphasizing that, "the great thing about this business is people drill wells, then they prove themselves right or wrong" and "at the end of the day, what we've got to do at Shenandoah is drill another appraisal well."[137] Bryant made clear that the Shenandoah Partners still needed to "find out how deep that oil column goes on that Shenandoah structure."[138]

134. During its April 25, 2013 earnings call, ConocoPhillips also emphasized that it was too early in the project to even give a timeline for production. On the call, Paul Cheng, a Senior Vice President at Barclays Capital, Inc., described Shenandoah as a "monster well" and asked, "[g]iven it's so great in terms of the size" what the timeline for production would be, predicting "at least another two years for [an] additional appraisal well."[139] Matthew Fox, Executive Vice President of Exploration and Production at ConocoPhillips, responded, "We're still working on that, Paul. It's a good question and we're in the middle of working out the timeline and the appraisal request for that well. So it's too early to give you a timeline for that."[140]

135. Comments from equity analysts around March 2013 reflect that while some analysts speculated about the resource size—resulting in a wide range of estimated sizes— Anadarko itself did not publicly provide a possible resource range. It was common for

---

[135] Cobalt International Energy Inc., Q2 2013 Earnings Call Transcript, July 30, 2013, p. 19.

[136] *Id.*

[137] *Id.*

[138] *Id.*

[139] ConocoPhillips, Q1 2013 Earnings Call Transcript, April 25, 2013, p. 15.

[140] *Id.*

analysts to take the limited information provided by Anadarko and the Shenandoah Partners and create their own models and assumptions. These were inherently speculative and vary across analysts, as was the case here.

a.  JP Morgan: JP Morgan noted that in releasing the Shen-2 data, "APC has not provided an overall estimated resource size."[141]

b.  Credit Suisse: "Our base case seems too conservative. Despite being in the lower tertiary, APC believes Shenandoah has higher quality reservoir characteristics more typical of the Miocene. Our base case, which now appears conservative given the size of the oil column in the appraisal well, estimated a discovery at Shenandoah could be worth $1.70 per APC share based on the company's 30% working interest, 340 MMBoe of recoverable reserves, $3.3 billion of development costs, initial production in late 2017, and a $90/bbl long-term oil price (Brent). For Shenandoah, a resource range of at least 400 to 550 MMBoe appears more appropriate. The initial discovery well, which was drilled up dip, encountered 300 net feet of pay. Assuming the appraisal area encompasses roughly 4,000 to 5,000 acres, we believe the market will initially assign a resource range of 400 to 550 MMBoe."[142]

c.  Barclays: "Shenandoah appraisal well encounters 1000+ net pay; We speculate size of discovery could be 300-1700 mmboe gross, perhaps worth $5-25 per share . . . The appraisal well at the Shenandoah discovery encountered more than 1,000 net feet of oil pay in multiple high-quality Lower Tertiary-aged reservoirs and marks one of Anadarko's largest Gulf of Mexico discoveries. The Shenandoah-2 well was drilled 1.3

---

[141] JP Morgan, "Anadarko Petroleum More Success in the Deepwater GoM; Shenandoah-2 Encounters >1,000 Net Feet of Oil Pay and No Oil-Water Contact – ALERT," March 20, 2013, p. 1 (APC-00572780).

[142] Credit Suisse, "Shenandoah: A Doozy of a Discovery Indeed," March 20, 2013, p. 1 (CS_000058).

miles southwest and approximately 1,700 feet structurally down-dip from the discovery well which encountered 300+ feet of net pay back in 2009. Anadarko reported that the targeted sands were full to base with no oil-water contact and that the log and pressure data from the well indicate excellent quality reservoir and fluid properties (much higher quality than previously encountered by industry Lower Tertiary discoveries)."[143]

d. Capital One: "APC, along with partners CIE and MRO, announced extraordinary Shenandoah-2 well results yesterday in what appears to be a game changing discovery in deepwater GOM. Shenandoah-2, which tested the down-dip extent of the previous Shenandoah discovery well (2009 discovery logged 300+ net feet of pay), encountered more than 1,000 net feet of oil pay in high-quality Lower-Tertiary aged reservoirs, marking one of the largest discoveries ever in GOM. As a result, we are increasing our gross 2P estimate to 900 MMboe for Shenandoah (we estimate a range of 800 - 1,000 MMboe) from a previously conservative 225 MMboe expectation. Increased resource estimate at $12/boe pricing adds $4/ share to APC (30% WI), $2.90/share to CIE (20% WI), and $1/share to MRO (10% WI). This exciting story is far from over as we await results from 2 other wells in the Shenandoah mini-basin with Yucatan (RDS operated, APC 15% WI) and Coronado (CVX operated, APC 15% WI) results expected any day now. News of this Lower-Tertiary success also a positive read through for CIE, which has identified 10 additional lower tertiary prospects."[144]

e. Credit Suisse: "Recalibrating 'blue sky' potential of Shenandoah. In our note last week, we highlighted 'blue sky' potential of $4.00 per APC share (excluding

---

[143] Barclays, "Anadarko Petroleum (APC) – Shenandoah appraisal well encounters 1000+ net pay; We speculate size of discovery could be 300-1700 mmboe gross, perhaps worth $5-25 per share," March 20, 2013, p. 1.

[144] Capital One, "APC Announces Major GOM Discovery," March 20, 2013, p. 1.

Coronado/Yucatan) if the Shenandoah discovery approached 650 MMBoe. As the first appraisal well encountered in excess of 1,000 feet of net pay and no oil water contact, Shenandoah could be one of the largest discoveries ever drilled in the GoM, with a resource range approaching 1 BBoe."[145]

136. **Conclusion D: Investors did not view Anadarko's March 4, 2014 statements about Anadarko's "900+ MMBOE Net Discovered Resources" and the Shenandoah Basin constituting a "~$2 - $4 Billion Net Opportunity" as an estimate of the projected value and size of Shenandoah.**

137. Plaintiffs first take issue with Anadarko's statement about "900+ MMBOE Net Discovered Resources," a "third of which" they claim "was attributable to Shenandoah."[146] Net Discovered Resources are equal to gross discoverable resources times the probability of development.[147]

138. While Plaintiffs again claim that Shenandoah accounted for one-third of this net discovered resources figure, neither the presentation nor the call transcript suggests Anadarko made this representation. I am not aware of any other instances in which Anadarko may have made this representation.

139. Plaintiffs also take issue with Anadarko listing Shenandoah Basin as a "~$2 to $4 billion net opportunity."[148] Plaintiffs claim the "public characterization of Shenandoah as a '~$2 - $4

---

[145] Credit Suisse, "Anadarko Petroleum Corp. Shenandoah: A Doozy of a Discovery Indeed," March 20, 2013, p. 2, (CS_0000588).

[146] Amended Complaint ¶ 34.

[147] Canadian Securities Administrators, CSA Staff Notice 51-324 – Revised Glossary to NI 51-101 Standards of Disclosure for Oil and Gas Activities, December 4, 2014, p. 10, https://www.osc.ca/sites/default/files/pdfs/irps/csa_20141204_51-324_51-101-glossary.pdf

[148] Anadarko Petroleum Corporation, Investor Conference Slides, March 4, 2014, p. 83.

Billion Net Opportunity' was vastly overstated and required a significant downward adjustment."[149]

140. Investors understood that any potential development would depend on further appraisal, the cost of development, external conditions such as the price of oil, and how the investment would fit into Anadarko's existing portfolio. Anadarko explained as much during its March 2014 investor conference. Daniels, who had been promoted to Executive Vice President, International and Deepwater Exploration, described the role of the Exploration Engineering Group at Anadarko as "value creation": "When we go out and we find something, we create value. When we do a lot of it, it gives us a lot of optionality. What are we going to do with this value? Are we going to take it to full production? Are we going to bring in a partner? Are we going to monetize it? The more success we have in the exploration world, the more value we create and the more we have options as we go forward."[150] He went further: "We go out and we make discoveries. . . So we drill the wells, test our ideas. If we have success, we've just enhanced that value. And then as we appraise it we decide, what are we going to do with this? And that's where we can provide that optionality to realize and enhance the value within the portfolio. That's our business, our role."[151]

141. Daniels emphasized that exploration value creation is based on a balanced portfolio, which can be impacted by changing conditions and commodity pricing, among other things. He highlighted that Anadarko "optimize[s] [its] portfolio all the time": "We have to have a deep portfolio just like the development team has to have a deep portfolio of opportunities, because that gives you the flexibility to respond to changing conditions, to changing risk, pricing, whatever it may be. The more choices you have in that portfolio of quality, the

---

[149] Amended Complaint ¶ 36.

[150] Anadarko Petroleum Corporation, Investor Conference Transcript, March 4, 2014, p. 42.

[151] *Id.*

better you're going to be able to allocate capital and the better your success rate's going to be."[152]

142. Daniels continued by describing the exploration process, which begins with drilling exploration wells. If the wells are successful, Anadarko would "optimize" and "test it." [153] Daniels explained that one of the ways that Anadarko "optimize[s] and reduce[s] risk would be [to] acquire data, apply technology." [154] He acknowledged that they could incur "a lot of dollars" to assess and if those prospects did not appear to be economically favorable, ultimately Anadarko might "get those out of the portfolio."[155] He explained, "Every time we drill appraisal, we're reducing risk. We're getting more confidence on the resource size. So how they move through the portfolio with the additional information that's gained from every subsequent activity is how we get to that value realization."[156] Projects are "continuously in motion."[157]

143. With this in mind, investors understood that the slide listing the Shenandoah Basin as a "~$2 - $4 Billion Net Opportunity" was not an estimate of the size and value of Shenandoah. Investors understood this number—which is notably an estimate for the entire Shenandoah Basin, not solely the Shenandoah appraisal project—to be a highly preliminary and speculative estimate subject to substantial revisions depending on the findings of future

---

[152] *Id.* p. 43.

[153] *Id.* p. 44.

[154] *Id.* p. 46.

[155] *Id.*

[156] *Id.*

[157] *Id.*

appraisal wells, technological development, and commodity pricing, among other factors. Investors understood that this was an opportunity and potential outcome.

144.   In speaking about this slide, Daniels explained that it described the potential value creation of the Shenandoah Basin, which was early in the appraisal process with many unknowns. He described the Shenandoah Basin in broad terms: "This is where a lot of focus on the appraisal is happening, three big discoveries out there. We have a working interest in all of them. We're the only company that does. We're going to be the operator of two of them at Shenandoah and Coronado and if you go back through time and look at the maps you'll notice that the Coronado working interest has gone up."[158] Daniels explained that they "have a substantial interest in all of these," and that "we just think it's the greatest thing in the world when you can go in at low interest, spend money to make a discovery and then for very little money actually increase your interest in that discovery and have the potential to the upside."[159] He further explained that the $2 to $4 billion figure was based on Anadarko's success in all three fields: "We think that controlling both Coronado and Shenandoah as an operator will give us a lot more optionality and flexibility and we plan to drill these three, the two that are drilling, one more in Shenandoah and potentially get one more in 2014, so a lot of activity. We're going to have a lot of knowledge post this drilling and you can already see on a net risk basis we think our ownership position **in the entire basin is a $2 billion to $4 billion opportunity.** That's on a risk basis. That's what we have in our portfolio model."[160] In saying this, Anadarko made clear that Shenandoah was in the early stages of appraisal and that any estimates were preliminary.

---

[158] *Id.* p. 48.

[159] *Id.*

[160] *Id.* (emphasis added)

145. Daniels also highlighted potential challenges of the region, however, explaining that its discoveries in the Shenandoah Basin were "sub-salt," and required "seismic acquisition and imaging in very, very complex structural regimes."[161]

146. During the same call, Jim Kleckner, Executive Vice President-International and Deepwater Operations, declined to directly answer a question about the development plan for the Shenandoah and Phobos projects, saying, "Some of those projects are in the early stages of appraisal, and we have more work to do out there to quantify the resource ranges and come up with the proper development solutions once we see commercial resource opportunity."[162] In other words, Kleckner made clear that the Shenandoah Partners needed to do more appraisal wells to understand the resource range and had not yet, at that time, determined that Shenandoah would be profitable.

147. Anadarko continued this message as they described Shenandoah over the following months. On April 7, 2014, Leyendecker gave a presentation about exploration in the Gulf of Mexico at the American Association of Petroleum Geologists ("AAPG") Annual Convention and Exhibition. He reiterated his view that the Shenandoah Basin was a $2 to $4 billion dollar opportunity but cautioned that that it was "not quite ready for primetime," that it was "premature" to talk about the opportunity in detail, and that they needed "a couple of more penetrations" before they could do so. [163]

148. On May 6, 2014, Anadarko hosted a Q1 2014 earnings call during which an analyst from Jefferies, LLC, asked Daniels to expand upon Leyendecker's comments at the AAPG event,

---

[161] *Id.*

[162] *Id.* p. 40

[163] American Association of Petroleum Geologists, Discovery Thinking: The Gulf of Mexico Advantage, April 7. 2014, https://www.aapg.org/videos/discovery-thinking/articleid/37096/ernie-leyendecker-discovery-thinking-the-gulf-of-mexico-advantage.

including the timing for Shenandoah. Daniels responded that "Ernie was right, the Shenandoah mini-basin is a very significant discovery for us and has a great deal of potential there[, b]ut we have a lot of work to do to get [the Shenandoah mini-basin] potential actually defined," including drilling a second appraisal well that would aid in determining "the overall resource size of just the Shenandoah field." [164] He also stated that the "second appraisal well is going to be focused on trying to define the oil water contact, start pushing it down dip and looking at the lateral continuity of those sands," which would give Anadarko "a much better handle on what the overall resource size of just the Shenandoah field is."[165]

149.  Then, during Anadarko's October 29, 2014 earnings call, a research analyst asked how the well results from Yucatan, another field in the Shenandoah Basin, impacted Anadarko's thoughts on the Shenandoah Basin more broadly. Bob Daniels noted in his response that Shenandoah "may not have a huge oil accumulation," but would provide important information: "Shenandoah is going to be key in that while we may not have a huge oil accumulation there, it's real important to see what the reservoirs look like as we move across the field to make sure we have good continuity of reservoirs and that they're in pressure communication. So we'll be getting - trying to find the oil-water contact, try to get good pressure data, and we'll be taking . . . a pull core out of that well after we penetrate the lower - or the objective section. So a lot of work still to do. We're still excited about the Shenandoah Basin, the 3 -- Shenandoah 3 is going to be real key to us."[166]

150.  Anadarko was not the only partner in the project cautioning that it was still in its early stages. For instance, Cobalt similarly emphasized that no development had been

---

[164] Anadarko Petroleum Corporation, Q1 2014 Earnings Call Transcript, May 6, 2014, p. 12.

[165] *Id.* pp. 12-13.

[166] Anadarko Petroleum Corporation, Q3 2014 Earnings Call Transcript, October 29, 2014, p. 9.

sanctioned, saying that the "Shenandoah project is in the early stages of the project development life-cycle and will require substantial additional evaluation and analysis prior to the preparation of a development plan and seeking formal project sanction."[167]

151.  Market participants understood that more appraisal wells would be drilled, and that development had not been sanctioned:

a.  Capital One: "APC sees 5-7% CAGR production growth looking out through 2020 and that excludes deepwater projects like Shenandoah and Phobos which have not yet been sanctioned. The growth rate would also be higher in a sustained >$4.50 gas environment as gas development drilling would be ramped higher, but APC doesn't foresee that." [168]

b.  Jefferies: "On the exploration front, APC will look to build upon the Shenandoah Basin success achieved in '13. Appraisal activity will continue in '14 at the Coronado, Yucatan and Shenandoah discoveries as part of the 6 – 8 well GoM program in '14."[169]

c.  Guggenheim: "Anadarko continues to outperform industry peers on the exploration front, recording a 67% Deepwater exploration/appraisal success rate in 2013, including top-10 discoveries at Orea and Coronado. . . In the Shenandoah Basin, APC will drill 3-4 appraisal wells following recent discoveries at Shenandoah (30% WI), Coronado (35% WI), and Yucatan (25% WI)."[170]

---

[167] Cobalt International Energy Inc., 2014 10-K, February 23, 2015, p. 5.

[168] Capital One, "APC Analyst Day Recap," March 6, 2014, pp. 1-2.

[169] Jefferies, "Anadarko (APC) Ops Update Untarnished By Tronox So Far," March 5, 2014, p. 6.

[170] Guggenheim, "APC – BUY – 2014 Analyst Day Highlights Robust and Option-Rich Upstream Portfolio; Raising PT to $110," March 5, 2014, p. 6.

152.  In sum, investors understood Anadarko's statements to be early statements on the potential of a resource based on only a few wells. Investors understood that these statements did not provide an actual estimate on the resource size of Shenandoah.

## 5.2.    Anadarko's Statements During the Class Period

### 5.2.1. Overview

153.  Plaintiffs allege that Defendants "ma[de], issue[d], and disseminate[d] statements that omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading."[171]

154.  Specifically, Plaintiffs allege that Defendants omitted that:

"(a) credible test results and analysis indicated Shenandoah was much smaller and less commercially viable than Defendants had previously and continued to indicate;

(b) the Senior Reservoir Engineer for the Shenandoah resource had determined the reliability of test results and analysis that indicated the Shenandoah resource was much smaller and less commercially viable than Defendants had publicly indicated;

(c) the fluid quality from the Shenandoah appraisal wells was poor;

(d) Anadarko's RCT had determined the reliability of test results and analysis that indicated Shenandoah was much smaller and less commercially viable than publicly indicated;

(e) Anadarko incentivized exaggerated resource assessments by offering bonuses to its exploration team based on preliminary assessments without validation by the development team or the RCT and without a claw-back for assessments later shown to be exaggerated;

---

[171] Amended Complaint ¶ 94.

(f) Defendants had actively suppressed the truth about Shenandoah through a campaign of retaliation against and harassment of the Senior Reservoir Engineer Frye to set an example for others who were considering speaking the truth about Shenandoah;

(g) Shen 3 was a dry hole;

(h) Shen 4 confirmed massive salt deposits that would obstruct or prevent access to deposits;

(i) Shen 4 indicated a much smaller size resource than Defendants had described after Shen 2;

(j) Leyendecker prohibited employees from using accurate maps that would reveal faulting and other significant shortcomings in the Shenandoah resource;

(k) Anadarko had defied its own internal policies and procedures by, among other things, disregarding the findings and recommendations of the RCT; and

(l) Anadarko's plan for extracting oil from Shenandoah was one that no one had ever successfully deployed."[172]

155. Plaintiffs highlight several statements that they contend are misleading. In this section, I analyze how, in light of the industry knowledge, investors understood the allegedly misleading statements, Anadarko's other statements, the Shenandoah Partners' statements and comments made by market participants. As noted previously, I do not address every statement, but rather consider them in general groups.

---

[172] *Id.* ¶ 95.

### 5.2.2. Allegations Related to 20K Technology

#### 5.2.2.1.      *Plaintiffs' Allegations*

156. Plaintiffs contend that Anadarko concealed that its "plan for extracting oil from Shenandoah was one that no one had ever successfully deployed."[173] I understand Plaintiffs to be referencing the 20,000 psi wellheads, often referred to as "20K wellheads" or "20K technology," required to withstand the pressure of the Shenandoah region.

#### 5.2.2.2.      *Summary of Conclusions:*

157. **Conclusion A: Investors were aware that 20K technology was still being developed.**

158. **Conclusion B: Investors understood that developing Shenandoah required 20K technology and that delays in developing that technology would impact if and when Anadarko and the Shenandoah Partners would develop the prospect.**

#### 5.2.2.3.      *Support for Conclusions.*

159. **Conclusion A: Investors were aware that 20K technology was still being developed.**

160. As noted above, Deutsche Bank highlighted on June 26, 2013 that "[c]ommercial development of the Wilcox remains difficult with discoveries in water depths over 10,000ft to the sea floor and high bottom hole pressures (20,000+ PSI) and temperatures (200+ Fahrenheit)."[174] It added that development in the Gulf of Mexico Lower Tertiary had been "slow to date, as the industry has wrestled with the technical and economic challenges of

---

[173] *Id.* ¶ 95 (l).

[174] Deutsche Bank Securities, "Get Onboard with the Inboard: Rise of the Lower Tertiary 2.0," June 26, 2013, p. 4. (DEUTSCHE005118).

developing a relatively lower quality reservoir . . . at temperature/pressure at the limit of industry capabilities."[175]

161. The media also reported on the state of 20K technology. In describing 20K technology, an article from an offshore oil and gas industry magazine published on December 1, 2015 stated that "new 20K control systems require a new approach to specification, acquisition, operation and maintenance procedures. . . OEMs [original equipment manufacturers] may need to implement changes to material characteristics and design parameters to mitigate the weight increase, but the increase in size also impacts the BOP [blowout preventer] control system in terms of control fluid pressure, flow rate, and volumetric capacity. Additional sensors and software will be required to monitor and control the more complex system. . . The design impact extends to other equipment on the rig that interfaces with the BOP, including the riser system, choke manifold, tensioners, riser handling, BOP handling, pressure testing equipment, and contingency systems such as capping stacks."[176] The article also noted that "[t]he 20K BOP is now an integrated system of equipment, controls and supporting infrastructure. Ensuring this new system meets the safety and performance requirements of the drilling campaign requires a new approach to the processes that define the way equipment is operated and maintained, as well as the competencies and skills of individuals in charge of the equipment."[177]

162. It was also known that BP was "pursuing Project 20K to develop subsea equipment that can withstand Lower Tertiary pressures of 20,000psi and temperatures as high as 350°-400°F."[178]

---

[175] *Id.* p. 5.

[176] Offshore Engineer, "Preparing for a successful 20K BOP campaign," December 1, 2015, pp. 1–2.

[177] *Id.* p. 2.

[178] Offshore Engineer, "Spotlight on the Gulf," May 1, 2015, p. 2.

163. Anadarko itself publicly acknowledged the early state of 20K technology and assembled a team of experts, the 20A Project, to develop and monitor manufacturing of technology that could withstand the 20,000 psi pressures in the Gulf of Mexico.[179] In a November 2014 presentation, Jim Raney, Director of Engineering & Technology at Anadarko, discussed Anadarko's 20A Project and the development concepts and challenges in a 20,000 psi development for the Gulf of Mexico, specifically noting that Shenandoah had pressures "greater than 15K psi," meaning that it would require 20K technology.[180]

164. **Conclusion B: Investors understood that developing Shenandoah required 20K technology and that delays in developing that technology would impact if and when Anadarko and the Shenandoah Partners would develop the prospect.**

165. Investors were well aware prior to the start of the Class Period that Shenandoah required 20K technology, which was not available at the time. Anadarko openly acknowledged this fact. For instance, during a February 3, 2015 investor call, Jim Kleckner stated that Anadarko was "launching a basis of design for different types of development options" for Shenandoah. [181] He also explained that Anadarko was "incorporating a joint industry projects [sic] to look at the pressure regimes that we'll be operating in . . . [a]nd looking at

---

[179] Anadarko Petroleum Corporation, "Developing Industry Solution for 20,000 psi Subsea Developments," November 19, 2014, slide 5.

[180] *See* Society of Petroleum Engineers – Gulf Coast Section, "Development of a 20,000 psi Drilling, Completion, Intervention, Subsea & Subsurface Equipment in 60,000 ft. water depth in the GoM," November 19, 2014, for the event description; Anadarko Petroleum Corporation, "Developing Industry Solution for 20,000 psi Subsea Developments," November 19, 2014, slide 3, https://www.spegcs.org/media/files/files/b06de440/2014-11-19_20A_HPHT_Presentation_Jim_Raney.pdf. Anadarko referred to the 20K technology development project as the 20A Project.

[181] Anadarko Petroleum, Q4 2014 Earnings Call Transcript, February 3, 2015, p. 8.

20,000 PSI systems for handling the pressures we anticipate encountering in the reservoir."[182]

166. On June 10, 2015, a news article reported that Anadarko was "seeking a drillship with a 20K BOP stack and [had] invited several drilling rig contractors to bid on the job," and that "[i]nterested rig contractors [were] understood to be in discussion with various shipyards regarding possible construction options. If the project [went] forward, rig delivery would be in 2019, at the earliest."[183]

167. On July 6, 2015, Jefferies wrote that "Shenandoah [d]evelopment [was] [u]nlikely [n]ear [t]erm, [b]ut [p]rovides [l]ong-[t]erm [p]otential," explaining, "While we believe Shenandoah could be one of the largest GOM discoveries, we currently give no credit in our RAAV due to needed improvements in drilling technology (new build drillships with dual 20k PSI BOPs), which are unlikely to be available in the near-term."[184]

168. The following year, on May 3, 2016, during Anadarko's Q1 2016 earnings call, Daniels explained the need to continue the appraisal program, rather than transition to development, based, in part, on the "technically challenging environment from a pressure standpoint."[185] Later that day, in assessing Anadarko's and Cobalt's earnings releases, an analyst from Morgan Stanley noted, "CIE and APC highlight Shenandoah risks, development hurdles . . . Beyond faulting, high reservoir pressure and associated need for

---

[182] *Id.*

[183] Offshore, "Lower oil prices begin to take toll on Gulf drilling," June 10, 2015, https://www.offshore-mag.com/drilling-completion/article/16758375/lower-oil-prices-begin-to-take-toll-on-gulf-drilling.

[184] Jefferies, "Oil & Gas Exploration & Production Reduce Nat Gas Price Outlook, Remain Constructive; Upgrade APC, NBL, EOG," July 6, 2015, p. 6 (APC-01319911).

[185] Anadarko Petroleum Corporation, Q1 2016 Earnings Call Transcript, May 3, 2016, p. 8.

20kpsi equipment (which industry is in the process of standardizing) add to the development challenges."[186]

169.  On September 13, 2016, a news article reported that the development of Shenandoah would need "a rig with a 20K psi BOP should the project move to the development phase," suggesting that it would be a "step-change for the industry, as the standard BOP on most high-specification floaters today is a 15K BOP."[187]

170.  As these reports show, there is no basis to say that Anadarko "omitted" that its "plan for extracting oil from Shenandoah was one that no one had ever successfully deployed."[188] Rather, Anadarko made clear that the Shenandoah project required 20K technology and its development hinged on the availability of this technology. Investors understood during the Class Period that the development of 20K technology might delay any development of Shenandoah.

### 5.2.3.  Allegations about Shen-3

#### 5.2.3.1.    *Plaintiffs' Allegations:*

171.  Plaintiffs allege that, in discussing the second appraisal well, Shen-3, Anadarko discussed "positive aspects of the Shenandoah resource while concealing negative ones," including that Shen-3 was a dry hole.[189]

---

[186] Morgan Stanley, "Cobalt International Energy Inc: Headwinds Accumulate," May 3, 2016, p. 2 (FIAM-ANAD-003626).

[187] Offshore, "Deepwater development in Golden Triangle down but not out," September 13, 2016, https://www.offshore-mag.com/deepwater/article/16754724/deepwater-development-in-golden-triangle-down-but-not-out.

[188] Amended Complaint ¶ 95(l).

[189] *Id.* ¶¶ 97, 138.

172. Two of the statements about Shen-3 with which Plaintiffs take issue occurred before the start of the Class Period. First, in Anadarko's February 2, 2015 Operations Report, Anadarko described the Shen-3 appraisal results as follows:

> "Shenandoah: Drilling of the second Shenandoah appraisal well, Shenandoah-3, concluded in the quarter. The Shenandoah-3 well found approximately 50% (1,470 feet) more of the same well-developed reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered more than 1,000 feet of net oil pay in excellent quality, Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, reservoir qualities and down-dip thickening. The well also enabled the projection of oil/water contacts based on pressure data, and reduced the uncertainty of the resource range. Planning is currently underway for the next appraisal well, which the company expects to spud in the 2nd quarter of 2015."[190]

173. Second, during a February 3, 2015 investor call, Plaintiffs allege that "Daniels described Shen-3 in glowing terms, claiming there was 1,500 feet of 'excellent' sand continuity."[191]

174. The remaining statements about Shen-3 in the Amended Complaint did occur during the Class Period. Plaintiffs allege that the Class Period began on February 20, 2015, when Anadarko filed its 2014 10-K. In the 10-K, Anadarko stated:

> "Shenandoah Basin: The Company spud the Shenandoah-3 well, its second appraisal well at the Shenandoah discovery, in the second quarter of 2014. The well finished drilling at the end of 2014 and found approximately 50% (1,470 feet) more of the same reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered over 1,000 feet of net oil pay in excellent quality Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, excellent reservoir qualities, and down-dip thickening. The well also enabled the projection of oil-water contacts based on pressure data and reduced the uncertainty of the

---

[190] Anadarko Petroleum Corporation, Q4 2014 Operations Report, February 2, 2015, p. 12.

[191] Anadarko Petroleum Corporation, 2014 10-K, p. 9; *see* Amended Complaint ¶ 52.

resource range. Planning is underway for the next appraisal well, which the Company expects to spud in the second quarter of 2015."[192]

175. Plaintiffs contend that "[t]he 2014 10-K also contained 14 pages of detailed risk factors without disclosing that such risks had already materialized as to the Shenandoah resource, including 'the risk that we will not encounter commercially productive oil or natural-gas reservoirs' and 'exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons.'"[193]

176. Plaintiffs further take issue with Anadarko's March 3, 2015 press release "announcing Anadarko's '2015 initial capital expectations and guidance,'" which "stated that 'Anadarko continues to advance existing discoveries at Shenandoah in the Gulf of Mexico,'" and that Anadarko had a "high-quality portfolio of opportunities, strong balance sheet and efficient capital allocation to preserve value and maintain flexibility."[194]

177. Plaintiffs point to statements made during Anadarko's 2015 capital program and guidance conference call. Plaintiffs allege that "Daniels touted the 'successful appraisal' of Shen-3," calling it a "very successful appraisal well."[195] Plaintiffs point to a slide from a presentation Anadarko showed during this same call. The slide is entitled "Continuous Mega-Project Pipeline Delivering Results," and is reproduced below. Plaintiffs claim that Defendants "touted Shenandoah as a 'High-Margin' project in the Company's 'Mega-Project Pipeline.'"[196]

---

[192] Amended Complaint ¶ 97.

[193] *Id.* ¶ 98.

[194] *Id.* ¶ 101.

[195] *Id.* ¶ 102.

[196] *Id.* ¶ 103.

**Figure 12. Reproduced Slide: Continuous Mega-Project Pipeline Delivering Results[197]**



### 5.2.3.2.    *Summary of Conclusions*

178.   **Conclusion A: Investors understood from Anadarko's *pre-Class Period* statements that the Shen-3 well did not encounter hydrocarbons.**

179.   **Conclusion B: Investors understood from Anadarko's statements during the Class Period that the Shen-3 well did not encounter hydrocarbons.**

180.   **Conclusion C: Investors understood from the Shenandoah Partners' statements about Shen-3 that the well did not encounter hydrocarbons.**

181.   **Conclusion D: Evidence shows that investors understood that Shen-3 did not encounter hydrocarbons, (2) reduced the areal extent of the hydrocarbon bearing portion of the**

---

[197] Anadarko Petroleum, Capital Program and Guidance Call Presentation, March 3, 2015, p. 41.

**reservoir, and (3) while Anadarko did not release a resource range, Shen-3 likely reduced the potential resources.**

182. **Conclusion E: The market understood that, even after Shen-3, Anadarko and the partners needed to drill additional appraisal wells in order to understand the Shenandoah resource potential.**

183. **Conclusion F: At several points throughout the Class Period, Anadarko disclosed that Shen-3 did not encounter hydrocarbons.**

### *5.2.3.3.* *Support for Conclusions*

184. **Conclusion A: Investors understood from Anadarko's *pre-Class Period* statements that the Shen-3 well did not encounter hydrocarbons.**

185. Plaintiffs do not point to any instances in which Anadarko said that Shen-3 encountered hydrocarbons, nor am I aware of any such statements.

186. Based on my experience, investors in the oil and gas industry understood from Anadarko's statements about Shen-3 from before the Class Period even started that the well did not encounter hydrocarbons.

187. On February 2, 2015, Anadarko issues a Press Release with its Q4 2014 and full-year results, which stated, "Appraisal activity offshore Côte d'Ivoire at the Paon discovery and in the Gulf of Mexico at the Shenandoah discovery continued to validate the company's geologic models around these apparent commercial discoveries." [198] With the press release,

---

[198] Anadarko Petroleum Corporation, Form 8-K, February 2, 2015, p. 3.

Anadarko also released its Operations Report. That Operations Report included the following description of Shenandoah:

> "Drilling of the second Shenandoah appraisal well, Shenandoah-3, concluded in the quarter. The Shenandoah-3 well found approximately 50% (1,470 feet) more of the same well-developed reservoir sands 1,500 feet down-dip and 2.3 miles east of the Shenandoah-2 well, which encountered more than 1,000 feet of net oil pay in excellent quality, Lower Tertiary-aged sands. The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, reservoir qualities and down-dip thickening. The well also enabled the projection of oil/water contacts based on pressure data and reduced the uncertainty of the resource range.
>
> Planning is currently underway for the next appraisal well, which the company expects to spud in the 2nd quarter of 2015."[199]

188. Notably, the announcements—while noting that Shen-2 encountered over 1,000 feet of net oil pay—did not attribute any net oil pay to Shen-3. As noted in section 4.1.1, Daniels previously explained that Anadarko announces any net pay when announcing well results: "We also come out on wells, and we give net feet of pay. We don't give gross feet of pay. We don't give gross column, except in certain circumstances to talk about the potential height of a hydrocarbon column. But we give net pay numbers."[200] Anadarko consistently announced net pay for wells that encountered hydrocarbons. For instance, in announcing the results of the first two wells on the project, Anadarko announced the net pay it had encountered. In its press release announcing Shen-1, Anadarko stated that the discovery well "encountered net oil pay approaching 300 feet in the Wilcox formation." [201] In announcing the results of Shen-2, Anadarko stated that it "encountered more than 1,000 net

---

[199] Anadarko Petroleum Corporation, Q4 2014 Operations Report, February 2, 2015, p. 12.

[200] Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012, p. 37.

[201] Anadarko Petroleum Corporation, "Anadarko Announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009, p. 1 (APC-01338356).

feet of oil pay in multiple high-quality Lower Tertiary-aged reservoirs." [202] More fundamentally, because encountering hydrocarbons is a major finding in any well and the ultimate goal is to encounter commercially productive quantities of hydrocarbons in a given prospect, an investor would expect for an oil company to announce the net pay it encountered when it disclosed the final results of any exploration or appraisal well. Accordingly, because Anadarko did not include the net pay encountered in announcing the results of Shen-3, investors understood from this announcement that Shen-3 did not discover hydrocarbons.[203]

189. In addition, the Operations Report included a graphic showing that the Shen-3 well location was not located within the green shading associated with the hydrocarbon-bearing portion of the Shenandoah reservoir:

---

[202] Anadarko Petroleum Corporation, "Anadarko Announces Shenandoah Appraisal Encounters More than 1,000 Feet of Net Pay," March 19, 2013 (APC-00572655); *see* Yahoo Finance, "Anadarko Announces Shenandoah Appraisal Well Encounters More Than 1,000 Net Feet of Oil Pay", March 20, 2013, p. 1, http://www.finance.yahoo.com/news/anadarko-announces-shenandoah-appraisal-well-200500390.html.

[203] Investors understand that the fact that there is excellent sand quality, by itself, means little in terms of being able to ultimately develop a well. Depth and lateral space are needed to justify the development. This is why multiple wells are drilled: to determine the width of the reservoir and the potential recoverable reserves. Even if all appraisal wells show excellent sand quality but there is a lack of continuity among the wells then resource recovery would be more constrained.

**Figure 13. Graphic from Anadarko's Q4 2014 Operations Report[204]**



190.   For comparison, earlier graphics, such as the one used in the March 4, 2014 presentation listing the Shenandoah basin as a "~$2 - $4 Billion Net Opportunity" (Figure 11, above), showed the then-upcoming Shen-3 well location to be within the hydrocarbon-bearing portion of the Shenandoah reservoir. These images indicated to viewers that while

191.   Anadarko initially believed Shen-3 would be at or near the edge of the hydrocarbon-bearing portion of the Shenandoah reservoir, but it was not. Investors understood that this meant it did not encounter hydrocarbons.

---

[204] Anadarko Petroleum Corporation, Q4 2014 Operations Report, February 2, 2015, p. 12.

192. Anadarko's statements during its February 3, 2015 Earnings Call further made clear that while Shen-3 did not encounter hydrocarbons, Anadarko viewed Shen-3 as successful because of the information it provided. [205]

193. During Anadarko's Earnings Call Douglas Leggate of Bank of America - Merrill Lynch, asked if Anadarko would speak to the "potential scale" and "potential development schedule" of Shenandoah. Walker responded that it was "a little early" for those discussions. Daniels then explained that they got "very good results for what we set out to do at the most recent appraisal well."[206] He detailed the well objectives, explaining that they were "looking to see if we could establish oil-water contacts at that location," "wanted to look at the lateral sand and the reservoir continuity," "[w]anted to look at the quality of the sands in that area," and "wanted to get pressure data to show pressure continuity into the other #2 well."[207] He then explained that the results showed Anadarko did achieve those goals:

> "And if you look at the results, we really did all of that. We have excellent lateral sand continuity. The packages are all present. They're very well correlatable, they've expanded. So that model of expansion did work out. We ended up with about 1,470 feet of gross sand section versus 1,000 feet that we had in the #2 well. The oil-water contacts were not encountered in the well. But based on the pressure data, we were able to project those up. So we got a much better handle on the oil in place and that has expanded with more confidence on it. So that was a very positive thing. Reservoir quality was good, so that gives us a lot of confidence on the potential for the water drive. So we've got a lot more confidence on our geologic model on the eastern side. On our structural interpretation, we've gotten a high point over there. And then that potential for

---

[205] Anadarko Petroleum, Q4 2014 Earnings Call Transcript, February 3, 2015, p. 8.

[206] *Id.* pp. 7-8.

[207] *Id.* pp. 7-8.

the active water drive and a much higher confidence level and where oil-water contacts for the field lie."[208]

194. Daniels then provided the goals of the next appraisal well and additional work that needed to be done:

> "So as we move forward, we're looking at an additional appraisal well this year that will be to . . . the west of the #2 well to test the western portion with the same sorts of objectives, lateral sand continuity. But this one, we'll not be searching for the oil-water contact as much because we think we got a fairly good handle on that now. So we're looking at sand continuity, reservoir quality. We're talking about potentially getting a core in it, so we have a core in the reservoir section. Whereas we did get a core in the most recent well in the water section, which will give us a lot of good information. That well should spud in the second half of the year. And then based on these results and the upcoming well, the development team are already doing conceptual work."[209]

195. Kleckner added that they had substantial work to do regarding a potential development plan, but that the information from Shen-3 was helpful in progressing the project: "We've taken the full bypass core and we're working our reservoir simulation models right now to fully understand and characterize the sand quality, as Bob said. And we're also launching a basis of design for different types of development options. We're also incorporating a joint industry projects to look at the pressure regimes that we'll be operating in. And looking at 20,000 PSI systems for handling the pressures we anticipate encountering in the reservoir. So from a[n] evaluation and scoping standpoint, the work is progressing very well, and we'll wait to see what the results of the follow-on appraisal wells fully indicate for our resource size."[210]

---

[208] *Id.* p. 8.

[209] *Id.*

[210] *Id.*

196. During the question and answer portion of the call, a question asked by an analyst, Charles Arthur Meade of Johnson Rice & Company, LLC, about the Operations Report's graphic of Shenandoah (Figure 13, above), makes clear that investors understood Shen-3 did not encounter hydrocarbons. Meade, picking up on the difference between the image of Shenandoah in the Operations Report and Anadarko's earlier releases, as well as the implications of those images, i.e., that Shen-3 had not encountered the hydrocarbon-bearing portion of the reservoir and that might therefore decrease internal resource estimates, asked:

> "If I could go back to the -- to some of the Shenandoah comments. It's -- I'm not sure if I'm interpreting this correctly. But I look at the -- your cartoon that you had previously -- and the cartoon you guys put in your operations report subsequent to this #3 appraisal well, and it looks like perhaps maybe you were surprised by how far down dip that you intersected that section. And I understand there's a lot of positive things you learned. But it seems to me that maybe the upper end of your reserve distribution would be curtailed by this result. And I'm just kind of looking to see if I'm right in that or get more color there."[211]

197. Daniels confirmed the well results reduced Anadarko's projections of the areal extent of the hydrocarbon-bearing portion of the reservoir and likely lowered their high-end resource estimates:

> "Yes, Charles, Bob again. After we drilled the Yucatan #2 well, we realized that there was a velocity. The section that gave us a velocity problem in the Oligocene and Upper Eocene, which we then rolled into our planning for the #3 well. And with that, we actually deviated the well to the North and West to try to get closer to where we would anticipate the oil-water contact. We also got some pressure data down at the Yucatan that we could project across without a lot of confidence. And so we did deviate to the northeast to get closer to that. With the -- section was present, which meant that we were about 300 feet lower than what we anticipated, which is nothing at these depths. So we actually felt

---

[211] *Id.* p. 11.

like it came in pretty darn close to prognosis. And then the sand expanded. So at the lower levels, we were farther down dip because of the sand expansion, which we did anticipate as we went in. So as to the upper end of the range, you may be right that just the aerial extent based on, not just this well, but the information from Yucatan, pulled us in a little bit on that side of the structure. But it's not a very significant reduction in the upper end, and we still think this is a very -- has the potential to be a very large field."[212]

198. **Conclusion B: Investors understood from Anadarko's statements during the Class Period that the Shen-3 well did not encounter hydrocarbons.**

199. The Class Period begins with Anadarko's discussion of the Shen-3 results in its 10-K. The 10-K simply repeats the language from the February 2015 Operations Report, which, as discussed above, indicated that there were no hydrocarbons.

200. The additional statements Anadarko made in the following months confirmed that Anadarko viewed the well as successful because of the information the well provided—not because it encountered hydrocarbons.

201. During the March 3, 2015 Capital Program and Guidance Call, Daniels called Shen-3 a "very successful appraisal well."[213] But this, on its own, did not cause investors to believe that Shen-3 encountered hydrocarbons. Investors also understand there is a difference between the concepts of geological or technical success versus economic success. Many wells that encounter oil or gas are a "technical success" in that they encounter hydrocarbons. However, some wells that fail to encounter hydrocarbons, like Shen-3, uncover relevant, important data. For instance, wells that do not encounter hydrocarbons can help define the areal extent of a reservoir and can help locate faults and other potential reservoir properties. Economic success for the project, on the other hand, depends on multiple factors: (i)

---

[212] *Id.* p. 12.

[213] *Id.*

volumes of recoverable hydrocarbons, (ii) the costs of drilling and installing the required production facilities, also a function of proximity to existing facilities, (iii) availability of internal and external capital, (iv) other opportunities available to the operator which may take capital away from a project (high-grading of opportunities), and (v) prevailing and predicted commodity pricing.

202.  Moreover, the context of Daniels' statement is key: Daniels immediately explained why he viewed Shenandoah as successful, saying "We pushed down-dip on Shenandoah 3, searching for the oil-water contact, looking for reservoir continuity and quality and to get a core in the down-dip portions of the reservoir. This was a very successful appraisal well. In 2015, we'll drill northwest of the Shenandoah #2 well with our Shenandoah 4. This will be to extend the field to the west, an up-dip, and to obtain a core of the oil leg for our development planning."[214]

203.  During this presentation, Anadarko presented a set of slides. Plaintiffs allege that Anadarko's slide entitled "Continuous Mega-Project Pipeline Delivering Results" was misleading. (Figure 12, above.) But this would also not indicate that Shen-3 encountered hydrocarbon or was near a FID. While Plaintiffs characterize this as Defendants "tout[ing] Shenandoah as a 'High-Margin' project in the Company's 'Mega-Project Pipeline,'"[215] the slide clearly differentiates "[g]rowing [l]ong-[l]ife, [h]igh-[m]argin [o]il [p]roduction"— which would not include the Shenandoah appraisal project—from "[a]ppraising [n]ext-[g]eneration [p]rojects." Investors did not understand Shenandoah, an early-stage appraisal project, to be producing oil or achieving any margins, let alone high margins.

---

[214] *Id.*

[215] Amended Complaint ¶ 103.

204.  More importantly, Anadarko included an image that, like the one in the Operations Report, indicated that Shen-3 did not encounter hydrocarbons.

**Figure 14. Slide from March 3, 2015 Capital Program and Guidance Call Presentation[216]**



205.  **Conclusion C: Investors understood from the Shenandoah Partners' statements about Shen-3 that the well did not encounter hydrocarbons.**

206.  Several Shenandoah Partners wrote off Shen-3 in January or February 2015:

   a.  On January 29, 2015, ConocoPhillips stated that it had "some dry hole costs related to the Shenandoah appraisal well that [it] wrote off." [217] On February 24, 2015,

---

[216] Anadarko Petroleum Corporation, Capital Program and Guidance Call Presentation, March 3, 2015, p. 47.

[217] ConocoPhillips, Q4 2014 Earnings Call Transcript, January 29, 2015, p. 13.

ConocoPhillips disclosed that "[t]he second Shenandoah down dip appraisal well was spud in 2014 and expensed as a dry hole."[218]

b. On February 18, 2015, Marathon Oil announced that costs related to the "second Shenandoah appraisal well in the Gulf of Mexico were included in exploration expense during the quarter."[219]

c. On February 23, 2015, Cobalt disclosed that Shen-3 was a "dry well." Cobalt defined a "dry well" as "an appraisal or development well that proves to be incapable of producing either oil or gas in sufficient quantities to justify completion as an oil or gas well."[220] A dry well is in contrast to a "productive well," *i.e.*, a "well[] that ha[s] been drilled to the targeted depth and prove[s], in [Cobalt's] opinion, to be capable of producing either oil or gas" in commercial quantities.[221]

207. Investors understood from these announcements that Shen-3 did not encounter hydrocarbons.

208. Like Anadarko, Cobalt viewed Shen-3 as successful. Joseph Bryan, Chairman and CEO of Cobalt, described Shen-3 as "a highly successful appraisal well."[222] When asked about any hydrocarbon encountered in the well, James Painter, Executive Vice President, Execution and Appraisal, said, "I think we can say . . . [w]e did meet all of our pre-drill expectations. What we were looking for was looking to see what the down-dip sand quality was, the

---

[218] ConocoPhillips, 2014 10-K, February 24, 2015, p. 8.

[219] Marathon Oil Corporation, 8-K, February 18, 2015, p. 12.

[220] Cobalt International Energy Inc., 2014 10-K, February 23, 2015, pp. 12-13.

[221] *Id.*

[222] Cobalt International Energy Inc., Q4 2014 Earnings Call Transcript, February 23, 2015, p. 6.

thickness, the capability about sand to produce, all of the things we were looking for were all met and what we were looking to accomplish with that appraisal well."[223]

209. Because Cobalt did not disclose that Shen-3 encountered any hydrocarbons, investors would understand that there were none.

210. **Conclusion D: Evidence shows that investors understood that Shen-3 (1) did not encounter hydrocarbons, (2) reduced the areal extent of the hydrocarbon bearing portion of the reservoir, and (3) likely reduced the potential resources.**

211. Evidence shows that market participants understood that the Shen-3 well was wet. This is particularly clear based on releases from Wood Mackenzie. Wood Mackenzie, sometimes referred to as "WoodMac," is an energy analytics company. During the Class Period, market participants such as investment firms could subscribe to Wood Mackenzie for industry, company, and asset-specific data. Investors used the reserve estimates Wood Mackenzie generated.[224] Several analysts, including one of Plaintiffs' own investment managers, produced Wood Mackenzie reports in this litigation.[225]

212. In February 2015, Wood Mackenzie published its asset report on Shenandoah. Wood Mackenzie's February 2015 Shenandoah asset report described the results of Shen-3: "In January 2015 it was announced that the well did not discover the oil/water contact

---

[223] *Id.* p. 5.

[224] *See, e.g.*, Deutsche Bank, "Exploration Day Takeaways. NBL & APC Highlights," June 25, 2012 (DEUTSCHE0001176); Credit Suisse, "Anadarko Petroleum Corp: Equity dilution vs deal gains/shale acceleration," September 12, 2016 (CS_0000177); Citi, "E&P Sector Update As Summer Wraps Up," September 11, 2015 (CITI004017).

[225] *See, e.g.*, Morgan Stanley, "Anadarko Petroleum Corp, Still Running Faster than the Bear," October 28, 2015 (MS_ANADARKO_000061); Wood Mackenzie, "Pre-FID oil projects, Global breakeven analysis and cost curves," July 2015 (FIAM-ANAD-004939).

downdip, and additional appraisal drilling will take place later in the year."[226] In its report, Wood Mackenzie added, "There is considerable uncertainty around development options for Shenandoah at this early stage of appraisal, due to its remote location, extreme well and water depths, and few analogue fields in the Lower Tertiary Play."[227]

213. In a February 11, 2015 report, Wood Mackenzie highlighted what it considered "[l]imited appraisal success" Anadarko was experienced in the Gulf of Mexico: "Appraisal drilling in 2014 had limited success. Results from Coronado and Yucatan were disappointing. Anadarko terminated its leases at Coronado soon after the appraisal was completed in November. . . . The second appraisal well at Shenandoah was completed in late-2014 and the company announced in early-2015 that it came up dry. However, the well was testing the lateral limit of the reservoir and the results are not indicative of a large setback at the field."[228]

214. Analyst reports from before the Class Period confirm that market participants understood (1) that Shen-3 did not encounter hydrocarbons, (2) reduced the areal extent of the hydrocarbon bearing portion of the reservoir, and (3) likely reduced the potential resources. Many analysts explicitly noted that Anadarko did not release a resource range.

   a. Morgan Stanley: "Shenandoah-3 encountered 1,470ft of reservoir sand and data should enable projection of oil/water contact. The appraisal also 'reduced the uncertainty of the

---

[226] Wood Mackenzie, "Shenandoah (WR 52) Asset Report," February 2015, p. 2 (APC-00053691).

[227] *Id.*

[228] Wood Mackenzie, "Deepwater Gulf of Mexico Upstream: 2014 in review," February 2015, p. 4 (APC-00161729).

resource range' which was not disclosed (MSe at 600Mmboe implying ~$712MM, $1.40/sh net to APC). Shenandoah-4 to be spud in 2Q15."[229]

b.  Capital One: "ConocoPhillips reported last Thurs that the 2nd appraisal well at Shenandoah was a dry hole. . . . The unsuccessful well likely condemns at least some of the southeastern flank of the structure's aerial extent. Operator APC will next drill a 3rd appraisal well to test the western flank. We have been carrying Shenandoah as a 1 billion boe discovery in our APC model (300 MMboe net to APC's 30% WI, worth ~$3.6B or ~$7 per share). While it still could ultimately be that large, we think it's prudent to cut our resource estimate in half for now to 500 MMboe. We are thus cutting our NAV by $3 to $99."[230]

c.  Johnson Rice & Company: "The latest Shenandoah appraisal well delivered a bit of a surprise, coming in 1,500 ft. down dip and wet versus the Shenandoah #2 to the west; the result appears to have shifted the geologic interpretation of the basin a bit, as seen in Figures 1 and 2 below, and the upside case for the accumulation has likely been trimmed a good deal."[231]  The images that Johnson Rice & Company showed included the new graphic from the operations report and an older graphic showing a larger potential hydrocarbon field.

---

[229] Morgan Stanley, "4Q14 Misses but on Non-Cash," February 2, 2015, pp. 1-2.

[230] Capital One, "Morning Energy Summary," February 2, 2015, p. 2 (APC-01319907).

[231] Johnson Rice & Company, "Sales Note: 4Q14 Results Mixed, Few Clues About 2015 Plans," February 2, 2015, p. 2.

d.  KLR Group: "The Shenandoah-3 appraisal, ~1,500' down dip and ~2.3 miles east of the Shenandoah-2 appraisal, did not encounter hydrocarbons though found ~1,470' of well-developed wet reservoir sands."[232]

e.  Tuohy Brothers Energy: "GOM development continues apace with the non-pay Shenandoah result an aggressive delineation well that was fully within APC expectations."[233]

215.  While Anadarko—consistent with its stated practice of declining to release resource ranges at early stages of the project given the amount of uncertainty in those ranges and the likelihood they would substantially change over the appraisal process—did not give out resource estimates, these reports make clear that analysts understood from Anadarko's and the Shenandoah Partners' statements that Shen-3 likely decreased the potential size of the resource.[234]

---

[232] KLR Group, "KLR Morning Brief," February 3, 2015, p. 1 (LAZARD-ANADARKO_0030830).

[233] Tuohy Brothers Investment Research, Inc., "Tuohy Brothers Energy Note," February 3, 2015 (LAZARD-ANADARKO_0030861).

[234] I am aware that in a February 5, 2015 report, Jefferies stated, "In 3Q14 and 4Q14, APC announced results of the second and third Shenandoah appraisal well, both of which encountered more than 1,000 feet of net oil pay (as did the first appraisal well)." Jefferies, "Oil & Gas Exploration & Production Things Done Changed; Initiating on Oil & Gas E&Ps," February 5, 2015, p. 298 (ANADARK0_00000888). However, this report is clearly incorrect, as Anadarko (a) did not release any Shenandoah well results in 3Q14 and 4Q14, (b) had not released any results from the third Shenandoah appraisal well, i.e., Shen-4, which it had not even been spud, and (c) never suggested that it encountered 1,000 feet of net oil pay in three wells. It is also internally inconsistent, as it later says that "the Shenandoah #3 appraisal well is currently being drilled in a 1.5 mile down-dip step-out, and results are expected in early 2015." Jefferies, "Oil & Gas Exploration & Production Things Done Changed; Initiating on Oil & Gas E&Ps," February 5, 2015, p. 410 (ANADARK0_00000888). This pre-Class Period report, which has several clear errors, does not change my opinion that investors understood Shen-3 did not encounter oil. Indeed, Jeffries released a company note on Marathon Oil several weeks later acknowledging that Marathon had written of the "2nd Shenandoah appraisal," i.e., Shen-3. Jefferies, "Company Note: Marathon Oil: Balancing the Equation," February 20, 2015 (APC-01420615).

216. Investors also understood that Anadarko viewed Shen-3 as successful because it provided helpful information on the reservoir—not because it encountered hydrocarbons:

    a. RBC: "Shenandoah 3 appraisal well was drilled, but unlike ConocoPhillips (COP), APC viewed the well as a success. APC never planned to use the well as a producer, but used it as a geologic step-out well to test the down-dip and find the oil-water contact."[235]

    b. TPH: "Shenandoah-3 dry hole (E&P $569) -A clear negative for a field that was called potentially the biggest in the US GoM. 2nd appraisal well was spudded in late May and reported as dry yesterday by COP. Well was 2.5 miles east and down-dip from the Shenandoah-2 well, which encountered >1,000 net feet of high-quality oil pay, in the Lower Tertiary. Original 2009 well hit 300ft of net pay in the Wilcox. Still plans for a further appraisal well later this year. . . . APC is tendering for an 8th gen. 20k PSI, new-build rig for the Lower Tertiary for '18/'19 delivery – we suspect this may now get put on hold."[236]

    c. TPH: "Shenandoah-3 appraisal update (E&P $577)- Our initial assessment on Friday of the Shenandoah-3 appraisal well likely too harsh as the primary intent of this 2.5 mile step out was to determine the oil water contact. While well helps define boundaries of the field, unlikely to diminish the enormous resource potential and quality of reservoir that Shenandoah represents. Expect more color over the coming days as companies report."[237]

---

[235] RBC Capital Markets, "APC- 4Q14 EPS Miss, but strong operation CFPS beat," February 2, 2015, p. 1 (RBCCM00003437).

[236] Tudor Pickering Holt Energy, "Refiner thoughts; initial earnings takeaways," January 30, 2015, p. 2 (APC-00159003).

[237] Tudor Pickering Holt Energy, "Completion delays, Shenandoah-3 update, Natural gas production, Oil production, Oil refining weekly, Weekly rig," February 2, 2015, p. 1 (APC-0349727).

217. At least one article in Upstream Online, a leading energy news source, indicated that Anadarko viewed Shen-3 positively even though it did not encounter oil.

   a. In a February 13, 2015 article, Upstream Online reported that Shen-3 "left many observers scratching their heads" as ConocoPhillips expensed the appraisal probe, which "[s]ome analysts took that to mean the well was a bust, but Anadarko executives cast it in a much more positive light."[238] The article then continued that Daniels had explained that they were "excited about what we are seeing there" because "the company wanted to gauge the sand continuity and possible down-dip thickening of the reservoir," "establish an oil-water contact" and "better understand the reservoir quality and potential recovery mechanism." [239] Quoting Daniels, the article noted, "If you look at the results, we really did all of that." [240] The article further noted, again quoting Daniels: "Daniels did acknowledge that recent results probably reduce the upper end of the aerial extent of Shenandoah, 'but it is not a very significant reduction.'" [241] The article further noted that any initial estimates about the Shenandoah basin would be doubtful because of "disappointing" appraisals at Coronado.

218. Analyst reports during the Class Period continue to reflect that investors understood that Shen-3 did not encounter hydrocarbons and that the resource range, which Anadarko did not provide, likely decreased.

---

[238] Upstream Online, "Anadarko mulling over its options at Shenandoah," February 13, 2015, upstreamonline.com/weekly/anadarko-mulling-over-its-options-at-shenandoah/1-1-1009805.

[239] *Id.*

[240] *Id.*

[241] *Id.*

a.  ITG: In speaking about Cobalt, ITG wrote: "The Shenandoah #3 appraisal well reached TD and encountered 'the same well-developed reservoir sands 1,500 feet downdip and 2.3 miles east of Shenandoah #2.' Notably, the release states, 'The well also enabled the projection of oil/water contacts based on pressure data and reduced the uncertainty of the resource range.' We interpret the sentence as meaning the well was drilled below the oil/water contact. While we are encouraged that the well confirms the continuity of high-quality reservoir, the failure to encounter a hydrocarbon column suggests a smaller (3P?) potential resource. A fourth appraisal well is expected to commence later in 2015."[242]

b.  ITG: "APC's March 3 presentation helped resolve uncertainty around the Shenandoah development in the Gulf of Mexico. Partner CIA, in its Feb. 23 release, said the Shenandoah #3 appraisal well evaluated the same reservoir sands 1,500 feed town-dip and 2.3 miles east of Shenandoah #2. It went on to say it found an expanded geologic reservoir section and confirmed good reservoir qualities. The company made no mention, however, of hydrocarbons. The March 3, 2015, APC presentation (Slide 47) [i.e., Figure 14, above] resolved the matter, clearly positioning the well below the oil-water contact."[243]

---

[242] ITG Investment Research, "Appraisal Drilling, Possible Farm-out Dominate 2015 Agenda," February 23, 2015, p.1 (FIAM-ANAD-006965).

[243] ITG Investment Research, Daily Top and Bottom Performers by Market Cap, March 6, 2015, p. 2 (FIAM-ANAD-006125).

c.  UBS projected a resource range potential of 720 MMBoe, as compared to its pre-Shen-3 estimate of 800 MMBoe.[244]

d.  UBS: "Following its 2013 discovery at the Shenandoah-2 appraisal well[,] . . . APC completed its second appraisal well (Shenandoah-3) during 4Q. The well enabled projection of preliminary oil/water contact, increasing confidence in the ultimate resource potential (though no resource range was provided)."[245]

e.  UBS: "APC completed its second appraisal well (Shenandoah-3) during 4Q. The well enabled projection of preliminary oil/water contact, increasing confidence in the ultimate resource potential (though no resource range was provided)."[246]

219.  **Conclusion E: Investors understood that, even after Shen-3, Anadarko and the partners needed to drill additional appraisal wells in order to understand the Shenandoah resource potential.**

220.  Anadarko made several statements around the time that it released the results of the Shen-3 well that make clear that while the well provided important information, there was still substantial work to be done to understand the size and quality of the resource. For instance, as noted above, during a February 3, 2015 investor call, Kleckner stated that "from a[n] evaluation and scoping standpoint, the work is progressing very well" but that they had to

---

[244] *Compare* UBS, "Anadarko Petroleum Corp.: Preview of Anadarko Petroleum's Analyst Day," February 24, 2014, p. 7, (UBS_0000555) *with* UBS, "Anadarko Petroleum Corp. Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance, July 29, 2015," p. 11, (UBS00015972)

[245] UBS, "Anadarko Petroleum Corp. Strong 1.Q CFPS Beat; Raises 20:15 Volume Guidance but Trims Capex Budget," May 5, 2015, p. 9 (UBS_0000791).

[246] UBS, "Anadarko Petroleum (Buy): Strong 2Q EPS/CFPS Beal; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015, pp. 6-8 (UBS00015972).

"wait to see what the results of the follow-on appraisal wells fully indicate for our resource size."[247]

221. Later, during an earnings call on May 5, 2015, Daniels noted that "there's an awful lot of work that's gone into defining what data we still need to get to that FID decision and the Shenandoah-4 is focused on really moving us and advancing us in that direction. I think we're planning on getting a core there in the oil column. We're going to be up dip to the 1,000-feet of pay that we had, and so that will really help with some of the modeling going forward." [248]   Daniels emphasized that Anadarko was "looking at deliverability and connectivity," which "gives you a lot more confidence than in what your actual development plan should be, and how economic the field could be." [249] He stated that with both Shen-4 and Shen-5, Anadarko was "going to have a real step-up in [its] knowledge."[250] With that information and "the integration of the development teams doing the pre-development work, we're going to be in a very good position to make the call as to whether we want to advance towards the FID, do an additional appraisal well, whatever it may be, based on the results of these wells."[251] He noted that they were "looking for reservoir continuity," "fluid," and to "just really confirm the overall oil in place volumes that we have there, so that we can then really start rolling that into development planning."[252]

---

[247] Anadarko Petroleum Corporation Q4 2014 Earnings Call Transcript, February 3, 2015, p. 8 (emphasis added).

[248] Anadarko Petroleum Corporation, Q1 2015 Earnings Call Transcript, May 5, 2015, p. 12.

[249] *Id.*

[250] *Id.*

[251] *Id.*

[252] *Id.*

222. Analysts commented that additional appraisal was required and that any additional development would depend on the results of the appraisal process:

   a. Simmons & Company: "APC's appraisal well drilled increased confidence in identifying the development plan and water drive for recovery. Another appraisal well will be drilled later this year testing the eastern extent."[253]

   b. UBS: "The company plans to spud a third appraisal well in 2015 to further delineate the areal extent of the discovery (UBSe720 MMBoe), after which it should be able to dictate the pace of development (implying production will likely not begin until 2019-20)."[254]

   c. GMP: "Planning is under way for the third appraisal well, Shenandoah-4, which is anticipated to spud during Q2:15. The well is designed to confirm the lateral sand quality, continuity and stratigraphy of reservoirs found in Shenandoah-2, which encountered >1,000 net feet of oil pay in Lower Tertiary-aged reservoirs."[255]

223. In subsequent months, Anadarko continued to emphasize that Shenandoah was in the early stages of development. During a May 20, 2015 UBS Global Oil and Gas Conference, Gwin stated that there was "[n]ot a lot to add on Shenandoah today other than to mention we are drilling an appraisal well there and we continue to move that project toward development in the future. We have a high working interest across our portfolio. We've got seven facilities out here. By having that kind of breadth of facilities, by having good project development expertise and a strong exploration capability, the Gulf of Mexico becomes a

---

[253] Simmons & Company, "Anadarko Petroleum Corp.: Q4 Earnings Review," February 4, 2015, p. 3 (PIPER_SANDLER-0003287).

[254] UBS, "Anadarko Petroleum Corp. Strong 1.Q CFPS Beat; Raises 20:15 Volume Guidance but Trims Capex Budget," May 5, 2015, p. 9 (UBS_0000791).

[255] GMP, "Anadarko Petroleum Corp. Q1:15 update: And the word of 2015 is 'Ephemeralization,'" May 5, 2015, p. 4 (FIAM-ANAD-008563).

place where our core skills create a competitive advantage, where we've been able to drive very profitable and increasing the oilier operations here over time."[256] Investors understood that Anadarko was working to appraise Shenandoah and develop its portfolio in the Gulf of Mexico.

224. Analysts understood that Shenandoah needed additional appraisal and technological development.

a.  After the May 20, 2015 UBS call, Jefferies noted that "Shenandoah [d]evelopment" was "[u]nlikely [n]ear [t]erm, [b]ut [p]rovides [l]ong-[t]erm [p]otential," explaining, "While we believe Shenandoah could be one of the largest GOM discoveries, we currently give no credit in our RAAV due to needed improvements in drilling technology (new build drillships with dual 20k PSI BOPs), which are unlikely to be available in the near-term."[257]

b.  Later, in July 2015, Capital One stated: "Appraisal drilling is ongoing in deepwater GOM, as APC is currently drilling its second well at Yeti (37.5% WI) and the fourth well at Shenandoah (APC 30% WI). Mgmt believes a 5th well will likely be required at Shenandoah to round out the appraisal process and get more visibility on the total recoverable resource."[258]

---

[256] Anadarko Petroleum Corporation, UBS Global Oil & Gas Conference Transcript, May 20, 2015, p. 6.

[257] Jefferies, "Oil & Gas Exploration & Production Reduce Nat Gas Price Outlook, Rema in Constructive; Upgrade APC, NBL, EOG," July 6, 2015, p. 6 (APC-01319911).

[258] Capital One, "APC Update," September 16, 2015, p. 2 (APC-01323978).

225. **Conclusion F: At several points throughout the Class Period, Anadarko disclosed that Shen-3 did not encounter hydrocarbons.**

226. Anadarko made several additional references throughout the Class Period to Shen-3 lacking hydrocarbons. During Anadarko's Q4 2015 Earnings Call, Anadarko stated that Shen-5 would be drilled "between Shenandoah 3 and the original Shenandoah 1, up dip of Shenandoah 3, which was a wet well that encountered very, very good sands, kind of gave us a down-dip limit on the eastern side."[259] Investors understood that describing a well as "wet" meant that the well did not encounter hydrocarbons.

227. Later, during a May 24, 2016 UBS Global Oil and Gas Conference (discussed in further detail below), Anadarko presented a graphic clearly showing that Shen-3 did not encounter hydrocarbons. In the cross-section, Shen-3 is listed as drilling into yellow, rather than the light or dark green that indicated "proven oil" or "projected oil," respectively.[260]

---

[259] Anadarko Petroleum Corporation, Q4 2015 Earnings Call Transcript, February 2, 2016, p. 10.

[260] Anadarko Petroleum Corporation, UBS Global Oil & Gas Conference Presentation, May 24, 2016, p. 10.

**Figure 15. Slide from May 24, 2016 UBS Global Oil and Gas Conference**[261]



228.  By October 2016, Anadarko expensed Shen-3. Specifically, Anadarko announced that it had expensed, in October 2016, "$64 million related to a Shenandoah well in the Gulf of Mexico . . . as it was no longer reasonably possible that the wellbore would be used in the development of the project if a final investment decision is reached."[262] Given the timing of the write-off and public comments on Shen-4 and Shen-5, i.e., the fact they encountered significant amounts of oil, investors understood that this correlated to Shen-3. Investors understood that writing off Shen-3 as a dry hole further confirmed that it did not encounter oil and was no longer reasonably part of the development plan.

---

[261] *Id.*

[262] Anadarko Petroleum Corporation, Q3 2016 10-Q, October 31, 2016, p. 11.

### 5.2.4. Allegations about Shen-4

#### *5.2.4.1.        Plaintiffs' Allegations*

229.  Plaintiffs allege that Defendants "exaggerated the findings associated with the Shen 4 appraisal well drilled in 2015, when in fact it was well known throughout the Company, including the management team, that the results were disastrous."[263] Plaintiffs further assert that Shen-4 "was 'garbage' and suffered major problems, including misleading mapping" and "salt deposits."[264]

230.  Plaintiffs contend that Defendants "reiterated prior exaggerated estimates about the size and economic promise of Shenandoah."[265] For instance, they allege that Gwin "claimed that Shen 4 had identified even more oil, pushing the known depth of oil down by an additional 400 feet, stating that 'we didn't establish an oil water contact here, so that tells us there's more down below us' and 'we're very encouraged with what we saw, and it was well within the range of expectation of what we had put out there.'"[266] Similarly, Plaintiffs point to an October 28, 2015 statement allegedly from Walker "respond[ing] to a Deutsche Bank inquiry about Shenandoah's resource range and appraisal wells as follows: 'Yes, on the resource range, we're right where we thought. We always do a probabilistic resource range. We're still in that range with the results of the well.'"[267] Plaintiffs call the Shen-4 sidetrack well, which encountered 600+ feet of oil, "an objectively smaller resource than Shen 2. . . mandate[ing] a downward adjustment to Shenandoah's size estimates."[268] Plaintiffs further

---

[263] Amended Complaint ¶ 53.

[264] *Id.* ¶¶ 54--55.

[265] *Id.* ¶ 59.

[266] *Id.* Plaintiffs incorrectly attribute this quote to Gwin.

[267] *Id.* ¶ 112. Plaintiffs incorrectly attribute this quote to Gwin.

[268] *Id.* ¶¶ 57-58.

allege that the original hole encountered "massive salt deposits (or faults) that blocked oil extraction," which Plaintiffs claim "mandated a reduction in the estimated size of the Shenandoah resource."[269]

231.    Plaintiffs also take issue with positive statements Anadarko made about Shenandoah, including that it was moving the project "towards development in the future," [270] "[a]chiev[ing] large-scale project milestones in the Gulf of Mexico,"[271] and that "longer-dated projects [such as Shenandoah]" were "worthy of spending capital, expecting that oil [was] not going to be at $30 for the rest of our life."[272] Moreover, Plaintiffs contend that Anadarko "continued to tout the 'high quality' of Shen 4 without disclosing the use of outdated and misleading maps, and simultaneously touted plans to start drilling more wells to the East, dubbed Shen 5 and 'Shenandoah-6' ('Shen-6')." [273]

### 5.2.4.2.    *Summary of Conclusions:*

232.    **Conclusion A: Investors understood from Anadarko's statements that the original Shen-4 hole encountered salt and that the sidetrack encountered less pay than Shen-2.**

233.    **Conclusion B: Investors did not view Defendants' statements about the Shen-4 results as confirming any particular resource range.**

---

[269] *Id.* ¶ 55.

[270] *Id.* ¶ 106.

[271] *Id.* ¶ 107.

[272] *Id.* ¶ 114.

[273] *Id.* ¶ 70.

234. **Conclusion C: Investors understood after Shen-4 that any FID would depend on the information gathered from Shen-5 and Shen-6, as Anadarko needed to better understand the size and quality on the East side of the prospect.**

235. **Conclusion D: After the results of Shen-4 were released, investors understood that Anadarko was unlikely to invest in Shenandoah at then-prevailing oil prices.**

236. **Conclusion E: By no later than May 2016, investors understood that there was faulting in the Shenandoah basin, including faulting between Shen-2 and Shen-3, and between Shen-2 and Shen-4, which required Anadarko to continue drilling to understand the asset.**

### 5.2.4.3.     *Support for Conclusions:*

237. **Conclusion A: Investors understood from Anadarko's statements that the original Shen-4 hole encountered salt and that the sidetrack encountered less pay than Shen-2.**

238. Plaintiffs contend that Shen-4 was "garbage" and had "disastrous" results because it encountered salt deposits, and was an "objectively smaller resource than Shen 2," which Defendants concealed.[274]

239. I am not aware of any statements from Anadarko claiming that Shen-4 and Shen-2 encountered similar net pay. Rather, it is undisputed that Anadarko released the results of both wells—that Shen-2 encountered at least 1,000 net feet of pay[275] and the first sidetrack

---

[274] *Id.* ¶¶ 53–55, 57.

[275] *See, e.g.*, Anadarko Petroleum Corporation, Q1 2013 10-Q, May 6, 2013, p. 26.

at Shen-4 encountered 620 net feet of pay.[276] Investors thus understood that the Shen-4 sidetrack encountered less pay than Shen-2.

240.  Investors also understood that the original Shen-4 hole encountered salt. Anadarko's public statements show that, while Anadarko often used the term "Shen-4" to refer to the entire series of penetrations, it disclosed that the net pay it encountered was from a sidetrack.[277] For example, during an earnings call on October 28, 2015, Daniels described the Shen-4 well results, saying that the original well "established where the basin edge was" and the sidetrack "got the 622 feet of pay."[278]

241.  Just the day prior, Anadarko indicated in its Q3 2015 Operations Report that the original hole at Shen-4 was on the edge of the basin and salt.[279] Investors thus understood that the original hole, in establishing where the basin edge was, probably encountered salt.

---

[276] Anadarko Petroleum Corporation, 2015 10-K, February 17, 2016, p. 10Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 7.

[277] Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 7.

[278] *Id.*

[279] Anadarko Petroleum Corporation, Q3 2015 Operations Report, October 27, 2015, p. 13.

**Figure 16. Graphic from Anadarko's October 27, 2015 Operations Report**[280]



242. The fact that Anadarko sidetracked the well also indicated that the original Shen-4 hole encountered salt. There are two common reasons for sidetracking a wellbore. If a bit or other downhole equipment becomes stuck in the wellbore and fishing is unsuccessful, a sidetrack allows drilling to continue around the obstruction without drilling an entirely new well. Similarly, if the wellbore encounters issues (faulting, etc.), a sidetrack allows the operator to use a portion of the initial wellbore, saving costs, then kicking out directionally so that the rest of the well deviates in the direction of what is hoped to be a more desirable target. Investors understood that the latter reason was at issue here, in light of Anadarko's statement that the original hole had "established where the basin edge was."[281]

---

[280] *Id.*

[281] Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 7.

243. Later, during a May 24, 2016 UBS Global Oil and Gas Conference, Anadarko showed a graphic clearly indicating that Shen-4 drilled into the salt that bounded the reservoir to the west. [282] (See Figure 15, above.) Market participants circulated this image, with Morgan Stanley, for example, using this image in its report later that year.[283]

244. **Conclusion B: Investors did not view Defendants' statements about the Shen-4 results as confirming any particular resource range.**

245. Plaintiffs take issue with two statements that they claim "reiterated prior exaggerated estimates about the size and economic promise of Shenandoah."[284] As explained above, however, none of the statements that Plaintiffs contend constitute resource estimates would have been viewed as such. As a result, investors did not understand these additional allegedly misleading statements to be confirming any particular resource range.

246. The first allegedly misleading statement is a statement, which Plaintiffs attribute to Gwin saying Anadarko was "very encouraged with what [they] saw and it was well within the range of expectation of what [they] had put out there."[285] The exchange, in full context, proceeded as follows:

> Evan Calio, Morgan Stanley, Research Division: "[C]ongrats on the Shenandoah appraisal. Can you discuss how the results compare to predrill expectations or comments on reservoir quality and then go forward plans?"
>
> Daniels: "Yes, thanks, Evan, for the congratulations. The team is doing [a] really good job on that and we're real pleased with it. We got 622 feet of pay. What

---

[282] Anadarko Petroleum Corporation, UBS Global Oil and Gas Conference Presentation, May 24, 2016, p. 10

[283] Morgan Stanley, "Notes From The Road: Top Pick Affirmation," October 11, 2016, p. 8 (MS_ANADARKO_000135).

[284] Amended Complaint ¶ 59.

[285] Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 7.

we ended up doing was we tested up to the north with trying to find out where the basin edge was. And the first well -- established where the basin edge was. Then we came in and drilled to the south with the sidetrack and got the 622 feet of pay. It was all oil. We encountered no water in that. The reservoir quality in the initial assessment looks pretty -- well, looks comparable to everything else we found out. That's a very good reservoir quality. We're still in the early stages of that evaluation. We're in the process of getting a core, so we just kicked off and we're going to do a bypass core just right next to this well, and that's to establish the reservoir quality in the oil column, which will roll directly into our development planning. So it's very important to get that core and we're just in the process of it. So that's going to give us a much better handle on all fluid properties, all the reservoir properties. But we pushed the lowest known oil down about 400 feet. As I mentioned, we didn't establish an oil-water contact here, so that's -- tells us there's more down below us. And we're looking at what the forward plan is after this bypass core, as to what else we're going to need to turn over to the planning team for the development planning. But we're very encouraged with what we saw and it was well within the range of expectation of what we had put out there." [286]

247. Investors understood the phrase "range of expectation" to refer to Anadarko's objectives and expectations for the well, as established by and based on all of the information gathered pre-drill, including the Shen-3 results. In other words, investors did not compare this statement to the expectations after Shen-1 or Shen-2 alone. Other oil companies used similar terms such as "pre-drill expectations" to explain this concept. For instance, James H. Painter, Cobalt's Executive Vice President, Execution and Appraisal, had noted that Shen-3 met "all of our pre-drill expectations," explaining, "What we were looking for was looking to see what the down-dip sand quality was, the thickness, the capability about sand to produce, all of the things we were looking for were all met and what we were looking to accomplish with that appraisal well." [287] Similarly, investors understood Daniels as

---

[286] *Id.*

[287] Cobalt International Energy Inc., Q4 2014 Earnings Call Transcript, February 23, 2015, p. 13.

confirming that Anadarko generally met their objectives and was pleased with the well results.

248.  The second allegedly misleading statement is from Daniels saying that "[o]n the res[ource] range, we're right in where we thought. We always do a probabilistic resource range. We're still in that range with the results of the well."[288] Investors understand that in the appraisal process, companies often use a probabilistic resource range, which is updated as the company gains additional information about a resource. Investors understand that companies change their probabilistic resource ranges when they receive additional well data. Therefore, investors understood Daniels to be saying that Anadarko remained within the post-Shen-3/pre-Shen-4 resource range, i.e., the range at the time of drilling Shen-4. Investors did not understand Daniels's statement to mean that the range did not change at all or that Anadarko remained within the range as they had predicted it immediately after drilling Shen-1 or Shen-2.

249.  In addition, immediately after saying that Anadarko was "right in where we thought" on a resource range, Daniels noted that they were still understanding the data: "We still have to establish to a water contact over here. So you still have uncertainties associated with that. As to FID and whether or not we need additional wells, I think these discussions are ongoing, but I think we also need to get all the data in and really incorporate that into our thinking as to, okay, what do we have here for sure, what we now have uncertainties around and what does that mean for additional activities." [289] He also cautioned that it was "too early to say on whether there needs to be an additional well" and that any "predevelopment work leading to an FID . . . would come after" Anadarko felt it had "all

---

[288] Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015, p. 18.

[289] *Id.*

the data that [it] need[ed]." [290] In my review of market participant reactions to these statements in the 12 days following these disclosures, i.e., the time prior to Anadarko's next public presentation on November 11, 2015,[291] I did not identify any commentary referencing a resource range disclosed by Anadarko.

250. **Conclusion C: Investors understood after Shen-4 that any FID would depend on the information gathered from Shen-5 and Shen-6, as Anadarko needed to better understand the size and quality on the East side of the prospect.**

251. Investors understood that Anadarko needed to drill additional appraisal wells to understand the size of the Shenandoah field, and that any FID would depend on the information learned from Shen-5 and Shen-6. While Plaintiffs claim that Defendants "touted plans to start drilling more wells to the East," [292] investors understood the need to drill more appraisal wells to mean that Anadarko and the other Shenandoah Partners did not have a sufficient understanding of the resource to make a final investment decision. Investors understood that appraisal wells require a significant capital investment and hold significant risk and may not ultimately lead to a final investment decision.

252. Anadarko made this clear to investors in the months after releasing the Shen-4 results. In particular, Anadarko repeatedly emphasized that it did not know the extent of resources on the eastern side of the prospect and needed to drill Shen-5, and potentially Shen-6, to gain this information. During a February 2, 2016 earnings call, Gwin said, "At the same time, we're looking at drilling Shenandoah 5. We think that's a well that's required. It's off to the East. It'd be kind of between Shenandoah 3 and the original Shenandoah 1, up dip of

---

[290] *Id.* pp 18-19.

[291] Anadarko presented at the Jefferies Energy Conference on November 11, 2015.

[292] Amended Complaint ¶ 70.

Shenandoah 3, which was a wet well that encountered very, very good sands, kind of gave us a down-dip limit on the eastern side. So that well should spud here in this first quarter. We have high expectations for it. But we need to drill the well and say, that's what appraisal is all about. Meanwhile, the guys are taking all the information that we obtained from this, rolling it into conceptual planning as to what resources we may be able to recover, how much it might cost, those types of things. And as Al said, we're a long ways from sanction at this point. If Shenandoah 5 is successful, we may move even farther to the east with the Shenandoah 6, but of course, that'll be all dependent on what happens to Shenandoah 5."[293]

253. A few weeks later, on February 24, 2016, Daniels again emphasized the need for the Shen-5 results to prove hydrocarbons on the east side: "The Shenandoah Number 5 well will be drilled, and that'll be off to the east, again, trying to prove lateral extent, that kind of thing. We did appraise it last year. We had a successful well, 620 feet of pay in that. So, we still are advancing the project, but we're a ways away from a sanction at Shenandoah."[294]

254. As discussed in section 4.1.5, investors understood that the Gulf of Mexico was geologically complex, so the Shenandoah field may be faulted or may not have as large of an areal extent as initially hoped. Anadarko representatives repeatedly emphasized the lack of knowledge regarding the lateral extent of the eastern side of the field, indicating that there may be fewer or no hydrocarbons than expected in those areas, which could be attributable to faulting or compartmentalization.

255. Anadarko's partners made similarly cautious statements. For instance, Marathon Oil similarly cautioned that while Shen-4 provided "excellent" results, they were "still very

---

[293] Anadarko Petroleum Corporation, Q4 2015 Earnings Call Transcript, February 2, 2016, p. 10.

[294] Anadarko Petroleum Corporation, Credit Suisse Energy Summit Transcript, February 24, 2016, p. 6.

much early in the appraisal phase" and had not "reached an investment decision." [295] It further recognized that doing so would require it to weigh the potential investment against others in its portfolio, stating, "Ultimately, it will need to compete for capital allocation head-to-head with the rest of our opportunities."[296] On February 22, 2016, Cobalt released its 2015 10-K which reiterated that the "Shenandoah field is in the early stages of the project development life-cycle and will require substantial additional evaluation, appraisal drilling, and analysis prior to the preparation of a development plan and seeking formal project sanction."[297]

256. **Conclusion D: After the results of Shen-4 were released, investors understood that Anadarko was unlikely to invest in Shenandoah at then-prevailing oil prices.**

257. In 2015 and early 2016, investors understood that while Anadarko was continuing to appraise the Shenandoah prospect to understand the potential field size, investing in Shenandoah would require higher oil prices to be commercialized.

258. During a February 2, 2016 earnings call, Anadarko discussed the macroeconomic environment. Walker began by highlighting the "uncertain price environment [they] anticipated as [they] entered 2015," during which oil prices ultimately "fell by almost 50%."[298] Walker emphasized that, as a company, Anadarko was working to put themselves in a position to "manage through the market's uncertainty and volatility" they predicted "in the coming years."[299] He indicated that unstable gas prices could cause them to sell

---

[295] Marathon Oil Corporation, Q3 2015 Earnings Call Transcript, November 5, 2015, p. 11.

[296] *Id.*

[297] Cobalt International Energy Inc., 2015 10-K, February 22, 2016, p. 5.

[298] Anadarko Petroleum Corporation, Q4 2015 Earnings Call Transcript, February 2, 2016, p. 4.

[299] *Id.*

certain assets, as they would be "actively managing [their] portfolio this year and ha[d] other monetizations identified, which w[ould] be pursued through the course of the year."[300] Later during the call, Gwin emphasized that he thought the existing oil price environment would "probably be protracted," stating that "until we see events stabilize and we see oil prices, in particular, take on [a] new supply/demand dynamic than is currently in the market or anticipated in the near future, we will continue to be a very cautious investor in this environment. . . . So it's for those reasons that I think we're taking, again, this year and into '17 a very cautious approach."[301]

259. Investors understood that this economic environment would impact any decision to sanction Shenandoah. Walker cautioned that Anadarko would not sanction Shenandoah unless oil prices were higher, saying they were "not drilling with a view that we would develop Shenandoah in a $30 price environment."[302] He added, "[T]aking a final investment decision or sanctioning here is not something that will happen in 2016. . . . [W]hen we do, when we are looking at the commerciality of this particular development, it will be considered as a part of how we think about investing the capital in the development."[303] Walker acknowledged, however, that he felt Shenandoah and other long-term projects "today, are worthy of spending capital, expecting that oil is not going to be at $30 for the rest of our life." [304] He noted that any decision to sanction Shenandoah or other similar projects would require the Shenandoah Partners to "be in an environment which we believe

---

[300] *Id.* p. 5.

[301] *Id.* p. 9.

[302] *Id.*

[303] *Id.*

[304] *Id.* p. 7.

we can recommend to our Board[s] first that we make that investment."[305] Investors understood this to mean there was significant uncertainty about whether to sanction Shenandoah.

260.  Market commentary from around this period highlights the difficulties of investing in the region. In September 2015, Wood Mackenzie highlighted that "Final Investment Decision for the next round of Lower Tertiary projects depends on a number of key factors including: 1. Successful appraisal results (North Platte & Shenandoah); 2. development of HP/HT [high pressure and high temperature] equipment and; 3. confidence in a stronger oil price."[306] In a report from the following month, Wood Mackenzie noted that "[s]ustained low oil prices threaten viability of many key projects, which are a linchpin of growth for the region."[307]

261.  Comments from analysts make clear that the market understood that the Shenandoah project had not been sanctioned and would not be sanctioned at then-prevailing oil prices.

   a.  MUFG: "The company's longer-term exploration and appraisal projects are still focused primarily on the Gulf of Mexico. The most-notable of these projects are the Shenandoah (30% WI, operator) and Yeti (37.5% WI, Statoil operator). Neither of those assets is likely to move into the development stage this year due to the low oil-price environment, in our view."[308]

---

[305] *Id.*

[306] Wood Mackenzie, "The Lower Tertiary play in deepwater GoM: what's at stake?," September 2015, p. 7 (APC-00048674).

[307] Wood Mackenzie, "What might the future hold for oil prices?," October 2015, p. 32 (APC-00651990).

[308] MUFG, "Anadarko Earnings: Discipline, Monetizations to Bridge 2016 Funding Gap; Estimates Revised," February 2, 2016, pp. 2-3 (MUSA00000034).

b.  Janus Henderson: "No plans to FID Shenandoah in a $30 price environment. Appraisal well results are good to date, same with Yeti in GOM."[309]

c.  BMO: "Anadarko is unlikely to FID Shenandoah during 2016, a large project that is estimated to require 25 subsea trees (Quest expects trees to be awarded to FTI in 2018)."[310]

262. Anadarko continued to caution investors that it would not invest in projects like Shenandoah unless it saw sustained oil prices. In March 2016, Anadarko indicated that development would likely require more than $60 a barrel. Specifically, when asked about what oil prices would be necessary to develop in certain regions, Walker said,

> "There are other assets that would require greenfield infrastructure to be deployed in order to bring that into development that are probably going to require more than $60. So it really depends upon whether or not we can lever off existing infrastructure as part of the development plan or if we have to look for brand-new greenfield infrastructure in order to make that commercialization create an attractive rate of return. And when you have a mix of assets that we do and you think about, in particular, say, the DJ and the Delaware Basin w[h]ere we've made huge capital commitments to be able to control our infrastructure there, it's probably easier for us on the margin to convert things in the production than would be others that don't have the ability to lever that infrastructure. And the same thing is true on the Gulf of Mexico."[311]

263. Based on information Anadarko shared with the market, investors understood that Shenandoah would not be sanctioned if oil prices remained below $60 a barrel. One of

---

[309] Janus Henderson, "APC: 4Q 15 EPS beat, mgmt commentary constructive on operations and capital management: Call Notes," February 2, 2016, p. 1(JanHen_00012764).

[310] BMO, "Crude Thoughts - E&P Budgets Not Looking Good For OSX," February 10, 2016, p. 1 (FIAM-ANAD-008673).

[311] Anadarko Petroleum Corporation, Guidance Update Call Transcript, March 1, 2016, p. 19.

Plaintiffs' investment managers, Wellington, noted that Shenandoah would not be developed until price of oil was at the $70/bbl level:

"Anadarko (APC,1, $13.3B):

• Don't think activity rises until oil is above $50 . . . what worries us about the macro is the volatility going forward

• Don't see a price where we would increase activity in '16

• Service industry is fragile... 80% of the workers in the 80s never returned and concerned about quality of crews... large customers like APC will have an advantage here as SLB/HAL have to rehire and retrain

• Would look to start hedging above $40/bbl in 2H'16 and 2017 using 3 way collars

• **Not developing greenfield deepwater project like Shenandoah in a $30-$40 world... thinks you need north of $70**[312]

Another Wellington employee noted:

Depending on contract structure and tax regime of the specific geography, some offshore projects can work in the $40s if the geology is good and the project can tie into/amortize existing infrastructure. However, **Anadarko noted that even its large Shenandoah find in the GOM would need $70 oil to justify greenfield economics. Offshore will be challenged for some time, even if the price rebounds above $60-70, because of a prevailing attitude that prices and industry structure are more "fragile" than they used to be.** This comment might be different if I were speaking to majors, but independents are clearly concerned that the new volatility means prices three years out are a total crapshoot, which makes it tough to sanction multi-year deep water developments." [313]

---

[312] Email from M. Vivano, Wellington Management, re: "HW Conf Takeaways for energy," March 24, 2016, p. 7, (WMC-APC-0000646) (emphasis added).

[313] Email from D. Palmer, Wellington Management, re: "HW Conf Takeaways for energy," March 23, 2016, p. 8, (WMC-APC-0000646) (emphasis added).

264. **Conclusion E: By no later than May 2016, investors understood that there was faulting in the Shenandoah basin, including faults between Shen-2 and Shen-3, and between Shen-2 and Shen-4, which required Anadarko to continue drilling to understand the asset.**

265. On May 3, 2016, Anadarko discussed faulting that it had encountered in the Shenandoah basin. While Plaintiffs contend Daniels misled the public in saying they were "not necessarily . . . seeing lots of bad surprises,"[314] the exchange in which he said this reveals that he disclosed potential faulting and compartmentalization, which was delaying their plans to drill additional appraisal wells:

> Douglas George Blyth Leggate, BofA Merrill Lynch: "Okay. My operational follow-up is actually on Shenandoah. . . . So I'm wondering what your thoughts are there . . . when it comes to . . . the fact that we're now 5 appraisal wells in. What are you seeing there that is taking so long to appraise it, if you like? Is it really just scale, something unique to the reservoir that may make it a little bit more challenging to get a sanctioned [ph] decision?" . . .

> Daniels: "Yes. Doug, on the wells and the appraisal program, it's partly scale, it's partly -- some of the complexities that we're seeing out there, mostly on the imaging side of it, not necessarily that we're seeing lots of bad surprises. Although we did, through our most recent wells, realize that there are some faults that were poorly to not imaged in some of the seismic data that we're going to have to build into a potential development plan. And so that means that we needed a few more appraisal wells to make sure that there's not any more compartmentalization as we move across. So those are the issues that we're looking at. I'd say it's mostly based around the quality of the image in the sub-salt and making sure that what we're seeing or interpreting is actual reality, and so we're drilling the 5-well now to the west and pushing that downdip quite significantly to prove up of those volumes as we move over. And then with success there, we'd move over even farther to the -- I'm sorry, to the east, and we'd move over even farther to the east with the #6 well. So those are what's happening there. The biggest issue on timing and making sure that we have the data is -- this can be a big development if we move forward with it. And it's

---

[314] Amended Complaint ¶ 121.

going to be an expensive development and you want to know what the well deliverabilities are going to be, what your actual resources range are going to and you want to come up with a solution that actually makes sense for this resource. And it's in a technically challenging environment from a pressure standpoint. So we have to make sure we get it right before we take those final decisions. So that's kind of what we're working on right now."[315]

266. Around this time, Cobalt also expressed caution about the Shenandoah resource size, stating it was not as good as their other assets. During Cobalt's earnings call, Cobalt's CEO Joseph Bryant said that Cobalt "probably would want to spend [their] limited capital over the next several years on [their] – either operated asset like North Platte or in assets that [they felt] pretty good about in Anchor before . . .spend[ing] incremental capital at Shenandoah."[316] He further explained that they did not want to "expose [them]selves" by bidding on Marathon's portion of the field, as that could lead to "a position where [they] couldn't spend that capital on assets that [they] would rank higher than Shenandoah."[317] When asked about how he would "rank the resource size in North Platte, Anchor, Shenandoah from 1 to 3," Bryant responded that "based on what we see today," Cobalt would rank Shenandoah last.[318]

267. Market participants understood that Shenandoah required additional appraisal in part because Anadarko had encountered faulting.

   a. Morgan Stanley: "**CIE and APC highlight Shenandoah risks, development hurdles.** APC started off the day's commentary disclosing that the recent appraisals uncovered some faulting at Shenandoah that was not originally visible on seismic. APC will have

---

[315] Anadarko Petroleum Corporation, Q1 2016 Earnings Call Transcript, May 3, 2016, p. 8.

[316] Cobalt International Energy Inc., Q1 2016 Earnings Call Transcript, May 3, 2016, p. 10

[317] *Id.*

[318] *Id.*

to adjust for faulting in the development plan. APC – *'need[s] a few more appraisal wells to make sure that there's not any more compartmentalization as we move across.'* The faulting adds need for additional appraisals and is likely why APC decided to keep the Shenandoah program with its exploration team (last year talked about transferring it to development team after the first of the two wells to be drilled this year) and why it recently mentioned needing an additional appraisal to be drilled next year (Shenandoah-7). Beyond faulting, high reservoir pressure and associated need for 20kpsi equipment (which industry is in the process of standardizing) add to the development challenges."[319]

b. JP Morgan: "**Challenges at Shenandoah.** APC's appraisal program at its Shenandoah discovery continues, with Shenandoah-5 well currently drilling. APC indicated there is some apparent faulting in the structure that wasn't encountered in the seismic. As a result, the company plans to drill more appraisal wells to make sure there is not additional compartmentalization across the field. While APC is contemplating the exercise of its preferential rights for MRO's 10% stake, it appears that the company would not be interested in materially increasing its stake in the project without additional information, which we view as a negative. As a reminder, we do not give value for Shenandoah in our NAV given uncertainty around the project."[320]

268. Moreover, Plaintiffs' investment managers were clearly aware of Shenandoah's complex structural properties and appraisal uncertainties:

---

[319] Morgan Stanley, "Cobalt International Energy Inc: Headwinds Accumulate," May 3, 2016, p. 2 (FIAM-ANAD-003626).

[320] JP Morgan, "More Positives Than Negatives, But a Few Chinks in the Armor," May 4, 2016, p. 1 (APC-01328858).

a.  Fidelity: In an email from Jefferies to Fidelity discussing the investment proposition of ConocoPhillips, Jefferies noted that "[ConocoPhillips's] deep-water portfolio is somewhat speculative at the moment. MRO demonstrated that the value of Shenandoah is not compelling."[321]

b.  Janus Henderson (in call notes): "Additional appraisal wells needed at Shenandoah d[ue] to some poor seismic imaging. Doesn't necessarily mean the reservoir is bad, but it could me[an] more complex than perceived. Because this could be a big scale development, they don't want to cut corners before they make final decisions. Doesn't sound like they would buy COP's stake in Shenandoah without further drilling data."[322]

c.  Wellington: "**Shenandoah:** incremental data point a negative in our view and need to dig further as the company mentioned updated seismic control, highlighting additional faulting/compartmentalization risk. This is why the company has prudently pushed an aggressive appraisal program to make sure they understand development plans. … Shenandoah: lots of complexity related to imaging which has caused delay, in a technically challenging pressure environment but think it will be a big development - not interested in adding to working interest position without having additional information first."[323]

d.  Janus Henderson also understood as early as in May 2016 that "Long cycle assets such as Shenandoah would not be sanctioned in at $30/bbl world."[324]

---

[321] Email from J. Gammel, Jeffries, to S. Gupta, Fidelity, April 25, 2016, p. 2 (FIAM-ANAD-003586).

[322] Email from N. Barrett, Janus Henderson, to Equity Research, May 3, 2016, p. 1 (JanHen_00012827).

[323] Email from W. Foley of Wellington to RK Hoffman of Wellington, etc., May 3, 2016, pp. 1-2 (WMC-APC-0000127).

[324] Email from A. Wiley, Factset, to V. Newman, Perkins Janus, May 3, 2016, p. 1, (JanHen_00013193).

e.  Janus Henderson also understood that Shenandoah would not be sanctioned at that time because Anadarko had not "sized the reservoir yet" and was "still drilling a few more wells to gather data."[325]

f.  Janus Henderson understood that there had not been a final decision to commercialize Shenandoah during the Class Period, and that the cost to drill appraisal wells was "higher than anticipated because of complexities associated with drilling in that location."[326]

269. During a May 24, 2016 UBS Global Oil and Gas Conference, Anadarko again indicated that Shenandoah had encountered faulting. (See Figure 15, above.) Investors understood from this graphic—which as indicated above also showed that Shen-3 did not encounter oil and that the original Shen-4 wellbore drilled into salt—that there was faulting in Shenandoah, including a fault between Shen-2 and Shen-3, as well as between Shen-2 and Shen-4. [327]

### 5.2.5. Allegations about Shen-5

#### 5.2.5.1.    *Plaintiffs' allegations:*

270. Plaintiffs allege that Defendants made false and misleading statements about the results of the Shen-5 appraisal well, both during and soon after drilling. Plaintiffs suggest that Defendants knew Shenandoah would not be commercialized yet "touted plans to start drilling more wells to the East, dubbed Shen 5 and [Shen-6]."[328]

---

[325] Janus, "Morgan Stanley E&P & Oil Services Conference Notes," May 12, 2016, p. 2, (JanHen_00020308).

[326] Declaration of N. Barrett, Janus Henderson ¶ 6.

[327] Anadarko Petroleum Corporation, UBS Global Oil & Gas Conference Presentation, May 24, 2016, p. 10.

[328] Amended Complaint ¶ 70.

271.  Plaintiffs allege that Anadarko made several false and misleading statements about Shen-5 as it was being drilled. These include statements made by Gwin and Shandell Szabo, Investor Relations Director, during a May 24, 2016 UBS Global Oil and Gas Conference. Gwin and Szabo stated that Shenandoah was a "fantastic basin," they were "excited about the upside and the potential here as [they] move[d] toward development," and that Shenandoah was "the finest lower tertiary discovery to date in the Gulf of Mexico" because of its thickness, area and recovery factor.[329]   Plaintiffs allege that Defendants "continued to tout the economics of the Shenandoah project, with Gwin stating on May 24, 2016: '[Y]ou'd be very excited to take [final investment decision ('FID') in Shenandoah], knowing that the rates of return here would be compelling . . . . I'll call it not just that break-even number, but the number at which you'd really be excited about sanctioning and moving the project forward continues to come down with success. So Shen 5 is a material derisking of what we're doing."[330]

272.  Plaintiffs also take issue with statements from Gwin during a June 28, 2016 J.P. Morgan Energy Investor Conference. He stated that Shen-5, "at least in the uphol[e] sections, . . . looked a lot like Shenandoah #2," and that "the results of Shen-5 ha[d] put [Anadarko] in a position where [they] clearly expect[ed] to drill Shen-6 later this year and continue with an appraisal program there beginning – continuing to frame the aerial extent of the reservoir."[331]   Gwin continued, "Clearly, we know we have a lot of column. We know we have very attractive Miocene-like sands and now we need to determine the aerial extent of

---

[329] *Id.* ¶ 124.

[330] *Id.* ¶ 59.

[331] *Id.* ¶ 127.

the reservoir, so that we can move forward with our pre-[FEED] work and begin to conceptualize what a development opportunity would look like here." [332]

273.  Plaintiffs point to Anadarko's July 2016 announcement that the Shen-5 well "encountered more than 1,040 net feet of oil pay, extending the eastern limits of the field,"[333] as well as Walker's general statements that Anadarko's "portfolio continue[d] to perform exceptionally well," and that the company "continued to significantly reduce [its] cost structure throughout the year,"[334] had "outstanding performance in the Gulf of Mexico," and was "pleased with what [they] saw in the number 5 well."[335]

274.  Plaintiffs also take issue with the statements Defendants made after the announcement of the Shen-5 results, including Brad Holly's statement during an August 16, 2016 EnerCom Oil & Gas Conference that the "partnership is excited about Shenandoah"[336] and Gwin's statements at a September 14, 2016 UBS Houston Energy Bus-Less Tour that "we've still got an opportunity at Shenandoah we're excited about."[337]

275.  Finally, Plaintiffs point to a statement from Walker during a November 1, 2016 Earnings Call that "there could be a role that Shenandoah or another option like that plays in our portfolio."[338]

---

[332] *Id.* ¶¶ 127-129.

[333] *Id.* ¶ 129; Anadarko Petroleum Corporation, Q2 2016 10-Q, July 26, 2016.

[334] Amended Complaint ¶ 131.

[335] *Id.* ¶¶ 132-133.

[336] *Id.* ¶¶ 134-135.

[337] *Id.*

[338] *Id.* ¶ 136.

### 5.2.5.2. *Summary of Conclusions:*

276. **Conclusion A: Investors understood that after Shen-5, any FID would depend on the results of Shen-6, the ability to reduce development costs, and commodity prices.**

277. **Conclusion B: Investors understood in late 2016 and early 2017, as Anadarko discussed potential development solutions for Shenandoah, that the prospect would not be developed in the existing economic environment.**

### 5.2.5.3. *Support for Conclusions:*

278. **Conclusion A: Investors understood that after Shen-5, any FID would depend on the results of Shen-6, the ability to reduce development costs, and commodity prices.**

279. Anadarko representatives made several statements about Shen-5 before officially announcing the results of the well. Investors understood that Shen-5—which ultimately encountered more net pay than the Shen-2 well—was a promising development. However, investors also understood that Anadarko both needed to gain additional information about the resource and reduce development costs, particularly in light of then-prevailing oil prices, before making an investment decision.

280. During the May 24, 2016 UBS Global Oil and Gas Conference, Szabo explained that "the Number 6 well was very dependent on what we saw on the Number 5 well." [339] She continued that, because of the positive results of Shen-5, "what we can say is that we're definitely drilling the Number 6 well." [340] Szabo also made clear that any development would depend on whether Shen-6 encountered the oil-water contact. When asked if Shen-

---

[339] Anadarko Petroleum Corporation, UBS Global Oil and Gas Conference Transcript, May 24, 2016, p. 9.

[340] *Id.* p. 9.

6 would allow them to "determine the size and move towards FID," Szabo responded that without the oil-water contact, "that's really hard for us to be able to say exactly with the ranges." [341] She added that, if they did not find the oil-water contact, "there's the opportunity for one more wellbore" that they might be "forced to drill."[342]

281.  Gwin echoed this when it came to development cost, saying he could not provide an oil price that would allow Anadarko to develop Shenandoah, as they "have to understand the reservoir characteristics better than we do today."[343] During that conference, Gwin declined to provide a definitive oil price and resource size that would lead to a FID and did not promise that they would invest at that time:

> Question: "So how low an oil price could you move forward with Shenandoah? And then also with the Number 6 well, I guess, that spuds in the fourth quarter. If you find oil-water contact, will that be enough to determine the size and move towards FID, if you have any coming out today?"
>
> Gwin: "I can't answer your question on development cost. I can give you some conceptual comments. . . . But, first, we have to know what it is we're developing. And so, first, we have to understand the reservoir characteristics better than we do today. . . . But as we work the Shen-5 information into our model, it's going to change the scope of the development very clearly and it will change where we go with the development from maybe a design standpoint and certainly a scale standpoint. And so, it's a question we have avoided answering because we really don't want to get numbers in people's minds until we know what a development plan actually looks like. What we can tell you is that everything we've been doing brings that number down at which you'd be very excited to take FID knowing that the rates of return here would be compelling. And so, that – I'll call it not just that breakeven number, but the number at which you'd really be excited about sanctioning and moving the project forward, continues to come down with success. So Shen-5 is a material

---

[341] *Id.* p. 11.

[342] *Id.* p. 12.

[343] *Id.*

de-risking of what we're doing. It's also going to be a significant amount of information to work into our models and the work that our engineers are doing around what that development solution looks like.

The goal here is to do it as efficiently as possible to get the best risk-adjusted rates of return. The more we learn, the more well control we have through the wells that are currently being drilled and the to-be drilled well, the more insight we'll have and the better we can answer the question sooner. But today, we just don't know."[344]

282. Analysts understood that while Shen-5 was a promising well, Anadarko and the Shenandoah Partners would be required to gather more information before making a decision on sanctioning.

a. UBS: "[Anadarko] highlighted its Shenandoah discovery is the 'finest lower tertiary discovery to date' (due lo thickness, reservoir quality, light oil, etc.) and plans to spud the Shenandoah-6 appraisal well in 4Q16 in order to establish oil-water contact which would give indication of true resource size; while Shenandoah-5 is approaching TD, the preliminary logs seem to be similarly encouraging as Shenandoah-2 in terms of thickness (~1,000 feet) and reservoir quality (Miocene-like)."[345]

b. Wolfe Research: "Anadarko with an update on Shenandoah - We thought commentary on Shenandoah about the necessity of additional appraisal wells to better define any additional compartmentalization on APC's 1Q16 conference call, following divestiture by Marathon of its 10% stake for what we thought a low price, was perceived net bearishly by the street, which in general is just hoping to get to the point of discussion around potential development options to better define future value from the discovery.

---

[344] *Id.* pp. 11-12.

[345] UBS, "UBS Global Oil and Gas Conference- DAY 1 Research Highlights," May 24, 2016, p. 2 (JanHen_00022609).

At the point of the 1Q16 call the company was drilling the Shenandoah-5 appraisal and pushing down-dip significantly to prove up volumes. APC effectively confirmed success at the Shenandoah-5 appraisal at a conference last week, with the company stating that it will now spud the Shenandoah-6 appraisal to the east in 4Q16. The Shenandoah-6 well will be pushing further down the structure to define the point of oil-water contact."[346]

c.  Jefferies: "While APC didn't go as far as to reveal results for its operated Shenandoah #5 well (as it nears TD), the company stated that the data seen is likely to confirm previous thoughts on size and scale of the discovery. APC confirmed that the previously planned sixth well will definitely go forward (spuds in 4Q16), with the goal of the well to find the oil/water contact point. APC has also exercised its preferential right to purchase additional interest in Shenandoah (due to MRO's announced sale of its interest in the asset)."[347]

d.  Bank of America: "[D]iscussion with management around its flagship Shenandoah discovery in the US GoM that has yet to receive sanction, suggests many investors have at least haircut and sometimes zeroed associated value, with similar treatment of other unsanctioned projects such as Paon in Ghana. . . . In March 2013, Anadarko announced the result of an appraisal well at its Shenandoah discovery. . . . Since then, another four wells had been drilled, revealing the structure to be large, but faulted with sub-salt imaging difficulties slowing management's ability to determine commerciality without further appraisal drilling. With completion of the #5 well, our discussions with

---

[346] Wolfe Research, "Large-Cap E&P: Target Depth - Royals and Yoga ... Nope," May 31, 2016, p. 6 (WOLFE_0003742).

[347] Jefferies, "Anadarko Petroleum (APC) Thoughts from Investor Meetings; Capital Efficient Hub and Spoke Model," June 1, 2016, p. 1 (JEFF00007322).

management suggest that Shenandoah is now back on the front burner and potentially the next major development in the US GoM. While additional appraisal drilling will continue with Shenandoah #6 expected towards year end, where the objective is to determine an oil water contact helping close in on the discoveries ultimate scale that we believe still lies between 500mm and 1 bn boe. . . . We base our assessment of Shenandoah in the lower half of our resource estimate at about 750mm boe. . . . Our commodity assumptions are consistent with our house view that assumes Brent pricing of $80 from 2019. While we acknowledge this may be premature we also believe Anadarko is closing in on a commercial development of what it has already described as one of the largest discovery in the US Gulf of Mexico. As a minimum we suggest that management's recent commentary suggests the value is certainly not zero—but our discussions with many investors around the extended appraisal time line leads us to believe that associated value has either been haircut or zeroed in many analysts models."[348]

283.    Around this time, Anadarko continued to emphasize that any development would depend not only on the results of the appraisal wells but also the price of oil and potential development costs. For instance, during a J.P. Morgan Energy Equity Investor Conference on June 28, 2016, Gwin responded to a question about a price range for oil needed to make deepwater drilling "economically viable." Gwin stated that the answer "varies with the opportunity." [349] However, he continued, "Something like a Shenandoah is obviously a tremendous resource potential. But the development plan could be from a relatively smaller spar opportunity to maybe multiple spars to something bigger that you might pursue,

[348] Bank of America Merrill Lynch, "Anadarko Petroleum Corp. Tales from the road: the case for regaining the valuation premium: raising PO to $95," June 21, 2016, pp. 6, 11 (APC-01329468).

[349] Anadarko Petroleum Corporation, J.P. Morgan Energy Equity Investor Conference Transcript, June 28, 2016, p. 9.

because we have Coronado and Yucatan at the same mini basin that are tremendous kind of in situ tieback opportunities for the future." He further stated that while at "recent oil prices . . . you are starting to look economic to something that's in that PV-10 breakeven standpoint, but obviously you wouldn't pursue economics in the Gulf of Mexico for a 10% rate of return. We have to focus on risk adjusted rates of return, and accordingly, we're going to have to see something at a higher commodity price."[350]

284.  Investors understood that development of Shenandoah would be challenged in the then-current environment. Companies are expected to only take on value-adding projects, meaning that the investment is expected to have positive net present value. It is also common for companies to have a target rate of return, *i.e.*, a hurdle rate, and would consider proceeding with an investment only when the expected rate of the return from the investment is higher than the hurdle rate. Given the significant risks of deep-water exploration, companies typically look for high expected returns, well beyond the breakeven point. In my experience, they might require returns of 20-to-25 percent or more. The Oil & Gas journal reports hurdle rates for deepwater oil of 18 percent,[351] and Wood Mackenzie indicates internal rates of return of 15 percent.[352]

285.  Investors understood that multiple factors affect the expected rate of return and, accordingly, the development plan. These factors include (i) estimated recoverable volumes of hydrocarbons, (ii) projected commodity prices over timeframes as long as 20 years, (iii) the time frames for both incurring capital expenditures and production factors that affect present value, (iv) costs of production facilities (the FEED study attempts to reduce

---

[350] *Id.*

[351] Conglin Xu, "Change in risk preferences," Oil & Gas Journal, February 4, 2019, https://www.ogj.com/pipelines-transportation/lng/article/17222710/change-in-risk-preferences.

[352] Wood Mackenzie, "The Rising Hurdles for Investment in Upstream," April 30, 2021.

these costs), and (v) alternatives for APC capital. Investors thus understood that even if Shenandoah offers potential economic promise, another project could be prioritized ahead of Shenandoah in Anadarko's capital-expenditure hierarchy.

286.  After Anadarko announced the results of Shen-5 in late July 2016, it continued to make clear that they needed additional information from Shen-6—including that Shen-6 needed to encounter the oil-water contact—before making any decisions.

287.  On the July 27, 2016 earnings call, Gwin discussed the results of Shen-5, but stated that the company was still in "the appraisal mode" and needed "to get the rest of the information in front of [them]":

> "With your question of what else it's going to take, we really have to see what the #6 tells us. If the #6 comes in as we project with the oil-water contacts, we'll probably need to then do a sidetrack out of that, try to go up dip, get in a full oil column in that. And -- so the ultimate planning has to be after #6. We've got a lot of work that's going on right now though related to how we might develop this field. But again, we're still in the appraisal mode, and so we need to get the rest of the information in front of us."[353]

288.  During that call, Evan Calio, a Morgan Stanley research analyst, asked about Anadarko's investment in Shenandoah immediately after discussing with Walker how high oil prices could impact development in another region.[354] Walker and Hollek made clear that Anadarko was still appraising Shenandoah and that it was concerned about development costs, but that it was hopeful that advances in technology could improve the prospects. The exchange went as follows:

> Calio: "Moving offshore, which also [dove]tails, I think, with your oil price outlook. You reported positive appraisal results in Shenandoah-5 with 6

---

[353] Anadarko Petroleum Corporation, Q2 2016 Earnings Call Transcript, July 27, 2016, pp. 6-7.

[354] *Id.* p. 6.

upcoming. I mean, post 6, what else do you need here to reach FID, either from appraisal or technical information gathered or from an oil price environment to again to get FID?"

Gwin: "Yes, Evan, we were real pleased with what we saw in the #5 well. Not surprised, but we were very pleased to see it come in as we had predicted it would; 1,040-plus feet of pay. We're about 0.5 mile east of the #2 well, and then we're going to move farther east and down dip with the #6. With your question of what else it's going to take, we really have to see what the #6 tells us. If the #6 comes in as we project with the oil-water contacts, we'll probably need to then do a sidetrack out of that, try to go up dip, get in a full oil column in that. And -- so the ultimate planning has to be after #6. We've got a lot of work that's going on right now though related to how we might develop this field. But again, we're still in the appraisal mode, and so we need to get the rest of the information in front of us…."

Calio: "Yes. I was just going to say -- I was just trying to understand. It sounds like it's a longer-term project as it fits in your portfolio as you -- lots of invested capital and now a 33% interest. Is that kind of the right way to think about when this -- when you're developing here? I know it's obviously past dependent on appraisal information?"

Hollek: "Well, I think all things Bob just gave you are going to be kind of ingredients. That's going to be important to understand. I'd point to Mad Dog, which I believe BP has publicly discussed the fact they're going to take a decision on this year, and they've indicated that sanctioning is likely. And I think there's just a couple of takeaways from that, not necessarily that they're related to Shenandoah. One is they reduced the production solution cost from $20 billion to $8 billion, so that helps with the economics. And two, they think they've got an estimated ultimate recovery that's pretty significant. And so the EUR combined with a lower cost probably gives you a threshold for price that would not have been anticipated a few years ago for sanctioning. So we're hopeful that some of those ingredients will work into our favor as that decision comes to us over the next couple of years."[355]

289.  Market participants understood after the results of Shen-5 were released that the true size of Shenandoah was unknown at the time and further appraisal was needed before

---

[355] Anadarko Petroleum Corporation, Anadarko Q2 2016 Earnings Call Transcript, July 27, 2016, pp. 6-7.

Anadarko would make an investment decision. They also were aware that any investment would depend on the costs of development and commodity prices.

a.  Citi: "Results from the Shenandoah-5 appraisal well . . . that spud during Q1'16 are likely to be disclosed and could help to confirm and extend the reservoir's boundaries. Mgmt. believes that a sixth Shenandoah well on the reservoir's eastern edge is needed before it can reach a FID."[356]

b.  JP Morgan: "The Shenandoah-5 appraisal well encountered 1,040 net feet of pay, which was similar to the Shenandoah-2 well. The company also raised its interest in the project to 33% by participating in a preferential-rights process. APC should spud Shenandoah-6 later in '16, with hopes of moving the project into the development queue."[357]

c.  Cowen: "In regards to APC's Gulf of Mexico acreage, Shenandoah continues to be the catalyst for growth going forward. The company increased its working interest in the play to 33% and grew its portfolio through a preferential-rights process that is expected to add significant upside. Anadarko continues to appraise the resource potential of this acreage and should spud its 6th well test by year-end."[358]

---

[356] Citi, "E&P Second Quarter 2016 Earnings Preview," July 15, 2016, p. 31 (CITI005249).

[357] JP Morgan, "Anadarko Petroleum U.S. Onshore Strength Outweighs Known Production Hiccup at Jubilee; Stock Reaction - Positive – ALERT," July 26, 2016, p. 2 (JPMS 000361).

[358] Cowen and Company, "Anadarko Petroleum Corporation 2Q16 Earnings Review: Prepared for $60/bbl," July 27, 2016, p. 3 (ANADARKO_00000113).

d.  Societe Generale: "In the GOM, APC purchased MRO's working interest in Shenandoah (so now 33%), and announced 1,040' of net oil play in the #5 appraisal well. A sixth Shenandoah well should spud by year end to seek the oil water contact."[359]

e.  Raymond James: "In addition to current production opportunities, Anadarko continues to impress in the exploration department, as the company encountered more than 1,040 net feet of oil pay at the Shenandoah-5 appraisal well. While the company has not yet released a resource estimate, we would anticipate such an estimate following the upcoming sixth appraisal well."[360]

f.  Goldman Sachs: "Shenandoah appraisal favorable. While Shenandoah startup remains years away, a 1K'+ oil column and lack of establishing oil-water contact seen in the fifth appraisal well (testing eastern portion) are positive."[361]

g.  Wolfe Research: "Shenandoah getting to development? - Massive Gulf of Mexico discovery Shenandoah-5, which was meant to test for oil-water contact at the eastern limit of the field, ended up encountering 1,040 net feet of pay, which drove the decision to spud the -6 appraisal well vs testing eastern extent and quantifying full resource potential. We think a decision around plans will come shortly after -6 results are evaluated."[362]

---

[359] Societe Generale, "Anadarko Petroleum Corp Cost effective volume delivery. Adjusted 2Q16 loss less than forecast. FY16 volume target +0.7%," July 27, 2016, p. 1 (APC-01329989).

[360] Raymond James, "Anadarko Beats on Strong Pricing; Gulf of Mexico Impresses," July 27, 2016, p. 1 (APC-01329989).

[361] Goldman Sachs, "Anadarko Petroleum Corp. (APC) Execution, asset sales should help allay Street concerns; Buy," July 27, 2016, p. 1 (GS-002562).

[362] Wolfe Research, "ANADARKO PETROLEUM If you'll be my bodyguard ...," July 27, 2016, p. 1 (WOLFE_0002945).

h.  Macquarie Research: "Strong Shenandoah Result but Hurdles Remain: The result from the Shenandoah-5 well likely increases the resource potential of the discovery. This could benefit the ultimate economics of the project. However, challenges still remain in lowering the cost of the project, especially given the high pressure for completions. The project will need to compete for capital in a constrained crude oil price environment, which means some innovation will need to take place without compromising safety."[363]

i.  Morgan Stanley: "Shenandoah-5 appraisal intersected 1,040ft of net pay, comparable to the Shenandoah-2's *'more than 1,000ft'* with in-line fluid and reservoir properties. This was welcome good news after recent disappointments. Shenandoah-6 will be spud prior to year end, and will step out even further to the east, looking for oil-water contact. On the call listen for conditions needed for sanction, including threshold crude price level. We expect Shenandoah to be viable in a ~$60/bl world."[364]

j.  UBS: "The 4th appraisal well, Shenandoah-5, encountered > 1,040 net feet of pay (even thicker than the 1,001 feet in the #2 well), extending the resource in the central-to-eastern limits of the field. The partners plan to run a production liner and secure the well for future production operations. This should address recent investor concerns that the field was compartmentalized and would need a very high oil price to be commercial. The Shenandoah-6 well will spud in 4Q16 and seek to establish oil-water contact which would give indication of a true resource size; this should enable it to determine resource

---

[363] Macquarie Research, "Anadarko Petroleum Evaluating a Running Start into '17," July 27, 2016, p. 1 (APC-01329982).

[364] Morgan Stanley, "Anadarko Petroleum Corp 2Q16: Strong Start," July 27, 2016, p. 2 (MS_ANADARKO_000105).

size and progress towards a final investment decision, with first production roughly three years later."[365]

k. Simmons & Company: "Next step is to see Shenandoah 6 well results (testing to find the oil water contact). Shenandoah 6 well spuds later this year. FID is not imminent. APC has much more appraisal work ahead and wants to drive project costs lower to enhance well economics."[366]

290. Similarly, Plaintiffs' investment managers understood that a sanctioning decision would not be made until after Shen-6 was drilled and would depend on the pricing environment.

a. For instance, in its Q2 2016 summary and earnings call notes, Janus Henderson noted: "The Shenandoah #5 well had positive results, extending the field to the east. . . . APC bought into a proportional interest of MRO's Shenandoah stake that was available for sale. APC now has a 33% stake in the project. The Shenandoah #5 well encountered 1,040ft of net pay, a positive data point. . . . For Shenandoah, well #5 delivered positive results. Need to see what well #6 delivers before they can make a sanctioning decision."[367]

b. In November 2016, Janus Henderson wrote that no sanction decision had been made as of November 2016 and that Shenandoah would not be taken to development at then-prevailing oil prices: "Shenandoah - once they understand it better, they can move

---

[365] UBS, "Anadarko Petroleum Corp. APC 2Q Beats, Raises Production Guidance, and Boosts Divestiture Target," July 27, 2016, pp. 8-9, 12-13 (UBS_0001260).

[366] Simmons & Company, "Anadarko Petroleum Corp. (APC) Q2'16 Earnings Review: Improving Balance Sheet Through Divestitures," July 28, 2016, p. 1 (PIPER_SANDLER-0003791).

[367] Email from N. Barrett, Janus, to Janus Equity Research re: Anadarko Petroleum (APC): 2Q16 EPS of -$0.60 vs. Consensus of -$0.80, 2Q16 CFPS of $1.31 vs. Consensus of $1.17, July 27, 2016, pp. 1-2 (JanHen_00012802).

forward. Won't take it to development at $45. Will be 1 to 1.5 years before they do anything, likely."[368]

c.  Fidelity, another one of Plaintiffs' investment managers, produced a July 2016 presentation from Wood Mackenzie entitled Pre-FID oil projects in this litigation. In the presentation, one slide noted that "[i]f prices remain around $50/bbl then most major projects are at risk of deferral or cancellation without further cost deflation."[369] That same slide included a graphic listing Shenandoah as having a start-up date around 2021, with a breakeven price hovering around $90 to $100/bbl.[370]

291.    Anadarko continued to discuss its efforts to continue to appraise the field and explore development solutions throughout late 2016. In its Third-Quarter Operations Report dated October 31, 2016, Anadarko made clear that the commerciality of Shenandoah was still being determined:

> "After completing operations on the Warrior exploration well, the rig is scheduled to drill the Shenandoah-6 appraisal well. This appraisal well is designed to establish the oil-water contact on the eastern flank of the field and further quantify the resource potential. Anadarko and its partners are continuing to work toward determining the commerciality of the Shenandoah field. The company has chosen a Semisubmersible concept to support the potential development as part of these efforts. The FEED engineering on the Semi will continue, while Anadarko continues appraisal drilling to further delineate the opportunity before making a future sanctioning decision."[371]

---

[368] Email from Noah Barrett of Janus to Janus Equity Research and Energy Notes, etc., November 21, 2016, (JanHen_00024541).

[369] Wood Mackenzie, "Pre-FID oil projects: Global breakeven analysis and cost curves," July 2016, p. 9, (FIAM-ANAD-004939).

[370] *Id.*

[371] Anadarko Petroleum Corporation, Q3 2016 Operations Report, October 31, 2016, p. 8.

292. The purpose of FEED engineering—which stands for "front-end engineering and design"—is to develop the most cost-efficient production facilities specific to a given field. Investors understood that Anadarko was making an effort to find development solutions for the field, but, as Anadarko continued to emphasize, still needed additional information from appraisal drilling to decide whether to sanction the project.

293. Investors understood that while Anadarko was making efforts to find a development solution, it faced other development challenges, such as the need for 20K technology, and still needed additional information on the resource size.

    a. JP Morgan: "The Shenandoah-6 appraisal well is designed to establish the oil-water contact on eastern flank of the field and help quantify the resource potential of the discovery. APC and its partners are evaluating a semisubmersible development concept at Shenandoah for future development."[372]

    b. UBS: "At the Shenandoah prospect (33% wi), APC plans to spud the Shenandoah-6 appraisal well which is expected to establish the oil-water contact on the eastern flank of the field and further quantify the full resource potential. The 4th appraisal well, Shenandoah-5, encountered > 1,040 net feet of pay (even thicker than the 1,001 feet in the #2 well), extending the resource in the central-to-eastern limits of the field. The partners plan to run a production liner and secure the well for future production operations. This should address recent investor concerns that the field was compartmentalized and would need a very high oil price to be commercial. The Shenandoah-6 well will spud by YE16 and seek to establish oil-water contact which would give indication of a true resource size; this should enable it to determine resource

---

[372] JP Morgan, "3Q16 Flash; Upside Results and Portfolio Management Success; Going Out in Style – ALERT," October 31, 2016, p. 2 (APC-01331310).

size and progress towards a final investment decision, with first production roughly three years later. However, the challenge at Shenandoah is learning how to operate in a high pressure environment (20,000 pounds per square inch) so no timing was given on project sanction. While APC continues to evaluate the commerciality of the Shenandoah fields, it has chosen a Semisubmersible concept to support the potential development with FEED engineering ongoing."[373]

c.  Ladenburg Thalmann: "Shenandoah: Walker Ridge 51/52/53 (APC 33% WI): APC is preparing to spud the Shenandoah-6 appraisal well, which is designed to establish the oil-water contact on the eastern flank of the field and further quantify the field's resource potential in order to help determine its commerciality. APC's fifth Shenandoah appraisal well encountered 1,040+ net feet of oil pay and expanded the eastern extent of the field."[374]

294.  **Conclusion B: Investors understood in late 2016 and early 2017, as Anadarko discussed potential development solutions for Shenandoah, that the prospect would not be developed in the existing economic environment.**

295.  In late 2016 and early 2017, Anadarko continued to emphasize that development in Shenandoah would be difficult, both because of the challenging macroeconomic conditions and the cost of any potential Shenandoah development. Anadarko representatives continued to focus on the company's portfolio management, which could include selling assets and/or diverting resources to more productive assets.

---

[373] UBS, "Anadarko Petroleum Corp. APC Delivers 3Q CFPS/Production Beat and Raises 2016 Volume and Asset Sale Guidance," October 31, 2016, pp. 12-13, (UBS00061686) (emphasis added).

[374] Ladenburg Thalmann, "Anadarko Petroleum Corporation Initiating Coverage with Buy Rating and $85 Price Target," December 19, 2016, p. 5 (LADENBURG0000023) (emphasis added).

296. For instance, Anadarko emphasized that it would need to adjust to a "volatile" environment, as demonstrated by fluctuating oil prices at the time (see Figure 1, above).[375] On August 16, 2016, Brad Holly, Senior Vice President for Rocky Mountain Region, noted that, even though Anadarko was "excited about Shenandoah," the company was nonetheless "working on successfully navigating a very volatile environment" and would do that by "maintaining [its] financial discipline and investing within cash flows."[376] He emphasized that it would "reduce capital spend and cost structure as [it needed] to stay within that cash flow," maintain its "very active portfolio management," and "continue to be flexible and move money around the globe where we think it makes the most sense."[377] Holly stated that Anadarko would "focus [its] Gulf of Mexico play around [its] current facilities for subsea tiebacks" as part of its efforts to "well position[] [itself] during the downturn." [378] He concluded: "We're positioning the Company to come out of this downturn with abundant liquidity to safeguard against future volatility. We expect exceptional operating results and flexible deployment of our capital, and we'll continue to invest in our future with mid- and long- cycle projects to take advantage of the market conditions when they change."[379]

297. Anadarko continued to express caution about Shenandoah's development throughout late 2016. During Anadarko's November 1, 2016, 3Q 2016 Earnings Call with investors and

---

[375] *See* Anadarko Petroleum Corporation, Q1 2016 10-Q, May 2, 2016, p. 48 ("The Company's most significant market risk relates to prices for oil, natural gas, and NGLS. Management expects energy prices to remain unpredictable and potentially volatile.").

[376] EnerCom, Inc., EnerCom Oil & Gas Conference Transcript, August 16, 2016, p. 5.

[377] *Id.*

[378] *Id.* pp. 5-6.

[379]*Id.* p. 6.

analysts, Hollek explained that Anadarko was "far from making an FID decision today" on Shenandoah, highlighting that they needed the results of Shen-6. Walker continued:

> "I think it'd be fair to say that as we contemplate sanctioning Shenandoah, we will be mindful of what we can do on the margin with the capital. And it will be an allocation like it would be for anything where we're looking at what the rate of return is as well as the cash-on-cash return.

> A lot of times our industry is very focused on rate of return and not cash-on cash because, as everybody knows on this call, it's great to have an internal rate of return that's 50%, but if you get the cash back in the year, and you're pretty much done, that's a hard treadmill to continue. So we want a cocktail or a mix that gives us really good rates of return with really good cash-on-cash characteristics.

> So there could be a role that Shenandoah or another option like that plays in our portfolio. So I don't want to leave people with the view that allocation of capital is purely an IRR-driven derivative. Consequently, we have a portfolio to run, and we will consider whether or not at the time of sanctioning, it makes sense to commercially develop Shenandoah along with our partners or not."[380]

298.  Similarly, during a November 17, 2016 Bank of America Merrill Lynch Global Energy Conference, Al Walker spoke about the difficult macroeconomic environment and suggested that Shenandoah would not be sanctioned unless oil prices were higher. He noted that deepwater projects like Shenandoah would not be sanctioned at below $70 a barrel, saying, "I do believe today it will take more than $70 most likely before we see greenfield projects and deepwater basins around the world."[381]

299.  He then explained that development in the Gulf of Mexico was facing significant challenges:

---

[380] Anadarko Petroleum Corporation, Q3 2016 Earnings Call Transcript, November 1, 2016, pp. 17-18.

[381] Anadarko Petroleum Corp, Bank of America Merrill Lynch Global Energy Conference Transcript, November 17, 2016, p. 3.

"Now, moving into the Gulf of Mexico, I think you've heard us talk a lot this year and even going into last about tiebacks. And it's not that tiebacks all of sudden became in vogue. We've always had them in our portfolio. When oil was $100, we were probably as a company exploring more than we're developing and we weren't necessarily looking at these tiebacks in the same way we might when it's hard today to take an exploration prospect with the rig that is out of market and promote and partner. As typical in our industry, when you put a prospect together, particularly if you have a high working interest, you want to put it together in a way where you can promote some of it out, we get carried on the front-end of the drilling. Well, in the Gulf of Mexico that has pretty much come to a halt. Anybody that's still active in the Gulf of Mexico is unlikely to take a non-op position in somebody else's prospect, because they've got plenty of reasons to want to keep that money in their own pocket, on their own operated prospects. So we started looking really aggressively at our tiebacks and you've seen us do a number of things."[382]

300. Finally, Walker added that they were in an "uncertain period, meaning a period where it's unlikely we're going to see a lot of development of new infrastructure in the Gulf of Mexico."[383]

301. Investors understood that deepwater projects like Shenandoah were unlikely to reach sanction in the then prevailing commodity price environment.

   a. Fidelity, one of Plaintiffs' investment managers, noted the struggling state of the industry, particularly in the Gulf of Mexico:

   "Some interesting contrasts from meetings in Houston recently with companies involved in deepwater, throughout the value chain. There are pockets of significant (and surprising) health. But they remain few and far between, and very much confined to a few players. The overall backdrop remains challenged. No change to our outlook for oil supply from the trip, or the view that we need to be very selective with our investments with deepwater exposure. Gained

---

[382] *Id.* p. 6.

[383] *Id.* p. 7.

more conviction post the trip in APC. Continue to avoid offshore drillers, and OSV's. FTI looks less attractive post the trip as well.

...

This brings us to the negative element of Deepwater - new projects. There is very little appetite here, and what projects are under consideration have unique circumstances. These include Mad Dog 2 which is a hybrid green/brown-field BP has been working on for years, and has reworked and downsized. APC has made no decision on Shenandoah, but it is a large discovery, and one with an expiration date where if they don't proceed in roughly the next 18 months they will forfeit the asset. FTI is also close to being award their first integrated project award with Technip, but sizing is likely small and repeatability is questionable. Beyond projects already being worked on, there is essentially no appetite to undertake the exploration programs necessary to support future greenfields.

There are a wide variety of decisions and changes to make, which means the process will take quite some time. It is really hard to see a scenario where deepwater comes roaring back, until there is a price signal of $70+, likely spurred in part by significant declines in the existing deepwater production base that tightens the aggregate oil S/ D balance.

Furthermore, even if a project is ostensibly economic at today's strip, greenfield deepwater projects are still billions of dollars, and take years to execute. That adds to the risk profile of greenfield developments as well. There is of course the possibility of project delays and cost over-runs in the execution phase as well. All of that adds up to the hesitancy we observed around greenfields despite some optically attractive cost reductions. Those cost reductions however are clear benefits to the economics of tie-backs, in conjunction with their lower risk and shorter cycle time."[384]

b.  Similarly, Deutsche Bank noted, "Once the dominant driver of oil growth and capital budgets, the collapse in crude price and rise of US shale have led to the market

---

[384] Fidelity, "Deepwater => Down, but not out. (But also not growing)," October 10, 2016, p. 40 (FIAM-ANAD-000002).

pronouncing the deepwater as uncompetitive and largely dead (or at least on life support)."[385]

### 5.2.6. Allegations about Shen-6

#### 5.2.6.1.      *Plaintiffs' Allegations:*

302. Plaintiffs point to two allegedly misleading statements made after Shen-6 was spud. First, during a February 1, 2017 Q4 2016 Earnings Call, Ernie Leyendecker stated that they had found over 1,000 feet of pay in the Shen-5 well and were drilling Shen-6, which was "designed ultimately to be kept as a keeper, and potentially be a producible well ultimately one day when we see ourselves as a final solution for the field."[386] Second, Anadarko's 2016 Form 10-K, filed February 17, 2017, states that Anadarko was "continuing to work toward determining the commerciality of the Shenandoah field."[387]

#### 5.2.6.2.      *Summary of Conclusions:*

303. **Conclusion A: During early 2017, investors understood that any FID would depend on the results of Shen-6, the ability to lower costs, and the price of oil.**

304. **Conclusion B: Investors understood before Anadarko's alleged corrective disclosure that Shen-6 was wet.**

---

[385] Deutsche Bank, "Is the Deepwater Dead? F.I.T.T. for investors, Are There Signs of Hope on Deepwater's Horizon?", October 13, 2016, p. 1 (DEUTSCHE0009774).

[386] Amended Complaint ¶ 137.

[387] *Id.* ¶ 138.

### 5.2.6.3.    _Support for Conclusions:_

305. **Conclusion A: During early 2017, investors understood that any FID would depend on the results of Shen-6, the ability to lower costs, and the price of oil.**

306. After it encountered significant pay at Shen-5, Anadarko spud Shen-6. On January 31, 2017, Anadarko released its Operations Report for Q4 2016. It noted that Shen-6 was spud in December and was "designed to establish the oil-water contact on the eastern flank of the field and further quantify the resource potential."[388] It described the potential development plan, adding, "The FEED engineering on a semi-submersible development concept is ongoing as Anadarko continues appraisal drilling to delineate the opportunity."[389]

307. In early 2017, Anadarko discussed the additional appraisal work that they were doing with Shen-6. During a February 2017 Earnings Call, Leyendecker highlighted the structural complexities of the Shenandoah resource and their lack of knowledge regarding the extent of the resource on the East side of Shenandoah, saying, "As we drilled through the -- past the #2, 3 and 4 wells and learned about a little bit of the complexities, structural complexities, on the feature, we felt we needed some more comfort around the resource in place towards the east as well as trying to penetrate the physical oil-water contact."[390] Leyendecker further noted the reasons for drilling Shen-6: "So the number six well we're drilling today is designed really to test part of the eastern side of the field for reservoir continuity as well as cut some oil-water contacts, which we haven't physically done yet. So we're hopeful, of course, that the well will penetrate those. I can also share with you that

---

[388] Anadarko Petroleum Corporation, Q4 2016 Operations Report, January 31, 2017, p. 10.

[389] _Id._

[390] Anadarko Petroleum Corporation, Q4 2016 Earnings Call Transcript, February 1, 2017, p. 15.

the well is designed ultimately to be kept as a keeper, and potentially be a producible well ultimately one day when we see ourselves as a final solution for the field."[391]

308.  A "keeper well" is one that the operator hopes to use for production. Yet, as observed, deepwater exploration is risky with many uncertainties and operators face an iterative process to get to sanction. An operator could reasonably consider a well to be a "keeper" at one point in time only to have later additional delineation drilling result in a downgrading of estimated recoverable reserves. Here, Leyendecker emphasized that Anadarko was "hopeful" that Shen-6 would penetrate the oil-water contact, which others at Anadarko had already clarified was required for any potential investment decision.[392] Investors would understand that a "keeper well" would not guarantee sanction, as any FID would still depend upon the commodity-price environment and expected economics of a given development.

309.  During the same call, Hollek similarly expressed that they were still "trying to understand our path to sanction" and were "still learning on Shenandoah itself." [393] He highlighted the difficulties in developing the region, noting that there were "multiple Wilcox reservoirs" in Shenandoah, "[s]o each and every one of them may have a separate oil-water contact, and they're likely not connected vertically." [394] He added that they were "treating them

---

[391] *Id.*

[392] *Id.*; *see also* UBS, UBS Global Oil and Gas Conference Transcript, May 24, 2016, pp. 11-12 ("Without that contact, that's really hard for us to be able to say exactly with the ranges and the fact that we're in that basin, it's going to be really important for us to be able to do that."); Anadarko Petroleum Corporation, Q2 2016 Earnings Call Transcript, July 27, 2016, pp. 6-7.

[393] Anadarko Petroleum Corporation, Q4 2016 Earnings Call Transcript, February 1, 2017, p. 15.

[394] *Id.* pp. 15-16.

independently" and had to "really understand each and every one of the reservoir flow units there." [395]

310.   Commodity prices around this time, discussed in previous sections, continued to worry investors. For instance, in January 2017, Wood Mackenzie indicated that they "believe[d] the region is going to pause in the near future and wait for the cost structure and the long-term view on oil prices to stabilize before embarking on large, capex-heavy projects again."[396] Wood Mackenzie noted that Shenandoah had thus far "produced encouraging results," but "assume[d]" that it would "undergo additional appraisal drilling in 2017 prior to receiving FID" and cautioned that "negative results may result in a bleaker outlook" for Shenandoah and the "Inboard Lower Tertiary as a whole."[397]

311.   Market participants acknowledged the difficulties Anadarko was having at Shenandoah and the challenging commodity price environment:

> "Shenandoah (Gulf of Mexico) - We expect management to announce[] results from the Shenandoah-6 appraisal well over the next few months. We believe positive results will allow Anadarko to move ahead with the development of the discovery."[398]

> "Shenandoah: $50/bbl breakeven; further clarity on project economics and timing to drive greater credit. Based on our conversations with investors, they remain concerned on the potential value and timing of the Shenandoah discovery in Gulf of Mexico."[399]

---

[395] *Id.*

[396] Wood Mackenzie, "Deepwater GoM: 5 things to look for in 2017," January 17, 2017, p. 2 (APC-00294820).

[397] *Id.* pp. 1–2.

[398] Goldman Sachs, "Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017, p. 4 (GS-002754).

[399] *Id.* p. 14.

"APC indicated that major Gulf of Mexico greenfield projects like Shenandoah (our target assumes $1/shr) is unlikely to get final approval in a $50-$55 per bbl environment."[400]

312.   Prudent management does not greenlight investments that are projected as "breakeven" or marginal. As such, investors understood that oil prices needed to be above $50 per barrel for Anadarko to consider sanctioning Shenandoah.

313.   In its February 17, 2017 10-K, Anadarko released additional information that cautioned the market that it might write off Shenandoah. In its February 2016 10-K, Anadarko had disclosed the risk that its "drilling activities may not be productive," as "[d]rilling for oil and natural gas involves numerous risks, including the risk that we will not encounter commercially productive oil or natural-gas reservoirs."[401] In its 2016 10-K, Anadarko added the following to that section:

"As of December 31, 2016, we had $1.7 billion in suspended well and associated non-producing leasehold costs related to 11 U.S. offshore and international exploration projects, which includes approximately $800 million related to our Shenandoah project in the Gulf of Mexico. Certain of these future exploration and appraisal drilling activities may not be successful and, if unsuccessful, could result in a material adverse effect on our future results of operations and financial condition. While all drilling, whether developmental or exploratory, involves these risks, exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons. Because of the percentage of our capital budget devoted to higher-risk exploratory projects, it is likely that we will continue to experience significant exploration and dry hole expenses."

---

[400] Goldman Sachs, "Anadarko Petroleum Corp. (APC): Mgmt meeting highlights focus on E&P/midstream growth; Buy," March 24, 2017, p. 1 (FIAM-ANAD-009181).

[401] Anadarko Petroleum Corporation, 2015 10-K, February 17, 2016, p. 43.

314. Investors understood Anadarko's decision to highlight the risk of the Gulf of Mexico, coupled with the other cautionary language from the company, as an indication that Anadarko had less confidence in the path forward at Shenandoah.

315. In February 2017, some market participants similarly noted a decline in confidence, expecting a Suspension of Production or potential operational challenges that would delay sanctioning:

    a.  Goldman Sachs: "1H 2017: APC plans to spud the Shenandoah #6 appraisal well in late 2016 which it expects to find the oil-water contact. Management believes Shenandoah #6 appraisal well will help determine the next stage of the project. With its 3Q 2016 operations update, APC stated it has chosen a semi-submersible concept to support the potential development as part of these efforts. The FEED on a potential semi-submersible will continue, while the company continues appraisal drilling to further delineate the opportunity before making a future sanctioning decision. The primary terms on certain leases covering the Shenandoah project expired in 2014 but are being held by continuous operations on the Shenandoah project, meaning that the operators cannot discontinue operations at Shenandoah for more than 180 days or such leases will terminate. We expect that APC will eventually file for approval of a Suspension of Production in order to preserve its acreage."[402]

    b.  UBS: "At the Shenandoah prospect (33% w.i), APC spud the Shendandoah-6 appraisal well in December and seeks to establish oil-water contact on the eastern flank of the field which would give indication of a true resource size; this should enable it to determine resource size and progress towards a final investment decision, with first

---

[402] Goldman Sachs, "Anadarko Petroleum Corp. (APC) Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017, p. -15 (GS-002754).

production roughly three years later. However, the challenge at Shenandoah is learning how to operate in a high pressure environment (20,000 pounds per square inch) so no timing was given on project sanction. While APC continues to evaluate the commerciality of the Shenandoah fields, it has chosen a Semisubmersible concept to support the potential development with FEED engineering ongoing."[403]

316.  Some market participants also lowered their potential range estimates for Shenandoah.

a. UBS: In February 2014, UBS projected 800 MMBOE,[404] in July 2015 it projected 720 MMBOE,[405] and in February 2017, it projected 400 MMBOE.[406]

317.  **Conclusion B: Investors understood before Anadarko's alleged corrective disclosure that Shen-6 was wet.**

318.  In February, investors were aware that Shen-6 reached total depth and the partners began drilling a sidetrack well. In its February 21, 2017 10-K, ConocoPhillips explained, "Appraisal drilling continued in 2016 with the fifth Shenandoah well reaching total depth in the third quarter. In February 2017, the sixth Shenandoah well, Shenandoah WR52-3, reached total depth. Drilling of a sidetrack well from Shenandoah WR52-3 also commenced in February."[407]

---

[403] UBS, "Anadarko Petroleum Corp. 4Q Cash Flow and Production Beat Expectations; Focus Shifts to Investor Call on March 8th," February 1, 2017, p. 11 (APC-01333349).

[404] UBS, "Anadarko Petroleum Corp. Preview of Anadarko Petroleum's Analyst Day," February 24, 2014, p. 7 (UBS_0000555).

[405] UBS, "Anadarko Petroleum Corp. Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015, p. 11 (UBS00015972).

[406] UBS, "Anadarko Petroleum Corp. 4Q Cash Flow and Production Beat Expectations; Focus Shifts to Investor Call on March 8th," February 1, 2017, p. 11 (APC-01333349).

[407] ConocoPhillips, 2016 10-K, February 21, 2017, p. 7.

319. During its March 14, 2017 Q4 2016 earnings call, Cobalt discussed Shen-6 encountering water, which "by definition makes [Shenandoah] a bit smaller."[408] Cobalt explained that they were sidetracking Shen-6 looking to identify water contacts. It stated that Shenandoah remained "a good size," as indicated by the large discovery at Shen-5, but that its size was not "as good" as other assets it had in its portfolio.[409]

320. Market participants understood that Shen-6 was a wet well as early as March 2017.

   a. Morgan Stanley: "Shenandoah-6 appraisal ... 'encountered wet Wilcox sands' and is being sidetracked to locate oil water contact. Pre-FEED work is ongoing."[410]

   b. TPH: "Assets in GoM: expected timeline of when you'd expect to FID the 3 projects; Shenandoah, what's the significance with the wet appraisal? . . . Shenandoah slightly smaller than others. Previous appraisals suggested the field was big enough to develop. Now testing the flanks, so to find water there is not a surprise. Now drilling another sidetrack to find the oil-water contact. Still buyers out there. Still have appraisal to do on the western side of the field."[411]

321. Before market open on May 2, 2017, ConocoPhillips disclosed in a press release that "[f]irst-quarter earnings were negatively impacted by $101 million of pre-tax dry hole expense, which includes the Shenandoah-6 well in the Gulf of Mexico."[412] Therefore, investors were

---

[408] Cobalt International Energy Inc., Q4 2016 Earnings Call Transcript, March 14, 2017, p. 15.

[409] *Id.* p. 10.

[410] Morgan Stanley, "Cobalt International Energy Inc: Discovering GOM Asset Value in 2017," March 14, 2017, p. 338, (STEINHOLT_0009493).

[411] Tudor Pickering Holt Energy, "TPH Research: Cobalt Energy Q4'16 earnings call notes," March 14, 2017, p. 4 (FIAM-ANAD-007649).

[412] ConocoPhillips, "ConocoPhillips Reports First-Quarter 2017 Results; On Track to Deliver 2017 Operating Plan and Accelerate Value Proposition," BusinessWire, 07:00 EST, May 2, 2017, p. 23 (AQD_0010466).

aware that one of the Shenandoah Partners wrote off the Shen-6 dry hole costs before Anadarko disclosed the write-off after market close on May 2, 2017.[413] Given Anadarko's repeated emphasis on needing to find the oil-water contact with Shen-6, investors understood that Shen-6 being a dry hole meant that Anadarko was unlikely to sanction Shenandoah.

### 5.2.7.  Reaction to Alleged Corrective Disclosure

#### *5.2.7.1.        Plaintiffs' Allegations:*

322.  Plaintiffs allege that "[t]hroughout the Class Period, Defendants concealed the impairment of Shenandoah even after internal assessments called into serious doubt its economic and/or operational viability" and that, "[o]n May 2, 2017, Defendants filed the 1Q 2017 10-Q, disclosing that Anadarko had 'suspended further appraisal activities' on the Shenandoah project and had taken a $467 million impairment for the purchase price of the leases and a $435 million charge for previously capitalized Shenandoah exploratory drilling costs."[414] Plaintiffs contend that "Anadarko's decision to abandon Shenandoah after years of touting it as 'one of the biggest finds ever' validated the analysis that Frye and others provided years earlier."[415]

---

[413] Anadarko Petroleum Corporation, Q1 2017 10-Q, May 2, 2017, p. 13.

[414] Amended Complaint ¶¶ 82-83.

[415] *Id.* ¶ 84.

### 5.2.7.2.    *Summary of Conclusions:*

323. **Conclusion A: Market participants' reactions to Anadarko's decision to suspend Shenandoah reflect that investors understood before the write-off that Anadarko was unlikely to sanction Shen-6.**

### 5.2.7.3.    *Support for Conclusions:*

324. **Conclusion A: Market participants' reactions to Anadarko's decision to suspend Shenandoah reflect that investors understood before the write-off that Anadarko was unlikely to sanction Shen-6.**

325. Anadarko reported in its Q1 2017 10-Q that the decision to take the impairment and write-off was to satisfy accounting requirements based on the results of Shen-6 and the then-current level of commodity price: "Given the results of this well and the present commodity-price environment, the Company has currently suspended further appraisal activities. Accordingly, the Company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs."[416]

326. During the Q1 2017 earnings call on May 3, 2017, Walker, explained that Anadarko would not move forward with a development like Shenandoah in an oil price environment of $50 to $60 a barrel, and that "the actions [Anadarko] took there were driven by the accounting

---

[416] Anadarko Petroleum Corporation, Q1 2017 10-Q, May 2, 2017, p. 13.

methodology"[417] and should be "divorced, if you will, from the way in which [Anadarko was] looking at it operationally."[418]

327.   On that call, Leyendecker explained the results of the Shen-6 well, saying, "We drilled the original well, which was designed to drill through the oil water contacts, and we did not see the oil water contacts in the well, so we backed up, and we sidetracked the well again towards the number 5 well where we had over 1,000 feet of pay looking for those oil water contacts again. And unfortunately, we did not get to completely prosecute the well to TD. We ran into some mechanical hold problems. We did see a partial section. So it was also inconclusive. And the challenges we've been having out there really are all related to try to image the structural fabric, and it's been one of our difficulties as we drill wells, we've found some surprises, some of them negative and some of them positive."[419] Leyendecker explained that in light of the difficulties they had faced, "[they] felt it was appropriate really to stop and evaluate what [the] path forward would be."[420] He continued: "I think as we look at it today, it's probably a little premature to talk about what the next steps are and that path forward as we're still thinking through what those options are today."[421] He repeated: "We're under under continuous operations under the terms and leases because they've expired. So it requires us to conduct another operation within that period. So we'll be looking . . . at what our options are between now and that period, which is later this year." [422]

---

[417] Anadarko Petroleum Corporation, Q1 2017 Earnings Call Transcript, May 3, 2017, p. 6.

[418] *Id.* p. 11.

[419] *Id.* p. 10.

[420] *Id.*

[421] *Id.*

[422] *Id.* p. 18.

328. Market participants' comments reflected that the write-off was not surprising given information that was previously disclosed.

   a. JP Morgan: "As previously highlighted by its partners, the Shenandoah-6 appraisal well designed to test the oil-water contact on the eastern edge of the field was unsuccessful, and APC has decided to suspend appraisal activity at the field."[423]

   b. Evercore: "Transitions in E&P are challenging, and in many ways 1H17 was likely to prove the apex of the transition for APC. Integrating disparate assets in the Gulf of Mexico (a challenging operating environment, particularly when energy investors crave predictability), completing major asset divestitures which muddle a clear view of the go forward asset base, and transitioning to growth from the core of the US onshore (Delaware) where big growth off a small base will be needed to drive corporate level results were the hurdles. Add to this headlines and fears surrounding a tragic residential explosion two weeks ago in CO that saw APC preemptively shut-in legacy production in the region, a bumpy 2Q oil guide driven by outages and tie-ins in the GoM, and a massive (not completely unexpected) write down at Shenandoah all suggest 1Q was likely a perfect storm of negatives for the stock…Today's update included several notable datapoints in the GoM, including the integration of FCX, strong performance from Caesar/Tonga, and success at Calpurnia. While we (and the street) had viewed as heavily risked, APC announced the Shenandoah-6 appraisal well did not encounter the oil-water contact and recorded a one-time GoM-related impairment of over $500mm ($467mm Shenandoah)."[424]

---

[423] JP Morgan, "1Q17 Flash: Unfortunately, It's Deja Vu All Over Again; Stock Reaction Mixed – ALERT," May 2, 2017, p. 2 (JPMS 000018).

[424] Evercore, "In the Teeth of the Transition, 1Q Outlook Poses Challenges to the Thesis," May 3, 2017, pp. 1–2, (FIAM-ANAD-009246).

    c.   Goldman Sachs: "Tie-back opportunity from existing infrastructure in Gulf of Mexico remains robust; greenfield Shenandoah development unlikely. APC continues to see robust performance from wells that can be tied-back to existing infrastructure in GOM. APC continues to enhance GOM tie-back opportunity: (1) Calpurnia exploration well encountered 60 net feet of oil pay; and (2) APC successfully bid on 16 blocks near existing platforms. Following unfavorable result from the Shenandoah well, APC is unlikely to pursue development of the project at current oil prices (**consistent with previous commentary**)."[425]

    d.   Cowen: "Shenandoah-6 appraisal well and subsequent sidetrack did not encounter oil-water contact on eastern portion of the field. APC has currently suspended appraisal activity and wrote down the entire Shenandoah prospect which notably impacted 2Q17 EPS. We did not give APC any value for Shenandoah in our model. Focus in GOM now turns to tiebacks in our view."[426]

329.   This includes one of Plaintiffs' investment managers, Fidelity, which noted that the write-off was not surprising, as the project was "already going to be tough to get over the finish line":

> "Shenandoah in the GOM was written off, as the most recent appraisal well didn't find oil, in part due to operational issues with drilling the well. This project was already going to be tough to get over the finish line, and with a smaller reservoir they've stepped away from it. Still own the blocks, but

---

[425] Goldman Sachs, "Anadarko Petroleum Corp. (APC) On track to meet 2017 outlook; lower asset sale proceeds negative," May 3, 2017, p. 1 (GS-002675) (emphasis added).

[426] Cowen and Company, "Anadarko Petroleum Corporation Q1 17 Earnings at a Glance," May 2, 2017, p. 1, (ANADARKO_00000176).

unlikely it will proceed at this point. Disappointing, but not too surprising - I was not assuming anything in my production forecast."[427]

Dated:  November 9, 2022

Peter Keller

---

[427] Fidelity, "Operations good w/ strong outlook, val'n compelling but in sentiment purgatory," May 8, 2017 (FIAM-ANAD-000002).

# Appendix A

**Curriculum Vitae**

**PETER W. KELLER**

BERKELEY RESEARCH GROUP, LLC

810 Seventh Avenue, 41st Floor; New York, NY 10019

Direct: 646.651.4735

Mobile: 914.523.8680

pkeller@thinkbrg.com

## SUMMARY

Experienced energy professional involved in oil & gas finance since 1978 and utility/power finance since 2003. Strong skills in transaction negotiation, origination and structuring in both the institutional and corporate banking sectors. Arranged/participated in transactions across the energy spectrum from E&P, midstream, refining & pipeline to nuclear, fossil & renewable generation, to electric transmission & distribution.  Strategic advisor to numerous investor owned utilities across the United States.  Headed the team responsible for a majority of BNY Mellon's investment grade debt capital markets business. Deep background in industry analysis, policy support, risk management, relationship management and marketing.

Active in various national organizations including the American Gas Association, the Edison Electric Institute, the Nuclear Energy Institute/Institute of Nuclear Power Operations Senior Executive Leadership Program, the Nuclear Decommissioning Trust Conference, the Nuclear Energy Institute and the Utility Pension Fund Study Group.  A speaker at industry conferences, workshops and hearings.  Drove significant growth over many years across BNY Mellon's largest portfolio outside of financial institutions; successful as a team leader and as the relationship lead on a number of franchise relationships.

## EXPERIENCE

**BERKELEY RESEARCH GROUP, LLC, New York, NY**                    **2015 - present**
**Managing Director - Energy**
Joined BRG in 2015 as part of the firm's expansion of its energy practice.  Work includes strategic advisory on energy financing, transactional advisory, asset/portfolio optimization, project evaluation/implementation, risk assessment and mitigation, climate risk/energy transition assessments, regulatory support/testimony and expert witness/litigation support.

**THE BANK OF NEW YORK / BNY MELLON, New York, NY**                    **1998 - 2014**
**Managing Director, Energy Group Head    (2007-2014)**
Oversight of a $7.4 billion portfolio comprised of the Bank's franchise energy relationships across the U.S.  including oil & gas & midstream & oilfield serve and essentially all investor owned public utilities and the TVA. Significant portfolio revenues based on credit/capital markets/syndication income and a broadly diversified group of product cross-sells.  Management responsibility for a team of senior relationship officers and analytical, marketing and support staff.  Responsibilities included strategic planning, general management, credit oversight/approval, marketing initiatives, divisional budgeting and risk analyses. Responsible for BNY Mellon's activities in the Nuclear Decommissioning Trust (NDT) sector and coordinated the Bank's sponsorship of the annual Nuclear Decommissioning Trust Conference.  BNY Mellon was the first bank to structure an NDT, has a dominant position as an NDT trustee and manages a significant portfolio of NDT assets.

**Managing Director, Energy Division Head    (2005-2007)**
Energy East and West Divisions consolidated into a single division under my management.  Consolidated group included over 130 relationships in the public utility, oil & gas, oilfield service, refining & marketing, petrochemical and mining sectors.  Managed a team of ten relationship officers and support staff.  Responsibilities included strategic planning, general management, credit oversight/approval, marketing initiatives, divisional budgeting and risk analyses.

**Managing Director, Energy East Division Head    (2004-2005)**
Promoted from Vice President to Managing Director, responsibilities as noted below.

**Vice President, Energy East Division Head    (2003-2004)**
Promoted to assume management of the Bank's Energy East Division, which included over 65 relationships in the public utility, oil & gas, refining & marketing and mining sectors generating revenues in excess of $40 million annually.  Managed a team of four relationship officers and support staff.

**Vice President, Oil & Gas Division    (1998-2003)**
Hired to expand the bank's relationships in the exploration and production sector; also active in the oilfield service and pipeline/diversified sectors.  Focus on reserve-based lending and longer-term non-recourse asset financing.

**RPI INSTITUTIONAL SERVICES, INC., New York, NY**                                          **1981 - 1998**
**Principal**
RPI provided investment management and advisory services to corporate pension funds and university endowments.  As a principal I managed discretionary and non-discretionary accounts handling all phases of locating, evaluating, negotiating, and structuring direct oilfield investments.  Originated complex financing for numerous acquisitions, primarily in the offshore Gulf of Mexico, from international major oil companies.

In addition, was a principal in RPI's predecessor firm, Resource Programs, Inc., that advised a broad range of investment bank, commercial bank, brokerage, insurance company and corporate clients on oil and gas direct investments.  In that role, managed the field review activities of petroleum engineers, geologists and accountants and provided detailed reports on the technical and administrative capabilities of companies reviewed for our clients.

**MIDLANTIC NATIONAL BANK, Newark, NJ**                                          **1975-1981**
**Corporate Banking Officer**
Corporate lender in the National Division of the Corporate Bank, responsible for all clients and prospects in the Midwest U.S. (Minneapolis east through Ohio). Participated in formulating and implementing the bank's Energy Lending Program which involved developing and expanding a portfolio of reserve-based credit facilities with clients in Texas, Colorado and Oklahoma.  Traveled extensively and generated significant expansion in relationships. Organized and conducted the bank's annual in-house credit training program in years 1977-1979 (a twelve to fifteen week classroom course in financial analysis and commercial lending).

2

**BRG | ENERGY & CLIMATE**

## LITIGATION/ARBITRATION CONSULTING

Georgia Firefighters' Pension Fund, et al v. Anadarko Petroleum, R.A Walker, Robert G. Gwin, Robert P. Daniels and Ernest A. Leyendecker.  Expert witness reports, rebuttal, depositions.
July 2021 -

SPM NAM, et al v. SM Energy.  Expert witness reports, rebuttals, deposition preparation for testimony.
October 2019 – November 2020

LCT Capital, LLC v. NGL Energy Partners LP and NGL Energy Holdings, LLC.  Expert witness reports, rebuttal reports, deposition & testimony.
May 2017 - June 2018, July 2021 -

Michael Christopher v. ArcLight Capital Holdings, LLC, et al. JAMS Arbitration. Deposition.
October 2016.

## EDUCATION

Williams College, Williamstown, Massachusetts
1975 - BA, History / Environmental Studies / Economics

New York University, New York, New York
Courses at the Graduate School of Business Administration

## AFFILIATIONS

President of the Board - Episcopal Charities of New York
Advisory Committee Member & Grants Policy Committee Chair- Episcopal Charities of New York

Task Force for Puerto Rico and the Caribbean Recovery
Episcopal Diocese of New York

Member
Priory of The Most Venerable Order of St. John

Joint Civilian Orientation Conference, JCOC 83

Marine Corps Executive Forum

Chair of the Search Committee
Former Member of the Vestry
Treasurer
Member of the Investment Committee
St. Matthew's Episcopal Church, Bedford, New York



Member of the Bedell Fund Commission
Foundation established to strengthen the Episcopal Church through funding of major capital projects and clergy support

Member,
Former President, Bedford Village Chowder & Marching
Not-for-profit community organization supporting community youth organizations and activities and providing college scholarships in Bedford, New York

Former Member of the Vestry
Clerk of the Vestry
The Church of St. Mary the Virgin, Chappaqua, New York

Trustee Emeritus
Former Treasurer
Hebron Academy, Hebron, Maine

Former Class Agent
Capital Campaign Special Gifts Committee Member
Williams College, Williamstown, Massachusetts



## Peter Keller Structured Financings BNY/BNY Mellon

| | | |
|---|---|---|
| **Burlington Resources** | **Lost Creek Gathering Company** | **2000** |
| | $66MM 10 year non-recourse financing, backed by a ship-or pay contract, of a 122 mile pipeline to connect the Madden Field in WY to the CIG mainline. | |
| **Coastal Corp.** | **Aruba Coker Trust** | **2000** |
| | $359MM 7.5 year securitized synthetic lease financing for the installation of a delayed coker at the Aruba refinery | |
| **Coastal Oil & Gas** | **Santa Rita Capital (Coastal Oil & Gas and The University of Texas)** | **1999** |
| | $350MM 6 year non-recourse volumetric production payment, supported by Texas reserves of Coastal Corporation. | |
| **El Paso Corp.** | **Mustang Investors, LLC** | **2002** |
| | $970MM 5 year off balance sheet, minority interest, tax driven financing in a bankruptcy remote SPV formed to monetize certain pipeline and financial assets of El Paso | |
| **Murphy Oil Corp.** | **MOCL/CMB SPV** | **2001** |
| | $575MM 5 year amortizing structured financing, involving a forward sales contract supporting Murphy's acquisition of Beau Canada Exploration, Ltd. | |
| **Ocean Energy, Inc.** | **Ocean Gantor Trust** | **2001** |
| | $137MM 5 year lese financing of a (at the time the largest ever) spar-based floating production platform at Nansen/East Breaks Block 602 in the deepwater Gulf of Mexico | |
| **TOSCO Corp.** | **Tosco Trust 2000-E** | **2000** |
| | $600MM 5 year special purpose grantor trust financing the acquisition of 391 Exxon/Mobil stations from Exxon (to satisfy DOJ issues connected to Exxon's acquisition of Mobil). | |
| **Transocean Sedco Forex** | **Discoverer Enterprise Hull Financing** | **1999** |
| | $290MM non-recourse hull financing for a fifth generation double hulled dynamically positioned, dual derrick deepwater drillship, backed by 10 year full-payout lease from BP Americas | |
| **Valero Energy Corp.** | **Valero Coker Trust** | **2002** |
| | $290MM 6 year synthetic lease financing the installation of a delayed coker at Valero's Texas City, TX | |

## Peter Keller Reserve Based Borrowing Base Financings BNY/BNY Mellon

| | | |
|---|---|---|
| **Cabot Oil & Gas** | end date reflects transition to balance sheet loan | 1998-2003 |
| **EEX Corp.** | acquired by Newfield Exploration in 2003 | 2000-2003 |
| **Forest Oil** | end date reflects transition to balance sheet loan, subs merged with Sabine | 2000-2004 |
| **Houston Exploration** | sub. of Brooklyn Union Gas, acquired by Forest Oil in 2007 | 1999-2002 |
| **Newfield Exploration** | end date reflects transition to balance sheet loan | 2000-2003 |
| **Westport Resources** | acquired by Kerr-McGee in 2004 | 2001-2004 |

## Peter Keller Institutional Acquisitions/Project Financings RPI Institutional Services

Institutional investors in RPI-originated transactions: Bard College, Frigidare Pension Trust, GE Investment Corp., GMAMCo, General Motors Hourly Employes Trust, General Motors Salaried Employes Trust, Owens-Illinois Pension Trust, The University of Texas System

| Seller | Assets/Fields | |
|---|---|---|
| **Amoco** | Port Hudson Field | 1993 |
| **ARCO** | Chandeleur Sound Block 25, 99 well offshore package | 1989 |
| | Chandeleur Sound Blocks 40 & 41 offshore package | 1994 |
| **Chevron** | Main Pass Block 35, originally 134 wells | 1993 |
| **Chevron** | Main Pass block extension | 1994 |
| **Chevron** | South Bosco, multiple onshore fields | 1993 |
| **Chevron** | Black Bay Complex, 8 fields, 90 wells | 1992 |
| **Various** | Anschutz Ranch East | 1994 |
| | Midway-Sunset | |
| | South Pass, multiple blocks | |
| | Spraberry Package | |
| **W&T Offshore** | West Delta 30 Field, Producing Property/Seismic Delineated Exploration | 1994 |

# Prior Testimony of Peter Keller

1. SPM NAM, et al v. SM Energy. Expert witness reports, rebuttals, deposition preparation for testimony (October 2019 – November 2020)

2. LCT Capital, LLC v. NGL Energy Partners LP and NGL Energy Holdings, LLC. Expert witness reports, rebuttal reports, deposition & testimony (May 2017 - June 2018, July 2021-ongoing)

3. Michael Christopher v. ArcLight Capital Holdings, LLC, et al. JAMS Arbitration. Deposition (October 2016).

# Appendix B - Materials Relied Upon

## 1. Pleadings

1.    Amended Complaint

## 2. Expert Reports

2.    Expert Report of Bjorn I. Steinholt, CFA, dated October 1, 2021

## 3. Securities and Exchange Commission Filings

### 3.1.    Anadarko Petroleum Corporation

3.    Anadarko Petroleum Corporation, Q1 2013 10-Q, May 6, 2013
4.    Anadarko Petroleum Corporation, 2014 10-K, February 20, 2015
5.    Anadarko Petroleum Corporation, 2015 10-K, February 17, 2016
6.    Anadarko Petroleum Corporation, Q1 2016 10-Q, May 2, 2016
7.    Anadarko Petroleum Corporation, Q2 2016 10-Q, July 26, 2016
8.    Anadarko Petroleum Corporation, Q3 2016 10-Q, October 31, 2016
9.    Anadarko Petroleum Corporation, 2016 10-K, February 17, 2017
10.    Anadarko Petroleum Corporation, Q1 2017 10-Q, May 2, 2017

### 3.2.    Other Shenandoah Partners

11.    Cobalt International Energy Inc., 2014 10-K, February 23, 2015
12.    Cobalt International Energy Inc., 2015 10-K, February 22, 2016
13.    Cobalt International Energy Inc., 2016 10-K, March 14, 2017
14.    ConocoPhillips, 2014 10-K, February 24, 2015
15.    ConocoPhillips, 2016 10-K, February 21, 2017
16.    Marathon Oil Corporation, 8-K, February 18, 2015

# 4. Investor Conference Transcript/Presentation

## 4.1.    Anadarko Petroleum Corporation

17.    Anadarko Petroleum Corporation, Presentation, March 12, 2012
18.    Anadarko Petroleum Corporation, Investor Conference Transcript, March 13, 2012
19.    Anadarko Petroleum Corporation, Q1 2013 Earnings Call Transcript, May 7, 2013
20.    Anadarko Petroleum Corporation, Investor Conference Slides, March 4, 2014
21.    Anadarko Petroleum Corporation, Investor Conference Transcript, March 4, 2014
22.    Anadarko Petroleum Corporation, Q1 2014 Earnings Call Transcript, May 6, 2014
23.    Anadarko Petroleum Corporation, Q3 2014 Earnings Call Transcript, October 29, 2014
24.    Anadarko Petroleum Corporation, "Developing Industry Solution for 20,000 psi Subsea Developments," November 19, 2014, https://www.spegcs.org/media/files/files/b06de440/2014-11-19_20A_HPHT_Presentation_Jim_Raney.pdf
25.    Anadarko Petroleum Corporation, Q4 2014 Earnings Call Transcript, February 3, 2015
26.    Anadarko Petroleum Corporation, Capital Program and Guidance Call Slides, March 3, 2015
27.    Anadarko Petroleum Corporation, Capital Program and Guidance Call Transcript, March 3, 2015
28.    Anadarko Petroleum Corporation, Q1 2015 Earnings Call Transcript, May 5, 2015
29.    Anadarko Petroleum Company, UBS Global Oil & Gas Conference Transcript, May 20, 2015
30.    Anadarko Petroleum Corporation, Q3 2015 Earnings Call Transcript, October 28, 2015
31.    Anadarko Petroleum Corporation, Q4 2015 Earnings Call Transcript, February 2, 2016
32.    Anadarko Petroleum Corporation, Credit Suisse Energy Summit Transcript, February 24, 2016
33.    Anadarko Petroleum Corporation, Guidance Update Call, March 1, 2016
34.    Anadarko Petroleum Corporation, Q1 2016 Earnings Call Transcript, May 3, 2016
35.    UBS, UBS Global Oil and Gas Conference Transcript, May 24, 2016
36.    Anadarko Petroleum Corporation, UBS Global Oil & Gas Conference Presentation, May 24, 2016
37.    Anadarko Petroleum Corporation, J.P. Morgan Energy Equity Investor Conference Transcript, June 28, 2016
38.    Anadarko Petroleum Corporation, Q2 2016 Earnings Call Transcript, July 27, 2016
39.    EnerCom, Inc., EnerCom Oil & Gas Conference Transcript, August 16, 2016
40.    Anadarko Petroleum Corporation, Q3 2016 Earnings Call Transcript, November 1, 2016
41.    Anadarko Petroleum Corp, Bank of America Merrill Lynch Global Energy Conference Transcript, November 17, 2016
42.    Anadarko Petroleum Corporation, Q4 2016 Earnings Call Transcript, February 1, 2017

43.   Anadarko Petroleum Corporation, Q1 2017 Earnings Call Transcript, May 3, 2017
44.   Anadarko Petroleum Corporation, Q2 2017 Earnings Call Transcript, July 25, 2017

### 4.2.      Other Shenandoah Partners

45.   Cobalt International Energy Inc., Q4 2014 Earnings Call Transcript, February 23, 2015
46.   Cobalt International Energy Inc., Q4 2016 Earnings Call Transcript, March 14, 2017
47.   Cobalt International Energy Inc., Q1 2016 Earnings Call Transcript, May 3, 2016
48.   Cobalt International Energy Inc., Q2 2013 Earnings Call Transcript, July 30, 2013
49.   ConocoPhillips, Q4 2014 Earnings Call Transcript, January 29, 2015
50.   ConocoPhillips, Q1 2013 Earnings Call Transcript, April 25, 2013
51.   Marathon Oil Corporation, Q3 2015 Earnings Call Transcript, November 5, 2015

## 5. Operations Reports

52.   Anadarko Petroleum Corporation, Q4 2014 Operations Report, February 2, 2015
53.   Anadarko Petroleum Corporation, Q3 2015 Operations Report, October 27, 2015
54.   Anadarko Petroleum Corporation, Q2 2016 Operations Report, July 26, 2016
55.   Anadarko Petroleum Corporation, Q3 2016 Operations Report, October 31, 2016
56.   Anadarko Petroleum Corporation, Q4 2016 Operations Report, January 31, 2017

## 6. Analyst Reports

57.   Bank of America Merrill Lynch, "Anadarko Petroleum Corp. Tales from the road: the case for regaining the valuation premium: raising PO to $95," June 21, 2016 (APC-01329468)
58.   Barclays, "Anadarko Petroleum (APC) – Shenandoah appraisal well encounters 1000+ net pay; We speculate size of discovery could be 300-1700 mmboe gross, perhaps worth $5-25 per share," March 20, 2013
59.   Barclays, "APC Provides Detail on 50% Capex Cut and Flat Expected Oil Volumes; 2016 Asset Monetization Plan Increased to $2-3 Billion," March 1, 2016, (APC-01327279)
60.   BMO Capital Markets, "Markets Playing in the 2016 Sandbox Ahead of March," February 3, 2016, (APC-01327135)
61.   BMO, "Crude Thoughts - E&P Budgets Not Looking Good For OSX," February 10, 2016, (FIAM-ANAD-008673)
62.   BMO, "How does breaking news affect markets?," May 5, 2020, https://www.bmo.com/main/personal/investments/learning-centre/how-breaking-news-affects-

markets/#:~:text=When%20breaking%20news%20comes%20in,price%20movements%20fol lowing%20the%20news

63. Capital One, "APC Analyst Day Recap," March 6, 2014
64. Capital One, "APC Announces Major GOM Discovery," March 20, 2013
65. Capital One, "APC Update," September 16, 2015, (APC-01323978)
66. Capital One, "Morning Energy Summary," February 2, 2015 (APC-01319907)
67. Citi, "E&P Second Quarter 2016 Earnings Preview," July 15, 2016, (CITI005249)
68. Citi, "E&P Sector Update As Summer Wraps Up," September 11, 2015 (CITI004017)
69. Cowen & Co, "Anadarko Petroleum Corporation Overhang Lifted; Tronox Settlement A Positive," April 4, 2014 (ANADARKO_00000043)
70. Cowen and Company, "Anadarko Petroleum Corporation Initiating Coverage: Initiation: Maximizing NAV Through Portfolio Management," January 27, 2014 (ANADARKO_00000074)
71. Cowen and Company, "Anadarko Petroleum Corporation 2Q16 Earnings Review: Prepared for $60/bbl," July 27, 2016 (ANADARKO_00000113)
72. Cowen and Company, "Anadarko Petroleum Corporation Q1 17 Earnings at a Glance," May 2, 2017 (ANADARKO_00000176)
73. Credit Suisse, "Anadarko Petroleum Corp. Shenandoah: A Doozy of a Discovery Indeed," March 20, 2013 (CS_0000588)
74. Credit Suisse, "Anadarko Petroleum Corp: Equity dilution vs deal gains/shale acceleration," September 12, 2016 (CS_0000177)
75. Credit Suisse, "Shenandoah: A Doozy of a Discovery Indeed," March 20, 2013 (CS_000058)
76. Deutsche Bank Securities, "2015 Capex - A Moving Target", January 6, 2015 (DEUTSCHE0007429)
77. Deutsche Bank Securities, "Anadarko Petroleum Corp. Being Resource-Full Above All Else?," March 8, 2017 (APC-01334146)
78. Deutsche Bank Securities, "Climbing the Wall of Worry. Not Just Yet," January 6, 2014 (DEUTSCHE0005704)
79. Deutsche Bank Securities, "Get Onboard with the Inboard: Rise of the Lower Tertiary 2.0," June 26, 2013 (DEUTSCHE0005118)
80. Deutsche Bank Securities, "Get Onboard with the Inboard: Rise of the Lower Tertiary 2.0," June 26, 2013 (DEUTSCHE0005118)
81. Deutsche Bank Securities, "Not Business as Usual," October 9, 2017 (DEUTSCHE0010209)
82. Deutsche Bank, "Exploration Day Takeaways. NBL & APC Highlights," June 25, 2012 (DEUTSCHE0001176)
83. Deutsche Bank, "Is the Deepwater Dead? F.I.T.T. for investors, Are There Signs of Hope on Deepwater's Horizon?", October 13, 2016 (DEUTSCHE0009774)
84. Evercore, "In the Teeth of the Transition, 1Q Outlook Poses Challenges to the Thesis," May 3, 2017 (FIAM-ANAD-009246)

85. GMP, "Anadarko Petroleum Corp. Q1:15 update: And the word of 2015 is 'Ephemeralization,'" May 5, 2015 (FIAM-ANAD-008563)

86. Goldman Sachs, "Anadarko Petroleum Corp. (APC) Execution, asset sales should help allay Street concerns; Buy," July 27, 2016 (GS-002562)

87. Goldman Sachs, "Anadarko Petroleum Corp. (APC) On track to meet 2017 outlook; lower asset sale proceeds negative," May 3, 2017 (GS-002675)

88. Goldman Sachs, "Anadarko Petroleum Corp. (APC) Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017 (GS-002754)

89. Goldman Sachs, "Anadarko Petroleum Corp. (APC): Mgmt meeting highlights focus on E&P/midstream growth; Buy," March 24, 2017 (FIAM-ANAD-009181)

90. Goldman Sachs, "Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017 (GS-002754)

91. Guggenheim, "APC - BUY - 2014 Analyst Day Highlights Robust and Option-Rich Upstream Portfolio; Raising PT to $110," March 5, 2014

92. ITG Investment Research, "Appraisal Drilling, Possible Farm-out Dominate 2015 Agenda," February 23, 2015 (FIAM-ANAD-006965)

93. ITG Investment Research, Daily Top and Bottom Performers by Market Cap, March 6, 2015 (FIAM-ANAD-006125)

94. Jefferies, "Anadarko (APC) Ops Update Untarnished By Tronox So Far," March 5, 2014

95. Jefferies, "Anadarko Petroleum (APC) Thoughts from Investor Meetings; Capital Efficient Hub and Spoke Model," June 1, 2016 (JEFF00007322)

96. Jefferies, "Company Note: Marathon Oil: Balancing the Equation," February 20, 2015 (APC-01420615)

97. Jefferies, "Oil & Gas Exploration & Production Reduce Nat Gas Price Outlook, Rema in Constructive; Upgrade APC, NBL, EOG," July 6, 2015 (APC-01319911)

98. Jefferies, "Oil & Gas Exploration & Production Things Done Changed; Initiating on Oil & Gas E&Ps," February 5, 2015 (ANADARK0_00000888)

99. Johnson Rice & Company, "Sales Note: 4Q14 Results Mixed, Few Clues About 2015 Plans," February 2, 2015

100. JP Morgan, "1Q17 Flash: Unfortunately, It's Deja Vu All Over Again; Stock Reaction Mixed – ALERT," May 2, 2017 (JPMS 000018)

101. JP Morgan, "3Q16 Flash; Upside Results and Portfolio Management Success; Going Out in Style – ALERT," October 31, 2016 (APC-01331310)

102. JP Morgan, "Anadarko Petroleum More Positives Than Negatives, But a Few Chinks in the Armor," May 4, 2016 (APC-01328858)

103. JP Morgan, "Anadarko Petroleum More Success in the Deepwater GoM; Shenandoah-2 Encounters >1,000 Net Feet of Oil Pay and No Oil-Water Contact – ALERT," March 20, 2013 (APC-00572780)

104. JP Morgan, "Anadarko Petroleum U.S. Onshore Strength Outweighs Known Production Hiccup at Jubilee; Stock Reaction - Positive – ALERT," July 26, 2016 (JPMS 000361)

105. JP Morgan, "More Positives Than Negatives, But a Few Chinks in the Armor," May 4, 2016 (APC-01328858)

106. KLR Group, "KLR Morning Brief," February 3, 2015 (LAZARD-ANADARKO_0030830)

107. Ladenburg Thalmann, "Anadarko Petroleum Corporation Initiating Coverage with Buy Rating and $85 Price Target," December 19, 2016 (LADENBURG0000023)

108. Macquarie Research, "Anadarko Petroleum Evaluating a Running Start into '17," July 27, 2016 (APC-01329982).

109. Morgan Stanley, "4Q14 Misses but on Non-Cash," February 2, 2015

110. Morgan Stanley, "Anadarko Petroleum Corp 2Q16: Strong Start," July 27, 2016 (MS_ANADARKO_000105)

111. Morgan Stanley, "Anadarko Petroleum Corp, Still Running Faster than the Bear," October, 28, 2015 (MS_ANADARKO_000061)

112. Morgan Stanley, "Cobalt International Energy Inc: Discovering GOM Asset Value in 2017," March 14, 2017 (STEINHOLT_0009493)

113. Morgan Stanley, "Cobalt International Energy Inc: Headwinds Accumulate," May 3, 2016 (FIAM-ANAD-003626)

114. Morgan Stanley, "Notes From The Road: Top Pick Affirmation," October 11, 2016 (MS_ANADARKO_000135)

115. MUFG, "Anadarko Earnings: Discipline, Monetizations to Bridge 2016 Funding Gap; Estimates Revised," February 2, 2016 (MUSA00000034)

116. Raymond James, "Anadarko Beats on Strong Pricing; Gulf of Mexico Impresses," July 27, 2016 (APC-01329989)

117. RBC Capital Markets, "APC- 4Q14 EPS Miss, but strong operation CFPS beat," February 2, 2015 (RBCCM00003437)

118. Simmons & Company, "Anadarko Petroleum Corp. (APC) Q2'16 Earnings Review: Improving Balance Sheet Through Divestitures," July 28, 2016 (PIPER_SANDLER-0003791)

119. Simmons & Company, "Anadarko Petroleum Corp.: Q4 Earnings Review," February 4, 2015 (PIPER_SANDLER-0003287)

120. Societe Generale, "Anadarko Petroleum Corp Cost effective volume delivery. Adjusted 2Q16 loss less than forecast. FY16 volume target +0.7%," July 27, 2016 (APC-01329989)

121. Tudor Pickering Holt Energy, "Completion delays, Shenandoah-3 update, Natural gas production, Oil production, Oil refining weekly, Weekly rig," February 2, 2015 (APC-00349727)

122. Tudor Pickering Holt Energy, "Refiner thoughts; initial earnings takeaways," January 30, 2015 (APC-00159003)

123. Tudor Pickering Holt Energy, "TPH Research: Cobalt Energy Q4'16 earnings call notes," March 14, 2017 (FIAM-ANAD-007649)

124. UBS, "Anadarko Petroleum (Buy): Strong 2Q EPS/CFPS Beal; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015 (UBS00015972)

125. UBS, "Anadarko Petroleum Corp. 4Q Cash Flow and Production Beat Expectations; Focus Shifts to Investor Call on March 8th," February 1, 2017 (UBS_0001492)

126. UBS, "Anadarko Petroleum Corp. APC 2Q Beats, Raises Production Guidance, and Boosts Divestiture Target," July 27, 2016 (UBS_0001260)

127. UBS, "Anadarko Petroleum Corp. APC Delivers 3Q CFPS/Production Beat and Raises 2016 Volume and Asset Sale Guidance," October 31, 2016 (UBS00061686)

128. UBS, "Anadarko Petroleum Corp. Preview of Anadarko Petroleum's Analyst Day," February 24, 2014 (UBS_0000555)

129. UBS, "Anadarko Petroleum Corp. Strong 1.Q CFPS Beat; Raises 20:15 Volume Guidance but Trims Capex Budget," May 5, 2015 (UBS_0000791)

130. UBS, "Anadarko Petroleum Corp. Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance, July 29, 2015," (UBS00015972)

131. UBS, "Oil & Gas Exploration and Production Lowering Near and Medium Term Oil Price Forecasts; Risk/Reward Favors SMID-Caps", June 7, 2017 (UBS00070725)

132. UBS, "Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015 (UBS00015972)

133. UBS, "UBS Global Oil and Gas Conference- DAY 1 Research Highlights," May 24, 2016 (JanHen_00022609)

134. Wolfe Research, "ANADARKO PETROLEUM If you'll be my bodyguard ...," July 27, 2016 (WOLFE_0002945)

135. Wolfe Research, "Large-Cap E&P: Target Depth - Royals and Yoga ... Nope," May 31, 2016 (WOLFE_0003742)

136. Wood Mackenzie, "Deepwater GoM: 5 things to look for in 2017," January 17, 2017 (APC-00294820)

137. Wood Mackenzie, "Deepwater Gulf of Mexico Upstream: 2014 in review," February 2015 (APC-00161729)

138. Wood Mackenzie, "Pre-FID oil projects, Global breakeven analysis and cost curves," July 2015 (FIAM-ANAD-004939)

139. Wood Mackenzie, "Shenandoah (WR 52) Asset Report," February 2015 (APC-00053691)

140. Wood Mackenzie, "The Lower Tertiary play in deepwater GoM: what's at stake?", September 2015 (APC-00048674)

141. Wood Mackenzie, "The Rising Hurdles for Investment in Upstream," April 30, 2021

142. Wood Mackenzie, "What might the future hold for oil prices?," October 2015 (APC-00651990)

## 6.1.    Analyst Reports cited in Figure 8

143. Bank of America Merril Lynch, "Anadarko Petroleum Corp. Tales from the road: exploration is back," June 26, 2015 (BOFAS_APC-000527)

144. Evercore, "Oil & Gas Exploration & Production; Initiation of Coverage," June 1, 2015 (APC-01322467)

145. Goldman Sachs, "Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017 (GS-002754)

146. Imperial Capital, "Initiating Coverage with Anadarko," April 9, 2015 (IC-000001)

147. Imperial Capital, "Strong 2Q Results, but More Importantly, APC's Continuum of Choices to Explore for and Develop Large, Long-Term Oil Projects Shined Through, and Our Bigger Investment Thesis Remains Valid and on Track-Maintaining Our Outperform Rating; Lowering Price Target to $109 from $117," August 4, 2015 (IC-000022)

148. Morgan Stanley, "Anadarko Petroleum Corp NAm Shines, Positioned to Lead in Recovery," March 3, 2015 (MS_ANADARKO_000033)

149. RBC, "Anadarko Petroleum Corp. The Plan Has Come Together," March 16, 2017 (APC-01334517)

150. UBS, "Anadarko Petroleum (Buy): Strong 2Q EPS/CFPS Beal; Raising Estimates on Higher 2015 Oil Production Guidance," July 29, 2015 (JanHen_00035968)

151. UBS, "Anadarko Petroleum Corp. 3Q CFPS Beats on Lower Costs; Modestly Raises Divestiture Adjusted Production Guidance," October 28, 2015 (APC-01348555)

152. UBS, "Anadarko Petroleum Corp. APC 2Q Beats, Raises Production Guidance, and Boosts Divestiture Target," July 27, 2016 (APC-01330003)

153. UBS, "Anadarko Petroleum Corp. APC Delivers 3Q CFPS/Production Beat and Raises 2016 Volume and Asset Sale Guidance," October 31, 2016 (APC-01331333)

154. UBS, "Anadarko Petroleum Corp. Solid 4Q Beat and Surprisingly Low 2016 Capex Outlook Partly Address Investor Concerns," February 1, 2016 (APC-01326665)

155. UBS, "Anadarko Petroleum Corp. Strong 1Q CFPS Beat; Raises 2015 Volume Guidance but Trims Capex Budget," May 5, 2015 (APC-01322002)

156. UBS, "APC 4Q Call Highlights," February 1, 2017 (LA-APCSUB-011562)

157. Wolfe Research, "Anadarko Petroleum (APC - $39.26 - Outperform) Beware the ides, welcome the kalends," February 2, 2016 (WOLFE_0002261)

158. Wolfe Research, "Anadarko Petroleum (APC - $40.111 - Outperform) ," March 1, 2016 (WOLFE_0003469)

159. Wolfe Research, "Anadarko Petroleum (APC - $50.110 - Outperform) APC no evil, hear no evil, speak no evil," May 3, 2016 (WOLFE_0003715)

160. Wolfe Research, "Anadarko Petroleum (APC - $53.80 - Outperform) If you'll be my bodyguard …," July 27, 2016 (WOLFE_0002945)

161. Wolfe Research, "Anadarko Petroleum (APC - $57.59 - Outperform) Double down, swagger up," September 13, 2016 (JanHen_00025814)

162. Wolfe Research, "Anadarko Petroleum (APC - $59.95 - Outperform) When I'm weak, I draw strength from you," November 1, 2016 (WOLFE_0003784)

163. Wolfe Research, "Anadarko Petroleum (APC - $62.82 - Outperform) Mr. Misunderstood (I understand)," March 13, 2017 (WOLFE_0003515)

164. Wolfe Research, "Anadarko Petroleum (APC - $65.55 - Outperform) Anadarko before the dawn," October 28, 2015 (WOLFE_0004263)

165. Wolfe Research, "Anadarko Petroleum (APC - $68.36 - Outperform) You can't (AP)C me ... give me my money in stacks," February 1, 2017 (WOLFE_0002205)

166. Wolfe Research, "Anadarko Petroleum (APC - $69.73 - Outperform) Reset, redeploy, rerate ... assuming you deliver," January 1, 2017 (WOLFE_0002367)

167. Wolfe Research, "Anadarko Petroleum (APC - $69.73 - Outperform) Wolverine Top Pick - Reset, redeploy, rerate ...assuming you deliver," December 30, 2016 (WOLFE_0002475)

168. Wolfe Research, "Anadarko Petroleum (APC - $71.49 - Outperform) Resetting the bar," January 12, 2017 (WOLFE_0002375)

169. Wolfe Research, "Anadarko Petroleum (APC - $76.28 - Outperform) I met a Sheik from Main Street," July 29, 2015 (WOLFE_0002952)

170. Wolfe Research, "Anadarko Petroleum (APC - $82.78- Outperform) I've had a couple of requests to start singing, but I won't," March 4, 2015 (WOLFE_0003548)

171. Wolfe Research, "Anadarko Petroleum (APC - $89.32 - Outperform) We're not going to replace them, we're going to reload," May 5, 2015 (APC-01322038)

172. Wolfe Research, "Anadarko Petroleum (APC- $ 84.23 - Outperform) Not perfect, but everybody loves it ... Capex Call Preview," March 2, 2015 (WOLFE_0003521)

173. Wolfe Research, "Anadarko Petroleum (APC -$36.21-Outperform) ' ... without the need to issue equity'," February 24, 2016 (APC-01327252)

174. Wolfe Research, "US Large-Cap E&P 2016 Outlook The Three Thirds: The Bad, The Worse, and The Ugly," January 14, 2016 (WOLFE_0002380)

## 6.2.    Analyst Reports reviewed for Net Asset Value of Anadarko

175. BMO Capital Markets, "Anadarko Petroleum APC-NYSE Rating: Market Perform Total Return: 14%," April 3, 2017 (ANADARKO-BMOCMC-000143)

176. BMO Capital Markets, "Anadarko Petroleum Slow Start in 2017; Long-Term Outlook little Changed; Resource Potential Raised," March 8, 2017 (ANADARKO-BMOCMC-000128)

177. BMO Capital Markets, "Anadarko Petroleum The Three D's; Delaware, Delaware, Delaware," February 2, 2017 (ANADARKO-BMOCMC-000121)

178. BMO Capital Markets, "Eagle Ford Proceeds Below Expectations, but Increases Dry Powder," January 13, 2017 (APC-01332622)

179. BMO Capital Markets, "Refining Estimates Post Guidance Call; Reviewing Mozambique DCF Model," March 13, 2017 (ANADARKO-BMOCMC-000134)

180. Capital One, "APC 1Q Follow- Up," May 3, 2016 (APC-01328706)

181. Capital One, "APC 1Q Follow-Up," May 6, 2015 (ACP-01322027)

182. Capital One, "APC 1Q Quick Take," May 5, 2015 (ACP-01320977)

183. Capital One, "APC 2Q Follow-Up," July 30, 2015 (ACP-01323496)

184. Capital One, "APC 2Q Quick Take," July 29, 2015 (ACP-01323212)

185. Capital One, "APC 3Q Follow-Up," October 29, 2015 (ACP-01324880)

186. Capital One, "APC 3Q Post-Call Comments," October 28, 2015 (ACP-01324667)

187. Capital One, "APC Awards EPC Contracts for Mozambique," May 18, 2015 (ACP-01322083)

188. Capital One, "APC Investor Call Follow-Up," March 4, 2015 (APC-01320123)

189. Capital One, "APC Ops Update," December 16, 2016 (APC-01331808)

190. Capital One, "APC Ordered to Pay $160MM CWA Penalty," December 1, 2015 (ACP-01325303)

191. Capital One, "APC Update," March 26, 2015 (ACP-01320456)

192. Capital One, "APC Update," September 16, 2015 (ACP-01323978)

193. Capital One, "APC: Asset Sale and Company Update," July 7, 2015 (ACP-01322408)

194. Capital One, "APC: Could Mozambique Investor Fret Turn to Investor Delight?," June 29, 2016 (APC-01329298)

195. Capital One, "APC: Yeti 'Nother Deepwater GOM Discovery," April 10, 2015 (ACP-01320568)

196. Capital One, "Morning Energy Summary," June 4, 2015 (ACP-01322213)

197. Cowen & Co, "Initiation: Data Drives S-T Moves; Fundamentals Determine L-T Value," April 27, 2015 (ANADARKO0001)

198. Credit Suisse, "A Better Plan for $40's Oil," October 29, 2015 (CS-0000230)

199. Credit Suisse, "Anadarko Petroleum Corp. (APC) Laying the Ground Work for longer Term Growth," March 8, 2017 (CS-0000065)

200. Credit Suisse, "Anadarko Petroleum Corp. (APC) Less GoM and NatGas Than We Modeled, Resource Raised," March 7, 2017 (CS-0000076)

201. Credit Suisse, "Anadarko Petroleum Corp. 10 for 10: 10 Somewhat Interesting Observations from the 10-K," March 25, 2015 (CS-0000293)

202. Credit Suisse, "Anadarko Petroleum Corp. Capital Productivity (Tick), Now We Just Need Commodities to co-operate," July 30, 2015 (CS-0000237)

203. Credit Suisse, "Anadarko Petroleum Corp. Re-Evaluating the Portfolio, TP to $56/sh," November 12, 2015 (ACP-01325443)

204. Credit Suisse, "Increasing TP On GoM Acquisition, Delaware & DJ Basin Acceleration," September 13, 2016 (CS-0000166)

205. Credit Suisse, "Management Outperforming Our Macro Fears," November 2, 2016 (CS-0000148)

206. Deutsche Bank, "Anadarko Petroleum Being Resource-Full Above All Else?," March 8, 2017 (APC-01334146)

207. Deutsche Bank, "Anadarko Petroleum Corp. Being Resource-Full Above All Else? ," March 8, 2017 (DEUTSCHE0010010)

208. Deutsche Bank, "Anadarko Petroleum Corp. You Can't Always Get What You Want ... You Get What You Need," January 31, 2017 (DEUTSCHE0010040)

209. Deutsche Bank, "Diversified Drivers of Differentiated Growth: Upgrade to Buy," October 13, 2016 (APC-01331063)

210. Deutsche Bank, "Houston Takeaways," December 15, 2015 (APC-01325654)

211. Deutsche Bank, "Houston Takeaways," December 16, 2015 (DEUTSCHE0008038)

212. Deutsche Bank, "Near-term Visibility Improved; Lingering Concerns Remain," February 1, 2016 (ACP-01326392)

213. Deutsche Bank, "Previewing APC's 2017 Outlook," March 6, 2017 (APC-01333987)

214. Deutsche Bank, "Rolling in the Deep-Water GoM," September 13, 2016 (APC-01330571)

215. Deutsche Bank, "You Can't Always Get What You Want. .. You Get What You Need," February 1, 2017 (APC-01333190)

216. Evercore, "A Big Ship, Turning to Growth," October 31, 2016 (APC-01331287)

217. Evercore, "A Brighter 2017 Outlook Not Without Challenges," January 6, 2017 (APC-01332262)

218. Evercore, "Anadarko Petroleum Bull Market Darling - Finding its Way at $50/bbl," October 27, 2015 (ACP-01324620)

219. Evercore, "Anadarko Petroleum Evercore ISI E&P: Volatility Returns Dealflow Continues," September 19, 2016 (APC-01330936)

220. Evercore, "Anadarko Petroleum laying out a Differentiated 2016 Path," March 1, 2016 (APC-01327390)

221. Evercore, "Clearing the Air for 2016," February 1, 2016 (ACP-01326442)

222. Evercore, "Coming Through the Fog," February 1, 2017 (APC-01333209)

223. Evercore, "De-Leveraging at a Reasonable Price," September 12, 2016 (APC-01330491)

224. Evercore, "Evercore ISI E&P: Bullish Set Up - If Only the Commodity Would Cooperate," November 16, 2015 (ACP-01325265)

225. Evercore, "Executing to Plan," December 21, 2016 (APC-01331872)

226. Evercore, "Managing the Trough APC Reports In-line 2Q; Focus Shifts. to 2H16," July 26, 2016 (APC-01329771)

227. Evercore, "Sifting Through the Rubble M&A Post Mortem at APC - Exposes Some Vulnerabilities," November 12, 2015 (ACP-01325200)

228. Evercore, "Strong Story Setting a Lower 2017 Bar," March 8, 2017 (APC-01334166)

229. Evercore, "Working Through the Game Plan," January 27, 2016 (ACP-01326314)

230. Global Hunter Securities, "Anadarko Petroleum Corp. Getting better not bigger," March 4, 2015 (APC-01320165)

231. Global Hunter Securities, "APC Post Q1 Strategy: Price Target and Estimates Update," May 19, 2015 (ACP-01322094)

232. Global Hunter Securities, "APC Post Q2 Strategy: Price Target and Estimates Update," August 13, 2015 (ACP-01323518)

233. GMP, "Anadarko Petroleum 2015 analyst day: Walking the talk," March 4, 2015 (ACP-01320201)

234. GMP, "Anadarko Petroleum Q2:15 update: DUC Dynasty coming up," July 29, 2015 (ACP-01323237)

235. GMP, "Q1:15 update: And the word of 2015 is "Ephemeralization"," May 5, 2015 (ACP-01320994)

236. Goldman Sachs, "Houston trip: Focus on' 17 strategy, self-help; Buy EOG/CRZO/APC," September 30, 2016 (APC-01330888)

237. Goldman Sachs, "Unappreciated GOM production profile to drive the next leg up; Buy," February 5, 2017 (GS-002754)

238. Guggenheim, "1Q EPS Previews: APC, AR, CHK, CLR, RRC, RSPP," April 8, 2015 (ACP-01320585)

239. Guggenheim, "A Different Kind of Holiday Sale - Updating APC, CHK, ECR," December 22, 2016 (APC-01331990)

240. Guggenheim, "APC - BUY - Looking Like the Best House on the Block," March 4, 2015 (APC-01320171)

241. Guggenheim, "APC - BUY - Opportunities to Accelerate Growth WIth Manageable Leverage," January 13, 2017 (APC-01332604)

242. Guggenheim, "APC - Clean, Lean Growth Machine," January 31, 2017 (APC-01333065)

243. Guggenheim, "APC - NEUTRAL - De-Levering Takes Priority," March 1, 2016 (APC-01327410)

244. Guggenheim, "APC - Neutral - Lower Outspend Expected in 4Q; Waiting on More Concrete 2016 Plan," December 17, 2015 (ACP-01325742)

245. Guggenheim, "APC - NEUTRAL - Quick Take: APC Approached APA, According to Press Reports," November 10, 2015 (ACP-01325172)

246. Guggenheim, "APC - NEUTRAL - Updating NAV Estimate with 10K Data Ahead of March 1 Guidance," February 23, 2016 (APC-01327228)

247. Guggenheim, "APC- Expected 2017E Outspend Declines, but More Needed; Lowering PT," July 24, 2016 (APC-01329593)

248. Guggenheim, "APC- NEUTRAL- Oil Growth Could Improve Sentiment," October 31, 2016 (APC-01331300)

249. Guggenheim, "APC- NEUTRAL-Wary of Offshore-for-Onshore Deals Except This One; Raising NAV toS64," September 13, 2016 (APC-01330590)

250. Guggenheim, "Here Comes the Rain Again: 2Q Catalysts and EPS Previews," July 14, 2015 (ACP-01323266)

251. Guggenheim, "Identifying "Rate-of-Change" Candidates in the Second Half," August 17, 2016 (APC-01330601)

252. Guggenheim, "Model Updates: Refreshing Estimates to Reflect Updated Natural Gas Deck," March 14, 2016 (APC-01328288)

253. Guggenheim, "Ranking Resource Upside - Delaware Has the 'Torque'," August 10, 2016 (APC-01330184)

254. Guggenheim, "Revising EPS Estimates Across Our Coverage to Reflect Updated Commodity Prices," December 21, 2015 (ACP-01326466)

255. Guggenheim, "Supply Fears Overblown as Oil Approaches $50; Raising WPX PT to $11 from $8 and Updating Earnings Estimates," May 17, 2016 (APC-01329302)

256. Guggenheim, "The Math of the Aftermath: Best Prepared are COG, EOG, GPOR, NFX, RSPP," October 2, 2015 (ACP-01324427)

257. Guggenheim, "Updating Models Across Coverage Universe to Reflect Updated Commodity Deck," February 22, 2016 (APC-01327694)

258. Guggenheim, "Upgrading AR and OAS to BUY…And More," March 16, 2017 (APC-01334841)

259. Guggenheim, "Upgrading RRC and SM to BUY from NEUTRAL, Downgrading APC to NEUTRAL; Updates for AR, COG, SWN, WLL," November 2, 2015 (ACP-01325109)

260. Jefferies, "Anadarko Petroleum (APC) Quiet 1 Q Update, Low Decay," May 2, 2016 (APC-01328598)

261. JP Morgan, "3Q16 Preview; Solid Results Likely Given GoM Tailwind; Portfolio Management is Key 2H16 Catalyst," October 6, 2016 (JPMS000053)

262. JP Morgan, "Anadarko Petroleum 3Q17 Earnings Preview Part II; Updating Estimates Primarily for Hurricane Nate," October 18, 2016 (JPMS000087)

263. JP Morgan, "Anadarko Petroleum 3Q17 Preview: Getting Back on Track; Modest Upside Potential to 3Q 17 Oil and CFPS," October 2, 2016 (JPMS000074)

264. JP Morgan, "Anadarko Petroleum Bump in the Road; Lowering 2017 Production Forecasts; Long-Term Thesis Still Intact," March 2, 2017 (APC-01333843)

265. JP Morgan, "Anadarko Petroleum Feedback from Recent Upgrade; Addressing the Bears on Jubilee and Heidelberg Production Issues," April 21, 2016 (JPMS000171)

266. JP Morgan, "Anadarko Petroleum Feedback from Recent Upgrade; Addressing the Bears on Jubilee and Heidelberg Production lssues," April 21, 2016 (APC-01328528)

267. JP Morgan, "Anadarko Petroleum Initiate at Neutral; Sidelines for Now on LNG 'Air Pocket'," December 9, 2015 (JPMS000207)

268. JP Morgan, "Anadarko Petroleum Inside the Corner Suite with European Roadshow Takeaways; Confidence Grows on Relative Re-Rating Potential," September 27, 2016 (JPMS000244)

269. JP Morgan, "Anadarko Petroleum Model Update," July 29, 2016 (APC-01330079)

270. JP Morgan, "Anadarko Petroleum Model Update," November 23, 2016 (JPMS000301)

271. JP Morgan, "Anadarko Petroleum Q216 Results Likely a Mixed Bag, But Appear Discounted in the Shares," July 21, 2016 (JPMS000329)

272. JP Morgan, "Anadarko Petroleum Repositioning Recommendations Post Rally; Downgrade EPE and SWN; Upgrade APC and AR," April 15, 2016 (APC-01328133)

273. JP Morgan, "Anadarko Petroleum Solid 4Q16 Results on GoM Strength; Focus Shifts toUnlocking More Earnings Power by Flexing Balance Sheet - ALERT," January 31, 2017 (JPMS000342)

274. JP Morgan, "Anadarko Petroleum With Volume Guide in Rear View Mirror, Focus Shifts to Unique Oil Growth Runaway and Plans for War Chest," March 7, 2017 (APC-01334113)

275. JP Morgan, "APC Joins Oil Growth Club by Taking the Road Less Traveled; Raise Price Target of 70," September 15, 2016 (APC-01330767)

276. JP Morgan, "E&P Learnings from Earnings Back From The Brink," May 13, 2016 (APC-01329013)

277. JP Morgan, "More Positive Than Negatives, but a Few Chinks in the Armor," May 4, 2016 (APC-01328858)

278. Morgan Stanley, "Anadarko Petroleum Corp 1Q15 Results: Delivering More for Less," May 4, 2015 (MS_ANADARKO_000044)

279. Morgan Stanley, "Anadarko Petroleum Corp 2Q15 Beat: Running Faster than the Bear," July 28, 2015 (MS_ANADARKO_000052)

280. Morgan Stanley, "Anadarko Petroleum Corp 2Q16: Strong Start," July 27, 2016 (MS_ANADARKO_000105)

281. Morgan Stanley, "Anadarko Petroleum Corp 3Q16: Treat.," November 1, 2016 (MS_ANADARKO_000151)

282. Morgan Stanley, "Anadarko Petroleum Corp 4Q15 Beats on Costs; Hit to 2016 Capex," February 2, 2016 (MS_ANADARKO_000071)

283. Morgan Stanley, "Anadarko Petroleum Corp 4Q16: Quiet Quarter," February 1, 2017 (MS_ANADARKO_000187)

284. Morgan Stanley, "Anadarko Petroleum Corp Accelerating," December 16, 2016 (MS_ANADARKO_000162)

285. Morgan Stanley, "Anadarko Petroleum Corp Capex & Balance Sheet Management Further Defined," March 1, 2016 (MS_ANADARKO_000087)

286. Morgan Stanley, "Anadarko Petroleum Corp Colorado Uncertainty," April 27, 2017 (MS_ANADARKO_000209)

287. Morgan Stanley, "Anadarko Petroleum Corp Cutting The Tail," January 13, 2017 (MS_ANADARKO_000180)

288. Morgan Stanley, "Anadarko Petroleum Corp Looking Forward to 2018," March 8, 2017 (MS_ANADARKO_000199)

289. Morgan Stanley, "Anadarko Petroleum Corp Mining Full-Cycle Value," September 13, 2016 (MS_ANADARKO_000118)

290. Morgan Stanley, "Anadarko Petroleum Corp No Issuance Here," February 24, 2016 (MS_ANADARKO_000080)

291. Morgan Stanley, "Anadarko Petroleum Corp Notes From The Road: Top Pick Affirmation," October 11, 2016 (MS_ANADARKO_000135)

292. Morgan Stanley, "Anadarko Petroleum Corp Uneventful yet Robust 1Q16," May 3, 2016 (MS_ANADARKO_000095)

293. MUFG, " Anadarko Petroleum Tempered Optimism Returns; Estimates Changed," March 3, 2016 (MUSA00000063)

294. MUFG, "Anadarko Petroleum Anadarko Earnings: Discipline, Monetizations to Bridge2016 Funding Gap; Estimates Revised," February 2, 2016 (MUSA00000034)

295. MUFG, "Anadarko Petroleum APC Cuts Dividend; 2016E Funding Gap Satisfied," February 9, 2016 (MUSA00000042)

296. MUFG, "Anadarko Petroleum Asset Monetizations Offer Some Relief," February 25, 2016 (MUSA00000049)

297. MUFG, "Anadarko Petroleum Building a Loving (and Ward) System Key to Delaware Growth Plans," March 9, 2017 (MUSA00000140)

298. MUFG, "Anadarko Petroleum 'D Aggressive D D Aggressive'," February 1, 2017 (MUSA00000131)

299. MUFG, "Anadarko Petroleum Deep Water Gulf of Mexico Cash Flow Expected to Support Onshore Development," September 14, 2016 (MUSA00000100)

300. MUFG, "Anadarko Petroleum Downgrade to Neutral, Due for a Pause," January 19, 2017 (MUSA00000121)

301. MUFG, "Anadarko Petroleum Long Cycle Success Builds Base for Future," May 2, 2016 (MUSA00000073)

302. MUFG, "Anadarko Petroleum Offshore Offense, Onshore Defense; Estimates Revised," March 2, 2016 (MUSA00000054)

303. MUFG, "Anadarko Petroleum Repositioning Portfolio from Gas to Oil; Ests. Revised," November 1, 2016 (MUSA00000111)

304. MUFG, "Anadarko Petroleum Tempered Optimism -- Right Approach; Estimated Raised," August 1, 2016 (MUSA00000086)

305. MUFG, "Anadarko Petroleum Tempered Optimism Returns; Estimates Changed," May 3, 2016 (MUSA00000063)

306. MUFG, "Anadarko Petroleum Withdraw from the Bank of Western Gas," June 14, 2016 (MUSA00000078)

307. MUFG, "Anadarko Petroleum: Stressing the Model," December 29, 2015 (MUSA00000027)

308. MUFG, "April Price-Deck Update," April 20, 2016 (APC-01328456)

309. MUFG, "Autumn Price Outlook Update," October 14, 2016 (APC-01331080)

310. MUFG, "For 2017, Long Delaware and Natural Gas Equities," January 19, 2017 (APC-01332685)

311. MUFG, "Initiating Coverage of Anadarko Petroleum With an Overweight Rating, Price Target of $70," December 1, 2015 (ACP-01325412)

312. MUFG, "Initiating Coverage of Anadarko Petroleum With an Overweight Rating, Price Target of $70," December 8, 2015 (MUSA00000001)

313. MUFG, "Price Deck Update; Ratings, Price Targets, Estimates Changed," January 29, 2016 (ACP-01326325)

314. RBC, "Anadarko Petroleum Corp. 2017 Capital Budget and Guidance Preview," March 3, 2017 (APC-01333899)

315. RBC, "Anadarko Petroleum Corp. A Pipeline for Growth," July 29, 2015 (ACP-01323345)

316. RBC, "Anadarko Petroleum Corp. Eagleford Sale Heightens Value Shift in the 3 Ds," January 13, 2017 (APC-01332651)

317. RBC, "Anadarko Petroleum Corp. Getting More for a little less," May 6, 2015 (ACP-01322060)

318. RBC, "Anadarko Petroleum Corp. It's Only just Begun," December 16, 2016 (APC-01331826)

319. RBC, "Anadarko Petroleum Corp. Marching to the Beat of Its Own Drum," September 13, 2016 (APC-01330758)

320. RBC, "Anadarko Petroleum Corp. Model Update for Improved Performance," December 22, 2015 (ACP-01325830)

321. RBC, "Anadarko Petroleum Corp. Onshore Oil Growth Assets Outperform," October 28, 2015 (ACP-01324727)

322. RBC, "Anadarko Petroleum Corp. Outlook Better in '3-D'," November 1, 2016 (APC-01331471)

323. RBC, "Anadarko Petroleum Corp. Patiently Waiting for a Better Macro," May 6, 2016 (APC-01328922)

324. RBC, "Anadarko Petroleum Corp. Ready and Waiting," August 10, 2016 (APC-01330219)

325. RBC, "Anadarko Petroleum Corp. Ridding the Portfolio of Gas," December 21, 2016 (APC-01331902)

326. RBC, "Anadarko Petroleum Corp. Seeds Already Sprouting for 2016," March 2, 2016 (APC-01327598)

327. RBC, "Anadarko Petroleum Corp. Spring Forward in March," February 1, 2017 (APC-01333315)

328. RBC, "Anadarko Petroleum Corp. Strong Tailwinds in 2016," February 2, 2016 (APC-01326783)

329. RBC, "Anadarko Petroleum Corp.Market Focus May Be Elsewhere," May 2, 2017 (APC-01334917)

330. RBC, "US Research at a glance August 11, 2016," August 11, 2016 (APC-01330276)

331. Scotia Howard Weil, "Anadarko Petroleum $50.09 (FS): Takeaways from 1Q16 Results; Increasing Price Target to $75," May 4, 2016 (APC-01328890)

332. Scotia Howard Weil, "Anadarko Petroleum Corporation Closes Deepwater Acquisition, Increases 5-Year Oil CAGR," December 16, 2016 (APC-01331835)

333. Scotia Howard Weil, "Anadarko Petroleum Corporation Releases '17 Production/Capex, Recent Weakness a Buying Opportunity," March 8, 2017 (APC-01334239)

334. Scotia Howard Weil, "Anadarko Petroleum Corporation Reports 4016 Cash Flow Beat; Outlook Remains Unchanged," February 1, 2017 (APC-01333324)

335. Scotia Howard Weil, "Anadarko Petroleum Corporation Sells Eagle Ford for $2.3 Billion," January 13, 2017 (APC-01332666)

336. Scotia Howard Weil, "Anadarko Petroleum Corporation Sells Marcellus Assets for $1.24B," December 22, 2016 (APC-01332019)

337. Scotia Howard Weil, "Scotia Howard Weil Conference Thoughts; 4Q16 E&P Takeaway: Growth Re-ignites Oversupply Concerns," March 27, 2017 (APC-01334664)

338. Seaport Global, "APC Post Q2:16 Strategy: Price Target and Estimates Update," August 30, 2016 (APC-01330430)

339. Seaport Global, "APC Post Q4 Strategy: Price Target and Estimates Update," March 30, 2016 (APC-01327956)

340. Seaport Global, "Rating, Price Target and Estimates Update," December 9, 2016 (APC-01331688)

341. Simmons & Company , "Anadarko Petroleum Corp. (APC) First Look at Official '16 Guidance," March 1, 2016 (APC-01327421)

342. Simmons & Company , "Anadarko Petroleum Corp. (APC) Partner Sells Down Shenandoah Working Interest," April 11, 2016 (APC-01328072)

343. Simmons & Company , "Anadarko Petroleum Corp. (APC) Q1'16 Review," May 12, 2016 (APC-01328957)

344. Simmons & Company , "Anadarko Petroleum Corp. (APC) Q2'16 Earnings Review: Improving Balance Sheet Through Divestitures," July 28, 2016

345. Simmons & Company , "Anadarko Petroleum Corp. (APC) Q2'16 Update - Assuming Coverage with OW Rating and $64 Price Target," June 9, 2016 (APC-01329234)

346. Simmons & Company , "Anadarko Petroleum Corp. (APC) Q3'16 Earnings Review: Continued Operational Success," November 4, 2016 (APC-01331553)

347. Simmons & Company , "Anadarko Petroleum Corp. (APC) Q3'16 Update: Attractive Valuation--Waiting on Catalysts," September 8, 2016 (APC-01330468)

348. Simmons & Company , "Anadarko Petroleum Corp. (APC) Updating Model for GOM Acquisition," September 16, 2016 (APC-01330787)

349. Simmons & Company, "Anadarko Petroleum Corp.: Announces ~$1.3B in Monetizations," February 25, 2016 (APC-01327275)

350. Simmons & Company, "Anadarko Petroleum Corp.: FY'15 Capital Guidance," March 4, 2015 (ACP-01320184)

351. Simmons & Company, "Anadarko Petroleum Corp.: Q2'15 Update," June 18, 2015 (PIPER_SANDLER-0003349)

352. Simmons & Company, "Anadarko Petroleum Corp.: Q3'15 Earnings Review," October 30, 2015 (ACP-01324940)

353. Simmons & Company, "Anadarko Petroleum Corp.: Q3'15 Quick Look," October 27, 2015 (PIPER_SANDLER-0003481)

354. Simmons & Company, "Anadarko Petroleum Corp.: Q3'15 Quick Look," September 25, 2015 (PIPER_SANDLER-0003532)

355. Simmons & Company, "Anadarko Petroleum Corp.: Q4'15 Quick Look," February 1, 2016 (APC-01326606)

356. Simmons & Company, "Anadarko Petroleum Corp.: Quarterly Update," March 30, 2015 (ACP-01320484)

357. UBS, "Anadarko Petroleum Corp. 1Q16 EPS, CFPS, and Production a Modest Beat; More Asset Sales Further Improve Liquidity," May 2, 2016 (APC-01328651)

358. UBS, "Anadarko Petroleum Corp. 2017 Guidance Near UBSe But Trimming 2018-19E CFPS; APC Raises Delaware and DJ Resource Base," March 5, 2017 (APC-01333929)

359. UBS, "Anadarko Petroleum Corp. Acquiring FCF-Generating GoM Assets at Attractive Price Enabling Higher US Onshore Activity/Growth," September 13, 2016 (LA-APCSUB-003448)

360. UBS, "Anadarko Petroleum Corp. Anadarko Investor Can Addresses Liquidity /Credit Concerns," March 1, 2016 (APC-01327429)

361. UBS, "Anadarko Petroleum Corp. Eagle Ford Sale Price In Line; Sharpens Portfolio Focus ... But What to Do with Large Cash Balance?," January 12, 2017 (APC-01332515)

362. UBS, "Anadarko Petroleum Corp. ENI's Sale of Stake in Mozambique Provides Valuation Marker for APC; Slightly Reducing NAV," March 9, 2017 (APC-01334330)

363. UBS, "Anadarko Petroleum Corp. Highlights frorn Anadarko's Investor Call," March 3, 2015 (APC-01320106)

364. UBS, "Anadarko Petroleum Corp. Highlights frorn Meetings with Management," September 25, 2015 (ACP-01324084)

365. UBS, "Anadarko Petroleum Corp. Implications of APC' s Failed All-Stock Offer to Acquire APA," November 11, 2015 (ACP-01325190)

366. UBS, "Anadarko Petroleum Corp. Preview of Anadarko Petroleum' s Investor Call," March 1, 2017 (APC-01333811)

367. UBS, "Anadarko Petroleum Corp. Preview of Anadarko Petroleum's Investor Call," February 23, 2016 (APC-01327202)

368. UBS, "Anadarko Petroleum Corp. Preview of March 3 Investor Call," February 24, 2015 (APC-01320036)

369. UBS, "Anadarko Petroleum Corp. Raises Long Term Growth Rate and Discloses Deepwater GoM Discovery," December 15, 2016 (APC-01331763)

370. UBS, "Anadarko Petroleum Corp. Success at Heidelberg Appraisal," December 2, 2016 (APC-01331681)

371. UBS, "Oil & Gas Exploration and Production Lowering Near-Term & Normalized Oil and Gas Price Forecasts; Downgrading UPL and WLL," January 12, 2016 (ACP-01326116)

372. UBS, "Oil & Gas Exploration and Production Lowering Near-Term & Normalized Oil Price Forecasts; Downgrading DNR to Sell," September 7, 2015 (ACP-01323762)

373. Wells Fargo, "APC: 3D Experience-Raising 2018 Growth Targets Reiterate Outperform," February 21, 2017 (APC-01333558)

374. Wells Fargo, "APC: 4Q Earnings, 2016 Budget, And Reserves," February 1, 2016 (APC-01326694)

375. Wells Fargo, "APC: Back In The Driver Seat," September 22, 2016 (APC-01330824)

376. Wells Fargo, "APC: Conference Call Notes," May 3, 2016 (APC-01328827)

377. Wells Fargo, "APC: Conference Call Summary," July 27, 2016 (APC-01330038)

378. Wells Fargo, "APC: Guidance Call Notes," March 1, 2016 (APC-01327452)

379. Wells Fargo, "APC: Model Update," April 22, 2016 (APC-01328545)

380. Wells Fargo, "APC: Model Update," December 22, 2016 (APC-01332039)

381. Wells Fargo, "APC: Model Update," February 6, 2017 (APC-01333450)

382. Wells Fargo, "APC: Model Update," March 8, 2017 (APC-01334246)

383. Wells Fargo, "APC: Model Update," November 2, 2016 (APC-01331520)

384. Wells Fargo, "APC: Model Update," September 15, 2016 (APC-01330781)

385. Wells Fargo, "APC: Monetizing WGP Stake-Positive," June 4, 2015 (ACP-01322242)

386. Wells Fargo, "APC: Positive - Strong Production - Cash Position Builds," January 31, 2017 (APC-01333156)

387. Wells Fargo, "APC: Positive-Ops Strong, CFPS and EPS Beat," July 26, 2016 (APC-01329880)

388. Wells Fargo, "APC: Q4 Earnings Call Notes And Takeaways," February 2, 2016 (APC-01326864)

389. Wells Fargo, "APC: Raising Estimates For Q2 2015 Actuals And 10-Q Filing," July 29, 2015 (ACP-01323414)

390. Wells Fargo, "APC: Reflecting Q4 Update In Model," December 17, 2015 (ACP-01325757)

391. Wells Fargo, "APC: Roadshow Takeaways; "Mowing the Grass" in Wattenberg," May 29, 2015 (ACP-01322169)

392. Wells Fargo, "APC: Survive and Thrive: Updating Estimates for 2015 Guidance," March 4, 2015 (ACP-01320188)

393. Wells Fargo, "APC: Updated Earnings for Q3 Earnings Release," October 29, 2015 (ACP-01324900)

394. Wells Fargo, "APC: Updating Estimates For Q1 2015 Results," May 5, 2015 (ACP-01322022)

395. Wells Fargo, "APC: Updating Model For Reduced Dividend," February 10, 2016 (APC-01327129)

396. Wells Fargo, "E&P: Adjusting Estimates and Valuation Ranges," April 21, 2015 (ACP-01320647)

397. Wells Fargo, "E&P: Downgrading APC, SRCI, and XOG," May 2, 2017 (APC-01320016)

398. Wells Fargo, "Summary - Morning Packet," February 1, 2017 (LA-APCSUB-013033)

399. Wolfe Research, "Anadarko Petroleum (APC - $84.98 - Outperform) I met a sheik from Mozambique - corrected PT $107," May 19, 2015 (WOLFE_0003624)

400. Wolfe Research, "Birthday Sankey The Week Ahead and Weekly Recap," February 26, 2017 (WOLFE_0001009)

401. Wolfe Research, "Global LNG – Frozen Raising CVX, cutting XOM, on 2015-2020 LNG view," June 22, 2015 (WOLFE_0003262)

402. Wolfe Research, "GLOBAL OIL & GAS 1Q EARNINGS SEASON Cash me ousside ... how 'bout dah?," April 16, 2017 (WOLFE_0001452)

403. Wolfe Research, "Global Oil & Gas 4Q Earnings Season Much has been given us, and much will rightfully be expected from us," January 19, 2017 (WOLFE_0002460)

404. Wolfe Research, "Global Oil & Gas Is this the real life? Is this just 3Q Preview & Update," October 13, 2016 (WOLFE_0004039)

405. Wolfe Research, "Global Oil & Gas Looking forward to the Christmas Party," June 23, 2015 (WOLFE_0002846)

406. Wolfe Research, "Global Oil A Third, A Third, A Third," October 8, 2015 (WOLFE_0004432)

407. Wolfe Research, "Global Oil Q: What price of oil is discounted in the stocks? A:," September 7, 2016 (WOLFE_0004873)

408. Wolfe Research, "Global Oil The path of sound credence is through the thick forest of skepticism," December 12, 2016 (WOLFE_0001954)

409. Wolfe Research, "Global Oil You beta, you beta, you bet," September 29, 2016 (WOLFE_0000601)

410. Wolfe Research, "Hallow'een'een Sankey The Week Ahead and Weekly Recap," October 30, 2016 (WOLFE_0004351)

411. Wolfe Research, "HESS CORP. (HES - $77.91 - Outperform) Hold it a little while," April 30, 2015 (WOLFE_0000016)

412. Wolfe Research, "Integrateds and Large Cap E&P A third, a third, a third - sliced, diced, and minced," February 9, 2016 (WOLFE_0002349)

413. Wolfe Research, "Large Cap US E&P 1Q "EARNINGS" When the rich wage war, it is the poor who die," April 12, 2016 (WOLFE_0001430)

414. Wolfe Research, "Large-Cap E&P - Target Depth 2Q recap - Differentiated outlooks for quality names," August 15, 2016 (WOLFE_0001643)

415. Wolfe Research, "Large-Cap E&P - Target Depth Apache in the Delaware - Tonto, jump on it...," September 6, 2016 (WOLFE_0004857)

416. Wolfe Research, "Large-Cap E&P - Target Depth APC - Dude got Mojo Back - missed you!," September 19, 2016 (WOLFE_0004584)

417. Wolfe Research, "Large-Cap E&P - Target Depth APC - Questions into March guidance call," February 6, 2017 (WOLFE_0002336)

418. Wolfe Research, "Large-Cap E&P - Target Depth Bakken up the HES truck; and eager for earnings - a look-ahead," May 1, 2017 (WOLFE_0003569)

419. Wolfe Research, "Large-Cap E&P - Target Depth COP - Back on duty, unconventional overview," October 24, 2016 (WOLFE_0004239)

420. Wolfe Research, "Large-Cap E&P - Target Depth COP - I see a red door and I want it painted black," November 14, 2016 (WOLFE_0003836)

421. Wolfe Research, "Large-Cap E&P - Target Depth Devon Energy- Gas at $3.00 ... (re)frackin the whip?," September 26, 2016 (WOLFE_0004719)

422. Wolfe Research, "Large-Cap E&P - Target Depth Don't look back in anger: 3Q compendium," October 31, 2016 (WOLFE_0004391)

423. Wolfe Research, "Large-Cap E&P - Target Depth DVN - Stack spacing pilots and 10k' laterals," January 23, 2017 (WOLFE_0002581)

424. Wolfe Research, "Large-Cap E&P - Target Depth Earnings and ops updates," February 21, 2017 (WOLFE_0000949)

425. Wolfe Research, "Large-Cap E&P - Target Depth EBITDAx / cash flow sensitivities update - out to 2019," March 27, 2017 (WOLFE_0001157)

426. Wolfe Research, "Large-Cap E&P - Target Depth EOG Eagle Ford EOR - an AAPL Slider," March 20, 2017 (WOLFE_0001125)

427. Wolfe Research, "Large-Cap E&P - Target Depth Focus APC - Mr Misunderstood ... one day you'll lead the charge," April 24, 2017 (WOLFE_0001470)

428. Wolfe Research, "Large-Cap E&P - Target Depth Great date! HESM is going to get the check, thanks," April 10, 2017 (WOLFE_0001416)

429. Wolfe Research, "Large-Cap E&P - Target Depth Guyana - Multi-FPSO potential and implications for HES," March 6, 2017 (WOLFE_0003556)

430. Wolfe Research, "Large-Cap E&P - Target Depth Houston means I'm one day closer to you," July 18, 2016 (WOLFE_0002815)

431. Wolfe Research, "Large-Cap E&P - Target Depth Inflation! HES Bakken costs & unconventional cost challenges," January 30, 2017 (WOLFE_0002647)

432. Wolfe Research, "Large-Cap E&P - Target Depth I've been thinking too much …," December 19, 2016 (WOLFE_0001979)

433. Wolfe Research, "Large-Cap E&P - Target Depth Liza Liza," July 11, 2016 (WOLFE_0002715)

434. Wolfe Research, "Large-Cap E&P - Target Depth Liza, Payara, and Snoek oh my," January 17, 2017 (WOLFE_0002447)

435. Wolfe Research, "Large-Cap E&P - Target Depth Murphy: Duvernay ... or yay? Nay for now.," August 29, 2016 (WOLFE_0000542)

436. Wolfe Research, "Large-Cap E&P - Target Depth NBL -A little Leviathan, a little Delaware ... where to?," November 21, 2016 (WOLFE_0003945)

437. Wolfe Research, "Large-Cap E&P - Target Depth NBL deeds that are concealed are most esteemed," October 10, 2016 (WOLFE_0004026)

438. Wolfe Research, "Large-Cap E&P - Target Depth NGL overview- Cash flow tailwind through 2018," February 27, 2017 (WOLFE_0002274)

439. Wolfe Research, "Large-Cap E&P - Target Depth One step closer to the hedge," December 13, 2016 (WOLFE_0001966)

440. Wolfe Research, "Large-Cap E&P - Target Depth OPEC to Texas: "Drill baby drill!"," October 3, 2016 (WOLFE_0004336)

441. Wolfe Research, "Large-Cap E&P - Target Depth OPEC to Wolfe: drill baby drill into the corporate analysis," December 5, 2016 (WOLFE_0002178)

442. Wolfe Research, "Large-Cap E&P - Target Depth Over the Hedge: E&Ps crude oil hedging update," April 3, 2017 (WOLFE_0001486)

443. Wolfe Research, "Large-Cap E&P - Target Depth PXD - Evaluating NA V upside on the road to a million a day," February 13, 2017 (WOLFE_0000928)

444. Wolfe Research, "Large-Cap E&P - Target Depth Stacks on stacks," June 27, 2016 (WOLFE_0003333)

445. Wolfe Research, "Large-Cap E&P - Target Depth To 2017 and beyond – Upgrade Large-Cap E&P to Overweight," January 3, 2017 (WOLFE_0002633)

446. Wolfe Research, "Large-Cap E&P - Target Depth Toolkit update - EBITDA & Cash Flow Sensitivities," August 22, 2016 (WOLFE_0001768)

447. Wolfe Research, "Large-Cap E&P - Target Depth Upgrade MRO, Downgrade Oxy, the Fox and the Hare," January 9, 2017 (WOLFE_0002698)

448. Wolfe Research, "Large-Cap E&P - Target Depth Ups and Downs," September 12, 2016 (WOLFE_0004508)

449. Wolfe Research, "Large-Cap E&P - Target Depth What to watch and who to follow for Q3 EPS season," October 17, 2016 (WOLFE_0004165)

450. Wolfe Research, "Large-Cap E&P - Target Depth Wolverines and Independence," July 5, 2016 (WOLFE_0003021)

451. Wolfe Research, "Large-Cap E&P Target Depth - Big Oil and Big Data, Midland focus," June 20, 2016 (WOLFE_0003247)

452. Wolfe Research, "Large-Cap E&P Target Depth - Focus: Leviathan, GoM, Divestitures," June 13, 2016 (WOLFE_0003125)

453. Wolfe Research, "Large-Cap E&P Target Depth - New periodical Large Cap E&P focused," May 24, 2016 (WOLFE_0003649)

454. Wolfe Research, "Large-Cap E&P Target Depth - Noble Midstream," June 6, 2016 (WOLFE_0003446)

455. Wolfe Research, "Large-Cap E&P Target Depth - Royals and Yoga ... Nope," May 31, 2016 (WOLFE_0003742)

456. Wolfe Research, "Moving Sankeys The Week Ahead and Weekly Recap," November 6, 2016 (WOLFE_0003974)

457. Wolfe Research, "Oil & Gas A Third, A Third, A Third, World War; Model updates," December 15, 2015 (WOLFE_0000375)

458. Wolfe Research, "San Fran Sankey The Week Ahead and Weekly Recap," December 11, 2016 (WOLFE_0000798)

459. Wolfe Research, "Sankey Sankey The Week Ahead and Weekly Recap," December 18, 2016 (WOLFE_0000837)

460. Wolfe Research, "Sector Earnings Update Can't escape the truth and the fact is …," July 14, 2016 (WOLFE_0002731)

461. Wolfe Research, "Snowday Sankey The Week Ahead and Weekly Recap," February 12, 2017 (WOLFE_0002212)

462. Wolfe Research, "Sonntag Sankey The Week Ahead and Weekly Recap," December 4, 2016 (WOLFE_0002132)

463. Wolfe Research, "Sun D.C. Sankey The Week Ahead and Weekly Recap," February 19, 2017 (WOLFE_0000962)

464. Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," April 23, 2017 (WOLFE_0001325)

465.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," April 30, 2017 (WOLFE_0001499)

466.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," April 9, 2017 (WOLFE_0001245)

467.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," August 14, 2016 (WOLFE_0001609)

468.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," August 21, 2016 (WOLFE_0001719)

469.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," August 7, 2016 (WOLFE_0001853)

470.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," January 15, 2017 (WOLFE_0002410)

471.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," January 29, 2017 (WOLFE_0002594)

472.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," January 8, 2017 (WOLFE_0002661)

473.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," March 12, 2017 (WOLFE_0003474)

474.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," March 19, 2017 (WOLFE_0001086)

475.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," March 26, 2017 (WOLFE_0001169)

476.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," March 5, 2017 (WOLFE_0001047)

477.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," November 13, 2016 (WOLFE_0003797)

478.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," November 20, 2016 (WOLFE_0000744)

479.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," October 2, 2016 (WOLFE_0000609)

480.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," October 9, 2016 (WOLFE_0000651)

481.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," September 11, 2016 (WOLFE_0000555)

482.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," September 25, 2016 (WOLFE_0004683)

483.  Wolfe Research, "Sunday Sankey The Week Ahead and Weekly Recap," September 4, 2016 (WOLFE_0004792)

484.  Wolfe Research, "Sunday Sankgreen The Week Ahead and Weekly Recap," October 23, 2016 (WOLFE_0000697)

485. Wolfe Research, "Superbowl Sankey The Week Ahead and Weekly Recap," February 5, 2017 (WOLFE_0002295)

486. Wolfe Research, "The Invisible Hand Efficient markets: oil positioning in US equities," June 29, 2015 (WOLFE_0000081)

487. Wolfe Research, "US Natural Gas What we obtain too cheap, we esteem too lightly," September 21, 2015 (WOLFE_0000229)

488. Wolfe Research, "Vacay Sankey The Week Ahead and Weekly Recap," April 2, 2017 (WOLFE_0001207)

# 7. Investment Manager Documents

489. Email from A. Wiley, Factset, to V. Newman, Perkins Janus, May 3, 2016 (JanHen_00013193)

490. Email from D. Palmer, Wellington Management, re: "HW Conf Takeaways for energy," March 23, 2016 (WMC-APC-0000646)

491. Email from J. Gammel, Jeffries, to S. Gupta, Fidelity, April 25, 2016 (FIAM-ANAD-003586)

492. Email from M. Vivano, Wellington Management, re: "HW Conf Takeaways for energy," March 24, 2016 (WMC-APC-0000646)

493. Email from N. Barrett, Janus Henderson, to Equity Research, May 3, 2016 (JanHen_00012827)

494. Email from N. Barrett, Janus, to Janus Equity Research re: Anadarko Petroleum (APC): 2Q16 EPS of -$0.60 vs. Consensus of -$0.80, 2Q16 CFPS of $1.31 vs. Consensus of $1.17, July 27, 2016 (JanHen_00012802)

495. Email from Noah Barrett of Janus to Janus Equity Research and Energy Notes, etc., November 21, 2016 (JanHen_00024541)

496. Email from W. Foley of Wellington to RK Hoffman of Wellington, etc., May 3, 2016 (WMC-APC-0000127)

497. Fidelity, "Deepwater => Down, but not out. (But also not growing)," October 10, 2016 (FIAM-ANAD-000002)

498. Fidelity, "Operations good w/ strong outlook, val'n compelling but in sentiment purgatory," May 8, 2017 (FIAM-ANAD-000002)

499. FMR Research, "CFO in-house. Under appreciated potential. Top Pick. '1'," June 3, 2016 (FIAM-ANAD-000002_0030)

500. FMR Research, "Management is taking right steps to unlock shareholder value. Quality franchise trading at significant discount to intrinsic value. Initiate with a buy '2' rating," July 25, 2016 (FIAM-ANAD-000002)

501. FMR Research, "Operations good w/ strong outlook, val'n compelling but in sentiment purgatory," May 8, 2017 (FIAM-ANAD-000002)

502. Janus Henderson, "APC: 4Q 15 EPS beat, mgmt commentary constructive on operations and capital management: Call Notes," February 2, 2016 (JanHen_00012764)

503. Janus Henderson, "Morgan Stanley E&P & Oil Services Conference Notes," May 12, 2016 (JanHen_00020308)

504. Declaration of Noah Barrett, Janus Henderson, dated November 2, 2022

505. Tuohy Brothers Investment Research, Inc., "Tuohy Brothers Energy Note," February 3, 2015 (LAZARD-ANADARKO_0030861)

# 8. Industry Documents

506. American Association of Petroleum Geologists, Discovery Thinking: The Gulf of Mexico Advantage, April 7. 2014, https://www.aapg.org/videos/discovery-thinking/articleid/37096/ernie-leyendecker-discovery-thinking-the-gulf-of-mexico-advantage

507. Canadian Securities Administrators, CSA Staff Notice 51-324 – Revised Glossary to NI 51-101 Standards of Disclosure for Oil and Gas Activities, December 4, 2014, https://www.osc.ca/sites/default/files/pdfs/irps/csa_20141204_51-324_51-101-glossary.pdf

508. Coastal Review, "An Offshore Timeline," June 10, 2015, https://coastalreview.org/2015/06/an-offshore-timeline/

509. Conglin Xu, "Change in risk preferences," Oil & Gas Journal, February 4, 2019, https://www.ogj.com/pipelines-transportation/lng/article/17222710/change-in-risk-preferences

510. Corporate Finance Institute, "Equity Research Report," October 4, 2022, https://corporatefinanceinstitute.com/resources/valuation/equity-research-report/

511. Diamond Offshore, "Offshore Drilling Basics"

512. Mark J. Kaiser, "A Review of Exploration, Development, and Production Cost Offshore Newfoundland", January 3, 2021

513. Navitas Petroleum, Investor Presentation, August 2021

514. Navitas Petroleum, Investor Presentation, October 2020

515. NOIA, "The Basics of Offshore Oil & Gas," pp. 3-4.

516. Offshore Engineer, "Preparing for a successful 20K BOP campaign," December 1, 2015

517. Offshore Engineer, "Spotlight on the Gulf," May 1, 2015

518. Offshore Technology, "Shenandoah Deepwater Oil Field, Gulf of Mexico, October 24, 2019, https://www.offshore-technology.com/projects/shenandoah-deepwater-oil-field/

519. Offshore, "Deepwater development in Golden Triangle down but not out," September 13, 2016, https://www.offshore-mag.com/deepwater/article/16754724/deepwater-development-in-golden-triangle-down-but-not-out

520. Offshore, "Lower oil prices begin to take toll on Gulf drilling," June 10, 2015, https://www.offshore-mag.com/drilling-completion/article/16758375/lower-oil-prices-begin-to-take-toll-on-gulf-drilling

521. Rafael Sandrea & Peter Stark, "Deepwater Oil Exploration in the Gulf of Mexico," July 2020

522. SEC, "Exchange Act Reporting and Registration," April 28, 2022, https://www.sec.gov/education/smallbusiness/goingpublic/exchangeactreporting

523. SEC, "Form 10K," t.Investor.gov, https://www.investor.gov/introduction-investing/investing-basics/glossary/form-10-k

524. Securities and Exchange Commission, 17 CFR Parts 210, 211, 229, and 249 [Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08] RIN 3235-AK00, "Modernization Of Oil And Gas Reporting"

525. Society of Petroleum Engineers – Gulf Coast Section, "Development of a 20,000 psi Drilling, Completion, Intervention, Subsea & Subsurface Equipment in 60,000 ft. water depth in the GoM," November 19, 2014

526. Society of Petroleum Engineers, "Guidelines for the Evaluation of Petroleum Reserves and Resources," 2001

527. The Street, "What Is an Earnings Call? Definition, Frequency & Importance," June 30, 2022, https://www.thestreet.com/dictionary/e/earnings-call

528. TransOcean, "Quarterly Fleet Status Report," July 15, 2020

529. TransOcean, "Quarterly Fleet Status Report," October 16, 2013

530. Transocean, "Transocean Ltd. Provides Quarterly Fleet Status Report," July 25, 2022

531. Ulziitushig Batbuyan, "Deepwater Plays Against Rising Risks: The U.S. Gulf of Mexico," March 18, 2021, https://www.sustainalytics.com/esg-research/resource/investors-esg-blog/deepwater-plays-against-rising-risks-the-u.s.-gulf-of-mexico

# 9. Academic Literature

532. Aswath Damodaran, Investment Valuation: Tools and Techniques for Determining the Value of Any Asset, Wiley, 2nd edition, p. 131

533. Richard A. Brealey, Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 12th edition, p. 332.

# 10.   News Article

534. Anadarko Petroleum Company, "Anadarko Announces Deepwater Gulf of Mexico Discovery," February 2, 2009 (APC-01338356)

535. Anadarko Petroleum Corporation, "Anadarko announces Another Deepwater Gulf of Mexico Discovery," February 4, 2009 (APC-01335462)

536. Anadarko Petroleum Corporation, Press Release, February 2, 2015

537. Anadarko Petroleum Corporation, "Anadarko Announces Mozambique LNG Final Investment Decision," June 18, 2019.

538. Anna Kachkova, E&P Newsletter, "Shenandoah to Help Push Deepwater Boundaries,", February 8, 2022, hartenergy.com/ep/exclusives/shenandoah-help-push-deepwater-boundaries-198655

539. ConocoPhillips, "ConocoPhillips Reports First-Quarter 2017 Results; On Track to Deliver 2017 Operating Plan and Accelerate Value Proposition," BusinessWire, 07:00 EST, May 2, 2017, (AQD_0010466).

540. Global Newswire LLOG Exploration Company, L.L.C., "LLOG Exploration Named Operator of Shenandoah Discovery in Gulf of Mexico," April 26, 2018

541. Kassia Yanosek & Matt Rogers, McKinsey & Company, "Unlocking future growth for deepwater in the Gulf of Mexico," July 13, 2018, https://www.mckinsey.com/industries/oil-and-gas/our-insights/unlocking-future-growth-for-deepwater-in-the-gulf-of-mexico

542. Noble Corp and Maersk Drilling, "Noble Corporation and Maersk Drilling Announce Agreement to Combine", November 10, 2021

543. NS Energy, "Shenandoah Field Development"

544. Offshore, "Anadarko succeeds with Windjammer offshore Mozambique," February 18, 2010, https://www.offshore-mag.com/drilling-completion/article/16796105/anadarko-succeeds-with-windjammer-offshore-mozambique

545. Reuters, "Total aiming for two additional LNG trains in Mozambique LNG", November 5, 2019, p. 2.

546. The Way Ahead, "Emerging Plays Boost Economic Attractiveness of Deepwater Gulf of Mexico," January 14, 2013, jpt.spe.org/twa/emerging-plays-boost-economic-attractiveness-deepwater-gulf-mexico

547. Upstream Online, "Anadarko mulling over its options at Shenandoah," February 13, 2015, upstreamonline.com/weekly/anadarko-mulling-over-its-options-at-shenandoah/1-1-1009805

548. Yahoo Finance, "Anadarko Announces Shenandoah Appraisal Well Encounters More Than 1,000 Net Feet of Oil Pay", March 20, 2013, http://www.finance.yahoo.com/news/anadarko-announces-shenandoah-appraisal-well-200500390.html.

# Exhibit 21

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | CLASS ACTION |
| | | The Honorable Charles R. Eskridge III |

**CORRECTED EXPERT WITNESS REPORT**

Prepared by
LYNDON PITTINGER
Consulting Petroleum Engineer

November 29, 2022

CONFIDENTIAL

**TABLE OF CONTENTS**

**Page**

I.      SUMMARY OF ASSIGNMENT ....................................................................1

II.     SUMMARY OF OPINIONS ........................................................................2

III.    SUMMARY OF KEY EVENTS AND FINDINGS ......................................4

IV.     INTRODUCTION ........................................................................................7

V.      THE IMPACT OF FAULTING...................................................................10

        A.     Pre Shen-3 ......................................................................................11

        B.     The Lead Up to Shen-3 ..................................................................16

        C.     Shen-3 .............................................................................................37

        D.     Shen-3 .............................................................................................38

        E.     Lead Up to Shen-4 .........................................................................49

        F.     Shen-4 Results ...............................................................................55

        G.     Shen-5 Results ...............................................................................66

        H.     Shen-6 Results ...............................................................................69

VI.     APPRAISING THE SHENANDOAH RESOURCE – RESOURCE SIZE,
        QUALITY AND ECONOMICS.................................................................71

        A.     Pre Shen-2: Exploration Team.......................................................73

        B.     Pre-Shen-3: Exploration Team ......................................................75

        C.     Pre-Shen-3: Development Team......................................................81

        D.     Post Shen-3: Exploration Team .....................................................83

        E.     Post Shen-3: Development Team.....................................................91

        F.     Post Shen-3: COP ..........................................................................98

        G.     Shen-4 .............................................................................................99

        H.     Post Shen-4ST1: Exploration Team...............................................99

        I.     Post Shen-4ST1: Development .....................................................105

CONFIDENTIAL

## TABLE OF CONTENTS

**Page**

J.      Economics Post-Shen-4 ..................................................................107

K.      Post-Shen-4 Cost Reduction Initiative.............................................107

L.      Post-Shen-4: Asphaltene Test Results of Commingled Oils .............109

M.      Post-Shen-4: Cost and Economic Impact of Asphaltene Deposition...................111

N.      Post Shen-4BP1 and Reconciliation ................................................114

O.      Shenandoah's Viability Was in Serious Doubt at Least by December 2015.......125

P.      Shen-5 ............................................................................................129

Q.      Post-Shen-5 Economics ..................................................................131

R.      Post Shen-6 ...................................................................................135

VII.    CONCLUSION...............................................................................135

APPENDIX A: Pittinger Résumé and Work History .................................137

APPENDIX B: Documents and Information Considered in My Report .....................140

APPENDIX C: MMRA and Multizone Combination Process and Files Used ...........142

APPENDIX D: Glossary of Oilfield Terms...............................................143

CONFIDENTIAL

## I.    SUMMARY OF ASSIGNMENT

1.    I have been engaged by Robbins Geller Rudman & Dowd LLP ("Class Counsel"), counsel for a certified class of Anadarko Petroleum Corporation ("Anadarko" or the "Company") shareholders ("Plaintiffs") during the Class Period of February 20, 2015, through May 2, 2017, inclusive. My report is submitted solely for use in this case.

2.    It is my understanding that this is a securities fraud class action alleging Defendants Anadarko Petroleum Corporation, R.A.Walker, Robert G. Gwin, Robert P. Daniels, and Ernest Leyendecker, III ("Defendants") misled the investing public about the commercial viability and producible resource size of Anadarko's deepwater Gulf of Mexico Shenandoah oil prospect ("Shen").

3.    Class Counsel retained me as an expert petroleum engineer to examine the technical and economic evidence surrounding Shen to assist the fact finder in understanding the engineering, resource assessment, and economic evaluations at both the technical and managerial levels at issue in the case; and to opine about the adverse information known about Shen's commercial viability and producible resource size leading up to and during the Class Period.

4.    I have over 40 years in the energy industry and 30 years of experience working in the oil and gas industry, including experience in oil and gas exploration and production, petroleum engineering, resource assessment, and economic evaluation at both the technical and managerial levels. I am, therefore, qualified to render the opinions set forth below. My professional qualifications are attached as Appendix A.

5.    The engineering and geology of a complex appraisal for a field like Shen are closely interwoven. Accordingly, Class Counsel also retained Dr. Robert Merrill, Ph.D., as an expert to examine the geological and geophysical data covering Shen; how Anadarko interpreted that data at the time; and how the geological interpretation impacted resource assessment during the Anadarko appraisal process. Dr. Merrill and I examined much of the factual information contained in the discovery documents. I have reviewed Dr. Merrill's work, and our expert reports contain cross-references. However, the opinions expressed herein concerning the petroleum engineering, resource assessment, and economic evaluation of Shen are entirely my own.

6.    Class Counsel provided me with online access to the extensive database of documents produced by Anadarko in the litigation. I operated with the understanding that the documents produced by Anadarko are subject to a stipulated Protective Order. My database search looked for relevant petroleum engineering, geotechnical, risk assessment, and economic evaluation information. The search included an examination of the internal email correspondence between the technical departments of Anadarko and its industry partners regarding the appraisal of Shen and the estimates of its oil and gas resources. I also compared Anadarko's internal technical assessment with the public disclosures made by Anadarko management. Appendix B is a list of documents considered in rendering this report. All engineering conclusions contained in this report are my own. I reserve the right to prepare illustrative exhibits based on the contents of this report if I am called to testify at trial.

CONFIDENTIAL

7.      I have prepared this report to state my opinions, describe the bases and reasons for my opinions, to disclose the facts and data considered in reaching my opinions, and to make other appropriate disclosures. My analyses, opinions, and conclusions are based on my work through the date of this report and informed by my education, knowledge, and over 40 years of experience in the energy industry and over 30 years in the oil and gas industry.

8.      No conflicts of interest were created in accepting this engagement. My compensation has been at my normal hourly rate of $450/hour for such services and is entirely independent of the outcome of the litigation.

9.      This report is subject to change or modification should additional relevant information become available. I may review, evaluate, and analyze additional data, facts, or information as they become available. I may also seek to respond to opinions or analyses proffered by other experts in this case. I reserve the right to amend or supplement my opinions based upon further information learned, produced, or provided to me; on instruction of counsel; or as a result of any motion or court order that may alter the nature or scope of the claims and issues in the case or at trial. Therefore, the analyses and opinions described herein may be subject to change based upon additional information that becomes available or other developments that occur.

## II.     SUMMARY OF OPINIONS

10.      This report is based on the evidence I have reviewed to date. I understand that additional information may become available, including relevant opinions and analyses by the parties' experts. I reserve the right to modify my opinions based on such additional information.

11.      Based on my review and analysis of the information currently available to me, as well as my education and professional experience in the oil and gas industry, it is my opinion that leading up to and during the Class Period:

(a)      Shen's producible resource size shrank with each well, falling below the operative resource range[1] post-Shen-2.

(b)      Anadarko's operative resource range for Shen did not reflect its structural uncertainties, specifically fault compartmentalization, and variability in reservoir thickness.

(c)      After Shen-2, each subsequent well reduced Anadarko's operative resource range for the Shen field, ultimately rendering the field commercially unviable.

(d)      Anadarko personnel working on Shen and Anadarko's main partner on the Shen project estimated Shen's producible resource size as significantly smaller and less valuable than Anadarko's operative resource range and the range of expectations post-Shen-2.

---

[1]   "Operative" refers to numbers Anadarko used regarding Shen's resource range and size. Leading up to and during the Class Period, Anadarko used Exploration's numbers from May 2009 until at least Spring 2016.

CONFIDENTIAL

(e)    After Shen-1 and Shen-2, fault compartmentalization was the major risk impacting Shen's commercial viability, a risk that continued through the Class Period.

(f)    Results from Shen-3 and Shen-4 caused Anadarko's operative resource volume to decline by 64%, despite both wells being described by Anadarko as successful. After Shen-3, the estimated areal extent of the oil accumulation decreased by 47%, and following Shen-4, the volume was reduced by one-third.

(g)    The asphaltene deposition properties of the Shen crude oils had multiple negative impacts on commercial viability, including:

(i)    Barriers to flow from fault compartmentalization would greatly complicate efficient pressure maintenance from either water injection wells or an aquifer required to prevent damaging the reservoir;

(ii)    Asphaltene onset pressures ("AOPs") rose when crude samples were blended, making commingling infeasible. Commingling, however, was necessary to keep the well count low enough to be feasible; and

(iii)    Under the conditions at the time, asphaltene deposition would have occurred in all Shen wells from day one to abandonment, with each well producing enough asphaltene deposits to fill miles of production tubing per year at initial rates.

(h)    After Shen-3, Shen's economics were marginal, falling below the corporate discounted profit to investment ratio threshold ("PIR10") and by April 2015, the PIR threshold rendered it more likely than not that Shen was commercially unviable.

(i)    Shen 3 could not be used as an injection well or other type of service well and had no future utility.

(j)    After Shen-4, and by December 31, 2015, Anadarko senior management understood that Shen was not commercially viable. Although some evaluations showed positive calculated values, no economic evaluations included the full downside risk presented by fault compartmentalization and asphaltene deposition. Incorporating those downside risks, it was known with reasonable certainty that the corporate PIR threshold rendered Shen commercially unviable at that time.

(k)    Shen-5 confirmed extensive fault compartmentalization. Even with 1,040 ft. of oil pay, the resource volume shrank significantly after the well. Tar in the LWC proves that reservoir damage from asphaltene deposition had already occurred in the reservoir, the extent of which could not be determined at the time.

12.    I elaborate on the above opinions in the rest of the report. As stated above, I reserve the right to modify or supplement these opinions.

CONFIDENTIAL

## III.    SUMMARY OF KEY EVENTS AND FINDINGS

13.    For ease of reference, I summarize the key events as well as the most salient technical and economic analyses here. The support for these findings is explained below.

(a)    After Shen-1 and Shen-2 were drilled, concern over the sub-surface risk of fault compartmentalization was at the fore for Anadarko's and technical professionals. Fault compartmentalization was known to be an important risk to the Shen discovery, which was challenged by having oils with high asphaltene content, requiring reservoir pressures to be maintained above 11,000-13,000 psig to prevent tar damage to the reservoir. The technical teams and management were aware that fault compartmentalization would interfere with the flow connection between the aquifer, injection wells and production wells, allowing pressures to decline more rapidly.

(b)    Shen-3 was a dry hole, reduced the resource range for Shen, and had no future utility as an injection well or otherwise. Shen-reduced the resource range for both the Exploration and Pre-Development, despite Exploration's efforts to continue touting an overly optimistic narrative about Shen. Exploration's mean area for each horizon decreased by an average of 47%. With no other changes, the impact would have been to reduce the resource volume by almost half. Instead, Exploration increased the mean net pay by 32% and 16% thicker than Shen-2 net pay. In my expert opinion, Anadarko did not have a valid technical reason to increase the net pay estimate. Their increase required thickening up-dip of Shen-2, exactly counter to the crestal thinning trend observed in seismic lines since 2008. Shen-3 established down-dip thickening but did not establish up-dip thickening. The resulting post-Shen-3 mean resource estimate was revised downward from 1,200 MMBOE to 920 MMBOE. By contrast, Development reduced the mean resource estimate to a much lower 397 MMBOE, 57% less than Exploration's Post Shen-3 estimate and 67% smaller than their pre-Shen-3 volume. MDT pressures indicate that the water legs of Shen-1 and Shen-3 fall along a common regional gradient of 0.50 psi/ft., establishing the downside risk that the shallow oil water contacts ("OWCs") encountered in Shen-1 could extend over part of the eastern fault block, forming the basis for their P90 area. Their P90 net pay assumption was 500 ft., half of Shen-2 but twice that of Shen-1 to account for crestal thinning. In my expert opinion, Development's estimate of 397 MMBOE was more scientifically valid than Exploration's in depicting the resource range and range of uncertainty at the time. Regardless, the resource range significantly moved downwards after Shen-3, whether using Exploration's or Development's numbers.

(c)    Darrell Hollek, Anadarko's Senior Vice President of Deepwater Operations in the Gulf of Mexico, testified at his deposition that Anadarko had a corporate economic threshold for development of a PIR10 factor of .30 or greater. After Shen-3, Senior Staff Reservoir Engineer Lea Frye calculated PIR10 measures below .30 for Shen and in several instances, negative amounts. Throughout the remainder of the Class Period, the PIR10 remained below Anadarko's corporate threshold of .3 for the base case without artificial cost reductions.[2]

---

[2]    *See* Darrell Hollek Deposition dated 9/1/22, page 53, line 6 to page 54, line 4 (Q. . . . you recall that .3 [PIR10] was generally considered the threshold? A. I believe that was sort of a hurdle rate. THE COURT

CONFIDENTIAL

(d)      An April 2015 presentation to Jim Kleckner indicated that the PIR was .08 at $60/bbl without incorporating the downside risks of fault compartmentalization and asphaltene deposition. Anadarko personnel and management knew that Shen was more likely than not commercially unviable by this date.

(e)      The results from Shen-4 and its sidetracks confirmed that Shen was uneconomic.

(f)      At Shen-4, the original wellbore hit salt and missed the reservoir entirely, reducing the oil in place volume by one-third or 900 MMBOE in the mid-case.

(g)      Although Shen-4ST1 was drilled farther south and encountered 626 ft. of oil pay, the economics remained in peril. Most of the Upper Wilcox section was missing except for a lone UW2 sand. The LWC, LWD and LWE sands were of poor quality. The LWD zone was wet, and the LWE sand had 14 ft. of water-bearing sands. Pressures from the sidetrack established that Shen-4ST1 was in a separate fault block from Shen 2 and Shen 1, adding additional evidence of reservoir compartmentalization. Pressures in the ST1 established at least five vertically isolated pressure trends.

(h)      The Shen-4 bypass core revealed small scale faulting because its results were so different despite being proximate to Shen-4ST1. The Shen-4 bypass core encountered only 473 ft. of pay, 153 ft. less pay than the sidetrack, despite being located only 300-400 ft. away. The bypass core was missing several sands present in the sidetrack (LWE, LWF, and the partial UW2 sands). Source rock fragments for the LWE zone changed from ST1 to BP1. BP1 was pressure isolated from ST1 just 300-400 ft. away. A minimum of nine faults were identified in the bypass core.

(i)      Shen-4 ST2 hit tar and was abandoned. All but one partner had declined to participate in the sidetrack, leaving Anadarko to pay for 90% of the working interest, reflecting a serious decline in partner unity.

(j)      After Shen-4ST1, both Exploration and Development revised the resource range significantly downwards. Exploration revised its resource estimate from 920 MMBOE to 755 MMBOE. Despite all the new evidence for fault complexity in the western part of the field, the eastern fault block was still mapped with no faulting or additional uncertainty. Development reduced their resource estimate from 396 MMBOE to 305 MMBOE, 60% lower than Exploration's estimate. At 305 MMBOE, Development's economics showed the project was uneconomic, even with the unsupported assumption of full pressure support from the aquifer. In my expert opinion, given the evidence for complex faulting, full aquifer pressure support was highly unlikely.

(k)      Two additional findings further doomed Shen's viability in 2015:

(i)      In October 2015, testing of blended oils from Shen 2 showed that commingling production from multiple zones worsened the threat of asphaltene deposition by raising the AOP. Crossflow between zones of different pressures would result in mixing of oils

REPORTER: A what rate; hurdle rate? THE WITNESS: Yes. Basically an economic threshold to be even considered.").

- 5 -

CONFIDENTIAL

within the formation, resulting in asphaltene dropout. In my expert opinion, without commingled completions to develop eight different zones, the Shen project was uneconomic due to the number and cost of wells required with single zone or sequential completions.

(ii)    It was determined that asphaltene deposition in the wellbore and flowlines could be very costly. Even if reservoir pressures were maintained above the AOP, the produced oil would reach the AOP at some point in the wellbore as it rises, losing pressure and cooling on its way to the surface and would do so from the first day of production to abandonment. Deposition of asphaltenes was inevitable and the primary repair option was coiled tubing cleanout. The December 2015 economic evaluation assumed the cost of these cleanout interventions was $2.4 billion over the life of the project based on an optimistic assumption for frequency of once every five years. The required frequency for these cleanouts and their cost was one of the most important drivers of value.

(l)    The economic evaluations in the lead-up to Shen-5 were negative despite being based on overly optimistic assumptions. The economic evaluation presented to Jim Kleckner on December 17, 2015 included the best-case scenarios of no injection needed and no asphaltene damage. Yet, the PIR was negative at -.07 for the base case, rendering Shen commercially unviable.

(m)    The economic evaluation Development presented to the Executive Committee on February 1, 2016 for the Shen-5 AFE was over-optimistic, yet still showed Shen was commercially troubled. One reason for the more optimistic numbers is that the presentation was based on the "Joint" volumetric model with a mean resource volume of 426 MMBOE, an approximately 120 MMBOE upwards compromise by Development which was under pressure to increase their numbers. Another was the extreme cost-cutting measures, which were inconsistent from a technical perspective. The well intervention costs for the February 1, 2016 evaluation were reduced from $2.4 billion to $0.8 billion, a 66% cost reduction for the Shen-5 AFE economics. Yet, in the same week, McGrievy's team assumed intervention costs totaling $2.7 billion in an evaluation comparing the economics of wet versus dry trees. In my expert opinion, maintaining a $1.9 billion difference in the most important assumption between two concurrent evaluations is unexplainable from a technical perspective. Finally, although the economics showed a net present value of $208MM, the economics were based on overly optimistic assumptions of full pressure support from the aquifer, requiring no costs for injection wells and facilities to prevent asphaltene dropout from destroying permeability. In my expert opinion, these assumptions were inaccurate and over-optimistic, even while spelling out trouble for Shen's commerciality. Ultimately, the presentation revealed that the PIR ratio was 0.22 risked, rendering Shen commercially unviable.

(n)    Despite Development showing over-optimistic economics throughout 2016, the Executive Committee had substantial doubts about Shen's commercial viability and discussed existing the project, based on my review of internal documents.

(o)    Although Shen-5 encountered 1,040 ft. of oil pay, the resource estimate declined by 17%, from 426 MMBOE gross to 353 MMBOE. Pressures showed the well was isolated in its own fault block, as were all previous oil-bearing wells, further confirming reservoir compartmentalization. The well was more compartmentalized vertically than any previous well at Shen, with at least 10 separate pressure trends, including three in the LWA zone alone. Oil gravities

CONFIDENTIAL

were substantially lower (more viscous and lower potential recovery factor) in the Lower Wilcox sands, ranging from 29.3° to 23.7° API. Moreover, 22 ft. of tar was encountered in the LWC sand, potentially rendering the zone unproductive. These findings at Shen-5 were significant because after five wells, no wells had encountered an OWC except for the shallow OWCs in Shen-1 BP2.

(p)    Shen-6 provided more bad news. The well was drilled to the east and down-dip of Shen-5 but the well encountered water, proving the well was located in a separate fault block. Shen-6 sidetrack 1 targeted the Shen-5 fault block down-dip of the well, but it too found water, proving that a fault separated the sidetrack from the Shen-5 well. A bypass well encountered tar sands and fluid losses, and the well was suspended.

(q)    After Shen-6 and its sidetracks, the Shen resource volume was estimated at 210 MMBOE, assuming an overly 33% recovery factor, full aquifer pressure support and no injection costs.

(r)    On May 2, 2017, after close of market, Defendants filed their 1Q2017 10-Q, disclosing that Anadarko had "suspended further appraisal activities" on the Shen project and had taken a $467 MM impairment for the purchase price of the leases and a $435 MM charge for previously capitalized expenses.

## IV.    INTRODUCTION

14.    Exploring for oil and gas in the Wilcox formation of the Walker Ridge area of the Gulf of Mexico (GOM) is a challenging environment. Well depths as deep as 32,500 ft. encounter formation pressures as high as 24,000 psig. Working in water depths of more than one mile and at such high pressures requires among the most expensive drilling rigs in the industry. In early 2014, well costs were estimated at $310 MM to drill and complete. Facilities costs were expected to carry multi-billion dollar price tags. Another challenge at the Shen field was seismic imaging data at depths below a very thick layer of salt, causing difficulties in depth migration. Consequently, appraising a discovery in such a harsh environment required unbiased, quality work from a highly trained and experienced team of professionals empowered to do the right thing.

15.    The Shen discovery is located in the Walker Ridge (WR) area of the deep-water Gulf of Mexico. Anadarko operated blocks WR 51 and WR 52 for partners with the following working interest at the time: Anadarko 30% (later 33%); ConocoPhillips ("COP") 30%; Cobalt 20%; Marathon 10%; and Venari 10%. The Shen appraisal program targeted sands in the Upper and Lower Wilcox. The Upper Wilcox Formation is differentiated into three units of increasing depth: Upper Wilcox 1 (UW1); Upper Wilcox 2 (UW2); and Upper Wilcox 3 (UW3). The Lower Wilcox formation is differentiated into five sand units increasing with depth: Lower Wilcox A (LWA); Lower Wilcox B (LWB); Lower Wilcox C (LWC); Lower Wilcox D (LWD); and Lower Wilcox E (LWE).

16.    After discovering the Shen field in 2009, Anadarko drilled appraisal wells and evaluated the results with wireline logs and core samples obtained to assess the size and quality of the resource and reduce uncertainties to determine the commercial viability of the resource. The goal of appraising a deep-water discovery is to acquire information about the resource to decide to

CONFIDENTIAL

proceed with a commercially viable development or exit at a reasonable cost if the resource appears not viable.

17.    The six wells drilled on the Shen structure are described above and briefly below as follows:

(a)    The Shen field discovery well, Shen-1, was drilled and tested from June 3, 2008 through January 22, 2009, targeting the north-central part of the structure. On February 4, 2009, Anadarko announced the field discovery totaling 300 ft. of oil pay in the bypass wellbore, and only the Lower Wilcox sands were present. The well was sidetracked, and a bypass core wellbore drilled, encountering tar.

(b)    Shen-2 was drilled and tested from July 1, 2012 through January 29, 2013 and was located 7,000 ft. southwest of Shen-1. On March 19, 2013, Anadarko announced ~1,000 ft. of oil pay.

(c)    Shen-3 was drilled and tested from May 28, 2014 through November 7, 2014 and was located 2.3 miles east and 1,400 ft. down-dip of Shen-2. All sands in the well were wet. Because no hydrocarbons were found, Shen-3 was a dry hole by industry standards.

(d)    Shen-4, located west of Shen-2, was drilled and tested from May 6, 2015 through December 21, 2015, with the original hole penetrating the basin margin and no Wilcox sands. A sidetrack to the south was drilled, and Anadarko reported more than 620 ft. of oil pay. A bypass was drilled to obtain the core, and the well was sidetracked again, but encountered tar.

(e)    Shen-5, located east of Shen-2, was drilled and tested from March 14, 2016 through August 14, 2016, with Anadarko reporting 1,043 ft. of oil pay. The well encountered 22 ft. of tar in the LWC zone.

(f)    Shen 6 and its sidetrack, located east and down-dip of Shen-5, were drilled and tested from December 16, 2016 through April 4, 2017, encountering wet sands in the original hole and the sidetrack that targeted the Shen-5 block. The subsequent bypass well was wet and encountered tar in the UW3 sand. Because no hydrocarbons were found, Shen-6 was a dry hole by industry standards.

18.    The locations of these wells are provided in Exhibit 1, and Exhibit 2 shows the two different well naming conventions used in the technical documents.

CONFIDENTIAL



**Exhibit 1 Shenandoah Structure Map and Well Locations (9/14/16)**

| Common Name | Alternate Name | Net Pay ft TVT | Date Spud | Date Finished |
|---|---|---|---|---|
| Shen-1 | WR 52 #1 | ND | 2008 | |
| Shen-1 ST1 | | ND | | |
| Shen-1 BP2 | | 236 ft | | 2009 |
| Shen-2 | WR 51 #2 | 1,002 ft | 9/17/2012 | 3/13/2013 |
| Shen-3 | WR 52 #2 | Dry Hole | 5/29/2014 | |
| Shen-3 BP1 | | Dry Hole | | 12/7/2014 |
| Shen-4 | WR 51 #3 | Dry Hole | 5/29/2015 | 9/8/2015 |
| Shen-4 ST1 | | 626 ft | 9/8/2015 | 10/26/2015 |
| Shen-4 BP1 | | 473 ft | 10/26/2015 | |
| Shen-4 ST2 | | tar | | 12/21/2015 |
| Shen-5 | WR 51 #4 | 1,043 ft | 3/14/2016 | 8/14/2016 |
| Shen-6 | WR 52 #3 | Dry Hole | 12/16/2016 | 2/7/2017 |
| Shen-6 ST1 | | Dry Hole | 2/19/2017 | 3/2/2017 |
| Shen-6 BP1 | | Dry Hole, tar | 3/8/2017 | 4/4/2017 |

*ND = Not Determined in search*

**Exhibit 2 Well Names, Net Pay, and Date (ND = Not Determined)**

19.    The names of key participants are provided in Exhibit 3, along with their responsibilities during the class period:

| PERSONS INVOLVED IN THE CASE AND THEIR RESPONSIBILITIES | |
|---|---|
| Walker, Al | Chief Executive Officer |
| Gwin, Bob | Executive Vice President of Finance and CFO |
| Kleckner, Jim | Executive Vice President, Deepwater and International Development |

CONFIDENTIAL

| PERSONS INVOLVED IN THE CASE AND THEIR RESPONSIBILITIES | |
|---|---|
| Hollek, Darrell | Senior Vice President, Deepwater and International Development |
| Holly, Brad | Senior Vice President, Operations – Rockies |
| Daniels, Bob | Executive Vice President, Exploration |
| Leyendecker, Ernie | Vice President, Gulf of Mexico Exploration |
| David Blakeley | Manager, Gulf of Mexico Exploration Engineering |
| Trautman, Tim | Geological and Geophysical Manager, Exploration |
| Ramsey, Jake | Geologist, Exploration |
| Johnson, Breck | Geologist, Exploration |
| Kendall, Beth | Geophysicist, Exploration |
| Szabo, Shandell | Director of Investor Relations Aug 2015 – Sep 2016 |
| Strickling, Robert | Reservoir Engineer supporting Exploration |
| Camden, Chris | Reservoir Engineer supporting Exploration |
| McGrievy, Pat | General Manager, Development (GOM Deepwater?) |
| Browning, Brad | Reservoir Engineer, Development |
| Frye, Lea | Reservoir Engineer, Development |
| Oudin, Chip | Geophysicist, Development |
| Noll, Christian | Geologist, Development |
| Chandler, Paul | Geologist, Development |
| Shotts, Doug | Reservoir Engineer, Technical Support |

**Exhibit 3 Persons Involved in the Case and Their Responsibilities**

## V.    THE IMPACT OF FAULTING

20.    What is faulting and how does it impact commercial viability? Fault planes can be barriers to oil flow, limiting the effective drainage areas of production wells and preventing pressure support between injection wells, aquifers, and production wells. Hence, sealing faults, which act as complete barriers to flow, negatively impact the commercial viability of the field by reducing the recovery efficiency and volume of oil each well can be expected to produce and by increasing the number of production and injection wells required. Paying close attention to compartment boundaries is crucial, otherwise optimal placement of producers and injectors becomes a haphazard and costly exercise.

21.    The total cost of injection and production wells was critical at Shen because each well was estimated to cost approximately \$310 MM[3] to drill and complete in 2014. Moreover, faulting was a significant risk due to the field's particular environment.

22.    The impact of faulting on the commercial viability of the Shen resource was arguably the most critical uncertainty Anadarko was responsible for addressing as the operator. In order to address the risks posed by faulting, Anadarko needed to consider the possibility of fault compartmentalization in their range of possible outcomes. However, instead of remaining open to

---

[3]    APC-01674681 dated 2/19/14.

CONFIDENTIAL

all possible outcomes, Anadarko Exploration management advocated using a simple unfaulted, laterally continuous structural model, counter to structural models developed by both Anadarko's Shen Pre-Development Team and project partners. This adherence to unrealistic and overly optimistic assumptions by Exploration management and Anadarko's senior management led to public statements exaggerating the likelihood of successful development, resource size, and value.

23.     This report will go through each well chronologically, and examine the technical information, resource assessments, and economic evaluations accompanying each. For ease of reference, the first paragraph of each section will feature my conclusions about Shen's resource size and commerciality at each stage. I formed these opinions based on the materials reviewed and my expertise as a petroleum engineer. Geologists and petroleum engineers examine faulting regularly, and it is industry practice for the two specialties to review each other's work. The biggest difference is that geologists examine how faults form, whereas engineers examine how they act as barriers and form compartments. In this section, I primarily focus on fault compartmentalization. To the extent the reader wishes to understand more about how the faults formed, Dr. Merrill's report is useful in that regard.

### A.    Pre Shen-3

24.     Before Shen-3 was drilled, Anadarko gleaned important information from Shen-1 and Shen-2 suggesting that, despite Shen-2's high pay, faulting could impact the field's overall recovery by as much as a third without careful planning. These include (1) that Shen-1 and Shen-2 were isolated from one another; (2) each well was compartmentalized[4] vertically in terms of pressure; (3) oil-water contacts could not be inferred with any degree of confidence; (4) high AOP readings indicated recovery could be reduced by a third just by keeping flowing above a minimum level; and (5) there was a high possibility of either N-S or E-W faulting or both. These findings and discussions around the data will be detailed further below.

25.     The Shen-1 discovery well, drilled in 2009, encountered a reported[5] 300 ft. of oil pay, and pressures from MDT surveys indicated pressure compartmentalization vertically in the well. The oil samples from each zone varied in measured density and gas content, supporting a degree of vertical compartmentalization.

26.     Formation pressures can be used to infer the depth of OWC when the pressure gradients of the overlying, less-dense oil column and underlying, more-dense water column are known. The intersection of the oil column gradient and water column gradient is defined as the free-water level,[6] a close approximation to the OWC in moderate to high permeability rock. The pressure gradients will correspond to the density of the mobile fluid in the pore space.

---

[4]    APC-00592977 dated 11/14/13, pages 21, 25.

[5]    APC-01669740 dated 4/8/09, page 2.

[6]    The free water level is the depth at which the capillary pressure of the oil and water phase are equal. An OWC is defined as the lowest depth at which the oil becomes mobile, which can occur above the free-water level in lower permeability formations.

- 11 -

CONFIDENTIAL

27.     When no OWC is encountered in a well, the pressure gradient of the water column can be based on results from another down-dip well. However, the key issue is that the down-dip water column must be in pressure continuity with the up-dip oil column to establish the OWC. Sealing faults between the water and oil leg would prevent such pressure continuity; lateral continuity of the sands is a critical factor in assessing whether a well provides valuable information about the depth of OWCs.[7]

28.     Shen-2, drilled in early 2013, encountered 1,000 ft. of oil pay in what Anadarko identified as eight zones. MDT pressures showed as many as six different pressure trends[8] in the Wilcox sands, signaling a very high degree of pressure compartmentalization vertically. In addition, the MDT pressures proved that Shen-1 and Shen-2 were isolated from each other, most likely by a fault. Each sand was filled to the base with oil, so no pressures in the water leg were available to infer an OWC.

29.     Anadarko's Development Team and partners were rightly concerned when they also discovered unusually high AOPs. When AOPs are high, this increases the impact of flow barriers because the operation will require either substantial aquifer support or water injection to prevent premature dropout of asphaltenes in the reservoir and wellbore. Once the pressure falls below the AOP, permeability is badly damaged by introducing solids blocking the pore throats.[9] In other words, the presence of high asphaltene pressures requires more expensive solutions (*e.g.*, aquifers, water injectors) and negatively impacts oil flow and extraction.

30.     An email[10] from Dan Bradley with COP to Lea Frye demonstrated the importance that these uniquely AOPs) had on lowering recovery by as much as one-third. The reduction in recovery resulted from raising flowing pressures to prevent asphaltene deposition in the reservoir.

> *"The AOPs were higher than anything we had seen before and we're trying to understand the implications."*
>
> *"Yesterday, I ran a test case in which I switched from THP control to BHP control, to ensure that the FBHPs remain above 15,000 psi. As you would guess, the rates fall off much faster and I lost about a third of the recovery. We've been setting up an in-house water injection study, because we too see the potential for augmenting recovery. Now, however, **I'm wondering if water injection needs to become the base case assumption in order to protect us from asphaltene precipitation in the reservoir**. Thus, our understanding of the new data and where it is driving us is*

---

[7]     Oil water contacts (sometimes referred to as "OWC" in the industry) define the boundary at which oil or water flow. Above the OWC, less-dense oil will flow and below the OWC, denser water will flow. The depth of the OWC is the downdip limit of the oil accumulation. With a structural map of the reservoir interval, the OWC can be used to determine the areal extent of the oil accumulation.

[8]     APC-00592977 dated 11/14/13, page 22.

[9]     The pore throat is the opening connecting two pores, allowing fluid to flow between the pores. A large pore throat allows fluid to flow freely, resulting in high permeability, and a narrow pore throat impedes fluid flow resulting in low permeability.

[10]     Impact discussed in APC-00003707 dated 2/20/14, first mentioned in APC-00578964 on 5/16/13.

CONFIDENTIAL

*really important to us right now as we work through the forecasting and economics to support the well AFE." (Emphasis added.)*

31.    The potential for north-south faulting impacted the uncertainty in resource size because the Shen structure is highly elongated along an east-west axis. With sealing north-south faulting, each potential fault block would need to be tested, and extrapolations of oil and aquifer gradients located miles apart would be unreliable in determining the depth of OWCs without sound evidence of pressure continuity between wells.

32.    The presence of east-west faults would be even more detrimental to the feasibility of Shen commerciality for several reasons. With no faulting, the primary direction of aquifer flow would be up-dip from south to north, and permeability barriers running east to west would block or inhibit aquifer support to up-dip producers. Without aquifer support, injection wells would need to be paired with producers in each of the isolated fault blocks targeted to be developed, increasing the number of critical appraisal and development wells. In addition, the presence of east-west faults would invalidate the inference of OWC depths from down-dip wells.

33.    Structural maps of Shen showed faulting as early as mid-2012[11] and into 2013, raising the above-mentioned red flags for the project.

34.    A presentation dated March 1, 2013[12] shows a faulted structural map in Exhibit 4 of the Shen field on the LWA horizon, likely authored by Rodriguez, as he is listed as the geophysicist on the title page. This map predates Shen-2 and is an early version of the Development team's interpretation of the extent of faulting based on the available seismic data. Faults are the white linear features on the LWA structure map.

---

[11]    FRYE-002694 dated 8/12/14.

[12]    APC-00793752 dated 3/1/13, but the date is uncertain and may be 7/12/12 based on file name and title page "2012-07-12_Foldbelt_Shenandoah_WilcoxA_structure.ppt."

CONFIDENTIAL



**Exhibit 4: Shenandoah Faulted Structure**

35.    The Shenandoah Work Group was announced[13] on April 2, 2013, with Blakely (Exploration) and McGrievy (Development) as co-leaders. This multi-disciplinary team's mission was to identify "*the challenges, opportunities, and solutions needed to fully appraise Shenandoah and move the project toward sanction as quickly and safely as possible.*" The announcement listed various contributing departments, including Exploration and Development, but did not single out Exploration as having a priority role over other groups.

> "*We would like to assemble a work group to begin preparing for an eventual Shenandoah development. It would consist of stakeholders from Exploration, Development, Drilling/Completions, Facilities, Production, and Land. There are numerous technical and commercial challenges we face in progressing this project that must be addressed. The mission of the team would be to identify and make recommendations on the key decisions that we face in the coming months and develop a work plan for the next 18-24 months that would keep this important project on track for first production within 5 years. We would envision the team identifying the challenges, opportunities, and solutions needed to fully appraise Shenandoah and move the project toward sanction as quickly and safely as possible.*"

36.    Despite this intention to collaborate, it appears Exploration and Ernie Leyendecker endeavored to stifle Development perspectives on faulting. Evidence for a rift between the Development and Exploration groups regarding faulting appeared as early as October 2013 in an email[14] between Rodriguez and McGrievy. Rodriguez informed McGrievy of a presentation he

---

[13]    APC-00573912 dated 4/2/13.

[14]    APC-00590221 dated 10/17/13.

- 14 -

CONFIDENTIAL

was to show Exploration regarding his interpretations of faults as follows: "*This is the ppt I plan to show Expl tomorrow am. Slides 1-11 are the updated interpretation. (I added the blue fault in crest – analogue is the Shenandoah discovery FB).*" McGrievy commented that interactions with Ernie Leyendecker may have lacked trust and transparency: "*Thanks for working this Arnold. This is something that we should share with Darrell next week as well. I don't want Ernie blindsiding him or giving him pre-conceived notions before he's heard it from us.*"

37.     The unwillingness of Anadarko Exploration management, including Leyendecker, to acknowledge faulting impacted the location choice for Shen-3 and exaggerated the value of information gained from a well in the water leg. In a faulted model, pressures in the water leg would enable projecting OWC's in that particular fault block only, but the OWC's could not be projected across the entire field as claimed later by Exploration. Rodriguez emailed[15] the Development team "*Here's a couple of snapshots of a quick map I made yesterday. Lots of faults set up by the deep Cretaceous structure, which we need to understand a ton more.*" Exhibit 5[16] is Rodriguez's structure map being referenced above, showing several north-south faults along with some east-west orthogonal faults. Faults are the white linear features. Lending credence to Rodriguez's interpretation, Browning responds with "*Some of the partners have interpreted similar fault geometries. If your maps is (sic) correct, Appraisal Well #2 may be testing an isolated fault block.*" Browning's comment that the Appraisal Well #2 (Shen-3) location tests an isolated fault block, which if wet, will not provide a common aquifer pressure gradient from which all OWCs can be projected. This early observation was diametrically opposed to many of Exploration's later claims regarding the value of Shen-3 as an appraisal well in projecting OWCs.

---

[15]    APC-00591016 dated 10/23/13.

[16]    APC-00796458 dated 10/23/13, also contains supporting seismic lines to support faults.

CONFIDENTIAL

**Exhibit 5: Shenandoah Structure - Oligocene**

38.    Exploration's reluctance to map or acknowledge faults was at odds with their pre-Shen-2 recognition that faulting and compartmentalization were important to the project. For example, the Exploration group recognized the importance of faulting and compartmentalization when preparing the logging program for Shen-2 in early 2013. Ramsey wrote[17] to Trautman in January 2013 the following to justify the oil-based micro-imaging (OBMI) log for the well:

> *"The OBMI dip information will be very valuable toward the project in the following ways:*
>
> > *1.)    Help tie the seismic and actual well picks*
> >
> > *2.)    Rule out any major faulting or other compartmentalization that may be related to the Oligocene coming in shallower."*

## B.    The Lead Up to Shen-3

39.    Based on my review, strong evidence existed early on that faulting was likely to imperil Shen's economics. The internal data revealed that (1) the pressures from Yucatan 2 indicated that OWC's could not be extrapolated across the field; (2) pressure breaks were indicating compartmentalization; and (3) there was increasing evidence of sealing faults from seismic imaging and the OBMI data. This made Shen more difficult and expensive to appraise, while also portending bad news for recoverable oil and associated economics. In my opinion, the

---

[17]    APC-00003418 dated 1/12/13.

CONFIDENTIAL

economic analyses incorporating these faulting risks were more accurate and true to the information available at the time. Of particular note are Lea Frye's February 19 and 24, 2014 Presentations, where she found that the PIR was 0.4, and Doug Shotts' August 19, 2014 presentation, where he concluded that the combination of heavy north-south faulting combined with mild east-west faulting could decrease the recovery factor to just 5% and would reduce overall recovery by -81% for a given volume of oil in place compared to the unfaulted base case. His compartmentalized scenario potentially had a net present value of as low as -$2.5 billion, a massive loss for a mega project, and a PIR of -.35 to -.07. In my expert opinion, these findings would be crucial to any prudent operator appraising a challenging and complex deep-water discovery. The evidence will be examined further below.

40.     On February 4, 2014, Hollek instructed[18] McGrievy to prepare economics and sensitivities for Kleckner's VP/CEO offsite. This instruction showed the important role of preparing economic evaluations to inform Anadarko senior management of Shen's economic viability and risks. Another important statement in this email by Hollek is that his "*biggest concern would be number of wells needed if we find we don't have a lot of connectivity.*" In my expert opinion, this statement demonstrates Hollek's early awareness of the downside risks of fault compartmentalization.

> *"In speaking to Jim today he wants to see some general economics and sensitivities around a Shenandoah development. He wants me and him to be able to speak to this at a VP/CEO offsite on February 24th and 25th. I know that is not a lot of time. I think Vito with 630 MMBOE and slightly economic has some EC members concerned."*

> *"We know this is not AFE quality. My guess is that if we have to drill a lot of wells we better have a lot of reserves.*

> *We might be able to use part of the portfolio run, not sure. We need to update with things we starting to better understand. If we build a 2 spar scenario we have good numbers to use.*

> *Not sure how to best show sensitivities but he wants us to address risks of such a project. My biggest concern would be number of wells needed if we find we don't have a lot of connectivity."*

41.     Lea Frye identified lateral extent and continuity as principal risks in her presentation[19] to senior management dated February 24, 2014, shown in Exhibit 6.[20] Faulting was a major uncertainty affecting both lateral extent and connectivity.

---

[18]   APC-00598394 dated 2/4/14.

[19]   APC-01674832 dated 2/24/14, file name "2014-02_Kleckner_rev2.pptx" to Jim Kleckner, Executive Vice President, Deepwater and International Development.

[20]   On February 19, 2014, around the same time period, Frye also gave an important presentation about Shen's economics in relation to faulting. This presentation is covered in paragraphs 190-195.

CONFIDENTIAL

**Principal Risks Going Forward**

• In place and recoverable resource size with only two well penetrations

   Lateral extent and connectivity

   Long-term reservoir performance; no experience with Wilcox

   Impact of high AOP (11,000 -14,000 psi @ Treservoir)

   Impact of commingling on recoverable

**Exhibit 6: Principal Risks According to Fye's Presentation (2/24/14)**

42.     Frye was not alone in her assessment that Shen's recoverable resources and economics were potentially imperiled. Brad Browning, one of Anadarko's most senior and well respected reservoir engineers,[21] made several strong assertions about potential low recovery factors, compartmentalization, the viability of pressure maintenance, and the potential for major financial loss in his March 2014 email[22] to McGrievy:

*"If we limit ourselves to a FBHP of no less than 13K, the abandonment Pbar will be about 14K which gives 7% EUR in this depletion scenario.*

***Compartmentalization could cut your reserve estimates in half again assuming a fixed well count with each well expected to drain 500 acres.***

*Furthermore, if there's compartmentalization, water pressure maintenance may not be viable, (and the aquifer certainly will not be effective). In this scenario, **including the cost for injection facilities and injection wells will only sink the project further into the red.*** *" (Emphasis added.)*

43.     In the same email, Browning provided a sobering comment on whether the critical risks of aquifer support and waterflood feasibility can be addressed before sanction and, if not, whether the project should continue. At an early stage of the project, he questioned whether the Shen project was commercially viable as follows:

*"Assuming we're committed to pre-drilling wells, **if we can't resolve the question of aquifer support or waterflood feasibility before sanction, I question if we should continue with this project.***

*An extended projection test along with interference data might go a long way to de-risking the project." (Emphasis added.)*

44.     Browning was one of Anadarko's recognized experts and his professional judgment should be taken very seriously as Camden provided a powerful endorsement from the Exploration group in his deposition quoted as follows:

---

[21]   Chris Camden Deposition dated 7/14/22, page 93, lines 1-6; Jim Kleckner Deposition dated 10/14/22, page 59, lines 10-17.

[22]   APC-00004620 dated 3/21/14.

- 18 -

CONFIDENTIAL

*"Brad was not on the team. Brad – Brad's not here any longer so I'll speak of him past tense. Brad was one of our, if not our most senior engineer and – and a very valuable reservoir engineering resource. So we typically pulled him in as a – an expert."*

45.    On March 25, 2014, a presentation[23] prepared by Frye[24] for Kleckner advocated for water injection to be included in the base case, as shown in Exhibit 7. The table shows the simulation results discussed above that without pressure support from an aquifer or injection wells, the recovery factor was calculated to be just 7% of oil in place compared to the 20% assumed in the base case[25] with injection wells included in the development plan. These simulation results were apparently based on a material balance model for a laterally continuous reservoir, so the low 7% recovery factor did not include the negative impact of compartmentalization within the reservoir caused by faulting. The presence of sealing faults within the reservoir would reduce recovery further by blocking flow from isolated fault blocks not penetrated by a production well.

## Why assume water injection as base case?

- **Scenario #1 No Injection RF 7%** : Maintain near wellbore reservoir pressures above AOP yields low recovery without aquifer or pressure support.

| | | Ruby Depletion Drive Simulation Results | | | | |
|---|---|---|---|---|---|---|
| Completion | Zone | Pressure Constraint | Pbar | RF | Bo Mat | OIP Ma |
| LW C/D/E | LWE | FBHP >13,500 (AOP) | 13639 | 7% | Great | Great |
| LW C/D/E | LWD | FBHP >13,500 (AOP) | 13713 | 4% | Great | Great |
| LW C/D/E | LWC | FBHP >13,500 (AOP) | 13770 | 7% | Great | Great |
| LW A/B | LWA | FBHP >12,000 (AOP) | 12805 | 7% | Great | Great |
| LW A/B | LWB | FBHP >12,000 (AOP) | 12907 | 8% | Great | Great |
| UW3 | UW3 | FBHP >12,000 (AOP) | 12699 | 7% | Great | Great |
| UW1/2 | UW1/2 | FBHP >12,000 (AOP) | 12560 | 8% | Great | Great |

**Exhibit 7: Water Injection in Base Case**

46.    On March 27, 2014, Rodriguez[26] warned McGrievy and Frye as follows that there were probably more faults than he was able to map given the current seismic imaging quality.

*"Subject: Shenandoah Upper Wilcox Structure*

*Mapping update with the current volume. This is the faulted version and realize that there probably are more faults than I am able to map with the current seismic imaging."*

---

[23]    APC-00822581 dated 3/25/14, with file name "2014-02_Kleckner_rev3_GeologicOverview.pptx," page 36.

[24]    APC-00603677 dated 2/18/14 shows Frye forwarding presentation.

[25]    APC-00822581 slide 34.

[26]    APC-00004757 dated 3/27/14.

CONFIDENTIAL

47.    On April 1, 2014, Browning responded[27] to Rodriguez's recent structural and fault interpretation. Browning makes an important point that faults with small offsets can be sealing, given the potential for deformation banding in 50 mD permeability rock. When fault offset exceeds the gross thickness of the sands, the result will generally be that the fault seals, forming a no-flow barrier with sand on shale contact across the fault. Where fault offset is less than the sand thickness, sand on sand contact may or may not be sealing. Deformation banding is where rock is crushed from pressure and movement along the fault, reducing its permeability and potentially causing the fault to seal, even when sand is juxtaposed against sand. Given the noise in the seismic data, Browning also questioned whether the reservoir is "completely broken up" or is it an artifact of noisy data.

> *"The pink fault is anchored on a deep event with significant offset, but looks to be dying shallow.*
>
> *The red fault looks to have significant offset, but only through one horizon.*
>
> *Really, **none of the shallow faults completely offset the Wilcox section. But with deformation banding in 50 md rock, small faults might create drainage compartments**.*
>
> *There's a lot of noise swinging through the data. **Is the reservoir completely broken up by faulting or noisy data**?*
>
> *I wonder if we'll know which is the case until a good number of wells are on production.*
>
> *But certainly, **if we get more pressure breaks between appraisal wells, we'll have our answer**. Thanks." (Emphasis added.)*

48.    Browning then questioned whether the difference between the reservoir was broken up or just noisy data can be determined before the field is fully developed and producing and several billions of dollars are put at substantial risk. Browning makes a very important statement that should have been revisited by Anadarko professionals and management after each appraisal well regarding the significance of "pressure breaks" between wells. Each time a new appraisal well proved to be isolated from its neighbors added a significant negative finding establishing fault compartmentalization.

49.    Rodriguez responded in the same email chain with the comment that he thought the reservoir was completely broken up as Browning had theorized.

> *"The interpretation is not completed and some faults have not been fully assessed from the interpretation standpoint. In general, the pink fault on the seismic is approximately 150-220' fault as observed with this 'raw' version of processed seismic.*

---

[27]    APC-00004880 dated 4/1/14.

CONFIDENTIAL

*I think the reservoir is completely broken as you put it. I want to have the team with Van to look at the effect of mother salt evacuation from the area of the sediment entry point, to and along the axis of Wilcox deposition.*

*There may be two sets of faults. Large faults were active during deposition (syn-depositional), and the numerous smaller scale faults 50-100' are all post depositional or formed primarily to fill the hole formed by the evacuated deep mother salt." (Emphasis added.)*

50.     An email exchange[28] dated April 1, 2014 shows how important fault interpretation was to determining future appraisal well locations. Ramsey with Exploration is included in the exchange with Browning quoted as follows:

*"If the 'Pink' fault seals, the oil-water contact in the S3 fault block is independent from the S2 fault block.*

*If we receive Yucatan pressure data in the aquifer, we should have an estimated oil-water contact based on gradients from S2, but it will not necessarily be relevant for the S3 fault block.*

*If we find that the estimated contact is above the planned S3 penetration, intentionally drilling a wet S3 test will do nothing to definitely test the large S3 fault block.*

*We cannot assume there is oil above us at S3. (In K2 for example, the north fault block is HC charged in the M14 but the south fault block is wet.)*

*With effectively only one well in our reservoir, I think confirming HC pore volume is still our first priority. Testing aquifer properties might be important, but only after confirming commercial OIP.*

*I believe the sensible approach is to not 'finalize' the S3 bottom-hole location until we have data from Yucatan. And if the projected contact is at a level between S2 and S3, we should move S3's BHL to target above this notional OWC."*

51.     The pink fault is depicted in Exhibit 8, which was part of a presentation[29] by Rodriguez subtitled "Complexly Faulted Model." Colored lines depict faults in the seismic cross section, and white linear features depict faults in the colored structure map.

---

[28]     APC-00004964 dated 4/1/14.

[29]     APC-00117313 dated 4/1/14, pages 2 and 4. File attached to APC-00117310 referenced below.

- 21 -



**Exhibit 8: Seismic Cross Section With Faults**

52.    Exhibit 9 from the same presentation shows Rodriguez's interpretation of the fault structure at the top of the UW1 horizon, providing outlines of the S2 and S3 fault blocks. Faults are shown as white linear features. This same structure map[30] of Development's interpretation of faulting was presented to Kleckner on or after April 3, 2014 based on the file name.

---

[30]    APC-01676709 dated 4/3/14, file name "2014-02_Kleckner_final.pptx."

- 22 -

CONFIDENTIAL



**Exhibit 9: Development's Upper Wilcox 1 Structure Map**

53.     On the same day, Browning responded[31] to Strickling in Exploration, sharing the "Complexly Faulted Model" and mentioning that each fault block may have its own unique OWC and that each fault block will need to be tested with a well:

*Arnold is picking a number of faults, (as have our partners I believe). I can get you linked access to Arnold's map if you'd like.*

*I'm suggesting that there is a "possibility" that the up-coming Yucatan pressure data will indicate that our planned drill location will be wet.*

*It's just one possible scenario. Other possibilities are that Yucatan aquifer pressures will indicate that Shenandoah is filled to spill; or if Yucatan is full-to-base it may not have any bearing on Shenandoah's contact, (although it might establish a new highest possible water level for Shenandoah).*

*I'm just trying to encourage discussion on how we might use the information to our advantage. If Arnold's structural interpretation has any validity,* **we can't assume other fault blocks have the same OWC. We have to test each fault block with a well, (starting with the biggest)**. *If our projection when we spud S3 is that it will be drilling into the aquifer, I argue that it's not the optimum use of appraisal dollars.*

---

[31]    APC-00117310 dated 4/1/14.

CONFIDENTIAL

*I've been told that Shenandoah wells cannot be sidetracked. If that's the case, and we anticipate drilling a wet well, I suggest we 'modify on the fly.' (Emphasis added.)*

54.      Ramsey responded to Browning about the lack of consensus around the impact of faulting on the structural interpretation, and that considerable information will be necessary for the various parties to converge on their interpretation:

*Thanks Brad. I'll check with Jim Kunning on IF the well has any bottom hole flexibility available.*

*An important data point to consider though, is the raw lack of structural consensus (internally and externally) that currently exists at Shenandoah. I have seen eight different maps of Shenandoah from six different companies (two different maps internally), and the only similarity between the 8 is the overall 3-way shape. Attached are the maps from our Shen partners, that were traded several months ago. Unfortunately at the pace I am observing, we will likely not have a consistent map between all respective mappers, until a whole lot more data comes to light (final and consistent seismic to start, pressure data, FLAIR/geochemistry, and possibly even production PTA). Given all the structural uncertainties we currently have with everyone involved, I think it will be a very hard task to persuade a majority of parties (internally and externally) to modify the current bottom hole location of Shen 3, based purely on the Yucatan pressure data. I'll personally be looking at it hard and weighing the options appropriately, but I am mindful of the very complex dance that will ensue.*

***With all that said though, if any north-south faulting exists that could potentially compartmentalize Shenandoah, it would represent the largest risk element to appropriately appraising this project****. It's my opinion, that we should come to a consensus internally, on the probability of any potential faulting at Shenandoah, and particularly regarding the 'pink' fault. **We're using the same data, we're all on the same APC GOM team, so there should be no real reason we can't reach a consensus. If we are aligned internally, then we will be able to make the appropriate appraisal decisions as operator**. (Emphasis added.)[32]*

55.      An example of a differing partner interpretation is COP's interpretation of extensive east-west faulting in the top of the Wilcox structure map,[33] shown in Exhibit 10. Faults are shown as dark curvilinear features.

---

[32]    APC-00117350 dated 4/1/14.

[33]    APC-00117345 contained in file APC-00117344, dated 4/1/14.

CONFIDENTIAL



**Exhibit 10: COP Structure Map**

56.     Ramsey made a very important statement regarding the importance of fault compartmentalization in apprising the Shen field, stating that "*if any north-south faulting exists that could potentially compartmentalize Shenandoah, **it would represent the largest risk element to appropriately appraising this project**.*" Ramsey forwarded this exchange[34] to Trautman, his manager in Exploration, which included the following comment: "*Paints a good picture on their value of the north south fault trending down the center of Shenandoah and how it impacts THEIR forward planning.*" This statement indicates Exploration conscientiously ignored evidence of faulting, and only the Development team considered it in their well planning logic.

57.     The following day, Browning wrote[35] to McGrievy that "it would be a huge mistake to go to project sanctioning assuming that our largest mapped fault block, (S3), has the same oil-water contact as the S2 fault block."

58.     Although the Exploration team's numbers were Anadarko's operative figures, the Development team made sure that senior management was aware of their dissenting views and the key risks surrounding Shen.  David O'Brien notified McGrievy in an email[36] that his team needed to prepare for Kleckner an evaluation of key risks in the Shen field as follows: "*Jim's asked that*

---

[34]    APC-00117333 dated 4/1/14.

[35]    APC-00004967 dated 4/2/14.

[36]    APC-00007119 dated 5/28/14.

CONFIDENTIAL

*we look at all of the key risk issues surrounding Shenandoah & what we are doing to mitigate and the potential impacts to the project's timing, costs & ultimately value.*"

59.    In a subsequent announcement, Chandler wrote in an email chain[37] that the Development team was requested to prepare a study of Shen development risk and uncertainties as follows:

*Our Shenandoah team has been charged by Jim Kleckner to provide for him a general overview of our risks and uncertainties surrounding the Shenandoah development as we see it today. The idea is that there are many complex issues being addressed by multiple groups and there is a need to better understand all the risks and possible mitigation of those risks as the project moves forward. This is a rather big task but a very important one.*

60.    McGrievy added to the announcement that Kleckner had charged the team with identifying Shen risks and uncertainties that will be considered in the Executive Committee's work in the upcoming budget cycle. Shen was considered a mega project in Anadarko's portfolio, requiring a substantial capital requirement:

*I would like to reiterate the importance of Paul's request from last week for each of you to provide input on the risks and uncertainties for your respective areas of expertise for the Shenandoah project. Understandably, Jim Kleckner wants to recognize where his project execution, financial, environmental and safety risk and exposure lies within each mega project as he will be required to articulate these exposures with the EC during the upcoming budget cycle given the level of capex commitment for this project. This is not unlike risk exercises that have been conducted in the past on these **mega projects**. If at all possible, your feedback is greatly appreciated by the end of the day on Friday, June 20th. This will give us time to collect comments and send them out to the team for a final look prior to review with Darrell Hollek and Jim Kleckner toward the end of June. (Emphasis added.)[38]*

61.    The final risk registry[39] for Shen placed reservoir continuity in the highest risk score category based on the Development team's input. A meeting[40] was held on July 8, 2014 to review the slide deck in advance of an Executive Committee meeting, establishing that this material was used to inform Anadarko senior management.

---

[37]    APC-00007950 dated 6/18/14.

[38]    Same.

[39]    APC-00008478 dated 6/29/14.

[40]    APC-00609712 dated 7/6/14.

CONFIDENTIAL

62.     Kleckner's email[41] direct to Hollek establishes that the Development team had been tasked to provide their analysis for important Board of Directors meetings:

*Darrell, at yesterday's EC meeting Al lined out his expectations of having an overview of the business case in GOM prior to the BOD meeting. The latest we could schedule this meeting without running into interference with the earnings call and BOD planning would be July 21-23. I realize this is a short time frame but we need to have the EC briefed on this subject as it will come up at the BOD strategy discussion.*

*If we use Al's memo as a guide and develop a presentation around the questions he has asked we can address many of the issues with the information that you and your team have reviewed on Shenandoah. A key part of the presentation will be the type of exploration, development and commercial opportunity set we can develop in the GOM that will best meet portfolio needs. I realize that Ernie's/Lund's team may require more time to thoroughly characterize this opportunity set but we need to set a date prior to the BOD meeting and work to making this a meaningful discussion. Please let me know your thoughts and I'm happy to discuss.*

63.     In Kleckner's October 14, 2022 deposition[42] he testified that Development's work on fault compartmentalization was communicated to and understood by senior management:

*Q.     And so you also shared with other members of the executive committee the risk of reservoir compartmentalization in the Shenandoah field; correct?*

*A.     I think that **risk of compartmentalization was well understood by everybody**.*

64.     Chip Oudin joined the Shenandoah Development team in June 2014 as the team's Geophysicist, taking over Arnold Rodriguez's role. In July of that year, he emailed[43] Beth Kendall, Exploration's Geophysicist, regarding his work on interpreting faults quoted as follows:

*Arnold has a few N-S faults that I use as guides for my ongoing interpretation (hint: I'm not finished with my final assessment, but **I'm confident that some kind of faulting is there**).*

*In the SHEN_DEV_IP project, Arnold has three faults that I would ask you to look at: 001_em_1013_Shen_f6; 002_em_0314_ShnRv8_f6; and 003_em_1013_Shen_R8_m2_f7.*

*In the same project, I have interpreted cfo_ShenRev8m2_WR52_f6 as a single fault that combines elements of Arnold's 001---f6 and 002---f6 faults into a single, N-S trending, down-to-the-SW fault; I'm not convinced at this point whether it should*

---

[41]   APC-00609737 dated 7/8/14.

[42]   Jim Kleckner Deposition dated 10/14/22, page 73, lines 7-12.

[43]   APC-00130740 dated 7/16/14.

CONFIDENTIAL

*be one fault or more than one fault. Additionally, while Arnold's 003---f7 fault appears more interpretive than the others, Paul Chandler is convinced that there is a fault cut at the top of the Wilcox in the Shen-2 well, which supports its presence.*

*I will send you additional snapshots and info for other wells if you want.*

65.    This email shows Oudin's agreement with Rodriguez and early confidence "*that some kind of faulting is there.*"[44] His interpretation was based on his seismic analysis integrated with work by Chandler using wellbore measurements to identify probable faults.

66.    Meanwhile, results from Yucatan-1 and Yucatan-2 MDT pressures[45] shown in Exhibit 11 provided information about the potential for faults to seal and cause compartmentalization. First, Yucatan-1 MDT pressures in the LWA water zone are 180 psi lower than in the overlying oil zone, definitive evidence for an isolating fault intersected by the wellbore. Ramsey concurred[46] that this pressure shift was fault related. Second, the Yucatan-1 water pressures below the fault are 40-60 psi higher than the pressure gradient established by the water-bearing zones in Yucatan-2, again, proving fault compartmentalization laterally between the wells. In my expert opinion, with Yucatan-1 isolated from Yucatan-2 in the water leg, Shen pressures could follow a similar pattern and be isolated from Shen wells. Therefore, establishing Shen OWCs from Yucatan-2 pressures was likely to be unreliable.

---

[44]    Same.

[45]    APC-132687 dated 7/26/14, plot on page 6, cross-section page 3.

[46]    APC-00131414 dated 7/21/14.

CONFIDENTIAL



**Exhibit 11: Yucatan MDT Pressure Profile**

67.    A cross-section from the same presentation shows the relative positions of the Yucatan and Shen wells in Exhibit 12.[47]

---

47    APC-132687 dated 7/26/14.

CONFIDENTIAL



**Exhibit 12: Yucatan to Shenandoah Cross Section**

68.     A partner meeting[48] was held on August 18, 2014 to discuss faults identified by wireline logs, such as dipmeter and Oil-Based Micro Imaging (OBMI) logs. In Shen-1 BP2, four faults were identified with the most obvious fault in the LWC sand, along with 51 fractures. In Shen-2, three faults were identified and "*1 fault found at the top of Wilcox (29,006' MD) corresponds to a seismic interpreted fault*" along with 6 fractures. These findings are important because they establish early recognition of faulting based on wellbore measurements. In my expert opinion, with seven faults identified in the first two wells, Exploration's insistence on an unfaulted structure map directly contradicts this evidence.

69.     Despite the importance of faulting to Shen's economics and the uncertainty around their locations, Tim Trautman sent an email[49] stating that Anadarko would present only one version of the Shen structure: "*(2). . . Make sure APC is presenting only one set of structure maps to partners.*"

---

[48]    APC-01677015 dated 8/18/14, pages 9-10 and 14.

[49]    APC-00000770 dated 8/18/14.

CONFIDENTIAL

70.    In the same email exchange,[50] Chip Oudin, Development Geophysicist, wrote to Pat McGrievy, the manager of the development group, that that he disagreed with the unfaulted tank model:

> *I will need guidance on #2, as I disagree with the unfaulted tank model as currently carried by Exploration post-Yuc-2 (see attached). Depending on what's been shown, to whom it's been shown, and when it was shown, we may be stuck (politically) between a rock and a hard place. Especially if interested third parties are involved in any of the basin discoveries . . . .*

71.    One of the attachment's structure maps that he refers to is shown in Exhibit 13 with no faulting over the entire Shen structure.



**Exhibit 13: APC Structure Map of Shenandoah Basin**

72.    An email[51] from Pat McGrievy on August 19, 2014 states, that Ernie Leyendecker was adamant about showing only one unified interpretation. In response, McGrievy stated he would have to "*lean on [COP] to get the message out during the meeting.*" Sealing faults can limit the effective drainage area of production wells, which is reflected by running sensitivities on lower recoveries per well:

---

[50]    APC-00000770 dated 8/18/14.

[51]    APC-00000781 8/19/14.

*I sat down with Tim Trautman this afternoon to talk about presenting alternate interpretations to our partnership and he indicated that **Ernie was adamant about showing only one unified APC interpretation** but I did get the sense that **Tim understood our position** and may be willing to negotiate the word-smithing or messaging with our partners as it relates to the modeling work that we are conducting. **We may have to lean on COPC to get the message out during the meeting. I think the fact that we are running sensitivities on smaller per well recoveries may suggest to our partners that it could be smaller without actually showing or saying it**. (Emphasis added.)*

73.     Other presentations showed how faulting would negatively impact recovery. Doug Shotts presented such results in Exhibit 14 from his reservoir simulation study[52] dated August 19, 2014. The recovery factor in the unfaulted Base Case was 26% of oil in place. With heavy north-south faulting, the recovery factor decreased to 15%. With the addition of mild east-west faulting to mild north-south faulting, the *recovery factor fell to just 5%*, which would reduce recovery by -81% for a given volume of oil in place compared to the unfaulted Base Case. This finding would be crucial to any prudent operator appraising a challenging and complex deep-water discovery.



**Exhibit 14: Faulting and Compartmentalization (Shotts 8/19/14)**

74.     Shotts described the practical implications of his quantitative reservoir model of faulting. Compartmentalization causes inefficient oil recovery because some fault blocks may not be effectively drained due to less-than-ideal well placement. At the same time, other producers can be separated by faults from injectors or the aquifer, and barriers reduce the effective drainage area

---

[52]    APC-00137267 dated 8/19/14; Marathon_001579 dated 9/3/14.

CONFIDENTIAL

of producers, thereby raising the number of wells required to fully develop the field and reducing the oil volume produced from each well. In addition, the asphaltene dropout problem had already identified pressure maintenance as critical to oil recovery. The additional complexity added by flow barriers required pressure support for each producing fault block to prevent premature asphaltene dropout as the reservoir depletes.

75.    Shotts' summary states in Exhibit 15 that a highly connected model yields simplistic and overly optimistic recovery estimates. With predominately north-south faulting, effective pressure support can still occur between up-dip producers and down-dip injectors or aquifers. However, each isolated block would require a producer and an injector to achieve the assumed recovery efficiency, raising the potential well count. East-West faults have a more negative impact by limiting the connectivity between up-dip producers, down-dip injectors, and aquifers. Therefore, each isolated fault block would require its pair of production and injection wells. Relatively poor seismic imaging below salt at this depth makes it extremely unlikely that all of the barriers isolating the fault blocks could be identified before development plans are made and production begins. As a result, barriers to flow become much more evident as production depletes reservoir pressure. He provided the following advice for avoiding an economic train wreck: "*An economic train wreck due to uncertainty in subsurface can be avoided through phasing and/or pilots*."[53]

---

[53]    APC-00001974 dated 8/26/14, page 86-87.

CONFIDENTIAL



**Exhibit 15: Impact of Flow Barriers (Shotts 8/19/14)**

76.    In Oudin's deposition,[54] he confirmed that he worked with Shotts on a compartmentalized field model as compared to Exploration's laterally-continuous, single-tank model.

*Q.    Did you help to author any of those presentations that Doug Shotts gave?*

*A.    I don't think I was considered as an author. But did I help contribute with some of the ideas that went into some of the work done? Yes.*

*Q.    And what specifically did you contribute?*

*A.    The possibility of compartmentalization on a structure that at the time was being interpreted as a single-tank model.*

77.    The Shotts reservoir study findings were important enough to be presented to partners. Hence, it is highly likely that Anadarko management was aware of the importance of compartmentalization no later than August 2014. Despite the importance of these findings, Ernie Leyendecker exercised his management authority and mandated that only a laterally continuous unfaulted model be presented to partners.

78.    Oudin prepared a file[55] showing that all partners – Marathon, COPC, Cobalt, Venari, and Anadarko operations – considered the chance of east-west faulting significant enough

---

[54]    Chip Oudin Deposition dated 6/30/22, page 48, line 17 to page 49, line 4.

[55]    APC-00011018 dated 8/20/14, with no link to whom it was circulated.

CONFIDENTIAL

to include in their structural scenarios. However, Anadarko Exploration was alone in its support of a single overly simplistic unfaulted structural model, as shown in Exhibit 16 below:



**Previous Partner Structural Interpretations – Shenandoah**

- Recognition that 51#2 and 52#1BP2 in separate compartments
- Primary 3-way closure against salt/bounding fault (APC, Marathon '13)
- East-West trending faults (Cobalt, ConocoPhillips '13, Marathon '14)
- E-W and N-S trending faults (Venari, ConocoPhillips '14, APC Ops)

**Exhibit 16: Partner Structural Interpretations (Oudin 8/20/14)**

79.    On the same day, Oudin prepared another file[56] with the following slide in Exhibit 17 showing distinct north-south trending lineaments highlighted with dashed lines mapped on the Upper Wilcox. He includes a note written with sarcasm dismissing the importance of faults: *"Don't worry, these lineaments are not faults and in no way impact the Shenandoah structure."*

**Exhibit 17: Structure Map with Lineaments (Oudin 8/20/14)**

80.    On August 20, 2014, Oudin prepared a similar presentation[57] titled "Structural Uncertainties Associated with the Shenandoah Discovery" in which he confidently states that, **"[e]vidence for E-W and N-S faulting exists."** His statement is emboldened with no qualifier as to the presence of faulting. In addition, the magnitude of fault offset appears to increase with depth. The final slide provides the following summary in Exhibit 18.

---

[56]    APC-00011019 dated 8/20/14.

[57]    APC-00001048 dated 8/20/14, page 23.

CONFIDENTIAL



**Conclusions and Way Forward** (not final)

- Evidence for E-W *and* N-S faulting exists.
- Current interpretation on Rev8m2 coil data; incorporation of newer data into interpretation anticipated 3Q/4Q 2014.
- Magnitude of faulting appears to increase with depth (more faults, greater throw in Lower Wilcox)
- Mapping at multiple levels ongoing; incorporation of surfaces into new geomodel planned.
- Future Appraisal well locations should target areas of greater uncertainty – untested fault block, poor data zone (salt cored structure?)

ANADARKO PETROLEUM CORPORATION                                                                 23

**Exhibit 18: Oudin's August 2014 Structural Uncertainties**

81.     Frye informed Shotts in an email[58] dated August 22, 2014 that his presentation would have to be edited to remove references to faulting to comply with directives from Exploration. In my expert opinion, these editing changes showed Exploration management censoring technical work on the most important risk impacting the Shen project, which was described as a mega project for Anadarko in APC-00007950 dated June 18, 2014, as discussed above:

> *Doug,*
>
> *Based on the dialog/politics between exploration and development we have removed all references to faults and I desensitized the verbiage to remove any word that says "fault" and made the language barriers/compartmentalization.*

82.     In reference to the same document quoted above, Shotts testified in his deposition that he was instructed not to use the word "fault" as follows:[59]

> *Q.     In the piece that you say "that we aren't allowed to talk about," are you referring to faulting there?*
>
> *A.     I think that was referring to not – not using the specific word "fault," correct.*
>
> *Q      Or the – the below e-mail is all about faulting; right?*

---

[58]     APC-00612283 dated 8/22/14.

[59]     Doug Shotts Deposition dated 6/29/22, page 51, lines 18-25.

CONFIDENTIAL

*A.     Right.*

83.     The importance of addressing the issue of faulting was made very clear by Shotts' economic analysis[60] of the compartmentalization case shown in Exhibit 19 below. His compartmentalized scenario potentially had a net present value of as low as -$2.5 billion, a massive loss for a mega project. In my expert opinion, Exploration elected to disregard the risk of compartmentalization and chose instead to censor the use of the word "fault." This information was one of the most important pieces of information on the commercial viability of the Shen project, one of Anadarko's most important projects. This information was seen by management in a budget presentation[61] to the Integrated Project Team ("IPT") on August 28, 2014.

## Capital and Economic Impact

**Capital Impact:**
- As compartmentalization increases, more wells will be needed to recover reserves
- Pre-production placement of wells will be very risky if high levels of compartmentalization exist
- Compartmentalization could limit communication with aquifer and/or injectors which impacts recovery

**Economic Impact: Due to Deliverability**

| Case | NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout (Yrs.) | Recovery % |
|---|---|---|---|---|---|
| Base | 2.9 | 18 | 0.40 | 9.9 | 26 |
| Compartmentalization | -2.5 - 0.5 | 0 - 12 | -0.35 - 0.07 | 12+ | 5 - 15 |

ANADARKO PETROLEUM CORPORATION                                                                29

**Exhibit 19: Shotts' Compartmentalization Sensitivity**

### C.     Shen-3

84.     At Frye's deposition on 10/7/22,[62] she confirmed and described the censorship coming from management as follows: *"The communication from my supervisor to our team, Paul and Chip and myself, that only one set of maps will be shown to keep unity between the teams and*

---

[60]     APC-00831111 dated 8/28/14, slide 29.

[61]     Camden Exhibit 148, dated 8/28/14, page 47.

[62]     Lea Frye Deposition dated 10/7/22, page 72, line 24 to page 73, line 19.

CONFIDENTIAL

*that the exploration team or counterparts did not want any versions of faulted maps to be shown because it showed uncertainty around the project."*

### D.    Shen-3

85.    My primary take-aways from Shen-3 are as follows:

(a)    Anadarko's claim that the MDT pressures obtained in the Shen-3 water leg enabled the projection of OWCs across the field was contradicted by internal data and based on the unrealistic assumption of hydraulic communication between Shen-2 and Shen-3 and the rest of the field. In my expert opinion, Shen-3 could not enable the projection of OWCs on the assumption of continuity across 2.3 miles and a fault to Shen-2 with any degree of confidence.

(b)    Finding wet sands at Shen-3 reduced Anadarko's resource range, including estimated mean areal extent of the reservoir by 47%. The upside areal extent was even more negatively impacted, decreasing by 57%. A comparison of the June 2013 evaluation versus the post-Shen-3 evaluation in November 2014 is provided in Exhibit 47 and discussed in paragraphs 198-211. In my expert opinion, this decrease in areal extent post-Shen-3 was a significant, negative finding.

(c)    In my expert opinion, it is not possible for Anadarko's estimated oil in place as represented by Exploration's evaluations to have expanded as a result of findings from Shen-3.[63] Based on a review of input files, Exploration's assumed recovery efficiency remained the same between their Pre-Shen-3 resource evaluation in June 2013 and their post Shen-3 evaluation in November 2014. Therefore the 23% volumetric reduction in recoverable volume is the direct result of a 23% reduction in oil in place with recovery efficiency remaining constant. Files containing assumptions are provided in Appendix C.

(d)    In my expert opinion, Shen-3 supported the model of down-dip thickening, the corollary of which is up-dip thinning. However, under Leyendecker's management, the Exploration team assumed the exact opposite to their advantage in their post-Shen-3 resource evaluation by increasing the assumed total net pay across the field by 32% over their June 2013 study. While Shen-3 helped confirm the model of down-dip thickening, the team assumed the net pay would thicken up-dip of Shen-2 by an average of 17% in the mean case. If the Exploration team had assumed the same net pay model in their June 2013 evaluation consistent with up-dip thinning, the estimated mean resource would have decreased by a comparable amount as the area decrease of 47%.

(e)    A discussion of Shen-3's sand quality is incomplete without mentioning that the Shen-3 porosity and permeability were much lower than the previous two wells. Based on Exhibit 50, Shen-3 porosity was 2.3 percentage points lower than Shen-2 and 4.6 points lower than Shen-1. Permeability in Shen-3 was 11 mD, 72% lower than Shen-2 and 97% lower than Shen-1.

---

[63]    Robvert Daniels Deposition dated 10/13/2022, page 95, line 7 to page 96, line 2; Deposititon Exhibit 379.

CONFIDENTIAL

In my expert opinion, Shen-3 sand quality was substantially worse than in the first two wells and should not have been considered excellent quality.

    (f)  Shen-3 could not be used as a water injector well and had no future utility.

86.  In short, the results of Shen-3 rendered Shen unlikely to be commercial. The evidence will be discussed further below.

87.  On November 14, 2014, Blakely announced[64] to Leyendecker that in Shen-3, *"All zones were water-bearing."* On the same day, McGrievy writes[65] to Darrell Hollek that the depths of OWCs cannot be determined with confidence from the Shen-3 MDT data. Exploration's projection of OWCs was based on the assumption of hydraulic continuity between Shen-2 and Shen-3, a distance of 2.3 miles, and hydraulic isolation between Shen-1 and Shen-3 based on the correlation[66] attached to the email.

> *"2.  We do not necessarily agree that the preponderance of MDT data suggests that we are near OWCs in the U & L Wilcox sands, perhaps only a few hundred feet up-dip, as exploration advertises at this point. Although we cannot refute it as it is a possible outcome, our interpretation of the data may suggests that we are in communication with the Shen 1 which would imply that the OWCs are well up-dip and uncommercial in the FB.*
>
> *3.  The bottomline, in our opinion, with the current data set, is that **we can neither prove or disprove an OWC contact as the results of the [Shen-3] data** are not convincingly definitive in any scenario and we cannot sanction with this potentially ambiguous data set despite the level of optimism from exploration. We still need another well in this FB to prove the column height unless we find some surprising results in the bypass well."*
>
> *I wanted you to have this in the back of your mind when you hear next week that the MDT data suggests a large HC-filled structure just up-dip of the Shen 3. We are not as optimistic at this point until additional data proves otherwise."* (Emphasis added.)

88.  As shown in Exhibit 10, COP had already mapped several possible faults that would likely separate Shen-2 and Shen-3, making Anadarko Exploration's structural continuity model inaccurate. In addition, McGrievy expressed his disagreement with Exploration's finding that pressures from Shen-3 suggest a large oil-filled structure just up-dip of the well.

89.  On November 17, 2014, McGrievy wrote[67] to his manager Hollek that Exploration continued to adhere to an unfaulted structural model and that agreement on the issue would not

---

[64] APC-00147463 dated 11/15/14.

[65] APC-00147455 dated 11/14/14.

[66] APC-00147458 dated 11/14/14, large-format poster.

[67] APC-00147547 dated 11/17/14.

occur quickly. McGrievy also laments that it is hard to meet with partners with "a straight face" without acknowledging the key role that faulting has in appraising the discovery, something all the partners and Anadarko development agreed on.

> "We also have to come to terms with an internal map that both EXP and DEV can support as **they still show no acknowledgment of faulting**; this, however, will not be a deliverable for some time. It's hard to go to partner meetings with a straight face and not acknowledge faulting when all of our partners externally share the same concerns." (Emphasis added.)

90.    McGrievy wrote[68] on November 21, 2014 that results from Shen-3 MDT pressures did not confirm Exploration's interpretation that Shen-2 and Shen-3 are in communication and that Shen-3 identified the depths of OWCs down-dip of Shen-2.

> "From a development perspective, I think it's important to point out that the **learnings from Shen 3 appear to be inconclusive** with no clear evidence of HC's in the well and pressure data which cannot confirm nor refute any of the three potential outcomes (communication with Shen 2 – large east container, communication with Shen 1 – small east container, or perhaps complete isolation from either penetration of unknown size). Given the current level of uncertainty in sizing the east side, unfortunately we cannot use this data to definitively add needed barrels to our sanction effort. Had we encountered oil contacts at the Shen 3 location, corresponding to communication in the Shen 2 or at least pointing to a larger accumulation, we would've fully supported a more aggressive western F or G location as the next appraisal well site." (Emphasis added.)

91.    Dan Smallwood, COP's GOM Deepwater Asset Development Manager,[69] commented regarding Shen-3:

> "The wet results of the WR52-2 well failed to narrow uncertainties for COP. Additionally, we carry uncertainly around what was tested within the WR52-1 exploration well in regards to whether we have evaluated the central portion of the Shenandoah structure. Combined these uncertainties yield a current interpretation which remains far from enabling us to proceed with any size/phase development. COP believes there may be well locations which could reduce out interpretations below any minimum field size needed for even a small phase development – and thus a clear walk way outcome."

92.    In response, Hollek asked Smallwood[70] about whether COP's concerns were being adequately addressed by Anadarko:

---

[68]    APC-00016723 dated 11/21/14.

[69]    APC-00147914 dated 11/21/14.

[70]    APC-01678356 dated 11/25/14.

CONFIDENTIAL

*"Based on your comments do you feel that partners or Conoco's input is not being considered?"*

93.     Smallwood's email[71] to Hollek indicated dissatisfaction with COP's inability to influence decisions on appraisal well locations.

*"Prior to today, the answer is basically no in regards to this next appraisal well. A while back we were asked if we had any additional EP locations we wanted to suggest, but never had any follow-up to our response nor any indication what locations might be considered by APC. Our Shenandoah Lead contacted Tim Trautman today seeking information on what APC Exploration was considering and we were sent back APC's preferences for a x-y location. That location does not meet our desired objectives."*

94.     Paul Chandler, a geologist on the Development team, made a statement about targeting the next appraisal well, Shen-4, that demonstrated the impact of faulting on determining the location of future wells. Chandler cited the potential risk of faulting higher in the structure.

Chandler to Ramsey email:[72] *"My tendency anyway would be to avoid being too high on structure as I fear an increase likelihood of more potentially faulted section so again I think a straight hole here might be just fine. I also agree with you that as soon as you guys and our development team gets a finalized structure map completed on our key Wilcox horizons we should compare to make sure a straight hole at this F location is OK."*

95.     Oudin expressed concern that north-south faults had been mapped by Exploration at least twice already, indicating that faulting would potentially isolate Shen-2 but remain excluded from their current structural map. Yet these north-south faults are considered very seriously by the Development Team and partners.

Oudin to Chandler email[73] (11/25/14), cc to Frye and McGrievy: *"You know, I just got into the Exploration Seisworks project across Shenandoah, and the main fault that potentially separates Shen-2 from the rest of the world (trending NW-SE, down-to-the-southwest, possibly intersecting Shen-2 at the bottom of the well) has already been mapped, at least twice. Someone needs to explain to me why it's never shown up on any Expl maps. We should have a good time next week going over what is and what isn't significant . . . ."*

96.     In a sarcastic response, Oudin expressed doubt that these faults were recently mapped. This indicates that Exploration's knowledge of the possible existence of these faults might date back further into the time period where Exploration advocated strongly for an unfaulted structure map.

---

71    APC-00617403 dated 11/25/14.

72    APC-00016757 dated 11/25/14.

73    APC-00852630 dated 11/25/14.

CONFIDENTIAL

Oudin to Chandler Email[74]: *"Both versions were probably mapped in the past week, right??? Although if I really wanted to be a pain in the a--, I could find a date-stamp for those faults and determine when they were created."*

Chandler responded: *"The smoking gun??"*

97.    Leyendecker expressed an unwillingness to change the targeted location of Shen-4 and asserted that other maps would not be considered in targeting the well because they were based on fundamentally flawed geologic and geophysical principles.[75] No specific details were provided to support his claim. In my experience, given the amount of time Leyendecker spent with the maps, a mere day, relative to the skilled and interdisciplinary team's months, this claim was baseless.

98.    Notes from a joint meeting[76] between the Exploration and Development teams on December 1, 2014 and December 2, 2014 indicate that the technical teams agreed that a north-south fault divided the field into an east and west component. Compartmentalization from faulting was listed as a key uncertainty in selecting appraisal well locations. Finally, both teams agreed that the P90 resource estimate was too high because faulting could affect the lateral extent of the oil accumulation, especially to the east. This meeting is significant because it resulted in some areas of agreement between the Exploration and Development technical teams despite Leyendecker's vehement opposition to a faulted model.

99.    An important email chain[77] shows Exploration proceeding based on the unfaulted model despite agreeing to the existence of a north south fault at the December workshop described above. Hollek wrote to McGrievy on December 1, 2014 expressing disappointment that Exploration announced a recommended location for Shen-4 based on an unfaulted model as follows:

Hollek to McGrievy email dated 12/1/14: *"I am disappointed we did not work through the joint meetings first."*

100.    In the same email chain, McGrievy responds by saying that he thought Trautman had agreed to work through differences for an interpretation both Exploration and Development could support. He did not understand why a recommended location was publicized to partners when it was still internally debated.

McGrievy emailed Hollek on 12/1/14: *"I talked with Tim Trautman immediately after leaving your office this morning and I thought I had an agreement with Tim that the technical teams would work through the differences in interpretation and develop one or two outcomes that both teams could support. Furthermore, it was my understanding that the results would be shared assuming that we came to a*

---

[74]    Same.

[75]    APC-00148076 dated 11/26/14.

[76]    APC-00617572 Word document dated 12/2/14, "Shenandoah Exploration Development Team Workshop.docx."

[77]    APC-00617562 dated 12/2/14.

CONFIDENTIAL

*single collective interpretation. Chip, Paul and Paul Schlirf did meet today with exploration (Jake and Beth) to begin the mapping reconciliation process and have plans to continue tomorrow working together. I don't understand why we publicized the recommended location in the e-mail already when I thought that it was still debatable, internally. Obviously, This will not sit well with COPC and probably Cobalt. I was not copied on the meeting proposal to the Shenandoah partnership Land contingent but only forwarded as an FYI."*

101.    The final email in the chain from McGrievy to Hollek on December 2, 2014 states that McGrievy's preference would be not to attend the partner meeting, objecting to showing only a case with "*little or no separation via faulting.*" McGrievy states that "*it will be difficult for me and quite frankly **ethically questionable to openly support their current maps** which show no discontinuities.*" To McGrievy, he appears to raise his concerns about showing an unfaulted structure not as a technical issue but as an ethical issue.

McGrievy email to Hollek dated 12/2/14: *"Darrell, not to beat a dead horse here, but after thinking about it (provided that you don't oppose the idea), my preference would be not to attend the partnership meeting next Wednesday with the exploration team if they appear defiant in working with us to develop a map that indicates acknowledgment of faulting that would suggest potential separation from their currently proposed F location. Unless they (exploration) can convince us over the next couple of days that there's **little or no separation via faulting**, it will be difficult for me and quite frankly **ethically questionable to openly support their current maps** which show no discontinuities. I was never sent an official invitation which may imply that they prefer I not be there in the first place."* (Emphasis added.)

102.    An email[78] quoted below from Kleckner to McGrievy showed senior management's awareness of Development's identification of faults and its impact on appraisal strategy – where and in what order to drill the wells.

*"In looking further at the maps I can see where this argument can be turned to support the B location first if the E-W trending fault that separates B from S2 is not present. Our map shows a substantial fault separating the two locations, does exploration have the same fault mapped? If not I can see their argument for going up dip and proving up this area if it is continuous."*

103.    A partner meeting was held on December 10, 2014, addressing the Shenandoah appraisal strategy. Anadarko presented a structure map[79] with only one fault between Shen-2 and Shen-3, as shown in Exhibit 20. This map by exploration was an early display of their recognition of a north-south trending fault located near Shen-3.

---

[78]    APC-00148411 dated 12/4/14.

[79]    APC-00857379 dated 12/10/14 with map at page 26, APC-00857404.

CONFIDENTIAL



**Exhibit 20: North-South Fault Mapped (APC 12/10/14)**

104.     In contrast, COP presented a much more faulted structural picture in Exhibit 21,[80] below. Instead, COP's structural interpretation included four N-S trending faults shown below, with two faults potentially separating Shen-2 and Shen-3.

---

[80]     APC-00151169 dated 12/16/14.

CONFIDENTIAL



**Exhibit 21: COP's Interpretation of Faulting (12/10/14)**

105.    At this meeting, Venari presented a summary slide:[81] "*Current seismic interpretation indicates that faulting may compartmentalize the Shenandoah field.*" Partner Cobalt includes "Reservoir Segmentation by Faults" as one of its key uncertainties.[82] At this stage of the appraisal of the Shen discovery, most partners plus Anadarko's Development team agreed that compartmentalization from faulting was a major risk to the project.

106.    Hollek updated Kleckner in an email[83] that partners were displeased with how Exploration was not working with partners on targeting Shen-4 to provide the most amount of information. COP also indicated that Development needed to be present in future partner meetings targeting wells, apparently expressing frustration in Exploration's performance.

> *"According to Pat the Exploration meeting with Shenandoah Partners did not go well at all. Conoco called them out about not working with the partners at all on the next location. It was determined that we only have 3 locations with approved EP's and they are all in the same area around Exploration's location. Therefore, could not drill a safer location if wanted to. Pat indicated that only Marathon was content with location. Venari, Conoco and Cobalt all wanted a more easterly*

---

81    APC-00151164 dated 12/16/14, page 3 APC-00151165.

82    APC-00018113 dated 12/11/14, page 2 APC-00018117.

83    APC-00150647 dated 12/15/14.

CONFIDENTIAL

*location to develop critical mass. Conoco explicitly indicated that Development and Exploration needed to be in future meeting to ensure our next well is getting us closer or to a minimal field size."*

107.    Wilkens prepared a file[84] listing eight zones in the Shen-3BP1 core that showed deformation bands, providing strong evidence of faulting within the well. Deformation bands can signify small faults with very small displacements. Within porous sandstone, stress can deform the rock to shift the packing of the sand grains and crush the sand grains, resulting in much lower permeability and porosity. Hence, deformation bands do not require large displacements along a fault to form a barrier or restriction to flow.

108.    Following a Development team discussion of geologic and geophysical concerns, Oudin states[85] as follows that faulting was his primary concern:

*"Compartmentalization – primarily faulting, but also evidence from wells in basin for variable sand thicknesses (stratigraphic pinchouts?). Seismic evidence for faulting away from structure, also evidence that Yucatan deep structure is faulted; what is likelihood that faults extend onto and segment structure?"*

109.    McGrievy summarizes to Oudin in an email[86] the results of a meeting on Shen-4 with Daniels, his direct reports, and Kleckner. At that meeting, some VPs expressed concern that Exploration's P99 was too large. In my opinion, this concern was salient given the known risk of fault-related compartmentalization potentially limiting the eastern extent of the oil accumulation. McGrievy emailed Oudin on January 16, 2015:

*"It was clear yesterday that the explorationists wanted to convey the message that they have been working with our team to develop a reasonable collective interpretation (agreement on the central north-south fault) that both teams can support at this point. Chris Camden also talked about the OWC contacts being about ~200 ft updip of the Shen 3 location as per their interpretation but he did acknowledge that there could be multiple interpretations and that his interpretation is not absolute. **There was some concerns from the VP's that the P99 of their resource distribution is too high; they did revised it down to 475 MMBOE but if we believed this, it would be sanctionable and would still be the largest APC field discovered**."* (Emphasis added.)

110.    On January 19, 2015, Oudin wrote an email to Wilkins regarding an east-west trending fault he had interpreted just north of Shen-3. Exhibit 22 shows a seismic line[87] running NNW to SSE through the Shen-3 location. Given the potential for this fault to seal, Shen-3 was

---

[84]    APC-00861953 dated 1/7/15.

[85]    APC-00020023 dated 1/13/15.

[86]    APC-00020506 dated 1/16/15.

[87]    APC-00863560 dated 1/19/15.

CONFIDENTIAL

not located effectively to be an injection well and provide pressure maintenance to up-dip production wells to the north.



**Exhibit 22: Interpreted Fault North of Shen-3**

111.     Shen-3 was also not suitable as an injection well at the time because it was not designed for that purpose. Oudin relayed this to Kendall in Exploration, as shown below.

> *"Subject: Shen 3 non-utility as Wilcox WI*
>
> *Beth, I checked with Lea and she said that Shen 3 cannot be utilized as a water injector given its current design. Chip"*[88]

112.     Shotts prepared a presentation for late February 2015 in the file "Chopped v2 Shen RCRT COP, Feb 2015.pptm" in which he states on a summary slide:[89] "*Pressure data suggests multiple, vertically-stacked, horizons in separate compartments*" and "***Up-dip and down-dip wells separated by >1 mile; not in pressure communication***." (Emphasis added.) Shotts' assertion that

---

[88]     APC-00001928 dated 2/2/15.

[89]     APC-00000959 dated 2/18/15, page 3.

CONFIDENTIAL

the two wells are not in communication runs entirely counter to Leyendecker's narrative that Shen-3 pressures determine OWCs for the field. In a slide on sensitivities, he stated: "*Compartmentalization & aquifer support are the most impactful subsurface uncertainties.*"[90] His presentation also presented simulation results showing that including both north-south and east-west trending faults can reduce oil recovery efficiency in place from 26% in the Base Case to as low as 5%. This work was already presented to partners in August 2014.

113.    Shotts' presentation was abruptly cancelled,[91] not long after Leyendecker complained to the manager for Shotts' group, Bob Talley:[92] "Robert, perhaps you can help the presenters with one of our core values – open communication."

114.    In my expert opinion, a presentation of this sort is important technical work that invited useful discussion on a key risk factor, and there was no basis for keeping it confidential from others within the same company. The exchange showed Leyendecker's efforts to censor technical opinions and prevent open communication that ran counter to his preferred narrative, rather than the other way around. As Shotts put it:[93]

> *"Shotts, Doug [7:53 AM]: Word came from down from Talley that the Exploration SVP was not happy with the content. Apparently, an open technical discussion is not something we like to do here (hint of sarcasm)."*

115.    Shotts was not the only person frustrated by censorship. Oudin wrote a sarcastic email[94] to Shotts and Frye about the effort to cancel Shott's presentation:

> *"Doug,*
>
> *I saw your upcoming presentation on lnsider (and also on the Elevision) and was wondering if you could make some small adjustments to your talk. I noticed on your cover page that you used the phrases 'challenging problems,' 'unmapped barriers,' and 'uncertainty parameters,' could you please remove them all, as they imply a certain negativity about Shenandoah that is not truly warranted at this time, especially for a discovery that may be one of Anadarko's all-time largest ever. lf you have any references to faults in your presentation – as barriers, either unmapped or mapped – please refrain from calling them 'faults,' referring to them instead as 'hypothetical lineaments with potential for full transmissibility.' ln fact, you should probably change the title of your talk; 'Dynamic Uncertainty' is too strong and too negative a phrase for a discovery that is probably one of Anadarko's all-time greatest.*

---

[90]    Same, page 7.

[91]    APC-00000957 dated 2/18/15; Doug Shotts Deposition dated 6/29/22, page 155, line 18 to page 156, line 4 ("at the – final hour, it was cancelled").

[92]    APC-00865081 dated 2/17/15.

[93]    APC-00162693 dated 2/19/15.

[94]    APC-00002888 dated 2/17/15.

CONFIDENTIAL

*Sincerely,*

*(names withheld by request of 13th floor hall monitor)"*

116.    There was growing concern that Exploration's over-optimistic assumptions and the lack of transparency were creating a misimpression that Minimum Economic Field Size (MEFS) would be reached by Shen-4. McGrievy emailed[95] Hollek about his concern about being straight with partners regarding the range of interpretations. The different interpretations relate to the role of faulting, the likelihood of pressure continuity between Shen-2 and Shen-3, and what did the pressure data in the Shen-3 water leg prove or not prove.

> *"I'd like to meet with you in advance of our meeting with Ernie and Company next Wednesday. I'm still concerned about our ability to be straight with our partnership on various alternative interpretations. We need to be transparent in order to reach consensus on a MEFS strategy and would like your thoughts on how we proceed. My guess, judging by the slide that Alan forwarded to you and I that they believe they will have reached MEFS with the next well."*

**E.    Lead Up to Shen-4**

117.    Following Shen-3, partners shared their structural models along with their mapped faults.  Compared to Exploration's map with a single fault, COP, Venari, and Anadarko's Development Team mapped substantially more faults.

118.    In a partner meeting on March 3, 2015, one of the presentation slides[96] compared each partner's structure maps, shown in Exhibit 23. The Anadarko map included one north-south fault, and no map representing the Development team's interpretation was shown. Both COP and Venari showed considerably more faulting. The assertion that Shen-3 pressures are likely to be in communication with Shen-2 across these mapped faults does not appear to be supported by several of these interpretations.

---

[95]    APC-00023196 dated 2/19/15.

[96]    APC-00165815 dated 3/3/15, page 6.

CONFIDENTIAL



**Exhibit 23: Comparison of Partner's Structural Maps (3/3/15)**

119.    In planning for a workshop with partners, Oudin wrote[97] to Frye about how to represent his interpretation of structure mapping versus Exploration's and mentioned, "*we are still a house divided.*" The range in alternative faulting interpretations presented more risk and uncertainty than the Exploration map.

> "*Actually, I started to wordsmith this a bit and started wondering if this was going to get too far into Exploration's wheelhouse as originally written. Let's talk this through somewhat . . . . as much as I want to show my interpretations and thoughts, it might create issues with submitting new EP locations to the gov't (i.e. new maps), it might accentuate to partners that we are still a house divided, and it might open more cans of worms than I can think of now. I might actually be better off working from Expl maps and highlighting on them areas where I have, how do I say it politely, a difference of opinion, or where I see greater risk and uncertainty based on alternative interpretation concepts.*"

---

[97]   APC-00868591 dated 3/10/15, email chain.

CONFIDENTIAL

120.    In Oudin's June 30, 2022 deposition,[98] he confirmed that he had made his difference of opinion on fault interpretation known within Anadarko, stating, "*it had been on the table for a short while*":

> "*Q.      And you were reluctant to show your interpretations and thoughts because "it might accentuate to partners that we are still a house divided"? That's what you wrote?*
>
> *A.      Correct.*
>
> *Q.      And do you mean by that, house divided between the exploration and development teams?*
>
> *A.      Yes.*
>
> *Q.      And you had, as you said it politely, a difference of opinion with the exploration team interpretations?*
>
> *A.      Correct.*
>
> *Q.      And you made that difference of opinion known internally at Anadarko; right?*
>
> *A.      At about this time, it had been on the table for a short while.*"

121.    On April 15, 2015, Oudin announced[99] that his recent work on mapping the Cretaceous surface showed more faults than previously shown:

> "*Attached powerpoint illustrates some of the changes that I'm attempting to make to the current interpretation, for better or worse. I've shown examples for the Cretaceous surface, which is effectively our "basement" horizon for the Shenandoah model. You can see significantly more faults applied to the current interpretation, which are complicating (and delaying) output of a final set of horizons that tie together nicely and which terminate cohesively around the perimeter of the model area.*"

122.    A geologic modeling workshop[100] was held on April 30, 2015 providing a comparison of some partners' fault models. At this time, Anadarko Exploration's mapping included two faults, and the Development group's map is shown in Exhibit 24 with faults shown as red linear features. This map includes a complex set of faults ranging from north-south to east-west. COPC's geologic model included two faults in one scenario and no faults in the other,

---

[98]    Chip Oudin Deposition dated 6/30/22, page 171, line 18 to page 172, line 8.

[99]    APC-00635302 dated 4/15/15, with maps in APC-00635303.

[100]    APC-00029360 dated 4/30/15.

accompanied by the following note: "*Likely to be additional faults . . . .*" Marathon's model included three faults.



**Exhibit 24: Development Team's Structural Interpretation (4/30/15)**

123.    On May 7, 2015, COP provided slides[101] of their geologic modeling. Their key elements summary stated that "***a faulted case [was] most likely***," shown in Exhibit 25. As a result of the complexity that faults presented, a range of uncertainty would exist for OWCs in untested blocks. This stance would make it highly unlikely that pressure continuity existed between Shen-2 and Shen-3, leaving the OWCs down-dip of Shen-2 unknown. The potential for having separate OWCs for each bounded fault block impacted how the results for the upcoming wells Shen-4, -5, and -6 were to be interpreted.

---

[101]    APC-00030039 dated 5/7/15, pages 3 and 31.

CONFIDENTIAL

**Key elements of COP structural interpretation**

- COP have changed top sand event being mapped post WR52-2 well.
- Consider a faulted case to be most likely
  - Need to include OWC range for untested blocks.
- South seed geometry for Shen 1 most likely explanation of well results.
- Edge of reservoir is considered an uncertainty with multiple interpretations possible in poorly imaged data

- **Multiple structural models are possible and need to be carried forwards.**

**Exhibit 25: COP Key Elements of Structural Interpretation (5/7/15)**

124.    In an email dated August 15, 2015, Oudin wrote[102] to Chandler that if Shen-4 results were as complex as Shen-1, the "entire house of cards comes crashing down." In the same email chain, Ramsey informed the Exploration team that Shen-4 encountered Eocene salt similar to Shen-1 instead of the Wilcox sands. Oudin emailed[103] Chandler on August 15, 2015:

> *"Exploration may have backed themselves into a corner. We/they should expect nothing but Shen-2 type pays, because this entire project has been built on the premise that Shenandoah's type log for the entire structure is Shen-2. If Shen-4 looks like Shen-1 (or worse), then the entire house of cards comes crashing down. Sadly, if Shen-4 doesn't work, then Exploration will have destroyed whatever value Shenandoah had for APC."*

125.    Oudin emailed[104] John Blackburn with COP regarding a cross-section that Trautman had sent to partners. The probable tone of sarcasm in the following quote addresses his disagreement that the Exploration team presented a cross-sectional model with no faulting between Shen-2 and Shen-4, despite numerous faults evident in the dipmeter. Oudin emailed Blackburn on August 17, 2015:

> *"Thanks, John. First I've seen of this. Glad to know (!?) that there are no faults in the Wilcox between Shen-4 and Shen-2, despite some interpretations that see faults galore in the Shen-4 dipmeter."*

126.    Regarding the same cross-section,[105] Oudin shares with his team his concern that the structural model depicted by Exploration in Exhibit 26 included no faults between Shen-2 and

---

[102]    APC-00892430 dated 8/15/15.

[103]    Same.

[104]    APC-00642417 dated 8/17/15.

[105]    APC-00045971 dated 8/17/15.

Shen-4 despite numerous faults identified in the dip meter as follows. Oudin emailed[106] McGrievy and the team on August 17, 205:

> *"Got this from COP, or should I say from Exploration via COP. Interesting to note that the Wilcox sands are unfaulted between Shen-2 and Shen-4, despite some evidence of faulting in the Shen-4 dipmeter. What did Paul say on Saturday? Oh, yeah . . . 'Hope springs eternal.'"*



**Exhibit 26: Exploration Cross Section Showing No Faults Between Shen-2 and Shen-4 (8/17/15)**

127.    In an email[107] dated August 26, 2015, the Development team appeared to be leading discussions with partners regarding the appraisal strategy determining the target area of the upcoming well Shen-5. Oudin wrote to Blackburn and Chernoff at COP to explain his reasoning for preferring Location WR52-L. Once again, a tone of sarcasm was expressed in his hopes that certain people, likely Leyendecker's Exploration team, might be developing an appreciation for the complexity faulting was having on their appraisal results:

> *"The WR51-E location is a safer well, with best potential for a Shen-2 lookalike, fault-separated and 500'-600' up-structure from Shen-2; my concern is whether it may be separated from resources further east by a fault (or fault system) that is poorly-defined, perhaps more conceptual at this point. **But I'm hoping that certain folks are starting to believe that we do indeed have faults at Shenandoah that are complicating the structure**, so I'm looking at all possibilities and trying to see*

---

[106]   APC-00045970 dated 8/17/15.

[107]   APC-00047057 dated 8/26/15.

CONFIDENTIAL

*which well will have the greatest impact. Right now that well is WR52-L."*
(Emphasis added.)

### F.    Shen-4 Results

128.    Shen-4 results confirmed small-scale faulting and compartmentalization to the point of being described as a "busted up" reservoir,[108] and resulted in a one-third reduction in the field's resource size. The economic impact of Shen-4 was profound, as the estimated resource volume was getting smaller and more complex with each appraisal well and the downside impact of fault compartmentalization had made Shen uncommercial. Anadarko began pursuing an exit strategy. These economics will be discussed in more detail in Section IV, and my conclusions about the technical results are as follows:

(a)    Considering that most of the Upper Wilcox sands were missing, encountering a wet LWD sand and 14 ft. of wet sands in the LWE was very significant and was not "full to base." In my expert opinion, the industry standard usage of "full to base" would mean that all sands were oil bearing, and "full to base" does not mean that some sands were oil bearing and others water bearing. It is also inaccurate to state that no water was encountered at Shen-4 ST, or that it was all oil.

(b)    Based on pressures, Shen-4ST1 was in a separate pressure compartment from Shen-2. Pressures in the bypass core even showed that the sidetrack and bypass well to be in separate pressure compartments, despite being just 300-400 ft. apart.

(c)    The reservoir quality was not good at Shen-4. Most of the Upper Wilcox sands were missing, and both the LWD and LWE sands were poorly developed and substantially lower in sand quality, as described in the AFE form dated September 31, 2015 and reviewed by Daniels.

(d)    Core analysis identified nine different faults in the core alone.

129.    The loss of one third of oil in place was a significant blow to the project. McGrievy writes to staff in an email that Shen-4 had encountered the basin margin instead of the intended Wilcox sands. More importantly, the new location of the basin margin reduced the estimated oil in place for the field by one-third as shown below. McGrievy also confirmed that Kleckner would be informed of these developments, making for an interesting discussion with senior management. McGrievy emailed[109] staff on August 28, 2015:

*"Please keep a tight lid on this but we were hoping to drill the Wilcox section last night and today but found, instead, the basin margin as we are currently drilling salt and will probably TD the well This evening as it appears that we are drilling a salt stock. Preliminary estimates as per some quick updates to the Geomodel by Christian Noll, assuming that we are close to the Wilcox HC sediment interface, is* **a loss of almost 1bboe or about 1/3rd of the pre-drill STOIPS (3.2 bboe)***. Our*

---

[108]    APC-00665447.

[109]    APC-00047448 dated 8/28/15.

CONFIDENTIAL

*estimates now are approximately 2.3 bboe in place. **This outcome may have a profound effect on how we view this project going forward and our update with Jim Kleckner will definitely be an interesting one.*** " (Emphasis added.)

130.    The loss of one-third of the oil in place was significant enough to change the focus of the Shen evaluation to considering slow-down options and exit strategies. In the same email chain,[110] Frye stated the following:

> "*Wednesday Meeting – I think . . . but we can confirm with Pat today that we really just need to talk through different slow down options and the impacts on budget, execution, and 1st oil. Think about and [sic] exit strategy and what that looks like. What we might be prepared to show Bob and Jim.*"

131.    The negative impacts of the Shen-4 results were presented to senior management on September 9, 2015 in a file[111] named "Shenandoah_Kleckner_budget_09-09-2015_v3 (2) .pptx" and shown in Exhibit 27 below. The loss of one-third of mapped oil in place was a significant adverse finding, as was a six-month plus delay was a major setback to the Shen project.

> **▪ Negative Results of Shen 4 Impact:**
> - Suggests mid-case reduction of ~ 900 MMBOE or ~1/3rd mapped STOIPs
> - Shen 4ST conditions likely unfavorable for core acquisition
> - Delays SOP timing by +6 mos; major focus now on East side delineation
> - Results of Shen 5 could condemn project

**Exhibit 27: Negative Results of Shen-4 Impact (9/9/15)**

132.    By September 24, 2015, Kleckner[112] was already discussing exit strategy options for an Executive Committee offsite as follows in Exhibit 28:

---

[110]  Same, dated 8/31/15.

[111]  APC-00193551 dated 9/9/15, emailed to Kleckner in APC-00193550 dated 9/9/15.

[112]  APC-00196222 dated 9/24/15, file name "EC Offsite - Sept 2015 additional.pptx" attached to email APC-00966221.

CONFIDENTIAL

**Exhibit 28: Shenandoah Exit Strategy (9/24/15)**

133.     There were several important findings that centered on the complexity faulting caused. The entire Upper Wilcox section was faulted out in the Shen-4 sidetrack (ST1), as discussed in a partner meeting the previous day. Another important finding was the total of high-quality net pay of only 380 ft. compared to the net pay of 1,000 ft. in Shen-2. In addition, the LWC, LWD, and LWE contained 200 ft. of lower quality net pay, which was a significant finding that could impact assumptions of lateral continuity. McGrievy emailed[113] Kleckner on September 24, 2015:

> *"We hosted a meeting with the partnership this afternoon and the prevailing belief is that we cut either an NE-SW (APC interpretation) or E-W (Venari) trending fault, at or near the top of the UW1 sand, effectively faulting out the entire Upper Wilcox section which we believe contains approximately 50% of our reserves at Shenandoah.*
>
> *We have approximately 380 ft of net TVD high-quality pay in the LWA and LWB and possibly as much as 200' of lower quality pay in the LWC, LWD and E, consistent with what was discovered in the Shen 2 well. At this point the net TVD pay counts are subject to conventional logging results as these net pays are from the LWD."*

134.     An approved AFE form[114] dated September 30, 2015 and reviewed by Daniels stated that the Shen-ST1 encountered lower quality pay in the LWD and LWE sands, and the Upper Wilcox sands were missing due to faulting. In addition, the LWD was wet and the LWE sand appeared to be wet and/or low porosity. The document is quoted below:

> *"THE LOWER WILCOX A, B AND C SANDS WERE ALL FOUND TO BE PRESENT AND HYDROCARBON FILLED. THE LOWER WILCOX D SAND*

---

[113]   APC-00049208 dated 9/24/15.

[114]   APC-00001914 dated 9/30/15.

CONFIDENTIAL

*APPEARS TO BE WET/AND OR LOW POROSITY AND THE LOWER WILCOX E SAND APPEARS TO BE A MIX OF HYDROCARBONS AND WATER. THE UPPER WILCOX 2 & 3 SANDS APPEAR TO BE SHALED OUT OR MISSING DUE TO FAULTING."*

135.    MDT logs in the Shen-4ST1 establish that the Shen-4ST1 and Shen-2 are in separate pressure compartments, most likely due to faulting. In the Upper Wilcox, LWA, and LWB sands, the pressure difference[115] was 60-85 psi. The difference was greater in the LWC through LWE sands at 200-220 psi.

136.    In addition, the wellsite geologist identified slickensides in the bottomhole cuttings that returned to the surface. A slickenside is a rock with a polished surface formed by movement along two sides of a fault, normally showing striations. This observation added yet another source of evidence for faulting within the reservoir. The report[116] from the well site geologist is as follows:

*"Please be informed that I have revisited the cuttings yesterday and I have noticed possible slickensides in the cuttings, please see the attached slides."*

137.    The evidence for extensive faulting was substantial, as listed in Exhibit 29 from a Shen-4 update meeting presentation.[117] With evidence from multiple sources, ranging from wireline surveys, paleo data, faults in cores, Upper Wilcox sands missing in Shen-4ST1 and ST1BP, and pressure separation between Shen-4ST1 and Shen-2, this appraisal well proved the existence of a complex network of faulting, as summarized in Exhibit 29.

## Fault Evidence Summary

- Faults interpreted from WL: NGI, RT Scanner, Density Image, BARS.
- Faulted out paleo data (missing all UW Sands in Shen-2)
- Faulted out uppermost sand in BP Core well
- LW Sands correlate to Shen-2, UW Sands missing
- LW Sand pressures different between Shen-4 ST and Shen-2
- Possible fault evidence in cores?
- Fault zone (not single plane)

**Exhibit 29: Multiple Source of Information Confirming Faulting (11/30/15)**

138.    Reacting to the news that the Shen-4ST1 well was in an isolated compartment based on pressures, Oudin raised the question[118] of what can be done to sanction with confidence when the reservoir is compartmentalized, but the size of the compartments remains unknown. In my expert opinion, this question directly addressed the most serious challenge faced by the team's appraising the Shen field. His question is as follows:

---

[115]   APC-01351563 dated 2/17/16, page 39.

[116]   APC-00653361 dated 11/3/15.

[117]   APC-01701787 dated 11/30/15, page 20.

[118]   APC-00648863 dated 10/6/15.

*"Serious thought to consider (and I know you didn't think I was capable of them) [. . . ] how do you go forward with project sanction when you know your reservoir is compartmentalized, but you don't know how big your compartments are?"* (Emphasis added.)

139.    Brad Browning made a similar comment[119] a year and one-half earlier:

***"Is the reservoir completely broken up by faulting or noisy data?***

*I wonder if we'll know which is the case until a good number of wells are on production.*

*But certainly, if we get more pressure breaks between appraisal wells, we'll have our answer.*

*Thanks."* (Emphasis added.)

140.    With Shen-4ST1 in its own pressure compartment, all Shen wells with oil pay have proved to be pressure isolated from one another. Shen-1BP2, Shen-2, and Shen-4ST1 have proved to be isolated from one another, providing at least part of the answer to Brad's question of whether the reservoir is completely broken up by faulting.

141.    Wilkens[120] identified a total of nine faults in the Shen-4BP1 cores and made the following observations on deformation bands observed in cores 1 and 2:

- *"Most clean sands contain deformation bands*

- *Numerous wide clusters of bands, which is different from the Shen 3 core, indicating enhanced levels of (shear) strain and closer proximity to major faults."*

142.    A Foldbelt Asset Team Update[121] labeled "Abendshein Update" and dated December 2, 2015 provided the following assessment of whether overall Shen-4 results were favorable or disappointing as follows: "***Sanction pushed bqack [sic] 5 months as result of disappointing appraisal efforts on Shen 4, Shen 4ST***." (Emphasis added.) The delay of a multi-billion dollar project by five months is a significant and negative development.

143.    Another downside of the well was that Shen-4ST1 encountered lower quality sands in the LWC, LWD and LWE as discussed above. The impact was significant enough that Frye, Shotts and Prosser collaborated on a sensitivity case in which some or all zones were excluded

---

[119]    APC-00004880 dated 3/31/14.

[120]    APC-01006567 dated 12/1/15, page 3.

[121]    APC-01350202 dated 12/2/15.

CONFIDENTIAL

from development in the reservoir simulation scenario. Prosser is quoted below[122] addressing how zone exclusion might vary across the field.

> *"I like all the information Doug has incorporated. The only scenario I would maybe like to see is No LW-C-D-E.*
>
> *This is probably a later sensitivity because it may just be a waste of time depending on Shen 5 results, but it would be interesting to see No LW-C-D-E on the Western portion of the field, and from Shen 2 to the east maybe just leave out LW-D-E.*
>
> *What do you think?"*

144.    The sensitivity runs completed by Shotts evaluated the loss of resource by excluding deeper, marginal zones and are summarized in Exhibit 30 below. Leaving out one or two of these lower-quality sands had a relatively small impact on recovery. For example, leaving out the LWC sand resulted in a loss of only 1.2% of oil in place. With the UW 1-3 zones missing in the Shen-4BP1 bypass well, *that leaves only the LWA and LWB as attractive target zones in this part of the field*. The author did not find any documents establishing that these results were discussed with management, but the slides were included in a file[123] for a partner meeting. The exclusion of oil-bearing zones was not assumed in any of the resource estimates apart from this study.

---

[122]    APC-00056272 dated 12/3/15, with slide from APC-00056264, page 5.

[123]    APC-00233134 dated 3/23/16, titled "2016_3_23_Subsurface_Final_Version_Partners.pptx," page 47, attached to APC-00233133 dated 3/22/16.

CONFIDENTIAL



**Exhibit 30: Production Impacts of Not Producing Lower Wilcox C, D or E Sands**

145.    A partner meeting[124] on December 16, 2015 showed a slide in Exhibit 31 that provides a valuable summary of the impact of Shen-4, Shen-4ST1, and Shen-4ST1BP. As stated earlier, the original Shen-4 well encountered salt and the basin margin, reducing the estimated oil by one-third. Substantial differences over such a short distance between Shen-4ST1 and the bypass core revealed a high degree of fault complexity on the western flank, warning of potential structural complexity in the eastern half of the field. These negative findings resulted in a substantial delay in a key milestone.

> ▪ **Recent Shen 4 ST & BP Well Impact:**
> • Shen 4 Results Suggest mid-case reduction of ~ 900 MMBOE or ~1/3rd mapped STOIPs
> • Shen 4ST & bypass wells reveal additional Structural Complexity on West Flank
> • Achieving Commercial Threshold likely requires success at Shen 5 & Shen 6
> • Potential for structural Complexity on East Flank – added ST well; extends SOP to early Q2, 2018

**Exhibit 31: Results From Shen-4 Wellbores (12/16/15)**

146.    A comparison of Exploration structure maps[125] pre-and post-Shen-4 in Exhibits 32 and 33 is quite illustrative of the complexity added to the western half from Shen-4 but not yet taken into account in the eastern half of the field. Before Shen-4, the Exploration map included a single north-south fault crossing the oil accumulation, shown as the grey linear feature. After the Shen-4, Shen-4ST1, and Shen-4ST1BP wellbores were drilled, the map required three faults within a mile of each other to accommodate the anomalous findings, along with a substantial contraction of the northwestern edge of the reservoir. The eastern half of the oil accumulation on the Exploration map remained unfaulted. In my expert opinion, given the amount of evidence on

---

[124]   APC-01160608 dated 12/16/15, page 5.

[125]   APC-01702197 dated 1/11/16, pages 3 and 6.

CONFIDENTIAL

complex faulting added by Shen-4, an assumption of no faulting in the eastern half of the structure appears unreasonably optimistic.



**Exhibit 32: Pre Shen-4 Structural Map**



**Exhibit 33: Post Shen-4 Structural Map**

147.   McGrievy identifies in a later email[126] his main concerns with the differences in resource assessment between the Development and Exploration teams. By assuming no fault

___

[126]   APC-00059603 dated 1/10/16.

CONFIDENTIAL

barriers to the east and OWCs extrapolated from Shen-3 pressures, Exploration's P90[127] oil in place estimate at the time was five times larger than the Development Team's P90 estimate. Such a large difference between two technical teams supposedly working together and accessing the same data does not seem plausible and a red flag for senior management. However, given Leyendecker's long record of opposition to the consideration of faulting, management interference may be a more likely explanation for the significant difference.

148.    The Risk Consistency Team (RCT) facilitated a meeting on January 11, 2016 between the Exploration and Development teams to resolve their differences. From meeting notes,[128] Exploration's post-Shen-4 estimate of the mean recoverable resource before the meeting was 755 MMBOE, and Development's estimate was a much smaller 304 MMBOE. An insightful comment regarding faulting is as follows:

> "Chip Oudin: The Shen-4 series of wells has been eye-opening and extremely valuable in terms of defining basin edge and in terms of the complexities that are going on with the sands. Now we need to understand the east side of the field."

149.    A joint final model supported by both technical teams was described in an email[129] from Frye to McGrievy and the team on January 13, 2016 and shown in Exhibit 34. The final mean resource estimate supported by both teams was 426 MMBOE. Frye states the following:

> "Please find attached the joint exploration and development resource distribution and MMRA summary. The two groups met this morning and came to agreement on the Multi-zone Method derived resources. This was a compromise between the two groups on methodology and on the low side of the distribution. While the exploration group still believes the low side is too low and the development group stills believes the low side is too high, we agreed to go forward with the Multi-zone Method of combining two MMRAs, one for the West side of the field and one for the East side of the field, and applying some risk that the East side of Shenandoah could fail entirely. Over all, we are pleased with the end result."

---

[127]    A P90 estimate for a distribution represents the value that 90% of the data set will be larger than.

[128]    APC-01702198 dated 1/11/16.

[129]    APC-00663563 dated 1/13/16, with figure from APC-00663564 dated 1/13/16, page 1.

CONFIDENTIAL



**Exhibit 34: Trend in Resource Estimates (1/13/16)**

150.    Camden agrees[130] that a pressure shift exists between the two wellbores and that they were drilled in a faulted area, which is important because it indicates that fault compartmentalization occurs over short distances. He also stated that the Shen-3 aquifer was not connected to the western side of the field.

> *"Yes, there is a pressure shift between the S/T and the By-pass core wellbores – which would indicate some sort of compartmentalization. We believe the area where we placed the Shen #4 wellbore(s) to be fairly complex and faulted up a bit.*
>
> *Also, I also am using the Yuc#2 aquifer pressures to estimate OWCs. I don't think the Shen #3 aquifer is connected to the western side of the field."*

151.    A petrophysical analysis comparing Shen-4 ST1 to ST1BP in Exhibit 35 shows substantial differences in wellbores located only 400 ft. apart based on a post-Shen-4 presentation[131] with partners. The figure below compares the results for both wellbores. Net oil pay was 626 ft. in ST1 but only 473 ft. in the nearby bypass core, 24% less. In other words, moving 400 ft.[132] laterally from the ST1 to the BP core resulted in the loss of 153 ft. oil pay. Part of the UW2 sand was present in ST1 but missing in ST1BP. The LWD was wet in both wellbores, but the LWE and LWF sands were faulted or pinched out in the ST1BP wellbore. The source rock for the LWE sands also changed in the short distance from the ST1 and BP1 wellbores. Chandler

---

[130]    APC-00060671 dated 1/21/16, page 1.

[131]    APC-01351563 dated 2/17/16, page 5.

[132]    APC-01160608 dated 12/16/15, page 8.

CONFIDENTIAL

wrote:[133] "*Something happened between these two boreholes to dramatically change the rock type regarding the LWE.*"



**Exhibit 35: Comparison of Shen-4 ST1 and BP1 Net Pay (2/17/16)**

152.    In my expert opinion, complex faulting was the most probable cause for such stark differences over such a short distance. The pressure isolation between Shen-2, Shen-4ST1 and Shen-4ST1BP1 added additional weight to the argument for extraordinary fault complexity in the Shen reservoir. Given the weight of this evidence, in my expert opinion, it is improbable that

---

[133]    APC-00060803 dated 1/21/16, page 1.

CONFIDENTIAL

aquifer pressures in Shen-3 and Yucatan-2 had any relevance in determining OWCs in isolated fault blocks.

### G.    Shen-5 Results

153.    Results from Shen-5 added weight to the argument for extensive compartmentalization from faulting. Shen-5 pressures were lower than in Shen-1, Shen-2, and She--4ST1, establishing another isolated fault block. At least 10 different pressure trends isolated vertically were observed in Shen-5, making this well the most vertically compartmentalized well in the field. For example, five separate pressure gradients were identified in the UW2 and UW3 intervals. A total of 22 ft. of tar was encountered in the LWC sands, raising doubt about the producibility of the entire LWC zone. The presence of tar also highlighted the risk of having unpredictable tar deposits within the reservoir destroying permeability. Lower gravity oils with lower gas to oil ratios (*i.e.*, lower quality oils) were also encountered in each of the Lower Wilcox zones, negatively impacting the potential recovery factor of these zones. The post-Shen-5 resource volumetric estimate decreased to 353 MMBOE, down 17% from the pre-Shen-5 joint model. Combined with the evidence from Shen-4 discussed above, compartmentalization and its negative impact on pressure support, recovery factor, and well count were abundantly evident.

154.    Preliminary results were reported on June 2, 2016 for the Shen-5 well,[134] drilled to appraise the reservoir to the northeast of Shen-2 and west of Shen-3, as shown in Exhibit 36. The well encountered 1,043 ft. of oil-filled pay sands similar to Shen-2. Measured pressures were lower than in previous wells, confirming that Shen-5 is isolated from all other oil-bearing wells on the Shen structure. Fluids were more viscous with lower GORs, providing additional conformation of isolation from other wells. Findings are summarized in the lower right corner of the following exhibit:

---

[134]    APC-00359319 dated 6/2/16, slide from page 2.

CONFIDENTIAL



**Exhibit 36: Shen-5 Results (6/17/16)**

155.    Pressure gradients in Shen-5 displayed in Exhibit 37 show more vertical compartmentalization than previously observed in earlier wells, with ten isolated compartments in this well alone. The attached figure shows that pressure in the UW2 Upper sand follows a lower pressure gradient trend than in the UW2 Lower sand.[135] The pressures in the UW3 Upper sand follow a lower trend than in the UW3 Middle sand, which follow a lower trend than in the UW3 Lower sand. This intra-sand vertical isolation adds to the fault complexity added by each well, resulting in even smaller compartments. The thinner the flow unit, the easier it can be isolated stratigraphically or by faulting, thereby increasing the likelihood of compartmentalization.

---

[135]    APC-00077424 dated 6/27/16, page 13.

CONFIDENTIAL



**Exhibit 37: Shen-5 Pressure Profile from MDT Survey**

156.    Tar was reported in two intervals of Shen-5 in the LWC sand totaling 22 ft. in thickness in an email[136] dated July 2, 2016. Chandler wrote to his coworkers on the Development team, "*Well Shenandoah always seems to have its surprises, and this well is no exception.*" Complex faulting and compartmentalization can lead to more significant variation in reservoir fluid properties and formation pressures.

157.    Exhibit 38[137] from a partner presentation dated September 28, 2016 also showed heavier oil in the Lower Wilcox sands with depth, ranging from 29.3 API in the LWA sand down to 23.7 to 27.5 API in the LWC through E sands. GOR values were also lower in the LWC through LWE sands ranging from 690 to 780 scf/bbl. These lower gravity, lower GOR oils would likely have a substantially lower recovery factor, as demonstrated in a simulation run[138] by Shotts showing recovery efficiency dropped from the base case of 26% to 18% for 28 API oil, resulting in 31% lower oil recovery for the heavier, thicker oil. Therefore, it may not have been cost-effective to develop and might have needed to be excluded from the effective pay count and resource volume.

---

[136]    APC-00699952 dated 7/2/16.

[137]    APC-00278440 dated 9/28/16, page 19.

[138]    APC-00137267 dated 8/19/14, page 55.

CONFIDENTIAL

**Exhibit 38: Shen-5 Pressure Plot with Fluid Properties (9/18/16)**

158.    Fluid properties varied even between the LWA Upper and LWA Lower sands, indicating intra-zonal compartmentalization. The pervasive presence of fault barriers within the reservoir is the most probable explanation for such wide variations in oil properties, allowing each fault block to have its unique history of oil migration, trapping, and sealing. In addition, tar sands interspersed within the LWC sand raises the risk of intraformational flow barriers caused by highly unpredictable tar accumulations.

### H.    Shen-6 Results

159.    Shen-6 was wet, found no hydrocarbons, and revealed further faulting and associated complexities.

160.    The Shen-6 well was drilled starting in November 2016 northeast of Shen-5 to determine the depth of the OWC and extend the known oil accumulation eastward. Chandler emailed[139] the Development team on February 5, 2017 announcing that the UW2 and UW3 sands were wet as follows:

> *"I've attached a cross section updated to 3 PM Sunday. As you can see the UW2 appears to be wet as does the upper portion of the UW3. This was the one scenario we feared the most. I don't have any good recommendations at this time other than to keep drilling to confirm the deeper sands are indeed all wet."*

---

[139]   APC-00361054 dated 2/5/17.

CONFIDENTIAL

161.    A partner meeting was held to discuss the results and sidetrack options. A summary slide[140] states the well is wet in all sands and isolated from Shen-5: *"All the sands found are* water-*bearing"* and *"Confirmed presence of faulting between Shenandoah #5 and Shenandoah #6."* The following seismic section[141] in Exhibit 39 shows the extraordinary evolution of recognizing the presence of faults (black lines) since the August 18, 2014 mandate that no faults were to be mapped.



**Exhibit 39: Complexity of Faulting Where Wells Have Been Drilled (2/15/17)**

162.    Twelve days after the well was reported as wet internally, Anadarko submitted its 2016 10-K form on February 17, 2017. The statement announces at page 11: "***The Shenandoah-6 appraisal well was spud in the fourth quarter of 2016. The drilling objective is to establish the oil-water contact on the eastern flank of the field and to help quantify the resource potential of the basin.***" At the time of this submission, Anadarko unambiguously knew the well was wet, which severely negatively impacted the economic viability of the entire Shen project.

163.    An accounting document[142] dated March 27, 2017 provides a summary shown below of two sidetrack attempts. The first sidetrack tested a location thought to be down-dip but in the same fault block as Shen-5. Finding the UW2 wet and in a separate pressure compartment as Shen-5 was a significant adverse finding, proving fault complexity on a very small scale that was not detectable within the resolution of the seismic data.

---

[140]  APC-01264362 dated 2/15/17, page 4.

[141]  Same, page 11.

[142]  APC-00309656 dated 4/10/17, page 3.

CONFIDENTIAL

*"WR 52 #3 ST01 – On 02.19.17, the well was subsequently sidetracked out of the 14" casing at a depth of 25,488' MD with a westerly heading to test the oil-water contact limits in the Shen 5 fault block. Subsequent drilling operations to reach the Wilcox were problematic due to excessive fluid losses encountered at a depth of approximately 30,671' MD. Although the well did reach was was (sic) interpreted as the UW2 sand (wet), attempts to control the fluid losses were unsuccessful and the decision was made on 03.02.17 to set openhole plugs and abandon the openhole section.*

*WR 52#3 ST01 BP 01 – On 03.08.17, bypass drilling operations commenced in the open hole section at a depth of 29,300' md to make a second attempt to encounter oil-water contacts within the Shen 5 fault block. Drilled to a depth of 30,109' and set 11-7/8" casing on 03.13.17. Continued to drill and reached a depth of 30891' on 03.20.17 where excessive fluid losses and tar were encountered."*

164.    A presentation dated March 1, 2017 on Shen development options[143] concluded: "*Spar relocation is currently the only commercially viable solution for Shenandoah.*" The SPAR available for relocation was the Heidelberg SPAR, which was underperforming at the time. Such a serious conclusion regarding the only viable solution demonstrates the importance of the negative results from the Shen-6 well.

165.    On April 26, 2017, Leyendecker emailed[144] a draft announcement that Anadarko would suspend appraisal activities on the Shen field.

166.    In my expert opinion, the Shen appraisal project failed due to complex fault compartmentalization and Anadarko Exploration avoided and censored reasonable discussion of faulting and its impact.

## VI.    APPRAISING THE SHENANDOAH RESOURCE – RESOURCE SIZE, QUALITY AND ECONOMICS

167.    A primary objective of appraising a deep-water discovery is to reduce the uncertainty in the size and quality of the resource so that decisions such as whether to proceed or exit and how to develop the field can be made with a reasonable level of confidence. Appraising a discovery is very much a "value of information" exercise. The cost of new information, mostly drilling wells, needs to be weighed against the impact on the value derived from that information.

168.    A simplified approach to assessing the value of information is estimating the probability that the new information will affect or change decisions multiplied by the value added by those changes. Risks and uncertainties abound when the reservoir is almost six miles below the surface, reservoir pressures approaches 24,000 psig, water is over one mile deep, development wells are expected to cost more than $200-$310 MM to drill and complete, and total capital

---

[143]    APC-00090245 dated 3/1/17, page 10.

[144]    APC-00073642 dated 4/26/17.

investment might exceed $10 billion. The quality of the reservoir becomes especially important in a high-cost setting in which wells cost several hundred million dollars

169.    When appraising a discovery, the recoverable resource volume is a key metric, which is the product of area in acres, net pay in ft. and recovery in bbl/acre-ft. The areal extent of an oil accumulation is a function of the trappable area within a mapped closure and how much of that area is filled with hydrocarbons, which is defined by the OWC or fault boundary. Net pay in feet (ft.) is the vertical thickness of hydrocarbon-filled sands that meets porosity, hydrocarbon saturation and clay cutoff thresholds, as measured by well logs. Recovery is the product of 7,758 bbl/acre-ft. times porosity (%), oil saturation (%), recovery factor (%), and divided formation volume factor (reservoir/surface standard conditions).

170.    Each parameter is most commonly described using a log-normal probability distribution to quantify the uncertainty in the potential range of outcomes. The fractiles P1, P10, P50, P90, and P99 quantify the percent chance of exceeding a certain value for a range of uncertain outcomes. For example, the P1 value represents an absolute maximum with only 1% of outcomes being larger. The P10 value represents the upside case with 1 in 10 outcomes being larger. The P50 value is larger than half of the outcomes, and smaller than the other half. The P90 value is a downside result exceeded by 9 out of 10 outcomes. Finally, the P99 value is the absolute downside case with little chance of being smaller. The most commonly used resource range in the industry is P10-P90.

171.    The assessment of resource size is a key factor in deciding whether to sanction the development of a discovery, especially when facilities costs have a high fixed-cost component with larger fields benefitting from economy of scale. When burdened with a high fixed cost, smaller fields bear a higher per-barrel cost; larger fields have a smaller burden from fixed costs. Minimum Commercial Field Size ("MCFS") is a useful concept to help understand the importance of field resource size, especially what percentage of the resource range falls above and below the MCFS.

172.    The MCFS can be determined by modeling cash flows of development scenarios of varying resource volumes. The MCFS is the field size with breakeven economics: smaller sizes have negative discounted net present values, with larger sizes providing positive values due to the economy of scale. Typically, the MCFS is calculated for different oil prices, because the price can be the significant uncertainty driving value.

173.    When well costs are high and lateral continuity uncertain, estimated ultimate recovery per well ("EUR/well") can also be an important uncertainty impacting the MCFS. The EUR/well is primarily impacted by net pay per completion, effective drainage area per well, and recovery efficiency. Both effective drainage area per well and recovery efficiency are adversely impacted by reservoir compartmentalization caused by faulting and stratigraphic changes.

174.    PIR10 is an important concept for understanding Shen's commerciality. PIR10 stands for Profit to Investment Ratio discounted at 10%. The term is widely used in the petroleum industry as an economic measure of capital efficiency. The numerator is the net present value of estimated cash flows discounted at 10% and the denominator is the net capital invested, also discounted at 10%. The measure is useful for ranking the capital performance of a portfolio of

CONFIDENTIAL

investment opportunities. A threshold PIR10 represents the minimum value required for an investment to be approved to receive capital funding in the budgeting process. In Hollek's deposition on 9/8/22, he testified that Anadarko's threshold PIR10 was 0.30.[145]

> *Q. And was a PIR 10 of .30 generally a threshold for Anadarko to consider a prospect commercial?*
>
> *A. I don't remember exactly, that -- but that may have been a minimum threshold.*
>
> *Q. And would that have been set forth in any policies?*
>
> *A. I wouldn't say a policy; maybe a general guideline.*
>
> *Q. Do you recall what the document was called?*
>
> *A. No, I don't.*
>
> *Q. But in practice, you recall that .3 was generally considered the threshold?*
>
> *A. I believe that was sort of a hurdle rate.*
>
> *THE COURT REPORTER: A what rate; hurdle rate?*
>
> *THE WITNESS: Yes. Basically an economic threshold to be even considered.*
>
> *BY MS. JENSEN:*
>
> *Q. Right below which it would not be deemed commercial?*
>
> *A. Based on what you know at the time.*

175.    PIR10 at .3 was thus an important metric for determining whether Shen was economically viable by Anadarko's own standards and practice. This meant that if the PIR10 dropped below .3, Shen would not likely receive funding.

## A.    Pre Shen-2: Exploration Team

176.    Shen-1, the Shenandoah Discovery well, was drilled and evaluated from June 2008 through January 2010. Exhibit 40 below from a 2009 presentation[146] shows the well encountered approximately 300 ft. of oil-bearing pay. Individual pay counts by zone are also shown on the slide, but they only total 295 ft. of pay. The well was eventually reported[147] to have 236 ft. of net pay TVT, which is substantially less than initially claimed.

---

[145]  Darrell Hollek Deposition dated  9/1/22, page 53, line 6 to page 54, line 8.

[146]  APC-01669740 dated 4/8/09, page 2.

[147]  APC-01678818 dated 1/19/15, pages 7-8.



**Exhibit 40: Crestal Thinning and Down-dip Thickening**

177.    Exhibit 40 shows a northwest-southeast seismic cross-section in which the Wilcox unit thins as it rises to the crest of the structure to the northwest. The following slide[148] (Exhibit 41) in this presentation shows that thinning to the crest and conversely thickening down-dip were explicitly recognized, both before and after Shen-1 was drilled. The recognition of probable thinning toward the crest of the structure is an important issue discussed later in assessing the recoverable resource volume, especially in the November 2014 resource evaluation. A partner presentation[149] dated November 2, 2010 containing Exhibit 41 also showed the same observations about crestal thinning and approximately 300 ft. of pay for Shen-1.

---

[148]   Same, page 3.

[149]   APC-01669805, pages 25 (for 300 ft., 26 for thickening down-dip), and 45 (for the 260 ft. of pay total).

CONFIDENTIAL

**Key Points**

- **Predrill Expectations**
  - **Wilcox section of average gross thickness (~3,000')**
    - *Thickening off structure*
  - **Slightly better than average reservoir quality**
    - *Due to early emplacement of salt and thick canopy*

- **Postdrill**
  - **Significant thinning at well location (1,430' TVD gross section)**
    - *Suggests more dramatic thickening downdip*
  - **Significant uplift in reservoir quality**
    - *Rock properties more similar to Miocene*
    - *Better fluid properties than average Wilcox*

**Exhibit 41: Pre and Post Shen-1 Knowledge of Thickening Off Structure (11/2/10)**

### B.        Pre-Shen-3: Exploration Team

178.    In early June 2013, Exploration's resource assessment was updated to include results from both Shen-2 and Yucatan-2 southwest of Shen. Before the Yucatan well, their mean resource estimate for the Shen area was 1,179 MMBOE, and following the well, their estimate for the mean was raised slightly to 1,197 MMBOE.[150] This resource estimate was dominant from mid-2013 until late 2014 based on its inclusion in several presentations by the Exploration group and other documents during this period, such as Exhibit 46.

179.    The Exploration group calculated the estimated resource range using software by Rose and Associates, including the Multi-Method Risk Analysis ("MMRA") program and the Multi-Zone Master, both Excel-based software. The MMRA tool calculates a range of resource sizes based on assumptions for the area, net pay, and recovery that are input as probabilistic ranges and combined using the process of Monte Carlo simulation. The Multi-Zone Master can then be used to combine different layers or fault blocks. With multiple stacked sands and fault blocks, no single method has been deemed correct or the industry standard in classifying the parts and combining those parts, allowing various approaches to calculate resource volume.

180.    The method used by Exploration calculated the resource distribution first by stratigraphic layer using MMRA and then combined the UW1 and UW2 sands (treated as one unit) with UW3 in one Multi-Zone Master file and combined the LWA, LWB, LWC, LWD, and LWE sands in another Multi-Zone Master file. Next, the UW result was combined with the LW result in another layer of adding distributions for the main block. Finally, a small volume north of the fault was added to the main block to arrive at the field total. This method of combining multiple layers is detailed in Appendix B, showing Bates numbers for files involved.

---

[150]    APC-01676575 dated 4/2/14, in sheet "MMRA."

CONFIDENTIAL

181.    Exploration's resource distribution ranged from 830 MMBOE for P99; 952 MMBOE for P90; 1,173 MMBOE for P50 (median); 1,197 MMBOE for the mean; 1,469 MMBOE for P10; and 1,700 MMBOE for P1. Standard industry practice considers the P99 value as representative of an absolute minimum, so Exploration represented the Shen discovery after Shen-2 as having a 99% chance of being the second-largest field in the deep-water GOM based on Exhibit 42[151] below. The P10/P90 ratio of only 1.54 is too low for a discovery delineated by only two wells.[152] In my expert opinion, the lower end of this distribution did not represent the uncertainty existing at that time, especially considering the poor-quality seismic imaging below the salt.

| Top 10 Deepwater GOM Fields | |
| --- | --- |
| Field | EUR (MMBOE) |
| 1 Mars | 1,133 |
| 2 Ursa | 399 |
| 3 Tahiti | 303 |
| 4 Auger | 271 |
| 5 Mad Dog | 202 |
| 6 Genesis | 238 |
| 7 Ariel | 204 |
| 8 Shenzi | 180 |
| 9 Petronius | 198 |
| 10 Troika | 216 |

**Exhibit 42: EUR of Deepwater Fields in the Gulf of Mexico**

182.    One source of inaccuracy in Exploration's resource range resulting in a large value for P90 is the method of adding several elements together with the assumption of independence between each sampling event. For example, the combined estimate for the Lower Wilcox sands was the sum of five layers A through E being sampled with complete independence from each other. The average resource P10/P90 ratio for each Lower Wilcox sand was 3.6, but the resulting Multi-Zone Master resource range for five zones had a P10/P90 ratio of only 1.84 based on independence between each horizon. Summing independent sampling events results in a substantial reduction in variance depending on the number of sampling events. In contrast, the sum of fully dependent events tends to preserve the variance. Consequently, the summation process combining elements shown in Appendix B involved 11 total events, all sampled with the assumption of complete independence, causing the P10/P90 ratio to flatten significantly and understate the downside risk.

183.    One argument for assuming dependence and not independence between outcomes for each horizon is when multiple layers in a stacked reservoir share a common uncertainty. An example is with depth conversion errors caused by thick overlying salt layers that would impact how multiple layers were mapped and not just one layer independently. This issue is especially

---

[151]    APC-01702251 dated 1/21/16, page 32.

[152]    This is discussed in Dr. Merrill's report at paragraphs 27-29.

CONFIDENTIAL

relevant to Shen. Another factor affecting Shen is that faulting affects multiple horizons. With some degree of dependence assumed in the combination process, the variance represented by the the resource range (*i.e.*, P10/P90 ratio) will not decrease as much as when independence is assumed, preserving more of the downside uncertainty in the P90 result.

184.    Shen-1 was missing the entire Upper Wilcox sands, probably resulting from a single factor – faulting - affecting all three layers.

185.    The P10, P50, and P90 assumptions for the area, net pay, and recovery factor for each horizon are shown in Exhibit 43[153] that match the files provided in Appendix B.

---

[153]  APC-00115013 dated 2/26/14.

| Shenandoah | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Deterministic Calculations of STOOIP from MMRA input values | | | | | | | | |
| | | | | | | | | |
| **P90** | Zone | UW1+2 | UW3 | LW A | LW B | LW C | LW D | LW E |
| Area | Acres | 2545 | 2885 | 3520 | 3260 | 3260 | 3115 | 3260 |
| Net H | ft | 100 | 165 | 136 | 118 | 141 | 20 | 80 |
| Porosity | frac | 0.1796 | 0.1796 | 0.1796 | 0.1796 | 0.1695 | 0.1298 | 0.159 |
| So | frac | 0.597 | 0.597 | 0.597 | 0.597 | 0.725 | 0.698 | 0.701 |
| Bo | RB/STB | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.101 |
| STOOIP | MMBO | 163 | 305 | 306 | 246 | 337 | 31 | 205 |
| | | | | | | | | |
| **P50** | Zone | UW1+2 | UW3 | LW A | LW B | LW C | LW D | LW E |
| Area | Acres | 3908 | 4161 | 5121 | 4928 | 4928 | 4817 | 4928 |
| Net H | ft | 117 | 184 | 155 | 134 | 151 | 44 | 91 |
| Porosity | frac | 0.2075 | 0.2075 | 0.2075 | 0.2075 | 0.1976 | 0.1612 | 0.1872 |
| So | frac | 0.726 | 0.726 | 0.726 | 0.726 | 0.725 | 0.778 | 0.779 |
| Bo | RB/STB | 1.397 | 1.397 | 1.446 | 1.446 | 1.446 | 1.545 | 1.1978 |
| STOOIP | MMBO | 383 | 641 | 642 | 534 | 572 | 133 | 424 |
| | | | | | | | | |
| **P10** | Zone | UW1+2 | UW3 | LW A | LW B | LW C | LW D | LW E |
| Area | Acres | 6000 | 6000 | 7450 | 7450 | 7450 | 7450 | 7450 |
| Net H | ft | 137 | 205 | 176 | 152 | 161 | 95 | 105 |
| Porosity | frac | 0.235 | 0.235 | 0.235 | 0.235 | 0.2247 | 0.1933 | 0.2149 |
| So | frac | 0.825 | 0.825 | 0.825 | 0.825 | 0.786 | 0.837 | 0.837 |
| Bo | RB/STB | 1.496 | 1.496 | 1.594 | 1.594 | 1.593 | 1.693 | 1.2954 |
| STOOIP | MMBO | 826 | 1237 | 1237 | 1069 | 1032 | 525 | 843 |

**Exhibit 43: Assumptions Used in 6/13 Resource Assessment of Shenandoah Field**

186.    The assumed areas are based on structure maps for P10 and P90 areal extent in a presentation titled "SHENANDOAH Exploration – Development September 2013."[154] The structure map for the Shenandoah LWA sand is shown as an example in Exhibit 44 below. The extent of the P10 area extends to the spill point shared with the Yucatan discovery. In my expert opinion, this area would be more representative of a P1 maximum than a P10 scenario, making the P10 area overly optimistic. The P90 area shared the same northern boundary as the P10 case and extended almost as far east and west as the P10 area. In my expert opinion, the assumption of no downside risk in the oil accumulation's northern, eastern, and western boundaries does not follow

---

[154]   APC-00592977 dated 11/14/13.

standard industry practice: the range of possible downside outcomes was not captured in this highly optimistic version of a P90 scenario. The same line of reasoning holds for all seven horizons mapped.



**Exhibit 44: Example of Structural Map for Basis of Area Estimates (11/14/13)**

187.    The sum of P90 net pay for all eight sands combined totaled 760 ft. and was more than twice the net pay thickness encountered in Shen-1; the sum of P10 net pay for all zones totaled 1,031 ft., which exceeded the total encountered in Shen-2. In my expert opinion, these P10 and P90 net pay estimates are very optimistic. The estimates do not honor the data given: (1) the P90 assumption for net pay was more than twice the lower result in Shen-1 results; and (2) the P10 estimate exceeded the best Shen-2 result to date. Most of the oil-filled structure lies up-dip of Shen-2, and to having a fieldwide net pay value greater than Shen-2 requires thickening higher in the structure, which is precisely opposite to the existing evidence for crestal thinning discussed above.

188.    Another source of inaccuracy in Exploration's resource estimate regarded the appropriate recovery factor: the percentage of oil initially in place that can be expected to be recovered with the assumed development plan. The Exploration team assumed recovery factors ranging from 20%-30% (P90-P10) for the LWD and LWE sands, with a mean of 24.8%, and for all shallower sands, the assumed range was 20%-35%, with a mean of 27.1%. By contrast, Marathon's mean recovery factor was calculated at 17.8% in their study.[155] The P90 recovery factor was 21.8%, and the P10 was 14.2%. Exploration's assumption for a mean recovery factor of 27.1% compared to Marathon's finding of 17.8% resulted in a 52% (27.1%/17.8%) higher recoverable volume for the same oil in place. This was decidedly over-optimistic.

---

[155]    APC-00005056 dated 4/3/14, page 8.

CONFIDENTIAL

189.    As discussed above, Shotts' August 19, 2014, reservoir modeling study[156] highlighted the potential negative impact of faulting on recovery efficiency considering the high asphaltene onset pressures. With just north-south sealing faults, the recovery factor dropped to 15%, down from 26% for an unfaulted, laterally continuous model. Introducing a moderate number of east-west faults caused the recovery factor to drop down to just 5%. In my expert opinion, the following slide[157] was one of the most important slides produced by Anadarko regarding the Shen discovery. With increased compartmentalization, more wells are needed, placement of these wells more difficult, and aquifer support less likely, requiring optimally placed injection wells in each fault block to prevent asphaltene dropout. The study also provided an economic warning to the organization that compartmentalization could result in unfavorable project economics as shown in Exhibit 45.

## Capital and Economic Impact



- **Capital Impact:**
  - As compartmentalization increases, more wells will be needed to recover reserves
  - Pre-production placement of wells will be very risky if high levels of compartmentalization exist
  - Compartmentalization could limit communication with aquifer and/or injectors which impacts recovery

- **Economic Impact: Due to Deliverability**

| Case | NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout (Yrs.) | Recovery % |
|------|-----------|---------|-----------------|---------------|------------|
| Base | 2.9 | 18 | 0.40 | 9.9 | 26 |
| Compartmentalization | -2.5 - 0.5 | 0 - 12 | -0.35 - 0.07 | 12+ | 5 - 15 |

ANADARKO PETROLEUM CORPORATION                                                29

**Exhibit 45 Early Warning of Compartmentalization Impact on Project Economics (Shotts 8/19/14)**

190.    Kleckner demonstrated the importance he placed on the resource and economic analyses performed by the Development team, labelling their work as "*our current views*" and

---

156   APC-00137267 dated 8/19/14, pages 26-28.

157   APC-00348720 dated 8/27/14, pages 66-67.

- 80 -

CONFIDENTIAL

wanting to understand the contrasts with Exploration economic analysis. The email[158] from Kleckner to Hollek and O'Brien is quoted as follows:

> *"Are you both available early this afternoon to walk through GOM strategy slides specifically related to DW rig schedules. Would also like a quick update on Shenandoah economics to understand our current views related to 20k initiatives and how this contrasts with explorations economic model."*

## C.    Pre-Shen-3: Development Team

191.    Lea Frye joined the Shen team as Development's Senior Reservoir Engineer in January 2014, and the Development team presented a comparison between the Exploration and Development team resource and economic evaluations to management on February 19, 2014.[159] The Exploration team showed a P50 Case of 949 MMBO and a rate of return of 34%. The Development team showed a deterministic case of 767.5 MMBO, resulting in a 19% rate of return. Exploration's 949 MMBO P50 case (25% recovery factor and 1,000 scf/bbl GOR) was similar to their 1,197 MMBOE discussed earlier when adjusted for the gas equivalence and slightly different recovery factor assumed in the MMRA files. The Development team's resource estimate was smaller primarily due to a lower assumed recovery factor of 20%, compared to Exploration's 25%. The Development team's 19% rate of return was lower due to the 19% lower recoverable resource volume and higher facilities cost of $6.3 billion compared to Exploration's cost of $3.4 billion. Total development drilling and completion costs were similar for the two groups.

192.    The day before this presentation, Blakely and Strickling, both in Exploration, wrote in an email[160] exchange about Frye's economic evaluation of the Shen project that she would be showing to Kleckner. They expressed concern about her results: "*Lea is coming up with economics with a PIR of <4 for Shenandoah.*" Blakely then responds with the following: "*Ok. **We need to keep from delivering a message to Kleckner that Shenandoah is a marginal project by being overly conservative on assumptions**.*" *(emphasis added)*. This exchange establishes that Exploration was concerned about having Development express independent and potentially more conservative project analyses.

> Blakely to Strickling (2/18/14 12:04 PM: *"I saw Pat in the partner meeting. He said that Lea is coming up with economics with a PIR of <.4 for Shenandoah. Has she shared her assumptions with you?"*
>
> Strickling to Blakely (2/18/14 12:11 PM: *"Not yet. She is supposed to come up after the partner meeting."*

---

[158]    APC-00614945 dated 9/29/14.

[159]    APC-01674681 dated 2/18/14, pages 5, 6, 10 and 11.

[160]    APC-00603676 dated 2/18/14.

CONFIDENTIAL

Blakely to Strickling (2/18/14 12:17 PM: *"Ok. We need to keep from delivering a message to Kleckner that Shenandoah is a marginal project by being overly conservative on assumptions. See if you can help her out."*

Strickling to Blakely (2/18/14 8:59 PM: *"Review the economic assumptions with Lea:*

> *Recovery factor is 20% instead of our 25% even though water injection is assumed.*

> *Platforms cost twice as much as Frank's sheet estimates.*

> *Wells are constrained by drawdown limits.*

> *Overall there are fewer wells since re-completions are assumed. However, no learning curve is applied to drilling costs so their total cost for drilling is about the same as ours.*

> *LOE is twice what we are using.*

> *Downtime for wells and facilities is accounted for by reducing the overall production profile not a schedule.*

*So it is pretty much what we expected. Lea had made slides with our economics and assumptions but I said she probably didn't want to present those to prevent disagreements over assumptions."*

193.    On February 19, 2014, Frye presented Shen economics to a senior management team, including Hollek and Leyendecker. In response to her economic analysis, Frye reported[161] that Leyendecker directed the following derisive statement to her:

*"You do not know anything."*

194.    This derisive comment was corroborated by Blakeley's testimony[162] on August 19, 2022:

*"Q.    But he did tell her, "You don't know anything"; correct?*

*A.    I believe that's – those were the words he used, yes."*

195.    In my expert opinion, such a derisive comment by a senior manager to a professional with over a decade of experience presenting technical analysis was inexplicable. It was even more unwarranted given that the basis for her economic analysis was sound.

---

[161]  APC-00113302 dated 5/9/16, page 5.

[162]  David Blakeley Deposition dated 8/19/22, page 90, lines 1-4.

CONFIDENTIAL

196.    The 767.5 MMBO deterministic estimates in Frye's February 14, 2014 presentation served as the Development team's resource volume for economic evaluations presented to Kleckner on February 24, 2014[163] and April 2, 2014,[164] and the Executive Committee on July 9, 2014[165] and September 29, 2014,[166] representing the Development team's stance for much of 2014 leading up to the Shen-3 appraisal well. An Excel worksheet dated February 17, 2014[167] provides the details for calculating a 767.5 MMBO recoverable resource volume

### D.    Post Shen-3: Exploration Team

197.    Resource ranges and estimates dropped after Shen-3 for both Exploration and Development. Exploration noted a 47% decrease in mean area and 23% decrease in recoverable resources, yet also assumed a 32% increase in net pay.

198.    On November 14, 2014, Blakely emailed the following: "*we finished up early this morning. All zones were water bearing.*" Just over one week later, Camden announced[168] his revised MMRA resource assessment incorporating the results from Shen-3 as follows:

> "*OK, I rolled up the new MZ for North and South of the fault with the latest numbers – and below is what we are looking at. I have not fully vetted all the Porosity and Sw distributions (clipping), but they should be pretty close.*
>
> *It's about a 25% drop on the mean – probably makes sense. So, you could say this was a disappointing well in that we fell below the contacts and the resources were lowered. . . . BUT, it's still a world class sized resource.*"

199.    The revised estimate had a mean of 917 MMBOE recoverable resource ranging from 781 MMBOE for P90 to 909 MMBOE for P50 to 1,059 MMBOE for P10. The resulting mean of 917 MMBOE was 23% lower than the pre-Shen-3 mean of 1,197 MMBOE. Exhibit 46 provides a comparison in the form of a bar chart.[169]

---

[163]    APC-00798192 dated 2/24/14, page 12.

[164]    APC-00000670 dated 4/2/14, page 22.

[165]    APC-00129874 dated 7/9/14, page 11.

[166]    APC-00838406 dated 9/29/14, page 25.

[167]    APC-00797929 dated 2/17/14, worksheet "Reserves_Well_500Acres," cell Q23 shows result of 767.5.

[168]    APC-00617381 dated 11/22/14.

[169]    APC-00617383 dated 11/22/14.

CONFIDENTIAL



**Exhibit 46: Impact of Shen-3 Resource Estimate**

200.     Exhibit 47 below compares key input assumptions in the June 2013 and November 2014 MMRA evaluations of the recoverable resource by each horizon, with the UW1 and UW2 combined in a single file. Typically, area and net pay have the most uncertainty, followed by the recovery factor. The column on the right shows a 47% decrease in the assumed mean area from June 2013 to November 2014 but a 32% increase in net pay, resulting in an approximate 23% decrease in the overall recoverable resource volume.

CONFIDENTIAL

| Zone | UWLX 1&2 | | UWLX 3 | | LWLX A | | LWLX B | | LWLX C | | LWLX D | | LWLX E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov | 13-Jun | 14-Nov |
| Area, acres | | | | | | | | | | | | | | | **Average Area** | |
| P90 | 2545 | 2110 | 2885 | 2402 | 3520 | 2235 | 3260 | 2135 | 3260 | 2250 | 3115 | 2215 | 3260 | 2160 | 3121 | 2215 |
| mean | 4127 | 2939 | 4330 | 2963 | 5339 | 2559 | 5184 | 2435 | 5184 | 2364 | 5096 | 2503 | 5184 | 2585 | 4921 | 2621 |
| P10 | 6000 | 3875 | 6000 | 3570 | 7450 | 2900 | 7450 | 2750 | 7450 | 2480 | 7450 | 2805 | 7450 | 3040 | 7036 | 3060 |
| Change in Mean | | -29% | | -32% | | -52% | | -53% | | -54% | | -51% | | -50% | | -47% |
| | | | | | | | | | | | | | | | | |
| Net Pay, ft TVT | | | | | | | | | | | | | | | **Total Net Pay** | |
| P90 | 100 | 165 | 165 | 240 | 136 | 175 | 118 | 125 | 141 | 125 | 20 | 80 | 80 | 100 | 760 | 1010 |
| mean | 118 | 217 | 185 | 269 | 155 | 187 | 135 | 132 | 151 | 137 | 52 | 90 | 92 | 135 | 888 | 1168 |
| P10 | 137 | 274 | 205 | 300 | 176 | 200 | 152 | 140 | 161 | 150 | 95 | 100 | 105 | 175 | 1031 | 1339 |
| Change in Mean | | 84% | | 46% | | 20% | | -2% | | -9% | | 73% | | 47% | | 32% |
| | | | | | | | | | | | | | | | | |
| Resources, MMBOE | | | | | | | | | | | | | | | **Total Resources** | |
| P90 | 65 | 99 | 117 | 143 | 116 | 87 | 94 | 59 | 106 | 61 | 16 | 37 | 67 | 61 | 582 | 547 |
| mean | 127 | 177 | 211 | 224 | 214 | 131 | 179 | 88 | 197 | 90 | 51 | 52 | 121 | 98 | 1100 | 859 |
| P10 | 204 | 273 | 326 | 319 | 334 | 182 | 285 | 122 | 309 | 123 | 101 | 68 | 186 | 141 | 1744 | 1228 |
| Change in Mean | | 39% | | 6% | | -39% | | -51% | | -54% | | 1% | | -19% | | -22% |
| | | | | | | | | | | | | | | | | |
| TVT Net*, ft | | | | | | | | | | | | | | | | |
| Shen1 Net Pay | | | | | 30 | | 0 | | 39 | | 91 | | 76 | | 236 | |
| Shen1 Net Sand | | | | | 121 | | 52 | | 124 | | 91 | | 76 | | 464 | |
| Shen2 Net Pay | 165 | | 240 | | 160 | | 139 | | 166 | | 38 | | 94 | | 1002 | |
| Shen 3 Net Sand* | 214 | | 350 | | 267 | | 149 | | 60 | | 203 | | 227 | | 1470 | |
| Bates Number | APC-00852359 | | APC-00852358 | | APC-00852357 | | APC-00852356 | | APC-00852355 | | APC-00852354 | | APC-00852353 | | | |

*Bates APC-00021100 page 22.

13-Jun data from Exhibit 44

**Exhibit 47: Comparison of Assumption for 6/13 and 11/14 Evaluations**

201.    Two factors caused the 47% decrease in mean area. First, Shen-3 encountered wet sands inside most of the P10 boundary for most horizons, causing the P10 limits to be drawn more conservatively. Second, Shen-3 encountered the formation tops approximately 600 ft. deeper[170] than mapped before Shen-3 with depth already calibrated at the crest by Shen-1. By finding each horizon ~600 ft. deeper than expected, the northwest to southeast dip needed to be steepened substantially, thereby causing the structure to narrow, reducing the area for each horizon.

202.    A small volume labeled north of the fault was not included in the table because the author could not identify any file representing the estimate for resources north of the fault isolating Shen-1.

203.    The structure maps that provide the basis for these P90 and P10 area estimates are in APC-01678818, pages 28-34. The map for the UW2 horizon, Exhibit 48, shows the P10 contour (black dash, projected OWC) is very close to the highest known water encountered in Shen-3, extending roughly east-west across the entire 7.6-mile structure. In my expert experience, this contour would represent the maximum areal extent for a much rarer P1 upside case rather than the P10 case.

---

[170]    Based on comparison of structure maps pre-Shen-3 (APC-00592977 dated 11/14/13, pages 36-42) to post-Shen-3 maps (APC-01678818 dated 1/19/15, pages 28-34).

CONFIDENTIAL



**Exhibit 48: Structure Map for UW2 Zone – P90 and P10 Areas (APC-0168818, page 28) (November 2014)**

204.    The P90 (white dash) limit follows the contour at a depth of the lowest known oil in Shen-2 on the southern side of the structure but follows the same northern edge as the upside case. This downside case would be valid if the field's northern, eastern, and western limits were known with certainty and that no faults could isolate an oil field block from a water-bearing block. At this stage, COP had already mapped and shared with partners multiple north-south trending faults capable of causing isolation between blocks. In my expert opinion, the assumed P90 area significantly underestimated the potential downside risk in the extent of the oil accumulation. Note that the proposed location for Shen-4 was well within the P90 area indicating virtually no risk of a dry hole. The original Shen-4 wellbore at this location encountered salt instead of oil filled Wilcox sands, proving Exploration's estimate of the P90 downside area too optimistic.

205.    Exhibit 49 shows the assumed P90 (white dashed line) and P10 (black dashed line) extents of the oil accumulation for the LWC horizon. In this horizon, the lowest known oil (the basis for P90) is at -30,727 ft. TVD, and projected OWC (the basis for P10) is at -30,900 ft. TVD, based on the assumption that Shen-2 and Shen-3 are in pressure communication across the mapped fault. The dashed lines are so close that they almost overlap, showing virtually no appreciable uncertainty in areal extent to the north, south, east, or west. In my expert opinion, this attempt at describing the range of possible outcomes is not credible and lacks professional judgment, showing minimal downside risk. Furthermore, all of the mapped Lower Wilcox horizons show an unrealistic level of certainty between the P90 and P10 areas.

CONFIDENTIAL



**Exhibit 49: P90 and P10 Nearly Identical at LWC Horizon (APC-10678818, page 32)**

206.    Net pay assumptions increased by 32% from the June 2013 evaluation to the November 2014 update following Shen-3. The estimate for net pay, which, by definition, is oil-filled reservoir quality sands, needed to consider results encountered in the three wells drilled up to that time, plus seismic analysis indicating thinning of the Wilcox section toward the crest of the structure. Exhibit 50 summarizes net pay results[171] by horizon, porosity, and permeability results, along with Exploration's average net pay for the field, shaded in yellow.

| Zone | Shen-3 Net Sand, ft | Shen-3 Porosity % | Shen-3 Permeability, mD | Shen-2 Net Pay, ft | Shen-2 Porosity % | Shen-2 Permeability, mD | Shen-1 Net Pay, ft | Shen-1 Porosity % | Shen-1 Permeability, mD | 11/14 MMRA P90 Net Pay, ft | 11/14 MMRA Mean Net Pay, ft | 11/14 MMRA P10 Net Pay, ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UW1 | 214 | 17.7% | 4 | 142 | 20.3% | 37 | NA | NA | NA | 165 | 217 | 274 |
| UW2 | 350 | 18.6% | 9 | 240 | 21.8% | 81 | NA | NA | NA | | | |
| UW3 | NA | NA | NA | 23 | 21.1% | 28 | NA | NA | NA | 240 | 269 | 300 |
| LWA | 267 | 18.5% | 11 | 160 | 22.5% | 77 | 30 | 22.9% | 511 | 175 | 187 | 200 |
| LWB | 149 | 18.5% | 17 | 139 | 22.0% | 49 | 0 | 21.5% | 258 | 125 | 132 | 140 |
| LWC | 60 | 17.8% | 9 | 166 | 20.0% | 21 | 39 | 21.4% | 293 | 125 | 137 | 150 |
| LWD | 203 | 18.7% | 17 | 38 | 16.0% | 4 | 91 | 22.6% | 127 | 80 | 90 | 100 |
| LWE | 227 | 17.2% | 8 | 94 | 19.3% | 18 | 76 | 25.0% | 727 | 100 | 135 | 175 |
| Total | 1470 | | | 1002 | | | 236 | | | 1010 | 1168 | 1339 |
| Average | | 18.1% | 11 | | 20.4% | 39 | | 22.7% | 383 | | | |

**Exhibit 50: Net Pay, Porosity, and Permeability of Shen-1, -2, and -3**

207.    Shen-1 is highest on the structure of these three wells and encountered only 236 ft. of net pay with the Upper Wilcox missing and wet sands through most of the LWA, LWB, and LWC horizons. Net reservoir sand totaled 463 ft., with approximately one-half of the sands water-bearing. Net pay in Shen-2, located down-dip of the crest and near the assumed OWC, totaled 1,002 ft. TVT with all sands filled with oil, making it the best pay result in the three appraisal

---

[171]    APC-01678818 dated 1/19/15, pages 7-8.

CONFIDENTIAL

wells. Shen-3, located 1,518 ft.[172] down-dip of Shen-2, was wet with no net pay but had 1,470 ft. TVT of reservoir sands, which would be expected considering the evidence for crestal thinning and down-dip thickening observed as early as 2009. Crestal thinning was observed in this period based on an annotation on a seismic cross-section:[173] "*Note thinning of Upper Wilcox interval onto Shenandoah structure.*" On November 19, 2014, Ramsey wrote[174] about the need to account for crestal thinning in estimating the field average net pay and how this thinning higher in the structure was accounted for in Exploration's previous evaluation, yet his net pay estimates in paragraph 206 are based on thickening toward the crest rather than thinning.

> *"3.)    Beth and I will need to output and study the isopach mapping for the Upper Wilcox. The upper Wilcox has been identified as having potential to stratigraphically pinch out before the crest of the structure, so we need to assess if there are any locations along the crest which thin out and potentially don't contain reservoir (or res that is likely not supportive of a completion). The basics of this premise lies in the fact that the discovery well does not have UW, and the Yucatan discovery well has very poorly developed UW sands (high on structure). Last time we did this exercise, we carved out an area at the crest of structure, that did not meet a 'critical isopach thickness.'"*

208.    Earlier in the same email, he highlighted the process followed in previous work that digitized net pay isopachs to calculate average net pay value. He also mentioned that this mapping exercise would require five-to-seven days to complete and would be revisited in round two of their evaluation. The author was unable to find documentation of round two and the net pay estimates remained unchanged throughout 2015, despite new and additional information severely reducing net pay from Shen-4.

> *"Last time we did the MMRA and given the importance of average reservoir thickness across the structure (main input on res storage capacity), we took the step of making net pay isopachs, digitizing the maps, and outputting the calculated average reservoir value. This step would take about 5 - 7 days, so will revisit this in round two of our assessment."*

209.    On November 21, 2014, Ramsey provided[175] the P90 and P10 net pay estimates for each horizon, which are shown in the right-hand columns of Exhibit 50, stating they were based on net pay isopach maps provided by Kendall.[176]

> *"Gang, Attached are "scoping" TVT net pay #s that we can use in our MMRA update. I generated P90 & P10 net pay isopachs, off of TVT interval isopachs that*

---

[172]    APC-00881510, page 10.

[173]    APC-00017078 dated 12/3/14, page 35.

[174]    APC-00617317 dated 11/19/14.

[175]    APC-00617367 dated 11/21/14, with attached Excel file APC-00617368.

[176]    APC-00852415 dated 11/24/14, TVT isopach maps on pages 8-15.

CONFIDENTIAL

*Beth created, so we do have some basis for these #s. I would like to review them with you when possible, so we are all in alignment."*

210.    The Exploration team based their November 2014 evaluation on a mean net pay of 1,168 ft. for all horizons summed together, 17% greater than the Shen-2 result. P90 estimates for each horizon totaled 1,010 ft., similar to but greater than the Shen-2 result. Because the P90 areas were based on the lowest known oil (LKO) in Shen-2 for all horizons, nearly all the P90 areas must be up-dip of Shen-2. With crestal thinning, net pay would decrease up-dip, resulting in a lower average net pay than Shen-2. A thicker average net pay up-dip of Shen-2 is very unlikely with crestal thinning. Instead of accounting for crestal thinning in their estimate, this study was based erroneously on finding thicker sands up-dip of Shen-2.

211.    The sum of their P10 estimates is 1,339 ft., 34% larger than the Shen-2 total, and requires substantial thickening higher in the structure, which is precisely opposite of the evidence for crestal thinning. In my expert opinion, assuming such thickening higher in the structure was unjustified and incorrect.

212.    The mean net pay total assumed in the June 2013 evaluation was 888 ft., reflecting some thinning above Shen-2. In my expert opinion, the ranges assumed for the November 2014 evaluation were overstated by at least 30%. The June 2013 net pay ranges were optimistic but more credible and consistent with actual well results and the observed crestal thinning.

213.    A different resource estimate labeled "Fault Model" with a mean of 740 MMBOE is shown in a bar chart in Exhibit 51 from a post-Shen-3 presentation.[177] However, the author has not been able to find any MMRA or Multi-Zone Master files that appear related to this evaluation after extensive searches.

---

[177]  APC-01678818 dated 1/19/15, page 37.

CONFIDENTIAL



**Exhibit 51: Display of "Fault Model" Resource Estimate (1/19/15)**

214.    An email[178] shown in Exhibit 52 from Trautman (Exploration Manager) establishes that the mean resource estimate of 920 MMBOE before Shen-4 was the version preferred in this period by Exploration over the "Fault Model" with the mean of 740 MMBOE. The email also highlights an updated case Post Shen-4 with a mean size of 755 MMBOE, discussed in the next section.

---

[178]  APC-0209545, dated 11/17/15.

CONFIDENTIAL

To: Tedesco, Bill[William.Tedesco@anadarko.com]
From: Trautman, Tim[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=TXTEXP]
Sent: Tue 11/17/2015 4:20:34 PM Coordinated Universal Time
Subject: Shenandoah

Updated Resource Range for Shenandoah:

P90 = 635 MMBOE
P50 = 749 MMBOE
**Mean = 755 MMBOE**
P10 = 883 MMBOE

Prior Mean (before Shenandoah 4) was **920 MMBOE**

The team is still working on the range of resource potential for the southwest fault block.

**Exhibit 52: Confirmation That Exploration's Pre-Shen-4 Resource Mean Was 920 MMBOE (11/17/15)**

### E.    Post Shen-3: Development Team

215.    After Shen-3, Development's resource estimates shrank by more than half. The Development Team's pre-Shen-4 resource mean was 396.9 MMBOE, which was 57% percent smaller than Exploration's estimate of 920 MMBOE. In my expert opinion, such a large difference in resource size was a major red flag that necessitated reconciliation and senior management's attention. Moreover, Development's resource mean more accurately incorporated the risks and was substantially more credible. I will discuss the basis for Development's resource estimates and the support for my conclusions below.

216.    There is evidence that senior management was concerned about the large difference in resource size. This statement from Hollek to McGrievy indicates that Chuck Meloy, a member of the Executive Committee at the time, was concerned that Anadarko's portfolio contained Exploration's over optimistic numbers:

Hollek to McGrievy:[179] *"One of the issues I know Chuck still has is that Portfolio still contains Exploration scenario which he knows is different than our runs. Like I told him our numbers are built on the latest assumptions of costs and activities on what we know today."*

217.    An important finding from Shen-3 was that the Development team observed that aquifer pressure trends[180] in Shen-1 and Shen-3 both followed the same 0.50 psi/ft. regional pressure gradient as shown in Exhibit 53. This similarity establishes possible but not proven pressure continuity between the two wells and such a connection, if true, had strong negative implications to the areal extent of oil. Shen-1 encountered water-bearing sands near the crest of the fault block, and the much shallower OWCs established by water-bearing sands in the LWB

---

[179]    APC-00025540 dated 03/24/15.

[180]    APC-00157431 dated 1/26/15, page 29.

CONFIDENTIAL

and LWC sands would therefore extend across much of the eastern fault block if Shen-1 were connected to Shen-3.



**Exhibit 53: Shen-3 to Shen-1 MDT Pressures**

218.     The oil in place volume for the eastern block was calculated[181] by Shotts to be only 85 MMSTB assuming the Shen-1/Shen-3 connected model, described as follows: "*This is the results of Oil In Place for 'East Shenandoah' using the projected OWC from based on Shen 3 for the Lower Wilcox sands assuming Shen 1 and Shen 3 are connected*." McGrievy responded in the email chain that such a small volume was likely uneconomic even for a single-well tieback scenario as follows: "*Shy of break-even economics if you are to assume a single SS tieback well at 10% primary recovery*."

---

[181]   APC-00017196 dated 12/4/14.

CONFIDENTIAL

219.     An earlier quote from a Ramsey email[182] as Shen-3 was being drilled demonstrated that the Exploration team recognized the implications if Shen-1 were not isolated from the rest of the field as follows:

> Ramsey: *"The first step I will personally take is to make sure the water gradients we are measuring do not line up with the Shenandoah discovery well [Shen-1], and then check if they line up with the Yucatan appraisal well."*

220.     The Development Team recognized considerable uncertainty in the Eastern Fault block by including the Shen-1/Shen-3 connection as a possible outcome in their P90 area distribution described in the following evaluation. The Exploration Team dismissed the possibility of the two wells being connected despite recognizing that they were the same regional pressure gradient of 0.50 psi/ft.[183] In my expert opinion, Exploration's basis for dismissing pressure connection between the two wells due to high fluid densities near Shen-1 lacks credibility.[184]

221.     On March 23, 2015, Frye sent Hollek a presentation[185] summarizing an evaluation of a Phase 1 development that included just a fraction of the full field resource volume. The risked rate of return was uneconomic at only 8%, but these economics are likely not significant because only a fraction of the resource was assumed to be developed. In the email[186] Frye sent to Hollek containing this presentation, she mentions working on other phases leading to a full field development analysis.

222.     On April 8, 2015, the Development team presented to Kleckner an MMRA-based volumetric model[187] for the full field, shown in Exhibit 54 below, for the Shen discovery with an untruncated geologic mean of 396.9 MMBOE, 57% smaller than the value carried by the Exploration estimate of 920 MMBOE discussed above. In my expert opinion, such a large difference in resource size between two teams within the same company should have been a warning flag that required the attention of senior management to reconcile.

---

[182]   APC-00838530 dated 10/1/14.

[183]   APC-00157431 dated 1/26/15, pages 30-31.

[184]   APC-00157431 dated 1/26/15, pages 30-31.

[185]   APC-00025533 dated 3/23/15.

[186]   APC-00025532 dated 3/23/15.

[187]   APC-00169083 dated 4/8/15, page 12, Kleckner custodian.



**Exhibit 54: Development's MMRA Model with 397 MMBOE Mean**

223.     The Development team used a simplified approach of combining all sands into a single total net pay distribution for all horizons combined, requiring only one MMRA file to complete the estimate. The uncertainty ranges for the area, net pay, and recovery factor are provided in Exhibit 55 below.[188] The range for the area was based on two interpretations of the MDT pressure gradients. The P10 value of 3,000 acres for the area is based on the interpretation that Shen-2 and Shen-3 are in pressure communication. The depth of OWCs extrapolated from MDT data establishes the contacts for the eastern and western areas,[189] requiring one aquifer pressure regime for the entire field. The P90 value of 1,600 acres for the area assumes that Shen-3 pressures establish the OWCs in the western part of the field but that Shen-1 aquifer pressures establish shallower OWCs in the eastern part of the field.

---

[188]    Same, page 7.

[189]    Same, pages 4-6.



**Exhibit 55: Key Input Assumptions for MMRA Model**

224.    The P90 to P10 range in average net pay across the field was 500 ft. to 1,000 ft., with a comment written on the slide that "thinning on structure" was assumed. The upside P10 value of 1,000 ft. is consistent with Shen-2 representing the upper range of potential outcomes.

225.    The downside P90 assumption of 500 ft. is consistent with the Shen-1 net sand count of 478 ft. representing the bulk of the area higher in the structure. The hypothesis of thinning on the structure was strongly supported by the annotated seismic cross-section shown in Exhibit 56.[190]

---

[190]   Same, page 8.

CONFIDENTIAL



**Exhibit 56: Seismic Line Shows Thinning on Structure**

226.    Finally, the Development team assumed recovery factors ranging from 15% to 30% for the P90 to P10 values. This range was partially consistent with Shotts' reservoir simulation modeling work[191] that showed potential recovery factors being highly sensitive to fault barriers, with a 26% recovery factor for an unfaulted continuous case decreasing to 15% for a north-south faulted scenario. Shott's work also showed a much lower recovery factor of 5% for a scenario with moderate east-west faulting, complicating pressure support from injectors/aquifers and producers. Such a low recovery factor of 5% was less than the P99 assumption value, so it was not represented in the possible range of outcomes, leaving the assumed range of recovery factors as potentially optimistic. An email[192] between Shotts and Frye demonstrated the two reservoir engineers worked closely together on how they described faulting, with Frye quoted below:

> *"**Based on the dialog/politics between exploration and development we have removed all references to faults** and I desensitized the verbiage to remove any word that says 'fault' and made the language barriers/compartmentalization."* (Emphasis added.)

---

[191]    APC-00137267 dated 8/19/14, pages 44-48.

[192]    APC-00612283 dated 8/22/14.

CONFIDENTIAL

227.     Based on searches of the documents available, the MMRA evaluation of April 19, 2015 appears to represent the first full-field update by the Development team following the results from Shen-3. By removing almost half of the upside area (based on Shen-3 being wet) on the southern side of the structure and accounting for thinning onto the structure, the Development team's mean resource estimate of 397 MMBOE decreased by 57% from the previous year's estimate of 767.5 MMBO, equivalent to 931 MMBOE[193] with the associated gas equivalent included. In my expert opinion, the Development team's assessment is substantially more credible than Exploration's model, which ignored crestal thinning and assumed the opposite.

228.     On April 8, 2015, the Development team presented a risked economics evaluation[194] for a full field development to Kleckner with a rate of return of just 11%, substantially lower than the 19% rate of return presented on February 19, 2014, with results shown in Exhibit 57. The decline in profitability resulted from a much-reduced resource volume and a lower oil price environment. Following significant oil price declines in early 2015, the base case oil price used in Anadarko's economics was reduced from $95/bbl to $60/bbl.

229.     The PIR10 in this risked economics evaluation is noteworthy for two reasons. The first is it falls well below Anadarko's .3 threshold for commerciality, at .08 for risked economics. Second, even though this analysis showed Shen was uneconomic, it was incorporated overly optimistic assumptions. Specifically, this analysis was based on the optimistic assumptions that no east-west faulting existed to limit aquifer support and no damage to flowrates occurred from asphaltene deposition.

## Development View Economics



- **Full Field Wet Tree Development (30%WI)**
  - Based on development view of resources post Shen 3
  - Assumes 100 MBOPD Spar; 16 well development
  - Assumes aquifer support; no injection required

| Invest ($60/bbl) | NPV10 ($MM) | ROR (%) | PIR10 ($/$) | F&D ($/BOE) | LOE ($/BOE) | EUR (MMBOE) | Capital ($B) |
|---|---|---|---|---|---|---|---|
| Risked | 66 | 11 | 0.08 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 199 | 13 | 0.16 | 13.97 | 5.29 | 157 | 2.2 |

**Exhibit 57: Development View Economics Post Shen-3**

230.     The net present value discounted at 10% was only $66 MM for a project with a success case investment of $6 billion to $10 billion. In my expert opinion, the results from Shen-3 caused resource estimates to decrease by more than 50%, seriously impacting the project's commercial viability. This finding sharply contrasts with senior management describing Shen-3 as a successful appraisal well.

---

[193]   Assuming a gas:oil ratio of 1,280 scf/bbl and a gas equivalency ratio of 6,000 scf/BOE.

[194]   APC-00169083 dated 4/8/15, page 2, Kleckner custodian

CONFIDENTIAL

### F.    Post Shen-3: COP

231.    COP's decisions around Shen's commerciality and viability after Shen-3 are particularly informative. Partner unity and approval can act as a form of peer review of the operator. Partners typically provide professional staff to perform their own analysis. Over time COP developed a more pessimistic view of Shen, leading to an eventual decision to sell their interests. COP's estimated resource volume at this time of 360 MMBOE was quite similar to Development's estimate of 396 MMBOE and less than half of Exploration's estimate. Senior management was made aware of this number when COP tried to trade its share in Shen for a different Anadarko asset.

232.    As Shen-3 was being drilled but before wet sands were detected, COP discussed concern over Shen's viability. COP had calculated volumetric sensitivities with new maps and uncertainty ranges for OWCs and saw volumes decline by half. Smallwood (COP) informed Frye that they were very concerned about Shen's size and commercial viability. Frye wrote[195] McGrievy about the exchange with Smallwood as follows:

> *"Interesting. Dan from COP called me and wanted to chat. Based on Shen 1 pressures and the new interpreted rafts areas COP is concerned. He has run some volume sensitivities with new maps and OWC variance and is seeing in place volumes basically cut in half. They are very concerned about size and commerciality."*

233.    On March 10, 2015, COP inquired[196] as quoted below about an asset trade of COP's share of Shen for Anadarko's share of the Alpine asset in Alaska. Such a trade indicates that COP was interested in ridding itself of the Shen appraisal program, especially after COP expressed its concern over the commercial viability mentioned above.

> *"Subject : Alpine - Shenandoah – Conoco*
>
> *John Schell, BD NA Conoco, called and wanted to know if we would consider an Alpine-Shenandoah trade. I told him I would check to see how much interest we might have. If interested he will vet further in COP. He said they have been kicking it around but I am not sure how high that goes. Thoughts? Budget issues?*
>
> *Jerry Windlinger, Vice President, Corporate Development"*

234.    Anadarko's evaluation of the trade[197] shows COP's estimate of Shen's gross resource as follows: "*COP Range of Resources: Most Likely (ML): 360 MMBOE gross.*" This volume is similar to the Development team's Post Shen-3 estimated mean of 397 MMBOE gross discussed in the previous section and is more than 2.6 times smaller than Exploration's outlier mean of 920 MMBOE gross.

---

[195]    APC-00013459 dated 10/2/14.

[196]    APC-00023888 dated 3/10/15.

[197]    APC-00171344 dated 4/20/15, page 2.

CONFIDENTIAL

235.    On 10/19/15, COP announced[198] they would discontinue deepwater exploration by 2017:

*"On a conference call with analysts, executives said ConocoPhillips planned to exit all deepwater exploration by 2017 as other projects win out in the budgeting process."*

### G.    Shen-4

236.    The results from drilling the Shen-4 well were disappointing, with the original hole drilling into the margin edge without reaching any Wilcox sands,[199] reducing the potential oil-in-place by a substantial one-third or 900 MMBOE in the mid-case. Figure 49 shows that the original borehole targeted well inside Exploration's P90 area, proving their assessment of downside uncertainty far too optimistic. The first sidetrack – Shen-4ST1 – encountered 626 ft. of pay with all UW1, part of UW2, and all UW3 sands missing, likely due to faulting. The LWD sand was wet and had low porosity, and the LWE appeared to be a mix of water and hydrocarbons.[200] Finally, the MDT pressure data confirmed that Shen-4ST1 and Shen-2 were in separate pressure compartments. Two additional faults were added between Shen-2 and Shen-4ST1 structure map[201] to help explain the results from the well. These findings provided substantial evidence Shen was no longer commercially viable.

### H.    Post Shen-4ST1: Exploration Team

237.    Following Shen-4 ST1, the Exploration team revised their resource evaluation downward on November 17, 2015 to account for findings from Shen-4, producing the following comparison to earlier evaluations.[202] Their mean estimate of resource size decreased 18% from 920 MMBOE to 754 MMBOE based on initial results from the Shen-4ST1. Appendix C explains how the layers were combined to estimate the field resource volume and shows the files used in this process. Exhibit 58 shows the declining trend in Exploration's estimate of resource volume.

---

[198]    https://www.hartenergy.com/exclusives/conocophillips-plans-deepwater-exploration-exit-cuts-spending-27816.

[199]    APC-00188661 dated 8/15/15.

[200]    APC-00001914 dated 9/30/15.

[201]    APC-01699915 dated 11/12/15, page 4 for pre-Shen-4, and page 7 for post-Shen-4.

[202]    APC-01006394 dated 11/30/15, file name "Shen Resource Estimates -Daniels 2015-11-17.pptx."

CONFIDENTIAL



**Exhibit 58: Post Shen-4 Resource Estimate**

238.    The only changes in assumptions from the November 2014 MMRA evaluation to the November 2015 evaluation were the assumed area ranges. In this evaluation, the field area was divided into three fault blocks in the western part of the field and one block in the eastern part of the field, with an example shown in Exhibit 59.[203] Labels for the fault blocks are in small black lettering as follows:

---

[203]   APC-01004346 dated 11/18/15, page 7.

CONFIDENTIAL



**Exhibit 59: Updated Structure Maps and Blocks 1-4**

239.    Exhibit 60 compares assumed ranges for the areal extent of the oil accumulation by horizon. Based on structure maps[204] used in their analysis, the salt body penetrated in the original Shen-4 wellbore was estimated to reduce the areal extent of the oil accumulation by 910 acres in the Upper Wilcox sand, and by 600 fewer acres at the deeper LWD and LWE horizons.

| Area Estimates for MMRA 11/15 Evaluation and Comparison with MMRA 11/14, acres | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Layer | Range | West Fault Blocks | | | East Fault Block | Total | Post Shen-4 | Post Shen 3 | 11/15- 11/14 | Shen-4 Salt | Source files for |
| | | 1 | 2 | 3 | 4 | Sum 1-4 | MMRA 11/15 | MMRA 11/14 | Difference | Reduction | MMRA 11/15 |
| UW1&2 | P90 | 320 | 190 | 195 | 945 | 1650 | 1650 | 2110 | -460 | -910 | APC-01699930 |
| | P10 | 800 | 310 | 310 | 1700 | 3120 | 3120 | 3875 | -755 | | |
| UW3 | P90 | 70 | 106 | 193 | 1065 | 1434 | 1434 | 2402 | -968 | NA | APC-01699931 |
| | P10 | 482 | 230 | 263 | 1566 | 2541 | 2541 | 3570 | -1029 | | |
| LWA | P90 | 314 | 140 | 208 | 1070 | 1732 | 1740 | 2235 | -495 | -710 | APC-01699933 |
| | P10 | 660 | 190 | 250 | 1390 | 2490 | 2490 | 2900 | -410 | | |
| LWB | P90 | 330 | 135 | 200 | 1050 | 1715 | 1715 | 2135 | -420 | NA | APC-01699932 |
| | P10 | 535 | 165 | 240 | 1370 | 2310 | 2310 | 2750 | -440 | | |
| LWC | P90 | 560 | 140 | 206 | 1110 | 2016 | 2016 | 2250 | -234 | -710 | APC-01699934 |
| | P10 | 1000 | 200 | 215 | 1220 | 2635 | 2635 | 2480 | 155 | | |
| LWD | P90 | 266 | 72 | 200 | 1085 | 1623 | 1623 | 2215 | -592 | -600 | APC-01699935 |
| | P10 | 576 | 72 | 245 | 1405 | 2298 | 2226 | 2805 | -579 | | |
| LWE | P90 | 550 | 105 | 186 | 1045 | 1886 | 1886 | 2160 | -274 | -593 | APC-01004124 |
| | P10 | 1630 | 105 | 245 | 1560 | 3540 | 3435 | 3040 | 395 | | |
| | | | | | Average of All layers, P90 | | 1723 | 2215 | -492 | | |
| | | | | | Average of All layers, P10 | | 2680 | 3060 | -380 | | |
| | | | Sources: | Fault block data from APC-01004346, page 2. | | | | | | | |
| | | | | MMRA 11/14 from Exhibit 48 | | | | | | | |
| | | | | MMRA 11/15 from files lised in far right column | | | | | | | |
| | | | | Shen-4 salt reductioon from maps in APC-01004346, pages 3-9 | | | | | | | |

**Exhibit 60: Comparison of Area Assumptions Pre and Post Shen-4 (11/18/15)**

240.    When adjusted for depth, Shen-4ST1 pressures in the oil column were higher than those measured in Shen-2. The Exploration team assumed that the higher oil pressures overlaid

---

204    APC-01006395 dated 11/30/15, pages 3-9.

CONFIDENTIAL

the same aquifer pressure gradient measured in Shen-3, despite being separated from Shen-4 by a distance of over three miles and numerous recognized faults, resulting in a deeper projected OWC, especially in the LWC and LWE horizons. In my expert opinion, evidence for faulting was too abundant to continue with the hope that Shen-3 and Shen-4ST1 were in pressure communication to project the OWCs. Shen-4ST1 did not even communicate with Shen-4BP1, which was only 300-400 ft. away.

241.    At the LWC horizon[205], the revised mapping of the salt body encountered by the Shen-4 original wellbore reduced the areal extent of oil-bearing sands by 710 acres, but the assumed OWC was deepened from -30,900 ft. TVDSS to -31,760 ft. TVDSS based on Exploration's aggressive interpretation of pressure continuity between Shen-4ST1 and Shen-3, resulting in a P10 area increase of 155 acres compared to the November 2014 MMRA evaluation.

242.    At the LWE horizon, the salt intrusion was expected to decrease the area of oil-bearing sands by 593 acres, but the depth of the estimated OWC was lowered by an extraordinary change of 1,200 ft. from -30,900 ft. TVDSS to -33,100 ft. TVDSS. With higher pressures and the assumption of continuity with Shen-3, the P10 area increased by 395 acres by projecting a deeper OWC.

243.    In my expert opinion, such a large change to the projected OWC is improbable given the petrophysical analysis indicating a mix of water and hydrocarbons in the LWE sand[206] in Shen-4ST1, with 14 ft. of water-bearing net sand that did not qualify as net pay[207] due to high water saturation. The unexplained presence of high water saturations 1,400 vertical ft. above the OWC is very improbable, and the actual OWC was likely to be much shallower. Based on my expert opinion, it was highly unlikely that Shen-3 and Shen-4ST1 were in pressure communication through an aquifer given the more than 15,000 ft. lateral distance between the wells, unexplained water sands in the LWE sand of Shen-4ST1, several intervening mapped faults, observed pressure compartmentalization, and extensive evidence for faulting.

244.    Oudin later observed in an email[208] that the LWE zone in the Shen-4ST1 was near the water zone as follows:

> "LWD is wet in all but one western fault block (Shen2). LWE is possibly on-water in Shen4 ST1 and has potentially shaled-out less than 400' away in Shen4 ST1 BP1. I'm so confused: Is Shen1 disconnected, but its P99 resources are not? So they therefor[e] extend beyond its fault block boundaries?"

245.    Unfortunately, no MDT pressures were obtained in the wet LWD horizon of Shen-4ST1. Such pressure in the LWD water-bearing zone would have settled the issue of whether or

---

[205] APC-01006395 dated 11/30/15, page 7 for LWC and page 9 for LWE.

[206] APC-00001914 dated 9/30/15, AFE for bypass core.

[207] APC-00663542 dated 1/13/16, petrophysics summary tables.

[208] APC-00666725 dated 1/28/16.

CONFIDENTIAL

not the water-leg pressures in Shen-4ST1 were in communication with Shen-3. Exhibit 61 shows[209] the MDT pressure gradients by horizon for Shen-1, Shen-2 and Shen-4ST1, and the water pressure gradient measured in Shen-3, all normalized to TVDSS.



**Exhibit 61: MDT Pressures – All Shenandoah Wells**

246.    In Shen-2, the pressure trends in the LWC, LWD, and LWE shift to the right with increasing depth, with the LWD gradient falling between LWC and LWE. In Shen-4ST1, the pressure trends between the LWC and LWE horizons follow the same shift to a higher-pressure gradient with increasing depth. If the LWD pressures in Shen-4ST1 fall between the LWC and LWE horizons gradients, the LWD water gradient would be 200-300 psi greater than the water gradient in Shen-3, proving isolation with Shen-3. In my expert opinion, it is improbable that the pressure gradient in the LWD sands of Shen-4ST1 would shift to the left of the LWC and LWE trends by 200-300 psi to follow the same gradient of Shen-3, making it highly unlikely that Shen-3 and Shen-4ST1 are in pressure communication through a shared aquifer.

247.    The areas for the eastern fault were based on the same assumptions as the November 2014 MMRA evaluation. The lower end of the downside outcomes was vastly overstated by their P90 estimates, despite the findings from Shen-4 that highlighted the critical impact that complex faulting was having on the Shen discovery. Instead, the Exploration team's

---

[209]    APC-01002485 dated 11/4/15, page 16.

CONFIDENTIAL

model for the areal extent in the eastern block remained unchanged. The P90 area for the eastern blocks continued to show no downside risk of faults limiting the eastward and northern extent of oil and minimal risk of shallower OWCs.

248.    The estimates for net pay assumed in the November 2015 MMRA evaluation remained unchanged from the November 2014 MMRA work, despite evidence from Shen-4ST1 that net pay in the well was 625 ft. TVT, providing further support for formation thinning higher on the structure. Simply taking the average of the three oil wells drilled up to this time yields an average of 621 ft, which is 47% less than the Exploration team's assumed mean of 1,168 ft. The P90 assumed net pay value of 1,010 ft. was similar to the best oil result encountered to this date, and the P10 value exceeded the best oil result by 34%. In my expert opinion, the estimate for the mean net pay of 1,168 ft. was extraordinarily optimistic and failed to recognize the results from analog wells and evidence for crestal thinning. Exhibit 62 compares assumed net thicknesses relative to the actual results from three wells. The Shen-4BP1 results were not yet available at the time of this study and were not included in the average discussed above.

| Zone | Shen-4BP1 Net Pay, ft | Shen-4ST1 Net Pay, ft | Shen-3 Net Sand, ft | Shen-2 Net Pay, ft | Shen-1 Net Pay, ft | 11/14 MMRA P90 Net Pay, ft | 11/14 MMRA Mean Net Pay | 11/14 MMRA P10 Net Pay, ft | 11/15 MMRA P90 Net Pay, ft | 11/15 MMRA Mean Net Pay | 11/15 MMRA P10 Net Pay, ft |
|------|------|------|------|------|------|------|------|------|------|------|------|
| UW1 | 0 | 0 | 214 | 23 | NA | 165 | 217 | 274 | 165 | 217 | 274 |
| UW2 | 0 | 61 | 350 | 142 | NA | | | | | | |
| UW3 | 0 | 0 | NA | 240 | NA | 240 | 269 | 300 | 240 | 269 | 300 |
| LWA | 114 | 116 | 267 | 160 | 30 | 175 | 187 | 200 | 175 | 187 | 200 |
| LWB | 147 | 150 | 149 | 139 | 0 | 125 | 132 | 140 | 125 | 132 | 140 |
| LWC | 212 | 227 | 60 | 166 | 39 | 125 | 137 | 150 | 125 | 137 | 150 |
| LWD | 0 | 0 | 203 | 38 | 91 | 80 | 90 | 100 | 80 | 90 | 100 |
| LWE | 0 | 71 | 227 | 94 | 76 | 100 | 135 | 175 | 100 | 135 | 175 |
| Total | 473 | 625 | 1470 | 1002 | 236 | 1010 | 1168 | 1339 | 1010 | 1168 | 1339 |
| (Data for Shen-1-3 from APC-01678818 dated 1/19/15, pages 7-8) | | | | | | | | | | | |
| (Data for Shen-4 from APC-01170496 dated 2/26/26) | | | | | | | | | | | |
| (Data for MMRA values same as Exhibit 48) | | | | | | | | | | | |

**Exhibit 62: Comparison of Net Pay Assumptions to Well Results**

249.    Earlier in December 2015, Strickling emailed a presentation[210] representing Exploration's view of Shen economics. At the same oil price of $60/bbl as Development's analysis, Exploration's estimate of net present value discounted at 10% (NPV10) was shown as $1,526 MM in Exhibit 63. This result was extraordinarily higher than Development's NPV10 of -$185 MM, partly because Exploration's resource volume was inaccurately based on the post Shen-3 assessment instead of post Shen-4 update.

---

[210]   APC-00214228 dated 12/7/15, page 6, file name "IDE 2015 Portfolio Summary Presentation Dec2015_FINAL_UPDATE.pdf" in email APC-00214227.

CONFIDENTIAL

**Exhibit 63: Exploration's Economics – Changes Since May 2015**

250.    Exhibit 63 shows Shen's net risked resource (NRR) as 231 MMBOE, which corresponds approximately to a gross volume of 920 MMBOE, assuming a net revenue interest (NRI) of 24.9%. The 920 MMBOE gross resource was Exploration's post Shen-3 resource estimate, not the revised Post-Shen-4 estimate. Exploration had already revised its resource estimate downward following Shen-4 to 754 MMBOE as shown in Exhibit 58. In my expert opinion, Exploration should not have submitted such obsolete and optimistic evaluation results after Shen-4 provided substantial negative findings.

## I.    Post Shen-4ST1: Development

251.    On December 4, 2015, the Development team revised their resource assessment downward from a mean of 397 MMBOE to 304 MMBOE,[211] a 23% reduction in the mean. Exhibit 64 compares key input assumptions and results from Exploration's and Development's post-Shen-4ST1 resource assessment. Development's only significant change in input assumptions was that the P90 area was reduced by half from 1,600 acres to 800 acres, reflecting the highly negative result of encountering salt on the original hole and evidence for compartmentalization and crestal thinning from Shen-4ST1.

---

[211]   APC-01701863 dated 12/4/15.

| Block Areas | | Post Shen-4ST1 | |
|---|---|---|---|
| | | Development | Exploration |
| | | Combined | Combined* |
| Risk | | 100% | 100% |
| Area, Acres | P90 | 800 | 1,723 |
| | P10 | 3,000 | 2,680 |
| Net Pay, ft | P90 | 500 | 1,010 |
| | P10 | 1,000 | 1,339 |
| Recovery Factor | P90 | 13.8% | 20% |
| | P10 | 30.8% | 30-35% |
| Resource, MMBOE | P90 | 100 | 635 |
| | Mean | 304 | 755 |
| | P10 | 607 | 883 |
| *sum of P90 and P10 values | | | |

**Exhibit 64: Comparison of Assumptions, Development to Exploration**

252.    Exploration's mean resource estimate of 754 MMBOE was 2.5 times larger than the Development team's result, and their P90 estimate was larger by more than a factor of 6, presenting substantially different information on downside project risks. The upside P10 results differed by a smaller amount of 31%. The primary differences between the two teams were that Development's assumptions for P90 area and P90 net pay were both smaller by a factor of 2, and the P90 recovery factor was smaller by a factor of one-third. Exploration's process of summing multiple horizons also caused the variance to decrease substantially. Each layer of summation was based on the assumption of independence, which is discussed in more detail in paragraphs 179-183.

253.    Oudin expressed his concern about the much larger value of Exploration's P90 resource estimate to McGrievy in an email[212] dated December 1, 2015 as follows:

*"Saw this yesterday and was dumbfounded – again.*

*P99 of 560 MMBO; P90 of 630 MMBO. Forget about the rest of it – Shenandoah is already guaranteed to be bigger than Tahiti, and potentially as big as Mars or Ursa.*

*What if the missing UW2/UW3 sands in Shen-4ST are stratigraphically missing, and our sand story is more complicated across the discovery? What if the structure east of Shen2 is blown and wet, or if Shen1 and Shen3 are actually in communication? What if the structure is different than depicted on the maps behind these numbers? (yes, I've seen the maps, and I have some questions.)* **None of these 'what if's' have been factored into the low end**. *Based on these resources, we should be cutting steel already.*

---

[212]    APC-00656539 dated 12/1/15.

CONFIDENTIAL

*This was presented to Mr. Daniels two weeks ago, so I assume Mr. Kleckner is aware of the resource range presented. Not sure if it factors into tomorrow's presentation, but I thought you should be aware of this." (Emphasis added.)*

254.    In a later discussion[213] with Oudin regarding these high value for P99 and P90, McGrievy states his opinion that Exploration's resource evaluation lacked any oversight by the RCT and was "*Simply Laughable.*"

*"There was clearly no oversight on these numbers; understandable why the RCT was never briefed on assumptions. Simply Laughable.*

*Patrick (Pat) L. McGrievy"*

### J.    Economics Post-Shen-4

255.    Economics Post-Shen-4The Development team presented economics[214] for the smaller resource distribution on December 17, 2015, showing negative project economics at $60/bbl pricing. The economics shown in Exhibit 65 were negative despite the wildly optimistic assumption of aquifer support with no need for injection, no degradation of well performance from asphaltene deposition, and 95% uptime. The P10 case also assumed more than 70 MMBOE/well recovery, an extraordinarily high value.

## Economic Summary

| | Invest $60/bbl | | Upside $80/bbl | | Mean Net EUR (MMBOE) | F&D ($/BOE) | P |
|---|---|---|---|---|---|---|---|
| | AT NPV10 ($MM) | AT PIR10 | AT NPV10 ($MM) | AT PIR10 | | | |
| Risked Mean | -185 | -0.07 | 480 | 0.17 | 254 | 18.87 | 61.5%. |
| Unrisked Mean | -7 | 0.00 | 1,070 | 0.26 | 416 | 17.69 | 100% |

Exhibit 65: Economic Evaluation with Negative Value at $60/bbl (12/17/15)

### K.    Post-Shen-4 Cost Reduction Initiative

256.    When Shen transitioned over to Development after the drastic resource reduction and results of Shen-4, the evidence shows they were under pressure to cut costs to make Shen appear viable. In my expert opinion, these cost cuts and assumptions had no technical basis and Development's Shen-5 AFE presented overinflated economics. Moreover, even with the cost-cuts built into the economics, the outlook post-Shen-4 was bleak and the Executive Committee was made aware of that reality.

257.    In an email exchange with McGrievy and Tule, Prosser,[215] a reservoir engineer for Development, listed several changes made to the economic assumptions, one of which was

---

[213]    APC-01165872 dated 1/19/16.

[214]    APC-00058253 dated 12/17/15, page 98.

[215]    APC-00659407 dated 12/23/15.

reducing the contingency cost for facilities costs down to 14% instead of 28%. Tule, responsible for Facilities engineering, wrote to McGrievy about her concern over the lower contingency cost: "*We do not feel comfortable with a 14% contingency at this time for the facilities portion of this estimate.*"

258.    On the following day, McGrievy announced a team effort requested by Abendschein to address cost assumptions used for Shen economics in an email[216] titled "Shenandoah Project – Multi-Discipline Development Cost Assumptions Supporting Economics." In this email, he stated that Shen's "*overall economics are extremely stressed*," as quoted below:

> "*This is a high level, multi-discipline, open discussion to understand our base cost assumptions for the Shenandoah project and to identify room for further cost optimization. In light of the current poor commodity pricing environment, **the overall economics are extremely stressed** and we need to focus and need be reasonably confident in the investment costs that we are assuming for the project and identify opportunities to claw back on these costs. As a group. We also to make sure that we are not applying additional contingencies or double-dipping. This meeting will be a prelude to larger technical meeting with the greater Shenandoah project team to review and ground-truth our current project costs.*" (Emphasis added.)

259.    Explaining these over-optimistic assumptions, Frye testified[217] that her team was "feeling pressure internally" to reduce costs so that Shen would appear more economically viable. She also testified that the assumed cost reductions were "*a big uncertainty.*"

> *Q This is a sensitivity that shows that with cost reductions, the PIR10 would be above .3 at $80 a barrel oil; correct?*
>
> *A I would preface it with we were feeling pressure internally to bring the valuation higher by reducing costs, and that is what this case is based on.*
>
> *Q If you were able to reduce costs in the sensitivity, then the PIR10 would be over .3 at $80 a barrel price; correct?*
>
> *A The imperative word in that sentence was "if." The reality is we did not know whether we would be able to reduce those costs.*
>
> *Q It remained an uncertainty?*
>
> *A If we could keep costs – if we could reduce costs was a big uncertainty, yes.*

260.    In my expert opinion, this cost reduction exercise resulted in simply lowering cost assumptions without successfully identifying valid and tangible ways to reduce costs. In other

---

[216]    APC-00058541 dated 12/14/15.

[217]    Lea Frye Deposition dated 10/7/22, page 193, line 25 to page 194, line 15.

CONFIDENTIAL

words, the assumed cost reductions were not based on actual cost improvements, and even with them in place, Shen was not economic at $60/bbl.

### L.     Post-Shen-4: Asphaltene Test Results of Commingled Oils

261.     Another major issue arose from the testing of commingled oil samples that seriously threatened the viability of commingled completions. AOP tests of commingled Shen oil samples yielded very negative results as communicated on October 21, 2015 by Fyfe with Corelab, who performed the tests. Oil samples from the LWC, LWD, and LWE zones were combined at initial pressure and temperature, and a substantial volume of asphaltene had already dropped out of solution above 19,500 psig. The constraint of having to maintain reservoir pressure above the single zone AOP was already recognized as crucial, and commingling production from multiple zones made asphaltene deposits an even worse threat to Shen's economic viability. Corelab's technician even apologized for delivering[218] the bad news.

> Corelab: "*I can tell you that we prepared the volumetric blend of the fluids in a cylinder as per your instructions and homogenized however upon charging the blend to the AOP unit the fluid was observed to have already flocculated asphaltene. We homogenized the fluids at 19,500 psig for about 12 hours in the unit prior to performing a pressure reduction study to confirm that the flocculation did occur above the charge pressure.*"

> "*Either way I apologize for the bad news but hope that you can gain some information from the data generated.*"

262.     A subsequent email[219] on October 30, 2015 stated the volume of asphaltene dropout was unusually large by describing it as a "*fantastic amount of asphaltene.*" The volume of the deposit matters because the more asphaltene that deposits from the oil causes the reservoir, production tubing, and tie back lines to plug more rapidly.

> Corelab: "*When we took the blending cylinder apart for cleaning there was a fantastic amount of asphaltene present in the top of the piston of the cylinder.*"

263.     Commingling the crude oil from three zones of Shen-2 caused the dropout pressure to rise by several thousand psi, greatly increasing the locations and conditions in which asphaltenes deposit and block flow. The unblended AOP was 11,700 psig for the LWC oil, 13,500 psig for the LWD oil, and 5,500 psig for the LWE oil, compared to the blended AOP of 19,500 psig.

264.     With such a high AOP, the phenomenon of crossflow is likely to damage the reservoir when zones are commingled. When a well is shut in at the surface, crossflow occurs downhole when the formation pressures of zones open to the completion have separate pressure gradients, and the zone with the higher-pressure gradient flows into the lower pressure zone. Formation permeability can be damaged as fluid mixes in the formation and pressure eventually depletes below the AOP of 19,500 psig. Wells need to be shut in for various reasons, so the

---

[218]  APC-00052393 dated 10/21/15.

[219]  APC-00053552 dated 10/30/15.

CONFIDENTIAL

problem of crossflow cannot be avoided and will have a significant negative impact on commingled wells. Exhibit 61 shows that the LWC, LWD, and LWE sands follow separate pressure trends in Shen-1, -2 and -4ST1, so crossflow is likely to occur in all three wells at shut in conditions.

265.     Commingled completions were essential to the economic viability of the Shen field by reducing the number of production wells. If each of the eight zones in each fault block required a separate completion, the well count would need to increase by nearly an order of magnitude, and at $200-300 MM/well, drilling and completion costs would be prohibitive. Some zones could be produced sequentially, but revenue from production would be delayed and recompletion costs would rise substantially. Frye addresses these issues in her testimony on the high AOP of the commingled oils as follows:[220]

[BY MS. JENSEN:]
*Q        Did these results impale the viability of commingled production?*

THE WITNESS: *Yes, it did impair the potential to commingle in any one wellbore.*

[BY MS. JENSEN:]
*Q        Could you elaborate on what that means?*

*A        When you commingle in a wellbore, you would take multiple zones and complete them and then allow those to flow together within that wellbore and produce it to the surface rather than doing one zone by itself.*

*And those fluids would mix in that wellbore as they came together.*

*Q        Would isolating each zone for production have a negative impact on Shenandoah's economics?*

THE WITNESS: *Yes, isolating individual zones would have a significant impact by one of two factors. One way to handle it would be drill individual wells for every zone and there was significant number of zones.*

*I would have to have a document in front of me to remind me exactly how many zones, but I want to say we had the upper Wilcox 1, 2 and 3 and I want to say it was a lower Wilcox A, B, C, D and E, which would be eight. I would have to verify that with a document, but that's my recollection on the zones.*

*And drilling eight individual wells would not work for every single drainage area across the field.*

*The other option you would have would be to compete each individual zone and produce it to the end of life and how that negatively will impact your economics is now you are getting production at a lower rate because you have one zone versus*

---

[220] Frye Deposition 10/12/22, page 63, line 20 to page 65, line 15 (objections omitted).

CONFIDENTIAL

*having more than one zone together and it takes a really long time to get that production.*

*So that impacts your net present value by discounting that value of production over a really long time.*

BY MS. JENSEN:

Q    *Was this issue discussed with management?*

A    *Yes.*

**M.    Post-Shen-4: Cost and Economic Impact of Asphaltene Deposition**

266.    At flowing conditions, asphaltene deposits were expected to occur in the downhole production tubing starting at initial conditions[221] through to depletion. With such high initial pressures (>23,000 psig), the Shen wells would flow to the surface without artificial lift for many years. As the production rises up the production tubing, both pressure and temperature decrease, inevitably reaching the AOP in all wells. Pressure decreases as the fluid rises because less fluid lies above to support. Fluid temperature decreases because the earth's temperature cools at shallower depths. The AOP increases substantially at cooler temperatures, so cooling of produced fluid worsens asphaltene deposition. For example, the AOP measured in oil from the LWA zone in Shen-2 increased from 10,900-11,500 psig[222] at 202°F to 19,500 psig[223] at 135°F. Hence, asphaltene deposition will occur at some depth downhole starting at first production in all wells. Asphaltene dropout in the production tubing is confirmed in an analysis[224] by Anadarko presented on 6/25/15 quoted as follows: "***Asphaltene deposit expected at ~11,000 ft. below mudline from day 1 of production.***"

267.    The primary remedial action available for restoring declining well performance from asphaltene deposition is coiled tubing cleanouts in which the asphaltene deposit is mechanically removed from inside the tubing and circulated out of the well.

268.    The assumed total cost of these cleanouts is a function of the cost per cleanout intervention, the frequency of cleanouts, and the duration until the first cleanout is required. During the two months of December 2015 and January 2016, the assumed cost per cleanout ranged from $7 MM[225] all the way up to $60 MM,[226] which in my expert opinion is an inexplicably wide range

---

[221] APC-01701959 dated 12/10/15, page 8.

[222] APC-00233134 dated 3/22/16, page 36.

[223] APC-01701959 dated 12/10/15, page 8.

[224] APC-00041056 dated 6/25/15, page 9. Also shared with partners in APC-00058397 dated 12/27/15.

[225] APC-00222654 dated 1/27/16.

[226] APC-00056772 dated 12/9/15.

CONFIDENTIAL

and not credible. The frequency of cleanouts ranged from once every two years[227] to every five years[228] and longer.

269.    The negative economics presented in Exhibit 65 were based on a total intervention cost of $2.4 billion over the life of the field to remove asphaltene deposits in the wellbore, making it the second largest cost category behind facility costs. Exhibit 66 details[229] the cost categories of this evaluation and provides some of the key assumptions, such as five years to first intervention, one intervention every five years and $60 MM/intervention.



Exhibit 66: Costs Breakdown (P10 Only) – Standalone Spar

270.    The same presentation provided a list of economic drivers of value, shown in Exhibit 67,[230] in which intervention frequency was identified as the single most important uncertainty impacting both upside and downside value. Following this evaluation, assumptions for intervention frequency and costs varied widely with extraordinarily large improvements unaccompanied by any technical explanation for the basis of the improvement.

---

[227]  APC-00056772 dated 12/9/15.

[228]  APC-00222654 dated 1/27/16.

[229]  APC-01702168 dated 1/5/16, page 11.

[230]  Same.

CONFIDENTIAL



**Exhibit 67: Economic Drivers**

271.    Exhibit 67 provides evidence that these results were based on very biased and optimistic assumptions. Increased compartmentalization was listed as the second most important driver of downside loss but was not even mentioned in the list of upside drivers of value. This imbalance of significant downside but no upside risk and uncertainty demonstrated that the base case had no upside with respect to compartmentalization and plenty of downside. In my experience as a manager of economic evaluations, this lack of balance fails the simple test of whether a key assumption has a comparable amount of upside as downside. In my expert opinion, this economic evaluation showing negative results failed to capture just how negative the risked economics of the Shen field were.

272.    The assumed frequency of tubing cleanout for the more expensive intervention cost of \$2.4 billion was once per five years as shown in Exhibit 66. An Anadarko presentation on asphaltene mitigation was sent to partners on April 5, 2016 with an estimate for the rate of asphaltene deposition:[231] *"Asphaltene deposition at the rate of ~2 bbl /~20,000 bbl of oil flow"* *(emphasis added)*. At this rate of deposition, a well producing 5,000 BOPD for five years would yield 912 bbls of asphaltene deposits. An oilfield barrel is 5.6 ft.$^3$, so that volume would equate to 5,100 ft.,$^3$ ***enough asphaltene deposits to fill 9 miles of production tubing*** with an inside diameter of 4.5 inches. At an initial rate of 15,000 BOPD, a well could produce enough asphaltene deposits to fill a mile of production tubing in less than 70 days. Only a few hundred feet of blockage would require a cleanout intervention, so blockage could occur in days, weeks or months, with a small chance of producing trouble-free for five years. In my expert opinion, this asphaltene deposition rate was a major threat to the viability of a Shen development and the assumption of five years between needing cleanout was extremely optimistic.

---

[231]    APC-00236819 dated 4/5/16 attached to email APC-00236818 stating purpose for partners.

CONFIDENTIAL

273.    Another factor negatively impacting economics is well downtime from asphaltene deposits plugging the production tubing and flowlines. As stated in paragraph 265, asphaltene deposition will occur downhole in Shen producers from the day of first production. This deposition will plug the tubing and cause oil rates to drop, resulting in substantial delays and losses in production. Mobilizing a rig to perform the tubing cleanout can take months, resulting in additional downtime. In my expert opinion, the assumption of 90-95% uptime[232] for wells to produce at their assumed rates is unrealistically optimistic given the volume of asphaltene deposits discussed in the previous paragraph. This case also assumes no degradation in well performance due to deposition in the reservoir, which is very optimistic given the complex faulting observed in Shen-4.

### N.    Post Shen-4BP1 and Reconciliation

274.    Johnson wrote an email[233] to Pachman regarding overwhelming evidence of structural complexity. In my expert opinion, this structural complexity was ignored in Exploration's evaluation of the uncertainty on the eastern side of the structure and assuming pressure continuity between Shen-4ST1 and Shen-3.

> *"The data we already have along with the new paly data and interpretation, the Chemostrat data we received earlier in the week, and the possible presence of a fault at the base of the current bypass core well (missing LWE into Cretacesous at TD) are* **overwhelming evidence of structural complexity** *that I think will be better understood by drilling the SW sidetrack." (Emphasis added.)*

275.    The following email[234] update by Johnson on the bypass core wellbore provides insight into the extraordinary complexity of faulting at the Shen field. The bypass core (Shen-4BP1) was 300-400 ft. from the Shen-4ST1 wellbore, yet the UW2, LWE, and LWF sands were missing in the bypass, and the MDT pressures indicated a lack of pressure continuity over just 300-400 ft. With sands disappearing and pressure isolation occurring over 300-400 ft., Exploration's assertion that the higher pressures measured in the Shen-4 LWC and LWE zones were in communication with Shen-3 located over 15,000 ft. and established deeper OWCs in this area lacks any credibility.

> *"The bypass (BP) core kicked off at 28,098' MD and TD @ 31,765' MD in the Cretaceous. Paleo data confirmed Cretaceous starting at ~31,590' MD with carbonate lithologies starting at 31,525' MD and persisting to TD. The well averaged ~300'-400' of separation from the ST01 wellbore throughout the Wilcox section (~350' N-NW at TD).* **The top sand (interpreted as UW2) and the LWE & LWF sands in the ST01 well were missing in the BP well. Pressures from the LWA & LWB sands in the BP well were 10 & 25 PSI higher respectively for equivalent sands in the ST01 well implying pressure compartmentalization between the BP and ST wells.** *" (Emphasis added.)*

---

[232]   APC-00058253 dated 12/17/15, page 3.

[233]   APC-00057599 dated 12/11/15.

[234]   APC-00057719 dated 12/14/15.

CONFIDENTIAL

276.    Partner alignment had deteriorated substantially after the bypass core in Shen-4. COP, Marathon and Cobalt had declared non-consent, leaving Anadarko at a 90% working interest drilling Shen-4ST2. Given the drilling difficulties encountering tar, capital constraints and lack of partner participation, Anadarko abandoned the sidetrack. Daniels updated[235] Walker in the following email:

> *"Wanted you to be aware that Cobalt went non-consent on a new sidetrack at Shenandoah, said they did not have the budget for it. They like the location but given the failed first try and the technical difficulties could not get the budget approved. We discussed internally whether to continue at 90% WI and decided with the drilling difficulties and the capital squeeze the best thing at this point is to P&A with the option of re-entering the well at a later date. Let me know if you have any questions or concerns. Thanks. Bob."* (Emphasis added.)

277.    On January 5, 2016, McGrievy[236] clarified that the Development team was then responsible for evaluating the Shen project and called a meeting to resolve the significant differences between the two groups, announced to his staff

> *"All:*
>
> *Since the development team will be assuming the responsibility for the Shenandoah portfolio modeling in 2016, I would like to hold a review (for the benefit of both teams) to understand the key differences between the current exploration and development economic models and potentially reconcile the differences. Additionally, the Shenandoah #5 AFE will be circulating within the next two-three weeks and we need to be on the same page or at least understand the assumptions and economics prior to circulation of this AFE.*
>
> *Thanks, Pat"* (Emphasis added.)

278.    McGrievy followed up with an email[237] outlining his priorities for the meeting to reconcile the major differences between Exploration's and Development's evaluations. His main priority was to focus on the P90 area. He also doubted the assumption of widespread pressure continuity allowing Shen-3 aquifer pressures to determine the depth of the OWC. Finally, he warned that the CEO would be confronted with more negative resource volumes and economics from the Development team than the Exploration team. Key sentences from this email are as follows:

> *"By virtue of their portfolio model, Exploration continues to maintain that the east side is essentially risk free and that their P90 represents a limit identified by the MDT data and an extrapolated OWC from the Shen 3 which is highly subjective."*

---

[235]    APC-00219588 dated 1/6/16.

[236]    APC-00660240 dated 1/5/16.

[237]    APC-00059603 dated 1/10/16.

CONFIDENTIAL

*"The big needle mover will be the defense of the P90 area and that's where the major portion of this discussion should focus."*

*"I think you all are aware that there will be a big issue when Walker sees the economics of this Afe, as we will show a major drop in the value of this project." (Emphasis added.)*

279.    Before the RCT meeting to reconcile differences between Exploration and Development, Camden wrote[238] the following to Strickling about his work with Kendall on identifying key differences between the two groups, especially pertaining to the potential range in the area.

*"Also, Beth and I worked on trying to figure out the logic (or lack thereof) for their P90 area, and what we will argue for in the RCT review Monday. Their P99 area is only 400 acres, and we have 3 penetrations that have found 100's to 1000's of feet of pay. We think the P99 area should be more like 1200 acres (3 wells times 400 ac/well)." (Emphasis added.)*

280.    The P99 estimate for the eventual area of the oil accumulation should represent the smallest outcome possible, which should have included the downside of a heavily compartmentalized scenario based on how much evidence Shen-4 provided regarding faulting. In my expert opinion, 400 acres per well is far too large of a drainage area per well for estimating the P99 heavily-faulted, minimum outcome.

281.    The internal audit function of the Risk Consistency Team ("RCT") facilitated an effort to resolve the differences between the two groups in a meeting on January 11, 2016, the result of which was to model the east and west sides of the field with separate one-layer MMRA files[239] and combine the two with a multizone model[240] that included a risk factor of 75% chance of success applied to the eastern side. Frye wrote an email[241] describing the meeting as coming to an agreement, but that Exploration felt the low side was too low, and the Development team still believes the low side is too high with the agreed version referred to as the "Joint Model." Exhibit 68 compares key assumptions in the Joint Model to the previous evaluations for both teams.

---

[238]  APC-00663017 dated 1/8/16.

[239]  APC-01702213 dated 1/12/16 for the west block, and APC-01702208 dated 1/12/16 for the east block.

[240]  APC-01702214 dated 1/13/16.

[241]  APC-00663563 dated 1/13/16.

CONFIDENTIAL

| Block Areas | | Post Shen-4ST1 | | 1/11/16 Meeting | |
|---|---|---|---|---|---|
| | | Development | Exploration | Joint Model | |
| Block Areas | | Combined | Combined | West Block | East Block |
| Risk | | 100% | 100% | 100% | 75% |
| Area, Acres | P90 | 800 | 1,723* | 1,006 | 983 |
| | P10 | 3,000 | 2,680* | 1,521 | 1628 |
| Net Pay, ft | P90 | 500 | 1,010** | 611 | 611 |
| | P10 | 1,000 | 1,339** | 1,000 | 1000 |
| Recovery Factor | P90 | 13.8% | 20% | 13.8% | 13.8% |
| | P10 | 30.8% | 30-35% | 30% | 30% |
| Resource, MMBOE | P90 | 100 | 635 | 185 | |
| | Mean | 304 | 755 | 426 | |
| | P10 | 607 | 883 | 694 | |
| *average of P90 values and P10 values for area | | | | | |
| **sum of all P90 and P10 net pay values | | | | | |

**Exhibit 68: Joint Model Resource Estimate Compared with Prior Evaluations (1/11/16)**

282.    The mean recoverable resource volume totaled 426 MMBOE, a 44% reduction from Exploration's previous estimate for the mean, with a downside P90 value of 185 MMBOE, a 71% reduction from Exploration's previous estimate for P90. The upside P10 value of 694 MMBOE was similar to Exploration's previous P90 estimate. For the Development team, the Joint Model represented an increase in the mean of 40%.

283.    The P90 areas in the joint model were actually increased when considering the sum of the P90 areas for both blocks, totaling 1,989 acres, compared to 800 acres assumed by Development and an average P90 area of 1,723 acres assumed by Exploration. The Exploration team agreed to a substantially lowered P90 net pay, reflecting some recognition of the observed crestal thinning. Exploration also appeared to agree to a lower P90 recovery factor of 13.8%.

284.    Exhibit 69[242] provides a historical summary of the estimated resource post-Shen-1, post-Shen-2, post-Shen-3, post-Shen-4, and post-reconciliation prepared on January 12, 2016. From 2013 to the end of 2015, Exploration consistently represented the P99 absolute low end as being larger than 500 MMBOE. The Joint Model represented substantially more downside risk with a P99 recoverable volume of only 91 MMBOE. I have not been able to find files supporting the calculation of the complex trap method.

---

[242]    APC-01165123 dated 1/13/16.

CONFIDENTIAL

| Shenandoah Reserves | | Geologic Reserves | | | | |
|---|---|---|---|---|---|---|
| | | P99 | P90 | Mean | P10 | P1 |
| Multi Zone Method | | 91 | 185 | 426 | 694 | 1047 |
| Complex Trap Method | | 68 | 141 | 353 | 671 | 1115 |
| Development | (4Q 2015) | 45 | 100 | 304 | 609 | 1177 |
| Post-Drill | Shenandoah #4 | 563 | 635 | 755 | 883 | 993 |
| Post-Drill | Shen #3 & Yuc #2 | 703 | 781 | 917 | 1060 | 1177 |
| Post-Drill | Shenandoah #2 | 830 | 952 | 1197 | 1469 | 1700 |
| Post-Drill | Shenandoah #1 | 56 | 82 | 143 | 219 | 382 |
| Pre-Drill | Shenandoah #1 | 10 | 22 | 107 | 235 | 513 |
| Initial Farm-in | | 10 | 22 | 85 | 180 | 362 |

**Exhibit 69: Historical Progression of Resource Estimates (1/13/16)**

285.    The agreement between Exploration and Development did not last long. The January 20, 2016 GOM Exploration Engineering Activity Report[243] had the comment under Shen-4 as follows: "*Team is building a revised MMRA to reflect a P99 case based on Exploration interpretation*" (emphasis added). A pair of revised Exploration resource evaluations were shown in Exhibit 70 on January 26, 2016[244] as follows:

---

[243]  APC-00665029 dated 1/20/16.

[244]  APC-01351361 dated 1/26/16, page 9.

- 118 -

CONFIDENTIAL



**Exhibit 70: Exploration's Updated Resource Estimates (1/26/16)**

286.    Two new Exploration fault model cases were presented, one with a mean of 550 MMBOE and the other with a mean of 590 MMBOE. Exhibit 71 below shows key assumptions in these calculations obtained from MMRA and Multizone models.[245]

---

[245] West block modeled in APC-01166061 dated 1/21/16 MMRA file; east block modeled in APC-01166062 and combined in Multizone model APC-01702256 dated 1/22/16.

- 119 -

| Block Areas | | Post Shen-4ST1 | | 1/11/16 Meeting | | Exploration's | |
| | | Development | Exploration | Joint Model | | Model 1/22/16 | |
| | | Combined | Combined | West Block | East Block | West Block | East Block |
| Risk | | 100% | 100% | 100% | 75% | 100% | 85% |
| Area, Acres | P90 | 800 | 1,723* | 1,006 | 983 | 1,129 | 738 |
| | P10 | 3,000 | 2,680* | 1,521 | 1628 | 1,521 | 1521 |
| Net Pay, ft | P90 | 500 | 1,010** | 611 | 611 | 790 | 790 |
| | P10 | 1,000 | 1,339** | 1,000 | 1000 | 1,063 | 1,063 |
| Recovery Factor | P90 | 13.8% | 20% | 13.8% | 13.8% | 17.7% | 17.7% |
| | P10 | 30.8% | 30-35% | 30% | 30% | 32% | 32% |
| Resource, MMBOE | P90 | 100 | 635 | 185 | | 312 | |
| | Mean | 304 | 755 | 426 | | 548 | |
| | P10 | 607 | 883 | 694 | | 807 | |
| *average of P90 values and P10 values for area | | | | | | | |
| **sum of all P90 and P10 net pay values | | | | | | | |

**Exhibit 71: Exploration's Updated Resource Estimates (1/21/16)**

287. Compared to the joint model, Exploration assumed a higher chance of success in the eastern block of 85% versus 75%, a somewhat lower P90 area for the eastern block, a higher value for P90 net pay of 790 ft. versus 611 ft., and a substantial increase in P90 recovery factor of 17.7%, up from 13.8%. The resulting mean increased 29% from 426 MMBOE to 548 MMBOE, rounded to 550 MMBOE.

288. Exhibit 71 also shows a version with a mean of 590 MMBOE carrying no chance of failure in the eastern block. No Multizone file was found to contain the 590 MMBOE result, but the result was replicated by simply changing the eastern block chance factor from 0.85 to 1.0 and re-running the Monte Carlo simulation.[246]

289. A presentation on January 21, 2016 titled "Shenandoah 5, WR 51 #4 Appraisal Well Proposal"[247] for Kleckner provides an economic evaluation based on the joint model resource geologic distribution (untruncated mean of 426 MMBOE). These economics were also presented to the EC[248] on February 1, 2016 as part of the Shen-5 AFE approval process. The Multizone model result, shown in Exhibit 72 below,[249] also provides a distribution truncated below a commercial cutoff of 200 MMBOE. The range of economic outcomes was combined in a probability-weighted decision tree with four branches, appraisal failure (<200 MMBOE), a P90 case (263 MMBOE, a P50 case (434 MMBOE), and a P10 case (717 MMBOE).

---

[246] APC-01702256 dated 1/22/16.

[247] APC-01166104 dated 1/21/16, page 17 for resource, and pages 29 and 34 for decision tree.

[248] APC-01167170 dated 2/1/16, filename "Shen5_approval_ review_EC_final.pptx."

[249] APC-01166104 dated 1/21/16, page 17.

CONFIDENTIAL

## Joint Resource Estimates (Pre Drill Shen 5)

| Recoverable Resource | Un-Truncated Resources | | | Truncated Resources | | |
|---|---|---|---|---|---|---|
| | Prospect Aggregate Geologic | | | Prospect Aggregate Commercial | | |
| Thresholds | Zone and Prospect level thresholds NEVER applied. | | | Zone Thresholds disabled. Prospect Threshold applied (167 MMBO / 200 BCF) | | |
| Product | Liquids | Gas | Equivalent | Liquids | Gas | Equivalent |
| Units | MMBO | BCF | MMBOE | MMBO | BCF | MMBOE |
| P99 | 75.955 | 90.244 | 90.996 | 173.506 | 204.656 | 207.618 |
| P90 | 154.764 | 182.451 | 185.174 | 220.041 | 259.194 | 263.249 |
| Mode | 266.331 | 312.598 | 318.345 | 264.686 | 310.755 | 316.433 |
| P50 | 340.220 | 400.443 | 406.948 | 362.517 | 426.457 | 433.584 |
| Mean (P99->P01)* | 356.635 | 418.990 | 426.467 | 385.685 | 453.015 | 461.188 |
| P10 | 580.335 | 679.648 | 693.582 | 599.641 | 701.484 | 716.549 |
| P01 | 876.075 | 1,022.584 | 1,046.506 | 891.432 | 1,040.218 | 1,064.798 |
| Chance | NA | NA | 100.0% | NA | NA | 88.2% |

**Exhibit 72: Joint Model Resource Estimate (1/21/16)**

290. The economic evaluation results[250] are summarized in Exhibit 73, with the risked mean representing the chance-weighted result of four branches of the decision tree. At a $60/bbl price, the net after-tax net present value was $208 MM with a PIR10 of 0.22, less than Anadarko's corporate threshold. These economics assumed that aquifer support was sufficient to avoid asphaltene dropout and that no injection wells were required. In my expert opinion, this was a very optimistic assumption given the evidence from Shen-4 that proved compartmentalization on an extraordinarily small scale. This evaluation substantially overstated the project's economic potential by excluding the impact of compartmentalization on production, pressure maintenance, need for injectors, EUR/well, recovery efficiency, and asphaltene dropout in the reservoir, production tubing and flowlines.

## Economic Summary (APC WI = 30%)

### Risked / Un-risked Mean Stand-alone (2016 forward)

| | Invest $60/bbl | | | Upside $80/bbl | | | | |
|---|---|---|---|---|---|---|---|---|
| | Net AT NPV10 ($MM) | AT PIR10 | F&D ($/BOE) | Net AT NPV10 ($MM) | AT PIR10 | F&D* ($/BOE) | Mean Gross EUR (MMBOE) | P$_c$ |
| Risked Mean | 208 | 0.22 | 15.38 | 478 | 0.48 | 16.07 | 412.6 | 88.2% |
| Unrisked Mean | 250 | 0.24 | 15.18 | 557 | 0.50 | 15.87 | 468.0 | 100% |

*Increased facilities costs at $80 oil (market driven)

**Exhibit 73: Economics for Shen-5 Economics Based on Joint Model Resource Estimate (1/21/16)**

291. These economics, which were prepared for the Shen-5 AFE approval review (based on filename "Shen5_approval_ review_01192116_final_Kleckner.pptx"), improved substantially over the uneconomic December 17, 2015 results provided in Exhibit 65, but the improved economics still failed to meet the 0.3 PIR10 corporate threshold referred to in Hollek's

---

[250] Same, page 36.

CONFIDENTIAL

deposition.[251] Part of the improvement resulted from the 40% increase in the Development's mean resource size from 304 MMBOE to 426 MMBOE that followed from the reconciliation meeting on January 11, 2016 discussed in the previous section. The cost reduction initiative discussed in Paragraph 255-259 resulted in a very substantial $1.6 billion reduction in the assumed costs of asphaltene clean out interventions, and a $110 MM/well reduction in drilling and completion costs. Exhibit 74 compares key cost assumptions[252] between the December 17, 2015 and January 21, 2016 evaluations.

## Economic Value Drivers (Comparison)

| | Recommended Case | Old Base Case |
|---|---|---|
| | $190 MM/Well | $300 MM/Well |
| Facilities Phase I & II | $3.2 B | $3.3 B |
| Risked Ecos $P_c$ | 88.2% | 61.5% |
| Intervention Costs (P50) | $0.8 B | $2.4 B |

Rig Rate alone would cut per well costs by 25%
Incremental well cost savings due to reduced days and spread rates

Largest Cost Uncertainty: Remains in this category as drilling design still evolving and final completion design not defined

**Exhibit 74: Economic Value Drivers (Comparison)**

292.    The cost reduction in asphaltene cleanouts resulted primarily from decreasing the assumption[253] for intervention cost from $60 MM/cleanout to just $7 MM/cleanout. This case also included a 10-year delay before the first cleanout, which is overly optimistic considering the asphaltene deposition rate discussed in paragraph 271. I was unable to find an explanation for such an extraordinary cost reduction. In my expert opinion, this reduction appears to be the result of management direction and not based on sound engineering work.

293.    On the following day, in fact, the Development team finalized an economic analysis comparing development with wet vs. dry tree completions[254] for distribution to partners. Exhibit

---

[251]  Darrell Hollek Deposition dated 9/1/22, page 53, lines 11-25.

[252]  APC-01702234 dated 1/19/16, page 27 of filename "Shen5_approval_review_01192016_final.pptx."

[253]  APC-00222654 dated 1/27/16, tab "P50_production_Opex" and "lt 28 Updated Intervention

[254]  Wet tree = subsea wellhead tied to surface facilities via flowline and umbilicals; dry tree = wellhead above the water level on the surface facility.

CONFIDENTIAL

75 compares the cost estimates[255] for the two cases, with intervention costs totaling $2.7 billion for the wet tree scenario. On January 20, 2016, intervention costs, also for a wet-tree development, totaled $0.8 billion over the life of the project, and on January 21, 2016, these same costs were estimated to total $2.7 billion, a difference of $1.9 billion.

| | Dry Tree | Wet Tree |
|---|---|---|
| **OPEX** | | |
| Fixed/Variable/PHA Fees | $ 4,725,470,086 ⬆ | $ 2,245,560,675 |
| Well Interventions* | $ 2,092,500,000 | $ 2,740,500,000 ⬇ |
| **Total Opex** | $ 6,817,970,086 | $ 4,986,060,675 |
| **CAPEX** | | |
| Drilling | $ 1,135,707,400 ⬇ | $ 1,232,895,200 ⬇ |
| Completions | $ 394,748,000 | $ 966,241,200 |
| Facility | $ 2,891,264,100 ⬆ | $ 3,276,431,824 ⬇ |
| **Total CAPEX** | $ 4,421,719,500 | $ 5,475,568,224 |
| **Total** | $ 11,239,689,586 | $10,461,628,899 |
| Upfront Capital | $ 3,933,660,208 | $ 3,881,392,080 |

**Exhibit 75: Dry Tree vs. Wet Tree**

294.    The economic comparison of wet vs. dry completions essentially hinged on intervention costs from asphaltene deposition. Wet tree completions are substantially more expensive to workover, given their location more than one mile below the water surface. If interventions are few, wet tree completions might be more economical, but if asphaltene issues are numerous and recurrent, then dry trees would be less costly. In my expert opinion, the wet tree vs. dry tree evaluation required a realistic assessment of intervention costs to make the right decision on which development concept to pursue. The January 20, 2016 Shen-5 AFE evaluation may have been more subject to senior management's pressure to reduce cost assumptions.

295.    Intervention costs had been flagged as the most important driver of value the month before as shown in Exhibit 67, yet Anadarko simultaneously maintained two extraordinarily different cost assumptions that varied by a multiple of 3.4. Both economic evaluations were for important decisions, and in my expert opinion, there is no apparent reason for maintaining such widely different cost assumptions for economic evaluations.

296.    A week after Exploration revised its resource evaluation upward, ignoring the RCT downward adjustment, the Development team's reaction was likely expressed in the following quote from an email[256] from Chandler to Oudin sent on January 28, 2016:

> "Subject: RE: Enjoy . . . 2016 updated resources

---

[255] APC-00060752 dated 1/21/16, file name "Dry_Tree_Economics_Concept_Select_Partners_ FINALCOPY.docx. Attached to email APC-00060751 links to partners.

[256] APC-00666725 dated 1/28/16.

CONFIDENTIAL

*Yeah, this is just pure politics. If this stands it's just makes a mockery of our previous meeting with those guys to construct a "joint" MMRA resource distribution. So . . . when do you think they were planning on telling us about this??"* (Emphasis added.)

297.     McGrievy wrote to David Janise, Manager of Planning for the Gulf of Mexico, about the transition of Shen from Exploration to Development, and his concern that Exploration was much more aggressive in their resource assessment and economics, requiring McGrievy to walk "*on egg shells.*"[257]

*"I presume that it is now been fully transitioned to our shop. We had a Shen 5 review yesterday with Daniels and Kleckner and again I'm hopeful that this was the passing of the torch. Bob D. didn't appear to have any problems with our take on reserves. We will be running economics based on guidance below and will meet show to Tedesco and Abendschein for endorsement. The real issue will be the portfolio modeling as they were much more aggressive. Walking on egg shells is hard on the feet."* (Emphasis added.)

298.     Camden updated Exploration's overly optimistic version of the economics[258] on February 9, 2016 in the following slide showing a mean resource size of 550 MMBOE post-Shen-4, down 40% from the pre-Shen-4 volume of 920 MMBOE. At $60/bbl, the after-tax net present value discounted at 10% was $675 MM, more than triple the value shown in the Development case in Exhibit 73 above. The discounted profit to investment ratio of 0.70 was also more than three times higher than Development's result of 0.22, signifying a much more optimistic representation by Exploration.

---

[257]   APC-00665185 dated 1/22/15.

[258]   APC-00225661 dated 2/9/16.

CONFIDENTIAL



## Shenandoah Economics Update – Feb 2016

### $60/bbl

| Shenandoah Updated Economics | Pre Shen #4 Nov-15 | Post Shen #4 Feb-16 |
|---|---|---|
| Mean Geologic Resources (MMBOE): | 920 | 550 |
| Mean Truncated Resources (MMBOE): | 920 | 555 |
| ATAX Cash Flow (MM$): | $4,600 | $2,570 |
| ATAX NPV@10% (MM$): | $1,525 | $675 |
| Rate of Return (%): | 35% | 27% |
| ATAX disc P/I ($/$): | 0.87 | 0.70 |
| Net Reserve Adds (MMBOE) | 230 | 135 |
| Finding & Development Cost ($/BOE): | $14.11 | $15.61 |
| OPEX ($/BOE): | $3.72 | $3.21 |
| Net Capex ($MM): | $3,255 | $2,080 |

### $40/bbl

| Shenandoah Updated Economics | Pre Shen #4 Nov-15 | Post Shen #4 Feb-16 |
|---|---|---|
| Mean Geologic Resources (MMBOE): | 920 | 550 |
| Mean Truncated Resources (MMBOE): | 920 | 555 |
| ATAX Cash Flow (MM$): | $2,690 | $1,460 |
| ATAX NPV@10% (MM$): | $760 | $304 |
| Rate of Return (%): | 24% | 19% |
| ATAX disc P/I ($/$): | 0.43 | 0.32 |
| Net Reserve Adds (MMBOE) | 230 | 135 |
| Finding & Development Cost ($/BOE): | $14.11 | $15.61 |
| OPEX ($/BOE): | $3.72 | $3.21 |
| Net Capex ($MM): | $3,255 | $2,080 |

### Key Drivers for Post Shen #4 Differences

- Lower Recoverable Oil (OOIP)
- Reduced IP Rates
- Moved 1st Prod date back one year
- Facilities Capex Increased
  - Frank updated estimation sheet
  - Increased Contingency % for 20k

**Exhibit 76: Exploration's Economics Pre and Post Shen-4 (2/9/16)**

### O.    Shenandoah's Viability Was in Serious Doubt at Least by December 2015

299.    In my expert opinion, Shen was uneconomic venture following the negative results from Shen-4 according to Anadarko's corporate threshold, and Anadarko senior management shared this view according to several internal documents. Shen's economic viability was in serious doubt by December 2015 and persisted into 2017. The economics presented on December 17, 2015 showed negative returns, despite multiple optimistic assumptions as discussed in paragraphs 254. The following paragraphs show documents that establish Anadarko senior management negative view after Shen-4 and persisting up to condemning results from Shen-6.

300.    On February 1, 2016, McGrievy emailed[259] a presentation to Kleckner that addressed strategic options going forward with the Shen appraisal program. Issues identified in Exhibit 77 included remaining resource uncertainty, more appraisal wells required, the 180-day drilling clock, partner alignment, new technology development required for high pressures, and an unfavorable seller's market given COP's unsuccessful sales effort.

---

[259]    APC-00223103 dated 2/1/16 with attached pptx file APC-00223104.

CONFIDENTIAL



**Shenandoah: Current State**

**Resource Uncertainty Remains**
- Requires additional appraisal prior to FID
- Large potential exists
- 180 day drilling clock required to preserve Leases

▪ **Capital Constraints & Commodity Environment Creates Pressure**
- Partner alignment/participation
- Project team continuity
- Technology development: increases investment & adds project Risk
- Unfavorable sellers market (COPC sales effort)

▪ **Challenging Environment Yields Unique Opportunities**
- Vendors, manufacturers & suppliers motivated by desperation
- Creative commercial solutions to reduce pre-production capital exposure

**Exhibit 77: Mention of Unfavorable Seller's Market for Shenandoah**

301.    Strategic options under consideration were listed as follows, ranging from "*continuing as is*" to exiting.[260]

*"Strategic Opportunities Appraisal Operations:*

*Option #1: Maintain WI and progress to FID*

*Option #2: Evaluate tie-back/joint development opportunities prior to FID*

*Option #3: Explore other funding options to lower capital exposure prior to FID*

*Option #4: Exit" (Emphasis added.)*

302.    A file[261] titled "WSJ GOM talking points 12-2-15 RGG.docx" was sent to Walker apparently in preparation for an interview with the Wall Street Journal. Under a section labeled "Topics to Avoid," the third listed item to avoid was "*Shenandoah Complexities,*" *(emphasis added)*, which is important to the discussion later in this report on material omissions.

303.    On February 5, 2016, Walker expressed reluctance to proceed with further appraising the Shen field. Regarding a request[262] for a plane to fly to Finland to work on Shen facilities cost estimates, Walker raised the following question with Kleckner:

---

[260]  Changed to "Divest" in APC-01180900 dated 3/30/16, file named "Shen5_approval_review_EC_final.pptx."

[261]  APC-00213515 dated 12/3/15, page 3, attached to email APC-00213514.

[262]  APC-00668983 dated 2/5/16.

- 126 -

CONFIDENTIAL

*"So why are we looking at this type of trip at this time given our **recent discussions about not wanting to take this to development with a production solution as operator?** Thx, let me know as time permits. . ."* (Emphasis added.)

304.    The significantly less attractive economics following Shen-4 likely impacted senior management's enthusiasm. Kleckner responded to Walker with the comment below that a better assessment of fabrication costs could enhance value in *"an exit or sell down/promote case" (emphasis added)* quoted below.[263] With options such as exit, sell-down, or promote, senior management investigated ways to reduce their exposure to risks of proceeding with the development of the Shen field, especially after the complex results from Shen-4.

Kleckner to Walker: *"This team is trying to get a yard assessment to complete the scoping exercise. In an exit or sell-down/promote case, our value can be enhanced with valid solutions and estimates for development cost."* (Emphasis added.)

305.    Walker responded[264] to Kleckner that he did not want to proceed with the facilities trip to Finland because a Shen sanctioning decision was years away based on recent results from Shen-4 and its sidetracks. He saw no way Anadarko would want to proceed with a Shen development.

*"Jim . . . I am going to ask that we not do this. We are several years away from this type of decision based on what you showed us recently ... and I see no way we will want to take this to development today with a production solution.*

*Should #5 drill out successfully and we need to reconsider this, I am open to that but this seems like an unneeded trip at this time to me."* (Emphasis added.)

306.    Other indicators established low market value and that partners were heading to the exit door. On March 31, 2016, the sale of Marathon's 10% interest in Shen to Venari was announced, establishing a basis for fair value.[265] The sales price was $7 MM at closing and $15 MM if Venari proceeds with the final investment decision (FID). Some AFE balances were also included in the transaction but assumed to be small relative to the purchase price. Assuming a 50% chance of proceeding after FID, the risk weighted fair value is estimated at $14.5 MM[266] for the 10% working interest, which would indicate Anadarko's 30% interest might have had a comparable sales value of just $43.5 MM, significantly less than the carried book value. All remaining partners exercised their preferential rights to increase their working interest. In my opinion, Anadarko was probably pursuing a strategic consolidation for resale value.

307.    In a presentation[267] titled "Forward Plan Formulation – EC Discussions," one of the items discussed by the Executive Committee on April 26, 2016 was "*Shenandoah development*

---

[263] Same.

[264] APC-00686987 dated 2/5/16.

[265] APC-00668987 dated 3/31/16.

[266] $14.5 MM = $7 MM + 0.5 chance of FID*$15 MM upon FID.

[267] APC-01355223 dated 4/26/16, page 5.

- 127 -

*case with significantly lower economic performance" (emphasis added).* This statement demonstrates that senior management recognized and discussed the negative changes in the economics of developing the Shen field following Shen-4. Shen was disinvested in four out of the six scenarios, shown on page 14 of the presentation.

308.    In a strategy development meeting on June 13, 2016, the Executive Committee compared four scenarios,[268] three of which excluded further investment in the Shen project. To exclude Shen investment from three out of four scenarios reflects a low amount of confidence held by senior management in the economic viability of a Shen development.

309.    In a June 15, 2016 presentation titled "EC Planning Session – Asset Overviews,"[269] the Shen overview slide listed its top weakness was "*Geologically complex; penetrations not in pressure communication; and resource size shrinking with appraisal*" (emphasis added).

310.    In a presentation[270] titled "2016 Strategy Development – Executive Committee Update," dated July 5, 2016, the top weakness of the Shenandoah Project was identified as "Current development economics challenged." Exhibit 78 from the same slide shows that the Executive Committee considered the Shen asset as having no value and states so very explicitly. In my experience, senior management would also have been aware of the considerable book value being carried by this valueless asset.

| Key Play Statistics | |
|---|---|
| Net Revenue / Working Interest | 28% / 35% |
| Undeveloped Resource, Net (MMBOE) | 113 |
| 2016 Capital Allocation ($MM) | 108 |
| Base Case NAV @ $60/$2.75 ($B) | 0.0 |

**Exhibit 78: Key Play Statistics**

311.    Further evidence of Anadarko senior management having lost confidence in the commercial viability of proceeding with developing the Shenandoah Field is provided in an email exchange[271] between Executive Committee members. In a summary of key points from a recent portfolio modeling exercise, Hollek states the following with Walker and Gwin copied in the exchange:

> *"4. Under both scenarios, the model chooses not to invest in Shenandoah and it is deactivated post-2017." (Emphasis added.)*

---

[268]  APC-01362172 dated 6/13/16, file "2016 Strategy Development – EC Update June 13 2016 FINAL.pptx," pages 6, 9, 12.

[269]  APC-01362258 dated 6/13/16, page 13.

[270]  APC-01363508 dated 7/5/16, page 17, table from same page.

[271]  APC-00290058 dated 12/14/16.

CONFIDENTIAL

312.    In March 2017, McGrievy[272] informed Abendschein that the EC discussed a substantial write-down of the net book value carried by the Shen asset in December 2016. This write down demonstrated that Anadarko senior management did not view Shen as a going concern and therefore action was required to address the impairment of an uneconomic asset. This December 2017 discussion happened even before Shen-6 was reported to be a dry hole. "*I understand, talking with Luis, that Chris Champion did set the stage with some of the executive team in December, 2016 to let them know that a fairly substantial write-down at Shenandoah would be imminent in 2017*" (emphasis added).

313.    In my expert opinion, if economic scenarios included the downside potential that reflected the information available at this time regarding fault compartmentalization and asphaltene deposition in the reservoir, production tubing and flowlines, further appraising the Shen discovery would have been uneconomic after Shen 4. The economic scenarios appear disconnected from the growing reality of fault compartmentalization, minimizing the chances of adequate pressure support from an aquifer. Senior management appeared to be working from a more pessimistic perspective regarding Shen's commercial viability than were represented in Anadarko's economic evaluations.

**P.    Shen-5**

314.    Partway through the drilling of Shen-5 and encountering oil in all sands down to the top of LWC sand, the Shen resource evaluation was revised by mapping a Proven, Low, Mid, and High oil in place volumes and applying a range of recovery factors to determine recoverable resource. The Mid oil in place volume and the Moderate Aquifer recovery factor scenario in Exhibit 79[273] below yielded a base case of 422 MMBOE, nearly the same as the Joint Model before Shen-5 was drilled.

---

[272]    APC-00307805 dated 3/31/17

[273]    APC-00704026 dated 7/26/16, page 16, in file titled "Shenandoah July 2016 EC Update for presentation.pptx."

CONFIDENTIAL



**Exhibit 79: Updated Resource Estimate with Partial Shen-5 Results (7/26/16)**

315.    The economics summary based on this resource assessment is provided in Exhibit 80[274] below, showing a positive after-tax NPV10 of $175 MM at $50/bbl after a net capital investment of $1,677 MM in the Mid Case. These economics assume no need for injection wells, and pressure support from the aquifer is sufficient to prevent asphaltene deposition. In other words, none of the downside effects of fault compartmentalization and asphaltene deposition were included in the costs, well performance, or recovery, despite the strong evidence to the contrary from Shen-4 and Shen-5. In my expert opinion, these economics represent a best-case scenario, and more representative economics would most likely have been negative if some of the downsides of compartmentalization and asphaltene deposition were included.

---

[274]    Same, page 18.

CONFIDENTIAL

## Economic Summary – Deterministic Cases

Evaluation start date: 7/2016

| | Net EUR (MMBOE) | Gross EUR (MMBOE) | Invest $50/BBL | | | | Upside $70/BBL | | | | F&D ($/BOE) | Breakeven Price ($/BBL) | |
| | | | NPV10 ($MM) | | PIR10 | | NPV10 ($MM) | | PIR10 | | | BTAX | ATAX |
| | | | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Low Case | 53 | 192 | -124 | -110 | -0.14 | -0.12 | 260 | 132 | 0.29 | 0.15 | 24 | 56 | 59 |
| Mid Case | 117 | 422 | 345 | 175 | 0.31 | 0.16 | 1047 | 617 | 0.94 | 0.55 | 15 | 40 | 42 |
| High Case | 175 | 629 | 790 | 454 | 0.69 | 0.40 | 1704 | 1031 | 1.49 | 0.90 | 11 | 32 | 34 |

**Exhibit 80: July 2016 Economics Update (7/26/16)**

316.     Even with optimistic assumptions, the after-tax PIR10 of 0.16 for the Mid Case was well below the Anadarko's threshold of 0.3 at $50/bbl. At $70/bbl the PIR10 was 0.55 but based on highly optimistic assumptions discussed above.

### Q.     Post-Shen-5 Economics

317.     With results from Shen-5, every oil-bearing well in the Shen field proved to be in separate pressure compartments and the recoverable resource estimate continued to diminish.

318.     On September 14, 2016, a meeting was held to update the Executive Committee on the results of Shen-5. Although the measured pay totaled an encouraging 1,043 ft. TVT of oil-bearing sands, several findings[275] provided more evidence for compartmentalization as follows:

- When adjusted for depth, pressures in the LWA in Shen-5 were substantially lower than in Shen-1, Shen-2, and Shen-4. In other words, the oil zones encountered in all four oil-bearing wells so far are pressure isolated from one another, proving a substantial amount of compartmentalization.

- Pressure trends shifted within the same horizon in the UW2 and UW3, establishing more vertical compartmentalization than observed in previous wells.

- A total of 22 ft. of tar was encountered in the LWC sand, the cause and impact of which is a challenge to explain fully, and oil samples from the Lower Wilcox horizons had heavier oils with API gravities below 30° API. Such variable fluid properties supported a model of a heavily compartmentalized reservoir. The tar and heavier oils were also likely to have an adverse effect on recovery efficiency in the deeper sands.

319.     This presentation also updated the estimated recoverable resource volume. Exhibit 81 below shows a revised estimated mean[276] of 353 MMBOE (untruncated), down 17% from 426 MMBOE for the joint model. Structure maps in Exhibit 81 show the basis for the mapped areas assumed in the calculation. The P90 map is significant because it shows the oil accumulation

---

[275]  APC-01228541 dated 9/14/16, pages 10-14.

[276]  APC-01228541 dated 9/14/16, page 73.

- 131 -

terminating between Shen-5 and the planned Shen-6 location to the east. The downside area included the risk of faults limiting the eastern extent of the oil accumulation.



**Exhibit 81: Revised MMRA Model with Areas Mapped (9/14/16)**

320.    Exhibit 82 compares input assumptions[277] in MMRA and Multizone models used to calculate recoverable resource distributions before and after Shen-5. The primary input parameter causing the reduced volume was the lower P90 area of 748 acres in the post-Shen-5 calculation compared to the P90 sum of 1,989 acres for the west and east blocks assumed in the joint model post-Shen-4.

---

[277]  APC-01227989 dated 9/9/16, original MMRA file not identified in document file.

CONFIDENTIAL

| Block Areas | | Post Shen-5 Development | 1/11/16 Meeting Joint Model | | Exploration's Model 1/22/16 | |
|---|---|---|---|---|---|---|
| | | 1 Zone MMRA | West Block | East Block | West Block | East Block |
| Risk | | 100% | 100% | 75% | 100% | 85% |
| Area, Acres | P90 | 748 | 1,006 | 983 | 1,129 | 738 |
| | P10 | 3000 | 1,521 | 1628 | 1,521 | 1521 |
| Net Pay, ft | P90 | 890 | 611 | 611 | 790 | 790 |
| | P10 | 1020 | 1,000 | 1000 | 1,063 | 1,063 |
| Recovery Factor | P90 | 17.8% | 13.8% | 13.8% | 17.7% | 17.7% |
| | P10 | 22.0% | 30.3% | 30.3% | 32.4% | 32.4% |
| Resource, MMBOE | P90 | 134 | 185 | | 312 | |
| | Mean | 353 | 426 | | 548 | |
| | P10 | 663 | 694 | | 807 | |
| *average of P90 values and P10 values for area | | | | | | |
| **sum of all P90 and P10 net pay values | | | | | | |

**Exhibit 82: Post Shen-5 Resource Estimate and Prior Evaluation (9/9/16)**

321.    The economics by the Development Team for the P90, P50, and P10 scenarios are provided in Exhibit 83.[278] The risked mean case is the probability-weighted result of the three development scenarios and an appraisal failure scenario with a probability of 19.3% of finding a resource volume below the minimum commercial field size (MCFS) of 175 MMBOE. The resulting rate of return for the risked mean is 15.6% and 11.1% for the P90 case, and the PIR10 values were 0.27 and 0.04 for the risked mean and P90 cases, both below the PIR10 threshold.

## Economic Summary ($60) and Sensitivities on Investment

| $60 Price Deck | Risked Mean | P90 | P50 | P10 |
|---|---|---|---|---|
| ATAX NPV10 Net ($MM) | 223 | 37 | 192 | 650 |
| ATAX PIR10 | 0.27 | 0.04 | 0.19 | 0.59 |
| ATAX ROR | 15.6 | 11.1 | 14.4 | 19.6 |
| F&D | 13.77 | 21.44 | 16.85 | 9.18 |
| LOE | 7.31 | 8.24 | 8.92 | 5.99 |
| Gross Invest ($MM) | 3,899 | 3,745 | 4,957 | 5,536 |
| Gross Resource (MMBOE) | 336 | 207 | 349 | 715 |
| Oil Price for PIR=0.3 | $61.75 | $77.50 | $66.50 | $48.25 |

$P_c = 80.7\%$    MCFS = 175 MMBOE at $60

**Exhibit 83: Economics Update (9/14/16)**

322.    However, these economic cases were again based on a very optimistic assumption of pressure support from a robust aquifer three times larger than the oil accumulation.[279] Flowing pressures must be maintained above a minimum flowing bottomhole pressure of 11,000 psig to mitigate asphaltene deposition in the reservoir. Compartmentalization from east-west trending faults would isolate up-dip producers from the aquifer, requiring an injection well be paired with each producer within compartment boundaries that are not resolvable with the seismic data. No costs for injection wells were included in this version of the economics. Shotts' reservoir modeling

---

[278]    APC-01228541 dated 9/14/16, page 76.

[279]    Same, page 72.

- 133 -

CONFIDENTIAL

work[280] dated August 19, 2014 had already demonstrated the tremendous negative impact of mild east-west faulting, potentially reducing the recovery factor from 26% for an unfaulted case down to only 5% for a case with mild north-south and east-west faulting.[281]



**Exhibit 84: Development Scenarios for P90, P50, and P10 Outcomes (9/14/16)**

323.    At this time, the optimistic assumption of continuity between each producer and the aquifer clashed with key findings from Shen-3, Shen-4, and Shen-5 regarding the prevalence of compartmentalization. An east-west fault through the base of Shen-3 was included in structure maps as early as May 13, 2015.[282] Shen-4BP1 was drilled 300-400 ft. from Shen-4ST1, yet was missing three zones and had 24% (153 ft.) less net oil pay than encountered in the sidetrack. The two wellbores were in separate pressure compartments, demonstrating complex compartmentalization on a very small scale.

324.    With results from Shen-5, every oil-bearing well in the Shen field proved to be in separate pressure compartments. Sands within the same zone even showed vertical pressure compartmentalization from each other. The 22 ft. of tar-bearing sands in the Shen-5 LWC zone and lower API oils in the well in the Lower Wilcox sands further demonstrated compartmentalization allowing fluid properties to vary laterally and vertically. Given the strength of this evidence for compartmentalization on an alarmingly small scale, the assumption that aquifer

---

[280]   APC-00137267 dated 8/19/14, pages 44-48.

[281]   APC-01228541 dated 9/14/16, page 75.

[282]   APC-00001683 dated 5/13/15, page 14.

CONFIDENTIAL

support would be sufficient in both the P90 and P50 scenarios to avoid asphaltene dropout and provide high recovery factors was inexplicably optimistic, in my expert opinion.

### R.    Post Shen-6

325.    Shen-6 was yet another unsuccessful well. The findings from Shen 6 were a cascade of negative information regarding the small scale of the compartmentalization from faults beyond the seismic data resolution. The original hole was wet and proved pressure isolated with Shen 5. Then, the sidetrack was targeted down-dip of Shen 5 but was wet, proving the Shen 5 block was smaller than anticipated. Next, the bypass core proved wet and fault separated from the nearby sidetrack based on missing sands and encountered tar deposition within the Upper Wilcox sands.

326.    On February 5, 2017, Chandler[283] notified the Development team that Shen-6 is wet as follows:

> *"As you can see the UW 2 appears to be wet as does the upper portion of the UW3. This was the one scenario we feared the most. I don't have any good recommendations at this time other than to keep drilling to confirm the deeper sands are indeed all wet. . . . It's a really tough call but there are no good options at this point anyway."(Emphasis added.)*

327.    The target of the Shen-6ST1 was the southern part of what was thought to be the Shen-5 oil-bearing block. Instead, the Shen-6ST1 wellbore penetrated wet sands in the UW2 formation before drilling problems,[284] proving the Shen-5 fault block was smaller than mapped. In the bypass core, the UW1 and UW2 were wet. Drilling operations ceased after running into problems with tar and lost circulation in the UW3 formation,[285] proving again that faulting and compartmentalization were much more complex than mapped. The presence of tar also proved that asphaltene deposition had already occurred historically within the reservoir.

328.    On May 2, 2017, defendants filed the 1Q2017 10-Q, disclosing that Anadarko had "*suspended further appraisal activities" (emphasis added)* on the Shen project and had taken a $467 MM impairment for the purchase price of the leases and a $435 MM charge for previously capitalized expenses**.**

## VII.    CONCLUSION

329.    Based on my review of the technical work and the evidence as detailed above, I conclude that Anadarko personnel and management knew that Shen was probably commercially unviable following Shen-3 and unviable with reasonable certainty after Shen-4 due to extensive fault compartmentalization and asphaltene deposition.  I submit on my summary of opinions as

---

[283]    APC-00361054 dated 2/5/17.

[284]    APC-00309656 dated 4/10/17.

[285]    APC-00306002 dated 3/21/17, page 2.

CONFIDENTIAL

stated above. As previously stated, I reserve my rights to add to this report as new information becomes available, and am willing to testify before the Court.

Lyndon Pittinger
Consulting Petroleum Engineer

CONFIDENTIAL

**APPENDIX A: Pittinger Résumé and Work History**

## Lyndon Pittinger, Consultant

27 Jumping Jacks Lane
Amissville, VA 20106

540-937-1778                                                                    lynnpittinger@gmail.com

### SUMMARY

Experienced consultant in petroleum engineering, economic evaluation, and decision analysis, with current focus on analyzing the performance of unconventional plays. Evaluated several hundred exploration, development and acquisition projects worldwide, with several resulting in significant company impact. Contributed to company-wide initiatives to improve risk and resource assessment best practices. Worked overseas for 10 years in Southeast Asia and the North Sea, with extensive travel in the former Soviet Union and Latin America. Balance of experience in operations, new ventures and deepwater. Team-oriented worker successful in facilitating cross-functional teams.

### EXPERIENCE

**CONSULTANT**                                                                    **2008-Present**

Consulting projects include mostly onshore US reserve and prospect evaluation working with Labyrinth, Ammonite Resources, Rose and Associates, GaffneyCline, private equity firms, hedge funds and law firms in economic evaluation, decision analysis and reservoir engineering. Completed several dozen evaluations of well performance and economics in the Eagle Ford, Bakken, Marcellus, Haynesville, Barnett, Mississippi Lime, Utica, Niobrara, Woodford and Fayetteville shale plays. Also completed due diligence for over 50 conventional plays and prospects. Co-authored articles in World Oil on unconventional plays. Testified to U.S. congressional hearing on shale gas supply. Awarded Outstanding Technical Editor for SPE Economics and Management series for three years.

**EXPERT WITNESS**
- Consultant on class action lawsuit, providing extensive analysis of discovery documents.
- Wrote expert witness report for an UNCITRAL international arbitration case in 2015-2016 for Steve Harris, partner at Squire Patton Boggs. Testified at the Court of Arbitration for 3.5 hours, questioned mostly by opposing lawyer, a partner at Skadden.
- Wrote expert report and was deposed on 8/19/16 in case KB Resources, LLC, et al. vs. Patriot Energy Partners working with John Hill, attorney.
- Prepared expert witness report in 2014 for the Department of Justice, after which case was settled, involving no testimony or deposition. - Petro---Hunt, LLC v. United States, Case No. 00---512L (Fed. Cl.); DJ No. 90---1---23---10071, Bill Shapiro, Attorney.
- Deposed for two full days in 1988 in litigation between PG&E and Unocal.

***OCCIDENTAL OIL & GAS CORP., Houston, Texas*** ......................................................*2001-2007*
***Sr. Economics and Planning Consultant***...........................................................................*2003-2007*
Provided commercial assessments of exploration prospects and plays in Latin America and deepwater, and consulted on country level strategy. (Part-time work 50%-75%)

***Chief of Exploration Economics*** ...............................................................................*2001-2003*
Managed economic evaluations for Exploration Division ($150 MM/year capital budget)
- Reviewed all capital requests pushing for consistency across portfolio.

- 137 -

CONFIDENTIAL

- Developed play analysis guidelines and tools for resource assessment and risk analysis.
- Promoted from Manager to Chief in first year.

***UNOCAL, Sugar Land, Texas***.........................................................................................*1981-2000*
***Manager of Evaluations, Spirit Energy*** ............................................................... *2000*
Led economic evaluation team supporting major projects over $5 million in shelf and deepwater Gulf of Mexico, both exploration and operations ($600 million/year capital program).
- Changed evaluation guidelines to ensure economics better reflect overall profitability of mature Gulf of Mexico shelf business.

***Manager of International Evaluations,*** Sugar Land, Texas ..................................................*1998-2000*
Managed evaluation professionals supporting teams working in Asia, Latin America and West Africa ($5 million projects to >$100 million acquisitions).  Worked toward changing role of evaluations from running numbers to developing comprehensive business cases to support management decision making.
- Pushed teams for more realistic assumptions in project evaluations, providing a more pragmatic assessment of the company's growth opportunities.
- Developed risk analysis process to include commercial, political and competitive issues in assessing project viability, resulting in better consistency between regions.
- Technical Integration Leader for deepwater evaluations across the company.

***Director Petroleum Engineering***, Bangkok, Thailand ............................................................*1995-1998*
Managed Petroleum Engineering Department and functional leader for petroleum engineers in asset teams producing 1 billion cubic feet per day.
- Led improved recovery initiatives in well completion, stimulation, and water shut-off to improve recovery efficiency of 500 development wells.
- Improved reserve assessment process for 7 Tcf development inventory, reducing revisions.
- Coordinated engineering and economic evaluations of over 30 farm-in and lease opportunities and five major acquisition bids of $50-300 million.
- Technology Integration Leader of reservoir engineering and economics for company-wide Deep Water Team.

***Sr. Advising Petroleum Engineer***, Sugar Land, Texas.........................................................*1994-1995*
Operation Process Team member reporting directly to the Vice President of Worldwide Operations, implemented changes to improve reservoir engineering processes company-wide.
- Organized peer reviews of major projects, led workshops on sharing of best practices and contributed to company guidelines for risk and reserves assessment.

***Advising Petroleum Engineer***, Sugar Land, Texas.............................................................*1991-1994*
Evaluated reservoir engineering and economics for international new ventures and supported PSC negotiations, with focus on Southeast Asia and Former Soviet Union Republics.
- Received awards for contributions leading to capture of projects in Azerbaijan and Vietnam.
- Seconded to Amoco for Azeri Field Feasibility Study from 12/91 to 6/92.
- Mentored engineers and worked on team to develop risk and reserve assessment guidelines .

***Senior Petroleum Engineer***, Aberdeen, Scotland.................................................................*1988-1991*
Reservoir engineer supporting operations and exploration in the North Sea and new ventures in the former Soviet Union. (Promoted to Senior level 4/91)

CONFIDENTIAL

- Significant contributor to Unocal's entry into the Azeri Field, which later became a 10% interest in the Azerbaijan International Oil Consortium, a 4.5 billion barrel development.
- Completed reservoir simulation, development, well test and unitization studies for the Nevis Field and assessed risked economics for North Sea exploration portfolio.

***Geothermal Reservoir Engineer,*** Manila, Philippines, Jakarta Indonesia, California........... *1981-1988*
Managed reservoir engineering for the Tiwi Field generating 300 MW, monitored performance, recommended drilling programs and changed reinjection strategy to reduce thermal breakthrough.  Trained staff of reservoir engineers.  Lead reservoir engineer for the Gunung Salak Field responsible for reservoir field studies, reserve assessments, field testing programs and appraisal strategy. Responsible for monitoring well performance and development well scheduling at the Geysers Field.  Improved reserve assessment methods impacting field expansion strategy.  Extensive testing of reservoir simulation models.

## EDUCATION

**Degree of Engineer (Management Option), Petroleum Engineering, Stanford University**
Degree included one year of graduate study in economics, finance and decision analysis

**B.S., Mechanical Engineering, Stanford University**
Elected to Tau Beta Pi and received athletic scholarship in golf

CONFIDENTIAL

## APPENDIX B: Documents and Information Considered in My Report

I have relied on all of the documents and testimony cited in my report, including the text and footnotes therein. I have listed below other documents that I considered in preparing my report.

**Document Database**
As part of my engagement, I was provided access to the extensive database (*i.e.*, online Relativity software accessed database) containing relevant information, including documents produced by defendants in this case and certain third-parties. I reviewed a significant volume of documents in the database.

**SEC Filings**
Anadarko 2014 SEC Form 10-K for the fiscal year ended December 31, 2014
Anadarko 2015 SEC Form 10-K for the fiscal year ended December 31, 2015
Anadarko 2016 SEC Form 10-K for the fiscal year ended December 31, 2016
Anadarko 2016 2Q 2016 SEC Form 10-Q
Anadarko 2016 3Q 2016 SEC Form10-Q
Anadarko 2016 1Q 2016 SEC Form 10-Q
Anadarko 2017 1Q 2017 SEC Form 10-Q

**Anadarko Case Depositions and Exhibits**
Deposition of Lea Frye and Exhibits
Deposition of Darrell Hollek and Exhibits
Deposition of Ernest Leyendecker and Exhibits
Deposition of Patrick McGrievy and Exhibits
Deposition of Charles Oudin and Exhibits
Deposition of Chris Camden and Exhibits
Deposition of Doug Shotts and Exhibits
Deposition of David Blakeley and Exhibits
Deposition of James J. Kleckner and Exhibits
Deposition of Paul Chandler and Exhibits
Deposition of Patrick McGrievy and Exhibits
Deposition of Robert Strickling and Exhibits
Deposition of  Jonathan Ramsey and Exhibits
Deposition of Robert Walker and Exhibits
Deposition of Robert Gwin and Exhibits

**Anadarko Press Releases, Transcripts, Presentations and Media**
2013.03.19 Press Release re: Shenandoah Appraisal well
2014.03.04 Presentation 2014 Investor Conference
2014.03.04 Transcript 2014 Investor Conference
2014.10.31 "Conoco Phillips throws in the towel on Coronado," https://www.oedigital.com/
       news/454266-conocophillips-throws-in-towel-on-coronado
2015.02.03 Transcript Q4 2014 Anadarko Petroleum Corp Earnings Call
2015.03.03 Presentation 2015 Anadarko Investor Conference Call
2015.03.03 Transcript Anadarko Petroleum Corp 2015 Capital Program and Guidance Call
2015.05.05 Transcript Q1 2015 Anadarko Petroleum Corp Earnings Call

CONFIDENTIAL

2015.05.20 Transcript Anadarko Petroleum Corp at UBS Global Oil and Gas Conference

2015.07.28 Press Release re: Q2 2015 financial results

2015.07.29 Transcript Q2 2015 Anadarko Petroleum Corp Earnings Call

2015.10.27 Press Release re:  3Q 2015 financial results

2016.05.24 A39:A52Transcript Anadarko Petroleum Corp at UBS Global Oil and Gas Conference

2016.02.24 Transcript Anadarko Petroleum Corp at Credit Suisse Energy Summit

2016.05.24 Transcript Anadarko Petroleum Corp at UBS Global Oil and Gas Conference

2016.07.27_Transcript Q2 2016 Anadarko Petroleum Corp Earnings Call

2016.08.16_Transcript Anadarko Petroleum Corp at EnerCom Oil & Gas Conference

2016.09.14_Transcript Anadarko Petroleum Corp at UBS Houston Energy Bus-less Tour

2016.11.01_Transcript Q3 2016 Anadarko Petroleum Corp Earnings Call

2017.02.01_Transcript Q4 2016 Anadarko Petroleum Corp Earnings Call

**Court Filings**

Amended Complaint for Violations of the Federal Securities Laws, *Georgia Firefighters v. Anadarko Petroleum Corp*, Case No. 4:20-cv-000576 [Doc. 55]

**Other**

Guidelines for Application of the Petroleum Resources Management System, November, 2011, Society of Petroleum Engineers, *et. al*.

CONFIDENTIAL

## APPENDIX C: MMRA and Multizone Combination Process and Files Used

**Appendix B:**

**MMRA and Multizone Combination Process and Files Used**

**in 6/13 Resource Estimate with Mean of 1,197 MMBOE**

| Zones | MMRA Files | MultiZone files | MultiZone file | MultiZone file |
|-------|------------|-----------------|----------------|----------------|
| UW1&2 | APC-01671275 | **Combined in** | | |
| UW3 | APC-01671277 | APC-01671281 | | |
| | | | **Combined in** | **Combined in** |
| LWA | APC-01671262 | | APC-01671284 | APC-01671288 |
| LWB | APC-01671263 | **Combined in** | | |
| LWC | APC-01671264 | APC-01671278 | | |
| LWD | APC-01671265 | | **North of Fault** | |
| LWE | APC-01671266 | | *file not found* | |

**MMRA and Multizone Combination Process and Files Used**

**in 11/14 Resource Estimate with Mean of 917 MMBOE**

| Zones | MMRA Files | MultiZone files | MultiZone file | MultiZone file |
|-------|------------|-----------------|----------------|----------------|
| UW1&2 | APC-00852359 | **Combined in** | | |
| UW3 | APC-00852358 | APC-01678354 | | |
| | | | **Combined in** | **Combined in** |
| LWA | APC-00852357 | | APC-01678355 | APC-01678786 |
| LWB | APC-00852356 | **Combined in** | | |
| LWC | APC-00852355 | APC-01678785 | | |
| LWD | APC-00852354 | | **North of Fault** | |
| LWE | APC-00852353 | | *file not found* | |

**MMRA and Multizone Combination Process and Files Used**

**in 11/15 Resource Estimate with Mean of 754 MMBOE**

| Zones | MMRA Files | MultiZone files | MultiZone file |
|-------|------------|-----------------|----------------|
| UW1&2 | APC-01699930 | **Combined in** | |
| UW3 | APC-01699931 | APC-01699937 | |
| LWA | APC-01699933 | | **Combined in** |
| LWB | APC-01699932 | | APC-01699939 |
| | | **Combined in** | |
| LWC | APC-01699934 | APC-01699940 | |
| LWD | APC-01699935 | | **North of Fault** |
| LWE | APC-01004124 | | *file not found* |

CONFIDENTIAL

## APPENDIX D: Glossary of Oilfield Terms

Authority for Expenditure (AFE)
> Document of an investment proposal containing a description of the investment, cost breakdown, benefits, timing, key milestones and economics submitted for management approval

Appraisal Well
> A well drilled as part of an appraisal drilling program to determine the field's physical extent, reserves, and likely production rate of a field.

Asphaltene
> Asphaltenes are the dissolved solids components of crude oils. Asphaltenes negatively impact the economic value of crude oil and may precipitate out in the reservoir, seriously decreasing the production rate.

Asphaltene Onset Pressure (AOP)
> the pressure at which asphaltenes begin to precipitate from reservoir fluid as pressure decreases at a given test temperature.

Barrel of Oil Equivalent (BOE)
> A measure used to aggregate oil and gas resources or production, with one BOE being approximately equal to 6,000 cubic feet of natural gas.

Biodegradation
> Bacterial action impacting oil properties in the reservoir, leading to a systematic decrease in paraffin and an increase in oil density, sulfur content, acidity, and viscosity. Biodegradation is often accompanied by water-washing.

BCF
> One billion cubic feet of natural gas at standard conditions.

BOPD
> Measure of production rate, barrels oil per day (BOPD)

Bypass Well
> It is typically drilled to acquire a core near an existing borehole along a wellbore path adjacent to a previously existing wellbore's bottomhole.

Coil Seismic
> "Coil shooting" is a single-vessel method developed by WesternGeco for acquiring seismic data over a wide range of azimuths to improve imaging of complex geology.

Commercial Field
> An oil and/or gas field judged to be capable of producing enough net income to make it worth developing.

CONFIDENTIAL

Depth Migration

A step in seismic processing in which reflections in seismic data are moved to their correct locations in space, including position relative to shot points, in areas where there are significant and rapid lateral or vertical changes in velocity that distort the time-image. Seismic data are acquired in time for a reflection to travel to a reflecting interface and back to the surface. The travel time is multiplied by the seismic velocity of the rock through which the signal travels to convert travel time to depth. This conversion requires accurate knowledge of vertical and horizontal seismic velocity variations.

Dry Hole

A well incapable of economically producing saleable hydrocarbons in sufficient quantities to justify commercial exploitation. Often referred to as "wet" if only water is encountered.

Estimated Ultimate Recovery (EUR)

The sum of reserves remaining as of a given date and cumulative production as of that date.

Exploratory Well

A well drilled to find a new field or a new reservoir in a field previously found to be productive of oil or gas in another reservoir.

FID

Final Investment Decision.

Field

An area consisting of a single hydrocarbon reservoir or multiple geologically related reservoirs all grouped on or related to the same individual geological structure or stratigraphic condition.

GOR

Gas Oil Ratio measured in standard cubic feet per barrel (scf/bbl).

HC's

Hydrocarbons (oil and natural gas).

HKW

Highest Known Water – highest elevation of water encountered by a wellbore in a given horizon of interest.

Homocline

A geological structure in which the layers of a sequence of rock strata dip uniformly in a single direction having the same general inclination in terms of direction and angle.

Lead

An area where the major components of the hydrocarbon system have sufficient probabilities of success in contributing to an economic accumulation of hydrocarbons.

CONFIDENTIAL

**LKO**

Lowest Known Oil – the deepest occurrence of[[[of???]]] oil encountered by a wellbore.

**LOE**

Lease Operating Expense

**MCF**

"One thousand standard cubic feet of natural gas. In the United States, standard conditions are defined as gas at 14.7 psia and 60°F."

**MCFS**

Minimum commercial field size. The field size at which development becomes economic. The use of "commercial" has been used to signify economic on a point-forward basis.

**MEFS**

Minimum economic field size. The field size at which development becomes economic. The use of "economic" has been used to signify economic on a full cycle basis.

**MDT**

Modular Formation Dynamics Tester – Schlumberger logging tool to collect pressure and fluid data at various depths in a wellbore.

**MMBOE**

Million Barrels of Oil Equivalent is a measure of both gas and oil. Gas is typically converted based on 6000 standard cubic feet of gas (SCFG) to 1 barrel of oil.

**MMRA**

Multi-Mode Resource Assessment Tool. A probabilistic resource assessment software developed by Rose & Associates in common industry use for over 30 years.

**NAV**

Net Asset Value (NAV) is the value of an entity's assets minus the value of its liabilities

**NPV**

Net Present Value – the difference between the present value of cash inflows minus the present value of cash outflows over life of the investment. NPV10 means cash inflows and outflows are discounted at 10%/year. Also AT NPV10 is After-Tax Net Present Value

**NRI**

Net Revenue Interest – share of revenue accounting for working interest and royalty payments.

**NRR**

Net Risked Resource – the net share based on net revenue interest of the probability weighted resource volume.

CONFIDENTIAL

Operator

> The entity responsible for managing operations in a field or undeveloped acreage position.

OWC

> Oil-Water Contact.

Permeability

> The permeability of a rock is the measure of the resistance to fluid flow through the rock. High permeability means fluid passes through the rock easily.

Fractiles (P1, P10, P90 and P99)

> The value of a distribution in which that percentage is greater than. For example, 1% of the outcomes exceed the P1, 10% of the outcomes exceed the P10, 90% exceed the P90, and 99% exceed the P99. The P1 value can be thought of as representing the absolute maximum outcome, the P10 as the upside outcome, the P90 as the downside case, and the P99 as the absolute minimum.

PIR

> Profit to Investment Ratio – NPV/capital investment typically discounted. PIR10 means numerator and denominator are discounted at 10%/year.

Play

> An area in which hydrocarbon accumulations or prospects with similar characteristics occur, such as the Lower Tertiary play in the deepwater Gulf of Mexico or the Marcellus play in the eastern United States. A group of prospects of a similar nature constitutes a play.

Porosity

> The measure of a rock's ability to hold a fluid. Porosity is typically expressed as a percentage of the total rock volume or area is taken up by pore space.

Prospect

> An area of exploration in which hydrocarbons have been predicted to exist in economic quantity. A prospect is commonly an anomaly, such as a geologic structure or a seismic amplitude anomaly that is recommended by explorationists for drilling a well. Justification for drilling a prospect is made by assembling evidence for an active petroleum system or reasonable probability of encountering reservoir-quality rock, a trap of sufficient size, adequate sealing rock, and appropriate conditions for the generation and migration of hydrocarbons to fill the trap. A single drilling location is also called a prospect, but the term is more properly used in the context of exploration.

psig

> Measure of pressure in pounds per square inch. Gage pressure = 0 psig at atmospheric conditions

RCT

> Risk Consistency Team, an Anadarko name for the "Peer Review Team."

CONFIDENTIAL

Reserves

Estimated remaining quantities of oil and gas and related substances anticipated to be economically producible, as of a given date, by application of development projects to known accumulations. In addition, there must exist, or there must be a reasonable expectation that there will exist, the legal right to produce or a revenue interest in production, installed means of delivering oil and gas or related substances to market, and all permits and financing required to implement the project. Generally classified as Proved (1P), probable (P2), and possible (P3). Proved Reserves are also classified as Developed Producing, Developed Behind Pipe, and Undeveloped.

Reservoir

A porous and permeable underground formation containing a natural accumulation of producible oil and/or gas that is confined by impermeable rock or water barriers and is individual and separate from other reservoirs.

Resources

Quantities of oil and gas estimated to exist in naturally occurring accumulations. A portion of the resources may be estimated to be recoverable, and another portion may be considered unrecoverable. Resources include both discovered and undiscovered accumulations. Resources are classified as Contingent Resources, development-pending, development on hold, or development not presently viable, or Prospective Resources of a Prospect, Lead, or Play.

ROR

Rate of Return – In the oil and gas industry, ROR is typically defined as the discount rate that yields a zero net present value for cash flows from an investment of capital.

Sidetrack Well

A wellbore segment extending from a wellbore intersection along a wellbore path to a different wellbore bottomhole from any previously existing wellbore bottomholes.

SPAR

A marine floating oil and gas platform consisting of a large-diameter, vertical buoyant cylinder supporting a deck. The development program proposed by Anadarko uses two spars; thus, it is referred to as a two-spar development.

Stratigraphic Variability

Variation in rock units displayed as visible layering caused by physical contrasts in rock type (lithology), e.g., sand and shale. This variation can occur vertically as layering (bedding) or laterally, reflected by lateral thinning or changes in the depositional environment.

STOIIP

Stock Tank Oil Initially In Place before a recovery factor is applied.

Truncated Resources vs. Untruncated Resources

An untruncated distribution, typically from a Monte Carlo simulation, has not been subject to a threshold cutoff and is commonly referred to as the geologic distribution. A

CONFIDENTIAL

truncated distribution excludes outcomes that fall below an economic or commercial cutoff, similar to appraisal failure outcomes. Decision tree economics can be more representative by quantifying the probability of appraisal failure, and the resulting post-truncation P90, P50, Pmean, and P90 values are larger than the untruncated values depending on how much of the original distribution fell below the cutoff. A commercial threshold is the minimum value to achieve the required economic return based on point-forward cash flows (sunk costs are ignored). An economic threshold is the minimum value to achieve the required economic return on a full-cycle basis (sunk costs are included).

**TST**

True Stratigraphic Thickness – Thickness of a formation perpendicular to the dip of the formation.

**TVT**

True Vertical Thickness – Thickness of a formation in the vertical direction.

**Water-washing**

The in-situ process of stripping the more soluble hydrocarbons from a gas or oil accumulation via dissolution in the associated aquifer, often accompanies biodegradation.

**WAZ Seismic**

Wide azimuth (WAZ) describes a seismic data acquisition technique with a wide distribution of source-receiver azimuths.

**Weld**

A salt weld is a surface or thin zone marking a zone from which all salt has been removed – the weld results from complete or nearly complete salt removal by creep or dissolution.

**Well Log**

A geophysical tool recording the technical details of the geological strata penetrated (e.g., resistivity, sonic, gamma-ray, density, and neutron).

**Wellbore**

The hole drilled by a drilling rig to explore for or develop oil and/or natural gas, also referred to as a well or borehole.

# Exhibit 22

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 <br><br> <u>CLASS ACTION</u> <br><br> The Honorable Charles R. Eskridge III |

**EXPERT REBUTTAL REPORT OF BJORN I. STEINHOLT, CFA**
**JANUARY 25, 2023**

CONFIDENTIAL

**TABLE OF CONTENTS**

**Page**

I.      BACKGROUND ......................................................................................... 1

II.     SUMMARY OF THE KELLER REPORT ................................................ 4

        A.      Mr. Keller's Attempt to Assess How Investors "Understood"
                the Publicly Available Information .................................................... 4

        B.      Mr. Keller's Incomplete Truth-on-the-Market Defense ................... 7

III.    MR. KELLER'S FLAWED UNDERSTANDING OF MARKET
        EFFICIENCY ............................................................................................ 9

IV.     MR. KELLER'S REVIEW OF THE PUBLICLY AVAILABLE
        INFORMATION ...................................................................................... 15

        A.      Anadarko's February 4, 2009, Announcement of the
                Shenandoah Discovery (Shen-1) ..................................................... 16

        B.      Anadarko's Announcement of Shen-2 .............................................. 18

        C.      Anadarko's Announcement of Shen-3 .............................................. 21

        D.      Anadarko's Announcement of Shen-4 .............................................. 26

        E.      Anadarko's Announcement of Shen-5 .............................................. 30

        F.      Shen-6 Appraisal Well ..................................................................... 31

        G.      After Market May 2, 2017 Corrective Disclosure of the
                Alleged Truth ................................................................................... 35

- i -

CONFIDENTIAL

## I.    BACKGROUND

1.    On October 1, 2021, I submitted an expert report in this case that included various analyses demonstrating that new and material information about Anadarko Petroleum Corporation ("Anadarko," "APC," or the "Company") was widely disseminated to the market, analyzed by market participants, and traded on, causing the information to quickly become reflected in the Company's stock price.[1]  Specifically, I concluded that (a) the market in which Anadarko common stock traded during the period from February 20, 2015 through May 2, 2017, inclusive (the "Class Period"), was impersonal, open, well-developed, and efficient in that the prices quickly responded to incorporate and reflect new, material information as it became available, and that, therefore, (b) it was reasonable for investors to rely on the integrity of the market price of Anadarko during the Class Period as reflecting all publicly available information.[2]  Furthermore, I also concluded that class-wide damages can be calculated in this case using an event study

---

[1]   Expert Report of Bjorn I. Steinholt, CFA, dated October 1, 2021 ("Steinholt Class Cert. Report"), ¶¶19-52.  Throughout this report, I use the term "material information" in the manner investors and securities analysts generally use the term, as opposed to a legal conclusion.  From an economic point of view, the value of an investment is based on the expected future cash flows of that investment, including the timing and associated risk of those cash flows.  Material information, sometimes also referred to as value-relevant information, therefore, is information that impacts the future cash flows or the timing or riskiness of the future cash flows. *See* Jerald E. Pinto, *et al.*, *Equity Asset Valuation*, John Wiley & Sons Inc., at 18-19 (2d ed. 2010) ("The most important type of equity valuation models are present value models.  In finance theory, present value models are considered the fundamental approach to equity valuation. . . .  A present value model or discounted cash flow model applied to equity valuation derives the value of the common stock as the present or discounted value of its expected future cash flows.").

[2]   Steinholt Class Cert. Report, ¶¶7, 60.

- 1 -

CONFIDENTIAL

damages framework based on the event study methodology, and, if necessary, fundamental valuation principles.[3]

2.    On November 17, 2021, I was deposed by Defendants' counsel in this matter.

3.    On February 2, 2022, I submitted a rebuttal report in this case (the "Steinholt Class Cert. Rebuttal") responding to various assertions made by Defendants' expert Dr. Allen Ferrell in his report, dated December 10, 2021 (the "Ferrell Class Cert. Report").

4.    On November 9, 2022, I submitted another expert report in this case: (a) focusing on whether Defendants' scheme, misleading statements, and deceptive business practices alleged in the Amended Complaint for Violations of the Federal Securities Laws, dated August 17, 2020 (the "Complaint") contained, or omitted, important information that a reasonable investor would have wanted to consider prior to making an investment decision; (b) focusing on whether Defendants' alleged misconduct caused economic losses to investors who purchased Anadarko's common stock during the Class Period; and (c) providing an economic framework to quantify the potential Section 10(b) damages suffered by purchasers of Anadarko's common stock during the Class Period.[4] More specifically, I opined that:

> (a)    The market in which Anadarko's common stock traded during the Class Period was open, developed, and efficient, in that the market prices during this time period quickly changed to reflect new and material information concerning the Company as such information became available. Specifically, new and material information about

---

[3]    *Id.*, ¶¶53-59, 61.

[4]    Expert Report of Bjorn I. Steinholt, CFA, dated November 9, 2022 ("Steinholt Report").

CONFIDENTIAL

Anadarko was widely disseminated to the market, analyzed by market participants, and traded on, causing the information to quickly become reflected in the Company's stock price.

(b)     Defendants' alleged scheme and misleading statements contained, or omitted, information that a reasonable investor would have wanted to consider prior to making an investment decision, causing Anadarko's common stock to trade at artificially inflated prices during the Class Period.

(c)     When the alleged truth was publicly disclosed, Anadarko's stock price declined, causing Class members to suffer economic damages as a result of the alleged fraud (*i.e.*, the disclosure of the alleged truth).

(d)     The event study framework, as explained in greater detail below, can be used to quantify damages in this case. While this framework is flexible, if Plaintiffs prove all of the allegations, the estimated dollar inflation per share is:

- From February 21, 2015 through July 26, 2016: $1.75     per share[5]

- From July 27, 2016 through May 2, 2017:     $1.92     per share.

5.     On November 9, 2022, Defendants' expert Mr. Peter Keller submitted an expert report (the "Keller Report").

6.     On December 21, 2022, I was deposed for the second time by Defendants' counsel in this matter.

7.     On January 17, 2023, Defendants' expert Mr. Keller was deposed (the "Keller Deposition").

8.     I have now been asked to review and discuss the Keller Report.

---

[5]   Because the Class Period began with an alleged misleading statement made after the market closed on February 20, 2015, the first day with inflation as a result of that misleading statement would be the next day, February 21, 2015.

CONFIDENTIAL

## II.   SUMMARY OF THE KELLER REPORT

9.      According to Mr. Keller, he was engaged to "analyze, based on [his] experience, what information concerning Shenandoah was in the market both before and during the Class Period," and to "examine how sophisticated and professional investors in the oil and gas industry [referred to in the Keller Report simply as 'investors'] understood the statements Plaintiffs allege are misleading."[6]  Furthermore, according to him, the Keller Report "will be used, among other ways, in support of Defendants' truth-on-the-market defense."[7]

### A.      Mr. Keller's Attempt to Assess How Investors "Understood" the Publicly Available Information

10.     According to Mr. Keller, he was asked to "examine how sophisticated and professional investors in the oil and gas industry [subsequently referred to in the Keller Report simply as 'investors'] understood the statements Plaintiffs allege are misleading."[8]

---

[6]   Keller Report, ¶15.  With respect to the information "concerning Shenandoah [that] was in the market," Mr. Keller references SEC filings, earnings calls, presentations at industry conferences, publicly available analyst reports, and media reports. *Id.*, ¶¶22-27.  These are the same types of sources I reviewed prior to forming my opinions in this case.  Steinholt Report, ¶12.

[7]   Keller Report, ¶15.

[8]   *Id.*  At his deposition, Mr. Keller defined a sophisticated investor as "an investor who is generally knowledgeable about the way markets works and does a certain level of due diligence," but did not recall also using the term professional investor.  Keller Deposition at 57:17-19.  Asked whether his "opinions [were] limited to sophisticated investors," Mr. Keller answered: "Not exclusively, no." *Id.* at 58:22-24.  He was then asked if he was "including all class members when you say what investors understood," to which he answered: "Yes." *Id.* at 64:7-9.  I cannot reconcile Mr. Keller's use of the term "investor" in the Keller Report with his deposition testimony but will attempt to explain the relevant issues as best as I can below without such a full understanding.

CONFIDENTIAL

However, determining how investors interpreted or understood certain publicly available information is very different than simply stating that the information was part of the public mix of information and, thereby, was reflected in the stock price. Often there are multiple pieces of conflicting information, and other times there is information that can reasonably be interpreted or understood differently by different investors. Consequently, it can be overly speculative to say how specific information (beyond the text itself) was interpreted or understood by individual investors (in the case of Mr. Keller's analysis, sophisticated and professional investors) without any inputs from the investors themselves.[9] A more reliable approach is to analyze how investors collectively reacted to the information when it was disclosed (*i.e.*, how did the disclosure of the information (for example the alleged truth) impact the stock price). Ultimately, the relevant issue in securities fraud cases such as this one is whether the alleged fraud impacted the stock price, and, if so, by how much.

11.     The most generally accepted methodology to analyze how an event (or a disclosure of new information) impacted a stock price, both in academia and securities litigation, is the event study.[10] In fact, this is the methodology I used in this case to analyze

---

[9]     Mr. Keller's focus on how (sophisticated) investors "understood" certain information is very different than opining on what is important information to a reasonable investor. The latter simply involves analyzing whether the information itself was value relevant (*i.e.*, whether the information impacted the future cash flows of the investment).

[10]     For a discussion on the event study, *see* the Steinholt Report, ¶¶34-45. *See also* Marge S. Thorsen, *et al.*, *Rediscovering the Economics of Loss Causation*, 6 J. Bus. & Sec. L. 93, 109 (2005) ("Forensic experts agree generally on the techniques to be used to show inflation and dissipation in stock prices. The gold standard, which is accepted by both courts and economists, is the event study. Other tools such as valuation analyses often aid the event study.").

CONFIDENTIAL

the impact of the corrective disclosure at the end of the Class Period, as well as my quantification of the inflation.[11] Again, the key benefit of the event study is that it provides an objective measure of how investors actually reacted to the information disclosed, collectively, as opposed to opining on the state of mind of specific investors (in the case of Mr. Keller's analysis, the vaguely defined "sophisticated" and "professional" investors) as to how they interpreted or understood the information.

12.    Mr. Keller provides his opinions with respect to how investors interpreted or understood the publicly available information without the benefit of any supporting event studies.[12] Nor did he survey any investors or provide any other sound methodology for determining how certain information would have been interpreted or understood by investors.[13] Instead, he (a) cites various publicly available information, generally from the Company or selected securities analysts covering the Company, then (b) summarizes his interpretation or understanding of that information into one sentence, and then (c) claims that this is also how investors understood the information. The one sentence summary of his understanding may very well be how Mr. Keller interpreted or understood the publicly available information. However, absent a sound methodology, there is no basis to claim that Mr. Keller's view is also how other investors understood the information.

---

[11]   Steinholt Report, ¶¶34-45.

[12]   Keller Deposition at 48:2-7 ("Q. You didn't perform an – an event study; correct?  A. I did not, no.  Q. You didn't perform any other economic analysis?  A. I did not.").

[13]   *Id*.

CONFIDENTIAL

13.    The notion that every investor would have interpreted or understood the information cited by Mr. Keller in the same exact way is highly unlikely.  For example, throughout the Class Period, different market participants had different opinions about the "valuation attributed to Shenandoah," as evidenced in Figure 8 of Mr. Keller's own report, also discussed below.[14]  These differences of opinion would necessarily reflect different interpretations or understandings of the publicly available information.  Indeed, as I pointed out in the Steinholt Class Cert. Report, an efficient market does not mean that "all market participants agree on what the true value of the common stock is, as evidenced by the fact that some investors sell as others buy," rather, "it means that the respective investors' views of the stock's true value drives their purchases and sales (*i.e.*, the demand and supply for the stock), which, in turn, becomes the basis for the consensus price set by the overall market."[15]

### B.    Mr. Keller's Incomplete Truth-on-the-Market Defense

14.    The Keller Report states that it "will be used, among other ways, in support of Defendants' truth-on-the-market defense."[16]  However, Mr. Keller does not provide any evidence in this case that the alleged truth (*i.e.*, Anadarko's suspension of appraisal

---

[14]    Keller Report, Figure 8.

[15]    Steinholt Class Cert. Report at fn 9.  At his deposition, Mr. Keller appears to concede this fact, stating: "How do I choose between conflicting opinions?  I think you – you come to some sort of a consensus, if you will."  Keller Deposition at 30:2-4.  However, nowhere in the Keller Report does he discuss the conflicting opinions, or how he determined what the consensus was.

[16]    Keller Report, ¶15.

CONFIDENTIAL

activities at the Shenandoah, was disclosed prior to May 2, 2017 (after the market closed)).[17] Nor does he perform an event study (as I did) to analyze whether the disclosure of the alleged truth, in fact, impacted Anadarko's stock price (it did).

15.    Instead, Mr. Keller appears to lay the groundwork for a different argument, that investors, having access to "'all the information [about Shenandoah] that can be acquired by painstaking analysis of the company and the economy,'" would have uncovered the alleged truth (if true), and that this truth would therefore already be reflected in the stock price prior to the corrective disclosure at the end of the Class Period, thereby also satisfying the truth-on-the-market defense.[18]  However, Mr. Keller did not undertake or provide any economic analysis or other economic rationale why investors would have subjectively understood the publicly available information exactly as he describes, let alone that they would have a full understanding of the alleged truth in this matter.[19]  Nor does Mr. Keller fully understand how an efficient market operates, an issue I will explain in

---

[17] Nor does he provide any evidence that the impairment of $467 million of the Shenandoah asset, the expensing of $435 million of Shenandoah drilling costs, or the results of the Shen-6 sidetrack well had been disclosed prior to the May 2, 2017 disclosure (after the market closed).  According to Plaintiffs, this was a partial disclosure of the alleged truth as the fraud remained undisclosed until the Fifth Circuit published a decision about whistleblower allegations in November 2019, after Occidental Petroleum Corporation acquired Anadarko and its common stock was no longer traded on the New York Stock Exchange ("NYSE").

[18]    Keller Report, ¶19 (internal citation omitted).

[19]    Keller Deposition at 48:2-7 ("Q. You didn't perform an – an event study; correct?  A. I did not, no.  Q. You didn't perform any other economic analysis?  A. I did not.").

CONFIDENTIAL

greater detail in the next section.[20]  Finally, I have already tested the truth-on-the-market

proposition and rejected it based on an event study, which shows that the residual price

decline following the disclosure of the alleged truth in this case, after controlling for

confounding factors, was statistically significant at the 1% level (*i.e.*, a higher level than

typically used to demonstrate price impact).[21]

### III.  MR. KELLER'S FLAWED UNDERSTANDING OF MARKET EFFICIENCY

16.  Mr. Keller states that his report will be used for Defendants' truth-on-the-

market defense.[22]  But to understand how the truth-on-the-market defense works, it is

---

[20]  Among other things, one of the key cites Mr. Keller uses to describe market efficiency (quoted in the paragraph above) is actually characterizing strong-form efficiency, or a particular form of market efficiency in which prices also reflect private or inside information.  There is no evidence that the market for Anadarko common stock was strong-form efficient.  In fact, my event studies in this case demonstrate that it was not (*i.e.*, private information was not fully reflected in the stock price as evidenced by the price impact when previously private information was publicly disclosed).  Steinholt Class Cert. Report, ¶¶36-45.  At his deposition, Mr. Keller confirmed that he was using the strong-form definition of market efficiency.  Keller Deposition at 27:12-15 ("So the – the version of market efficiency that you are relying on for your report is the strong form of market efficiency; correct?  A. Yes.").

[21]  Steinholt Report, ¶43.

[22]  In fact, at his deposition, Mr. Keller claimed that he had proven Defendants' truth-on-the-market defense, Keller Deposition at 35:9-12 ("Do you believe that with your report you've proven the defendants' truth-on-the-market defense?  A. I do.").  This would be a remarkable accomplishment as Mr. Keller does not know what the Company knew internally.  *Id.* at 101:11-14 ("And so, you didn't review any internal documents to determine what the company knew about Shenandoah; correct?  A. That is correct.").  Instead, he simply assumes that Defendants were truthful.  *Id.* at 102:11-18 ("I'm assuming the statements that the company made were consensus – were – was the company's viewpoint on the then current situation, yes.  Q. So you're – you're assuming that all of the statements by the company were true and accurate?  A. Yes, I am.").

CONFIDENTIAL

helpful to also have an understanding of what is meant when the term market efficiency is used in a fraud-on-the-market or truth-on-the-market context. In fact, I spent almost five pages in the Steinholt Class Cert. Report providing such context.[23] Unfortunately, Mr. Keller's explanation of an efficient market conflates a strict academic definition of an efficient market (which is a theoretical construct) with the relevant definition of an efficient market used in fraud-on-the-market and truth-on-the-market contexts, and which more accurately reflects how markets function in the real world.

17.   Citing my report, Mr. Keller states that "Plaintiffs contend that Anadarko securities traded in an efficient market during the Class Period," a contention he does not dispute, but, in fact, assumes.[24] He then goes on to try to explain the general concept of market efficiency, presumably because it provides the economic basis for the truth-on-the-market defense. However, by explaining his understanding of the term market efficiency, he also reveals that his definition of an efficient market is different from the definition used in a fraud-on-the-market context, as explained in the Steinholt Class Cert. Report.[25]

18.   Mr. Keller states that "[w]idely accepted financial theory posits that credible publicly available information, regardless of source, is reflected in the prices of securities that trade actively in public markets."[26] It is unclear what Mr. Keller means by "regardless

---

[23]   For a discussion of market efficiency in a fraud-on-the-market context, *see* the Steinholt Class Cert. Report, ¶¶12-18.

[24]   Keller Report, ¶18.

[25]   Steinholt Class Cert. Report, ¶¶12-18.

[26]   Keller Report, ¶19.

CONFIDENTIAL

of source," because the source of the information is not irrelevant to investors, and the credibility of the source of the information can have a significant impact on how the information is received by investors. If the information relates to an opinion, then a well-respected source will likely carry more weight than a less-respected source. In fact, if the source of some otherwise material information is an anonymous internet post, then the information may not impact the stock price at all. Conversely, with respect to information regarding Shenandoah, Anadarko, as the operator, would be viewed as having the most complete information regarding the resource. Consequently, information provided by Anadarko regarding Shenandoah generally would carry great weight.[27] In fact, in my opinion, Anadarko would generally be viewed as the primary source of information to the market regarding Shenandoah. Furthermore, companies that are publicly traded on the NYSE, as Anadarko was during the Class Period, have a legal obligation to provide truthful information. In my experience, the source of the information often plays an important factor in how investors weigh and, therefore, interpret the information.

19.    Mr. Keller then states that the "reaction of stock prices to new information is 'instantaneous' in an efficient market."[28] This is only true when using the strict academic

---

[27]  Mr. Keller also gave greater weight to Anadarko as a source, given that the Company was the operator. Keller Deposition at 162:19-22 ("I read this report and took it as one – one entity's opinion. But I certainly gave more weight to the fact that the operator [Anadarko] said it needed additional information before it could move forward.").

[28]  Keller Report, ¶19.

CONFIDENTIAL

definition of an efficient market, provided by Nobel laureate Eugene Fama.[29]  However, as Fama himself explains, this is "an extreme null hypothesis [not expected] to be literally true":

> First, however, we should note that what we have called *the* efficient markets model in the discussion of earlier sections is the hypothesis that security prices at any point in time "fully reflect" *all* available information. Though we shall argue that the model stands up rather well to the data, ***it is obviously an extreme null hypothesis***.  And, like any other extreme null hypothesis, ***we do not expect it to be literally true***.[30]

20.     One reason that the price reaction to new information is not "instantaneous," or that securities prices do not at all times "'fully reflect' all available information," is that sophisticated investors need to have an economic incentive to first analyze information (*i.e.*, there has to be some degree of inefficiencies in the market for sophisticated investors to exploit to make them analyze the information, trade on it, and make money, a required activity necessary to eliminate the inefficiencies whenever they appear).  This is called the Grossman-Stiglitz paradox.[31]  To the extent it is Mr. Keller's opinion that the market for Anadarko's stock was so efficient that not even the most sophisticated investors could ever

---

[29]  Eugene Fama, *Efficient Capital Markets: A Review of Theory and Empirical Work*, J. of Fin., Vol. 25, No. 2 (May 1970), at 383 ("A market in which prices always 'fully reflect' available information is called 'efficient.'").

[30]  *Id.* at 388 (some emphasis added).

[31]  Sanford J. Grossman & Nobel laureate Joseph  E. Stiglitz, "On the Impossibility of Informationally Efficient Markets," *American Economic Review* 70 (June 1980) at 393-408 ("If competitive equilibrium is defined as a situation in which prices are such that all arbitrage profits are eliminated, is it possible that a competitive economy always be in equilibrium?  Clearly not, for then those who arbitrage make no (private) return from their (privately) costly activity.").

CONFIDENTIAL

profit from analyzing the publicly available information, something that generally is considered an "impossibility,"[32] then he should explicitly state so and perform an economic analysis to demonstrate that the market for Anadarko's common stock actually satisfies his definition.

21.    Furthermore, as pointed out by one of the sources cited by Mr. Keller to define market efficiency, a market that is efficient as to the average investor may not be efficient as to the most sophisticated investors that Mr. Keller focuses on.[33]  This is also recognized by various courts as they typically focus on "most investors," not the most sophisticated investors.  For example, the U.S. Supreme Court decision in *Amgen Inc. v. Conn. Ret. Plans & Tr. Funds*, 568 U.S. 455 (2013), explained:

> "In *Basic*, we held that if a market is shown to be efficient, courts may presume that investors who traded securities in that market relied on public, material misrepresentations regarding those securities.  This presumption springs from the very concept of market efficiency.  If a market is generally efficient in incorporating publicly available information into a security's market price, it is reasonable to presume that a particular public, material misrepresentation will be reflected in the security's price.  Furthermore, it is reasonable to presume that ***most investors*** – knowing that they have little hope of outperforming the market in the long run based solely on their analysis of publicly available information – will rely on the security's market

---

[32]  *Id*.

[33]  Aswath Damodaran, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*, John Wiley & Sons, Inc., at 113 (2d ed. 2002) ("Definitions of market efficiency have to be specific not only about the market that is being considered but also the investor group that is covered.  It is extremely unlikely that all markets are efficient to all investors, but it entirely possible that a particular market (for instance, the New York Stock Exchange) is efficient with respect to the average investor.").  Anadarko was listed and traded on the NYSE.

CONFIDENTIAL

price as an unbiased assessment of the security's value in light of all public information."[34]

22.    This same source cited by Mr. Keller also points out that "[d]efinitions of market efficiency are also linked up with assumptions about what information is available to investors and reflected in the price."[35]  Specifically, it states that "[u]nder weak form efficiency, the current price reflects the information contained in all past prices," that "[u]nder semi-strong form efficiency, the current price reflects the information not only in past prices by all public information," and that "[u]nder strong form efficiency, the current price reflects all information, public as well as private."[36]  Importantly, the relevant set of information used to define market efficiency in fraud-on-the-market cases is the semi-strong-form, which includes all publicly available information, but not private information (or internal information alleged to have been concealed from public investors by Defendants).  Obviously, if the stock price reflected all available information, including all information Defendants knew internally, there would not be a fraud-on-the market case.

23.    Mr. Keller does not appear to understand the distinction between private versus public information as he defines an efficient market as "one in which 'prices reflect all the information that can be acquired by painstaking analysis of the company and the

---

[34]  Steinholt Class Cert. Report, ¶15 (quoting *Amgen*, 568 U.S. at 461-62) (emphasis added).  *See* Richard A. Brealey, *et al.*, *Principles of Corporate Finance*, at 330 (10th ed. 2011)  ("[I]n an efficient market, there is no way for ***most investors*** to achieve consistently superior rates of return.") (emphasis added) (also cited in *Amgen*, 568 U.S. at 462).

[35]  Damodaran, *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset*, at 113.

[36]  *Id.*

CONFIDENTIAL

economy.'"[37]  However, this definition was specifically provided by the authors to explain strong-form efficiency, a definition of market efficiency in which the price would reflect the alleged truth regardless of whether the truth was part of the public mix of information or not.[38]  At his deposition, Mr. Keller confirmed that he was using the strong-form definition of market efficiency.[39]  This is improper.  If the market for Anadarko was strong-form efficient, the Company's stock price would **by definition** not be impacted by concealing the alleged truth from public investors because the stock price would not only reflect the publicly available information, but also private information, including everything the Company knew internally.

## IV.   MR. KELLER'S REVIEW OF THE PUBLICLY AVAILABLE INFORMATION

24.    The Keller Report is best understood as a review of the publicly available information that Defendants presumably, at some point, will use to try to argue that investors fully understood the alleged truth even if it was not disclosed by the Company, and that therefore, the ultimate disclosure of the alleged truth on May 3, 2017, did not cause Anadarko's stock price to decline, and, thus, did not cause any damages.

---

[37] Keller Report, ¶19 (quoting Richard A. Brealey, *et al.*, *Principles of Corporate Finance*, McGraw-Hill, at 332 (12th ed. 2015).

[38] Richard A. Brealey, *et al.*, *Principles of Corporate Finance*, at 332 (12th ed. 2015). ("With strong market efficiency, prices reflect all the information that can be acquired by painstaking analysis of the company and the economy.").  This is a later edition of the same textbook cited by the U.S. Supreme Court in *Amgen*, *see infra* fn 34.  No changes were made to the above cited text from the 10th edition to the 12th edition.

[39] Keller Deposition at 27:12-15 ("So the – the version of market efficiency that you are relying on for your report is the strong form of market efficiency; correct?  A. Yes.").

CONFIDENTIAL

25.     The Keller Report is 164 pages long and includes specific opinions regarding what Mr. Keller claims investors understood based on select documents at various points in time.  Below I will review some of this publicly available information as it relates to my own analyses.

**A.     Anadarko's February 4, 2009, Announcement of the Shenandoah Discovery (Shen-1)**

26.     In the morning of February 4, 2009, Anadarko announced that the Shenandoah discovery well, Shen-1, had "encountered net oil pay approaching 300 feet in the Wilcox formation," and that "'[i]nitial data indicates the Shenandoah discovery has reservoir properties that appear to be of much higher quality than [the] industry has seen previously in the emerging Lower-Tertiary pay.'"[40]

27.     According to Mr. Keller, with respect to this announcement, "investors understood that a discovery well is only the first step toward appraising any given resource," and that "[t]his process, which could take upwards of a decade, involves a significant amount of time and capital, and may not ultimately result in a FID."[41]  Mr. Keller also claims that "[i]nvestors did not understand the announcement of Shen-1, which discussed net pay and reservoir properties, as a resource range."[42]

---

[40]  February 4, 2009, Anadarko press release, "Anadarko Announces Another Deepwater Gulf of Mexico Discovery."

[41]  Keller Report, ¶120.

[42]  *Id.*, ¶121.

- 16 -

CONFIDENTIAL

28.    It is unclear how Mr. Keller would know what specific investors knew, or why the issues he focuses on would be the actual key takeaway for investors from the information disclosed by the Company.  Mr. Keller appears to try to downplay the importance of the Shenandoah discovery.  However, typically, with respect to new information that may be expected to increase (as opposed to simply maintain) investors' expectations, experts will use an event study to determine whether investors collectively viewed the information as material.  Using an event study, I determined that following Anadarko's announcement of the Shenandoah discovery, the Company's residual stock price increase was 4.7% on February 4, 2009, which translates into an increase of more than $800 million in Anadarko's market capitalization, and was statistically significant at the 1% level (*i.e.*, a higher benchmark than that generally used to demonstrate price impact).[43]  Based on the event study, it is my opinion that the consensus among investors was that Shenandoah was a significant resource that had substantial value following the announcement of the Shenandoah discovery, as evidenced by the statistically significant price increase translating into an increase of $800 million in Anadarko's market capitalization.

---

[43]    Based on an event study using the S&P 500 as a proxy for market factors, and an equally weighted index of Apache Corporation, Chesapeake Energy Corporation, Chevron Corporation, Devon Energy Corporation, EOG Resources, Inc., Hess Corporation, Noble Energy, Inc., Occidental Petroleum Corporation, and Pioneer Natural Resources Company as a proxy for industry factors.  Control period 252-trading days (or approximately one-year) prior to February 4, 2009 and the resulting t-statistic was 2.7.

CONFIDENTIAL

**B.    Anadarko's Announcement of Shen-2**

29.    On March 19, 2013, after the market closed, Anadarko announced that the Shen-2 appraisal well had encountered more than 1,000 net feet of oil pay, and stated that the Shenandoah field represented "'one of Anadarko's largest oil discoveries in the Gulf of Mexico,'" that "'Anadarko is strategically positioned in the Shenandoah Basin, which has the potential to become one of the most prolific new areas in the deepwater Gulf of Mexico,'" and that the Company was "'incorporating the information obtained from [Shen-2] into [its] planning and anticipate further appraisal drilling to advance this potentially giant project.'"[44]  It should be noted that the term "giant" project is commonly used to characterize a resource greater than 500 MMboe.[45]

30.    According to Mr. Keller, "[i]nvestors did not view Anadarko's March 2013 statement announcing the results of Shen-2 as an estimate of the projected value and size of Shenandoah."[46]  Furthermore, he opined that "[i]nvestors understood that there would be additional appraisal drilling following Shen-2," and that "[i]nvestors understood that the appraisal program was in its early stages, and that any development would depend on the

---

[44]  March 19, 2013, Anadarko press release, "Anadarko Announces Shenandoah Appraisal Well Encounters More Than 1,000 Net Feet of Oil Pay."

[45]  Keller Deposition at 189:2-11 ("So that refreshes your recollection that giant field refers to 500 MMBOE – A. Yes.  Q. – EUR.  A. Yes.  Q. Okay.  So that – that's not gross, that's recoverable – A. Estimated – Q. – right?  A. – ultimate – yes.").

[46]  Keller Report, ¶127.

CONFIDENTIAL

findings of the appraisal program, cost of development, and macroeconomic factors such as the price of oil."[47]

31.     Again, it is unclear how Mr. Keller would know what specific investors knew, or why the issues he focuses on would be the actual key takeaway for investors from the information disclosed by the Company.  Mr. Keller again appears to try to downplay the success of Shen-2, contrary to the evidentiary record.  A March 19, 2013, Bank of America analyst report stated that Anadarko "has announced the results [of Shen-2] – and it looks huge."[48]   A March 20, 2013, J.P. Morgan analyst report further explained, "[a]lthough [Anadarko] has not provided an overall estimated resource size, the press release calls Shenandoah a 'potentially giant project.'"[49]  Another March 20, 2013, analyst report by Barclays had the headline: "Shenandoah appraisal well encounters 1000+ net pay; We speculate size of discovery could be 300-1700 mmboe gross, perhaps worth $5-25 per share."[50]  A March 20, 2013, Credit Suisse analyst report responded to the Shen-2 announcement by stating that, "[i]mportantly, the discovery appears larger than our base case estimate of 340 MMBoe as the appraisal well found more than 1,000 net feet of oil

---

[47]  *Id.*, ¶¶129, 130.

[48]  March 19, 2013, Bank of America analyst report on Anadarko, "Shenandoah: major discovery confirmed valued at ~$4/share."

[49]  March 20, 2013, J.P. Morgan analyst report on Anadarko, "More Success in the Deepwater GoM; Shenandoah-2 Encounters > 1,000 Net Feet of Oil Pay and No Oil-Water Contact."

[50]  March 20, 2013, Barclays analyst report on Anadarko, "Shenandoah appraisal well encounters 1000+ net pay; We speculate size of discovery could be 300-1700 mmboe gross, perhaps worth $5-25 per share."

CONFIDENTIAL

pay," and that they believed "the market could initially price in a 400 to 550 MMBoe discovery range, which [they] estimate[d] [was] worth $1.97 to $2.64 per [Anadarko] share."[51]

32.     Generally, with respect to new information that may be expected to increase (as opposed to simply maintain) investors' expectations, experts will use an event study to determine whether the potential increase was material.  Using an event study, I determined that following Anadarko's announcement of the Shenandoah discovery, the Company's residual stock price increase was 3.7% on March 20, 2013, which translates into an increase of more than $1.5 billion in Anadarko's market capitalization, and was statistically significant at the 1% level (*i.e.*, a higher benchmark than that generally used to demonstrate price impact).[52]  Based on the event study, it is my opinion that the consensus among investors was that Shenandoah was a significant resource that had substantial value following the Shen-2 announcement, as evidenced by the statistically significant price increase translating into an increase of $1.5 billion in Anadarko's market capitalization.

---

[51]  March 20, 2013, Credit Suisse analyst report on Anadarko, "Shenandoah: A Doozey of a Discovery Indeed."

[52]  Based on an event study using the S&P 500 as a proxy for market factors, and an equally weighted index of Apache Corporation, Chesapeake Energy Corporation, Chevron Corporation, Devon Energy Corporation, EOG Resources, Inc., Hess Corporation, Noble Energy, Inc., Occidental Petroleum Corporation, and Pioneer Natural Resources Company as a proxy for industry factors.  Control period 252-trading days (or approximately one-year) prior to March 20, 2013 and the resulting t-statistic was 3.9.

- 20 -

CONFIDENTIAL

C.    **Anadarko's Announcement of Shen-3**

33.    On February 2, 2015, Anadarko reported its results for 4Q2014 and FY2014, and also announced that the "[a]ppraisal activity . . . in the Gulf of Mexico at the Shenandoah discovery continued to validate the company's geologic models around these apparent commercial discoveries."[53]  On the conference call following the earnings release, on February 3, 2015, Anadarko's head of Deep-Water Exploration, Defendant Robert P. Daniels, stated that based on pressure data, the Company was able to project up the oil-water contact. He stated:

> At Shenandoah, I'll start there, we are so excited about what we are seeing there.  ***We've got very good results for what we set out to do at the most recent appraisal well***.
>
> *            *            *
>
> So overall, we are looking to understand the oil in place better, and the potential recovery mechanisms.  And if you look at the results, we really did all of that.  We have excellent lateral sand continuity. . . .
>
> ***The oil/water contacts were not encountered in the well.  But based on the pressure data, we were able to project those up***.  So we got a much better handle on the oil in place, and that has expanded, with more confidence on it.  So that was a very positive thing.
>
> Reservoir quality was good, so that gives us a lot of confidence on the potential for the water drive.[54]

---

[53]  February 2, 2015, Anadarko press release, "Anadarko Announces 2014 Fourth-Quarter and Full-Year Results."

[54]  February 3, 2015, Anadarko conference call, "Q4 2014 Anadarko Petroleum Corp Earnings Call," at 7 (emphasis added).  On the March 3, 2015, conference call, Defendant Daniels repeated that Shen-3 was a successful appraisal well.  March 3, 2015, Anadarko conference call, "Anadarko Petroleum Corp 2015 Capital Program and Guidance Call," at 11 ("We're excited about the advancement at Shenandoah.  We pushed down dip on [Shen-3], searching for the oil/water contact, looking for reservoir continuity and quality, and to

- 21 -

CONFIDENTIAL

34.    On February 13, 2015, *Upstream Online* published an article in which Defendant Daniels further stated that, among other things, Shen-3 "expanded" the oil in place.  It stated:

Anadarko will continue to appraise the field that has been touted as possibly one of the biggest discoveries in the US Gulf in recent memory.  The first appraisal well, drilled in 2013, revealed a pay column about 1000 feet thick and inspired talk of "multiple" potential installations.

However, the most recent well, Shenandoah-3, left many observers scratching their heads.

ConocoPhillips, a partner in the well, said it had expensed the appraisal probe, a test about 1500 feet down dip and 2.3 miles (3.7 kilometres) east of [Shen-2].

Some analysts took that to mean the well was a bust, but Anadarko executives cast it in a much more positive light.

"We are so excited about what we are seeing there," said Robert Daniels, Anadarko's head of deep-water exploration.

He said the company wanted to gauge the sand continuity and possible down-dip thickening of the reservoir.

They were also looking to establish an oil-water contact and to better understand the reservoir quality and potential recovery mechanism.  "If you look at the results, we really did all of that," Daniels said.

"We had excellent lateral sand continuity and the packages are all present.

"***The oil-water contacts were not encountered in the well, but based on the pressure data we were able to project those up***.

"So we got a much better handle on the ***oil in place, and that has expanded, with more confidence on it***."

---

get a core in the down dip portions of the reservoir.  ***This was a very successful appraisal well***.") (emphasis added).

- 22 -

CONFIDENTIAL

*    *    *

Daniels did acknowledge that recent results probably reduce the upper end of the aerial extent of Shenandoah, "but it is not a very significant reduction."[55]

35.    On February 20, 2015, after the market closed, Anadarko filed its annual Form 10-K with the SEC, stating that Shen-3 "finished drilling at the end of 2014 and found approximately **50% (1,470 feet) more of the same reservoir sands** 1,500 feet down-dip and 2.3 miles east of the [Shen-2] well, which encountered over 1,000 feet of net oil pay in excellent quality Lower Tertiary-aged sands," and that the Shen-3 well "confirmed the sand depositional environment, lateral sand continuity, excellent reservoir qualities, and down-dip thickening [and] also enabled the **projection of oil-water contacts** based on pressure data and **reduced the uncertainty of the resource range**."[56]

36.    Mr. Keller does recognize that Anadarko (as well as Shenandoah partner Cobalt) "viewed Shen-3 as successful."[57]    However, he also opines that "investors understood that Shen-3 (1) did not encounter hydrocarbons, (2) reduced the areal extent of the hydrocarbon bearing portion of the reservoir, and (3) likely reduced the potential resources."[58]

---

[55] February 13, 2015, *Upstream Online*, "Anadarko mulling over its options at Shenandoah."

[56] Anadarko 2014 Form 10-K, filed with the SEC on February 20, 2015, at 9 (emphasis added).

[57] Keller Report, ¶208.

[58] *Id.*, ¶210. Mr. Keller also opined that the market understood additional wells were needed in order to understand the Shenandoah resource potential. *Id.*, ¶219.

- 23 -

CONFIDENTIAL

37.    Again, Mr. Keller offers no sound methodology for his opinion about what specific investors knew, or why the issues he focuses on would be the key takeaway for investors from all the information disclosed by the Company.  Mr. Keller's opinion is also contradicted by the record.  For example, a February 3, 2015, Bank of America analyst report stated that "Shenandoah gets bigger.  The [Shen-3] appraisal well encountered ~50% (1,470 ft) more of the same reservoir down-dip and drilled 2.3 miles east of the [Shen-2] well that had found over 1,000 ft of net oil pay.  We believe this helps to further validate this as 500mm - 1bn boe discovery."[59]  Similarly, following the Shen-3 announcement, a February 3, 2015, Heikkinen Energy Advisors research note concluded: "We estimate Shenandoah is a 750MMboe discovery given 1,000' of net oil pay and identifying the confirmed oil-water contact from pressure data."[60]

38.    In any event, Mr. Keller's subjective interpretation still does not mean that investors knew that Shenandoah was unlikely to be commercially viable,[61] or that investors did not attribute significant value to Shenandoah.  In fact, a February 2, 2015, Capital One analyst report cited by Mr. Keller that seems to have shared his view that Shen-3 was an "unsuccessful well [that] likely condemns at least some of the southeastern flank of the

---

[59]  February 3, 2015, Bank of America analyst report on Anadarko, "4Q14 results recap: 'preserve value, don't chase growth.'"

[60]  February 3, 2015, Heikkinen Energy Advisors research note (APC-00159676-79).

[61]  Steinholt Report, ¶28(j).

- 24 -

CONFIDENTIAL

structure's aerial extent," also attributed $1.8 billion to $3.6 billion (or $4 per share to $7 per share) in potential value to Shenandoah.[62]

39.    Other analyst reports also attributed substantial value to the Shenandoah resource at the beginning of the Class Period.  For example, a March 3, 2015, Morgan Stanley analyst report valued Anadarko's interest in Shenandoah at $1.7 billion (or $3 per share).[63]  An April 9, 2015, Imperial Capital analyst report valued Anadarko's interest in Shenandoah at $3 billion (or $5.81 per share).[64]  Different analysts interpreted the publicly available information differently and came up with different valuations of Shenandoah. That said, while analysts may have differed in their valuations, the evidentiary record shows that analysts viewed Shenandoah as substantially contributing to Anadarko's value following Shen-3.[65]

---

[62]  February 2, 2015, Capital One analyst report on Anadarko, "Morning Energy Summary" (not included in Keller Report, Figure 8) ("We have been carrying Shenandoah as a 1 billion boe discovery in our APC model (300 MMboe net to APC's 30% WI, worth ~$3.6B or ~$7 per share).  While it still could ultimately be that large, we think it's prudent to cut our resource estimate in half for now to 500 MMboe.  We are thus cutting our NAV by $3 to $99.").

[63]  March 3, 2015, Morgan Stanley analyst report on Anadarko, "Anadarko Petroleum Corp NAm Shines, Positioned to Lead Recovery" (also included in Keller Report, Figure 8).

[64]  April 9, 2015, Imperial Capital analyst report on Anadarko (also included in Keller Report, Figure 8).

[65]  Not all analysts provided a stand-alone value for Shenandoah in their NAV estimate.  However, this does not mean that they believed the value was zero.  As noted in a December 9, 2015 J.P. Morgan analyst report: "Under our conservative NAV methodology, we only give value in our NAV for projects where there is a definitive sight-line toward project sanction and development.  If these projects are successfully appraised [the Shenandoah being one of them], there is upside risk to our NAV forecast." December

- 25 -

CONFIDENTIAL

### D.    Anadarko's Announcement of Shen-4

40.    On October 27, 2015, Anadarko announced that it had "[c]ompleted a successful appraisal test [Shen-4 appraisal well] at the Shenandoah field in the Gulf of Mexico," and that Shen-4 had "encountered more than 620 net feet of oil pay."[66]  The following day, on October 28, 2015, Anadarko held a conference call on which Defendant Daniels stated:

> The reservoir quality in the initial assessment looks pretty – well it looks comparable to everything else we've found out there.  So very good reservoir quality.

*        *        *

> [W]e're very encouraged with what we saw, and it was all well within the range of expectation of what we had put out there.[67]

41.    According to Mr. Keller, following the announcement of Shen-4, investors understood that the original Shen-4 encountered salt, that the sidetrack well encountered less pay than Shen-2, and that additional wells would be needed to better understand the size and quality of the east side of the prospect.[68]  Again, it is unclear how Mr. Keller would

---

9, 2015, J.P. Morgan analyst report on Anadarko, "Initiate at Neutral; Sidelines for Now on LNG 'Air Pocket.'"

[66]  October 27, 2015, Anadarko press release, "Anadarko Announces Third-Quarter 2015 Results."

[67]  October 28, 2015, Anadarko conference call, "Q3 2015 Anadarko Petroleum Corp Earnings Call," at 5-6.

[68]  Keller Report, ¶¶232-234.

CONFIDENTIAL

know what specific investors knew, or why these issues would be the key takeaway for investors from all the information disclosed by the Company.

42.    Furthermore, Mr. Keller's subjective interpretation still does not mean that investors knew that Shenandoah was not commercially viable,[69] or that investors did not attribute significant value to Shenandoah.  For example, in an October 28, 2015, analyst report, RBC Capital Markets stated that Shen-4 "successfully encountered more than 620 net feet oil pay, extending to the lowest known oil column," and that this "could portend increasing the resource potential in the basin."[70]  An October 28, 2015, Deutsche Bank analyst report stated that "GoM exploration results mostly positive as [Shen-4] sidetrack appraisal well encountered 620 feet of net oil pay."[71]  An October 28, 2015, Wolfe Research analyst report valued Anadarko's interest in Shenandoah at $1.1 billion (or $2.09 per share).[72]  An October 28, 2015, UBS analyst report valued Anadarko's interest in Shenandoah at $1.4 billion (or $2.75 per share).[73]

---

[69]  Steinholt Report, ¶28(j).

[70]  October 28, 2015, RBC Capital Markets analyst report on Anadarko, "Onshore Oil Growth Assets Outperform."

[71]  October 28, 2015, Deutsche Bank analyst report on Anadarko, "Mixing the short and the long game."

[72]  October 28, 2015, Wolfe Research analyst report on Anadarko, "Anadarko before the dawn" (also included in Keller Report, Figure 8).

[73]  October 28, 2015, UBS analyst report on Anadarko, "3Q CFPS Beats on Lower Costs; Modestly Raises Divestiture Adjusted Production Guidance" (also included in Keller Report, Figure 8).

CONFIDENTIAL

43.    Mr. Keller also opines that, after the results of Shen-4 were released, investors understood that Anadarko was unlikely to invest in Shenandoah at then-prevailing oil prices, which at the time was in the low- to mid- $40s.[74]  However, his earliest citation is to the Company's February 2, 2016 conference call months later, with Anadarko's CEO, Defendant R.A. Walker, "saying they were 'not drilling with a view that we would develop Shenandoah in a $30 price environment' . . . [adding] that he felt Shenandoah and other long-term projects 'today, are worthy of spending capital, expecting that oil is not going to be at $30 for the rest of our life.'"[75]  As such, the statement was later in time and related to oil at $30, compared to the prevailing oil price of approximately $50 when Anadarko wrote off Shenandoah.  In any event, it is again unclear how Mr. Keller would know what specific investors knew.

44.    Furthermore, Mr. Keller's subjective interpretation still does not mean that investors knew that Shenandoah was not commercially viable,[76] or that investors did not attribute significant value to Shenandoah following the February 2016 statement.  In fact, an April 11, 2016, Simmons & Company analyst report, valued Anadarko's interest in Shenandoah at $1.3 billion (or almost $2.50 per share).[77]

---

[74]  Keller Report, ¶235.

[75]  *Id.*, ¶259.

[76]  Steinholt Report, ¶28(j).

[77]  April 16, 2016, Simmons & Company analyst report on Anadarko, "Partner Sells Down Shenandoah Working Interest," not included in Keller Report, Figure 8.

- 28 -

CONFIDENTIAL

45.    Finally, Mr. Keller opines that, by no later than May 2016, investors understood that there was faulting in the Shenandoah basin (including faults between Shen-2 and Shen-3, and between Shen-2 and Shen-4), which required Anadarko to continue drilling to understand the asset.[78]    Again, it is also unclear how Mr. Keller would know what specific investors knew.    Furthermore, there is also specific analyst reports that indicate that the complexities of Shenandoah were not understood until after the corrective disclosure.    For example, a May 3, 2017 email from Alyson McCaffrey of Tudor, Pickering, Holt & Co. cited the firm's view that they "like the fundamentals for [Anadarko] but would be getting in front of Shenandoah, as reservoir looks more complex than originally thought."[79]    Similarly, a May 18, 2017, Societe Generale analyst report stated that "[d]uring 1Q17, [Anadarko] did impair Shenandoah for $435 million, given the #6 well's results," and that "[i]t appears to us to be a much more compartmentalized structure than first thought."[80]

46.    Again, different analysts interpreted the publicly available information differently and came up with different valuations of Shenandoah.    That said, the evidence above shows that analysts viewed Shenandoah as substantially contributing to Anadarko's value following the announcement of Shen-4.

---

[78]    Keller Report, ¶264.

[79]    LA-APCSUB-011872.

[80]    May 18, 2017, Societe Generale analyst report on Anadarko, "Stock at 10 month low, cash represents 20% of market value. Headline risk overdone."

- 29 -

CONFIDENTIAL

### E.    Anadarko's Announcement of Shen-5

47.    On July 26, 2016, after the market closed, Anadarko announced that the Shen-5 appraisal well had "[e]ncountered more than 1,040 net feet of oil pay," and that it had increased its working interest in Shenandoah from 30% to 33%.[81]  On the conference call the next day, Defendant Walker stated that "we were real pleased with what we saw in the number 5 well . . . very pleased to see it come in as we had predicted it would."[82]

48.    According to Mr. Keller, following the announcement of Shen-5, investors understood that any financial investment decision ("FID") would depend on the results of Shen-6, and the ability to reduce development costs, and commodity prices.[83]  Again, it is unclear how Mr. Keller would know what specific investors knew, or why these issues would be the key takeaway for investors from the information disclosed by the Company. Moreover, contrary to Mr. Keller's claim, it is my understanding that, according to the evidence, senior management decided to write off Shenandoah before the results of Shen-6 were known.[84]

---

[81]    July 26, 2016, Anadarko press release, "Anadarko Announces Second-Quarter 2016 Results."

[82]    July 27, 2016, Anadarko conference call, "Q2 2016 Anadarko Petroleum Corp Earnings Call," at 5.

[83]    Keller Report, ¶¶278.

[84]    Deposition Exhibit 303 at APC-00290059; Deposition Exhibit 274 at APC-00307805.

CONFIDENTIAL

49.    Furthermore, Mr. Keller's subjective interpretation still does not mean that investors knew that Shenandoah was not commercially viable,[85] or that investors did not attribute significant value to Shenandoah.  In fact, a July 27, 2016, KLR analyst report stated that a "sanctioned Shenandoah development should constitute approximately $5 per share of incremental fair value."[86]  A July 27, 2016, UBS analyst report stated that Shen-5 "confirms the discovery is the 'finest lower tertiary discovery to date,'" and valued Anadarko's interest in Shenandoah at approximately $790 million (or $1.55 per share).[87] A July 27, 2016, Wolfe Research analyst report valued Anadarko's interest in Shenandoah at $956 million (or $1.88 per share).[88]

50.    Again, different analysts interpreted the publicly available information differently and came up with different valuations of Shenandoah.  That said, the evidence above shows that analysts viewed Shenandoah as substantially contributing to Anadarko's value following the Shen-5 announcement.

**F.    Shen-6 Appraisal Well**

51.    According to Mr. Keller, investors understood before Anadarko's alleged partial corrective disclosure (after the market closed on May 2, 2017) that Shen-6 was

---

[85]  Steinholt Report, ¶28(j).

[86]  July 27, 2016, KLR analyst report on Anadarko, "Slightly Higher U.S./Algerian Liquids Production Trajectory."

[87]  July 27, 2016, UBS analyst report on Anadarko, "APC 2Q Beats, Raises Production Guidance, and Boosts Divestiture Target" (also included in Keller Report, Figure 8).

[88]  July 27, 2016, Wolfe Research analyst report on Anadarko, "If you'll be my bodyguard" (also included in Keller Report, Figure 8).

- 31 -

CONFIDENTIAL

wet.[89] This is an imprecise statement as it fails to distinguish between the Shen-6 appraisal well and the Shen-6 sidetrack well. As I noted in the Steinholt Class Cert. Rebuttal, a May 3, 2017, Cowen analyst report on Cobalt stated that "Anadarko put out disappointing news yesterday afternoon [May 2, 2017] with respect to Shenandoah," but the report also explained that the "fact that the appraisal well was a disappointment became apparent in March," while the "sidetrack well results is new news and we believe [the sidetrack well being dry] will be a disappointment."[90]

52.    As support for his opinion, Mr. Keller cites ConocoPhillips (another Shenandoah partner) 2016 Form 10-K (filed with the SEC on February 21, 2017) stating that the Shen-6 reached total depth in February 2017, and that a sidetrack well also commenced in February.[91] He also cites a Cobalt March 14, 2017 earnings call discussing Shen-6 encountering water, or being dry, clearly referring to the Shen-6 appraisal well and not the Shen-6 sidetrack well that had not been drilled yet.[92] This is consistent with the May 3, 2017, Cobalt report I cited in the prior paragraph. Again, it is unclear how Mr. Keller would know what specific investors knew about Shen-6 in February and March of 2017.

---

[89]   Keller Report, ¶317.

[90]   May 3, 2017, Cowen analyst report on Cobalt, "Shenandoah Results A Negative."

[91]   Keller Report, ¶318.

[92]   *Id.*, ¶319.

- 32 -

CONFIDENTIAL

53.    As Mr. Keller conceded, even if Shen-6 was dry, this would not necessarily mean that the appraisal activities at Shenandoah would end.[93]  Instead, Mr. Keller appears to have the incorrect understanding that ConocoPhillips wrote off Shenandoah prior to the end of the Class Period, and, thereby, also revealed the suspension of appraisal activities at Shenandoah.[94]  This is an incorrect understanding of the facts.  ConocoPhillips did take a $101 million dry hole expense, an undisclosed portion of which included Shen-6, before the market closed on May 2, 2017.  However, ConocoPhillips did not write off Shenandoah until May 4, 2017, a $242 million dry hole expense and a $51 million leasehold impairment that was "Based on Subsequent Partner [Anadarko] Disclosures and Information" (*i.e.*, the corrective disclosure).[95]  In other words, ConocoPhillips did not write off Shenandoah on May 2, 2017, and, consequently, did not reveal the write off, nor the suspension of

---

[93]  Keller Deposition at 202:7-13 ("Q. Okay.  But the company never said Shen 6 was the end of the line, did it?  A. It said continuation would be dependent on 5 and then on 6.  I never heard mention of 7, so no.  Q. In other words, it – it didn't say that was going to be the end of its appraisal program?  A. That – that is correct.").

[94]  *Id.* at 36:23-37:17 ("Are you opining that Anadarko's decision to suspend its appraisal of Shenandoah was publicly known before close of market on . . . May 2nd, 2017?  A. It was first disclosed as a fact by Conoco in its write-off.  Okay, yes, correct.  Q. Do you mean Anadarko?  You said Conoco.  A. Well, Conoco announced the write-off . . . the day before Anadarko was suspended.  Q. Okay.  So you're saying that ConocoPhillips said . . . that appraisal activities were being suspended at Shenandoah before close of market on May 2nd, 2017?  Is that your testimony?  A. That's . . . my recollection, yes.  Q. That's your testimony?  A. That's my recollection, yes.  Q. Under oath?  A. Yes.").

[95]  May 4, 2017, ConocoPhillips press release, "ConocoPhillips Provides Update to First-Quarter 2017 Results Based on Subsequent Partner Disclosures and Information."

CONFIDENTIAL

Shenandoah appraisal activities, to investors prior to the end of the Class Period. Mr. Keller's understanding of the facts is simply wrong.

54.    Furthermore, Mr. Keller's subjective interpretation still does not mean that investors knew that Shenandoah was not commercially viable,[96] or that investors did not attribute significant value to Shenandoah. In fact, a March 13, 2017, Wolfe Research analyst report valued Anadarko's interest in Shenandoah at approximately $1.3 billion (or $2.37 per share);[97] and a March 16, 2017, RBC Capital Markets analyst report valued Anadarko's interest in Shenandoah at $953 million (or $1.71 per share).[98] These were also the last two valuations included in Figure 8 in the Keller Report prior to the end of the Class Period. In addition, not included in Figure 8 of the Keller Report is the analysis performed by Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund's investment manager, valuing Shenandoah at $2.28 billion, or $4.11 per share, as of April 4, 2017.[99]

55.    Again, different analysts interpreted the publicly available information differently and came up with different valuations of Shenandoah, as evidenced in Figure 8

---

[96]   Steinholt Report, ¶28(j).

[97]   March 13, 2017, Wolfe Research analyst report on Anadarko, "Mr. Misunderstood (I understand)" (also included in Keller Report, Figure 8).

[98]   March 16, 2017, RBC Capital Markets analyst report on Anadarko, "The Plan Has Come Together" (also included in Keller Report, Figure 8).

[99]   SARASIN0000058.

- 34 -

CONFIDENTIAL

of the Keller Report. That said, the evidence above shows that analysts viewed Shenandoah as substantially contributing to Anadarko's value during the Class Period.

### G. After Market May 2, 2017 Corrective Disclosure of the Alleged Truth

56. On May 2, 2017, after the market closed, Anadarko disclosed for the first time that: (a) it was suspending appraisal activities of Shenandoah; (b) it was recognizing $467 million of impairments related to Shenandoah; (c) it was expensing exploratory well costs of $435 million related to Shenandoah; and (d) the Shen-6 sidetrack well was dry.

57. According to Mr. Keller, "[m]arket participants' reactions to Anadarko's decision to suspend Shenandoah reflect that investors understood before the write-off that Anadarko was unlikely to sanction Shen-6."[100] To support his opinion, Mr. Keller selectively cites four analyst reports (out of at least 26 issued on May 2-3, 2017), none which says investors understood prior to Anadarko's suspension of appraisal activities at Shenandoah that the Company was unlikely to sanction Shen-6.

58. The first, J.P. Morgan, simply references the fact that the Shen-6 appraisal well was unsuccessful, and that Anadarko had decided to suspend appraisal activity, but did not comment on what investors understood or whether the Shenandoah news was a surprise.[101]

---

[100] Keller Report, ¶324.

[101] *Id.*, ¶328(a) ("J.P. Morgan: 'As previously highlighted by its partners, the Shenandoah-6 appraisal well designed to test the oil-water contact on the eastern edge of the field was unsuccessful, and APC has decided to suspend appraisal activity at the field.'").

CONFIDENTIAL

59.     The second, Evercore, noted its view that the write down was not "completely unexpected," but did not comment on what investors understood or whether the Shenandoah news was a surprise.[102]

60.     The third, Goldman Sachs, noted its understanding that Anadarko was unlikely to pursue Shenandoah at current oil prices consistent with previous commentary, but does not comment on what investors understood. With respect to the more relevant inquiry, whether the Shenandoah disclosure was new and material information, however, the next sentence (not cited by Mr. Keller) states that Goldman Sachs "lower[ed] [its] NAV by $1/shs associated with the Shenandoah prospect," indicating that Goldman Sachs actually did attribute significant value to Shenandoah prior to the corrective disclosure and changed its view following the disclosure.[103]

---

[102] *Id.*, ¶328(b) ("Evercore: 'Transitions in E&P are challenging, and in many ways 1H17 was likely to prove the apex of the transition for APC. Integrating disparate assets in the Gulf of Mexico (a challenging operating environment, particularly when energy investors crave predictability), completing major asset divestitures which muddle a clear view of the go forward asset base, and transitioning to growth from the core of the US onshore (Delaware) where big growth off a small base will be needed to drive corporate level results were the hurdles. Add to this headlines and fears surrounding a tragic residential explosion two weeks ago in CO that saw APC preemptively shut-in legacy production in the region, a bumpy 2Q oil guide driven by outages and tie-ins in the GoM, and a massive (not completely unexpected) write down at Shenandoah all suggest 1Q was likely a perfect storm of negatives for the stock. . . . Today's update included several notable datapoints in the GoM, including the integration of FCX, strong performance from Caesar/Tonga, and success at Calpurnia. While we (and the street) had viewed as heavily risked, APC announced the Shenandoah-6 appraisal well did not encounter the oil-water contact and recorded a one-time GoM-related impairment of over $500mm ($467mm Shenandoah).'").

[103] May 3, 2017, Goldman Sachs analyst report on Anadarko, "On track to meet 2017 outlook; lower asset sale proceeds negative" ("Tie-back opportunity from existing infrastructure in Gulf of Mexico remains robust; greenfield Shenandoah development unlikely. APC continues to see robust performance from wells that can be tied-back to

61.    The fourth, Cowen, simply stated that it did not give Anadarko any value for Shenandoah, but does not comment on what investors understood.[104]  With respect to whether the Shenandoah disclosure was a surprise, however, not included by Mr. Keller's discussion is that the Cowen analyst covering Cobalt stated that "[w]e and our equity colleague . . . who covers Anadarko, both believe that Anadarko put out disappointing news yesterday afternoon with respect to Shenandoah," indicating that they believed the Shenandoah news was a negative surprise.[105]

62.    Many other analysts also commented on the Shenandoah news being a negative and a surprise, evidence Mr. Keller ignores altogether, including:

(a)    A Bernstein analyst report stated that "[i]n the DW GOM, some tie-back success was overshadowed by a large Shenandoah impairment ($467 mln) and dry hole expensing ($435 mln).  Note the negative read-across to [Cobalt International]."[106]

---

existing infrastructure in GOM.  APC continues to enhance GOM tie-back opportunity: (1) Calpurnia exploration well encountered 60 net feet of oil pay; and (2) APC successfully bid on 16 blocks near existing platforms.  Following unfavorable result from the Shenandoah well, APC is unlikely to pursue development of the project at current oil prices (consistent with previous commentary). ***We lower our NAV by $1/shr associated with the Shenandoah prospect*.").  Emphasized sentence was left out of Mr. Keller's cite.  Keller Report, ¶328(c).

[104] Keller Report, ¶328(d) ("Cowen: 'Shenandoah-6 appraisal well and subsequent sidetrack did not encounter oil water contact on eastern portion of the field.  APC has currently suspended appraisal activity and wrote down the entire Shenandoah prospect which notably impacted 2Q17 EPS.  We did not give APC any value for Shenandoah in our model. Focus in GOM now turns to tiebacks in our view.'").

[105] May 3, 2017, Cowen  analyst report on Cobalt, "Shenandoah Results A Negative."

[106] May 2, 2017, Bernstein analyst report on Anadarko, "Quick Take (APC): APC may suffer overhang on Firestone and Shenandoah but remember the 3D vision with Delaware in focus."

CONFIDENTIAL

(b)     An RBC Capital Markets analyst report stated that the Shenandoah disclosure "could cause some market concern."[107]

(c)     A Johnson Rice analyst report stated that "[t]he negative development is an unsuccessful appraisal well at Shenandoah."[108]

(d)     An Atlantic Equities analyst report led with the headline "Shenandoah field write-off overshadows results" and stated that "Shenandoah was a high profile discovery which was considered to have potential to be a significant source of new production."[109]

(e)     A Societe Generale analyst report stated that "[t]he only GOM DeepH20 negative was Shenandoah 6, which was a dry hole and has caused APC to suspend appraisal activity."[110]

(f)     A Macquarie analyst report stated that "longer term growth is growing increasingly elusive, especially if an already discovered project like Shenandoah is not deemed economic."[111]

(g)     A Wolfe Research analyst report stated that the suspension of the Shenandoah "does take away from APC's premium for exploration, which is gone, and no longer in our price target."[112]

---

[107] May 2, 2017, RBC Capital Markets analyst report on Anadarko, "Market Focus May Be Elsewhere" ("Core results look good but results at Shenandoah and the well incident in the DJ could cause some market concern.").

[108] May 2, 2017, Johnson Rice & Co. analyst report on Anadarko, "Sales Note: Noisy Quarter on Divestments; 2Ql7 Guide Light, but 2017 Intact."

[109] May 3, 2017, Atlantic Equities analyst report on Anadarko, "Shenandoah field write-off overshadows results."

[110] May 3, 2017, Societe Generale analyst report on Anadarko, "1Q17 Adjusted EPS Miss. Now 55% oil leveraged.  Post asset sales, $10.58/share in cash."

[111] May 3, 2017, Macquarie analyst report on Anadarko, "Where Do We Go From Here?"

[112] May 3, 2017, Wolfe Research analyst report on Anadarko, "Mr. Misunderstood – Always left out, never fit in."

CONFIDENTIAL

(h) Citi cut its rating for Cobalt to sell from neutral as a result of Anadarko suspending further appraisal work at Shenandoah.[113]

(i) Bernstein cut its target price for Cobalt from $2.00 per share to $1.20 per share, citing "Anadarko's disclosures effectively halting development of the Shenandoah field."[114]

63. Similarly, a May 3, 2017 Lazard Asset Management report stated:

Deepwater Gulf of Mexico has shifted from being a positive to a problem. The decision to impair Shenandoah (to the tune of ~$1bn) was surprising given that APC had already drilled five appraisal wells. While APC has not yet decided to relinquish the leases, it appears that management has little confidence that the project will move forward. This in turns removes an expected source of future production (and cash flow), and it raises questions about APC's ability to find new tie-back developments for its significant infrastructure in the Gulf. Unexpectedly, CEO Al Walker opined on the call that "at $50-60 oil, Gulf of Mexico development is challenged." Worrying given oil is sub-$50 today.[115]

64. Again, different analysts interpreted the publicly available information differently, and how analysts interpreted the information may be different than how investors interpreted or understood the information. For example, one analyst may recommend "buy" while another recommends "sell." Likewise, some investors buy while others sell.

65. As a result of the above varying opinions, the proper methodology to analyze how investors collectively reacted to Anadarko's corrective disclosure is an event study.

---

[113] May 3, 2017, *Bloomberg*, "Cobalt Intl Cut at Citi as Anadarko Suspends Shenandoah Work."

[114] APC-00737640.

[115] L00000080. Lazard also "[t]entatively trimm[ed] [its Anadarko] base case [price] target to $64/share." L00000081.

CONFIDENTIAL

In this case, Defendants' own expert Ferrell analyzed the decline in Shenandoah partner Cobalt's stock price and found that it was statistically significant at the 5% level.[116] In my opinion, the Shenandoah corrective disclosure, and related negative analyst commentary, was the only new and material information regarding Cobalt that could explain this statistically significant price decline.

66.    Furthermore, in the Steinholt Report, I analyzed Anadarko's stock price decline net of potentially confounding factors (*i.e.*, factors unrelated to Shenandoah) on May 3, 2017, and, based on a conservative event study, I estimated that the Company's stock price decline was negative 3.42%, or negative $1.92 per share as a result of the Shenandoah disclosure, translating into a reduction of Anadarko's market capitalization of $1,075 million.[117]

Executed this 25th day of January, 2023, in San Diego, California.

_____
BJORN I. STEINHOLT, CFA

---

[116] Ferrell Class Cert. Report, Table 3.

[117] Steinholt Report, ¶45.