# Exhibit 30



# Shenandoah Appraisal Program
# Partnership Meeting

| | |
|---|---|
| Tim Trautman | Exploration Manager |
| Robert Strickling | Exploration Reservoir Manager |
| Jim Kunning | Drilling Engineer for WR52 #2 |
| Chris Krszjzaniek | Drilling Engineer for Shen 4 |
| Beth Kendall | Geophysicist |
| Chris Camden | Reservoir Engineer |
| Jeff Pachman | Landman |
| Joe Termina | Petrophysicist |
| Bridget O'FarrellVillareal | Regulatory |
| Jake Ramsey | Geologist |

December 10th 2014

ANADARKO PETROLEUM CORPORATION

APC001378
Confidential Treatment Requested Under FOIA

# Shenandoah Partner Meeting Agenda – December 10th 2014



ANADARKO
EXPLORATION

- Introductions
- Project History / Revisit Shenandoah 3 Objectives
- Update on By-Pass Coring Operation
- Stratigraphic Analysis / Reservoir Correlation
- Petrophysical Comments
- Pressure Gradients - Projected O/W Contacts
- Updated Wilcox Structure Maps
- Shenandoah 4: Exploration Appraisal Objectives
- Shenandoah 4: Well Design
- Regulatory Update
- Land Comments
- Partner Discussion (Cobalt, Conoco, Marathon, Venari)

ANADARKO PETROLEUM CORPORATION

2

APC001379
Confidential Treatment Requested Under FOIA



# Project History & Revisit Shenandoah 3 Objectives
## - Tim Trautman -

ANADARKO PETROLEUM CORPORATION

3

APC001380
Confidential Treatment Requested Under FOIA

# Shenandoah Exploration – Time Line



ANADARKO
EXPLORATION

✂ Drilled Shenandoah 1 (234 days): June 3, 2008 – January 22, 2009

✂ **300' Net Oil Pay Announced - Shenandoah 1: February 4, 2009**

✂ Proprietary Reprocessing Project: July 2009 - September 2010

✂ Drilling Moratorium & Regulatory Delays: May 2010 through 2011

✂ Drilled Shenandoah 2 (213 days): July 1, 2012 - January 29, 2013

✂ **1,000' Net Oil Pay Announced - Shenandoah 2: March 19, 2013**

✂ Exploration Unit: October 2013 (Requested) & April 2014 (Approved)

✂ Western-Geco "Coil" Acquisition/Processing: 2013 - 2014

✂ Drilled Shenandoah 3 (163 days): May 28, 2014 - November 7, 2014

✂ By-Pass Coring Operation (480' Planned): December 2014

✂ Planned Spud - Shenandoah 4 (Diamond Ocean Blackhawk): April 2015

ANADARKO PETROLEUM CORPORATION                                         4

APC001381
**Confidential Treatment Requested Under FOIA**

# Shenandoah 3 – Location Criteria (Pre-Spud)



ANADARKO
EXPLORATION

- Drill on Well-Imaged Seismic Data
  - Upper and Lower Wilcox Objectives

- Avoid Potential Drilling Hazards

- Locate > 1 Mile from Shenandoah 2
  - Establish Lateral Continuity
    *Accomplished - Highly Correlative Reservoirs Encountered between Shenandoah 2 and 3*

- Drill at Least 500' Structurally Down-Dip of Shenandoah 2
  *Ended up 1,100' down-dip at Upper WX and 1,450' Down-Dip at Lower WX*
  *Pre-drill map prediction was to be approximately 700' - 800' Down-Dip*
  - Increase Column Height *Accomplished based on pressure gradients*
  - Define Water Contact(s) *Accomplished based on pressure gradients*

- Locate the Well Within Closure Limits
  - Aggressive Test Close to the Spill Point *Accomplished*
  - Still within Southerly Dip *Accomplished*

