

# Full Tensor Gravity (FTG) Inversion for Salt Stocks

# Flat Irons Geophysics

ANADARKO PETROLEUM CORPORATION

62

APC001439
Confidential Treatment Requested Under FOIA

# Upper Wilcox 2 (CI 250')



APC001440
Confidential Treatment Requested Under FOIA

# North/South line west of WR 51#3 (Shen 4)





APC001441
Confidential Treatment Requested Under FOIA

# North/South line west of WR 51#3 (Shen 4)



APC001442
Confidential Treatment Requested Under FOIA

# North/South line through WR 51#3 (Shen 4)



APC001443
Confidential Treatment Requested Under FOIA

# North/South line through WR 51#3 (Shen 4)



ANADARKO
EXPLORATION

APC001444
Confidential Treatment Requested Under FOIA

# North/South line through WR 51#2 (Shen 2)



# North/South line through WR 51#2 (Shen 2)



# North/South line through WR 52#1BP2 (Shen 1)



APC001447
Confidential Treatment Requested Under FOIA

# North/South line through WR 52#1BP2 (Shen 1)



APC001448
Confidential Treatment Requested Under FOIA



# Post WR 52 #2 Updated Wilcox Structure Maps
## - Beth Kendall -

ANADARKO PETROLEUM CORPORATION

72

APC001449
Confidential Treatment Requested Under FOIA

# Upper Wilcox 2 (CI 250')





**Shen 4 is 3789' northwest of Shen 2 and 879' updip**

**Shen 3 is 12400' east of Shen 2 and 1518' downdip**

APC001450
Confidential Treatment Requested Under FOIA

# Upper Wilcox 3 (CI 250')





**Shen 4 is 3930' northwest of Shen 2 and 886' updip**

**Shen 3 is 12400' east of Shen 2 and 1508' downdip**

ANADARKO PETROLEUM CORPORATION

APC001451
Confidential Treatment Requested Under FOIA

# Lower Wilcox A (CI 250')





**Shen 4 is 4129' northwest of Shen 2 and 1062' updip**

**Shen 3 is 12400' east of Shen 2 and 1395' downdip**

APC001452
Confidential Treatment Requested Under FOIA

# Lower Wilcox B (CI 250')





**Shen 4 is 4188' northwest of Shen 2 and 991' updip**

**Shen 3 is 12400' east of Shen 2 and 1414' downdip**

# Lower Wilcox C (CI 250')





**Shen 4 is 4310' northwest of Shen 2 and 1065' updip**

**Shen 3 is 12400' east of Shen 2 and 1426' downdip**

ANADARKO PETROLEUM CORPORATION

APC001454
Confidential Treatment Requested Under FOIA

# Lower Wilcox D (CI 250')





**Shen 4 is 4500' northwest of Shen 2 and 983' updip**

**Shen 3 is 12400' east of Shen 2 and 1370' downdip**

ANADARKO PETROLEUM CORPORATION

APC001455
Confidential Treatment Requested Under FOIA

# Lower Wilcox E (CI 250')





**Shen 4 is 4580' northwest of Shen 2 and 869' updip**

**Shen 3 is 12400' east of Shen 2 and 1497' downdip**



# Shenandoah 4: Objectives of 2015 Appraisal Well
## - Tim Trautman -

APC001457
Confidential Treatment Requested Under FOIA

# Shenandoah 4: Exploration Appraisal Objectives



**ANADARKO EXPLORATION**

- **Prove-Up Significant Hydrocarbon Rock Volume West of Shenandoah 2**

  *Based on APC mapping 45% of closure area (1,750 out of 3,875 acres) lies to the west of Shenandoah 2*

  *Shenandoah 4 is positioned to test the area of greatest "volumetric uncertainty"*

- **Obtain Information for Commercial Planning**

  *Further constrain discovery resource range*

  *Prove-up a minimal commercial field size*

  *A step closer to getting "off the clock"*

  *Well results will assist in defining an optimal location for Shenandoah 5 (a possible take-point well)*

- **Acquire Conventional Core**

  *Currently lacking whole core from oil-saturated reservoirs*

- **Provide Utility for Geological Sidetracking**

  *Establish Oil / Water Contacts*

  *Deviate away from any Stratigraphic or Lithologic "Surprises" if they Occur*

APC001458
Confidential Treatment Requested Under FOIA

# Shenandoah 4: Exploration Appraisal Objectives



ANADARKO EXPLORATION

- **Continue to Assess Lateral Continuity of Reservoir Sands**
  *Stratigraphic correlation between wells in basin indicate widespread sand deposition*

- **Evaluate Lateral Changes in the TST Thickness of Correlative Sand Bodies**
  *Some minor thickness variations noted between Shenandoah 2 & 3 due to "sand body compensation"*