ANADARKO PETROLEUM CORPORATION                                                  5

APC001382
Confidential Treatment Requested Under FOIA



# By-Pass Coring Operation Update
## - Jim Kunning -

ANADARKO PETROLEUM CORPORATION

6

APC001383
Confidential Treatment Requested Under FOIA



APC001384
Confidential Treatment Requested Under FOIA



# WR 52 #2 Stratigraphic Review & Correlations
## - Jake Ramsey -

ANADARKO PETROLEUM CORPORATION

8

APC001385
Confidential Treatment Requested Under FOIA

# Shenandoah Subsalt 3-Way Closure Base Map





- Shen #1 (WR52 #1 Discovery) to Shen #2 (WR51 #2 Appraisal) = ~6550 ft laterally
- Shen #1 (WR52 #1 Discovery) to Shen #3 (WR52 #2 Appraisal) = ~8000 ft laterally
- Shen #2 (WR51 #2 Appraisal) to Shen #3 (WR52 #2 Appraisal) = ~12,400' laterally
- Structural difference of Shen #2 & Shen #3 = 1370 ft to 1520 ft

9

APC001386
Confidential Treatment Requested Under FOIA



**Stratigraphic Cross Section – Shenandoah Wells**
Datum = Top Lower Wilcox ~57.0 mya ; Scale: 1" = 100 ft TVD

APC001387
Confidential Treatment Requested Under FOIA

**Stratigraphic Cross Section – Shenandoah Wells**
Datum = Top Lower Wilcox ~57.0 mya ; Scale:  1" = 100 ft TST

APC001388
Confidential Treatment Requested Under FOIA



# WR 52 #2 Petrophysical Analysis
## - Joe Termina -

ANADARKO PETROLEUM CORPORATION    12

APC001389
Confidential Treatment Requested Under FOIA

# Methodology



ANADARKO
EXPLORATION

- **The petrophysical interpretation was performed using Senergy's** *Interactive Petrophysics*, **and the following analysis techniques were applied:**

  - Shale volume was determined from the minimum of the Spectral GR data and the density-neutron and sonic-density crossplot techniques.

  - Porosity was computed from the sonic as well as the density-neutron crossplot, and a comparison made with the NMR porosity, where hole conditions allowed.

  - Water Saturations ($S_w$) were calculated using the *Poupon / Leveaux* equation

  - Net Reservoir and Pay, a Net Reservoir thickness was determined using a porosity cut-off of 13% and a $V_{cl}$ cut-off of 50%. Net Pay thickness was computed using an additional $S_w$ cut-off of 50%.

ANADARKO PETROLEUM CORPORATION                                                13

APC001390
Confidential Treatment Requested Under FOIA

# Parameters



ANADARKO
EXPLORATION

- ## Rw
  - In this analysis we have used an Rw = 0.055 ohm-m @ 60 degF (193,434 ppm NaCl) from regional data.