- **Assist in "Ruling Out" any Significant Reservoir Compartmentalization**
  *Do any "sealing" faults exist between the Shenandoah 2 discovery & the Shenandoah 4 location?*

- **Gather Additional Petrophysical & Fluid Information**
  *Are there lateral variations in reservoir properties?*

ANADARKO PETROLEUM CORPORATION                                82

APC001459
Confidential Treatment Requested Under FOIA

# Upper Wilcox 2 (CI 250')





## Shenandoah Well Surface Location Hazards:

1.) Must be 2000' from potential fluid expulsion zones on the seafloor. >>>NE corner of WR 52

2.) Must be 500' from shallow surface faults. >>> red faults on map

3.) For now: no wells west of a prominent shallow salt overhang

4.) Avoid as many inclusions in the salt as possible, and identify potential inclusions.

APC001460
Confidential Treatment Requested Under FOIA



# Shenandoah Shallow Hazard Overview

Confidential Treatment Requested Under FOIA




# Shenandoah Appraisal #3

Upper Wilcox 2 (CI 250')

## Shenandoah WR 51 Appraisal #3:

1.) Western Lateral Stratigraphic Confirmation.
2.) 180-day clock unit operations.

APC001462
Confidential Treatment Requested Under FOIA

# Upper Wilcox 2 (CI 250')





**Prove-Up Significant Hydrocarbon Rock Volume West of Shenandoah 2**

**Confirmation of 1000' WR 51#2 appraisal well**

Continue to Assess Lateral Continuity of Reservoir Sands

Acquire Conventional Core & Fluid Information

Gain More Information to Evaluate Field Size (Resource Range)

ANADARKO PETROLEUM CORPORATION

APC001463
Confidential Treatment Requested Under FOIA

# WR 51 "G" to WR 51 #2 –Salt Inclusions– Model 2



APC001464
Confidential Treatment Requested Under FOIA

# WR 51 "G" to WR 51 #2 –Salt Inclusions– Model 2



Shenandoah WR 51 "G" location (west)　　　　　　WR 51 #2 Appraisal 1

Inclusion 3– low pressure, mud losses at the 1&2 mud weight

Inclusion 1 and 2 – high pressure need to raise mud weight

Oligocene
Eocene
Upper Wilcox
Upper Wilcox 2
Lower Wilcox
Cretaceous

Upper Wilcox 2
CI 250'

APC001465
Confidential Treatment Requested Under FOIA

# Trace 32597 – West Shenandoah – Model 2
3000' SW of the WR 51 "G" location



APC001466
Confidential Treatment Requested Under FOIA

# Trace 32597 – West Shenandoah – Model 2

3000' SW of the WR 51 "G" location

APC001467
Confidential Treatment Requested Under FOIA

# Trace 32677 - WR 51 "G"– Model 2
## 1400' SW of the WR 51 "G" location



APC001468
Confidential Treatment Requested Under FOIA

# Trace 32677 - WR 51 "G"– Model 2
### 1400' SW of the WR 51 "G" location



APC001469
Confidential Treatment Requested Under FOIA

# Trace 32677 - WR 51 "G"– Interim

**Shenandoah WR 51 "G" location (west)**





APC001470
**Confidential Treatment Requested Under FOIA**

# Trace 32717 - WR 51 "G"– Model 2
Through the TD of the WR 51 "G" location
Shenandoah WR 51 "G" location (west)





APC001471
Confidential Treatment Requested Under FOIA

# Trace 32717 - WR 51 "G"– Model 2

**Shenandoah WR 51 "G" location (west)**



ANADARKO
EXPLORATION

APC001472
Confidential Treatment Requested Under FOIA

# Trace 32717 - WR 51 "G"– Interim

**Shenandoah WR 51 "G" location (west)**



# Trace 32717 - WR 51 "G"– Proprietary RTM

**Shenandoah WR 51 "G" location (west)**



APC001474
Confidential Treatment Requested Under FOIA

# Shenandoah WR 51 "G" to WR 51 "E" – Model 2



**Shenandoah WR 51 "G" location (west)**　　　　　　　　　　　**Shenandoah WR 51 "E" location**

APC001475
Confidential Treatment Requested Under FOIA

# Shenandoah WR 51 "G" to WR 51 "E"– Model 2



**Shenandoah WR 51 "G" location (west)**

**Shenandoah WR 51 "E" location**

# Shenandoah WR 51 "G" to WR 51 "E"– Model 2



**Shenandoah WR 51 "G" location (west)**                    **Shenandoah WR 51 "E" location**

# Shenandoah 2 to Shenandoah 3 – Model 2





# Shenandoah 2 to Shenandoah 3 – Model 4 (Interim)

**Shenandoah 2**                                   **Shenandoah 3**



# Shenandoah 2 to Shenandoah 3 – Model 2



**Shenandoah 2**      **Shenandoah 3**

APC001480
Confidential Treatment Requested Under FOIA

# Sidetrack Options
## Upper Wilcox 2 (CI 250')





**Shen 4ST is 3000' southwest of Shen 2 and 370' downdip and 948' above projected OWC.**

ANADARKO PETROLEUM CORPORATION

# Trace 32717 - WR 51 "G"– Model 2
Through the TD of the WR 51 "G" location

Shenandoah WR 51 "G" location (west)