- ## Archie parameters
  - a=1, m=2, n=2 was used in analysis

ANADARKO PETROLEUM CORPORATION                                                    14

APC001391
Confidential Treatment Requested Under FOIA



# WR52-Shenandoah-002-ST00BP00

# Shenandoah #3

# Petrophysical Results

ANADARKO PETROLEUM CORPORATION                                                    15

APC001392
**Confidential Treatment Requested Under FOIA**

# Fractures identification marl LWD


ANADARKO EXPLORATION

RESISTIVITIES

Drilling    TOOH

LWD IMAGES

AT Comp    PEF    Caliper    Density

ANADARKO PETROLEUM CORPORATION    16

APC001393
Confidential Treatment Requested Under FOIA

# Fractures identification marl wireline



ZAIT fracture          PE fracture          NGI fracture

ANADARKO PETROLEUM CORPORATION          17

APC001394
Confidential Treatment Requested Under FOIA

# Fractures identification Wilcox LWD



ANADARKO
EXPLORATION

RESISTIVITIES

LWD IMAGES

Drilling

TOOH

AT Comp

PEF   Caliper   Density

Sonic

ANADARKO PETROLEUM CORPORATION

18

APC001395
Confidential Treatment Requested Under FOIA

# Fractures identification Wilcox wireline



ZAIT fracture          PE fracture          NGI fracture

ANADARKO PETROLEUM CORPORATION

19

APC001396
Confidential Treatment Requested Under FOIA

# Upper Wilcox Sand 2-3

**Upper Wilcox 2**
Net Res =  168.5 ft MD
Avg Phi = 17.7%
Avg Sw = 49.5%
Avg Vsh = 24.9%

**Upper Wilcox 3**
Net Res =  273.5ft MD
Avg Phi = 18.1%
Avg Sw = 89.5%
Avg Vsh = 20.3%



ANADARKO PETROLEUM CORPORATION

APC001397
Confidential Treatment Requested Under FOIA

# Lower Wilcox Sand A-B

**Lower Wilcox A**
Net Res =  209.25ft MD
Avg Phi = 18.5%
Avg Sw = 87.6%
Avg Vsh = 18.6%

**Lower Wilcox B**
Net Res =  117ft MD
Avg Phi = 18.5%
Avg Sw = 92.7%
Avg Vsh = 24.3%

APC001398
Confidential Treatment Requested Under FOIA



# Lower Wilcox Sand C-D

**Lower Wilcox C**
Net Res =  47ft MD
Avg Phi = 17.8%
Avg Sw = 84.0%
Avg Vsh = 19.6%

**Lower Wilcox D**
Net Res = 157.5ft MD
Avg Phi = 18.7%
Avg Sw = 90.5%
Avg Vsh = 20.9%

APC001399
Confidential Treatment Requested Under FOIA

# Lower Wilcox Sand E

**Lower Wilcox E**
**Net Res = 175.5ft MD**
**Avg Phi = 17.2%**
**Avg Sw = 78.8%**
**Avg Vsh = 23.5%**



APC001400
Confidential Treatment Requested Under FOIA

# Reservoir Summary



ANADARKO
EXPLORATION

Petrophysical Zone Averages Report

Well :   WR52-Shenandoah 3-002-ST00BP00
Date :   12/03/2014 15:56:44

Reservoir Summary

| Zn # | Zone Name | Top TVD | Bottom TVD | Gross TVD | Net TVD | N/G TVD | Av Phi | Av Sw | Av Vcl Ari | Av KLOA Ari | Av KLOG Geo | Phi*H TVD | Phiso*H TVD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Upper Wilcox | 30169.00 | 31000.00 | 831.00 | $$8.50 | 0.010 | | | | | | | |
| | | 30068.96 | 30812.81 | 743.85 | $$7.60 | 0.010 | 0.148 | 0.723 | 0.413 | 0.652 | 0.036 | 1.12 | 0.31 |
| 2 | Upper Wilcox 2 | 31000.00 | 31287.50 | 287.50 | 168.50 | 0.586 | | | | | | | |
| | | 30812.81 | 31071.11 | 258.30 | 151.39 | 0.586 | 0.177 | 0.459 | 0.249 | 3.837 | 1.931 | 26.84 | 14.53 |
| 3 | Upper Wilcox 3 | 31287.50 | 31637.50 | 350.00 | 273.50 | 0.781 | | | | | | | |
| | | 31071.11 | 31384.92 | 313.81 | 245.22 | 0.781 | 0.186 | 0.895 | 0.203 | 9.332 | 4.985 | 45.68 | 4.81 |
| 4 | Lower Wilcox | 31637.50 | 31673.00 | 35.50 | 0.25 | 0.007 | | | | | | | |
| | | 31384.92 | 31416.75 | 31.83 | 0.22 | 0.007 | 0.133 | 0.743 | 0.388 | 1.233 | 1.233 | 0.03 | 0.01 |
| 5 | Lower Wilcox A | 31673.00 | 31982.50 | 309.50 | 209.25 | 0.676 | | | | | | | |
| | | 31416.75 | 31694.42 | 277.68 | 187.73 | 0.676 | 0.185 | 0.876 | 0.186 | 10.543 | 2.852 | 34.82 | 4.32 |
| 6 | Lower Wilcox B | 31982.50 | 32352.50 | 370.00 | 117.00 | 0.316 | | | | | | | |
| | | 31694.42 | 32026.01 | 331.59 | 104.91 | 0.316 | 0.185 | 0.927 | 0.243 | 16.978 | 5.936 | 19.41 | 1.41 |
| 7 | Lower Wilcox C | 32352.50 | 32540.00 | 187.50 | 47.00 | 0.251 | | | | | | | |
| | | 32026.01 | 32193.87 | 167.86 | 42.09 | 0.251 | 0.178 | 0.840 | 0.196 | 8.736 | 2.065 | 7.47 | 1.19 |
| 8 | Lower Wilcox D | 32540.00 | 32885.50 | 345.50 | 157.50 | 0.456 | | | | | | | |
| | | 32193.87 | 32503.11 | 309.25 | 140.95 | 0.456 | 0.187 | 0.905 | 0.209 | 16.496 | 8.047 | 26.36 | 2.51 |
| 9 | Lower Wilcox E | 32885.50 | 33128.50 | 243.00 | 175.50 | 0.722 | | | | | | | |
| | | 32503.11 | 32720.74 | 217.63 | 157.18 | 0.722 | 0.172 | 0.788 | 0.235 | 8.358 | 6.963 | 27.07 | 5.74 |
| | All Zones | 30169.00 | 33128.50 | 2959.50 | $$1157.00 | 0.391 | | | | | | | |
| | | 30068.96 | 32720.74 | 2651.79 | 1037.29 | 0.391 | 0.182 | 0.815 | 0.218 | 10.328 | 4.833 | 188.81 | 34.84 |