# Trace 32717 - WR 51 "G"– Model 2



Shenandoah WR 51 "G" location (west)

# Sidetrack Options
Upper Wilcox 2 (CI 250')





**Shen 4 is 3789' northwest of Shen 2 and 879' updip**

**Shen 4ST is 3000' southwest of Shen 2 and 370' downdip and 948' above projected OWC.**

ANADARKO PETROLEUM CORPORATION

APC001484
Confidential Treatment Requested Under FOIA

# Sidetrack Options

Upper Wilcox 3 (CI 250')





**Shen 4 is 3930' northwest of Shen 2 and 886' updip**

**Shen 4ST is 3000' southwest of Shen 2 and 784' downdip and 461' above projected OWC.**

APC001485
Confidential Treatment Requested Under FOIA

# Sidetrack Options
## Lower Wilcox A (CI 250')





**Shen 4 is 4129' northwest of Shen 2 and 1062' updip**

**Shen 4ST is 3300' southwest of Shen 2 and 1211' downdip confirming the OWC and 430' below projected OWC. All other penetrations are also below their projected OWCs.**

ANADARKO PETROLEUM CORPORATION

APC001486
Confidential Treatment Requested Under FOIA



ANADARKO
EXPLORATION

# Well Design Planning for Shenandoah 4
## - Chris Krszjzaniek & Bridget O'FarrellVillareal -

ANADARKO PETROLEUM CORPORATION                                    110

APC001487
Confidential Treatment Requested Under FOIA

# Preliminary Wellbore Design

## Shenandoah Prospect IV, Appraisal III

| WELL: | Walker Ridge 51 #3 |
| EP SL: | Location G |
| DIRECTIONAL: | Build & Hold |
| OCS-G: | 31938 #3 |

| | NORTHING | EASTING |
|---|---|---|
| SL: | 9,767,100 | 2,099,987 |
| BHL: | 9,768,190.54 | 2,098,388.19 |







APC001488
Confidential Treatment Requested Under FOIA

# Regulatory Status & Work Plan



ANADARKO
EXPLORATION

- **Received final Site Clearance Letters for WR 51, Location E, F, and G on 10/17/14**

- **Supplemental Exploration Plan (EP) in progress for WR, Location E, F, and G.**
  - The Supplemental EP should NOT have to go to the states.

- **Environmental Impact Assessment (EIA) in progress for Location E, F, and G. Anticipate completion by 12/19/14, if consultant has final worst case discharge (WCD) and blowout scenario prior to the date.**

- **Drilling is finalizing wellbore designs for locations E & F, which will then be processed for WCD volumes pertaining to NTL 2010-N06. Volumes WILL exceed the previously approved 80,000 bopd for the block.**

- **Pending wellbore design progress for E & F, the goal is to submit the Supplemental EP by 12/31/14 or sooner. If not, then will be filed early 1/15.**

- **The Regional Oil Spill Response Plan (OSRP) WCD will most likely have to be updated after the WR 51 volumes are finalized. This would be worked in conjunction with the EP review. The OSRP update would need to be approved prior to obtaining the Application for Permit to Drill (APD) approval.**
  - The current Regional OSRP volume is 410,000 bopd for another block.

APC001489
Confidential Treatment Requested Under FOIA



# Land Update

## - Jeff Pachman -

ANADARKO PETROLEUM CORPORATION 113

APC001490
Confidential Treatment Requested Under FOIA

# Exploration UNIT Status & AFE Timing





- **Release Ocean Blackhawk after By-Pass Core**

- **AFE Submittal in January for Shenandoah 4 – WR51 #3**

- **SPUD Shenandoah 4 – WR 51 #3 – in April 2015**

APC001491
Confidential Treatment Requested Under FOIA



New Imaging Technology
for 3D VSPs w. VSPRS

December 10, 2014

APC001492
Confidential Treatment Requested Under FOIA

 

## New 3D VSP Imaging funded by DeepStar

* The Geoscience Committee of the DeepStar Consortium is soliciting proposals to support improved VSP acquisition and imaging.