$$ indicates missing or null data in the zone.

APC001401
Confidential Treatment Requested Under FOIA



# Upper Wilcox Sand 2-3

**Upper Wilcox 2**
Net Res =  151.39 ft TVD
Avg Phi = 17.7%
Avg Sw = 49.5%
Avg Vsh = 24.9%

**Upper Wilcox 3**
Net Res =  245.22ft TVD
Avg Phi = 18.1%
Avg Sw = 89.5%
Avg Vsh = 20.3%

APC001402
Confidential Treatment Requested Under FOIA

# Lower Wilcox Sand A-B

| Lower Wilcox A | Lower Wilcox B |
|---|---|
| Net Res = 187.73ft TVD | Net Res = 104.91ft TVD |
| Avg Phi = 18.5% | Avg Phi = 18.5% |
| Avg Sw = 87.6% | Avg Sw = 92.7% |
| Avg Vsh = 18.6% | Avg Vsh = 24.3% |



APC001403
Confidential Treatment Requested Under FOIA

# Lower Wilcox Sand C-D

**Lower Wilcox C**
Net Res = 42.09ft TVD
Avg Phi = 17.8%
Avg Sw = 84.0%
Avg Vsh = 19.6%

**Lower Wilcox D**
Net Res = 140.95ft TVD
Avg Phi = 18.7%
Avg Sw = 90.5%
Avg Vsh = 20.9%



ANADARKO PETROLEUM CORPORATION 27

APC001404
Confidential Treatment Requested Under FOIA

# Lower Wilcox Sand E

**Lower Wilcox E**

**Net Res = 157.18ft TVD**

**Avg Phi = 17.2%**

**Avg Sw = 78.8%**

**Avg Vsh = 23.5%**



ANADARKO PETROLEUM CORPORATION

APC001405
Confidential Treatment Requested Under FOIA

# Phit comparison between Shen. 2 and 3





**Upper Wilcox 2 & 3**

**~ 2% porosity reduction between Shen. 2 and Shen. 3.**

**Awaiting RCA confirmation.**

| Curve | Well | Zone | Top | Bottom | Min | Max | Std Dev | Mean | Mode | P10 | P50 | P90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHIT | WR52-Shenandoah 3-( Upper Wilcox 2 | 31000 FT | 31287.5 FT | 0.17755 | 0.234 | 0.012615 | 0.20963 | 0.215 | 0.19201 | 0.21124 | 0.22669 |
| PHIT | WR52-Shenandoah 3-( Upper Wilcox 3 | 31287.5 FT | 31637.5 FT | 0.13316 | 0.29559 | 0.02107 | 0.21269 | 0.215 | 0.192 | 0.21197 | 0.23043 |
| PHIT | WR51-Shenandoah 2-( Upper Wilcox 2 | 29251 FT | 29500 FT | 0.17434 | 0.26661 | 0.020189 | 0.23018 | 0.235 | 0.20153 | 0.23402 | 0.25322 |
| PHIT | WR51-Shenandoah 2-( Upper Wilcox 3 | 29500 FT | 29987 FT | 0.16479 | 0.27773 | 0.025516 | 0.23187 | 0.245 | 0.19426 | 0.23497 | 0.26271 |
| All Zones | | | | | 0.13316 | 0.29559 | 0.02318 | 0.22066 | 0.215 | 0.19278 | 0.21719 | 0.25338 |

APC001406
Confidential Treatment Requested Under FOIA

# Phit comparison between Shen. 2 and 3



**Lower Wilcox A-E**

**~ 1% porosity reduction between Shen. 2 and Shen. 3.**

**Awaiting RCA confirmation.**



| Curve | Well | Zone | Top | Bottom | Min | Max | Std Dev | Mean | Mode | P10 | P50 | P90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox A | 31673 FT | 31982.5 FT | 0.15151 | 0.2547 | 0.020102 | 0.20958 | 0.205 | 0.1826 | 0.20984 | 0.23463 |