* Anadarko is a member of DeepStar, and with the approval of the Shenandoah Partners, would like to provide a suitably disguised version of the Shenandoah 3D VSP to support an experimental processing project together with a appropriately disguised local PreSDM velocity model.

* DeepStar, subject to member approval, would fund application of Panorama Technologies' VSPRS imaging to this dataset

APC001493
Confidential Treatment Requested Under FOIA

## 3D VSP Imaging with Panorama VSPRS



- Traditional processing of vertical seismic profiles (VSPs) begins with the separation of recorded data into upward and downward components.

- Each such component is then processed independently.

- The final subsurface VSP image is usually a straightforward combination of the results of these two processing sequences.

- Panorama's VSPRS images every component within the VSP wavefield simultaneously in a single step.

- Wavefield separation into up- and down-going components is not required

APC001494
Confidential Treatment Requested Under FOIA

 **3D VSP Imaging with Panorama VSPRS**

- With VSPRS the imaging process achieves a more complete separation of the wavefields into directional components, and handles correlations between any two components of "source" and "receiver" wavefields.

- VSPRS is an RTM-style process in which correlations between two forward modeled wavefields are made to yield imaged trace output.

- Depending on the available information (shear velocity, 3C input, etc.), shear waves can also be handled internally by the algorithm without need to separate them from P - that separation can also be problematic.

APC001495
Confidential Treatment Requested Under FOIA

 

## 3D VSP Imaging with Panorama VSPRS

- VSPRS includes the ability to pick first breaks and produce a vertical velocity profile, but a better approach is to begin the processing step using an existing PDSM velocity field as the initial velocity model.

- This usually produces an initial result that is much more consistent with existing surface-related images which is why provision of a local portion of the Shenandoah PreSDM velocity model is being requested.

APC001496
Confidential Treatment Requested Under FOIA



APC001497
Confidential Treatment Requested Under FOIA



# Partner Feedback
## - Cobalt, Conoco, Marathon, Venari -

ANADARKO PETROLEUM CORPORATION                                                              121

APC001498
Confidential Treatment Requested Under FOIA



The END

ANADARKO PETROLEUM CORPORATION

122

APC001499
Confidential Treatment Requested Under FOIA



# Back-Up Slides



ANADARKO PETROLEUM CORPORATION 123

APC001500
Confidential Treatment Requested Under FOIA



# WR 52 #2 Fracture Observations

ANADARKO PETROLEUM CORPORATION

124

APC001501
Confidential Treatment Requested Under FOIA

# NGI Observed DEFORMATION Observations



ANADARKO PETROLEUM CORPORATION                                        125

APC001502
Confidential Treatment Requested Under FOIA



APC001503
Confidential Treatment Requested Under FOIA

# A. Large natural parallel to borehole
## Striking ~N-S



APC001504
Confidential Treatment Requested Under FOIA

# C. Natural Cross-cutting
## Striking ~E-W



APC001505
Confidential Treatment Requested Under FOIA

# D. Drilling Induced

## Striking ~N-S



APC001506
Confidential Treatment Requested Under FOIA

# G.  Borehole Damage



APC001507
Confidential Treatment Requested Under FOIA

# EP Submittal Plan





APC001508
Confidential Treatment Requested Under FOIA

# Shenandoah WR 52 #2 Appraisal Well

ANADARKO
EXPLORATION

## Drill Down-Dip Appraisal to the Shenandoah Appraisal #1 well (1001 ft MD Oil Pay)

- APC=30%, COP=30%, Cobalt=20%, Marathon=10%, Venari=10%
- ✂ Well Spud on May 29th, 2014 on the Diamond BlackHawk

## Three Primary Objectives (July 2013, Feb 2014)

- Lateral Stratigraphic Confirmation of Upper & Lower Wilcox Sand Systems
- Drill Structurally Down-Dip of Shenandoah Appraisal #1 (1001 ft MD pay) to extend oil column / determine contacts.
- Perpetuate UNIT lease.



APC001509
Confidential Treatment Requested Under FOIA

# Shenandoah WR 52 #2 Appraisal Well

## Drill Down-Dip Appraisal to the Shenandoah Appraisal #1 well (1001 ft MD Oil Pay)

- APC=30%, COP=30%, Cobalt=20%, Marathon=10%, Venari=10%
- Well Spud on May 29th, 2014 on the Diamond BlackHawk

## Three Primary Objectives

- Lateral Stratigraphic Confirmation of Upper & Lower Wilcox Sand Systems
- Drill Structurally Down-Dip of Shenandoah Appraisal #1 (1001 ft MD pay) to extend oil column / determine contacts.
- Perpetuate UNIT lease.



ANADARKO PETROLEUM CORPORATION

APC001510
Confidential Treatment Requested Under FOIA