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox B | 31982.5 FT | 32352.5 FT | 0.15883 | 0.24579 | 0.020406 | 0.21662 | 0.235 | 0.19029 | 0.21847 | 0.24048 |
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox C | 32352.5 FT | 32540 FT | 0.14593 | 0.24307 | 0.021781 | 0.20302 | 0.205 | 0.17316 | 0.20213 | 0.23748 |
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox D | 32540 FT | 32885.5 FT | 0.16185 | 0.24749 | 0.014126 | 0.21426 | 0.215 | 0.19603 | 0.21511 | 0.2299 |
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox E | 32885.5 FT | 33128.5 FT | 0.163 | 0.23031 | 0.0099354 | 0.20276 | 0.205 | 0.19039 | 0.20349 | 0.21465 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox A | 29987 FT | 30213 FT | 0.15301 | 0.27476 | 0.020067 | 0.23924 | 0.245 | 0.2145 | 0.24208 | 0.26196 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox B | 30213 FT | 30569 FT | 0.17087 | 0.26145 | 0.019176 | 0.23188 | 0.235 | 0.20651 | 0.23552 | 0.25242 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox C | 30569 FT | 30816 FT | 0.13105 | 0.24782 | 0.021455 | 0.20992 | 0.215 | 0.17988 | 0.21262 | 0.23817 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox D | 30816 FT | 30985 FT | 0.16943 | 0.22621 | 0.011558 | 0.18957 | 0.185 | 0.17787 | 0.18837 | 0.20374 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox E | 30985 FT | 31138.5 FT | 0.15006 | 0.25415 | 0.022371 | 0.21071 | 0.225 | 0.18136 | 0.21128 | 0.23726 |
| All Zones | | | | | 0.13105 | 0.27476 | 0.022346 | 0.21519 | 0.205 | 0.18656 | 0.21412 | 0.24414 |

ANADARKO PETROLEUM CORPORATION    30

APC001407
Confidential Treatment Requested Under FOIA

# Phit comparison between Shen. 2 and 3



**Shen. 3**

**Shen. 2**



| Curve | Well | Zone | Top | Bottom | Min | Max | Std Dev | Mean | Mode | P10 | P50 | P90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHIT | WR52-Shenandoah 3-( | Lower Wilcox D | 32540 FT | 32885.5 FT | 0.16185 | 0.24749 | 0.014126 | 0.21426 | 0.215 | 0.19603 | 0.21511 | 0.2299 |
| PHIT | WR51-Shenandoah 2-( | Lower Wilcox D | 30816 FT | 30985 FT | 0.16943 | 0.22621 | 0.011558 | 0.18957 | 0.185 | 0.17787 | 0.18837 | 0.20374 |
| All Zones | | | | | 0.16185 | 0.24749 | 0.016794 | 0.20946 | 0.215 | 0.18488 | 0.2108 | 0.22907 |

## Lower Wilcox D

~ 2% porosity increase between Shen. 2 and Shen. 3.

   Better sand facies in D in Shen. 3 vs Shen. 2.

Awaiting RCA confirmation.

APC001408
Confidential Treatment Requested Under FOIA

# Perm comparison between Shen. 2 and 3

ANADARKO
EXPLORATION





## ▪ Lower Perm in Shen 3 vs Shen 2.
- Awaiting RCA confirmation.

APC001409
Confidential Treatment Requested Under FOIA

# Permeability index UW 2-3





- **UW 2 appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

APC001410
Confidential Treatment Requested Under FOIA

# Permeability index UW 2





- **UW 2 appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

APC001411
Confidential Treatment Requested Under FOIA

# Permeability index UW 3





- **UW 3 appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

ANADARKO PETROLEUM CORPORATION

35

APC001412
Confidential Treatment Requested Under FOIA

# Permeability index LW A





- **LW A appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

APC001413
Confidential Treatment Requested Under FOIA

# Permeability index LW B



ANADARKO
EXPLORATION



- **LW B appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

APC001414
Confidential Treatment Requested Under FOIA

# Permeability index LW C





- **LW C appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

ANADARKO PETROLEUM CORPORATION                                                      38

APC001415
Confidential Treatment Requested Under FOIA

# Permeability index LW A-E





- **LW A-E appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

APC001416
Confidential Treatment Requested Under FOIA

# Permeability index LW D



ANADARKO
EXPLORATION



- **LW D appears to be higher Perm. in Shen 3 vs Shen 2.**

- **Better sand facies in D in Shen. 3 vs Shen. 2.**

  - Awaiting RCA confirmation.

APC001417
Confidential Treatment Requested Under FOIA

# Permeability index LW E





- **LW E appears to be lower Perm. in Shen 3 vs Shen 2.**
  - Awaiting RCA confirmation.

ANADARKO PETROLEUM CORPORATION

41

APC001418
Confidential Treatment Requested Under FOIA

# Thomas Stiber distribution of shale


ANADARKO
EXPLORATION

Implies a distribution of dispersed shale of 0 - ~ 10% in Wilcox.

ANADARKO PETROLEUM CORPORATION    42

APC001419
Confidential Treatment Requested Under FOIA

# Walker Ridge 52 002 - OCS G25232 Shenandoah Rotary Sidewall Cores



- **Inventory** – In progress

- **Photography (WL – UV) – Core quality** – In progress

- **CT Scanning – Core quality** – In progress

- **TS/XRD/SEM** - Pending

- **LPSA** - Pending

- **Routine Analysis (Porosity/Permeability/Saturations)** - Pending

- **Additional Analysis (MICP/EP) – Pending on whole core recovery.**

ANADARKO PETROLEUM CORPORATION

APC001420
**Confidential Treatment Requested Under FOIA**



# Shenandoah Porosity & Permeability Trends
### - Jake Ramsey -

ANADARKO PETROLEUM CORPORATION

44

APC001421
Confidential Treatment Requested Under FOIA

# Upper + Lower Wilcox Porosity vs Depth BML







APC001422
Confidential Treatment Requested Under FOIA

# U + L Wilcox Permeability vs Depth BML



APC001423
Confidential Treatment Requested Under FOIA



# WR 52 #2 Pressure Gradient Analysis & Projected Oil-Water Contacts
## - Chris Camden -

ANADARKO PETROLEUM CORPORATION                                                    47

APC001424
Confidential Treatment Requested Under FOIA

# MDT Operations Summary – Nov 12-14, 2014



ANADARKO
EXPLORATION

## Pressure Program – 84 stations attempted

*UW 2 & 3: 37 pre-tests attempted with 30 valid pressures*

*LW A: 11 pre-tests attempted with 9 valid pressures*

*LW B: 8 Pre-tests attempted with 5 valid pressures*

*LW C: 6 pre-tests attempted with 6 valid pressures*

*LW D: 9 pre-tests attempted with 7 valid pressures*

*LW E: 13 pre-tests attempted with 12 valid pressures*

## Sampling Program – 6 stations sampled

*UW 2 (30,109.28' MD): IFA indicated water. Sample bottles failed to open*

*UW 2 (31,019.30' MD): IFA indicated water. Filled 2 SPMC's and 1 MPSR*

*UW 2 (31,090.10' MD): IFA indicated water. Filled 1 SPMC and 1 MPSR*

*UW 3 (31,468'.79 MD): IFA indicated water. Filled 2 SPMC's*

*LW A (31,793.61' MD): IFA indicated water. Filled 2 MPSR's*

*LW B (32,060.79' MD): IFA indicated water. Filled 2 SPMC's*

*LW D (32,637.07' MD): IFA indicated water. Filled 1 SPMC and 1 MPSR*

*LW E (32,903.59' MD): IFA indicated water. Telemetry failed while attempting to open bottle. No samples.*

ANADARKO PETROLEUM CORPORATION

48

APC001425
Confidential Treatment Requested Under FOIA



APC001426
Confidential Treatment Requested Under FOIA



APC001427
Confidential Treatment Requested Under FOIA

# Shenandoah Subsalt 3-Way Closure Base Map





- Shen #1 (WR52 #1 Discovery) to Shen #2 (WR51 #2 Appraisal) = ~6550 ft laterally
- Shen #1 (WR52 #1 Discovery) to Shen #3 (WR52 #2 Appraisal) = ~8000 ft laterally
- Shen #2 (WR51 #2 Appraisal) to Shen #3 (WR52 #2 Appraisal) = ~12,400' laterally
- Structural difference of Shen #2 & Shen #3 = 1370 ft to 1520 ft

51

APC001428
Confidential Treatment Requested Under FOIA

# Upper Wilcox 2 – Cross Section Base Map







APC001429
Confidential Treatment Requested Under FOIA



APC001430
Confidential Treatment Requested Under FOIA

# Lower Wilcox A (CI 250')







APC001431
Confidential Treatment Requested Under FOIA

# Seismic Line along Cross Section Showing Expansion



WR 52 #2 Appraisal 2       WR 51 #2 Appraisal 1   WR 52 #1 Discovery

Salt used in the depth migration

Salt seen in discovery well

Oligocene Marl

Eocene Marl

Upper Wilcox Shale

Upper Wilcox 2-3
Lower Wilcox AB

Lower Wilcox CDE

Salt stock predicted from the Full Tensor Gravity inversion

APC001432
Confidential Treatment Requested Under FOIA



APC001433
Confidential Treatment Requested Under FOIA

# Shenandoah WR 52#1BP2 to WR 52#2– Model 2



WR 52 #1 Discovery

WR 52 #2 Appraisal 2

Salt used in the depth migration

Salt stock predicted from the Full Tensor Gravity inversion

APC001434
Confidential Treatment Requested Under FOIA

# Shenandoah WR 52#1BP2 to WR 52#2– Model 2





WR 52 #1 Discovery　　　　　　　　　　　　　　　　　　　　　　WR 52 #2 Appraisal 2

APC001435
Confidential Treatment Requested Under FOIA

# Shenandoah WR 52#1BP2 to WR 52#2– Interim



APC001436
Confidential Treatment Requested Under FOIA

# Shenandoah WR 51#2 to WR 52#2– Model 2





APC001437
Confidential Treatment Requested Under FOIA

# Shenandoah WR 51#2 to WR 52#2– Model 2





APC001438
Confidential Treatment Requested Under FOIA