# Exhibit 71



# 2015 Anadarko Investor Conference Call

NYSE: APC | www.anadarko.com

**INVESTOR RELATIONS**

**John Colglazier**
Senior Vice President
832/636-2306

**Robin Fielder**
Director
832/636-1462

**Jeremy Smith**
Director
832/636-1544

WATTENBERG FIELD, COLORADO

# Preserving Value & Positioning for the Future

John Colglazier

March 3, 2015

ANADARKO PETROLEUM CORPORATION

APC-01753643

# Agenda



NYSE: APC | www.anadarko.com

| | Presenter | Title |
|---|---|---|
| **Strategic Overview** | Al Walker | Chairman, President and CEO |
| **Financial Discipline** | Bob Gwin | EVP, Finance and CFO |
| **U.S. Onshore** | Chuck Meloy | EVP, U.S. Onshore Exploration and Production |
| **International & Deepwater Operations** | Jim Kleckner | EVP, International and Deepwater Operations |
| **International & Deepwater Exploration** | Bob Daniels | EVP, International and Deepwater Exploration |
| **Closing Remarks** | Al Walker | Chairman, President and CEO |
| **Q&A** | All | |

ANADARKO PETROLEUM CORPORATION

2

APC-01753644

## Cautionary Language



NYSE: APC | www.anadarko.com

# Regarding Forward-Looking Statements and Other Matters

*This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results, or other expectations expressed in this presentation, including Anadarko's ability to meet financial and operating guidance, achieve its production targets, successfully manage its capital expenditures, consummate the transaction described in this presentation, timely complete and commercially operate the projects and drilling prospects identified in this presentation, achieve production and budget expectations on its mega projects, and successfully plan, secure necessary government approvals, finance, build, and operate the necessary infrastructure and LNG park. See "Risk Factors" in the company's 2014 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

*Please also see our website at www.anadarko.com under "Investor Relations" for reconciliations of the differences between any non-GAAP measure used in this presentation, the appendix slides or the most directly comparable GAAP financial measures. Also on our website at <u>www.anadarko.com</u> is a glossary of terms.*

*Cautionary Note to Investors - The U.S. Securities and Exchange Commission (SEC) permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves that meet the SEC's definitions for such terms. We may use terms in this presentation, such as "resources," "net resources," "net discovered resources," "gross resource," "estimated recoverable resources," "discovered resource opportunity," "relative net resources," "net resource potential," and similar terms that the SEC's guidelines strictly prohibit us from including in filings with the SEC. U.S. Investors are urged to consider closely the oil and gas disclosures in our Form 10-K for the year ended December 31, 2014, File No. 001-08968, available from us at www.anadarko.com or by writing us at: Anadarko Petroleum Corporation, 1201 Lake Robbins Drive, The Woodlands, Texas 77380 Attn: Investor Relations. You can also obtain this form from the SEC by calling 1-800-SEC-0330.*

APC-01753645



NYSE: APC | www.anadarko.com

INVESTOR RELATIONS

John Colglazier
Senior Vice President
832/636-2306

Robin Fielder
Director
832/636-1462

Jeremy Smith
Director
832/636-1544

LUCIUS SPAR, GULF OF MEXICO

# Preserving Value & Positioning for the Future

Al Walker

ANADARKO PETROLEUM CORPORATION

APC-01753646

# Differentiating Performance

NYSE: APC | www.anadarko.com

▸ **Proven Successful Track Record**

▸ **Deep and Balanced Portfolio**

▸ **Best-in-Class Capital Allocation**

▸ **Distinct Competitive Advantages**

▸ **Active Portfolio Management**



ANADARKO PETROLEUM CORPORATION

5

APC-01753647

# Differentiating 5-Year Track Record



NYSE: APC | www.anadarko.com

| 8+% | Divestiture-Adjusted Sales-Volume Growth | $4.5+ Billion | Adjusted Free Cash Flow |
| 160+% | Reserve Replacement | ~$15/BOE | F&D |
| ~65% | Deepwater Exploration/Appraisal Success | ~4 BBOE | Net Discovered Resources |

~$12.5 Billion Asset Monetizations

ANADARKO PETROLEUM CORPORATION

*Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures*

6

APC-01753648

# Differentiating Depth & Quality

NYSE: APC | www.anadarko.com

▸ **Top-Tier U.S. Onshore Activation Costs: ~$35,000 per Flowing Barrel**

▸ **Visible Pipeline of High-Impact Mega Projects**

▸ **Exploration Optionality**



Advantaged Maintenance Capital* Provides Portfolio Flexibility



8+ BBOE Lower-Risk Resources Provide Predictability

* Maintenance capital is defined as capital investments necessary to keep current-year sales volumes flat to previous year

ANADARKO PETROLEUM CORPORATION

7

APC-01753649

# Differentiating Capital-Allocation Approach



NYSE: APC | www.anadarko.com

▸ **Align Capital Investments with Anticipated Cash Inflows**

▸ **Maintain Flexibility with Short-Cycle U.S. Onshore Opportunities**

▸ **Leverage Midstream Advantage**

▸ **Advance Mid-Cycle Mega Projects**

▸ **Continue to Invest in Long-Cycle Exploration**



| Short Cash Cycle | Mid Cash Cycle | Long Cash Cycle |
| --- | --- | --- |
| <1 Year | 1 - 3 Years | 3+ Years |

ANADARKO PETROLEUM CORPORATION

8

APC-01753650

# Differentiating Advantages


NYSE: APC | www.anadarko.com

| | |
|---|---|
| World-Class Exploration | Provides Portfolio Option Value |
| Industry-Leading Project Management | Enhances Project Value |
| Integrated Midstream Approach | Maximizes Upstream Value |
| Extensive Minerals-Interest Ownership | Drives Value & Efficiencies |
| Active Portfolio Management | Accelerates Cash Cycle & Value |

ANADARKO PETROLEUM CORPORATION

9

APC-01753651

# Differentiating Portfolio Management



NYSE: APC | www.anadarko.com

▸ **Ongoing Commitment to Accelerate Value and Reduce Portfolio Complexity**

▸ **~$12.5 Billion in Monetizations 2010 - 2014**
  - ~$6 Billion Divestitures
  - $5+ Billion Carried-Interest Agreements
  - $1+ Billion Exploration Farm-Downs

▸ **$3+ Billion Inflows from WES and WGP to Date**

▸ **$700+ Million Divestiture Already in 2015**



*Does not include WES/WGP transactions*

ANADARKO PETROLEUM CORPORATION

10

APC-01753652

# Preserving Value & Positioning for the Future

NYSE: APC | www.anadarko.com

▸ **Maintain Portfolio Flexibility to Accelerate as Returns Improve**

▸ **Focus on Driving Efficiencies and Cost Savings**

▸ **Exercise Financial Discipline**

▸ **Continue to be an Active Portfolio Manager**



LUCIUS SPAR, GULF OF MEXICO

ANADARKO PETROLEUM CORPORATION

11

APC-01753653

# 2015 Initial Expectations


NYSE: APC | www.anadarko.com

| | 2015 Expectations | |
|---|---|---|
| **Sales Volumes (MMBOE)\*\*** | **295 - 301** | ▸ **~5% YOY Oil Sales-Volume Growth** |
| **Capital (Billions)[1]** | **$5.4 - $5.8** | ▸ **Minimal Incremental Cost Savings Assumed** |
| **Reserve Replacement[2]** | **100+%** | ▸ **40% U.S. Onshore Rig Count Reduction** |
| **F&D ($/BOE)[2]** | **~$20** | ▸ **~125 Deferred U.S. Onshore Well Completions** |

[1]*Does not include WES capital investments*
[2]*Does not include potential Mozambique reserve adds*



**Preserving Value over Near-Term Growth**

Sales Volumes MMBOE

| | 2014 Divestiture Adjusted\* | 2015E\*\* | Ethane Rejection Assumption | Anticipated Completion Deferrals | 2015 Budget Productive Capacity\*\* |
|---|---|---|---|---|---|
| | 301 (275,000 Daily Oil Sales) | 295 - 301 (~289,000 Daily Oil Sales) | 9 | 4 | 308 - 314 |

*\* See 2014 divestiture-adjusted table attached to 3/3/2015 capital and guidance release*
*\*\* Net of anticipated weather and facility downtime*

ANADARKO PETROLEUM CORPORATION

12

APC-01753654

# Flexible Capital Allocation Preserves Value



NYSE: APC | www.anadarko.com

## 2015 Capital Expectations: $5.4 - $5.8 Billion*

Corporate ~3%

| Short Cash Cycle ~55% | Mid Cash Cycle ~30% | Long Cash Cycle ~12% |
|---|---|---|
| **<1 Year** | **1 - 3 Years** | **3+ Years** |
| ▸ Wattenberg Generates 30+% BTAX ROR at Strip Prices | ▸ Build Foundation for Wolfcamp Growth | ▸ Progress Mozambique LNG |
| ▸ Eagleford Generates 20+% BTAX ROR at Strip Prices | ▸ Add Incremental Oil at K2 and Caesar/Tonga | ▸ Advance Shenandoah to Development |
| ▸ Leverage Midstream Advantage | ▸ Advance Heidelberg and TEN Mega Projects for 2016 Start | ▸ Advance Paon Commerciality |
| | | ▸ Test Play-Opening Prospects in Colombia, Kenya and GOM |

*Does not include WES capital investments*

ANADARKO PETROLEUM CORPORATION

13

APC-01753655



INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Robin Fielder**
Director
832/636-1462

**Jeremy Smith**
Director
832/636-1544

# Preserving Financial Strength

Bob Gwin

ANADARKO PETROLEUM CORPORATION

APC-01753656

# Strong Financial Position



NYSE: APC | www.anadarko.com

▸ **~$3 Billion Cash-on-Hand***

▸ **Material Borrowing Capacity**
- $3 Billion 5-Year Revolving Credit Facility
- $2 Billion 364-Day Facility
- $3 Billion Commercial Paper

▸ **Continue to be an Active Portfolio Manager**
- $700+ Million Divestiture Announced

▸ **Anticipate Periodic WES and WGP Transactions**

| Net Debt-to-Cap | YE 2014 | Pro Forma YE 2014* |
|---|---|---|
| Anadarko Consolidated | 26% | 35% |
| Anadarko ex WES/WGP | 21% | 33% |

**S&P**

BBB
Stable

**Moody's**

Baa2
Stable

**Fitch**

BBB-
Positive

**Strong Investment-Grade Ratings**

*\* Post Tronox settlement and announced 2015 divestiture*

ANADARKO PETROLEUM CORPORATION

15

APC-01753657

# WES & WGP: $15+ Billion Value for Anadarko

NYSE: APC | www.anadarko.com

- ▸ Anticipate Periodic Transactions
- ▸ WES Independently Funds Significant Midstream Expansions
- ▸ Provides Visible Cash Source



$3+ Billion Returned to Anadarko



~$12 Billion** WGP Unit Value Owned by Anadarko

* Fully Diluted
** As of 2/27/2015

ANADARKO PETROLEUM CORPORATION

16

APC-01753658

## 2015 Multiples With/Without Hedging Impact



NYSE: APC | www.anadarko.com

### E&P Valuations – 2015 EV/EBITDA

Chart showing 2015 EV/EBITDA multiples (ranging 4.0x to 16.0x) for:
- Small-Cap Median (15 Companies)
- Mid-Cap Median (16 Companies)
- Large-Cap Median (10 Companies)
- Anadarko
- Anadarko Excluding WGP/WES*

Legend: Hedged, Unhedged

Source: Heikkinen Energy Advisors estimates (2/27/2015 Valuation Sheet)
* Does not include 2/27/2015 WGP enterprise value owned by Anadarko and forecasted 2015 WES EBITDA

ANADARKO PETROLEUM CORPORATION

17

APC-01753659



# Financial Discipline as a Competitive Advantage

NYSE: APC | www.anadarko.com

▸ **Preserve Balance Sheet Strength**

▸ **Committed to Solid Investment Grade Rating**

▸ **Ongoing Portfolio-Management Activity**



### $4.5+ Billion Adjusted Free Cash Flow* Generation

Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures
* Does not include WES capital investments

ANADARKO PETROLEUM CORPORATION

APC-01753660



DELAWARE BASIN, TEXAS

NYSE: APC | www.anadarko.com

**INVESTOR RELATIONS**

**John Colglazier**
Senior Vice President
832/636-2306

**Robin Fielder**
Director
832/636-1462

**Jeremy Smith**
Director
832/636-1544

# U.S. Onshore

Chuck Meloy

ANADARKO PETROLEUM CORPORATION

APC-01753661

# U.S. Onshore: 2015 Playbook



‣ **Maintain High HSE Standards**

‣ **Leverage Continuous Improvement Culture**

‣ **Capture Supply Chain Savings**

‣ **Focus on Base Production**

‣ **Leverage Integrated Business Approach to Maximize Value**

‣ **Increase Activity when Costs Align with Commodity Prices**

‣ **Build Foundation for Wolfcamp Growth**



**Outstanding Safety Performance**

— Anadarko Employees    — AXPC Average

| Exploration | Drilling | Completions | Production | Midstream & Takeaway |
|---|---|---|---|---|
| ‣ Eagleford<br>‣ DJ Basin<br>‣ Delaware Basin<br>‣ Marcellus<br>‣ Haynesville | ‣ Utilize Flexibility from Staggered Rig Contracts<br>‣ 20% 2-Year Drilling Efficiency Improvement | ‣ Increase EURs<br>‣ Water On-Demand<br>‣ Capture Savings with Well-to-Well Contracts<br>‣ Option to Accelerate when Costs Align with Commodity Prices | ‣ Low-Cost Operator<br>‣ Advanced Surveillance Technologies<br>‣ Integrated with Midstream<br>‣ Large Assets for Economies of Scale | ‣ WES/WGP<br>‣ Enable Upstream Growth<br>‣ Enhance Margins<br>‣ Enhance Liquid Recoveries<br>‣ Multiple Marketing Outlets |

ANADARKO PETROLEUM CORPORATION

20

APC-01753662

# U.S. Onshore: Maintain Flexibility & Preserve Value



NYSE: APC | www.anadarko.com

▸ **Will Reduce Onshore Rig Count by 40% from 2014**

▸ **Defer ~125 Completions Until Costs Align with Commodity Prices**

▸ **50% Capital Allocation to Wattenberg: 30+% BTAX ROR**

▸ **~15% Capital Allocation to Eagleford: 20+% BTAX ROR**

▸ **Wolfcamp: Delineation and Enabling Infrastructure**

**2015 CAPITAL BUDGET**
**~$3.8 BILLION**



## Staggered Operated Rig Contracts Provide Flexibility



ANADARKO PETROLEUM CORPORATION

21

APC-01753663

# Wattenberg: World-Class Asset

NYSE: APC | www.anadarko.com

▶ **1.5+ BBOE Current Net Resources**
- 500+ MMBOE Upside with Downspacing

▶ **~4,000 Identified HZ Drilling Locations**

▶ **Resilient Returns**
- 30+% BTAX Returns in Current Environment
- Minerals-Interest Uplift

▶ **Infrastructure in Place for Expanded Growth**

## Consolidated Core Acreage



**WATTENBERG**
Net Acres: ~350,000

COLORADO

- APC Acreage
- APC Mineral Interest
— HZ Wells
- 24 Wells Per Section Downspacing Tests

350+ MBOE EUR/Well
60+% Liquid Composition

Light Oil

Wet Gas

350+ MBOE EUR/Well
60+% Liquid Composition

350+ MBOE EUR/Well
~70% Liquid Composition

Oil

~450 MBOE EUR/Well
65+% Liquid Composition

### Wattenberg Net Sales Volumes



MBOE/d

| Year | Value |
|------|-------|
| 2009 | 55 |
| 2010 | 61 |
| 2011 | 72 |
| 2012 | 91 |
| 2013 | 109 |
| 2014 | 171 |
| 2015E | 180 - 185* |

■ Vertical    ■ Horizontal    ▨ Full Ethane Recovery

\* Assuming partial ethane recovery

**Anadarko Economics Enhanced by Minerals-Interest Ownership**
*BTAX NPV-10 (Millions)*



$3.2

$1.2 — APC Mineral Ownership Advantage

$2.0

**350 MBOE EUR Well**

*Based on $3.6 million well cost and NYMEX strip as of 2/24/2015*

## 2015 Planned Activity

▶ Operate ~9 Rigs

▶ Drill 280+ Wells (330+ Type-Well Equivalents)

▶ Defer ~70 Well Completions

APC-01753664

# Wattenberg Infrastructure: Staying Ahead of the Game



NYSE: APC | www.anadarko.com

▸ **Multiple Delivery Options to Maximize Value**

▸ **Recent Additions**
  - 300 MMcf/d Lancaster Cryogenic Plant
  - 150,000 Bbl/d Front Range NGL Pipeline
  - ~80,000 Bbl/d White Cliffs Oil Pipeline

▸ **Expansions Under Way**
  - Field Gathering and Compression
  - 300 MMcf/d Lancaster II Cryogenic Plant



Oil Takeaway Capacity

| Year-End 2014 Infrastructure | |
|---|---|
| Gas Gathering Pipelines | 3,100+ Miles |
| Oil Gathering Pipelines | 200+ Miles |
| Processing Capacity | 875 MMcf/d |
| Compression | 197,000 HP |
| Gas Gathering System Capacity | 685 MMcf/d |
| Oil Gathering System Capacity | 125 MBOPD |



Gas Processing Capacity

APC-01753665

# Delaware Basin Wolfcamp: It's BIG

NYSE: APC | www.anadarko.com

▸ **Activity Demonstrates Commerciality**

▸ **1+ BBOE Net Resource Potential**
  - 100+ MMBbl Original Oil in Place per Section
  - 5,000+ Identified Wolfcamp A Locations

▸ **Preparing for Full-Scale Development**



~30% Increase in EURs

Cumulative MBOE / Days On Line

— Initial Design  — New Design

## Top-Tier Acreage Position



NEW MEXICO / TEXAS

Culberson — Winkler

800 - 1,000 MBOE EUR/Well

700 - 900 MBOE EUR/Well

600 - 800 MBOE EUR/Well

Ward

Reeves

10 MILES

Pecos

NGL 27% / Oil 46%

NGL 15% / Oil 70%

**DELAWARE BASIN**
Gross Acres: ~610,000
Net Acres: ~255,000



TEXAS

☐ APC Acreage

| TOP-TIER RESERVOIR CHARACTERISTICS | |
|---|---|
| **WOLFCAMP** | |
| TVD (ft) | 9,000 - 12,000 |
| Gross Thickness (ft) | 1,200 - 2,000 |
| Porosity (%) | 8 - 12 |

ANADARKO PETROLEUM CORPORATION

24

APC-01753666

# Delaware Basin: Building the Foundation for Future Growth

NYSE: APC | www.anadarko.com



## APC, WES & JV Infrastructure

| Year-End 2014 Infrastructure | |
|---|---|
| Gas Gathering Pipelines | 780 Miles |
| Oil Gathering Pipelines | 115 Miles |
| Compression | 70,000+ HP |
| Gas Gathering Facilities | 13 |
| Water Gathering Pipelines | 100+ Miles |

▸ **Applying Proven Midstream Model**

- Enables Operational Control
- Ensures Timely Well Connections
- Improves Price Realizations

**DELAWARE BASIN**
Gross Acres: ~610,000
Net Acres: ~255,000



TEXAS

☐ APC Acreage
— Gas Gathering
— Oil Gathering
🏭 Production Facility
🏭 Processing Plant

**2015 Planned Additions**

▸ 190 Miles of Pipeline

▸ 30,000 BOPD Oil Processing

▸ 200 MMcf/d Cryo Gas Processing

ANADARKO PETROLEUM CORPORATION

25

APC-01753667

# Delaware Basin Wolfcamp: Advancing an Onshore Mega Project



NYSE: APC | www.anadarko.com

▸ **Complete Reservoir Evaluation and Lease-Commitment Activity**

- Test Stacked-Pay Potential

▸ **Prepare Multi-Year Development Plan**

- Optimize Spacing and Completion Design
- Utilize Longer Laterals
- Transition to Field-Wide Pad Activity

▸ **Expand Enabling Infrastructure**

- Roads
- Power
- Water
- Facilities
- Gathering
- Processing

## Planned Development Options



3-Section Pooled Unit



3D Development View

▸ Opportunities to Pool Units

▸ 8 - 12 Wells/Section

▸ Sawtooth Development of Wolfcamp A Benches

(U) Upper Wolfcamp A
(L) Lower Wolfcamp A
● Surface Location

### 2015 Planned Activity

▸ Operate ~6 Rigs

▸ Drill 60 - 70 Wells

▸ Defer ~30 Well Completions

ANADARKO PETROLEUM CORPORATION

26

APC-01753668

# Eagleford: Maximizing Scale Advantages

NYSE: APC | www.anadarko.com

**▸ 250+ MBOE/d Gross Processed Sales Volumes**
- ~2,000 Identified Drilling Locations
- Testing Stacked-Pay Potential

**▸ Reduced Rig Count from 10 to 5**
- 20+% BTAX ROR at Strip Prices* and Current Costs

**▸ Best Drilling Cycle Times in Play**
- Longer Laterals at Lower Cost

**▸ Infrastructure in Place**

## 1,400+ Wells Drilled to Date



**EAGLEFORD**
Gross Acres: ~332,000
Net Acres: ~162,000

TEXAS

☐ APC Acreage
— Drilled Wells

### Increasing Sales Volumes



### Improved Completion Design
### Doubled Value per Well



## 2015 Planned Activity

**▸ Operate ~5 Rigs**

**▸ Drill ~200 Wells**

**▸ Defer ~30 Well Completions**

ANADARKO PETROLEUM CORPORATION

* As of 2/24/2015

27

APC-01753669

# Eagleford: Large-Scale Infrastructure Advantages



NYSE: APC | www.anadarko.com

## Year-End 2014 Infrastructure

| | |
|---|---|
| Oil Gathering Pipelines | 241 Miles |
| Gas Gathering Pipelines | 605 Miles |
| Compression | 224,000 HP |
| Central Gathering Facilities | 24 |
| Central Production Facilities | 138 |
| Water Pipelines | 312 Miles |

▸ **Brasada Gas Plant**
- Flexibility to Maximize Value
- Direct NGL Access to Mt. Belvieu

Brasada Processing Plant

NGL Pipeline to Mt. Belvieu

Oil Terminal and Gas Pipeline Hub

Maverick

Oil Pipeline to Corpus Christi

Dimmit

La Salle

Webb

10 Miles

**EAGLEFORD**
Gross Acres: ~332,000
Net Acres: ~162,000

TEXAS

- APC Acreage
- Gas Gathering
- Oil Gathering
- Oil Handling Facility
- Processing Plant
- Delivery Points

ANADARKO PETROLEUM CORPORATION

28

APC-01753670

# U.S. Onshore: Delivering Capital-Efficient Liquids Growth

NYSE: APC | www.anadarko.com

‣ **Core Positions in 3 Major Horizontal Oil Plays**

‣ **Track Record of Top-Tier Results**
- ~92,000 BOE/d Growth in 2014
- Wedge Volumes Added at ~$35,000 per Flowing Barrel

‣ **Well Positioned for 2015**



★ Major Horizontal Fields

| U.S. Onshore | Net Sales Volumes (MBOE/d) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015E |
| Total Sales Volumes* | 326 | 359 | 407 | 485 | 553 | 644 | 632 - 642 |
| Liquids (MBbl/d)* | 68 | 89 | 113 | 140 | 169 | 246 | 252 - 262 |
| Wattenberg HZ | - | - | 4 | 22 | 56 | 124 | 153 - 156 |
| Eagleford | 1 | 7 | 17 | 33 | 48 | 71 | 76 - 78 |
| Wolfcamp | - | - | - | - | 1 | 7 | 13 - 15 |
| E. Tx/N. La HZ | - | 6 | 9 | 23 | 41 | 48 | 46 - 48 |
| Marcellus | 1 | 6 | 23 | 54 | 85 | 95 | 80 - 85 |

**~$13/BOE Development Costs**

* Divestiture-adjusted

ANADARKO PETROLEUM CORPORATION

29

APC-01753671



INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Robin Fielder**
Director
832/636-1462

**Jeremy Smith**
Director
832/636-1544

# International & Deepwater Operations

Jim Kleckner

ANADARKO PETROLEUM CORPORATION

APC-01753672

# High-Impact Projects Deliver Differentiating Value

NYSE: APC | www.anadarko.com

▸ **High-Quality Assets**

▸ **Industry-Leading Project Management**

▸ **Manage Portfolio Risk and Accelerate Value**



**Stable Higher-Margin Liquids Sales Volumes**



**2015 Expectations**

▸ ~$1.4 Billion Capital

▸ 180 - 185 MBOE/d Sales Volumes

Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures

ANADARKO PETROLEUM CORPORATION

31

APC-01753673

# Industry-Leading Project Management Enhances Value



▸ **Excellent Safety Performance**

▸ **Project Delivery Track Record**

▸ **Efficient Reservoir Characterization**

▸ **Standardization and Contractor Continuity**

▸ **Knowledge Transfer**

▸ **Leader in Deepwater Drilling**



**Anadarko's Project Management is Adding ~$1 Billion Gross Value to Each Project**



**Lucius & Heidelberg ~6 Years**    *~40% Faster*

**Recent Industry Projects ~10 Years**

**Years from Discovery to First Production**

ANADARKO PETROLEUM CORPORATION

32

APC-01753674

## Advancing Mega Developments



NYSE: APC | www.anadarko.com

‣ **Lucius Ramping Toward Capacity**

‣ **Caesar/Tonga Adding Incremental Oil Volumes**

‣ **Heidelberg on Track for First Oil in 2016**

‣ **Ghana TEN on Track for First Oil in 2016**

‣ **Mozambique LNG Development Advancing to FID**



DESIGN ONE: BUILD TWO

Lucius: 80,000 BOPD Spar
Sanction to First Production: 3 Years

Heidelberg: 80,000 BOPD Spar
Sanction to First Production: 3 Years

ANADARKO PETROLEUM CORPORATION

33

APC-01753675



# Mega Projects Provide Significant Volumes & Cash

NYSE: APC | www.anadarko.com

▶ **Consistently Delivering High-Value Growth**

▶ **$3.5+ Billion Value Accelerated**
  - Lucius: $476 Million Carry for 6.2% Interest
  - Heidelberg: $860 Million Carry for 12.75% Interest
  - Mozambique: $2.1 Billion Net Divestiture for 10% Interest

▶ **Transitioning Next-Generation Projects**

### Visible Growth



### Mega Projects Provide Significant Free Cash Flow



\* Based on strip pricing as of 02/24/2015
\*\* ~60% Mozambique project financing assumed

ANADARKO PETROLEUM CORPORATION

Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures

34

APC-01753676

# Lucius: Differentiating Value

NYSE: APC | www.anadarko.com

▸ **$2+ Billion BTAX Net Value**
- Development Capital Carried
- 1-Year Anticipated Payout

▸ **First Oil 3 Years from Sanction**
- Ramping Toward Capacity

▸ **World-Class Reservoir Quality**

▸ **Enhancing Value Through Infrastructure**
- Hadrian South PHA
- Buckskin/Moccasin PHA
- Pursuing Additional Opportunities



**GULF OF MEXICO**
Gross Acres: ~2.3 Million



- ☐ APC WI Block
- ★ APC Discovery
- ★ Industry Discovery
- ⬤ Oil Field
- ⬤ Gas Field
- — Subsea Tie-Back

**300+ MMBOE Gross Resources**



**Forecasted Free Cash Flow***

*Millions*

$400, $300, $200

2015E 2016E 2017E 2018E 2019E 2020E

* Based on strip pricing as of 02/24/2015



| Lucius: Anadarko's Largest Spar | |
|---|---|
| Capacity | 80,000 BOPD, 450 MMcf/d |
| Spar Diameter | 110 Feet |
| Spar Length | 605 Feet |
| Hull Weight | 23,000 Tons |
| Water Depth | 7,100 Feet |

*Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures*

ANADARKO PETROLEUM CORPORATION

35

APC-01753677

# Heidelberg: Replicating Lucius Success

NYSE: APC | www.anadarko.com



▶ **First Oil Anticipated Mid-2016**

- 3 Years from Sanction
- Project ~75% Complete
- 2 Rigs Drilling Development Wells

▶ **Utilizing Lucius Spar Design**

- Accelerates First Oil by 18 Months
- Reduces Execution Risk and Cost

▶ **200 - 400 MMBOE Gross Resources**





**GULF OF MEXICO**
Gross Acres: ~2.3 Million



- ☐ APC WI Block
- ● Successful Well
- ▲ Planned Drilling
- ● Oil Field
- ☐ Salt
- ▬ Subsea Tieback

**$860 Million Carried-Interest Agreement**

ANADARKO PETROLEUM CORPORATION

36

# Ghana: Premium-Value Oil Growth


NYSE: APC | www.anadarko.com

## ‣ Jubilee: Producing 100,000+ BOPD
- High Margins: $90/Bbl EBITDAX in 2014
- 125+ MMBO Produced Since 2010
- Gas Off-Take to Enable Increased Oil Production

## ‣ TEN: 80,000 BOPD FPSO
- First Oil Anticipated Mid-2016
- Project ~50% Complete
- On Budget and On Schedule

## ‣ MTA: Potential Jubilee Tie-Back



**Net Sales Volumes**



GHANA
Gross Acres: ~0.3 Million



- APC WI Block
- Oil Field
- Gas Condensate Field
- Appraisal Area

Note: See appendix slides for definitions/reconciliations of non-GAAP financial measures

APC-01753679

# Algeria: 3 World-Class Developments in Sahara Desert

NYSE: APC | www.anadarko.com

▸ **High Margins: $72/Bbl EBITDAX in 2014**

▸ **El Merk Drives Record Net Production in 2014**

### El Merk
#### 140+ MBbl/d Gross Sustained Rates



BLOCK 404A

HBNS CPF

ALGERIA
Gross Acres: ~0.5 Million

10 miles
16 kms

AFRICA

■ PKO

Ourhoud CPF

BLOCK 208

☐ APC WI Block
⬤ Oil Field
⬤ Gas Condensate Field
— Export Pipeline

El Merk CPF

**Approaching
2 Billion Barrels
Cumulative Oil
Production**

EL MERK CPF, ALGERIA

ANADARKO PETROLEUM CORPORATION

38

APC-01753680

# Mozambique LNG: Competitive Global LNG Supply Source

NYSE: APC | www.anadarko.com

▸ **Enormous Recoverable Resources**
- 75+ Tcf on Offshore Area 1
- Scalable Onshore Development to 50+ MMTPA

▸ **Attractive Cost Advantages**
- Close Proximity to Shore
- Natural Harbor
- Direct Subsea to Shore Development
- High Well Deliverability
- Access to Premium Asian Markets

▸ **Advantaged Economics**
- 20-Year Off-Take HOAs
- Pricing Mechanism Protects Economics

▸ **Financially Derisked**
- $2.1 Billion Net Monetization Proceeds
- Material Project Financing Available



MOZAMBIQUE
OFFSHORE AREA 1
Gross Acres: 1+ Million



AFRICA



☐ APC WI Block
● Natural Gas Field

ANADARKO PETROLEUM CORPORATION

39

APC-01753681

# Mozambique LNG: Progressing World-Class Project to FID



NYSE: APC | www.anadarko.com

| Independent Certified Reserves | Sufficient to Support Initial Trains |
| Establishing Legal & Contractual Stability | Decree Law Gazetted |
| Evaluating Competitive FEEDs | Contractor Decision Pending |
| Capturing Market | 8+ MMTPA Non-Binding HOAs |
| Project Financing | 60+% Funding Indications Received |

*Pace to be Dictated by Government Agreements and Approvals*

**MOZAMBIQUE OFFSHORE AREA 1**
Gross Acres: 1+ Million

AFRICA

**75+ Tcf Estimated Recoverable Resources**

ANADARKO PETROLEUM CORPORATION

40

APC-01753682

# Continuous Mega-Project Pipeline Delivering Results



▸ **Growing Long-Life, High-Margin Oil Production**

▸ **Advancing Multiple Development Projects**

▸ **Appraising Next-Generation Projects**

▸ **Managing Portfolio Risk and Accelerating Value**
  ▪ ~$1.6 Billion China and Vito 2014 Divestitures



Increasing Liquids Composition



ANADARKO PETROLEUM CORPORATION

41

APC-01753683



INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Robin Fielder**
Director
832/636-1462

**Jeremy Smith**
Director
832/636-1544

# International & Deepwater Exploration

Bob Daniels

ANADARKO PETROLEUM CORPORATION

APC-01753684

# Proven Exploration Strategy

NYSE: APC | www.anadarko.com

‣ **Consistent**
- Focus on Strengths
- Portfolio-Based Decisions
- Risk Assessment

‣ **Focused on Value Creation**
- Early, Low-Cost Entry
- Optimize Working Interest
- Commercial Leverage

‣ **Talented Oil Finders**
- Culture of Creativity
- Petroleum System Foundation
- Appropriate Technology Application



**Drill Best Opportunities**

**5-Year Track Record**

**~65% Deepwater Success**

**~4 BBOE Net Discovered Resources**



**TOP-10 DEEPWATER DISCOVERIES***

* *IHS Energy, January 2015*

ANADARKO PETROLEUM CORPORATION

43

APC-01753685

# Creating Unmatched Value with Optionality



NYSE: APC | www.anadarko.com



| ~6.5 BBOE | Net Discovered Resources |
| ~$13 Billion | Monetized |
| ~5 BBOE | Resources Retained |
| ~250 MBOE/d | Net Production |

~$10 Billion Capital Invested 2005 - 2014

## DRIVING VALUE IN 2014

| Discoveries | Appraising | Developing | Monetized |
|---|---|---|---|
| ▪ Tubarão Tigre | ▪ Shenandoah | ▪ Lucius: 1st Oil | ▪ Mozambique WI |
| ▪ Tembo | ▪ Paon | ▪ Heidelberg | ▪ Vito |
| | ▪ Orca | ▪ TEN | |
| | ▪ Tubarão Tigre | ▪ Mozambique LNG | |

ANADARKO PETROLEUM CORPORATION

APC-01753686

# Exploration Successes in 2014

NYSE: APC | www.anadarko.com

▶ **Leveraged Our Success**
- ~$200 Million Funding Through Farm-Outs

▶ **$3+ Billion Monetizations Closed**
- Mozambique
- Vito and Prospects

▶ **~200 MMBOE Net Discovered Resources**

▶ **Doubled Acreage Position in Colombia**



Deepwater Drilling Success Rate



**#3** 2014 Top-10 Deepwater Discovery*

**TUBARÃO TIGRE-1**

---

### An Active Start to 2015

▶ **Gulf of Mexico: Drilling Yeti Prospect**

▶ **Colombia: Spud Play-Opening Opportunity**

▶ **Mozambique: Successfully Completed Deepwater Exploration Program**
- 75+ Tcf Discovered to Date

*\* IHS Energy, January 2015*

APC-01753687





# 2015 Deepwater & International Exploration Activity

NYSE: APC | www.anadarko.com

**2015 CAPITAL BUDGET ~$600 MILLION**

- Expl Drilling 52%
- Appr Drilling 28%
- G&G 20%

**Gulf of Mexico**
- 2+ MM Gross Acres
- 3 - 4 Exploration & Appraisal Wells

**North Africa**
- ~1 MM Gross Acres
- 1 Exploration Well

**East Africa**
- ~11 MM Gross Acres
- 2 - 3 Exploration & Appraisal Wells

**Colombia**
- ~16 MM Gross Acres
- 2 Exploration Wells
- 3D Acquisition

**West Africa**
- ~3 MM Gross Acres
- 1 - 2 Exploration & Appraisal Wells

**New Zealand**
- ~42 MM Gross Acres
- 3D Acquisition

## 2015 Planned Activity

- Drill 9 – 12 Wells
- Target 700+ MMBOE Net Discovered Resources

ANADARKO PETROLEUM CORPORATION

46

APC-01753688

# 2015 Gulf of Mexico Exploration Activity


NYSE: APC | www.anadarko.com

▸ **Shenandoah: Advancing Toward Development**
  ▪ Appraisal Well Up-Dip to Shenandoah-2

▸ **Yeti: Miocene Subsalt 3-Way Trap**

▸ **Opal: Miocene Unconfined Fan**

▸ **Thorvald: Subsalt 3-Way Trap**

▸ **Phobos: Potential Appraisal**







GULF OF MEXICO
Gross Acres: ~2.3 Million
3 - 5 Gross Wells



▢ APC WI Block
★ APC Discovery
● Successful Appraisal
▲ Planned Drilling
★ Industry Discovery

ANADARKO PETROLEUM CORPORATION

47

APC-01753689

# 2015 International Deepwater Exploration Activity

NYSE: APC | www.anadarko.com

‣ **Côte d'Ivoire**
- Advancing Toward Commerciality
- Paon: Appraisal Well and DST

‣ **Colombia: Drilling Under Way**
- Kronos: Large 3-Way
- Calasu: Multi-Target 4-Way
- Grand Col Area: 3D Acquisition

‣ **Kenya**
- Mlima: Large 4-Way

‣ **Mozambique**
- Success at Tubarão Tigre



APC WI Block
APC Discovery
Successful Appraisal
Planned Drilling
Oil Field
Prospect

APC-01753690

# Leveraging Exploration as a Competitive Advantage



NYSE: APC | www.anadarko.com

▸ **Capture with High Working Interest**

▸ **Perform Early Science**

▸ **Develop High-Quality Projects**

▸ **Leverage Reputation**

▸ **Ensure Win-Win Partnerships**





~$2 Billion Farm-Out Funding

APC-01753691

# Proven Exploration Strategy with an Eye on the Future

NYSE: APC | www.anadarko.com



‣ **Accelerating Portfolio Value**

‣ **Leveraging Our Success**

‣ **Providing Option Value**



## Value Creation from New Fields, Organic Unconventionals and DROs (2009 - 2013)

Discovered Resource Opportunity
Organic Unconventionals
New Fields

*Source: Wood Mackenzie Exploration Service Corporate Benchmarking Report, September 2014*

ANADARKO PETROLEUM CORPORATION

50

APC-01753692

## Preserving Value & Positioning for the Future

NYSE: APC | www.anadarko.com

▸ **Balanced Portfolio with Unmatched Depth and Quality**

▸ **Demonstrated Commitment to Financial Discipline**

▸ **Efficient Capital-Allocation Approach**

▸ **Active Portfolio Management**

▸ **Sustained Focus on Long-Term Value Creation**



WATTENBERG FIELD, COLORADO

ANADARKO PETROLEUM CORPORATION

APC-01753693

# Exhibit 72

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# FORM 10-Q

**(Mark One)**

[ X ] **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2015

or

[   ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from      to

**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION

(Exact name of registrant as specified in its charter)

| Delaware | 76-0146568 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1201 Lake Robbins Drive, The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐    No ☒

The number of shares outstanding of the Company's common stock at April 27, 2015, is shown below:

| Title of Class | Number of Shares Outstanding |
|---|---|
| Common Stock, par value $0.10 per share | 507,935,794 |

STEINHOLT_0010575

## TABLE OF CONTENTS

**PART I**                                                                                    Page

Item 1.    Financial Statements

    Consolidated Statements of Income for the Three Months Ended March 31, 2015 and 2014    2

    Consolidated Statements of Comprehensive Income for the Three Months
    Ended March 31, 2015 and 2014    3

    Consolidated Balance Sheets at March 31, 2015, and December 31, 2014    4

    Consolidated Statement of Equity for the Three Months Ended March 31, 2015    5

    Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2015 and 2014    6

    Notes to Consolidated Financial Statements    7

Item 2.    Management's Discussion and Analysis of Financial Condition and Results of Operations    23

Item 3.    Quantitative and Qualitative Disclosures About Market Risk    41

Item 4.    Controls and Procedures    42

**PART II**

Item 1.    Legal Proceedings    43

Item 1A.    Risk Factors    43

Item 2.    Unregistered Sales of Equity Securities and Use of Proceeds    43

Item 6.    Exhibits    44

STEINHOLT_0010576

Table of Contents

## PART I. FINANCIAL INFORMATION

**Item 1.  Financial Statements**

### ANADARKO PETROLEUM CORPORATION
### CONSOLIDATED STATEMENTS OF INCOME
### (Unaudited)

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| *millions except per-share amounts* | | **2015** | | 2014 |
| **Revenues and Other** | | | | |
| Natural-gas sales | $ | **641** | $ | 1,217 |
| Oil and condensate sales | | **1,419** | | 2,424 |
| Natural-gas liquids sales | | **232** | | 386 |
| Gathering, processing, and marketing sales | | **293** | | 311 |
| Gains (losses) on divestitures and other, net | | **(264)** | | 1,506 |
| Total | | **2,321** | | 5,844 |
| **Costs and Expenses** | | | | |
| Oil and gas operating | | **296** | | 313 |
| Oil and gas transportation and other | | **361** | | 266 |
| Exploration | | **1,083** | | 299 |
| Gathering, processing, and marketing | | **254** | | 252 |
| General and administrative | | **310** | | 298 |
| Depreciation, depletion, and amortization | | **1,256** | | 1,124 |
| Other taxes | | **182** | | 314 |
| Impairments | | **2,783** | | 3 |
| Deepwater Horizon settlement and related costs | | **4** | | — |
| Total | | **6,529** | | 2,869 |
| **Operating Income (Loss)** | | **(4,208)** | | 2,975 |
| **Other (Income) Expense** | | | | |
| Interest expense | | **216** | | 183 |
| (Gains) losses on derivatives, net | | **152** | | 453 |
| Other (income) expense, net | | **47** | | 1 |
| Tronox-related contingent loss | | **5** | | 4,300 |
| Total | | **420** | | 4,937 |
| **Income (Loss) Before Income Taxes** | | **(4,628)** | | (1,962) |
| Income tax expense (benefit) | | **(1,392)** | | 664 |
| **Net Income (Loss)** | | **(3,236)** | | (2,626) |
| Net income attributable to noncontrolling interests | | **32** | | 43 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ | **(3,268)** | $ | (2,669) |
| | | | | |
| **Per Common Share** | | | | |
| Net income (loss) attributable to common stockholders—basic | $ | **(6.45)** | $ | (5.30) |
| Net income (loss) attributable to common stockholders—diluted | $ | **(6.45)** | $ | (5.30) |
| **Average Number of Common Shares Outstanding—Basic** | | **507** | | 504 |
| **Average Number of Common Shares Outstanding—Diluted** | | **507** | | 504 |
| Dividends (per common share) | $ | **0.27** | $ | 0.18 |

See accompanying Notes to Consolidated Financial Statements.

STEINHOLT_0010577

2

STEINHOLT_0010578

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| *millions* | **2015** | 2014 |
| **Net Income (Loss)** | $ (3,236) | $ (2,626) |
| **Other Comprehensive Income (Loss)** | | |
| Adjustments for derivative instruments | | |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | 2 | 2 |
| Income taxes on reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | (1) | (1) |
| Total adjustments for derivative instruments, net of taxes | 1 | 1 |
| Adjustments for pension and other postretirement plans | | |
| Amortization of net actuarial (gain) loss to general and administrative expense | 13 | 7 |
| Income taxes on amortization of net actuarial (gain) loss to general and administrative expense | (4) | (2) |
| Total adjustments for pension and other postretirement plans, net of taxes | 9 | 5 |
| Total | 10 | 6 |
| **Comprehensive Income (Loss)** | (3,226) | (2,620) |
| Comprehensive income attributable to noncontrolling interests | 32 | 43 |
| **Comprehensive Income (Loss) Attributable to Common Stockholders** | $ (3,258) | $ (2,663) |

See accompanying Notes to Consolidated Financial Statements.

3

STEINHOLT_0010579

# ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED BALANCE SHEETS
### (Unaudited)

| millions | | March 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $ | 2,308 | $ | 7,369 |
| Accounts receivable (net of allowance of $9 million and $7 million) | | | | |
| Customers | | 1,025 | | 1,118 |
| Others | | 1,149 | | 1,409 |
| Other current assets | | 683 | | 1,325 |
| Total | | 5,165 | | 11,221 |
| **Properties and Equipment** | | | | |
| Cost | | 76,040 | | 75,107 |
| Less accumulated depreciation, depletion, and amortization | | 37,770 | | 33,518 |
| Net properties and equipment | | 38,270 | | 41,589 |
| **Other Assets** | | 2,998 | | 2,310 |
| **Goodwill and Other Intangible Assets** | | 6,540 | | 6,569 |
| **Total Assets** | $ | 52,973 | $ | 61,689 |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | 3,252 | $ | 3,683 |
| Current asset retirement obligations | | 282 | | 257 |
| Accrued expenses | | 1,100 | | 994 |
| Short-term debt | | 500 | | — |
| Deepwater Horizon settlement and related costs | | 94 | | 90 |
| Tronox-related contingent liability | | — | | 5,210 |
| Total | | 5,228 | | 10,234 |
| **Long-term Debt** | | 16,365 | | 15,092 |
| **Other Long-term Liabilities** | | | | |
| Deferred income taxes | | 7,521 | | 9,249 |
| Asset retirement obligations | | 1,803 | | 1,796 |
| Other | | 3,122 | | 3,000 |
| Total | | 12,446 | | 14,045 |
| | | | | |
| **Equity** | | | | |
| Stockholders' equity | | | | |
| Common stock, par value $0.10 per share (1.0 billion shares authorized, 527.6 million and 525.9 million shares issued) | | 52 | | 52 |
| Paid-in capital | | 9,045 | | 9,005 |
| Retained earnings | | 8,718 | | 12,125 |
| Treasury stock (19.7 million and 19.3 million shares) | | (976) | | (940) |
| Accumulated other comprehensive income (loss) | | (507) | | (517) |
| **Total Stockholders' Equity** | | 16,332 | | 19,725 |
| Noncontrolling interests | | 2,602 | | 2,593 |
| **Total Equity** | | 18,934 | | 22,318 |

STEINHOLT_0010580

| Total Liabilities and Equity | $ | 52,973 | $ | 61,689 |

See accompanying Notes to Consolidated Financial Statements.

4

STEINHOLT_0010581

Table of Contents

### ANADARKO PETROLEUM CORPORATION
### CONSOLIDATED STATEMENT OF EQUITY
### (Unaudited)

| | Total Stockholders' Equity | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Common Stock | Paid-in Capital | Retained Earnings | Treasury Stock | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interests | Total Equity |
| *millions* | | | | | | | |
| **Balance at December 31, 2014** | $      52 | $ 9,005 | $   12,125 | $    (940) | $           (517) | $   2,593 | $  22,318 |
| Net income (loss) | — | — | (3,268) | — | — | 32 | (3,236) |
| Common stock issued | — | 50 | — | — | — | — | 50 |
| Dividends—common stock | — | — | (139) | — | — | — | (139) |
| Repurchase of common stock | — | — | — | (36) | — | — | (36) |
| Subsidiary equity transactions | — | (10) | — | — | — | 44 | 34 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (67) | (67) |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 1 | — | 1 |
| Adjustments for pension and other postretirement plans | — | — | — | — | 9 | — | 9 |
| **Balance at March 31, 2015** | $      52 | $ 9,045 | $    8,718 | $    (976) | $           (507) | $   2,602 | $  18,934 |

See accompanying Notes to Consolidated Financial Statements.

5

STEINHOLT_0010582

## ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED STATEMENTS OF CASH FLOWS
### (Unaudited)

| | Three Months Ended March 31, | |
|---|---|---|
| millions | 2015 | 2014 |
| **Cash Flows from Operating Activities** | | |
| Net income (loss) | $ (3,236) | $ (2,626) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | |
| Depreciation, depletion, and amortization | 1,256 | 1,124 |
| Deferred income taxes | (1,198) | 46 |
| Dry hole expense and impairments of unproved properties | 1,009 | 198 |
| Impairments | 2,783 | 3 |
| (Gains) losses on divestitures, net | 334 | (1,459) |
| Total (gains) losses on derivatives, net | 152 | 461 |
| Operating portion of net cash received (paid) in settlement of derivative instruments | 91 | (98) |
| Other | 45 | 54 |
| Changes in assets and liabilities | | |
| Deepwater Horizon settlement and related costs | 4 | — |
| Tronox-related contingent liability | (5,210) | 4,300 |
| (Increase) decrease in accounts receivable | 357 | (266) |
| Increase (decrease) in accounts payable and accrued expenses | (283) | (63) |
| Other items—net | (608) | 55 |
| Net cash provided by (used in) operating activities | (4,504) | 1,729 |
| **Cash Flows from Investing Activities** | | |
| Additions to properties and equipment and dry hole costs | (1,957) | (2,501) |
| Acquisition of businesses | — | (4) |
| Divestitures of properties and equipment and other assets | 22 | 3,257 |
| Other—net | 10 | (170) |
| Net cash provided by (used in) investing activities | (1,925) | 582 |
| **Cash Flows from Financing Activities** | | |
| Borrowings, net of issuance costs | 4,583 | 918 |
| Repayments of debt | (2,830) | (930) |
| Financing portion of net cash received (paid) for derivative instruments | (146) | — |
| Increase (decrease) in outstanding checks | (39) | 97 |
| Dividends paid | (139) | (92) |
| Repurchase of common stock | (36) | (35) |
| Issuance of common stock, including tax benefit on share-based compensation awards | 12 | 13 |
| Sale of subsidiary units | 31 | 18 |
| Distributions to noncontrolling interest owners | (67) | (51) |
| Net cash provided by (used in) financing activities | 1,369 | (62) |
| **Effect of Exchange Rate Changes on Cash** | (1) | (23) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | (5,061) | 2,226 |
| **Cash and Cash Equivalents at Beginning of Period** | 7,369 | 3,698 |
| **Cash and Cash Equivalents at End of Period** | $ 2,308 | $ 5,924 |

STEINHOLT_0010583

See accompanying Notes to Consolidated Financial Statements.

6

STEINHOLT_0010584

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 1. Summary of Significant Accounting Policies

**General** Anadarko Petroleum Corporation is engaged in the exploration, development, production, and marketing of natural gas, oil, condensate, natural gas liquids (NGLs), and anticipated production of liquefied natural gas (LNG). In addition, the Company engages in the gathering, processing, treating, and transporting of natural gas, oil, and NGLs. The Company also participates in the hard-minerals business through royalty arrangements. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

**Basis of Presentation** The information furnished herein reflects all normal recurring adjustments that are, in the opinion of management, necessary for the fair presentation of the Company's consolidated financial statements. Certain prior-period amounts have been reclassified to conform to the current-period presentation.

**Use of Estimates** The preparation of financial statements in accordance with generally accepted accounting principles in the United States requires management to make informed judgments and estimates that affect the reported amounts of assets, liabilities, revenues, and expenses. Management evaluates its estimates and related assumptions regularly, including those related to proved reserves; the value of properties and equipment; goodwill; intangible assets; asset retirement obligations; litigation liabilities; environmental liabilities; pension assets, liabilities, and costs; income taxes; and fair values. Changes in facts and circumstances or additional information may result in revised estimates, and actual results may differ from these estimates.

**Recently Issued Accounting Standards** The Financial Accounting Standards Board (FASB) issued Accounting Standards Update (ASU) 2015-02, *Consolidation—Amendments to the Consolidation Analysis*. This ASU will simplify existing requirements by reducing the number of consolidation models and placing more emphasis on risk of loss when determining a controlling financial interest. The provisions will affect how limited partnerships and similar entities are assessed for consolidation, including the elimination of the presumption that a general partner should consolidate a limited partnership. This ASU is effective for annual and interim periods beginning in 2016 and is required to be adopted using a retrospective or modified retrospective approach, with early adoption permitted. The Company is evaluating the impact of the adoption of this ASU on its consolidated financial statements.

The FASB issued ASU 2014-09, *Revenue from Contracts with Customers*. This ASU supersedes the revenue recognition requirements in Topic 605, *Revenue Recognition*, and industry-specific guidance in Subtopic 932-605, *Extractive Activities—Oil and Gas—Revenue Recognition*, and requires an entity to recognize revenue when it transfers promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services. This ASU is effective for annual and interim periods beginning in 2017 and is required to be adopted using one of two retrospective application methods, with no early adoption permitted. The Company is evaluating the impact of the adoption of this ASU on its consolidated financial statements.

## 2. Acquisitions, Divestitures, and Assets Held for Sale

In November 2014, Western Gas Partners, LP (WES) acquired Nuevo Midstream, LLC (Nuevo) for $1.554 billion. Following the acquisition, WES changed the name of Nuevo to Delaware Basin Midstream, LLC (DBM). The acquisition constitutes a business combination and was accounted for using the acquisition method of accounting. The fair-value measurements of the assets acquired and liabilities assumed at the acquisition date were still preliminary as of March 31, 2015, pending final review of support related to the acquired entity's assets. There were no material changes to the fair value of assets acquired and liabilities assumed from the amounts included on the Company's Consolidated Balance Sheet at December 31, 2014.

7

STEINHOLT_0010585

ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 2. Acquisitions, Divestitures, and Assets Held for Sale (Continued)

For the three months ended March 31, 2015, the Company recognized net losses on divestitures of $334 million related to assets included in the oil and gas exploration and production reporting segment. During the first quarter of 2015, certain U.S. onshore assets in the Rocky Mountains Region (Rockies) satisfied criteria to be considered held for sale. These assets were remeasured to their current fair value using a market approach and Level 2 fair-value measurement, and the Company recognized a loss of $340 million. Gains and losses on assets held for sale are included in gains (losses) on divestitures and other, net in the Company's Consolidated Statements of Income. At March 31, 2015, the Company's Consolidated Balance Sheet included current assets of $29 million, long-term assets of $743 million, current liabilities of $17 million, and long-term liabilities of $78 million associated with assets held for sale. The sale of these assets closed in April 2015 for proceeds of $703 million.

## 3. Inventories

The following summarizes the major classes of inventories included in other current assets:

| millions | March 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|
| Oil | $ | 97 | $ | 133 |
| Natural gas | | 3 | | 27 |
| NGLs | | 70 | | 83 |
| Total inventories | $ | 170 | $ | 243 |

## 4. Impairments

The following summarizes impairments of proved properties and the related post-impairment fair values by segment:

| | Three Months Ended | | | |
|---|---|---|---|---|
| millions | Impairment | | Fair Value (1) | |
| **March 31, 2015** | | | | |
| Oil and gas exploration and production | | | | |
| Long-lived assets held for use | | | | |
| U.S. onshore properties | $ | 2,307 | $ | 1,299 |
| Midstream | | | | |
| Long-lived assets held for use | | 476 | | 206 |
| Total | $ | 2,783 | $ | 1,505 |
| | | | | |
| **March 31, 2014** | | | | |
| Oil and gas exploration and production | | | | |
| Cost-method investment (2) | $ | 1 | $ | 32 |
| Midstream | | | | |
| Long-lived assets held for use | | 2 | | — |
| Total | $ | 3 | $ | 32 |

(1)  Measured using the income approach and Level 3 inputs.
(2)  Represents the after-tax net investment.

Impairments during the first quarter of 2015 were primarily related to the Company's Greater Natural Buttes oil and gas and midstream properties in the Rockies, which were impaired due to lower commodity prices. Impairments of proved properties are included in impairment expense in the Company's Consolidated Statements of Income. In addition to the proved property impairments above, the Company also recognized a $935 million impairment of unproved Greater Natural Buttes properties as a result of lower commodity prices during the first quarter of 2015. Impairments of unproved properties are included in exploration expense in the

Company's Consolidated Statements of Income.

8

STEINHOLT_0010587

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 5. Suspended Exploratory Well Costs

The Company's suspended exploratory well costs were $1.6 billion at March 31, 2015, and $1.5 billion at December 31, 2014. Projects with suspended exploratory well costs are those identified by management as exhibiting sufficient quantities of hydrocarbons to justify potential development and where management is actively pursuing efforts to assess whether reserves can be attributed to these projects. If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time. During the three months ended March 31, 2015, no exploratory well costs previously capitalized as suspended exploratory well costs for greater than one year at December 31, 2014, were charged to dry hole expense.

### 6. Noncontrolling Interests

Western Gas Equity Partners, LP (WGP) is a publicly traded consolidated subsidiary that owns partnership interests in WES. At March 31, 2015, Anadarko's ownership interest in WGP consisted of an 88.3% limited partner interest and the entire non-economic general partner interest. The remaining 11.7% limited partner interest in WGP was owned by the public.

WES, a publicly traded consolidated subsidiary, is a limited partnership that acquires, owns, develops, and operates midstream assets. During the three months ended March 31, 2015, WES issued 480 thousand common units to the public under its continuous offering program, raising net proceeds of $31 million. In 2014, WES issued 11 million Class C units to Anadarko to partially fund the acquisition of DBM. These Class C units receive distributions in the form of additional Class C units until the end of 2017 unless WES elects to convert the units earlier or Anadarko extends the conversion date. During the three months ended March 31, 2015, WES distributed 46 thousand Class C units to Anadarko. At March 31, 2015, WGP's ownership interest in WES consisted of a 34.8% limited partner interest, the entire 1.8% general partner interest, and all of the WES incentive distribution rights. At March 31, 2015, Anadarko also owned an 8.3% limited partner interest in WES through other subsidiaries' ownership of common and Class C units. The remaining 55.1% limited partner interest in WES was owned by the public.

### 7. Derivative Instruments

**Objective and Strategy** The Company uses derivative instruments to manage its exposure to cash-flow variability from commodity-price and interest-rate risks. Futures, swaps, and options are used to manage exposure to commodity-price risk inherent in the Company's oil and natural-gas production and natural-gas processing operations (Oil and Natural-Gas Production/Processing Derivative Activities). Futures contracts and commodity-price swap agreements are used to fix the price of expected future oil and natural-gas sales at major industry trading locations, such as Henry Hub, Louisiana, for natural gas and Cushing, Oklahoma, or Sullom Voe, Scotland, for oil. Basis swaps are periodically used to fix or float the price differential between product prices at one market location versus another. Options are used to establish a floor price, a ceiling price, or a floor and a ceiling price (collar) for expected future oil and natural-gas sales. Derivative instruments are also used to manage commodity-price risk inherent in customer price requirements and to fix margins on the future sale of natural gas and NGLs from the Company's leased storage facilities (Marketing and Trading Derivative Activities).

Interest-rate swaps are used to fix or float interest rates on existing or anticipated indebtedness. The purpose of these instruments is to manage the Company's existing or anticipated exposure to interest-rate changes. The fair value of the Company's current interest-rate swap portfolio increases (decreases) when interest rates increase (decrease).

The Company does not apply hedge accounting to any of its derivative instruments. As a result, gains and losses associated with derivative instruments are recognized currently in earnings. Net derivative losses attributable to derivatives previously subject to hedge accounting reside in accumulated other comprehensive income (loss) and are reclassified to earnings as the transactions to which the derivatives relate are recognized in earnings. See *Note 10—Accumulated Other Comprehensive Income (Loss)*.

9

STEINHOLT_0010588

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 7. Derivative Instruments (Continued)

**Oil and Natural-Gas Production/Processing Derivative Activities** The natural-gas prices listed below are New York Mercantile Exchange (NYMEX) Henry Hub prices. The following is a summary of the Company's derivative instruments related to natural-gas production/processing derivative activities at March 31, 2015:

|  | | 2015 Settlement |
| --- | --- | --- |
| **Natural Gas** | | |
| Three-Way Collars (thousand MMBtu/d) | | 635 |
| Average price per MMBtu | | |
| Ceiling sold price (call) | $ | 4.76 |
| Floor purchased price (put) | $ | 3.75 |
| Floor sold price (put) | $ | 2.75 |
| Extendable Fixed-Price Contracts (thousand MMBtu/d) (1) | | 170 |
| Average price per MMBtu | $ | 4.17 |

(1)  The extendable fixed-price contracts have a contract term of January 2015 to December 2015 with an option for the counterparty to extend the contract term to December 2016 at the same price.
MMBtu—million British thermal units
MMBtu/d—million British thermal units per day

A three-way collar is a combination of three options: a sold call, a purchased put, and a sold put. The sold call establishes the maximum price that the Company will receive for the contracted commodity volumes. The purchased put establishes the minimum price that the Company will receive for the contracted volumes unless the market price for the commodity falls below the sold put strike price, at which point the minimum price equals the reference price (e.g., NYMEX) plus the excess of the purchased put strike price over the sold put strike price.

**Marketing and Trading Derivative Activities** The Company had financial derivative transactions with notional volumes of natural gas totaling 3 billion cubic feet (Bcf) at March 31, 2015, and 6 Bcf at December 31, 2014, that were entered into to mitigate commodity-price risk related to fixed-price purchase and sales contracts and storage activity.

**Interest-Rate Derivatives** Anadarko has outstanding interest-rate swap contracts to manage interest-rate risk associated with anticipated debt issuances. The Company has locked in a fixed interest rate in exchange for a floating interest rate indexed to the three-month London Interbank Offered Rate (LIBOR). These swap instruments include a provision that requires both the termination of the swaps and cash settlement in full at the start of the reference period.

Derivative settlements and collateralization are classified as cash flows from operating activities unless the derivatives contain an other-than-insignificant financing element, in which case the settlements and collateralization are classified as cash flows from financing activities. As a result of prior extensions of reference-period start dates without settlement of the related interest-rate derivative obligations, the interest-rate derivatives in the Company's portfolio contain an other-than-insignificant financing element and, therefore, any settlements or collateralization related to these extended interest-rate derivatives are classified as cash flows from financing activities.

The Company had the following outstanding interest-rate swaps at March 31, 2015:

| _millions except percentages_ | Reference Period | | Weighted-Average |
| --- | --- | --- | --- |
| **Notional Principal Amount** | **Start** | **End** | **Interest Rate** |
| $       50 | September 2016 | September 2026 | 5.91% |
| $     1,850 | September 2016 | September 2046 | 6.06% |

10

STEINHOLT_0010589

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 7. Derivative Instruments (Continued)

**Effect of Derivative Instruments—Balance Sheet** The following summarizes the fair value of the Company's derivative instruments:

| | Gross Derivative Assets | | | | Gross Derivative Liabilities | | | |
|---|---|---|---|---|---|---|---|---|
| *millions* | March 31, | | December 31, | | March 31, | | December 31, | |
| **Balance Sheet Classification** | **2015** | | 2014 | | **2015** | | 2014 | |
| Commodity derivatives | | | | | | | | |
| Other current assets | $ | 351 | $ | 421 | $ | (86) | $ | (118) |
| Other assets | | 35 | | 1 | | — | | — |
| Accrued expenses | | 65 | | 71 | | (117) | | (114) |
| Other liabilities | | — | | — | | (31) | | (6) |
| | | 451 | | 493 | | (234) | | (238) |
| Interest-rate derivatives | | | | | | | | |
| Other liabilities | | — | | — | | (1,422) | | (1,217) |
| Total derivatives | $ | 451 | $ | 493 | $ | (1,656) | $ | (1,455) |

**Effect of Derivative Instruments—Statement of Income** The following summarizes gains and losses related to derivative instruments:

| | | Three Months Ended March 31, | | | |
|---|---|---|---|---|---|
| *millions* | | | | | |
| **Classification of (Gain) Loss Recognized** | | **2015** | | 2014 | |
| Commodity derivatives | | | | | |
| Gathering, processing, and marketing sales (1) | $ | — | $ | 8 | |
| (Gains) losses on derivatives, net | | (53) | | 215 | |
| Interest-rate derivatives | | | | | |
| (Gains) losses on derivatives, net | | 205 | | 238 | |
| Total (gains) losses on derivatives, net | $ | 152 | $ | 461 | |

(1)  Represents the effect of Marketing and Trading Derivative Activities.

**Credit-Risk Considerations** The financial integrity of exchange-traded contracts, which are subject to nominal credit risk, is assured by NYMEX or IntercontinentalExchange, Inc. through systems of financial safeguards and transaction guarantees. Over-the-counter traded swaps, options, and futures contracts expose the Company to counterparty credit risk. The Company monitors the creditworthiness of its counterparties, establishes credit limits according to the Company's credit policies and guidelines, and assesses the impact on fair value of its counterparties' creditworthiness. The Company has the ability to require cash collateral or letters of credit to mitigate its credit-risk exposure.

The Company has netting agreements with financial institutions that permit net settlement of gross commodity derivative assets against gross commodity derivative liabilities, and routinely exercises its contractual right to offset gains and losses when settling with derivative counterparties. In addition, the Company has setoff agreements with certain financial institutions that may be exercised in the event of default and provide for contract termination and net settlement across derivative types. At March 31, 2015, $237 million of the Company's $1.656 billion gross derivative liability balance, and at December 31, 2014, $289 million of the Company's $1.455 billion gross derivative liability balance would have been eligible for setoff against the Company's gross derivative asset balance in the event of default. Other than in the event of default, the Company does not net settle across derivative types.

STEINHOLT_0010590

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 7. Derivative Instruments (Continued)

The Company's derivative instruments are subject to individually negotiated credit provisions that may require collateral of cash or letters of credit depending on the derivative's valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered, such as if the Company's credit rating from major credit rating agencies declines to below investment grade. The aggregate fair value of derivative instruments with credit-risk-related contingent features for which a net liability position existed was $1.2 billion (net of collateral) at March 31, 2015, and $97 million (net of collateral) at December 31, 2014. The increase is primarily a result of additional derivative counterparties no longer maintaining secured positions under the Company's credit facilities and, therefore, the derivative instruments are now subject to credit-risk-related provisions. For information on the Company's revolving credit facilities, see *Note 8— Debt and Interest Expense—Anadarko Revolving Credit Facilities and Commercial Paper Program.*

**Fair Value** Valuations of physical-delivery purchase and sale agreements, over-the-counter financial swaps, and commodity option collars are based on similar transactions observable in active markets and industry-standard models that primarily rely on market-observable inputs. Inputs used to estimate fair value in industry-standard models are categorized as Level 2 inputs because substantially all assumptions and inputs are observable in active markets throughout the full term of the instruments. Inputs used to estimate the fair value of swaps and options include market-price curves; contract terms and prices; credit-risk adjustments; and, for Black-Scholes option valuations, discount factors and implied market volatility.

The following summarizes the fair value of the Company's derivative assets and liabilities, by input level within the fair-value hierarchy:

*millions*

| March 31, 2015 | Level 1 | Level 2 | Level 3 | Netting (1) | Collateral | Total |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Commodity derivatives | | | | | | |
| Financial institutions | $   — | $   431 | $   — | $   (151) | $   (4) | $   276 |
| Other counterparties | — | 20 | — | — | — | 20 |
| Total derivative assets | $   — | $   451 | $   — | $   (151) | $   (4) | $   296 |
| **Liabilities** | | | | | | |
| Commodity derivatives | | | | | | |
| Financial institutions | $   — | $   (183) | $   — | $   151 | $   1 | $   (31) |
| Other counterparties | — | (51) | — | — | — | (51) |
| Interest-rate derivatives | — | (1,422) | — | — | 169 | (1,253) |
| Total derivative liabilities | $   — | $   (1,656) | $   — | $   151 | $   170 | $   (1,335) |
| | | | | | | |
| **December 31, 2014** | | | | | | |
| **Assets** | | | | | | |
| Commodity derivatives | | | | | | |
| Financial institutions | $   — | $   471 | $   — | $   (187) | $   (13) | $   271 |
| Other counterparties | — | 22 | — | (2) | — | 20 |
| Total derivative assets | $   — | $   493 | $   — | $   (189) | $   (13) | $   291 |
| **Liabilities** | | | | | | |
| Commodity derivatives | | | | | | |
| Financial institutions | $   — | $   (234) | $   — | $   187 | $   — | $   (47) |
| Other counterparties | — | (4) | — | 2 | — | (2) |
| Interest-rate derivatives | — | (1,217) | — | — | 23 | (1,194) |
| Total derivative liabilities | $   — | $   (1,455) | $   — | $   189 | $   23 | $   (1,243) |

(1)  Represents the impact of netting commodity derivative assets and liabilities with counterparties where the Company has the contractual right and intends to net settle.

STEINHOLT_0010591

12

STEINHOLT_0010592

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 8. Debt and Interest Expense

**Debt** The Company's outstanding debt is senior unsecured. The following summarizes the Company's outstanding debt:

| millions | | March 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Total debt at face value | $ | 18,450 | $ | 16,687 |
| Net unamortized discounts and premiums (1) | | (1,606) | | (1,616) |
| Total borrowings | $ | 16,844 | $ | 15,071 |
| Capital lease obligation | | 21 | | 21 |
| Less short-term debt | | 500 | | — |
| Total long-term debt | $ | 16,365 | $ | 15,092 |

(1)  Unamortized discounts and premiums are amortized over the term of the related debt.

Anadarko's Zero-Coupon Senior Notes due 2036 (Zero Coupons) can be put to the Company in October of each year, in whole or in part, for the then-accreted value, which will be $796 million at the next put date in October 2015. Anadarko's Zero Coupons are classified as long-term debt on the Company's Consolidated Balance Sheets, as the Company has the ability and intent to refinance these obligations using long-term debt.

**Fair Value** The Company uses a market approach to determine fair value of its fixed-rate debt using observable market data, which results in a Level 2 fair-value measurement. The carrying amount of floating-rate debt approximates fair value as the variable interest rates are reflective of market rates. The estimated fair value of the Company's total borrowings was $19.3 billion at March 31, 2015, and $17.4 billion at December 31, 2014.

**Debt Activity** The following summarizes the Company's debt activity during the three months ended March 31, 2015:

| millions | | Carrying Value | Description |
|---|---|---|---|
| Balance at December 31, 2014 | $ | 15,071 | |
| Borrowings | | 1,500 | $5.0 billion revolving credit facility |
| | | 1,800 | 364-Day Facility |
| | | 140 | WES revolving credit facility |
| | | 1,153 | Commercial paper notes |
| Repayments | | (1,500) | $5.0 billion revolving credit facility |
| | | (1,300) | 364-Day Facility |
| | | (30) | WES revolving credit facility |
| Other, net | | 10 | Amortization of debt discounts and premiums |
| Balance at March 31, 2015 | $ | 16,844 | |

13

STEINHOLT_0010593

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 8. Debt and Interest Expense (Continued)

***Anadarko Revolving Credit Facilities and Commercial Paper Program*** In January 2015, upon satisfaction of certain conditions, including the settlement payment related to the Tronox Adversary Proceeding, the Company's $5.0 billion senior secured revolving credit facility was replaced by a $3.0 billion five-year senior unsecured revolving credit facility (Five-Year Facility), which is expandable to $4.0 billion, and a $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility). For additional information, see *Note 11—Contingencies—Tronox Litigation.*

Borrowings under the Five-Year and 364-Day Facilities generally bear interest under one of two rate options, at Anadarko's election, using either LIBOR (or Euro Interbank Offered Rate in the case of borrowings under the Five-Year Facility denominated in Euro) or an alternate base rate, in each case plus an applicable margin ranging from 0.00% to 1.65% for the Five-Year Facility and 0.00% to 1.675% for the 364-Day Facility. The applicable margin will vary depending on Anadarko's credit ratings.

The Five-Year and 364-Day Facilities contain certain customary affirmative and negative covenants, including a financial covenant requiring maintenance of a consolidated indebtedness to total capitalization ratio of no greater than 65% and limitations on certain secured indebtedness, sale-and-leaseback transactions, and mergers and other fundamental changes. At March 31, 2015, the Company was in compliance with all covenants contained in its Five-Year and 364-Day Facilities.

At March 31, 2015, the Company had no outstanding borrowings under the Five-Year Facility and had $500 million of outstanding borrowings under its 364-Day Facility at an interest rate of 1.29%. The Company had available borrowing capacity of $1.5 billion under its 364-Day Facility.

During the first quarter of 2015, the Company initiated a commercial paper program, which allows a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Company's Five-Year Facility. The maturities of the commercial paper notes vary, but may not exceed 397 days. The commercial paper notes are sold under customary terms in the commercial paper market and are issued either at a discounted price to their principal face value or will bear interest at varying interest rates on a fixed or floating basis. Such discounted price or interest amounts are dependent on market conditions and the ratings assigned to the commercial paper program by credit rating agencies at the time of issuance of the commercial paper notes. At March 31, 2015, the Company had $1.2 billion of commercial paper notes outstanding at a weighted-average interest rate of 0.67%. The Company classified the outstanding commercial paper notes as long-term debt on the Company's Consolidated Balance Sheet, as the Company currently intends to refinance these obligations at maturity with additional commercial paper notes supported by the Company's Five-Year Facility.

***WES Borrowings*** At March 31, 2015, WES was in compliance with all covenants contained in its five-year $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (RCF), which is expandable to $1.5 billion. At March 31, 2015, WES had outstanding borrowings under its RCF of $620 million at an interest rate of 1.48%, had outstanding letters of credit of $13 million, and had available borrowing capacity of $567 million.

**Interest Expense** The following summarizes interest expense:

| millions | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | **2015** | | 2014 | |
| Debt and other | $ | **254** | $ | 240 |
| Capitalized interest | | **(38)** | | (57) |
| Total interest expense | $ | **216** | $ | 183 |

14

STEINHOLT_0010594

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 9. Stockholders' Equity

The following provides a reconciliation between basic and diluted earnings per share attributable to common stockholders:

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| *millions except per-share amounts* | | 2015 | | 2014 |
| **Net income (loss)** | | | | |
| Net income (loss) attributable to common stockholders | $ | (3,268) | $ | (2,669) |
| Less distributions on participating securities | | 1 | | — |
| Basic | $ | (3,269) | $ | (2,669) |
| Diluted | $ | (3,269) | $ | (2,669) |
| **Shares** | | | | |
| Average number of common shares outstanding—basic | | 507 | | 504 |
| Average number of common shares outstanding—diluted | | 507 | | 504 |
| Excluded (1) | | 11 | | 11 |
| **Net income (loss) per common share** | | | | |
| Basic | $ | (6.45) | $ | (5.30) |
| Diluted | $ | (6.45) | $ | (5.30) |
| | | | | |
| Dividends per common share | $ | 0.27 | $ | 0.18 |

(1)  Inclusion of certain shares would have had an anti-dilutive effect.

## 10. Accumulated Other Comprehensive Income (Loss)

The following summarizes the after-tax changes in the balances of accumulated other comprehensive income (loss):

| *millions* | Interest-rate Derivatives Previously Subject to Hedge Accounting | | Pension and Other Postretirement Plans | | Total | |
|---|---|---|---|---|---|---|
| Balance at December 31, 2014 | $ | (48) | $ | (469) | $ | (517) |
| Reclassifications to Consolidated Statement of Income | | 1 | | 9 | | 10 |
| Balance at March 31, 2015 | $ | (47) | $ | (460) | $ | (507) |

15

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 11. Contingencies

**Litigation** The Company is a defendant in a number of lawsuits, is involved in governmental proceedings, and is subject to regulatory controls arising in the ordinary course of business, including, but not limited to, personal injury claims; property damage claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that the resolution of pending proceedings will not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

The following is a discussion of any material developments in previously reported contingencies and any other material matters that have arisen since the filing of the Company's Annual Report on Form 10-K for the year ended December 31, 2014.

**Tronox Litigation** On April 3, 2014, Anadarko and Kerr-McGee Corporation and certain of its subsidiaries entered into a settlement agreement to resolve all claims asserted by Tronox Incorporated (Tronox) and certain of its affiliates, including claims for actual and constructive fraudulent conveyance (Adversary Proceeding), for $5.15 billion. In addition, the Company agreed to pay interest on that amount from April 3, 2014, through the payment of the settlement. In January 2015, the Company paid $5.2 billion after the settlement agreement became effective. For additional disclosure of the Tronox Adversary Proceeding, see *Note 17—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* included in the Company's Annual Report on Form 10-K for the year ended December 31, 2014.

Anadarko recognized Tronox-related contingent losses of $850 million in the fourth quarter of 2013 and $4.3 billion in the first quarter of 2014. In addition, Anadarko recognized settlement-related interest expense, included in Tronox-related contingent loss in the Company's Consolidated Statement of Income, of $60 million during the year ended December 31, 2014, and $5 million during the three months ended March 31, 2015. For information on the tax effects of the settlement agreement, see *Note 12—Income Taxes*.

**Deepwater Horizon Events** In April 2010, the Macondo well in the Gulf of Mexico blew out and an explosion occurred on the *Deepwater Horizon* drilling rig, resulting in an oil spill. The well was operated by BP Exploration and Production Inc. (BP) and Anadarko held a 25% nonoperated interest. In October 2011, the Company and BP entered into a settlement agreement relating to the Deepwater Horizon events (Settlement Agreement). Pursuant to the Settlement Agreement, the Company is fully indemnified by BP against all claims and damages arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and assessment costs, and any claims arising under the Operating Agreement with BP. This indemnification is guaranteed by BP Corporation North America Inc. (BPCNA) and, in the event that the net worth of BPCNA declines below an agreed-upon amount, BP p.l.c. has agreed to become the sole guarantor. Under the Settlement Agreement, BP does not indemnify the Company against penalties and fines, punitive damages, shareholder derivative or securities laws claims, or certain other claims. The Company has not recorded a liability for any costs that are subject to indemnification by BP. For additional disclosure of the Deepwater Horizon events, the Company's Settlement Agreement with BP, environmental claims under OPA, NRD claims, potential penalties and fines, and civil litigation, see *Note 17—Contingencies—Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* included in the Company's Annual Report on Form 10-K for the year ended December 31, 2014.

***Penalties and Fines*** In December 2010, the U.S. Department of Justice (DOJ), on behalf of the United States, filed a civil lawsuit in the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana (Louisiana District Court) against several parties, including the Company, seeking an assessment of civil penalties under the Clean Water Act (CWA) in an amount to be determined by the Louisiana District Court. In February 2012, the Louisiana District Court entered a declaratory judgment that, as a partial owner of the Macondo well, Anadarko is liable for civil penalties under Section 311 of the CWA. The declaratory judgment, which was affirmed in June 2014 by the U.S. Court of Appeals for the Fifth Circuit (Fifth Circuit), addresses liability only, and does not address the amount of any civil penalty. In March 2015, Anadarko filed a petition for a writ of certiorari with the U.S. Supreme Court appealing the Fifth Circuit's decision.

16

STEINHOLT_0010596

Table of Contents

ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(Unaudited)

## 11. Contingencies (Continued)

Applicable accounting guidance requires the Company to accrue a liability if it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. The Louisiana District Court's declaratory judgment in February 2012 satisfies the requirement that a liability arising from the future assessment of a civil penalty against Anadarko is probable. In an effort to resolve this matter, the Company made a settlement offer to the DOJ in July 2014 of $90 million and recorded a contingent liability for this amount at June 30, 2014. The Company subsequently engaged in further discussions regarding settlement, but the parties have not been able to reach agreement on either the amount of, or the terms and conditions governing, a settlement. The Company's settlement offer of $90 million remains outstanding and the Company remains open to resolving the matter through settlement discussions. The Company believes that $90 million under a settlement scenario is a better estimate of loss at this time than any other amount. Based on the above accounting guidance, the Company's contingent liability for CWA penalties and fines remains $90 million at March 31, 2015. However, the Company may ultimately incur a liability related to CWA penalties in excess of the current accrued liability.

The actual amount of a CWA penalty is subject to uncertainty, including whether the Company will be able to reach a settlement with the DOJ or will await the Louisiana District Court's opinion. The CWA sets forth subjective criteria to be considered by the court in assessing the magnitude of any CWA penalty, including the degree of fault of the owner. For the Phase I and II trials (defined in *Civil Litigation Damage Claims* below) and again for the penalty phase trial in January 2015, the Louisiana District Court ruled that no evidence of Anadarko's alleged culpability or fault could be presented. In addition, in its Phase I Findings of Fact and Conclusions of Law (Phase I Findings and Conclusions), the Louisiana District Court did not allocate any fault to Anadarko. Given the subjective nature of the CWA criteria used to determine penalty assessments and the Louisiana District Court's prior rulings related to culpability and allocation of fault, the Company currently cannot reasonably estimate the amount of any such penalty to be assessed or determine a reasonable range of potential loss if the matter is resolved by the Louisiana District Court following trial. However, given the Company's lack of direct operational involvement in the event, the Louisiana District Court's rulings excluding any evidence of Anadarko's alleged culpability or fault, the Phase I Findings and Conclusions that did not allocate any fault to Anadarko, and the subjective criteria of the CWA, the Company believes that any CWA penalties assessed to it will not materially impact the Company's financial condition, results of operations, or cash flows.

Events or factors that could assist the Company in estimating the amount of settlement or potential civil penalty or a range of potential loss related to such penalty include (i) an assessment by the DOJ, (ii) a ruling by a court of competent jurisdiction, or (iii) substantive settlement negotiations between the Company and the DOJ.

As discussed below, numerous Deepwater Horizon event-related civil lawsuits have been filed against BP and other parties, including the Company. Certain state and local governments appealed, or provided indication of a likely appeal of, the Louisiana District Court's decision that only federal law, and not state law, applies to Deepwater Horizon event-related claims. If any appeal is successful, state and/or local laws and regulations could become sources of penalties or fines against the Company.

*Civil Litigation Damage Claims* Numerous Deepwater Horizon event-related civil lawsuits have been filed against BP and other parties, including the Company. This litigation has been consolidated into a federal Multidistrict Litigation (MDL) action pending before Judge Carl Barbier in the Louisiana District Court.

The first phase of the trial in the MDL (Phase I) commenced in February 2013. The issues tried in Phase I included the cause of the blowout and all related events leading up to April 22, 2010, the date the *Deepwater Horizon* sank, as well as allocation of fault. In September 2014, the Louisiana District Court issued its Phase I Findings and Conclusions. The Louisiana District Court found that BP and BP America Production Company (BPAP), Transocean Ltd. (Transocean), and Halliburton Energy Services, Inc. (Halliburton), but not Anadarko, are each liable under general maritime law for the blowout, explosion, and oil spill. The court determined that BP's and BPAP's conduct was reckless and that both Transocean's and Halliburton's conduct was negligent. The Louisiana District Court apportioned 67% of the fault to BP and BPAP, 30% to Transocean, and 3% to Halliburton. No fault was allocated to Anadarko. The plaintiffs and BP have appealed the Phase I Findings and Conclusions.

17

STEINHOLT_0010597

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 11. Contingencies (Continued)

The second phase of trial (Phase II) began in September 2013. The issues tried in Phase II included spill-source control and quantification of the spill for the period from April 20, 2010, until the well was capped. In January 2015, the Louisiana District Court issued its Phase II Findings of Fact and Conclusions of Law (Phase II Findings and Conclusions). The Louisiana District Court found that, for purposes of calculating the maximum possible civil penalty under the CWA, 3.19 million barrels of oil were discharged into the Gulf of Mexico. The United States has appealed the Phase II Findings and Conclusions.

The penalty phase of the trial began in January 2015. In March 2014, the Louisiana District Court ruled that no evidence of Anadarko's alleged culpability or fault could be presented during the penalty phase trial. The parties rested their case in February 2015, post-trial briefing concluded in April 2015, and the matter is pending before the Louisiana District Court. The trial included Anadarko, BP, and the United States, and will assess findings and penalties under the CWA.

***Remaining Liability Outlook*** It is possible that the Company may recognize additional Deepwater Horizon event-related liabilities for potential fines and penalties and certain other claims not covered by the indemnification provisions of the Settlement Agreement; however, the Company does not believe that any potential liability attributable to the foregoing items, individually or in the aggregate, will have a material impact on the Company's financial condition, results of operations, or cash flows. This assessment takes into account certain qualitative factors, including the subjective and fault-based nature of CWA penalties, the Company's indemnification by BP against certain damage claims as discussed above and BP's creditworthiness.

Although the Company is fully indemnified by BP against OPA damage claims, NRD claims and assessment costs, and certain other potential liabilities, the Company may be required to recognize a liability for these amounts in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. In all circumstances, however, the Company expects that any additional indemnified liability that may be recognized by the Company will be subsequently recovered from BP itself or through the guarantees of BPCNA or BP p.l.c.

The Company will continue to monitor the MDL and other legal proceedings discussed above, as well as federal investigations related to the Deepwater Horizon events. The Company cannot predict the nature of additional evidence that may be discovered during the course of legal proceedings or the timing of completion of any legal proceedings.

**Environmental Matters** Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. The Company continually monitors remediation and reclamation processes and adjusts its liability for these obligations as necessary.

18

STEINHOLT_0010598

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 12. Income Taxes

The following summarizes income tax expense (benefit) and effective tax rates:

| | Three Months Ended March 31, | |
|---|---|---|
| *millions except percentages* | **2015** | 2014 |
| Income tax expense (benefit) | $ **(1,392)** | $ 664 |
| Effective tax rate | **30%** | (34)% |

The Company reported a loss before income taxes for the three months ended March 31, 2015 and 2014. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect.

The decrease from the 35% U.S. federal statutory rate for the three months ended March 31, 2015, was primarily attributable to net changes in uncertain tax positions, Algerian exceptional profits taxes, and the tax impact from foreign operations. The decrease from the 35% U.S. federal statutory rate for the three months ended March 31, 2014, was primarily attributable to net changes in uncertain tax positions related to the settlement agreement associated with the Tronox Adversary Proceeding, Algerian exceptional profits taxes, and the tax impact from foreign operations.

At March 31, 2015, the Company had recorded a $577 million tax benefit related to the Tronox settlement. This benefit was net of a $1.3 billion uncertain tax position due to the uncertainty related to the deductibility of the settlement payment. At March 31, 2015, $561 million of this net benefit was presented in other assets and the remainder was presented in deferred income taxes on the Company's Consolidated Balance Sheet. The Company is a participant in the U.S. Internal Revenue Service's (IRS) Compliance Assurance Process and has regular discussions with the IRS concerning the Company's tax positions. Depending on the outcome of such discussions, it is reasonably possible that the amount of the uncertain tax position related to the settlement could change, perhaps materially. See *Note 11—Contingencies—Tronox Litigation*.

At March 31, 2015, accrued expenses on the Company's Consolidated Balance Sheet included $388 million of accrued income taxes.

## 13. Supplemental Cash Flow Information

For the three months ended March 31, 2015, other items—net in the Company's Consolidated Statements of Cash Flows includes a $561 million current tax benefit associated with the Tronox settlement. The following summarizes cash paid (received) for interest and income taxes, as well as non-cash investing and financing activities:

| | Three Months Ended March 31, | |
|---|---|---|
| *millions* | **2015** | 2014 |
| Cash paid (received) | | |
| Interest, net of amounts capitalized (1) | $ **1,532** | $ 265 |
| Income taxes, net of refunds | **(5)** | 598 |
| Non-cash investing activities | | |
| Fair value of properties and equipment from non-cash transactions | $ **54** | $ — |
| Asset retirement cost additions | **63** | 47 |
| Accruals of property, plant, and equipment | **1,061** | 1,544 |
| Net liabilities assumed (divested) in acquisitions and divestitures | **19** | (25) |
| Non-cash investing and financing activities | | |
| Floating production, storage, and offloading vessel construction period obligation | $ **18** | $ 34 |

(1) Includes $1.2 billion of interest related to the Tronox settlement payment in 2015.

19

STEINHOLT_0010599

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 14. Segment Information

Anadarko's business segments are separately managed due to distinct operational differences and unique technology, distribution, and marketing requirements. The Company's three reporting segments are oil and gas exploration and production, midstream, and marketing. The oil and gas exploration and production segment explores for and produces natural gas, oil, condensate, and NGLs, and plans for the development and operation of the Company's LNG project in Mozambique. The midstream segment engages in gathering, processing, treating, and transporting Anadarko and third-party oil, natural-gas, and NGLs production. The midstream reporting segment consists of two operating segments, WES and other midstream, which are aggregated into one reporting segment due to similar financial and operating characteristics. The marketing segment sells much of Anadarko's oil, natural-gas, and NGLs production, as well as third-party purchased volumes.

To assess the performance of Anadarko's operating segments, the chief operating decision maker analyzes Adjusted EBITDAX. The Company defines Adjusted EBITDAX as income (loss) before income taxes; exploration expense; depreciation, depletion, and amortization (DD&A); impairments; interest expense; total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives; and certain items not related to the Company's normal operations, less net income attributable to noncontrolling interests. During the periods presented, items not related to the Company's normal operations included Deepwater Horizon settlement and related costs, Tronox-related contingent loss, and certain other nonoperating items included in other (income) expense, net. The Company's definition of Adjusted EBITDAX excludes exploration expense as it is not an indicator of operating efficiency for a given reporting period. However, exploration expense is monitored by management as part of costs incurred in exploration and development activities. Similarly, DD&A and impairments are excluded from Adjusted EBITDAX as a measure of segment operating performance because capital expenditures are evaluated at the time capital costs are incurred. Adjusted EBITDAX also excludes interest expense to allow for assessment of segment operating results without regard to Anadarko's financing methods or capital structure. Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives are excluded from Adjusted EBITDAX because these (gains) losses are not considered a measure of asset operating performance. Finally, net income attributable to noncontrolling interests is excluded from the Company's measure of Adjusted EBITDAX because it represents earnings that are not attributable to the Company's common stockholders.

Management believes that the presentation of Adjusted EBITDAX provides information useful in assessing the Company's financial condition and results of operations and that Adjusted EBITDAX is a widely accepted financial indicator of a company's ability to incur and service debt, fund capital expenditures, and make distributions to stockholders. Adjusted EBITDAX as defined by Anadarko may not be comparable to similarly titled measures used by other companies and should be considered in conjunction with net income (loss) attributable to common stockholders and other performance measures, such as operating income or cash flows from operating activities. Below is a reconciliation of consolidated Adjusted EBITDAX to income (loss) before income taxes:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| millions | 2015 | 2014 |
| Income (loss) before income taxes | $ (4,628) | $ (1,962) |
| Exploration expense | 1,083 | 299 |
| DD&A | 1,256 | 1,124 |
| Impairments | 2,783 | 3 |
| Interest expense | 216 | 183 |
| Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives | 243 | 363 |
| Deepwater Horizon settlement and related costs | 4 | — |
| Tronox-related contingent loss | 5 | 4,300 |
| Certain other nonoperating items | 22 | — |
| Less net income attributable to noncontrolling interests | 32 | 43 |
| Consolidated Adjusted EBITDAX | $ 952 | $ 4,267 |

20

STEINHOLT_0010600

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 14. Segment Information (Continued)

Information presented below as "Other and Intersegment Eliminations" includes corporate costs, results from hard-minerals royalties, and net cash from settlement of commodity derivatives. The following summarizes selected financial information for Anadarko's reporting segments:

| millions | Oil and Gas Exploration & Production | | Midstream | | Marketing | | Other and Intersegment Eliminations | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Three Months Ended March 31, 2015** | | | | | | | | | | |
| Sales revenues | $ | 1,070 | $ | 174 | $ | 1,341 | $ | — | $ | 2,585 |
| Intersegment revenues | | 1,117 | | 302 | | (1,191) | | (228) | | — |
| Gains (losses) on divestitures and other, net | | (338) | | — | | — | | 74 | | (264) |
| Total revenues and other | | 1,849 | | 476 | | 150 | | (154) | | 2,321 |
| Operating costs and expenses [1] | | 1,002 | | 240 | | 198 | | (37) | | 1,403 |
| Net cash from settlement of commodity derivatives | | — | | — | | — | | (90) | | (90) |
| Other (income) expense, net [2] | | — | | — | | — | | 25 | | 25 |
| Net income attributable to noncontrolling interests | | — | | 32 | | — | | — | | 32 |
| Total expenses and other | | 1,002 | | 272 | | 198 | | (102) | | 1,370 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | — | | — | | 1 | | — | | 1 |
| Adjusted EBITDAX | $ | 847 | $ | 204 | $ | (47) | $ | (52) | $ | 952 |
| | | | | | | | | | | |
| **Three Months Ended March 31, 2014** | | | | | | | | | | |
| Sales revenues | $ | 2,389 | $ | 120 | $ | 1,829 | $ | — | $ | 4,338 |
| Intersegment revenues | | 1,553 | | 320 | | (1,689) | | (184) | | — |
| Gains (losses) on divestitures and other, net | | 1,460 | | (2) | | — | | 48 | | 1,506 |
| Total revenues and other | | 5,402 | | 438 | | 140 | | (136) | | 5,844 |
| Operating costs and expenses [1] | | 1,012 | | 232 | | 181 | | 18 | | 1,443 |
| Net cash from settlement of commodity derivatives | | — | | — | | — | | 92 | | 92 |
| Other (income) expense, net | | — | | — | | — | | 1 | | 1 |
| Net income attributable to noncontrolling interests | | — | | 43 | | — | | — | | 43 |
| Total expenses and other | | 1,012 | | 275 | | 181 | | 111 | | 1,579 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | — | | — | | 2 | | — | | 2 |
| Adjusted EBITDAX | $ | 4,390 | $ | 163 | $ | (39) | $ | (247) | $ | 4,267 |

[1]  Operating costs and expenses excludes exploration expense, DD&A, impairments, and Deepwater Horizon settlement and related costs since these expenses are excluded from Adjusted EBITDAX.

[2]  Other (income) expense, net excludes certain other nonoperating items since these items are excluded from Adjusted EBITDAX.

21

STEINHOLT_0010601

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 15. Pension Plans and Other Postretirement Benefits

The Company has contributory and non-contributory defined-benefit pension plans, which include both qualified and supplemental plans. The Company also provides certain health care and life insurance benefits for certain retired employees. Retiree health care benefits are funded by contributions from the retiree, and in certain circumstances, contributions from the Company. The Company's retiree life insurance plan is noncontributory. The following summarizes the Company's pension and other postretirement benefit cost:

| millions | Pension Benefits | | Other Benefits | |
|---|---|---|---|---|
| | **2015** | 2014 | **2015** | 2014 |
| **Three Months Ended March 31** | | | | |
| Service cost | $ 30 | $ 25 | $ 3 | $ 2 |
| Interest cost | 25 | 25 | 4 | 4 |
| Expected return on plan assets | (27) | (27) | — | — |
| Amortization of net actuarial loss (gain) | 13 | 9 | — | (2) |
| Net periodic benefit cost | $ 41 | $ 32 | $ 7 | $ 4 |

22

STEINHOLT_0010602

**Table of Contents**

## Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations

*Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. The Company has made in this report, and may from time to time make in other public filings, press releases, and management discussions, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, concerning the Company's operations, economic performance, and financial condition. These forward-looking statements include, among other things, information concerning future production and reserves, schedules, plans, timing of development, contributions from oil and gas properties, marketing and midstream activities, and also include those statements preceded by, followed by, or that otherwise include the words "may," "could," "believes," "expects," "anticipates," "intends," "estimates," "projects," "target," "goal," "plans," "objective," "should," "would," "will," "potential," "continue," "forecast," "future," "likely," "outlook," or similar expressions or variations on such expressions. For such statements, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will be realized. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements whether as a result of new information, future events, or otherwise.*

*These forward-looking statements involve risk and uncertainties. Important factors that could cause actual results to differ materially from the Company's expectations include, but are not limited to, the following risks and uncertainties:*

- *the Company's assumptions about energy markets*
- *production and sales volume levels*
- *reserves levels*
- *operating results*
- *competitive conditions*
- *technology*
- *availability of capital resources, levels of capital expenditures, and other contractual obligations*
- *supply and demand for, the price of, and the commercialization and transporting of natural gas, oil, natural gas liquids (NGLs), and other products or services*
- *volatility in the commodity-futures market*
- *weather*
- *inflation*
- *availability of goods and services, including unexpected changes in costs*
- *drilling risks*
- *processing volumes and pipeline throughput*
- *general economic conditions nationally, internationally, or in the jurisdictions in which the Company or its subsidiaries are, or in the future may be, doing business*
- *the Company's inability to timely obtain or maintain permits or other governmental approvals, including those necessary for drilling and/or development projects*
- *legislative or regulatory changes, including changes relating to hydraulic fracturing; retroactive royalty or production tax regimes; deepwater drilling and permitting regulations; derivatives reform; changes in state, federal, and foreign income taxes; environmental regulation; environmental risks; and liability under federal, state, foreign, and local environmental laws and regulations*

23

STEINHOLT_0010603

Table of Contents

- *the ability of BP Exploration & Production Inc. (BP) to meet its indemnification obligations to the Company for Deepwater Horizon events, including, among other things, damage claims arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and associated damage-assessment costs, and any claims arising under the Operating Agreement (OA) for the Macondo well, as well as the ability of BP Corporation North America Inc. (BPCNA) and BP p.l.c. to satisfy their guarantees of such indemnification obligations*

- *the impact of remaining claims related to the Deepwater Horizon events, including, but not limited to, fines, penalties, and punitive damages against the Company, for which it is not indemnified by BP*

- *civil or political unrest or acts of terrorism in a region or country*

- *the creditworthiness and performance of the Company's counterparties, including financial institutions, operating partners, and other parties*

- *volatility in the securities, capital, or credit markets and related risks such as general credit, liquidity, and interest-rate risk*

- *the Company's ability to successfully monetize select assets, repay its debt, and the impact of changes in the Company's credit ratings*

- *disruptions in international oil, NGLs, and condensate cargo shipping activities*

- *physical, digital, internal, and external security breaches*

- *supply and demand, technological, political, governmental, and commercial conditions associated with long-term development and production projects in domestic and international locations*

- *other factors discussed below and elsewhere in "Risk Factors" and in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Estimates" included in the Company's 2014 Annual Report on Form 10-K, this Form 10-Q, and in the Company's other public filings, press releases, and discussions with Company management*

The following discussion should be read together with the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements*, which are included in this report in Part I, Item 1; the information set forth in *Risk Factors* under Part II, Item 1A; the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements*, which are included in Part II, Item 8 of the 2014 Annual Report on Form 10-K; and the information set forth in the *Risk Factors* under Part I, Item 1A of the 2014 Annual Report on Form 10-K.

## OVERVIEW

Anadarko is among the world's largest independent exploration and production companies. Anadarko is engaged in the exploration, development, production, and marketing of natural gas, oil, condensate, NGLs, and anticipated production of liquefied natural gas. The Company also engages in the gathering, processing, treating, and transporting of natural gas, oil, and NGLs. The Company has production and exploration activities worldwide, including activities in the United States, Mozambique, Algeria, Ghana, Brazil, Colombia, Côte d'Ivoire, Kenya, New Zealand, and other countries.

24

STEINHOLT_0010604

Table of Contents

Significant operating and financial activities for the first quarter of 2015 include the following:

## Overall

- Anadarko's first-quarter sales volumes averaged 934 thousand barrels of oil equivalent per day (MBOE/d), representing a 14% increase over the first quarter of 2014.

- Anadarko's first-quarter liquids sales volumes averaged 478 thousand barrels per day (MBbls/d), representing a 29% increase over the first quarter of 2014, primarily due to increased sales volumes from the Wattenberg field and the Eagleford shale, and the timing of cargo liftings in Algeria and Ghana.

- The Company paid $5.2 billion related to a settlement agreement to resolve all claims asserted in the Tronox Adversary Proceeding. See *Note 11—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

- The Company's overall sales product mix increased to 51% liquids in the first quarter of 2015 compared to 45% in the first quarter of 2014.

## U.S. Onshore

- U.S. onshore first-quarter sales volumes averaged 740 MBOE/d, representing a 17% increase over the first quarter of 2014, primarily due to increased sales volumes from the Wattenberg field and the Eagleford shale.

- The Company sold certain U.S. onshore oil and gas assets in the Rocky Mountains Region (Rockies) for $703 million in April 2015, recognizing a loss of $340 million in the first quarter of 2015.

## Gulf of Mexico

- Gulf of Mexico first-quarter sales volumes averaged 89 MBOE/d, representing a 9% decrease from the first quarter of 2014, primarily due to natural-gas production declines at Independence Hub.

- Anadarko's Lucius development project in the deepwater Gulf of Mexico achieved first oil in January 2015.

- The Company participated in the successful drilling of the Yeti exploration well (37.5% working interest) in Walker Ridge Block 160 and the well was successfully sidetracked to test the down-dip limits of the field.

## International

- International first-quarter sales volumes averaged 105 MBOE/d, representing a 16% increase from the first quarter of 2014, primarily due to the timing of cargo liftings in Algeria and Ghana.

## Financial

- Anadarko's net loss attributable to common stockholders for the first quarter of 2015 totaled $3.3 billion, which included $3.7 billion of pretax expenses for proved and unproved property impairments related to the Company's Greater Natural Buttes properties in the Rockies.

- The Company's net cash used in operating activities was $4.5 billion, which included the $5.2 billion Tronox settlement payment. The Company ended the quarter with $2.3 billion of cash on hand.

- The Company initiated a commercial paper program, which allows a maximum of $3.0 billion of unsecured commercial paper notes. The Company had $1.2 billion of borrowings outstanding under this program at March 31, 2015.

- The Company replaced its $5.0 billion senior secured revolving credit facility with a $3.0 billion five-year senior unsecured revolving credit facility (Five-Year Facility), which is expandable to $4.0 billion, and a $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility). The Company had $500 million of borrowings outstanding under the 364-Day Facility and no borrowings under the Five-Year Facility at March 31, 2015.

STEINHOLT_0010605

Table of Contents

The following discussion pertains to Anadarko's results of operations, financial condition, and changes in financial condition. Any increases or decreases "for the three months ended March 31, 2015," refer to the comparison of the three months ended March 31, 2015, to the three months ended March 31, 2014. The primary factors that affect the Company's results of operations include commodity prices for natural gas, oil, and NGLs; sales volumes; the Company's ability to discover additional oil and natural-gas reserves; the cost of finding such reserves; and operating costs.

## RESULTS OF OPERATIONS

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| millions except per-share amounts | | 2015 | | 2014 |
| **Financial Results** | | | | |
| Revenues and other | $ | 2,321 | $ | 5,844 |
| Costs and expenses | | 6,529 | | 2,869 |
| Other (income) expense | | 420 | | 4,937 |
| Income tax expense (benefit) | | (1,392) | | 664 |
| Net income (loss) attributable to common stockholders | $ | (3,268) | $ | (2,669) |
| Net income (loss) per common share attributable to common stockholders—diluted | $ | (6.45) | $ | (5.30) |
| Average number of common shares outstanding—diluted | | 507 | | 504 |
| | | | | |
| **Operating Results** | | | | |
| Adjusted EBITDAX (1) | $ | 952 | $ | 4,267 |
| Sales volumes (MMBOE) | | 84 | | 74 |

MMBOE—million barrels of oil equivalent

(1) See *Operating Results—Segment Analysis—Adjusted EBITDAX* for a description of Adjusted EBITDAX, which is not a U.S. Generally Accepted Accounting Principles (GAAP) measure, and for a reconciliation of Adjusted EBITDAX to income (loss) before income taxes, which is presented in accordance with GAAP.

26

STEINHOLT_0010606

**FINANCIAL RESULTS**

*Sales Revenues and Volumes*

| millions except percentages | Three Months Ended March 31, | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Natural Gas | | Oil and Condensate | | NGLs | | Total | |
| 2014 sales revenues | $ | 1,217 | $ | 2,424 | $ | 386 | $ | 4,027 |
| Changes associated with sales volumes | | 19 | | 568 | | 173 | | 760 |
| Changes associated with prices | | (595) | | (1,573) | | (327) | | (2,495) |
| 2015 sales revenues | $ | 641 | $ | 1,419 | $ | 232 | $ | 2,292 |
| Increase (decrease) vs. 2014 | | (47)% | | (41)% | | (40)% | | (43)% |

Anadarko's sales revenues decreased for the three months ended March 31, 2015, due to lower average commodity prices, partially offset by higher sales volumes for all commodities.

| Sales Volumes | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| **Barrels of Oil Equivalent (MMBOE except percentages)** | | | |
| United States | 75 | 14% | 66 |
| International | 9 | 16 | 8 |
| Total barrels of oil equivalent | 84 | 14 | 74 |
| | | | |
| **Barrels of Oil Equivalent per Day (MBOE/d except percentages)** | | | |
| United States | 829 | 14% | 729 |
| International | 105 | 16 | 90 |
| Total barrels of oil equivalent per day | 934 | 14 | 819 |

Sales volumes represent actual production volumes adjusted for changes in commodity inventories and natural-gas production volumes provided to satisfy a commitment established in conjunction with a development plan. Anadarko employs marketing strategies to minimize market-related shut-ins, maximize realized prices, and manage credit-risk exposure. For additional information, see *Note 7— Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q and *Other (Income) Expense—(Gains) Losses on Derivatives, net.*

27

STEINHOLT_0010607

Table of Contents

*Natural-Gas Sales Volumes, Average Prices, and Revenues*

|  | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
|  | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| **United States** | | | |
| Sales volumes—Bcf | 246 | 2 % | 243 |
| MMcf/d | 2,738 | 2 | 2,697 |
| Price per Mcf | $ 2.60 | (48) | $ 5.01 |
| Natural-gas sales revenues (millions) | $ 641 | (47) | $ 1,217 |

Bcf—billion cubic feet
MMcf/d—million cubic feet per day
Mcf—thousand cubic feet

The Company's natural-gas sales volumes increased by 41 MMcf/d for the three months ended March 31, 2015.

- Sales volumes in the Southern and Appalachia Region increased by 63 MMcf/d primarily as a result of continued horizontal drilling in the Eagleford shale.

- Sales volumes in the Rockies increased by 32 MMcf/d due to higher sales volumes in the Wattenberg field as a result of continued horizontal drilling. This increase was partially offset by the natural production declines at Greater Natural Buttes and the Powder River basin and the sale of the Company's Pinedale/Jonah assets in January 2014.

- Sales volumes in the Gulf of Mexico decreased by 54 MMcf/d primarily due to natural production declines at Independence Hub.

The average natural-gas price Anadarko received decreased for the three months ended March 31, 2015, primarily due to lower weather-driven residential and commercial demand year over year and strong production growth in the northeast United States.

28

STEINHOLT_0010608

Table of Contents

*Oil and Condensate Sales Volumes, Average Prices, and Revenues*

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| **United States** | | | | |
| Sales volumes—MMBbls | | 22 | 31 % | 16 |
| MBbls/d | | 237 | 31 | 180 |
| Price per barrel | $ | 44.19 | (53) | $ 94.84 |
| **International** | | | | |
| Sales volumes—MMBbls | | 8 | 9 % | 8 |
| MBbls/d | | 98 | 9 | 90 |
| Price per barrel | $ | 54.15 | (50) | $ 108.41 |
| **Total** | | | | |
| Sales volumes—MMBbls | | 30 | 23 % | 24 |
| MBbls/d | | 335 | 23 | 270 |
| Price per barrel | $ | 47.12 | (53) | $ 99.37 |
| Oil and condensate sales revenues (millions) | $ | 1,419 | (41) | $ 2,424 |

MMBbls—million barrels

Anadarko's oil and condensate sales volumes increased by 65 MBbls/d for the three months ended March 31, 2015.

- Sales volumes in the Rockies increased by 42 MBbls/d primarily in the Wattenberg field due to continued horizontal drilling.

- Southern and Appalachia Region sales volumes increased by 15 MBbls/d primarily as a result of continued horizontal drilling in the Eagleford shale.

- International sales volumes increased by 8 MBbls/d due to higher sales volumes in Ghana and Algeria due to the timing of cargo liftings, partially offset by lower sales volumes due to the sale of the Company's Chinese subsidiary in August 2014.

- Sales volumes in the Gulf of Mexico were relatively flat as sales volumes from the Lucius development, which achieved first oil in January 2015, were offset by natural production declines primarily at Marco Polo.

Anadarko's average oil price received decreased for the three months ended March 31, 2015, as a result of global oversupply and reduced oil demand.

29

STEINHOLT_0010609

*Natural-Gas Liquids Sales Volumes, Average Prices, and Revenues*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| | 2015 | Inc/ (Dec) vs. 2014 | 2014 |
| **United States** | | | |
| Sales volumes—MMBbls | 12 | 38 % | 9 |
| MBbls/d | 136 | 38 | 99 |
| Price per barrel | $ 17.29 | (60) | $43.35 |
| **International** | | | |
| Sales volumes—MMBbls | 1 | NM | — |
| MBbls/d | 7 | NM | — |
| Price per barrel | $ 32.75 | NM | $ — |
| **Total** | | | |
| Sales volumes—MMBbls | 13 | 45 % | 9 |
| MBbls/d | 143 | 45 | 99 |
| Price per barrel | $ 18.00 | (58) | $43.35 |
| Natural-gas liquids sales revenues (millions) | 232 | (40) | $ 386 |

NM—not meaningful

NGLs sales represent revenues from the sale of product derived from the processing of Anadarko's natural-gas production. The Company's NGLs sales volumes increased by 44 MBbls/d for the three months ended March 31, 2015.

- Sales volumes in the Rockies increased by 30 MBbls/d primarily in the Wattenberg field due to continued horizontal drilling and the Lancaster plant coming online in April 2014.

- Sales volumes in the Southern and Appalachia Region increased by 7 MBbls/d as a result of continued horizontal drilling in the Eagleford shale.

- International NGLs sales volumes commenced in the second quarter of 2014 from the Company's El Merk facility in Algeria, resulting in sales volumes of 7 MBbls/d for the three months ended March 31, 2015.

Anadarko's average NGLs price received decreased for the three months ended March 31, 2015, primarily due to decreased propane prices as a result of lower seasonal demand, higher NGLs production levels, and related declines in oil prices.

*Gathering, Processing, and Marketing*

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| *millions except percentages* | 2015 | Inc/(Dec) vs. 2014 | 2014 | |
| Gathering, processing, and marketing sales | $ 293 | (6)% | $ | 311 |
| Gathering, processing, and marketing expense | 254 | 1 | | 252 |
| Total gathering, processing, and marketing, net | $ 39 | (34) | $ | 59 |

Gathering and processing sales includes revenue from the sale of NGLs and remaining residue gas extracted from natural gas purchased from third parties and processed by Anadarko, as well as fee revenue earned by providing gathering, processing, compression, and treating services to third parties. Marketing sales include the margin earned from purchasing and selling third-party oil and natural gas. Gathering, processing, and marketing expense includes the cost of third-party natural gas purchased and processed by Anadarko, as well as other operating and transportation expenses related to the Company's costs to perform gathering, processing, and marketing activities.

STEINHOLT_0010610

30

STEINHOLT_0010611

Table of Contents

Gathering, processing, and marketing, net decreased by $20 million for the three months ended March 31, 2015, primarily resulting from lower processing revenue and lower marketing margins primarily due to decreased natural-gas and NGLs prices, partially offset by higher gathering revenue associated with increased volumes and by lower cost to purchase NGLs.

### *Gains (Losses) on Divestitures and Other, net*

During the three months ended March 31, 2015, the Company recognized a loss of $340 million on assets held for sale. The loss was associated with the divestiture of certain U.S. onshore oil and gas assets in the Rockies, which closed in April 2015 for sales proceeds of $703 million. During the three months ended March 31, 2014, the Company recognized a $1.5 billion gain associated with its divestiture of a 10% working interest in Offshore Area 1 in Mozambique for sales proceeds of $2.64 billion.

### *Costs and Expenses*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| Oil and gas operating (millions) | $ 296 | (5)% | $ 313 |
| Oil and gas operating—per BOE | 3.52 | (17) | 4.24 |
| Oil and gas transportation and other (millions) | 361 | 36 | 266 |
| Oil and gas transportation and other—per BOE | 4.29 | 19 | 3.60 |

BOE—barrel of oil equivalent

For the three months ended March 31, 2015, oil and gas operating expense decreased by $17 million primarily due to lower workover costs in the Gulf of Mexico and the August 2014 sale of the Company's Chinese subsidiary, partially offset by higher costs associated with increased sales volumes in Ghana and Algeria. The related per BOE costs decreased by $0.72 primarily due to the lower costs and asset sale discussed above and increased sales volumes.

Oil and gas transportation and other expense increased by $95 million for the three months ended March 31, 2015, due to a $50 million expense for the early termination of a drilling rig and higher gas-gathering and transportation costs primarily attributable to higher volumes related to the growth in the Rockies. Oil and gas transportation and other expense per BOE increased by $0.69, including $0.59 related to the early termination of the drilling rig, as higher costs were only partially offset by increased sales volumes.

| | Three Months Ended March 31, | | |
|---|---|---|---|
| millions | 2015 | | 2014 |
| **Exploration Expense** | | | |
| Dry hole expense | $ 29 | $ | 121 |
| Impairments of unproved properties | 980 | | 77 |
| Geological and geophysical expense | 22 | | 43 |
| Exploration overhead and other | 52 | | 58 |
| Total exploration expense | $ 1,083 | $ | 299 |

For the three months ended March 31, 2015, exploration expense increased by $784 million. Impairments of unproved properties increased by $903 million primarily due to a $935 million impairment in 2015 related to the Company's unproved Greater Natural Buttes properties as a result of lower commodity prices. This increase was partially offset by a $50 million impairment in 2014 due to the Company's decision not to pursue further drilling in Sierra Leone. Dry hole expense decreased by $92 million primarily due to unsuccessful drilling activities expensed in 2014 associated with wells in New Zealand and the Gulf of Mexico, compared to unsuccessful drilling activities expensed in 2015 associated with wells in Mozambique. Geological and geophysical expense decreased by $21 million due to lower seismic purchases in Côte d'Ivoire.

31

STEINHOLT_0010612

| millions except percentages | | Three Months Ended March 31, | | |
| | | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| --- | --- | --- | --- | --- |
| General and administrative | $ | 310 | 4 % | $ 298 |
| Depreciation, depletion, and amortization | | 1,256 | 12 | 1,124 |
| Other taxes | | 182 | (42) | 314 |
| Impairments | | 2,783 | NM | 3 |

For the three months ended March 31, 2015, general and administrative expense increased by $12 million primarily due to higher employee-related expenses as a result of increased headcount.

Depreciation, depletion, and amortization (DD&A) expense increased by $132 million for the three months ended March 31, 2015, primarily due to higher sales volumes in 2015 and increased costs associated with additional gathering and processing facilities.

For the three months ended March 31, 2015, other taxes decreased by $132 million primarily due to lower U.S. severance taxes of $59 million, lower Algerian exceptional profits taxes of $33 million, and lower ad valorem taxes of $20 million. These decreases were primarily caused by lower commodity prices. Also, Chinese windfall profits taxes decreased by $19 million for the three months ended March 31, 2015, as a result of the sale of the Company's Chinese subsidiary in August 2014.

Impairment expense for the three months ended March 31, 2015, included $2.3 billion related to the Company's Greater Natural Buttes oil and gas properties and $445 million for related midstream properties, which were impaired due to lower commodity prices.

| millions | | Three Months Ended March 31, | |
| | | 2015 | 2014 |
| --- | --- | --- | --- |
| Deepwater Horizon settlement and related costs | $ | 4 | $ — |

Deepwater Horizon settlement and related costs for the three months ended March 31, 2015, included legal fees and other costs associated with the Deepwater Horizon event-related claims. For additional information, see *Note 11—Contingencies—Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

### Other (Income) Expense

| millions except percentages | | Three Months Ended March 31, | |
| | | 2015 | 2014 |
| --- | --- | --- | --- |
| **Interest Expense** | | | |
| Debt and other | $ | 254 | $ 240 |
| Capitalized interest | | (38) | (57) |
| Total interest expense | $ | 216 | $ 183 |

Interest expense increased by $33 million for the three months ended March 31, 2015, primarily due to a decrease of $19 million in capitalized interest related to lower construction-in-progress balances for long-term capital projects and an increase of $7 million in interest expense due to higher debt outstanding during the three months ended March 31, 2015.

32

STEINHOLT_0010613

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| millions | | 2015 | | 2014 |
| **(Gains) Losses on Derivatives, net** | | | | |
| (Gains) losses on commodity derivatives, net | $ | (53) | $ | 215 |
| (Gains) losses on interest-rate derivatives, net | | 205 | | 238 |
| Total (gains) losses on derivatives, net | $ | 152 | $ | 453 |

(Gains) losses on derivatives, net represents the changes in fair value of the Company's derivative instruments as a result of changes in commodity prices and interest rates. Anadarko enters into commodity derivatives to manage the risk of changes in the market prices for its anticipated sales of production. Anadarko also enters into interest-rate swaps to fix or float interest rates on existing or anticipated indebtedness to manage exposure to interest-rate changes. For additional information, see *Note 7—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| millions | | 2015 | | 2014 |
| **Other (Income) Expense, net** | | | | |
| Interest income | $ | (5) | $ | (3) |
| Other | | 52 | | 4 |
| Total other (income) expense, net | $ | 47 | $ | 1 |

Other expense increased by $46 million for the three months ended March 31, 2015. Changes in foreign currency gains/losses of $29 million reflected the impact of exchange-rate changes primarily applicable to foreign currency held in escrow pending final determination of the Company's Brazilian tax liability attributable to the 2008 divestiture of the Peregrino field offshore Brazil. Also, as a result of a Chapter 11 bankruptcy declaration by a third party, the U.S. Department of the Interior ordered Anadarko to perform the decommissioning of a production facility and related wells, previously sold to the third party. The Company accrued the costs to decommission the facility and the wells in prior years. During the three months ended March 31, 2015, the Company recognized a charge of $22 million for the decommissioning of an additional well. Anadarko completed the decommissioning of the facility in 2014 and expects to complete the decommissioning of the wells in 2016.

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| millions | | 2015 | | 2014 |
| Tronox-related contingent loss | $ | 5 | $ | 4,300 |

In April 2014, Anadarko and Kerr-McGee Corporation and certain of its subsidiaries (collectively, Kerr-McGee) entered into a settlement agreement for $5.15 billion, plus interest, resolving all claims asserted in the Tronox Adversary Proceeding. Anadarko recognized Tronox-related contingent losses of $4.3 billion during the three months ended March 31, 2014, and $850 million in 2013. During the three months ended March 31, 2015, Anadarko recognized settlement-related interest expense of $5 million. In January 2015, the Company paid $5.2 billion after the settlement agreement became effective. See *Note 11—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

STEINHOLT_0010614

Table of Contents

### Income Tax Expense

| | Three Months Ended March 31, | |
|---|---|---|
| millions except percentages | 2015 | 2014 |
| Income tax expense (benefit) | $ (1,392) | $ 664 |
| Effective tax rate | 30% | (34)% |

The Company reported a loss before income taxes for the three months ended March 31, 2015 and 2014. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect.

The decrease from the 35% U.S. federal statutory rate for the three months ended March 31, 2015, was primarily attributable to net changes in uncertain tax positions, Algerian exceptional profit taxes, and the tax impact from foreign operations. The decrease from the 35% U.S. federal statutory rate for the three months ended March 31, 2014, was primarily attributable to net changes in uncertain tax positions related to the settlement agreement associated with the Tronox Adversary Proceeding, Algerian exceptional profits taxes, and the tax impact from foreign operations.

For additional information on income taxes, see *Note 12—Income Taxes* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

### Net Income Attributable to Noncontrolling Interests

The Company's net income attributable to noncontrolling interests for the three months ended March 31, 2015 and 2014, related to public ownership interests in Western Gas Partners, LP (WES) and Western Gas Equity Partners, LP (WGP). Public ownership in WES consisted of a 55.1% limited partnership interest at March 31, 2015, and 56.4% at March 31, 2014. Public ownership in WGP consisted of an 11.7% limited partnership interest at March 31, 2015, and 9.0% at March 31, 2014. See *Note 6—Noncontrolling Interests* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

34

STEINHOLT_0010615

Table of Contents

## OPERATING RESULTS

**Segment Analysis—Adjusted EBITDAX** To assess the performance of Anadarko's operating segments, the chief operating decision maker analyzes Adjusted EBITDAX. The Company defines Adjusted EBITDAX as income (loss) before income taxes; exploration expense; DD&A; impairments; interest expense; total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives; and certain items not related to the Company's normal operations, less net income attributable to noncontrolling interests. During the periods presented, items not related to the Company's normal operations included Deepwater Horizon settlement and related costs, Tronox-related contingent loss, and certain other nonoperating items included in other (income) expense, net. The Company's definition of Adjusted EBITDAX, which is not a GAAP measure, excludes exploration expense, as it is not an indicator of operating efficiency for a given reporting period. However, exploration expense is monitored by management as part of costs incurred in exploration and development activities. Similarly, DD&A and impairments are excluded from Adjusted EBITDAX as a measure of segment operating performance because capital expenditures are evaluated at the time capital costs are incurred. Adjusted EBITDAX also excludes interest expense to allow for assessment of segment operating results without regard to Anadarko's financing methods or capital structure. Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives are excluded from Adjusted EBITDAX because these (gains) losses are not considered a measure of asset operating performance. Finally, net income attributable to noncontrolling interests is excluded from the Company's measure of Adjusted EBITDAX because it represents earnings that are not attributable to the Company's common stockholders.

Management believes that the presentation of Adjusted EBITDAX provides information useful in assessing the Company's financial condition and results of operations and that Adjusted EBITDAX is a widely accepted financial indicator of a company's ability to incur and service debt, fund capital expenditures, and make distributions to stockholders. Adjusted EBITDAX as defined by Anadarko may not be comparable to similarly titled measures used by other companies and should be considered in conjunction with net income (loss) attributable to common stockholders and other performance measures prepared in accordance with GAAP, such as operating income or cash flows from operating activities. Adjusted EBITDAX has important limitations as an analytical tool because it excludes certain items that affect net income (loss) attributable to common stockholders and net cash provided by operating activities. Adjusted EBITDAX should not be considered in isolation or as a substitute for an analysis of Anadarko's results as reported under GAAP. Below is a reconciliation of consolidated Adjusted EBITDAX to income (loss) before income taxes, and consolidated Adjusted EBITDAX by reporting segment.

STEINHOLT_0010616

Table of Contents

## Adjusted EBITDAX

| millions except percentages | Three Months Ended March 31, | | |
|---|---|---|---|
| | 2015 | Inc/(Dec) vs. 2014 | 2014 |
| Income (loss) before income taxes | $ (4,628) | (136)% | $ (1,962) |
| Exploration expense | 1,083 | NM | 299 |
| DD&A | 1,256 | 12 | 1,124 |
| Impairments | 2,783 | NM | 3 |
| Interest expense | 216 | 18 | 183 |
| Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives | 243 | (33) | 363 |
| Deepwater Horizon settlement and related costs | 4 | NM | — |
| Tronox-related contingent loss | 5 | (100) | 4,300 |
| Certain other nonoperating items | 22 | NM | — |
| Less net income attributable to noncontrolling interests | 32 | (26) | 43 |
| Consolidated Adjusted EBITDAX | $ 952 | (78) | $ 4,267 |
| Adjusted EBITDAX by reporting segment | | | |
| Oil and gas exploration and production | $ 847 | (81)% | $ 4,390 |
| Midstream | 204 | 25 | 163 |
| Marketing | (47) | (21) | (39) |
| Other and intersegment eliminations | (52) | 79 | (247) |

*Oil and Gas Exploration and Production* Adjusted EBITDAX decreased for the three months ended March 31, 2015, primarily due to lower commodity prices, a $1.5 billion gain associated with the Company's 2014 divestiture of a 10% working interest in Offshore Area 1 in Mozambique, and a $340 million loss on assets held for sale associated with the divestiture of certain U.S. onshore oil and gas assets in the Rockies in April 2015. These decreases were partially offset by higher sales volumes for all commodities.

*Midstream* Adjusted EBITDAX increased for the three months ended March 31, 2015, primarily due to higher gathering revenue resulting from higher volumes.

*Marketing* Marketing earnings primarily represent the margin earned on sales of natural gas, oil, and NGLs purchased from third parties. Adjusted EBITDAX decreased for the three months ended March 31, 2015, due to lower marketing margins.

*Other and Intersegment Eliminations* Other and intersegment eliminations consist primarily of corporate costs, income from hard-minerals royalties, and net cash from settlement of commodity derivatives. Adjusted EBITDAX increased for the three months ended March 31, 2015, primarily due to an increase in net cash received for the settlement of commodity derivatives in 2015.

36

STEINHOLT_0010617

Table of Contents

## LIQUIDITY AND CAPITAL RESOURCES

**Overview** Anadarko generates cash needed to fund capital expenditures, debt-service obligations, and dividend payments primarily from operating activities, and enters into debt and equity transactions primarily to maintain the Company's desired capital structure and to finance acquisition opportunities. The Company has a variety of funding sources available, including cash on hand, an asset portfolio that provides ongoing cash-flow-generating capacity, opportunities for liquidity enhancement through divestitures and joint-venture arrangements that reduce future capital expenditures, and the Company's credit facilities and commercial paper program. In addition, an effective registration statement is available to Anadarko covering the sale of WGP common units owned by the Company. Anadarko owned 34 million common units at March 31, 2015.

During the three months ended March 31, 2015, cash flows from operating activities and cash on hand were the primary sources for funding capital investments. The Company continuously monitors its liquidity needs, coordinates its capital expenditure program with its expected cash flows and projected debt-repayment schedule, and evaluates available funding alternatives in light of current and expected conditions.

At March 31, 2015, Anadarko had no scheduled debt maturities for the remainder of the year, other than $1.2 billion of borrowings under the commercial paper program. The Company classified the outstanding commercial paper notes as long-term debt on the Company's Consolidated Balance Sheet, as the Company currently intends to refinance these obligations at maturity with additional commercial paper notes supported by the Company's Five-Year Facility. Anadarko's Zero-Coupon Senior Notes due 2036 (Zero Coupons) can be put to the Company in October of each year, in whole or in part, for the then-accreted value, which will be $796 million at the next put date in October 2015. The Zero Coupons are classified as long-term debt on the Company's Consolidated Balance Sheets, as the Company has the ability and intent to refinance these obligations using long-term debt. Anadarko's scheduled 2016 debt maturities are $2.3 billion.

Management believes that the Company's liquidity position, asset portfolio, and operating and financial performance provide the necessary financial flexibility to fund the Company's current and long-term operations.

**Revolving Credit Facilities and Commercial Paper Program** In January 2015, upon satisfaction of certain conditions, including the settlement payment related to the Tronox Adversary Proceeding, the Company's $5.0 billion senior secured revolving credit facility was replaced by its Five-Year and 364-Day Facilities. Under these facilities, the Company's derivative counterparties no longer maintain security interests in any of the Company's assets. As a result, the Company may be required from time to time to post collateral of cash or letters of credit based on the negotiated terms of the individual derivative agreements.

Borrowings under the Five-Year and 364-Day Facilities generally bear interest under one of two rate options, at Anadarko's election, using either the London Interbank Offered Rate (LIBOR) (or Euro Interbank Offered Rate in the case of borrowings under the Five-Year Facility denominated in Euro) or an alternate base rate, in each case plus an applicable margin ranging from 0.00% to 1.65% for the Five-Year Facility and 0.00% to 1.675% for the 364-Day Facility. The applicable margin will vary depending on Anadarko's credit ratings.

The Five-Year and 364-Day Facilities contain certain customary affirmative and negative covenants, including a financial covenant requiring maintenance of a consolidated indebtedness to total capitalization ratio of no greater than 65%, and limitations on certain secured indebtedness, sale-and-leaseback transactions, and mergers and other fundamental changes. At March 31, 2015, the Company was in compliance with all covenants contained in its Five-Year and 364-Day Facilities.

At March 31, 2015, the Company had no outstanding borrowings under the Five-Year Facility and had $500 million of outstanding borrowings under its 364-Day Facility at an interest rate of 1.29%. The Company had available borrowing capacity of $1.5 billion under its 364-Day Facility.

During the first quarter of 2015, the Company initiated a commercial paper program, which allows a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Company's Five-Year Facility. The maturities of the commercial paper notes vary, but may not exceed 397 days. The commercial paper notes are sold under customary terms in the commercial paper market and are issued either at a discounted price to their principal face value or will bear interest at varying interest rates on a fixed or floating basis. Such discounted price or interest amounts are dependent on market conditions and the ratings assigned to the commercial paper program by credit rating agencies at the time of issuance of the commercial paper notes. At March 31, 2015, the Company had $1.2 billion of commercial paper notes outstanding at a weighted-average interest rate of 0.67%. During the three months ended March 31, 2015, the maximum outstanding under the commercial paper program was $1.4 billion. The average borrowings outstanding under the commercial paper program were $795 million with a weighted-average interest rate of 0.59%.

37

STEINHOLT_0010618

Table of Contents

**WES Funding Sources** Anadarko's consolidated subsidiary, WES, uses cash flows from operations to fund ongoing operations, service its debt, and make distributions to its equity holders. As needed, WES supplements cash generated from its operating activities with proceeds from debt or equity issuances or borrowings under its five-year $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (RCF), which is expandable to $1.5 billion.

At March 31, 2015, WES was in compliance with all covenants contained in its RCF, had outstanding borrowings under its RCF of $620 million at an interest rate of 1.48%, had outstanding letters of credit of $13 million, and had available borrowing capacity of $567 million. See *Sources of Cash—Financing Activities* below.

During the three months ended March 31, 2015, WES issued 480 thousand common units to the public under its continuous offering program, which authorized the issuance of up to an aggregate of $500 million of common units, raising net proceeds of $31 million. The remaining amount available under this program was $469 million of common units at March 31, 2015.

**Sources of Cash**

*Operating Activities* Anadarko's cash flow used in operating activities during the three months ended March 31, 2015, was $4.5 billion, compared to cash flow provided by operating activities of $1.7 billion for the same period of 2014. The decrease is primarily due to the $5.2 billion Tronox settlement payment and decreased sales revenues resulting from lower commodity prices.

One of the primary sources of variability in the Company's cash flows from operating activities is fluctuations in commodity prices, the impact of which Anadarko partially mitigates by entering into commodity derivatives. Sales-volume changes also impact cash flow, but historically have not been as volatile as commodity prices. Anadarko's cash flows from operating activities are also impacted by the costs related to continuing operations and debt service.

*Investing Activities* During the three months ended March 31, 2015, Anadarko received pretax proceeds of $22 million primarily related to several property divestiture transactions.

*Financing Activities* During the three months ended March 31, 2015, the Company borrowed $1.8 billion under the 364-Day Facility, which was primarily used to repay $1.5 billion of borrowings entered into in January 2015 under its $5.0 billion senior secured revolving credit facility. The remaining proceeds were used for partial payment of the settlement related to the Tronox Adversary Proceeding and for general corporate purposes. The Company also borrowed $1.2 billion of commercial paper notes for general corporate purposes. Anadarko's consolidated subsidiary, WES, borrowed $140 million under its RCF primarily for general partnership purposes, including the funding of capital expenditures.

**Uses of Cash**

Anadarko invests significant capital to develop, acquire, and explore for oil and natural gas and to expand its midstream infrastructure. The Company also uses cash to fund ongoing operating costs, capital contributions for equity investments, debt repayments, and distributions to its shareholders.

*Tronox Settlement Payment* In April 2014, Anadarko and Kerr-McGee entered into a settlement agreement to resolve all claims asserted in the Tronox Adversary Proceeding for $5.15 billion. In addition, the Company agreed to pay interest on that amount from April 3, 2014, through payment of the settlement. In January 2015, the Company paid $5.2 billion after the settlement agreement became effective. See *Note 11—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

STEINHOLT_0010619

Table of Contents

***Capital Expenditures***  The following presents the Company's capital expenditures by category:

| millions | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2015 | | 2014 |
| Property acquisitions | | | | |
|   Exploration | $ | 23 | $ | 41 |
|   Development | | 1 | | 106 |
| Exploration | | 207 | | 424 |
| Development | | 1,290 | | 1,573 |
| Capitalized interest | | 31 | | 49 |
|   Total oil and gas capital expenditures | | 1,552 | | 2,193 |
| Gathering, processing, and marketing and other (1) | | 270 | | 375 |
| Total capital expenditures (2) | $ | 1,822 | $ | 2,568 |

(1) Includes WES capital expenditures of $156 million for the three months ended March 31, 2015, and $170 million for the three months ended March 31, 2014.

(2) Capital expenditures in this table are presented on an accrual basis. Additions to properties and equipment on the Company's Consolidated Statements of Cash Flows only include capital expenditures funded with cash payments during the period.

The Company's capital spending decreased by $746 million for the three months ended March 31, 2015, due to decreased development drilling of $283 million primarily in the Rockies and the Southern and Appalachia Region and lower exploration drilling of $217 million primarily in the Gulf of Mexico. Also, development acquisitions in 2014 included a spar lease buyout of $110 million in the Gulf of Mexico and gathering, processing, and marketing and other decreased $105 million primarily due to lower expenditures for plants and gathering in the Rockies.

In the third quarter of 2014, the Company entered into a carried-interest arrangement that requires a third party to fund $442 million of Anadarko's capital costs in exchange for a 34% working interest in the Eaglebine development, located in Southeast Texas. The third-party funding is expected to cover Anadarko's future capital costs in the development through 2016. At March 31, 2015, $36 million of the total $442 million obligation had been funded.

In the second quarter of 2013, the Company entered into a carried-interest arrangement that requires a third-party partner to fund $860 million of Anadarko's capital costs in exchange for a 12.75% working interest in the Heidelberg development, located in the Gulf of Mexico. The third-party funding is expected to cover the substantial majority of Anadarko's expected future capital costs through first production, which is expected to occur by mid-2016. At March 31, 2015, $490 million of the total $860 million obligation had been funded.

***Investments***  During the three months ended March 31, 2015, the Company made capital contributions of $50 million for equity investments, which are included in Other—net under Investing Activities in the Consolidated Statements of Cash Flows. These contributions were primarily associated with joint ventures for a gas processing plant, marine well containment, and pipelines.

***Debt Retirements and Repayments***  During the three months ended March 31, 2015, the Company repaid $1.5 billion of borrowings under the $5.0 billion senior secured revolving credit facility and $1.3 billion under the 364-Day Facility. WES also repaid $30 million of borrowings under its RCF.

***Derivative Instruments***  The Company's derivative instruments are subject to individually negotiated credit provisions that may require the Company or the counterparties to provide collateral of cash or letters of credit depending on the derivative's valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered, such as if the Company's credit rating from major credit rating agencies declines to below investment grade. The Company provided cash collateral of $170 million as of March 31, 2015, in connection with its derivative instruments.

39

STEINHOLT_0010620

Table of Contents

***Common Stock Dividends and Distributions to Noncontrolling Interest Owners*** Anadarko paid dividends of $139 million to its common stockholders during the three months ended March 31, 2015, and $92 million during the three months ended March 31, 2014. During the second quarter of 2014, Anadarko increased the quarterly dividend paid to common stockholders from $0.18 per share to $0.27 per share. Anadarko has paid a dividend to its common stockholders on a quarterly basis since becoming a public company in 1986. The amount of future dividends paid to Anadarko common stockholders will be determined by the Board of Directors on a quarterly basis and will depend on earnings, financial condition, capital requirements, the effect a dividend payment would have on the Company's compliance with relevant financial covenants, and other factors.

WES distributed to its unitholders other than Anadarko and WGP an aggregate of $54 million during the three months ended March 31, 2015, and $41 million during the three months ended March 31, 2014. WES has made quarterly distributions to its unitholders since its initial public offering in the second quarter of 2008, and has increased its distribution from $0.30 per common unit for the third quarter of 2008 to $0.725 per common unit for the first quarter of 2015 (to be paid in May 2015).

WGP distributed to its unitholders other than Anadarko an aggregate of $8 million during the three months ended March 31, 2015, and $5 million during the three months ended March 31, 2014. WGP has made quarterly distributions to its unitholders since its initial public offering in December 2012, and has increased its distribution from $0.17875 per common unit for the first quarter of 2013 to $0.3125 per unit for the first quarter of 2015 (to be paid in May 2015).

## Outlook

Oil, natural-gas, and NGLs prices can fluctuate significantly. The Company's revenues, operating results, cash flows from operations, capital spending, and future growth rates are highly dependent on the prices the Company receives for oil, natural gas, and NGLs. During the last 12 months, New York Mercantile Exchange West Texas Intermediate oil prices have been volatile and ranged from a high of $107.26 per barrel in June 2014 to a low of $43.46 in March 2015. The New York Mercantile Exchange Henry Hub natural-gas prices have also been volatile and ranged from a high of $4.83 per MMBtu in April 2014 to a low of $2.58 in February 2015. The duration and magnitude of the decline in oil and natural-gas prices cannot be predicted.

The Company has a deep portfolio of investment opportunities and the financial strength and operational flexibility to move capital spending from areas focused on near-term production growth to areas focused on longer-term growth where anticipated returns are less sensitive to spot oil and natural-gas prices. The recent decline in oil prices resulted in the Company significantly reducing its capital expenditures in 2015 compared to 2014. The Company will continue to evaluate the oil and natural-gas price environments and may adjust its capital spending plans as prices fluctuate while maintaining the appropriate liquidity and financial flexibility.

The Company is committed to the execution of its worldwide exploration, appraisal, and development programs. The Company estimates a 2015 capital spending range of $6.0 billion to $6.4 billion. This amount includes approximately $630 million to $690 million of WES capital expenditures, excluding any acquisitions made by WES. The Company currently plans to allocate approximately 65% of its 2015 capital spending to development activities, 15% to exploration activities, and 20% to gas-gathering and processing activities and other business activities. The Company currently expects its 2015 capital spending by area to be approximately 55% for the U.S. onshore region and Alaska, 10% for the Gulf of Mexico, 20% for Midstream and other, and 15% for International.

Anadarko believes that its cash on hand, available borrowing capacity, and expected level of operating cash flows will be sufficient to fund the Company's projected operational and capital programs for 2015 and continue to meet its other current obligations. The Company's cash on hand is available for use and could be supplemented, as needed, with available borrowing capacity under the 364-Day Facility, Five-Year Facility, and commercial paper program. The Company may also enter into carried-interest arrangements with third parties to fund certain capital expenditures, execute asset divestitures, and sell WGP common units that it owns in order to supplement cash flow.

The Company continuously monitors its liquidity needs, coordinates its capital expenditure program with its expected cash flows and projected debt-repayment schedule, and evaluates available funding alternatives in light of current and expected conditions. To reduce commodity-price risk and increase the predictability of 2015 cash flows, Anadarko entered into strategic derivative positions covering approximately 32% of its remaining 2015 anticipated natural-gas sales volumes. See *Note 7—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

40

STEINHOLT_0010621

Table of Contents

## Recent Accounting Developments

See *Note 1—Summary of Significant Accounting Policies* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

## Item 3.  Quantitative and Qualitative Disclosures About Market Risk

The Company's primary market risks are attributable to fluctuations in energy prices and interest rates. In addition, foreign-currency exchange-rate risk exists due to anticipated foreign-currency denominated payments and receipts. These risks can affect revenues and cash flows and the Company's risk-management policies provide for the use of derivative instruments to manage these risks. Both exchange and over-the-counter traded derivative instruments may be subject to margin-deposit requirements, and the Company may be required from time to time to deposit cash or provide letters of credit with exchange brokers or counterparties to satisfy these margin requirements. For additional information relating to the Company's derivative and financial instruments, see *Note 7—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

**COMMODITY-PRICE RISK** The Company's most significant market risk relates to prices for natural gas, oil, and NGLs. Management expects energy prices to remain unpredictable and potentially volatile. As energy prices decline or rise significantly, revenues and cash flows are likewise affected. In addition, a non-cash write-down of the Company's oil and gas properties or goodwill may be required if commodity prices experience a significant decline. The types of commodity derivative instruments used by the Company include futures, swaps, options, and fixed-price physical-delivery contracts. The volume of commodity derivatives entered into by the Company is governed by risk-management policies and may vary from year to year. Below is a sensitivity analysis for the Company's commodity-price-related derivative instruments.

**Derivative Instruments Held for Non-Trading Purposes** The Company had derivative instruments in place to reduce the price risk associated with future production of 284 Bcf of natural gas at March 31, 2015, with a net derivative asset position of $204 million. Based on actual derivative contractual volumes, a 10% increase in underlying commodity prices would reduce the fair value of these derivatives by $37 million, while a 10% decrease in underlying commodity prices would increase the fair value of these derivatives by $30 million. However, any cash received or paid to settle these derivatives would be substantially offset by the sales value of production covered by the derivative instruments.

**Derivative Instruments Held for Trading Purposes** At March 31, 2015, the Company had a net derivative asset position of $13 million (gains of $13 million) on outstanding derivative instruments entered into for trading purposes. Based on actual derivative contractual volumes, a 10% increase or decrease in underlying commodity prices would not materially impact the Company's gains or losses on these derivative instruments.

**INTEREST-RATE RISK** Borrowings under each of the 364-Day Facility, the Five-Year Facility, and the WES RCF are subject to variable interest rates. The balance of Anadarko's long-term debt on the Company's Consolidated Balance Sheets is subject to fixed interest rates. The Company's $2.9 billion of LIBOR-based obligations, which are presented on the Company's Consolidated Balance Sheets net of preferred investments in two non-controlled entities, give rise to minimal net interest-rate risk because coupons on the related preferred investments are also LIBOR-based. While a 10% change in LIBOR would not materially impact the Company's interest cost, it would affect fair value of outstanding fixed-rate debt.

At March 31, 2015, the Company had a net derivative liability position of $1.4 billion related to interest-rate swaps. A 10% increase (decrease) in the three-month LIBOR interest-rate curve would increase (decrease) the aggregate fair value of outstanding interest-rate swap agreements by $97 million. However, any change in the interest-rate derivative gain or loss could be substantially offset by changes in actual borrowing costs associated with any future debt issuances. For a summary of the Company's outstanding interest-rate derivative positions, see *Note 7—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

41

STEINHOLT_0010622

Table of Contents

**FOREIGN-CURRENCY EXCHANGE-RATE RISK** Anadarko's operating revenues are denominated in U.S. dollars, and the predominant portion of Anadarko's capital and operating expenditures are also U.S.-dollar-denominated. Exposure to foreign-currency risk generally arises in connection with project-specific contractual arrangements and other commitments. Near-term foreign-currency-denominated expenditures are primarily in euros, Brazilian reais, British pounds sterling, Mozambican meticais, and Colombian pesos. Management periodically engages in various risk-management activities to mitigate a portion of its exposure to foreign-currency exchange-rate risk.

The Company has risk related to exchange-rate changes applicable to cash held in escrow pending final determination of the Company's Brazilian tax liability for its 2008 divestiture of the Peregrino field offshore Brazil. The Brazilian tax matter is currently under consideration by the Brazilian courts. At March 31, 2015, cash of $106 million was held in escrow. A 10% increase or decrease in the foreign-currency exchange rate would not materially impact the Company's gain or loss related to foreign currency.

## Item 4. Controls and Procedures

*Evaluation of Disclosure Controls and Procedures*

Anadarko's Chief Executive Officer and Chief Financial Officer performed an evaluation of the Company's disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended (Exchange Act). The Company's disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in reports it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, and to ensure that the information required to be disclosed by the Company in reports that it files under the Exchange Act is accumulated and communicated to the Company's management, including the principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures are effective as of March 31, 2015.

*Changes in Internal Control over Financial Reporting*

There were no changes in Anadarko's internal control over financial reporting during the first quarter of 2015 that materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

42

STEINHOLT_0010623

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

**GENERAL** The Company is a defendant in a number of lawsuits and is involved in governmental proceedings and regulatory controls arising in the ordinary course of business, including, but not limited to, personal injury claims; property damage claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that the resolution of pending proceedings will not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

WGR Operating, LP, a wholly owned subsidiary of the Company, is currently in negotiations with the U.S. Environmental Protection Agency with respect to alleged noncompliance with the leak detection and repair requirements of the Clean Air Act at its Granger, Wyoming facilities. Although management cannot predict the outcome of settlement discussions, it is likely a resolution of this matter will result in a fine or penalty in excess of $100,000.

See *Note 11—Contingencies* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q, which is incorporated herein by reference, for material developments with respect to matters previously reported in the Company's Annual Report on Form 10-K for the year ended December 31, 2014, and material matters that have arisen since the filing of such report.

### Item 1A. Risk Factors

There have been no material changes from the risk factors included under Part I, Item 1A of the Company's 2014 Annual Report on Form 10-K.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

The following sets forth information with respect to repurchases by the Company of its shares of common stock during the first quarter of 2015.

| Period | Total number of shares purchased (1) | | Average price paid per share | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|---|
| January | 2,325 | $ | 80.01 | — | |
| February | 1,024 | $ | 82.38 | — | |
| March | 439,722 | $ | 82.03 | — | |
| First-Quarter 2015 | 443,071 | $ | 82.02 | — $ | — |

(1) During the first quarter of 2015, all purchased shares related to stock received by the Company for the payment of withholding taxes due on employee stock plan share issuances.

43

STEINHOLT_0010624

Table of Contents

## Item 6.  Exhibits

Exhibits designated by an asterisk (*) are filed herewith or double asterisk (**) are furnished herewith; all exhibits not so designated are incorporated herein by reference to a prior filing under File Number 1-8968 as indicated.

| | Exhibit Number | Description |
|---|---|---|
| | 3 (i) | Restated Certificate of Incorporation of Anadarko Petroleum Corporation, dated May 21, 2009, filed as Exhibit 3.3 to Form 8-K filed on May 22, 2009 |
| | (ii) | By-Laws of Anadarko Petroleum Corporation, amended and restated as of November 6, 2014, filed as Exhibit 3.1 to Form 8-K filed on November 10, 2014 |
| | 10 (i) | Form of Commercial Paper Dealer Agreement for Commercial Paper Program, filed as Exhibit 10.1 to Form 8-K filed on January 21, 2015 |
| * | 10 (ii) | Form of Amendment to Anadarko Petroleum Corporation Key Employee Change of Control Contract (Applicable to Vice Presidents Other Than Executive Officers as of October 2013) |
| * | 31 (i) | Rule 13a-14(a)/15d-14(a) Certification—Chief Executive Officer |
| * | 31 (ii) | Rule 13a-14(a)/15d-14(a) Certification—Chief Financial Officer |
| ** | 32 | Section 1350 Certifications |
| * | 101 .INS | XBRL Instance Document |
| * | 101 .SCH | XBRL Schema Document |
| * | 101 .CAL | XBRL Calculation Linkbase Document |
| * | 101 .DEF | XBRL Definition Linkbase Document |
| * | 101 .LAB | XBRL Label Linkbase Document |
| * | 101 .PRE | XBRL Presentation Linkbase Document |

44

STEINHOLT_0010625

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ANADARKO PETROLEUM CORPORATION

(Registrant)

May 4, 2015

By: /s/ ROBERT G. GWIN

Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer

45

STEINHOLT_0010626

EXHIBIT 10(ii)

## AMENDMENT TO
## ANADARKO PETROLEUM CORPORATION
## KEY EMPLOYEE CHANGE OF CONTROL CONTRACT

**THIS SECOND AMENDMENT TO ANADARKO PETROLEUM CORPORATION KEY EMPLOYEE CHANGE OF CONTROL CONTRACT** (this "Amendment") is made this _____ day of October, 2013 (the "Effective Date") between Anadarko Petroleum Corporation, a Delaware corporation (the "Company"), and _____ (the "Executive"), and amends the Key Employee Change of Control Contract that was originally entered into effective as of _____.

*The Agreement is hereby amended as follows:*

*Appendix A, Section 5(b) is deleted in its entirety, and replaced with the following:*

(b)    Intentionally omitted.

*Clause (iii) of Appendix A, Section 5(f) is deleted in its entirety, and replaced with the following:*

(iii) if the Executive's employment is terminated by the Executive without Good Reason, the date of receipt of the Notice of Termination or any later date specified therein (which date shall be not later than 30 days after the giving of such notice), and

*The heading and first sentence of Appendix A, Section 6(a) are deleted in their entirety, and replaced with the following:*

**Good Reason; Other than for Cause, Death or Disability.** If, during the Employment Period, the Company shall terminate the Executive's employment other than for Cause, Death or Disability or the Executive shall terminate employment for Good Reason, the Company shall provide the Executive with the following compensation and benefits.

*Appendix A, Section 6(a)(i)(B) is deleted in its entirety, and replaced with the following:*

(B)    an amount equal to the product of (1) 2.9 and (2) the sum of (x) the Executive's Annual Base Salary and (y) the Highest Annual Bonus; and

*All references to the term "Restoration Account" in Appendix A, Section 6(a)(i)(C) are deleted and references to "Account" shall be substituted therefor.*

*Appendix A, Section 6(a)(i)(D) and Section 6(a)(i)(E) are deleted in their entirety, and replaced with the following:*

October 2013 Amendment

STEINHOLT_0010627

(D)   an amount equal to the additional Company matching contributions which would have been made on the Executive's behalf in the Company's Employee Savings Plan (the "**ESP**") (assuming continued participation on the same basis as immediately prior to the Change of Control Date), plus the additional amount of any benefit the Executive would have accrued under the SRP as a result of contribution limitations in the ESP, for the 36-month period beginning on the Date of Termination (with the Company's matching contributions being determined pursuant to the applicable provisions of the ESP and the SRP and based upon the Executive's compensation (including any amounts deferred pursuant to any deferred compensation program) in effect for the 12-month period immediately prior to the Change of Control Date); and

(E)   an amount equal to the sum of the present values, as of the Date of Termination, of (1) the accrued retirement benefit payable under the Company's Retirement Restoration Plan (or, if the Executive participates in another plan that, in the sole determination of the Company, is intended to provide benefits similar to those under the Company's Retirement Restoration Plan, such other plan) (each referred to herein as the "**RRP**") and (2) the additional retirement benefits that the Executive would have accrued under the tax-qualified defined benefit plan of the Company or any Affiliate in which the Executive participates (the "**Retirement Plan**") and the RRP if the Executive had continued employment until the expiration of the three-year period following the Date of Termination (assuming that the Executive's compensation in each of the additional years is that required by Section 4(b)(i) and Section 4(b)(ii)), with the present values being computed by discounting to the Date of Termination the accrued benefit and the additional retirement benefits payable as lump sums at an assumed benefit commencement date of the later of (i) the date the Executive attains age 55 and (ii) the date three years after the Date of Termination, at the rate of interest used for valuing lump-sum payments in excess of $25,000 for participants with retirement benefits commencing immediately under the Retirement Plan, as in effect as of the Change of Control Date with such amount to be fully offset and reduced by the amount of any additional benefit provided under the Retirement Plan or the RRP in connection with the Change of Control or the Executive's termination of employment in connection with the Change of Control, including an amount that the Company determines, in its sole discretion, is intended to provide a similar or supplemental benefit (or, if the Executive does not participate in a Retirement Plan or RRP as of the date of the Executive's termination of employment, such other amount as the Company may choose, in its sole discretion, to approximate this benefit).

*Appendix A, Section 6(a)(iii) is deleted in its entirety, and replaced with the following:*

(iii)   Until the third anniversary of the Date of Termination, the Company shall maintain in full force and effect for the Executive all life, accident, disability, medical and health care benefit plans, programs and arrangements in which the Executive was entitled to participate, at the same rates and levels (which levels may vary based on the Executive's age in accordance with the terms of the applicable plans, programs and arrangements), in which the Executive was participating immediately prior to the Change of Control Date, provided

2

October 2013 Amendment

STEINHOLT_0010628

that the Executive's continued participation is possible under the general terms and provisions of such plans, programs and arrangements; and further provided that (A) if the Executive becomes reemployed with another employer and is eligible to receive medical or other welfare benefits under another employer-provided plan, the medical and other welfare benefits described herein shall be secondary to those provided under such other plan during such applicable period of eligibility, and (B) the medical and other welfare benefits described herein shall be subject to the application of any Medicare or other coordination of benefits provisions under the applicable medical or welfare benefit plan, program or arrangement. In the event that the Executive's participation in any such plan, program or arrangement is barred due to the eligibility and participation requirements of such plan or program as then in effect, the Company shall arrange to provide benefits substantially similar to those to which the Executive was entitled to receive under such plans and programs of the Company prior to the Change of Control Date. In such event, appropriate adjustments shall be made so that the after-tax value thereof to the Executive is similar to the after-tax value of the benefit plans in which participation is barred.

Benefits provided pursuant to this Section 6(a)(iii) are contractual only and are not to be considered a continuation of coverage as provided under Code Section 4980B (*i.e.*, COBRA continuation coverage). For purposes of determining the Executive's eligibility (but not the time of commencement of coverage) for retiree benefits pursuant to such plans and programs, the Executive shall be considered to have remained employed until three years after the Date of Termination and to have retired on the last day of such period, and, if the Executive satisfies the eligibility requirements, such benefits shall commence no later than the expiration of the three-year continuation period provided in the first sentence of this Section 6(a)(iii).

The continued coverage under this Section 6(a)(iii) shall be provided at the Company's discretion in a manner that is intended to satisfy an exception to Code Section 409A, and therefore not be treated as an arrangement providing for nonqualified deferred compensation that is subject to taxation under Code Section 409A, or in a manner that otherwise complies with Code Section 409A, including without limitation (1) providing such benefits on a nontaxable basis to the Executive, (2) providing for the reimbursement of medical expenses incurred during the period of time during which the Executive would be entitled to continuation coverage under a group health plan of the Company under Code Section 4980B (*i.e.*, COBRA continuation coverage), (3) providing that such benefits constitute the reimbursement or provision of in-kind benefits payable at a specified time or pursuant to a fixed schedule as permitted under Code Section 409A and the authoritative guidance thereunder, or (4) requiring the Executive to pay the actual cost of such coverage and having the Company reimburse the Executive for such payments in excess of the rates that would otherwise be required to be paid by the Executive under the preceding provisions of this Section 6(a)(iii) (with such reimbursement, less applicable taxes, for a particular calendar year during which the Executive received such coverage to be made within 15 days following the end of such calendar year (but in no event prior to the date that is six months after the Date of Termination)).

*Appendix A, Section 6(d) is deleted in its entirety, and replaced with the following:*

<div align="center">3</div>

October 2013 Amendment

STEINHOLT_0010629

(d)    Intentionally omitted.

***The following shall be added to the end of Appendix A, Section 6(f):***

For all purposes of this Agreement, the Executive shall be considered to have terminated employment with the Company when the Executive incurs a "separation from service" with the Company within the meaning of Code Section 409A(a)(2)(A)(i). The Executive agrees to be bound by the Company's determination of its "specified employees" (as defined in Code Section 409A). Any payment or benefit (including any severance payment or benefit) provided under this Agreement to which Code Section 409A applies that constitutes a reimbursement of expenses incurred by the Executive or the provision of an in-kind benefit to the Executive shall be subject to the following: (i) the amount of expenses eligible for reimbursement, or in-kind benefits provided, during the Executive's taxable year may not affect the expenses eligible for reimbursement, or in-kind benefits to be provided, in any other taxable year; (ii) the reimbursement of an eligible expense shall be made on or before the last day of the Executive's taxable year following the taxable year in which the expense was incurred; and (iii) the right to reimbursement or to receive an in-kind benefit shall not be subject to liquidation or exchange by the Executive for another payment or benefit.

***As expressly amended, the Agreement is hereby ratified and confirmed in all respects and shall remain in full force and effect.***

IN WITNESS WHEREOF, this Amendment has been executed on behalf of the Company by its duly authorized officer and by the Executive, effective as of the Effective Date.

ANADARKO PETROLEUM CORPORATION

By:    _____        Date:    _____
Name:    _____
Title:    _____

EXECUTIVE

By:    _____        Date:    _____

Name:    _____

<div align="center">4</div>

October 2013 Amendment

STEINHOLT_0010630

**EXHIBIT 31(i)**

## CERTIFICATIONS

I, R. A. Walker, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Anadarko Petroleum Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 4, 2015


/s/ R. A. WALKER
_____
R. A. Walker
Chairman, President and Chief Executive Officer

STEINHOLT_0010631

**EXHIBIT 31(ii)**

CERTIFICATIONS

I, Robert G. Gwin, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Anadarko Petroleum Corporation;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 4, 2015


/s/ ROBERT G. GWIN
_____
Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer

STEINHOLT_0010632

**EXHIBIT 32**

## SECTION 1350 CERTIFICATION OF PERIODIC REPORT

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, R. A. Walker, Chairman, President and Chief Executive Officer of Anadarko Petroleum Corporation (Company), and Robert G. Gwin, Executive Vice President, Finance and Chief Financial Officer of the Company, certify to the best of our knowledge that:

(1)    the Quarterly Report on Form 10-Q of the Company for the period ended March 31, 2015, as filed with the Securities and Exchange Commission on the date hereof (Report), fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

May 4, 2015

/s/ R. A. WALKER
_____
R. A. Walker
Chairman, President and Chief Executive Officer

May 4, 2015

/s/ ROBERT G. GWIN
_____
Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer

This certification is made solely pursuant to 18 U.S.C. Section 1350, and not for any other purpose. A signed original of this written statement required by Section 906 will be retained by Anadarko and furnished to the Securities and Exchange Commission or its staff upon request.

STEINHOLT_0010633

# Exhibit 73

**S&P Global**
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# FQ1 2015 Earnings Call Transcripts
## Tuesday, May 05, 2015 1:00 PM GMT

S&P Global Market Intelligence Estimates

| | -FQ1 2015- | | | -FQ2 2015- | -FY 2015- | -FY 2016- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.62) | (0.72) | NM | (0.64) | (1.95) | 0.48 |
| Revenue (mm) | 2500.56 | 2321.00 | ▼(7.18 %) | 2623.54 | 10449.60 | 12364.89 |

Currency: USD
Consensus as of May-05-2015 12:52 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ2 2014 | 1.29 | 1.32 | ▲ 2.33 % |
| FQ3 2014 | 1.26 | 1.16 | ▼ (7.94 %) |
| FQ4 2014 | 0.81 | 0.37 | ▼ (54.32 %) |
| FQ1 2015 | (0.62) | (0.72) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01751480

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

Question and Answer .......................................................................... 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01751481

# Call Participants

## EXECUTIVES

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

**Charles A. Meloy**
*Former Executive Vice President*

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

**John M. Colglazier**
*Investor Relations Professional*

**R. A. Walker**
*Chairman & CEO*

**Robert G. Gwin**
*President*

**Robert P. Daniels**
*Former Executive Vice President*

## ANALYSTS

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

**David William Kistler**
*Simmons & Company International, Research Division*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

**Evan Calio**
*Morgan Stanley, Research Division*

**James Jan Sullivan**
*Alembic Global Advisors*

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

**Paul Benedict Sankey**
*Wolfe Research, LLC*

**Paul William Grigel**
*Macquarie Research*

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

**Subhasish Chandra**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751482

# Presentation

## Operator

Good day, ladies and gentlemen, and welcome to Anadarko First Quarter Earnings Conference Call. My name is Sandra, and I'm your operator for today. [Operator Instructions] As a reminder, this call is being recorded for training purposes.

And now I'd like to hand the call over to John Colglazier. Please go ahead.

## John M. Colglazier
*Investor Relations Professional*

Thank you, Sandra. Good morning, everyone, and we're very glad you joined us today for Anadarko's First Quarter 2015 Conference Call. I'd like to remind you that today's presentation contains forward-looking statements and certain non-GAAP financial measures. A number of factors could cause results to differ materially from what we discuss today. So I encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release.

In just a moment, I'll turn the call over to Al Walker for some brief opening remarks. And we remind you that we have significantly more information and detail in our quarterly operations report available on our website. And following Al's prepared remarks, we'll open it up for questions with Al and our executive team. Al?

## R. A. Walker
*Chairman & CEO*

Thanks, John, and good morning. I'm extremely proud of the way in which our employees have demonstrated a competitive spirit in their energy and focus on enhancing value in these challenging times. Our drilling teams continue to improve efficiencies across-the-board, highlighted by the cycle time reductions in Wattenberg, which improved about 17% over the fourth quarter of last year. And in the Eagle Ford Shale, we're drilling wells in less than 7 days. In both fields, new horizontal well performance was outstanding and the benefits we're getting from lower service costs were seeing significantly improved economics. The asset teams are also doing a great job of realizing additional volumes while moderating our base production decline. As a result, we've invested less than expected in the quarter and we've delivered sales volumes that surpassed the high end of our guidance. All told, the efficiency gains, outstanding well performance, cost savings and reduced downtime, enabled us to increase our full year sales volume guidance by $5 million BOE and to reduce our initial capital spending expectations.

We've also made significant progress in our international and deepwater activities during the quarter. We achieved first oil at Lucius and rates continue to ramp towards capacity. Also in the Gulf, Heidelberg is moving forward on schedule. The spar is ready to sail to location in the coming weeks and 2 rigs are currently drilling developmental wells. Development activity remains on schedule offshore Ghana at the TEN complex, which is more than 55% complete. Additionally, we are very excited about the recently announced Yeti oil discovery in the Gulf of Mexico and are planning appraisal activities.

Shifting to the financials. We ended the quarter by approximately -- having approximately $2.3 billion of cash on hand, which should be further bolstered by proceeds from our $700 million EOR monetization that closed subsequent to quarter end. Our cash position and access to liquidity as well as ongoing portfolio management activities have us well positioned in the current environment, as we recognized recently with 2 upgrades on our credit ratings.

We carried a significant amount of momentum into the first quarter, maximizing our operating results and continuing to safely and creatively find ways to reduce costs. I believe we're making prudent decisions in the current environment and we're taking the actions that are needed in order to put us on the right

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751483

path to preserve and enhance value today, while ensuring that we're ready to accelerate activity when the market returns for the better.

With that, we'll open it up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751484

# Question and Answer

**Operator**

[Operator Instructions] We have our first question for you on this one is from Dave Kistler from Simmons & Co.

**David William Kistler**
*Simmons & Company International, Research Division*

Great work on the Eagle Ford and Wattenberg, and maybe kind of diving into that a little bit. The efficiency gains looked larger than they have been in the past even on year-over-year comparisons. Is that really a result more of high grading drilling crews and completion crews, et cetera, or is that something else that's taking place under the hood? Any kind of color you could give us on that would be great.

**Charles A. Meloy**
*Former Executive Vice President*

Yes. Dave, this is Chuck. It's a great question. We're really excited about those efficiency gains. That gives us a lot of opportunity to use our capital more efficiently, as you would know. There's a lot of things that are working in our favor right now. You mentioned one of them, where there's some high-grading of crews and rigs and those type of things, as well as just a continuation of the process of improvement where we see the best performance out of each well and we make sure we use those parameters in drilling process going forward, and it's just continuous improvement. And that's -- we work on that every day and the guys in the field have just done a great job getting her done.

**David William Kistler**
*Simmons & Company International, Research Division*

Okay. Appreciate that. And if we think about that a little bit more, how should I think about that in terms of maybe secular improvement versus cyclical improvement that's taken place as a result of lower service costs and as you highlight, high grading of the crews?

**Charles A. Meloy**
*Former Executive Vice President*

Well, there's a good chance that, as we've done for years now, is we'll continue to improve these things. We're testing some additional processes that make our drilling faster and more efficient in Wattenberg as well as the Eagle Ford. So I would think that you'll continue to see these. The rate of change is always dependent upon our creativity and execution. And we're going to work really hard on those to make sure that we can do the best job we possibly can. So I foresee it continuing. I've always thought we were pushing toward the later innings, but these guys have continued to prove me wrong so I'm excited about how things are going. And I know we have some really good opportunities that are in the queue that we're going to execute on and see how they work out.

**David William Kistler**
*Simmons & Company International, Research Division*

And lastly on the thought of kind of that same continuous improvement and increasing operating efficiencies and returns. Service companies have highlighted people exploring refracs in plays where you've been drilling for a while like the Wattenberg and Eagle Ford. Can you talk a little bit about how you guys are looking at refracs at this juncture?

**Charles A. Meloy**
*Former Executive Vice President*

Yes. We've been looking at it. We have the opportunity, of course, with the well count that we have to look for those opportunities. And frankly, we're being very cautious about expanding our production profile in this market and looking for the best economic alternatives. And right now, we see that as a good forward

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751485

option in our portfolio which is just going back in there, much like we did in the vertical wells, say, in Wattenberg, where we refracked those. We see that as an opportunity. We'd like to see the technology improve and get enhanced some and make it more predictable, but we're going to hold that as a long option.

**Operator**

We have another question for you, and this one is from Evan Calio from Morgan Stanley.

**Evan Calio**
*Morgan Stanley, Research Division*

Staying onshore, my first question, positive production and base decline improvements in reducing line pressures in the Wattenberg LP upstream and Midstream. I mean, is that part of -- is that one-off or part of a broader plan focusing on base production that might yield more results in 2015? Any color there?

**Charles A. Meloy**
*Former Executive Vice President*

Well, Evan, I think it's not a one-off, it's a lot of great work with a bunch of folks that are really working hard to make sure we get everything we can out of our wells and that type of thing. As we've slowed down the drilling program, we've had have less SIMOPS, for instance, which has given us an opportunity to improve our run times on our base wells. And once you get these things up and running, you get the maximum production up. When you're in the transients, you don't get the maximum production. And that's how we've managed to get some of those compressor enhancements. We've also -- it has given us a chance to kind of get ahead of the drilling program and get plenty of infrastructure in place. And that's particularly true in Wattenberg and the Eagle Ford, and to a lesser extent, West Texas. So all those things kind of come together and it's a thousand really good decisions by our field guys. And they have just done a bang up job finding all the value out there, and that's what we've asked them to do.

**Evan Calio**
*Morgan Stanley, Research Division*

Just shifting gears to offshore. Several potential projects approaching FID and Mozambique, ultimately Shenandoah and Côte d'Ivoire, you mentioned in your ops report. I mean, how do you think about moving into FID and these projects in the current environment? And are you prepared to take them assuming they're matured in the FID at current interest levels versus your prior practice in monetizing and getting it carried which you can you see the benefits this quarter?

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

This is Jim. That's another good question. We've got several projects that are in various phases of appraisal or in the phases of development. Let me just pick each one and talk about that individually. So Mozambique, we're very, very pleased with the progress that we've been making on all aspects of the development. Our reserve certifications have advanced through the appraisal drilling, as we've expected. We've been successful in placing over 8 million tons in non-binding heads of agreement for LNGs uptake and sales. We've done tremendous uptake in the lending markets for project financing, and we're approaching our 60% targets for gearing. So all the things that are moving forward on Mozambique are towards advancement to FID. We're still working with the government, which is in transition but progressing very well as far as the pace of agreements that we need to finalize our plan of development and submit that later this year. If those go well, which we anticipate they will, we'll be looking at FID decision later this year into next year. So in the Gulf of Mexico, you referenced a couple of exploration appraisal projects that we've got. Let me turn it over to Bob Daniels regarding the Yeti exploration well that'll begin appraisal and some discussion about the Paon well in West Africa.

**Robert P. Daniels**
*Former Executive Vice President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751486

Sure. This is Bob. In Shenandoah, you mentioned, we're trying to get that -- all the information that we need to make that decision. And that's going to mean another appraisal well that's going to spud here in the second quarter. It's, typically a 120-day well. We're moving up to the Northwest of the 1,000-foot of pay that we found in Shenandoah #2. So we're looking forward to getting that information, looking for reservoir continuity, fluid, just really confirm the overall oil in place volumes that we have there so that we can then really start rolling that into development planning. You mentioned Yeti, where we had a discovery. We're going to be appraising that later this year and looking forward to that. We've already drilled down-dip sidetrack to it. And then over in Côte d'Ivoire, we have the Paon discovery. We drilled a couple wells last year, both successful. We're going to come back this year and drill another well and put pressure gauges in 2 existing wells and do an extended drillstem test to look for reservoir continuity, deliverability, those types of things that will really help start defining what that project looks like and really help advance towards that FID decision. So we've got a lot of work. And the whole focus that we have on these projects is how do we get them there as quick as possible, while making good investment decisions along the way.

### Operator

We have another question for you, and this one is from Brian Singer from Goldman Sachs.

### Brian Arthur Singer
*Goldman Sachs Group Inc., Research Division*

Seems like you have a lot of flexibility to raise or lower your completion and drilling activity levels that can drive a wide outcome of where production could end up being relative to the sequential declines coming in future quarters implied by your capital reductions and guidance. Can you talk to what milestones that you are looking for from an oil price or further cost reduction perspective to either increase completions or drilling activity and the impact that you would see on 2016 versus your long-term production objectives?

### R. A. Walker
*Chairman & CEO*

Brian, this is Al. Let me see if I can attack your question with some good answers. First, I'm sure you have more appreciation than most that these plays are not price-specific in a generic way. Everything has got its own characteristics and own reservoir uniqueness. So there's not really a price point by which we would say, oh, we're now back into a growth mode. I think what we would say is that we need to see higher oil prices than we have today. But most importantly, they need to be higher and they need to look -- appear to us to be sustained. I think we still have some concerns that as we achieve higher prices, we could see activity increase and prices, unfortunately, could suffer as a result of higher production than people are anticipating. So we're going to be a little careful in terms of adding to that production number. If we need to, we'll continue to drill and add inventory until we're convinced that we're actually going to get good rates of return at the wellhead with that capital on the margins. So that's why we lowered our capital in part. We certainly have a lot of efficiencies that we achieved in the first quarter, but we also are not prepared and I don't feel like it's likely in the latter half of this year that we'll increase capital unless the markets for commodities do something today that we don't anticipate.

### Brian Arthur Singer
*Goldman Sachs Group Inc., Research Division*

That's helpful. And then you've spoken on the past about the need and likelihood of industry consolidation. As a company that's been very active in portfolio management with the recovery that we've had in oil prices and valuations, wondered if you see attractive opportunities to add materially to your portfolio? And then on the flip side, how are you thinking about the synergies or comparative advantages that you see to combine other individual assets or beyond with larger companies like the majors?

### R. A. Walker
*Chairman & CEO*

Well, certainly, in January, at your conference, I think the outlook was pretty dire for what commodity prices and oil, in particular, could look like for the balance of the year. Prices are a little higher than I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751487

would have anticipated in January. We have an awful lot of capital sitting on the sidelines waiting to go into our industry, whether it's private equity, the public capital markets, or other forms of capital that sound like the mushroom is starting to get over $100 billion waiting to go into our industry broadly defined. So it may be a situation where we've got a lot of capital chasing a few early opportunities. So I'd say, early on, where we have opportunities to add to assets where we're active, in particular, the Wattenberg, the Delaware basin or in the Eagle Ford, we would like to add to that where we think it makes good sense. But I also would caution that comment quickly to say it's got to be a deal that really makes a lot of sense to us, because otherwise we're pretty happy with the inventory we've got and the opportunities have to look attractive on the margin relative to the way in which we would feed capital into our current portfolio. From a broader M&A perspective, I'm not sure there's a lot of takeaways from the Shell-BG deal that would be a read through for the rest of us. I think that really is a strategic call on Shell's part for wanting to be more in the LNG business. And I'm sure that will, over time, and with their hindsight that a couple of years from now will provide, it was probably a good move for them to increase something they're particularly good at. I'm not sure that's the beginning of a lot of additional consolidation in our industry, but in January, I thought we would be in this trough for a lot longer. And it looks like we're coming out of it a little sooner from a price standpoint. Although I'm still pessimistic, and I think we are as a management team, that we're going to have real robust prices for oil this year, and so you might start to see it later this year into next. Some of the development in M&A that you're making reference to, that would be my guess.

## Operator

We have another question for you, and this one's from Doug Leggate and he's from Bank of America.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

I wonder if I could try a couple also. And may I say, Chuck, it's good to hear you on the call and congratulations, we'll miss you. Maybe I could kick off with you then, to make the most of you still being here. So the comment in the ops report about 70% improvement in the initial rates out of the Eagle Ford, is that -- was that just kind of this quarter? Or is that something you're seeing as repeatable? And if so, is it translating through to the -- I guess, is it holding up through the type curve, I guess? And I've got a couple follow-ups, please.

## Charles A. Meloy
*Former Executive Vice President*

Yes. Doug, it's actually, I think this is something that's fairly sustainable. What we've done is, in the past, a considerable amount of experimentation with different completion designs. And looking over the fence, seeing everybody else is doing it and trying to make sure we're kind of right on the efficient frontier with our completion cost, our spacing and how the wells are performing. And I'm not saying we cracked the code or anything, but I think we have made a substantial move forward with that experimentation. And we've added some sand to our completions that I think have helped. And we learned to pump them a little different and optimize the use of the energy that we have from the frac job. So all that, I think, has just helped us make a kind of a step up in our completion value. And the first indication of that, of course, is rate. But the long haul is how the wells performed in their decline phase. And early on, these look really, really strong. So we're excited about them. We're going to use that in all our basins where it applies. And so along with the industry, I think we're all taking a step forward with regard to these completion designs and getting the most of what we put on the ground.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

Okay. I appreciate the answer. Maybe just a touch follow on, Chuck. What's happening to the cost of those wells with the change in design?

## Charles A. Meloy
*Former Executive Vice President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751488

Well, there's several things that are going on as you're aware that -- service costs, in general, have come down substantially. We've added some product to the mix. But then, in addition to those, we've seen some fairly significant gains in the process which has allowed us to do it quicker and cheaper. And for instance, out in the Wattenberg field, we reduced our cost down to $3.4 million. And then in the Eagle Ford, they've come down as well from $5.1 million to $4.4 million. So those are all big gains for us, but it's a combination, it's the net effect of lower service costs, better processes. And then you add back in some of the additional energy and sand that we put in the well.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

I appreciate that. My follow-up is probably either for Al or Bob. But the balance sheet at the end of quarter now you've got Tronox out of the way, I guess, is obviously higher than it's been in terms of metrics for quite some time. But I think you've described '15 as a big year for asset monetization. So Al, I wonder if you could kind of walk us through how you see some of the major moving parts? And as best you can, given the obvious limitations, if you could offer some commentary as to whether you are exploring or testing the market on your Mozambique position and further in the pipe, there is [indiscernible] and I'll leave it there.

**R. A. Walker**
*Chairman & CEO*

Well, Doug, Bob and I will try to tackle your question. Let me address something that seems to float around from time-to-time. And as we all know, rumors are simply, oftentimes, just that. As it relates to Mozambique, we're not in discussions with anybody, we've never hired a banker around the process. Our focus is totally and completely on getting this plan of development submitted to the government later this summer, early fall. We have several things contractually we're working on to be able to get that put in place with the government. And as Jim made reference earlier, we're quite pleased with the way this new administration has been working with us. We've made significant progress to date and still have a few things to get done prior to getting that plan of development submitted. Our intent and our expectation is we will be getting other things announced here fairly soon related to the onshore development of the LNG Park. And we have every expectation that later in this decade to have our first lifting for what we believe has got to be one of the largest gas discoveries in the world in the last 3 years and it will significantly change, not only the landscape for how this country will be able to be a part of the world in the future, it'll also change, to some extent, the way in which LNG and the markets associated with it will develop. Mozambique has the ability to send LNG to both the Pacific and the Atlantic basin, so it's geographically quite advantaged. And as you know, depending upon how we kit out these wells, they're going to be $200 million to $300 million a day producers. So we have a fairly significant cost advantage over lots of other sources of LNG as this becomes very significant, so particularly during the 2020 period over that decade. So I hope that helped create a little bit of fact relative to a lot of fiction. And you're right, we do have some things that we're looking at doing with portfolio management and the balance sheet. And Bob can address those here in just a second. But any concerns or speculation or views that we're trying to monetize this particular asset are just not there. We're not in discussions and we have not hired a banker to run the process. And again, there's a lot of speculation about that, but our job today is totally focused on getting this project advanced.

**Robert G. Gwin**
*President*

Doug, it's Bob. Beyond that, we do have several assets in the portfolio that we would look to monetize this year. I think it's clear that certain of those assets just don't compete for capital relative to the other assets in the portfolio that have been driving performance are going to get the bulk of the capital moving forward. Al mentioned how much capital is chasing deals in the market today, that's created what I believe is clearly a seller's market currently. If that persists through the year, I think we should be successful in our efforts on those individual assets. That's obviously going to help the balance sheet metric you referred to earlier. That metric is higher this quarter not just because we took the Tronox -- the cash off the balance sheet to make the Tronox payment, but the write-down primarily in Greater Natural Buttes, obviously, changes that metric fairly substantially as well. That said, we're comfortable with the overall

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751489

level of debt. If you look to us on a debt-to-EBITDA basis, I think, obviously, EBITDA is down a little bit this year, but if you look over the trailing 12-months basis or on a prospective basis, we feel comfortable at the leverage level. It's easily manageable and we always have the optionality to go beyond just the traditional E&P asset sales and continue to monetize portions of our WGP holding. So lots of flexibility around how to manage the balance sheet, no significant cash cost to that debt burden with -- from an interest standpoint. And I think, frankly, the way we're doing it now with using the balance sheet and having the optionality around selling assets and monetizing WGP is far more efficient for our shareholders than, for instance, issuing equity to fund deficit spending or something, which as we made clear last quarter, isn't on the radar screen for us today.

## Operator

We have another question for you, and this one comes from Paul Sankey from Wolfe Research.

## Paul Benedict Sankey
*Wolfe Research, LLC*

I was going to ask about the reports in the press about the Mozambique process, but I think you pretty comprehensively answered that one [indiscernible].

## R. A. Walker
*Chairman & CEO*

Paul, I'm very happy to hear you say that.

## Paul Benedict Sankey
*Wolfe Research, LLC*

Yes. I think you addressed it. One outstanding one for me would simply be how you're viewing the future strip in your hedging program?

## R. A. Walker
*Chairman & CEO*

Well, I'll answer that in part and let Scott Moore, who handles not our marketing but our positions that we take with derivatives. I think you've heard us say many, many times, and I'll just repeat it again, I mean, we think of hedging as just balance sheet insurance. And we try every year to think at the right times to maybe have us much half of our commodity exposure hedged just for that reason. As it relates to the current curves and what's out there, obviously, in the contango market, it's a little harder to say how we want to hedge. But with that, let me turn it over to Scott, let him talk a little bit about what we think is out there in the market and kind of how that translates into derivative activity.

## A. Scott Moore
*Former Senior Vice President of Midstream & Marketing*

Sure. Thanks, Al. We do actively monitor the foreign markets and look at stabilizing our cash flow for balance sheet protection, as Al said. But the foreign market for natural gas, being so relatively weak due to really tremendous production growth in the fourth quarter carrying on to the first, we would like to see that market tighten up and see that will put some modest improvement in the forward pricing, which might give us more opportunities later versus the current valuations. And we're pleased to see it'll strengthen in oil markets. Still, I would say a bit cautious in terms of capital discipline in the industry and selling into any rallies. So we continue to look at this, I guess, our balancing and cost structure, and if we see things that are attractive into next year, we would carry forward with that.

## R. A. Walker
*Chairman & CEO*

Just the only thing I'd add is keep in mind how we view hedging from a cash flow standpoint and that we're generally looking to protect longer cycle spend with longer lead times, for instance, in our exploration portfolio or our megaprojects around the world. And we feel comfortable those are funded

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751490

going forward. We feel comfortable with the current -- our current outlook for cash flow, and as we mentioned previously, our balance sheet and our asset sale capabilities to fund those things. So with that flexibility, locking in hedges at marginally better economics, it doesn't really materially change the economic profile for us. If we saw the opportunity to lock in some material cash flows and materially better economics, then maybe that would make more sense for us going forward.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Great. That to me is very clear.

**Operator**

We have another question for you, this one's from Subash Chandra and he's from Guggenheim.

**Subhasish Chandra**
*Guggenheim Securities, LLC, Research Division*

A couple of asset questions and one financial one. From, I think, Bob's review of the offshore projects, is it safe to say that Shenandoah and Paon are in the final stages of delineation? I suppose some of that is going to depend on these wells, but it sounds like at DST or something we're closer to the end. Second is for the onshore shale assets, how you feel about lateral targeting and optimizing that? If you feel that, that work is well developed or in its infancy, relatively? And then, finally, as I look at the E&P sector, there's a lot of focus on cash flow neutrality. I wonder though that -- what scenario you might think either Anadarko or the sector might actually have to delever over time?

**R. A. Walker**
*Chairman & CEO*

Well, Subash, what I would suggest, Bob will handle your first question, Chuck will take your second and I'll tackle the third.

**Robert P. Daniels**
*Former Executive Vice President*

All right. Subash, on the appraisal work, this is going to be the fourth well in Shenandoah. And when we go into these appraisal programs, we start working with the development teams. They put in a group to do some predevelopment work and to help define what data we need. And so where would be the best place to locate these wells, it's not just simply to focus on oil in place or something like that. So there's an awful lot of work that's gone into defining what data we still need to get to that FID decision. And the Shenandoah 4 is focused on really moving us and advancing us in that direction. I think we're planning on getting a core there in the oil column, we're going to be up dip to the 1,000 feet of pay that we had. And so that will really help with some of the modeling going forward. And it's very similar to Paon, we're drilling the #5 well this year, so we've got significant amount of lateral appraisal. And really, we're looking at deliverability and connectivity. And that gives you a lot more confidence than in what your actual development plan should be and how economic the field could be. And so we do think that with both of these wells we're going to have a real step up in our knowledge. And with the integration of the development teams doing the predevelopment work, we're going to be in a very good position to make the call as to whether we want to advance towards the FID, do an additional appraisal well, whatever it may be, based on the results of these wells, but we're moving them forward very aggressively.

**Charles A. Meloy**
*Former Executive Vice President*

Subash, this is Chuck on the -- with regard to the targeting, it's an excellent question. We put it in the mix of all the things we're trying to optimize. And what we've seen with the targeting is certain strata have faster rate of penetrations, lower frac initiation pressures, greater load recovery in IPT, so we're trying to optimize all of that to get the best economics out of these wells. So we're doing a considerable amount of work on that and deciding how to stack the laterals if we do target particular intervals. So there's a lot in this to try to push your way out on that efficient frontier, and targeting it is just one element of it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751491

## R. A. Walker
*Chairman & CEO*

Subash, on your question of delevering, I'm assuming that you're talking about companies moderating to eliminating their debts to free cash flow spending. I think what you're seeing as an industry, we're still in a fairly negative free cash flow environment for most companies. That's one of the reasons, I think, you should take from the comments from this morning, we're fairly cautious because we don't quite yet see service costs synced up to the environment that we're in from a hydrocarbon price perspective. Until we start to see more of that synchronization, we're going to be pretty cautious. I think most of our industry will be fairly cautious. There probably will be some that made -- decided to take a bet and thinks that prices are going to run up and they're going to get ahead of it with their operations. We won't be one of those. As it relates to just being able to fund activity, I think Bob Gwin made a good comment a few minutes ago, that I just want to go back and reemphasize. And I think most of you know this quite well, with WGP we have additional liquidity beyond the cash as well as the lines of credit we have if we want to seek, over time, to reduce that position. And I think we've been pretty clear, our intent is not to own as much of WGP as we do today. And we see WGP giving us the ability to go into the market from time-to-time and use the cash that we see from that to put back into our operations, and in particular, things that we've seen that are good investments for us where the environment creates a good rate of return. I think, over time, it's hard to argue about the fact that we've been pretty aggressive at managing our portfolio and monetizing things and a varied rate of return syncs to the way in which we deploy capital. So as we come out of WGP, we'll continue to think about that and how we're going to put that capital to work. But from a leverage perspective, I think, industry, probably until we see service costs sync up with an environment where people can grow then grow with us, either a neutral free cash flow or a positive free cash flow, we all ought to be pretty cautious as to where we are in general. Hope that answers that question.

## Subhasish Chandra
*Guggenheim Securities, LLC, Research Division*

No, it certainly does, all 3 of them. Just to follow-up, just curious on the Monument Prospect. If that is important to sizing up Shenandoah or is that a distinct prospect?

## R. A. Walker
*Chairman & CEO*

I don't think we know enough about Shenandoah from a development standpoint at this juncture. We're still in the appraisal process of understanding what we've got. So we don't even have a good assessment today of what we think would be the cost to take Shenandoah to development. I think until we look at that and understand it better, any commentary from us about what we were going to do with Shenandoah would be premature.

## Operator

We have another question for you, and this one is from David Tameron from Wells Fargo.

## David Robert Tameron
*Wells Fargo Securities, LLC, Research Division*

Al, just on the service, if I think about your numbers on the quarter and some of the capital efficiency you're talking about, is there any way you can break down how much of that is service cost related? What are you seeing as far as your own operational efficiency? Is there any way to split that? And kind of what have you seen thus far? I guess what's your number as far as service cost reduction if I look at 1Q?

## Charles A. Meloy
*Former Executive Vice President*

Yes, David, this is Chuck. I don't think I'd go into the exact figures and stuff. I think the thing you could look at to give you an idea what that split is, if you look at the drilling times in Wattenberg and the Eagle Ford that gives you a good idea what's process oriented. And then the -- associated with efficiency,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751492

process and efficiency, and the rest of it is service cost reduction. So the combination has given us a really nice boost in this lower commodity prices to still provide some reasonable economics in our better plays. And we hope to continue to work on our processes to improve them. The reason I don't think a solid number is good right now is because it's moving on us. We continue to see additional process improvements and we continue to see some improvement in our service costs. So both are working in our favor right now and both are improving the economics even in this poor commodity market.

**R. A. Walker**
*Chairman & CEO*

David, can I just add to that real quick. I think, there'll be a day when you'll be clear as to where the costs and efficiencies are particularly coming from, but -- and we spent a little bit of time on the call this morning talking about some of the things that we're doing differently as a company in the field that are improving our efficiencies around how long it takes to drill a well or the types of completions that we're employing. And then we also work collectively and collaboratively with our service providers where we can to reduce costs. So it really is, at this juncture, still a work in progress.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Okay. And then if I think about bigger picture, if and when, I guess, service costs come back in line what you expected, I mean, Scott alluded to the capital discipline. And obviously, there's some smaller and mid-cap players that probably have marginal acreage. But if, let's say, oil goes back to $65 tomorrow, second half of the year, do you think that the service costs or the service companies are in position to ramp and meet the industry activity levels? Just given how deep they've cut, if everybody decides fourth quarter, hey, let's start ramping for '16, is there going to be a lag period? And do we risk the potential for service cost inflation headed into '16?

**R. A. Walker**
*Chairman & CEO*

For those companies that might choose to be more active the second half of the year because they believe that prices are going to be higher than they are today and believe they can continue to achieve service cost reductions so that they get a good rate of return, I'm assuming they're thinking about how they run their business in a way where rate of return means a lot to them. The service companies themselves have not really, to date, shown an ability to deliver services not only in a timely manner, but in a very quality manner. In fact, we're seeing tremendous support from the service sector. I'm not currently concerned about it, but our activity level as an industry is substantially less as you well know than it was even 6 months ago, and substantially less more so than a year ago. The service industry, I think, like the upstream business, has the ability where the economics support it to do the right thing and provide the right service at the right cost. I think from our perspective, we just need to continue to monitor that synchronization of service costs and hydrocarbon prices in a way where we think, on a sustained basis, we can get a good rate of return.

**Operator**

We have another question for you, and this one is from James Sullivan from Alembic Global Advisors.

**James Jan Sullivan**
*Alembic Global Advisors*

Just wanted to go back to Côte d'Ivoire for 1 second, there've been a couple questions on it. But I just wanted to ask, so you guys post the DST, are there other hurdles to a go-forward decision for FID besides the underground stuff? Is there -- how's the work, the situation with the government? Or are there any other limiting factors that would -- that you guys have to get over to get to sanctioning the project?

**R. A. Walker**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751493

No. I think, at this point, it's really technical and commercial internally. Our relationship with the government of Côte d'Ivoire has been excellent. The government has been very responsive. In fact, we went in and asked for a 2-year extension to give us more time to get the appraisal work done so that we could put -- submit a very good plan of development, should we end up with that outcome. And they were amenable to that. They really would like to see another development. They have internal needs for the cash and also for any hydrocarbons that may come into shore. They're very, very supportive of everything we've been trying to accomplish out there. They have an existing oil and gas industry there with production and a ministry and oil company in Petroci that understands the needs of the operators and is very flexible about helping the operators be successful and therefore, Côte d'Ivoire be successful. So from an onshore side, we're in a very good situation.

### James Jan Sullivan
*Alembic Global Advisors*

Okay, great. That's really helpful. Just to switch then over into the onshore arena. You guys had a couple of announcements about Permian midstream pieces, I think, pipeline and gas processing. Can you guys just comment on what you think remains necessary on the systems and infrastructure and midstream side before the Permian is ready to kick into high gear? And I would, obviously, you can take the question as commodity-agnostic. I know we're looking at the likelihood of some volatility and you guys really emphasized that you want to be cautious looking ahead. But just on the systems side, taking no account of the oil price, how far are you along there on a capacity side to being ready to rig up there?

### R. A. Walker
*Chairman & CEO*

Yes, Jim, good question. We're very excited about our Permian assets. It's -- the Wolfcamp in particular as it's shown tremendous upside for us. So much like we did in Wattenberg, we made some strategic moves to capture what we viewed as critical infrastructure in the Permian Basin, the Delaware portion of the Permian Basin. And they included the Nuevo plan as you're -- I think you're alluding to, as well as the -- what we call the DB JV, which is some pipeline assets. So we put together a really nice grid. If you go into our operating report, you can see that grid. And would that grid does is allow us to develop our substantial acreage position out there very efficiently and effectively without long runs on incremental pipes. The combination of those 2 pieces of infrastructure along with our position in the [indiscernible] plant that starting up here. Now has given us very nice, very efficient, quick response type of position within the basin. And so we really are waiting on commodity prices. At the end of the day, we're in a really good position with infrastructure. It still has a lot of work to do to upgrade it, to continue the expansion that would keep up with the drilling program, but it's given us a great footprint. If you look back at the Wattenberg story, you'll see a very similar move and very effective move for us. So I think we're in a good spot. We have a lot of opportunity for upside to capture the full value chain out there, and that's what we set out to do and I'm very proud of what we've accomplished.

### R. A. Walker
*Chairman & CEO*

Yes. This is Al, let me add to the fact, I think, Chuck has done an incredible job of synchronizing our midstream and upstream business. Our ability to add value over things that we control in the midstream space is incredible. I mean, you look at what we do in Wattenberg and boy, it's just a blueprint for how you do it right. That was under the direction of Chuck and a lot of good people that work with him every day. But at the same time, I think few companies understand the need as well as have the ability to execute the way in which they combine their midstream and their upstream and understand you need to control both. And I think that's one of the reasons you see such good success from our standpoint from the Wattenberg field versus other operators in the field. And we hope to do that again in the Delaware and certainly feel like we've done a pretty good job of that as well in the Eagle Ford with the way in which we've handled our midstream there as well.

### Operator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751494

We have another question for you, and this one comes from, David Heikkinen from Heikkinen Energy Advisers.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

As I look back at the first quarter, you guys are much closer to cash flow and CapEx balance than many of your peers. And Al, you've been pretty clear on your outlook and your outspend for the rest of the year. As you think about positioning at the year end, can you talk about how you build a backlog of drilled uncompleted wells in Wattenberg and Eagle Ford? How that brings you closer to cash flow balance? But maybe more importantly, how it can impact your outlook for activity levels and growth and the commodity price recovery?

**R. A. Walker**
*Chairman & CEO*

Well, you can expect, given the way in which we're allocating capitals here, David, you're going to see dry gas continue to decline sequentially each quarter. We anticipate the exit rate for this year for oil to be relatively flat year-over-year. So if you think about that from a rate standpoint and you think about what we have in inventory, when we see prices really give us the right rate of return at the wellhead, we're prepared to go back into a mode we've been in historically. I think we are taking a very cautious view and trying to do what we believe is the right thing in an environment where creating and adding value is more important than growth. And I'm not worried that when the day comes and we want to have growth that we can hit that accelerator again. I'm pretty proud of the fact that when we look at our exit rates for oil production, we're going to be pretty flat year-over-year and the decline is largely going to come from just dry gas which, as you well know, it really doesn't have a lot of economics today. And hopefully, natural gas prices in the U.S. will improve through the balance of the decade, as some of this goes out of our country through LNG and that commercial and industrial demand picks up. But I think that's kind of where we are today. And I'm not worried about getting back into a growth mode when we see higher prices that look sustainable and that will give us a good rate of return over the production profile of the field or the asset.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

And I guess that is the point of the drilled uncompleted backlog. What is the rate of return or have you ever thought on the inventory around that drilled uncompleted backlog in the Wattenberg?

**Robert G. Gwin**
*President*

In terms of what's an optimal amount or what are expected amount is?

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Where do you think you will be? Yes, exactly the expected amount.

**Robert G. Gwin**
*President*

Well, I think back in March, if you recall, we thought we would end the year at about 125 wells. That may increase another 25, thereabout, if we don't see the type of sustained higher price environment Al's making reference to. So a modest build from where we were in March, but not a lot.

**Operator**

We have another question for you, and this one is from Bob Brackett from Bernstein Research.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751495

A quick couple. One, on the Powder River farm out, is that farm out the entire strat column? Or is it limited to certain zones?

**Charles A. Meloy**
*Former Executive Vice President*

It is limited to certain zones, Bob.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

Which are those?

**Charles A. Meloy**
*Former Executive Vice President*

It's those below the coalbed methane.

**Robert Alan Brackett**
*Sanford C. Bernstein & Co., LLC., Research Division*

Got you. And for Yeti, the area under closure looks comparable to Big Foot or Cascade. Is that a reach or should we assume comparable oil in place?

**R. A. Walker**
*Chairman & CEO*

Bob, I said, at this point we don't know, that's why we have to drill the appraisal wells. With the 1 point and the area that we have, you could get the visual. But I think you have to get more on the sand distribution and continuity across that overall structure. So we're going to be appraising it later.

**Operator**

We have another question for you, and this one is from Paul Grigel from Macquarie.

**Paul William Grigel**
*Macquarie Research*

With the operational improvements you've outlined, has there been a change to your view on what the base decline is for the company? And then subsequently, what you view as a maintenance CapEx to hold production flat going forward?

**R. A. Walker**
*Chairman & CEO*

Okay. Both of those are pretty understandable questions, and appreciate you asking them. I think back in March, we told you we thought we had about $3 billion spend to be able to maintain capital or to have a maintenance CapEx number. That number is now down to $2.7 billion to maybe to $2.9 billion. So we've lowered that threshold in this process. And some of that has to do with the fact that we've done a great job to date reducing the base decline. Our guys and gals that handle that part of our assets have just done a phenomenal job. I'm sure there's going to be continued improvement as we begin to focus on it in the last quarter. As we moved away from growth, we found a lot of things that had been very positive. And I think that you should continue to expect we'll find ways to reduce the type of decline we've had in our base historically. And that's probably one of the real benefits -- if there's a benefit of $50, $60 oil, it's focusing on trying to do what you do every day, less expensively and better and improve your efficiency. And our ability to improve our efficiency around our base decline is probably one of the real super positives that came out of the first quarter.

**Paul William Grigel**
*Macquarie Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751496

Great. And then just taking a look at the CapEx outlook, obviously, lowering the high end. Given the increased drilling efficiency and the additional service cost reductions you guys have outlined that you received in March post when the guidance was set, could you discuss the thoughts on only moderately reducing the CapEx guidance and how much flexibility is built into that outlook?

**R. A. Walker**
*Chairman & CEO*

There's quite a bit of flexibility in that outlook. We watch that fairly closely. If we oil prices further back up through the course of the second half of the year, we'll drill and put more than the approximately 25 that I made reference to earlier, that we expect to add to the drilled but not completed category. We have no interest in adding to an oversupplied market with production that doesn't give us a good rate of return.

**Operator**

We have another question for you, and this one comes from John Herrlin from Societe Generale.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Just a quick one for Chuck since you are leaving us. You've been through a lot of cycles, Oryx, Kerr-McGee, Anadarko, deepwater shales, conventional. When you look at the different play types the industry has pursued, from a planning perspective, is it more difficult to manage something that's as iterative with the shales or deepwater given relative infrastructure type risk? I mean, how do you view how the business has changed over time in your career?

**Charles A. Meloy**
*Former Executive Vice President*

John, great question. It's been a great ride through all of that. And there are different challenges in each one of them. The thing that we've found is as we study on these and prepare to execute these programs, if we get the right folks on it and the right service support, we've been successful. And we've worked really hard as a company to get the right vendors tied in to us and the right folks onboard within the company, make sure we had right talent attacking these problems. And as long as we go at it right, as long as we attack it right and as long as we have the support from the vendors community that we've always enjoyed, and there's so many great ones out there that each of them have their individual challenges, but each of them you can accomplish if you go at it right.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Last one for me is Thorvald. When will that TD?

**Robert P. Daniels**
*Former Executive Vice President*

Yes. John, Thorvald is probably got a couple of months, 2 months maybe. We're about halfway down. It's a 30,000-foot well, so we've got a ways to go.

**Operator**

I have no more questions for you.

**R. A. Walker**
*Chairman & CEO*

Well, operator, thank you. I'd like to close with a couple of things. One, I really like to take a moment and thank Chuck and Cathy Douglas, who are both here this morning, who we announced last week were going to retire. Both had incredible impacts on our company, socially, culturally and operationally. To use a sports analogy, we are not going to replace them, we're going to reload. You cannot replace Cathy and you cannot replace Chuck. I'm pretty confident we can reload and do things the way we've been doing it

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751497

because we have a tremendous culture, we have a great organization, but we're going to truly miss both of them. So from all of us, it will be very difficult to be on these calls in the future and not have both of them around the table.

And the last thing I want to just continue to emphasize is that we are in this environment really seeking value. We're going to continue to look for value, we're not going to look for growth, and we're going to maintain flexibility so that when the markets do give us that right opportunity to go back into a growth mode, we're ready. But I think this will be one of the last companies you see trying to grow in a market where there's as much uncertainty we believe there is in terms of the expected rates of return that would come from a price environment today that was a little choppy.

So I know you guys have a busy day. Appreciate everyone dialing in this morning, loved the questions, and we'll talk to you in a quarter. Thanks so much. Bye-bye.

**Operator**
Thank you. Ladies and gentlemen, that concludes her conference call for today. You may now disconnect, thank you for joining and enjoy the rest of the day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751498

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01751499

# Exhibit 74

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# Company Conference Presentation

**Wednesday, May 20, 2015 1:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01757327

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................. | 3 |
| Presentation | ................................................................................. | 4 |
| Question and Answer | ................................................................................. | 10 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

APC-01757328

# Call Participants

## EXECUTIVES

**Robert G. Gwin**
*President*

## ANALYSTS

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757329

# Presentation

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Okay, we're going to get started with our first presentation today, which is Anadarko Petroleum. Anadarko's been one of our top picks in the E&P sector for the last year. So we think it offers one of the best combinations of growth, strong balance sheet, capital flexibility in a challenging market. And it's the largest -- trading at the largest discount to NAV within our large-cap universe. So here to tell us about it is Bob Gwin, who's Executive VP and CFO. Bob?

**Robert G. Gwin**
*President*

Bill, thanks. Thanks for having us again here in Austin. Great location for a conference, one we always look forward to coming to. Thanks, everybody, for getting up early this morning to listen to us. It's always fun to kick things off. Our cautionary statement on forward-looking things that I might say today, results may vary.

So many of you are familiar with the Anadarko story. Just to hit a couple of highlights here. We've had a pretty good track record over the course of the last several years. We'll cover that on the next slide. We've got a deep portfolio. It's balanced, internationally and domestically, gas and oil, conventional and unconventional. We focus a lot of time and effort on capital allocation across those various assets to meet the objectives that we set out. Usually, that's focused on delivering cash flow, reserve and production growth per debt-adjusted share. In the current environment, we've changed that around a little bit, as I'll be talking about this morning.

We've got a number of competitive advantages that have served us well and we try to continue to capitalize upon. And we have probably been one of the most active portfolio managers in cycling the portfolio, being willing to sell assets or portions of assets and redeploy the capital into higher-value opportunities across the portfolio.

The map and the barrel will give you a little bit of an insight into how we -- how the portfolio is split across the world. Primarily, we're focused on North America, with distinct oily opportunities in Africa as well as a world-class emerging LNG project in Mozambique that I'll also mention some stuff about this morning.

The track record I referred to earlier, and it's one that we're proud of. This is solely attributable to excellence in our operations. Our operating teams and our field folks have done an absolutely tremendous job of delivering upon the potential of the portfolio that we've put together several years ago.

We set out a goal of 5% to 7% compounded annual growth in production. They delivered 8%. Not only did they do that, but they did it with tremendous free cash flow generation, averaging almost $1 billion a year over the 5-year period, consistently replacing more than 150% of production, which we think is impressive for a company of our size. We do it at competitive costs. And our exploration team has delivered exceptional performance, and we'll touch a little bit on the tremendous value that they've added to the company over time.

And as I mentioned, we're going to be active in portfolio monetizations. And we've done it to the tune over that 5-year period of almost $13 billion, which has given us a lot of leverage within the portfolio to continue to grow without accessing the capital markets.

So these are our current expectations. This slide differs from the initial guidance that we laid out back in early March on our investor call. This is the information that we put forward with our first quarter results. The production -- the good news here is the production number's up and the capital and the cost structure is down. That's always a good combination. The production numbers here are 5 million barrels higher than they were at the beginning of the year. So we're looking at a little over 300 million barrels for the year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757330

And the capital, we brought down the high end of the range here. And our capital spend in the range is a little wider than we might usually look at, at this time of the year, but it's because we got a lot of flexibility of where we go deploy capital during the second half of the year, depending upon the environment we find ourselves in. And I'll mention where some of those levers are as I go through the talk this morning.

If you look -- I want to point you to that chart at the top right. You can really see what we've started to do with this year's capital allocation versus the traditional way that we've looked at capital. I don't know if you can see the -- if it's too small or not, but the green wedge here is our short cycle growth capital. We've essentially removed that from the 2015 plan and looked at not trying to drive growth, but trying to maintain flexibility and to allocate our capital into the maintenance side, replacing production and into shorter -- I'm sorry, into medium and longer-term growth opportunities. So if you think about the maintenance capital component of this, that's basically what's in the short-cycle box down here at the bottom, which is roughly half of our capital expenditure allocations for the year. We think the maintenance capital number now to maintain a production level consistent with 2014 is somewhere in the neighborhood of $2.7 billion, and that's down from closer to $3 billion when we talked to you at the beginning of March. That's a result of our ops folks doing a great job of driving down service cost, primarily onshore in the U.S., and becoming even more capital-efficient than that part of the portfolio always was.

We're going to continue to invest in the medium and the long cycle, though. We think that those offer better return characteristics, as we would hope to see some oil price recovery further in the future. Mid-cycle, a big chunk of that is -- part of it is what we're doing in our megaprojects, and a big chunk of it is in the Wolfcamp that I'll talk about.

And then in the longer cycle, we're going to continue to invest in exploration because of our success there and our ability to turn it into a profit center in and of itself.

So I'll talk first about the U.S. onshore. The chart at the bottom shows you the success that our teams have had driving forward a number of very impressive plays over the course of the last several years. The growth potential in these plays is evident. As you can see in the 2015 numbers, however, we're not focused as much on growth here. We are still growing oil volumes. Oil volumes will grow about 7% this year, we think, as a rough number, even though our overall volumes will be relatively flat. Our exit rates for oil, we think, will be about equivalent in 2015 to the 2014 number. Capital-efficient, I mentioned earlier, we're adding volumes, these wedge volumes at only about $35,000 per flowing barrel, $13 of BOE development cost, very impressive statistics, we think. But the absolute returns here, even though in a couple of fields they're very strong, the dollar profitability is simply not what it was in the U.S. even with the service costs coming down. And so we're going to be cautious as we see prices maybe begin to inch up here. We're going to be cautious about investing additional capital until we see returns as attractive as we expect they should be in the U.S. in the future.

One of the things we've put on this slide is leveraging our Midstream advantage. We did that exceptionally well in the Wattenberg. And when I talk about the Eagle Ford in a minute, I want to talk to you about what we're doing there to build that foundation for growth.

Wattenberg is a very impressive asset. It's more than a 1.5 billion barrel field. You can see the growth at the bottom, how the horizontal growth has taken off, replacing what is, I think, somewhere in the order of magnitude of 60-year-old conventional vertical field here. The team has done a tremendous job of driving down costs, improving efficiency. Well costs here are now less than $3.5 million per well. EURs continue to improve as we continue to fine-tune our spacing and our completion methodology. This is an asset that has been great and continues to get better. Returns, even in this environment, are now north of 45%, which we think is probably one of the better-returning assets in North America today. And that's -- a significant amount of that is driven by the fact that we have a tremendous position in the minerals in this area. About 40% of our operations in the Wattenberg are on fee-mineral acres that we own. And accordingly, the economics are enhanced by the fact that we either -- look at it like we don't pay a royalty or we pay it to ourselves. There's a little chart here down at the bottom right that attempts to show you some of the relative economics. The nice thing about this is in a lower-price environment, the relative value of owning the minerals here is even greater.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757331

And so our downside has been protected and the returns have been enhanced by owning the minerals, and it creates what is a very good asset without those minerals that turns it into an absolute phenomenal asset with the minerals. We control a significant amount of our infrastructure in the area by being able -- through our Western Gas Partners MLP. By leveraging Western Gas Partners' position, we've been able to capitalize upon its spending on capital. And West owns a piece of this value chain in transportation and frac trains down at Mont Belvieu. So we really have a pretty nicely vertically integrated asset here really from the wellhead to the frac train. And so it's an area that we continue to focus on as our primary place where we're going to invest capital in North America. We're running about 8 rigs here in 2015.

The Eagle Ford. We're going to run about 5 rigs here down from 10, I believe, it was last year. Yes, it says on the slide, it must be true. Our drilling cycle times here also continue to get better, drilling longer laterals for less money. We're seeing very strong well performance in the area. The teams, again, here have really done a great job of focusing on the base, focusing on efficiencies and capitalizing upon the scale we have in the field.

If you -- you can see the volume growth that we've been able to deliver up to this point, we're still going to grow this asset more in 2015 despite the fact we're bringing the rigs down. But this is very much another story about driving efficiencies to improve economics, driving down cost to improve economics, and we're getting better than 30% rates of return in this field in the current cost and price environment. So certainly, not nearly as strong as we've seen in the past, but acceptable rates of return, which is why we're continuing to invest in this area.

The Delaware is probably -- I think probably the most exciting opportunity that we've seen for a while, certainly since the Wattenberg. This is big and it keeps getting bigger, the economics keep getting better. I hope most of you are familiar with our position here. But if you're not, we have over 600,000 gross acres, over 250,000 net acres. This is a 50-mile range from the northwest of this map to the southeast of this map. It's an absolutely huge geographic area. You can see that as you move from the west to the east, we see EURs decreasing, but oil recovery is increasing. We are spending a lot of time here teeing this thing up for the future. We get asked a lot about economics here, and the economics here aren't stellar yet. And the reason is we're not moving into a pad drilling or a manufacturing mode here. We're doing science. We're drilling wells on a one-off basis across our acreage, trying to understand the geology better. We think there are multiple commercial zones here, and we're spending a lot of time and a lot of money building out infrastructure. A lot of that money that's being spent is Anadarko's Midstream spending. A lot of it is our Western Gas subsidiary's Midstream spending. We're following a model here that we followed in the Wattenberg, that if we -- that rather than drilling wells and waiting on pipe, it's -- the appropriate way to do this is to build out the infrastructure, make sure -- treat it like a megaproject, where we're building infrastructure, we're continuing to invest in capital, making sure that we have ample deliverability, ample power, ample water handling, and be in a position then, when we move into a manufacturing mode, to move quickly and to shorten the time between when we spend capital and when product is sold, which obviously has a significant positive impact on returns and on our cash flow generating capability.

As we do that, obviously, the science that we're doing is making the per-well economics much better, and the chart at the bottom left is meant to display that. Just what we've seen in the work that we've done in the early stages, we've already seen a 30% increase in our EURs. And obviously, that has a materially positive impact on the promise for the future and the economics for the future. Lots of locations, over 5,000 locations here. We still -- I didn't mention on the earlier slides, but over 4,000 locations in the Wattenberg, over 2,000 locations in the Eagle Ford, lots of running room in these 3 encore -- onshore U.S. plays. And give us, I guess, comfort in saying that when we're ready to ramp back up our rig count, we've got lots of running room to be able to deliver very profitable returns in the future onshore in the U.S.

I want to move to offshore a little bit and look at the megaproject portfolio. One of the things that I think is unique about our portfolio relative to many of the U.S. onshore peers is that we also have a material deepwater component to our business. It is poised to deliver a substantial amount of free cash flow going forward. The chart at the bottom shows you a little bit of how we've been essentially spending on new projects, the cash flow that is being generated by the existing projects. Those projects are listed in the charts at the top right here. And you can see we've brought them on fairly consistently about 1 or 2 a year for the last several years. That remains true. If you were to try to draw a line up from 2016 in that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757332

chart, you'll see Heidelberg and TEN both coming on in 2016, and then Mozambique trains start to come in behind that towards the end decade. What that results in is a substantial amount of free cash flow generating capability that we can take here and redeploy other places in the portfolio. It gives us a lot of flexibility around capital allocation going forward.

One of the things that we've done historically is that we've sold pieces of these developments to fund the capital associated with them. And it's added a tremendous amount of leverage within the portfolio without adding balance-sheet leverage. It's also significantly enhanced the rates of returns associated with each of these projects. So that by the time we brought, for instance, Lucius on, we had essentially had our development capital carried. And when we've put Lucius in place and entered into production-handling agreements with other fields in the area, the economics at the spar become very, very attractive. So there are a lot of different ways that you can take these deepwater assets and make them more profitable than the intrinsic rates of return might otherwise indicate.

I'll touch on the Gulf of Mexico for a second. I mentioned Lucius. It's a very attractive project that we have now ramped up to nameplate capacity of 80,000 barrels per day. Obviously, we're very pleased with that. Its twin, Heidelberg, is moving on time and on budget, scheduled to come online in 2016 and give us that next leg of growth in the Gulf of Mexico. Shenandoah, as mentioned here in the middle, not a lot to add on Shenandoah today, other than to mention we are drilling an appraisal well there, and we continue to move that project towards development in the future.

We have a high working interest across our portfolio. We've got 7 facilities out here. By having that kind of breadth of facilities, by having good project development expertise and a strong exploration capability, the Gulf of Mexico becomes a place where our core skills create a competitive advantage, where we've been able to drive very profitable and increasing the oilier operations here over time.

Speaking of high-margin oil, we're getting a lot of it out of Africa these days. We brought on El Merk that many of you are familiar with in Algeria. Jubilee is producing at a very high rate. Offshore Ghana, I mentioned we're bringing on the TEN development in 2016. So coming out of Ghana and coming out of Algeria are very low operating costs, very high-margin oil projects. Even in the current oil price environment, these are very attractive, generate a lot of free cash flow and give us cash that we can redeploy elsewhere in the portfolio. And Algeria has been a legacy asset of Anadarko's for, I don't know, 25-plus years. And Ghana is certainly emerging as that as we bring TEN on in 2016.

Mozambique many of you are familiar with. We had a very exciting announcement on Monday morning that we have named our engineering procurement and construction contractor group following an extensive competitive FEED process. One of the data points that was in that release that you may or may not have noticed is that the size of Mozambique, the size of the production opportunity from the first 2 trains went up. We originally were looking at 2 5 million tonne-per-annum trains in Mozambique, and we've worked with the engineering firms to now be looking at 2 6 million tonne-per-annum trains at the same cost that we were expecting for the 5 million tonne-per-annum trains. So a combination of the current service cost environment and the good work of the FEED contractor has put us in a position where we've got a 20% uplift in potential volumes at the same economics. And obviously, that's pretty exciting when you start to look at the return potential and the size potential of just the initial 2 trains in Mozambique. And as many of you have followed, the amount of gas here in the plan, the forward plan is for several trains coming in behind that.

Also, by entering into this, it moves us closer into the submittal of a plan of development to the government and it moves us closer to being able to reach FID. And our goal here is still to be able to deliver first cargoes around the end of the decade. The economics here are very impressive. We've got, as I said, 12 million trains -- 12 million tonnes per annum for the first 2 trains. We've contracted through HOAs with offtake providers for about 2/3 of that, 8 million tonnes per annum. We've got LOIs for approximately 60% of the capital cost here in the form of project financing. Our goal has always been to be somewhere in that 2/3 range. Really, each piece of this project continues to move forward, and we continue to advance it. And it's a very -- first cash flows and first cargoes are still a ways off, but it's increasingly being derisked, and the value of the opportunity is becoming greater and greater to Anadarko and its shareholders as we move forward.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757333

Touch briefly on exploration activity. You can -- I won't read the map to you here, but you can see about half of the activity around the 9 to 12 wells that we're planning, and this is always flexible based upon discoveries and what we might want to do around appraisals. But about half of that's in the Gulf of Mexico. Speaking of discoveries and appraisals, we had the Yeti discovery that we announced already earlier this year. We'll move toward an appraisal well at Yeti. We're appraising Shenandoah. If you look at Côte d'Ivoire, we'll be doing an appraisal and a drill-stem test at Paon. The goal there is to move Paon towards development and start to push that now in a direction of being able to define a timeline to deliver first oil offshore Paon and the first deepwater oil out of Côte d'Ivoire, which is a nice complement to our Ghana position. Colombia is also an exciting place in 2015 for our exploration team. We've got 2 wildcat opportunities that we'll be drilling offshore Colombia and a very significant seismic shoot over our 16 million acre -- a portion of our 16 million acre position in offshore Ghana. Lots of prospects, lots play types. This is one of the more exciting things that our exploration team is working on currently. And as we move forward, we've -- for the last couple of years, we announced our exploration results each of our quarterly calls, and we look forward to updating everyone in the future at what we're finding. But certainly, a great start to the year with the Yeti discovery, which gives us another development opportunity in the Gulf of Mexico. We're also doing a significant seismic shoot in New Zealand to determine prospectivity of a substantial acreage position there as well.

The coolest slide, I think, in the presentation might be this one. People think about exploration when think about how we're spending capital. And why are we spending capital, outspending cash flow to spend capital on things like these mid-cycle opportunities and long-cycle opportunities? If you think of the long-cycle as exploration, why would you spend money in a low-cash-flow environment? Why would you spend money on something that's long cycle? Well, this is why. Exploration has become a very significant profit center in and of itself. Their track record is unmatched when you look at what they've done with the drillbit. But when you look at what they've been able to do for the company financially, I think it's truly unmatched. We spent about $10 billion since 2005. Now what's that $10 billion gotten us? Well, they found about 6.5 billion barrels of resources, which is exceptionally impressive. But we've been able to sell either through farming out prior to drilling some of these opportunities or selling down discoveries, which would include for instance the selldown that we've done in Mozambique to derisk that project. We've been able to bring in $13 billion of cash associated with these -- with the $10 billion spend. So if you spend $10 billion, you bring in $13 billion. And we're left with 5 billion barrels of those resources that we've retained as well as current production of 250,000 barrels a day that is a part of those discoveries. So we've been able to use dollars to generate even more dollars, create optionality, keep assets that help us to drive future growth. And we think this model is not only sustainable, but it's ongoing today. Down to the bottom right, you see that we've raised a couple of hundred million dollars through farm-outs. So by the time we're drilling some of the opportunities I've mentioned to you earlier, we're drilling it. We're derisking it. We're not exposing as many of Anadarko's dollars to these opportunities. We're getting more bites at the apple for the same amount of capital. And we think this is something we'll be able to extend well in the future because the value is in the people and what they've been able to deliver.

An obligatory financial-position slide since I'm the CFO. We have plenty of liquidity, a nice cash position, $5 billion of credit capacity in the form of our revolvers and our commercial paper program. We've got a lot of flexibility about moving capital expenditures up or down to meet either our cash inflows or our liquidity position.

We announced in early March that we would expect to outspend cash flow this year because of that intermediate and long-cycle spend. And I think we'll continue to do that, but we also came out back in early March telling you where we're going to pay for it, announcing the sale of our EOR assets. We've now closed $700 million sale of the assets in Wyoming. So essentially, putting no pressure on the balance sheet in 2015 through outspending cash flow. And as we look at 2016, we'll try to decide if we want to still go down that path or if we want to spend within cash flow or if we want to start to ramp up some of the short-cycle cash opportunities if the return environment is more attractive than we find it today.

We also have a significant ownership position in some other assets. We'll be marketing some other E&P assets during the course of the year, things that otherwise probably wouldn't be funded in our portfolio, but still have economics that are attractive relative to the opportunities of other companies or private equity-backed teams out there. And we have a substantial ownership position in our publicly traded MLPs,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757334

around $12 billion of value in our Western Gas Equity Partners MLP, ticker symbol is WGP. We've sold some of that into the market over time. I've made statements in the past that we expect to continue to monetize that over time. While we own it, it's earning about a 2% yield, which is 6x what you can earn on your cash today. So we're in no hurry to sell these -- the position, but it's something that gives us flexibility around how to fund things without accessing the capital markets with Anadarko securities.

And since I mentioned earlier that our goal here is to grow on a debt-adjusted share basis, obviously focusing on not expanding that denominator, but rather contracting it over time materially helps us achieve that objective.

We've come to the -- everybody's favorite slide, the last slide. Just to retouch, we think the portfolio is unmatched from a depth and quality standpoint. We think the balance is appropriate and -- rather than betting on one commodity or the other. We think we're quite good at allocating capital and have flexibility to change that as the year goes on, either deferring more completions or completing more wells. That's the easiest valve to turn in the short term. There's some things we might also want to do in the medium- and long-cycle bucket. Opportunity is abound in the portfolio, so it's really a question of what's the future environment look like. And how do we want to seize upon that either in the current environment or maybe wait and do it going forward?

Active portfolio management, whether that's buying assets periodically or continuing our traditional view of selling things that otherwise might not get funded within the portfolio. And really, what the overall focus is -- last bullet point. Our goal here is to create long-term value. It's not to deliver quarter-to-quarter growth that might get somebody's attention, it's to grow as fast as we can for as long as we can in the right environment, where we can do so profitably and to be fiscally conservative and responsible in an area -- in an era of volatility, like we're in today, until we see some clear signs that the results of our efforts and the results of your dollars that we're investing are going to generate the right kinds of returns to deliver the best long-term value for the shareholder.

So Bill, I think, yes, that is our last slide. Yes, we've got -- well, I wanted to leave 1 minute, but there's 5, I guess.

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*
Yes. So do we have any questions for Bob or Anadarko?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757335

# Question and Answer

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Maybe I'll start off with a quick one. Can you comment a little bit on what you're seeing in the M&A market? I mean, you've been very active in terms of portfolio management, but you would think where the strip is that it might not be an ideal time to sell assets. But on the other hand, there's been a tremendous amount of capital raised in private equity. So if you could comment in terms of what you're seeing, both onshore U.S. and offshore?

**Robert G. Gwin**
*President*

Okay. Onshore is easier to talk about because there's a lot more data points than offshore, but I think offshore probably ends up following the same model. Your latter point about capital is the one that's really driving the market today. It is clearly a seller's market today, in our opinion. We bid on a number of asset packages that are out there, and the prices that we understand they're clearing the market for we don't really quite understand. Quite frankly, it seems like there is full value being paid. Especially for oily assets we've seen out there, full value is being paid. I think that's because of the significant amount of capital that's chasing these deals. Everybody's heard rumors of various size. We were hearing $30 billion of private equity, then we heard $100 billion. And the most recent conversation I had with someone said there's $150 billion of private debt and equity, before back-levering, chasing transactions, and over 100 management teams that have private-equity backing that have yet to do a deal. Now I don't know if those numbers are right or not, but I think from a macro standpoint, it tells you that there's a lot of folks chasing a few deals. If you consider what their return objectives are, and if you consider the fact that they need to get money to work in order to start having their reason to exist be worthwhile, then it follows suit that they're going to be pretty aggressive in chasing assets. And so far, we've seen prices out there that we haven't felt like chasing. So what does that mean? What that means is you look more at your own portfolio and say what else might we be willing to sell in the current environment. And certainly, with the packages that we've had out there, we're been very pleased with the bids that we've received. And it doesn't mean we'll necessarily sell a lot more, but it tells us that selling in the current environment is something that is something that we want to continue to pursue. Deepwater or offshore, there's fewer transactions, fewer data points. The place where we get some insight is through some of the farm-outs that we're doing with exploration. We've seen some very strong uptake there. It's a little bit of a different universe of buyers, more operators, but still some private equity-backed folks. They're quite interested in pursuing some of these opportunities. And they tend to like to drill with us because of our success rates historically. Going forward, it seems -- I don't see any reason why that capital is going to dry up, unless commodity prices materially back up and the return potential, even for those private investors, just simply isn't there anymore.

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Are there any other questions for Bob?

**Robert G. Gwin**
*President*

You guys are letting me off easy. It's good going at 7:30.

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Yes. All right, if not, please join me in thanking Anadarko.

**Robert G. Gwin**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757336

Thanks, you guys.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01757337

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01757338

# Exhibit 75

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

**Date of Earliest Event Reported: July 28, 2015**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 1-8968 | 76-0146568 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1201 Lake Robbins Drive**
**The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

STEINHOLT_0011373

The information in this Current Report on Form 8-K shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liabilities of that section, and is not incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 2.02  Results of Operations and Financial Condition.**

On July 28, 2015, Anadarko Petroleum Corporation (Anadarko) announced second-quarter 2015 financial and operating results. The press release is included in this report as Exhibit 99 and is incorporated herein by reference.

**Item 7.01  Regulation FD Disclosure.**

On July 28, 2015, Anadarko provided guidance for the remainder of 2015. This information is contained in the press release included in this report as Exhibit 99.

**Item 9.01  Financial Statements and Exhibits.**

(d)  Exhibits.

99  Anadarko Press Release dated July 28, 2015.

STEINHOLT_0011374

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ANADARKO PETROLEUM CORPORATION
(Registrant)

July 28, 2015                                    By: /s/ CHRIS CHAMPION
                                                 _____
                                                 Chris Champion
                                                 Vice President, Chief Accounting Officer and Controller

STEINHOLT_0011375

**EXHIBIT INDEX**

**Exhibit No.**      **Description**

99              Anadarko Press Release dated July 28, 2015.

STEINHOLT_0011376

Exhibit 99



# NEWS

## ANADARKO ANNOUNCES SECOND-QUARTER 2015 RESULTS

### Increases Midpoint of Full-Year Oil Sales-Volume Guidance by 15,000 Barrels per Day

**HOUSTON**, July 28, 2015 – Anadarko Petroleum Corporation (NYSE: APC) today announced its financial and operating results for the second quarter of 2015, including net income attributable to common stockholders of $61 million, or $0.12 per share (diluted). These results include certain items typically excluded by the investment community in published estimates, which in the aggregate increased net income by $57 million or $0.11 per share (diluted).[1] Net cash flow from operating activities in the second quarter of 2015 was $1.243 billion, and discretionary cash flow from operations totaled $1.373 billion.[2]

### HIGHLIGHTS

- Increased year-over-year oil sales volumes by 42,000 barrels per day, adjusted for divestitures[3]
- Achieved large-scale project milestones in the Gulf of Mexico and Mozambique
- Announced deepwater exploration success in a frontier basin offshore Colombia
- Announced more than $1.7 billion of monetizations year to date

"During the second quarter, we delivered more than 18,000 barrels per day of higher-margin oil sales volumes above our guidance, driven by continued improvements in productivity and ongoing operating efficiencies," said Anadarko Chairman, President and CEO Al Walker. "The operating improvements achieved to date are contributing to an expected full-year increase over 2014 of 13 percent, or about 35,000 barrels of oil per day, enhancing our relative cash margins and enabling us to drill more than 100 additional wells this year – all while staying within our capital guidance. In addition, we've created significant option value through our exploration success offshore Colombia and in the Gulf of Mexico, and accelerated value through active portfolio management. We believe these actions and differentiating achievements, the depth and strength of our portfolio, and the commitment of our employees, position us well for continued success."

STEINHOLT_0011377

2

## OPERATIONS SUMMARY

During the second quarter, Anadarko's sales volumes of oil, natural gas and natural gas liquids (NGLs) totaled 77 million barrels of oil equivalent (BOE), or an average of 846,000 BOE per day. The company also updated its full-year 2015 sales-volume guidance to a range of 298 million to 302 million BOE, which excludes 2015 sales volumes associated with the divestitures of EOR and Bossier.

In the U.S. onshore, Anadarko increased oil sales volumes by approximately 30 percent year over year on a divestiture-adjusted basis,[3] driven by the Wattenberg field, Eagleford Shale and Delaware Basin, while natural-gas sales volumes were lower, reflecting third-party infrastructure downtime and curtailments, as well as the company's storage program.

During the quarter, Anadarko achieved a significant production milestone, averaging 101,000 barrels of oil per day (BOPD) in the Wattenberg field in Colorado, while also achieving exceptional efficiency improvements. The company has realized a significant reduction in drilling cost per foot over a two-year period and is currently drilling new Wattenberg horizontal wells for approximately $1 million per well. During the second quarter, Anadarko also achieved startup at its 300-million-cubic-feet-per-day (MMcf/d) Lancaster II cryogenic expansion, providing additional growth capacity for the Wattenberg field.

Anadarko expects to achieve its objective of drilling more than 200 wells in the Eagleford Shale this year with fewer rigs than initially anticipated. Efficiency gains are enabling Anadarko to re-allocate rigs from the Eagleford Shale to the Wolfcamp Shale oil play in the Delaware Basin of West Texas. During the quarter, the Delaware Basin increased year-over-year oil sales volumes by almost 30 percent and achieved startup at the 200-MMcf/d Mi Vida cryogenic gas plant.

In the deepwater Gulf of Mexico, Anadarko's Lucius facility achieved name-plate capacity of 80,000 BOPD with production stabilizing during the quarter. The company also continued to advance the 80,000-BOPD Heidelberg spar on schedule with the successful installation of the hull and completion of the topsides.

The Mozambique liquefied natural gas (LNG) project also continues to advance with the selection of a consortium consisting of CB&I, Chiyoda Corporation and Saipem (CCS JV) for the initial development of the onshore LNG park. The scope of the work includes two 6-million-tonnes-per-annum (MMTPA) LNG trains, which is a 20-percent increase in the original capacity expectations with no change to estimated costs.

STEINHOLT_0011378

Anadarko continues an active deepwater exploration program. The company's first well, Kronos, in the frontier basin offshore Colombia, encountered 130 to 230 net feet of natural gas pay in the upper objective, proving the presence of a working petroleum system and validating the company's geologic and seismic interpretations. Drilling is ongoing toward the deeper objective before mobilizing the rig to drill the Calasu prospect, which is also located in the 4.5-million-acre Grand Fuerte Block, approximately 100 miles northeast of the Kronos well. In the Gulf of Mexico, Anadarko spud its third appraisal well in the Shenandoah field and plans to commence drilling on an appraisal well to the previously announced Yeti discovery, which encountered more than 270 net feet of oil pay.

## FINANCIAL SUMMARY

Anadarko ended the second quarter with approximately $2.2 billion of cash on hand. Year to date, Anadarko has reached agreements to divest more than $1.1 billion in assets, including the recently announced $440 million divestiture of its Bossier natural gas field and associated midstream infrastructure. In addition, Anadarko accelerated more than $575 million of value from the secondary sale of Western Gas Equity Partners, LP (NYSE: WGP) units and a WGP-linked tangible equity unit offering.

## OPERATIONS REPORT

For details on Anadarko's operating areas and exploration program, including tables illustrating same-store sales information,[3] please refer to the comprehensive report on second-quarter 2015 activity. The report is available at www.anadarko.com.

## CONFERENCE CALL *TOMORROW* AT 8 A.M. CDT, 9 A.M. EDT

Anadarko will host a conference call on Wednesday, July 29, 2015, at 8 a.m. Central Daylight Time (9 a.m. Eastern Daylight Time) to discuss second-quarter results, current operations and the company's outlook for the remainder of 2015. The dial-in number is 866.777.2509 in the United States or 412.317.5413 internationally. Participants can register for the conference at http://dpregister.com/10068168. For complete instructions on how to participate in the conference call, or to listen to the live audio webcast and slide presentation, please visit www.anadarko.com. A replay of the call will be available on the website for approximately 30 days following the conference call.

## FINANCIAL DATA

Nine pages of summary financial data follow, including current hedge positions and updated financial and production guidance.

STEINHOLT_0011379

4

(1) See the accompanying table for details of certain items affecting comparability.

(2) See the accompanying table for a reconciliation of GAAP to non-GAAP financial measures and a statement indicating why management believes the non-GAAP financial measures provide useful information for investors.

(3) See the accompanying table for a reconciliation of "divestiture-adjusted" or "same-store" sales volumes, which are intended to present performance of Anadarko's continuing asset base, giving effect to recent divestitures.

Anadarko Petroleum Corporation's mission is to deliver a competitive and sustainable rate of return to shareholders by exploring for, acquiring and developing oil and natural gas resources vital to the world's health and welfare. As of year-end 2014, the company had approximately 2.86 billion barrels-equivalent of proved reserves, making it one of the world's largest independent exploration and production companies. For more information about Anadarko and APC Flash Feed updates, please visit www.anadarko.com.

*This news release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results or other expectations expressed in this news release, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance, timely complete and commercially operate the projects and drilling prospects identified in this news release, consummate the transaction described in this release, enter into a definitive agreement with CCS JV, successfully plan, secure necessary government approvals, finance, build and operate the necessary infrastructure and LNG park, and achieve production and budget expectations. See "Risk Factors" in the company's 2014 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

#      #      #

**ANADARKO CONTACTS**

**MEDIA:**
John Christiansen, john.christiansen@anadarko.com, 832.636.8736
Stephanie Moreland, stephanie.moreland@anadarko.com, 832.636.2912
Christina Ramirez, christina.ramirez@anadarko.com, 832.636.8687

**INVESTORS:**
John Colglazier, john.colglazier@anadarko.com, 832.636.2306
Robin Fielder, robin.fielder@anadarko.com, 832.636.1462
Jeremy Smith, jeremy.smith@anadarko.com, 832.636.1544

STEINHOLT_0011380

5

**Anadarko Petroleum Corporation**
**Certain Items Affecting Comparability**

| millions except per-share amounts | Quarter Ended June 30, 2015 | | | | | |
|---|---|---|---|---|---|---|
| | Before Tax | | After Tax | | Per Share (diluted) | |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ | 229 | $ | 145 | $ | 0.28 |
| Gains (losses) on divestitures, net | | (91) | | (77) | | (0.15) |
| Impairments | | (30) | | (20) | | (0.04) |
| Change in uncertain tax positions (FIN 48) | | — | | 9 | | 0.02 |
| | $ | 108 | $ | 57 | $ | 0.11 |

\* Includes $(83) million related to commodity derivatives and $312 million related to interest-rate derivatives.

| millions except per-share amounts | Quarter Ended June 30, 2014 | | | | | |
|---|---|---|---|---|---|---|
| | Before Tax | | After Tax | | Per Share (diluted) | |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ | (237) | $ | (151) | $ | (0.30) |
| Gains (losses) on divestitures, net | | 9 | | 8 | | 0.02 |
| Impairments | | (117) | | (75) | | (0.15) |
| Change in uncertain tax positions (FIN 48) | | — | | (115) | | (0.23) |
| Contingent Clean Water Act penalty accrual | | (90) | | (90) | | (0.17) |
| Interest expense related to Tronox settlement | | (19) | | (19) | | (0.04) |
| | $ | (454) | $ | (442) | $ | (0.87) |

\* Includes $(76) million related to commodity derivatives, $(159) million related to interest-rate derivatives, and $(2) million related to gathering, processing, and marketing sales.

## Reconciliation of GAAP to Non-GAAP Measures

Below are reconciliations of net income (loss) attributable to common stockholders (GAAP) to adjusted net income (loss) (non-GAAP), cash provided by operating activities (GAAP) to discretionary cash flow from operations (non-GAAP), as well as free cash flow (non-GAAP) as required under Regulation G of the Securities Exchange Act of 1934. Management uses adjusted net income (loss) to evaluate the Company's operational trends and performance.

| millions except per-share amounts | Quarter Ended June 30, 2015 | | | | Quarter Ended June 30, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | After Tax | | Per Share (diluted) | | After Tax | | Per Share (diluted) | |
| Net income (loss) attributable to common stockholders | $ | 61 | $ | 0.12 | $ | 227 | $ | 0.45 |
| Less certain items affecting comparability | | 57 | | 0.11 | | (442) | | (0.87) |
| **Adjusted net income (loss)** | $ | 4 | $ | 0.01 | $ | 669 | $ | 1.32 |

STEINHOLT_0011381

6

## Anadarko Petroleum Corporation
### Reconciliation of GAAP to Non-GAAP Measures

Management uses discretionary cash flow from operations because it is useful in comparisons of oil and gas exploration and production companies as it excludes certain fluctuations in assets and liabilities and current taxes related to certain items affecting comparability. Management uses free cash flow to demonstrate the Company's ability to internally fund capital expenditures and to service or incur additional debt.

| millions | Quarter Ended June 30, 2015 | | 2014 | Six Months Ended June 30, 2015 | | 2014 |
|---|---|---|---|---|---|---|
| Net cash provided by (used in) operating activities | $ | 1,243 | $ 2,462 | $ | (3,261) | $ 4,191 |
| Add back | | | | | | |
| Increase (decrease) in accounts receivable | | 462 | (83) | | 105 | 183 |
| (Increase) decrease in accounts payable and accrued expenses | | (84) | (84) | | 199 | (21) |
| Other items—net | | (339) | 82 | | 269 | 27 |
| Tronox settlement payment | | — | — | | 5,215 | — |
| Certain nonoperating and other excluded items | | 3 | 1 | | 25 | 1 |
| Current taxes related to asset monetizations | | 88 | 56 | | 316 | 576 |
| **Discretionary cash flow from operations** | $ | 1,373 | $ 2,434 | $ | 2,868 | $ 4,957 |

| millions | Quarter Ended June 30, 2015 | | 2014 | Six Months Ended June 30, 2015 | | 2014 |
|---|---|---|---|---|---|---|
| Discretionary cash flow from operations | $ | 1,373 | $ 2,434 | $ | 2,868 | $ 4,957 |
| Less capital expenditures* | | 1,401 | 2,402 | | 3,223 | 4,970 |
| **Free cash flow**\*\* | $ | (28) | $ 32 | $ | (355) | $ (13) |

\*   Includes Western Gas Partners, LP (WES) capital expenditures of $122 million for the quarter ended June 30, 2015, and $173 million for the quarter ended June 30, 2014, $278 million for the six months ended June 30, 2015, and $343 million for the six months ended June 30, 2014.

\*\* Free cash flow for the six months ended June 30, 2015, includes a $595 million current tax benefit associated with the Tronox settlement.

Presented below is a reconciliation of total debt (GAAP) to net debt (non-GAAP). Management uses net debt as a measure of the Company's outstanding debt obligations that would not be readily satisfied by its cash and cash equivalents on hand.

| | June 30, 2015 | | | | | |
|---|---|---|---|---|---|---|
| millions | Anadarko Consolidated | | WGP* Consolidated | | Anadarko excluding WGP | |
| Total debt | $ | 16,058 | $ | 2,677 | $ | 13,381 |
| Less cash and cash equivalents | | 2,173 | | 89 | | 2,084 |
| Net debt | $ | 13,885 | $ | 2,588 | $ | 11,297 |

| millions | | Anadarko Consolidated | | Anadarko excluding WGP |
|---|---|---|---|---|
| Net debt | $ | 13,885 | $ | 11,297 |
| Total equity | | 19,359 | | 16,389 |
| **Adjusted capitalization** | $ | 33,244 | $ | 27,686 |
| **Net debt to adjusted capitalization ratio** | | 42% | | 41% |

\*   Western Gas Equity Partners, LP (WGP) is a publicly traded consolidated subsidiary of Anadarko and WES is a consolidated subsidiary of WGP.

STEINHOLT_0011382

7

**Anadarko Petroleum Corporation**
**(Unaudited)**

| Summary Financial Information | | Quarter Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|---|
| *millions except per-share amounts* | | 2015 | | 2014 | | 2015 | 2014 |
| **Consolidated Statements of Income** | | | | | | | |
| **Revenues and Other** | | | | | | | |
| Natural-gas sales | $ | 487 | $ | 991 | $ | 1,128 | $ 2,208 |
| Oil and condensate sales | | 1,616 | | 2,705 | | 3,035 | 5,129 |
| Natural-gas liquids sales | | 229 | | 411 | | 461 | 797 |
| Gathering, processing, and marketing sales | | 305 | | 278 | | 598 | 589 |
| Gains (losses) on divestitures and other, net | | (1) | | 54 | | (265) | 1,560 |
| Total | | 2,636 | | 4,439 | | 4,957 | 10,283 |
| **Costs and Expenses** | | | | | | | |
| Oil and gas operating | | 226 | | 273 | | 522 | 586 |
| Oil and gas transportation and other | | 289 | | 281 | | 650 | 547 |
| Exploration | | 103 | | 502 | | 1,186 | 801 |
| Gathering, processing, and marketing | | 255 | | 250 | | 509 | 502 |
| General and administrative | | 278 | | 305 | | 588 | 603 |
| Depreciation, depletion, and amortization | | 1,214 | | 1,048 | | 2,470 | 2,172 |
| Other taxes | | 151 | | 361 | | 333 | 675 |
| Impairments | | 30 | | 117 | | 2,813 | 120 |
| Deepwater Horizon settlement and related costs | | — | | 93 | | 4 | 93 |
| Total | | 2,546 | | 3,230 | | 9,075 | 6,099 |
| **Operating Income (Loss)** | | 90 | | 1,209 | | (4,118) | 4,184 |
| **Other (Income) Expense** | | | | | | | |
| Interest expense | | 201 | | 186 | | 417 | 369 |
| (Gains) losses on derivatives, net | | (311) | | 323 | | (159) | 776 |
| Other (income) expense, net | | 15 | | (13) | | 62 | (12) |
| Tronox-related contingent loss | | — | | 19 | | 5 | 4,319 |
| Total | | (95) | | 515 | | 325 | 5,452 |
| **Income (Loss) Before Income Taxes** | | 185 | | 694 | | (4,443) | (1,268) |
| Income Tax Expense (Benefit) | | 77 | | 428 | | (1,315) | 1,092 |
| **Net Income (Loss)** | | 108 | | 266 | | (3,128) | (2,360) |
| Net Income (Loss) Attributable to Noncontrolling Interests | | 47 | | 39 | | 79 | 82 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ | 61 | $ | 227 | $ | (3,207) | $ (2,442) |
| **Per Common Share** | | | | | | | |
| Net income (loss) attributable to common stockholders—basic | $ | 0.12 | $ | 0.45 | $ | (6.32) | $ (4.84) |
| Net income (loss) attributable to common stockholders—diluted | $ | 0.12 | $ | 0.45 | $ | (6.32) | $ (4.84) |
| **Average Number of Common Shares Outstanding—Basic** | | 508 | | 505 | | 507 | 505 |
| **Average Number of Common Shares Outstanding—Diluted** | | 509 | | 507 | | 507 | 505 |
| | | | | | | | |
| **Exploration Expense** | | | | | | | |
| Dry hole expense | $ | 13 | $ | 302 | $ | 42 | $ 423 |
| Impairments of unproved properties | | 18 | | 109 | | 998 | 186 |
| Geological and geophysical expense | | 16 | | 37 | | 38 | 80 |
| Exploration overhead and other | | 56 | | 54 | | 108 | 112 |
| Total | $ | 103 | $ | 502 | $ | 1,186 | $ 801 |

STEINHOLT_0011383

8

**Anadarko Petroleum Corporation**
**(Unaudited)**

| Summary Financial Information | | Quarter Ended June 30, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|
| *millions* | | 2015 | 2014 | | 2015 | 2014 |
| **Cash Flows from Operating Activities** | | | | | | |
| Net income (loss) | $ | 108 | $ 266 | $ | (3,128) $ | (2,360) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | | | |
| Depreciation, depletion, and amortization | | 1,214 | 1,048 | | 2,470 | 2,172 |
| Deferred income taxes | | 11 | 142 | | (1,187) | 188 |
| Dry hole expense and impairments of unproved properties | | 31 | 411 | | 1,040 | 609 |
| Impairments | | 30 | 117 | | 2,813 | 120 |
| (Gains) losses on divestitures, net | | 91 | (9) | | 425 | (1,468) |
| Total (gains) losses on derivatives, net | | (310) | 325 | | (158) | 786 |
| Operating portion of net cash received (paid) in settlement of derivative instruments | | 81 | (88) | | 172 | (186) |
| Other | | 29 | 54 | | 74 | 108 |
| Changes in assets and liabilities | | | | | | |
| Deepwater Horizon settlement and related costs | | (3) | 92 | | 1 | 92 |
| Tronox-related contingent liability | | — | 19 | | (5,210) | 4,319 |
| (Increase) decrease in accounts receivable | | (462) | 83 | | (105) | (183) |
| Increase (decrease) in accounts payable and accrued expenses | | 84 | 84 | | (199) | 21 |
| Other items—net | | 339 | (82) | | (269) | (27) |
| Net Cash Provided by (Used in) Operating Activities | $ | 1,243 | $ 2,462 | $ | (3,261) $ | 4,191 |
| **Capital Expenditures** | $ | 1,401 | $ 2,402 | $ | 3,223 $ | 4,970 |

| *millions* | | June 30, 2015 | December 31, 2014 |
|---|---|---|---|
| **Condensed Balance Sheets** | | | |
| Cash and cash equivalents | $ | 2,173 $ | 7,369 |
| Accounts receivable, net of allowance | | 2,602 | 2,527 |
| Other current assets | | 635 | 1,325 |
| Net properties and equipment | | 37,820 | 41,589 |
| Other assets | | 2,474 | 2,310 |
| Goodwill and other intangible assets | | 6,420 | 6,569 |
| Total Assets | $ | 52,124 $ | 61,689 |
| Other current liabilities | | 4,578 | 4,934 |
| Deepwater Horizon settlement and related costs | | 91 | 90 |
| Tronox-related contingent liability | | — | 5,210 |
| Long-term debt | | 16,025 | 15,092 |
| Deferred income taxes | | 7,594 | 9,249 |
| Other long-term liabilities | | 4,477 | 4,796 |
| Stockholders' equity | | 16,389 | 19,725 |
| Noncontrolling interests | | 2,970 | 2,593 |
| Total Equity | $ | 19,359 $ | 22,318 |
| Total Liabilities and Equity | $ | 52,124 $ | 61,689 |
| **Capitalization** | | | |
| Total debt | $ | 16,058 $ | 15,092 |
| Total equity | | 19,359 | 22,318 |
| Total | $ | 35,417 $ | 37,410 |

STEINHOLT_0011384

| Capitalization Ratios | | |
|---|---|---|
| Total debt | **45%** | 40% |
| Total equity | **55%** | 60% |

STEINHOLT_0011385

9

# Anadarko Petroleum Corporation
## (Unaudited)

**Sales Volumes and Prices**

| | Average Daily Sales Volumes | | | Sales Volumes | | | Average Sales Price | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Natural Gas MMcf/d | Oil & Condensate MBbls/d | NGLs MBbls/d | Natural Gas Bcf | Oil & Condensate MMBbls | NGLs MMBbls | | Natural Gas Per Mcf | | Oil & Condensate Per Bbl | | NGLs Per Bbl |
| **Quarter Ended June 30, 2015** | | | | | | | | | | | | |
| **United States** | 2,354 | 240 | 130 | 215 | 21 | 12 | S | 2.28 | S | 54.14 | S | 17.98 |
| **Algeria** | — | 50 | 6 | — | 5 | — | | — | | 60.24 | | 31.11 |
| **Other International** | — | 28 | — | — | 3 | — | | — | | 61.82 | | — |
| **Total** | 2,354 | 318 | 136 | 215 | 29 | 12 | S | 2.28 | S | 55.78 | S | 18.50 |
| Quarter Ended June 30, 2014 | | | | | | | | | | | | |
| United States | 2,620 | 196 | 119 | 238 | 18 | 11 | S | 4.16 | S | 98.69 | S | 37.39 |
| Algeria | — | 72 | 1 | — | 7 | — | | — | | 108.64 | | 66.69 |
| Other International | — | 23 | — | — | 2 | — | | — | | 110.16 | | — |
| Total | 2,620 | 291 | 120 | 238 | 27 | 11 | S | 4.16 | S | 102.04 | S | 37.66 |
| **Six Months Ended June 30, 2015** | | | | | | | | | | | | |
| **United States** | 2,545 | 238 | 134 | 461 | 43 | 24 | S | 2.45 | S | 49.23 | S | 17.63 |
| **Algeria** | — | 60 | 6 | — | 11 | 1 | | — | | 57.80 | | 32.01 |
| **Other International** | — | 28 | — | — | 5 | — | | — | | 55.69 | | — |
| **Total** | 2,545 | 326 | 140 | 461 | 59 | 25 | S | 2.45 | S | 51.37 | S | 18.24 |
| Six Months Ended June 30, 2014 | | | | | | | | | | | | |
| United States | 2,658 | 189 | 109 | 481 | 34 | 20 | S | 4.59 | S | 96.86 | S | 40.08 |
| Algeria | — | 65 | 1 | — | 12 | — | | — | | 108.60 | | 66.69 |
| Other International | — | 27 | — | — | 5 | — | | — | | 109.00 | | — |
| Total | 2,658 | 281 | 110 | 481 | 51 | 20 | S | 4.59 | S | 100.76 | S | 40.22 |

| | Average Daily Sales Volumes MBOE/d | Sales Volumes MMBOE |
|---|---|---|
| **Quarter Ended June 30, 2015** | 846 | 77 |
| Quarter Ended June 30, 2014 | 848 | 77 |
| **Six Months Ended June 30, 2015** | 890 | 161 |
| Six Months Ended June 30, 2014 | 834 | 151 |

**Sales Revenue and Commodity Derivatives**

| | Sales | | | | | | Net Cash Received (Paid) from Settlement of Commodity Derivatives | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| millions | Natural Gas | | Oil & Condensate | | NGLs | | Natural Gas | | Oil & Condensate | | NGLs | |
| **Quarter Ended June 30, 2015** | | | | | | | | | | | | |
| **United States** | S | 487 | S | 1,181 | S | 213 | S | 77 | S | 3 | S | 2 |
| **Algeria** | | — | | 277 | | 16 | | — | | — | | — |
| **Other International** | | — | | 158 | | — | | — | | — | | — |
| **Total** | S | 487 | S | 1,616 | S | 229 | S | 77 | S | 3 | S | 2 |
| Quarter Ended June 30, 2014 | | | | | | | | | | | | |
| United States | S | 991 | S | 1,768 | S | 404 | S | (41) | S | (44) | S | 2 |
| Algeria | | — | | 711 | | 7 | | — | | (5) | | — |
| Other International | | — | | 226 | | — | | — | | — | | — |

STEINHOLT_0011386

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | $ 991 | $ 2,705 | $ 411 | $ (41) | $ (49) | $ 2 |
| **Six Months Ended June 30, 2015** | | | | | | |
| **United States** | $ 1,128 | $ 2,121 | $ 426 | $ 150 | $ 5 | $ 17 |
| **Algeria** | — | 629 | 35 | — | — | — |
| **Other International** | — | 285 | — | — | — | — |
| **Total** | $ 1,128 | $ 3,035 | $ 461 | $ 150 | $ 5 | $ 17 |
| Six Months Ended June 30, 2014 | | | | | | |
| United States | $ 2,208 | $ 3,308 | $ 790 | $ (122) | $ (60) | $ 2 |
| Algeria | — | 1,293 | 7 | — | — | — |
| Other International | — | 528 | — | — | — | — |
| Total | $ 2,208 | $ 5,129 | $ 797 | $ (122) | $ (60) | $ 2 |

STEINHOLT_0011387

10

### Anadarko Petroleum Corporation
### Financial and Operating External Guidance
### As of July 28, 2015

Note: Guidance excludes 2015 sales volumes associated with EOR and Bossier

|  | 3rd-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
|  | Units | | | Units | | |
| **Total Sales Volumes (MMBOE)** | 71 | — | 73 | 298 | — | 302 |
| **Total Sales Volumes (MBOE/d)** | 772 | — | 793 | 816 | — | 827 |
|  |  |  |  |  |  |  |
| **Oil (MBbl/d)** | 301 | — | 310 | 306 | — | 312 |
|  |  |  |  |  |  |  |
| United States | 216 | — | 220 | 221 | — | 225 |
| Algeria | 58 | — | 61 | 62 | — | 63 |
| Ghana | 27 | — | 29 | 23 | — | 24 |
|  |  |  |  |  |  |  |
| **Natural Gas (MMcf/d)** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| United States | 2,135 | — | 2,180 | 2,305 | — | 2,325 |
|  |  |  |  |  |  |  |
| **Natural Gas Liquids (MBbl/d)** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| United States | 108 | — | 115 | 119 | — | 122 |
| Algeria | 6 | — | 8 | 5 | — | 6 |

|  | $ / Unit | | | $ / Unit | | |
|---|---|---|---|---|---|---|
| **Price Differentials vs NYMEX (w/o hedges)** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Oil ($/Bbl)** | (3.70) | — | 1.60 | (3.90) | — | 1.40 |
|  |  |  |  |  |  |  |
| United States | (6.00) | — | (1.00) | (6.00) | — | (1.00) |
| Algeria | 2.00 | — | 8.00 | 2.00 | — | 8.00 |
| Ghana | 2.00 | — | 8.00 | 1.00 | — | 6.00 |
|  |  |  |  |  |  |  |
| **Natural Gas ($/Mcf)** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| United States | (0.45) | — | (0.35) | (0.45) | — | (0.35) |

STEINHOLT_0011388

11

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**As of July 28, 2015**

Note: Guidance excludes items affecting comparability

|  | 3rd-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
|  | $ MM | | | $ MM | | |
| **Other Revenues** | | | | | | |
| Marketing and Gathering Margin | 30 | — | 50 | 140 | — | 160 |
| Minerals and Other | 60 | — | 70 | 280 | — | 300 |
|  | $ / BOE | | | $ / BOE | | |
| **Costs and Expenses** | | | | | | |
| Oil & Gas Direct Operating | 3.95 | — | 4.15 | 3.45 | — | 3.75 |
| Oil & Gas Transportation/Other | 3.75 | — | 3.95 | 3.70 | — | 3.90 |
| Depreciation, Depletion, and Amortization | 15.25 | — | 15.75 | 15.40 | — | 15.70 |
| Production Taxes (% of Product Revenue) | 8.0% | — | 9.0% | 7.5% | — | 8.5% |
|  | $ MM | | | $ MM | | |
| General and Administrative | 330 | — | 350 | 1,225 | — | 1,275 |
| Exploration Expense | | | | | | |
| Non-Cash | 90 | — | 110 | 500 | — | 550 |
| Cash | 115 | — | 135 | 375 | — | 400 |
| Interest Expense (net) | 200 | — | 210 | 805 | — | 825 |
| Other (Income) Expense | 35 | — | 45 | 175 | — | 225 |
| **Taxes** | | | | | | |
| Algeria (All current) | 55% | — | 60% | 55% | — | 60% |
| Rest of Company (35% Current / 65% Deferred for Q3 and Expect Significant Current Tax-Benefit for FY) | 35% | — | 45% | 25% | — | 30% |
| **Avg. Shares Outstanding (MM)** | | | | | | |
| Basic | 507 | — | 508 | 507 | — | 509 |
| Diluted | 508 | — | 510 | 508 | — | 510 |
| **Capital Investment (Excluding Western Gas Partners, LP)** | $ MM | | | $ MM | | |
| APC Capital Expenditures | 1,250 | — | 1,450 | 5,400 | — | 5,700 |

STEINHOLT_0011389

12

**Anadarko Petroleum Corporation**
**Commodity Hedge Positions**
**As of July 28, 2015**

| | Volume (MBbls/d) | Weighted Average Price per barrel | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Floor Sold | | Floor Purchased | | Ceiling Sold |
| **Crude Oil** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2016 | | | | | | | |
| WTI | 20 | $ | 45.00 | $ | 60.00 | $ | 67.00 |
| Brent | 8 | $ | 50.00 | $ | 65.00 | $ | 75.00 |
| | 28 | $ | 46.43 | $ | 61.43 | $ | 69.29 |

| | Volume (thousand MMBtu/d) | Weighted Average Price per MMBtu | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Floor Sold | | Floor Purchased | | Ceiling Sold |
| **Natural Gas** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2015 | 635 | $ | 2.75 | $ | 3.75 | $ | 4.76 |
| **Extendable Fixed Price - Financial** | | | | | | | |
| 2015* | 170 | $ | 4.17 | | | | |

\*    Includes an option for the counterparty to extend the contract term to December 2016 at the same price.

**Interest-Rate Derivatives**
**As of July 28, 2015**

| Instrument | Notional Amt. | Start Date | Maturity | Rate Paid | Rate Received |
|---|---|---|---|---|---|
| Swap | $50 Million | Sept. 2016 | Sept. 2026 | 5.91% | 3M LIBOR |
| Swap | $1,850 Million | Sept. 2016 | Sept. 2046 | 6.06% | 3M LIBOR |

STEINHOLT_0011390

13

**Anadarko Petroleum Corporation**
**Reconciliation of Same-Store Sales**

**Average Daily Sales Volumes**

| | Quarter Ended June 30, 2015 | | | | Quarter Ended June 30, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Natural Gas | Oil & Condensate | NGLs | Total | Natural Gas | Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 2,241 | 174 | 123 | 671 | 2,443 | 134 | 113 | 654 |
| Deepwater Gulf of Mexico | 113 | 57 | 7 | 83 | 176 | 41 | 6 | 76 |
| International and Alaska | — | 87 | 6 | 92 | — | 101 | 1 | 102 |
| Same-Store Sales* | 2,354 | 318 | 136 | 846 | 2,619 | 276 | 120 | 832 |
| China, Pinedale/Jonah, and EOR | — | — | — | — | 1 | 15 | — | 16 |
| Total | 2,354 | 318 | 136 | 846 | 2,620 | 291 | 120 | 848 |

| | Six Months Ended June 30, 2015 | | | | Six Months Ended June 30, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Natural Gas | Crude Oil & Condensate | NGLs | Total | Natural Gas | Crude Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 2,378 | 171 | 127 | 694 | 2,420 | 123 | 102 | 628 |
| Deepwater Gulf of Mexico | 167 | 51 | 7 | 86 | 225 | 43 | 6 | 87 |
| International and Alaska | — | 97 | 6 | 103 | — | 95 | 1 | 96 |
| Same-Store Sales* | 2,545 | 319 | 140 | 883 | 2,645 | 261 | 109 | 811 |
| China, Pinedale/Jonah, and EOR | — | 7 | — | 7 | 13 | 20 | 1 | 23 |
| Total | 2,545 | 326 | 140 | 890 | 2,658 | 281 | 110 | 834 |

\* Same-store sales for the periods ended June 30, 2015 and June 30, 2014, includes sales volumes related to Bossier as the divestiture was not announced until July 2015.

**Average Daily Sales Volumes**

| | Year Ended December 31, 2014 | | | |
|---|---|---|---|---|
| | Natural Gas | Crude Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 2,311 | 136 | 111 | 632 |
| Deepwater Gulf of Mexico | 196 | 45 | 5 | 83 |
| International and Alaska | — | 94 | 3 | 97 |
| Same-Store Sales** | 2,507 | 275 | 119 | 812 |
| China, Pinedale/Jonah, EOR, and Bossier | 82 | 17 | — | 31 |
| Total | 2,589 | 292 | 119 | 843 |

\*\* Same-store sales for the year ended December 31, 2014, excludes sales volumes for the recently announced Bossier divestiture, which is consistent with the 2015 third-quarter and full-year sales volumes guidance provided in this release on page 10.

STEINHOLT_0011391

# Exhibit 76

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

# Q2 2015 Earnings Call

## Company Participants

- John M. Colglazier
- Robert A. Walker
- Darrell E. Hollek
- Robert G. Gwin
- Robert P. Daniels
- James J. Kleckner
- Unverified Participant

## Other Participants

- Evan Calio
- Doug Leggate
- Brian A. Singer
- David R. Tameron
- Scott Hanold
- Charles A. Meade
- David William Kistler
- Paul B. Sankey
- John Herrlin
- Edward Westlake
- David Martin Heikkinen
- Mike Scialla
- Robert Christensen

# MANAGEMENT DISCUSSION SECTION

## Operator

Good morning, and welcome to the Second Quarter 2015 Anadarko Petroleum Corporation Conference Call. All participants will be in a listen-only mode. [Operator Instructions] After today's presentation there will be an opportunity to ask questions. [Operator Instructions] Please note this event is being recorded.

I would now like the turn the conference over to John Colglazier. Please go ahead, sir.

## John M. Colglazier

Thank you, Dan. Good morning, everyone, and we're very glad you could join us today for Anadarko's second quarter 2015 conference call.

I'd like to remind you that today's presentation includes forward-looking statements and certain non-GAAP financial measures. And a significant number of factors could affect our results materially from what we discuss today, we encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release.

Bloomberg

CONFIDENTIAL

APC-00186607

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

Additionally we have provided more detail on quarterly operations reported on our website. At this time I'll turn the call to Al Walker and we'll open up the lines in a few minutes for Q&A with Al and our executive team. Al?

## Robert A. Walker

Thanks, John. And I think as you recall from our first quarter earnings call, we've approached this year with caution given the volatility of commodity prices and as an opportunity for Anadarko to capitalize on the depth and strength of our portfolio. The achievements today had far surpassed our expectations and this is largely a result of the efforts and commitments of our employees. We continue to focus on enhancing cash margins and portfolio value, which has resulted in tremendous growth in our higher margin oil sales volumes. Full-year sales volume expected to be above our additional guidance by approximately 20,000 barrels per day with reductions in nearly every expense category and continued strong safety performance, or specifically we've driven our drilling costs down in the Wattenberg field by almost 30% odd in the last six months and doubled our rig efficiency over the last year, drilling the same number of wells with half the rigs.

In the Delaware Basin, we've reduced drilling costs by about $0.5 million per well and completions by nearly 45% year-over-year. Our efficiencies and savings will enable us to drill more than 100 wells this year with that current capital expectations and with no belief that we're going to increase our capital plans beyond initial guidance through the balance of the year.

In addition to the short-cycle successes I just described, we're also continuing to make excellent progress on our mid-cycle opportunities, while achieving strong results with our deepwater exploration program. Of particular note, in Colombia, we're very excited about potential of our first well in this offshore frontier basin. As mentioned in our ops report, we have encountered 130 C to 230 C of net pay to what we believe to be in the natural gas prone objective. With additional work once we've finished the well, we'll better understand this discovery. Our joint operations are continuing as we're now looking to test the next lower objective. Along with our partner, Ecopetrol, we look forward to further update on our front as well once we've completed it and moved the rig to our next prospect about a 100 miles away.

About two weeks ago, I had the opportunity to visit with President Nyusi in Mozambique. We discussed the excellent progress that has been made by all parties in the negotiation of various agreements supporting the plan of development to be submitted in the coming month. We are very encouraged with these developments and how they've positioned the project for FID, while in government approval of the POD.

Turning to the financial results. We finished the quarter again in very strong financial condition, as you can see from our earnings release. This financial position was enhanced by accelerating more than $575 million of value from our MLP franchise to a secondary sale of WGP units and an innovative structure for WPG Linked Tangible Equity Units, which we believe to be an offering that we hope to continue to do in the future. I'm very pleased with these achievements so far in 2015. I have the confidence in our ability to continue delivering attractive returns, future growth when economics are more optionality to our exploration and ongoing portfolio management. Coming to the first half of the year, we'll continue to focus the next six months on improving our cash margins and creating value in our portfolio.

I'm going to stop here, but before I open it up for questions, I'm going to take a moment to introduce Darrell Hollek today. Darrell has the unenviable task of succeeding Chuck Meloy, who he believes the legend in our business in the role of leading our onshore E&P efforts. As you can see from the Q2 results the handoff has gone well and we're delighted to have Darrell join us today. So with that, let's go to questions.

## Q&A

### Operator

We will now begin the question-and-answer session. [Operator Instructions] Our first question today comes from Evan Calio of Morgan Stanley. Please go ahead.

CONFIDENTIAL
APC-00186608

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

**<Q - Evan Calio>**: Hi, good morning, guys and great results today. My first question really phenomenal improvements and relatively improvements and efficiencies in the quarter and year-over-year, as highlighted in the Wattenberg, really two questions here. I mean, where do you see the limits on efficiencies and cost savings from here? And secondly what drives until your decision to recycle efficiency gains in the CapEx versus potentially reducing CapEx given the current in forward commodity curves?

**<A>**: Okay. Well, I appreciate the questions and thank you for the nice comments. I think probably best that Darrell and I tackle this together. Let me just say as it relates to the latter point. I think we believe that we're investing our cash at very attractive rates of return. I think you've heard us talk many, many times about the fact that the Wattenberg area being enhanced by the Maryland interest that we have there coupled with the efficiencies associated with what we have done to date and have done so well historically.

We are continuing to put capital there and we'll continue even in 2016 and what is now continuing to be a lower price environment. One that, I'm sure recall, we were pretty cautious about last time we were to get around our first quarter earnings call.

But I think as it relates to the Wattenberg in particular, the only constraint we have there is, just trying to state as close as we can, overall the investing capital is close to our discretionary cash flow for the year. The rates of return are very attractive and that's the reason you see us continuing to do things that we do in that asset.

I'll let, Darrell, if you don't mind address the first half of the question.

**<Q - Evan Calio>**: Okay.

**<A - Darrell E. Hollek>**: Yeah. In terms of your question on efficiency, you know, it's hard to imagine how much further we can go. The things really surprises us every quarter, and we've continued to go down. If you listen those comments about our drilling performance, where we've now been able to get our well cost replace the drilling portion down to less than $1 million a copy.

And so, there's a lot of really good work in terms of how we designed our well and how we reduced our non-productive time while drilling, and then obviously we had some vendor reductions. But, when you get down to the May and copy, we're now drilling these wells and in five days or less, and we've just started there, we've got about 50 wells like this.

So we'll continue to move our other rig lines towards that, but what that really does for us is it allows us to drill considerably more wells, in this case we're in 70 wells as compared to what we were doing a year ago at 35.

And so, is there a room, I hope so in this commodity market. We're going to continue to push forward. But the team, again has done a great job and you know aside from there, if you look at the completions, they've done a really nice job there as well getting our cost down. So for about $3.5 million, now we're drill complete and then equipping these wells.

But I do want to send that to those our midstream group as well, we've put on $90 million of compression in the first quarter. We did that again in the second quarter. So bringing down those line pressures, it's really helping our volumes as well, so it's sort of a team effort down in that area.

**<Q - Evan Calio>**: That's great. That's helpful. And then a second question if I could on Mozambique. Is the decision – then I appreciate the update. I mean, is the decision to FID the project by year-end, conditioned on either owning any reduced interest or upon the commodity outlook at the time. And I know your economics are underpinned by long-term contracts, post 2020 on a turnkey EPC contract, but you're obviously your future cash flows are effected by any protracted downside. So any kind of color there, as we move into the back-half of the year, it'd be helpful?

**<A>**: Sure. And I can understand some of the questions. I will say, I think, we've reiterated before interests in selling down from here approaches zero, from the standpoint that we believe that we're going to be in this project, we're one of the operator. And so selling down additional interest below where we are today will put into question whether or not we will be operator so.

CONFIDENTIAL

APC-00186609

| | | |
|---|---|---|
| Company Name: Anadarko | Market Cap: 38,405.72 | Bloomberg Estimates - EPS |
| Company Ticker: APC US | Current PX: 75.60 | Current Quarter: -0.463 |
| Date: 2015-07-29 | YTD Change($): -6.90 | Current Year: -1.948 |
| Event Description: Q2 2015 Earnings Call | YTD Change(%): -8.364 | Bloomberg Estimates - Sales |
| | | Current Quarter: 2509.889 |
| | | Current Year: 10120.091 |

Just pure arithmetic of it doesn't have any interest from that perspective. As it relate to gating issue to get into FID and I think the biggest gating issue I can highlight for you would be just getting the plan of development approved by the government. In some ways, we have some control over that as through this middle process and the things that lead up to it. But in terms of actually having the government approve the POD, that would be the biggest gating issue leading to FID.

<Q - Evan Calio>: Great. And what drove the kind of free upsizing under that turnkey contract by the EPS firms. Was that a concern about rebid or can you discuss that at all.

<A>: Yeah. So, the question is Mrs. Jim, what drove the upsizing on the size of the liquification trains. We ran a competitive feed for the liquefaction facilities and during that comparative feeds, the consortiums that we're in, the process have made advancements to engineering and technologies where they could upscale the capacity of the plant.

And so those plants which were originally targeted for 5 million tons per annum per train, were upsized essentially to 6 million tons per annum. They had installed and designed plants like that in the past at Papua New Guinea, it was a good example of the most recent LNG facility. And so, those efficiencies were factored in and we received upsized plants or trains in this case for similar 5 million ton per annum costs.

<Q - Evan Calio>: Got it. I appreciate it guys. Thank you.

<A>: Yeah. Thanks for the question.

## Operator

Our next question comes from Doug Leggate of Bank of America Merrill Lynch. Please go ahead.

<Q - Doug Leggate>: Look, good morning, everybody. Hi, all. Can you hear me, okay?

<A>: Yes, sir. Absolutely, thanks, Doug.

<Q - Doug Leggate>: No worries, good to know. Just a couple of quick questions, please. So, first of all on disposals, the Bossier sale that you obviously had a fairly good price in the – just towards of [indiscernible] the quarter. I guess is not completed, yet. But when I look through the ops report, I see a number of other areas that don't have current rig activity. I guess, one such would come to mind, Marcellus would come to mind and obviously there is a couple of others you get and so on.

So I'm just kind of wondering, what your non-core asset disposal program is for things like Ozona one, such as Marcellus and so on, and what process you happen to currently. And I've got a follow-up.

<A - Robert G. Gwin>: Hey, Doug its Bob Gwin. Good question, that will decline to address relative to the specific assets that we're looking at, but from a philosophical standpoint, you're look at the portfolio the way that we do, we're look at non-core assets and the fact that we think – and at least currently this remains a seller market, they're a lot of assets there are not going to attract capital at our portfolio, but still have really nice return characteristics and economics. And quite a bit of tail left on them, and those assets are attractive to some others. And so we continue to look at the broader portfolio, try to determine which ones we would like to hang to as a part of our future inventory, and which ones we think might be better owned by someone else. We've got a couple of processes underway currently and we're going to continue to refine and upgrade the portfolio. Our view is, we can take the proceeds from those types of asset sales, redeploy it in not only our onshore shorter cycle opportunities but some of these mid longer cycle opportunities, that's a significant value creator from a macro standpoint.

<Q - Doug Leggate>: Bob, – well I hope you then – the process I think Bossier as I understand, it was something close to 100 folks interested in the data room and the way it was characterized to me at least to us, above from short pricing through 3P resource evaluation, obviously you got a great price for it. But how would you characterize the current M&A environment for assets, is it still that healthy?

CONFIDENTIAL

APC-00186610

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

<A>: Well, we certainly think and hope so, but obviously with commodity prices backing up fairly shortly on a percentage basis. More recently than the time that we were marketing that Bossier asset, we'll see, if each assets' unique, specifics relative to the asset and its specific location within these various basins and the amount of capital chasing the opportunities relevant to the asset we're selling is really the determining factor in terms of how strong your bid process is. We don't expect we'd sell everything that we would target, we would look to see if we think the sales price is attractive and we've got one we're pretty close on now, its relative small and from a macro standpoint this is good for us. Because it helps us to clean up the portfolio, reallocate not only our capital but our people and our attention on the things that are going to add the most value.

<A>: Doug, this is Al, let me just add on the buy side of that same commentary. We've been reasonably unsuccessful, if I can use that as a term, in trying to buy things from the Delaware Basin where I think we have a cost advantage, we're clearly through Western Gas have a processing advantage and yet we see time and again, people coming in there and buying things and at prices that surprises. I will also say that we've been – we bought fairly aggressively on a couple of things and were bid or rather we were outbid by 2X. So to Bob's comment, it seems to be a seller's market, and even in an area where I would say we have significant advantages in terms of both geological and economic, we're still not a successful buyer in a asset that we would like to add to but only at the right price.

<Q - Doug Leggate>: I appreciate the answer. My follow-up is hopefully a little quicker. Again in the ops report, a lot of discussion about some of the really interesting exploration success you've had, but to this strike me as kind of significant buy, the fact that we've not included is Coronado. Given your lease win recently on Phobos, I am just wondering if you could share your latest thoughts from those two and I'll leave it there.

<A>: Yeah, Doug, it's Bob. Coronado is part of the Shenandoah mini-basin. We've got a discovery there that we've apprised. So we think we've got pretty good handle on what it is. We recently picked up some blocks again. We have some expiries that we had to put back in and then picked them back up, and that's going to stay that way until we have Shenandoah development plan put in place because we see it as a tie back through that facility. The other one that you mentioned was Phobos?

<Q - Doug Leggate>: Phobos, yeah.

<A>: Phobos, we're looking at potential appraisal well in early 2016, we're trying to get all our partners aligned, get their views on what the – how they see it. And then, get that into the drilling schedule. That's being worked, as we speak.

<Q - Doug Leggate>: Bob, did your working interest in Coronado move up?

<A>: Yes, it did.

<Q - Doug Leggate>: Can you quantify it?

<A>: I don't remember the exact number, but it did move up.

<Q - Doug Leggate>: Okay. Have a good day guys. Thanks so much.

## Operator

Our next question comes from Brian Singer of Goldman Sachs. Please go ahead.

<Q - Brian A. Singer>: Thank you. Good morning. With the additional wells that you're drilling is the result of efficiency gains this year. And an increase in the backlog of drill, but uncompleted wells, it seems like you have a lot of flexibility to turn the machine back on when you see fit. Can you just talk to that what you are looking for in the commodity markets, your balance sheet and your CapEx cash flow profile, assuming the current cost structure holds to more aggressively began completing that backlog?

<A>: Go ahead.

CONFIDENTIAL

APC-00186611

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

**<A - Robert P. Daniels>**: Yeah. This is Daniels, Brian. Again because we have drilled the wells, we are going to have a significant uplift and what we would call the docks the drill, but uncompleted. We went on last quarter saying we'd probably carry over a 125 in the next year and as we see it now, we'll probably going to do – carry over around 200, but I would say based on your comments we, we do tend to be very flexible here. We'll probably stand up at least one completion rig, and complete some of the extra wells being drilled. Going in to the year, we've pulled down capital. We went from four completion crews down to one in Wattenberg as we speak today. But we'll be standing one up in August and beyond that. We'll be flexible to just see what our needs are.

**<A>**: And as it relates to more of the balance sheet and how we might fund such things Brian, with the asset sales that we're pursuing and the fact that even just on a clean basis, we basically spent within cash flow on the most recent quarter. We've got the flexibility to use our cash position if we choose to. But that's going to be driven by the economics available of completing and pursuing those wells, and what environment we're selling that flush production into.

**<Q - Brian A. Singer>**: So, do you think about bold enough being CapEx, cash flow in neutral post asset sale, pre-asset sale or some around in between?

**<A>**: Yeah, no. I would say certainly neutral or better when include asset sales. And if you look at our original guidance for the year, we were essentially looking at funding our CapEx program this year with our cash flow as plus the sale proceeds from the EOR transaction to $700 million earlier this year. Obviously, we've done well at continuing to monetize things beyond that, that gives us even more flexibility. And of course, we're pretty focused on keeping that balance sheet healthy and very cognizant of what our leverage position is because no one knows what the depth or where the length of the commodity price downturn is going to look like. So, we're trying to just maintain flexibility, but obviously we have the ability to turn up this figure, both from a cash standpoint and from an opportunity standpoint if and when the economics warranted.

**<Q - Brian A. Singer>**: Thanks. That's great. And then my follow-up actually goes back to the – to Doug's question earlier on the M&A environment where he characterizes a seller's market. I think the focus though on, what you were talking about there was on buying or selling assets with equity valuations having come down. Can you just talk about whether – how do you look at the corporate environment, where do you see corporate valuations attractive, where there is more of an opportunity to buy companies versus to buy assets here, and maybe on the other side where – what your view is on where the major stand on taking the greater interest in U.S shale?

**<A>**: We look as lots of corporate opportunities. Obviously, we like most companies, have screening tools and look at relative value differential between how our equity trades and potential target equities trade. Asset values are high, corporate values are low, that would lead one to believe that the opportunities, the better opportunities made this from a corporate standpoint. However, few corporate opportunities are actually perfect fits from a portfolio perspective, so you introduce execution risk and whether or not you're making your company as efficient on a pro forma basis as it is going into a transaction.

So we consider all those things and look at it, and we – we'll see the – it's going to be an interesting second half of the year here driven by commodity-price environment and if the market stays relatively weak than obviously the opportunity to do something might go up. But, we're just trying to remain flexible enough to take advantage of opportunity if it exists. You're latter question on the measures, I don't know, I mean it's hard to know what they're thinking of and what they're looking at. So we're just trying to focus on where we can build the best company and hopefully be as attractive to all our shareholders as possible.

**<A>**: Brian, now let me just add one thing or two to Bob's comments which I think he represents the views of us quite well on the topic you're asking about. As it relates to an M&A transaction, and I'll go back to a comment I've made on prior calls. And that is, our objective is to get better not bigger, and if getting bigger allows us to get better then that's okay, we like the position we've got, we like the assets we're in, we like the exploration opportunities that we have in-house. If we see a company that has assets that are complementary, then I think that would cause us to take a harder look at them, but just buying somebody that's distressed with assets that don't fit the piece of the puzzle the way we see the puzzle looking, probably should be considered way outside the white stakes.

CONFIDENTIAL

APC-00186612

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
 Current Quarter: -0.463
 Current Year: -1.948
Bloomberg Estimates - Sales
 Current Quarter: 2509.889
 Current Year: 10120.091

<Q - Brian A. Singer>: Thank you very much.

<A>: You bet.

## Operator

And our next question comes from David Tameron of Wells Fargo. Please go ahead.

<Q - David R. Tameron>: Good morning. Yeah, congrats on a nice quarter. Colombia? Can you just give us Colombia with a – oh, not you. Can you just give us your thoughts on Colombia and what you're seeing thus for and just a quick pick there?

<A>: Yeah David, its Bob. So we're on the first well, Kronos we announced. So we found between 130 and 230 to pay in the upper objective of that well. And the reason for the range is that's some lemonade stand sands, low contrast, and so we're waiting on for some rock data. We think that – we're confident of the 130, and we think the 230 is very realistic also, but we don't want to get over our skies and so we know really what we've got there. It is all gas charged, but we – David anytime that we go into a frontier basin and your first well in the first objective finds what you're kind of looking for, we're very, very encouraged with it.

And then when we look at what the gas is telling us, it does look like its originally thermogenic, but it was thermogenic liquids, that have been biodegraded given the temperatures that we're seeing here, and the depth of this is at. All of the geo-chemistries seems to be indicating that, which is an indirect evidence that we do have an oil generating system that matches in with our petroleum systems work and the temperatures that we're seeing. We are not seeing a hot basin here, like we're seeing in Mozambique.

We are seeing increasing, heavier components, as we go deeper in the well bore. We have not seen any direct evidence of oil at this point, but all the indirect evidence is pointing to very consistent with our original pre-drill estimates, that this should be an oil prone system and the shallower objectives very similar to what we see in Eastern belt of Mexico. We are seeing biodegraded thermal liquids and that turns into methane.

So, everything we're seeing today is extremely encouraging. We've got to get down to the second objective here. We just have geomechanical issues. We've got to work our way through to get this well down. But we're making progress and then move up to Calasu, which is a 100 miles away on the same blocks. And still we have there in a very different play style, but as we've always said we've got multiple play styles, multiple objectives out here. This is a huge acreage position with about 6 million acres down in the Fuerte area, about 10 up in the COL area. And so, we've got a lot of running room here and we're very, very encouraged with what we've seen.

<Q - David R. Tameron>: Thanks. Good detail. And then what's the – remind me what's the drilling obligations now here?

<A>: This is our obligation on the Fuerte Sur Block and then the Calasu will be the obligation well in the Fuerte Norte Block, and that's our obligation.

<Q - David R. Tameron>: Okay.

<A>: We are planning on next year coming back and probably appraising Kronos. And then we're putting together rest of drilling schedule in Colombia.

<Q - David R. Tameron>: Okay. Thanks. And then I'm going to go back to the CapEx. I just want to make – I'm just trying to get you guys' thoughts. Obviously, you're a leader in the industry, as goes – the sentiment right now goes to group. But I'm just trying to figure out, if you think about 2016, if you think about rest of this year obviously like you mentioned Bob, your plus or minus cash flow right now at least in this quarter. If you end up – if this is to continue, you obviously don't want to get your dock number to 400. Like how do you think about that balance you spend that additional CapEx if there is such a thing this year, doing more exploration. And I'm just trying to think about how you

CONFIDENTIAL

APC-00186613

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

guys picture the environment right now and then what do you see is the likely outcome for as you roll into 2016? I know obviously it's all price dependent, but I'm just trying to get more clarity?

<A>: Well, for 2015, as Al mentioned earlier, we have no expectations of increasing the capital budget this year and obviously, we had the opportunities to decrease it, but we're just getting a lot more done for the same dollars this year. When we look to 2016 that was going to be based upon 2016 cash flow. Certainly, we expect to see some proceeds from asset sales. We feel pretty good about the ability to continue to move either through the tangible equity units or direct secondary sales continue to move additional of our WGP holdings in the market. So, it's going to be – the opportunity is going to be available to us just spend more money in 2016 in our spend cash flow. But as we get some little bit better clarity on where we think that little bit of cash flow number is going to look like in 2016. We're going to be working with the board to decide whether it's within cash flow or something in excess of, either way we expect it will be able within cash flow plus asset sale proceeds. And so, therefore, we'd avoid putting any pressure on the balance sheet or adding any incremental financial risk to the company's profile.

<Q - David R. Tameron>: Okay. That's one – and one follow-up, and then I'll jump off. So, I think about it today obviously, Niobrara with the royalty exit that works and you made the comment earlier, economic sense. Today, at the strip with current service cost, with current efficiencies as of today, does it make sense to – like how do you think about economic sense in that snapshot today?

<A>: So, we could on the margin, obviously, we could on the margin push on that production accelerator somewhat in the Ladenburg. The economics are intrinsically attractive and then when you include the royalty component, and that's pretty attractive there. I would imagine it's one of the better assets in North America from a return standpoint today. However, those are also your Tier 1 assets and some of the best assets in the portfolio, that the margins on those assets were substantially higher in the past. We've talked in the past about 100% type rates of return just last year. And so, while we are comfortable continuing to work down that drilled non-completed inventory somewhat, working down aggressively in an environment where we are earning fewer absolute dollar margins per barrel solely to achieve a growth objective that we don't believe is terribly valued in the current environment. It doesn't seem to make the most sense. And it's an option for us and it's an option, we might choose to pursue if we thought the current environment was going to be protracted and we were somehow in a new normal in this $50 oil environment. We don't believe that to be intermediate to longer term. So we believe there is more value in moderating the production growth in the current environment and accelerating in the future when the value is there.

<A>: David. Can I just add one thing to Bob and that is, we think that this business is a margin business, not as a top line business. So therefore the price doesn't trigger, meaning the hydrocarbon price doesn't trigger our net interest and capital allocation. It's really the margin and I don't need to explain to you or probably folks on the call, but the velocity change in the hydrocarbon price is greatly exceeded the velocity change that we realized to date on service cost.

So we scaled even with the tremendous amount of hardship that service providers have gone through in the first half of the year. We as upstream company, still don't have the margin we had a year ago and don't have a margin that gives us the kind of return that I think would prompt us to believe that we need to go back into a growth mode and I think just to lever the point a little further, we still see the uncertainty that we made reference to in the first quarter with respect to sustainable prices giving us an encouragement to go back into the growth mode and don't think this year is likely to create that and we're going to watch what happens this year as hopefully an indication of what we might think for 2016.

<Q - David R. Tameron>: Okay. All right, I took more than my time. Thanks.

## Operator

Our next question comes from Scott Hanold of RBC Capital Markets. Please go ahead.

<Q - Scott Hanold>: Thanks. Good morning, guys. It seems Delaware Basin is getting a little bit more attention from you all this quarter. If I step back and look at last quarter, it seems like reduced some of the focus on it in part because of infrastructure constraints, can you all give us an update on is there, it could be incremental capital going there, even

CONFIDENTIAL

APC-00186614

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

at these prices say into 2016?

<A>: Well, I think the reason you're hearing a little more volume, is that we are turning up the dial a little bit on that, simply because we got more drilling results. We also, if you recall late last year, made a very attractive acquisition via Western Gas for additional infrastructure. That infrastructure is, we have done in the western playbook for the Wattenberg, is very key to the way we think about a very major development opportunity in the basin that today is still in the early stages. I also made reference to the fact that while we think we have a unique position to be able to be a consolidator there, to date, we've not seen opportunities to pick up properties that we otherwise would like to see, just simply because there is more capital chasing this than we think is reasonable.

That said, I think definitely again very large position we had going into this before anyone knew anything about it, it has now become a very well known play and certainly the attention that it has received from lots of private equity back firms as well as public traded firms. Is why you're hearing more volume from us, and more volume from others and I think Darrell can give you a little bit of color as to why we're seeing some of that for what it makes for Anadarko to put capital towards it. Because again our capital has to compete on an internal rate of return basis with other place to invest and today behind the Wattenberg, the Permian Basin and particularly the Delaware portion of the Permian Basin has a co-position in the number two spot. So Darrell?

<A>: Yeah. I think Al sums it up well, but this is an area you're going to hear a lot about from us and from industry. It's just huge and if you look at our position, we've had seven rigs running out here now and we talked about some of the efficiencies we've picked up in Wattenberg. But our drilling efficiencies have actually picked up in all of our locations, including Eagle Ford and Delaware and so we do have some what we think room in terms of where we're spending our capital. So we're actually moving a rig as we speak into Delaware, an eighth rig and we may yet move a ninth one over there. And we're not into the point that we're doing pad drilling yet and we're still learning a lot about the acreage we have because we got a really position here. But I can tell you we're pretty excited about what we're seeing. We've got one completion crew there now, and there is a good chance we'll stand up a second completion crew there as well as we drill additional well. But that's again that's going to part of that flexibility as we play out the rest of the year, but that's a really exciting area for us and everything we're finding is encouraging and I would say even from last year, our well cost have gone down a $1 million on the drilling and completion side. So we've got a lot of really good things happening in that area and I think you can expect to continue to hear a lot about Delaware from us.

<Q - Scott Hanold>: Yeah. More specifically with – obviously you address the cost side of things, but on well performance side, what have you seen incrementally. Do you have some color around that and I know you all were looking at the Wolfcamp A, as well as the Bone Spring formation. Is there an update on how some of those pallets have gone?

<A>: Our focus right now is the Wolfcamp A, that's what you're seeing all of our drilling right now. I can tell you though we have drilled Bone Springs 2, well you're hearing about that from industry, while we've got – while we build about a 100,000 acres of Bone Springs 2 sitting on our acreage as well. We've drilled that well. But it won't get completed until August. So, those results will be forthcoming in the second half of the year. But what we're seeing in the Wolfcamp A again continue to be pretty consistent across our acreage. And so, that's really encouraging for us.

<Q - Scott Hanold>: Yeah, and I guess I misspoke, I meant the Lower Wolfcamp Bay; I think you're looking at the upper end of Lower Wolfcamp Bay. Have you kind of defined the opportunity between those two formations?

<A>: Not yet. But one of the reasons we are looking to bring additional rigs in there is to make sure we're testing all the horizons. So, you should see some results coming in the future on that.

<Q - Scott Hanold>: Okay. I appreciate that. Thanks.

## Operator

Our next question comes from Charles Meade of Johnson Rice. Please go ahead.

Bloomberg

CONFIDENTIAL

APC-00186615

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
Current Quarter: -0.463
Current Year: -1.948
Bloomberg Estimates - Sales
Current Quarter: 2509.889
Current Year: 10120.091

**<Q - Charles A. Meade>**: Yes, good morning, everyone. Al, I know you've – you and your team there have already heard a lot of questions on your CapEx, partially going forward. And I think this may be a case of no good deed going unpunished, since last quarter you guys had the compression call of not wanting to accelerate. And noting that you thought there was a possibility pricing, oil prices can head back down. But you mentioned that, I think I've heard you correctly that you said that you didn't – you did not foresee in the back half of 2015 the conditions coming around where that would lead you to want to accelerate. But can you share with us again since you have the hot hand right now; it seems, on looking at the oil market, what is it – what's your outlook for 2016? How long do you think it's going to be before you can – you can – put more money back to work either on your operations or the A&D front on the asset side specifically?

**<A>**: While I appreciate the comments, those are not necessarily mine, I'd say it was faults collectively of our management team, I just happen to make them that particular day. As it relates to how we think about allocation of capital the second half of the year, I'll come back to a comment I made a few minutes ago. And it's really more about the margin and not about the hydrocarbon price. We still see some improvement from the service sector in terms of our abilities to improve margins.

I think there are a lot of things we've done that are permanent, as it relates to the efficiencies that we've put in place. So it's not just price reductions from various service vendors that in a different hydrocarbon price environment would come back to us at a higher price, these are actually sustainable improvements that we'll weather the storm of higher prices when we have those. So it's really looking at the margins that we anticipate from our major asset plays through the balance of the year, looking exactly what we've think we can achieve with those. And it just seems unlikely to the six of us today that we're going to have the kind of margins that we have seen historically, that would encourage us to go back in to a growth mode. I think there are going to be asset plays, we've talked about two of them in particular today, and the Delaware Basin and the DJ Basin, that we believe even in the environmental we're in provides us a rate of return from what we see from – what we get from the upstream and mid-stream capabilities of the organization. That's probably a place where we can say with some confidence, we'll put capital. But I'm not sure, we as a company and I don't believe, we as an industry are anywhere close to the types of margin improvement that's needed before we go back into a growth and growth would have been in turn be rewarded by investors.

**<Q - Charles A. Meade>**: Got it. So, Al, would – is it a reasonable timeframe for when you start to look at 2016 sometime this fall is when you started that, that comes into focus?

**<A>**: Well certainly, I think you should anticipate that not just Anadarko, but we all don't look at things quarter-to-quarter or year-to-year I mean we do multiyear planning and we do sensitivities around those and yet with the shale plays in particular I think all of you are quite attuned to the fact that they deplete 50% to 80% in the first year, so there we had to be very confident of the margin environment that we're moving into, because we're not going to be able to capture that on the back side of the well, since so much of the production would have occurred. So that's why I'm a little hesitant and cautious about exactly when we'll see this company in particular and industry more broadly be encouraged to go back into a growth mode.

**<Q - Charles A. Meade>**: Thank you, Al. That's helpful. And then moving onto kind of asset specific question. I know the old beach you had in Q2 you mentioned the Wattenberg, but it seems like the Gulf of Mexico also played a significant part of that and I'm curious how much of that – how much of this – the outperformance on the oil side in the Gulf of Mexico was one-time so to think related to the timing or the ramp up of Lucius and how much of that is going to – how much of that is a contributor to your durable guide up for the back half of the year?

**<A>**: Well, we're very fortunate that we believe that there is a cocktail out there, that's a mix of unconventional and conventional that makes sense for the way in which we think about the business plans that we develop. And I think you're right, you hit on the fact that Lucius is our nameplate capacity that's important, but we don't model it, Jim will walk you through and talk a little bit, I mean we got a lot out there and a lot of this goes back to exploration successes that have come out of the Bob Daniels world and the deepwater exploration in the past and we continue as you know from this quarter to how things that we do out there in the deepwater and exploration success framework. So we think that will continue to do things. So Jim, if you don't mind just talk a little bit about where we are on the trajectory?

CONFIDENTIAL

APC-00186616

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

**<A - James J. Kleckner>**: Right, the performance in the Gulf of Mexico has been meeting expectations on the all fronts. Recently, we just bought the Lucius facility on and that hit our expectations right on the mark. The facilities win in as scheduled. Production ramped up to our name play capacity. We brought in third-party gas across the facility over 300 million cubic feet a day from South Hadrian. So process handling agreements and cash flow looks very strong. Following that, we have Heidelberg coming on. So we're expecting the Heidelberg field to first a well in mid part of 2016. The Heidelberg spar has been set in all the mooring lines from install, so it's storm already. The topside has been fully commissioned and the [ph] Ingel side yard side here. And it will be scheduled for lift out, beginning October when the heavy lift barge the Heerema shows up. So that's all progressing very well. That's we have our projects lined up. We also are looking in-field opportunities throughout the Gulf of Mexico that increased production some of our legacy field. So we see strong performance to the Gulf, and it could really buy economical projects that we've taken commercial opportunities on to reduce interest for carried capital rates, as we done in the past Lucius and Heidelberg.

**<Q - Charles A. Meade>**: Thank you, Jim.

## Operator

Our next question comes from Dave Kistler of Simmons. Please go ahead.

**<Q - David William Kistler>**: Good morning, guys. Real quickly, I guess, last quarter you guys updated us in terms of maintenance CapEx, necessary to keep production flat. Early in the year, you had about $3 billion, and then you contacted that range to 7 to 9. Based on the continued efficiency gains and cost improvement, where do you see that today, and maybe where do you see that for 2016 just as we try to frame-up outlook.

**<A>**: Well, I think given the really impressive efforts that have come out of our supply change management and what we believe is still fruit that can be picked from the tree that in that range that we gave you previously, you should anticipate will be towards the lower end of that range around 27.

**<Q - David William Kistler>**: Okay, I appreciate that. And then switching over to the Wattenberg just for a second. You indicated that production is expected to plateau for the balance of the year. Does that factor in the added compression that should release some of the pressure on wells to allow them to flow more freely or is that just potential upside that could come along with it?

**<A - Darrell E. Hollek>**: Yeah. I think – this is Darrell. I think the benefit of the additional compression was really seen in the first quarter and second quarter. How we play out of the rest of the year, and obviously I mentioned we were gone from four completion complexion rigs down to one we'll will be standing up another one here in the third quarter.

But how the rest of the year plays out, really depends on how we handle these ducts in these additional wells that are currently being drilled. So right now its forecasted to decline a little bit, but we can turn that around fairly really quickly and that's what we've decided to do. And we're probably looking to do some of that as we go into 2016.

**<Q - David William Kistler>**: Okay, I appreciate that. And then maybe just one last one. Thorvald, it's my understand they didn't hit TD on that. Can you talk a little bit about the decision on maybe going back and pushing the drill bit that gain based on what you've seen seeing today if there?

**<A>**: Yeah. We didn't get to our ultimate objective there. Again, geomechanics in the wellbore design, we had to stop. So we're taking all the day that we've acquired thus far, reintegrating into our seismic interpretation and looking at what the potential , but what we didn't see could be what the potential of what we found, it could be and where we may want to drill out the second well, and whether that's the right thing to do. We are the operator of the prospect now, that was part of the deal that we had originally as we got 50% working interest and operator shifts. So that's our call as we move forward and you probably hear more about that later.

**<Q - David William Kistler>**: Okay. I appreciate that color. Thanks, guys.

CONFIDENTIAL

APC-00186617

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call
Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364
Bloomberg Estimates - EPS
 Current Quarter: -0.463
 Current Year: -1.948
Bloomberg Estimates - Sales
 Current Quarter: 2509.889
 Current Year: 10120.091

## Operator

Our next question comes from Paul Sankey, of Wolfe Research. Please go ahead.

**<Q - Paul B. Sankey>**: Good morning, everyone. You've talked about cash flow neutrality, can you just run us through your cash flow and CapEx for this quarter, because I'm just seeing a slightly low relative to CapEx. So could you just talk me through, you mentioned earlier, a clean number, I think is what you said in terms of how we should look at the quarter and cash flow? Could you just walk through some of the elements of that and whether or not that's still a representative quarter given that it was about a $60 oil price and that's basically what we see on the strip, right?

**<A>**: Yeah, Paul. I think you're hitting a very important point. I think we were – we did a really good job in the second quarter, keeping our CapEx was in a close zip code of cash discretionary cash flow. We don't believe that prices are likely to improve from here. So, therefore it will be more challenging in the couple of quarters ahead of us to continue to have that more neutral cash flow to CapEx. I think the amount of erosion that we would see are deficit free cash flow is not significant. And some of this will have to do, we're just going to a comment Darrel made a few minutes ago, about just how much drill is uncompleted. We want to take into next year's inventory versus how much of that would be available to us if we saw a different price environment as I keep reiterating this morning of better margin environment, in order to produce into.

So I think while we had great success in the first half of the year, quite proud of the way in which the organization responded to the market environment and the way in which the second quarter produced out. Given where we are at this point in the year, where we see the second half of the year being, we would be very challenged to continue to be cash flow neutrality like we were in the second quarter relative to CapEx and expect CapEx probably slightly outpace cash flows through the balance of the year.

**<Q - Paul B. Sankey>**: Okay. So what you kind of saying is basically that it is fairly represents to no more than $1.2 billion of cash flow $60, I guess, obviously it would add in any growth you've achieved and then a margin improvement, I suppose the other aspect of – how to think about it.

**<A>**: Yeah. I really would tell you. I'm so pleased with and could not be happy relaying, which we've improved our margins. We've also increased our mix and as I made comments too earlier on this call, in my prepared remarks, we see our oil production going up through the balance of the year. So that's favorable mix improvement coupled with further improvements in the margins on the cost side and the efficiency side, I think, we'll renewed our benefit to be able to keep that gap between discretionally cash flow and CapEx. As none of all in terms of the delta possible.

**<Q - Paul B. Sankey>**: Yeah. Fully understood. And the maintenance CapEx number that you just spoke about. Could you just rationalize the fact that you're saying you really not in growth mode. I guess, it looks like a much lower potential CapEx number, if that maintenance CapEx number that you just gave us is the face of that number?

**<A>**: Yeah. I think, you're going to appreciate. We like some, but unlike a lot, commit to a lot medium cycle as well as long-cycle spending in our total CapEx. And so we will continue to find exploration in an environment where we believe the option value there is worth a lot to us. Same thing, this is the mid-cycle thing that we'll do in the Gulf of Mexico that we have not going into detail on this call. But just simply, there is the types of things that will increase our oil production in the intermediate cycle that are quite attractive to us. There's a right thing to spend capital loan because of the rate of returns that we achieved.

So when we think about being in that 2, 7 range with maintaining the volumes, you should anticipate that we don't believe natural gas production will increase over the second-half of the year, but rather it will continue to decrease and that we hope to offset that with attractive oil margins and oil production.

**<Q - Paul B. Sankey>**: Perfect. Thank you. That's helpful.

**<A>**: You bet.

CONFIDENTIAL
APC-00186618

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

## Operator

Our next question comes from John Herrlin of Société Générale. Please go ahead.

**<Q - John Herrlin>**: Yeah. Hi. Two quick ones, Bob for Kronos, were you basically saying you found C3 and C5 with the gas?

**<A>**: No. In the upper objective we can see once. But the chromatograph and the geochemical analysis says, good in ward dividends that it is derived from thermogenic, liquid thermogenic fluids. And that – then that's been biodegraded and it's in that temperature windows that would allow for biodegradation, very, very similar to what we saw in all of the eastern Gulf of Mexico, in the shallow Miocene gas discoveries.

**<Q - John Herrlin>**: Good. Thanks. One question on the Wattenberg, I'm trying to be get worse in terms of the incremental docs. Is the issue relatively valued or due to the infrastructure or combination of both because obviously if you have lower line pressures you get more volume and output.

**<A>**: Honestly, and I don't think you're going to be surprised by my answers. It's all driven by value. I think what we did with Western Gas and the infrastructure that we've put in place, the additional infrastructure that we make reference in the ops report coming on line from a takeaway capability and capacity. But I couldn't be more pleased with the way in which our midstream operations have handled that. I think that will be a pretty good precursors, John for how we anticipate the Delaware to play out as well.

And I think the capital that we will continue to invest behind system and the equity should bode well as we think about Western gas and Anadarko and the years ahead. I think in addition, it's simply we don't anticipate whether it's in the DJ or in the Delaware to get into a situation where we're going to be capacity constrained around facilities that we operate. The amount of oil ultimately gets produced out of Delaware. I'll just say the midstream industry in general is going to have to find some relief for the oil that needs to move into the Gulf Coast and I think there's plenty of pipelines have been proposed so far, so that one doesn't worry me, but as it relates to the midstream capabilities that we have, I think we've been head of the curve both in the DJ and we're ahead of the curve again in the Delaware.

**<Q - John Herrlin>**: Okay.

**<A>**: I got a – I wanted to comment on there, John. When you looked at the first half of the year by far it was that $180 million of compressions impacting it, but we'll see the benefit toward the rest of the year. The one thing we didn't mentioned is we stood at Lancaster too as well, that gives us another $300 million of processing capacity and so the real point there is that's our second Lancaster plant, that's up. We got $600 million of capacity now in processing, and so the infrastructure is staying ahead of us out there, so although we're drilling at a little bit faster pace than we anticipated because of the synergies, we don't feel that we're going to be restrictive there. And so let me decide to put that money to work against the completions, we'll have the ability to raise those volumes pretty quickly.

**<Q - John Herrlin>**: Great. Thanks. That's what I wanted to hear. Thank you.

## Operator

Our next question comes from Mark Lear of Credit Suisse. Please go ahead.

**<Q - Edward Westlake>**: Hello. It's Ed Westlake. I hope you can hear me. Can you hear me?

**<A>**: Yeah.

**<Q - Edward Westlake>**: Okay. Good morning. So just to classify, you're putting some mix to work in the Delaware and obviously a lot of people think that's a huge prolific and large play and you were very clear about what you're doing at the moment. But what are the key gating factors for you to really accelerate in the Delaware aside from quantity of price?

CONFIDENTIAL

APC-00186619

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call
Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364
Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

<A>: Well, I think it's just simply a matter of, Darrell's got a lot of area there that he's still trying to figure out the early extent of the play and so there is a little bit of understanding what we have in the way of total volumes and the recoverability of those volumes, we've done a little beta testing with how we could anticipate a development plan to work, but I think as you can probably appreciate, this is not a blanket shale, it's not a blanket reservoir. And so areas that it will actually perform a little bit differently than others and so we're in the data collection mode and not all of it in the near-term will go into that manufacturing or development mode. Darrell, through that, through that.

<A>: Yeah, I mean unlike Wattenberg you got to remember you don't have any of the infrastructure out in Delaware as you do – that we enjoy there in Wattenberg. Although picking up that midstream component last year was significant, but there's still a lot of pipe to get out. We put the beta plan on this year, that's going to help, but we still have a lot of infrastructure to put in place. And so, we expect our volumes to continue to go up. Like I said, we're moving the rig in there. We're likely to move – stack in additional rig this year. But we still have a lot to learn on the different zones, if you will, and over the 230,000 net acres that we have, but I wouldn't expect us to get into a pad drilling mode anytime yet this year because there's just so much infrastructure yet and so much to learn before we really go down that path. So I would look to – closer to 2016 sometime before we start getting into that mode.

<Q - Edward Westlake>: like the – I like the beta testing, that's a technology terminal, I don't see a lot of technology in this industry, but – and this maybe a long shot, would you be able to at this point as you think about your beta test development plan, talk about where you think the D&C cost could get down to and sort of EURs and potential to oil or is it too early, I mean we see a lot of results across the industry, so we can make up our own minds but I'd just be intrigued just to where your head was out for some of those key metrics?

<A>: I would say it's early, for sure, we looked at those last year, we dropped cost about $1 million per well on the drilling and completion side. So there's no doubt in my mind that we've got a learning curve, yet we're going down and we'll get those costs down further than that. If you look at what we continue to do at Wattenberg, we've been there long time and we continue to get those costs down. So I think it's going to be an evolution. As we learn what works best out here. So I think you could anticipate not only ourselves but industry will get better in drilling and completing wells out there. So I'm pretty encouraged what the cost structure could look like out there.

<Q - Edward Westlake>: And to be provocative and switch topics on the learning curve, some folks say the offshore is dead. I mean, I have my own view, you have yours, you've laid them out pretty clearly. But how low do you think you could lower the breakevens on some of these larger discoveries in the Gulf of Mexico and hopefully Fuerte [indiscernible] Colombia to make this competitive with, with what's going on in say, strip pricing today?

<A>: Well, let me try if I can to answer part of this along with Jim. Part of this has to do with whether or not we are able to tie that to the existing infrastructure.

<Q - Edward Westlake>: Yeah.

<A>: If we are able to do that, that helps a lot of work, we're able to do what we did with Lucius and Heidelberg and that's design one and build two and reduce cost there substantially, that helps again.

I think you've seen us, time and again, tieback to existing infrastructure and that sort of a opportunity that few people have, I'm not saying that we're completely unique in the regard, but there's not that many others have infrastructure to tieback into.

Now, if you're talking about drilling something that has no infrastructure, obviously it's going to have a bigger EOR, therefore the breakeven is a little bit different, and that's very different in the Gulf of Mexico than it would be in West Africa, because basically you're drilling deeper wells in different environment, and we see that in some other places.

So, maybe with that, that's a good handle for me to let Jim give you a little more color around that.

<A - James J. Kleckner>: I think Al covered it pretty well with that. What I would add to that would be we aren't seeing the price response as dramatic in the deepwater larger or mega projects spaces what we're obviously seeing in our onshore business.

CONFIDENTIAL
APC-00186620

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

We are however seeing some price retractions, obviously through the deepwater rig fleets, pricing has dropped. So, that's allowing us to curve back some savings. But what we're really looking at is what is the subsea infrastructure manufacturing and then the large offshore facility costs, and those are seeing some reductions. And so, we're incorporating those into our field development plans.

But we're very fortunate with the – that of Daniel's exploration group has done a great job in identifying high-quality developments. And so, with a combination of those resources and with some of the price recoveries we're seeing, and I think coupled with our project management oversight and approaching some of these developments in a minimalistic approach, keeping it constant and keeping it simple, we're able to see some pretty good economics going forward.

<Q - Edward Westlake>: Okay, that's great. Probably a topic for the whole call. But thank you very much.


## Operator

Our next question comes from David Heikkinen of Heikkinen Energy Advisors. Please, go ahead.

<Q - David Martin Heikkinen>: I would..

[indiscernible]

<A>: David, don't even go there, just go ahead.

<Q - David Martin Heikkinen>: So, just thinking about additional sources of cash inflows, I was curious about your thoughts on the size of the TEU market per year after the success you had in the second quarter?

<A>: Dave, it remains to be seen. Obviously, we had some really good success with the initial issuance; we ended up doing a transaction that was a lot of interest and an upside that we were very pleased with. As that security matures and gets a little more reputation amongst that higher community, we expect that they will like what they see and we're going to be able to access it again. The other dynamic around the west WGP rather monetization is that the more – the more liquidity that's out there in these securities be the TEUs or WGP itself, then the relative larger size transaction is going to be – you're going to be able to accomplish relative to the flow that's out there. So, we can't predict too aggressively, but it's fair to say that we have some really high expectations for being able to access that market in the future because of the transaction really hits the mark on those – on what those investors desire.

From our standpoint, it's just – it's – we'll still be secondary offerings to WGP from time to time. We'll access the TEU market and it just gives us a broader – a broader market to sell into since our position is so substantial, and it's clearly our desire to continue to access the capital markets through that – those securities in the future.

<A>: David, let me just add real quickly also. I may just comment, I just think it's worth reiterating. We see Western Gas, our monetization efforts there as the source of capital that will fund what we do with the equity portion of the development in Mozambique. So, we're not in a need to quickly liquidate Western Gas in order to achieve that, but that is our source of capital and that would in turn be the use of the capital. Meaning that's extremely important to highlight, simply because we're not looking at cash flow from operations to fund investments in Mozambique, rather that will fund totally the types of E&P activities as you normally and would traditionally think of. And therefore getting into the market with these TEUs, coming up with a structure that have been previously used with c-cores but not used with MLT's and frankly Bob, and his staff and Mike Pearl in particular came up with something introduced that to a market that had been seen before and we're really pleased with what was there.

I just think this continues to be important for us to highlight that we've a great successful Western Gas, we continue to expect Western Gas to play an important role in which we think off the Anadarko and it's midstream integration with its upstream, but hence we think about the GP, The Western Gas that will be continue to be the source of funding in the near-term for how we will make the equity investments Baltimore and Mozambique.

<Q - David Martin Heikkinen>: All right. Thanks guys. And then just cash margin wise, I've heard some work over and had operating cost savings in second quarter and your guidance comes back up. Can you talk regionally of how

CONFIDENTIAL

APC-00186621

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

those costs came down and then had the ability to sustain that better margin, just from the operating cost standpoint?

<A>: David, some of the work over numbers that we're again – are really time dependant in Gulf of Mexico and when we decided to position a rig. So I think our costs were going to be in line or what our projections are and depending on what happens with well float in response for instance, in iHub we lost one of the key gas producing wells and we've brought in a rig and shipped to the sleet and we completed that pull. So, that was an unforeseen work over that we brought in, the well was recovered and we anticipate good flow rates from that well and are in the process of testing it right now.

<Q - David Martin Heikkinen>: Okay. Helpful. And then cash sustainability on the – I want to talk a little bit about NGL pricing and then kind of sustainability on the position of process or reject and again just thinking about cash margins in context of your NGL pricing?

<A>: Well, you can imagine and we think how the NGL prices a lot, and we'll have Scott Moore who runs marketing for us address that. But NGL volatility this year may have exceeded volatility in any other hydrocarbon and it's certainly been something we had to be mindful of.

<A>: Scott, I would also add that until we have rejected about 30 million barrels with NGL this year, but the key point for us is really controlling the value chain and let's just get a relatively stronger realization than we otherwise would, fundamentals remain challenging and we exercise the auction volume in the portfolio as best we can.

<Q - David Martin Heikkinen>: So, no expectation of a price recovery or change in volatility, I guess, it is what I should read in that?

<A>: Well, I think, that's fair, David, I think we're going to – I'm going to mirror parrot in a lot of comments. I mean, most people see propane obviously heading into heating season and improving. So, that portion of the value chain, it certainly looks like it's got some fundamentals, but if you were just looking at ethane, I can't give you a good pretty picture on ethane.

<Q - David Martin Heikkinen>: Yeah. All right. Thanks, guys.

## Operator

Our next question comes from Mike Scialla of Stifel. Please go ahead.

<Q - Mike Scialla>: Yeah. Good morning. Darrel, you talked about drilling most of the new wells in Wattenberg in five days, which would seem to suggest maybe that further efficiency gains there are kind of limited. Given that, could you talk about the decision to drill primarily short laterals there, I think about 70% of this year's program are actually short laterals. It seems to me that maybe long laterals are the next step change in efficiency there.

<A>: Yeah. A lot of that really had to do with the land position, but as we cored up with Noble, I think what you can expect to see is the mid laterals. Those are what we're finding, that probably be the sweet spot, not that we haven't drilled some longs we have, but we've tended to find ourselves getting into some drilling issues. And so from an economic perspective and trouble time, we really think the sweet spot is going to be those mid-laterals.

<Q - Mike Scialla>: Okay, thanks. And then sticking with Wattenberg, any idea of when you'll be able to talk more about spacing there? I think you were guiding to kind of 12 wells per section on average. I think you've tested tighter net, any more you can say on that at this point?

<A>: Well, for the most part we're 12 wells to 16 wells per section, but again we got a lot of acreage and so not all acreage is equal and we do have a lot of tests going on, up as high as 32 wells per section. And so we're still playing around with that a little bit. But again that's going to be sort of area specific across such a big acreage holding. And – but we're still seeing encouraging results. We think we can get a little bit tighter spacing, but time will tell verdict is out on that just a little bit. We're working between both the Codell and Niobrara as well.

CONFIDENTIAL

APC-00186622

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

**<Q - Mike Scialla>**: Okay. And then just last one for me. Any thoughts on the – some folks are testing the upper Eagle Ford; I think you guys did a little bit of work there, but any thoughts on that?

**<A>**: Yeah, we're testing that as well. We're actually somewhat encouraged. We've drilled almost two dozen wells of which we've just completed a few and put them online. We've got others to put online, and so we're looking at testing what we call both the upper and sort of middle Eagle Ford if you will, there is a transition zone in there. And so it's too early to tell any results right now. But I'd tell you we're pretty encouraged by it. We have drilled one Buda well, but we are probably not as infatuated with Buda as we are with the both upper and middle Eagle Ford, that you'll continue to hear more information as we get these things tested. But we are, like I said, we probably drilled 24 of those already.

**<Q - Mike Scialla>**: That's all from me. Thank you.

## Operator

And our next question comes from Bob Christenson of Imperial. Please go ahead.

**<Q - Robert Christensen>**: Yeah. Thank you. Did I hear Bob that you are going to return the Kronos and drill an offset well next year. Did I mistake that?

**<A>**: No. Bob, this is CFO. And that's our plan right now. We're still trying to figure out our total drill schedule, but the rig this in Colombia now is going to drill – finish Kronos, go over to Calasu and then it's going across to West Africa to [indiscernible] and do DST there, and then, we're looking at okay, what supply in up for next year and high on that list could be Kronos, appraisal well.

**<Q - Robert Christensen>**: Wow, that's a encouraging. Has any high impact exploration less the schedule, much like, you know we saw with Conoco. Is there anything that have been severed from your schedule of thoughts of ideas here that was on the bubble?

**<A>**: No. I think, this has been a little bit of sliding. Our Kenya [indiscernible] well was originally on the schedule for 2015, and that's really all around rig timing, nothing to do with the prospect itself.

But other than that now, we've continued our program, we've had have looked for partners on something and have been successful on that. Again we talk about what our Anadarko capital is versus what our total capital spend is and we're bringing our partners on a promoted basis to some of our opportunities and get us back to kind of what Jim said, if you got quality opportunity, there're still a market out there for them.

**<Q - Robert Christensen>**: And just a final, if you – if I may, I see what's happening with all the things currently in the Gulf of Mexico and in your ops from port support. But what sort of next in the Deepwater Gulf of Mexico, beyond Shenandoah, beyond the appraisal of Yeti. So what's in line in the next six months nine months?

**<A>**: Yeah, we've got couple of other prospects that are on the drill schedule. I think OPEL is one that is a new play type, kind of I wouldn't say it's a frontier basin, but it's a frontier play within that basin. We've got another one called Haleakala, that we're moving forward. I mentioned the Phobos appraisal. So those types of things, we've got deep inventory, we're maturing things as we go. And then we're learning also from the wells we drill, and drilling them back and to see what other opportunities that may lead to.

**<Q - Robert Christensen>**: And OPEL is the big stereographic test, if I recollect?

**<A>**: That's correct.

**<Q - Robert Christensen>**: Okay. Great. Thank you.

**<A>**: All right. Thank you.

## Unverified Participant

Bloomberg

CONFIDENTIAL

APC-00186623

Company Name: Anadarko
Company Ticker: APC US
Date: 2015-07-29
Event Description: Q2 2015 Earnings Call

Market Cap: 38,405.72
Current PX: 75.60
YTD Change($): -6.90
YTD Change(%): -8.364

Bloomberg Estimates - EPS
  Current Quarter: -0.463
  Current Year: -1.948
Bloomberg Estimates - Sales
  Current Quarter: 2509.889
  Current Year: 10120.091

Well, I think with that we have gone through all the folks in the queue for questions. And I just like to ramp up by saying a couple of things. One, you can anticipate that this management team will continue to watch all oil production in the U.S. does.

The last time we were on this call, we were at about 9.4 million barrels a day. I think as most of you know we're at 9.7 million barrels today. That was one of the reasons we were being very cautious last quarter. We did not see the drop off occurring in the second quarter. At some point the lack of capital being deployed into assets in the U.S. will cause 9.7 million to decline. I think like others, we'll continue to watch that in terms of understanding, how to deploy capital, as simple as that. I mean that we think – one of the most important things we do as the management team made good capital call and I think historically we've done a pretty good job of that.

We will be driven as I mentioned earlier by attractive rates of return. So when we deploy capital we were deploying in the place that we believe gives us some very attractive rate of return. You can also expect that we will and continue to be if not the most active manager of our portfolio one of the most. I can't imagine in the last six or seven years, and you buy this more actively manage the portfolio than we've been. I think as you think about growth, as I made the comment we will have growth when the economics warrant. And we will give you some view of that when we start to see it. And lastly, we will continue to do the things that we did really well historically, particularly when we think back to the 2008 or 2009 period, where we were not going through one of the more robust periods in our industry. We committed significant dollars to exploration and we're doing that again because we like the optionality that comes with exploration and I'll reiterate, we're very excited about the successes we've had in the quarter. And then particularly what we're seeing in offshore Columbia.

So with that – we all appreciate each and everyone being on the call today. We cannot say thank you enough for the support we get from a number of our investors and we look forward to seeing you in the coming weeks and months. Thank you.

## Operator

The conference is now concluded. Thank you for attending today's presentation. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2015, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

CONFIDENTIAL

APC-00186624

# Exhibit 77

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# FORM 8-K

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

### Date of Earliest Event Reported: October 27, 2015

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 1-8968 | 76-0146568 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1201 Lake Robbins Drive**
**The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

STEINHOLT_0011498

The information in this Current Report on Form 8-K shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liabilities of that section, and is not incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 2.02  Results of Operations and Financial Condition.**

On October 27, 2015, Anadarko Petroleum Corporation (Anadarko) announced third-quarter 2015 financial and operating results. The press release is included in this report as Exhibit 99 and is incorporated herein by reference.

**Item 7.01  Regulation FD Disclosure.**

On October 27, 2015, Anadarko provided guidance for the remainder of 2015. This information is contained in the press release included in this report as Exhibit 99.

**Item 9.01  Financial Statements and Exhibits.**

(d)  Exhibits.
99   Anadarko Press Release dated October 27, 2015.

STEINHOLT_0011499

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<div align="center">

ANADARKO PETROLEUM CORPORATION

(Registrant)

</div>

October 27, 2015

By: /s/ CHRIS CHAMPION

Chris Champion
Vice President, Chief Accounting Officer and Controller

STEINHOLT_0011500

**EXHIBIT INDEX**

**Exhibit No.**      **Description**

99            Anadarko Press Release dated October 27, 2015.

STEINHOLT_0011501

Exhibit 99



# NEWS

## ANADARKO ANNOUNCES THIRD-QUARTER 2015 RESULTS

**HOUSTON**, Oct. 27, 2015 – Anadarko Petroleum Corporation (NYSE: APC) today announced its financial and operating results for the third quarter of 2015, including a net loss attributable to common stockholders of $2.235 billion, or $4.41 per share (diluted). These results include certain items typically excluded by the investment community in published estimates, which in aggregate decreased net income by $1.877 billion or $3.69 per share (diluted), on an after-tax basis.[1] Net cash flow from operating activities in the third quarter of 2015 was $1.127 billion, and discretionary cash flow from operations totaled $979 million.[2]

## HIGHLIGHTS

- Exceeded the midpoint of guidance by 6,000 barrels per day of higher-margin U.S. oil sales volumes
- Achieved capital expenditures and lease operating expense (LOE) per barrel of oil equivalent (BOE) below the low end of guidance
- Completed a successful appraisal test at the Shenandoah field in the Gulf of Mexico
- Accomplished a project milestone at the Heidelberg spar with the setting of the topsides
- Continued to actively manage the portfolio by monetizing nearly $2 billion of assets year to date

"We remain committed to building and preserving value in this challenging environment," said Anadarko Chairman, President and CEO Al Walker. "During the third quarter, we continued our focus on maintaining long-term flexibility, while enhancing short-cycle returns by delivering higher-margin sales volumes for lower costs. Our employees have continued to do outstanding work optimizing our performance by moderating our base decline, safely improving efficiencies and rig productivity, and achieving greater cost savings. These efforts and achievements have us well positioned to create differentiating value today and to accelerate activity when the market begins to reward growth again."

STEINHOLT_0011502

2

## OPERATIONS SUMMARY

During the third quarter, Anadarko's sales volumes of crude oil, natural gas and natural gas liquids (NGLs) totaled 73 million BOE, or an average of 787,000 BOE per day. These results include an increase in oil sales volumes of 11,000 barrels of oil per day (BOPD) on a divestiture-adjusted basis[3] over the third quarter of 2014. Anadarko also updated its full-year 2015 sales-volume guidance to a range of 290 million to 292 million BOE, which excludes 2015 sales volumes associated with the divestitures of EOR, Bossier and Powder River Basin coalbed methane (CBM).

In the U.S. onshore, Anadarko increased oil sales volumes by 11 percent year over year on a divestiture-adjusted basis.[3] In the Wattenberg field, Anadarko increased oil sales volumes by 14 percent versus the third quarter of 2014. During the quarter, the Wattenberg team continued to achieve significant improvements in its drilling metrics. As a result, drilling cycle times were reduced by approximately 20 percent with a corresponding 15-percent reduction in drilling costs per foot versus the second quarter of 2015.

Anadarko continues to position its extensive Delaware Basin Wolfcamp Shale opportunity for future oil growth. As a result of improved well recoveries, now approaching 1 million BOE per well, and efficiency gains and cost reductions in the Wolfcamp Shale, this emerging oil play is beginning to contend with Wattenberg in terms of the most attractive economics in the company's U.S. onshore portfolio. Anadarko has successfully reduced drilling costs in the Wolfcamp Shale to around $7.5 million per well with the expected ability to achieve further reductions of $1.5 million to $2 million per well with a future move to field-wide pad drilling. During the quarter, the company also successfully drilled its first test well in the Second Bone Spring, which demonstrated an initial production rate of more than 1,000 BOPD.

In the Gulf of Mexico, the company continued to successfully advance the Heidelberg project with the installation of the topsides. With the significant milestones achieved to date, first oil at Heidelberg has been accelerated and is now anticipated in the second quarter of 2016 from the first three subsea wells, with production from two additional wells coming on line at a later date. Also in the Gulf of Mexico, the company's third appraisal test of the Shenandoah discovery encountered more than 620 net feet of oil pay, and an appraisal well at the Yeti discovery was spud during the third quarter.

## OPERATIONS REPORT

For additional details on the operations described above and other operating areas and exploration activities, please refer to Anadarko's comprehensive report on third-quarter 2015 activity. The report is available at www.anadarko.com.

STEINHOLT_0011503

3

## FINANCIAL SUMMARY

Anadarko ended the quarter with $2.1 billion of cash on hand. Year to date, Anadarko has reached agreements to monetize or closed asset monetizations totaling approximately $2.0 billion, including the recent Powder River Basin CBM upstream divestiture, which closed Sept. 1, and the associated CBM midstream transaction, which is expected to close in the fourth quarter.

## CONFERENCE CALL *TOMORROW* AT 8 A.M. CDT, 9 A.M. EDT

Anadarko will host a conference call on Wednesday, Oct. 28, 2015, at 8 a.m. Central Daylight Time (9 a.m. Eastern Daylight Time) to discuss third-quarter results, current operations and the company's outlook for the remainder of 2015. The dial-in number is 866.777.2509 in the United States or 412.317.5413 internationally. Participants can register for the conference at http://dpregister.com/10073998. For complete instructions on how to participate in the conference call, or to listen to the live audio webcast and slide presentation, please visit www.anadarko.com. A replay of the call will be available on the website for approximately 30 days following the conference call.

## FINANCIAL DATA

Nine pages of summary financial data follow, including current hedge positions, a reconciliation of "divestiture-adjusted" or "same-store" sales, and updated financial and production guidance.

[1] See the accompanying table for details of certain items affecting comparability.

[2] See the accompanying table for a reconciliation of GAAP to non-GAAP financial measures and a statement indicating why management believes the non-GAAP financial measures provide useful information for investors.

[3] See the accompanying table for a reconciliation of "divestiture-adjusted" or "same-store" sales volumes, which are intended to present performance of Anadarko's continuing asset base, giving effect to recent divestitures.

Anadarko Petroleum Corporation's mission is to deliver a competitive and sustainable rate of return to shareholders by exploring for, acquiring and developing oil and natural gas resources vital to the world's health and welfare. As of year-end 2014, the company had approximately 2.86 billion barrels-equivalent of proved reserves, making it one of the world's largest independent exploration and production companies. For more information about Anadarko and APC Flash Feed updates, please visit www.anadarko.com.

STEINHOLT_0011504

4

*This news release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results or other expectations expressed in this news release, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance, timely complete and commercially operate the projects and drilling prospects identified in this news release, achieve further drilling cost reductions, consummate the transaction described in this release, and achieve production and budget expectations. See "Risk Factors" in the company's 2014 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

#    #    #

## ANADARKO CONTACTS

### MEDIA:

John Christiansen, john.christiansen@anadarko.com, 832.636.8736
Stephanie Moreland, stephanie.moreland@anadarko.com, 832.636.2912

### INVESTORS:

John Colglazier, john.colglazier@anadarko.com, 832.636.2306
Robin Fielder, robin.fielder@anadarko.com, 832.636.1462
Jeremy Smith, jeremy.smith@anadarko.com, 832.636.1544

STEINHOLT_0011505

5

**Anadarko Petroleum Corporation**
**Certain Items Affecting Comparability**

| | | Quarter Ended September 30, 2015 | | | | |
|---|---|---|---|---|---|---|
| | | Before | | After | | Per Share |
| millions except per-share amounts | | Tax | | Tax | | (diluted) |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ | (360) | $ | (227) | $ | (0.45) |
| Gains (losses) on divestitures, net (after noncontrolling interest) | | (613) | | (388) | | (0.76) |
| Impairments | | | | | | |
|   Producing properties | | (758) | | (479) | | (0.94) |
|   Exploration assets | | (787) | | (698) | | (1.38) |
| Inventory adjustments | | (33) | | (22) | | (0.04) |
| Change in uncertain tax positions (FIN 48) | | — | | (28) | | (0.05) |
| Other adjustments | | (40) | | (35) | | (0.07) |
| | $ | (2,591) | $ | (1,877) | $ | (3.69) |

\* Includes $46 million related to commodity derivatives, $(407) million related to interest-rate derivatives, and $1 million related to gathering, processing, and marketing sales.

| | | Quarter Ended September 30, 2014 | | | | |
|---|---|---|---|---|---|---|
| | | Before | | After | | Per Share |
| millions except per-share amounts | | Tax | | Tax | | (diluted) |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ | 276 | $ | 175 | $ | 0.35 |
| Gains (losses) on divestitures, net | | 726 | | 647 | | 1.27 |
| Impairments | | (394) | | (249) | | (0.49) |
| Change in uncertain tax positions (FIN 48) | | — | | (60) | | (0.12) |
| Third-party well and platform decommissioning obligation | | (22) | | (14) | | (0.03) |
| Interest expense related to Tronox settlement | | (19) | | (12) | | (0.02) |
| | $ | 567 | $ | 487 | $ | 0.96 |

\* Includes $371 million related to commodity derivatives, $(96) million related to interest-rate derivatives, and $1 million related to gathering, processing, and marketing sales.

**Reconciliation of GAAP to Non-GAAP Measures**

Below are reconciliations of net income (loss) attributable to common stockholders (GAAP) to adjusted net income (loss) (non-GAAP), cash provided by operating activities (GAAP) to discretionary cash flow from operations (non-GAAP), as well as to free cash flow (non-GAAP) as required under Regulation G of the Securities Exchange Act of 1934. Management uses adjusted net income (loss) to evaluate the Company's operational trends and performance.

| | | Quarter Ended September 30, 2015 | | | Quarter Ended September 30, 2014 | | |
|---|---|---|---|---|---|---|---|
| | | After | Per Share | | After | Per Share | |
| millions except per-share amounts | | Tax | (diluted) | | Tax | (diluted) | |
| Net income (loss) attributable to common stockholders | $ | (2,235) $ | (4.41) $ | | 1,087 $ | 2.12 | |
| Less certain items affecting comparability | | (1,877) | (3.69) | | 487 | 0.96 | |
| **Adjusted net income (loss)** | $ | (358) $ | (0.72) $ | | 600 $ | 1.16 | |

STEINHOLT_0011506

6

**Anadarko Petroleum Corporation**

**Reconciliation of GAAP to Non-GAAP Measures**

Management uses discretionary cash flow from operations because it is useful in comparisons of oil and gas exploration and production companies as it excludes certain fluctuations in assets and liabilities and current taxes related to certain items affecting comparability. Management uses free cash flow to demonstrate the Company's ability to internally fund capital expenditures and to service or incur additional debt.

| millions | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2015 | | 2014 | | 2015 | | 2014 | |
| Net cash provided by (used in) operating activities | $ | 1,127 | $ | 2,323 | $ | (2,134) | $ | 6,514 |
| Add back | | | | | | | | |
| Increase (decrease) in accounts receivable | | (128) | | (287) | | (23) | | (104) |
| (Increase) decrease in accounts payable and accrued expenses | | 374 | | (689) | | 573 | | (710) |
| Other items—net | | (1,069) | | 198 | | (800) | | 225 |
| Tronox settlement payment | | — | | — | | 5,215 | | — |
| Certain nonoperating and other excluded items | | 1 | | 24 | | 26 | | 25 |
| Current taxes related to asset monetizations and Tronox tax position | | 674 | | 207 | | 990 | | 1,033 |
| **Discretionary cash flow from operations** | $ | 979 | $ | 1,776 | $ | 3,847 | $ | 6,983 |

| millions | Quarter Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2015 | | 2014 | | 2015 | | 2014 | |
| Discretionary cash flow from operations | $ | 979 | $ | 1,776 | $ | 3,847 | $ | 6,983 |
| Less capital expenditures* | | 1,352 | | 2,117 | | 4,575 | | 7,087 |
| **Free cash flow**** | $ | (373) | $ | (341) | $ | (728) | $ | (104) |

\* Includes Western Gas Partners, LP (WES) capital expenditures of $127 million for the quarter ended September 30, 2015, $147 million for the quarter ended September 30, 2014, $405 million for the nine months ended September 30, 2015, and $490 million for the nine months ended September 30, 2014.

\*\* Free cash flow for the nine months ended September 30, 2015, includes a $910 million current tax benefit associated with the Tronox settlement.

Presented below is a reconciliation of total debt (GAAP) to net debt (non-GAAP). Management uses net debt as a measure of the Company's outstanding debt obligations that would not be readily satisfied by its cash and cash equivalents on hand.

| millions | September 30, 2015 | | | | | |
|---|---|---|---|---|---|---|
| | Anadarko Consolidated | | WGP* Consolidated | | Anadarko excluding WGP | |
| Total debt | $ | 15,925 | $ | 2,587 | $ | 13,338 |
| Less cash and cash equivalents | | 2,072 | | 75 | | 1,997 |
| Net debt | $ | 13,853 | $ | 2,512 | $ | 11,341 |

| millions | Anadarko Consolidated | | Anadarko excluding WGP | |
|---|---|---|---|---|
| Net debt | $ | 13,853 | $ | 11,341 |
| Total equity | | 17,052 | | 14,079 |
| **Adjusted capitalization** | $ | 30,905 | $ | 25,420 |
| **Net debt to adjusted capitalization ratio** | | 45% | | 45% |

\* Western Gas Equity Partners, LP (WGP) is a publicly traded consolidated subsidiary of Anadarko and WES is a consolidated subsidiary of WGP.

STEINHOLT_0011507

7

## Anadarko Petroleum Corporation
### (Unaudited)

| Summary Financial Information | | Quarter Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|---|
| *millions except per-share amounts* | | **2015** | | 2014 | **2015** | | 2014 |
| **Consolidated Statements of Income** | | | | | | | |
| **Revenues and Other** | | | | | | | |
| Natural-gas sales | $ | 484 | $ | 830 | $ 1,612 | $ | 3,038 |
| Oil and condensate sales | | 1,229 | | 2,637 | 4,264 | | 7,766 |
| Natural-gas liquids sales | | 183 | | 424 | 644 | | 1,221 |
| Gathering, processing, and marketing sales | | 334 | | 339 | 932 | | 928 |
| Gains (losses) on divestitures and other, net | | (542) | | 780 | (807) | | 2,340 |
| Total | | 1,688 | | 5,010 | 6,645 | | 15,293 |
| **Costs and Expenses** | | | | | | | |
| Oil and gas operating | | 262 | | 275 | 784 | | 861 |
| Oil and gas transportation and other | | 271 | | 322 | 921 | | 869 |
| Exploration | | 1,074 | | 199 | 2,260 | | 1,000 |
| Gathering, processing, and marketing | | 289 | | 269 | 798 | | 771 |
| General and administrative | | 345 | | 381 | 933 | | 984 |
| Depreciation, depletion, and amortization | | 1,111 | | 1,163 | 3,581 | | 3,335 |
| Other taxes | | 127 | | 306 | 460 | | 981 |
| Impairments | | 758 | | 394 | 3,571 | | 514 |
| Deepwater Horizon settlement and related costs | | — | | 3 | 4 | | 96 |
| Total | | 4,237 | | 3,312 | 13,312 | | 9,411 |
| **Operating Income (Loss)** | | (2,549) | | 1,698 | (6,667) | | 5,882 |
| **Other (Income) Expense** | | | | | | | |
| Interest expense | | 199 | | 204 | 616 | | 573 |
| (Gains) losses on derivatives, net | | 282 | | (323) | 123 | | 453 |
| Other (income) expense, net | | 47 | | 24 | 109 | | 12 |
| Tronox-related contingent loss | | — | | 19 | 5 | | 4,338 |
| Total | | 528 | | (76) | 853 | | 5,376 |
| **Income (Loss) Before Income Taxes** | | (3,077) | | 1,774 | (7,520) | | 506 |
| Income Tax Expense (Benefit) | | (917) | | 627 | (2,232) | | 1,719 |
| **Net Income (Loss)** | | (2,160) | | 1,147 | (5,288) | | (1,213) |
| Net Income (Loss) Attributable to Noncontrolling Interests | | 75 | | 60 | 154 | | 142 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ | (2,235) | $ | 1,087 | $ (5,442) | $ | (1,355) |
| **Per Common Share** | | | | | | | |
| Net income (loss) attributable to common stockholders—basic | $ | (4.41) | $ | 2.13 | $ (10.73) | $ | (2.69) |
| Net income (loss) attributable to common stockholders—diluted | $ | (4.41) | $ | 2.12 | $ (10.73) | $ | (2.69) |
| **Average Number of Common Shares Outstanding—Basic** | | 508 | | 506 | 508 | | 505 |
| **Average Number of Common Shares Outstanding—Diluted** | | 508 | | 508 | 508 | | 505 |
| | | | | | | | |
| **Exploration Expense** | | | | | | | |
| Dry hole expense | $ | 817 | $ | 104 | $ 859 | $ | 527 |
| Impairments of unproved properties | | 136 | | 30 | 1,134 | | 216 |
| Geological and geophysical expense | | 67 | | 13 | 105 | | 93 |
| Exploration overhead and other | | 54 | | 52 | 162 | | 164 |
| Total | $ | 1,074 | $ | 199 | $ 2,260 | $ | 1,000 |

STEINHOLT_0011508

8

## Anadarko Petroleum Corporation
### (Unaudited)

| Summary Financial Information | | Quarter Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|---|
| *millions* | | 2015 | 2014 | | 2015 | | 2014 |
| **Cash Flows from Operating Activities** | | | | | | | |
| Net income (loss) | $ | (2,160) | $ 1,147 | $ | (5,288) | $ | (1,213) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | | | | |
| Depreciation, depletion, and amortization | | 1,111 | 1,163 | | 3,581 | | 3,335 |
| Deferred income taxes | | (1,440) | (398) | | (2,627) | | (210) |
| Dry hole expense and impairments of unproved properties | | 953 | 134 | | 1,993 | | 743 |
| Impairments | | 758 | 394 | | 3,571 | | 514 |
| (Gains) losses on divestitures, net | | 578 | (726) | | 1,003 | | (2,194) |
| Total (gains) losses on derivatives, net | | 281 | (324) | | 123 | | 462 |
| Operating portion of net cash received (paid) in settlement of derivative instruments | | 79 | 48 | | 251 | | (138) |
| Other | | 145 | 87 | | 219 | | 195 |
| Changes in assets and liabilities | | | | | | | |
| Deepwater Horizon settlement and related costs | | (1) | 1 | | — | | 93 |
| Tronox-related contingent liability | | — | 19 | | (5,210) | | 4,338 |
| (Increase) decrease in accounts receivable | | 128 | 287 | | 23 | | 104 |
| Increase (decrease) in accounts payable and accrued expenses | | (374) | 689 | | (573) | | 710 |
| Other items—net | | 1,069 | (198) | | 800 | | (225) |
| Net Cash Provided by (Used in) Operating Activities | $ | 1,127 | $ 2,323 | $ | (2,134) | $ | 6,514 |
| **Capital Expenditures** | $ | 1,352 | $ 2,117 | $ | 4,575 | $ | 7,087 |

| *millions* | | September 30, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| **Condensed Balance Sheets** | | | | |
| Cash and cash equivalents | $ | 2,072 | $ | 7,369 |
| Accounts receivable, net of allowance | | 2,469 | | 2,527 |
| Other current assets | | 646 | | 1,325 |
| Net properties and equipment | | 35,381 | | 41,589 |
| Other assets | | 2,271 | | 2,310 |
| Goodwill and other intangible assets | | 6,343 | | 6,569 |
| Total Assets | $ | 49,182 | $ | 61,689 |
| Other current liabilities | | 4,348 | | 4,934 |
| Deepwater Horizon settlement and related costs | | 90 | | 90 |
| Tronox-related contingent liability | | — | | 5,210 |
| Long-term debt | | 15,892 | | 15,092 |
| Deferred income taxes | | 6,090 | | 9,249 |
| Other long-term liabilities | | 5,710 | | 4,796 |
| Stockholders' equity | | 14,079 | | 19,725 |
| Noncontrolling interests | | 2,973 | | 2,593 |
| Total Equity | $ | 17,052 | $ | 22,318 |
| Total Liabilities and Equity | $ | 49,182 | $ | 61,689 |
| **Capitalization** | | | | |
| Total debt | $ | 15,925 | $ | 15,092 |
| Total equity | | 17,052 | | 22,318 |
| Total | $ | 32,977 | $ | 37,410 |

STEINHOLT_0011509

| Capitalization Ratios | | |
|---|---|---|
| Total debt | **48%** | 40% |
| Total equity | **52%** | 60% |

STEINHOLT_0011510

## Anadarko Petroleum Corporation
### (Unaudited)

**Sales Volumes and Prices**

| | Average Daily Sales Volumes | | | Sales Volumes | | | Average Sales Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | Natural Gas MMcf/d | Oil & Condensate MBbls/d | NGLs MBbls/d | Natural Gas Bcf | Oil & Condensate MMBbls | NGLs MMBbls | Natural Gas Per Mcf | Oil & Condensate Per Bbl | NGLs Per Bbl |
| **Quarter Ended September 30, 2015** | | | | | | | | | |
| **United States** | 2,186 | 224 | 117 | 201 | 21 | 11 | $ 2.41 | $ 43.48 | $ 15.83 |
| **Algeria** | — | 49 | 5 | — | 4 | 1 | — | 47.86 | 25.18 |
| **Other International** | — | 28 | — | — | 3 | — | — | 46.30 | — |
| **Total** | 2,186 | 301 | 122 | 201 | 28 | 12 | $ 2.41 | $ 44.45 | $ 16.26 |
| Quarter Ended September 30, 2014 | | | | | | | | | |
| United States | 2,494 | 213 | 129 | 230 | 20 | 11 | $ 3.62 | $ 92.59 | $ 35.11 |
| Algeria | — | 62 | 1 | — | 6 | — | — | 98.69 | 65.55 |
| Other International | — | 28 | — | — | 2 | — | — | 100.48 | — |
| Total | 2,494 | 303 | 130 | 230 | 28 | 11 | $ 3.62 | $ 94.56 | $ 35.35 |
| **Nine Months Ended September 30, 2015** | | | | | | | | | |
| **United States** | 2,424 | 233 | 128 | 662 | 64 | 35 | $ 2.44 | $ 47.37 | $ 17.08 |
| **Algeria** | — | 56 | 6 | — | 15 | 2 | — | 54.90 | 29.79 |
| **Other International** | — | 28 | — | — | 8 | — | — | 52.58 | — |
| **Total** | 2,424 | 317 | 134 | 662 | 87 | 37 | $ 2.44 | $ 49.16 | $ 17.63 |
| Nine Months Ended September 30, 2014 | | | | | | | | | |
| United States | 2,603 | 197 | 116 | 711 | 54 | 31 | $ 4.27 | $ 95.30 | $ 38.21 |
| Algeria | — | 64 | 1 | — | 18 | — | — | 105.38 | 66.14 |
| Other International | — | 27 | — | — | 7 | — | — | 106.06 | — |
| Total | 2,603 | 288 | 117 | 711 | 79 | 31 | $ 4.27 | $ 98.57 | $ 38.38 |

| | Average Daily Sales Volumes MBOE/d | Sales Volumes MMBOE |
|---|---|---|
| **Quarter Ended September 30, 2015** | 787 | 73 |
| Quarter Ended September 30, 2014 | 849 | 78 |
| **Nine Months Ended September 30, 2015** | 855 | 234 |
| Nine Months Ended September 30, 2014 | 839 | 229 |

**Sales Revenue and Commodity Derivatives**

| | Sales | | | Net Cash Received (Paid) from Settlement of Commodity Derivatives | | |
|---|---|---|---|---|---|---|
| millions | Natural Gas | Oil & Condensate | NGLs | Natural Gas | Oil & Condensate | NGLs |
| **Quarter Ended September 30, 2015** | | | | | | |
| **United States** | $ 484 | $ 897 | $ 170 | $ 78 | $ 1 | $ — |
| **Algeria** | — | 214 | 13 | — | — | — |
| **Other International** | — | 118 | — | — | — | — |
| **Total** | $ 484 | $ 1,229 | $ 183 | $ 78 | $ 1 | $ — |
| Quarter Ended September 30, 2014 | | | | | | |
| United States | $ 830 | $ 1,817 | $ 418 | $ 15 | $ (8) | $ 1 |
| Algeria | — | 565 | 6 | — | 40 | — |
| Other International | — | 255 | — | — | — | — |

STEINHOLT_0011511

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Total | $ 830 | $ 2,637 | $ 424 | $ 15 | $ 32 | $ 1 |
| **Nine Months Ended September 30, 2015** | | | | | | |
| **United States** | $ 1,612 | $ 3,018 | $ 596 | $ 228 | $ 6 | $ 17 |
| **Algeria** | — | 843 | 48 | — | — | — |
| **Other International** | — | 403 | — | — | — | — |
| **Total** | $ 1,612 | $ 4,264 | $ 644 | $ 228 | $ 6 | $ 17 |
| Nine Months Ended September 30, 2014 | | | | | | |
| United States | $ 3,038 | $ 5,125 | $ 1,208 | $ (107) | $ (68) | $ 3 |
| Algeria | — | 1,858 | 13 | — | 40 | — |
| Other International | — | 783 | — | — | — | — |
| Total | $ 3,038 | $ 7,766 | $ 1,221 | $ (107) | $ (28) | $ 3 |

STEINHOLT_0011512

10

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**As of October 27, 2015**

Note: Guidance excludes 2015 sales volumes associated with EOR, Bossier, and Powder River Basin CBM.

| | 4th-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | Units | | | Units | | |
| **Total Sales Volumes (MMBOE)** | 68 | — | 70 | 290 | — | 292 |
| **Total Sales Volumes (MBOE/d)** | 739 | — | 761 | 795 | — | 800 |
| | | | | | | |
| **Oil (MBbl/d)** | 297 | — | 305 | 308 | — | 312 |
| | | | | | | |
| United States | 218 | — | 222 | 226 | — | 228 |
| Algeria | 61 | — | 63 | 57 | — | 58 |
| Ghana | 18 | — | 20 | 25 | — | 26 |
| | | | | | | |
| **Natural Gas (MMcf/d)** | | | | | | |
| | | | | | | |
| United States | 1,980 | — | 2,020 | 2,140 | — | 2,160 |
| | | | | | | |
| **Natural Gas Liquids (MBbl/d)** | | | | | | |
| | | | | | | |
| United States | 106 | — | 111 | 122 | — | 124 |
| Algeria | 5 | — | 7 | 5 | — | 6 |

| | $ / Unit | | | $ / Unit | | |
|---|---|---|---|---|---|---|
| **Price Differentials vs NYMEX (w/o hedges)** | | | | | | |
| | | | | | | |
| **Oil ($/Bbl)** | (4.40) | — | (0.40) | (3.40) | — | (0.40) |
| | | | | | | |
| United States | (6.00) | — | (2.00) | (5.00) | — | (2.00) |
| Algeria | — | — | 4.00 | 1.00 | — | 4.00 |
| Ghana | — | — | 4.00 | 1.00 | — | 4.00 |
| | | | | | | |
| **Natural Gas ($/Mcf)** | | | | | | |
| | | | | | | |
| United States | (0.45) | — | (0.35) | (0.45) | — | (0.35) |

STEINHOLT_0011513

11

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**As of October 27, 2015**

Note: Guidance excludes items affecting comparability

| | 4th-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | $ MM | | | $ MM | | |
| **Other Revenues** | | | | | | |
| Marketing and Gathering Margin | 40 | — | 50 | 175 | — | 185 |
| Minerals and Other | 45 | — | 55 | 275 | — | 285 |
| | $ / BOE | | | $ / BOE | | |
| **Costs and Expenses** | | | | | | |
| Oil & Gas Direct Operating | 3.40 | — | 3.60 | 3.35 | — | 3.45 |
| Oil & Gas Transportation/Other | 3.75 | — | 3.95 | 3.70 | — | 3.80 |
| Depreciation, Depletion, and Amortization | 15.35 | — | 15.85 | 15.30 | — | 15.50 |
| Production Taxes (% of Product Revenue) | 7.5% | — | 8.5% | 7.0% | — | 7.5% |
| | $ MM | | | $ MM | | |
| General and Administrative | 340 | — | 350 | 1,270 | — | 1,280 |
| Exploration Expense | | | | | | |
| Non-Cash | 230 | — | 250 | 500 | — | 550 |
| Cash | 120 | — | 140 | 375 | — | 395 |
| Interest Expense (net) | 200 | — | 210 | 815 | — | 825 |
| Other (Income) Expense | 35 | — | 45 | 200 | — | 210 |
| **Taxes** | | | | | | |
| Algeria (All current) | 55% | — | 60% | 55% | — | 60% |
| Rest of Company (60% Current / 40% Deferred for Q4 and 25% Current / 75% deferred for FY) | 35% | — | 45% | 30% | — | 40% |
| **Avg. Shares Outstanding (MM)** | | | | | | |
| Basic | 507 | — | 508 | 507 | — | 509 |
| Diluted | 508 | — | 510 | 508 | — | 510 |
| **Capital Investment (Excluding Western Gas Partners, LP)** | $ MM | | | $ MM | | |
| APC Capital Expenditures | 1,225 | — | 1,425 | 5,400 | — | 5,600 |

STEINHOLT_0011514

**Anadarko Petroleum Corporation**
**Commodity Hedge Positions**
**As of October 27, 2015**

| | Volume (MBbls/d) | Weighted Average Price per barrel | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Floor Sold | | Floor Purchased | | Ceiling Sold |
| **Crude Oil** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2016 | | | | | | | |
| WTI | 65 | $ | 41.54 | $ | 53.08 | $ | 62.25 |
| Brent | 18 | $ | 47.22 | $ | 59.44 | $ | 69.47 |
| | 83 | $ | 42.77 | $ | 54.46 | $ | 63.82 |

| | Volume (thousand MMBtu/d) | Weighted Average Price per MMBtu | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Floor Sold | | Floor Purchased | | Ceiling Sold |
| **Natural Gas** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2015 | 635 | $ | 2.75 | $ | 3.75 | $ | 4.76 |
| **Extendable Fixed Price - Financial** | | | | | | | |
| 2015* | 170 | $ | 4.17 | | | | |

\*    Includes an option for the counterparty to extend the contract term to December 2016 at the same price.

| | | | |
| --- | --- | --- | --- |
| | | **Interest-Rate Derivatives** | |
| | | **As of October 27, 2015** | |

| Instrument | Notional Amt. | Reference Period | Mandatory Termination Date | Rate Paid | Rate Received |
| --- | --- | --- | --- | --- | --- |
| Swap | $50 Million | Sept. 2016 - Sept. 2026 | Sept. 2016 | 5.910% | 3M LIBOR |
| Swap | $50 Million | Sept. 2016 - Sept. 2046 | Sept. 2016 | 6.290% | 3M LIBOR |
| Swap | $250 Million | Sept. 2016 - Sept. 2046 | Sept. 2018 | 6.310% | 3M LIBOR |
| Swap | $300 Million | Sept. 2016 - Sept. 2046 | Sept. 2020 | 6.509% | 3M LIBOR |
| Swap | $250 Million | Sept. 2016 - Sept. 2046 | Sept. 2021 | 6.724% | 3M LIBOR |
| Swap | $200 Million | Sept. 2017 - Sept. 2047 | Sept. 2018 | 6.049% | 3M LIBOR |
| Swap | $300 Million | Sept. 2017 - Sept. 2047 | Sept. 2020 | 6.569% | 3M LIBOR |
| Swap | $500 Million | Sept. 2017 - Sept. 2047 | Sept. 2021 | 6.654% | 3M LIBOR |

STEINHOLT_0011515

13

**Anadarko Petroleum Corporation**
**Reconciliation of Same-Store Sales**

**Average Daily Sales Volumes**

| | Quarter Ended September 30, 2015 | | | | Quarter Ended September 30, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Natural Gas | Oil & Condensate | NGLs | Total | Natural Gas | Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 1,883 | 162 | 110 | 586 | 2,049 | 146 | 124 | 611 |
| Deepwater Gulf of Mexico | 158 | 55 | 7 | 88 | 154 | 46 | 5 | 77 |
| International and Alaska | — | 84 | 5 | 89 | — | 98 | 1 | 99 |
| Same-Store Sales | 2,041 | 301 | 122 | 763 | 2,203 | 290 | 130 | 787 |
| Divestitures* | 145 | — | — | 24 | 291 | 13 | — | 62 |
| Total | 2,186 | 301 | 122 | 787 | 2,494 | 303 | 130 | 849 |

| | Nine Months Ended September 30, 2015 | | | | Nine Months Ended September 30, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Natural Gas | Crude Oil & Condensate | NGLs | Total | Natural Gas | Crude Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 2,037 | 168 | 121 | 629 | 2,094 | 131 | 110 | 590 |
| Deepwater Gulf of Mexico | 164 | 53 | 7 | 87 | 201 | 44 | 6 | 84 |
| International and Alaska | — | 92 | 6 | 98 | — | 96 | 1 | 97 |
| Same-Store Sales | 2,201 | 313 | 134 | 814 | 2,295 | 271 | 117 | 771 |
| Divestitures* | 223 | 4 | — | 41 | 308 | 17 | — | 68 |
| Total | 2,424 | 317 | 134 | 855 | 2,603 | 288 | 117 | 839 |

\*   Includes China, Pinedale/Jonah, EOR, Bossier, and Powder River Basin CBM.

**Average Daily Sales Volumes**

| | Year Ended December 31, 2014 | | | |
|---|---|---|---|---|
| | Natural Gas | Crude Oil & Condensate | NGLs | Total |
| | MMcf/d | MBbls/d | MBbls/d | MBOE/d |
| U.S. Onshore | 2,092 | 136 | 111 | 595 |
| Deepwater Gulf of Mexico | 196 | 45 | 5 | 83 |
| International and Alaska | — | 94 | 3 | 97 |
| Same-Store Sales | 2,288 | 275 | 119 | 775 |
| Divestitures* | 301 | 17 | — | 68 |
| Total | 2,589 | 292 | 119 | 843 |

\*   Includes China, Pinedale/Jonah, EOR, Bossier, and Powder River Basin CBM.

STEINHOLT_0011516

# Exhibit 78

NYSE:APC | www.anadarko.com

**INVESTOR RELATIONS**

John Colglazier
Senior Vice President
832/636-2306

Robin Fielder
Director
832/636-1462

Jeremy Smith
Director
832/636-1544

Third-Quarter 2015

# OPERATIONS REPORT

October 27, 2015

3rd Quarter 2015 Highlights ...................... 2

Overview ............................................. 3

U.S. Onshore ......................................... 4

Rockies .............................................. 5

Southern & Appalachia .......................... 8

Gulf of Mexico .................................... 11

International & Frontier ......................... 14

Deepwater Rig Schedule ....................... 17

Glossary of Abbreviations ..................... 18

ANADARKO PETROLEUM CORPORATION

JanHen_00014482

# THIRD-QUARTER 2015 HIGHLIGHTS



NYSE: APC | www.anadarko.com

## ENHANCING MARGINS

Anadarko delivered sales volumes of 72 MMBOE* during the 3rd quarter of 2015. Third-quarter sales volumes were reduced by approximately 900,000 BOE for the Powder River Basin CBM divestiture, which closed Sept. 1. The company remained focused on building and preserving value by growing higher-margin oil volumes by more than 42,000 BOPD year to date compared to the same period in 2014, while reducing costs.

U.S. oil sales volumes increased by approximately 24,000 BOPD compared to the 3rd quarter of 2014 and exceeded the high end of guidance. This was accomplished while the company continued to intentionally defer well completions in several U.S. onshore assets.

Both capital and direct operating expenses were below the low end of guidance during the quarter due to continued drilling, completion and operational efficiencies, process improvements and optimization.

## ADVANCING HIGH-MARGIN MEGA PROJECTS

Subsequent to quarter end, Anadarko accomplished a major milestone by integrating the topsides of the Heidelberg spar with the hull in the deepwater Gulf of Mexico.



*Installing topsides on Heidelberg spar, Gulf of Mexico*

Offshore Ghana, the TEN development was more than 70% complete at the close of the quarter. The 80,000-BOPD project remains on schedule for first oil in mid-2016.

## CREATING OPTION VALUE WITH EXPLORATION

During the quarter, Anadarko drilled a successful appraisal well at Shenandoah in the Gulf of Mexico. The well encountered more than 620 net feet of oil pay and continued to progress the giant oil discovery toward development.

Also in the Gulf of Mexico, an appraisal well at the Yeti discovery was spud to test multiple Miocene reservoirs in this prolific basin.

Offshore Colombia, Anadarko announced the play-opening discovery at Kronos and continued the exploration program at a second prospect, Calasu, which was spud during the 3rd quarter.

## ACCELERATING VALUE THROUGH PORTFOLIO MANAGEMENT

Year to date, Anadarko is approaching $2 billion of monetizations. During the 3rd quarter, the company closed on the previously announced divestiture of its Bossier natural gas assets and related midstream infrastructure. Anadarko also closed the divestiture of its producing Powder River Basin CBM assets and signed a purchase and sale agreement for the divestiture of the associated gas gathering system.

*All volumes discussed in this report exclude production associated with China, EOR and Bossier to provide a "divestiture-adjusted" or "same-store" sales comparison. "Divestiture-adjusted" or "same-store" sales volumes are intended to present performance of Anadarko's continuing asset base, giving effect to recent divestitures.*

CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

*This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. While Anadarko believes that its expectations are based on reasonable assumptions as and when made, no assurance can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results, or other expectations expressed in this presentation, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance, achieve its production targets, timely complete and commercially operate the projects and drilling prospects identified in this presentation, consummate the transaction described in this presentation, achieve further drilling cost reductions, and achieve its production and budget expectations. Other factors that could impact any forward-looking statements are described in "Risk Factors" in the company's 2014 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, and other public filings and press releases. Readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date hereof. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

2

THIRD-QUARTER 2015 | OPERATIONS REPORT

JanHen_00014483

## OVERVIEW



### SALES VOLUMES

Third-quarter same-store sales volumes totaled 72 MMBOE, or 783,000 BOE/d, which was within guidance. Third-quarter sales volumes were reduced by approximately 900,000 BOE for the Powder River Basin CBM divestiture. U.S. oil volumes increased by approximately 12% from the 3rd quarter of 2014 primarily due to the performance of Wattenberg and the Gulf of Mexico.

Anadarko has maintained flexibility in the U.S. onshore and intentionally deferred the completion of approximately 200 wells through the 3rd quarter. The company plans to exit 2015 with a range of 175 - 225 intentionally drilled, uncompleted wells (additional detail on page 4).

The company increased its full-year 2015 midpoint of divestiture-adjusted sales-volume guidance by 2 MMBOE to a range of 290 to 292 MMBOE, reflecting the monetization of the Powder River Basin CBM producing asset.

### CAPITAL INVESTMENTS

Anadarko bolstered its cost structure through continued operational efficiencies and lower service costs. Third-quarter capital investments of $1.23 billion were below the low end of the guidance range of $1.25 - $1.45 billion, excluding WES capital investments.

For the second time this year, the company reduced the high end of its full-year capital guidance by $100 million, to a range of $5.4 - $5.6 billion, excluding WES capital investments.



## SALES VOLUMES

| | 3Q15 Oil MBOPD | 3Q15 NGLs MBbl/d | 3Q15 Gas MMcf/d | 3Q15 MMBOE | 3Q14 Oil MBOPD | 3Q14 NGLs MBbl/d | 3Q14 Gas MMcf/d | 3Q14 MMBOE |
|---|---|---|---|---|---|---|---|---|
| Rockies | 103 | 57 | 1,093 | 31 | 93 | 69 | 1,202 | 33 |
| Southern & Appalachia | 59 | 53 | 911 | 24 | 53 | 55 | 1,063 | 27 |
| **Lower 48** | **162** | **110** | **2,004** | **55** | **146** | **124** | **2,265** | **60** |
| Alaska | 7 | - | - | 1 | 8 | - | - | 1 |
| Gulf of Mexico | 55 | 7 | 158 | 8 | 46 | 5 | 154 | 7 |
| **Total U.S.** | **224** | **117** | **2,162** | **64** | **200** | **129** | **2,419** | **68** |
| International* | 77 | 5 | - | 8 | 90 | 1 | - | 8 |
| **Same-Store Sales** | **301** | **122** | **2,162** | **72** | **290** | **130** | **2,419** | **76** |
| EOR & Bossier** | - | - | 24 | 1 | 13 | - | 75 | 2 |
| **Total Company** | **301** | **122** | **2,186** | **73** | **303** | **130** | **2,494** | **78** |

*Quarterly sales volumes are influenced by size, timing and scheduling of tanker liftings.
**The EOR divestiture closed in 2Q15, and the Bossier divestiture closed in 3Q15.

## CAPITAL INVESTMENTS

| | 3Q15 $MM |
|---|---|
| Rockies | 354 |
| Southern & Appalachia | 395 |
| **Lower 48** | **749** |
| Alaska | 26 |
| Gulf of Mexico | 146 |
| **Total U.S.** | **921** |
| International | 234 |
| Midstream*** | 144 |
| Capitalized Items/Other | 53 |
| **Total Company** | **1,352** |

*** Includes WES capital investments of ~$127 million

JanHen_00014484



NYSE: APC | www.anadarko.com

## EFFICIENCIES AND COST SAVINGS ENHANCE VALUE

Anadarko's U.S. onshore assets continued to deliver more for less through additional cost savings and enhanced efficiencies in the company's primary operating areas.

The U.S. onshore oil sales volumes increased by nearly 16,000 BOPD compared to 3rd quarter 2014, adjusted for divestitures. This 11% growth of Anadarko's higher-margin oil volumes was driven by performance from Wattenberg, Eagleford and the Delaware Basin.

Anadarko continued to leverage its integrated midstream advantage to enhance well margins and moderate the base decline. While the company continued to expand the Delaware Basin infrastructure in West Texas during the quarter, downtime was reduced by more than 18% compared to the 2nd quarter of 2015. U.S. onshore LOE per BOE has improved by 20% from the annual 2014 average due to operational efficiencies and cost savings.

Across the U.S. onshore, the company operated an average of 23 rigs during the quarter, a decrease of 20 rigs (47%) compared to the average rig count in 2014. The company also reduced completions activity by 47% to 8 crews during the quarter from an average of 15 in 2014.

Anadarko reduced drilling cycle times in Wattenberg by approximately 20% and cost per foot by 15% over the previous quarter. Drilling times in the Eagleford have improved by 8% year to date, compared to 2014, which has enabled the company to shift rigs out of the asset while still drilling the same number of planned wellbores. Year to date, Anadarko has reduced Wolfcamp Shale well costs by nearly 40% per well, primarily due to efficiency gains as the company continues to learn and optimize operations in this emerging oil play.

## INTENTIONALLY DEFERRED COMPLETIONS ENHANCE VALUE

Anadarko continued to focus on preserving value by decreasing capital investments on short-cycle activities in the current lower commodity-price environment. As part of this approach, the company has systematically built a year-to-date inventory, of approximately 200 intentionally deferred completions, which has enabled Anadarko to continue realizing drilling efficiencies and significant cost savings resulting in enhanced returns in each of its major U.S. onshore focus areas.

The cost improvements achieved year to date, including a more than 30% reduction in completion costs, have enhanced the well returns in these assets and provides the opportunity to add completion crews to improve production flexibility into 2016.



Intentionally Deferred Completions in Wattenberg, Eagleford and Delaware Basin

JanHen_00014485

# ROCKIES





☐ APC Land Grant
☆ Producing Fields
▦ Plant

Anadarko's Rockies assets delivered sales volumes averaging 342,000 BOE/d during the 3rd quarter, a 6% decrease over the same period in 2014, adjusted for divestitures. The decrease was largely the result of the company's decision to build an inventory of intentionally drilled, uncompleted wells in Wattenberg and reject ethane until margins improve. Higher-margin oil volumes increased 10% versus the 3rd quarter of 2014. The company continued to make the economic decision to reject ethane, which equated to a net sales volumes reduction of 1.6 MMBOE.

Anadarko averaged eight operated rigs and drilled 140 wells in the 3rd quarter with the majority of the activity taking place in the liquids-rich Wattenberg field. This denotes a more than 100% drilling-efficiency improvement versus 3rd quarter of 2014 when Anadarko drilled 122 wells with 14 operated rigs in the region.



## SALES VOLUMES

| | 3Q15 Oil MBOPD | 3Q15 NGLs MBbl/d | 3Q15 Gas MMcf/d | 3Q15 MBOE/d | 3Q14 Oil MBOPD | 3Q14 NGLs MBbl/d | 3Q14 Gas MMcf/d | 3Q14 MBOE/d |
|---|---|---|---|---|---|---|---|---|
| Wattenberg | 94 | 44 | 493 | 220 | 82 | 50 | 340 | 189 |
| Greater Natural Buttes | 2 | 9 | 290 | 59 | 3 | 14 | 429 | 88 |
| Powder River Basin* | 1 | - | 124 | 22 | 3 | - | 221 | 40 |
| Wamsutter | 2 | 5 | 98 | 24 | 2 | 7 | 105 | 27 |
| Other | 4 | (1) | 88 | 17 | 3 | (2) | 107 | 18 |
| **Same-Store Sales** | 103 | 57 | 1,093 | 342 | 93 | 69 | 1,202 | 362 |
| EOR** | - | - | - | - | 13 | - | - | 13 |
| **Total** | **103** | **57** | **1,093** | **342** | **106** | **69** | **1,202** | **375** |

| | CAPITAL INVESTMENTS 3Q15 $MM | AVERAGE RIG ACTIVITY 3Q15 Operated | AVERAGE RIG ACTIVITY 2Q15 Operated |
|---|---|---|---|
| Wattenberg | 282 | 6 | 8 |
| Greater Natural Buttes | 21 | 1 | 1 |
| Powder River Basin* | 6 | 1 | - |
| Wamsutter | - | - | - |
| EOR | - | - | - |
| Other | 45 | - | - |
| **Total** | **354** | **8** | **9** |

*The CBM divestiture announced in 3Q15 was included in 3Q15 sales volumes guidance and is included here in actuals.
**The EOR divestiture closed in 2Q15.

JanHen_00014486



**ROCKIES**

NYSE: APC | www.anadarko.com

## Wattenberg:

- During the 3rd quarter, the Wattenberg field net sales volumes decreased approximately 12,000 BOE/d or 5% compared with the 2nd quarter of 2015 to an average of approximately 220,000 BOE/d. The decrease was primarily due to the decision to defer 120 completions year-to-date as a result of reducing completion crews. Oil sales volumes increased 14% year over year.





Wattenberg Operated HZ Net Sales Volumes

- Anadarko operated an average of six rigs and drilled 105 wells (117 type-well equivalents) during the 3rd quarter and entered the 4th quarter with five rigs.

- The company averaged a record $73 per foot drilling cost during the 3rd quarter attributed to continued wellbore-design optimization and efficiency gains.

- Anadarko improved LOE by more than 30% in the 3rd quarter of 2015 to $1.68 per BOE, compared to the 2014 average of $2.40 per BOE.

- Phase II of the Lancaster cryogenic gas plant ramped up during the quarter. The 300-MMcf/d expansion doubles Anadarko's processing capacity at the Lancaster complex to 600 MMcf/d.

- The Lancaster I plant experienced downtime in September and October. Sales volumes were minimally impacted due to the company's integrated gathering system which enabled gas volumes to be diverted to and processed at the Lancaster II, Fort Lupton and Wattenberg plants.

- Construction was almost 85% complete at the centralized oil stabilization facility at the end of the 3rd quarter. Commissioning and startup are expected to occur in the 4th quarter of 2015. This facility will increase oil recoveries, enhance efficiencies of tank batteries, lower operating expenses and improve environmental performance.



Wattenberg Drilling Efficiencies

Centralized Oil Stabilization Facility, Colorado

JanHen_00014487

**ROCKIES**

NYSE: APC | www.anadarko.com

## Greater Natural Buttes:

- The company operated one rig and drilled 16 wells in the 3rd quarter. Net natural gas sales volumes averaged 290 MMcf/d for the quarter.

- Anadarko has reduced drilling costs by 15% and completion costs by 22% year to date.

## Laramie County, Wyoming:

- Anadarko participated in seven non-operated well completions in the emerging liquids-rich play during the 3rd quarter.

## Powder River Basin Oil:

- During the 3rd quarter, the company initiated a three-well exploration program targeting the Turner formation.



Greater Natural Buttes, Utah

JanHen_00014488

# SOUTHERN & APPALACHIA



NYSE: APC | www.anadarko.com



During the 3rd quarter, the Southern & Appalachia region delivered same-store sales volumes of more than 263,000 BOE/d, a 4% decrease from the 2nd quarter of 2015. The decrease was largely the result of the company's decision to build an inventory of intentionally drilled, uncompleted wells in the Eagleford Shale.

Oil volumes grew more than 11% year over year driven by continued development in the Eagleford and Wolfcamp Shale delineation activities in the Delaware Basin.

The company continued to achieve further efficiency gains and set new drilling records in each active area within the region during the 3rd quarter.



## SALES VOLUMES

| | 3Q15 Oil MBOPD | 3Q15 NGLs MBbl/d | 3Q15 Gas MMcf/d | 3Q15 MBOE/d | 3Q14 Oil MBOPD | 3Q14 NGLs MBbl/d | 3Q14 Gas MMcf/d | 3Q14 MBOE/d |
|---|---|---|---|---|---|---|---|---|
| Eagleford | 32 | 25 | 156 | 83 | 29 | 25 | 134 | 76 |
| Delaware Basin | 17 | 7 | 63 | 34 | 13 | 6 | 52 | 28 |
| E. Texas/N. Louisiana | 2 | 15 | 220 | 53 | 3 | 19 | 252 | 63 |
| Chalk/Eaglebine | 7 | 2 | 20 | 13 | 7 | 3 | 21 | 13 |
| Marcellus | - | - | 396 | 66 | - | - | 534 | 89 |
| Hugoton | - | 2 | 31 | 7 | - | 2 | 36 | 8 |
| Ozona | - | 2 | 21 | 6 | - | 2 | 23 | 6 |
| Other | 1 | - | 4 | 2 | 1 | (2) | 11 | 3 |
| **Same-Store Sales** | **59** | **53** | **911** | **263** | **53** | **55** | **1,063** | **286** |
| Bossier* | - | - | 24 | 4 | - | - | 75 | 12 |
| **Total** | **59** | **53** | **935** | **267** | **53** | **55** | **1,138** | **298** |

*The Bossier divestiture closed in 3Q15.

## CAPITAL INVESTMENTS / AVERAGE RIG ACTIVITY

| | 3Q15 $MM | 3Q15 Operated | 2Q15 Operated |
|---|---|---|---|
| Eagleford | 89 | 3 | 5 |
| Delaware Basin | 225 | 7 | 7 |
| E. Texas/N. Louisiana | 56 | 4 | 4 |
| Chalk/Eaglebine | 9 | 1 | 1 |
| Marcellus | 9 | - | - |
| Bossier* | - | - | - |
| Hugoton | 1 | - | - |
| Ozona | 1 | - | - |
| Other | 5 | - | - |
| **Total** | **395** | **15** | **17** |

8

JanHen_00014489



# SOUTHERN & APPALACHIA

NYSE: APC | www.anadarko.com

## Delaware Basin:

- Anadarko's net sales volumes for the quarter averaged more than 34,000 BOE/d, an increase of 23% from the 3rd quarter of 2014. Total liquids volumes averaged nearly 24,000 Bbl/d, which is an increase of 24% compared to 2014.

- The company averaged seven operated rigs, spud 22 wells and brought 11 Wolfcamp Shale operated wells on line during the 3rd quarter.

- Anadarko also drilled and completed its first well in the 2nd Bone Spring during the quarter, which tested in excess of 1,000 BOPD.

- Anadarko continues to replicate the Wattenberg infrastructure model by integrating and expanding gathering and processing infrastructure for long-term growth and operational flexibility.

- During the quarter, Anadarko acquired approximately 3,000 acres of leasehold on the border of Reeves and Loving counties, which fills in a portion of Anadarko's existing checkerboard acreage.

- Anadarko continued to optimize the well construction process and set company milestones for longest lateral length, shortest drilling and completion times, and fastest rig mobilization during the quarter.

- The drilling team enhanced efficiencies and achieved a new quarterly record average of less than 24 days spud to rig release, a reduction of 15% from 3rd quarter of 2014.

- The completions team also experienced significant efficiency improvements, reducing time per completion stage by 38% from 2014.

- At the end of the 3rd quarter, well costs for 4,500-foot laterals were approximately $7.5 million with line of sight to below $6 million when the company elects to transition to pad development.



**Driving Down Wolfcamp Well Costs**

(Well Costs, $Million — bars: 2014 DC&E, YTD Cost Savings, 3Q15 DC&E, Projected Pad Efficiencies, Multi-well Development DC&E)



*Delaware Basin, Texas*

JanHen_00014490

## Eagleford:

- Anadarko's net sales volumes averaged 83,000 BOE/d during the quarter, an 8% decrease from the 2nd quarter of 2015. The decrease was primarily due to the decision to defer 40 completions year to date. Oil volumes averaged more than 32,000 BOPD, a 13% year-over-year increase.



Eagleford Net Sales Volumes

- Anadarko spud 34 wells utilizing three operated rigs in the 3rd quarter.

- The company achieved a record low average cost per foot of $81, while averaging a record lateral length of more than 8,800 feet during the quarter.

## East Texas/North Louisiana:

- Anadarko's net sales volumes averaged more than 53,000 BOE/d during the 3rd quarter, which was a decrease of 11% compared to the 2nd quarter of 2015.

- The company averaged four operated rigs, spud 11 wells and brought nine wells on line during the quarter.

## Eaglebine:

- Anadarko's net sales volumes averaged more than 3,000 BOE/d during the 3rd quarter with the addition of five new wells, an increase of 7% compared to the 3rd quarter of 2014.

- During the 3rd quarter, the company reduced average drilling cost per foot by nearly 10% to a record low of $124 per foot from the 2nd quarter of 2015, while increasing the average lateral length by

more than 20%. Since 2014, drilling cost per foot has improved approximately 30%.

## Marcellus:

- Anadarko's net sales volumes averaged approximately 396 MMcf/d during the 3rd quarter and were impacted by voluntary curtailments.



Eagleford, Texas

JanHen_00014491

# GULF OF MEXICO

NYSE: APC | www.anadarko.com

During the 3rd quarter, Anadarko's Gulf of Mexico region averaged sales volumes of approximately 88,000 BOE/d, up 14% from the same period in 2014.

Oil volumes increased compared to the 3rd quarter of 2014 due to strong performance at Lucius.



| SALES VOLUMES* | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3Q15 Oil MBOPD | 3Q15 NGLs MBbl/d | 3Q15 Gas MMcf/d | 3Q15 MBOE/d | 3Q14 Oil MBOPD | 3Q15 NGLs MBbl/d | 3Q14 Gas MMcf/d | 3Q14 MBOE/d |
| Total 55 | 7 | 158 | 88 | 46 | 5 | 154 | 77 |

*Includes the impact of weather-related downtime.

Blind Faith
Independence Hub
Conger
Baldpate
Samurai
Nansen
Tahiti
Power Play
Caesar/Tonga
K2 Complex
Boomvang
Gunnison
Constitution
Heidelberg
Shenandoah
Yeti
Yucatan
Lucius
Phobos

APC WI Block
APC Discovery
APC WI Facilities

11

JanHen_00014492



*Heidelberg, Gulf of Mexico*

## DEVELOPMENT

### Heidelberg:

GREEN CANYON 859/860/903/904/948 (APC WI 31.5%)

- First oil has been accelerated and is now anticipated in the 2nd quarter of 2016 from the first three subsea wells, with production from two additional wells coming on line at a later date.

- Anadarko completed the umbilical and jumper installations for the spar during the 3rd quarter.

- The topsides set sail from Ingleside in late September and were successfully integrated onto the hull subsequent to quarter end.

### Constitution/Ticonderoga:

- The A-4 well was completed and flow tested to more than 4,000 BOPD during the 3rd quarter.

### Caesar/Tonga:

GREEN CANYON 683/726/727/770 (APC WI 33.75%)

- A sixth Caesar/Tonga well was drilled during the 3rd quarter and encountered approximately 191 net feet of oil pay. The well is expected to be completed and on line by 2016.

- A seventh well was being drilled at the end of the 3rd quarter and is also expected to be completed by year end and on line in early 2016.

### K2 Complex:

- Anadarko completed a successful flow test of the Green Canyon 562 #5 well during the 3rd quarter with positive results for rate and drawdown. The company expects to increase production to a target rate of 7,000 BOPD during the 4th quarter.

### Independence Hub:

- Gross production averaged 82 MMcf/d (78 MMcf/d net) during the quarter, an increase of more than 60% from the 2nd quarter of 2015.

- Anadarko re-established production at Jubilee 2 by shifting an upper sleeve in the wellbore, increasing production by 45 MMcf/d sequentially.

JanHen_00014493

## EXPLORATION/APPRAISAL

### Shenandoah Basin:

WALKER RIDGE 51/52/53 (APC WI 30%, OPERATOR)

- During the quarter, the Shenandoah-4 appraisal well tested the up-dip extent of the basin. The subsequent Shenandoah-4 sidetrack encountered more than 620 net feet of oil pay, extending the lowest known oil column downdip. Operations continued after quarter close, with the partnership preparing to obtain whole-core across the reservoir interval.

### Yeti:

WALKER RIDGE 117/157/158/159/160 (APC WI 37.5%)

- The Yeti-3 appraisal well spud in the 3rd quarter and is currently drilling. The Yeti-1 discovery well encountered more than 270 net feet of oil pay in Miocene-aged reservoirs, and the appraisal well is located about 2 miles southeast in approximately 5,900 feet of water. The well is designed to test additional exploration objectives not penetrated in the original discovery, as well as a down-dip appraisal of the Miocene-aged reservoirs encountered in Yeti-1.



Shenandoah Basin Leasehold

JanHen_00014494

# INTERNATIONAL & FRONTIER



NYSE: APC | www.anadarko.com

During the 3rd quarter, the International and Frontier region sales volumes averaged 89,000 Bbl/d.

Oil sales volumes were below guidance because of a weather-related tanker lifting delay in Algeria.





**El Merk, Algeria**

## SALES VOLUMES

|  | 3Q15 MBbl/d | 3Q14 MBbl/d |
| --- | --- | --- |
| Alaska | 7 | 8 |
| Algeria* | 54 | 63 |
| Brazil | - | - |
| Ghana/W. Africa* | 28 | 28 |
| Mozambique | - | - |
| Other | - | - |
| **Total** | **89** | **99** |

*Quarterly sales volumes are influenced by size, timing and scheduling of tanker liftings.*

## CAPITAL INVESTMENTS

|  | 3Q15 $MM |
| --- | --- |
| Alaska | 26 |
| Algeria | 19 |
| Brazil | - |
| Ghana/W. Africa | 143 |
| Mozambique | 28 |
| Other | 44 |
| **Total** | **260** |

JanHen_00014495



Jubilee FPSO, Ghana

## DEVELOPMENT

### Alaska:

- Gross production from the Colville River Unit averaged more than 42,000 BOPD during the quarter. Construction on the Alpine West satellite extension continues and drilling is under way. Initial production is expected by year end.

### Algeria:

- Gross production averaged approximately 372,000 BOE/d from HBNS, Ourhoud and El Merk facilities during the quarter, which was a sequential increase of 17,000 BOE/d following completion of scheduled maintenance that took place at HBNS during the 2nd quarter of 2015.

### Ghana:

- Gross production at the Jubilee field averaged approximately 93,000 BOPD during the quarter. This was 14,000 BOPD lower than the previous quarter due to curtailed production. This was due to a technical issue with the gas compression system from the beginning of July until the issue was resolved in early August. Gross production rates were above 100,000 BOPD at the end of the 3rd quarter.

- The TEN development was more than 70% complete at the close of the quarter. The third well was completed during the quarter and the remaining seven wells are scheduled for completion before startup. The 80,000-BOPD project remains on schedule for first oil in mid-2016.

### Mozambique LNG:

OFFSHORE AREA 1 (APC WI 26.5%, OPERATOR)

- The partnership continues to work with the government to make progress on the remaining agreements and approvals that are required to support investment.

- The Area 1 participants continue to make preparations to select the offshore EPCI contractor and submit the Development Plan to the government.

JanHen_00014496



## EXPLORATION/APPRAISAL

### Colombia:

FUERTE NORTE, FUERTE SUR, PURPLE ANGEL, COL 5 AND URA 4 (APC WI 50%, OPERATOR)

- The Kronos-1 discovery encountered 130 - 230 net feet of natural gas pay in the upper objective, proving the presence of a working petroleum system and validating the geologic and seismic interpretations. The well finished drilling during the quarter, testing a deeper objective where it encountered non-commercial hydrocarbons. Anadarko and its partner are evaluating the drilling results to determine the next steps.

- The Calasu-1 well was spud in the 3rd quarter and is currently drilling a large four-way structure on the north end of the block complex with multiple potential targets.

BLOCKS COL 1, COL 2, COL 6 AND COL 7 (APC WI 100%, OPERATOR)

- Phase I of the Esmeralda 3D survey was more than 80% complete at the end of the 3rd quarter. The acquisition, which is approximately 16,000 km², is anticipated to be completed in the 4th quarter of 2015.

### Côte d'Ivoire:

BLOCK CI-103 (APC WI 65%, OPERATOR)

- A drillstem test and interference testing program is expected to begin late in the 4th quarter as part of the continuing appraisal of the Paon discovery. The program will also include additional appraisal drilling. The data from these operations is expected to provide insight on reservoir connectivity, deliverability, fluid properties and reservoir size. Positive results will advance the discovery toward commerciality.

BLOCK CI-527/528/529 (APC WI 90%, OPERATOR)

- During the quarter, Anadarko acquired the CI-527 block, which adjoins and is contiguous with the CI-103 block to the northwest and the CI-528 block to the south. Planning is under way for a two-well exploration program in 2016.





16

JanHen_00014497

# DEEPWATER RIG SCHEDULE



NYSE: APC | www.anadarko.com

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Noble Bob Douglas | | | | | | |
| Rowan Resolute | | | | | | |
| Bolette Dolphin | | | | | | |
| Ocean BlackHawk | | | | | | |
| Ocean BlackHornet | | | | | | |



*Ocean BlackHornet Drillship*



*Bolette Dolphin Drillship*

JanHen_00014498

# GLOSSARY OF ABBREVIATIONS

NYSE: APC | www.anadarko.com

- **APC:** Anadarko Petroleum Corporation

- **Bbl/d:** Barrels of Liquids per Day

- **BOE:** Barrels of Oil Equivalent

- **BOE/d:** Barrels of Oil Equivalent per Day

- **BOP:** Blow Out Preventer

- **BOPD:** Barrels of Oil per Day

- **CBM:** Coal Bed Methane

- **DC&E:** Drill, Complete and Equip Cost

- **EOR:** Enhanced Oil Recovery

- **EPCI:** Engineering, Procurement Construction and Installation

- **FPSO:** Floating, Production, Storage and Offloading Unit

- **HBNS:** Hassi Berkine Sud (South)

- **HZ:** Horizontal

- **iDUC:** Intentionally Drilled, Uncompleted Wellbore

- **Km:** Kilometer

- **LNG:** Liquefied Natural Gas

- **LOE:** Lease Operating Expense

- **MBbl/d:** Thousand Barrels of Liquids per Day

- **MBOE/d:** Thousand Barrels of Oil Equivalent per Day

- **MBOPD:** Thousand Barrels of Oil per Day

- **MM:** Million

- **MMBOE:** Million Barrels of Oil Equivalent

- **MMcf/d:** Million Cubic Feet per Day

- **NGL:** Natural Gas Liquid

- **TEN:** Tweneboa, Enyenra and Ntomme

- **WES:** Western Gas Partners, LP (NYSE: WES)

- **WI:** Working Interest

JanHen_00014499

# Exhibit 79

**Anadarko Petroleum Corporation**
**3Q15 Earnings Conference Call**
**Wednesday, October 28, 2015**

*Management*
*John Colglazier, SVP, IR and Communications*
*Al Walker, Chairman, President, CEO*
*Bob Daniels, EVP, International and Deepwater Exploration*
*Darrell Hollek, EVP, US Onshore Exploration and Production*
*Bob Gwin, EVP of Finance and CFO*
*Jim Kleckner, EVP, International and Deepwater Operations*

*Analysts*
*Evan Calio, Morgan Stanley*
*Doug Leggate, Bank of America Merrill Lynch*
*Brian Singer, Goldman Sachs*
*David Tameron, Wells Fargo*
*Bob Brackett, Sanford C. Bernstein*
*Subash Chandra, Guggenheim Securities.*
*Scott Hanold, RBC Capital Markets*
*John Herrlin, Societe Generale*
*Charles Meade, Johnson Rice*
*Ryan Todd, Deutsche Bank*
*Dave Kistler, Simmons & Company*
*Edward Westlake, Credit Suisse*

**Presentation**

Operator:  Good morning, and welcome to the third quarter 2015 Anadarko earnings conference call.  (Operator Instructions). After today's presentation, there will be an opportunity to ask questions. (Operator Instructions).  Please also note today's event is being recorded.

I would now like to turn the conference over to John Colglazier. Please go ahead, sir.

John Colglazier:  Thank you, Rocco. Good morning, everyone. We're glad you could join us today for Anadarko's third quarter 2015 conference call. I'd like to remind you that today's presentation does include forward-looking statements and certain non-GAAP financial measures. We believe that our expectations are based on reasonable asumptions. However, a number of factors could cause results to differ materially from what we discuss today.

We encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release. Additionally,

[PAGE  ]

APC-00206911

we have provided additional detail in our quarterly ops report on our website.

At this time, I'll turn the call over to Al Walker, and we'll open the lines in a few minutes for Q&A with Al and our executive team following his remarks. Al?

Al Walker: Thanks, John, and good morning. As we've said throughout the year in this period of lower commodity prices, our focus is on building and preserving value, rather than on growth. And we're accomplishing what we set out to do. I can't say enough about the efforts of our employees this year, the tremendous operational successes they've achieved and how these actions have made Anadarko a better company.

We're enhancing our wellhead margins by reducing costs and improving operating efficiencies. We've increased oil sales volumes by more than 42,000 barrels per day to date over 2014 on a divestiture-adjusted basis, and continue to improve our liquids product mix.

In addition to improving our cost structure by working with our service providers and vendors, we're also making permanent process enhancements and optimizing our operations in a manner that is sustainable over the longer term. Along these lines, I want to highlight a couple of assets that really illustrate how we are sustaining our business and improving it every day.

If you remember last quarter, we discussed the exceptional efficiency gains achieved in the Wattenberg Field by doubling the number of wells per rig line versus the prior year. Believe it or not, we're safely making further improvements sequentially by reducing cycle times during the quarter by almost 20% and cost per foot by almost 15%.

Since last year, our organization has further reduced our costs by nearly $70 per foot drilled on each well. That's a savings of almost $1 million per well as a result of our enhanced well bore design.

Plus, because of the work our Company has done, the Delaware Basin is gaining ground. The success we enjoy in the Wattenberg Field is one of the most attractive and economic plays in our onshore portfolio and one of the best in our industry. Even though we're not choosing to chase growth at this time on our 650,000 gross acre position, the work we're doing is laying the foundation for the future.

In our Wolfcamp oil play, this year alone, we've reduced our per-well cost by $4 million to $7.5 million with direct line of sight to another $1.5 to as much as $2 million per well and expect the savings at a time that we choose to pursue growth and migrate towards pad drilling across the field.

For the past several years, we focused on being financially disciplined, and we entered 2015 with the mindset of maintaining the strength of our balance sheet by aligning capital investments with anticipated cash inflows. This approach has served our stakeholders exceptionaly well in the current environment. The delta between our capital investments and discretionary cash flow totaled $730 million, which includes $405 million of West Capital. So we've covered the difference several times over by monetizing nearly $2 billion of assets this year.

[PAGE  ]

CONFIDENTIAL                                                        APC-00206912

In addition, we continue to demonstrate our commitment to financial discipline by lowering the high end of our 2015 capital guidance by an additional $100 million, as well as lowering our LOE guidance.

At this time, like many companies, we're evaluating 2016. At Anadarko, our program will be similar to our mindset in 2015, and that's investing within our cash inflows. This approach is expected to result in lower CapEx and sales volume that are relatively flat year-over-year on a divestiture-adjusted basis.

Given the challenging supply and demand fundamentals and continued uncertainty around sustainably higher oil prices, you can expect us to see continued investment in higher percentage, longer cycle opportunities, such as exploration, where we achieved some very encouraging early results in offshore Colombia, as well as success delineating our activities at Shenandoah and advancing our mega-projects like Heidelberg, where we've cleared all the major construction and installation hurdles are now on an accelerated timeline for first oil.

Consistent with our 2015 aproach to capital allocation, we'll continue to invest fewer dolars in short-cycle US onshore activities. This approach reflects our conviction that growth will not be rewarded in this environment, and focusing on preserving and building value is more aproprirate at this time.

Looking ahead, we'll remain focused on creating value by enhancing our wellhead margins and moderating our base decline, improving cost efficiencies, maintaining an active exploration program and pursuing ongoing monetizations like we have done in prior years. The value we're creating today will give us the foundation for future success. When we see value pursuing growth, we'll be prepared to accelerate activity.

So with that, why don't we open it up for questions?

## Questions and Answers

Operator:  Thank you. We will now begin the question-and-answer session.  (Operator Instructions). Evan Calio, Morgan Stanley.

Evan Calio:  Let me start off just following up on your evolving thoughts on the 2016 budget, given the commodity price deterioration and the deterioration or the lack of access in the MLP space since the last call. Can you provide color on commodity pricing scenarios? Is there a maximum amount spend and how does that relate to your thoughts on forward asset sales and accessing the MLP markets?

Al Walker: Let me start by just saying we don't have any better crystal ball that anybody else on what prices are going to be in 2016 and 2017, and our approach is plan for the worst and hope for the best. Consequently, we have a fairly low expectation, not much different than the forward curve, maybe even a little more pessimistic than that in terms of how we might plan for capital.

[PAGE ]

CONFIDENTIAL                                                    APC-00206913

As it relates to asset sales, I think going back to January of this year when we talked about not pursuing growth maybe a little bit earlier than most, and that we'd continue to execute a plan that included portfolio management and sale of assets, we still believe that'll be something we'll do in 2016. And I think the comments that we continue to make around wanting to be cash neutral with our CapEx will hold the day. I think we've done a pretty darn good job of that since 2007 and I can't see 2016 being a different page in our playbook.

Evan Calio:  So a similar size on an asset disposal program going forward is your thought within that, living within cash flow, inclusive of asset sales?

Al Walker:  I'm making the comment that we'll live within cash. So if you look at this year and you think about my prepared comments and how I highlighted the fact that this year, we've exceeded what we believe to be our cash inflows with outflows, that speaks to the fact that we do think it's very important to make sure that we're financially disciplined, and that we continue to look for opportunities to sell assets where we think they're either non-core or the market sees the value in them greater than we do. I think I said we've done a pretty darn good job of that since 2007, so it's not just all of a sudden, we're waking up and trying to do that in 2016.

Evan Calio:  Great, that makes sense. And a second question if I could -- any guidance on 2016 maintenance CapEx or spend to stay flat, which is likely lower due to efficiencies, DUC drawdowns as well as your offshore startups?

Al Walker:  I think the number that we've been using recently is probably still an appropriate number and that's about $2.7 billion in terms of that maintenance number you're looking for. And that is still a function of lots of things that are asumptions in that, including commodity prices and service costs. So I'd call that a good place-holder number, but I don't think there's a lot of precision around it. I'm not sure anybody could give you a lot of precision at any time when there's as much volatility in the market as there is.

Evan Calio:  That's fair. Lastly on -- congrats on the Shenandoah appraisal. Can you discuss how the results compare to predrill expectations or comments on the reservoir quality, and go-forward plans? I'll leave it at that, thanks.

Darrell Hollek: Yes, thanks, Evan, for the congratulations. The team did a really good on that and we're real pleased with it. We got 622 feet of pay. What we ended up doing was we tested up to the north with trying to find out where the basin edge was and the first well -- established where the basin edge was. Then we came in and drilled to the south with a side track and got the 622 feet of pay. It was all oil; we have no water in that.

The reservoir quality in the initial assessment looks pretty -- it looks comparable to everything else we found out there, so very good reservoir quality. We're still in the early stages of that evaluation. We're in the process of getting a core, so we just kicked off, and we're going to do a bypass core just right next to this well. And that's to establish the reservoir quality in the oil column, which will roll directly into our development planning.

So it's very important to get that core and we're just in the process of it. That's going to give us a

[PAGE ]

much better handle on all the fluid properties, all the reservoir properties, but we pushed the most on oil, down about 400 feet. As I mentioned, we [didn't] establish an oil-water contact here, so that tells us there's more down below us.

And we're looking at what the forward plan is after this bypass core as to what else we're going to need to turn over to the planning team for the development planning. But we're very encouraged with what we saw and it was well within the range of expectation of what we had put out there.

Evan Calio:  Thanks, guys.

Operator:  Doug Leggate, Bank of America.

(Cross-Talk)

Doug Leggate:  I thought you were going to comment on my voice; I sound a little husky this morning. So guys, on the capital allocation for next year, so I get the living within cash flow. But given the very strong performance you seem to be having in the Delaware, how should we think about how you're allocating capital to your core plays? And could you maybe just touch on where you're not spending capital, what the implications are for potentially just the asset sales are likely for this quarter?

Al Walker:  Doug, as you can appreciate, we, like all of our companies in our sector right now, are trying to decide how we want to allocate capital next year, looking into a very, at best, fuzzy picture of what that's going to look like. I think as you think about our Company, our two principal onshore assets in the DJ Basin and the Delaware Basin is where a majority, if not almost all of our onshore capital will be spent.

If you think about how we allocate capital from a short, intermediate and long, probably somewhere around the 40% allocation level will go into short and a large percentage of that 40% will go into those two assets plays as a percentage of whatever the budget turns out to be.

Doug Leggate: To Evan's point, would it be fair to think about asset monetization as basically funding the non-productive capital? Is that one of the levers you have?

Al Walker: It could. I think asset sales in any given year for us -- and certainly 2015 is a good example. I'm not sure we had a lot of people that agreed with us back in January when we made the comments we made then about not pursuing growth and continuing to be active with portfolio management, and that we'd sell properties in an environment that looked pretty challenging. And yet we did.

So I think as we think about how we want to recycle capital and reinvest it, there will be assets that we look at that we'd prefer to take and recycle that capital into things that have better trajectory around growth and returns.

Doug Leggate: Okay. Thank you. Just two quick follow-ups, if I may. I guess the first one is I

[PAGE  ]

APC-00206915

think yourself and Bob --  perhaps that (inaudible) the other way around -- Bob and yourself put the capital (inaudible) earlier this year by alluding to Anadarko possibly looking at acquisitions. I wonder if you could give us your thoughts on that?

And my final one is on Paon, just that comment on those additional blocks you got. Does that say anything about where you think the extent of the Paon discovery moves next, given that you added those two blocks in Cote D'Ivoire? I'll leave it there.

Al Walker: Okay. I hope you feel better; you do sound like you're not 100%.

Doug Leggate: [You're right].

Al Walker: And I'll ask Bob Daniels, if he would, to address your Paon question. On the M&A, I'll stay with the comment that we always make, and that is our objective every day is to be a better company, not necessarily a bigger company. But if, in an effort to get better, we have situations that would cause us to get bigger, we'll certainly evaluate those.

In the area of onshore that we have, I made comments just here a few minutes ago about where we want to see ourselves spending our capital, whether it's cash or cash flow. I think those are the areas of asset acquisitions that we'd focus on. And Bob, if you want to (inaudible) on?

Bob Daniels:  Doug, on Paon, we picked up one block, not two. We ended up with the 527 block as a new block and that fit in between the CI-103 where Paon is located and the 520 and 529 blocks we already had acquired. So we have a contiguous 4-block area out there.

The reason we picked up 527 was twofold. One, it looked like there was a potential that the Paon accumulation could spill into 527, not in a huge way, but we certainly didn't want to have somebody else get into our business there. And then we shot a 3D that covered the entire area earlier and 527 was part of that 3D, and when we looked at the prospectivity of 528, 529 and then the new 527, we could see that also came up onto the new block.

And so we went to the government and we were able to negotiate for 527 and put that into the portfolio. It makes for a better positon out there, a stronger position, that we control and so we have both the Paon appraisal work that's going to go on that says we're done in Colombia. And then we have exploratory drilling that we're planning in the 3 exploratory blocks, 27, 28, 29, probably starting next year.

We'll see how that all ends up with the budget issues, but right now, that's the plan. We like the area out there. the Paon is -- we're going to learn a lot from the DST that we're going to do out there with the #5 well and then we'll be looking at getting some exploratory wells drilled.

Doug Leggate: All right. Just a quick follow-up -- the 90% working interest, I'm assuming that's not your long-term plan.

Bob Daniels: No, we've got 90% working interest in the 3 exploratory blocks and where you just (inaudible) the data room, we're waiting for the 527 block to be finalized, so that we could then

[PAGE  ]

                                        APC-00206916

put the whole package together. So those will be all put together as a package.

Doug Leggate: Great stuff. Thanks very much, everybody.

Operator: Brian Singer, Goldman Sachs.

Brian Singer: Can you talk to how your backlog of drilled and uncompleted wells in the oily plays, as well as the curtailed volumes in the gassy plays, play into your capital allocation for 2016? Should we expect these to be deployed to help you improve cash flow without drilling or are there some minimum drilling requirements to maintain efficiencies where you'd wait until price has improved more dramatically before bringing that backlog on?

Darrell Hollek: Brian, this is Darrell. If you look at what we're calling our IDUCs today, the intentionally deferred uncompleted wells, we've got a lot of flexibility around that. To date, we've got about 200 of these, largely in Wattenberg, but really in our big three assets, if you will, is where they all reside.

And I think you can look at that as flexibility as we go into 2016. We obviously have the option to stand up completion rigs here and our completion crews here in the fourth quarter, but with commodity being what it is, I'm not sure that's going to be our best move forward.

But I think if you look at 2016 for sure, as we look to pull back capital, these are going to be very efficient opportunities for us to maintain our volumes while spending less capital. So I think you can look at it as a huge lever for our 2016 program.

Brian Singer: That's great, thanks. And my follow-up is on the offshore. Can you characterize the cost structure you see now for development projects, both as you think about the rates of return from Shenandoah -- I know that's still well in the future, but also in Mozambique, what oil or LNG price do you need now versus, say, a year ago?

Darrell Hollek: We're seeing cost reductions across the board offshore. Obviously, the ultra-deepwater drillship market has come down significantly, but we're also seeing a lot of the services supported on the rig side as well -- wireline, pumping services, mud and cementing operations.

That being said though, they probably haven't approached the commodity price reduction. So we're having to, when we look at our offshore developments, look at larger, more prolific reservoirs as Shenandoah is. It has a very high oil column and we'll be testing deliverability of these oil columns to see what type of flow rates we have. So we aren't going to be able to offset the commodity prices completely, but what we'll look at are higher flow rate completions and try to work the cost structure down on the offshore marine development systems as well.

We've brought in new sixth-generation rigs and the initial results on those wells are very, very encouraging as far as reducing our cycle time to drill. So we're seeing some cost improvements that just not so much equate to service productions, but efficiencies in drill times. Some of our recent wells in Heidelberg have hit record costs for us of less than $100 million to drill. That's

[PAGE ]

APC-00206917

not the completion cost, but drill cost.

Brian Singer: That's great; that's helpful. Anything in Mozambique update as part of that?

Darrell Hollek: The LNG markets are affected as the oil markets as well. I'd say this; as the Mozambique project progresses, we're hitting the market with procurement regarding the subsea equipment, the infrastructure, the offshore pipe water [lay] vessels to put everything in place for the offshore development.

And then the onshore development (inaudible) actually, we've already gone to FEED tender in those, and those costs are coming in better than the original cost that we had primarily due to the competition in the marketplace right now.

Al Walker: Brian, this is Al. I know you very likely know this and so I don't mean to repeat something I know you're well aware of, but just in case others are not, we believe that our cost of providing gas into a market there, if we're not the lowest-cost producer, we're certainly one of the lowest-cost producers in the world and how we bring that Mozambique LNG into the market at the back end of this decade. And I think that gives us a tremendous advantage in terms of how this project will move forward and why.

When we've been most recently in front of the utilities in Japan, why they see this as a very attractive place for offtake agreements in a market that's pretty crowded today. They just see the potential for multiple trains beyond the first two and recognize the benefit of being a foundational buyer.

Brian Singer: Thank you very much.

Operator: David Tameron, Wells Fargo.

David Tameron: Al, you talked a little bit about M&A. Can you talk about just the current bid-ask spread? I know -- I think it was a year ago when you came out and said it's a seller's market. Can you talk about how that's changed over the last 3 months, if you're seeing any movement there?

Al Walker: I think Bob Gwin and I can tackle that one with you. I'll give you my thoughts and he can give you his and if he disagrees with me, he can do that too.

I think like most people, we still see this extraordinarily large amount of private equity that's been raised and most people seem to gravitate around $100 billion as the number that's been raised and prepared to be committed to the sector over the next couple of years for investment if the right opportunities present themselves.

So unlike the public markets, where you have a little bit different dynamic at work, where we see ourselves today trying to bid on properties in markets where we had interest, we are being pretty consistently outbid, and most often times, we're being outbid by private equity-backed management teams.

[PAGE  ]

CONFIDENTIAL                                                              APC-00206918

And so I'm not sure I'd call that a seller's market quite like I did previously, but I'd say it's a healthy bid-ask in terms of exactly what's happening with properties when they come into the market and the receptivity they're getting.

Bob Gwin:  David, this is Bob. I agree with Al. It's pretty clear that there are a number of management teams that -- the number I've heard most recently is maybe as many as 95 of them out there that have private equity backing, that haven't deployed capital yet in the market.

And the types of assets that we've been selling both earlier this year -- the three EOR, East Texas and CBN that we've announced -- were in a size range that's kind of a sweet spot for those types of buyers. And so I agree with Al, it's not the seller's market that it was earlier this year where we saw that on things we bid on, we might be getting outbid kind of to the tune of 2X, and had substantial success selling into it.

But we believe that there's still kind of a supply and demand fundamental around these kind of assets that in 2016, for the right assets and the ones that we're looking at that likely wouldn't receive funding in our portfolio over the next several years, that still have really nice return characteristics associated with them, we feel like it's going to be solid enough to be able to execute a program. And it's the reason it's part of our planning going into 2016.

David Tameron:  Okay, that's helpful. Then Al, let me go a little philosophical on you. I hear what you're saying about returns and I know in theory, that's the right thing to do for a company and I know that's what the market should reward, but as you know over your career, growth has been rewarded, rather than returns.

How do you think about  -- I know you've got to do what's right for Anadarko, but I'm just trying to balance those two in my head if I start thinking about -- 2015 is obviously done. Let's just look out to 2017, 2018. How do you think about that, because calling for a change in shareholder behaviors seems to be a difficult thing to do.

Al Walker:  It's a fair question and a fair comment. I'd say historically, the observation has a lot of accuracy. My early read on, say, the first 9 or so months of this year is we've seen the buy side reward capital efficiency probably better than they historically have. As we move into potentially a longer period of lower prices, I think efficiency will still be something that gets rewarded and capital allocation around that efficiency will as well.

So I think as you look at companies like ourselves, and we're not unique, but those companies that have good wellhead margins, that are being able to improve those margins through the cost efficiencies like we've been talking about this morning, that are on top of that, good allocators of capital. I do believe in the -- I'll call it the intermediate term, that we probably will see the market, the buy side, reward companies that can achieve that.

And if you go back to the company that was created out of three companies in 2006 and since 2007, I think this Company and this management organization has done a really good job of allocating capital. That's one of the things that, while we've had anything but a stable market to

[PAGE  ]

APC-00206919

sell into or have had anything but a stable situation with respect to how we had to manage through two very difficult situations with [Turlocks] and Macondo, the allocation of capital became, I really believe, one of the things that allowed us to get through that; when you coupled it with what the employees were able to achieve with all of the allocation and decision-making and being able to move capital around and doing things in the field efficiently.

So Dave, I do believe we're probably entering into a period that maybe is a little different than the historical norm, and I think we saw a little bit of that in 2008 and 2009. But if you go back a couple more down cycles and look at it, your comment is fair. It's typically been a market that rewards growth and even in a period where you don't have wellhead margins, growth seems to be the mantra.

I'm not seeing as much of that personally today . I'd be interested to know if -- Bob, who works hand-and-glove with the capital markets as much as anybody in our organization, if you see it any different?

Bob Gwin: I don't see it differently in the current environment. You asked, I think, as far out, David, as, say, 2018, and one of the things that we're focused on with capital allocation, the reason we're focused, as Al mentioned earlier, in the onshore, the Wattenberg and the Delaware, is that these are assets that have tremendous intrinsic growth potential.

And so we remain in a position where we can dial up the rig count, dial up the completions fairly quickly, and even for a company our size, we feel we have the ability to deliver material growth combining that type of onshore growth with the mega-projects that we're bringing on in 2016 and on the back side of that, Mozambique.

So it's not a matter of we're ignoring growth; we're remaining ready for growth. We just think that the better allocation of capital today is to focus on building that longer term value and not accelerating growth, selling your best assets into a relatively lower margin environment.

Onshore in the US, everybody is going to drill their tier ones; they're going to focus on producing that tier one and then they're going to redeploy the capital into their next-best assets. And frankly, in our opinion, that's not the way to maximize value unless your shareholders are really telling you that growth matters more than value.

And what we've heard and what we continue to believe in, is that value preservation on the onshore and value building in the other parts of our portfolio, to be positioned for a more constructive commodity price environment is the right way to approach it today.

David Tameron: Okay. Thanks for the [thoughts]. I'll keep it at two. Thanks, guys.

Operator: Bob Brackett, Sanford C. Bernstein.

Bob Brackett: I had a question on the divestitures. How do you think about the minimum price you'd take for an asset? Is it strip pricing; is it what you're carrying the asset at? How do you think through that?

[PAGE ]

Bob Gwin:  There's no real fundamental rule. Obviously, we have a pretty good view of what we think the asset is worth in a variety of different price environments. And we -- at some of those price environments, some of these assets theoretically could get funded in the future if the capital budget materially expands.

But you know it when you see it, when you see a bid that  you start to look at what [forward] price expectations  you'd need to achieve in order to have it attract capital. It makes it pretty straightforward to decide that it's better to go ahead and sell it today and obviously, you know that the tax implications matter. And whether or not we've got somewhere to go redeploy that capital matters.

It's not selling assets for the sake of selling them; but look at what we did this year. With EOR and dry gas in East Texas, EOR that hadn't free cash flows for us in a number of years; dry gas in East Texas where we hadn't run a rig in a number of years, and then coal-bed methane, which really requires a materially higher gas price to warrant capital in our portfolio. Selling those assets and redeploying an intermediate and long-cycle assets that build our inventory and our optionality and our growth for the future, to us, it's a clear positive trade.

And so with those types of assets, we weren't necessarily trying to achieve absolute top dollar; we were trying to achieve something that we felt was worth more in the portfolio and helped us to increase our NAV of the Company by making that trade of divesting today and reinvesting in the future. So it's multi-dimensional; it's asset-specific and it's use of proceeds around the assets that it's on an after-tax basis we receive.

Bob Brackett: Great. Thanks for that. A quick follow-up on Latin America; two thoughts there. one, any color on Colombia? The other, you had an offset operator in Guyana have a pretty sizeable discovery. Is there any read across to your Guyana activities?

Bob Daniels:  This is Bob. On the Colombia, we had the Kronos well that we announced as the up-hole section last quarter as a discovery and then we went on down to the down-hole section. We did encounter some hydrocarbons there, non-commercial type things. We encountered a lot more sand than what we'd seen in the shallower section; good evidence of the thermogenic hydrocarbons in the lower section, but we still have a lot of work to do.

This is the southern-most well that we're probably going to drill in our acreage position, which is 16 million acres in the deepwater. We're drilling now 100 miles away on the same [Portay] area and then we've got the coal blocks up to the north that we're shooting seismic on.

So when you look at it, we're 300 miles to 350 miles from north to south out here. There's a huge area we have to evaluate and we need to take what we learn in the Kronos area, the Calasu well, what we're seeing on the seismic data and put it all together. But right now, we're still real excited about Colombia and look forward to drilling more wells there next year.

When you talk about Guyana, you talked about the Exxon discovery, offshore Guyana, it looks to be a nice discovery. I'd say the read-through to us is the petroleum system works out there and

[PAGE  ]

                                    APC-00206921

it works in a fairly good, positive way. Our block is located to the north and west of theirs [outboard], and the main thing that we have going on in Guyana right now is if you remember several years ago, we were doing some drop-core work as part of our overall commitment out there, and the Venezuelan navy showed up and escorted our ship over to Venezuela.

So we're working with the government of Guyana, encouraging them to work with Venezuela to get this border issue settled. We felt like we were significantly inside the established border when this happened. And so we're waiting to see how that all plays out and we'll watch, of course, what's going on at the Exxon appraisal program to see how it spills over potentially into our block.

Bob Brackett:  Great, thanks.

Operator:  Subash Chandra, Guggenheim Securities.

Subash Chandra:  Mozambique, back to the point on the breakeven costs, I think; what is that number that you're forecasting?

Al Walker:  Subash, I'm not aware that we've ever given that number out and largely because we don't have final numbers from our FEED contractors, so I think that's probably a to-be-determined number for us. I think the only comments we've provided to date is that we believe that we can now build a 2-train, 12-million ton per annum facility for what we originally thought was a 2-train, 10-million ton per annum facility.

And our ability to continue to improve what will be costs associated with that development in this environment should go down. So consequently, I think those are the factors that you -- it's really difficult to tell you what a breakeven is and not one that today we could even begin to estimate.

Subash Chandra: Okay. Yes, okay, we'll wait on that then. The other thing is to interpret, I guess, the DUC commentary. Is it fair to interpret that, that the DUCs, the intentional DUCs, have a very high chance of being completed regardless of the commodity price environment? And that it would be offset by perhaps the rig count going lower between now and year-end? So the number of wells are still in line, but the DUCs, just because they're sort of pre-expensed, half pre-expensed or whatever, get the preferential completion schedule?

Darrell Hollek: Subash, this is Darrell. Yes, I would look at it that way. As we look at it today, we're pulling down some of our rig inventory now and we'll continue to do that in 2016. And it'll be largely to the benefit of completing these DUCs.

Bob Gwin:  Yes, they're not really half pre-expensed though. The drilling cost is maybe 25% of the total well cost, and with still 75% of the capital associated with the completion. So there's not a lot -- there's not nearly as much sunk capital waiting on completion as you might otherwise expect.

Darrell Hollek: Yes, and I think one of the other big benefits that people don't recognize with

[PAGE  ]

APC-00206922

these DUCs, if you look back at some of the savings we've achieved this year in our completions, to have completed these wells earlier in the year when our cost structure was much higher would have actually hurt those economics. We really see some benefits now in really completing these wells a year later in some cases because it's going to continue to push our cost down, if you will, and improve our economics on these wells.

Subash Chandra: Okay. And the final one for me -- so the service companies are now pretty broadly complaining about that they're operating at sort of negative cash flows. Do you agree with that, and the takeaway being where -- at what price do you think the inflation kicks back in?

Bob Gwin: I'm not really sure that's a question for us, to be honest, Subash. You'd have to really talk to the service companies because it's not really something we monitor and track, and how they operate their business and what their breakeven cash costs are, we couldn't begin to estimate.

Subash Chandra: Yes, that's fair. If I could just put it another way, do you see any more deflation occurring?

Darrell Hollek: Again, this is Darrell. I will tell you we continue to see decreases in that price structure; I won't say as significant as what we saw earlier in the year, but there's still a lot of competition out there and a lot of pressure to get the cost down. And so we are seeing the benefit of that; we're continuing to.

Subash Chandra: Okay. Thank you.

Operator: Scott Hanold, RBC.

Scott Hanold: Just a quick follow-up question -- you obviously addressed the plan for the DUCs going into next year, but what would it take for you guys to actually reinvigorate drilling? I know it's obviously a bearish kind of outlook at this point in time is the right way to think of it, but what makes you change your mindset? What price level makes you feel (inaudible)?

Al Walker: Scott, I'll go back to the comment I made in January. Until we see service costs sync up to a price environment for the commodities that causes us to feel like growth can be achieved and sustained and then in turn, we'll be rewarded, we're not prepared to estimate what that is because we don't know exactly where the service costs are going to end up.

And certainly, we're no better than picking the volatility associated with oil or natural gas than anybody else. But when you think about oil, natural gas and natural gas liquids and the headwind that we, as an industry, are finding ourselves in with respect to all three of those, we're nowhere close to it today.

And the comment I made in January I think is still apropos, and we need to see a substantially different commodity price environment than we have today combined with a substantially different cost environment. Now, some of those costs have come in and we're starting to understand better what we think will be the right margin to go back to work in, a growth

[PAGE ]

APC-00206923

environment that the investor would reward. But we don't see anything close to that in the near term with the type of commodity outlook you can see through the respective strips for how those commodities are traded.

Scott Hanold: Okay, appreciate that. And if you look at it as I think the industry entered into 2015, it looked like the service cost environment probably reflected a $90 oil environment. Where do you think that is today?

Al Walker: I think when we were at $90 -- and call it $4 --  the service costs that we've seen contract to date that created a margin at that time, we haven't seen that type of service cost contraction to get us back to a $90 and $4. If you're a successful efforts company, call it EBITDAX per BOE, and I'm not sure that we could, in fact, see that margin restore just through service costs alone.

It's going to take an improvement in the price per BOE, whether it's gas or oil or natural gas liquids that if you went through the arithmetic, I think you'd find that we're going to need to see a lot more from both of the principal commodities than we've got today. And then it becomes very basin-specific, then transportation costs associated with getting that to the market. So there's really not a generic answer from our perspective.

Scott Hanold: Okay, thanks. And one last one on Mozambique -- you discussed a little bit about that already on the call, but again, coming into this year, I think the idea was to sanction the project by year-end. Where do you see that occurring now and what are the implications on the CapEx that would have been allocated in 2016 to the project?

Al Walker: Nothing really new has developed that's caused us any concerns. I think we continue to believe that ultimately, this process is somewhat controlled in the hands of the government. We can do all that we can do and I think we're seeing the current administration working very hard in its first year to advance all the things contractually they need to advance. We've been very pleased with the way in which the Nyusi administration has addressed each of the things that we've brought before them.

It seems like there's good partner alignment and while we're the first to say it was a better price environment for LNG when oil was $100, you still have some benefits here by the comments I made earlier about being a low-cost producer that I think gives us an advantage with our off-take agreements with the principally East Asian buyers. So in general, it's still pretty good.

I think the benefit of what you've got with us is you've got a company, as we look out into 2016, that can be even less capital intensive with respect to maintaining our sales volumes in 2016 versus 2015, and still has the capital to invest in the intermediate and long-cycle things that we think creates a lot of value for investors long term. And I think that optionality and flexibility in our portfolio is really one of those things that we certainly think distinguishes us from others and I've heard that from investors as well. And then you just have to allocate the capital correctly between your opportunities.

Scott Hanold: Okay. Thank you.

[PAGE ]

CONFIDENTIAL                                                          APC-00206924

Operator:  John Herrlin, Societe Generale.

John Herrlin:  Two quick ones for me -- with the Delaware, you bought some checker-boarded acreage. How hard is it to procure it these days, and also going forward, when prices normalize, how quickly would it take for you to get to a pad mode?

Al Walker:  John, this is Al. We do have a checker-boarded position, as you correctly identified, and it is not an easy land situation to manage because it's very fractured in the Delaware Basin beyond the checker-boarding that we have already. And as we tried to block up in that area, it's really a difficult thing to do, and that's why making acquisitions where we think they're accretive and are attractive, help us in that blocking approach.

And I think the type of returns we'd want to see from the Delaware would need to start to approach what we've got today in the DJ in order to feel like going into a development mode created value for our shareholders. And we're not quite there, because we don't have the benefit of the mineral interests underneath the working interest in the Delaware like we do the DJ Basin.

And yet from everything we've seen -- and I'll ask Darrell to elaborate -- but from everything we're seeing, we're seeing really productive wells. That's why we took the EURs up. We believe once we go into pad drilling, we can drive down the cost further and I made reference to the fact that then get another $1.5 million to $2 million per well to be able to drive down once that works.

But it's really almost sustainability of a higher oil price than just getting to a higher oil price. You have to believe that once you get there, it's sustainable, and these pop-ups and pop-downs that we're seeing and the volatility associated with how oil's moving around is largely what's giving us a lot of pause and hesitation. So Darrell, please.

Darrell Hollek:  Yes, I think the only thing I'd add to that is once we can get to more of a stable commodity price, if you will, the upside of Delaware just continues to get a whole lot better. It seems like every time we do a look-back on our existing wells, we're seeing additional EUR. So we're extremely encouraged there. We talk about approaching 1 million BOEs; in some cases we think we're well over 1 million. But as a whole, I think the important thing is, is across the entire acreage position, as we've continued to drill there, we're seeing the EURs move up.

So we're really encouraged. It's still early in the life. So we're hopeful that this will only continue to get better and so as we see commodity pick up, we're ready to go. I think getting into a pad drilling effort will be huge for us because we will see a lot of synergies like we have in our previous shale plays and so we're waiting for that day we can start standing up more rigs.

Al Walker:  John, can I just add one more thing to that? As we think about the success we've had in the DJ Basin with our approach to the infrastructure there, and the way in which we want to manage our Midstream and evacuation risk, we're doing the same thing in the Delaware. And we probably actually have the benefit of having an even more aggressive approach to the Midstream than what we're trying to attempt with the Delaware simply because these Wolfcamp benches are

[PAGE  ]

APC-00206925

just really incredibly prolific at this point, as we understand them better.

And I know there are a lot of companies that always feel like they've got really good assets, but boy, I'll stack up the DJ and the Delaware Basin as an asset play in this environment with anything anybody's got in their portfolio. They're really resilient and they actually do have, to Darrell's point, tremendous running room when you're ready to go to growth.

John Herrlin:  Great, thanks. My next one's on the deepwater. You've accelerated Heidelberg and you're only tying in three wells. Is this going to be the new mantra, not tie in all the wells, but just get enough to get cash flow up and going or what's the strategy there? And then lastly, in the Cote D'Ivoire, will you make an announcement in the first quarter once you run the interference test at Paon?

Jim Kleckner:  This is Jim and I'll address the discussion on Heidelberg and then let Bob talk about the exploration in Cote D'Ivoire. In Heidelberg, the timing on the wells was really due to the drilling and the completion plans we had set. I wouldn't say that having three wells, partial well completion would be our mantra going forward. It's simply the timing. Our project team has made incredible progress here in the last, I'd say, 6 months.

The Gulf of Mexico has had difficult loop currents and they were successful in placing the [hull] in the top sides and the commissioning work ongoing for the top sides is in process. And as they've advanced that ahead of schedule, we've pulled the start date up a few months early. So it's just a timing issue on when the wells will be completed and then brought online across the facility.

John Herrlin:  Thanks.

Jim Kleckner:  And John, upon -- we'll announce the results, whatever quarter it's done. We probably won't even start that process until early in the new year or maybe very, very late December. So whether we get it done in the first quarter or the second quarter, we'll be releasing it once we have that information.

John Herrlin:  Thank you.

Operator:  Charles A. Meade, Johnson Rice.

Charles Meade:  If we could go back to a comment you made in your prepared comments. You mentioned that you think in 2016, you foresee flat volumes versus 2015 on a divestiture-adjusted basis if I heard that correctly. Could you decompose that a bit by product and geography? And particularly, I'm thinking about one of the big pieces is the tailwind I think you're going to have from your Gulf of Mexico developments on the oil side.

Al Walker:  Yes, you did reference the comment correctly and we do see ourselves being cash neutral to our CapEx as we go into next year on our preliminary [thoughts]. Now, we've not taken a plan yet to our board for approval, so those are very early ideas on our part. And you can anticipate, given that we haven't run a dry rig or a rig for dry gas in over 2 years, that our

[PAGE ]

APC-00206926

percentage of oil continues to increase in our mix. You've seen that through the course of this year and you saw the increase year-over-year for the quarter of 24,000 barrels per day of greater oil. And I think you should anticipate oil will continue to be a bigger percentage of our overall mix in 2016 even if the capital on a year-over-year basis is likely down unless commodity prices do something that I don't anticipate.

Charles Meade:  Got it. And any comments on geographies? In particular, it looks like US onshore oil is where we're seeing strength, although I know in Algeria we had that weather delayed tanker [lifting].

Al Walker:  Yes, I think we'll probably be in a position, as we usually are in early March with our with our analyst conference, to be able to give you the granularity you're looking for once we have a budget approved by our board.

Charles Meade:  Okay. Thank you on that, Al. And then perhaps dove-tailing to that, the cycle times in the Wattenberg, I have to say I'm not surprised that they're improving, but the magnitude is a little surprising, especially given that we're 9 months into a downturn. And I'm wondering if you could talk a bit more about what's going on there and what the prospects are for that to perhaps continue either in the Wattenberg or in other parts of your onshore portfolio.

Al Walker:  The short answer is Darrel's really good.

Charles Meade:  I had already assumed that.

Darrell Hollek:  And let me give you the longer version then, Charles, but the redesign was probably the biggest thing we did out there. And so right now, we're working on a rate of penetration there in some of our non-productive time to continuously improve on what we're doing there on the drilling side.

I think the other part of that equation is early on, as we changed some of this design, we didn't have it going across all of our rig fleet and today, we do. And so you're seeing the benefit of that across the whole fleet out there and so that's a part of that improvement as well.

As far as going forward, I think the opportunity probably rests with both our completions and even some of the facility costs that we have in front of us. We're working on a central oil stabilizer system right now, which essentially allows us to put less equipment on some of our well sites today. So I see that there's going to be a future opportunity to get that DC&E cost down in the Wattenberg.

Charles Meade:  That's helpful, Darrell. Thanks for your comments.

Darrell Hollek:  Okay.

Operator:  Ryan Todd, Deutsche Bank.

Ryan Todd:  Maybe if I could follow up, you've discussed it a little bit in terms of the Permian,

[PAGE  ]

APC-00206927

but can you talk a bit about how you're managing both the resource delineation and the infrastructure buildout during this -- I guess we can consider it the downtime and how that will position you for acceleration when the commodity allows it?

Darrell Hollek:  Again, this is Darrell. Right now, we're not in a development mode, so we're continuously -- you got a couple things going on. We're holding acreage in some cases where the leases require it, but in other cases, we're still testing. Again, there's multiple benches out here, although we generally talk about one bench within the Wolfcamp A, but there's other benches here to be tested along with the completion styles we're using.

And so we're varying both the water and sand components here just to better understand how do you get these EURs up. And so part of the discussion earlier on increased EURs, we do think we're better understanding what completions are working out here. And so again, it's not a hodge-podge, but we're going across a huge acreage position to better understand what we have so that when the commodity does turn and we go into development mode, we'll probably start where a large part of our infrastructure is, but we'll know where some of the better places are. But as we recognize it right now, really across the entire acreage, we really think most of this is all tier one, and so we're pretty excited about all the results we're getting in.

But to another point, on the infrastructure side, we continue to build that out. Although we've slowed down some of our drilling activities, we have not slowed down our buildout of the infrastructure.

Ryan Todd:  Great. So I'd assume that as the commodity turns, you should have plenty of running room with few, if any, bottlenecks on the infrastructure side to be able to ramp materially. Is that --

Darrell Hollek:  No, I think that is fair. Once things go into a pad drilling format, if you will, we'll likely start very near the infrastructure that's out there so that we ought to be up and running and see the benefits on the production side pretty quickly.

Ryan Todd:  Great, thanks. And then maybe if I could do one quick follow-up, and you may not have anything to add on Shenandoah, but post the recent appraisal well, any additional thoughts on resource range there at Shenandoah? And on timing of the FID, maybe it's too early to tell without seeing the core, but do you know -- do you have an idea whether you think you need one more appraisal well prior to FID or is this all that you'll need at this point?

Bob Daniels:  Yes, this is Bob, Ryan. On the resource range, we're right in where we thought. We always do a probabilistic resource range; we're still in that range with the results of the well. We still haven't established a water contact over here, so you still have uncertainties associated with that.

As to FID and whether or not we need additional wells, I think those discussions are ongoing, but I think we also need to get all the data in and really incorporate that into our thinking as to, okay, what do we have here for sure; what do we now have uncertainties around; and what does that mean for additional activities? So it's too early to say on whether there needs to be an

[PAGE ]

                                                                                                    APC-00206928

additional well. And the FID would come after that, kind of a -- or the pre-development work leading to an FID is ongoing, but that would come after we've got all the data that we need.

Ryan Todd:  Great, thanks a lot. I'll leave it there.

Operator:  Dave Kistler, Simmons & Company.

David Kistler:  Looking at the 2015 CapEx guidance and thinking about this next quarter, the last couple of quarters, you've come in below the low end of guidance. You talk about your DUC inventory that you have. Can you kind of help frame up where the CapEx is relative to your thoughts on DUCs at year-end and whether that's factored into the CapEx number, and likewise, how that looks on the production side?

Al Walker:  Yes, Dave, we always give a risked operational profile for our objectives here. And what we've done for the fourth quarter, we've included in our capital guidance the flexibility to add the additional completion crews to start working down the DUCs as indicated in the table in our ops report and the volumes reflect status quo. So it's the -- we've covered ourselves both ways and I think you'll be pleased with the outcome.

David Kistler:  Okay, appreciate that; so conservative in nature there. One of the comments you made on maintenance CapEx, I just want to tie that up a little bit. Keeping it kind of the same at $2.7 billion, but you're seeing better performance in terms of base declines. Looks like costs continue to come down slightly and efficiencies continue to go up. I would suspect that would buy us that number a little lower. Am I getting ahead of myself? Is there something else that would be keeping that flat versus the improvement we've seen?

Al Walker:  No, Dave. I think you're seeing it correctly.

David Kistler:  Okay, appreciate that. And then just finally on the base decline part of things, can you talk a bit about what the big drivers of those improvements have been and how you see that moving forward?

Darrell Hollek: You're talking about on the volume side in some of our big assets?

David Kistler:  Exactly.

Darrell Hollek:  Yes, right now, I'd say there's upside in looking forward because again, with the EUR improvement especially in Delaware, that should just give us upside going forward. And these are some of the results we're seeing now, and so as we continue to do these look-backs, hopefully we've got additional upside to that.

But again, remember, Delaware is relatively new and we're drilling this thing across the field, so we're pretty encouraged. So I think there's going to be a lot of little things out there to help us, so there's probably nothing I can point to specifically.

David Kistler: Okay, appreciate the color. Thanks so much, guys.

[PAGE ]

APC-00206929

Operator:  Edward Westlake, Credit Suisse.

Edward Westlake:  I'll ask 10 questions; so just 2 very short ones. Spacing in the Wattenberg, I know you were doing tests; just an update there, and then spacing in the Delaware, I guess it's still early. You've got the Wolfcamp and you've got the Bone Springs. Obviously, there are other sections, but just maybe just a reminder of what spacing assumptions you're using today and where you see those going.

Darrell Hollek:  Yes, this is Darrell. I would start with Wattenberg. We were at a -- between the Codell and Niobrara, we were 12 wells to 14 wells per section. Now, our norm is more 16, but I can tell you, we're looking at some tests this coming year from 20 to 30 wells per section, and we'll see what the results there are. But we're feeling pretty good that we probably, from a section standpoint, we think there's more to be recovered. As we continue to get our well costs down, we think there's more opportunity to increase that density, and so we're feeling pretty good about that we'll end up adding to that as opposed to where we are today.

If you look at Delaware, we're probably on 600-foot spacings based on what we know today, but I continue to make the point, this is early. So the more oil we see in these sections and that we can recover, that too may be increased, and a lot of that's going to just be driven by our drilling and completion costs. So as we get those costs down economically, we probably can afford to put more in a section if we're seeing those recoveries go up. So it's a little earlier there, but Wattenberg for sure, we're seeing that density go up right now.

Edward Westlake: And then just on exploration, the very final question, you've laid out a lot of work that you have to do on your existing discoveries. But in terms of wildcats next year, maybe just talk through the main ones that still get into the program.

Bob Daniels:  Yes, we haven't finalized the plans for next year, but there will be several in the Gulf of Mexico. We'll probably have wildcats in Colombia and also over in Cote D'Ivoire and beyond that, we're still working the planning.

Edward Westlake: Okay. Thanks very much. I look forward to the update.

Operator:  This concludes our question-and-answer session. I'd like to turn the conference back over to Mr. Colglazier and the rest of the team for any final remarks.

Al Walker:  This is Al. Let me just say we all recognize that (inaudible) are challenging times, not just for companies, but for investors and for the broader investment community. And we really appreciate the support we're seeing from investors and appreciate the support we're seeing from analysts that follow us. You guys do a great job; thank you. I know it's difficult right now to do your job; it's difficult to do our job.

But I'll just leave you with this. You can anticipate that our employees will go to work every day working as hard as they can to create as much value as they can, given the market conditions that we're in. And I think what we've achieved so far this year reflects that determination and hard

<div align="right">[PAGE  ]</div>

APC-00206930

work and you have our pledge as employees at Anadarko that we will come to work every day trying to create as much value as we can during a very challenging environment.

So with that, I hope everybody has a good day and a good week and thank you for joining us.

Operator:  And thank you, sir. Today's conference has now concluded and we thank you all for attending today's presentation.  You may now disconnect your lines.

[PAGE  ]

CONFIDENTIAL                                                    APC-00206931

# Exhibit 80

Company Name: Anadarko Petroleum Corp. (APC)
Event: Jefferies Energy Conference
Date: November 11, 2015

<<Jonathan Wolff, Analyst, Jefferies & Co.>>

You ready? Test. Good morning, everyone. Welcome to the Jefferies Energy Conference. I'm Jon Wolff, follow the producers here. Excited to have Anadarko with us. Speaking today is Ernie Leyendecker, who's Senior Vice President of International Exploration. Thanks a lot for coming, guys.

<<Ernest Leyendecker, Senior Vice President of International Exploration>>

Thanks, Jon. I appreciate that. I guess, first off I want to start off by recognizing what day it is and thanking all of our veterans and I would encourage all of you guys to do the same. Those men and women do a lot for us to allow us to live the quality of life that we do in this country. So I think on behalf of Anadarko I just want to start with that.

And then secondly, I thought this was a great opportunity to bring you back to the asset portfolio today in spite of a lot of noise around the equity over the last 24 to 48 hours. And honestly, my purpose today was really to kind of walk you through the assets and talk a little bit about how we see things that differentiate us and our competitive advantages and talk to you about some of the way we think about capital allocation and why we do what we do.

So, anyway, let's get started. Of course, I want to start out with our obligatory cautionary language slide. A little bit of this presentation will include some forward-looking statements and I encourage you all, of course, to go look at our most recent 10-Q.

And so, starting with the first deck, and many of you would have probably seen this slide before, this really is the story of what we believe differentiates Anadarko. We have continuously thought about managing through the cycle for a number of years now, particularly important in the current environment we're in. We continue to think about how we maintain flexibility. We build and we preserve value for the future and lay a foundation as we come out of the current cycle that we're in.

And we will, as we've talked about, allocate capital this year and next year to stay within our cash inflows. So we've been very financially disciplined over the past number of years. I'm sure most of you are aware of that and I think that has served us well and we will continue to look in that direction for the near-term.

So a couple of things just to point out that I have on my notes here. Really, we're going to be focusing on moderating our base decline, improving efficiencies and productivity. You've heard us talk about a number of things relative to some of our onshore assets and efficiency gains. And we'll continue to focus on reducing costs. Meanwhile, we're going to still allocate capital to our long cycle, international and deepwater exploration because that's what we do. We explore.

APC-00655207

So, turning over to our track record slide, this really is an illustration of our key accomplishments over the past five years or so. We have – we really believe we have delivered sustainable, reasonable compounded growth and some free cash flow over the last five years. We have replaced our production at competitive metrics. We have had, as most of you know, some extraordinary success in terms of exploration and retained quite a bit of resources after all that investment in exploration.

And we talk about being very active managers of our portfolio. And you see on the bottom of the slide, over the course of the last five years, the enormous amount of monetizations, which we have done. Most notably, of course, this year, we've monetized nearly $2 billion worth of assets, various parts of our asset portfolio. We like to think of that as one of our competitive advantages. We look at our diversified portfolio, and where we see it doesn't fit, we look for opportunities to bring value forward and redeploy the capital into more efficient places in our asset portfolio.

So what to expect in 2015? You've seen a lot of these numbers before. The thing about this particular slide is it really illustrates what differentiates us in terms of our diversified asset portfolio, which is there's kind of a hidden formula in this slide in terms of an equation of our diversified portfolio, particularly offshore and international provides us a little bit lower base decline rates, which equals less maintenance capital.

So as you look at the chart on the upper right-hand side of the slide and you look at our 2015 estimates, you see we only need about $2.7 billion to maintain our flat or nearly flat growth. And you see the green bar on the slide has been taken out. That's what gives us the optionality, the offsetting lower decline assets, high-margin things in the deepwater Gulf of Mexico and international.

So I think the formula works for us. I want to make sure people understand that we think about that as a competitive advantage. And it's – the distinction here is that we're not just a pure play U.S. onshore in one or two key basins. We like that and I think that's significant and important to point out.

As I said, our focus will continue to be on preserving value and flexibility for the future in this period of lower commodity prices. We're going to be judicious with our capital allocation. We're going to reduce our capital spending to match our cash inflows and that is significant. Not discretionary cash flow, but cash inflows. And we're going to reduce our relative capital allocation to the short cycle part of our portfolio.

So the bottom part of the slide is really how we think about allocating capital at Anadarko. And many of you have probably heard on multiple occasions how we talk about capital allocation is one of the things that we think is key to success, that along, of course, with an important corporate culture. But we believe, management teams that allocate capital and have the flexibility to press on the accelerator, or step on the brake, and put the capital to work to generate returns in the best assets in the portfolio are really one of the things that differentiates us.

CONFIDENTIAL

APC-00655208

The short cycle component of this slide on the left hand side, we don't think you're being rewarded for growth in today's environment. So, we're going to redeploy some of that into our mid-cycle and our longer-cycle assets because we think there's additional option value and value to create in funding those types of assets, particularly exploration and the major projects that we have going on in the pipeline, which I'll talk about in a few minutes.

So flipping over to a snapshot of our U.S. onshore portfolio, I took a look at this again yesterday and one of the most striking things to me, really, when you look at it is not only have we been increasing our liquid volumes over the past five or six years, but if you actually look at this over the past six years, we have had four times liquid volume growth, which is really remarkable, from back in 2009. And I think that is an entire small-cap company in and amongst itself. And I think that's the story here.

This is the competitive advantage of having a position in the Wattenberg in the DJ, having a position in the Eagle Ford, having a position in the Permian Basin, and particularly at Delaware, having a position in East Texas and in the Marcellus. It has given us the operational flexibility to really move capital around to where we think we can generate the highest returns.

And I think it's a clear demonstration of our track record and the assets, and the asset team's ability to execute when and if we can return into a growth mode when we think we're going to be rewarded for growth.

Kind of the highlights, really, today, as most of you are probably aware, are our Delaware position. I have a slide on that in a minute. But when you look at the Delaware today, we continue to learn things that really get us excited. It is starting to become as attractive as our Wattenberg assets and it will continue to attract capital going forward.

And as you'll see, we are going to be in a bit of a maintenance mode out there, trying to build for the future, building out the backbone of infrastructure as we have done in our other basins like in the DJ and in the Eagle Ford.

So I've got a few slides on these assets. Wattenberg, this is my Wattenberg rock slide. I'm sure many of you have seen a lot of our information around Wattenberg, but going back to one of the reasons I'm happy to be here is talking about our competitive advantages. Wattenberg is really an enormous resource with a tremendous amount of running room that delivers material returns even in today's environment. You've watched us really build out our infrastructure and get ahead of it, taking advantage of our position, a large acreage position in the Wattenberg where we have advantages with royalty, infrastructure, the size and the scale, and the inventory really is just remarkable.

A lot of times we pointed out this little bar chart on the bottom of this slide really that illustrates the uplift we get from being a fee mineral owner. In today's environment, we really are getting a really material uplift because we are a fee mineral owner up to as much as 50% of PV in today's price environment. So Wattenberg is going to command a very large portion of our maintenance capital to keep that machine running and position ourselves for the future when we can step on the gas.

Turning to South Texas, this is our Eagle Ford slide. I think the most exciting thing about Eagle Ford in relating it to our competitive advantages really is all about execution. In about five or six years' time, we took a position in the Maverick Basin and we exploded it from virtually zero to 275,000 barrels a day, which is an absolute machine, an incredible testament to the field operating guys and the execution team, and really a perfect example of how Anadarko utilizes our strengths and our competitive advantages to generate material returns for our shareholders. And I think that's probably the coolest thing about the Eagle Ford for us today.

If I looked at really one of the up and coming stars in our asset portfolio in the U.S. onshore, it's the Delaware Basin. We've talked about it and many of you've heard a lot about it. Really, the Permian is, in my humble opinion, the basin that keeps on giving. It's one of those few basins in the world that we like to go back to. We love the basin.

We have a significant position. Over 600,000 gross acres in the sweet spot, in an over pressured area. We continue to see great performance out of our program. It's a very large resource with a considerable amount of running room. And I think some of the competitive advantages for us in the Delaware Basin really are the fact that it is a stack play.

We're not just looking at the Wolfcamp A, we've got multiple benches. We continue to work through those benches. We're seeing wells now approaching 1 million barrels of oil equivalent per day. We're testing the Second Bone Spring. We recently had a well that had an initial IP of more than 1,000 barrels a day. And really, as we sit here today, we're trying to lay the foundation for growth in the Delaware Basin, because it's a fairly remote area.

You can see a number of things listed on the slide that we're doing to prepare for full-scale development. We're looking forward to the day when we can go to pad drilling, which will allow us to continue to drive down costs. We've driven down drilling costs over the last recent year down to about $7.5 million and we think there's another $1.5 million or $2 million to go on that efficiency when we move into the pad drilling process. And again, in terms of competitiveness, you see that Delaware is delivering very strong returns for us in today's price environment.

So shifting gears just a little bit from the U.S. onshore to talk a little bit about our mega projects and our competitive advantages. I mentioned a little bit about our international deepwater Gulf of Mexico production assets. Really, these mega projects I think of as a differentiator because they balance our portfolio in that, as I said earlier, the base declines are different from conventional reservoirs than they are from the unconventionals and they help us moderate our base decline.

We've got a significant competitive advantage and a strong track record over a long number of years operating very large major capital projects. We call them mega projects, particularly in the Gulf of Mexico, North Africa and Algeria, and in Ghana. These assets deliver high-margin oil, typically indexed to Brent, or slightly discounted to Brent, if it's in the Gulf of Mexico. And you see on the slide, the build of – the stack build of a lot of the historical track record we've had going back to our discovery in Ghana, Jubilee, and then a number of Gulf of Mexico assets in there.

    APC-00655210

Layered on top of that, of course, is the forward-looking Mozambique deliveries out towards the end of the decade. So this is a cool slide. And really, it demonstrates how we're able to utilize these competitive advantages in terms of project management and major projects and fit within the Anadarko asset portfolio.

Gulf of Mexico, this – the Gulf continues to deliver for us. We've been in the Gulf for a long time, Anadarko and/or our legacy companies. And quite frankly, we have a distinct competitive advantage in the Gulf of Mexico, and that gives us a differentiation. We've been incredibly successful and blessed with good fortune on the exploration side in the Gulf of Mexico, which has underpinned a lot of our volumes today and historically. We know the Gulf. We know exploration in the Gulf. We understand pre-salt or above salt. We sub-salt.

I've talked about our project management skills. We continuously benchmark as a best-in-class, low cost, on time, on budget project deliverer. A couple of highlights on the slide you see. The Lucius field came online earlier this year. It's producing 80,000 barrels of oil a day, a remarkable achievement and accomplishment and we're very proud of that. The infrastructure advantage that something like Lucius gives us is really difficult to grasp without talking about the rest of the infrastructure that you see on the blue ocean – in the U.S. Gulf, with all of our infrastructure in and about the Gulf of Mexico.

We're well on our way to get Heidelberg on delivering volumes in mid-2016, another fabulous discovery, which we have moved forward with. And, of course, not to miss out on the Shenandoah Basin, which is somewhat near and dear to my heart, as I used to be responsible for the U.S. Gulf deepwater exploration program, remarkable discovery, and recently another appraisal well, which we found over 620 feet of oil pay full to base, and we are currently in the process of doing a bypass core on that. So the Gulf really is still an important part and it delivers very high margin barrels, and as I said, offsets our declines with conventional decline rates in the Gulf.

So here's, turning to the international assets, often sometimes overlooked, but really they're remarkable in and amongst themselves. You see a few highlights on Ghana and Algeria. The key thing really is our international offshore opportunities provide us some high-margin oil. Jubilee, unbelievable story. We brought it online in about three and a half years. Currently it has surpassed 125 million barrels of oil equivalent, still a very, very large resource in expected ultimate recovery. Continuing to work the field – moving into phase two at Jubilee.

Next door to it are Tweneboa, Enyenra and Ntomme field should be progressing towards first production sometime next year and we're looking forward to that. That'll add some more high-margin barrels as we look to 2016. And then, a lot of milestones really around Algeria that don't seem to get enough attention in my humble opinion. We have produced out of our three assets in Algeria over 2 billion barrels of oil. That's just incredible. And I think it's a bit overlooked. These type of things really give us margin uplift in terms of our EBITDAX per barrel equivalent, and then phenomenal assets. We love the optionality of having international developments and production in our asset portfolio.

APC-00655211

So let's flip to Mozambique quickly because I'm running out of time here. Really, you've heard this many, many times, we're a world-class asset, obviously one of the largest gas resources discovered in the last 25 years or so. So bringing it back to our competitive advantages, realistically, this is right in our wheelhouse in terms of deepwater.

Project execution, as I've talked about, we have a number of cost advantages in Mozambique because we're close to shore. We believe we're proximal to the Asian markets. And we've talked about the reservoir quality and the potential deliverability of these wells being in excess of 100 million cubic feet a day.

So when we think about Mozambique, and you think about Mozambique, it is a very attractive for buyers in the market – in the LNG market because really it's a very large resource. It's close to the premium markets and it has a number of cost advantages in terms of – it is going to be one of the low cost LNG providers out there in the future, a long-term stable supply of LNG.

Let me take you for a quick spin around the world in terms of exploration, which is closer to my world, starting with the Gulf of Mexico. You've probably heard earlier this year, we announced a discovery called Yeti. We are back out of Yeti drilling another well today. I already mentioned the remarkable Shenandoah accomplishments. We drill the well to test the up-dip part of the basin, we found it, and we sidetracked and we're cutting a core. We continue to do high-impact exploration in the U.S. Gulf and we will continue to do that in the future.

But international is another exciting part of our asset portfolio today. We announced early discovery in Colombia at our Kronos well. We're very excited about that. We are drilling our second frontier exploration well in deepwater Colombia called Calasu. It's actually about 100 miles away. More to come on that.

But as exciting as that is, we're also shooting an extremely large 3D on a 16 million acre series of blocks, which is going to be one of the largest 3D shot in the world, almost 29,000 square kilometers. And if I put this into context for some of you who understand geography, that is about the size of one and one-third of the U.S. Gulf of Mexico protraction areas, or about as big as the entire Delaware Basin. So we're very excited in international exploration to be able to have the first look at brand new, modern 3D over a frontier area in deepwater Colombia.

I would be remiss if I didn't tell you a little bit about our excitement around our Paon discovery in Côte d'Ivoire. As soon as we're finished in Colombia, we'll be moving the rig back to Côte d'Ivoire to drill yet another well on our Paon discovery. We will subsequently sidetrack one of the existing wells, put some gauges in it, down-dip, put some gages in a well up-dip and do a drill sim and interference tests on that well.

And then after that, we've got two more exciting exploration opportunities right adjacent to that in some contiguous blocks where we recently secured a block that really forms a four-block area between our CI-103 and CI-527, CI-528 and CI-529 where we'll be doing some more exploration. So looking forward to that.

                                      APC-00655212

Probably my favorite slide in the deck, because I'm the explorationist here, is – illustrates really our competitive advantage to exploration and how we think about creating value and option value. So you see over the past 10 years or so, we have invested about $10 billion. We have discovered a material amount of resources. But more importantly, we've monetized $13 billion worth of assets and retained a significant amount of resources, but also roughly 250,000 barrels equivalent per day. So it's a remarkable story for Anadarko. It's extraordinary. We're happy and we really believe that investing for the long-term in long-cycle opportunities provides us this optionality and this value.

So I won't spend much time on this. Really, this is all about our balance sheet and a snapshot of it. Most of you that. It really gives you a flavor for our sources of cash, our credit rating and really some examples of how we are able to generate liquidity through active portfolio management, as we've talked about this year's monetizations in total, including WES TEUs, and secondary offerings has been almost $2 billion. So we believe the strength of our balance sheet and our ability to monetize assets in our portfolio and the leverage we have in the LP space gives us lots of optionality to really think about where we are in the current environment for the long-term.

And I think with that, I will end on our last slide and kind of hit back on our key theme and remind you that our view today really is all about building and preserving value for the future and positioning ourselves to come out of this hopefully in the near-term.

And with that, I will entertain some questions.

Q&A

<Q – Jonathan Wolff>: I'll start with a couple. One on the [indiscernible] the moderation of the decline rate [indiscernible]?

<A – Ernest Leyendecker>: So I think the natural occurrence that's going to happen as we brought on deepwater projects like Lucius and as we look to bring on deepwater projects like Heidelberg is that that's going to give us a bump. Obviously, in 2015 and 2016, it's going to offset that. But really our focus on the U.S. onshore side is to look at the base decline today. Drive efficiencies into the model, make sure we're taking care of the base decline, and proportionally allocate capital away from the short-cycle things, because we don't believe you're rewarded for growth in today's price environment.

<Q – Jonathan Wolff>: And then a quick one on Mozambique. [indiscernible].

<A – Ernest Leyendecker>: Absolutely. That's a great question and point. We recently awarded the onshore LNG contract to a consortium of three. We actually got back to tenders that showed we were going to be able to build two 6 million ton per annum trains for the same price we thought we were going to get two 5 million ton per annum train. So the current cost environment is very conducive for major projects. Steel prices are down. And it's a great opportunity to be in, if you have the capital to build to allocate to it, major projects. So thrilled about that and more to come. And as far as the project financing, I probably skipped over it on the slide, but you can see

– if you flip back you can probably see that we have secured about 60% LOIs towards our project financing for the LNG project.

<Q – Jonathan Wolff>: Maybe another one on Mozambique. On Mozambique, a lot of questions around customer demand with obviously Australia coming on and China slowing a little bit [indiscernible].

<A – Ernest Leyendecker>: Well, I think we all recognize there's some pressure obviously on global LNG supply and prices, but I think the thing that we like about our Mozambique position really is that we believe it is going to be competitively advantaged because it's a low cost project, one of the lowest cost, if not the lowest cost, probably in the world, and I think that makes it attractive. That with the large resource base is going to attract the premium buyers who are going to want to position in that long-lived asset that is very cost-efficient for us to develop and deliver.

<Q – Jonathan Wolff>: How are you guys thinking about distressed [indiscernible]?

<A – Ernest Leyendecker>: Well, I guess as witnessed by the last 48 hours or so, we're always looking at things to be quite honest with you. We're always looking to see what might be available. We're always looking at our own internally – at our own portfolio to see what's not attracting capital. And if it's not and it's not competitive, we're looking to find the most value for it. So we've talked a number of times about building a better company, not necessarily a bigger company. We've always thought about bolt-on assets and we will continue to look at that if it works for us. Yeah. [indiscernible]

<Q – Jonathan Wolff>: Are you looking for – you wanted to grow your international assets. What was the rationale behind it? I mean it seems like you have a pretty good organic growth story going and you mentioned some of the opportunities. [indiscernible]?

<<Ernest Leyendecker, Senior Vice President of International Exploration>>

Well, I think we're always looking to build a better portfolio, to be honest with you. The recent news, obviously, you've all probably read it by now. I really wasn't prepared to talk a lot about the details of that here today. I think it's still quite fresh and it's fairly self-explanatory, if you look at the release this morning. And I think I'll leave it at that because we don't comment on M&A.

<<Jonathan Wolff, Analyst, Jefferies & Co.>>

I really appreciate your time this morning. Have a great day.

CONFIDENTIAL                                                APC-00655214

# Exhibit 81

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# FQ4 2015 Earnings Call Transcripts
## Tuesday, February 02, 2016 2:00 PM GMT

S&P Global Market Intelligence Estimates

| | -FQ4 2015- | | | -FQ1 2016- | -FY 2015- | | | -FY 2016- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (1.09) | (0.57) | NM | (0.94) | (2.45) | (2.00) | NM | (2.90) |
| Revenue (mm) | 1963.55 | 2053.00 | ▲4.56 | 1887.69 | 8628.76 | 8698.00 | ▲0.80 | 8531.32 |

Currency: USD
Consensus as of Feb-02-2016 12:04 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

### - EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2015 | (0.62) | (0.72) | NM |
| FQ2 2015 | (0.52) | 0.01 | NM |
| FQ3 2015 | (0.74) | (0.72) | NM |
| FQ4 2015 | (1.09) | (0.57) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

APC-01751417

# Table of Contents

Call Participants .................................................................................................... 3

Presentation .......................................................................................................... 4

Question and Answer ............................................................................................. 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01751418

# Call Participants

## EXECUTIVES

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

**John M. Colglazier**
*Investor Relations Professional*

**Mitchell W. Ingram**
*Executive Vice President of International, Deepwater & Exploration*

**R. A. Walker**
*Chairman & CEO*

**Robert G. Gwin**
*President*

## ANALYSTS

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

**Eliot Casper Javanmardi**
*Capital One Securities, Inc., Research Division*

**Evan Calio**
*Morgan Stanley, Research Division*

**Harry Mead Mateer**
*Barclays Bank PLC, Research Division*

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

**Paul Benedict Sankey**
*Wolfe Research, LLC*

**Phil Corbett**
*RBS Strategy*

**Robert S Morris**
*Citigroup Inc, Research Division*

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

APC-01751419

# Presentation

## Operator

Good morning, and welcome to the Fourth Quarter 2015 Anadarko Petroleum Corporation Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to John Colglazier. Please go ahead.

## John M. Colglazier
*Investor Relations Professional*

Thank you, Emily. Good morning, everyone. We're glad you could join us today for Anadarko's Year-end 2015 Conference Call.

I need to remind you that today's presentation includes forward-looking statements and certain non-GAAP financial measures. We believe that our expectations are based on reasonable assumptions. However, a number of factors could cause results to differ materially from what we discuss today. So I encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to last night's earnings release. Additionally, as we always do, we've provided more detail in the quarterly operations report on our website.

I'd like to take a moment and thank Robin Fielder for the contribution she's made to the IR team and her efforts over the last 1.5 years. She's transitioning back to the operations group, and Shandell Szabo, a geologist with experience across the company, is joining our team. And she's looking forward to taking your calls after the call today.

At this time, I'll turn the call over to Al Walker, and we'll open the lines in a few minutes for Q&A, with Al and our executive team, following his remarks. Al?

## R. A. Walker
*Chairman & CEO*

Thanks, John. And I'd also like to take a moment and just say, Shandell, welcome to the organization that John has built, and also introduce Mitch Ingram. Many of you know that Mitch joined us in the fourth quarter of last year as EVP of LNG, coming to us from BG Group, where he's an Executive Vice President of the technical aspects of the company as well as a member of the Executive Committee. Mitch's background with BG includes accomplishments, most noteworthy is the accomplishment he achieved associated with our Queensland Curtis LNG project.

Additionally, I'd like to say how proud I am of our employees who served and proved more than once in the challenges of last year just how great they were at navigating the uncertain price environment we anticipated as we entered 2015. Through their combined efforts, we outperformed our initial expectations by increasing our higher-margin oil sales and volumes while spending significantly less capital and improving our cost structure and enhancing efficiencies. We also closed $2 billion of monetizations.

Additionally, during the year, we reduced our capital spending by almost 40%, and oil prices fell by almost 50% over that time horizon. We organically replaced more than 130% of our production with reserve additions at a cost of about $14 per BOE. We also significantly increased the percentage of our reserves and improved developed category to 80% at year-end 2015 compared to 30 -- compared to 69% at the end of 2014. These achievements position us well to manage through the market's uncertainty and volatility we see in the coming years.

As I mentioned in last night's news release and later this month, we will recommend a capital program to our Board that reflects our view of 2016 and beyond. Our preliminary expectation is that APC will spend about $2.8 billion this year, which is roughly half of what we spent in 2015 and 70% less than our expenditures in 2014. As stated on other occasions, we will favor value preservation and allocating this capital, and as such, our short-cycle U.S. onshore investments would be impacted the most.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751420

Frankly, even with 2 of the best assets in North America, we don't find the returns in this environment to be compelling. Therefore, we are choosing to fund a reduced program in the Wattenberg field and only a delineation and lease preservation program in the Delaware Basin as we seek to preserve these shorter-cycle opportunities for a better day.

Even with these reductions, our total sales volumes across the company are expected to only decline by 1% to 4% on a divestiture-adjusted basis, with lower margin gas volumes accounting for all of the declines. We expect to keep our divestiture-adjusted year-over-year oil sales volumes and the year-over-year Q4 exit rate oil production relatively flat.

Given our materially lower capital plans for 2016, this is very noteworthy and a result of exceptional efforts by our employees. We plan to achieve this through starting the production of the Heidelberg spar much earlier than expected, continued outperformance at Lucius, the TEN complex in Ghana coming online as expected in Q3 and an increased focus on our GOM tieback opportunities.

Leveraging our infrastructure enables us to deliver these incredibly capital-efficient tieback opportunities, which we believe generate rates of return of 30% to 100% even at today's prices. We will also continue to seek innovative ways to monetize assets this year. We already have greater than $1 billion of monetization opportunities that are at very advanced stages, with no current plans to monetize more of our ownership in WGP in this environment.

As we have done historically with great success, we plan to continue actively managing our portfolio this year and have other monetizations identified, which will be pursued through the course of the year. The quality of our balance sheet remains a key objective. With the flexibility provided by our reduced capital program, the ongoing benefits of an improved capital and cost structure and our pathway to several near-term monetizations, we are very confident in our ability to maintain or decrease Anadarko's net debt levels this year while spending well inside of our cash inflows.

We look forward to going into greater detail about our capital plans and expectations for 2016 on our March 1 call, which we look forward to doing as soon as possible, but March 1 will be here soon enough.

During these times and more than ever, our company's culture, its employees, its track record and its approach to value creation matter, and we believe these are all competitive advantages for Anadarko. With that, we'll open it up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751421

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from David Tameron of Wells Fargo.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Al, I think you just addressed it there, but obviously, the big concern of the market's been the ability to maintain your investment-grade status, and that's caused a lot of noise in the share price. Any more detail you can give? It sounds like you got $1 billion teed up and what else. Can you give me a color around that?

**R. A. Walker**
*Chairman & CEO*

Yes, David. I think we see the over $1 billion of monetizations doing a lot to address the question of how we're going to fund this year activities with cash. And Bob's been spending most of the quarter, to date, with lots of different issues associated with the question you're asking. So I probably will, if you don't mind, defer that question to him.

**Robert G. Gwin**
*President*

David, great question. Obviously, everybody has seen that both agencies have taken down their price cases again. Moody's placed essentially the entire sector on review. We've provided them some preliminary numbers. We're going to continue to work with them in the coming weeks and coming out of our Board meeting next week to make sure they have the most recent and updated information available. This is all part of normal course this time of year, although, usually, all that is done after our investor call. And we would hope and expect that the agencies are going to apply their historic standards and their historic methodology in their current analysis. And on that basis, if they do so, we believe that we're soundly investment-grade. And will become even more so as we execute the 2016 plan and the monetization beyond that initial $1 billion-plus that Al referred to. Obviously, there's a lot of folks that are talking to the agencies, a lot of rumors out there. We can't predict at this stage what we think their actions are going to be. We can only control the things we can control. But we believe that the plan that we have, easily identifiable and transparent, maintains an investment-grade rating with all 3 of the agencies and puts us in a position to continue to execute the plan and refinance the debt that's coming due later this year.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Okay. I have one follow up, and I'll jump to ops. And thanks for the color on that. If I think about short-cycle and think about the Gulf of Mexico, can you just tell me -- obviously, short-cycle U.S. production. But how do we think about Gulf of Mexico startup there, kind of what volumes you're going to be adding there? And nice to know if there's still -- those -- will some of the tiebacks be still in the plan for 2016?

**R. A. Walker**
*Chairman & CEO*

David, very understandable question, and I think you can appreciate that what we're trying to do today is paint the picture for more details that will come in March. But I think Jim could give you an example of a tieback opportunity, just to give you some color around the black-and-white.

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751422

Yes. This is Jim. And let me just give you a brief overview of some of the fields that we have. We have fields that are closed infrastructure that we can tie back at relatively low cost. One of them is Caesar/Tonga, and this field ties back our Constitution spar. It has a ribbonlike structure with a lot of undeveloped reserves that, for relatively low costs, we're able to drill and complete and tie back quickly. Our wells produced upwards from 6,000 to 10,000 barrels a day. So Caesar/Tonga offers those tieback opportunities, and we have 2 wells. One has been drilled and is in the completion phase. The other one has been drilled and will be completing here into 2016 and bringing that on production here in the third quarter of '16. So that's an example of some of the tieback opportunities we have that are relatively short-cycle.

**Operator**

Our next question is from Doug Leggate of Bank of America.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

Al, the whole Anadarko investment case has, I guess, been predicated over the years with the balance you've had in your portfolio between short-cycle and long-cycle projects. In this environment, how do you plan or pace or think about the things like Shenandoah, Yeti, Paon, Mozambique, given the uncertainty in the oil price? How do you think about how you continue to execute on those and basically get market recognition for the value?

**R. A. Walker**
*Chairman & CEO*

Well, Doug, as always, you ask really good questions, and I appreciate your question a lot. I think as we think about 2016 and taking the comment that's been made about trying to preserve value, when you consider that-- I believe this year, we would estimate that our maintenance CapEx is going to be about 2/3 of what it was in the prior year for maintaining volumes. If you couple that with -- we anticipate our oil volumes being relatively flat through the year that only the decline we see on a divestiture-adjusted basis is coming from gas. We believe that at some point, when growth matters again, we're prepared to go back to growth. But I think by lowering that maintenance CapEx 2/3 or 2/3 rather of what it was the prior year, that's pretty impressive in terms of being able to create that value preservation that we're looking for. I think these other longer-data projects, we believe, today, are worthy of spending capital, expecting that oil is not going to be at $30 for the rest of our life. And at some point, when we make a decision to take either to sanction or FID any of these longer-dated projects, it will be in an environment which we believe we can recommend to our Board first that we make that investment. So I think that's the confidence I would have if I were an investor, that we will do that when it's appropriate.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

I appreciate it, Al. I'm probably going to get in trouble with Mr. Colglazier for this one, but I'm going to have a go anyway. This is the first call you've had since the events of November. I know that there's obviously some issues around debt maturities and stuff like that, that, perhaps, some people think is weighing on the balance sheet-- or on the share price. Our feedback is probably just as much about whether there's still an active acquisition appetite at Anadarko. So I wonder if you could maybe just take a minute to just give us an explanation as to why you have thought the Apache deal was attractive to Anadarko. Could those concerns go to rest once for all. I'll leave it there.

**R. A. Walker**
*Chairman & CEO*

Okay. Well, I thought you were probably talking about the MLP meltdown in November. I didn't anticipate you were going to ask about the other. I think, really, the comments that we made back in November associated with the press release that day is about all I have to say on that matter. There really is nothing else that I can add to it. In addition, I think we continue to make the comment or reaffirm here, the acquisitions that we're most interested in have to do with areas that we have focused areas

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751423

of concentrated operations, be that in the DJ Basin or in the Delaware Basin, very competitive places in which we buy things. But those are the focus that we would have today. But I also believe that the things that we're trying to do to take 2016's environment and making the most out of it is probably the most important agenda at hand. I think getting through this year, being able to keep our oil volumes flat on a divestiture-adjusted basis, the only reduction we see in volumes coming through gas properties that we're not investing in, in this market, those are the things that, I think, we will do this year while preserving the balance sheet and looking at it as a key objective for improving the quality where we can. Because I made the comment earlier and I'll reaffirm here, I think we believe we can maintain net debt at a level that it's at today, if not reduce it further, while still meeting the capital objectives that I laid out this morning.

**Operator**

Our next question is from Evan Calio of Morgan Stanley.

**Evan Calio**
*Morgan Stanley, Research Division*

Impressive cuts here. A follow-up on the monetization program, the $1 billion that you referenced to me. Are those producing assets? And could you provide any color on the asset market and then your confidence and ability to execute in '16?

**R. A. Walker**
*Chairman & CEO*

Well, let me just say, at March 1, we'll go into a lot more detail. But let me -- since all that reports into Bob, let me refer to him on that one.

**Robert G. Gwin**
*President*

I think without going into detail, some of the assets that we are looking to monetize in the near term are producing assets, some of them are not. And it'll take greater shape as we announce them either -- at March 1 or between now and March 1. I think it's fair to say that these aren't -- these are -- these assets generally share the characteristic of our asset sales in the past, and that is that they have sound economics but not economics that rise to the point that they would get funded relative to our other portfolio opportunities over virtually any commodity cycle. And so much like the assets that we sold last year and monetizing $2 billion, they're not things that are going to be material to the company's future, limit the company's growth or they may not be of the size that's material to a company of our scale and our expectations for the future. So we've got a long list of them, but as Al mentioned, there are some that are near term, higher probability that we feel very comfortable in executing and, when added to our discretionary cash flow, would exceed the $2.8 billion number that we talked about today.

**Evan Calio**
*Morgan Stanley, Research Division*

That's great. Could you also provide some color on your DUC completion strategy assumed in this flattish production profile and significantly lower CapEx? Are those assumed deferred like you're drilling program? Or is there any change there as you think about 2016?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Evan, this is Darrell. Yes, as we look at our iDUCs, obviously, with reduced capital, that's going to impact that some. And as Al spoke later, I mean, we looked at this from a portfolio standpoint. And I think as we look at the iDUCs, we fully anticipate we will not get through the existing iDUCs that we have in '16, which really sets us up great for '17. So again, we'll talk a little bit more about it in the March call, but I think it's going to benefit '17. But no, we will not get through our complete iDUC inventory.

**Evan Calio**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

APC-01751424

Let me see if I could slip just one last one in here. I mean, you guys have correctly been more cautious on the commodity outlook since early 2015. I mean, and given your production resiliency and ability to do significantly more with less and similar trends in the U.S., are you preparing for a down cycle that can last well into 2017? Or can you share any of your macro outlooks, at least in regard to how you're setting up the company right now?

**Robert G. Gwin**
*President*

Well, if I can take a minute and I'll play Al and look through the looking glass, yes, we do think the current environment that we're in will probably be protracted. We have concerns of events here that really are well beyond our control. And consequently, until we see events stabilize and we see oil prices, in particular, take on new supply/demand dynamic than is currently in the market or anticipated in the near future, we will continue to be a very cautious investor in this environment. And you're right, you go back to this call a year ago, I think we were very concerned that this was going to be much longer in its recovery period and it tends to -- at that time, people tended to want to think it might be the case. We also go back to prior periods in history, when some of us that have been around in the oil and gas business a long time, typically, when you go into a down cycle, we've come out of a down cycle with a pretty good price increase. We are a little concerned that this time, there is one dynamic we've never had previously, and that is shale response in a short-cycle investment to a rising price environment has not been in the equation previously, and that will probably add to greater volatility in the coming years than we have certainly seen in the last 5, and I would even say, in the last 30. We've just not seen shale in its short-term inventory and its ability to respond to prices in the same way we do now. Now I'm not trying to paint a picture that looks like North American natural gas because here, we've got 94 million barrels a day of demand being maybe oversupplied 1.5 million to 2 million barrels a day. That's a very different environment than natural gas in North America, and so it could correct itself. But as prices move up and the intersection of supply and demand improves prices over time, it'll largely come from a supply contraction in the near term, not from a demand response. And I think all of us and I'd say, most importantly, most economists have been very surprised at the very limited demand response we've seen by the lower petroleum product prices around the world. So it's for those reasons that I think we're taking, again, this year and into '17 a very cautious approach.

**Operator**

Our next question is from Ed Westlake of Credit Suisse.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

These are probably two longer-term questions, just in the Gulf of Mexico, obviously Shenandoah. I think you still have one more well you want to drill there. People are still saying that we're waiting and seeing to see how low things like facilities costs can go. But I'd appreciate any update in terms of the prices you think would be required to get some the like Shenandoah or, say, a Yeti over the line.

**R. A. Walker**
*Chairman & CEO*

Let me take part of that. We're not -- today, we are not drilling with a view that we would develop Shenandoah in a $30-price environment. So I think you could probably frame the issues is that as we've appraised -- and Bob can -- is going to walk you through kind of where we see the next step on appraisal here, taking a final investment decision or sanctioning here is not something that will happen in 2016. And if price is -- when we do -- when we are looking at the commerciality of this particular development, it will be considered as a part of how we think about investing the capital in the development. So the 2 are very separate. So I think I'd like Bob to talk to you a little bit about what we're seeing from the appraisal perspective. But I think if you're concerned about us taking a sanctioning or final investment decision in a $30-price environment for Shenandoah, I can put that one to bed pretty quickly.

**Robert G. Gwin**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751425

Yes, this is Bob. So we just finished the Shenandoah 4 appraisal wells located out to the west of our previous activities. We found over 620 feet of high-quality oil play in that well. We're very pleased with it. We also were able to get about 550 feet of core that's important for planning what that development could look like. So that's going to be analyzed, turned over to the reservoir engineers as they put together a scenario for how we might develop that. At the same time, we're looking at drilling Shenandoah 5. We think that's a well that's required. It's off to the East. It'd be kind of between Shenandoah 3 and the original Shenandoah 1, up dip of Shenandoah 3, which was a wet well that encountered very, very good sands, kind of gave us a down-dip limit on the eastern side. So that well should spud here in this first quarter. We have high expectations for it. But we need to drill the well and say, that's what appraisal is all about. Meanwhile, the guys are taking all the information that we obtained from this, rolling it into conceptual planning as to what resources we may be able to recover, how much it might cost, those types of things. And as Al said, we're a long ways from sanction at this point. If Shenandoah 5 is successful, we may move even farther to the east with the Shenandoah 6, but of course, that'll be all dependent on what happens to Shenandoah 5. Yeti, we're pretty much done at Yeti with the assessment of it. We drilled the initial well, had success there in Middle Miocene, good oil pay, good reservoirs. We went down-dip with the sidetrack and encountered the water, so that we got a good handle on where the oil-water contact would be. So we've got a fairly good limit on that side of it. We then drilled the Yeti 3 well, which was really an exploratory well with a down-dip tail to get some information on Yeti. But we didn't think it was going to be particularly good well from a hydrocarbon prospectivity in the original Yeti discovery. The upper zone that we were targeting had very good sands, but it was wet. But we were then able to go down to the Middle Miocene, get a core across that interval. So again, get the information that's needed for the teams to put together their development plans. This is going to be a very nice tieback into one of the existing nearby infrastructures. And so the folks are working on that, but again, they got a lot of work to do. And then the commodity prices have to cooperate, along with service costs, to make sure that, that's an economically viable project when we do decide to move forward with it.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

My second FID-related question is around Mozambique. I mean, it feels like you guys have been doing a lot of work and making a lot of progress. I mean, maybe just a run-through of what i's need to be crossed and t's dotted or the other way around to be ready to move forward with that project up to the markets.

**R. A. Walker**
*Chairman & CEO*

Well, I'm going to ask Mitch Ingram, if you wouldn't mind, to kind of make -- give you an overview of where we are. But I think similar comment that I made, pardon me, as it relates to Shenandoah would be appropriate for Mozambique. And that we've got a lot of things that we and our partners and the government need to work on. And with that, Mitch, why don't you, if you would, just give him a little bit of an overview.

**Mitchell W. Ingram**
*Executive Vice President of International, Deepwater & Exploration*

Okay. So we continue to make progress with this project. At the end of last year, we reached agreement with the government on a number of important issues to drive value certainty. And in 2016, we hope to conclude our negotiations with the government on the key agreements, better known as legal and contractual framework. And we hope to make further progress with the customers and financiers who underpin the project. I think, when this is done, FID will -- all 3 elements are combined, and these are linked, which will then provide us certainty to the project and allow us to realize significant value.

**Operator**

Our next question is from John Herrlin of Société Générale.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751426

Two quick ones. Al, you talked about innovative financing regarding the monetizations. Can you be more specific? What's innovative?

**R. A. Walker**
*Chairman & CEO*

Well, I think we've done some things in the past, John, that were a little bit different than others by the drill-to-earn things that we achieved, both onshore, initially in the Marcellus and later in the Eagle Ford, and then we took it into the Deepwater and then to Mozambique. One of the things I take a lot of comfort in as well as a lot of pride, that Bob Gwin and our financial organization do a lot of things, I think, that are leading edge. And I think we will find some innovative different ways to approach the land, which we look at funding our capital needs. And that's not to imply that we're going to get out ahead of things with stuff, but rather to be innovative. And I've always believed that one of the competing differences -- differentiators for Anadarko has been our ability to be ahead of the curve in finance. And Bob, you're welcome to weigh in with any comments you'd like in addition.

**Robert G. Gwin**
*President*

I don't have anything else.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Okay, that's fine. And next one for me, you said, Al, that we're going to be in a world with greater product price volatility, shorter cycles, et cetera. Does this mean, going forward, that you may contemplate reducing the long-cycle business or perhaps taking more of a consortia approach going forward for things like deepwater plays?

**R. A. Walker**
*Chairman & CEO*

Well, I would say in the near term, John, our focus on tiebacks could be part of that answer. I think greenfield project development, unless we have a substantial estimated ultimate recovery from some of our exploration activities, do make it a little more challenging. One of the things I think we've done a good job of is we've developed various things as being able to fund the market to take the development component of our funding and development costs. Whether that market's always there will be a function of the economics. I think as we come out of this cycle, and we certainly, at some point, will, and to what extent we'll find out, I think in the near term, as we come out of the cycle, we will move back to a higher weighting in our short-cycle inventory and move the weighting that we've moved the last couple of years into intermediate and longer-cycle investing and ship that back to short. That, in part, will have something to do with what we believe would be attractive rates of return we can get from our short-cycle investing. So the 2 of those would be taken together, but the volatility is something, I think, we, as people who have to look at this every day, is going to be a lot different in the next 5 years, maybe 10 years than it certainly has been in the last 5 or 10 years.

**Operator**

Our next question is from Ryan Todd of Deutsche Bank.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Great. Maybe if I could ask one, can you talk a little bit about the utilization of your rigs over the next couple of years? You've got a number of rigs under contract. You're obviously still drilling on -- doing appraisal work in Shenandoah. Can you talk about how you might use the rigs in terms of appraisal versus exploration over the next 12 to 18 months.

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751427

Ryan, this is Jim. And our rigs -- the 5 we have under contract right now, one is in Côte d'Ivoire, running an exploration program. We anticipate that rig to stay in CI and then return back to Colombia to follow up on some exploration appraisal activity. The other 4 rigs are in the Gulf of Mexico, and they have various exploration date terms. And so what we'll do is utilize those rigs through contract on various appraisals and tieback opportunities that we talked about earlier. And some of those are, be Heidelberg field drill out that we've continued to see positive results in, and of course, had our early first production on; and then in K2 infill well opportunities, which are another example of short-cycle tieback opportunities like Caesar/Tonga. So we'll keep the rigs busy there as well as additional drilling in Lucius as we see expansion opportunities there and potentially Phase II expansion in Caesar/Tonga for additional reserve developments.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Great. And then maybe if I could ask one on the dividend. How do you think about the dividend and its place in your cash spend in a constrained capital environment?

**Robert G. Gwin**
*President*

This is Bob. I mean, the dividend is costing about $550 million a year currently. Obviously, there are other things we could do with that cash in the current environment yielding, say, 3% with the movement in the stock price. That's a bit higher than we would normally target for the dividend. So we've got a Board meeting next week. And obviously, the decisions around the dividend are solely theirs. We'll be talking to them about the overall financial picture and the cash flows during the year. And we'll see, as we come out of that, where we are relative to the appropriate level of dividend. I certainly do not expect us to eliminate the dividend. That's a question we've gotten in the past. I don't think that's an appropriate step. But the current yield is certainly higher than we would have targeted in a much higher stock price environment.

**Operator**

Our next question is from Charles Meade of Johnson Rice.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

I was wondering if you could perhaps, Bob, could gives us, say a narrative of what you've learned and seen in Colombia over the last -- with the Calasu well, over the last few months and, I think, what you saw with that well, I think with your modeling of the basin and perhaps if you learned anything on the geochemistry side.

**Robert G. Gwin**
*President*

Yes, Charles. This is Bob. I've talked about the Kronos well on our last call where we found 130 to 230 feet of gas bay that looked to be biodegraded thermogenic oil based on the geochemistry. Everything that we've done on the geochemical side is holding up with that type of an interpretation. The Kronos well was not as -- didn't have as well developed sands as maybe we would have hoped, although the objective section does look like it blooms out to the North in a much better area, and we'll be testing that this year. As you move 100 miles to the north of Calasu, we're moving closer to what we look at the depicenter [ph], which is the Magdalena fan system. We are very peripheral to it at Kronos, but in the Calasu, we're getting into a much more proximal portion of it. We saw excellent sand development at Calasu. We had about 17 meters of gas bay in one of the sands. We're working the geochemistry on it to see -- as we went deeper in the well, we seem to be getting evidence of heavier components, but we didn't have any significant accumulation of-- to speak of as we move further down. So -- and the temperature data seem to confirm our interpretation. As we move from Kronos up towards Calasu, the overall basin gets warmer, but it's still a very cool basin. So that -- it still speaks to the, most likely, generative bays being oil in the areas that we're looking. So we're encouraged about what we've seen. We've learned an awful lot. We're now stepping back and deciding what it means to us in the Grand Fuerte area. At the same time, we acquired

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751428

a big 3D up in the coal area last year, and we're doing Phase 2 this year. And what we're seeing up there is really exciting and is also -- given the ties that we have from the previous 2 wells, when we take that up into the coal area, it gets us very excited about the prospectively of the coal area. And so Colombia has got a lot more to do. We've got a lot of good data, and so we're rolling that in. We're over at Paon right now. We've got quite a bit of activity at Paon. It's going to take us into the second half of the year, but when we're done there, the rig will come back into Colombia and drill, what we call our purple angel well, which will be testing the Fuerte area, and probably the Kronos appraisal is really what it's targeted, but it got some exploratory components to it.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

Got it. And that would be late '16, it sounds like?

**Robert G. Gwin**
*President*

Yes, I think it's definitely second half of '16. It kind of depends on how good we do at Paon with the DSTs and that kind of activities.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

Got it. That adds a lot. I appreciate it. Al, if I could to go back, this is I think a couple of people tried to take a crack at this already, but I'd like to take one more shot. I was struck by some of the word choice in your quote in the press release specifically said, "In 2016, greater market dislocation appears likely," And can you elaborate on what that dislocation is? My first sense is to think is that you're talking about commodity prices, but as I looked at that as a second time, I thought maybe you could be talking about the dislocation between service costs and the commodity price or some other thing.

**R. A. Walker**
*Chairman & CEO*

Yes, I think it's more the latter to help you just a little bit there. I mean, if you go back and think about what it takes, I mean, we're not really in the revenue business. We're in the margin business. And so in this price environment, we have a dislocation between what it costs to either operate or drill wells versus other commodities that are being provided by the market. So that dislocation is -- we believe, is going to continue. We don't find the margins, that we're seeing today, to be attractive for the reasons I have talked about this morning. And I think indicative of how we've, over time, done things, our ability with a substantially reduced capital plan, 50%, down from last year's 70%, down from 2014, being able to maintain oil volumes flat year-over-year on a divestiture-adjusted basis speaks to the quality of a portfolio that has a good mix of conventional and unconventional resources to lean on. But that market dislocation certainly gives us a pause for doing more than the capital spending that we've talked about for the year.

**Operator**

Next question is from Scott Hanold of RBC.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

If I could just maybe focus my questions on where do you think the market needs to be, to think about spending more capital? And one of the things you didn't highlight, but I noticed on your updated investor presentation is that the Wattenberg economics look pretty compelling. I mean, IDCs at $25 a barrel and new drills at $30 a barrel. But what price do you need to see in the market that's sustainable to start thinking about accelerating activity?

**R. A. Walker**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751429

Well, as I've tried as best I can, which may be isn't exactly to the question, we really can't answer that generically. And every asset today has different types of breakevens. Every types -- every asset has a little bit different characteristics. As you think about our DJ Basin position with the mineral interest underlying it there versus the Delaware Basin where we see ourselves in a very attractive yield stream associated with the hydrocarbons being produced there, we can't just pinpoint a number for you as easily as it probably sounds like we should be able to. I think if you think back to a year ago when we were at a much higher price and we were having hesitation then, we have seen our efficiencies improve. We've seen some costs continue to come down. I think you saw that most recently in the fourth quarter. And I think we'll continue to find improvements around efficiencies. And again, we're in the margin business. We're not in the revenue business. So it really is, when our margins return to a level that gives us a wellhead margin that creates an acceptable rate of return, asset-by-asset, that we'll see ourselves going back into our various portfolio opportunities with capital. Until then, we're going to stay in a value-preservation mode.

**Phil Corbett**
*RBS Strategy*

Okay. Understood. And you made a comment that, maintenance capital is about 2/3 of what it was last year. Could you provide some color and context around that? In addition, I think, in prior calls, you had mentioned your base declines around 18% or so. Where does that stand as you look into 2016?

**R. A. Walker**
*Chairman & CEO*

Well, we've done some work on this, and I'm going to ask John, if he could, just to give you a little bit of additional information. But a lot of this we anticipate -- well, we don't just anticipate, we will go into greater detail on March 1. But today, the number that we think there's a maintenance CapEx to keep volumes flat is about $1.8 billion, which is down substantially from prior years and I think very, very reflective of the outstanding work our employees have been able to achieve by reducing that breakeven.

**John M. Colglazier**
*Investor Relations Professional*

Yes, Scott. I think it kind of goes along with what we just talked about your comments for around Wattenberg. I mean, having those type of breakevens, having the flexibility we have there with the 120 IDCs that we've built up. Again, to Darrells' point, it doesn't appear we'll utilize them all this year. But all that contributes, and especially, taking into account what Jim Kleckner and his guys are doing in the Gulf of Mexico with the tiebacks. I don't have to sum up -- I'm not spending money this year to get Heidelberg. We've already spent most of the money to get the volumes from the TEN complex. Having a full year of Lucius that's outperforming expectations, all that blends in to a much lower capital requirement keep our volumes flat year-to-year. And to Al's comment in his opening remarks, we expect to be down on a divestiture-adjusted basis, plus or minus, 1% to 4%. So it kind of says even then that we're not spending even to the level to keep volumes flat. So I think having the flexibility to still focus on our longer-dated assets and keep the sustainability portion of the portfolio going, is a pretty special thing, and I'm pretty proud of what we've been able to do.

**Operator**

Our next question is from Bob Morris of Citi.

**Robert S Morris**
*Citigroup Inc, Research Division*

My question is already answered.

**Operator**

And the next question is from Paul Sankey of Wolfe.

**Paul Benedict Sankey**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751430

*Wolfe Research, LLC*

I guess the big story of the quarter was the Apache story, which obviously had a big impact on your stock price. Could you just look back on that and address it again first? I assume that you feel that the market perception of what happened there was a bit erroneous. And I just wondered if, for the benefit hindsight, you could add any color.

**R. A. Walker**
*Chairman & CEO*

Paul, I think you can fully appreciate. I think we've said all we wanted to say and could say, in early November, in that press release. I think some of the market activity in our sector had to do a lot of factors, and we were certainly a part of that. But those were external and separate and apart from the event you're making reference to. So I know you're looking for additional comments from me, but I think we made all the comments we intend to make in that press release.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Understood. If we could totally change the subject. How do you think about hedging now? Would you be more likely to hedge at a lower price, higher than here, but at a lower level than you previously would have been? Or are you more likely to simply allow the price to rally and take what the market gives you?

**Robert G. Gwin**
*President*

Well, at $30 and $2, just to use big round numbers. I don't think any company has got a motivation to hedge in to what's probably a negative cost of replacement. So I'm not sure we or anybody else would find ourselves motivated to lock in prices that are lower than the marginal cost in order to develop.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Yes, I understand that. At this level, what I'm saying is, would you be more inclined to hedge, let's say, at 40 or 45, where previously we would have talked about 60?

**Robert G. Gwin**
*President*

It comes back to what kind of margin we get at the wellhead. If we are finding ourselves with an attractive wellhead margin that we want to be able to somewhat lock in for a short to intermediate period of time, that would be something that we would find worth spending some time on. Typically in the past, we've tried to approach every period. We're taking about half of the hydrocarbon price risk off the table, whether it's natural gas or oil. That philosophical view hasn't changed, but it really comes back to seeing something in the market that gives us that wellhead margin that's attractive to be able to use the derivatives to help us protect the price movements from.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Understood. And then finally for me, it's been put to me that the price of oil, as you mentioned, is so low right now that actually completing DUCs is not economic. Is that fair? And I'll leave it there.

**Robert G. Gwin**
*President*

I think in our case, what we see is, is it's really from a capital allocation perspective, the reason that Darrell is talking about the inventory of DUCs from the beginning of the year to the end of the year, is more reflective of our Heidelberg and 10 longer-term projects coming into production, coupled with the tieback opportunities that we see in the Gulf of Mexico actually having better rates of return. Again, that's

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751431

just the ability to have a conventional and unconventional mix of resources allows us not to have to lean on assets in an environment that only do well in a short-cycle environment.

**Operator**

Our next question is from Dave Heikkinen of Heikkinen Energy.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Al and Bob, kind of curious about your discussions with your investment grade bondholders and how they see the rating agencies' potential moves impacting their ability to hold -- downgrade it or not investment-grade debt in their portfolios?

**R. A. Walker**
*Chairman & CEO*

You bet. Bob's much more capable of responding to your question than I am. I just wanted to say, thank you. I noticed this morning you upgraded us, and that's appreciated. Bob?

**Robert G. Gwin**
*President*

Thanks, Al. David, obviously, we talked to those bondholders. I'm not in a position to comment on things they might have said about their ability or willingness to continue to hold the bonds I think they need to -- those conversations are best held with the individuals. I will say that certain of them that I've spoken to are concerned about some of the approaches that Moody's, in particular, might take relative to their historic methodology conversations that they've held that caused them to believe that, perhaps, what traditionally were just subcomponents of Moody's methodology become overriding factors and that there's a political dynamic at work that is not necessarily linear relative to the last several years of an approach that we can all rely upon. And that certainly appears to be affecting bondholders comfort with the current situation. I don't believe that same dynamic exists with the views of how S&P is taking, what I would call, more of a traditional, measured response to the commodity price environment. But those are all anecdotal types of things. We don't know that they would come to pass, but they're the types of things that, quite frankly, I think our fixed income holders are concerned about and appropriately so. And then all we can really do in that type of an environment is manage as responsibly as we can, continue to do what we've done historically, focusing on the quality of the assets. The asset coverage, obviously, cash flows are impacting the current environment. And that is a temporary dislocation, even if it exists longer than a year. And we've tried to, and are continuing to manage the portfolio on what we believe is a long-term responsible basis to provide stability as an investment grade company to those fixed income investors that have relied upon the way that we have traditionally managed the business and the way the rating agencies have traditionally established their parameters.

**R. A. Walker**
*Chairman & CEO*

And David, as you can tell, Bob has no energy around that topic at all.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Not at all. Now I've heard the same kind of institutional disruption particularly tied to Moody's. So that's a helpful perspective. And then I know this is a sensitive topic, but your focus on the margins and the current price that the markets' providing. I mean, how long, at this activity level, would you maintain current staffing levels? And how do you think about the cycle of building the company up and then where you are now versus kind of where your current G&A is?

**R. A. Walker**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751432

Well, I think you can probably appreciate, and what we believe is a protracted commodity environment, not only for this year but for the coming years. We, and I think, every other company in our industry will take this opportunity to look at the environment. Think up its capital plan, its activity, what its workforce needs, and I don't think we're going to be any different than anyone else as we go through this period of unfortunate, as I said earlier in a response to another question, market dislocation.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Okay. And that's what I thought. And then just very detailed, I guess, what were the volumes to your -- add at Heidelberg and TEN? I just want to get the numbers that you're expecting.

**R. A. Walker**
*Chairman & CEO*

David, if you don't mind, I mean, we've got -- you're going to take away all the stuff we get to talk about in March if we answer your question. We will go into a lot of detail March 1.

**Operator**

Our next question is from Brian Singer, Goldman Sachs.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Wanted to ask on the minerals interests and your royalty interest and land grants. I wanted to see if there's any change to how you're thinking about that strategically, and your willingness to monetize that in any way in the context of creative monetization opportunities.

**R. A. Walker**
*Chairman & CEO*

Brian, it's Bob. No, no change to our messaging over the last couple of quarters. In this kind of a commodity price environment we actually have, I think, put out some numbers on what the royalty income looked like in this past year. It's obviously down pretty sharply year-over-year. It's highly correlated to prices. It's not the type of environment where we would seek to monetize the royalties around oil and gas. I will point out, though, that an exception to that rule is our hard minerals royalties. We own the largest natural Soda Ash reserves in the world, and we have a fairly nice income stream around those assets that give -- where we have some flexibility. And its -- and that market, in particular, in contrast to our fossil fuel commodity prices, that market looks pretty good in today's environment.

**R. A. Walker**
*Chairman & CEO*

Yes. I'll just say, in response to that question, I guess, John Herrlin answered earlier, I do think Bob Gwin and Al Richey have worked in a very innovative way in their approach in how they may -- maybe monetizing those assets in the near future.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Great. And then just wanted to ask a follow-up question on the drill and complete inventory. You mentioned you may not complete all of that this year. Can you be a little more specific on what you do expect to complete this year as part of the $2.8 billion budget?

**Robert G. Gwin**
*President*

If I can, and I know Darrell would love to answer your question, but if we answer your question, and I'm going to back to what I said to Dave, we are not going to have anything to talk about on March 1. I think the other thing is that you have to appreciate, that's all rolled into the capital plan which we're going to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751433

recommend to our board. And until we have that plan approved by our board, to get out in front of them will be sort of inappropriate.

**Operator**

Our next question is from Jeffrey Campbell from Tuohy Brothers.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

First question I wanted to ask is, will you have any potential take-or-pay issues within the Wattenberg in 2016? We recently saw a deal where an operator transferred pipeline obligations from the Wattenberg to the Delaware Basin. And some of the DJ pipeline operators have been hurt by declining volumes.

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

Jerry, this is Scott Moore with Marketing. So we maintain a flexible portfolio out at the DJ between our own pipeline commitments, and we feel comfortable on our ability to keeping them fully utilized.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

Okay, great. You mentioned in the ops report some confidence that the Delaware basin recoverable oil estimates will increase over time. I'm just wondering, this may be a March 1 rejection, but can you add some color on when are these could take place to realize your expectations?

**R. A. Walker**
*Chairman & CEO*

Okay, we'll let Darrell answer that one.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

No, we addressed this last quarter, but then as we continue to do look-backs, we'll touch on this again March 1, but as we continue to do look-backs, our EORs continue to climb and so we're getting a lot of confidence that not only over a small area, but the greater 230 million acres or 1,000 acres that the EURs are only climbing. So we still have a lot of work to do as we go into the next year, in terms of looking at all the different horizons, not only the Wolfcamp A and B, but Bone Springs 2 and 3. But at this point, we're nothing but encouraged.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

So if I tried to paraphrase it briefly, it sounds like the core is expanding.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, it is. I think that would be a fair assessment.

**Operator**

Our next question is from Harry Mateer of Barclay's.

**Harry Mead Mateer**
*Barclays Bank PLC, Research Division*

I guess, first, just returning to the credit ratings questions earlier. I know this concern about the agency methodologies, which you guys don't control, but you're not only bystanders at the same time. So I guess, what I'm looking for is what are you prepared to do to protect those ratings? Are you prepared to raise

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751434

capital if that's what the agencies need to see? Where do your investment-grade ratings stand on that priority scale for you?

**R. A. Walker**
*Chairman & CEO*

What was the end of the question, Harry? Where do the what?

**Eliot Casper Javanmardi**
*Capital One Securities, Inc., Research Division*

Where do the ratings sit on that priority scale for you overall?

**Robert G. Gwin**
*President*

Yes. The ratings are a very high priority for us. I mean, we've said on several occasions that maintaining investment-grade ratings are important to us and very central to the way we want to operate our business model as an international exploration company, as a company that is leading a project, selling LNG volumes are on the world, et cetera. So it's very important to us. Certainly, we've got a lot of flexibility before we -- in our opinion, before we would need to raise capital in order to address concerns. I think one of the issues is that are the concerns reasonable? And are they addressable by simple knobs that one could turn? We talked about the dividend earlier. We've talked about asset sales. We mentioned north of $1 billion in the near term that would more than fund, in addition to our discretionary cash flow, would more than fund the $2.8 billion budget. We've got a list of assets beyond that, that we're actively working and would expect to be able to execute during 2016. Things that are what Al talked about, our net debt staying flat or reducing the big variable and reducing leverage there is execution against the asset sales. And if for some reason, we needed to continue to reduce net debt, and weren't able to execute on asset sales, then you continue to work down your list of items that become a little more distasteful the further down the list you go, but are the types of things that we would have to consider whether or not to pursue, relative to where the rating agencies, where the ratings from all 3 agencies are and whether steps are defined by those agencies that they'd like to see if, indeed, they take actions. So it is -- you're right, we're far more than bystanders. We're actively engaged in addressing this all very proactively. But we also want to make sure that we're doing things that are responsible relative to the true underlying risk and not -- and that true underlying risk isn't always captured in a particular agency's view of an action that they may take at a point in time. So we're just trying to take it all in balance and be responsible and iterative in our approach.

**R. A. Walker**
*Chairman & CEO*

I've answered this question, as well as Bob, in a lot of other settings. And I think the variables that we have that are most controllable for the management teams here are: reducing our capital plan, which, as of today, you can see our motivation there by reducing our capital plan year-over-year, 50%, 70% lower than it was in 2014; also looking at continuing to do asset sales and monetizations, which we have a long and very successful track record of doing. And as the question was asked earlier, and I think Bob appropriately replied, is we look at the yield associated with our common stock at 3%, that's historically high for us. So we look forward to discussing that with our Board. And I believe those are the most important variables in the near term that we can address.

**Eliot Casper Javanmardi**
*Capital One Securities, Inc., Research Division*

And then, I guess, on the upcoming maturity, you mentioned your plans to refinance it. But it looks like you're planning to spend or seeking approval to spend more than the $1.8 billion you indicated as maintenance capital. So I guess my question is, why not pull back on spending even more and then use asset sale proceeds or other sources of cash to pay down that maturity and actually delever instead of just looking to refinance it?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751435

**R. A. Walker**
*Chairman & CEO*

Well, there's a lot of things that we'll go into March 1 that probably today will feel a little hollow in terms of my response, just because I'm not prepared today to go into detail around things we've not -- sought Board approval for. And I think it's just appropriate that we wait and have that conversation with our Board first. But our business is -- as we see it today, philosophically, is about preservation. And we do think there are things that we can invest in, in the intermediate long cycle that, in fact, do just that. But I think at $2.8 billion or the $1.8 billion maintenance number, our ability in this environment to hold oil volumes flat year-over-year on a divestiture-adjusted basis, and our only decline in actual volume coming from gas properties, that we're not investing in, is a pretty good indication of what we feel like is the way in which we want to manage through a very difficult and challenging period, and yet have it be capital-responsive to the environment that the hydrocarbon prices are giving us. If you allow ourselves to continue to go completely into hibernation, and things come out at some point from this cycle and you're not prepared to then take advantage of what you can do, then we've somewhat allowed ourselves to not maximize our equity return for the cost associated with the credit profile. And I think Bob addressed it beautifully, exactly what we feel like we want to do in order to maintain the highest credit quality as possible, at the same time, not stall out our equity story.

**Operator**

This includes our question-and-answer session. I'd like to turn the conference back over to Al Walker for any closing remarks.

**R. A. Walker**
*Chairman & CEO*

Well, thank you. And I think today, you saw as evidence that our management team is committed to a much lower capital spend than, I think practically any one anticipated. I think also, you've heard from us today, we'll go into greater detail on March 1 about how we get to that $1.8 billion maintenance CapEx. I've talked repeatedly about our -- what we believe is a very attractive year-over-year sales volume that we're able to achieve, and the only declines coming from natural gas properties that we're not investing in. I also made a comment or 2, and I'll just highlight it again. We have extremely good line of sight today for monetizations in excess of $1 billion, which we hope to be announcing between here and our March 1 conference call. We think that would, and should, address a lot of the concerns and questions that have been posed to us about how we intend to fund our activities in 2016. And I think, one of the things that has probably been lost in the scheme of just exactly who we are and what we are, but I've tried -- I think almost every call to emphasize it, we are a mix of conventional and unconventional resources. And in 2016, you're seeing the benefit of conventional assets coming into the production profile. And that's a very different opportunity set than a lot of other companies have. I think that nice cocktail of mix between conventional and unconventional continue to resonate. I think you'll see it in the way in which our performance plays out through the year. And I do think, and I know a lot of companies talk about this, I'll say it again, we have an exceptional culture with great employees and a tremendous track record of achieving what we established for the year is what we think we can achieve, and want to achieve, and typically go beyond that. So I don't think 2016 will be any different than that. It's definitely going to be a tough year. But the opportunities we have, I think, are quite significant. And I also think the way in which we manage our capital, we manage our business, and we have a culture that can succeed in any environment will be quite important as we get through this year and in the years to come after this. So I appreciate the support we've seen from a lot of investors through this very difficult period. Those of you that have hung in there with us, we greatly appreciate it. Those of you that are new to the investment, we look forward to making sure that everybody feels that we're doing everything we possibly can. And with that, operator, we'll call it a day, and look forward to talking to everybody on March 1. Thank you.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751436

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01751437

# Exhibit 82

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2015**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from            to**

**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1201 Lake Robbins Drive, The Woodlands, Texas** | **77380-1046** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(832) 636-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |
| 7.50% Tangible Equity Units | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of the Company's common stock held by non-affiliates of the registrant on June 30, 2015, was $39.6 billion based on the closing price as reported on the New York Stock Exchange.

The number of shares outstanding of the Company's common stock at February 5, 2016, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 508,438,647 |

**Documents Incorporated By Reference**

Portions of the Definitive Proxy Statement for the Annual Meeting of Stockholders of Anadarko Petroleum Corporation to be held May 10, 2016 (to be filed with the Securities and Exchange Commission prior to March 31, 2016), are incorporated by reference into Part III of this Form 10-K.

CONFIDENTIAL

## TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---:|
| **PART I** |  |  |  |
| Items 1 and 2. | Business and Properties |  | 2 |
|  | General |  | 2 |
|  | Oil and Gas Properties and Activities |  | 4 |
|  |  | United States | 5 |
|  |  | International | 11 |
|  |  | Proved Reserves | 13 |
|  |  | Sales Volumes, Prices, and Production Costs | 17 |
|  |  | Delivery Commitments | 18 |
|  |  | Properties and Leases | 18 |
|  |  | Drilling Program | 18 |
|  |  | Drilling Statistics | 19 |
|  |  | Productive Wells | 20 |
|  | Midstream Properties and Activities |  | 20 |
|  | Marketing Activities |  | 22 |
|  | Competition |  | 23 |
|  | Segment Information |  | 23 |
|  | Employees |  | 23 |
|  | Regulatory and Environmental Matters |  | 23 |
|  | Title to Properties |  | 26 |
|  | Executive Officers of the Registrant |  | 27 |
| Item 1A. | Risk Factors |  | 29 |
| Item 1B. | Unresolved Staff Comments |  | 45 |
| Item 3. | Legal Proceedings |  | 45 |
| Item 4. | Mine Safety Disclosures |  | 45 |
| **PART II** |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities |  | 46 |
| Item 6. | Selected Financial Data |  | 49 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 50 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk |  | 80 |
| Item 8. | Financial Statements and Supplementary Data |  | 82 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure |  | 157 |
| Item 9A. | Controls and Procedures |  | 157 |
| Item 9B. | Other Information |  | 157 |
| **PART III** |  |  |  |
| Item 10. | Directors, Executive Officers, and Corporate Governance |  | 158 |
| Item 11. | Executive Compensation |  | 158 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters |  | 158 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence |  | 158 |
| Item 14. | Principal Accounting Fees and Services |  | 158 |
| **PART IV** |  |  |  |
| Item 15. | Exhibits, Financial Statement Schedules |  | 159 |

CONFIDENTIAL

APC-00227145

# PART I

## Items 1 and 2.  Business and Properties

### GENERAL

Anadarko Petroleum Corporation is among the world's largest independent exploration and production companies, with approximately 2.1 billion barrels of oil equivalent (BOE) of proved reserves at December 31, 2015. Anadarko's mission is to deliver a competitive and sustainable rate of return to shareholders by developing, acquiring, and exploring for oil and natural-gas resources vital to the world's health and welfare. Anadarko's asset portfolio is aimed at delivering long-term value to stakeholders by combining a large inventory of development opportunities in the U.S. onshore with high-potential worldwide offshore exploration and development activities.

Anadarko's asset portfolio includes U.S. onshore resource plays in the Rocky Mountains, the southern United States, the Appalachian basin, and Alaska. The Company is also among the largest independent producers in the deepwater Gulf of Mexico and has exploration and production activities worldwide, including activities in Algeria, Ghana, Mozambique, Colombia, Côte d'Ivoire, New Zealand, Kenya, and other countries.

Anadarko is committed to producing energy in a manner that protects the environment and public health. Anadarko's focus is to deliver resources to the world while upholding the Company's core values of integrity and trust, servant leadership, people and passion, commercial focus, and open communication in all business activities.

Anadarko's business segments are separately managed due to distinct operational differences and unique technology, distribution, and marketing requirements. The Company's three reporting segments are as follows:

**Oil and gas exploration and production**—This segment explores for and produces oil, condensate, natural gas, and natural gas liquids (NGLs) and plans for the development and operation of the Company's liquefied natural gas (LNG) project in Mozambique.

**Midstream**—This segment engages in gathering, processing, treating, and transporting Anadarko and third-party oil, natural-gas, and NGLs production. The Company owns and operates gathering, processing, treating, and transportation systems in the United States for oil, natural gas, and NGLs.

**Marketing**—This segment sells much of Anadarko's oil, natural-gas, and NGLs production as well as third-party purchased volumes. The Company actively markets oil, natural gas, and NGLs in the United States; oil and NGLs internationally; and the anticipated LNG production from Mozambique.

Unless the context otherwise requires, the terms "Anadarko" or "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. This Annual Report on Form 10-K and the documents incorporated herein by reference contain forward-looking statements based on expectations, estimates, and projections as of the date of this filing. These statements by their nature are subject to risks, uncertainties, and assumptions and are influenced by various factors. As a consequence, actual results may differ materially from those expressed in the forward-looking statements. See *Risk Factors* under Item 1A of this Form 10-K.

CONFIDENTIAL                                                                                                    APC-00227146

**Available Information** The Company's corporate headquarters is located at 1201 Lake Robbins Drive, The Woodlands, Texas 77380-1046, and its telephone number is (832) 636-1000. The Company files or furnishes Annual Reports on Form 10-K; Quarterly Reports on Form 10-Q; Current Reports on Form 8-K; registration statements, or any amendments thereto; and other reports and filings with the U.S. Securities and Exchange Commission (SEC). Anadarko provides access free of charge to all of these SEC filings, as soon as reasonably practicable after filing or furnishing, on its website located at www.investors.anadarko.com/sec-filings. The Company will also make available to any stockholder, without charge, printed copies of its Annual Report on Form 10-K as filed with the SEC. For copies of this Form 10-K, or any other filing, please contact Anadarko Petroleum Corporation, Investor Relations, P.O. Box 1330, Houston, Texas 77251-1330, call (855) 820-6605, send an email to investor@anadarko.com, or complete an information request on the Company's website at www.anadarko.com by selecting Investors/Shareholder Resources/Shareholder Services.

The public may read and copy any materials Anadarko files with the SEC at the SEC's Public Reference Room at 100 F Street, N.E., Washington, DC 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC maintains a website at www.sec.gov that contains reports, proxy and information statements, and other information regarding issuers, including Anadarko, that file electronically with the SEC.

**Operating Outlook** During 2015, the oil and natural-gas industry experienced a significant decrease in commodity prices driven by a global supply/demand imbalance for oil and an oversupply of natural gas in the United States. The decline in commodity prices and global economic conditions have continued into 2016, and low commodity prices may exist for an extended period.

The Company plans to continue its disciplined and focused approach in 2016 by emphasizing value over growth, enhancing operational efficiencies, reducing capital expenses, and managing its diverse asset portfolio. Management has recommended to the Board of Directors (Board) a 2016 capital budget of approximately $2.8 billion, which excludes the capital budget of Western Gas Partners, LP (WES), a publicly traded consolidated subsidiary. The $2.8 billion budget is nearly 50% lower than capital investments in 2015 and almost 70% lower than 2014.

The Company will continue to evaluate the oil and natural-gas price environments and may adjust its capital spending plans to maintain the appropriate liquidity and financial flexibility. Anadarko expects that its capital expenditures will be aligned with its cash flows from operations and targeted asset monetizations.

3

CONFIDENTIAL
APC-00227147

Index to Financial Statements

## OIL AND GAS PROPERTIES AND ACTIVITIES

The map below illustrates the locations of Anadarko's significant oil and natural-gas exploration and production operations:



4

CONFIDENTIAL

APC-00227148

**United States**

*Overview*  Anadarko's U.S. operations include oil and natural-gas exploration and production in the onshore Lower 48 states, deepwater Gulf of Mexico, and onshore Alaska. The Company's U.S. operations accounted for 89% of sales volumes and 80% of sales revenues during 2015, and 90% of proved reserves at year-end 2015.

*Rocky Mountains Region*  Anadarko's Rocky Mountains Region (Rockies) properties include oil and natural-gas plays located in Colorado, Utah, and Wyoming, where the Company operates approximately 11,000 wells and owns interests in approximately 4,000 nonoperated wells. Anadarko operates fractured-carbonate/shale reservoirs and tight-gas assets within the region. The Company also has fee ownership of mineral rights under approximately eight million acres that pass through Colorado and Wyoming and into Utah (known as the Land Grant). Management considers the Land Grant a significant competitive advantage for Anadarko as it enhances the Company's economic returns from production, offers drilling opportunities for the Company without expiration, and allows the Company to capture royalty revenue from third-party activity on Land Grant acreage. The Company also believes its liquids-rich reservoirs, strong well performance, low development and operating costs, and large expandable midstream infrastructure each provide tangible benefits to the Company.

In 2015, activities in the Rockies primarily focused on production and adding reserves through horizontal drilling, infill drilling, and optimizing both wellbore and completion design. In addition, a major emphasis was placed on reducing capital and operating expenses and increasing efficiencies to enhance margins. In 2015, Rockies liquids sales volumes increased by 11% over 2014, equivalent to 17 thousand barrels of oil equivalent per day (MBOE/d), even with a reduction in sales volumes of 21 MBOE/d related to the impact of ethane rejection. The Company drilled 447 wells and completed 390 wells in the Rockies during 2015, primarily in the Wattenberg field, which is expected to be a focus area for Anadarko in 2016.



5

CONFIDENTIAL

APC-00227149

*Wattenberg* Anadarko operates approximately 5,000 vertical wells and 1,000 horizontal wells in the Wattenberg field. The field contains the Niobrara and Codell formations, which are naturally fractured formations that hold both liquids and natural gas. During 2015, the Company's drilling program focused entirely on horizontal development, drilling 365 horizontal wells. Sales volumes in the field increased 32% compared to 2014, with increases of 29% in oil volumes and 27% in total liquids volumes. Horizontal drilling results in the field continue to be strong, with economics that are enhanced by the Company's ownership of the Land Grant mineral interest, a consolidated core acreage position, and recent enhancements to the operated and controlled infrastructure and takeaway capacity.

Drilling spud-to-rig-release cycle time improved from 10.5 days in 2014 to 6.3 days in 2015. The full-year 2015 average drilling cost per foot was reduced by approximately 40% and completion capital was reduced by 32% relative to 2014. Operated well capital costs in 2015 have decreased to less than $3.5 million from $4.0 million in 2014 for an equivalent well, driven by continued operational efficiencies and supply-chain savings. During 2015, Anadarko intentionally deferred completions in order to focus on preserving value by decreasing capital investments in a lower commodity-price environment and to provide additional production flexibility for 2016.

In 2015, the second cryogenic processing train at the Lancaster plant was placed into service, resulting in an additional 300 million cubic feet per day (MMcf/d) of processing capacity and a field-wide increase in NGLs recoveries. The Company made substantial progress toward completion of its centralized oil stabilization facility (COSF) in 2015 and expects to commission the facility in early 2016. The COSF will increase oil recoveries, enhance efficiencies of tank batteries, lower operating expenses, and further reduce impacts on the environment. Anadarko added 180 MMcf/d of field compression in 2015, which reduced gathering system pressures in the field, enhancing system efficiency and improving the base production profile.

*Greater Natural Buttes* The Greater Natural Buttes area in eastern Utah is one of the Company's major tight-gas assets. The Company uses cryogenic processing facilities in this area to extract NGLs from the natural-gas stream. The Company operates approximately 2,900 wells in the area and drilled 60 wells in 2015. Average drilling cost per foot was reduced by 10% and completion capital was reduced by 23% relative to 2014. The Company operated the field at a reduced activity level for the majority of 2015 due to capital being diverted to higher-margin projects.

*Powder River Deep* The Company drilled a three-well exploration/appraisal program targeting the Turner formation, where the Company has previously seen strong results. Additionally, a farm-out agreement was reached during the first quarter of 2015, whereby Anadarko may be carried in at least three deep horizontal tests to further evaluate multiple oil objectives. The farm-in party has the option to earn up to 40,000 net acres of Anadarko's position. The Company controls over 325,000 acres of deep mineral rights within the Powder River basin.

*Laramie County* Anadarko holds ownership in more than 100,000 mineral-interest acres in this emerging liquids-rich play in the northern DJ basin in Wyoming. In 2015, the Company participated in more than 70 nonoperated wells testing the Niobrara and Codell formations. Results from 33 producing wells, 11 with first production in 2015, remain strong, with initial 30-day net production averaging approximately 1,000 barrels of oil equivalent per day (BOE/d).

*Greater Green River Basin* Anadarko operates over 1,400 wells in the Wamsutter and Moxa fields. The Company also carries a nonoperated position in 2,600 wells across the two fields. Much of this producing area is located within the Land Grant, which enhances the Company's economics in projects in the area. Anadarko reached a farm-out agreement in July 2015, whereby the Company will be fully carried on several exploration wells testing a liquids-rich opportunity located on the Land Grant.

*Coalbed Methane Properties* During 2015, Anadarko sold its interest in its Powder River basin coalbed methane wells and related midstream assets for net proceeds of $154 million after closing adjustments.

*Salt Creek and Monell* During 2015, Anadarko sold its interest in the Salt Creek and Monell enhanced oil recovery assets in Wyoming, with a sales price of $703 million, for net proceeds of $675 million after closing adjustments.

6

APC-00227150

***Southern and Appalachia Region***    Anadarko's Southern and Appalachia Region properties are primarily located in Texas, Pennsylvania, Louisiana, and Kansas. The region includes the Eagleford shale in South Texas, the Delaware basin in West Texas, the Marcellus shale in north-central Pennsylvania, and the Haynesville shale in East Texas and Northern Louisiana. Operations in these areas are focused on finding and developing both natural gas and liquids from shales, tight sands, and fractured-reservoir plays.

During 2015, the Company continued to focus on improving its cost structure, delivering efficient production, and delineating its position in the Delaware basin. Activities in the region targeted continued drilling, completion and operational efficiencies, and process improvements and optimization, providing both lower costs and cycle-time improvements across the region. Compared with the prior year, capital expenditures were reduced in the region as the Company focused on higher-margin areas within the U.S. onshore to support future growth. Additional production flexibility for 2016 was provided by infrastructure expansions primarily in the Delaware basin, reductions in completion costs across the region, and the systematic buildup of intentionally deferred completions in the Eagleford shale and Delaware basin.

In 2015, liquids sales volumes in the region increased by 10%, although a decrease in gas sales volumes resulted in a total sales volume decrease of 5% from 2014. The Company drilled 338 operated horizontal wells and brought 318 wells online in 2015. In July 2015, Anadarko sold its interest in the Bossier natural-gas field and associated midstream assets in East Texas, with a sales price of $440 million, for net proceeds of $425 million after closing adjustments. In 2016, the Company expects to continue its horizontal drilling program, focusing on the Delaware basin.



CONFIDENTIAL                                                                                      APC-00227151

Index to Financial Statements

*Delaware Basin*  Anadarko holds interests in over 600,000 gross acres in the Delaware basin. Anadarko's 2015 drilling activity primarily targeted the Wolfcamp shale play, liquids-rich Bone Spring 2 tight sands, and the Avalon shale play. In 2015, Anadarko drilled 80 operated wells and participated in 49 nonoperated wells. Significant infrastructure continues to be added to facilitate future growth from this asset. At year-end 2015, the Company had six operated rigs drilling in the Wolfcamp shale.

The successful Wolfcamp shale delineation program continues to deliver encouraging results across the majority of Anadarko's acreage position. Anadarko is testing multiple zones within the Wolfcamp shale and several development concepts for increased efficiency, including multi-well pads, extended laterals, and horizontal-well spacing. The Company has identified thousands of potential drilling locations in the Wolfcamp formation that are expected to provide substantial opportunity for Anadarko's future activity in the basin.

*Eagleford*  The Eagleford shale development in South Texas consists of approximately 346,000 gross acres and over 1,300 producing wells. In 2015, the Company averaged 4 drilling rigs, drilled 183 wells, completed 179 wells, and brought 201 wells online, generating sales volume growth of 20% over 2014. In 2015, Anadarko continued to recognize improvements in Eagleford shale drilling efficiency, translating to record-low average cost per foot, while increasing average lateral length. Anadarko completed five successful tests targeting the mid and upper Eagleford shale zones and intends to test for additional reserves across its acreage position. The Company also continued to optimize other development parameters such as completions design, spacing, and choke management.

*Eaglebine*  Anadarko holds 156,000 gross acres in the Eaglebine shale in Southeast Texas, most of which is held by existing Austin Chalk production. In 2015, Anadarko continued to delineate and develop this acreage by drilling 24 operated horizontal wells with a one-rig program. Under a carried-interest arrangement entered into in 2014, which requires a third party to fund $442 million of Anadarko's capital costs in exchange for a 34% working interest in the Eaglebine development, Anadarko has generated positive cash flow in an unfavorable commodity-price environment while testing new concepts and opportunities. At December 31, 2015, $111 million of the total $442 million carry obligation had been funded.

*East Texas/North Louisiana*  Anadarko holds 223,000 gross acres in East Texas/North Louisiana. Anadarko continued its capital program in the East Texas/North Louisiana area in 2015, targeting the liquids-rich Haynesville shale in East Texas and the prolific dry-gas Haynesville shale in North Louisiana. In 2015, Anadarko averaged 3.5 operated rigs and drilled 39 wells in the Haynesville and Cotton Valley formations.

*Marcellus*  The Company holds 625,000 gross acres in the Marcellus shale of the Appalachian basin. In 2015, 1 operated horizontal well was drilled and Anadarko participated in the drilling of 18 nonoperated horizontal wells. The Company's sales volumes in the Marcellus shale decreased in 2015 as the Company reduced its investment and production in the area in response to the lower commodity-price environment and ongoing third-party pipeline infrastructure maintenance.

8

CONFIDENTIAL

APC-00227152

*Gulf of Mexico* Anadarko owns an average working interest of 60% in 279 blocks in the Gulf of Mexico. The Company operates eight active floating platforms and holds interests in 34 fields. During 2015, the Company advanced development of the Lucius and Heidelberg projects and continued an active deepwater development and appraisal program in the Gulf of Mexico as it continues to take advantage of existing infrastructure to cost-effectively develop known resources.



## Development

*Lucius* The Company realized first production at the Anadarko-operated Lucius Spar in January 2015, bringing on six wells throughout the early part of 2015. The Lucius project was developed with production startup only three years from sanction and five years from discovery. The 80-thousand barrels per day (MBbls/d) spar is located in Keathley Canyon Block 875 at a water depth of 7,000 feet. The Company has realized steady production performance at nameplate capacity since May 2015. Anadarko entered into a carried-interest arrangement with a third party in 2012. The $476 million carry commitment was fully funded in 2014 and covered a substantial majority of Anadarko's capital costs through first production. Following the carried-interest arrangement and 2014 equity re-determination, the Company holds a 23.8% working interest in Lucius.

*Heidelberg* During 2015, the Company continued to advance the Anadarko-operated Heidelberg development project, which was sanctioned during the second quarter of 2013. Installation of the Lucius-lookalike spar was completed and first oil was realized in January 2016, three months ahead of schedule. Three wells are ready for production and are expected to be brought online during the first quarter of 2016, while an additional two wells are expected to be drilled later in 2016.

In 2013, the Company entered into a carried-interest arrangement requiring a third party to fund $860 million of capital costs in exchange for a 12.75% working interest in the project. At December 31, 2015, $793 million of the $860 million carry obligation had been funded. Anadarko holds a 31.5% working interest in Heidelberg.

9

CONFIDENTIAL

APC-00227153

Index to Financial Statements

*Caesar/Tonga*  At Caesar/Tonga (33.75% working interest), the Company successfully completed a fifth development well (GC 683#2) in the first quarter of 2015. Anadarko has recently completed a sixth development well (GC 683#3), which is expected to come online later in the first quarter of 2016. A seventh well (GC 726#2) reached total depth in January 2016 and encountered over 250 net feet of oil pay. The well is currently being completed. Due to the continued success at Caesar/Tonga, the Company sanctioned a Phase 2 development plan during the fourth quarter of 2015 and anticipates first oil in the fourth quarter of 2017.

*Constitution*  At Constitution (100% working interest), the Company executed a successful platform drilling program in 2015, where the A4 well was sidetracked, completed, and brought online.

*K2 Complex*  At K2 (41.8% working interest), the GC 562#5 infill well, which found 210 net feet of oil pay in the Miocene, was successfully completed. The GC 561#3 development well found 331 net feet of oil pay in the M9, M10, and M15 sands and is currently being completed. First production is anticipated by the second quarter of 2016.

*Independence Hub Gas Complex*  The last producing well at Independence Hub (IHUB) watered out in December 2015. IHUB was a tremendous asset for the Company with cumulative gross production of 1.3 trillion cubic feet of natural gas in eight and a half years. Plans to plug and abandon the remaining IHUB wellbores and decommission the facilities are underway.

*Exploration*

Two nonoperated exploration wells were drilled in the Gulf of Mexico during 2015. The Yeti exploration well (37.5% working interest) targeted a sub-salt Miocene-aged three-way closure in Walker Ridge and encountered more than 270 net feet of oil pay. The Yeti discovery is located in approximately 5,900 feet of water, approximately 20 miles south of Anadarko's operated Heidelberg field. The Thorvald exploration well (50% working interest), located in approximately 4,800 feet of water in southern Mississippi Canyon, tested multiple sub-salt Miocene reservoirs in a three-way closure and encountered approximately 80 net feet of oil pay.

*Appraisal*

*Shenandoah*  The Company spud the Shenandoah-4 well, the third appraisal well at the Shenandoah discovery (30% working interest), in the second quarter of 2015. The well tested the up-dip extent of the basin. The subsequent Shenandoah-4 sidetrack encountered more than 620 net feet of oil pay, extending the lowest known oil column down-dip. Following the success of the Shenandoah-4 sidetrack, the Company and its partners successfully acquired more than 550 feet of whole-core from the hydrocarbon-bearing reservoir interval.

*Yeti*  The Yeti discovery well was successfully sidetracked to test the down-dip limits of the field. The Yeti-3 appraisal well finished drilling during the fourth quarter of 2015 and was successful in acquiring more than 320 feet of whole-core across the primary Miocene-aged reservoir intervals encountered in the Yeti discovery well. The Company and its partners are currently evaluating potential development options for the Yeti discovery.

**Alaska**  Anadarko's nonoperated oil production and development activity in Alaska is concentrated on the North Slope. Infrastructure construction began in 2013 on the Alpine West satellite development, a 15- to 33-well extension of the Alpine field. Drilling at Alpine West commenced in 2015, with four out of seven producing wells coming online during the fourth quarter of 2015 at a combined rate of 20 MBbls/d.

The Greater Mooses Tooth 1 (GMT1) project was sanctioned in November 2015 and will become the next satellite development west of the Alpine field. First production at GMT1 is expected in 2018.

10

CONFIDENTIAL                                                                                      APC-00227154

Table of Contents
Index to Financial Statements

**International**

*Overview* Anadarko's international operations include oil, natural-gas, and NGLs production and development in Algeria and Ghana, along with activities in Mozambique where the Company continues to make progress towards a final investment decision on an LNG development. The Company also has exploration acreage in Colombia, Côte d'Ivoire, Mozambique, New Zealand, Kenya, and other countries. International locations accounted for 11% of Anadarko's sales volumes and 20% of sales revenues during 2015, and 10% of proved reserves at year-end 2015. In 2016, the Company expects to focus its exploration and appraisal activity in Côte d'Ivoire and Colombia.

*Algeria* Anadarko is engaged in production and development operations in Algeria's Sahara Desert in Blocks 404 and 208, which are governed by a Production Sharing Agreement between Anadarko, two other parties, and Sonatrach, the national oil and gas company of Algeria. The Company is responsible for 24.5% of the development and production costs for these blocks. The Company produces oil through the Hassi Berkine South and Ourhoud central processing facilities (CPF) in Block 404 and oil, condensate, and NGLs through the El Merk CPF in Block 208. Gross production through these facilities averaged more than 368 MBbls/d in 2015, and the cumulative gross production from all three facilities reached a significant milestone, surpassing 2.0 billion BOE in July 2015. The Company drilled seven development wells in 2015.

*Ghana* Anadarko's production and development activities in Ghana are located offshore in the West Cape Three Points Block and the Deepwater Tano Block.

The Jubilee field (27% nonoperated unit interest), which spans both the West Cape Three Points Block and the Deepwater Tano Block, averaged gross production of 103 MBbls/d of oil in 2015. Natural-gas exports commenced in the fourth quarter of 2014, and in 2015, an average of 66 MMcf/d was exported from the Jubilee field to an onshore gas processing plant in satisfaction of a commitment established in conjunction with the Jubilee development plan. In 2015, development continued with the J-24 well completed as an oil producer; the J-37 well drilled, completed, and put on production; and the J-36 well drilled with completion planned for 2016. Following the appraisal work completed in 2014, the Mahogany and Teak fields were declared commercial in March 2015, and a full-field development plan for the Greater Jubilee Area was submitted to the government of Ghana in December 2015. At this time, options to further increase the oil and gas throughput capacity of the floating production, storage, and offloading vessel (FPSO) are under evaluation.

The Tweneboa/Enyenra/Ntomme (TEN) project (19% nonoperated working interest) is located in the Deepwater Tano Block. Significant progress was made during 2015, including completing mechanical work on the FPSO, drilling the eleventh well, and completing four of the wells in preparation for first oil. The TEN project will use an 80-MBbls/d-capacity FPSO for production from subsea wells. The project, which commenced in 2013, was more than 80% complete at year-end 2015 and remains on budget and on schedule for first production in the third quarter of 2016.

*Mozambique* Anadarko operates Offshore Area 1 (26.5% working interest), which totals approximately 1.2 million gross acres. The Company is progressing three elements that will position the project for execution and deliver future value: the legal and contractual framework to develop LNG in Mozambique; project finance; and long-term LNG sales contracts.

*Development* During the first half of 2015, the Company successfully executed a six-well drilling campaign in the Golfinho-Atum field. Following this campaign, an independent third party completed a resource certification for sufficient volumes from Golfinho-Atum to support the initial development of two LNG trains. Anadarko continues to work with the construction and installation contractors for opportunities to reduce execution risk once the project progresses to the construction phase. Anadarko and its partners continue to progress over eight million metric tonnes per annum of LNG offtake to long-term sales contracts. The July 2015 ratification of the Decree Law that was published by the Mozambique government in 2014 was a significant milestone in the establishment of a project-wide legal and contractual framework. During the fourth quarter of 2015, Anadarko and its partners executed a Unitization and Unit Operating Agreement with Offshore Area 4 partners that covers the joint development of the straddling Prosperidade (Offshore Area 1) and Mamba (Offshore Area 4) reservoir. The agreement is subject to government approval.

11

CONFIDENTIAL

APC-00227155

Table of Contents

Index to Financial Statements

*Exploration*  In Offshore Area 1, the Company completed drilling and evaluation operations at the Tubarão Tigre-2 appraisal well during the first quarter of 2015. The well successfully appraised the Tubarão Tigre discovery that was drilled in 2014.

In Onshore Rovuma (35.7% working interest), the Company completed drilling and evaluation operations at the Kifaru-1 well during the first quarter of 2015. The well did not encounter hydrocarbons and was plugged and abandoned.

***Colombia***  Anadarko controls the exclusive rights to explore or conduct technical evaluation activities on nine blocks totaling approximately 16 million gross acres. The COL 1, COL 2, COL 6, and COL 7 blocks are operated at a 100% working interest and the remaining blocks are operated at a 50% working interest.

During 2015, Anadarko spud two exploration wells. The Kronos-1 (50% working interest) discovery encountered 130 to 230 net feet of natural-gas pay in the upper objective, proving the presence of a working petroleum system and validating the geologic and seismic interpretations. The well finished drilling during the third quarter of 2015 after testing a deeper objective where it encountered non-commercial hydrocarbons. Anadarko and its partner are evaluating the drilling results to determine the next steps. The Calasu-1 well (50% working interest) tested a large four-way structure located approximately 100 miles north of the Company's Kronos discovery. The well finished drilling during the fourth quarter of 2015 and encountered non-commercial quantities of pay.

***Côte d'Ivoire***  Anadarko owns an operated working interest in four offshore blocks totaling approximately 1.0 million gross acres, including CI-103 with a 65% working interest and CI-527, CI-528, and CI-529, each with a 90% working interest. During the third quarter of 2015, Anadarko acquired the CI-527 block, which is contiguous with the CI-103 block to the northwest and the CI-528 block to the south. Planning is underway for a two-well exploration program on the CI-527 and CI-528 blocks in 2016.

A drilling and interference testing program began during the first quarter of 2016 as part of the continued appraisal of the Paon discovery (CI-103). The program will also include additional appraisal drilling. The data from these operations are expected to provide insight on reservoir connectivity, deliverability, fluid properties, and reservoir size.

***New Zealand***  Anadarko controls the exclusive rights to explore or conduct technical evaluation activities on four blocks totaling approximately 42 million gross acres, of which 6.1 million gross acres are owned under exploration licenses. Anadarko owns an operated 45% working interest in the Canterbury basin block and an operated 100% working interest in two Pegasus basin blocks. In the 36 million acre New Caledonia basin block, Anadarko has a 25% nonoperated working interest. During 2015, the Company acquired a 3D seismic survey in the Canterbury basin and is currently evaluating potential future exploration opportunities.

***Kenya***  Anadarko owns an operated 45% working interest in three offshore deepwater blocks, encompassing approximately 3.7 million gross acres. The Company is evaluating potential future exploration opportunities.

***Other***  Anadarko holds exploration interests in approximately 300,000 gross acres in two offshore blocks located in the Campos basin of Brazil. Anadarko also has exploration opportunities in other overseas, new-venture areas, including Tunisia and South Africa.

12

CONFIDENTIAL

APC-00227156

Index to Financial Statements

**Proved Reserves**

Estimates of proved reserves volumes owned at year end, net of third-party royalty interests, are presented in billions of cubic feet (Bcf) at a pressure base of 14.73 pounds per square inch for natural gas and in millions of barrels (MMBbls) for oil, condensate, and NGLs. Total volumes are presented in millions of barrels of oil equivalent (MMBOE). For this computation, one barrel is the equivalent of 6,000 cubic feet of natural gas. Shrinkage associated with NGLs has been deducted from the natural-gas reserves volumes. Proved reserves are estimated based on the average beginning-of-month prices during the 12-month period for the respective year.

Disclosures by geographic area include the United States and International. For 2015, the International geographic area consisted of proved reserves located in Algeria and Ghana, which by country and in total represented less than 15% of the Company's total proved reserves. The Company sold its Chinese subsidiary in 2014.

*Summary of Proved Reserves*

| | Oil and Condensate (MMBbls) | Natural Gas (Bcf) | NGLs (MMBbls) | Total (MMBOE) |
|---|---|---|---|---|
| **December 31, 2015** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | **332** | **5,184** | **257** | **1,453** |
| International | **159** | **30** | **15** | **179** |
| Undeveloped | | | | |
| United States | **193** | **807** | **68** | **396** |
| International | **29** | **—** | **—** | **29** |
| Total proved | **713** | **6,021** | **340** | **2,057** |
| | | | | |
| **December 31, 2014** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | 352 | 6,635 | 304 | 1,762 |
| International | 190 | 27 | 13 | 207 |
| Undeveloped | | | | |
| United States | 352 | 2,033 | 162 | 853 |
| International | 35 | 4 | — | 36 |
| Total proved | 929 | 8,699 | 479 | 2,858 |
| | | | | |
| **December 31, 2013** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | 347 | 7,120 | 268 | 1,801 |
| International | 202 | — | — | 202 |
| Undeveloped | | | | |
| United States | 245 | 2,085 | 127 | 720 |
| International | 57 | — | 12 | 69 |
| Total proved | 851 | 9,205 | 407 | 2,792 |

The Company's proved reserves product mix increased to 52% liquids in 2015, compared to 49% in 2014 and 45% in 2013. The Company's year-end 2015 proved reserves product mix was 35% oil and condensate, 48% natural gas, and 17% NGLs.

13

CONFIDENTIAL

APC-00227157

Index to Financial Statements

Changes to the Company's proved reserves during 2015 are summarized in the table below:

| MMBOE | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Proved Reserves** | | | |
| January 1 | **2,858** | 2,792 | 2,560 |
| Reserves additions and revisions | | | |
| Discoveries and extensions | **29** | 63 | 145 |
| Infill-drilling additions [(1)] | **89** | 577 | 410 |
| Drilling-related reserves additions and revisions | **118** | 640 | 555 |
| Other non-price-related revisions [(1)] | **289** | (137) | (40) |
| Net organic reserves additions | **407** | 503 | 515 |
| Acquisition of proved reserves in place | **1** | — | 36 |
| Price-related revisions [(1)] | **(624)** | (1) | (23) |
| Total reserves additions and revisions | **(216)** | 502 | 528 |
| Sales in place | **(279)** | (124) | (12) |
| Production | **(306)** | (312) | (284) |
| December 31 | **2,057** | 2,858 | 2,792 |
| **Proved Developed Reserves** | | | |
| January 1 | **1,969** | 2,003 | 1,883 |
| December 31 | **1,632** | 1,969 | 2,003 |

[(1)]  Combined and reported as revisions of prior estimates in the Company's *Supplemental Information on Oil and Gas Exploration and Production Activities (Supplemental Information)* under Item 8 of this Form 10-K. Reserves related to infill-drilling additions are treated as positive revisions. Price-related revisions reflect the impact of current prices on the reserves balance at the beginning of 2015. Other non-price-related revisions are primarily a reflection of performance improvements coupled with the benefit of reduced year-end costs.

Proved reserves are estimated based on the average beginning-of-month prices during the 12-month period for the respective year. The average prices used to compute proved reserves at December 31, 2015, were $50.28 per barrel (Bbl) for oil, $2.59 per million British thermal units for gas, and $19.47 per Bbl for NGLs. Prices for oil, natural gas, and NGLs can fluctuate widely. If commodity prices remain below the average prices used to estimate 2015 proved reserves, the Company would expect additional negative price-related reserves revisions in 2016, which could be significant.

The Company's estimates of proved developed reserves, proved undeveloped reserves (PUDs), and total proved reserves at December 31, 2015, 2014, and 2013, and changes in proved reserves during the last three years are presented in the *Supplemental Information* under Item 8 of this Form 10-K. Also presented in the *Supplemental Information* are the Company's estimates of future net cash flows and discounted future net cash flows from proved reserves. See *Critical Accounting Estimates* under Item 7 of this Form 10-K for additional information on the Company's proved reserves.

The Company has not yet filed information with a federal authority or agency with respect to its estimated total proved reserves at December 31, 2015. Annually, Anadarko reports gross proved reserves for U.S.-operated properties to the U.S. Department of Energy. These reported reserves are derived from the same database used to estimate and report proved reserves in this Form 10-K.

14

CONFIDENTIAL                                                                                              APC-00227158

***Changes in PUDs*** Changes to PUDs during 2015 are summarized in the table below. Revisions of prior estimates reflect Anadarko's ongoing evaluation of its asset portfolio and include updates to prior PUDs, the addition of new PUDs associated with current development plans, the transfer of PUDs to unproved categories due to development plan changes, and the impact of changes in economic conditions, including changes in commodity prices. The Company's year-end development plans and associated PUDs are consistent with SEC guidelines for PUD development within five years unless specific circumstances warrant a longer development time horizon.

| *MMBOE* | |
|---|---:|
| PUDs at January 1, 2015 | **889** |
| Revisions of prior estimates | **(199)** |
| Extensions, discoveries, and other additions | **12** |
| Conversions to developed | **(236)** |
| Sales | **(41)** |
| PUDs at December 31, 2015 | **425** |

***Revisions*** In 2015, PUD reserves were revised downward by 199 MMBOE. Negative revisions of 419 MMBOE were due to the decline in commodity prices and include a reduction to NGLs reserves of 22 MMBOE associated with price-induced ethane rejection. The negative price-related revisions were partially offset by a net increase of 220 MMBOE driven by increases from improved economics associated with performance improvements coupled with reduced year-end costs, increases from successful infill drilling mainly in the Wattenberg area of the Rockies, and decreases primarily associated with updates to development plans to align with the current economic environment.

***Extensions, Discoveries, and Other Additions*** During 2015, Anadarko added 12 MMBOE of PUDs through the extension of proved acreage, primarily as a result of successful drilling in the Wolfcamp shale play in the Southern and Appalachia Region.

***Conversions*** In 2015, the Company converted 236 MMBOE of PUD reserves to developed status, equating to 36% of total year-end 2014 PUDs when adjusted for revisions and sales. Approximately 81% of PUD conversions occurred in U.S. onshore assets, 17% occurred in Gulf of Mexico assets, and the remaining 2% occurred in international assets.

In 2015, onshore development activity in the U.S. resulted in the conversion of 126 MMBOE in the Rockies, 61 MMBOE in the Southern and Appalachia Region, and 5 MMBOE in Alaska. An additional 40 MMBOE were converted in various Gulf of Mexico fields. The remaining PUD conversions in 2015 were associated with ongoing development of international assets.

Anadarko spent $2.4 billion to develop PUDs in 2015, of which approximately 75% related to U.S. onshore assets, 13% related to international assets, and 12% related to Gulf of Mexico assets.

***Sales*** In 2015, PUD reserves decreased by 41 MMBOE due to asset sales, primarily associated with the Company's divestiture activities in the Rockies.

***Development Plans*** The Company annually reviews all PUDs to ensure an appropriate plan for development exists. Typically, U.S. onshore PUDs are converted to developed reserves within five years of the initial proved reserves booking, but projects associated with arctic development, deepwater development, and international programs may take longer.

At December 31, 2015, the Company had 10 MMBOE of pre-2011 PUDs that remained undeveloped. Approximately two-thirds of these PUDs are associated with Gulf of Mexico opportunities that have been drilled and are scheduled for completion in 2016. The remaining pre-2011 PUDs are associated with the El Merk development project and are being developed according to an Algerian government-approved plan. Anadarko and its partners achieved initial oil production in 2013, and the El Merk facility reached maximum allowable oil production rates in 2014 when all of the fields were brought online and the facility became fully operational.

15

CONFIDENTIAL                                                                                      APC-00227159

***Technologies Used in Proved Reserves Estimation***  The Company's 2015 proved reserves additions were based on estimates generated through the integration of relevant geological, engineering, and production data, using technologies that have been demonstrated in the field to yield repeatable and consistent results as defined in the SEC regulations. Data used in these integrated assessments included information obtained directly from the subsurface through wellbores such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data used also included subsurface information obtained through indirect measurements such as seismic data. The tools used to interpret the data included proprietary and commercially available seismic processing software and commercially available reservoir modeling and simulation software. Reservoir parameters from analogous reservoirs were used to increase the quality of and confidence in the reserves estimates when available. The method or combination of methods used to estimate the reserves of each reservoir was based on the unique circumstances of each reservoir and the dataset available at the time of the estimate.

***Internal Controls over Reserves Estimation***  Anadarko's estimates of proved reserves and associated future net cash flows were made solely by the Company's engineers and are the responsibility of management. The Company requires that reserves estimates be made by qualified reserves estimators (QREs) as defined by the Society of Petroleum Engineers' standards. The QREs are assigned to specific assets within the Company's regions. The QREs interact with engineering, land, and geoscience personnel to obtain the necessary data for projecting future production, net cash flows, and ultimate recoverable reserves. Management within each region approves the QREs' reserves estimates. All QREs receive ongoing education on the fundamentals of SEC definitions and reserves reporting through the Company's reserves manual and internal training programs administered by the Corporate Reserves Group (CRG).

The CRG ensures confidence in the Company's reserves estimates by maintaining internal policies for estimating and recording reserves in compliance with applicable SEC definitions and guidance. Compliance with the SEC reserves guidelines is the primary responsibility of Anadarko's CRG.

The CRG is managed through the Company's finance department, which is separate from its operating regions, and is responsible for overseeing internal reserves reviews and approving the Company's reserves estimates. The Director—Reserves Administration and the Corporate Reserves Manager manage the CRG and report to the VP—Corporate Planning. The VP—Corporate Planning reports to the Company's Executive Vice President, Finance and Chief Financial Officer, who in turn reports to the Chairman, President, and Chief Executive Officer. The Governance and Risk Committee of the Company's Board meets with management, members of the CRG, and the Company's independent petroleum consultants, Miller and Lents, Ltd. (M&L), to discuss the results of procedures and methods reviews as discussed below as well as other matters and policies related to reserves.

The Company's principal engineer, who is primarily responsible for overseeing the preparation of proved reserves estimates, has over 29 years of experience in the oil and gas industry, including over 15 years as either a reserves estimator or manager. His further professional qualifications include a degree in petroleum engineering, extensive internal and external reserves training, and asset evaluation and management. The principal engineer is a member of the Society of Petroleum Evaluation Engineers and the Society of Petroleum Engineers, where he has been a member for over 29 years. In addition, he is an active participant in industry reserves seminars and professional industry groups.

***Third-Party Procedures and Methods Reviews***  M&L reviewed the procedures and methods used by Anadarko's staff in preparing the Company's estimates of proved reserves and future net cash flows at December 31, 2015. The purpose of the review was to determine if the procedures and methods used by Anadarko to estimate its proved reserves are effective and in accordance with the definitions contained in SEC regulations. The procedures and methods reviews by M&L were limited reviews of Anadarko's procedures and methods and do not constitute a complete review, audit, independent estimate, or confirmation of the reasonableness of Anadarko's estimates of proved reserves and future net cash flows.

The reviews covered 14 fields that included major assets in the United States and Africa and encompassed approximately 86% of the Company's estimates of proved reserves and associated future net cash flows at December 31, 2015. In each review, Anadarko's technical staff presented M&L with an overview of the data, methods, and assumptions used in estimating its reserves. The data presented included pertinent seismic information, geologic maps, well logs, production tests, material balance calculations, reservoir simulation models, well performance data, operating procedures, and relevant economic criteria.

16

APC-00227160

Index to Financial Statements

Management's intent in retaining M&L to review its procedures and methods is to provide objective third-party input on the Company's procedures and methods and to gather industry information applicable to reserves estimation and reporting processes.

## Sales Volumes, Prices, and Production Costs

The following provides the Company's annual sales volumes, average sales prices, and average production costs per BOE for each of the last three years:

| | Sales Volumes | | | | Average Sales Prices [1] | | | Average Production Costs [2] (Per BOE) |
|---|---|---|---|---|---|---|---|---|
| | Oil and Condensate (MMBbls) | Natural Gas (Bcf) | NGLs (MMBbls) | Barrels of Oil Equivalent (MMBOE) | Oil and Condensate (Per Bbl) | Natural Gas (Per Mcf) | NGLs (Per Bbl) | |
| **2015** | | | | | | | | |
| United States | | | | | | | | |
| Greater Natural Buttes | 1 | 126 | 4 | 26 | $ 38.23 | $ 2.00 | $ 14.84 | $ 10.70 |
| Wattenberg | 35 | 176 | 16 | 81 | 44.88 | 2.31 | 15.65 | 7.64 |
| Other United States | 49 | 550 | 25 | 165 | 45.19 | 2.45 | 18.33 | 8.51 |
| Total United States | 85 | 852 | 45 | 272 | 45.00 | 2.36 | 17.03 | 8.45 |
| International | 31 | — | 2 | 33 | 51.68 | — | 29.85 | 7.22 |
| Total | 116 | 852 | 47 | 305 | 46.79 | 2.36 | 17.61 | 8.31 |
| **2014** | | | | | | | | |
| United States | | | | | | | | |
| Greater Natural Buttes | 1 | 154 | 4 | 31 | $ 81.74 | $ 3.93 | $ 39.16 | $ 10.30 |
| Wattenberg | 27 | 125 | 13 | 62 | 87.76 | 4.19 | 36.46 | 7.55 |
| Other United States | 46 | 666 | 26 | 182 | 88.29 | 4.08 | 34.29 | 9.07 |
| Total United States | 74 | 945 | 43 | 275 | 87.99 | 4.07 | 35.48 | 8.87 |
| International | 32 | — | 1 | 33 | 99.79 | — | 56.16 | 8.22 |
| Total | 106 | 945 | 44 | 308 | 91.58 | 4.07 | 36.01 | 8.80 |
| **2013** | | | | | | | | |
| United States | | | | | | | | |
| Greater Natural Buttes | 1 | 168 | 4 | 33 | $ 87.46 | $ 3.12 | $ 41.79 | $ 9.59 |
| Wattenberg | 16 | 102 | 6 | 40 | 94.27 | 3.75 | 41.75 | 7.92 |
| Other United States | 41 | 698 | 23 | 179 | 98.38 | 3.56 | 36.14 | 8.64 |
| Total United States | 58 | 968 | 33 | 252 | 97.02 | 3.50 | 37.97 | 8.65 |
| International | 33 | — | — | 33 | 109.15 | — | — | 9.96 |
| Total | 91 | 968 | 33 | 285 | 101.41 | 3.50 | 37.97 | 8.80 |

Mcf—thousand cubic feet
Bbl—barrel
[1] Excludes the impact of commodity derivatives.
[2] Excludes ad valorem and severance taxes.

Production costs are costs to operate and maintain the Company's wells, related equipment, and supporting facilities, including the cost of labor, well service and repair, location maintenance, power and fuel, gathering, processing, transportation, other taxes, and production-related general and administrative costs. Additional information on volumes, prices, and production costs is contained in *Financial Results* under Item 7 of this Form 10-K. Additional detail regarding production costs is contained in the *Supplemental Information* under Item 8 of this Form 10-K. Information on major customers is contained in *Note 22—Segment Information* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

17

CONFIDENTIAL                                                                                    APC-00227161

## Delivery Commitments

The Company sells oil and natural gas under a variety of contractual agreements, some of which specify the delivery of fixed and determinable quantities. At December 31, 2015, Anadarko was contractually committed to deliver approximately 1,067 Bcf of natural gas to various customers in the United States through 2031. These contracts have various expiration dates, with approximately 33% of the Company's current commitment to be delivered in 2016 and 79% by 2020. At December 31, 2015, Anadarko also was contractually committed to deliver approximately 12 MMBbls of oil to ports in Algeria and Ghana through 2016. The Company expects to fulfill these delivery commitments with existing proved developed and proved undeveloped reserves.

## Properties and Leases

The following shows the developed lease, undeveloped lease, and fee mineral acres in which Anadarko held interests at December 31, 2015:

| *thousands of acres* | Developed Lease | | Undeveloped Lease | | Fee Mineral | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
| United States | | | | | | | | |
| Onshore | 4,451 | 2,947 | 3,482 | 1,472 | 10,235 | 8,529 | 18,168 | 12,948 |
| Offshore | 270 | 132 | 1,362 | 866 | — | — | 1,632 | 998 |
| Total United States | 4,721 | 3,079 | 4,844 | 2,338 | 10,235 | 8,529 | 19,800 | 13,946 |
| International | 499 | 113 | 46,691 | 34,259 | — | — | 47,190 | 34,372 |
| Total | 5,220 | 3,192 | 51,535 | 36,597 | 10,235 | 8,529 | 66,990 | 48,318 |

At December 31, 2015, the Company had approximately four million net undeveloped lease acres scheduled to expire by December 31, 2016, if the Company does not establish production or take any other action to extend the terms. The Company plans to continue the terms of many of these licenses and concession areas through operational or administrative actions and does not expect a significant portion of the Company's net acreage position to expire before such actions occur.

## Drilling Program

The Company's 2015 drilling program focused on proven and emerging liquids-rich basins in the United States (onshore and deepwater Gulf of Mexico) and various international locations. Exploration activity in 2015 consisted of 28 gross completed wells, which included 22 U.S. onshore wells, 5 international wells, and 1 Gulf of Mexico well. Development activity in 2015 consisted of 902 gross completed wells, which included 892 U.S. onshore wells, 8 international wells, and 2 Gulf of Mexico wells.

CONFIDENTIAL

APC-00227162

Index to Financial Statements

## Drilling Statistics

The following shows the number of oil and gas wells that completed drilling in each of the last three years:

|  | Net Exploratory | | | Net Development | | | Total |
|---|---|---|---|---|---|---|---|
|  | Productive | Dry Holes | Total | Productive | Dry Holes | Total | Total |
| **2015** | | | | | | | |
| United States | **16.0** | — | **16.0** | **573.1** | **13.8** | **586.9** | **602.9** |
| International | **2.4** | **0.4** | **2.8** | **1.8** | — | **1.8** | **4.6** |
| Total | **18.4** | **0.4** | **18.8** | **574.9** | **13.8** | **588.7** | **607.5** |
| **2014** | | | | | | | |
| United States | 35.6 | 1.6 | 37.2 | 811.4 | 6.0 | 817.4 | 854.6 |
| International | 0.9 | 4.5 | 5.4 | — | — | — | 5.4 |
| Total | 36.5 | 6.1 | 42.6 | 811.4 | 6.0 | 817.4 | 860.0 |
| **2013** | | | | | | | |
| United States | 62.9 | 1.4 | 64.3 | 879.3 | 3.3 | 882.6 | 946.9 |
| International | 0.2 | 3.5 | 3.7 | 5.4 | — | 5.4 | 9.1 |
| Total | 63.1 | 4.9 | 68.0 | 884.7 | 3.3 | 888.0 | 956.0 |

The following shows the number of wells in the process of drilling or in active completion stages and the number of wells suspended or waiting on completion at December 31, 2015:

|  | Wells in the process of drilling or in active completion | | Wells suspended or waiting on completion [1] | |
|---|---|---|---|---|
|  | Exploration | Development | Exploration | Development |
| **United States** | | | | |
| Gross | 2 | 24 | 63 | 848 |
| Net | 0.7 | 12.6 | 26.1 | 548.3 |
| **International** | | | | |
| Gross | — | — | 62 | 29 |
| Net | — | — | 18.5 | 6.2 |
| **Total** | | | | |
| Gross | 2 | 24 | 125 | 877 |
| Net | 0.7 | 12.6 | 44.6 | 554.5 |

[1]    Wells suspended or waiting on completion include exploration and development wells where drilling has occurred, but the wells are awaiting the completion of hydraulic fracturing or other completion activities or the resumption of drilling in the future.

19

CONFIDENTIAL                                                                        APC-00227163

## Productive Wells

At December 31, 2015, the Company's ownership interest in productive wells was as follows:

|  | Oil Wells [1] | Gas Wells [1] |
|---|---:|---:|
| **United States** | | |
| Gross | 3,898 | 20,518 |
| Net | 2,489.4 | 14,765.5 |
| **International** | | |
| Gross | 195 | 7 |
| Net | 34.5 | 1.7 |
| **Total** | | |
| Gross | 4,093 | 20,525 |
| Net | 2,523.9 | 14,767.2 |

[1] Includes wells containing multiple completions as follows:

|  | | |
|---|---:|---:|
| Gross | 217 | 2,703 |
| Net | 189.2 | 2,290.0 |

## MIDSTREAM PROPERTIES AND ACTIVITIES

Anadarko invests in and operates midstream (gathering, processing, treating, and transportation) assets to complement its operations in regions where the Company has oil and natural-gas production. Through ownership and operation of these facilities, the Company improves its ability to manage costs, controls the timing of bringing on new production, and enhances the value received for gathering, processing, treating, and transporting the Company's production. Anadarko's midstream business also provides services to third-party customers, including major and independent producers. Anadarko generates revenues from its midstream activities through a variety of contract structures, including fixed-fee, percent-of-proceeds, and keep-whole agreements. Anadarko's midstream activities include WES, a publicly traded consolidated subsidiary and limited partnership that acquires, owns, develops, and operates midstream assets. Western Gas Equity Partners, LP (WGP), a publicly traded consolidated subsidiary, is a limited partnership that owns interests in WES. At December 31, 2015, Anadarko's ownership interest in WGP consisted of an 87.3% limited partner interest and the entire non-economic general partner interest. At December 31, 2015, WGP's ownership interest in WES consisted of a 34.6% limited partner interest, the entire 1.8% general partner interest, and all of the WES incentive distribution rights. At December 31, 2015, Anadarko also owned an 8.5% limited partner interest in WES through other subsidiaries.

At the end of 2015, Anadarko had 40 gathering systems and 54 processing and treating plants located throughout major onshore producing basins in Wyoming, Colorado, Utah, New Mexico, Kansas, Oklahoma, Pennsylvania, and Texas. In 2015, the Company's midstream activity was concentrated in liquids-rich growth areas such as Wattenberg, the Delaware basin, and the Eagleford shale, as well as in the Marcellus shale dry-gas play. In 2016, the Company expects its midstream investment to focus on the Delaware basin to build infrastructure for future Wolfcamp development.

CONFIDENTIAL

APC-00227164

Index to Financial Statements

*Wattenberg*  The Company placed into service a second 300-MMcf/d train at its Lancaster cryogenic processing plant. The plant supports increasing production from horizontal drilling in the Niobrara development, helping to relieve processing constraints and improve recoveries of NGLs in the basin. Three new compressor stations were placed online in 2015, which increased compression capacity by 180 MMcf/d. In addition, the Company neared completion of its COSF and will commission the facility in early 2016. The COSF, capable of handling 125 MBbls/d, will increase oil recoveries, enhance efficiencies of tank batteries, lower operating expenses, and further reduce impacts on the environment. Construction of the Saddlehorn pipeline, in which Anadarko has a 20% equity ownership, began in 2015. In November 2015, Saddlehorn Pipeline Company, LLC combined with Grand Mesa to form a single pipeline project, which enhances economics by reducing capital requirements. The combined pipeline, with an initial capacity of 340 MBbls/d, is planned to deliver various grades of oil from the DJ basin to storage facilities in Cushing, Oklahoma and is expected to be operational by mid-2016. Saddlehorn Pipeline Company, LLC will own an initial 190 MBbls/d of capacity with sole expansion rights. Also, the Company elected to participate in an expansion of the White Cliffs oil pipeline to increase the total capacity from 152 MBbls/d to approximately 215 MBbls/d. The expansion will be executed in stages throughout the first half of 2016. Management believes that Anadarko is well-positioned with its oil and NGLs transportation capacity, which includes transport by pipeline, rail, and truck.

*Delaware Basin*  In 2015, the Company expanded its midstream infrastructure for Bone Spring, Wolfcamp, and Avalon production in the Delaware basin of West Texas, installing a total of 177 miles of oil and gas gathering lines. Three central production facility expansions were completed in early 2015 that added 30 MBbls/d of capacity. In addition, four new central gathering facilities (CGFs) were installed and two existing CGFs were expanded to add a total of 110 MMcf/d of compression capacity. Additional CGFs within the field are planned for 2016. In 2014, the Company entered into a joint-venture agreement with a third-party operator to construct the Mi Vida plant, a 200-MMcf/d cryogenic plant located in Loving County, Texas. The Mi Vida plant came online in May 2015 and is processing in excess of 200 MMcf/d.

In November 2014, WES acquired Nuevo Midstream, LLC (Nuevo). Following the acquisition, WES changed the name of Nuevo to Delaware Basin Midstream, LLC (DBM). The DBM assets acquired by WES continue to be upgraded and enhanced to meet the producer gathering and processing needs in the region. The assets include a 300-MMcf/d cryogenic gas-processing plant. In December 2015, there was an initial fire and secondary explosion at the processing facility within the DBM complex. There were no serious injuries and the majority of damage from the incident was to the liquid-handling facilities and the amine-treating units at the inlet of the complex. Train II (with capacity of 100 MMcf/d) sustained the most damage of the processing trains and is expected to be returned to service by the end of 2016. Train III (with capacity of 200 MMcf/d) experienced minimal damage and is expected to be able to accept limited deliveries of gas by the end of the first quarter of 2016, and it is expected to return to full service by the end of the second quarter of 2016, along with new liquid-handling and amine-treating facilities. There was no damage to Trains IV and V (each with a capacity of 200 MMcf/d), which were under construction at the time of the incident. Train IV is expected to come online during the first half of 2016 and Train V is expected to come online during the second half of 2016. WES has a property damage insurance policy designed to cover costs to repair or rebuild damaged assets (less a minimal deductible), and business interruption insurance designed to cover lost earnings after January 2, 2016. Insurance claims are in process under both of these policies.

*Greater Natural Buttes*  The Chipeta plant's total processing capacity (cryogenic and refrigeration) is approximately 1 Bcf/d with cryogenic processing capacity of 550 MMcf/d. Chipeta's third-party pipeline interconnect has added over 100 MMcf/d of natural-gas supply to the plant. In 2015, the Company continued to implement optimization projects to improve reliability and efficiency.

*Eagleford*  In the Eagleford shale, Anadarko continued the expansion of its infield gathering system with the completion of approximately 20 miles of gathering pipelines and laterals that connected 16 new central production facilities. The 200-MMcf/d operated Brasada natural-gas cryogenic processing plant continued steady operations at capacity.

21

APC-00227165

*East Texas/North Louisiana* In East Texas, the Company continued to expand its midstream infrastructure for Cotton Valley Taylor and Haynesville production in 2015. The high-pressure Haynesville gathering system and related water and condensate infrastructure were expanded in the Carthage area to handle the continued growth associated with the Haynesville natural-gas production. Additionally, Anadarko retained access to 420 MMcf/d of firm-processing capacity for the Company's current and future development in East Texas.

*Marcellus* In the Marcellus shale, Anadarko continued to expand its gathering system in Lycoming and Bradford Counties in Pennsylvania. In 2015, the Company connected 2 Anadarko-operated wells and 25 nonoperated wells and constructed 42 miles of new pipeline. The Company commissioned three compressor stations in Lycoming County, which allowed an incremental 127 MMcf/d of low-pressure gathering.

The following provides information regarding the Company's midstream assets by geographic regions:

| Area | Asset Type | Miles of Gathering Pipelines | Total Horsepower | 2015 Average Net Throughput (MMcf/d) |
|---|---|---|---|---|
| Rocky Mountains | Gathering, processing, and treating | 11,100 | 779,400 | 3,200 |
| Southern and Appalachia | Gathering, processing, and treating | 6,600 | 724,000 | 2,400 |
| Total | | 17,700 | 1,503,400 | 5,600 |

## MARKETING ACTIVITIES

The Company's marketing segment actively manages Anadarko's worldwide oil, condensate, natural-gas, and NGLs sales as well as the Company's anticipated LNG sales. In marketing its production, the Company attempts to minimize market-related shut-ins, maximize realized prices, and manage credit-risk exposure. The Company's sales of oil, condensate, natural gas, and NGLs are generally made at market prices at the time of sale. The Company also purchases oil, condensate, natural gas, and NGLs from third parties, primarily near Anadarko's production areas, to aggregate volumes so the Company is positioned to fully use its transportation, storage, and fractionation capacity; facilitate efforts to maximize prices received; and minimize balancing issues with customers and pipelines during operational disruptions.

The Company sells its products under a variety of contract structures, including indexed, fixed-price, and cost-escalation-based agreements. The Company also engages in limited trading activities for the purpose of generating profits from exposure to changes in market prices of oil, condensate, natural gas, and NGLs. The Company does not engage in market-making practices and limits its marketing activities to oil, natural-gas, NGLs, and LNG commodity contracts. The Company's marketing-risk position is typically a net short position (reflecting agreements to sell oil, natural gas, and NGLs in the future for specific prices) that is offset by the Company's natural long position as a producer (reflecting ownership of underlying oil and natural-gas reserves). See *Commodity-Price Risk* under Item 7A of this Form 10-K.

**Oil, Condensate, and NGLs** Anadarko's oil, condensate, and NGLs revenues are derived from production in the United States, Algeria, and Ghana. Most of the Company's U.S. oil, condensate, and NGLs production is sold under contracts with prices based on market indices, adjusted for location, quality, and transportation. Product from Algeria is sold by tanker as Saharan Blend, condensate, refrigerated propane, and refrigerated butane to customers primarily in the Mediterranean area. Saharan Blend is high-quality crude that provides refiners large quantities of premium products such as gasoline, diesel, and jet fuel. Oil from Ghana is sold by tanker as Jubilee Oil to customers around the world. Jubilee Oil is high-quality crude that provides refiners large quantities of premium products such as gasoline, diesel, and jet fuel.

22

APC-00227166

**Natural Gas** Anadarko markets its natural-gas production to maximize value and to reduce the inherent risks of physical commodity markets. Anadarko's marketing segment offers supply-assurance and limited risk-management services at competitive prices as well as other services that are tailored to its customers' needs. The Company may also receive a service fee related to the level of reliability and service required by the customer. The Company controls natural-gas firm-transportation capacity that ensures access to downstream markets, which enables the Company to maximize its natural-gas production. This transportation capacity also provides the opportunity to capture incremental value when price differentials between physical locations exist. The Company stores natural gas in contracted storage facilities to minimize operational disruptions to its ongoing operations and to take advantage of seasonal price differentials. Normally, the Company will have forward contracts in place (physical delivery or financial derivative instruments) to sell stored natural gas at a fixed price.

## COMPETITION

The oil and gas business is highly competitive in the exploration for and acquisition of reserves and in the gathering and marketing of oil and gas production. The Company's competitors include national oil companies, major integrated oil and gas companies, independent oil and gas companies, individual producers, gas marketers, and major pipeline companies as well as participants in other industries supplying energy and fuel to consumers.

## SEGMENT INFORMATION

For additional information on operations by segment, see *Note 22—Segment Information* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K and for additional information on risk associated with international operations, see *Risk Factors* under Item 1A of this Form 10-K.

## EMPLOYEES

The Company had approximately 5,800 employees at December 31, 2015.

## REGULATORY AND ENVIRONMENTAL MATTERS

### Environmental and Occupational Health and Safety Regulations

Anadarko's business operations are subject to numerous international, provincial, federal, regional, state, tribal, local, and foreign environmental and occupational health and safety laws and regulations. The more significant of these existing environmental and occupational health and safety laws and regulations include the following U.S. laws and regulations, as amended from time to time:

- the U.S. Clean Air Act, which restricts the emission of air pollutants from many sources, imposes various pre-construction, monitoring, and reporting requirements, which the Environmental Protection Agency has relied upon as authority for adopting climate change regulatory initiatives
- the U.S. Federal Water Pollution Control Act, also known as the federal Clean Water Act (CWA), which regulates discharges of pollutants from facilities to state and federal waters and establishes the extent to which waterways are subject to federal jurisdiction and rulemaking as protected waters of the United States
- the U.S. Oil Pollution Act of 1990 (OPA), which subjects owners and operators of vessels, onshore facilities, and pipelines, as well as lessees or permittees of areas in which offshore facilities are located, to liability for removal costs and damages arising from an oil spill in waters of the United States
- U.S. Department of the Interior regulations, which relate to offshore oil and natural-gas operations in U.S. waters and impose obligations for establishing financial assurances for decommissioning activities, liabilities for pollution cleanup costs resulting from operations, and potential liabilities for pollution damages
- the Comprehensive Environmental Response, Compensation and Liability Act of 1980, which imposes liability on generators, transporters, and arrangers of hazardous substances at sites where hazardous substance releases have occurred or are threatening to occur

23

APC-00227167

Index to Financial Statements

- the U.S. Resource Conservation and Recovery Act, which governs the generation, treatment, storage, transport, and disposal of solid wastes, including hazardous wastes

- the U.S. Safe Drinking Water Act, which ensures the quality of the nation's public drinking water through adoption of drinking water standards and controlling the injection of waste fluids into below-ground formations that may adversely affect drinking water sources

- the U.S. Emergency Planning and Community Right-to-Know Act, which requires facilities to implement a safety hazard communication program and disseminate information to employees, local emergency planning committees, and response departments on toxic chemical uses and inventories

- the U.S. Occupational Safety and Health Act, which establishes workplace standards for the protection of the health and safety of employees, including the implementation of hazard communications programs designed to inform employees about hazardous substances in the workplace, potential harmful effects of these substances, and appropriate control measures

- the Endangered Species Act, which restricts activities that may affect federally identified endangered and threatened species or their habitats through the implementation of operating restrictions or a temporary, seasonal, or permanent ban in affected areas

- the National Environmental Policy Act, which requires federal agencies, including the Department of the Interior, to evaluate major agency actions having the potential to impact the environment and that may require the preparation of environmental assessments and more detailed environmental impact statements that may be made available for public review and comment

These U.S. laws and regulations, as well as state counterparts, generally restrict the level of pollutants emitted to ambient air, discharges to surface water, and disposals or other releases to surface and below-ground soils and ground water. Failure to comply with these laws and regulations may result in the assessment of sanctions, including administrative, civil, and criminal penalties; the imposition of investigatory, remedial, and corrective action obligations or the incurrence of capital expenditures; the occurrence of delays in the permitting, development or expansion of projects; and the issuance of injunctions restricting or prohibiting some or all of the Company's activities in a particular area. See *Risk Factors* under Item 1A of this Form 10-K for further discussion on hydraulic fracturing; proposed well control rule for the Outer Continental Shelf; ozone standards; climate change, including methane or other greenhouse gas emissions; and other regulations relating to environmental protection. The ultimate financial impact arising from environmental laws and regulations is neither clearly known nor determinable as new standards, such as air emission standards and water quality standards, continue to evolve.

Many states where the Company operates also have, or are developing, similar environmental laws and regulations governing many of these same types of activities. In addition, many foreign countries where the Company is conducting business also have, or may be developing, regulatory initiatives or analogous controls that regulate Anadarko's environmental-related activities. While the legal requirements imposed under state or foreign law may be similar in form to U.S. laws and regulations, in some cases the actual implementation of these requirements may impose additional, or more stringent, conditions or controls that can significantly alter or delay the permitting, development or expansion of a project or substantially increase the cost of doing business. In addition, environmental laws and regulations, including new or amended legal requirements that may arise in the future to address potential environmental concerns such as air and water impacts, are expected to continue to have an increasing impact on the Company's operations.

The Company has reviewed its potential responsibilities under both OPA and CWA as they relate to the Deepwater Horizon events. In December 2010, the U.S. Department of Justice on behalf of the United States, filed a civil lawsuit in the Louisiana District Court against several parties, including the Company, seeking an assessment of civil penalties under the CWA in an amount to be determined by the U.S. District Court in New Orleans, Louisiana (Louisiana District Court). After previously finding that Anadarko, as a nonoperating investor in the Macondo well, was not culpable with respect to the Deepwater Horizon events, the Louisiana District Court found Anadarko liable for civil penalties under the CWA as a working-interest owner in the Macondo well and entered a judgment of $159.5 million in December 2015. For additional information regarding the Company's potential responsibilities under OPA, the CWA, or other legal requirements, see *Note 15—Contingencies—Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

24

CONFIDENTIAL

APC-00227168

The Company has incurred and will continue to incur operating and capital expenditures, some of which may be material, to comply with environmental and occupational health and safety laws and regulations. Although the Company is not fully insured against all environmental and occupational health and safety risks, and the Company's insurance does not cover any penalties or fines that may be issued by a governmental authority, it maintains insurance coverage that it believes is sufficient based on the Company's assessment of insurable risks and consistent with insurance coverage held by other similarly situated industry participants. Nevertheless, it is possible that other developments, such as stricter and more comprehensive environmental and occupational health and safety laws and regulations as well as claims for damages to property or persons resulting from the Company's operations, could result in substantial costs and liabilities, including administrative, civil, and criminal penalties, to Anadarko.

The Company believes that it is in material compliance with existing environmental and occupational health and safety regulations. Further, the Company believes that the cost of maintaining compliance with these existing laws and regulations will not have a material adverse effect on its business, financial condition, results of operations, or cash flows, but new or more stringently applied existing laws and regulations could increase the cost of doing business, and such increases could be material.

**Oil Spill-Response Plan**

Domestically, the Company is subject to compliance with the federal Bureau of Safety and Environmental Enforcement (BSEE) regulations, which, among other standards, require every owner or operator of a U.S. offshore lease to prepare and submit for approval an oil spill-response plan prior to conducting any offshore operations. The submitted plan is required to provide a detailed description of actions to be taken in the event of a spill; identify contracted spill-response equipment, materials, and trained personnel; and stipulate the time necessary to deploy identified resources in the event of a spill. The BSEE regulations may be amended, resulting in more stringent requirements as changes to the amount and type of spill-response resources to which an owner or operator must maintain ready access. Accordingly, resources available to the Company may change to satisfy any new regulatory requirements or to adapt to changes in the Company's operations.

Anadarko has in place and maintains both Regional (Central and Western Gulf of Mexico) and Sub-Regional (Eastern Gulf of Mexico) Oil Spill-Response Plans (Plans) for the Company's Gulf of Mexico operations. The Plans set forth procedures for a rapid and effective response to spill events that may occur as a result of Anadarko's operations. The Plans are reviewed by the Company at least annually and updated as necessary. Drills are conducted by the Company at least annually to test the effectiveness of the Plans and include the participation of spill-response contractors, representatives of Clean Gulf Associates (CGA, a not-for-profit association of production and pipeline companies operating in the Gulf of Mexico contractually engaged by the Company for such matters), and representatives of relevant governmental agencies. The Plans and any revisions to the Plans must be approved by the BSEE.

As part of the Company's oil spill-response preparedness, and as set forth in the Plans, Anadarko maintains membership in CGA and has an employee representative on the executive committee of CGA. CGA was created to provide a means of effectively staging response equipment and to provide effective spill-response capability for its member companies operating in the Gulf of Mexico. CGA equipment includes, among other things, skimming vessels, barges, boom, and dispersants. CGA has executed a support contract with T&T Marine to coordinate bareboat charters and to provide for expanded response support. T&T Marine is responsible for inspecting, maintaining, storing, and staging CGA equipment. T&T Marine has positioned CGA's equipment and materials in a ready state at various staging areas around the Gulf of Mexico. T&T Marine has service contracts in place with domestic environmental contractors as well as with other companies that provide for support services during the execution of spill-response activities.

Anadarko is also a member of the Marine Preservation Association, which provides full access to the Marine Spill Response Corporation (MSRC) cooperative. In the event of a spill, MSRC stands ready to mobilize all of its equipment and materials. MSRC has a fleet of dedicated Responder Class Oil Spill-Response Vessels (OSRVs), designed and built to recover spilled oil.

MSRC has equipment housed for the Atlantic Region, the Gulf of Mexico Region, the California Region, and the Pacific Northwest Region. Their equipment includes, among other things, skimmers, OSRVs, fast response vessels, barges, storage bladders, work boats, ocean boom, and dispersant.

25

CONFIDENTIAL                                                                                      APC-00227169

The Company has also entered into a contractual commitment to access subsea intervention, containment, capture, and shut-in capacity for deepwater exploration wells. Marine Well Containment Company (MWCC) is open to oil and gas operators in the Gulf of Mexico and provides members access to oil spill-response equipment and services on a per-well fee basis. Anadarko has an employee representative on the executive committee of MWCC, and this employee currently serves as its Chair. MWCC members have access to a containment system that is planned for use in deepwater depths of up to 10,000 feet with containment capacity of 100 MBbls/d of liquids and flare capability for 200 MMcf/d of natural gas.

Anadarko retains geospatial and satellite imagery services through the MDA Corporation (MDA) to provide coverage over the Company's Gulf of Mexico operations. MDA owns and maintains two radar satellites, which provide all-weather surveillance and imagery available to assist in identifying areas of concern on the surface waters of the Gulf of Mexico. The Company has agreements with Waste Management, Inc. and Clean Harbors to assist in the proper disposal of contaminated and hazardous waste soil and debris. In addition, Anadarko has agreements with HDR Engineering, Inc. for assistance with subsea dispersant applications. The Company also has agreements with TDI-Brooks International for its scientific research vessels to properly monitor the effectiveness of the dispersant application and the health of the ecosystem. The Company also has agreements with Scientific and Environmental Associates, Inc. (SEA) for assistance with surface dispersant applications. SEA is a scientific support consulting firm providing expertise in surface-dispersion applications and efficacy monitoring.

Anadarko has emergency and oil spill-response plans in place for each of its exploration and operational activities around the globe. Each plan is intended to satisfy the requirements of relevant local or national authorities, describes the actions the Company is expected to take in the event of an incident, includes drills conducted by the Company at least annually, and includes reference to external resources that may become necessary in the event of an incident. Included in these external resources is the Company's contract with Oil Spill Response Limited (OSRL), a global emergency and oil spill-response organization headquartered in London.

OSRL has an aircraft available for dispersant application or equipment transport. OSRL also has a number of active recovery boom systems and a range of booms that can be used for offshore, nearshore, or shoreline responses. In addition, OSRL provides, among other things, a range of communications equipment, safety equipment, transfer pumps, dispersant application systems, temporary storage equipment, power packs and generators, small inflatable vessels, rigid inflatable boats, work boats, and fast response vessels. OSRL also has a wide range of oiled wildlife equipment in conjunction with the Sea Alarm Foundation.

In addition to Anadarko's membership in or access to CGA, MSRC, OSRL, and MWCC, the Company participates in industry-wide task forces, which are currently studying improvements in both gaining access to and controlling blowouts in subsea environments. Two such task forces are the Subsea Well Control and Containment Task Force and the Oil Spill Task Force.

## TITLE TO PROPERTIES

As is customary in the oil and gas industry, a preliminary title review is conducted at the time properties believed to be suitable for drilling operations are acquired by the Company. Prior to the commencement of drilling operations, thorough title examinations of the drill site tracts are conducted by third-party attorneys, and curative work is performed with respect to significant defects, if any, before proceeding with operations. Anadarko believes the title to its leasehold properties is good, defensible, and customary with practices in the oil and gas industry, subject to such exceptions that, in the opinion of legal counsel for the Company, do not materially detract from the use of such properties.

Leasehold properties owned by the Company are subject to royalty, overriding royalty, and other outstanding interests customary in the industry. The properties may be subject to burdens such as liens incident to operating agreements, current taxes, development obligations under oil and gas leases and other encumbrances, easements, and restrictions. Anadarko does not believe any of these burdens will materially interfere with its use of these properties.

26

CONFIDENTIAL

APC-00227170

Index to Financial Statements

**EXECUTIVE OFFICERS OF THE REGISTRANT**

| Name | Age at January 31, 2016 | Position |
|---|---|---|
| R. A. Walker | 58 | Chairman, President and Chief Executive Officer |
| Robert P. Daniels | 57 | Executive Vice President, International and Deepwater Exploration |
| Robert G. Gwin | 52 | Executive Vice President, Finance and Chief Financial Officer |
| Darrell E. Hollek | 58 | Executive Vice President, U.S. Onshore Exploration and Production |
| Mitchell W. Ingram | 53 | Executive Vice President, Global LNG |
| James J. Kleckner | 58 | Executive Vice President, International and Deepwater Operations |
| Robert K. Reeves | 58 | Executive Vice President, Law and Chief Administrative Officer |
| Christopher O. Champion | 46 | Vice President, Chief Accounting Officer and Controller |

Mr. Walker was named Chairman of the Board of the Company in May 2013, in addition to the role of Chief Executive Officer and director, both of which he assumed in May 2012, and the role of President, which he assumed in February 2010. He previously served as Chief Operating Officer from March 2009 until his appointment as Chief Executive Officer. He served as Senior Vice President, Finance and Chief Financial Officer from September 2005 until March 2009. From August 2007 until March 2013, he served as director of Western Gas Holdings, LLC (WGH), the general partner of WES, and served as its Chairman of the Board from August 2007 to September 2009. Mr. Walker served as a director of Western Gas Equity Holdings, LLC (WGEH), the general partner of WGP, from September 2012 until March 2013. Mr. Walker served as a director of Temple-Inland Inc. from November 2008 to February 2012 and a director of CenterPoint Energy, Inc. from April 2010 to April 2015, and has served as a director of BOK Financial Corporation since April 2013.

Mr. Daniels was named Executive Vice President, International and Deepwater Exploration in May 2013 and previously served as Senior Vice President, International and Deepwater Exploration since July 2012. Prior to these positions, he served as Senior Vice President, Worldwide Exploration since December 2006 and served as Senior Vice President, Exploration and Production since May 2004. Prior to that position, he served as Vice President, Canada since July 2001. Mr. Daniels also served in various managerial roles in the Exploration Department for Anadarko Algeria Company, LLC. He has worked for the Company since 1985.

Mr. Gwin was named Executive Vice President, Finance and Chief Financial Officer in May 2013 and previously served as Senior Vice President, Finance and Chief Financial Officer since March 2009 and Senior Vice President since March 2008. He also has served as Chairman of the Board of WGH since October 2009 and as a director since August 2007. Additionally, Mr. Gwin has served as Chairman of the Board of WGEH since September 2012, and served as President of WGH from August 2007 to September 2009 and as Chief Executive Officer of WGH from August 2007 to January 2010. He joined Anadarko in January 2006 as Vice President, Finance and Treasurer and served in that capacity until March 2008. He has served as Chairman of the Board of LyondellBasell Industries N.V. since August 2013 and as a director since May 2011.

Mr. Hollek was named Executive Vice President, U.S. Onshore Exploration and Production in April 2015. Prior to this position, he served as Senior Vice President, Deepwater Americas Operations since May 2013. Prior to this position, he served as Vice President, Operations since May 2007. Mr. Hollek joined Anadarko upon the acquisition of Kerr-McGee Corporation in August 2006. He has held positions of increasing responsibility with Anadarko and Kerr-McGee Corporation, where he began his career, including management roles in the Gulf of Mexico; U.S. onshore; and Environmental, Health, Safety and Regulatory. Mr. Hollek has served as a director of WGH and WGEH since May 2015.

27

CONFIDENTIAL                                                                                                APC-00227171

Table of Contents

Index to Financial Statements

Mr. Ingram was named Executive Vice President, Global LNG in November 2015. Prior to joining Anadarko, Mr. Ingram was with BG Group since 2006, where he served as a member of the Executive Committee in the role of Executive Vice President—Technical since March 2015. Previously, he held positions of increasing responsibility with the company's LNG project in Queensland, Australia, where he served as Managing Director of QGC, a BG Group business, since April 2014, Deputy Managing Director since September 2013, and Project Director of the Queensland Curtis LNG project since May 2012. From 2006 to May 2012, Mr. Ingram was Asset General Manager of BG Group's Karachaganak interest in Kazakhstan. He joined BG Group after 20 years with Occidental Oil & Gas where he held several U.K. and international leadership positions in project management, development, and operations.

Mr. Kleckner was named Executive Vice President, International and Deepwater Operations in May 2013. Prior to this position, he served as Vice President, Operations for the Rockies region since May 2007. Mr. Kleckner joined Anadarko upon the acquisition of Kerr-McGee Corporation in August 2006. He has held positions of increasing responsibility with Anadarko and Kerr-McGee Corporation, including management roles in the North Sea, South America, China, the Gulf of Mexico, and U.S. onshore. Prior to joining Kerr-McGee Corporation, Mr. Kleckner was in the oil and natural-gas industry with Oryx Energy Company and its predecessor, Sun Oil Company.

Mr. Reeves was named Executive Vice President, Law and Chief Administrative Officer in September 2015 and previously served as Executive Vice President, General Counsel and Chief Administrative Officer since May 2013 and as Senior Vice President, General Counsel and Chief Administrative Officer since February 2007. He also served as Chief Compliance Officer from July 2012 to May 2013. He served as Corporate Secretary from February 2007 to August 2008. He previously served as Senior Vice President, Corporate Affairs & Law and Chief Governance Officer since 2004. Prior to joining Anadarko, he served as Executive Vice President, Administration and General Counsel of North Sea New Ventures from 2003 to 2004 and as Executive Vice President, General Counsel and Secretary of Ocean Energy, Inc. and its predecessor companies from 1997 to 2003. He has served as a director of Key Energy Services, Inc., a publicly traded oilfield services company, since October 2007, as a director of WGH since August 2007, and as a director of WGEH since September 2012.

Mr. Champion was named Vice President, Chief Accounting Officer and Controller in June 2015. Prior to joining Anadarko, Mr. Champion was an Audit Partner with KPMG LLP since October 2003 and served as KPMG's National Audit Leader for Oil and Natural Gas since 2008. He began his career at Arthur Andersen LLP in 1992 before joining KPMG LLP in 2002 as a senior audit manager.

Officers of Anadarko are elected each year at the first meeting of the Board following the annual meeting of stockholders, the next of which is expected to occur on May 10, 2016, and hold office until their successors are duly elected and qualified. There are no family relationships between any directors or executive officers of Anadarko.

28

CONFIDENTIAL

APC-00227172

**Item 1A.  Risk Factors**

## CAUTIONARY STATEMENT ABOUT FORWARD-LOOKING STATEMENTS

*Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. The Company has made in this Form 10-K, and may from time to time make in other public filings, press releases, and management discussions, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, concerning the Company's operations, economic performance, and financial condition. These forward-looking statements include, among other things, information concerning future production and reserves, schedules, plans, timing of development, contributions from oil and gas properties, marketing and midstream activities, and also include those statements preceded by, followed by, or that otherwise include the words "may," "could," "believes," "expects," "anticipates," "intends," "estimates," "projects," "target," "goal," "plans," "objective," "should," "would," "will," "potential," "continue," "forecast," "future," "likely," "outlook," or similar expressions or variations on such expressions. For such statements, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will be realized. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements whether as a result of new information, future events, or otherwise.*

*These forward-looking statements involve risk and uncertainties. Important factors that could cause actual results to differ materially from the Company's expectations include, but are not limited to, the following risks and uncertainties:*

- *the Company's assumptions about energy markets*

- *production and sales volume levels*

- *levels of oil, natural-gas, and natural-gas liquids (NGLs) reserves*

- *operating results*

- *competitive conditions*

- *technology*

- *availability of capital resources, levels of capital expenditures, and other contractual obligations*

- *supply and demand for, the price of, and the commercialization and transporting of oil, natural gas, NGLs, and other products or services*

- *volatility in the commodity-futures market*

- *weather*

- *inflation*

- *availability of goods and services, including unexpected changes in costs*

- *drilling risks*

- *processing volumes and pipeline throughput*

- *general economic conditions, nationally, internationally, or in the jurisdictions in which the Company is, or in the future may be, doing business*

- *the Company's inability to timely obtain or maintain permits or other governmental approvals, including those necessary for drilling and/or development projects*

- *legislative or regulatory changes, including changes relating to hydraulic fracturing; retroactive royalty or production tax regimes; deepwater drilling and permitting regulations; derivatives reform; changes in state, federal, and foreign income taxes; environmental regulation; environmental risks; and liability under federal, state, foreign, and local environmental laws and regulations*

29

Index to Financial Statements

- *the ability of BP Exploration & Production Inc. (BP) to meet its indemnification obligations to the Company for Deepwater Horizon events, including, among other things, damage claims arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and associated damage-assessment costs, and any claims arising under the Operating Agreement (OA) for the Macondo well, as well as the ability of BP Corporation North America Inc. (BPCNA) and BP p.l.c. to satisfy their guarantees of such indemnification obligations*

- *civil or political unrest or acts of terrorism in a region or country*

- *the creditworthiness and performance of the Company's counterparties, including financial institutions, operating partners, and other parties*

- *volatility in the securities, capital, or credit markets and related risks such as general credit, liquidity, and interest-rate risk*

- *the Company's ability to successfully monetize select assets, repay or refinance its debt, and the impact of changes in the Company's credit ratings*

- *disruptions in international oil, NGLs, and condensate cargo shipping activities*

- *physical, digital, internal, and external security breaches*

- *supply and demand, technological, political, governmental, and commercial conditions associated with long-term development and production projects in domestic and international locations*

- *other factors discussed below and elsewhere in this Form 10-K, and in the Company's other public filings, press releases, and discussions with Company management*

## RISK FACTORS

*Oil, natural-gas, and NGLs price volatility, including the recent decline in the price for these commodities, could adversely affect our financial condition and results of operations.*

Prices for oil, natural gas, and NGLs can fluctuate widely. For example, New York Mercantile Exchange (NYMEX) West Texas Intermediate oil prices have been volatile and ranged from a high of $107.26 per barrel in June 2014 to a low of $26.21 per barrel in February 2016. Also, NYMEX Henry Hub natural-gas prices have been volatile and ranged from a high of $6.15 per million British thermal units (MMBtu) in February 2014 to a low of $1.76 per MMBtu in December 2015. The duration and magnitude of the decline in oil and natural-gas prices cannot be predicted. Our revenues, operating results, cash flows from operations, capital budget, and future growth rates are highly dependent on the prices we receive for our oil, natural gas, and NGLs. The markets for oil, natural gas, and NGLs have been volatile historically and may continue to be volatile in the future. Factors influencing the prices of oil, natural gas, and NGLs are beyond our control. These factors include, but are not limited to, the following:

- the domestic and worldwide supply of, and demand for, oil, natural gas, and NGLs

- volatility and trading patterns in the commodity-futures markets

- the cost of exploring for, developing, producing, transporting, and marketing oil, natural gas, and NGLs

- the level of global oil and natural-gas inventories

- weather conditions

- the level of U.S. exports of oil, condensate, liquefied natural gas, or NGLs

- the ability of the members of the Organization of the Petroleum Exporting Countries (OPEC) and other producing nations to agree to and maintain production levels

- the worldwide military and political environment, civil and political unrest in Africa and the Middle East, uncertainty or instability resulting from the escalation or additional outbreak of armed hostilities, or acts of terrorism in the United States or elsewhere

- the effect of worldwide energy conservation and environmental protection efforts

30

CONFIDENTIAL

APC-00227174

Index to Financial Statements

- the price and availability of alternative and competing fuels
- the level of foreign imports of oil, natural gas, and NGLs
- domestic and foreign governmental laws, regulations, and taxes
- the proximity to, and capacity of, natural-gas pipelines and other transportation facilities
- general economic conditions worldwide

The long-term effect of these and other factors on the prices of oil, natural gas, and NGLs is uncertain. Prolonged or further declines in these commodity prices may have the following effects on our business:

- adversely affecting our financial condition, liquidity, ability to finance planned capital expenditures, and results of operations
- reducing the amount of oil, natural gas, and NGLs that we can produce economically
- causing us to delay or postpone some of our capital projects
- reducing our revenues, operating income, or cash flows
- reducing the amounts of our estimated proved oil, natural-gas, and NGLs reserves
- reducing the carrying value of our oil, natural-gas, and midstream properties due to recognizing additional impairments of proved properties, unproved properties, exploration assets, and midstream facilities
- reducing the standardized measure of discounted future net cash flows relating to oil, natural-gas, and NGLs reserves
- limiting our access to, or increasing the cost of, sources of capital such as equity and long-term debt

31

APC-00227175

Index to Financial Statements

*A downgrade in our credit rating could negatively impact our cost of and ability to access capital.*

As of December 31, 2015, our long-term debt was rated "BBB" with a stable outlook by both Standard and Poor's (S&P) and Fitch Ratings (Fitch), and our commercial paper program was rated "A-2" by S&P and "F2" by Fitch. Our long-term debt was rated "Baa2" with a stable outlook and our commercial paper program was rated "P2" by Moody's Investors Service (Moody's) until December 16, 2015, when Moody's announced that it had placed both ratings under review for downgrade along with the ratings of 28 other U.S. exploration and production companies and their related subsidiaries. In February 2016, S&P affirmed our "BBB" rating and changed the outlook from stable to negative. As of the time of filing this Form 10-K, neither Fitch nor Moody's had announced any change to our credit ratings; however, we cannot be assured that our credit ratings will not be downgraded. Any downgrade in our credit ratings could negatively impact our cost of capital, and a downgrade to a level that is below investment grade could also adversely affect our ability to effectively execute aspects of our strategy or to raise debt in the public debt markets.

In the event of a downgrade in our credit rating to a level that is below investment grade, we may be required to post collateral in the form of letters of credit or cash as financial assurance of our performance under certain contractual arrangements such as pipeline transportation contracts and oil and gas sales contracts. At December 31, 2015, there were no letters of credit or cash provided as assurance of our performance under these type of contractual arrangements with respect to credit-risk-related contingent features. If our credit ratings had been downgraded to a level below investment grade as of December 31, 2015, the collateral required to be posted under these arrangements would have been $460 million. Additionally, certain of these arrangements contain financial assurances language that may, under certain circumstances, permit our counterparties to request additional collateral.

Furthermore, in the event of a downgrade to a level that is below investment grade, the credit thresholds with our derivative counterparties may be reduced or, in certain cases, eliminated, which may require the posting of additional collateral in the form of letters of credit or cash. The aggregate fair value of all derivative instruments with credit-risk-related contingent features for which a net liability position existed on December 31, 2015, was $1.3 billion, net of collateral. As of December 31, 2015, $58 million was posted as cash collateral with our derivative counterparties. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

CONFIDENTIAL                                                                                          APC-00227176

*We are subject to complex laws and regulations relating to environmental protection that can adversely affect the cost, manner, and feasibility of doing business.*

Our operations and properties are subject to numerous federal, provincial, regional, state, tribal, local, and foreign laws and regulations governing the release of pollutants or otherwise relating to environmental protection. These laws and regulations govern the following, among other things:

- issuance of permits in connection with exploration, drilling, production, and midstream activities
- drilling activities on certain lands lying within wilderness, wetlands, and other protected areas
- types, quantities, and concentrations of emissions, discharges, and authorized releases
- generation, management, and disposition of waste materials
- offshore oil and natural-gas operations and decommissioning of abandoned facilities
- reclamation and abandonment of wells and facility sites
- remediation of contaminated sites
- protection of endangered species

These laws and regulations may impose substantial liabilities for our failure to comply or for any contamination resulting from our operations, including the assessment of administrative, civil, and criminal penalties; the imposition of investigatory, remedial, and corrective action obligations or the incurrence of capital expenditures; the occurrence of delays in the permitting, development, or expansion of projects; and the issuance of injunctions restricting or prohibiting some or all of our activities in a particular area. Moreover, changes in, or reinterpretations of, environmental laws and regulations governing areas where we operate may negatively impact our operations. Examples of recent proposed and final regulations include the following:

- *Proposed Outer Continental Shelf Well Control Rule.* In April 2015, the Bureau of Safety and Environmental Enforcement (BSEE) issued a notice of proposed rulemaking entitled Oil and Sulfur Operations on the Outer Continental Shelf - Blowout Preventer Systems and Well Control that focuses on well blowout preventer systems and well control with respect to operations on the Outer Continental Shelf. The proposed rule requires, among other things, incorporation of the latest industry standards establishing minimum baseline standards for the design, manufacture, repair, and maintenance of blowout preventers as well as more controls over the maintenance and repair of blowout preventers. This rulemaking is expected to be finalized in 2016.

- *Ground-Level Ozone Standards.* In October 2015, the U.S. Environmental Protection Agency (EPA) issued a final rule under the Clean Air Act, lowering the National Ambient Air Quality Standard (NAAQS) for ground-level ozone from 75 parts per billion to 70 parts per billion under both the primary and secondary standards to provide requisite protection of public health and welfare, respectively. The final rule became effective in December 2015. Certain areas of the country in compliance with the ground-level ozone NAAQS standard may be reclassified as non-attainment and such reclassification may make it more difficult to construct new or modified sources of air pollution in newly designated non-attainment areas. Moreover, states are expected to implement more stringent regulations, which could apply to our operations. Compliance with this final rule could, among other things, require installation or new emission controls on some of our equipment, result in longer permitting timelines, and significantly increase our capital expenditures and operating costs.

- *Reduction of Methane Emissions by the Oil and Gas Industry.* In August 2015, the EPA proposed rules that will establish emission standards for methane from certain new and modified oil and natural-gas production and natural-gas processing and transmission facilities as part of the Obama Administration's efforts to reduce methane emissions from the oil and natural-gas sector by up to 45 percent from 2012 levels by 2025. The EPA's proposed rule package includes standards to address emissions of methane from equipment and processes across the source category, including hydraulically-fractured oil and natural-gas well completions, fugitive emissions from well sites and compressors, and equipment leaks at natural-gas processing plants and pneumatic pumps. The EPA is expected to finalize these rules in 2016.

33

CONFIDENTIAL

APC-00227177

Index to Financial Statements

- *Reduction of Greenhouse Gas Emissions.* The U.S. Congress and the EPA, in addition to some state and regional efforts, have in recent years considered legislation or regulations to reduce emissions of greenhouse gases (GHGs). These efforts have included consideration of cap-and-trade programs, carbon taxes, and GHG reporting and tracking programs. In the absence of federal GHG-limiting legislations, the EPA has determined that GHG emissions present a danger to public health and the environment and has adopted regulations that, among other things, restrict emissions of GHGs under existing provisions of the Clean Air Act and may require the installation of "best available control technology" to limit emissions of GHGs from any new or significantly modified facilities that we may seek to construct in the future if they would otherwise emit large volumes of GHGs together with other criteria pollutants. Also, certain of our operations are subject to EPA rules requiring the monitoring and annual reporting of GHG emissions from specified onshore and offshore production sources. On an international level, the United States is one of almost 200 nations that, in December 2015, agreed to an international climate change agreement in Paris, France that calls for countries to set their own GHG emissions targets and be transparent about the measures each country will use to achieve its GHG emissions targets.

These and other regulatory changes could significantly increase our capital expenditures and operating costs or could result in delays to or limitations on our exploration and production activities, which could have an adverse effect on our financial condition, results of operations, or cash flows. For a description of certain environmental proceedings in which we are involved, see *Legal Proceedings* under Item 3 and *Note 15—Contingencies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

*Changes in laws or regulations regarding hydraulic fracturing or other oil and natural-gas operations could increase our costs of doing business, impose additional operating restrictions or delays, and adversely affect our production.*

Hydraulic fracturing is an essential and common practice used to stimulate production of oil and natural gas from dense subsurface rock formations such as shales. We routinely apply hydraulic-fracturing techniques in many of our U.S. onshore oil and natural-gas drilling and completion programs. The process involves the injection of water, sand, and additives under pressure into a targeted subsurface formation to fracture the surrounding rock and stimulate production.

Hydraulic fracturing is typically regulated by state oil and natural-gas commissions. However, several federal agencies have also asserted regulatory authority over certain aspects of the process. For example, the EPA issued Clean Air Act final regulations in 2012 and proposed additional Clean Air Act regulations in August 2015 governing performance standards for the oil and natural-gas industry; proposed in April 2015 effluent limitations guidelines that waste water from shale natural-gas extraction operations must meet before discharging to a treatment plant; and issued in 2014 a prepublication of its Advance Notice of Proposed Rulemaking regarding Toxic Substances Control Act reporting of the chemical substances and mixtures used in hydraulic fracturing. Also, the Bureau of Land Management (BLM) published a final rule in March 2015 that establishes new or more stringent standards for performing hydraulic fracturing on federal and Indian lands but, in September 2015, the U.S. District Court of Wyoming issued a preliminary injunction barring implementation of this rule, which order the BLM could appeal and is being separately appealed by certain environmental groups. Also, from time to time, legislation has been introduced, but not enacted, in Congress to provide for federal regulation of hydraulic fracturing and to require disclosure of the chemicals used in the fracturing process. In the event that a new federal level of legal restrictions relating to the hydraulic-fracturing process is adopted in areas where we operate, we may incur additional costs to comply with such federal requirements that may be significant in nature, and also could become subject to additional permitting requirements and experience added delays or curtailment in the pursuit of exploration, development, or production activities.

34

APC-00227178

Certain states in which we operate, including Colorado, Pennsylvania, Louisiana, Texas, and Wyoming, have adopted, and other states are considering adopting, regulations that could impose new or more stringent permitting, disclosure, or other regulatory requirements on hydraulic-fracturing operations, including subsurface water disposal. States could elect to prohibit hydraulic fracturing altogether, following the approach taken by the State of New York in 2015. In addition to state laws, local land use restrictions, such as city ordinances, may restrict drilling in general and/or hydraulic fracturing in particular. For example, several cities in Colorado passed temporary or permanent moratoria on hydraulic fracturing within their respective city limits in 2012 and 2013. Since that time, in response to lawsuits brought by an industry trade group, local district courts struck down the ordinances for certain of those Colorado cities in 2014, primarily on the basis that state law preempts local bans on hydraulic fracturing. A suit brought by the trade group against at least one other Colorado city, Broomfield, remains pending. The cities of Fort Collins and Longmont, among those cities whose ordinances were struck down in 2014, were notified in September 2015 by the Colorado Supreme Court that the high court had agreed to hear their appeals. Notwithstanding attempts at the local level to prohibit hydraulic fracturing, the opportunity exists for cities to adopt local ordinances allowing hydraulic fracturing activities within their jurisdictions while regulating the time, place, and manner of those activities.

In addition, certain interest groups in Colorado opposed to oil and natural-gas development generally, and hydraulic fracturing in particular, have from time to time advanced various ballot initiatives aimed at significantly limiting or preventing oil and natural-gas development. In response to one such set of initiatives, the Governor of Colorado created the Task Force on State and Local Regulation of Oil and Gas Operations (Task Force) in September 2014 to make recommendations to the state legislature regarding the responsible development of Colorado's oil and natural-gas resources. In February 2015, the Task Force made several non-binding recommendations to the Colorado Governor, and recently, the Colorado Oil and Gas Conservation Commission (COGCC) undertook a rulemaking process to implement those recommendations. It is possible that the COGCC could undertake additional rulemaking procedures or the Colorado state legislature could introduce and seek to adopt additional legislation relating to oil and natural-gas operations that could limit or prevent oil and natural-gas development. In addition, several ballot initiatives have been proposed for inclusion on the Colorado state ballot in November 2016. Although it is early in the political process, if approved, these initiatives, or others that may be proposed, could give local governments in Colorado greater authority to limit hydraulic fracturing, require greater distances between certain well sites and occupied structures, or otherwise limit the production and development of oil and natural gas.

In the event that ballot initiatives, local or state restrictions, or prohibitions are adopted and result in more stringent limitations on the production and development of oil and natural gas in areas where we conduct operations, including the Wattenberg field in Colorado, we may incur significant costs to comply with such requirements or may experience delays or curtailment in the permitting or pursuit of exploration, development, or production activities. In addition, we could possibly be limited or precluded in the drilling of wells or in the amounts that we are ultimately able to produce from our reserves. Such compliance costs and delays, curtailments, limitations, or prohibitions could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity.

In addition to asserting regulatory authority, a number of federal entities are analyzing, or have been requested to review, a variety of environmental issues associated with hydraulic fracturing. In April 2012, President Obama issued an executive order that established a working group for the purpose of coordinating policy, information sharing, and planning among federal agencies and offices regarding "unconventional natural-gas production," including hydraulic fracturing. In June 2015, the EPA released its draft report on the potential impacts of hydraulic fracturing on drinking water resources, which concluded that hydraulic fracturing activities have not lead to widespread, systemic impacts on drinking water sources in the United States, although there are above and below ground mechanisms by which hydraulic fracturing activities have the potential to impact drinking water sources. However, in January 2016, the EPA's Science Advisory Board provided its comments on the draft study, indicating its concern that the EPA's conclusion of no widespread, systemic impacts on drinking water sources arising from fracturing activities did not reflect the uncertainties and data limitations associated with such impacts, as described in the body of the draft report. The final version of this EPA report remains pending and is expected to be completed in 2016. Such EPA final report, when issued, as well as other studies and initiatives or any future studies, depending on their degree of pursuit and any meaningful results obtained, could spur efforts to further regulate hydraulic fracturing.

CONFIDENTIAL                                                                                                APC-00227179

*We may be subject to claims and liabilities relating to the Deepwater Horizon events that result in losses, notwithstanding BP's indemnification against such losses, as a result of BP's inability to satisfy its indemnification obligations under the Settlement Agreement and BPCNA's and BP p.l.c.'s inability to satisfy their guarantees of BP's indemnification obligations.*

In October 2011, we and BP entered into a settlement agreement, mutual releases, and agreement to indemnify relating to the Deepwater Horizon events (Settlement Agreement). Pursuant to the Settlement Agreement, we are fully indemnified by BP against all claims, causes of action, losses, costs, expenses, liabilities, damages, or judgments of any kind arising out of the Deepwater Horizon events, related damage claims arising under OPA, NRD claims and assessment costs, and any claims arising under the OA. This indemnification is guaranteed by BPCNA and, in the event that the net worth of BPCNA declines below an agreed-on amount, BP p.l.c. has agreed to become the sole guarantor. We are not indemnified against penalties and fines, punitive damages, shareholder derivative or securities laws claims, or certain other claims.

In July 2015, BP announced a settlement agreement in principle with the Department of Justice and certain states and local government entities regarding essentially all of the outstanding claims against BP related to the Deepwater Horizon event (BP Settlement) and, in October 2015, lodged a proposed consent decree with the Louisiana District Court. Essentially all claims and liabilities relating to the Deepwater Horizon events that are covered by BP's indemnification obligations under our Settlement Agreement will be resolved as part of the BP Settlement, provided that the consent decree is ultimately approved by the Louisiana District Court. A hearing related to the consent decree is currently scheduled for March 2016. In the event the consent decree is not approved by the Louisiana District Court, any failure or inability on the part of BP to satisfy its indemnification obligations under the Settlement Agreement, or on the part of BPCNA or BP p.l.c. to satisfy their respective guarantee obligations, could subject us to significant monetary liability beyond the terms of the Settlement Agreement, which could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity. Furthermore, in certain instances we may be required to recognize a liability for amounts for which we are indemnified in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. Any such liability recognition without collection of the offsetting receivable could adversely impact our results of operations, our financial condition, and our ability to make borrowings. For additional information, see *Note 15—Contingencies—Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

*Our debt and other financial commitments may limit our financial and operating flexibility.*

Our total debt was $15.8 billion at December 31, 2015. We also have various commitments for leases, drilling contracts, derivative contracts, firm transportation, and purchase obligations for services and products. Our financial commitments could have important consequences to our business, including, but not limited to, the following:

- increasing our vulnerability to general adverse economic and industry conditions
- limiting our ability to fund future working capital and capital expenditures, to engage in future acquisitions or development activities, or to otherwise fully realize the value of our assets and opportunities because of the need to dedicate a substantial portion of our cash flows from operations to payments on our debt or to comply with any restrictive terms of our debt
- limiting our flexibility in planning for, or reacting to, changes in the industry in which we operate
- placing us at a competitive disadvantage compared to our competitors that have less debt and/or fewer financial commitments

Additionally, the credit agreements governing our $3.0 billion five-year senior unsecured revolving credit facility and our $2.0 billion 364-day senior unsecured revolving credit facility contain a number of customary covenants, including a financial covenant requiring maintenance of a consolidated indebtedness to total capitalization ratio of no greater than 65% (excluding the effect of non-cash write-downs), and limitations on certain secured indebtedness, sale-and-leaseback transactions, and mergers and other fundamental changes. Our ability to meet such covenants may be affected by events beyond our control.

36

APC-00227180

Index to Financial Statements

*Our proved reserves are estimates. Any material inaccuracies in our reserves estimates or assumptions underlying our reserves estimates could cause the quantities and net present value of our reserves to be overstated or understated.*

There are numerous uncertainties inherent in estimating quantities of proved reserves, including many factors beyond our control that could cause the quantities and net present value of our reserves to be overstated or understated. The reserves information included or incorporated by reference in this Form 10-K represents estimates prepared by our internal engineers. The procedures and methods for estimating the reserves by our internal engineers were reviewed by independent petroleum consultants; however, no reserves audit was conducted by these consultants. Estimation of reserves is not an exact science. Estimates of economically recoverable oil and natural-gas reserves and of future net cash flows depend on a number of variable factors and assumptions, any of which may cause actual results to vary considerably from these estimates. These factors and assumptions may include, but are not limited to, the following:

- historical production from an area compared with production from similar producing areas

- assumed effects of regulation by governmental agencies and court rulings

- assumptions concerning future oil and natural-gas prices, future operating costs, and capital expenditures

- estimates of future severance and excise taxes, workover costs, and remedial costs

Estimates of reserves based on risk of recovery and estimates of expected future net cash flows prepared by different engineers, or by the same engineers at different times, may vary substantially. Actual production, revenues, and expenditures with respect to our reserves will likely vary from estimates, and the variance may be material. The discounted cash flows included in this Form 10-K should not be construed as the fair value of the estimated oil, natural-gas, and NGLs reserves attributable to our properties. The estimated discounted future net cash flows from proved reserves are based on the average beginning-of-month prices during the 12-month period for the respective year. Actual future prices and costs may differ materially from the SEC regulation-compliant prices used for purposes of estimating future discounted net cash flows from proved reserves. Therefore, reserves quantities will change when actual prices increase or decrease.

*Failure to replace reserves may negatively affect our business.*

Our future success depends on our ability to find, develop, or acquire additional oil and natural-gas reserves that are economically recoverable. Our proved reserves generally decline when reserves are produced, unless we conduct successful exploration or development activities, acquire properties containing proved reserves, or both. We may be unable to find, develop, or acquire additional reserves on an economic basis. Furthermore, if oil and natural-gas prices increase, our costs for finding or acquiring additional reserves could also increase.

*Our domestic operations are subject to governmental risks that may impact our operations.*

Our domestic operations have been, and at times in the future may be, affected by political developments and are subject to complex federal, provincial, regional, state, tribal, local, and other laws and regulations such as restrictions on production, permitting, changes in taxes, deductions, royalties and other amounts payable to governments or governmental agencies, price or gathering-rate controls, and hydraulic fracturing and environmental protection regulations. To conduct our operations in compliance with these laws and regulations, we must obtain and maintain numerous permits, approvals, and certificates from various federal, provincial, regional, state, tribal, and local governmental authorities. We may incur substantial costs to maintain compliance with these existing laws and regulations. Our costs of compliance may increase if existing laws, including environmental and tax laws and regulations, are revised or reinterpreted, or if new laws and regulations become applicable to our operations such as the adoption of government-payment-transparency regulations. For example, from time to time, deficit reduction or tax reform legislation has been proposed that could adversely affect our business, financial condition, results of operations, or cash flows. Proposals have included provisions that would, if enacted, (i) eliminate the immediate deduction for intangible drilling and development costs, (ii) eliminate the manufacturing deduction for oil and gas qualified production activities, (iii) eliminate accelerated depreciation for tangible property, and (iv) treat publicly traded partnerships for fossil fuels as C corporations.

CONFIDENTIAL                                                                    APC-00227181

Index to Financial Statements

*Future economic, business, or industry conditions may have a material adverse effect on our results of operations, liquidity, and financial condition.*

During the last few years, concerns over inflation, potential default on U.S. debt, energy costs, geopolitical issues, the availability and cost of credit, and uncertainties with regard to European sovereign debt, have contributed to increased economic uncertainty and diminished expectations for the global economy. Concerns about global economic growth have had a significant adverse impact on global financial markets and commodity prices. Continued concerns could cause demand for petroleum products to diminish or stagnate, which could impact the price at which we can sell our oil, natural gas, and NGLs and impede the execution of long-term sales agreements or prices thereunder which are the basis for future LNG production; affect the ability of our vendors, suppliers, and customers to continue operations; and ultimately adversely impact our results of operations, liquidity, and financial condition.

*Our results of operations could be adversely affected by goodwill impairments.*

As a result of mergers and acquisitions, we had approximately $5.4 billion of goodwill on our Consolidated Balance Sheet at December 31, 2015. Goodwill must be tested at least annually for impairment, and more frequently when circumstances indicate likely impairment. Goodwill is considered impaired to the extent that its carrying amount exceeds its implied fair value. Various factors could reduce the fair value of a reporting unit such as our inability to replace the value of our depleting asset base, difficulty or potential delays in obtaining drilling permits, or other adverse events such as lower oil and natural-gas prices, which could lead to an impairment of goodwill. An impairment of goodwill could have a substantial negative effect on our profitability.

*We are vulnerable to risks associated with our offshore operations that could negatively impact our operations and financial results.*

We conduct offshore operations in the Gulf of Mexico, Ghana, Mozambique, Colombia, Côte d'Ivoire, New Zealand, Kenya, and other countries. Our operations and financial results could be significantly impacted by conditions in some of these areas because we are vulnerable to certain unique risks associated with operating offshore, including those relating to the following:

- hurricanes and other adverse weather conditions
- oilfield service costs and availability
- compliance with environmental and other laws and regulations
- terrorist attacks such as piracy
- remediation and other costs and regulatory changes resulting from oil spills or releases of hazardous materials
- failure of equipment or facilities

In addition, we conduct some of our exploration in deep waters (greater than 1,000 feet) where operations and decommissioning activities are more difficult and costly than in shallower waters. The deep waters in the Gulf of Mexico, as well as international deepwater locations, lack the physical and oilfield service infrastructure present in shallower waters. As a result, deepwater operations may require significant time between a discovery and the time that we can market our production, thereby increasing the risk involved with these operations.

38

CONFIDENTIAL

APC-00227182

Index to Financial Statements

*Additional domestic and international deepwater drilling laws, regulations, and other restrictions; delays in the processing and approval of drilling permits and exploration, development, oil spill-response, and decommissioning plans; and other related developments may have a material adverse effect on our business, financial condition, or results of operations.*

In response to the Deepwater Horizon incident in the Gulf of Mexico in 2010, the Bureau of Ocean Energy Management (BOEM) and the BSEE, agencies of the U.S. Department of the Interior, imposed more stringent permitting procedures and regulatory safety and performance requirements for new wells to be drilled in federal waters. Compliance with these more stringent rules and regulations, together with any uncertainties or inconsistencies in current decisions and rulings by governmental agencies, delays in the processing and approval of drilling permits or exploration, development, oil spill-response and decommissioning plans, and possible additional regulatory initiatives could adversely affect or delay new drilling and ongoing development efforts. In addition, new regulatory initiatives may be adopted or enforced by the BOEM and/or the BSEE in the future that could result in additional delays, restrictions, or obligations with respect to oil and natural-gas exploration and production operations conducted offshore. For example, in September 2015, the BOEM issued draft guidance that would bolster supplemental bonding procedures for the decommissioning of offshore wells, platforms, pipelines, and other facilities. The BOEM is expected to issue the draft guidance in the form of a final Notice to Lessees and Operators by no later than early summer 2016. These existing rules, or any new rules, regulations, or legal initiatives could delay or disrupt our operations, increase the risk of expired leases due to the time required to develop new technology, result in increased supplemental bonding and costs, and limit activities in certain areas, or cause us to incur penalties, fines, or shut-in production at one or more of our facilities or result in the suspension or cancellation of leases. Also, if material spill events similar to the Deepwater Horizon incident were to occur in the future, the United States or other countries could elect to again issue directives to temporarily cease drilling activities and, in any event, may from time to time issue further safety and environmental laws and regulations regarding offshore oil and gas exploration and development. We cannot predict with any certainty the full impact of any new laws, regulations, or legal initiatives on our drilling operations or on the cost or availability of insurance to cover the risks associated with such operations. The overall costs to implement and complete any such spill response activities or any decommissioning obligations could exceed estimated accruals, insurance limits, or supplemental bonding amounts, which could result in the incurrence of additional costs to complete.

Further, the deepwater Gulf of Mexico (as well as international deepwater locations) lacks the degree of physical and oilfield service infrastructure present in shallower waters. Therefore, despite our oil spill-response capabilities, it may be difficult for us to quickly or effectively execute any contingency plans related to potential material events in the future.

The matters described above, individually or in the aggregate, could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity.

39

CONFIDENTIAL                                                                  APC-00227183

Index to Financial Statements

*We operate in foreign countries and are subject to political, economic, and other uncertainties.*

We have operations outside the United States, including in Algeria, Ghana, Mozambique, Colombia, Côte d'Ivoire, New Zealand, Kenya, and other countries. As a result, we face political and economic risks and other uncertainties with respect to our international operations. These risks may include the following, among other things:

- loss of revenue, property, and equipment or delays in operations as a result of hazards such as expropriation, war, piracy, acts of terrorism, insurrection, civil unrest, and other political risks, including tension and confrontations among political parties

- transparency issues in general and, more specifically, the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act, and other anti-corruption compliance laws and issues

- increases in taxes and governmental royalties

- unilateral renegotiation of contracts by governmental entities

- redefinition of international boundaries or boundary disputes

- difficulties enforcing our rights against a governmental agency because of the doctrine of sovereign immunity and foreign sovereignty over international operations

- changes in laws and policies governing operations of foreign-based companies

- foreign-exchange restrictions

- international monetary fluctuations and changes in the relative value of the U.S. dollar as compared to the currencies of other countries in which we conduct business

For example, Ghana and Côte d'Ivoire are engaged in a dispute regarding the international maritime boundary between the two countries. As a result, Côte d'Ivoire claims to be entitled to the maritime area, which covers a portion of the Deepwater Tano Block where we are developing the TEN complex. In the event Côte d'Ivoire is successful in its maritime border claims, this development could be materially impacted. Also, Venezuela and Guyana are in a dispute regarding their maritime and land borders in which the two countries have initiated a dialogue. We are unable to ascertain the full impact of this border dispute on future operations in Guyana.

Outbreaks of civil and political unrest and acts of terrorism have occurred in countries in Europe, Africa, and the Middle East, including countries close to or where we conduct operations. Continued or escalated civil and political unrest and acts of terrorism in the countries in which we operate could result in our curtailing operations. In the event that countries in which we operate experience civil or political unrest or acts of terrorism, especially in events where such unrest leads to an unseating of the established government, our operations in such countries could be materially impaired.

Our international operations may also be adversely affected, directly or indirectly, by laws, policies, and regulations of the United States affecting foreign trade and taxation, including U.S. trade sanctions.

Realization of any of the factors listed above could materially and adversely affect our financial condition, results of operations, or cash flows.

40

CONFIDENTIAL                                                                                              APC-00227184

Index to Financial Statements

*Our commodity-price risk-management and trading activities may prevent us from fully benefiting from price increases and may expose us to other risks.*

To the extent that we engage in commodity-price risk-management activities to protect our cash flows from commodity-price declines, we may be prevented from realizing the full benefits of price increases above the levels of the derivative instruments used to manage price risk. In addition, our commodity-price risk-management and trading activities may expose us to the risk of financial loss in certain circumstances, including instances in which the following occur:

- our production is less than the notional volumes
- a widening of price basis differentials occurs between delivery points for our production and the delivery point assumed in the derivative arrangement
- the counterparties to our hedging or other price-risk management contracts fail to perform under those arrangements
- a sudden unexpected event materially impacts oil, natural-gas, or NGLs prices

*The enactment of derivatives legislation, and the promulgation of regulations pursuant thereto, could have an adverse effect on our ability to use derivative instruments to reduce the effect of commodity-price, interest-rate, and other risks associated with its business.*

The Dodd-Frank Wall Street Reform and Consumer Protection Act (Dodd-Frank Act), enacted in 2010, requires the Commodity Futures Trading Commission (CFTC) and the SEC to promulgate rules and regulations establishing federal oversight and regulation of the over-the-counter derivatives market and entities that participate in that market, including swap clearing and trade execution requirements. While many rules and regulations have been promulgated and are already in effect, other rules and regulations, including the proposed position limits rule, remain to be finalized or effectuated, and therefore, the impact of those rules and regulations on us is uncertain at this time. Moreover, the phase-in threshold for swap dealer *de minimis* purposes is set to expire on December 31, 2017, (and thereby revert from $8 billion to $3 billion) unless the CFTC acts to maintain or change the current $8 billion threshold before that time. The financial reform legislation may require our compliance with a lower *de minimis* threshold, as well as with margin, position limits, clearing, and trade-execution requirements if certain hedging exemptions are unavailable. Although we expect to qualify for exceptions to such requirements for swaps entered to hedge our commercial risks, the application of such requirements, including to other market participants, such as swap dealers, may change the cost and availability of the swaps that we use for hedging. Moreover, the framework of what qualifies as a bona fide hedge for position-limits purposes is yet uncertain.

The Dodd-Frank Act, and the rules promulgated thereunder, could (i) significantly increase the cost, or decrease the liquidity, of energy-related derivatives we use to hedge against commodity-price fluctuations (including through requirements to post collateral), (ii) materially alter the terms of derivative contracts, and (iii) reduce the availability of derivatives to protect against risks we encounter. If we reduce our use of derivatives as a result of the Dodd-Frank Act and applicable rules and regulations, our cash flow may become more volatile and less predictable, which could adversely affect our ability to plan for and fund capital expenditures. In addition, the European Union and other non-U.S. jurisdictions are implementing regulations with respect to the derivatives market. To the extent we transact with counterparties in foreign jurisdictions, those transactions may become subject to such regulations. At this time, the impact of such regulations is not clear.

41

                                                            APC-00227185

*Deterioration in the credit or equity markets could adversely affect us.*

We have exposure to different counterparties. For example, we have entered into transactions with counterparties in the financial services industry, including commercial banks, investment banks, insurance companies, investment funds, and other institutions. These transactions expose us to credit risk in the event of default by our counterparty. Deterioration in the credit markets may impact the credit ratings of our current and potential counterparties and affect their ability to fulfill existing obligations to us and their willingness to enter into future transactions with us. We have exposure to these financial institutions through our derivative transactions. In addition, if any lender under our credit facilities is unable to fund its commitment, our liquidity will be reduced by an amount up to the aggregate amount of such lender's commitment under our credit facilities. Moreover, to the extent that purchasers of our production rely on access to the credit or equity markets to fund their operations, there is a risk that those purchasers could default in their contractual obligations to us if such purchasers were unable to access the credit or equity markets for an extended period of time.

*We are not insured against all of the operating risks to which our business is exposed.*

Our business is subject to all of the operating risks normally associated with the exploration for and production, gathering, processing, and transportation of oil and natural gas, including blowouts; cratering and fire; environmental hazards such as natural-gas leaks, oil spills, pipeline and vessel ruptures, and releases of chemicals or other hazardous substances, any of which could result in damage to, or destruction of, oil and natural-gas wells or formations, production facilities, and other property; pollution or other environmental damage; and injury to persons. For protection against financial loss resulting from these operating hazards, we maintain insurance coverage, including insurance coverage for certain physical damage, blowout/loss of control of a well, comprehensive general liability, aviation liability, and worker's compensation and employer's liability. However, our insurance coverage may not be sufficient to cover us against 100% of potential losses arising as a result of the foregoing and for certain risks, such as political risk, business interruption, war, terrorism, and piracy, for which we have limited or no coverage. In addition, we are not insured against all risks in all aspects of our business such as hurricanes. The occurrence of a significant event against which we are not fully insured could have a material adverse effect on our financial condition, results of operations, or cash flows.

*Material differences between the estimated and actual timing of critical events may affect the completion of and commencement of production from development projects.*

We are involved in several large development projects and the completion of those projects may be delayed beyond our anticipated completion dates. Key factors that may affect the timing and outcome of such projects include the following:

- project approvals by joint-venture partners
- timely issuance of permits and licenses by governmental agencies or legislative and other governmental approvals
- weather conditions
- availability of qualified personnel
- civil and political environment of, and existing infrastructure in, the country or region in which the project is located
- manufacturing and delivery schedules of critical equipment
- commercial arrangements for pipelines and related equipment to transport and market hydrocarbons

Delays and differences between estimated and actual timing of critical events may affect the forward-looking statements related to large development projects and could have a material adverse effect on our results of operations.

CONFIDENTIAL APC-00227186

Table of Contents
Index to Financial Statements

*The oil and gas exploration and production industry is very competitive, and some of our exploration and production competitors have greater financial and other resources than we do.*

The oil and gas business is highly competitive in the search for and acquisition of reserves and in the gathering and marketing of oil and gas production. Our competitors include national oil companies, major integrated oil and gas companies, independent oil and gas companies, individual producers, gas marketers, and major pipeline companies as well as participants in other industries supplying energy and fuel to consumers. Some of our competitors may have greater and more diverse resources on which to draw than we do. If we are not successful in our competition for oil and gas reserves or in our marketing of production, our financial condition and results of operations may be adversely affected.

*The high cost or unavailability of drilling rigs, equipment, supplies, personnel, and other oilfield services could adversely affect our ability to execute our exploration and development plans on a timely basis and within our budget, which could have a material adverse effect on our business, financial condition, or results of operations.*

Our industry is cyclical and, from time to time, there is a shortage of drilling rigs, equipment, supplies, or qualified personnel. During these periods, the costs of rigs, equipment, supplies, and personnel are substantially greater and their availability to us may be limited. Additionally, these services may not be available on commercially reasonable terms. The high cost or unavailability of drilling rigs, equipment, supplies, personnel, and other oilfield services could adversely affect our ability to execute our exploration and development plans on a timely basis and within our budget, which could have a material adverse effect on our business, financial condition, or results of operations.

*Our drilling activities may not be productive.*

Drilling for oil and natural gas involves numerous risks, including the risk that we will not encounter commercially productive oil or natural-gas reservoirs. Drilling operations may be curtailed, delayed, or canceled as a result of a variety of factors, including the following:

- unexpected drilling conditions
- pressure or irregularities in formations
- equipment failures or accidents
- fires, explosions, blowouts, and surface cratering
- marine risks such as capsizing, collisions, and hurricanes
- difficulty identifying and retaining qualified personnel
- title problems
- other adverse weather conditions
- shortages or delays in the delivery of equipment

Certain of our future drilling activities may not be successful and, if unsuccessful, this failure could have an adverse effect on our future results of operations and financial condition. While all drilling, whether developmental or exploratory, involves these risks, exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons. Because of the percentage of our capital budget devoted to high-risk exploratory projects, it is likely that we will continue to experience significant exploration and dry hole expenses.

43

CONFIDENTIAL
APC-00227187

Index to Financial Statements

*We have limited influence over the activities on properties we do not operate.*

Other companies operate some of the properties in which we have an interest. We have limited ability to influence the operation or future development of these nonoperated properties or the amount or timing of capital expenditures that we are required to fund with respect to them. Our dependence on the operator and other working-interest owners for these projects and our limited ability to influence the operation and future development of these properties could materially adversely affect the realization of our targeted returns on capital, lead to unexpected future costs, or adversely affect the timing of activities.

*Our ability to sell our oil, natural-gas, and NGLs production could be materially harmed if we fail to obtain adequate services such as transportation.*

The marketability of our production depends in part on the availability, proximity, and capacity of pipeline facilities and tanker transportation. If any pipelines or tankers become unavailable, we would, to the extent possible, be required to find a suitable alternative to transport the oil, natural gas, and NGLs, which could increase our costs and/or reduce the revenues we might obtain from the sale of the oil and gas.

*Our business could be negatively affected by security threats, including cybersecurity threats, and other disruptions.*

As an oil and gas producer, we face various security threats, including cybersecurity threats such as attempts to gain unauthorized access to sensitive information or to render data or systems unusable; threats to the security of our facilities and infrastructure or those of third parties such as processing plants and pipelines; and threats from terrorist acts. Our implementation of various procedures and controls to monitor and mitigate security threats and to increase security for our information, facilities, and infrastructure may result in increased costs. Moreover, there can be no assurance that such procedures and controls will be sufficient to prevent security breaches from occurring. Cybersecurity attacks in particular are becoming more sophisticated and include, but are not limited to, malicious software, attempts to gain unauthorized access to data and systems, and other electronic security breaches that could lead to disruptions in critical systems, unauthorized release of confidential or otherwise protected information, and corruption of data, which could have an adverse effect on our reputation, financial condition, results of operations, or cash flows.

While we have experienced cybersecurity attacks, we have not suffered any material losses relating to such attacks; however, there is no assurance that we will not suffer such losses in the future. In addition, as cybersecurity threats continue to evolve, we may be required to expend additional resources to continue to modify or enhance our protective measures or to investigate or remediate any cybersecurity vulnerabilities.

*Provisions in our corporate documents and Delaware law could delay or prevent a change of control of Anadarko, even if that change would be beneficial to our stockholders.*

Our restated certificate of incorporation and by-laws contain provisions that may make a change of control of Anadarko difficult, even if it may be beneficial to our stockholders, including provisions governing the nomination and removal of directors, the prohibition of stockholder action by written consent and regulation of stockholders' ability to bring matters for action before annual stockholder meetings, and the authorization given to our Board of Directors to issue and set the terms of preferred stock.

In addition, Section 203 of the Delaware General Corporation Law imposes restrictions on mergers and other business combinations between us and any holder of 15% or more of our outstanding common stock.

44

CONFIDENTIAL

APC-00227188

*We may reduce or cease to pay dividends on our common stock.*

We can provide no assurance that we will continue to pay dividends at the current rate or at all. In response to the current commodity-price environment, the Company decreased the quarterly dividend from $0.27 per share to $0.05 per share in February 2016. The amount of cash dividends, if any, to be paid in the future is determined by our Board of Directors based on our financial condition, results of operations, cash flows, levels of capital and exploration expenditures, future business prospects, expected liquidity needs, and other matters that our Board of Directors deems relevant.

*The loss of key members of our management team, or difficulty attracting and retaining experienced technical personnel, could reduce our competitiveness and prospects for future success.*

The successful implementation of our strategies and handling of other issues integral to our future success will depend, in part, on our experienced management team. The loss of key members of our management team could have an adverse effect on our business. We do not carry key man insurance. Our exploratory drilling success and the success of other activities integral to our operations will depend, in part, on our ability to attract and retain experienced explorationists, engineers, and other professionals. Competition for such professionals could be intense. If we cannot retain our technical personnel or attract additional experienced technical personnel, our ability to compete could be harmed.

## Item 1B.  Unresolved Staff Comments

None.

## Item 3.  Legal Proceedings

The Company is a defendant in a number of lawsuits and is involved in governmental proceedings and regulatory controls arising in the ordinary course of business, including personal injury and death claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas exploration, development, production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, tribal, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that the resolution of pending proceedings will not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

WGR Operating, LP, a wholly owned subsidiary of the Company, is currently in negotiations with the EPA with respect to alleged noncompliance with the leak detection and repair requirements of the Clean Air Act at its Granger, Wyoming facilities. Although management cannot predict the outcome of settlement discussions, it is likely a resolution of this matter will result in a fine or penalty in excess of $100,000.

See *Note 15—Contingencies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K, which is incorporated herein by reference, for a discussion of material legal proceedings to which the Company is a party.

## Item 4.  Mine Safety Disclosures

Not applicable.

45

APC-00227189

## PART II

### Item 5.  Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities

### MARKET INFORMATION, HOLDERS, AND DIVIDENDS

At January 29, 2016, there were approximately 10,870 holders of record of Anadarko common stock. The common stock of Anadarko is traded on the New York Stock Exchange. The following shows information regarding the market price of, and dividends declared and paid on, the Company's common stock by quarter for 2015 and 2014:

|  | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| **2015** | | | | |
| Market Price | | | | |
| High | $ 90.10 | $ 95.94 | $ 78.70 | $ 73.87 |
| Low | $ 73.82 | $ 77.75 | $ 58.10 | $ 44.50 |
| Dividends | $ 0.27 | $ 0.27 | $ 0.27 | $ 0.27 |
| **2014** | | | | |
| Market Price | | | | |
| High | $ 86.86 | $ 112.06 | $ 113.51 | $ 102.68 |
| Low | $ 77.80 | $ 84.54 | $ 100.40 | $ 71.00 |
| Dividends | $ 0.18 | $ 0.27 | $ 0.27 | $ 0.27 |

The amount of future common stock dividends will depend on earnings, financial condition, capital requirements, the effect a dividend payment would have on the Company's compliance with its financial covenants, and other factors, and will be determined by the Board of Directors on a quarterly basis. For additional information, see *Liquidity and Capital Resources—Financing Activities—Common Stock Dividends* and *Distributions to Noncontrolling Interest Owners* under Item 7 of this Form 10-K.

46

CONFIDENTIAL
APC-00227190

Index to Financial Statements

## SECURITIES AUTHORIZED FOR ISSUANCE UNDER EQUITY COMPENSATION PLANS

The following sets forth information with respect to the equity compensation plans available to directors, officers, and employees of the Company at December 31, 2015:

| Plan Category | (a) Number of securities to be issued upon exercise of outstanding options, warrants, and rights | (b) Weighted-average exercise price of outstanding options, warrants, and rights | (c) Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in column(a)) |
|---|---|---|---|
| Equity compensation plans approved by security holders | 7,046,098 | $ 71.86 | 16,378,707 |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 7,046,098 | $ 71.86 | 16,378,707 |

## PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PERSONS

The following sets forth information with respect to repurchases made by the Company of its shares of common stock during the fourth quarter of 2015:

| Period | Total number of shares purchased [1] | Average price paid per share | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|
| October 1-31, 2015 | 186,340 | $ 70.32 | — | |
| November 1-30, 2015 | 63,867 | $ 69.09 | — | |
| December 1-31, 2015 | 1,903 | $ 56.61 | — | |
| Total | 252,110 | $ 69.90 | — | $ — |

[1] During the fourth quarter of 2015, all purchased shares related to stock received by the Company for the payment of withholding taxes due on employee stock plan share issuances.

For additional information, see *Note 19—Share-Based Compensation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

CONFIDENTIAL                                                                 APC-00227191

## PERFORMANCE GRAPH

*The following performance graph and related information shall not be deemed "soliciting material" or to be "filed" with the SEC, nor shall information be incorporated by reference into any future filing under the Securities Act of 1933 or Securities Exchange Act of 1934, each as amended, except to the extent that the Company specifically incorporates it by reference into such filing.*

The following graph compares the cumulative five-year total return to stockholders of Anadarko's common stock relative to the cumulative total returns of the S&P 500 index and a peer group of 11 companies. The companies included in the peer group are Apache Corporation; Chevron Corporation; ConocoPhillips; Devon Energy Corporation; EOG Resources, Inc.; Hess Corporation; Marathon Oil Corporation; Murphy Oil Corporation; Noble Energy, Inc.; Occidental Petroleum Corporation; and Pioneer Natural Resources Company.

**Comparison of 5-Year Cumulative Total Return Among**
**Anadarko Petroleum Corporation, the S&P 500 Index, and a Peer Group**



Copyright© 2016 S&P, a division of The McGraw-Hill Companies Inc. All rights reserved.

An investment of $100 (with reinvestment of all dividends) is assumed to have been made in the Company's common stock, in the S&P 500 Index, and in the peer group on December 31, 2010, and its relative performance is tracked through December 31, 2015.

| Fiscal Year Ended December 31 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Anadarko Petroleum Corporation | $100.00 | $100.70 | $ 98.53 | $105.81 | $111.25 | $ 66.53 |
| S&P 500 | 100.00 | 102.11 | 118.45 | 156.82 | 178.29 | 180.75 |
| Peer Group | 100.00 | 105.57 | 107.65 | 135.30 | 124.85 | 95.82 |

48

CONFIDENTIAL                                                                    APC-00227192

## Item 6.  Selected Financial Data

| millions except per-share amounts | Summary Financial Information [1] | | | | |
|---|---|---|---|---|---|
| | 2015 | 2014 | 2013 | 2012 | 2011 |
| Sales Revenues | $ 9,486 | $ 16,375 | $ 14,867 | $ 13,307 | $ 13,882 |
| Gains (Losses) on Divestitures and Other, net | (788) | 2,095 | (286) | 104 | 85 |
| Total Revenues and Other | 8,698 | 18,470 | 14,581 | 13,411 | 13,967 |
| Other Operating (Income) Expense | | | | | |
| Algeria Exceptional Profits Tax Settlement | — | — | 33 | (1,797) | — |
| Deepwater Horizon Settlement and Related Costs | 74 | 97 | 15 | 18 | 3,930 |
| Operating Income (Loss) | (8,809) | 5,403 | 3,333 | 3,727 | (1,870) |
| Tronox-related Contingent Loss | 5 | 4,360 | 850 | (250) | 250 |
| Income (Loss) | (6,812) | (1,563) | 941 | 2,445 | (2,568) |
| Net Income (Loss) Attributable to Common Stockholders | (6,692) | (1,750) | 801 | 2,391 | (2,649) |
| Per Common Share (amounts attributable to common stockholders) | | | | | |
| Net Income (Loss)—Basic | $ (13.18) | $ (3.47) | $ 1.58 | $ 4.76 | $ (5.32) |
| Net Income (Loss)—Diluted | $ (13.18) | $ (3.47) | $ 1.58 | $ 4.74 | $ (5.32) |
| Dividends | $ 1.08 | $ 0.99 | $ 0.54 | $ 0.36 | $ 0.36 |
| Average Number of Common Shares Outstanding—Basic | 508 | 506 | 502 | 500 | 498 |
| Average Number of Common Shares Outstanding—Diluted | 508 | 506 | 505 | 502 | 498 |
| Cash Provided by (Used in) Operating Activities | (1,877) | 8,466 | 8,888 | 8,339 | 2,505 |
| Capital Expenditures | $ 5,888 | $ 9,256 | $ 8,523 | $ 7,311 | $ 6,553 |
| Current Portion of Long-term Debt | $ 33 | $ — | $ 500 | $ — | $ 170 |
| Long-term Debt [2] | 15,718 | 15,092 | 13,065 | 13,269 | 15,060 |
| Total Debt | $ 15,751 | $ 15,092 | $ 13,565 | $ 13,269 | $ 15,230 |
| Total Stockholders' Equity | 12,819 | 19,725 | 21,857 | 20,629 | 18,105 |
| Total Assets [3] | $ 46,414 | $ 60,967 | $ 55,421 | $ 52,261 | $ 51,641 |
| Annual Sales Volumes | | | | | |
| Oil and Condensate (MMBbls) | 116 | 106 | 91 | 86 | 79 |
| Natural Gas (Bcf) | 852 | 945 | 968 | 913 | 852 |
| Natural Gas Liquids (MMBbls) | 47 | 44 | 33 | 30 | 27 |
| Total (MMBOE) [4] | 305 | 308 | 285 | 268 | 248 |
| Average Daily Sales Volumes | | | | | |
| Oil and Condensate (MBbls/d) | 317 | 292 | 248 | 233 | 217 |
| Natural Gas (MMcf/d) | 2,334 | 2,589 | 2,652 | 2,495 | 2,334 |
| Natural Gas Liquids (MBbls/d) | 130 | 119 | 91 | 83 | 74 |
| Total (MBOE/d) | 836 | 843 | 781 | 732 | 680 |
| Proved Reserves | | | | | |
| Oil and Condensate Reserves (MMBbls) | 713 | 929 | 851 | 767 | 771 |
| Natural-gas Reserves (Tcf) | 6.0 | 8.7 | 9.2 | 8.3 | 8.4 |
| Natural-gas Liquids Reserves (MMBbls) | 340 | 479 | 407 | 405 | 374 |
| Total Proved Reserves (MMBOE) | 2,057 | 2,858 | 2,792 | 2,560 | 2,539 |
| Number of Employees | 5,800 | 6,100 | 5,700 | 5,200 | 4,800 |

[1]  Consolidated for Anadarko and its subsidiaries. Certain amounts for prior years have been reclassified to conform to the current presentation.

[2]  Includes Western Gas Partners, LP debt of $2.7 billion at December 31, 2015, $2.4 billion at December 31, 2014, $1.4 billion at December 31, 2013, $1.2 billion at December 31, 2012, and $494 million at December 31, 2011.

[3]  As a result of adopting Accounting Standards Update 2015-17, *Balance Sheet Classification of Deferred Taxes*, the Company reclassified other current assets of $722 million in 2014, $360 million in 2013, $328 million in 2012, and $138 million in 2011, to deferred income taxes. See *Note 1 —Summary of Significant Accounting Policies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

[4]  Natural gas is converted to equivalent barrels at the rate of 6,000 cubic feet of gas per barrel.

Table of Measures

| | | |
|---|---|---|
| Bcf—Billion cubic feet | MMcf/d—Million cubic feet per day | Tcf—Trillion cubic feet |
| MMBbls—Million barrels | MBbls/d—Thousand barrels per day | |
| MMBOE—Million barrels of oil equivalent | MBOE/d—Thousand barrels of oil equivalent per day | |

49

CONFIDENTIAL                                                                         APC-00227193

**Item 7.  Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion should be read together with the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements*, which are included in this Form 10-K in Item 8, and the information set forth in *Risk Factors* under Item 1A. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

| Index | Page |
|---|---|
| Mission and Strategy | 50 |
| Outlook | 51 |
| Overview | 53 |
| Financial Results | 55 |
| Liquidity and Capital Resources | 69 |
| Critical Accounting Estimates | 77 |
| Recent Accounting Developments | 80 |

## MISSION AND STRATEGY

Anadarko's mission is to deliver a competitive and sustainable rate of return to shareholders by developing, acquiring, and exploring for oil and natural-gas resources vital to the world's health and welfare. Anadarko employs the following strategy to achieve this mission:

- explore in high-potential, proven basins
- identify and commercialize resources
- employ a global business development approach
- ensure financial discipline and flexibility

Exploring in high-potential, proven basins worldwide provides the Company with growth opportunities. Anadarko's exploration success has created value by increasing future resource potential while providing the flexibility to mitigate risk by monetizing discoveries.

Developing a portfolio of primarily unconventional resources provides the Company a stable base of capital-efficient and predictable development opportunities that, in turn, position the Company for consistent growth at competitive rates.

Anadarko's global business development approach transfers core skills across the globe to assist in the discovery and development of world-class resources that are accretive to the Company's performance. These resources help form an optimized global portfolio where both surface and subsurface risks are actively managed.

A strong balance sheet is essential for the development of the Company's assets, and Anadarko is committed to disciplined investment in its businesses to efficiently manage commodity-price cycles. Maintaining financial discipline enables the Company to capitalize on the opportunities afforded by its global portfolio while allowing the Company to pursue new strategic growth opportunities.

CONFIDENTIAL

APC-00227194

Index to Financial Statements

## OUTLOOK

During 2015, the oil and natural-gas industry experienced a significant decrease in commodity prices driven by a global supply/demand imbalance for oil and an oversupply of natural gas in the United States. The decline in commodity prices and global economic conditions have continued into 2016 and low commodity prices may exist for an extended period. The Company's revenues, operating results, cash flows from operations, capital spending, and future growth rates are highly dependent on the global commodity-price markets, which affect the value the Company receives from its sales of oil, natural-gas, and natural-gas liquids (NGLs) production. The Company's strategy in 2015 was to preserve and build value by focusing a greater percentage of its capital investment on longer-dated projects while driving cost savings and efficiencies through every aspect of its business. During 2015, the Company closed $2.0 billion of monetizations and was successful in lowering its capital expenditures by 36% and its operating expenses by 13% compared to 2014 while maintaining relatively flat production year over year.

The Company plans to continue its disciplined and focused approach in 2016 by emphasizing value over growth, enhancing operational efficiencies, reducing capital expenses, and managing its diverse asset portfolio. Management has recommended to the Board of Directors (Board) a 2016 capital budget of approximately $2.8 billion, which excludes the capital budget of Western Gas Partners, LP (WES), a publicly traded consolidated subsidiary. The $2.8 billion budget is nearly 50% lower than the Company's capital investments in 2015 and almost 70% lower than 2014.

The Company will continue to evaluate the oil and natural-gas price environments and may adjust its capital spending plans to maintain the appropriate liquidity and financial flexibility. Anadarko expects that its capital expenditures will be aligned with its cash flows from operations and targeted asset monetizations.

**Liquidity** As of December 31, 2015, Anadarko had $939 million of cash on hand plus $4.75 billion of borrowing capacity under its revolving credit facilities ($5.0 billion capacity, less $250 million of outstanding commercial paper notes). Substantially all of Anadarko's cash balances at December 31, 2015, were domiciled in the United States and were available to support its worldwide operations. In addition, future excess cash flows generated from the Company's international assets are available to support both its U.S. operations and corporate needs without incurring incremental U.S. income tax. In December 2015, Anadarko extended the maturity of its $3.0 billion five-year senior unsecured revolving credit facility (Five-Year Facility) to January 2021, and in January 2016, Anadarko replaced its $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility) with a new $2.0 billion 364-day senior unsecured revolving credit facility that will mature in January 2017. The extension and renewal included no changes to covenants or pricing, and the original bank-group fully participated.

Anadarko's $1.750 billion 5.950% Senior Notes, scheduled to mature in September 2016, were classified as long-term debt on the Company's Consolidated Balance Sheet at December 31, 2015, as Anadarko intends to refinance these obligations prior to or at maturity with new long-term debt issuances or by using the Five-Year Facility.

As of December 31, 2015, Anadarko's long-term debt was rated "BBB" with a stable outlook by both Standard and Poor's (S&P) and Fitch Ratings (Fitch), and its commercial paper program was rated "A-2" by S&P and "F2" by Fitch. Anadarko's long-term debt was rated "Baa2" with a stable outlook and its commercial paper program was rated "P2" by Moody's Investors Service (Moody's) until December 16, 2015, when Moody's announced that it had placed both ratings under review for downgrade along with the ratings of 28 other U.S. exploration and production companies and their related subsidiaries. In February 2016, S&P affirmed Anadarko's "BBB" rating and changed the outlook from stable to negative. As of the time of filing this Form 10-K, neither Fitch nor Moody's had announced any change to Anadarko's credit ratings; however, the Company cannot be assured that its credit ratings will not be downgraded. Any downgrade in Anadarko's credit ratings could negatively impact its cost of capital, and a downgrade to a level that is below investment grade could also adversely affect the Company's ability to effectively execute aspects of its strategy or to raise debt in the public debt markets.

51

CONFIDENTIAL

APC-00227195

Index to Financial Statements

In the event of a downgrade in Anadarko's credit rating to a level that is below investment grade, the Company may be required to post collateral in the form of letters of credit or cash as financial assurance of its performance under certain contractual arrangements such as pipeline transportation contracts and oil and gas sales contracts. At December 31, 2015, there were no letters of credit or cash provided as assurance of the Company's performance under these types of contractual arrangements with respect to credit-risk-related contingent features. If Anadarko's credit ratings had been downgraded to a level below investment grade as of December 31, 2015, the collateral required to be posted under these arrangements would have been $460 million. Additionally, certain of these arrangements contain financial assurances language that may, under certain circumstances, permit the counterparties to request additional collateral. For additional information, see *Risk Factors* in Item 1A of this Form 10-K.

Furthermore, in the event of a downgrade in Anadarko's credit rating to a level that is below investment grade, the credit thresholds with Anadarko's derivative counterparties may be reduced or, in certain cases, eliminated, which may require the Company to post additional collateral in the form of letters of credit or cash. The aggregate fair value of all derivative instruments with credit-risk-related contingent features for which a net liability position existed on December 31, 2015, was $1.3 billion, net of collateral. As of December 31, 2015, $58 million was posted as cash collateral with Anadarko's derivative counterparties. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

Anadarko believes that its cash on hand, anticipated operating cash flows, and proceeds from expected asset monetizations will be sufficient to fund the Company's projected 2016 operational and capital programs. In response to the current commodity-price environment, the Board decreased the quarterly dividend from $0.27 per share to $0.05 per share in February 2016. On an annualized basis, the dividend decrease will have the effect of providing approximately $450 million of additional cash available to enhance the Company's operations and financial flexibility. Anadarko also expects to receive an $881 million tax refund in 2016 related to the income tax benefit associated with the Company's 2015 tax net operating loss carryback. Further, Anadarko enters into strategic derivative positions to reduce commodity-price risk and increase the predictability of cash flows. At December 31, 2015, derivative positions covered approximately 26% of Anadarko's anticipated oil sales volumes, 3% of its anticipated NGLs sales volumes, and 2% of its anticipated natural-gas sales volumes for 2016. These instruments had a fair value of $273 million as of December 31, 2015. See *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K. Anadarko believes that the actions taken to enhance the Company's liquidity position coupled with its asset portfolio and operating and financial performance provide the necessary financial flexibility to fund the Company's current and long-term operations.

**Potential for Future Impairments**  During 2015, the Company recognized significant impairments of proved oil and gas and midstream properties and impairments of unproved oil and gas properties, primarily as a result of lower forecasted commodity prices and changes to the Company's drilling plans. At December 31, 2015, the Company's estimate of undiscounted future cash flows attributable to a certain depletion group with a net book value of approximately $2.2 billion indicated that the carrying amount was expected to be recovered; however, this depletion group may be at risk for impairment if the estimates of future cash flows decline. The Company estimates that, if this depletion group becomes impaired in a future period, the Company could recognize non-cash impairments in that period in excess of $800 million. It is also reasonably possible that prolonged low or further declines in commodity prices, further changes to the Company's drilling plans in response to lower prices, or increases in drilling or operating costs could result in other additional impairments.

Anadarko had approximately $5.4 billion of goodwill at December 31, 2015, allocated to the following reporting units: $4.9 billion to oil and gas exploration and production, $383 million to WES gathering and processing, $5 million to WES transportation, and $62 million to other gathering and processing. Goodwill is tested annually in October, and at interim periods when necessary. Although commodity prices declined during the year, as of December 31, 2015, the estimated fair value of the oil and gas reporting unit exceeded the carrying value by more than 15%, without consideration for any control premium, and the other reporting units were not at risk of impairment. However, it is reasonably possible that prolonged low or further declines in commodity prices, decreases in proved reserves, changes in exploration or development plans, significant property impairments, increases in operating or drilling costs, significant changes in regulations, or other negative changes to the economic environment in which Anadarko operates could result in a further reduction in the fair value of the reporting units and increase the potential for a future impairment of goodwill.

52

**Proved Reserves**  Proved reserves are estimated based on the average beginning-of-month prices during the 12-month period for the respective year. The average prices used to compute proved reserves at December 31, 2015, were $50.28 per barrel (Bbl) for oil, $2.59 per million British thermal units (MMBtu) for gas, and $19.47 per Bbl for NGLs. Prices for oil, natural gas, and NGLs can fluctuate widely. For example, New York Mercantile Exchange (NYMEX) West Texas Intermediate oil prices have been volatile and ranged from a high of $107.26 per barrel in June 2014 to a low of $26.21 per Bbl in February 2016. Also, NYMEX Henry Hub natural-gas prices have been volatile and ranged from a high of $6.15 per MMBtu in February 2014 to a low of $1.76 per MMBtu in December 2015. If commodity prices remain below the average prices used to estimate 2015 proved reserves, the Company would expect additional negative price-related reserves revisions in 2016, which could be significant.

## OVERVIEW

Significant 2015 operating and financial activities include the following:

**Total Company**

- Anadarko's sales volumes averaged 836 thousand barrels of oil equivalent per day (MBOE/d), which was relatively flat compared to 2014 and includes a 37 MBOE/d decrease related to divestitures.
- The Company's overall sales-volume product mix increased to 53% liquids in 2015 compared to 49% in 2014.
- Anadarko's higher-margin liquids sales volumes were 447 thousand barrels per day (MBbls/d), representing a 9% increase over 2014. This increase included a 14 MBbls/d decrease in sales volumes related to divestitures, including certain enhanced oil recovery (EOR) assets in the Rocky Mountains Region (Rockies) in 2015 and the Company's Chinese subsidiary in 2014.
- The Company closed several asset monetizations, totaling $1.4 billion, including the divestiture of certain coalbed methane properties and related midstream assets in the Rockies, certain EOR assets in the Rockies, and certain oil and gas properties and related midstream assets in East Texas.
- Anadarko paid $5.2 billion related to a settlement agreement resolving all claims asserted in the Tronox Adversary Proceeding. See *Note 15—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.
- After previously finding that Anadarko, as a nonoperating investor in the Macondo well, was not culpable with respect to the Deepwater Horizon events, the Louisiana District Court found Anadarko liable for civil penalties under the Clean Water Act as a working-interest owner in the Macondo well and entered a judgment of $159.5 million in December 2015. See *Note 15—Contingencies—Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**U.S. Onshore**

- The Rockies sales volumes averaged 367 MBOE/d, representing a 2%, or 6 MBOE/d, increase over 2014, primarily from a 32%, or 54 MBOE/d, sales volume increase in the Wattenberg field, partially offset by lower sales volumes due to the April 2015 sale of certain EOR assets and the September 2015 sale of certain coalbed methane properties.
- The Southern and Appalachia Region sales volumes averaged 284 MBOE/d, representing a 5% decrease from 2014, primarily due to lower natural-gas sales volumes in the Marcellus shale due to voluntary curtailments and third-party infrastructure downtime, and the sale of certain U.S. onshore oil and gas properties and related midstream assets in East Texas, partially offset by higher sales volumes in the Eagleford shale.

53

APC-00227197

**Gulf of Mexico**

- Gulf of Mexico sales volumes averaged 85 MBOE/d, representing a 2% increase over 2014, primarily due to the commencement of oil production from the Lucius development in January 2015, partially offset by a natural-gas production decline at Independence Hub (IHUB).

- The Company participated in the successful drilling of the nonoperated Yeti exploration well (37.5% working interest) in Walker Ridge Block 160, with the well successfully sidetracked to test the down-dip limits of the field.

- Anadarko's Heidelberg development project was completed and achieved first oil in January 2016.

**International**

- International sales volumes averaged 91 MBOE/d, which was relatively flat compared to 2014.

- The Kronos-1 deepwater prospect offshore Colombia encountered 130 to 230 net feet of natural-gas pay in the upper objective and encountered non-commercial hydrocarbons in a deeper objective.

- The Tweneboa/Enyenra/Ntomme (TEN) project in Ghana was more than 80% complete at year end 2015, with first oil expected in the third quarter of 2016.

- Anadarko wrote off suspended exploratory costs in Brazil where the Company does not expect to have substantive exploration and development activities for the foreseeable future given the current oil-price environment and other considerations.

**Financial**

- Anadarko's net loss attributable to common stockholders for 2015 totaled $6.7 billion, including impairments of $5.1 billion primarily related to certain U.S. onshore and Gulf of Mexico properties, impairments of exploration assets of $1.9 billion primarily associated with impairments of unproved properties and the write-off of suspended exploratory well costs in Brazil, and losses on divestitures of $1.0 billion.

- The Company's net cash used in operating activities was $1.9 billion in 2015, which included the $5.2 billion Tronox settlement payment. The Company ended 2015 with $939 million of cash on hand.

- The Company initiated a commercial paper program, which allows the issuance of a maximum of $3.0 billion of unsecured commercial paper notes.

- In December 2015, Anadarko extended the maturity of its Five-Year Facility to January 2021, and in January 2016, Anadarko replaced its 364-Day Facility with a new $2.0 billion 364-day senior unsecured revolving credit facility that will mature in January 2017.

- WES, a publicly traded consolidated subsidiary, completed a public offering of $500 million aggregate principal amount of 3.950% Senior Notes due 2025.

- Anadarko issued 9.2 million 7.50% tangible equity units (TEUs) at a stated amount of $50.00 per unit and raised net proceeds of $445 million.

- Anadarko completed a public secondary offering of 2.3 million common units in Western Gas Equity Partners, LP (WGP), a publicly traded consolidated subsidiary that owns partnership interests in WES, and raised net proceeds of $130 million.

54

CONFIDENTIAL

APC-00227198

**FINANCIAL RESULTS**

| millions except per-share amounts | 2015 | 2014 | 2013 |
|---|---|---|---|
| Oil and condensate, natural-gas, and NGLs sales | $ 8,260 | $ 15,169 | $ 13,828 |
| Gathering, processing, and marketing sales | 1,226 | 1,206 | 1,039 |
| Gains (losses) on divestitures and other, net | (788) | 2,095 | (286) |
| Revenues and other | 8,698 | 18,470 | 14,581 |
| Costs and expenses | 17,507 | 13,067 | 11,248 |
| Other (income) expense | 880 | 5,349 | 1,227 |
| Income tax expense (benefit) | (2,877) | 1,617 | 1,165 |
| Net income (loss) attributable to common stockholders | $ (6,692) | $ (1,750) | $ 801 |
| Net income (loss) per common share attributable to common stockholders—diluted | $ (13.18) | $ (3.47) | $ 1.58 |
| Average number of common shares outstanding—diluted | 508 | 506 | 505 |

The following discussion pertains to Anadarko's results of operations, financial condition, and changes in financial condition. Any increases or decreases "for the year ended December 31, 2015," refer to the comparison of the year ended December 31, 2015, to the year ended December 31, 2014. Similarly, any increases or decreases "for the year ended December 31, 2014," refer to the comparison of the year ended December 31, 2014, to the year ended December 31, 2013. The primary factors that affect the Company's results of operations include commodity prices for oil, natural gas, and NGLs; sales volumes; the cost of finding such reserves; and operating costs.

### Revenues and Sales Volumes

| millions | Oil and Condensate | Natural Gas | NGLs | Total |
|---|---|---|---|---|
| 2014 sales revenues | $ 9,748 | $ 3,849 | $ 1,572 | $ 15,169 |
| Changes associated with prices | (5,189) | (1,462) | (871) | (7,522) |
| Changes associated with sales volumes | 861 | (380) | 132 | 613 |
| 2015 sales revenues | $ 5,420 | $ 2,007 | $ 833 | $ 8,260 |
| Increase/(decrease) vs. 2014 | (44)% | (48)% | (47)% | (46)% |
| | | | | |
| 2013 sales revenues | $ 9,178 | $ 3,388 | $ 1,262 | $ 13,828 |
| Changes associated with prices | (1,046) | 540 | (86) | (592) |
| Changes associated with sales volumes | 1,616 | (79) | 396 | 1,933 |
| 2014 sales revenues | $ 9,748 | $ 3,849 | $ 1,572 | $ 15,169 |
| Increase/(decrease) vs. 2013 | 6 % | 14 % | 25 % | 10 % |

Changes associated with sales volumes for the years ended December 31, 2015 and 2014, include decreases associated with asset divestitures.

55

CONFIDENTIAL

APC-00227199

Table of Contents
Index to Financial Statements

The following provides Anadarko's sales volumes for the years ended December 31:

| | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| **Barrels of Oil Equivalent** | | | | | |
| *(MMBOE except percentages)* | | | | | |
| United States | 272 | (1)% | 275 | 9% | 252 |
| International | 33 | (1) | 33 | 2 | 33 |
| Total barrels of oil equivalent | 305 | (1) | 308 | 8 | 285 |
| | | | | | |
| **Barrels of Oil Equivalent per Day** | | | | | |
| *(MBOE/d except percentages)* | | | | | |
| United States | 745 | (1)% | 751 | 9% | 691 |
| International | 91 | (1) | 92 | 2 | 90 |
| Total barrels of oil equivalent per day | 836 | (1) | 843 | 8 | 781 |

MMBOE—million barrels of oil equivalent

Sales volumes represent actual production volumes adjusted for changes in commodity inventories and natural-gas production volumes provided to satisfy a commitment established in conjunction with the Jubilee development plan in Ghana. Anadarko employs marketing strategies to minimize market-related shut-ins, maximize realized prices, and manage credit-risk exposure. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K and *Other (Income) Expense—(Gains) Losses on Derivatives, net.* Production of natural gas, oil, and NGLs is usually not affected by seasonal swings in demand.

56

CONFIDENTIAL

APC-00227200

## Oil and Condensate Sales Volumes, Average Prices, and Revenues

|  | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| **United States** | | | | | |
| Sales volumes—MMBbls | 85 | 14 % | 74 | 28 % | 58 |
| MBbls/d | 232 | 14 | 203 | 28 | 158 |
| Price per barrel | $ 45.00 | (49) | $ 87.99 | (9) | $ 97.02 |
| **International** | | | | | |
| Sales volumes—MMBbls | 31 | (4)% | 32 | (1)% | 33 |
| MBbls/d | 85 | (4) | 89 | (1) | 90 |
| Price per barrel | $ 51.68 | (48) | $ 99.79 | (9) | $ 109.15 |
| **Total** | | | | | |
| Sales volumes—MMBbls | 116 | 9 % | 106 | 18 % | 91 |
| MBbls/d | 317 | 9 | 292 | 18 | 248 |
| Price per barrel | $ 46.79 | (49) | $ 91.58 | (10) | $ 101.41 |
| Oil and condensate sales revenues (millions) | $ 5,420 | (44) | $ 9,748 | 6 | $ 9,178 |

MMBbls—million barrels

### Oil and Condensate Sales Volumes

*2015 vs. 2014*  Anadarko's oil and condensate sales volumes increased by 25 MBbls/d.

- Sales volumes in the Rockies increased by 11 MBbls/d primarily in the Wattenberg field due to continued horizontal drilling, partially offset by lower sales volumes due to the sale of certain EOR assets in April 2015.

- Sales volumes in the Southern and Appalachia Region increased by 10 MBbls/d primarily in the Eagleford shale as a result of continued horizontal drilling and in the Delaware basin due to wells brought online as a result of additional infrastructure and continued drilling.

- Sales volumes in the Gulf of Mexico increased by 8 MBbls/d primarily from the Lucius development achieving first oil in January 2015, partially offset by a natural production decline at Marco Polo.

- International sales volumes decreased by 4 MBbls/d primarily due to the timing of liftings in Algeria and the sale of the Company's Chinese subsidiary in August 2014, partially offset by higher sales volumes due to the timing of liftings in Ghana.

*2014 vs. 2013*  Anadarko's oil and condensate sales volumes increased by 44 MBbls/d.

- Sales volumes in the Rockies increased by 33 MBbls/d primarily in the Wattenberg field due to increased horizontal drilling.

- Sales volumes in the Southern and Appalachia Region increased by 15 MBbls/d, primarily as a result of increased horizontal drilling and 2013 infrastructure expansion in the Eagleford shale and increased horizontal drilling in the Delaware basin.

- International sales volumes decreased by 1 MBbls/d primarily due to lower sales volumes in China as a result of maintenance downtime and the sale of the Company's Chinese subsidiary and the timing of liftings in Ghana, partially offset by higher sales volumes in Algeria from additional facilities and wells brought online at El Merk.

- Sales volumes in the Gulf of Mexico decreased by 1 MBbls/d primarily due to natural production declines.

### Oil and Condensate Prices

*2015 vs. 2014*  Anadarko's average oil price received decreased primarily as a result of global oversupply.

*2014 vs. 2013*  Anadarko's average oil price received decreased as a result of a global oversupply and reduced oil demand resulting from continued economic weakness particularly in late 2014.

57

    APC-00227201

**Natural-Gas Sales Volumes, Average Prices, and Revenues**

|  | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| **United States** | | | | | |
| Sales volumes—Bcf | 852 | (10)% | 945 | (2)% | 968 |
| MMcf/d | 2,334 | (10) | 2,589 | (2) | 2,652 |
| Price per Mcf | $ 2.36 | (42) | $ 4.07 | 16 | $ 3.50 |
| Natural-gas sales revenues (millions) | $ 2,007 | (48) | $ 3,849 | 14 | $ 3,388 |

Bcf—billion cubic feet
MMcf/d—million cubic feet per day
Mcf—thousand cubic feet

### *Natural-Gas Sales Volumes*

*2015 vs. 2014*  The Company's natural-gas sales volumes decreased by 255 MMcf/d.

- Sales volumes in the Southern and Appalachia Region decreased by 145 MMcf/d primarily due to voluntary curtailments and third-party infrastructure downtime in the Marcellus shale and the July 2015 sale of certain U.S. onshore properties and related midstream assets in East Texas. These decreases were partially offset by higher sales volumes as a result of continued horizontal drilling in the Eagleford shale.

- Sales volumes in the Rockies decreased by 66 MMcf/d primarily due to voluntary curtailments at Greater Natural Buttes, a natural production decline at Powder River basin, and the September 2015 sale of certain coalbed methane properties, partially offset by higher sales volumes in the Wattenberg field as a result of continued horizontal drilling.

- Sales volumes in the Gulf of Mexico decreased by 44 MMcf/d primarily due to a natural production decline at IHUB, partially offset by the Lucius development achieving first production in January 2015.

*2014 vs. 2013*  The Company's natural-gas sales volumes decreased by 63 MMcf/d.

- Sales volumes in the Rockies decreased by 90 MMcf/d primarily due to the January 2014 sale of the Company's Pinedale/Jonah assets and natural production declines in the Powder River basin and Greater Natural Buttes. These decreases were partially offset by higher sales volumes in the Wattenberg field due to increased horizontal drilling.

- Sales volumes in the Gulf of Mexico decreased by 67 MMcf/d primarily due to a natural production decline at IHUB.

- Sales volumes in the Southern and Appalachia Region increased by 94 MMcf/d primarily due to infrastructure expansions that allowed the Company to bring wells online in the Marcellus and Eagleford shales as well as continued horizontal drilling in the liquids-rich East Texas/North Louisiana horizontal development.

### *Natural-Gas Prices*

*2015 vs. 2014*  The average natural-gas price Anadarko received decreased primarily due to strong year-over-year production growth in the northeast United States and slightly lower weather-driven residential and commercial demand mainly in the first half of 2015.

*2014 vs. 2013*  The average natural-gas price Anadarko received increased primarily due to low industry natural-gas storage levels as a result of colder than average winter temperatures and the associated high residential heating demand in early 2014. In addition, natural-gas prices increased as a result of higher industrial natural-gas demand, reduced natural-gas imports from Canada, and continued strength in exports to Mexico.

58

CONFIDENTIAL                                                              APC-00227202

**Natural-Gas Liquids Sales Volumes, Average Prices, and Revenues**

| | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| **United States** | | | | | |
| Sales volumes—MMBbls | 45 | 6% | 43 | 28% | 33 |
| MBbls/d | 124 | 6 | 116 | 28 | 91 |
| Price per barrel | $ 17.03 | (52) | $ 35.48 | (7) | $ 37.97 |
| **International** | | | | | |
| Sales volumes—MMBbls | 2 | 91% | 1 | NM | — |
| MBbls/d | 6 | 91 | 3 | NM | — |
| Price per barrel | $ 29.85 | (47) | $ 56.16 | NM | $ — |
| **Total** | | | | | |
| Sales volumes—MMBbls | 47 | 8% | 44 | 31% | 33 |
| MBbls/d | 130 | 8 | 119 | 31 | 91 |
| Price per barrel | $ 17.61 | (51) | $ 36.01 | (5) | $ 37.97 |
| Natural-gas liquids sales revenues (millions) | $ 833 | (47) | $ 1,572 | 25 | $ 1,262 |

NM—not meaningful

### NGLs Sales Volumes

NGLs sales represent revenues from the sale of products derived from the processing of Anadarko's natural-gas production.

*2015 vs. 2014* The Company's NGLs sales volumes increased by 11 MBbls/d.

- Sales volumes in the Rockies increased by 6 MBbls/d primarily in the Wattenberg field due to continued horizontal drilling and the Lancaster plant coming online in April 2014, partially offset by ethane rejection.

- International sales volumes increased by 3 MBbls/d as volumes increased in Algeria since the commencement of sales at the Company's El Merk facility during 2014.

*2014 vs. 2013* The Company's NGLs sales volumes increased by 28 MBbls/d.

- Sales volumes in the Rockies increased by 16 MBbls/d primarily in the Wattenberg field due to increased horizontal drilling and the Lancaster plant coming online in April 2014.

- Sales volumes in the Southern and Appalachia Region increased by 10 MBbls/d primarily as a result of increased horizontal drilling and 2013 infrastructure expansion in the Eagleford shale.

- International sales volumes increased by 3 MBbls/d due to the commencement of sales at the Company's El Merk facility in Algeria in 2014.

### NGLs Prices

*2015 vs. 2014* Anadarko's average NGLs price received decreased primarily due to decreased propane prices as a result of lower seasonal demand, higher NGLs production levels, and a related decline in oil prices.

*2014 vs. 2013* Anadarko's average NGLs price received decreased primarily due to lower prices for butanes and natural gasoline resulting from higher industry production levels and a related decline in oil prices.

59

 APC-00227203

**Gathering, Processing, and Marketing**

| millions except percentages | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| Gathering, processing, and marketing sales | $ 1,226 | 2% | $ 1,206 | 16% | $ 1,039 |
| Gathering, processing, and marketing expense | 1,054 | 2 | 1,030 | 19 | 869 |
| Total gathering, processing, and marketing, net | $ 172 | (2) | $ 176 | 4 | $ 170 |

Gathering and processing sales includes revenue from the sale of NGLs and remaining residue gas extracted from natural gas purchased from third parties and processed by Anadarko as well as fee revenue earned by providing gathering, processing, compression, and treating services to third parties. Marketing sales include the margin earned from purchasing and selling third-party oil and natural gas. Gathering, processing, and marketing expense includes the cost of third-party natural gas purchased and processed by Anadarko as well as other operating and transportation expenses related to the Company's costs to perform gathering, processing, and marketing activities.

*2015 vs. 2014*  Gathering, processing, and marketing, net decreased by $4 million. The decrease primarily resulted from lower processing revenues due to decreased commodity prices, partially offset by increased processing volumes related to the November 2014 acquisition of Nuevo Midstream, LLC and higher marketing margins.

*2014 vs. 2013*  Gathering, processing, and marketing, net increased by $6 million primarily due to higher gathering and processing revenue associated with higher volumes, increased natural-gas prices, and increased infrastructure, partially offset by higher processing and transportation expenses due to the increased volumes.

CONFIDENTIAL                                                                                          APC-00227204

## Gains (Losses) on Divestitures and Other, net

| millions except percentages | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| Gains (losses) on divestitures | $ (1,022) | (154)% | $ 1,891 | NM | $ (470) |
| Other | 234 | 15 | 204 | 11% | 184 |
| Total gains (losses) on divestitures and other, net | $ (788) | (138) | $ 2,095 | NM | $ (286) |

Gains (losses) on divestitures and other, net includes gains (losses) on divestitures and other operating revenues, including hard-minerals royalties, earnings from equity investments, and other revenues.

### 2015

- The Company recognized a loss of $538 million associated with the divestiture of certain coalbed methane properties and related midstream assets in the Rockies for net proceeds of $154 million after closing adjustments.

- The Company recognized a loss of $350 million associated with the divestiture of certain EOR assets in the Rockies, with a sales price of $703 million, for net proceeds of $675 million after closing adjustments.

- The Company recognized a loss of $110 million associated with the divestiture of certain oil and gas properties and related midstream assets in East Texas, with a sales price of $440 million, for net proceeds of $425 million after closing adjustments.

- The Company recognized income of $130 million related to the settlement of a royalty lawsuit associated with a property in the Gulf of Mexico.

### 2014

- The Company recognized a gain of $1.5 billion related to its divestiture of a 10% working interest in Offshore Area 1 in Mozambique for net proceeds of $2.64 billion.

- The Company recognized a gain of $510 million associated with the divestiture of its Chinese subsidiary for net proceeds of $1.075 billion.

- The Company recognized a gain of $237 million associated with the divestiture of its interest in the nonoperated Vito deepwater development, along with several surrounding exploration blocks in the Gulf of Mexico, for net proceeds of $500 million.

- During the fourth quarter of 2014, Anadarko considered certain EOR assets in the Rockies to be held for sale and recognized a $456 million loss. At December 31, 2014, these assets were no longer considered held for sale as the volatility in the current commodity-price environment reduced the probability that these assets would be sold within the next year.

### 2013

- The Company recognized losses on assets held for sale of $704 million, primarily associated with the Pinedale/Jonah assets in Wyoming, which were sold in January 2014 for net proceeds of $581 million.

- The Company divested its interest in a soda ash joint venture for net proceeds of $310 million and recognized a gain of $140 million while retaining its royalty interest in soda ash mined by the joint venture from the Company's Land Grant. Additional consideration may also be received based on future revenue of the joint venture.

- The Company recognized gains on divestitures of $94 million for certain U.S. oil and gas properties.

See *Note 3—Acquisitions, Divestitures, and Assets Held for Sale* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for additional information on assets held for sale.

61

CONFIDENTIAL                                                                                 APC-00227205

## Costs and Expenses

| | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| Oil and gas operating (millions) | $ 1,014 | (13)% | $ 1,171 | 7% | $ 1,092 |
| Oil and gas operating—per BOE | 3.32 | (13) | 3.81 | (1) | 3.83 |
| Oil and gas transportation (millions) | 1,117 | — | 1,116 | 14 | 981 |
| Oil and gas transportation—per BOE | 3.66 | 1 | 3.63 | 6 | 3.44 |

BOE—barrels of oil equivalent

### Oil and Gas Operating Expenses

*2015 vs. 2014* Oil and gas operating expenses decreased by $157 million primarily due to lower expenses of $73 million as a result of divestitures, lower workover costs of $49 million as a result of reduced activity primarily in the Rockies and the Southern and Appalachia Region, and lower surface maintenance expenses of $21 million primarily in the Rockies. The related costs per BOE decreased by $0.49 as a result of lower costs.

*2014 vs. 2013* Oil and gas operating expenses increased by $79 million primarily due to higher costs associated with increased sales volumes in the Rockies and the Southern and Appalachia Region and increased activity in the Gulf of Mexico. These increases were partially offset by lower expenses due to the sales of the Company's Pinedale/Jonah assets and its Chinese subsidiary. The related costs per BOE decreased by $0.02 due to increased sales volumes, partially offset by the higher costs.

### Oil and Gas Transportation Expenses

*2015 vs. 2014* Oil and gas transportation expenses were relatively flat. Oil and gas transportation expenses per BOE increased by $0.03 primarily due to decreased sales volumes.

*2014 vs. 2013* Oil and gas transportation expenses increased by $135 million primarily due to higher gas-gathering and transportation costs primarily attributable to higher volumes related to the growth in the Company's U.S. onshore asset base. Oil and gas transportation expenses per BOE increased by $0.19 with the higher costs partially offset by increased sales volumes.

CONFIDENTIAL

APC-00227206

Table of Contents
Index to Financial Statements

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Exploration Expense** | | | |
| Dry hole expense | $  1,052 | $  762 | $  556 |
| Impairments of unproved properties | 1,215 | 483 | 308 |
| Geological and geophysical expense | 168 | 168 | 208 |
| Exploration overhead and other | 209 | 226 | 257 |
| Total exploration expense | $  2,644 | $  1,639 | $  1,329 |

*2015 vs. 2014*  Exploration expense increased by $1.0 billion.

Dry hole expense increased by $290 million.

- The Company wrote off suspended exploratory well costs of $746 million in 2015, primarily related to Brazil where the Company does not expect to have substantive exploration and development activities for the foreseeable future given the current oil-price environment and other considerations.
- The Company recognized $306 million due to unsuccessful drilling activities expensed in 2015 primarily in Colombia and the Gulf of Mexico.
- Anadarko recognized $762 million due to unsuccessful drilling activities expensed in 2014 associated with wells in the Gulf of Mexico, the Rockies, and Mozambique.

Impairments of unproved properties increased by $732 million.

- In 2015, the Company recognized a $935 million impairment of unproved Greater Natural Buttes properties and a $66 million impairment of an unproved Gulf of Mexico property as a result of lower commodity prices.
- Also in 2015, the Company recognized a $109 million impairment of unproved Utica properties resulting from an assignment of mineral interests in settlement of a legal matter.
- In 2014, the Company recognized impairments of $302 million primarily related to lower oil prices, a reduction of reserves, and the expiration of certain leases in the Gulf of Mexico.
- Also in 2014, the Company recognized impairments of $50 million due to the decision not to pursue further drilling in Sierra Leone.
- The Company recognized impairments of $38 million in 2014 as a result of changes in the Company's drilling plans for certain U.S. onshore oil and gas properties.

*2014 vs. 2013*  Exploration expense increased by $310 million.

Dry hole expense increased by $206 million.

- The Company recognized $762 million due to unsuccessful drilling activities expensed in 2014 associated with wells in the Gulf of Mexico, the Rockies, and Mozambique.
- The Company recognized $556 million due to unsuccessful drilling activities expensed in 2013 associated with wells in Kenya, Sierra Leone, and Côte d'Ivoire.

Impairments of unproved properties increased by $175 million.

- In 2014, the Company recognized impairments of $390 million in the Gulf of Mexico, Sierra Leone, and certain U.S. onshore oil and gas properties discussed above.
- In 2013, the Company recognized impairments of $89 million in China, $53 million in Brazil, and $53 million for a U.S. onshore property as a result of changes in the Company's drilling plans.

Geological and geophysical expense decreased by $40 million due to lower seismic purchases in the Gulf of Mexico during 2014.

CONFIDENTIAL                                                                                              APC-00227207

Index to Financial Statements

| millions except percentages | 2015 | Inc/(Dec) vs. 2014 | 2014 | Inc/(Dec) vs. 2013 | 2013 |
|---|---|---|---|---|---|
| General and administrative | $ 1,176 | (11)% | $ 1,316 | 21% | $ 1,090 |
| Depreciation, depletion, and amortization | 4,603 | 1 | 4,550 | 16 | 3,927 |
| Other taxes | 553 | (56) | 1,244 | 16 | 1,077 |
| Impairments | 5,075 | NM | 836 | 5 | 794 |
| Other operating expense | 271 | 64 | 165 | 85 | 89 |

### General and Administrative Expenses (G&A)

*2015 vs. 2014*  G&A expense decreased by $140 million primarily due to lower bonus plan expense and lower legal fees, partially offset by increased benefit plan expense.

*2014 vs. 2013*  G&A expense increased by $226 million primarily due to higher employee-related expenses of $152 million primarily associated with increased headcount and higher bonus plan expense. In addition, G&A expense increased due to higher legal expenses of $38 million primarily related to the third-party reimbursement of legal expenses associated with the Algeria exceptional profits tax settlement received in 2013 and legal fees related to Tronox as well as higher consulting fees of $15 million.

### Depreciation, Depletion, and Amortization (DD&A)

*2015 vs. 2014*  DD&A expense increased by $53 million primarily due to costs associated with additional gathering and processing facilities and higher costs and sales volumes associated with Gulf of Mexico and U.S. onshore properties. These increases were partially offset by the impact of lower costs primarily due to the impairment of the Company's Greater Natural Buttes oil and gas properties and lower expense related to revisions to asset retirement cost estimates for fully depreciated Gulf of Mexico wells.

*2014 vs. 2013*  DD&A expense increased by $623 million primarily due to higher sales volumes in 2014, increased asset retirement costs for wells in the Gulf of Mexico, and increased costs associated with additional gathering and processing facilities.

### Other Taxes

*2015 vs. 2014*  Other taxes decreased by $691 million.

- U.S. severance taxes decreased by $272 million, Algerian exceptional profits taxes decreased by $238 million, and ad valorem taxes decreased by $155 million. These decreases were primarily due to lower commodity prices.

- Chinese windfall profits tax decreased by $24 million as a result of the sale of the Company's Chinese subsidiary in August 2014.

*2014 vs. 2013*  Other taxes increased by $167 million.

- Algerian exceptional profits taxes increased by $128 million attributable to higher oil sales volumes and the commencement of NGLs sales in 2014.

- U.S. onshore ad valorem taxes increased by $85 million attributable to increased activity related to U.S. onshore properties.

- Chinese windfall profits tax decreased by $47 million resulting from maintenance downtime in the first half of 2014 and the sale of the Company's Chinese subsidiary in August 2014.

CONFIDENTIAL                                                                                APC-00227208

### *Impairments*

#### *2015*

- The Company recognized impairments of $3.0 billion related to the Company's Greater Natural Buttes oil and gas properties and $482 million for related midstream properties in the Rockies, $687 million for other U.S. onshore oil and gas properties primarily in the Southern and Appalachia Region, $557 million for other midstream properties primarily in the Rockies, and $349 million for oil and gas properties in the Gulf of Mexico, all due to lower forecasted commodity prices.

Prolonged low or further declines in commodity prices, changes to the Company's drilling plans in response to lower prices, increases in drilling or operating costs, or negative reserves revisions could result in additional impairments in future periods. See *Note 5—Impairments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for additional information on impairments and *Risk Factors* under Item 1A of this Form 10-K for further discussion on the risks associated with oil, natural-gas, and NGLs prices.

#### *2014*

- The Company recognized impairments of $545 million related to certain U.S. onshore oil and gas properties and $276 million related to certain oil and gas properties in the Gulf of Mexico that were impaired primarily due to lower forecasted commodity prices.

#### *2013*

- The Company recognized impairments of $562 million due to a reduction in estimated future net cash flows and downward revisions of reserves for certain Gulf of Mexico properties resulting from changes to the Company's development plans.

- The Company recognized impairments of $142 million for certain U.S. onshore oil and gas properties and $49 million for related midstream assets due to downward revisions of reserves resulting from changes to the Company's development plans.

- The Company recognized impairments of $30 million for certain midstream properties due to a reduction in estimated future cash flows.

### *Other Operating Expense*

*2015 vs. 2014*  Other operating expense increased by $106 million primarily due to an increase in legal accruals of $97 million and a $48 million expense in 2015 for the early termination of a drilling rig, partially offset by lower payments to surface owners of $20 million.

*2014 vs. 2013*  Other operating expense increased by $76 million primarily due to an increase in legal accruals of $49 million and $14 million of expenses in 2014 for the early termination of drilling rigs.

65

CONFIDENTIAL                                                                 APC-00227209

Index to Financial Statements

## Other (Income) Expense

| millions | | 2015 | | 2014 | | 2013 |
|---|---|---|---|---|---|---|
| **Interest Expense** | | | | | | |
| Current debt, long-term debt, and other | $ | **989** | $ | 973 | $ | 949 |
| Capitalized interest | | **(164)** | | (201) | | (263) |
| Total interest expense | $ | **825** | $ | 772 | $ | 686 |

*2015 vs. 2014* Interest expense increased by $53 million.

- Interest expense on debt increased by $16 million primarily due to higher debt outstanding during 2015, partially offset by decreased debt amortization costs for the $5.0 billion senior secured revolving credit facility ($5.0 billion Facility) that was replaced in January 2015.

- Capitalized interest decreased by $37 million primarily due to the completion of the Lucius development and lower construction-in-progress balances for long-term capital projects in Brazil, partially offset by higher construction-in-progress balances for long-term capital projects primarily in Ghana.

*2014 vs. 2013* Interest expense increased by $86 million.

- Interest expense increased $13 million due to increased long-term debt outstanding during 2014.

- Capitalized interest decreased by $62 million primarily due to lower construction-in-progress balances for the Mozambique liquefied natural gas project and the completion of certain U.S. pipeline projects in late 2013 and early 2014.

| millions | | 2015 | | 2014 | | 2013 |
|---|---|---|---|---|---|---|
| **(Gains) Losses on Derivatives, net** | | | | | | |
| (Gains) losses on commodity derivatives, net | $ | **(367)** | $ | (589) | $ | 141 |
| (Gains) losses on interest-rate and other derivatives, net | | **268** | | 786 | | (539) |
| Total (gains) losses on derivatives, net | $ | **(99)** | $ | 197 | $ | (398) |

(Gains) losses on derivatives, net represents the changes in fair value of the Company's derivative instruments as a result of changes in commodity prices and interest rates as well as contract modifications. Anadarko enters into commodity derivatives to manage the risk of changes in the market prices for its anticipated sales of production. In addition, Anadarko also enters into interest-rate swaps to fix or float interest rates on existing or anticipated indebtedness to manage exposure to interest-rate changes. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

CONFIDENTIAL

APC-00227210

| millions | | 2015 | | 2014 | | 2013 |
| --- | --- | --- | --- | --- | --- | --- |
| **Other (Income) Expense, net** | | | | | | |
| Interest income | $ | **(13)** | $ | (26) | $ | (19) |
| Other | | **162** | | 46 | | 108 |
| Total other (income) expense, net | $ | **149** | $ | 20 | $ | 89 |

*2015 vs. 2014*  Other expense, net increased by $129 million.

- Losses associated with certain equity investments increased by $61 million as a result of lower commodity prices.

- Unfavorable changes in foreign currency gains/losses of $35 million were primarily associated with foreign currency held in escrow pending final determination of the Company's Brazilian tax liability attributable to the 2008 divestiture of the Peregrino field offshore Brazil.

- Environmental reserve accruals associated with properties previously acquired by Anadarko increased by $22 million.

- Interest income from short-term investments decreased by $13 million.

*2014 vs. 2013*  Other expense, net decreased by $69 million.

- In 2013, as a result of a Chapter 11 bankruptcy declaration by a third party, the U.S. Department of the Interior ordered Anadarko to perform the decommissioning of a production facility and related wells, which were previously sold to the third party. The Company accrued costs of $117 million during 2013 to decommission the production facility and related wells and recognized a $22 million increase in the estimated decommissioning costs in 2014. Anadarko has completed the decommissioning of the facility and expects to complete the remaining decommissioning of the wells in 2016.

- As a result of a prior acquisition, the Company recognized a restoration liability of $50 million in 2013 with respect to a landfill located in California for which the Company was notified that it is a potentially responsible party.

- The Company reversed the $56 million tax indemnification liability associated with the 2006 sale of the Company's Canadian subsidiary in 2013. The indemnity was reversed as a result of certain changes to Canadian tax laws.

| millions | | 2015 | | 2014 | | 2013 |
| --- | --- | --- | --- | --- | --- | --- |
| Tronox-related contingent loss | $ | **5** | $ | 4,360 | $ | 850 |

In April 2014, Anadarko and Kerr-McGee Corporation and certain of its subsidiaries (collectively, Kerr-McGee) entered into a settlement agreement for $5.15 billion, resolving all claims asserted in the Tronox Adversary Proceeding. This amount represents principal of approximately $3.98 billion plus 6% interest from the filing of the Adversary Proceeding on May 12, 2009, through April 3, 2014. In addition, the Company agreed to pay interest on that amount from April 3, 2014, through the payment of the settlement. In January 2015, the Company paid $5.2 billion after the settlement became effective. See *Note 15—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

CONFIDENTIAL                                                     APC-00227211

**Income Tax Expense**

| millions except percentages | 2015 | 2014 | 2013 |
|---|---|---|---|
| Income tax expense (benefit) | $ (2,877) | $ 1,617 | $ 1,165 |
| Income (loss) before income taxes | (9,689) | 54 | 2,106 |
| Effective tax rate | 30% | 2,994% | 55% |

The Company reported a loss before income taxes for the year ended December 31, 2015. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect. The decrease from the 35% U.S. federal statutory rate for the year ended December 31, 2015, was primarily attributable to the following:

- tax impact from foreign operations
- non-deductible Algerian exceptional profits tax for Algerian income tax purposes
- net changes in uncertain tax positions
- dispositions of non-deductible goodwill

The increase from the 35% U.S. federal statutory rate for the year ended December 31, 2014, was primarily attributable to the following:

- net changes in uncertain tax positions related to the settlement agreement associated with the Tronox Adversary Proceeding
- net changes in other uncertain tax positions
- non-deductible Algerian exceptional profits tax for Algerian income tax purposes
- tax impact from foreign operations

The increase from the 35% U.S. federal statutory rate for the year ended December 31, 2013, was primarily attributable to the following:

- tax impact from foreign operations
- non-deductible Algerian exceptional profits tax for Algerian income tax purposes
- deferred tax adjustments

For additional information on income tax rates, see *Note 12—Income Taxes* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**Net Income (Loss) Attributable to Noncontrolling Interests**

| millions except percentages | 2015 | 2014 | 2013 |
|---|---|---|---|
| Net income (loss) attributable to noncontrolling interests | $ (120) | $ 187 | $ 140 |
| Public ownership in WES, limited partnership interest | 55.1% | 55.0% | 56.4% |
| Public ownership in WGP, limited partnership interest | 12.7% | 11.7% | 9.0% |

The net loss attributable to noncontrolling interests for 2015 was primarily a result of WES midstream asset impairments of $514 million due to a reduction in estimated future cash flows caused by the low commodity-price environment and resulting reduced producer drilling activity and related throughput. See *Note 20—Noncontrolling Interests* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

68

CONFIDENTIAL                                    APC-00227212

## LIQUIDITY AND CAPITAL RESOURCES

| millions except percentages | 2015 | 2014 | 2013 |
|---|---|---|---|
| Net cash provided by (used in) operating activities | $ (1,877) | $ 8,466 | $ 8,888 |
| Net cash provided by (used in) investing activities | (4,771) | (6,472) | (8,216) |
| Net cash provided by (used in) financing activities | 220 | 1,675 | 623 |
| Total debt | 15,751 | 15,092 | 13,565 |
| Total equity | 15,457 | 22,318 | 23,650 |
| Debt to total capitalization ratio | 50.5% | 40.3% | 36.5% |

**Overview**  Anadarko believes that its cash on hand, anticipated operating cash flows, proceeds from expected asset monetizations, and available borrowing capacity will be sufficient to fund the Company's projected 2016 operational and capital programs and continue to meet its other current obligations. The Company continuously monitors its liquidity needs, coordinates its capital expenditure program with its expected cash flows and projected debt-repayment schedule, and evaluates available funding alternatives in light of current and expected conditions. The Company has a variety of funding sources available, including cash on hand, an asset portfolio that provides ongoing cash-flow-generating capacity, opportunities for liquidity enhancement through divestitures and joint-venture arrangements that reduce future capital expenditures, and the Company's credit facilities and commercial paper program. In addition, an effective registration statement is available to Anadarko covering the sale of WGP common units owned by the Company.

### Operating Activities

One of the primary sources of variability in the Company's cash flows from operating activities is the fluctuation in commodity prices, the impact of which Anadarko partially mitigates by entering into commodity derivatives. Sales volume changes also impact cash flow, but historically have not been as volatile as commodity prices. Anadarko's cash flows from operating activities are also impacted by the costs related to continued operations and debt service.

Anadarko's cash flow used in operating activities in 2015 was $1.9 billion, compared to cash flows provided by operating activities of $8.5 billion in 2014 and $8.9 billion in 2013. The decrease in 2015 was primarily due to the $5.2 billion Tronox settlement payment, decreased sales revenues primarily resulting from lower commodity prices, and a net decrease in accounts payable and accrued expenses.

Cash flows from operating activities for 2014 decreased due to $730 million of cash received in 2013 associated with the Algeria exceptional profits tax settlement, a $520 million income tax payment in 2014 associated with the Company's divestiture of a 10% working interest in Offshore Area 1 in Mozambique, lower average oil and NGLs prices, lower natural-gas volumes, higher operating expenses, and the unfavorable impact of changes in working capital items. These decreases were substantially offset by higher average natural-gas prices, higher sales volumes for oil and NGLs, and net cash received in settlement of commodity derivative instruments.

*Tronox Settlement Payment*  In April 2014, Anadarko and Kerr-McGee entered into a settlement agreement to resolve all claims asserted in the Tronox Adversary Proceeding for $5.15 billion. In addition, the Company agreed to pay interest on that amount from April 3, 2014, through payment of the settlement, with an annual interest rate of 1.5% for the first 180 days and 1.5% plus the one-month LIBOR thereafter. In January 2015, the Company paid $5.2 billion after the settlement agreement became effective using cash on hand and borrowings. See *Note 15—Contingencies— Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

*Pension and Other Postretirement Contributions*  Contributions to the pension and other postretirement plans were $58 million in 2015, $136 million in 2014, and $174 million in 2013. The Company expects to contribute $46 million in 2016 to its pension and other postretirement plans.

CONFIDENTIAL

APC-00227213

**Investing Activities**

*Capital Expenditures*  The following presents the Company's capital expenditures:

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| Cash Flows from Investing Activities | | | |
| Additions to properties and equipment and dry holes | $ 6,067 | $ 9,508 | $ 7,721 |
| Adjustments for capital expenditures | | | |
| Changes in capital accruals | (226) | (237) | 246 |
| Corporate acquisitions | — | — | 475 |
| Other | 47 | (15) | 81 |
| Total capital expenditures [1] | $ 5,888 | $ 9,256 | $ 8,523 |

---

[1] Includes WES capital expenditures of $525 million in 2015, $696 million in 2014, and $792 million in 2013.

During 2015, cash from operations and property divestitures were the primary sources for funding capital investments. The Company's capital expenditures decreased by 36% for the year ended December 31, 2015, primarily due to reduced development and exploration activity, which resulted in decreased development costs of $2.1 billion primarily in the Rockies and the Southern and Appalachia Region; lower exploration costs of $710 million primarily in the Southern and Appalachia Region and the Gulf of Mexico; and lower gathering, processing, and other costs of $498 million primarily due to lower expenditures for plants and gathering in the Rockies. Development acquisitions in 2014 included a spar lease buyout of $110 million in the Gulf of Mexico. These decreases were partially offset by the 2015 acquisition of certain oil and gas properties in the Delaware basin for $79 million.

The Company's capital expenditures increased by 9% for the year ended December 31, 2014, due to increased development costs primarily in the Wattenberg field of $663 million and in the Eagleford shale of $546 million and a spar lease buyout of $110 million in the Gulf of Mexico. The increase in the Eagleford shale was primarily due to the 2013 development drilling being funded by a third party as a result of a carried-interest agreement that was fully funded in June 2013. These 2014 increases were partially offset by 2013 acquisitions of certain oil and gas properties and related assets in the Moxa area of Wyoming for $310 million, primarily representing the fair value of the oil and gas properties acquired, and the acquisition of a 33.75% interest in gas-gathering systems located in the Marcellus shale in north-central Pennsylvania from a third party by WES for $135 million.

*Carried-Interest Arrangements*  In 2014, the Company entered into a carried-interest arrangement that requires a third party to fund $442 million of Anadarko's capital costs in exchange for a 34% working interest in the Eaglebine development, located in Southeast Texas. The third-party funding is expected to cover Anadarko's future capital costs in the development through 2020. At December 31, 2015, $111 million of the $442 million carry obligation had been funded.

In 2013, the Company entered into a carried-interest arrangement that requires a third party to fund $860 million of Anadarko's capital costs in exchange for a 12.75% working interest in the Heidelberg development, located in the Gulf of Mexico. At December 31, 2015, $793 million of the $860 million carry obligation had been funded.

*Acquisitions of Businesses*  In November 2014, WES acquired Nuevo Midstream, LLC (Nuevo), which owns and operates gathering and processing assets located in the Delaware basin in West Texas, for $1.557 billion, including $30 million of cash acquired. Following the acquisition, WES changed the name of Nuevo to Delaware Basin Midstream, LLC. See *Note 3—Acquisitions, Divestitures, and Assets Held for Sale* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

*Divestitures*  Anadarko received pretax sales proceeds related to property divestiture transactions of $1.4 billion in 2015, $5.0 billion in 2014, and $567 million in 2013. See *Note 3—Acquisitions, Divestitures, and Assets Held for Sale* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

CONFIDENTIAL                                                                    APC-00227214

***Investments*** Capital contributions for equity investments are included in Other, net under Investing Activities in the Company's Consolidated Statement of Cash Flows. The Company made capital contributions for equity investments of $119 million in 2015 and $167 million in 2014, which were primarily associated with joint ventures for a gas processing plant, marine well containment, and pipelines. The Company made capital contributions for equity investments of $396 million in 2013, which were primarily associated with joint ventures to construct the Front Range Pipeline, the Texas Express Pipeline, and two fractionation trains in Mont Belvieu.

## Financing Activities

***Senior Notes*** The following summarizes the Company's debt activity related to senior notes:

| millions | 2015 | 2014 | 2013 | Description |
|---|---|---|---|---|
| Issuances | $ 500 | $ — | $ — | WES 3.950% Senior Notes due 2025 |
| | — | 625 | — | 3.450% Senior Notes due 2024 |
| | — | 625 | — | 4.500% Senior Notes due 2044 |
| | — | 100 | 250 | WES 2.600% Senior Notes due 2018 |
| | — | 400 | — | WES 5.450% Senior Notes due 2044 |
| Repayments | — | (500) | — | 7.625% Senior Notes due 2014 |
| | — | (275) | — | 5.750% Senior Notes due 2014 |

In 2015, net proceeds from the WES 3.950% Senior Notes were used to repay borrowings under WES's five-year $1.2 billion senior unsecured revolving credit facility (RCF). In 2014, net proceeds from the 3.450% Senior Notes and 4.500% Senior Notes were used for general corporate purposes and net proceeds from the WES 2.600% Senior Notes and WES 5.450% Senior Notes were used to repay WES RCF borrowings and for general partnership purposes. In 2013, net proceeds from the WES 2.600% Senior Notes were used to repay WES RCF borrowings.

***Revolving Credit Facilities*** In June 2014, Anadarko entered into a $3.0 billion five-year senior unsecured revolving credit facility (Five-Year Facility) and a $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility). In January 2015, upon satisfaction of certain conditions, including the payment of the settlement related to the Tronox Adversary Proceeding, these facilities replaced the Company's $5.0 billion Facility. In December 2015, the Company amended the Five-Year Facility to extend the maturity date to January 2021, and in January 2016, the Company replaced the 364-Day Facility with a new $2.0 billion 364-day senior unsecured revolving facility on identical terms that will mature in January 2017.

The following summarizes the Company's debt activity related to revolving credit facilities:

| millions | 2015 | 2014 | 2013 | Description |
|---|---|---|---|---|
| Borrowings | $ 1,800 | $ — | $ — | 364-Day Facility |
| | 1,500 | — | — | $5.0 billion Facility |
| | 400 | 1,160 | 710 | WES RCF |
| Repayments | (1,800) | — | — | 364-Day Facility |
| | (1,500) | — | — | $5.0 billion Facility |
| | (610) | (650) | (710) | WES RCF |

*Anadarko Credit Facilities* During 2015, borrowings under the 364-Day Facility were primarily used to repay $1.5 billion of borrowings entered into in January 2015 under its $5.0 billion Facility, which were used for partial payment of the settlement related to the Tronox Adversary Proceeding and for general corporate purposes. At December 31, 2015, the Company had no outstanding borrowings under the Five-Year Facility or the 364-Day Facility and was in compliance with all covenants therein.

*WES RCF* During 2015, WES borrowings were primarily used for general partnership purposes, including the funding of capital expenditures. At December 31, 2015, WES was in compliance with all covenants contained in its RCF, had outstanding borrowings under its RCF of $300 million at an interest rate of 1.73%, had outstanding letters of credit of $6 million, and had available borrowing capacity of $894 million.

71

APC-00227215

During 2014, WES borrowings were primarily used to partially fund its acquisitions of DBM and Anadarko's interests in Texas Express Pipeline LLC, Texas Express Gathering LLC, and Front Range Pipeline LLC and for other general partnership purposes, including the funding of capital expenditures. During 2013, WES borrowings were primarily used to fund the 2013 acquisitions of an interest in certain gas-gathering systems located in the Marcellus shale in north-central Pennsylvania and an intrastate pipeline in southwestern Wyoming, and for other general partnership purposes, including the funding of capital expenditures.

For additional information on the Company's revolving credit facilities, such as years of maturity, interest rates, and covenants, see *Note 11—Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**Commercial Paper Program** In January 2015, the Company initiated a commercial paper program, which allows a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Company's Five-Year Facility. The maturities of the commercial paper notes vary, but may not exceed 397 days. The commercial paper notes are sold under customary terms in the commercial paper market and are issued either at a discounted price to their principal face value or will bear interest at varying interest rates on a fixed or floating basis. Such discounted price or interest amounts are dependent on market conditions and the ratings assigned to the commercial paper program by credit rating agencies at the time of issuance of the commercial paper notes. During 2015, the Company had net borrowings of $250 million, which remained outstanding at December 31, 2015, at a weighted-average interest rate of 0.98%. During 2015, maximum outstanding borrowings under the commercial paper program were $1.4 billion and the average borrowings outstanding were $773 million with a weighted-average interest rate of 0.57%. See *Note 11—Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for additional information.

**Debt Maturities** At December 31, 2015, Anadarko's scheduled debt maturities during 2016 consisted of $1.750 billion 5.950% Senior Notes scheduled to mature in September, $250 million of borrowings under the commercial paper program, and $33 million related to the senior amortizing notes associated with the TEUs. Anadarko's Zero-Coupon Senior Notes due 2036 (Zero Coupons) can be put to the Company in October of each year, in whole or in part, for the then-accreted value, which will be $839 million at the next put date in October 2016.

The Company classified the 5.950% Senior Notes, the Zero Coupons, and the outstanding commercial paper notes as long-term debt on the Company's Consolidated Balance Sheet at December 31, 2015, as Anadarko intends to refinance these obligations prior to or at maturity with new long-term debt issuances or by using the Five-Year Facility.

Anadarko may from time to time seek to retire or purchase its outstanding debt through cash purchases and/or exchanges for other debt or equity securities in open market purchases, privately negotiated transactions, or otherwise. Such repurchases or exchanges, if any, will depend on prevailing market conditions, the Company's liquidity requirements, contractual restrictions, and other factors. The amounts involved may be material.

At December 31, 2015, Anadarko's scheduled 2017 debt maturities were $2.0 billion. For additional information on the Company's debt instruments, such as transactions during the period, years of maturity, and interest rates, see *Note 11—Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**Tangible Equity Units** During 2015, Anadarko issued 9.2 million TEUs at a stated amount of $50.00 per TEU and raised net proceeds of $445 million. Each TEU is comprised of a prepaid equity purchase contract for WGP common units, subject to Anadarko's right to elect to issue and deliver shares of Anadarko's common stock in lieu of WGP common units, and a senior amortizing note due in June 2018, which bears interest at the rate of 1.50% per year. For additional information, see *Note 10—Tangible Equity Units* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K. During 2015, Anadarko repaid $16 million of senior amortizing notes associated with the TEUs.

CONFIDENTIAL

APC-00227216

***Derivative Instruments*** The Company's derivative instruments are subject to individually negotiated credit provisions that may require the Company or the counterparties to provide collateral of cash or letters of credit depending on the derivative portfolio valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered such as if the Company's credit rating from major credit rating agencies declines to a level that is below investment grade. Derivative settlements and collateralization are classified as cash flows from operating activities unless the derivatives contain an other-than-insignificant financing element, in which case the settlements and collateralization are classified as cash flows from financing activities. As of December 31, 2015, the Company provided cash collateral of $58 million on its interest-rate derivatives with an other-than-insignificant financing element. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

***Common Stock Dividends*** Anadarko paid dividends to its common stockholders of $553 million in 2015, $505 million in 2014, and $274 million in 2013. The Company increased the quarterly dividend paid to common stockholders from $0.09 per share to $0.18 per share during the third quarter of 2013 and from $0.18 per share to $0.27 per share during the second quarter of 2014. In response to the current commodity-price environment, the Company decreased the quarterly dividend to $0.05 per share in February 2016. Anadarko has paid a dividend to its common stockholders quarterly since becoming a public company in 1986.

The amount of future dividends paid to Anadarko common stockholders is determined by the Board on a quarterly basis and is based on earnings, financial conditions, capital requirements, the effect a dividend payment would have on the Company's compliance with relevant financial covenants, and other factors deemed relevant by the Board.

***Equity Transactions*** Anadarko sold 2.3 million WGP common units to the public and raised net proceeds of $130 million in 2015, and sold approximately 6 million WGP common units to the public and raised net proceeds of $335 million in 2014. The proceeds for both periods were used for general corporate purposes.

During 2015, WES issued 874 thousand common units to the public under its continuous offering program, which allows the issuance of up to an aggregate of $500 million of WES common units, and raised net proceeds of $57 million. The remaining amount available under this program was $442 million of WES common units at December 31, 2015. During 2014, WES issued approximately 10 million common units to the public and raised net proceeds of $691 million. The proceeds were used to partially fund a portion of its DBM acquisition. WES used all the capacity to issue units under the $125 million continuous offering program as of the end of the third quarter of 2014. During 2013, WES issued approximately 12 million common units to the public, including the $125 million continuous offering program. These offerings raised net proceeds of $725 million, which were primarily used to repay outstanding RCF borrowings and for other general partnership purposes, including funding of WES's capital expenditures.

***Distributions to Noncontrolling Interest Owners*** WES distributed to its unitholders other than Anadarko and WGP an aggregate of $231 million in 2015, $175 million in 2014, and $130 million in 2013. WES has made quarterly distributions to its unitholders since its initial public offering (IPO) in the second quarter of 2008 and has increased its distribution from $0.30 per common unit for the third quarter of 2008 to $0.80 per common unit for the fourth quarter of 2015 (paid in February 2016).

WGP distributed to its unitholders other than Anadarko an aggregate of $37 million during 2015, $24 million in 2014, and $12 million in 2013. WGP has made quarterly distributions to its unitholders since its IPO in December 2012 and has increased its distribution from $0.17875 per common unit for the first quarter of 2013 to $0.40375 per unit for the fourth quarter of 2015 (to be paid in February 2016).

CONFIDENTIAL                                                                                    APC-00227217

Index to Financial Statements

## Insurance Coverage and Other Indemnities

Anadarko maintains property and casualty insurance that includes coverage for physical damage to the Company's properties, blowout/control of a well, restoration and redrill, sudden and accidental pollution, third-party liability, workers' compensation and employers' liability, and other risks. Anadarko's insurance coverage includes deductibles that must be met prior to recovery. Additionally, the Company's insurance is subject to exclusions and limitations, and there is no assurance that such coverage will adequately protect the Company against liability or loss from all potential consequences and damages.

The Company's current insurance coverage includes (a) $400 million per occurrence from Oil Insurance Limited (OIL) for physical damage to Anadarko's properties on a replacement cost basis, blowout/control of well, restoration and redrill, and sudden and accidental pollution; (b) $700 million per occurrence from the commercial markets for the items described in item (a) above, which is in excess of the OIL coverage and which follows the form of OIL coverage with certain exceptions; (c) $400 million from the commercial markets, which scales to Anadarko's working interest, for third-party liabilities, including sudden and accidental pollution and aviation liability; and (d) $275 million for aircraft liability (in addition to the third-party liability limits described in item (c) above). Anadarko does not carry significant coverage for loss of production income from any of the Company's facilities or for any losses that result from the effects of a named windstorm.

The Company's service agreements, including drilling contracts, generally indemnify Anadarko for injuries and death to employees of the service provider and subcontractors hired by the service provider as well as for property damage suffered by the service provider and its contractors. Also, these service agreements generally indemnify Anadarko for pollution originating from the equipment of any contractors or subcontractors hired by the service provider.

## Off-Balance-Sheet Arrangements

Anadarko may enter into off-balance-sheet arrangements and transactions that can give rise to material off-balance-sheet obligations. The Company's material off-balance-sheet arrangements and transactions include operating lease arrangements and undrawn letters of credit. In addition, the Company enters into other contractual agreements in the normal course of business for processing, treating, transportation, and storage of oil, natural gas, and NGLs as well as for other oil and gas activities as discussed below in *Obligations*. Other than the items discussed above, there are no other transactions, arrangements, or other relationships with unconsolidated entities or other persons that are reasonably likely to materially affect Anadarko's liquidity or availability of or requirements for capital resources.

74

CONFIDENTIAL

APC-00227218

**Obligations**

The following is a summary of the Company's obligations at December 31, 2015:

| millions | Obligations by Period [1] | | | | |
|---|---|---|---|---|---|
| | 2016 | 2017-2018 | 2019-2020 | 2021 and beyond | Total |
| Total debt | | | | | |
| Principal—total borrowings at face value [2] | $ 2,033 | $ 2,516 | $ 1,200 | $ 11,563 | $ 17,312 |
| Principal—capital lease obligation | — | — | 1 | 19 | 20 |
| Investee entities' debt [3] | — | — | — | 2,853 | 2,853 |
| Interest on borrowings | 932 | 1,500 | 1,161 | 7,460 | 11,053 |
| Interest on capital lease obligations | 2 | 3 | 4 | 13 | 22 |
| Investee entities' interest [3] | 50 | 144 | 173 | 2,351 | 2,718 |
| Operating leases | | | | | |
| Drilling rig commitments | 739 | 834 | 215 | — | 1,788 |
| Production platforms | 21 | 43 | 50 | 23 | 137 |
| Other | 46 | 79 | 49 | 18 | 192 |
| Oil and gas activities | 741 | 886 | 276 | 314 | 2,217 |
| Asset retirement obligations | 309 | 128 | 304 | 1,318 | 2,059 |
| Midstream and marketing activities | 1,114 | 2,137 | 1,996 | 2,612 | 7,859 |
| Derivative liabilities [4] | 54 | 419 | 513 | 500 | 1,486 |
| Uncertain tax positions, interest, and penalties [5] | 418 | 65 | — | 1,307 | 1,790 |
| Environmental liabilities | 24 | 25 | 32 | 64 | 145 |
| Other | — | 116 | — | — | 116 |
| Total | $ 6,483 | $ 8,895 | $ 5,974 | $ 30,415 | $ 51,767 |

[1] This table does not include litigation-related contingent liabilities or the Company's pension and postretirement benefit obligations. See *Note 15—Contingencies* and *Note 16—Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

[2] Includes the fully accreted principal amount of the Zero Coupons of approximately $2.4 billion as coming due after 2020. While the Zero Coupons do not mature until 2036, the outstanding Zero Coupons can be put to the Company each October, in whole or in part, for the then-accreted value. The Company could be required to repurchase the outstanding Zero Coupons at $839 million in October 2016 (the next potential put date).

[3] Anadarko has legal right of setoff and intends to net-settle its obligations under each of the notes payable to the investees with the distributable value of its interest in the corresponding investee. Accordingly, the investments and the obligations are presented net on the Company's Consolidated Balance Sheets in other long-term liabilities—other for all periods presented. These notes payable provide for a variable rate of interest, reset quarterly. Therefore, future interest payments presented in the table above are estimated using the forward LIBOR rate curve. Further, the above table does not reflect the preferred return that Anadarko receives on its investment in these entities, which is also LIBOR-based, but with a lower margin than the margin on the associated notes payable. See *Note 8—Equity-Method Investments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

[4] Represents Anadarko's gross derivative liability after taking into account the impacts of netting margin and collateral balances deposited with counterparties. See *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

[5] See *Note 12—Income Taxes* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

75

CONFIDENTIAL

APC-00227219

***Operating Leases***  Operating lease obligations include approximately $1.7 billion related to five offshore drilling vessels and $98 million related to certain contracts for U.S. onshore drilling rigs. Anadarko manages its access to rigs to support the execution of its drilling strategy over the next several years. Lease payments associated with the drilling of exploratory wells and development wells, net of amounts billed to partners, will initially be capitalized as a component of oil and gas properties, and either depreciated or impaired in future periods or written off as exploration expense. At December 31, 2015, the Company had $329 million in various commitments under non-cancelable operating lease agreements for production platforms and equipment, buildings, facilities, compressors, and aircraft. For additional information, see *Note 14—Commitments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

***Oil and Gas Activities***  At December 31, 2015, Anadarko had various long-term contractual commitments pertaining to exploration, development, and production activities that extend beyond 2015. The Company has work-related commitments for, among other things, drilling wells, obtaining and processing seismic data, and fulfilling rig commitments. The preceding table includes long-term drilling and work-related commitments of $2.2 billion, comprised of approximately $1.5 billion related to the United States and $728 million related to international locations.

***Asset Retirement Obligations***  Anadarko is obligated to fund the costs of disposing of long-lived assets upon their abandonment. The majority of Anadarko's asset retirement obligations (AROs) relate to the plugging of wells and the related abandonment of oil and gas properties. The Company's AROs are recorded at estimated fair value, measured by reference to the expected future cash outflows required to satisfy the retirement obligation discounted at the Company's credit-adjusted risk-free interest rate. Revisions to estimated AROs can result from changes in retirement cost estimates, revisions to estimated inflation rates, and changes in the estimated timing of abandonment.

***Midstream and Marketing Activities***  Anadarko has entered into various processing, transportation, storage, and purchase agreements to access markets and provide flexibility to sell its oil, natural gas, and NGLs in certain areas.

***Environmental Liabilities***  Anadarko is subject to various environmental-remediation and reclamation obligations arising from federal, state, tribal, and local laws and regulations. At December 31, 2015, the Company's Consolidated Balance Sheet included a $145 million liability for remediation and reclamation obligations. The Company continually monitors the liability recorded and ongoing remediation and reclamation activities, and believes the amount recorded is appropriate. For additional information on environmental issues, see *Risk Factors* under Item 1A of this Form 10-K.

76

CONFIDENTIAL

APC-00227220

## CRITICAL ACCOUNTING ESTIMATES

The preparation of financial statements in accordance with generally accepted accounting principles in the United States (GAAP) requires management to make informed judgments and estimates that affect the reported amounts of assets, liabilities, revenues, and expenses. See *Note 1—Summary of Significant Accounting Policies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for discussion of the Company's significant accounting policies. Changes in facts and circumstances or additional information may result in revised estimates, and actual results may differ from these estimates. Management considers the following to be its most critical accounting estimates that involve judgment. The selection, development, and disclosure of these estimates is discussed with the Company's Audit Committee.

### Proved Reserves

Anadarko estimates its proved oil and gas reserves according to the definition of proved reserves provided by the Securities and Exchange Commission and the Financial Accounting Standards Board. This definition includes oil, natural gas, and NGLs that geological and engineering data demonstrate with reasonable certainty to be economically producible in future periods from known reservoirs under existing economic conditions, operating methods, government regulations, etc. (at prices and costs as of the date the estimates are made). Prices include consideration of price changes provided only by contractual arrangements, and do not include adjustments based on expected future conditions. For reserves information, see *Oil and Gas Properties and Activities—Proved Reserves* under Items 1 and 2 of this Form 10-K and the *Supplemental Information on Oil and Gas Exploration and Production Activities* under Item 8 of this Form 10-K.

The Company's estimates of proved reserves are made using available geological and reservoir data as well as production performance data. These estimates are reviewed annually by internal reservoir engineers and revised, either upward or downward, as warranted by additional data. Revisions are necessary due to changes in, among other things, development plans, reservoir performance, prices, economic conditions, and governmental restrictions as well as changes in the expected recovery associated with infill drilling. Decreases in prices, for example, may cause a reduction in some proved reserves due to reaching economic limits at an earlier projected date.

The quantities of estimated proved oil and gas reserves are a significant component of DD&A. A material adverse change in the estimated volumes of proved reserves could have a negative impact on DD&A and could result in property impairments. If the estimates of proved reserves used in the unit-of-production calculations had been lower by five percent across all properties, DD&A in 2015 would have increased by approximately $223 million.

### Exploratory Costs

Under the successful efforts method of accounting, exploratory costs associated with a well discovering hydrocarbons are initially capitalized, or suspended, pending a determination as to whether a commercially sufficient quantity of proved reserves can be attributed to the area as a result of drilling. At the end of each quarter, management reviews the status of all suspended exploratory drilling costs in light of ongoing exploration activities, in particular, whether the Company is making sufficient progress in its ongoing exploration and appraisal efforts or, in the case of discoveries requiring government sanctioning, analyzing whether development negotiations are underway and proceeding as planned. If management determines that future appraisal drilling or development activities are unlikely to occur, associated suspended exploratory well costs are expensed. Therefore, at any point in time, the Company may have capitalized costs on its Consolidated Balance Sheets associated with exploratory wells that may be charged to exploration expense in future periods. See *Note 6—Suspended Exploratory Well Costs* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for additional information.

CONFIDENTIAL

APC-00227221

Index to Financial Statements

**Fair Value**

The Company estimates fair value of long-lived assets for impairment testing, reporting units for goodwill impairment testing when necessary, assets and liabilities acquired in a business combination or exchanged in non-monetary transactions, pension plan assets, and initial measurements of AROs. When the Company is required to measure fair value and there is not a market-observable price for the asset or liability or for a similar asset or liability, the Company uses the cost, income, or market valuation approaches depending on the quality of information available to support management's assumptions. The cost approach is based on management's best estimate of the current asset replacement cost. The income approach is based on management's best assumptions regarding expectations of projected cash flows, and discounts the expected cash flows using a commensurate risk-adjusted discount rate. The market approach is based on management's best assumptions regarding prices and other relevant information from market transactions involving comparable assets. Such evaluations involve significant judgment and the results are based on expected future events or conditions such as sales prices, estimates of future oil and gas production or throughput, development and operating costs and the timing thereof, future net cash flows, economic and regulatory climates, and other factors, most of which are often outside of management's control. However, assumptions used reflect a market participant's view of long-term prices, costs, and other factors, and are consistent with assumptions used in the Company's business plans and investment decisions.

**Property Impairments**

When circumstances indicate that proved oil and gas properties may be impaired, the expected undiscounted future net cash flows of the asset group are compared to the carrying amount of the asset. If the expected undiscounted future net cash flows, based on the Company's estimate of future oil and natural-gas prices, operating costs, anticipated production from proved reserves and other relevant data, are lower than the carrying amount, the carrying amount is reduced to fair value. Fair value estimates require significant judgment and oil and natural-gas prices are a significant component of the fair-value estimate. Prices have exhibited significant volatility in the past, and the Company expects that volatility to continue in the future.

A long-lived asset other than an unproved oil and gas property is evaluated for potential impairment whenever events or changes in circumstances indicate that its carrying value may be greater than its undiscounted future net cash flows. Impairment, if any, is measured as the excess of an asset's carrying amount over its estimated fair value. The Company uses a variety of fair-value measurement techniques as discussed above when market information for the same or similar assets does not exist.

**Goodwill Impairments**

The Company tests goodwill for impairment annually in October (or more frequently as circumstances dictate). The Company first assesses whether an impairment of goodwill is indicated through a qualitative assessment to determine the likelihood of whether the fair value of the reporting unit is less than its carrying amount, including goodwill. If the Company concludes it is more likely than not that fair value of the reporting unit exceeds the related carrying amount, then goodwill is not impaired and further testing is not necessary. If the qualitative assessment indicates fair value of the reporting unit may be less than its carrying amount, the Company compares the estimated fair value of the reporting unit to which goodwill is assigned to the carrying amount of the associated net assets, including goodwill, and determines whether impairment is necessary.

When evaluating whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount, the Company assesses relevant events and circumstances, including the following:

- significant changes in the stock price of Anadarko, WES, and WGP
- changes in commodity prices
- changes in cost factors such as costs of drilling; production costs; and gathering, processing, and other transportation costs
- impairments recognized by the Company
- acquisitions and disposals of assets

78

APC-00227222

- changes to the Company's reserves, including changes due to fluctuations in commodity prices and updates to the Company's plans or forecasts

- changes in trading multiples for midstream peers

Because quoted market prices for the Company's reporting units are not available, management applies judgment in determining the estimated fair value of reporting units for purposes of performing goodwill impairment tests, when such tests are necessary. Management uses information available to make these fair-value estimates, including the present values of expected future cash flows using discount rates commensurate with the risks associated with the assets and observable for the oil and gas exploration and production reporting unit, control premiums and market multiples of earnings before interest, taxes, depreciation, and amortization (EBITDA) for the gathering and processing and transportation reporting units.

In estimating the fair value of its oil and gas exploration and production reporting unit, the Company assumes production profiles used in its estimation of reserves that are disclosed in the Company's supplemental oil and gas disclosures, market prices based on the forward price curve for oil and gas at the test date (adjusted for location and quality differentials), capital and operating costs consistent with pricing and expected inflation rates, and discount rates that management believes a market participant would use based upon the risks inherent in Anadarko's operations. Management also includes control premium assumptions based on observable market information regarding how a market participant would value the oil and gas exploration and production reporting unit as a whole rather than as individual properties that are part of an oil and gas portfolio.

The Company estimates fair value for the WES gathering and processing, WES transportation, and other gathering and processing reporting units by applying an estimated multiple to projected EBITDA. The Company considered observable transactions in the market and trading multiples for peers in determining an appropriate multiple to apply against the Company's projected EBITDA for these reporting units.

A lower fair-value estimate in the future for any of these reporting units could result in impairment of goodwill. Factors that could trigger a lower fair-value estimate include prolonged low or further declines in commodity prices, decreases in proved reserves, changes in exploration or development plans, significant property impairments, increases in operating or drilling costs, significant changes in regulations, or other negative changes to the economic environment in which Anadarko operates.

## Environmental Obligations and Other Contingencies

Management makes judgments and estimates when it establishes liabilities for environmental remediation, litigation, and other contingent matters. Estimates of litigation-related liabilities are based on the facts and circumstances of the individual case and on information currently available to the Company. The extent of information available varies based on the status of the litigation and the Company's evaluation of the claim and legal arguments. In future periods, a number of factors could significantly change the Company's estimate of litigation-related liabilities including discovery activities; briefings filed with the relevant court; rulings from the court made pre-trial, during trial, or at the conclusion of any trial; and similar cases involving other plaintiffs and defendants that may set or change legal precedent. As events unfold throughout the litigation process, the Company evaluates the available information and may consult with third-party legal counsel to determine whether liability accruals should be established or adjusted.

Estimates of environmental liabilities are based on a variety of factors, including, but not limited to, the stage of investigation, the stage of the remedial design, evaluation of existing remediation technologies, and presently enacted laws and regulations. In future periods, a number of factors could significantly change the Company's estimate of environmental-remediation costs such as changes in laws and regulations, changes in the interpretation or administration of laws and regulations, revisions to the remedial design, unanticipated construction problems, identification of additional areas or volumes of contaminated soil and groundwater, and changes in costs of labor, equipment, and technology. Consequently, it is not possible for management to reliably estimate the amount and timing of all future expenditures that could arise related to environmental or other contingent matters and actual costs may vary significantly from the Company's estimates. The Company's in-house legal counsel and environmental personnel regularly assess contingent liabilities and, in certain circumstances, consult with third-party legal counsel or consultants to assist in the evaluation of the Company's liability for these contingencies.

79

                                                    APC-00227223

**Income Taxes**

The amount of income taxes recorded by the Company requires interpretations of complex rules and regulations of various tax jurisdictions throughout the world. The Company has recognized deferred tax assets and liabilities for temporary differences, operating losses, and tax-credit carryforwards. The Company routinely assesses the realizability of its deferred tax assets by analyzing the reversal periods of available net operating loss carryforwards and credit carryforwards, temporary differences in tax assets and liabilities, the availability of tax planning strategies, and estimates of future taxable income and other factors. Estimates of future taxable income are based on assumptions of oil and gas reserves and selling prices that are consistent with the Company's internal business forecasts. If the Company concludes that it is more likely than not that some of the deferred tax assets will not be realized, the tax asset is reduced by a valuation allowance. The Company routinely assesses potential uncertain tax positions and, if required, establishes accruals for such amounts. The accruals for deferred tax assets and liabilities, including deferred state income tax assets and liabilities, are subject to significant judgment by management and are reviewed and adjusted routinely based on changes in facts and circumstances. Although management considers its tax accruals adequate, material changes in these accruals may occur in the future, based on the progress of ongoing tax audits, changes in legislation, and resolution of pending tax matters.

## RECENT ACCOUNTING DEVELOPMENTS

See *Note 1—Summary of Significant Accounting Policies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for discussion of recent accounting developments affecting the Company.

### Item 7A. Quantitative and Qualitative Disclosures About Market Risk

The Company's primary market risks are attributable to fluctuations in energy prices and interest rates. In addition, foreign-currency exchange-rate risk exists due to anticipated foreign-currency-denominated payments and receipts. These risks can affect revenues and cash flows, and the Company's risk-management policies provide for the use of derivative instruments to manage these risks. The types of commodity derivative instruments used by the Company include futures, swaps, options, and fixed-price physical-delivery contracts. The volume of commodity derivatives entered into by the Company is governed by risk-management policies and may vary from year to year. Both exchange and over-the-counter traded derivative instruments may be subject to margin-deposit requirements, and the Company may be required from time to time to deposit cash or provide letters of credit with exchange brokers or counterparties to satisfy these margin requirements. For additional information relating to the Company's derivative and financial instruments, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**COMMODITY-PRICE RISK**  The Company's most significant market risk relates to prices for natural gas, oil, and NGLs. Management expects energy prices to remain unpredictable and potentially volatile. As energy prices decline or rise significantly, revenues and cash flows are likewise affected. In addition, a non-cash write-down of the Company's oil and gas properties or goodwill may be required if commodity prices experience a significant decline. Below is a sensitivity analysis for the Company's commodity-price-related derivative instruments.

**Derivative Instruments Held for Non-Trading Purposes**  The Company had derivative instruments in place to reduce the price risk associated with future production of 30 MMBbls of oil, 14 Bcf of natural gas, and 1 MMBbls of NGLs at December 31, 2015, with a net derivative asset position of $273 million. Based on actual derivative contractual volumes, a 10% increase in underlying commodity prices would reduce the fair value of these derivatives by $58 million, while a 10% decrease in underlying commodity prices would increase the fair value of these derivatives by $44 million. However, any cash received or paid to settle these derivatives would be substantially offset by the sales value of production covered by the derivative instruments.

80

CONFIDENTIAL                                                                                                APC-00227224

**Derivative Instruments Held for Trading Purposes**  At December 31, 2015, the Company had a net derivative asset position of $17 million on outstanding derivative instruments entered into for trading purposes. Based on actual derivative contractual volumes, a 10% increase or decrease in underlying commodity prices would not materially impact the Company's gains or losses on these derivative instruments.

For additional information regarding the Company's marketing and trading portfolio, see *Marketing Activities* under Items 1 and 2 of this Form 10-K.

**INTEREST-RATE RISK**  Borrowings under each of the 364-Day Facility, the Five-Year Facility, the commercial paper program, and WES's RCF are subject to variable interest rates. The balance of Anadarko's long-term debt on the Company's Consolidated Balance Sheets has fixed interest rates. The Company has $2.9 billion of obligations based on the London Interbank Offered Rate (LIBOR) that are presented on the Company's Consolidated Balance Sheets net of preferred investments in two non-controlled entities. These obligations give rise to minimal net interest-rate risk because coupons on the related preferred investments are also LIBOR-based. While a 10% change in LIBOR would not materially impact the Company's interest cost, it would affect the fair value of outstanding fixed-rate debt.

At December 31, 2015, the Company had a net derivative liability position of $1.5 billion related to interest-rate swaps. A 10% increase (decrease) in the three-month LIBOR interest-rate curve would increase (decrease) the aggregate fair value of outstanding interest-rate swap agreements by $103 million. However, any change in the interest-rate derivative gain or loss could be substantially offset by changes in actual borrowing costs associated with future debt issuances. For a summary of the Company's outstanding interest-rate derivative positions, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

**FOREIGN-CURRENCY EXCHANGE-RATE RISK**  Anadarko's operating revenues are denominated in U.S. dollars, and the predominant portion of Anadarko's capital and operating expenditures are also U.S.-dollar-denominated. Exposure to foreign-currency risk generally arises in connection with project-specific contractual arrangements and other commitments. Near-term foreign-currency-denominated expenditures are primarily in Colombian pesos, Mozambican meticais, British pounds sterling, and Brazilian reais.

The Company also has risk related to exchange-rate changes applicable to cash held in escrow pending final determination of the Company's Brazilian tax liability for its 2008 divestiture of the Peregrino field offshore Brazil, which is currently under consideration by the Brazilian courts. See *Note 15—Contingencies—Other Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K. At December 31, 2015, cash of $86 million was held in escrow.

Management periodically engages in various risk-management activities to mitigate a portion of its exposure to foreign-currency exchange-rate risk. A 10% increase or decrease in the foreign-currency exchange rate would not materially impact the Company's gain or loss related to foreign currency.

81

CONFIDENTIAL

APC-00227225

**Item 8. Financial Statements and Supplementary Data**

<div align="center">

**ANADARKO PETROLEUM CORPORATION**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

</div>

|  | Page |
|---|---|
| Report of Management | 83 |
| Management's Assessment of Internal Control Over Financial Reporting | 83 |
| Reports of Independent Registered Public Accounting Firm | 84 |
| Consolidated Statements of Income for the Three Years Ended December 31, 2015 | 86 |
| Consolidated Statements of Comprehensive Income for the Three Years Ended December 31, 2015 | 87 |
| Consolidated Balance Sheets at December 31, 2015 and 2014 | 88 |
| Consolidated Statements of Equity for the Three Years Ended December 31, 2015 | 89 |
| Consolidated Statements of Cash Flows for the Three Years Ended December 31, 2015 | 90 |
| Notes to Consolidated Financial Statements | 91 |
| Note 1 - Summary of Significant Accounting Policies | 91 |
| Note 2 - Inventories | 97 |
| Note 3 - Acquisitions, Divestitures, and Assets Held for Sale | 98 |
| Note 4 - Properties and Equipment | 100 |
| Note 5 - Impairments | 101 |
| Note 6 - Suspended Exploratory Well Costs | 102 |
| Note 7 - Goodwill and Other Intangible Assets | 104 |
| Note 8 - Equity-Method Investments | 105 |
| Note 9 - Derivative Instruments | 105 |
| Note 10 - Tangible Equity Units | 111 |
| Note 11 - Debt and Interest Expense | 113 |
| Note 12 - Income Taxes | 116 |
| Note 13 - Asset Retirement Obligations | 120 |
| Note 14 - Commitments | 121 |
| Note 15 - Contingencies | 122 |
| Note 16 - Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans | 128 |
| Note 17 - Stockholders' Equity | 135 |
| Note 18 - Accumulated Other Comprehensive Income (Loss) | 136 |
| Note 19 - Share-Based Compensation | 136 |
| Note 20 - Noncontrolling Interests | 139 |
| Note 21 - Supplemental Cash Flow Information | 140 |
| Note 22 - Segment Information | 140 |
| Supplemental Information on Oil and Gas Exploration and Production Activities | 145 |
| Supplemental Quarterly Information | 156 |

<div align="center">82</div>

APC-00227226

Index to Financial Statements

## ANADARKO PETROLEUM CORPORATION

## REPORT OF MANAGEMENT

Management prepared, and is responsible for, the Consolidated Financial Statements and the other information appearing in this annual report. The Consolidated Financial Statements present fairly the Company's financial condition, results of operations and cash flows in conformity with accounting principles generally accepted in the United States. In preparing its Consolidated Financial Statements, the Company includes amounts that are based on estimates and judgments that Management believes are reasonable under the circumstances. The Company's financial statements have been audited by KPMG LLP, an independent registered public accounting firm appointed by the Audit Committee of the Board of Directors. Management has made available to KPMG LLP all of the Company's financial records and related data, as well as the minutes of the stockholders' and Directors' meetings.

### MANAGEMENT'S ASSESSMENT OF INTERNAL CONTROL OVER FINANCIAL REPORTING

Management is responsible for establishing and maintaining adequate internal control over financial reporting. Anadarko's internal control system was designed to provide reasonable assurance to the Company's Management and Directors regarding the preparation and fair presentation of published financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2015. This assessment was based on criteria established in the *Internal Control—Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on our assessment, we believe that as of December 31, 2015, the Company's internal control over financial reporting was effective based on those criteria.

KPMG LLP has issued an attestation report on the Company's internal control over financial reporting as of December 31, 2015.


/s/ R. A. WALKER
_____
R. A. Walker
Chairman, President and Chief Executive Officer


/s/ ROBERT G. GWIN
_____
Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer


February 17, 2016

83

CONFIDENTIAL

APC-00227227

## Report of Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Anadarko Petroleum Corporation:

We have audited Anadarko Petroleum Corporation's internal control over financial reporting as of December 31, 2015, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Anadarko Petroleum Corporation's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying *Management's Assessment of Internal Control over Financial Reporting.* Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, Anadarko Petroleum Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2015, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Anadarko Petroleum Corporation and subsidiaries as of December 31, 2015 and 2014, and the related consolidated statements of income, comprehensive income, equity, and cash flows for each of the years in the three-year period ended December 31, 2015, and our report dated February 17, 2016 expressed an unqualified opinion on those consolidated financial statements.

/s/ KPMG LLP

Houston, Texas
February 17, 2016

84

CONFIDENTIAL                                                        APC-00227228

## Report of Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Anadarko Petroleum Corporation:

We have audited the accompanying consolidated balance sheets of Anadarko Petroleum Corporation and subsidiaries as of December 31, 2015 and 2014, and the related consolidated statements of income, comprehensive income, equity, and cash flows for each of the years in the three-year period ended December 31, 2015. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Anadarko Petroleum Corporation and subsidiaries as of December 31, 2015 and 2014, and the results of their operations and their cash flows for each of the years in the three–year period ended December 31, 2015, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), Anadarko Petroleum Corporation's internal control over financial reporting as of December 31, 2015, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), and our report dated February 17, 2016 expressed an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

/s/ KPMG LLP

Houston, Texas
February 17, 2016

85

APC-00227229

## ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED STATEMENTS OF INCOME

| | | Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| *millions except per-share amounts* | | **2015** | | 2014 | | 2013 |
| **Revenues and Other** | | | | | | |
| Oil and condensate sales | $ | **5,420** | $ | 9,748 | $ | 9,178 |
| Natural-gas sales | | **2,007** | | 3,849 | | 3,388 |
| Natural-gas liquids sales | | **833** | | 1,572 | | 1,262 |
| Gathering, processing, and marketing sales | | **1,226** | | 1,206 | | 1,039 |
| Gains (losses) on divestitures and other, net | | **(788)** | | 2,095 | | (286) |
| Total | | **8,698** | | 18,470 | | 14,581 |
| **Costs and Expenses** | | | | | | |
| Oil and gas operating | | **1,014** | | 1,171 | | 1,092 |
| Oil and gas transportation | | **1,117** | | 1,116 | | 981 |
| Exploration | | **2,644** | | 1,639 | | 1,329 |
| Gathering, processing, and marketing | | **1,054** | | 1,030 | | 869 |
| General and administrative | | **1,176** | | 1,316 | | 1,090 |
| Depreciation, depletion, and amortization | | **4,603** | | 4,550 | | 3,927 |
| Other taxes | | **553** | | 1,244 | | 1,077 |
| Impairments | | **5,075** | | 836 | | 794 |
| Other operating expense | | **271** | | 165 | | 89 |
| Total | | **17,507** | | 13,067 | | 11,248 |
| **Operating Income (Loss)** | | **(8,809)** | | 5,403 | | 3,333 |
| **Other (Income) Expense** | | | | | | |
| Interest expense | | **825** | | 772 | | 686 |
| (Gains) losses on derivatives, net | | **(99)** | | 197 | | (398) |
| Other (income) expense, net | | **149** | | 20 | | 89 |
| Tronox-related contingent loss | | **5** | | 4,360 | | 850 |
| Total | | **880** | | 5,349 | | 1,227 |
| **Income (Loss) Before Income Taxes** | | **(9,689)** | | 54 | | 2,106 |
| Income tax expense (benefit) | | **(2,877)** | | 1,617 | | 1,165 |
| **Net Income (Loss)** | | **(6,812)** | | (1,563) | | 941 |
| Net income (loss) attributable to noncontrolling interests | | **(120)** | | 187 | | 140 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ | **(6,692)** | $ | (1,750) | $ | 801 |
| | | | | | | |
| **Per Common Share** | | | | | | |
| Net income (loss) attributable to common stockholders—basic | $ | **(13.18)** | $ | (3.47) | $ | 1.58 |
| Net income (loss) attributable to common stockholders—diluted | $ | **(13.18)** | $ | (3.47) | $ | 1.58 |
| **Average Number of Common Shares Outstanding—Basic** | | **508** | | 506 | | 502 |
| **Average Number of Common Shares Outstanding—Diluted** | | **508** | | 506 | | 505 |
| Dividends (per Common Share) | $ | **1.08** | $ | 0.99 | $ | 0.54 |

See accompanying Notes to Consolidated Financial Statements.

86

CONFIDENTIAL

APC-00227230

## ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME

| millions | Years Ended December 31, | | |
|---|---|---|---|
| | 2015 | 2014 | 2013 |
| **Net Income (Loss)** | $ (6,812) | $ (1,563) | $ 941 |
| **Other Comprehensive Income (Loss)** | | | |
| Adjustments for derivative instruments | | | |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | 10 | 9 | 11 |
| Income taxes on reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | (4) | (3) | (4) |
| Total adjustments for derivative instruments, net of taxes | 6 | 6 | 7 |
| Adjustments for pension and other postretirement plans | | | |
| Net gain (loss) incurred during period | 49 | (405) | 416 |
| Income taxes on net gain (loss) incurred during period | (18) | 149 | (152) |
| Prior service credit (cost) incurred during period | 89 | — | — |
| Income taxes on prior service credit (cost) incurred during period | (33) | — | — |
| Amortization of net actuarial (gain) loss to general and administrative expense | 63 | 27 | 132 |
| Income taxes on amortization of net actuarial (gain) loss to general and administrative expense | (20) | (9) | (49) |
| Amortization of net prior service (credit) cost to general and administrative expense | (4) | — | 1 |
| Income taxes on amortization of net prior service (credit) cost to general and administrative expense | 2 | — | — |
| Total adjustments for pension and other postretirement plans, net of taxes | 128 | (238) | 348 |
| Total | 134 | (232) | 355 |
| **Comprehensive Income (Loss)** | (6,678) | (1,795) | 1,296 |
| Comprehensive income (loss) attributable to noncontrolling interests | (120) | 187 | 140 |
| **Comprehensive Income (Loss) Attributable to Common Stockholders** | $ (6,558) | $ (1,982) | $ 1,156 |

See accompanying Notes to Consolidated Financial Statements.

87

CONFIDENTIAL

APC-00227231

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | | December 31, | | |
|---|---|---|---|---|
| *millions* | | **2015** | | 2014 |
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $ | **939** | $ | 7,369 |
| Accounts receivable (net of allowance of $11 million and $7 million) | | | | |
| Customers | | **652** | | 1,118 |
| Others | | **1,817** | | 1,409 |
| Other current assets | | **574** | | 603 |
| Total | | **3,982** | | 10,499 |
| **Properties and Equipment** | | | | |
| Cost | | **70,683** | | 75,107 |
| Less accumulated depreciation, depletion, and amortization | | **36,932** | | 33,518 |
| Net properties and equipment | | **33,751** | | 41,589 |
| **Other Assets** | | **2,350** | | 2,310 |
| **Goodwill and Other Intangible Assets** | | **6,331** | | 6,569 |
| **Total Assets** | $ | **46,414** | $ | 60,967 |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | **2,850** | $ | 3,683 |
| Current asset retirement obligations | | **309** | | 257 |
| Interest payable | | **247** | | 247 |
| Other taxes payable | | **318** | | 332 |
| Accrued expenses | | **424** | | 505 |
| Short-term debt | | **33** | | — |
| Tronox-related contingent liability | | **—** | | 5,210 |
| Total | | **4,181** | | 10,234 |
| **Long-term Debt** | | **15,718** | | 15,092 |
| **Other Long-term Liabilities** | | | | |
| Deferred income taxes | | **5,400** | | 8,527 |
| Asset retirement obligations | | **1,750** | | 1,796 |
| Other | | **3,908** | | 3,000 |
| Total | | **11,058** | | 13,323 |
| | | | | |
| **Equity** | | | | |
| Stockholders' equity | | | | |
| Common stock, par value $0.10 per share (1.0 billion shares authorized, 528.3 million and 525.9 million shares issued) | | **52** | | 52 |
| Paid-in capital | | **9,265** | | 9,005 |
| Retained earnings | | **4,880** | | 12,125 |
| Treasury stock (20.0 million and 19.3 million shares) | | **(995)** | | (940) |
| Accumulated other comprehensive income (loss) | | **(383)** | | (517) |
| **Total Stockholders' Equity** | | **12,819** | | 19,725 |
| Noncontrolling interests | | **2,638** | | 2,593 |
| **Total Equity** | | **15,457** | | 22,318 |
| **Total Liabilities and Equity** | $ | **46,414** | $ | 60,967 |

See accompanying Notes to Consolidated Financial Statements.

88

CONFIDENTIAL

APC-00227232

Table of Contents
Index to Financial Statements

# ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED STATEMENTS OF EQUITY

| *millions* | Common Stock | Paid-in Capital | Retained Earnings | Treasury Stock | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interests | Total Equity |
|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2012** | $ 51 | $ 8,230 | $ 13,829 | $ (841) | $ (640) | $ 1,253 | $ 21,882 |
| Net income (loss) | — | — | 801 | — | — | 140 | 941 |
| Common stock issued | 1 | 292 | — | — | — | — | 293 |
| Dividends—common stock | — | — | (274) | — | — | — | (274) |
| Repurchase of common stock | — | — | — | (54) | — | — | (54) |
| Subsidiary equity transactions | — | 107 | — | — | — | 554 | 661 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (156) | (156) |
| Contributions from noncontrolling interest owners | — | — | — | — | — | 2 | 2 |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 7 | — | 7 |
| Adjustments for pension and other postretirement plans | — | — | — | — | 348 | — | 348 |
| **Balance at December 31, 2013** | 52 | 8,629 | 14,356 | (895) | (285) | 1,793 | 23,650 |
| Net income (loss) | — | — | (1,750) | — | — | 187 | (1,563) |
| Common stock issued | — | 286 | — | — | — | — | 286 |
| Dividends—common stock | — | — | (505) | — | — | — | (505) |
| Repurchase of common stock | — | — | — | (45) | — | — | (45) |
| Subsidiary equity transactions | — | 90 | 24 | — | — | 829 | 943 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (216) | (216) |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 6 | — | 6 |
| Adjustments for pension and other postretirement plans | — | — | — | — | (238) | — | (238) |
| **Balance at December 31, 2014** | 52 | 9,005 | 12,125 | (940) | (517) | 2,593 | 22,318 |
| Net income (loss) | — | — | (6,692) | — | — | (120) | (6,812) |
| Common stock issued | — | 209 | — | — | — | — | 209 |
| Dividends—common stock | — | — | (553) | — | — | — | (553) |
| Repurchase of common stock | — | — | — | (55) | — | — | (55) |
| Subsidiary equity transactions | — | 51 | — | — | — | 99 | 150 |
| Issuance of tangible equity units | — | — | — | — | — | 348 | 348 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (282) | (282) |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 6 | — | 6 |
| Adjustments for pension and other postretirement plans | — | — | — | — | 128 | — | 128 |
| **Balance at December 31, 2015** | $ 52 | $ 9,265 | $ 4,880 | $ (995) | $ (383) | $ 2,638 | $ 15,457 |

See accompanying Notes to Consolidated Financial Statements.

89

CONFIDENTIAL

APC-00227233

Index to Financial Statements

## ANADARKO PETROLEUM CORPORATION
## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | Years Ended December 31, | | |
| *millions* | **2015** | 2014 | 2013 |
|---|---:|---:|---:|
| **Cash Flows from Operating Activities** | | | |
| Net income (loss) | $ **(6,812)** | $ (1,563) | $ 941 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | | |
| Depreciation, depletion, and amortization | **4,603** | 4,550 | 3,927 |
| Deferred income taxes | **(3,152)** | (105) | 90 |
| Dry hole expense and impairments of unproved properties | **2,267** | 1,245 | 864 |
| Impairments | **5,075** | 836 | 794 |
| (Gains) losses on divestitures, net | **1,022** | (1,891) | 470 |
| Total (gains) losses on derivatives, net | **(100)** | 207 | (392) |
| Operating portion of net cash received (paid) in settlement of derivative instruments | **335** | 371 | 85 |
| Other | **320** | 327 | 246 |
| Changes in assets and liabilities | | | |
| Tronox-related contingent liability | **(5,210)** | 4,360 | 850 |
| (Increase) decrease in accounts receivable | **(2)** | 103 | 719 |
| Increase (decrease) in accounts payable and accrued expenses | **(995)** | 97 | 148 |
| Other items, net | **772** | (71) | 146 |
| Net cash provided by (used in) operating activities | **(1,877)** | 8,466 | 8,888 |
| **Cash Flows from Investing Activities** | | | |
| Additions to properties and equipment and dry hole costs | **(6,067)** | (9,508) | (7,721) |
| Acquisition of businesses | **(3)** | (1,527) | (473) |
| Divestitures of properties and equipment and other assets | **1,415** | 4,968 | 567 |
| Other, net | **(116)** | (405) | (589) |
| Net cash provided by (used in) investing activities | **(4,771)** | (6,472) | (8,216) |
| **Cash Flows from Financing Activities** | | | |
| Borrowings, net of issuance costs | **4,632** | 2,879 | 958 |
| Repayments of debt | **(4,033)** | (1,425) | (710) |
| Financing portion of net cash paid in settlement of derivative instruments | **(35)** | (222) | — |
| Increase (decrease) in outstanding checks | **(23)** | 62 | (13) |
| Dividends paid | **(553)** | (505) | (274) |
| Repurchase of common stock | **(55)** | (45) | (54) |
| Issuance of common stock, including tax benefit on share-based compensation awards | **34** | 121 | 146 |
| Sale of subsidiary units | **187** | 1,026 | 724 |
| Issuance of tangible equity units — equity component | **348** | — | — |
| Distributions to noncontrolling interest owners | **(282)** | (216) | (156) |
| Contributions from noncontrolling interest owners | **—** | — | 2 |
| Net cash provided by (used in) financing activities | **220** | 1,675 | 623 |
| **Effect of Exchange Rate Changes on Cash** | **(2)** | 2 | (68) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | **(6,430)** | 3,671 | 1,227 |
| **Cash and Cash Equivalents at Beginning of Period** | **7,369** | 3,698 | 2,471 |
| **Cash and Cash Equivalents at End of Period** | $ **939** | $ 7,369 | $ 3,698 |

See accompanying Notes to Consolidated Financial Statements.

90

CONFIDENTIAL

APC-00227234

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies

**General** Anadarko Petroleum Corporation is engaged in the exploration, development, production, and marketing of oil, condensate, natural gas, and natural gas liquids (NGLs), and in the marketing of anticipated production of liquefied natural gas (LNG). In addition, the Company engages in the gathering, processing, treating, and transporting of oil, natural gas, and NGLs. The Company also participates in the hard-minerals business through royalty arrangements. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

**Basis of Presentation** The Consolidated Financial Statements have been prepared in conformity with generally accepted accounting principles in the United States (GAAP). The Consolidated Financial Statements include the accounts of Anadarko and entities in which it holds a controlling interest. All intercompany transactions have been eliminated. Undivided interests in oil and natural-gas exploration and production joint ventures are consolidated on a proportionate basis. Investments in non-controlled entities, over which Anadarko has the ability to exercise significant influence over operating and financial policies, are accounted for using the equity method. In applying the equity method of accounting, the investments are initially recognized at cost, and subsequently adjusted for the Company's proportionate share of earnings, losses, and distributions. Other investments are carried at original cost. Investments accounted for using the equity method and cost method are reported as a component of other assets. Certain prior-period amounts have been reclassified to conform to the current-year presentation.

**Use of Estimates** The preparation of financial statements in accordance with GAAP requires management to make informed judgments and estimates that affect the reported amounts of assets, liabilities, revenues, and expenses. Management evaluates its estimates and related assumptions regularly, including those related to proved reserves; the value of properties and equipment; goodwill; intangible assets; asset retirement obligations; litigation liabilities; environmental liabilities; pension assets, liabilities, and costs; income taxes; and fair values. Changes in facts and circumstances or additional information may result in revised estimates, and actual results may differ from these estimates.

**Fair Value** Fair value is defined as the price that would be received to sell an asset or the price paid to transfer a liability in an orderly transaction between market participants at the measurement date. Inputs used in determining fair value are characterized according to a hierarchy that prioritizes those inputs based on the degree to which they are observable. The three input levels of the fair-value hierarchy are as follows:

Level 1—Inputs represent unadjusted quoted prices in active markets for identical assets or liabilities (for example, exchange-traded futures contracts for which parties are willing to transact at the exchange-quoted price).

Level 2—Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly (for example, quoted market prices for similar assets or liabilities in active markets or quoted market prices for identical assets or liabilities in markets not considered to be active, inputs other than quoted prices that are observable for the asset or liability, or market-corroborated inputs).

Level 3—Inputs that are not observable from objective sources such as the Company's internally developed assumptions used in pricing an asset or liability (for example, an estimate of future cash flows used in the Company's internally developed present value of future cash flows model that underlies the fair-value measurement).

In determining fair value, the Company uses observable market data when available, or models that incorporate observable market data. In addition to market information, the Company incorporates transaction-specific details that, in management's judgment, market participants would take into account in measuring fair value.

91

APC-00227235

**ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies (Continued)

In arriving at fair-value estimates, the Company uses relevant observable inputs available for the valuation technique employed. If a fair-value measurement reflects inputs at multiple levels within the hierarchy, the fair-value measurement is characterized based on the lowest level of input that is significant to the fair-value measurement. For Anadarko, recurring fair-value measurements are performed for interest-rate derivatives, commodity derivatives, and investments in trading securities.

The carrying amount of cash and cash equivalents, accounts receivable, and accounts payable reported on the Company's Consolidated Balance Sheets approximates fair value. The fair value of debt is the estimated amount the Company would have to pay to repurchase its debt, including any premium or discount attributable to the difference between the stated interest rate and market interest rate at each balance sheet date. Debt fair values, as disclosed in *Note 11—Debt and Interest Expense,* are based on quoted market prices for identical instruments, if available, or based on valuations of similar debt instruments.

Non-financial assets and liabilities initially measured at fair value include certain assets and liabilities acquired in a business combination or through a non-monetary exchange transaction, intangible assets, goodwill, asset retirement obligations, exit or disposal costs, and capital lease assets where the present value of lease payments is greater than the fair value of the leased asset.

**Revenues** The Company's oil and condensate are sold primarily to marketers, gatherers, and refiners. Natural gas is sold primarily to interstate and intrastate natural-gas pipelines, direct end-users, industrial users, local distribution companies, and natural-gas marketers. NGLs are sold primarily to direct end-users, refiners, and marketers.

The Company recognizes sales revenues for oil and condensate, natural gas, and NGLs based on the amount of each product sold to purchasers when delivery to the purchaser has occurred and title has transferred. This occurs when product has been delivered to a pipeline or when a tanker lifting has occurred. The Company follows the sales method of accounting for natural-gas production imbalances. If the Company's sales volumes for a well exceed the Company's proportionate share of production from the well, a liability is recognized to the extent that the Company's share of estimated remaining recoverable reserves from the well is insufficient to satisfy this imbalance. No receivables are recorded for those wells on which the Company has taken less than its proportionate share of production.

Anadarko provides gathering, processing, treating, and transporting services pursuant to a variety of contracts. Under these arrangements, the Company receives fees, or retains a percentage of products or a percentage of the proceeds from the sale of products and recognizes revenue at the time services are performed or product is sold. These revenues are included in gathering, processing, and marketing sales in the Company's Consolidated Statements of Income.

Marketing margins related to the Company's production are included in oil and condensate sales, natural-gas sales, and NGLs sales. Marketing margins related to sales of commodities purchased from third parties and gains and losses on derivatives related to such marketing activities are included in gathering, processing, and marketing sales in the Company's Consolidated Statements of Income.

The Company enters into buy/sell arrangements related to the transportation of a portion of its oil production. Under these arrangements, barrels are sold to a third party at a location-based contract price and subsequently repurchased by the Company at a downstream location. The difference in value between the sale and purchase price represents the transportation fee from the lease or certain gathering locations to more liquid markets. These arrangements are often required by private transporters. These transactions are reported on a net basis and included in oil and gas transportation in the Company's Consolidated Statements of Income.

**Cash Equivalents** The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents.

92

CONFIDENTIAL    APC-00227236

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies (Continued)

**Accounts Receivable and Allowance for Uncollectible Accounts** The Company conducts credit analyses of customers prior to making any sales to new customers or increasing credit for existing customers. Based on these analyses, the Company may require a standby letter of credit or a financial guarantee. The Company charges uncollectible accounts receivable against the allowance for uncollectible accounts when it determines collection will no longer be pursued.

**Inventories** Commodity inventories are stated at the lower of average cost or market.

**Properties and Equipment** Properties and equipment are stated at cost less accumulated depreciation, depletion, and amortization (DD&A). Costs of improvements that appreciably improve the efficiency or productive capacity of existing properties or extend their lives are capitalized. Maintenance and repairs are expensed as incurred. Upon retirement or sale, the cost of properties and equipment, net of the related accumulated DD&A, is removed and, if appropriate, gain or loss is recognized in gains (losses) on divestitures and other, net in the Company's Consolidated Statements of Income.

*Oil and Gas Properties* The Company applies the successful efforts method of accounting for oil and gas properties. Exploration costs, such as exploratory geological and geophysical costs, delay rentals, and exploration overhead, are charged against earnings as incurred. If an exploratory well provides evidence to justify potential completion as a producing well, drilling costs associated with the well are initially capitalized, or suspended, pending a determination as to whether a commercially sufficient quantity of proved reserves can be attributed to the area as a result of drilling. This determination may take longer than one year in certain areas (generally in deepwater and international locations) depending on, among other things, the amount of hydrocarbons discovered, the outcome of planned geological and engineering studies, the need for additional appraisal drilling activities to determine whether the discovery is sufficient to support an economic development plan, and government sanctioning of development activities in certain international locations. At the end of each quarter, management reviews the status of all suspended exploratory drilling costs in light of ongoing exploration activities, in particular, whether the Company is making sufficient progress in its ongoing exploration and appraisal efforts or, in the case of discoveries requiring government sanctioning, analyzing whether development negotiations are underway and proceeding as planned. If management determines that future appraisal drilling or development activities are unlikely to occur, associated suspended exploratory well costs are expensed.

Acquisition costs of unproved properties are periodically assessed for impairment and are transferred to proved oil and gas properties to the extent the costs are associated with successful exploration activities. Significant undeveloped leases are assessed individually for impairment, based on the Company's current exploration plans, and a valuation allowance is provided if impairment is indicated. Unproved oil and gas properties with individually insignificant lease acquisition costs are amortized on a group basis (thereby establishing a valuation allowance) over the average lease terms at rates that provide for full amortization of unsuccessful leases upon lease expiration or abandonment. Costs of expired or abandoned leases are charged against the valuation allowance, while costs of productive leases are transferred to proved oil and gas properties. Costs of maintaining and retaining unproved properties, as well as amortization of individually insignificant leases and impairment of unsuccessful leases, are included in exploration expense in the Company's Consolidated Statements of Income.

93

CONFIDENTIAL

APC-00227237

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 1. Summary of Significant Accounting Policies (Continued)

*Capitalized Interest*  For significant projects, interest is capitalized as part of the historical cost of developing and constructing assets. Significant oil and gas investments in unproved properties, significant exploration and development projects that have not commenced production, significant midstream development activities that are in progress, and investments in equity-method affiliates that are undergoing the construction of assets that have not commenced principle operations qualify for interest capitalization. Interest is capitalized until the asset is ready for service. Capitalized interest is determined by multiplying the Company's weighted-average borrowing cost on debt by the average amount of qualifying costs incurred. Once an asset subject to interest capitalization is completed and placed in service, the associated capitalized interest is expensed through depreciation or impairment. See *Note 11— Debt and Interest Expense*.

*Asset Retirement Obligations*  Asset retirement obligations (AROs) associated with the retirement of tangible long-lived assets are recognized as liabilities with an increase to the carrying amounts of the related long-lived assets in the period incurred. The cost of the tangible asset, including the asset retirement cost, is depreciated over the useful life of the asset. AROs are recorded at estimated fair value, measured by reference to the expected future cash outflows required to satisfy the retirement obligations discounted at the Company's credit-adjusted risk-free interest rate. Accretion expense is recognized over time as the discounted liabilities are accreted to their expected settlement value and is included in DD&A in the Company's Consolidated Statements of Income. If estimated future costs of AROs change, an adjustment is recorded to both the asset retirement obligation and the long-lived asset. Revisions to estimated AROs can result from changes in retirement cost estimates, revisions to estimated inflation rates, and changes in the estimated timing of abandonment. See *Note 13—Asset Retirement Obligations*.

*Impairments*  Properties and equipment are reviewed for impairment when facts and circumstances indicate that net book values may not be recoverable. In performing this review, an undiscounted cash flow test is performed at the lowest level for which identifiable cash flows are independent of cash flows from other assets. If the sum of the undiscounted future net cash flows is less than the net book value of the property, an impairment loss is recognized for the excess, if any, of the property's net book value over its estimated fair value. See *Note 5—Impairments*.

*Depreciation, Depletion, and Amortization*  Costs of drilling and equipping successful wells, costs to construct or acquire facilities other than offshore platforms, associated asset retirement costs, and capital lease assets used in oil and gas activities are depreciated using the unit-of-production (UOP) method based on total estimated proved developed oil and gas reserves. Costs of acquiring proved properties, including leasehold acquisition costs transferred from unproved properties and costs to construct or acquire offshore platforms and associated asset retirement costs, are depleted using the UOP method based on total estimated proved developed and undeveloped reserves. Mineral properties are also depleted using the UOP method. All other properties are stated at historical acquisition cost, net of impairments, and are depreciated using the straight-line method over the useful lives of the assets, which range from 3 to 15 years for furniture and equipment, up to 40 years for buildings, and up to 47 years for gathering facilities.

94

CONFIDENTIAL

APC-00227238

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies (Continued)

**Goodwill and Other Intangible Assets**  Anadarko has allocated goodwill to the following reporting units: oil and gas exploration and production; Western Gas Partners, LP (WES) gathering and processing; WES transportation; and other gathering and processing. Goodwill is subject to annual impairment testing in October (or more frequent testing as circumstances dictate). Anadarko's goodwill impairment test first assesses qualitative factors to determine whether goodwill is impaired. If the qualitative assessment indicates that it is more likely than not that the fair value of a reporting unit is less than its carrying amount, including goodwill, the Company will then perform a quantitative goodwill impairment test. Changes in goodwill may result from, among other things, impairments, acquisitions, or divestitures. See *Note 7—Goodwill and Other Intangible Assets.*

Other intangible assets represent contractual rights obtained in connection with business combinations that had favorable contractual terms relative to market at the acquisition date as well as customer-related intangible assets, including customer relationships established by acquired contracts. Other intangible assets are amortized over their estimated useful lives and are assessed for impairment whenever impairment indicators are present. See *Note 7— Goodwill and Other Intangible Assets.*

**Derivative Instruments**  Anadarko uses derivative instruments to manage its exposure to cash-flow variability from commodity-price and interest-rate risks. Derivatives are carried on the balance sheet at fair value and are included in other current assets, other assets, accrued expenses, or other long-term liabilities, depending on the derivative position and the expected timing of settlement, unless they satisfy the normal purchases and sales exception criteria. Where the Company has the contractual right and intends to net settle, derivative assets and liabilities are reported on a net basis.

Gains and losses on derivative instruments are recognized currently in earnings. Net losses attributable to derivatives previously subject to hedge accounting reside in accumulated other comprehensive income (loss) and will be reclassified to earnings in future periods as the economic transactions to which the derivatives relate affect earnings. See *Note 9—Derivative Instruments.*

**Accounts Payable**  Accounts payable included liabilities of $365 million at December 31, 2015, and $388 million at December 31, 2014, representing the amount by which checks issued, but not presented to the Company's banks for collection, exceeded balances in applicable bank accounts. Changes in these liabilities are reflected in cash flows from financing activities.

**Legal Contingencies**  The Company is subject to legal proceedings, claims, and liabilities that arise in the ordinary course of business. Except for legal contingencies acquired in a business combination, which are recorded at fair value at the time of acquisition, the Company accrues losses associated with legal claims when such losses are probable and reasonably estimable. If the Company determines that a loss is probable and cannot estimate a specific amount for that loss, but can estimate a range of loss, the best estimate within the range is accrued. If no amount within the range is a better estimate than any other, the minimum amount of the range is accrued. Estimates are adjusted as additional information becomes available or circumstances change. Legal defense costs associated with loss contingencies are expensed in the period incurred. See *Note 15—Contingencies.*

95

CONFIDENTIAL

APC-00227239

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies (Continued)

**Environmental Contingencies** The Company is subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. Except for environmental contingencies acquired in a business combination, which are recorded at fair value at the time of acquisition, the Company accrues losses associated with environmental obligations when such losses are probable and reasonably estimable. Accruals for estimated environmental losses are recognized no later than at the time the remediation feasibility study, or the evaluation of response options, is complete. These accruals are adjusted as additional information becomes available or circumstances change. Future environmental expenditures are not discounted to their present value. Recoveries of environmental costs from other parties are recorded separately as assets at their undiscounted value when receipt of such recoveries is probable. See *Note 15—Contingencies*.

**Noncontrolling Interests** Noncontrolling interests represent third-party ownership in the net assets of the Company's consolidated subsidiaries and are presented as a component of equity. Changes in Anadarko's ownership interests in subsidiaries that do not result in deconsolidation are recognized in equity. See *Note 20—Noncontrolling Interests*.

**Income Taxes** The Company files various U.S. federal, state, and foreign income tax returns. Deferred federal, state, and foreign income taxes are provided on temporary differences between the financial statement carrying amounts of assets and liabilities and their respective tax basis. The Company routinely assesses the realizability of its deferred tax assets. If the Company concludes that it is more likely than not that some of the deferred tax assets will not be realized, the tax asset is reduced by a valuation allowance. The Company recognizes a tax benefit from an uncertain tax position when it is more likely than not that the position will be sustained upon examination, based on the technical merits of the position. The tax benefit recorded is equal to the largest amount that is greater than 50% likely to be realized through final settlement with a taxing authority. Interest and penalties related to unrecognized tax benefits are recognized in income tax expense (benefit). The Company uses the flow-through method to account for its investment tax credits. See *Note 12—Income Taxes*.

The Financial Accounting Standards Board (FASB) issued Accounting Standards Update (ASU) 2015-17, *Balance Sheet Classification of Deferred Taxes*. This ASU requires all deferred tax assets and liabilities, including any related valuation allowance, to be presented in the balance sheet as noncurrent. The Company has elected to adopt this ASU early using a retrospective approach. As a result of adoption, the Company reclassified $722 million from other current assets to deferred income taxes for the year ended December 31, 2014. See *Note 12—Income Taxes*.

**Share-Based Compensation** The Company accounts for share-based compensation at fair value. The Company grants equity-classified awards, including stock options and non-vested equity shares (restricted stock awards and units). The Company may also grant equity-classified and liability-classified awards based on a comparison of the Company's total shareholder return (TSR) to the TSR of a predetermined group of peer companies (performance units).

The fair value of stock option awards is determined using the Black-Scholes option-pricing model. Restricted stock awards and units are valued using the market price of Anadarko common stock. For other share-based compensation awards, fair value is determined using a Monte Carlo simulation.

The Company records compensation cost, net of estimated forfeitures, for share-based compensation awards over the requisite service period using the straight-line method. An adjustment is made to compensation cost for any difference between the estimated forfeitures and the actual forfeitures related to the awards. For equity-classified share-based compensation awards, expense is recognized based on the grant-date fair value. For liability-classified share-based compensation awards, expense is recognized for those awards expected to ultimately be paid. The amount of expense reported for liability-classified awards is adjusted for fair-value changes so that the expense recognized for each award is equivalent to the amount to be paid. See *Note 19—Share-Based Compensation*.

96

 APC-00227240

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 1. Summary of Significant Accounting Policies (Continued)

**Recently Issued Accounting Standards**   The FASB issued ASU 2016-01, *Financial Instruments—Overall: Recognition and Measurement of Financial Assets and Financial Liabilities (Subtopic 825-10)*. This ASU amends existing requirements on the classification and measurement of financial instruments. Changes to the current requirements primarily affect the accounting for equity investments, financial liabilities under the fair value option, and the presentation and disclosure requirements for financial instruments. This ASU is effective for annual periods beginning in 2018 with early adoption of certain provisions permitted. The Company is evaluating the impact of the adoption of this ASU on its consolidated financial statements.

The FASB issued ASU 2015-03, *Interest—Imputation of Interest (Subtopic 835-30)—Simplifying the Presentation of Debt Issuance Costs* and ASU 2015-15, *Interest—Imputation of Interest (Subtopic 835-30)—Presentation and Subsequent Measurement of Debt Issuance Costs Associated with Line-of-Credit Arrangements*. These ASUs require capitalized debt issuance costs, except for those related to revolving credit facilities, to be presented in the balance sheet as a direct deduction from the carrying amount of the related debt liability, rather than as an asset. The Company adopted these ASUs on January 1, 2016, using a retrospective approach. The adoption will result in a reclassification that will reduce other current assets and short-term debt by $1 million and reduce other assets and long-term debt by $82 million on the Company's Consolidated Balance Sheet at December 31, 2015, when included in future filings.

The FASB issued ASU 2015-02, *Consolidation—Amendments to the Consolidation Analysis*. This ASU amends existing requirements applicable to reporting entities that are required to evaluate consolidation of a legal entity under the variable interest entity (VIE) or voting interest entity models. The provisions will affect how limited partnerships and similar entities are assessed for consolidation, including an additional requirement that a limited partnership will be a VIE unless the limited partners have either substantive kick-out or participating rights over the general partner. This ASU is effective for annual and interim periods beginning in 2016 and is required to be adopted using a retrospective or modified retrospective approach, with early adoption permitted. The Company has evaluated the impact of the adoption of this ASU on its consolidated financial statements and determined that Western Gas Equity Partners, LP (WGP), and WES, publicly traded consolidated subsidiaries of the Company, meet the criteria for variable interest entities for which the Company is the primary beneficiary for accounting purposes. The adoption of this ASU will not have a material impact on the Company's consolidated financial statements; however, the VIE disclosure requirements will begin to apply in 2016 for the Company's interest in WGP and WES.

In May 2014, the FASB issued ASU 2014-09, *Revenue from Contracts with Customers*, which supersedes the revenue recognition requirements in Topic 605, *Revenue Recognition*, and industry-specific guidance in Subtopic 932-605, *Extractive Activities-Oil and Gas-Revenue Recognition* and requires an entity to recognize revenue when it transfers promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services. The Company is required to adopt the new standard in the first quarter of 2018 using one of two retrospective application methods, with early adoption permitted in 2017. The Company is continuing to evaluate the provisions of this ASU, and has not determined the impact this standard may have on its consolidated financial statements and related disclosures or decided upon the method of adoption.

## 2. Inventories

The following summarizes the major classes of inventories included in other current assets at December 31:

| millions | 2015 | | 2014 | |
|---|---|---|---|---|
| Oil | $ | 116 | $ | 133 |
| Natural gas | | 36 | | 27 |
| NGLs | | 64 | | 83 |
| Total inventories | $ | 216 | $ | 243 |

97

APC-00227241

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 3. Acquisitions, Divestitures, and Assets Held for Sale

**Acquisitions** In November 2014, WES acquired Nuevo Midstream, LLC (Nuevo), which owns and operates gathering and processing assets in the Delaware basin in West Texas, for $1.557 billion. Following the acquisition, WES changed the name of Nuevo to Delaware Basin Midstream, LLC (DBM). This acquisition constitutes a business combination and was accounted for using the acquisition method of accounting. This acquisition aligns the Company's gas gathering and processing capacity with future industry production growth plans in the Delaware basin. Preliminary fair-value measurements of assets acquired and liabilities assumed were finalized in the fourth quarter of 2015. There were no material changes to the fair value of assets acquired and liabilities assumed from the amounts included on the Company's Consolidated Balance Sheet at December 31, 2014. The following summarizes the fair value of assets acquired and liabilities assumed at the acquisition date:

*millions*

| | | |
|---|---|---:|
| Current assets | $ | 63 |
| Properties and equipment | | 467 |
| Other intangible assets | | 811 |
| Accounts payable | | (19) |
| Accrued expenses | | (38) |
| Deferred income taxes | | (1) |
| Asset retirement obligations | | (9) |
| Goodwill | | 283 |
| Total assets acquired and liabilities assumed | $ | 1,557 |

Fair-value measurements of assets acquired and liabilities assumed are based on inputs that are not observable in the market and thus represent Level 3 inputs. The fair value of properties and equipment is based on market and cost approaches. Intangible assets consist of customer contracts, the fair value of which was determined using an income approach. Deferred tax assets (liabilities) represent the tax effects of differences in the tax basis and acquisition-date fair values of assets acquired and liabilities assumed. All of the goodwill related to this acquisition is amortizable for tax purposes. The assets acquired and liabilities assumed are included within the midstream reporting segment.

Results of operations attributable to this acquisition are included in the Company's Consolidated Statements of Income from the date acquired. The amounts of revenue and earnings included in the Company's Consolidated Statement of Income for the year ended December 31, 2014, and the amounts of revenue and earnings that would have been recognized had the acquisition occurred on January 1, 2014, are not material to the Company's Consolidated Statements of Income.

98

                                          APC-00227242

Case 4.20-cv-00576    Document 322-24    Filed 06/29/26 in TXSD    Page 378 of 495

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 3. Acquisitions, Divestitures, and Assets Held for Sale (Continued)

**Divestitures and Assets Held for Sale**   The following summarizes the proceeds received and gains (losses) recognized on divestitures for the years ended December 31:

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| Proceeds received | $ 1,415 | $ 4,968 | $ 567 |
| Gains (losses) on divestitures, net | (1,022) | 1,891 | (470) |

*2015*

- The Company sold certain coalbed methane properties and related midstream assets in the Rocky Mountains Region (Rockies) for net proceeds of $154 million, after closing adjustments, and recognized a loss of $538 million. These assets were included in the oil and gas exploration and production and midstream reporting segments.

- The Company sold certain U.S. onshore oil and gas properties and related midstream assets in East Texas, with a sales price of $440 million, for net proceeds of $425 million after closing adjustments, and recognized a loss of $110 million. These assets were included in the oil and gas exploration and production and midstream reporting segments.

- The Company sold certain enhanced oil recovery (EOR) assets in the Rockies, with a sales price of $703 million, for net proceeds of $675 million after closing adjustments, and recognized a loss of $350 million. These assets were included in the oil and gas exploration and production reporting segment.

*2014*   Total proceeds and net gains on divestitures during 2014 primarily related to assets included in the oil and gas exploration and production reporting segment as follows:

- The Company sold a 10% working interest in Offshore Area 1 in Mozambique for $2.64 billion and recognized a gain of $1.5 billion.

- The Company sold its Chinese subsidiary for $1.075 billion and recognized a gain of $510 million.

- The Company sold its interest in the nonoperated Vito deepwater development, along with several surrounding exploration blocks in the Gulf of Mexico for $500 million, and recognized a gain of $237 million.

- The Company sold its interest in the Pinedale/Jonah assets in Wyoming for $581 million.

- During the fourth quarter of 2014, Anadarko considered certain EOR assets in the Rockies to be held for sale and recognized losses of $456 million. These assets were remeasured to their fair value using a market approach and Level 2 fair-value measurement. Volatility in the then-current commodity-price environment had reduced the probability that the assets would be sold within one year and the assets were therefore no longer considered held for sale at December 31, 2014.

*2013*

- The Company sold its interests in a soda ash joint venture and certain U.S. onshore and Indonesian oil and gas properties and recognized net gains of $234 million, primarily related to the Company's divestiture of its interests in the soda ash joint venture and certain U.S. oil and gas properties included in the oil and gas exploration and production reporting segment.

- The Company recognized losses of $704 million primarily related to its Pinedale/Jonah assets included in the oil and gas exploration and production reporting segment considered to be held for sale at December 31, 2013. The sale of these assets closed in 2014 as discussed above.

99

CONFIDENTIAL                                                                                                APC-00227243

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 3. Acquisitions, Divestitures, and Assets Held for Sale (Continued)

**Property Exchange** In 2013, the Company exchanged certain oil and gas properties in the Wattenberg field with a third party. The properties exchanged were measured at the Company's historical net cost with no gain or loss recognized. Anadarko paid $106 million in cash as part of the exchange, which is included as an addition to properties and equipment on the Company's Consolidated Statement of Cash Flows for the year ended December 31, 2013.

### 4. Properties and Equipment

The following summarizes properties and equipment by segment at December 31:

| millions | 2015 | 2014 |
|---|---|---|
| Oil and gas exploration and production [1] | $ 59,389 | $ 63,674 |
| Midstream | 8,458 | 8,647 |
| Other | 2,836 | 2,786 |
| Gross properties and equipment | $ 70,683 | $ 75,107 |
| Less accumulated depreciation, depletion, and amortization | 36,932 | 33,518 |
| Net properties and equipment | $ 33,751 | $ 41,589 |

[1] Includes costs associated with unproved properties of $3.5 billion at December 31, 2015, and $5.1 billion at December 31, 2014.

100

CONFIDENTIAL

APC-00227244

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 5. Impairments

Impairments of proved properties are included in impairment expense in the Company's Consolidated Statements of Income. The following summarizes impairments of proved properties and the related post-impairment fair values by segment at December 31:

| millions | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Impairment | Fair Value[1] | Impairment | Fair Value[1] | Impairment | Fair Value[1] |
| **Oil and gas exploration and production** | | | | | | |
| Long-lived assets held for use | | | | | | |
| U.S. onshore properties | $ 3,684 | $ 1,253 | $ 545 | $ 552 | $ 142 | $ 271 |
| Gulf of Mexico properties | 349 | 65 | 276 | 223 | 562 | 242 |
| Cost-method investment [2] | 3 | 32 | 3 | 32 | 11 | 32 |
| **Midstream** | | | | | | |
| Long-lived assets held for use | 1,039 | 212 | 12 | — | 79 | 36 |
| Total impairments | $ 5,075 | $ 1,562 | $ 836 | $ 807 | $ 794 | $ 581 |

[1]   Measured as of the impairment date using the income approach and Level 3 inputs.
[2]   Represents the after-tax net investment.

*2015 Impairments*   In 2015, impairments were primarily related to the Company's Greater Natural Buttes oil and gas and midstream properties in the Rockies, other U.S. onshore oil and gas properties primarily in the Southern and Appalachia Region, other midstream properties primarily in the Rockies, and oil and gas properties in the Gulf of Mexico, all of which were impaired due to lower forecasted commodity prices.

*2014 Impairments*   In 2014, certain U.S. onshore and Gulf of Mexico oil and gas properties were impaired primarily due to lower forecasted commodity prices.

*2013 Impairments*   In 2013, certain Gulf of Mexico properties were impaired due to a reduction in estimated future net cash flows and downward revisions of reserves resulting from changes to the Company's development plans. Also in 2013, certain U.S. onshore properties and related midstream assets were impaired due to downward revisions of reserves resulting from changes to the Company's development plans. In addition, a midstream property was impaired during 2013 due to a reduction in estimated future cash flows.

**Impairments of Unproved Properties**   Impairments of unproved properties are included in exploration expense in the Company's Consolidated Statements of Income. In 2015, the Company recognized a $935 million impairment of unproved Greater Natural Buttes properties and a $66 million impairment of an unproved Gulf of Mexico property as a result of lower commodity prices. Also in 2015, the Company recognized a $109 million impairment of unproved Utica properties resulting from an assignment of mineral interests in settlement of a legal matter.

CONFIDENTIAL                                                                                  APC-00227245

**ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 5. Impairments (Continued)

**Potential for Future Impairments** During 2015, the Company recognized significant impairments of proved oil and gas and midstream properties and impairments of unproved oil and gas properties, primarily as a result of lower forecasted commodity prices and changes to the Company's drilling plans. At December 31, 2015, the Company's estimate of undiscounted future cash flows attributable to a certain depletion group with a net book value of approximately $2.2 billion indicated that the carrying amount was expected to be recovered; however, this depletion group may be at risk for impairment if the estimates of future cash flows decline. The Company estimates that, if this depletion group becomes impaired in a future period, the Company could recognize non-cash impairments in that period in excess of $800 million. It is also reasonably possible that prolonged low or further declines in commodity prices, further changes to the Company's drilling plans in response to lower prices, or increases in drilling or operating costs could result in other additional impairments.

## 6. Suspended Exploratory Well Costs

The following summarizes the changes in suspended exploratory well costs at December 31 for each of the last three years. Additions pending the determination of proved reserves excludes amounts capitalized and subsequently charged to expense within the same year.

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| Balance at January 1 | $ 1,522 | $ 2,232 | $ 2,062 |
| Additions pending the determination of proved reserves | 461 | 421 | 848 |
| Divestitures and other [1] | (33) | (913) | (48) |
| Reclassifications to proved properties | (104) | (100) | (507) |
| Charges to exploration expense [2] | (722) | (118) | (123) |
| Balance at December 31 | $ 1,124 | $ 1,522 | $ 2,232 |

[1] Includes $(744) million during 2014 related to the Company's sale of a 10% working interest in Offshore Area 1 in Mozambique.

[2] Includes $(565) million during 2015 related to Brazil. Given the current oil-price environment and other considerations, the Company does not expect to have substantive exploration and development activities in Brazil in the foreseeable future.

The following provides an aging of suspended well balances at December 31:

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| Exploratory well costs capitalized for a period of one year or less | $ 452 | $ 393 | $ 836 |
| Exploratory well costs capitalized for a period greater than one year | 672 | 1,129 | 1,396 |
| Balance at December 31 | $ 1,124 | $ 1,522 | $ 2,232 |

102

CONFIDENTIAL

APC-00227246

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 6. Suspended Exploratory Well Costs (Continued)

The following summarizes a further aging by geographic area of those exploratory well costs that have been capitalized for a period greater than one year since the completion of drilling at December 31, 2015:

| *millions except projects* | Number of Projects | Total | 2014 | 2013 | 2012 and prior |
|---|---|---|---|---|---|
| United States—Onshore | 18 | $ 55 | $ 34 | $ 11 | $ 10 |
| United States—Offshore | 4 | 314 | 77 | 80 | 157 |
| International | 7 | 303 | 119 | 3 | 181 |
| | 29 | $ 672 | $ 230 | $ 94 | $ 348 |

Projects with suspended exploratory well costs are those identified by management as exhibiting sufficient quantities of hydrocarbons to justify potential development and where management is actively pursuing efforts to assess whether reserves can be attributed to these projects. Suspended exploratory well costs capitalized for a period greater than one year after completion of drilling at December 31, 2015, primarily related to the Gulf of Mexico, Ghana, and Mozambique.

For projects located in the Gulf of Mexico, the majority of exploratory well costs capitalized greater than one year are related to the Shenandoah discovery. Well costs have been suspended pending further appraisal activities, including drilling and analysis of well results. Appraisal activities undertaken at the Shenandoah discovery include the acquisition of whole-core across the primary reservoir interval, the processing and analysis of seismic data, reservoir simulation modeling, and analysis of well results. Remaining activities required to classify the associated reserves as proved for the Shenandoah discovery include completion of geologic, reservoir, and economic modeling; product development testing; and pre-front-end engineering and design (FEED) and FEED engineering studies.

For projects located in Ghana, exploratory well costs that have been capitalized greater than one year are pending development plan approval. During the fourth quarter of 2015, the Company and its partners submitted the Jubilee full field development plan for the Mahogany East and Teak areas. Remaining activities required to classify the associated reserves as proved include approval of development plans and project sanctioning.

For projects located in Mozambique, the majority of exploratory well costs capitalized greater than one year are related to the Orca, Tubarão, and Tubarão Tigre discoveries. Well costs have been suspended pending further appraisal activities, including analysis of well results and seismic reprocessing. During 2015, drilling and evaluation operations at the Tubarão Tigre-2 appraisal well were completed. Anadarko is continuing to appraise the Orca, Tubarão, and Tubarão Tigre discoveries in accordance with the appraisal programs provided to the government of Mozambique in the first quarter of 2015.

If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time.

103

APC-00227247

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 7. Goodwill and Other Intangible Assets

**Goodwill** At December 31, 2015, the Company had $5.4 billion of goodwill allocated to the following reporting units: $4.9 billion to oil and gas exploration and production, $383 million to WES gathering and processing, $5 million to WES transportation, and $62 million to other gathering and processing. The Company's 2015 annual impairment assessment of goodwill indicated no impairment. An additional assessment was also performed in December 2015 to consider the impact of commodity-price changes since the annual test. This assessment also indicated no impairment.

Although commodity prices declined during the year, as of December 31, 2015, the estimated fair value of the oil and gas reporting unit exceeded the carrying value by more than 15%, without consideration for any control premium, and the other reporting units were not at risk of impairment. However, prolonged low or further declines in commodity prices, decreases in proved reserves, changes in exploration or development plans, significant property impairments, increases in operating or drilling costs, significant changes in regulations, or other negative changes to the economic environment in which Anadarko operates, could result in further goodwill impairment tests in the near term, the results of which may have a material adverse impact on the Company's results of operations.

**Other Intangible Assets** Intangible assets and associated amortization expense were as follows:

| millions | Gross Carrying Amount | | Accumulated Amortization | | Net Carrying Amount | | Amortization Expense | |
|---|---|---|---|---|---|---|---|---|
| **December 31, 2015** | | | | | | | | |
| Offshore platform leases | $ | 33 | $ | (31) | $ | 2 | $ | 2 |
| Customer contracts | | 980 | | (46) | | 934 | | 31 |
| | $ | 1,013 | $ | (77) | $ | 936 | $ | 33 |
| **December 31, 2014** | | | | | | | | |
| Offshore platform leases | $ | 33 | $ | (29) | $ | 4 | $ | — |
| Customer contracts | | 1,004 | | (15) | | 989 | | 6 |
| | $ | 1,037 | $ | (44) | $ | 993 | $ | 6 |

Customer contract intangible assets are primarily related to WES's DBM acquisition in 2014. These contracts are being amortized over 30 years. See *Note 3—Acquisitions, Divestitures, and Assets Held for Sale*. The annual aggregate amortization expense for intangible assets is expected to be $31 million each of the next five years.

CONFIDENTIAL                                                                APC-00227248

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 8. Equity-Method Investments

In 2007, Anadarko contributed certain of its oil and gas properties and gathering and processing assets, with an aggregate fair value of $2.9 billion at the time of the contribution, to newly formed unconsolidated entities in exchange for noncontrolling mandatorily redeemable London Interbank Offered Rate (LIBOR) based preferred interests in those entities. The common equity of the investee entities is 95% owned by third parties that also maintain control over the assets. Subsequent to their formation, the investee entities loaned Anadarko an aggregate of $2.9 billion. The Company accounts for its investment in these entities using the equity method of accounting. The carrying amount of these investments was $2.8 billion and the carrying amount of notes payable to affiliates was $2.9 billion at December 31, 2015. Anadarko has legal right of setoff and intends to net settle its obligations under each of the notes payable to the investees with the distributable value of its interest in the corresponding investee. Accordingly, the investments and the obligations are presented net on the Company's Consolidated Balance Sheets in other long-term liabilities—other for all periods presented.

Interest on the notes issued by Anadarko is variable, and is equivalent to LIBOR plus a spread that fluctuates with Anadarko's credit rating. The applicable interest rate was 1.51% at December 31, 2015, and 1.24% at December 31, 2014. The note payable agreement contains a covenant that provides for a maximum Anadarko debt-to-capital ratio of 67% (excluding the effect of non-cash write-downs). Anadarko was in compliance with this covenant at December 31, 2015. Other (income) expense, net includes interest expense on the notes payable of $37 million in 2015, $36 million in 2014, and $37 million in 2013, and equity (earnings) losses from Anadarko's investments in the investee entities of $15 million in 2015, $(45) million in 2014, and $(42) million in 2013.

## 9. Derivative Instruments

**Objective and Strategy** The Company uses derivative instruments to manage its exposure to cash-flow variability from commodity-price and interest-rate risks. Futures, swaps, and options are used to manage exposure to commodity-price risk inherent in the Company's oil and natural-gas production and natural-gas processing operations (Oil and Natural-Gas Production/Processing Derivative Activities). Futures contracts and commodity-price swap agreements are used to fix the price of expected future oil and natural-gas sales at major industry trading locations such as Henry Hub, Louisiana for natural gas and Cushing, Oklahoma or Sullom Voe, Scotland for oil. Basis swaps are periodically used to fix or float the price differential between product prices at one market location versus another. Options are used to establish a floor price, a ceiling price, or a floor and a ceiling price (collar) for expected future oil and natural-gas sales. Derivative instruments are also used to manage commodity-price risk inherent in customer price requirements and to fix margins on the future sale of natural gas and NGLs from the Company's leased storage facilities (Marketing and Trading Derivative Activities).

Interest-rate swaps are used to fix or float interest rates on existing or anticipated indebtedness. The purpose of these instruments is to manage the Company's existing or anticipated exposure to interest-rate changes. The fair value of the Company's current interest-rate swap portfolio increases (decreases) when interest rates increase (decrease).

The Company does not apply hedge accounting to any of its derivative instruments. As a result, gains and losses associated with derivative instruments are recognized currently in earnings. Net derivative losses attributable to derivatives previously subject to hedge accounting reside in accumulated other comprehensive income (loss) and are reclassified to earnings as the transactions to which the derivatives relate are recognized in earnings. See *Note 18—Accumulated Other Comprehensive Income (Loss)*.

CONFIDENTIAL                                                                                       APC-00227249

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 9. Derivative Instruments (Continued)

**Oil and Natural-Gas Production/Processing Derivative Activities** The oil prices listed below are a combination of New York Mercantile Exchange (NYMEX) West Texas Intermediate and Intercontinental Exchange, Inc. (ICE) Brent Blend prices. The natural-gas prices listed below are NYMEX Henry Hub prices. The NGLs prices listed below are Oil Price Information Services prices (OPIS). The following is a summary of the Company's derivative instruments related to oil and natural-gas production/processing derivative activities at December 31, 2015:

|  | 2016 Settlement |
|---|---|
| **Oil** | |
| Three-Way Collars (MBbls/d) | 83 |
| Average price per barrel | |
| Ceiling sold price (call) | $ 63.82 |
| Floor purchased price (put) | $ 54.46 |
| Floor sold price (put) | $ 42.77 |
| **Natural Gas** | |
| Fixed-Price Contracts (thousand MMBtu/d) | 38 |
| Average price per MMBtu | $ 2.53 |
| **NGLs** | |
| Fixed-Price Contracts (MBbls/d) | 4 |
| Average price per barrel | $ 13.07 |

MMBtu—million British thermal units
MMBtu/d—million British thermal units per day

A three-way collar is a combination of three options: a sold call, a purchased put, and a sold put. The sold call establishes the maximum price that the Company will receive for the contracted commodity volumes. The purchased put establishes the minimum price that the Company will receive for the contracted volumes unless the market price for the commodity falls below the sold put strike price, at which point the minimum price equals the reference price (e.g., NYMEX) plus the excess of the purchased put strike price over the sold put strike price.

In 2014, the Company terminated or offset then-existing 2015 oil three-way collars with a notional volume of 25 thousand barrels per day due to lower oil prices, resulting in a cash receipt of $126 million.

**Marketing and Trading Derivative Activities** The Company had financial derivative transactions with notional volumes of natural gas totaling 8 billion cubic feet (Bcf) at December 31, 2015, and 6 Bcf at December 31, 2014, that were entered into to mitigate commodity-price risk related to fixed-price purchase and sales contracts and storage activity.

106

APC-00227250

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 9.  Derivative Instruments (Continued)

**Interest-Rate Derivatives** Anadarko has outstanding interest-rate swap contracts to manage interest-rate risk associated with anticipated debt issuances. The Company has locked in a fixed interest rate in exchange for a floating interest rate indexed to the three-month LIBOR.

In 2015, the Company extended the reference-period start dates on interest-rate swaps with an aggregate notional principal amount of $1.0 billion to align the portfolio with anticipated debt refinancing. The Company also amended the mandatory termination dates on interest-rate swaps with an aggregate notional principal amount of $1.8 billion so that, at the start of the reference period, Anadarko will receive quarterly payments based on the floating rate and make semi-annual payments based on the fixed interest rate. The interest-rate swaps are required to be settled in full at the mandatory termination date. As part of these interest-rate swap modifications, the fixed interest rates on the swaps were also adjusted, and the Company recognized a loss of $137 million, which is included in gains (losses) on derivatives, net in the Company's Consolidated Statement of Income, and increased the related derivative liability. In 2014, in anticipation of the July 2014 issuance of an aggregate $1.25 billion of Senior Notes, interest-rate swap agreements with an aggregate notional principal amount of $750 million were settled in 2014, resulting in a cash payment of $222 million.

Derivative settlements and collateralization are classified as cash flows from operating activities unless the derivatives contain an other-than-insignificant financing element, in which case the settlements and collateralization are classified as cash flows from financing activities. As a result of prior extensions of reference-period start dates without settlement of the related interest-rate derivative obligations, the interest-rate derivatives in the Company's portfolio contain an other-than-insignificant financing element, and therefore, any settlements or collateralization related to these extended interest-rate derivatives are classified as cash flows from financing activities.

The Company had the following outstanding interest-rate swaps at December 31, 2015:

| *millions except percentages* Notional Principal Amount | Reference Period | Mandatory Termination Date | Weighted-Average Interest Rate |
|---|---|---|---|
| $    50 | September 2016 – 2026 | September 2016 | 5.910% |
| $    50 | September 2016 – 2046 | September 2016 | 6.290% |
| $   250 | September 2016 – 2046 | September 2018 | 6.310% |
| $   300 | September 2016 – 2046 | September 2020 | 6.509% |
| $   250 | September 2016 – 2046 | September 2021 | 6.724% |
| $   200 | September 2017 – 2047 | September 2018 | 6.049% |
| $   300 | September 2017 – 2047 | September 2020 | 6.569% |
| $   500 | September 2017 – 2047 | September 2021 | 6.654% |

107

APC-00227251

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 9. Derivative Instruments (Continued)

**Effect of Derivative Instruments—Balance Sheet** The following summarizes the fair value of the Company's derivative instruments at December 31:

| millions<br>Balance Sheet Classification | Gross<br>Derivative Assets | | Gross<br>Derivative Liabilities | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| Commodity derivatives | | | | |
| Other current assets | $ 462 | $ 421 | $ (177) | $ (118) |
| Other assets | 8 | 1 | — | — |
| Accrued expenses | — | 71 | (3) | (114) |
| Other liabilities | — | — | — | (6) |
| | 470 | 493 | (180) | (238) |
| Interest-rate derivatives | | | | |
| Other current assets | 2 | — | — | — |
| Other assets | 54 | — | — | — |
| Accrued expenses | — | — | (54) | — |
| Other liabilities | — | — | (1,488) | (1,217) |
| | 56 | — | (1,542) | (1,217) |
| Total derivatives | $ 526 | $ 493 | $ (1,722) | $ (1,455) |

**Effect of Derivative Instruments—Statement of Income** The following summarizes gains and losses related to derivative instruments:

| millions<br>Classification of (Gain) Loss Recognized | 2015 | 2014 | 2013 |
|---|---|---|---|
| Commodity derivatives | | | |
| Gathering, processing, and marketing sales [1] | $ (1) | $ 10 | $ 6 |
| (Gains) losses on derivatives, net | (367) | (589) | 141 |
| Interest-rate derivatives | | | |
| (Gains) losses on derivatives, net | 268 | 786 | (539) |
| Total (gains) losses on derivatives, net | $ (100) | $ 207 | $ (392) |

[1]    Represents the effect of Marketing and Trading Derivative Activities.

108

 APC-00227252

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 9. Derivative Instruments (Continued)

**Credit-Risk Considerations** The financial integrity of exchange-traded contracts, which are subject to nominal credit risk, is assured by NYMEX or ICE through systems of financial safeguards and transaction guarantees. Over-the-counter traded swaps, options, and futures contracts expose the Company to counterparty credit risk. The Company monitors the creditworthiness of its counterparties, establishes credit limits according to the Company's credit policies and guidelines, and assesses the impact on the fair value of its counterparties' creditworthiness. The Company has the ability to require cash collateral or letters of credit to mitigate its credit-risk exposure.

The Company has netting agreements with financial institutions that permit net settlement of gross commodity derivative assets against gross commodity derivative liabilities, and routinely exercises its contractual right to offset gains and losses when settling with derivative counterparties. In addition, the Company has setoff agreements with certain financial institutions that may be exercised in the event of default and provide for contract termination and net settlement across derivative types. At December 31, 2015, $347 million of the Company's $1.722 billion gross derivative liability balance, and at December 31, 2014, $289 million of the Company's $1.455 billion gross derivative liability balance would have been eligible for setoff against the Company's gross derivative asset balance in the event of default. Other than in the event of default, the Company does not net settle across derivative types.

The Company's derivative instruments are subject to individually negotiated credit provisions that may require collateral of cash or letters of credit depending on the derivative's valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered such as if the Company's credit rating from major credit rating agencies declines to a level that is below investment grade. Previously, most of the Company's derivative counterparties maintained secured positions with respect to the Company's derivative liabilities under the Company's $5.0 billion senior secured revolving credit facility ($5.0 billion Facility). In January 2015, the Company's $5.0 billion Facility was replaced by new unsecured facilities under which the Company's derivative counterparties no longer maintain security interests in any of the Company's assets. As a result, the Company may be required from time to time to post collateral of cash or letters of credit based on the negotiated terms of the individual derivative agreements. The aggregate fair value of derivative instruments with credit-risk-related contingent features for which a net liability position existed was $1.3 billion (net of collateral) at December 31, 2015, and $97 million (net of collateral) at December 31, 2014. For information on the Company's revolving credit facilities, see *Note 11—Debt and Interest Expense—Anadarko Revolving Credit Facilities and Commercial Paper Program.*

CONFIDENTIAL
APC-00227253

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 9. Derivative Instruments (Continued)

**Fair Value** Fair value of futures contracts is based on unadjusted quoted prices in active markets for identical assets or liabilities, which represent Level 1 inputs. Valuations of physical-delivery purchase and sale agreements, over-the-counter financial swaps, and commodity option collars are based on similar transactions observable in active markets and industry-standard models that primarily rely on market-observable inputs. Inputs used to estimate fair value in industry-standard models are categorized as Level 2 inputs because substantially all assumptions and inputs are observable in active markets throughout the full term of the instruments. Inputs used to estimate the fair value of swaps and options include market-price curves; contract terms and prices; credit-risk adjustments; and, for Black-Scholes option valuations, discount factors and implied market volatility.

The following summarizes the fair value of the Company's derivative assets and liabilities, by input level within the fair-value hierarchy:

| millions | Level 1 | Level 2 | Level 3 | Netting [1] | Collateral | Total |
|---|---|---|---|---|---|---|
| **December 31, 2015** | | | | | | |
| **Assets** | | | | | | |
| Commodity derivatives | $ 10 | $ 460 | $ — | $ (178) | $ (8) | $ 284 |
| Interest-rate derivatives | — | 56 | — | — | — | 56 |
| Total derivative assets | $ 10 | $ 516 | $ — | $ (178) | $ (8) | $ 340 |
| **Liabilities** | | | | | | |
| Commodity derivatives | $ (1) | $ (179) | $ — | $ 178 | $ — | $ (2) |
| Interest-rate derivatives | — | (1,542) | — | — | 58 | (1,484) |
| Total derivative liabilities | $ (1) | $ (1,721) | $ — | $ 178 | $ 58 | $ (1,486) |
| | | | | | | |
| **December 31, 2014** | | | | | | |
| **Assets** | | | | | | |
| Commodity derivatives | $ — | $ 493 | $ — | $ (189) | $ (13) | $ 291 |
| Total derivative assets | $ — | $ 493 | $ — | $ (189) | $ (13) | $ 291 |
| **Liabilities** | | | | | | |
| Commodity derivatives | $ — | $ (238) | $ — | $ 189 | $ — | $ (49) |
| Interest-rate derivatives | — | (1,217) | — | — | 23 | (1,194) |
| Total derivative liabilities | $ — | $ (1,455) | $ — | $ 189 | $ 23 | $ (1,243) |

[1] Represents the impact of netting commodity derivative assets and liabilities with counterparties where the Company has the contractual right and intends to net settle.

110

APC-00227254

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 10. Tangible Equity Units

In June 2015, the Company issued 9.2 million 7.50% tangible equity units (TEUs) at a stated amount of $50.00 per TEU and raised net proceeds of $445 million. Each TEU is comprised of a prepaid equity purchase contract for common units of WGP and a senior amortizing note. Subsequent to issuance, each TEU may be legally separated into the two components. The prepaid equity purchase contract is considered a freestanding financial instrument, indexed to WGP common units, and meets the conditions for equity classification.

Anadarko allocated the proceeds from the issuance of the TEUs to equity and debt based on the relative fair values of their respective components as follows:

| millions, except price per TEU | Equity Component | | Debt Component | | Total | |
|---|---|---|---|---|---|---|
| Price per TEU | $ | 39.05 | $ | 10.95 | $ | 50.00 |
| Gross proceeds | | 359 | | 101 | | 460 |
| Less issuance costs | | 11 | | 4 | | 15 |
| Net proceeds | $ | 348 | $ | 97 | $ | 445 |

The prepaid equity purchase contracts were recorded in noncontrolling interests, net of issuance costs, and the senior amortizing notes were recorded in short-term debt and long-term debt on the Company's Consolidated Balance Sheet.

**Equity Component** Unless settled earlier at the holder's option, each purchase contract has a mandatory settlement date of June 7, 2018. Anadarko has a right to elect to issue and deliver shares of Anadarko Petroleum Corporation common stock (APC shares) in lieu of delivering WGP common units at settlement. The Company will deliver WGP common units (or APC shares) on the settlement date at the settlement rate based upon the applicable market value of WGP common units (or APC shares) as follows:

| Applicable Market Value of WGP Common Units [1] | Settlement Rate per Purchase Contract | |
|---|---|---|
| | WGP Common Units | APC Shares (if elected) [1] |
| Exceeds $69.8422 (Threshold Appreciation Price) | 0.7159 units (Minimum Settlement Rate) | a number of shares equal to (a) the Minimum Settlement Rate, multiplied by the applicable market value of WGP common units, divided by (b) 98% of the applicable market value of APC shares |
| Less than or equal to the Threshold Appreciation Price, but greater than or equal to $58.20 (Reference Price) | a number of units equal to $50.00, divided by the applicable market value of WGP common units | a number of shares equal to $50.00, divided by 98% of the applicable market value of APC shares |
| Less than the Reference Price | 0.8591 units (Maximum Settlement Rate) | a number of shares equal to (a) the Maximum Settlement Rate, multiplied by the applicable market value of WGP common units, divided by (b) 98% of the applicable market value of APC shares |

[1] The applicable market value is the average of the daily volume-weighted average prices of WGP common units (or APC shares) for the 20 consecutive trading days beginning on, and including, the 23rd scheduled trading day immediately preceding June 7, 2018.

111

CONFIDENTIAL APC-00227255

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 10. Tangible Equity Units (Continued)

The WGP common units underlying the purchase contract are currently issued and outstanding, and are owned by a wholly owned subsidiary of Anadarko. In the event Anadarko elects to settle in APC shares, the number of such shares issued and delivered upon settlement of each purchase contract is subject to adjustment and cannot exceed four shares under any circumstance (APC share cap). The above fixed settlement rates for WGP common units and the APC share cap are subject to adjustment upon the occurrence of certain specified dilutive events such as certain increases in the WGP distribution rate.

**Debt Component**  Each senior amortizing note has an initial principal amount of $10.95 and bears interest at 1.50% per year. Beginning September 7, 2015, Anadarko will pay equal quarterly cash installments of $0.9375 per amortizing note (except for the September 7, 2015 installment payment, which was $0.9063 per amortizing note). The payments constitute a payment of interest and partial repayment of principal, with the aggregate per-year payments of principal and interest equating to a 7.50% cash payment with respect to each TEU. The senior amortizing notes have a final installment payment date of June 7, 2018, and are senior unsecured obligations of the Company.

112

CONFIDENTIAL
APC-00227256

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 11. Debt and Interest Expense

**Debt** The Company's outstanding debt, excluding the capital lease obligation, is senior unsecured. See *Note 8— Equity-Method Investments* for disclosure regarding Anadarko's notes payable related to its ownership of certain noncontrolling mandatorily redeemable interests that are not included in the Company's reported debt balance and do not affect consolidated interest expense. The following summarizes the Company's outstanding debt:

| | | December 31, | | |
|---|---|---|---|---|
| *millions* | | **2015** | | 2014 |
| Commercial paper | $ | **250** | $ | — |
| 5.950% Senior Notes due 2016 | | **1,750** | | 1,750 |
| 6.375% Senior Notes due 2017 | | **2,000** | | 2,000 |
| 7.050% Debentures due 2018 | | **114** | | 114 |
| Tangible equity units - senior amortizing notes due 2018 | | **85** | | — |
| WES 2.600% Senior Notes due 2018 | | **350** | | 350 |
| 6.950% Senior Notes due 2019 | | **300** | | 300 |
| 8.700% Senior Notes due 2019 | | **600** | | 600 |
| WES 5.375% Senior Notes due 2021 | | **500** | | 500 |
| WES 4.000% Senior Notes due 2022 | | **670** | | 670 |
| 3.450% Senior Notes due 2024 | | **625** | | 625 |
| 6.950% Senior Notes due 2024 | | **650** | | 650 |
| WES 3.950% Senior Notes due 2025 | | **500** | | — |
| 7.500% Debentures due 2026 | | **112** | | 112 |
| 7.000% Debentures due 2027 | | **54** | | 54 |
| 7.125% Debentures due 2027 | | **150** | | 150 |
| 6.625% Debentures due 2028 | | **17** | | 17 |
| 7.150% Debentures due 2028 | | **235** | | 235 |
| 7.200% Debentures due 2029 | | **135** | | 135 |
| 7.950% Debentures due 2029 | | **117** | | 117 |
| 7.500% Senior Notes due 2031 | | **900** | | 900 |
| 7.875% Senior Notes due 2031 | | **500** | | 500 |
| Zero-Coupon Senior Notes due 2036 | | **2,360** | | 2,360 |
| 6.450% Senior Notes due 2036 | | **1,750** | | 1,750 |
| 7.950% Senior Notes due 2039 | | **325** | | 325 |
| 6.200% Senior Notes due 2040 | | **750** | | 750 |
| 4.500% Senior Notes due 2044 | | **625** | | 625 |
| WES 5.450% Senior Notes due 2044 | | **400** | | 400 |
| 7.730% Debentures due 2096 | | **61** | | 61 |
| 7.500% Debentures due 2096 | | **78** | | 78 |
| 7.250% Debentures due 2096 | | **49** | | 49 |
| WES revolving credit facility | | **300** | | 510 |
| Total borrowings at face value | $ | **17,312** | $ | 16,687 |
| Net unamortized discounts and premiums [1] | | **(1,581)** | | (1,616) |
| Total borrowings | $ | **15,731** | $ | 15,071 |
| Capital lease obligation | | **20** | | 21 |
| Less current portion of long-term debt | | **33** | | — |
| Total long-term debt [2] | $ | **15,718** | $ | 15,092 |

[1] Unamortized discounts and premiums are amortized over the term of the related debt.

[2] The total long-term debt balance for WES was $2.7 billion at December 31, 2015, and $2.4 billion at December 31, 2014.

113

CONFIDENTIAL

APC-00227257

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 11. Debt and Interest Expense (Continued)

In a 2006 private offering, Anadarko received $500 million of loan proceeds upon issuing the Zero-Coupon Senior Notes due 2036 (Zero Coupons). The Zero Coupons mature in 2036 and have an aggregate principal amount due at maturity of approximately $2.4 billion, reflecting a yield to maturity of 5.24%. The Zero Coupons can be put to the Company in October of each year, in whole or in part, for the then-accreted value of the outstanding Zero Coupons. The accreted value of the outstanding Zero Coupons was $806 million at December 31, 2015. Anadarko's Zero Coupons were classified as long-term debt on the Company's Consolidated Balance Sheet at December 31, 2015, as the Company has the ability and intent to refinance these obligations using long-term debt, should the put be exercised.

Anadarko's $1.750 billion 5.950% Senior Notes due September 2016 were classified as long-term debt on the Company's Consolidated Balance Sheet at December 31, 2015, as Anadarko intends to refinance these obligations prior to or at maturity with new long-term debt issuances or by using the $3.0 billion five-year senior unsecured revolving credit facility (Five-Year Facility).

**Fair Value** The Company uses a market approach to determine the fair value of its fixed-rate debt using observable market data, which results in a Level 2 fair-value measurement. The carrying amount of floating-rate debt approximates fair value as the interest rates are variable and reflective of market rates. The estimated fair value of the Company's total borrowings was $15.7 billion at December 31, 2015, and $17.4 billion at December 31, 2014.

**Debt Activity** The following summarizes the Company's debt activity:

| millions | Carrying Value | Description |
|---|---|---|
| Balance at December 31, 2013 | $ 13,557 | |
| Issuances | 101 | WES 2.600% Senior Notes due 2018 |
| | 394 | WES 5.450% Senior Notes due 2044 |
| | 624 | 3.450% Senior Notes due 2024 |
| | 621 | 4.500% Senior Notes due 2044 |
| Borrowings | 1,160 | WES revolving credit facility |
| Repayments | (500) | 7.625% Senior Notes due 2014 |
| | (275) | 5.750% Senior Notes due 2014 |
| | (650) | WES revolving credit facility |
| Other, net | 39 | Amortization of debt discounts and premiums |
| Balance at December 31, 2014 | $ 15,071 | |
| Issuances | 494 | WES 3.950% Senior Notes due 2025 |
| | 101 | Tangible equity units - senior amortizing notes |
| Borrowings | 1,500 | $5.0 billion revolving credit facility |
| | 1,800 | 364-Day Facility |
| | 400 | WES revolving credit facility |
| | 250 | Commercial paper notes, net [1] |
| Repayments | (1,500) | $5.0 billion revolving credit facility |
| | (1,800) | 364-Day Facility |
| | (610) | WES revolving credit facility |
| | (16) | Tangible equity units - senior amortizing notes |
| Other, net | 41 | Amortization of debt discounts and premiums |
| Balance at December 31, 2015 | $ 15,731 | |

[1] Includes repayments of $(106) million related to commercial paper notes with maturities greater than 90 days.

114

CONFIDENTIAL                                                                        APC-00227258

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 11.  Debt and Interest Expense (Continued)

*Anadarko Revolving Credit Facilities and Commercial Paper Program*  In June 2014, Anadarko entered into the Five-Year Facility and a $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility). In January 2015, upon satisfaction of certain conditions, including the payment of the settlement related to the Tronox Adversary Proceeding, these facilities replaced the $5.0 billion Facility. In December 2015, the Company amended the Five-Year Facility to extend the maturity date to January 2021 and in January 2016, the Company replaced the 364-Day Facility with a new $2.0 billion 364-day senior unsecured revolving facility on identical terms that will mature in 2017.

Borrowings under the Five-Year Facility and the 364-Day Facility (collectivity, the Credit Facilities) generally bear interest under one of two rate options, at Anadarko's election, using either LIBOR (or Euro Interbank Offered Rate in the case of borrowings under the Five-Year Facility denominated in Euro) or an alternate base rate, in each case plus an applicable margin ranging from 0.00% to 1.65% for the Five-Year Facility and 0.00% to 1.675% for the 364-Day Facility. The applicable margin will vary depending on Anadarko's credit ratings.

The Credit Facilities contain certain customary affirmative and negative covenants, including a financial covenant requiring maintenance of a consolidated indebtedness to total capitalization ratio of no greater than 65% (excluding the effect of non-cash write-downs), and limitations on certain secured indebtedness, sale-and-leaseback transactions, and mergers and other fundamental changes. At December 31, 2015, the Company had no outstanding borrowings under the Credit Facilities and was in compliance with all covenants contained therein.

In January 2015, the Company initiated a commercial paper program, which allows a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Five-Year Facility. The maturities of the commercial paper notes vary, but may not exceed 397 days. The commercial paper notes are sold under customary terms in the commercial paper market and are issued either at a discounted price to their principal face value or will bear interest at varying interest rates on a fixed or floating basis. Such discounted price or interest amounts are dependent on market conditions and the ratings assigned to the commercial paper program by credit rating agencies at the time of issuance of the commercial paper notes. At December 31, 2015, the Company had $250 million of commercial paper notes outstanding at a weighted-average interest rate of 0.98%. Anadarko classified the outstanding commercial paper notes as long-term debt on the Company's Consolidated Balance Sheet at December 31, 2015, as the Company currently intends to refinance these obligations at maturity with additional commercial paper notes supported by the Five-Year Facility.

*WES Borrowings*  In February 2014, WES amended and restated its then-existing $800 million senior unsecured revolving credit facility by entering into a five-year, $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (RCF), which is expandable to a maximum of $1.5 billion. Borrowings under the RCF bear interest at LIBOR plus an applicable margin ranging from 0.975% to 1.45% depending on WES's credit rating, or the greatest of (i) rates at a margin above the one-month LIBOR, (ii) the federal funds rate, or (iii) prime rates offered by certain designated banks. At December 31, 2015, WES was in compliance with all covenants contained in its RCF, had outstanding borrowings under its RCF of $300 million at an interest rate of 1.73%, and had available borrowing capacity of approximately $894 million ($1.2 billion capacity, less $300 million of outstanding borrowings and $6 million of outstanding letters of credit).

CONFIDENTIAL                                                                APC-00227259

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 11. Debt and Interest Expense (Continued)

*Scheduled Maturities* Total principal amount of debt maturities for the five years ending December 31, 2020, excluding the potential repayment of the outstanding Zero Coupons that may be put by the holders to the Company annually, were as follows:

| millions | Principal Amount of Debt Maturities |
|---|---|
| 2016 | $ 2,033 |
| 2017 | 2,034 |
| 2018 | 482 |
| 2019 | 1,200 |
| 2020 | — |

*Interest Expense* The following summarizes interest expense for the years ended December 31:

| millions | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| Debt and other | $ | 989 | $ | 973 | $ | 949 |
| Capitalized interest | | (164) | | (201) | | (263) |
| Total interest expense | $ | 825 | $ | 772 | $ | 686 |

## 12. Income Taxes

The following summarizes components of income tax expense (benefit) for the years ended December 31:

| millions | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Federal | $ | (177) | $ | 188 | $ | 113 |
| State | | (18) | | 2 | | 42 |
| Foreign | | 495 | | 1,574 | | 873 |
| | | 300 | | 1,764 | | 1,028 |
| **Deferred** | | | | | | |
| Federal | | (2,929) | | (389) | | 94 |
| State | | (145) | | 27 | | (9) |
| Foreign | | (103) | | 215 | | 52 |
| | | (3,177) | | (147) | | 137 |
| Total income tax expense (benefit) | $ | (2,877) | $ | 1,617 | $ | 1,165 |

116

APC-00227260

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 12. Income Taxes (Continued)

Total income taxes differed from the amounts computed by applying the U.S. federal statutory income tax rate to income (loss) before income taxes. The following summarizes the sources of these differences for the years ended December 31:

| millions except percentages | 2015 | 2014 | 2013 |
|---|---|---|---|
| Income (loss) before income taxes | | | |
| Domestic | $ (9,155) | $ (3,564) | $ 428 |
| Foreign | (534) | 3,618 | 1,678 |
| Total | $ (9,689) | $ 54 | $ 2,106 |
| U.S. federal statutory tax rate | 35% | 35% | 35% |
| Tax computed at the U.S. federal statutory rate | $ (3,391) | $ 19 | $ 737 |
| Adjustments resulting from | | | |
| State income taxes (net of federal income tax benefit) | (81) | (11) | 23 |
| Tax impact from foreign operations | 299 | 62 | 204 |
| Non-deductible Algerian exceptional profits tax | 102 | 193 | 144 |
| Net changes in uncertain tax positions | 54 | 1,427 | (29) |
| Deferred tax adjustments | 10 | 15 | 76 |
| Non-deductible Tronox-related contingent loss | — | (36) | 36 |
| (Income) loss attributable to noncontrolling interests | 42 | (66) | (48) |
| Non-deductible Deepwater Horizon costs | 26 | 32 | — |
| Federal manufacturing deduction | — | (27) | — |
| Dispositions of non-deductible goodwill | 62 | 21 | — |
| Other, net | — | (12) | 22 |
| Total income tax expense (benefit) | $ (2,877) | $ 1,617 | $ 1,165 |
| Effective tax rate | 30% | 2,994% | 55% |

The following summarizes components of total deferred taxes at December 31:

| millions | 2015 | 2014 |
|---|---|---|
| Federal | $ (4,721) | $ (7,649) |
| State, net of federal | (248) | (341) |
| Foreign | (431) | (537) |
| Total deferred taxes | $ (5,400) | $ (8,527) |

117

CONFIDENTIAL                                                          APC-00227261

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 12. Income Taxes (Continued)

The following summarizes tax effects of temporary differences that give rise to significant portions of the deferred tax assets (liabilities) at December 31:

| millions | 2015 | 2014 |
|---|---|---|
| Deferred tax liabilities | | |
| Oil and gas exploration and development operations | $ (5,643) | $ (8,418) |
| Midstream and other depreciable properties | (1,049) | (1,611) |
| Mineral operations | (492) | (412) |
| Other | (470) | (351) |
| Gross long-term deferred tax liabilities | (7,654) | (10,792) |
| Deferred tax assets | | |
| Foreign and state net operating loss carryforwards | 586 | 558 |
| U.S. foreign tax credit carryforwards | 1,254 | 166 |
| Compensation and benefit plans | 615 | 701 |
| Mark to market on derivatives | 441 | 354 |
| Settlement agreement related to the Tronox Adversary Proceeding | — | 590 |
| Other | 761 | 760 |
| Gross long-term deferred tax assets | 3,657 | 3,129 |
| Valuation allowances on deferred tax assets not expected to be realized | (1,403) | (864) |
| Net long-term deferred tax assets | 2,254 | 2,265 |
| Total deferred taxes | $ (5,400) | $ (8,527) |

The valuation allowance primarily relates to U.S. foreign tax credit carryforwards and foreign and state net operating loss carryforwards, which reduces the Company's net deferred tax asset to an amount that will more likely than not be realized within the carryforward period.

The following summarizes changes in the balance of valuation allowances on deferred tax assets:

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| Balance at January 1 | $ (864) | $ (818) | $ (922) |
| Changes due to U.S. foreign tax credits | (384) | 11 | 58 |
| Changes due to foreign and state net operating loss carryforwards | 10 | 64 | (57) |
| Changes due to foreign capitalized costs | (165) | (121) | 103 |
| Balance at December 31 | $ (1,403) | $ (864) | $ (818) |

Tax carryforwards available for use on future income tax returns, prior to valuation allowance, at December 31, 2015, were as follows:

| millions | Domestic | Foreign | Expiration |
|---|---|---|---|
| Net operating loss—foreign | $ — | $ 1,264 | 2016 - Indefinite |
| Net operating loss—state | $ 4,762 | $ — | 2016-2035 |
| Foreign tax credits | $ 1,254 | $ — | 2023-2026 |
| Texas margins tax credit | $ 33 | $ — | 2026 |

118

CONFIDENTIAL

APC-00227262

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 12. Income Taxes (Continued)

The following summarizes taxes receivable (payable) related to income tax expense (benefit) at December 31:

*millions*

| Balance Sheet Classification | 2015 | 2014 |
|---|---|---|
| Income taxes receivable | | |
| Accounts receivable—other | $ 1,046 | $ 93 |
| Other assets | 61 | 35 |
| | 1,107 | 128 |
| Income taxes (payable) | | |
| Accrued expense | (9) | (152) |
| Total net income taxes receivable (payable) | $ 1,098 | $ (24) |

Changes in the balance of unrecognized tax benefits excluding interest and penalties on uncertain tax positions were as follows:

| | Assets (Liabilities) | | |
|---|---|---|---|
| *millions* | 2015 | 2014 | 2013 |
| Balance at January 1 | $ (1,687) | $ (147) | $ (46) |
| Increases related to prior-year tax positions | (99) | (11) | (54) |
| Decreases related to prior-year tax positions | 89 | 39 | 3 |
| Increases related to current-year tax positions | (263) | (1,568) | (72) |
| Settlements | 180 | — | 5 |
| Lapse of statute of limitations | — | — | 17 |
| Balance at December 31 | $ (1,780) | $ (1,687) | $ (147) |

Included in the 2015 ending balance of unrecognized tax benefits presented above are potential benefits of $1.756 billion, of which, if recognized, $1.337 billion would affect the effective tax rate on income, and $395 million would be in the form of foreign tax credits and net operating loss carryforwards that would be offset with a full valuation allowance. Also included in the 2015 ending balance are benefits of $24 million related to tax positions for which the ultimate deductibility is highly certain, but the timing of such deductibility is uncertain.

As of December 31, 2015, the Company had recorded a total tax benefit of $576 million related to the Tronox-related contingent liability. This benefit is net of a $1.3 billion uncertain tax position due to the uncertainty related to the deductibility of the settlement payment. The Company is a participant in the U.S. Internal Revenue Service's (IRS) Compliance Assurance Process for the 2015 tax year and has regular discussions with the IRS concerning the Company's tax position. Depending on the outcome of such discussions, it is reasonably possible that the amount of the uncertain tax position related to the settlement could change, perhaps materially. See *Note 15—Contingencies—Tronox Litigation.*

Income tax audits and the Company's acquisition and divestiture activity have given rise to tax disputes in U.S. and foreign jurisdictions. See *Note 15—Contingencies—Other Litigation.* Over the next 12 months, it is reasonably possible that the total amount of unrecognized tax benefits could decrease by $400 million to $410 million due to settlements with taxing authorities or lapse in statutes of limitation. The majority of the possible decrease relates to foreign tax credit amounts that would be offset with a full valuation allowance and would have no effect on the effective tax rate. With the exception of the deductibility of the Tronox settlement payment discussed above, management does not believe that the final resolution of outstanding tax audits and litigation will have a material adverse effect on the Company's consolidated financial condition, results of operations, or cash flows.

119

CONFIDENTIAL                                                                                                          APC-00227263

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 12. Income Taxes (Continued)

The Company had accrued approximately $11 million of interest related to uncertain tax positions at December 31, 2015, and $9 million at December 31, 2014. The Company recognized interest and penalties in income tax expense (benefit) of $2 million during 2015 and $1 million during 2014.

Anadarko is subject to audit by tax authorities in the U.S. federal, state, and local tax jurisdictions as well as in various foreign jurisdictions. The following lists the tax years subject to examination by major tax jurisdiction:

|  | Tax Years |
|---|---|
| United States | 2008-2015 |
| Algeria | 2012-2015 |
| Ghana | 2006-2015 |

## 13. Asset Retirement Obligations

The majority of Anadarko's AROs relate to the plugging of wells and the related abandonment of oil and gas properties. Revisions in estimated liabilities during the period relate primarily to changes in estimates of asset retirement costs and include, but are not limited to, revisions of estimated inflation rates, changes in property lives, and the expected timing of settlement. The following summarizes changes in the Company's AROs:

| millions | 2015 | 2014 |
|---|---|---|
| Carrying amount of asset retirement obligations at January 1 | $ 2,053 | $ 2,022 |
| Liabilities incurred | 104 | 119 |
| Property dispositions | (108) | (70) |
| Liabilities settled | (298) | (443) |
| Accretion expense | 102 | 93 |
| Revisions in estimated liabilities | 206 | 332 |
| Carrying amount of asset retirement obligations at December 31 | $ 2,059 | $ 2,053 |

120

CONFIDENTIAL                                                                                                          APC-00227264

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 14. Commitments

**Operating Leases**  At December 31, 2015, the Company had $1.8 billion in long-term drilling rig commitments that satisfy operating lease criteria. The Company also had $329 million of various commitments under non-cancelable operating lease agreements for production platforms and equipment, buildings, facilities, compressors, and aircraft. These operating leases expire at various dates through 2026. Certain of these operating leases contain residual value guarantees at the end of the lease term, totaling $81 million at December 31, 2015. No liability has been accrued for residual value guarantees. In addition, these operating leases include options to purchase the leased property during or at the end of the lease term for the fair market value or other specified amount at that time. The following summarizes future minimum lease payments under operating leases at December 31, 2015:

| millions | | |
|---|---|---:|
| 2016 | $ | 806 |
| 2017 | | 604 |
| 2018 | | 352 |
| 2019 | | 228 |
| 2020 | | 86 |
| Later years | | 41 |
| Total future minimum lease payments | $ | 2,117 |

Anadarko has entered into various agreements to secure drilling rigs necessary to support the execution of its drilling plans over the next several years. The table of future minimum lease payments above includes $1.7 billion related to five offshore drilling vessels and $98 million related to certain contracts for U.S. onshore drilling rigs. Lease payments associated with the drilling of exploratory wells and development wells net of amounts billed to partners will initially be capitalized as a component of oil and gas properties, and either depreciated or impaired in future periods or written off as exploration expense.

Total rent expense, net of sublease income and amounts capitalized, amounted to $77 million in 2015, $85 million in 2014, and $119 million in 2013. Total rent expense includes contingent rent expense related to transportation and processing fees of $17 million in 2015, $22 million in 2014, and $24 million in 2013.

**Other Commitments**  In the normal course of business, the Company enters into other contractual agreements for processing, treating, transportation, and storage of oil, natural gas, and NGLs as well as for other oil and gas activities. These agreements expire at various dates through 2036. At December 31, 2015, aggregate future payments under these contracts totaled $10.1 billion, of which $1.9 billion is expected to be paid in 2016, $1.7 billion in 2017, $1.3 billion in 2018, $1.2 billion in 2019, $1.1 billion in 2020, and $2.9 billion thereafter.

CONFIDENTIAL                                                                 APC-00227265

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 15. Contingencies

**Litigation** The Company is a defendant in a number of lawsuits, is involved in governmental proceedings, and is subject to regulatory controls arising in the ordinary course of business, including personal injury claims; property damage claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas exploration, production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. The Company's Consolidated Balance Sheets include liabilities of $269 million at December 31, 2015, and $5.3 billion at December 31, 2014, for litigation-related contingencies. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that the resolution of pending proceedings will not have a material adverse effect on the Company's consolidated financial condition, results of operations, or cash flows.

**Deepwater Horizon Events** In April 2010, the Macondo well in the Gulf of Mexico blew out and an explosion occurred on the *Deepwater Horizon* drilling rig, resulting in an oil spill. The well was operated by BP Exploration and Production Inc. (BP) and Anadarko held a 25% nonoperated interest. In October 2011, the Company and BP entered into a settlement agreement, mutual releases, and agreement to indemnify relating to the Deepwater Horizon events (Settlement Agreement), under which the Company paid $4.0 billion in cash and transferred its interest in the Macondo well and the Mississippi Canyon Block 252 (Lease) to BP. Pursuant to the Settlement Agreement, the Company is fully indemnified by BP against all claims, causes of action, losses, costs, expenses, liabilities, damages, or judgments of any kind arising out of the Deepwater Horizon events, related damage claims arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and assessment costs, and any claims arising under the Operating Agreement with BP (OA). This indemnification is guaranteed by BP Corporation North America Inc. (BPCNA) and, in the event that the net worth of BPCNA declines below an agreed-upon amount, BP p.l.c. has agreed to become the sole guarantor. Under the Settlement Agreement, BP does not indemnify the Company against penalties and fines, punitive damages, shareholder derivative or securities laws claims, or certain other claims.

Numerous Deepwater Horizon event-related civil lawsuits have been filed against BP and other parties, including the Company by, among others, fishing, boating, and shrimping enterprises and industry groups; restaurants; commercial and residential property owners; certain rig workers or their families; the States of Alabama, Louisiana, Texas, and Mississippi, and several of their political subdivisions; the U.S. Department of Justice (DOJ); environmental non-governmental organizations; and certain Mexican states. Many of the lawsuits filed assert various claims of negligence, gross negligence, and violations of several federal and state laws and regulations, including, among others, OPA; the Comprehensive Environmental Response, Compensation, and Liability Act; the Clean Air Act; the Clean Water Act (CWA); and the Endangered Species Act; or challenge existing permits for operations in the Gulf of Mexico. Generally, the plaintiffs seek actual damages, punitive damages, declaratory judgment, and/or injunctive relief. This litigation has been consolidated into a federal Multidistrict Litigation (MDL) action pending before Judge Carl Barbier in the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana (Louisiana District Court).

In July 2015, BP announced a settlement agreement in principle with the DOJ and certain states and local government entities regarding essentially all of the outstanding claims against BP related to the Deepwater Horizon event (BP Settlement) and, in October 2015, lodged a proposed consent decree with the Louisiana District Court. A hearing related to the consent decree is currently scheduled for March 2016.

122

CONFIDENTIAL                                                                                     APC-00227266

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 15. Contingencies (Continued)

*Liability Accrual* Below is a discussion of the Company's current analysis, under applicable accounting guidance, of its potential liability for (i) amounts under the OA (OA Liabilities), (ii) OPA-related environmental costs, and (iii) other contingent liabilities. Applicable accounting guidance requires the Company to accrue a liability if both (a) it is probable that a liability has been incurred and (b) the amount of that liability can be reasonably estimated.

The Company is fully indemnified by BP against OPA damage claims, NRD claims and assessment costs, and other potential liabilities. The Company may be required to recognize a liability for these amounts in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. In all circumstances, however, the Company expects that any additional indemnified liability that may be recognized by the Company will be subsequently recovered from BP itself or through the guarantees of BPCNA or BP p.l.c. The Company has not recorded a liability for any costs that are subject to indemnification by BP.

*OA Liabilities* Pursuant to the Settlement Agreement, all amounts deemed by BP to have been due under the OA, as well as all future amounts that otherwise would be invoiced to Anadarko under the OA, have been satisfied.

*OPA-Related Environmental Costs* BP, Anadarko, and other parties, including parties that do not own an interest in the Lease, such as the drilling contractor, have received correspondence from the U.S. Coast Guard (USCG) referencing their identification as a "responsible party or guarantor" (RP) under OPA. Under OPA, RPs, including Anadarko, may be jointly and severally liable for costs of well control, spill response, and containment and removal of hydrocarbons as well as other costs and damage claims related to the spill and spill cleanup. The USCG's identification of Anadarko as an RP arises as a result of Anadarko's status as a co-lessee in the Lease.

Under accounting guidance applicable to environmental liabilities, a liability is presumed probable if the entity is both identified as an RP and associated with the environmental event. The Company's co-lessee status in the Lease at the time of the event and the subsequent identification and treatment of the Company as an RP satisfies these standards and therefore establishes the presumption that the Company's potential environmental liabilities related to the Deepwater Horizon events are probable.

As BP funds OPA-related environmental costs, any potential joint and several liability for these costs is satisfied for all RPs, including Anadarko. This bears significance in that once these costs are funded by BP, such costs are no longer analyzed as OPA-related environmental costs, but instead are analyzed as OA Liabilities. As discussed above, Anadarko has settled its OA Liabilities with BP. Thus, potential liability to the Company for OPA-related environmental costs can arise only where BP does not, or otherwise is unable to, fund all of the OPA-related environmental costs. Under this scenario, the joint and several nature of the liability for these costs could cause the Company to recognize a liability for OPA-related environmental costs. However, all liability relating to OPA-related environmental costs should be resolved as part of the BP Settlement, provided that the consent decree is ultimately approved by the Louisiana District Court. Additionally, in the event the consent decree is not approved by the Louisiana District Court, the Company is fully indemnified by BP against these costs (including guarantees by BPCNA or BP p.l.c.).

*Allocable Share of Gross OPA-Related Environmental Costs* Under applicable accounting guidance, the Company is required to estimate its allocable share of gross OPA-related environmental costs. To date, BP has paid all Deepwater Horizon event-related costs, which satisfies the Company's potential liability for these costs. Additionally, BP has entered into the BP Settlement Agreement to resolve all liability associated with these costs. Based on the BP Settlement Agreement, BP's stated intent to continue funding these costs, the Company's assessment of BP's financial ability to continue funding these costs, and the impact of BP's settlements with both of its OA partners, the Company believes the likelihood of BP not continuing to satisfy these claims to be remote. Accordingly, the Company considers zero to be its allocable share of gross OPA-related environmental costs and, consistent with applicable accounting guidance, has not recorded a liability for these amounts.

CONFIDENTIAL                                                                                            APC-00227267

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 15. Contingencies (Continued)

***Penalties and Fines*** These costs include amounts that may be assessed as a result of potential civil and/or criminal penalties under various federal, state, and/or local statutes and/or regulations as a result of the Deepwater Horizon events, including, for example, the CWA, the Outer Continental Shelf Lands Act, the Migratory Bird Treaty Act, and possibly other federal, state, and local laws. The foregoing does not represent an exhaustive list of statutes and regulations that potentially could trigger a penalty or fine assessment against the Company. In December 2010, the DOJ on behalf of the United States, filed a civil lawsuit in the Louisiana District Court against several parties, including the Company, seeking an assessment of civil penalties under the CWA in an amount to be determined by the Louisiana District Court. In an effort to resolve this matter, the Company made a settlement offer to the DOJ in July 2014 and had a contingent liability of $90 million recorded as of December 31, 2014. After previously finding that Anadarko, as a nonoperating investor in the Macondo well, was not culpable with respect to the Deepwater Horizon events, the Louisiana District Court found Anadarko liable for civil penalties under Section 311 of the CWA as a working-interest owner in the Macondo well and entered a judgment of $159.5 million in December 2015. The Company recorded an additional contingent liability during 2015 for $69.5 million, for a total liability of $159.5 million at December 31, 2015. The deadline for an appeal of the decision was February 16, 2016. The parties did not appeal the decision; accordingly, the Company expects to pay the penalty in the first quarter of 2016.

As discussed below, numerous Deepwater Horizon event-related civil lawsuits have been filed against BP and other parties, including the Company. Certain state and local governments appealed, or provided indication of a likely appeal of, the Louisiana District Court's decision that only federal law, and not state law, applies to Deepwater Horizon event-related claims. These appeals should be dismissed as part of the BP Settlement, provided that the consent decree is ultimately approved by the Louisiana District Court. In the event the consent decree is not approved by the Louisiana District Court and any such appeal proceeds and is successful, state and/or local laws and regulations could become sources of penalties or fines against the Company.

***Natural Resource Damages*** This category includes future damage claims that may be made by federal and/or state natural resource trustee agencies at the completion of injury assessments and restoration planning. Natural resources generally include land, fish, water, air, wildlife, and other such resources belonging to, managed by, held in trust by, or otherwise controlled by, the federal, state, or local government. The NRD assessment process is led by various federal agencies and affected states. Referred to as the "Co-Trustees," these entities continue to conduct injury assessment and restoration planning. NRD claims are generally sought after the damage assessment and restoration planning is completed, which may take several years. Thus, the Company remains unable to reasonably estimate the magnitude of any NRD claim. However, all NRD claims should be dismissed as part of the BP Settlement, provided that the consent decree is ultimately approved by the Louisiana District Court. In the event the Louisiana District Court does not approve the consent decree, the Company anticipates that BP will satisfy any NRD claim, which eliminates any potential liability to Anadarko for such costs. In the event any NRD damage claim is made directly against Anadarko, the Company is fully indemnified by BP against such claims (including guarantees by BPCNA or BP p.l.c.).

124

CONFIDENTIAL

APC-00227268

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 15. Contingencies (Continued)

*Civil Litigation Damage Claims*  As discussed above, numerous Deepwater Horizon event-related civil lawsuits have been filed against BP and other parties, including the Company. Generally, the plaintiffs are seeking actual damages, punitive damages, declaratory judgment, and/or injunctive relief. However, all claims relating to this MDL action should be dismissed as part of the BP Settlement, provided that the consent decree is ultimately approved by the Louisiana District Court. Additionally, in the event the consent decree is not approved by the Louisiana District Court, the Company, pursuant to the Settlement Agreement, is fully indemnified by BP against losses arising as a result of claims for damages, irrespective of whether such claims are based on federal (including OPA) or state law.

*Remaining Liability Outlook*  It is possible that the Company may recognize additional Deepwater Horizon event-related liabilities for potential penalties and fines and certain royalty claims not covered by the indemnification provisions of the Settlement Agreement.

**Tronox Litigation**  On November 28, 2005, Tronox Incorporated (Tronox), at the time a subsidiary of Kerr-McGee Corporation, completed an initial public offering (IPO) and was subsequently spun-off from Kerr-McGee Corporation. In August 2006, Anadarko acquired all of the stock of Kerr-McGee Corporation. In January 2009, Tronox and certain of Tronox's subsidiaries filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York (Bankruptcy Court), which is the court that presided over the Adversary Proceeding (defined below). In May 2009, Tronox and certain of its affiliates filed a lawsuit against Anadarko and Kerr-McGee Corporation and certain of its subsidiaries (collectively, Kerr-McGee) asserting several claims, including claims for actual and constructive fraudulent conveyance (Adversary Proceeding). Tronox alleged, among other things, that it was insolvent or undercapitalized at the date of its IPO and sought, among other things, to recover damages in excess of $18.85 billion from Kerr-McGee and Anadarko as well as interest and attorneys' fees and costs. In accordance with Tronox's Bankruptcy Court-approved Plan of Reorganization (Plan), the Adversary Proceeding was pursued by a litigation trust (Litigation Trust). Pursuant to the Plan, the Litigation Trust was "deemed substituted" for the Tronox plaintiffs in the Adversary Proceeding. For purposes of this Form 10-K, references to "Tronox" after February 2011 refer to the Litigation Trust.

The U.S. government intervened in the Adversary Proceeding, and in May 2009 asserted separate claims against Anadarko and Kerr-McGee under the Federal Debt Collection Procedures Act (FDCPA Complaint). The Litigation Trust and the U.S. government agreed that the recovery of damages under the Adversary Proceeding, if any, would cover both the Adversary Proceeding and the FDCPA Complaint.

125

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 15.  Contingencies (Continued)

*Liability Accrual*  On April 3, 2014, Anadarko and Kerr-McGee entered into a settlement agreement with the Litigation Trust and the U.S. government (in its capacity as plaintiff-intervenor and acting for and on behalf of certain U.S. government agencies) to resolve all claims asserted in the Adversary Proceeding and FDCPA Complaint for $5.15 billion, which represents principal of approximately $3.98 billion plus 6% interest from the filing of the Adversary Proceeding on May 12, 2009, through April 3, 2014. In addition, the Company agreed to pay interest on the above amount from April 3, 2014, through the payment of the settlement, with an annual interest rate of 1.5% for the first 180 days and 1.5% plus the one-month LIBOR thereafter. Under the terms of the settlement agreement, the Litigation Trust, Anadarko, and Kerr-McGee agreed to mutually release all claims that were or could have been asserted in the Adversary Proceeding. The U.S. government (representing federal agencies that filed claims in the Tronox bankruptcy), Anadarko, and Kerr-McGee also provided covenants not to sue each other with respect to certain claims and causes of action. The U.S. government also provided contribution protection from third-party claims seeking reimbursement from Anadarko and certain of its affiliates for the sites identified in the settlement agreement. In January 2015, the Company paid $5.2 billion after the settlement agreement became effective.

Anadarko recognized Tronox-related contingent losses of $850 million in the fourth quarter of 2013 and $4.3 billion in the first quarter of 2014. In addition, Anadarko recognized settlement-related interest expense, included in Tronox-related contingent loss in the Company's Consolidated Statements of Income, of $60 million during 2014 and $5 million during the first quarter of 2015. At December 31, 2015, there was no Tronox-related contingent liability on the Company's Consolidated Balance Sheet. For information on the tax effects of the Tronox settlement agreement, see *Note 12—Income Taxes*.

**Other Litigation**  In December 2008, Anadarko sold its interest in the Peregrino heavy-oil field offshore Brazil. The Company is currently litigating a dispute with the Brazilian tax authorities regarding the tax rate applicable to the transaction. In December 2008, the Company deposited the amount of tax originally in dispute in a Brazilian real-denominated judicially-controlled Brazilian bank account pending final resolution of the matter. At December 31, 2015, the deposit of $86 million is included in other assets on the Company's Consolidated Balance Sheet.

In July 2009, the lower judicial court ruled in favor of the Brazilian tax authorities. The Company appealed this decision to the Brazilian Regional courts, which upheld the lower court's ruling in favor of the Brazilian tax authorities in December 2011. In April 2012, the Company filed simultaneous appeals to the Brazilian Superior Court and the Brazilian Supreme Court. The Brazilian Superior Court and the Brazilian Supreme Court have agreed to hear the case and the Company currently is awaiting the setting of initial hearing dates.

In August 2013, following a determination by an administrative court in a related matter that the amount of tax in dispute was not calculated properly, the Company filed a petition requesting the withdrawal of a portion of the judicial deposit to the extent it exceeds the amount of tax currently in dispute and any interest on such excess amount. In April 2015, the Company's petition was denied. The Company appealed this decision. The appeal was denied in November 2015.

The Company believes that it will more likely than not prevail in the Brazilian Superior Court and the Brazilian Supreme Court. Therefore, no tax liability has been recorded for Peregrino divestiture-related litigation at December 31, 2015. The Company continues to vigorously defend its position in Brazilian courts.

126

CONFIDENTIAL                                                                                      APC-00227270

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 15. Contingencies (Continued)

**Guarantees and Indemnifications** The Company provides certain indemnifications in relation to asset dispositions. These indemnifications typically relate to disputes, litigation, or tax matters existing at the date of disposition. In 2013, as a result of a Chapter 11 bankruptcy declaration by a third party, the Department of the Interior ordered Anadarko to perform the decommissioning of a production facility and related wells, which were previously sold to the third party. During 2013, the Company accrued costs of $117 million to decommission the production facility and related wells, reported in other (income) expense, net in the Company's Consolidated Statement of Income. During each of the years ended December 31, 2015 and 2014, the Company recognized a $22 million increase in the estimated decommissioning costs. Anadarko completed decommissioning of the production facility in 2014 and expects to complete decommissioning of the wells in 2016. Decommissioning obligations of $116 million at December 31, 2015, and $114 million at December 31, 2014, were included in accrued expenses on the Company's Consolidated Balance Sheets. Actual costs may vary from this estimate; however, the Company does not believe that any such change will materially impact its financial condition, results of operations, or cash flows.

**Environmental Matters** Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. The Company's Consolidated Balance Sheets include liabilities for remediation and reclamation obligations of $145 million at December 31, 2015, and $126 million at December 31, 2014. The current portion of these amounts was included in accounts payable and the long-term portion of these amounts was included in other long-term liabilities—other on the Company's Consolidated Balance Sheets. The Company continually monitors remediation and reclamation processes and adjusts its liability for these obligations as necessary.

The Company is one of numerous parties previously notified by the California Department of Toxic Substances Control (DTSC) that, as a result of a prior acquisition, it is a potentially responsible party with respect to a landfill located in West Covina, California. While no agreement is in place with the DTSC, the Company recorded a $50 million restoration liability in 2013 with respect to the site, representing the current estimated obligation, which is included in the Company's liability balance at December 31, 2015. The Company could incur additional obligations if any of the potentially responsible parties are ultimately not able to fund their allocated share of the costs or if the DTSC requires a more costly remedial approach. It is possible that the Company's current estimate of probable loss related to this matter could change, perhaps materially, in the future.

127

CONFIDENTIAL                                                APC-00227271

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans

The Company has contributory and non-contributory defined-benefit pension plans, which include both qualified and supplemental plans. The Company also provides certain health care and life insurance benefits for certain retired employees. Retiree health care benefits are funded by contributions from the retiree, and in certain circumstances, contributions from the Company. The Company's retiree life insurance plan is non-contributory.

The following sets forth changes in the benefit obligations and fair value of plan assets for the Company's pension and other postretirement benefit plans for the years ended December 31, 2015 and 2014, as well as the funded status of the plans and amounts recognized in the financial statements at December 31, 2015 and 2014:

| millions | Pension Benefits | | Other Benefits | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| **Change in benefit obligation** | | | | |
| Benefit obligation at beginning of year | $ 2,528 | $ 2,158 | $ 373 | $ 294 |
| Service cost | 118 | 99 | 9 | 7 |
| Interest cost | 101 | 99 | 15 | 15 |
| Plan amendments | — | — | (89) | — |
| Actuarial (gain) loss | (115) | 337 | (27) | 72 |
| Participant contributions | — | 1 | 5 | 4 |
| Benefit payments | (194) | (159) | (20) | (19) |
| Foreign-currency exchange-rate changes | (7) | (7) | — | — |
| Benefit obligation at end of year [1] | $ 2,431 | $ 2,528 | $ 266 | $ 373 |
| **Change in plan assets** | | | | |
| Fair value of plan assets at beginning of year | $ 1,818 | $ 1,754 | $ — | $ — |
| Actual return on plan assets | 16 | 111 | — | — |
| Employer contributions | 43 | 121 | 15 | 15 |
| Participant contributions | — | 1 | 5 | 4 |
| Benefit payments | (194) | (159) | (20) | (19) |
| Foreign-currency exchange-rate changes | (9) | (10) | — | — |
| Fair value of plan assets at end of year | $ 1,674 | $ 1,818 | $ — | $ — |
| Funded status of the plans at end of year | $ (757) | $ (710) | $ (266) | $ (373) |
| **Total recognized amounts in the balance sheet consist of** | | | | |
| Other assets | $ 41 | $ 41 | $ — | $ — |
| Accrued expenses | (24) | (24) | (16) | (15) |
| Other long-term liabilities—other | (774) | (727) | (250) | (358) |
| Total | $ (757) | $ (710) | $ (266) | $ (373) |
| **Total recognized amounts in accumulated other comprehensive income consist of** | | | | |
| Prior service cost (credit) | $ (1) | $ (1) | $ (84) | $ 2 |
| Net actuarial (gain) loss | 655 | 740 | (25) | 1 |
| Total | $ 654 | $ 739 | $ (109) | $ 3 |

[1] The accumulated benefit obligation for all defined-benefit pension plans was $2.1 billion at both December 31, 2015 and December 31, 2014.

128

APC-00227272

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

The following summarizes the Company's defined-benefit pension plans with accumulated benefit obligations in excess of plan assets for the years ended December 31:

| millions | 2015 | 2014 |
|---|---|---|
| Projected benefit obligation | $ 2,309 | $ 2,403 |
| Accumulated benefit obligation | 1,954 | 2,024 |
| Fair value of plan assets | 1,511 | 1,652 |

The following summarizes the Company's pension and other postretirement benefit cost and amounts recognized in other comprehensive income (before tax benefit) for the years ended December 31:

| millions | Pension Benefits | | | Other Benefits | | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | 2013 | 2015 | 2014 | 2013 |
| **Components of net periodic benefit cost** | | | | | | |
| Service cost | $ 118 | $ 99 | $ 85 | $ 9 | $ 7 | $ 9 |
| Interest cost | 101 | 99 | 78 | 15 | 15 | 14 |
| Expected return on plan assets | (109) | (106) | (91) | — | — | — |
| Amortization of net actuarial loss (gain) | 52 | 34 | 118 | — | (7) | — |
| Amortization of net prior service cost (credit) | — | — | — | (4) | — | 1 |
| Settlement loss | 11 | — | 14 | — | — | — |
| Net periodic benefit cost | $ 173 | $ 126 | $ 204 | $ 20 | $ 15 | $ 24 |
| **Amounts recognized in other comprehensive income (expense)** | | | | | | |
| Net actuarial gain (loss) | $ 22 | $ (333) | $ 342 | $ 27 | $ (72) | $ 74 |
| Amortization of net actuarial (gain) loss | 52 | 34 | 118 | — | (7) | — |
| Net prior service (cost) credit | — | — | — | 89 | — | — |
| Amortization of net prior service cost (credit) | — | — | — | (4) | — | 1 |
| Settlement loss | 11 | — | 14 | — | — | — |
| Total amounts recognized in other comprehensive income (expense) | $ 85 | $ (299) | $ 474 | $ 112 | $ (79) | $ 75 |

The Company amortizes prior service costs (credits) on a straight-line basis over the average remaining service period of employees expected to receive benefits under each plan. Actuarial gains and losses that exceed 10% of the greater of the projected benefit obligation and the market-related value of assets are amortized over the average remaining service period of participating employees expected to receive benefits under each plan. In 2016, an estimated $34 million of net actuarial loss and $27 million of net prior service credit for the pension and other postretirement plans will be amortized from accumulated other comprehensive income into net periodic benefit cost.

129

CONFIDENTIAL

APC-00227273

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

Defined-benefit plan obligations and costs are actuarially determined, incorporating the use of various assumptions. Critical assumptions for pension and other postretirement plans include the discount rate, the expected long-term rate of return on plan assets (for funded pension plans), the rate of future compensation increases, and the health care cost trend rate or inflation (for postretirement plans). Other assumptions involve demographic factors such as retirement age, mortality, and turnover. The Company evaluates and updates its actuarial assumptions at least annually.

Accumulated and projected benefit obligations are measured as the present value of future cash payments. The Company discounts those cash payments using a discount rate that reflects the weighted average of market-observed yields for select high-quality (AA-rated) fixed-income securities with cash flows that correspond to the expected amounts and timing of benefit payments. The discount-rate assumption used by the Company represents an estimate of the interest rate at which the pension and other postretirement benefit obligations could effectively be settled on the measurement date. Assumed rates of compensation increases for active participants vary by age group, with the resulting weighted-average assumed rate (weighted by the plan-level benefit obligation) provided in the preceding table.

The following summarizes the weighted-average assumptions used by the Company in determining the pension and other postretirement benefit obligations and net periodic benefit cost for the years ended December 31:

|  | Pension Benefits | | | Other Benefits | | |
|---|---|---|---|---|---|---|
|  | **2015** | 2014 | 2013 | **2015** | 2014 | 2013 |
| **Benefit obligation assumptions** | | | | | | |
| Discount rate | **4.50%** | 4.00% | 4.75% | **5.00%** | 4.25% | 5.25% |
| Rates of increase in compensation levels | **5.25%** | 5.25% | 5.00% | **5.50%** | 5.25% | 5.25% |
| **Net periodic benefit cost assumptions** | | | | | | |
| Discount rate | **4.00%** | 4.75% | 3.50% | **4.25%** | 5.25% | 4.00% |
| Long-term rate of return on plan assets | **6.75%** | 6.75% | 7.00% | **N/A** | N/A | N/A |
| Rates of increase in compensation levels | **5.25%** | 5.00% | 4.50% | **5.25%** | 5.25% | 4.50% |

An annual rate of increase indexed to the Consumer Price Index (CPI) of 1.75% was assumed for purposes of measuring the other postretirement benefit obligation at December 31, 2015, due to a plan amendment effective in 2016 that changed the Company's annual benefit payments to a per-participant fixed amount, subject to annual escalation based upon CPI. An 8.00% annual rate of increase in the per-capita cost of covered health care benefits for the next year was assumed for purposes of measuring other postretirement benefit obligations at December 31, 2014.

130

CONFIDENTIAL                                                                                    APC-00227274

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

**Plan Assets**

***Investment Policies and Strategies***  The Company has adopted a balanced, diversified investment strategy, with the intent of maximizing returns without exposure to undue risk. Investments are typically made through investment managers across several investment categories (domestic equity securities, international equity securities, fixed-income securities, real estate, hedge funds, and private equity), with selective exposure to Growth/Value investment styles. Performance for each investment is measured relative to the appropriate index benchmark for its category. Target asset-allocation percentages by major category are 45%-55% equity securities, 20%-30% fixed income, and up to 25% in a combination of other investments such as real estate, hedge funds, and private equity. Investment managers have full discretion as to investment decisions regarding funds under their management to the extent permitted within investment guidelines.

Although investment managers may, at their discretion and within investment guidelines, invest in Anadarko securities, there are no direct investments in Anadarko securities included in plan assets. There may be, however, indirect investments in Anadarko securities through the plans' collective fund investments. The expected long-term rate of return on plan assets assumption was determined using the year-end 2015 pension investment balances by asset class and expected long-term asset allocation. The expected return for each asset class reflects capital-market projections formulated using a forward-looking building-block approach while also taking into account historical return trends and current market conditions. Equity returns generally reflect long-term expectations of real earnings growth, dividend yield, and inflation. Returns on fixed-income securities are generally developed based on expected inflation, real bond yield, and risk spread (as appropriate), adjusted for the expected effect that changing yields have on the rate of return. Other asset-class returns are derived from their relationship to the equity and fixed-income markets.

131

CONFIDENTIAL

APC-00227275

### ANADARKO PETROLEUM CORPORATION
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013

### 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

The fair value of the Company's pension plan assets by asset class and input level within the fair-value hierarchy were as follows:

*millions*

| December 31, 2015 | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **Investments** | | | | |
| Cash and cash equivalents | $ 5 | $ 54 | $ — | $ 59 |
| Fixed income | | | | |
| Mortgage-backed securities | — | 36 | — | 36 |
| U.S. government securities | — | 53 | — | 53 |
| Other fixed-income securities [1] | 46 | 236 | — | 282 |
| Equity securities | | | | |
| Domestic | 330 | 80 | — | 410 |
| International | 130 | 289 | — | 419 |
| Other | | | | |
| Real estate | — | 57 | 104 | 161 |
| Private equity | — | — | 92 | 92 |
| Hedge funds and other alternative strategies | 7 | — | 127 | 134 |
| Other | — | 30 | — | 30 |
| Total investments [2] | $ 518 | $ 835 | $ 323 | $ 1,676 |
| **Liabilities** | | | | |
| Hedge funds and other alternative strategies | $ (3) | $ — | $ — | $ (3) |
| Total liabilities | $ (3) | $ — | $ — | $ (3) |
| **December 31, 2014** | | | | |
| **Investments** | | | | |
| Cash and cash equivalents | $ 3 | $ 53 | $ — | $ 56 |
| Fixed income | | | | |
| Mortgage-backed securities | — | 51 | — | 51 |
| U.S. government securities | — | 56 | — | 56 |
| Other fixed-income securities [1] | 48 | 212 | — | 260 |
| Equity securities | | | | |
| Domestic | 446 | 130 | — | 576 |
| International | 124 | 299 | — | 423 |
| Other | | | | |
| Real estate | — | 56 | 94 | 150 |
| Private equity | — | — | 84 | 84 |
| Hedge funds and other alternative strategies | 9 | — | 126 | 135 |
| Other | — | 30 | — | 30 |
| Total investments [2] | $ 630 | $ 887 | $ 304 | $ 1,821 |
| **Liabilities** | | | | |
| Hedge funds and other alternative strategies | $ (3) | $ — | $ — | $ (3) |
| Total liabilities | $ (3) | $ — | $ — | $ (3) |

[1] Amounts include investments in diversified fixed-income collective investment funds with exposure to mortgage-backed securities, government-issued securities, corporate debt, and other fixed-income securities.

[2] Amount excludes receivables and payables, primarily related to Level 1 investments.

132

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

Investments in securities traded in active markets are measured based on unadjusted quoted prices, which represent Level 1 inputs. Investments based on Level 2 inputs include direct investments in corporate debt and other fixed-income securities as well as shares of open-end mutual funds or similar investment vehicles that do not have a readily determinable fair value but are valued at the net asset value per share (NAV). For such funds, the NAV is the value at which investors transact with the fund, and is determined by the fund based on the estimated fair values of the underlying fund assets. Fair value of investments included as Level 3 inputs generally also reflect investments valued at fund NAVs, but, unlike investments characteristic of Level 2 fair-value measurements, such plan assets have significant liquidity restrictions or other features that are not reflected in NAV.

The following summarizes changes in the fair value of investments based on Level 3 inputs:

| millions | Hedge Funds and Other Alternative Strategies | | Private Equity | | Real Estate | | Total | |
|---|---:|---|---:|---|---:|---|---:|---|
| Balance at January 1, 2014 | $ | 79 | $ | 72 | $ | 86 | $ | 237 |
| Acquisitions (dispositions), net | | 42 | | — | | 2 | | 44 |
| Actual return on plan assets | | | | | | | | |
| Relating to assets sold during the reporting period | | 2 | | 5 | | — | | 7 |
| Relating to assets still held at the reporting date | | 3 | | 7 | | 6 | | 16 |
| Balance at December 31, 2014 | $ | 126 | $ | 84 | $ | 94 | $ | 304 |
| Acquisitions (dispositions), net | | 1 | | (4) | | 2 | | (1) |
| Actual return on plan assets | | | | | | | | |
| Relating to assets sold during the reporting period | | — | | 11 | | — | | 11 |
| Relating to assets still held at the reporting date | | — | | 1 | | 8 | | 9 |
| Balance at December 31, 2015 | $ | 127 | $ | 92 | $ | 104 | $ | 323 |

*Risks and Uncertainties*  The plan assets include various investment securities that are exposed to various risks such as interest-rate, credit, and market risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could significantly impact the plan assets.

The plan assets may include securities with contractual cash flows such as asset-backed securities, collateralized mortgage obligations, and commercial mortgage-backed securities, including securities backed by subprime mortgage loans. The value, liquidity, and related income of those securities are sensitive to changes in economic conditions, including real estate values, delinquencies or defaults, or both, and may be adversely affected by shifts in the market's perception of the issuers and changes in interest rates.

133

CONFIDENTIAL
APC-00227277

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 16. Pension Plans, Other Postretirement Benefits, and Defined-Contribution Plans (Continued)

**Cash Contributions and Expected Benefit Payments** While reported benefit obligations exceed the fair value of pension and other postretirement plan assets at December 31, 2015, the Company monitors the status of its funded pension plans to ensure that plan funds are sufficient to continue paying benefits. Contributions to funded plans increase plan assets while contributions to unfunded plans are used to fund current benefit payments.

The following summarizes the Company's contributions for 2015 and expected contributions for 2016:

| millions | Expected 2016 | | 2015 | |
|---|---|---|---|---|
| Funded pension plans | $ | 5 | $ | 4 |
| Unfunded pension plans | | 25 | | 39 |
| Unfunded other postretirement plans | | 16 | | 15 |
| Total | $ | 46 | $ | 58 |

The following summarizes estimated benefit payments for the next ten years, including benefit increases due to continuing employee service:

| millions | Pension Benefit Payments | | Other Benefit Payments | |
|---|---|---|---|---|
| 2016 | $ | 171 | $ | 16 |
| 2017 | | 197 | | 17 |
| 2018 | | 194 | | 17 |
| 2019 | | 214 | | 17 |
| 2020 | | 209 | | 18 |
| 2021-2025 | | 1,199 | | 92 |

**Defined-Contribution Plans** The Company maintains several defined-contribution benefit plans, the most significant of which is the Anadarko Employee Savings Plan (ESP). All regular employees of the Company on its U.S. payroll are eligible to participate in the ESP by making elective contributions that are matched by the Company, subject to certain limitations. The Company recognized expense of $76 million for both 2015 and 2014, and $78 million for 2013, related to these plans.

134

CONFIDENTIAL
APC-00227278

Table of Contents
Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 17. Stockholders' Equity

**Common Stock** The following summarizes the changes in the Company's outstanding shares of common stock:

| millions | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Shares of common stock issued** | | | |
| Shares at January 1 | 526 | 523 | 519 |
| Exercise of stock options | 1 | 2 | 2 |
| Issuance of restricted stock | 1 | 1 | 2 |
| Shares at December 31 | 528 | 526 | 523 |
| **Shares of common stock held in treasury** | | | |
| Shares at January 1 | 19 | 19 | 18 |
| Shares received for restricted stock vested and options exercised | 1 | — | 1 |
| Shares at December 31 | 20 | 19 | 19 |
| Shares of common stock outstanding at December 31 | 508 | 507 | 504 |

The Company's basic earnings per share (EPS) is computed based on the average number of shares of common stock outstanding for the period and includes the effect of any participating securities and TEUs as appropriate. Diluted EPS includes the effect of the Company's outstanding stock options, restricted stock awards, restricted stock units, and TEUs, if the inclusion of these items is dilutive.

The following provides a reconciliation between basic and diluted EPS attributable to common stockholders for the years ended December 31:

| millions except per-share amounts | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Net income (loss)** | | | |
| Net income (loss) attributable to common stockholders | $ (6,692) | $ (1,750) | $ 801 |
| Less distributions on participating securities | 3 | 4 | 2 |
| Less undistributed income allocated to participating securities | — | — | 4 |
| Basic | $ (6,695) | $ (1,754) | $ 795 |
| Diluted | $ (6,695) | $ (1,754) | $ 795 |
| **Shares** | | | |
| Average number of common shares outstanding—basic | 508 | 506 | 502 |
| Dilutive effect of stock options | — | — | 3 |
| Average number of common shares outstanding—diluted | 508 | 506 | 505 |
| Excluded due to anti-dilutive effect | 11 | 11 | 4 |
| **Net income (loss) per common share** | | | |
| Basic | $ (13.18) | $ (3.47) | $ 1.58 |
| Diluted | $ (13.18) | $ (3.47) | $ 1.58 |

135

CONFIDENTIAL

APC-00227279

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 18. Accumulated Other Comprehensive Income (Loss)

The following summarizes the after-tax changes in the balances of accumulated other comprehensive income (loss):

| millions | Interest-rate Derivatives Previously Subject to Hedge Accounting | | Pension and Other Postretirement Plans | | Total | |
|---|---|---|---|---|---|---|
| Balance at December 31, 2012 | $ | (61) | $ | (579) | $ | (640) |
| Other comprehensive income (loss), before reclassifications | | — | | 264 | | 264 |
| Reclassifications to Consolidated Statement of Income | | 7 | | 84 | | 91 |
| Net other comprehensive income (loss) | | 7 | | 348 | | 355 |
| Balance at December 31, 2013 | $ | (54) | $ | (231) | $ | (285) |
| Other comprehensive income (loss), before reclassifications | | — | | (256) | | (256) |
| Reclassifications to Consolidated Statement of Income | | 6 | | 18 | | 24 |
| Net other comprehensive income (loss) | | 6 | | (238) | | (232) |
| Balance at December 31, 2014 | $ | (48) | $ | (469) | $ | (517) |
| Other comprehensive income (loss), before reclassifications | | — | | 87 | | 87 |
| Reclassifications to Consolidated Statement of Income | | 6 | | 41 | | 47 |
| Net other comprehensive income (loss) | | 6 | | 128 | | 134 |
| Balance at December 31, 2015 | $ | (42) | $ | (341) | $ | (383) |

## 19. Share-Based Compensation

At December 31, 2015, 16 million shares of the 31 million shares of Anadarko common stock originally authorized for awards under active share-based compensation plans remained available for future issuance. The Company generally issues new shares to satisfy awards under employee share-based payment plans. The number of shares available is reduced by awards granted. The following summarizes share-based compensation expense for the years ended December 31:

| millions | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| Restricted stock | $ | 157 | $ | 144 | $ | 122 |
| Stock options | | 19 | | 21 | | 27 |
| Other equity-classified awards | | 1 | | 1 | | 1 |
| Value creation plan | | (4) | | 136 | | — |
| Performance-based unit awards | | (1) | | 23 | | 4 |
| Other liability-classified awards | | — | | — | | 1 |
| Pretax compensation expense | $ | 172 | $ | 325 | $ | 155 |
| Income tax benefit | $ | 64 | $ | 120 | $ | 57 |

Cash flows from financing activities included excess tax benefits related to share-based compensation of $6 million in 2015, $22 million in 2014, and $11 million in 2013. Cash received from stock option exercises was $28 million in 2015, $99 million in 2014, and $135 million in 2013.

136

APC-00227280

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 19. Share-Based Compensation (Continued)

### Equity-Classified Awards

***Restricted Stock***  Certain employees may be granted restricted stock in the form of restricted stock awards or restricted stock units. Restricted stock is subject to forfeiture restrictions and cannot be sold, transferred, or disposed of during the restriction period. The holders of restricted stock awards have the same rights as a stockholder of the Company with respect to such shares, including the right to vote and receive dividends or other distributions paid with respect to the shares. A restricted stock unit is equivalent to a restricted stock award except that unit holders do not have the right to vote. Restricted stock vests over service periods ranging from the date of grant generally up to three years and is not considered issued and outstanding until vested.

Non-employee directors are granted deferred shares, which are also considered restricted stock, that are held in a grantor trust by the Company until payable. Non-employee directors may receive these shares in a lump-sum payment or in annual installments.

The following summarizes the Company's restricted stock activity:

| | Shares *(millions)* | | Weighted-Average Grant-Date Fair Value *(per share)* |
|---|---|---|---|
| Non-vested at January 1, 2015 | 3.60 | $ | 85.31 |
| Granted | 2.35 | $ | 79.40 |
| Vested | (1.76) | $ | 84.18 |
| Forfeited | (0.21) | $ | 84.34 |
| Non-vested at December 31, 2015 | 3.98 | $ | 82.39 |

The weighted-average grant-date fair value per share of restricted stock granted was $87.42 during 2014 and $84.17 during 2013. The total fair value of restricted shares vested was $141 million during 2015, $132 million during 2014, and $110 million during 2013, based on the market price at the vesting date. At December 31, 2015, total unrecognized compensation cost related to restricted stock of $213 million is expected to be recognized over a weighted-average remaining service period of 1.9 years.

137

CONFIDENTIAL
APC-00227281

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 19. Share-Based Compensation (Continued)

***Stock Options*** Certain employees may be granted nonqualified options to purchase shares of Anadarko common stock with an exercise price equal to, or greater than, the fair market value of Anadarko common stock on the date of grant. These stock options generally vest over three years from the date of grant and terminate at the earlier of the date of exercise or seven years from the date of grant.

The fair value of stock option awards is determined using the Black-Scholes option-pricing model with the following assumptions:

- *Expected life*—Based on historical exercise behavior.

- *Volatility*—Based on an average of historical volatility over the expected life of an option and the 12-month average implied volatility.

- *Risk-free interest rates*—Based on the U.S. Treasury rate over the expected life of an option.

- *Dividend yield*—Based on a 12-month average dividend yield, taking into account the Company's expected dividend policy over the expected life of an option.

- *Expected forfeiture*—Based on historical forfeiture experience.

The Company used the following weighted-average assumptions to estimate the fair value of stock options granted:

|  | **2015** | 2014 | 2013 |
|---|---|---|---|
| Weighted-average grant-date fair value | $ **18.18** | $ 23.55 | $ 26.27 |
| Assumptions |  |  |  |
| Expected option life—years | **4.9** | 4.9 | 4.8 |
| Volatility | **32.4%** | 29.9% | 33.9% |
| Risk-free interest rate | **1.4%** | 1.6% | 1.3% |
| Dividend yield | **1.4%** | 1.1% | 0.8% |

The following summarizes the Company's stock option activity:

|  | Shares (millions) | Weighted-Average Exercise Price (per share) | Weighted-Average Remaining Contractual Term (years) | Aggregate Intrinsic Value (millions) |
|---|---|---|---|---|
| Outstanding at January 1, 2015 | 6.79 | $ 69.96 |  |  |
| Granted | 1.16 | $ 69.37 |  |  |
| Exercised [1] | (0.66) | $ 42.37 |  |  |
| Forfeited or expired | (0.24) | $ 87.08 |  |  |
| Outstanding at December 31, 2015 | 7.05 | $ 71.86 | 3.40 | $ 13.9 |
| Vested or expected to vest at December 31, 2015 | 6.98 | $ 71.77 | 3.37 | $ 13.9 |
| Exercisable at December 31, 2015 | 5.07 | $ 69.08 | 2.28 | $ 13.9 |

[1] The total intrinsic value of stock options exercised was $23 million during 2015, $88 million during 2014, and $80 million during 2013, based on the difference between the market price at the exercise date and the exercise price.

At December 31, 2015, total unrecognized compensation cost related to stock options of $38 million is expected to be recognized over a weighted-average remaining service period of 2.2 years.

138

　　　　　　　　　　　　　　　　　　　　　　　　　　APC-00227282

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 19. Share-Based Compensation (Continued)

### Liability-Classified Awards

*Value Creation Plan* As a part of its employee compensation program, the Company offered an incentive compensation program that provided non-officer employees the opportunity to earn cash bonus awards based on the Company's TSR for the year, compared to the TSR of a predetermined group of peer companies. The Company paid $134 million during 2015 related to the plan and zero during 2014 and 2013. The Value Creation Plan was discontinued as an active plan beginning in 2015.

*Performance-Based Unit Awards* Certain officers of the Company were provided Performance Unit Award Agreements with two- and three-year performance periods. The vesting of these units is based on comparing the Company's TSR to the TSR of a predetermined group of peer companies over the specified performance period. Each performance unit represents the value of one share of the Company's common stock. Following the end of each performance period, the value of the vested performance units, if any, is paid in cash. The Company paid $9 million related to vested performance units in 2015, $12 million in 2014, and $15 million in 2013. At December 31, 2015, the Company's liability under Performance Unit Award Agreements was $16 million, with total unrecognized compensation cost related to these awards of $27 million expected to be recognized over a weighted-average remaining performance period of 2.4 years.

## 20. Noncontrolling Interests

WGP, a publicly traded consolidated subsidiary, is a limited partnership that owns interests in WES. In 2015, Anadarko sold 2.3 million WGP common units to the public and raised net proceeds of $130 million and in 2014 sold approximately 6 million WGP common units to the public and raised net proceeds of $335 million. In June 2015, Anadarko issued 9.2 million TEUs, which include an equity component that may be settled in WGP common units. For additional disclosure of the TEU effect on noncontrolling interests, see *Note 10—Tangible Equity Units*. At December 31, 2015, Anadarko's ownership interest in WGP consisted of an 87.3% limited partner interest and the entire non-economic general partner interest. The remaining 12.7% limited partner interest in WGP was owned by the public.

WES, a publicly traded consolidated subsidiary, is a limited partnership that acquires, owns, develops, and operates midstream assets. WES issued approximately 874 thousand common units to the public and raised net proceeds of $57 million in 2015, issued approximately 10 million common units to the public and raised net proceeds of $691 million in 2014, and issued approximately 12 million common units to the public and raised net proceeds of $725 million in 2013. In addition, WES issued 11 million Class C units to Anadarko in 2014 to partially fund the DBM acquisition. These units will receive quarterly distributions in the form of additional Class C units until the end of 2017, unless WES elects to convert the units to common units earlier or Anadarko elects to extend the conversion date. During 2015, WES distributed 498 thousand Class C units to Anadarko. At December 31, 2015, WGP's ownership interest in WES consisted of a 34.6% limited partner interest, the entire 1.8% general partner interest, and all of the WES incentive distribution rights. At December 31, 2015, Anadarko also owned an 8.5% limited partner interest in WES through other subsidiaries' ownership of common and Class C units. The remaining 55.1% limited partner interest in WES was owned by the public.

139

APC-00227283

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 21. Supplemental Cash Flow Information

For the year ended December 31, 2015, the Company's Consolidated Statement of Cash Flows includes an $881 million increase in tax receivable related to the Tronox settlement included in (increase) decrease in accounts receivable, offset by an $881 million uncertain tax position included in other items, net. The following summarizes cash paid (received) for interest and income taxes, as well as non-cash investing and financing activities, for the years ended December 31:

| millions | 2015 | | 2014 | | 2013 |
|---|---|---|---|---|---|
| Cash paid (received) | | | | | |
| Interest, net of amounts capitalized[1] | $ | 2,019 | $ | 689 | $ | 627 |
| Income taxes, net of refunds | | 26 | | 956 | | 169 |
| Non-cash investing activities | | | | | |
| Fair value of properties and equipment from non-cash transactions | $ | 178 | $ | 18 | $ | 62 |
| Asset retirement cost additions | | 273 | | 348 | | 297 |
| Accruals of property, plant, and equipment | | 754 | | 1,177 | | 1,446 |
| Net liabilities assumed (divested) in acquisitions and divestitures | | (114) | | (92) | | (80) |
| Property insurance receivable | | 49 | | — | | — |
| Non-cash investing and financing activities | | | | | |
| Capital lease obligation | $ | — | $ | 13 | $ | 8 |
| Floating production, storage, and offloading vessel construction period obligation | | 59 | | 128 | | 17 |

[1] Includes $1.2 billion of interest related to the Tronox settlement payment in 2015.

## 22. Segment Information

Anadarko's business segments are separately managed due to distinct operational differences and unique technology, distribution, and marketing requirements. The Company's three reporting segments are oil and gas exploration and production, midstream, and marketing. The oil and gas exploration and production segment explores for and produces oil, condensate, natural gas, and NGLs, and plans for the development and operation of the Company's LNG project in Mozambique. The midstream segment engages in gathering, processing, treating, and transporting Anadarko and third-party oil, natural-gas, and NGLs production. The midstream reporting segment consists of two operating segments, WES and other midstream, which are aggregated into one reporting segment due to similar financial and operating characteristics. The marketing segment sells much of Anadarko's oil, natural-gas, and NGLs production, as well as third-party purchased volumes.

140

CONFIDENTIAL

APC-00227284

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 22. Segment Information (Continued)

To assess the performance of Anadarko's operating segments, the chief operating decision maker analyzes Adjusted EBITDAX. The Company defines Adjusted EBITDAX as income (loss) before income taxes; gains (losses) on divestitures, net; exploration expense; DD&A; impairments; interest expense; total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives; and certain items not related to the Company's normal operations, less net income (loss) attributable to noncontrolling interests. During the periods presented, items not related to the Company's normal operations included other operating expenses such as Deepwater Horizon settlement and related costs and the Algeria exceptional profits tax settlement, Tronox-related contingent loss, and certain other nonoperating items included in other (income) expense, net. The Company's definition of Adjusted EBITDAX excludes gains (losses) on divestitures, net and exploration expense as they are not indicators of operating efficiency for a given reporting period. However, exploration expense is monitored by management as part of costs incurred in exploration and development activities. Similarly, DD&A and impairments are excluded from Adjusted EBITDAX as a measure of segment operating performance because capital expenditures are evaluated at the time capital costs are incurred. Adjusted EBITDAX also excludes interest expense to allow for assessment of segment operating results without regard to Anadarko's financing methods or capital structure. Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives are excluded from Adjusted EBITDAX because these (gains) losses are not considered a measure of asset operating performance. Finally, net income (loss) attributable to noncontrolling interests is excluded from the Company's measure of Adjusted EBITDAX because it represents earnings that are not attributable to the Company's common stockholders.

Management believes that the presentation of Adjusted EBITDAX provides information useful in assessing the Company's financial condition and results of operations and that Adjusted EBITDAX is a widely accepted financial indicator of a company's ability to incur and service debt, fund capital expenditures, and make distributions to stockholders. Adjusted EBITDAX as defined by Anadarko may not be comparable to similarly titled measures used by other companies and should be considered in conjunction with net income (loss) attributable to common stockholders and other performance measures such as operating income or cash flows from operating activities. Below is a reconciliation of consolidated Adjusted EBITDAX to income (loss) before income taxes for the years ended December 31:

| *millions* | 2015 | | 2014 | | 2013 |
|---|---|---|---|---|---|
| Income (loss) before income taxes | $ (9,689) | $ | 54 | $ | 2,106 |
| (Gains) losses on divestitures, net | 1,022 | | (1,891) | | 470 |
| Exploration expense | 2,644 | | 1,639 | | 1,329 |
| DD&A | 4,603 | | 4,550 | | 3,927 |
| Impairments | 5,075 | | 836 | | 794 |
| Interest expense | 825 | | 772 | | 686 |
| Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives | 235 | | 578 | | (307) |
| Other operating expense | 74 | | 97 | | 48 |
| Tronox-related contingent loss | 5 | | 4,360 | | 850 |
| Certain other nonoperating items | 22 | | 22 | | 110 |
| Less net income (loss) attributable to noncontrolling interests | (120) | | 187 | | 140 |
| Consolidated Adjusted EBITDAX | $ 4,936 | $ | 10,830 | $ | 9,873 |

141

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

## 22. Segment Information (Continued)

The Company's accounting policies for individual segments are the same as those described in the summary of significant accounting policies, with the following exception: certain intersegment commodity contracts may meet the GAAP definition of a derivative instrument, which would be accounted for at fair value under GAAP. However, Anadarko does not recognize any mark-to-market adjustments on such intersegment arrangements. Additionally, intersegment asset transfers are accounted for at historical cost basis, and do not give rise to gain or loss recognition.

Information presented below as "Other and Intersegment Eliminations" includes corporate costs, results from hard-minerals royalties, and net cash from settlement of commodity derivatives. The following summarizes selected financial information for Anadarko's reporting segments:

| millions | Oil and Gas Exploration & Production | Midstream | Marketing | Other and Intersegment Eliminations | Total |
|---|---|---|---|---|---|
| **2015** | | | | | |
| Sales revenues | $ 4,734 | $ 727 | $ 4,025 | $ — | $ 9,486 |
| Intersegment revenues | 3,178 | 1,207 | (3,476) | (909) | — |
| Other | — | — | — | 234 | 234 |
| Total revenues and other [1] | 7,912 | 1,934 | 549 | (675) | 9,720 |
| Operating costs and expenses [2] | 3,456 | 998 | 743 | (86) | 5,111 |
| Net cash from settlement of commodity derivatives | — | — | — | (335) | (335) |
| Other (income) expense, net [3] | — | — | — | 127 | 127 |
| Net income (loss) attributable to noncontrolling interests | — | (120) | — | — | (120) |
| Total expenses and other | 3,456 | 878 | 743 | (294) | 4,783 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | — | — | (1) | — | (1) |
| Adjusted EBITDAX | $ 4,456 | $ 1,056 | $ (195) | $ (381) | $ 4,936 |
| Net properties and equipment | $ 25,742 | $ 5,876 | $ — | $ 2,133 | $ 33,751 |
| Capital expenditures | $ 5,029 | $ 770 | $ — | $ 89 | $ 5,888 |
| Goodwill | $ 4,945 | $ 450 | $ — | $ — | $ 5,395 |

[1]  Total revenues and other excludes gains (losses) on divestitures, net since these gains and losses are excluded from Adjusted EBITDAX.

[2]  Operating costs and expenses excludes exploration expense, DD&A, impairments, and other operating expense since these expenses are excluded from Adjusted EBITDAX.

[3]  Other (income) expense, net excludes certain other nonoperating items since these items are excluded from Adjusted EBITDAX.

142

CONFIDENTIAL

APC-00227286

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 22. Segment Information (Continued)

| millions | Oil and Gas Exploration & Production | | Midstream | | Marketing | | Other and Intersegment Eliminations | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2014** | | | | | | | | | | |
| Sales revenues | $ | 8,603 | $ | 484 | $ | 7,288 | $ | — | $ | 16,375 |
| Intersegment revenues | | 6,225 | | 1,338 | | (6,771) | | (792) | | — |
| Other | | — | | — | | — | | 204 | | 204 |
| Total revenues and other [1] | | 14,828 | | 1,822 | | 517 | | (588) | | 16,579 |
| Operating costs and expenses [2] | | 4,216 | | 972 | | 740 | | 17 | | 5,945 |
| Net cash from settlement of commodity derivatives | | — | | — | | — | | (377) | | (377) |
| Other (income) expense, net [3] | | — | | — | | — | | (2) | | (2) |
| Net income (loss) attributable to noncontrolling interests | | — | | 187 | | — | | — | | 187 |
| Total expenses and other | | 4,216 | | 1,159 | | 740 | | (362) | | 5,753 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | — | | — | | 4 | | — | | 4 |
| Adjusted EBITDAX | $ | 10,612 | $ | 663 | $ | (219) | $ | (226) | $ | 10,830 |
| Net properties and equipment | $ | 32,717 | $ | 6,697 | $ | — | $ | 2,175 | $ | 41,589 |
| Capital expenditures | $ | 7,934 | $ | 1,149 | $ | — | $ | 173 | $ | 9,256 |
| Goodwill | $ | 5,123 | $ | 453 | $ | — | $ | — | $ | 5,576 |
| **2013** | | | | | | | | | | |
| Sales revenues | $ | 7,090 | $ | 387 | $ | 7,390 | $ | — | $ | 14,867 |
| Intersegment revenues | | 6,405 | | 1,105 | | (6,859) | | (651) | | — |
| Other | | — | | — | | — | | 184 | | 184 |
| Total revenues and other [1] | | 13,495 | | 1,492 | | 531 | | (467) | | 15,051 |
| Operating costs and expenses [2] | | 3,635 | | 843 | | 652 | | 20 | | 5,150 |
| Net cash from settlement of commodity derivatives | | — | | — | | — | | (95) | | (95) |
| Other (income) expense, net [3] | | — | | — | | — | | (21) | | (21) |
| Net income (loss) attributable to noncontrolling interests | | — | | 140 | | — | | — | | 140 |
| Total expenses and other | | 3,635 | | 983 | | 652 | | (96) | | 5,174 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | — | | — | | (4) | | — | | (4) |
| Adjusted EBITDAX | $ | 9,860 | $ | 509 | $ | (125) | $ | (371) | $ | 9,873 |
| Net properties and equipment | $ | 33,409 | $ | 5,408 | $ | 9 | $ | 2,103 | $ | 40,929 |
| Capital expenditures | $ | 7,008 | $ | 1,248 | $ | — | $ | 267 | $ | 8,523 |
| Goodwill | $ | 5,317 | $ | 175 | $ | — | $ | — | $ | 5,492 |

[1]    Total revenues and other excludes gains (losses) on divestitures, net since these gains and losses are excluded from Adjusted EBITDAX.

[2]    Operating costs and expenses excludes exploration expense, DD&A, impairments, and other operating expense since these expenses are excluded from Adjusted EBITDAX.

[3]    Other (income) expense, net excludes certain other nonoperating items since these items are excluded from Adjusted EBITDAX.

143

CONFIDENTIAL                                                                 APC-00227287

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2015, 2014, AND 2013**

### 22. Segment Information (Continued)

The following represents Anadarko's sales revenues (based on the origin of the sales) and net properties and equipment by geographic area:

| millions | Years Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2015** | | 2014 | | 2013 | |
| **Sales Revenues** | | | | | | |
| United States | $ | **7,819** | $ | 13,083 | $ | 11,290 |
| Algeria | | **1,189** | | 2,435 | | 2,184 |
| Other International | | **478** | | 857 | | 1,393 |
| Total sales revenues | $ | **9,486** | $ | 16,375 | $ | 14,867 |

| millions | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2015** | | 2014 | |
| **Net Properties and Equipment** | | | | |
| United States | $ | **29,625** | $ | 37,186 |
| Algeria | | **1,271** | | 1,431 |
| Other International | | **2,855** | | 2,972 |
| Total net properties and equipment | $ | **33,751** | $ | 41,589 |

**Major Customers**  In 2015 and 2014, there were no sales to customers that exceeded 10% of the Company's total sales revenues. Sales to Total S.A. were $2.0 billion in 2013. These amounts are included in the oil and gas exploration and production reporting segment.

144

CONFIDENTIAL

APC-00227288

Index to Financial Statements

## ANADARKO PETROLEUM CORPORATION
## SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION
## AND PRODUCTION ACTIVITIES
### (Unaudited)

The unaudited supplemental information on oil and gas exploration and production activities for 2015, 2014, and 2013 has been presented in accordance with Financial Accounting Standards Board Accounting Standards Codification Topic 932, *Extractive Activities—Oil and Gas* and the Securities and Exchange Commission's final rule, *Modernization of Oil and Gas Reporting*. Disclosures by geographic area include the United States and International. For 2015, the International geographic area consisted of proved reserves located in Algeria and Ghana. The Company sold its Chinese subsidiary during 2014.

### Oil and Gas Reserves

The following reserves disclosures reflect estimates of proved reserves, proved developed reserves, and proved undeveloped reserves, net of third-party royalty interests, of oil, condensate, natural gas, and natural-gas liquids (NGLs) owned at each year end and changes in proved reserves during each of the last three years. Oil, condensate, and NGLs volumes are presented in millions of barrels (MMBbls) and natural-gas volumes are presented in billions of cubic feet (Bcf) at a pressure base of 14.73 pounds per square inch. Total volumes are presented in millions of barrels of oil equivalent (MMBOE). For this computation, one barrel is the equivalent of 6,000 cubic feet of natural gas. Shrinkage associated with NGLs has been deducted from the natural-gas reserves volumes.

Reserves for international locations are calculated in accordance with the terms of governing agreements. The international reserves include estimated quantities allocated to Anadarko for recovery of costs and income taxes and Anadarko's net equity share after recovery of such costs.

The Company's estimates of proved reserves are made using available geological and reservoir data as well as production performance data. These estimates are reviewed annually by internal reservoir engineers and revised, either upward or downward, as warranted by additional data. The results of infill drilling are treated as positive revisions due to increases to expected recovery. Other revisions are due to changes in, among other things, development plans, reservoir performance, commodity prices, economic conditions, and governmental restrictions.

The prices below were used to compute the information presented in the following tables and are adjusted only for fixed and determinable amounts under provisions in existing contracts:

| | Oil and Condensate per Bbl | Natural Gas per MMBtu | NGLs per Bbl [1] |
|---|---|---|---|
| December 31, 2015 | $ 50.28 | $ 2.59 | $ 19.47 |
| December 31, 2014 | $ 94.99 | $ 4.35 | $ 45.25 |
| December 31, 2013 | $ 96.78 | $ 3.67 | N/A |

[1] The benchmark price for NGLs was previously the same as that for oil, but was converted to a NGLs-specific price beginning in 2014.

MMBtu—million British thermal units
Bbl—barrel

145

CONFIDENTIAL

APC-00227289

Index to Financial Statements

## ANADARKO PETROLEUM CORPORATION
### SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION
### AND PRODUCTION ACTIVITIES
### (Unaudited)

**Oil and Gas Reserves (Continued)**

| | Oil and Condensate (MMBbls) | | | Natural Gas (Bcf) | | |
|---|---|---|---|---|---|---|
| | United States | International | Total | United States | International | Total |
| **Proved Reserves** | | | | | | |
| **December 31, 2012** | 511 | 256 | 767 | 8,329 | — | 8,329 |
| Revisions of prior estimates | 96 | 21 | 117 | 1,276 | — | 1,276 |
| Extensions, discoveries, and other additions | 52 | 14 | 66 | 416 | — | 416 |
| Purchases in place | 1 | — | 1 | 153 | — | 153 |
| Sales in place | (10) | — | (10) | (4) | — | (4) |
| Production | (58) | (32) | (90) | (965) | — | (965) |
| **December 31, 2013** | 592 | 259 | 851 | 9,205 | — | 9,205 |
| Revisions of prior estimates | 167 | 18 | 185 | 710 | 31 | 741 |
| Extensions, discoveries, and other additions | 25 | — | 25 | 196 | — | 196 |
| Purchases in place | — | — | — | — | — | — |
| Sales in place | (6) | (17) | (23) | (492) | — | (492) |
| Production | (74) | (35) | (109) | (951) | — | (951) |
| **December 31, 2014** | **704** | **225** | **929** | **8,668** | **31** | **8,699** |
| Revisions of prior estimates | 2 | (6) | (4) | (888) | 4 | (884) |
| Extensions, discoveries, and other additions | 15 | — | 15 | 60 | — | 60 |
| Purchases in place | — | — | — | 8 | — | 8 |
| Sales in place | (111) | — | (111) | (1,003) | — | (1,003) |
| Production | (85) | (31) | (116) | (854) | (5) | (859) |
| **December 31, 2015** | **525** | **188** | **713** | **5,991** | **30** | **6,021** |
| **Proved Developed Reserves** | | | | | | |
| December 31, 2012 | 318 | 208 | 526 | 6,445 | — | 6,445 |
| December 31, 2013 | 347 | 202 | 549 | 7,120 | — | 7,120 |
| December 31, 2014 | 352 | 190 | 542 | 6,635 | 27 | 6,662 |
| **December 31, 2015** | **332** | **159** | **491** | **5,184** | **30** | **5,214** |
| **Proved Undeveloped Reserves** | | | | | | |
| December 31, 2012 | 193 | 48 | 241 | 1,884 | — | 1,884 |
| December 31, 2013 | 245 | 57 | 302 | 2,085 | — | 2,085 |
| December 31, 2014 | 352 | 35 | 387 | 2,033 | 4 | 2,037 |
| **December 31, 2015** | **193** | **29** | **222** | **807** | — | **807** |

CONFIDENTIAL

APC-00227290

## ANADARKO PETROLEUM CORPORATION
## SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION
## AND PRODUCTION ACTIVITIES
### (Unaudited)

### Oil and Gas Reserves (Continued)

| | NGLs (MMBbls) | | | Total (MMBOE) | | |
|---|---|---|---|---|---|---|
| | United States | International | Total | United States | International | Total |
| **Proved Reserves** | | | | | | |
| **December 31, 2012** | 393 | 12 | 405 | 2,292 | 268 | 2,560 |
| Revisions of prior estimates [1] | 17 | — | 17 | 326 | 21 | 347 |
| Extensions, discoveries, and other additions | 10 | — | 10 | 131 | 14 | 145 |
| Purchases in place | 9 | — | 9 | 36 | — | 36 |
| Sales in place | (1) | — | (1) | (12) | — | (12) |
| Production | (33) | — | (33) | (252) | (32) | (284) |
| **December 31, 2013** | 395 | 12 | 407 | 2,521 | 271 | 2,792 |
| Revisions of prior estimates [1] | 129 | 2 | 131 | 414 | 25 | 439 |
| Extensions, discoveries, and other additions | 5 | — | 5 | 63 | — | 63 |
| Purchases in place | — | — | — | — | — | — |
| Sales in place | (19) | — | (19) | (107) | (17) | (124) |
| Production | (44) | (1) | (45) | (276) | (36) | (312) |
| **December 31, 2014** | 466 | 13 | 479 | 2,615 | 243 | 2,858 |
| Revisions of prior estimates [1] | (99) | 4 | (95) | (245) | (1) | (246) |
| Extensions, discoveries, and other additions | 4 | — | 4 | 29 | — | 29 |
| Purchases in place | — | — | — | 1 | — | 1 |
| Sales in place | (1) | — | (1) | (279) | — | (279) |
| Production | (45) | (2) | (47) | (272) | (34) | (306) |
| **December 31, 2015** | 325 | 15 | 340 | 1,849 | 208 | 2,057 |
| **Proved Developed Reserves** | | | | | | |
| December 31, 2012 | 283 | — | 283 | 1,675 | 208 | 1,883 |
| December 31, 2013 | 268 | — | 268 | 1,801 | 202 | 2,003 |
| December 31, 2014 | 304 | 13 | 317 | 1,762 | 207 | 1,969 |
| **December 31, 2015** | 257 | 15 | 272 | 1,453 | 179 | 1,632 |
| **Proved Undeveloped Reserves** | | | | | | |
| December 31, 2012 | 110 | 12 | 122 | 617 | 60 | 677 |
| December 31, 2013 | 127 | 12 | 139 | 720 | 69 | 789 |
| December 31, 2014 | 162 | — | 162 | 853 | 36 | 889 |
| **December 31, 2015** | 68 | — | 68 | 396 | 29 | 425 |

[1] Revisions of prior estimates include the effects of new infill drilling, changes in commodity prices, and other updates, including changes in economic conditions, changes in reservoir performance, and changes to development plans. Additions generated by Anadarko's infill drilling programs were 89 MMBOE for 2015, 577 MMBOE for 2014, and 410 MMBOE for 2013.

147

CONFIDENTIAL                                                                                APC-00227291

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

Total proved reserves decreased by 801 MMBOE in 2015 primarily due to the following:

- *Revisions of prior estimates* Prior estimates of proved reserves were revised downward by 246 MMBOE. Negative revisions of 624 MMBOE were due to the decline in commodity prices and include a reduction to NGLs reserves of 43 MMBOE associated with price-induced ethane rejection. The negative price-related revisions were partially offset by a net increase of 378 MMBOE driven by increases from improved economics associated with performance improvements coupled with reduced year-end costs, increases from successful infill drilling mainly in the Wattenberg area of the Rocky Mountains Region (Rockies), and decreases primarily associated with updates to development plans to align with the current economic environment.
- *Extensions and discoveries* Proved reserves increased by 29 MMBOE through the extension of proved acreage, primarily as a result of successful drilling in the Wolfcamp shale play in the Southern and Appalachia Region. Although shale plays represented only 20% of the Company's total proved reserves at December 31, 2015, growth in the shale plays contributed almost all of the total extensions and discoveries.
- *Sales in place* Proved developed reserves decreased by 238 MMBOE primarily associated with the divestiture of a portion of the Company's East Texas assets in the Southern and Appalachia Region and enhanced oil recovery and coalbed methane assets in the Rockies. Proved undeveloped reserves decreased by 41 MMBOE primarily associated with divestiture activities in the Rockies.

Total proved reserves increased by 66 MMBOE in 2014 primarily due to the following:

- *Revisions of prior estimates* Proved reserves increased by 577 MMBOE related to successful infill drilling in large onshore areas such as the Wattenberg area and the Eagleford and Haynesville shales. Partially offsetting these positive infill revisions was a net decrease of 138 MMBOE, primarily associated with the optimization of horizontal drilling locations and the discontinuation of vertical well workover plans in the Wattenberg area.
- *Extensions and discoveries* Proved reserves increased by 63 MMBOE primarily as a result of successful drilling in the Marcellus and Wolfcamp shale plays. Although shale plays represented only 17% of the Company's total proved reserves at December 31, 2014, growth in the shale plays contributed 49 MMBOE, or 78%, of the total extensions and discoveries.
- *Sales in place* Proved developed reserves decreased by 69 MMBOE and proved undeveloped reserves decreased by 55 MMBOE due to divestitures, including the divestiture of the Company's interest in the Pinedale/Jonah assets in Wyoming, the Company's Chinese subsidiary, and a portion of the Company's working interest in the East Texas Chalk area.

Total proved reserves increased by 232 MMBOE in 2013 primarily due to the following:

- *Revisions of prior estimates* Proved reserves increased by 410 MMBOE related to successful infill drilling, primarily in large onshore areas such as Wattenberg, Greater Natural Buttes, and the Eagleford shale, and 30 MMBOE resulting from improved oil and natural-gas prices. Partially offsetting these positive revisions were decreases of 53 MMBbls of NGLs reserves due to lower ethane prices and 40 MMBOE due to other non-price-related revisions primarily in the Rockies.
- *Extensions and discoveries* Proved reserves increased by 145 MMBOE as the result of successful drilling primarily in the Marcellus shale and the Gulf of Mexico. Although shale plays represented only 13% of the Company's total proved reserves at December 31, 2013, growth in the shale plays contributed 70 MMBOE, or 48%, of the total extensions and discoveries.
- *Purchases in place* Proved reserves increased by 36 MMBOE due to acquisitions related to domestic assets almost exclusively in the Rockies.
- *Sales in place* Proved undeveloped reserves decreased by 12 MMBOE primarily due to a partial sale of a working interest in the Gulf of Mexico Heidelberg development project.

148

APC-00227292

Table of Contents
Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

## Capitalized Costs

Capitalized costs include the cost of properties, equipment, and facilities for oil and natural-gas producing activities. Capitalized costs for proved properties include costs for oil and natural-gas leaseholds where proved reserves have been identified, development wells, and related equipment and facilities, including development wells in progress. Capitalized costs for unproved properties include costs for acquiring oil and gas leaseholds where no proved reserves have been identified, including costs of exploratory wells that are in the process of drilling or in active completion, and costs of exploratory wells suspended or waiting on completion. Capitalized costs associated with activities of the Company's midstream and marketing reporting segments, liquefied natural gas (LNG) facilities costs, and other corporate activities are not included.

| *millions* | United States | | International | | Total | |
|---|---|---|---|---|---|---|
| **December 31, 2015** | | | | | | |
| Capitalized | | | | | | |
| Unproved properties | $ | 2,742 | $ | 739 | $ | 3,481 |
| Proved properties | | 50,275 | | 5,472 | | 55,747 |
| | | 53,017 | | 6,211 | | 59,228 |
| Less accumulated DD&A | | 31,366 | | 2,281 | | 33,647 |
| Net capitalized costs | $ | 21,651 | $ | 3,930 | $ | 25,581 |
| **December 31, 2014** | | | | | | |
| Capitalized | | | | | | |
| Unproved properties | $ | 3,858 | $ | 1,291 | $ | 5,149 |
| Proved properties | | 53,545 | | 4,895 | | 58,440 |
| | | 57,403 | | 6,186 | | 63,589 |
| Less accumulated DD&A | | 29,055 | | 1,902 | | 30,957 |
| Net capitalized costs | $ | 28,348 | $ | 4,284 | $ | 32,632 |

149

CONFIDENTIAL

APC-00227293

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

**Costs Incurred in Oil and Gas Property Acquisition, Exploration, and Development**

Amounts reported as costs incurred include both capitalized costs and costs charged to expense when incurred for oil and gas property acquisition, exploration, and development activities. Costs incurred also include new asset retirement obligations established in the current year as well as increases or decreases to the asset retirement obligations resulting from changes to cost estimates during the year. Exploration costs presented below include the costs of drilling and equipping successful and unsuccessful exploration wells during the year, geological and geophysical expenses, and the costs of retaining undeveloped leaseholds. Development costs include the costs of drilling and equipping development wells, and construction of related production facilities. Costs associated with activities of the Company's midstream and marketing reporting segments, LNG facilities costs, and other corporate activities are not included.

| *millions* | **United States** | | **International** | | **Total** | |
|---|---|---|---|---|---|---|
| **Year Ended December 31, 2015** | | | | | | |
| Property acquisitions | | | | | | |
| Unproved | $ | 293 | $ | 1 | $ | 294 |
| Proved | | 81 | | — | | 81 |
| Exploration | | 503 | | 609 | | 1,112 |
| Development | | 3,660 | | 606 | | 4,266 |
| Total costs incurred | $ | 4,537 | $ | 1,216 | $ | 5,753 |
| **Year Ended December 31, 2014** | | | | | | |
| Property acquisitions | | | | | | |
| Unproved | $ | 264 | $ | 19 | $ | 283 |
| Proved | | 3 | | — | | 3 |
| Exploration | | 1,095 | | 616 | | 1,711 |
| Development | | 6,158 | | 557 | | 6,715 |
| Total costs incurred | $ | 7,520 | $ | 1,192 | $ | 8,712 |
| **Year Ended December 31, 2013** | | | | | | |
| Property acquisitions | | | | | | |
| Unproved | $ | 282 | $ | 45 | $ | 327 |
| Proved | | 324 | | — | | 324 |
| Exploration | | 1,031 | | 939 | | 1,970 |
| Development | | 4,421 | | 444 | | 4,865 |
| Total costs incurred | $ | 6,058 | $ | 1,428 | $ | 7,486 |

150

CONFIDENTIAL
APC-00227294

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

## Results of Operations

Results of operations for producing activities consist of all activities within the oil and gas exploration and production reporting segment. Net revenues from production include only the revenues from the production and sale of oil, condensate, natural gas, and NGLs. Gains (losses) on property dispositions represent net gains or losses on sales of oil and gas properties. Production costs are costs to operate and maintain the Company's wells, related equipment, and supporting facilities used in oil and gas operations, including the cost of labor, well service and repair, location maintenance, power and fuel, gathering, processing, transportation, other taxes, and production-related general and administrative costs. Exploration expenses include dry hole costs, leasehold impairments, geological and geophysical expenses, and the costs of retaining unproved leaseholds. Other operating expense includes Deepwater Horizon settlement and related costs and the Algeria exceptional profits tax settlement, representing the Company's resolution of the Algeria exceptional profits tax dispute with Sonatrach, which provided for the transfer of $1.7 billion of oil to the Company over a 12-month period ending in mid-2013. Income tax expense is calculated by applying the current statutory tax rates to the revenues after deducting costs, which include depreciation, depletion, and amortization allowances, after giving effect to permanent differences. The results of operations exclude general office overhead and interest expense attributable to oil and gas activities.

| *millions* | United States | | International | | Total | |
|---|---:|---|---:|---|---:|---|
| **Year Ended December 31, 2015** | | | | | | |
| Net revenues from production | | | | | | |
| Third-party sales | $ | 4,409 | $ | 673 | $ | 5,082 |
| Sales to consolidated affiliates | | 2,184 | | 994 | | 3,178 |
| Gains (losses) on property dispositions | | (976) | | (14) | | (990) |
| | | 5,617 | | 1,653 | | 7,270 |
| Production costs | | | | | | |
| Oil and gas operating | | 815 | | 199 | | 1,014 |
| Oil and gas transportation | | 1,083 | | 34 | | 1,117 |
| Production-related general and administrative expenses | | 398 | | 11 | | 409 |
| Other taxes | | 218 | | 270 | | 488 |
| | | 2,514 | | 514 | | 3,028 |
| Exploration expenses | | 1,447 | | 1,197 | | 2,644 |
| Depreciation, depletion, and amortization | | 3,785 | | 399 | | 4,184 |
| Impairments related to oil and gas properties | | 4,033 | | — | | 4,033 |
| Other operating expense | | 150 | | — | | 150 |
| | | (6,312) | | (457) | | (6,769) |
| Income tax expense | | (2,332) | | 252 | | (2,080) |
| Results of operations | $ | (3,980) | $ | (709) | $ | (4,689) |

151

CONFIDENTIAL                                                                                      APC-00227295

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

**Results of Operations (Continued)**

| *millions* | United States | International | Total |
|---|---|---|---|
| **Year Ended December 31, 2014** | | | |
| Net revenues from production | | | |
| Third-party sales | $ 7,425 | $ 1,518 | $ 8,943 |
| Sales to consolidated affiliates | 4,453 | 1,773 | 6,226 |
| Gains (losses) on property dispositions | (91) | 1,982 | 1,891 |
| | 11,787 | 5,273 | 17,060 |
| Production costs | | | |
| Oil and gas operating | 968 | 203 | 1,171 |
| Oil and gas transportation | 1,084 | 33 | 1,117 |
| Production-related general and administrative expenses | 394 | 32 | 426 |
| Other taxes | 652 | 535 | 1,187 |
| | 3,098 | 803 | 3,901 |
| Exploration expenses | 1,218 | 421 | 1,639 |
| Depreciation, depletion, and amortization | 3,783 | 398 | 4,181 |
| Impairments related to oil and gas properties | 821 | — | 821 |
| Other operating expense | 163 | — | 163 |
| | 2,704 | 3,651 | 6,355 |
| Income tax expense | 995 | 979 | 1,974 |
| Results of operations | $ 1,709 | $ 2,672 | $ 4,381 |
| **Year Ended December 31, 2013** | | | |
| Net revenues from production | | | |
| Third-party sales | $ 6,567 | $ 856 | $ 7,423 |
| Sales to consolidated affiliates | 3,685 | 2,720 | 6,405 |
| Gains (losses) on property dispositions | (618) | (3) | (621) |
| | 9,634 | 3,573 | 13,207 |
| Production costs | | | |
| Oil and gas operating | 874 | 218 | 1,092 |
| Oil and gas transportation | 959 | 22 | 981 |
| Production-related general and administrative expenses | 332 | 5 | 337 |
| Other taxes | 569 | 455 | 1,024 |
| | 2,734 | 700 | 3,434 |
| Exploration expenses | 611 | 718 | 1,329 |
| Depreciation, depletion and amortization | 3,222 | 399 | 3,621 |
| Impairments related to oil and gas properties | 704 | — | 704 |
| Other operating expense | 54 | 33 | 87 |
| | 2,309 | 1,723 | 4,032 |
| Income tax expense | 845 | 1,005 | 1,850 |
| Results of operations | $ 1,464 | $ 718 | $ 2,182 |

152

CONFIDENTIAL

APC-00227296

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

**Standardized Measure of Discounted Future Net Cash Flows Relating to Proved Oil and Gas Reserves**

Estimates of future net cash flows from proved reserves are computed based on the average beginning-of-the-month prices during the 12-month period for the year. Estimated future net cash flows for all periods presented are reduced by estimated future development, production, and abandonment and dismantlement costs based on existing costs, assuming continuation of existing economic conditions, and by estimated future income tax expense. These estimates also include assumptions about the timing of future production of proved reserves, and timing of future development, production costs, and abandonment and dismantlement. Income tax expense, both U.S. and foreign, is calculated by applying the existing statutory tax rates, including any known future changes, to the pretax net cash flows, giving effect to any permanent differences and reduced by the applicable tax basis. The effect of tax credits is considered in determining the income tax expense. The 10% discount factor is prescribed by U.S. Generally Accepted Accounting Principles.

The present value of future net cash flows is not an estimate of the fair value of Anadarko's proved reserves. An estimate of fair value would also take into account, among other things, anticipated changes in future prices and costs, the expected recovery of reserves in excess of proved reserves, and a discount factor more representative of the time value of money and the risks inherent in producing oil and natural gas. Significant changes in estimated reserves volumes or commodity prices could have a material effect on the Company's Consolidated Financial Statements.

| *millions* | United States | | International | | Total | |
|---|---|---|---|---|---|---|
| **December 31, 2015** | | | | | | |
| Future cash inflows | $ | 42,919 | $ | 10,392 | $ | 53,311 |
| Future production costs | | 21,100 | | 3,829 | | 24,929 |
| Future development costs | | 7,209 | | 637 | | 7,846 |
| Future income tax expenses | | 4,146 | | 2,423 | | 6,569 |
| Future net cash flows | | 10,464 | | 3,503 | | 13,967 |
| 10% annual discount for estimated timing of cash flows | | 3,372 | | 910 | | 4,282 |
| Standardized measure of discounted future net cash flows | $ | 7,092 | $ | 2,593 | $ | 9,685 |
| **December 31, 2014** | | | | | | |
| Future cash inflows | $ | 114,384 | $ | 23,795 | $ | 138,179 |
| Future production costs | | 36,390 | | 6,061 | | 42,451 |
| Future development costs | | 14,794 | | 1,356 | | 16,150 |
| Future income tax expenses | | 21,813 | | 6,968 | | 28,781 |
| Future net cash flows | | 41,387 | | 9,410 | | 50,797 |
| 10% annual discount for estimated timing of cash flows | | 17,239 | | 2,898 | | 20,137 |
| Standardized measure of discounted future net cash flows | $ | 24,148 | $ | 6,512 | $ | 30,660 |
| **December 31, 2013** | | | | | | |
| Future cash inflows | $ | 102,765 | $ | 28,454 | $ | 131,219 |
| Future production costs | | 33,271 | | 6,819 | | 40,090 |
| Future development costs | | 12,285 | | 1,501 | | 13,786 |
| Future income tax expenses | | 20,222 | | 8,148 | | 28,370 |
| Future net cash flows | | 36,987 | | 11,986 | | 48,973 |
| 10% annual discount for estimated timing of cash flows | | 15,818 | | 4,049 | | 19,867 |
| Standardized measure of discounted future net cash flows | $ | 21,169 | $ | 7,937 | $ | 29,106 |

153

CONFIDENTIAL

APC-00227297

Index to Financial Statements

## ANADARKO PETROLEUM CORPORATION
## SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION
## AND PRODUCTION ACTIVITIES
### (Unaudited)

**Changes in Standardized Measure of Discounted Future Net Cash Flows
Relating to Proved Oil and Gas Reserves**

| millions | United States | International | Total |
|---|---|---|---|
| **2015** | | | |
| Balance at January 1 | $ 24,148 | $ 6,512 | $ 30,660 |
| Sales and transfers of oil and gas produced, net of production costs | (4,079) | (1,153) | (5,232) |
| Net changes in prices and production costs | (28,967) | (8,010) | (36,977) |
| Changes in estimated future development costs | 4,408 | 221 | 4,629 |
| Extensions, discoveries, additions, and improved recovery, less related costs | 219 | — | 219 |
| Development costs incurred during the period | 2,311 | 379 | 2,690 |
| Revisions of previous quantity estimates | (1,890) | 47 | (1,843) |
| Purchases of minerals in place | 30 | — | 30 |
| Sales of minerals in place | (2,262) | — | (2,262) |
| Accretion of discount | 3,648 | 1,143 | 4,791 |
| Net change in income taxes | 9,940 | 3,193 | 13,133 |
| Other | (414) | 261 | (153) |
| Balance at December 31 | $ 7,092 | $ 2,593 | $ 9,685 |
| **2014** | | | |
| Balance at January 1 | $ 21,169 | $ 7,937 | $ 29,106 |
| Sales and transfers of oil and gas produced, net of production costs | (8,780) | (2,492) | (11,272) |
| Net changes in prices and production costs | (3,981) | (1,984) | (5,965) |
| Changes in estimated future development costs | (4,180) | (250) | (4,430) |
| Extensions, discoveries, additions, and improved recovery, less related costs | 963 | — | 963 |
| Development costs incurred during the period | 2,591 | 279 | 2,870 |
| Revisions of previous quantity estimates | 13,703 | 1,921 | 15,624 |
| Purchases of minerals in place | — | — | — |
| Sales of minerals in place | (591) | (696) | (1,287) |
| Accretion of discount | 3,221 | 1,341 | 4,562 |
| Net change in income taxes | (1,294) | 549 | (745) |
| Other | 1,327 | (93) | 1,234 |
| Balance at December 31 | $ 24,148 | $ 6,512 | $ 30,660 |

154

CONFIDENTIAL

APC-00227298

**ANADARKO PETROLEUM CORPORATION**
**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION**
**AND PRODUCTION ACTIVITIES**
**(Unaudited)**

**Changes in Standardized Measure of Discounted Future Net Cash Flows**
**Relating to Proved Oil and Gas Reserves (Continued)**

| *millions* | **United States** | **International** | **Total** |
|---|---|---|---|
| **2013** | | | |
| Balance at January 1 | $ 17,538 | $ 8,776 | $ 26,314 |
| Sales and transfers of oil and gas produced, net of production costs | (7,517) | (2,881) | (10,398) |
| Net changes in prices and production costs | 1,433 | (1,072) | 361 |
| Changes in estimated future development costs | (2,326) | (193) | (2,519) |
| Extensions, discoveries, additions, and improved recovery, less related costs | 2,659 | (128) | 2,531 |
| Development costs incurred during the period | 1,076 | 193 | 1,269 |
| Revisions of previous quantity estimates | 6,526 | 1,324 | 7,850 |
| Purchases of minerals in place | 253 | — | 253 |
| Sales of minerals in place | 284 | — | 284 |
| Accretion of discount | 2,671 | 1,465 | 4,136 |
| Net change in income taxes | (1,865) | 401 | (1,464) |
| Other | 437 | 52 | 489 |
| Balance at December 31 | $ 21,169 | $ 7,937 | $ 29,106 |

155

CONFIDENTIAL

APC-00227299

## ANADARKO PETROLEUM CORPORATION
## SUPPLEMENTAL QUARTERLY INFORMATION
## (Unaudited)

### Quarterly Financial Data

The following summarizes quarterly financial data for 2015 and 2014:

| millions except per-share amounts | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| **2015** | | | | |
| Sales revenues | $ 2,585 | $ 2,637 | $ 2,230 | $ 2,034 |
| Gains (losses) on divestitures and other, net | (264) | (1) | (542) | 19 |
| Impairments | 2,783 | 30 | 758 | 1,504 |
| Operating income (loss) | (4,208) | 90 | (2,549) | (2,142) |
| Net income (loss) | (3,236) | 108 | (2,160) | (1,524) |
| Net income (loss) attributable to noncontrolling interests | 32 | 47 | 75 | (274) |
| Net income (loss) attributable to common stockholders | (3,268) | 61 | (2,235) | (1,250) |
| Earnings per share | | | | |
| Net income (loss) attributable to common stockholders—basic | $ (6.45) | $ 0.12 | $ (4.41) | $ (2.45) |
| Net income (loss) attributable to common stockholders—diluted | $ (6.45) | $ 0.12 | $ (4.41) | $ (2.45) |
| Average number common shares outstanding—basic | 507 | 508 | 508 | 508 |
| Average number common shares outstanding—diluted | 507 | 509 | 508 | 508 |
| | | | | |
| **2014** | | | | |
| Sales revenues | $ 4,338 | $ 4,385 | $ 4,230 | $ 3,422 |
| Gains (losses) on divestitures and other, net | 1,506 | 54 | 780 | (245) |
| Impairments | 3 | 117 | 394 | 322 |
| Operating income (loss) | 2,975 | 1,209 | 1,698 | (479) |
| Tronox-related contingent loss | 4,300 | 19 | 19 | 22 |
| Net income (loss) | (2,626) | 266 | 1,147 | (350) |
| Net income (loss) attributable to noncontrolling interests | 43 | 39 | 60 | 45 |
| Net income (loss) attributable to common stockholders | (2,669) | 227 | 1,087 | (395) |
| Earnings per share | | | | |
| Net income (loss) attributable to common stockholders—basic | $ (5.30) | $ 0.45 | $ 2.13 | $ (0.78) |
| Net income (loss) attributable to common stockholders—diluted | $ (5.30) | $ 0.45 | $ 2.12 | $ (0.78) |
| Average number common shares outstanding—basic | 504 | 505 | 506 | 507 |
| Average number common shares outstanding—diluted | 504 | 507 | 508 | 507 |

CONFIDENTIAL                                                                 APC-00227300

**Item 9.  Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

None.

**Item 9A.  Controls and Procedures**

**EVALUATION AND DISCLOSURE CONTROLS AND PROCEDURES**

Anadarko's Chief Executive Officer and Chief Financial Officer performed an evaluation of the Company's disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended. The Company's disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in reports it files or submits under the Securities Exchange Act of 1934, as amended, is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, and to ensure that the information required to be disclosed by the Company in reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to the Company's management, including the principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures are effective as of December 31, 2015.

**MANAGEMENT'S ANNUAL REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

See *Management's Assessment of Internal Control Over Financial Reporting* under Item 8 of this Form 10-K.

**ATTESTATION REPORT OF THE REGISTERED PUBLIC ACCOUNTING FIRM**

See *Report of Independent Registered Public Accounting Firm* under Item 8 of this Form 10-K.

**CHANGES IN INTERNAL CONTROL OVER FINANCIAL REPORTING**

There were no changes in Anadarko's internal control over financial reporting during the fourth quarter of 2015 that materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting. See *Management's Assessment of Internal Control Over Financial Reporting* under Item 8 of this Form 10-K.

**Item 9B.  Other Information**

None.

CONFIDENTIAL                                                                        APC-00227301

**PART III**

## Item 10.  Directors, Executive Officers, and Corporate Governance

See *Anadarko Board of Directors, Corporate Governance—Committees of the Board, Corporate Governance—Board of Directors,* and *Section 16(a) Beneficial Ownership Reporting Compliance* in the Definitive Proxy Statement (Proxy Statement) for the Annual Meeting of Stockholders of Anadarko Petroleum Corporation to be held May 10, 2016 (to be filed with the Securities and Exchange Commission prior to March 31, 2016), each of which is incorporated herein by reference.

See list of *Executive Officers of the Registrant* under Items 1 and 2 of this Form 10-K, which is incorporated herein by reference.

The Company's Code of Business Conduct and Ethics and the Code of Ethics for the Chief Executive Officer, Chief Financial Officer and Chief Accounting Officer (Code of Ethics) can be found on the Company's website located at www.anadarko.com/Responsibility/Good-Governance. Any stockholder may request a printed copy of the Code of Ethics by submitting a written request to the Company's Corporate Secretary. If the Company amends the Code of Ethics or grants a waiver, including an implicit waiver, from the Code of Ethics, the Company will disclose the information on its website. The waiver information will remain on the website for at least 12 months after the initial disclosure of such waiver.

## Item 11.  Executive Compensation

See *Corporate Governance—Board of Directors—Compensation and Benefits Committee Interlocks and Insider Participation, Corporate Governance—Board of Directors—Director Compensation, Corporate Governance—Director Compensation Table for 2015, Compensation and Benefits Committee Report on 2015 Executive Compensation, Compensation Discussion and Analysis,* and *Executive Compensation* in the Proxy Statement, each of which is incorporated herein by reference. The Compensation and Benefits Committee Report and related information incorporated by reference herein shall not be deemed "soliciting material" or to be "filed" with the Securities and Exchange Commission, nor shall such information be incorporated by reference into any future filing under the Securities Act of 1933 or Securities Exchange Act of 1934, each as amended, except to the extent that the Company specifically incorporates it by reference into such filing.

## Item 12.  Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters

See *Security Ownership of Certain Beneficial Owners and Management* in the Proxy Statement and *Securities Authorized for Issuance under Equity Compensation Plans* under Item 5 of this Form 10-K, each of which is incorporated herein by reference.

## Item 13.  Certain Relationships and Related Transactions, and Director Independence

See *Corporate Governance—Board of Directors* and *Transactions with Related Persons* in the Proxy Statement, each of which is incorporated herein by reference.

## Item 14.  Principal Accounting Fees and Services

See *Independent Auditor* in the Proxy Statement, which is incorporated herein by reference.

158

CONFIDENTIAL                                                                APC-00227302

**PART IV**

## Item 15.  Exhibits, Financial Statement Schedules

### a)  EXHIBITS

The following documents are filed as part of this Form 10-K or incorporated by reference:

(1)  The Consolidated Financial Statements of Anadarko Petroleum Corporation are listed on the Index to this Form 10-K, page 82.

(2)  Exhibits not incorporated by reference to a prior filing are designated by an asterisk (*) and are filed herewith or double asterisk (**) and are furnished herewith; all exhibits not so designated are incorporated herein by reference to a prior filing under File Number 1-8968 as indicated.

| Exhibit Number | Description |
|---|---|
| 2 (i) | Agreement and Plan of Merger dated as of June 22, 2006, among Anadarko Petroleum Corporation, APC Acquisition Sub, Inc. and Kerr-McGee Corporation, filed as Exhibit 2.2 to Form 8-K filed on June 26, 2006 |
| 3 (i) | Restated Certificate of Incorporation of Anadarko Petroleum Corporation, dated May 21, 2009, filed as Exhibit 3.3 to Form 8-K filed on May 22, 2009 |
| (ii) | By-Laws of Anadarko Petroleum Corporation, amended and restated as of September 15, 2015, filed as Exhibit 3.1 to Form 8-K filed on September 21, 2015 |
| 4 (i) | Trustee Indenture, dated as of September 19, 2006, Anadarko Petroleum Corporation to The Bank of New York Trust Company, N.A., filed as Exhibit 4.1 to Form 8-K filed on September 19, 2006 |
| (ii) | Third Supplemental Indenture, dated as of June 10, 2015, between Anadarko Petroleum Corporation and The Bank of New York Mellon Trust Company, N.A., filed as Exhibit 4.2 to Form 8-K filed on June 10, 2015 |
| (iii) | Second Supplemental Indenture dated October 4, 2006, among Anadarko Petroleum Corporation, Kerr-McGee Corporation, and Citibank, N.A., filed as Exhibit 4.1 to Form 8-K filed on October 6, 2006 |
| (iv) | Ninth Supplemental Indenture dated October 4, 2006, among Anadarko Petroleum Corporation, Kerr-McGee Corporation, and Citibank, N.A., filed as Exhibit 4.2 to Form 8-K filed on October 6, 2006 |
| (v) | Officers' Certificate of Anadarko Petroleum Corporation, dated March 2, 2009, establishing the 7.625% Senior Notes due 2014 and the 8.700% Senior Notes due 2019, filed as Exhibit 4.1 to Form 8-K filed on March 6, 2009 |
| (vi) | Form of 7.625% Senior Notes due 2014, filed as Exhibit 4.2 to Form 8-K filed on March 6, 2009 |
| (vii) | Form of 8.700% Senior Notes due 2019, filed as Exhibit 4.3 to Form 8-K filed on March 6, 2009 |
| (viii) | Officers' Certificate of Anadarko Petroleum Corporation, dated June 9, 2009, establishing the 5.75% Senior Notes due 2014, the 6.95% Senior Notes due 2019 and the 7.95% Senior Notes due 2039, filed as Exhibit 4.1 to Form 8-K filed on June 12, 2009 |
| (ix) | Form of 5.75% Senior Notes due 2014, filed as Exhibit 4.2 to Form 8-K filed on June 12, 2009 |
| (x) | Form of 6.95% Senior Notes due 2019, filed as Exhibit 4.3 to Form 8-K filed on June 12, 2009 |
| (xi) | Form of 7.95% Senior Notes due 2039, filed as Exhibit 4.4 to Form 8-K filed on June 12, 2009 |
| (xii) | Officers' Certificate of Anadarko Petroleum Corporation dated March 9, 2010, establishing the 6.200% Senior Notes due 2040, filed as Exhibit 4.1 to Form 8-K filed on March 16, 2010 |

159

CONFIDENTIAL

APC-00227303

| | | Exhibit Number | Description |
|---|---|---|---|
| | 4 | (xiii) | Form of 6.200% Senior Notes due 2040, filed as Exhibit 4.2 to Form 8-K filed on March 16, 2010 |
| | | (xiv) | Officers' Certificate of Anadarko Petroleum Corporation dated August 9, 2010, establishing the 6.375% Senior Notes due 2017, filed as Exhibit 4.1 to Form 8-K filed on August 12, 2010 |
| | | (xv) | Form of 6.375% Senior Notes due 2017, filed as Exhibit 4.2 to Form 8-K filed on August 12, 2010 |
| | | (xvi) | Officers' Certificate of Anadarko Petroleum Corporation dated July 7, 2014, establishing the 3.45% Senior Notes due 2024 and the 4.50% Senior Notes due 2044, filed as Exhibit 4.1 to Form 8-K filed on July 7, 2014 |
| | | (xvii) | Form of 3.45% Senior Notes due 2024, filed as Exhibit 4.2 to Form 8-K filed on July 7, 2014 |
| | | (xviii) | Form of 4.50% Senior Notes due 2044, filed as Exhibit 4.3 to Form 8-K filed on July 7, 2014 |
| | | (xix) | Purchase Contract Agreement, dated June 10, 2015, between Anadarko Petroleum Corporation and The Bank of New York Mellon Trust Company, N.A., filed as Exhibit 4.1 to Form 8-K filed on June 10, 2015 |
| | | (xx) | Form of Unit (included in Exhibit 4.xix) |
| | | (xxi) | Form of Purchase Contract (included in Exhibit 4.xix) |
| | | (xxii) | Form of Amortizing Note (included in Exhibit 4.ii) |
| † | 10 | (i) | 1998 Director Stock Plan of Anadarko Petroleum Corporation, effective January 30, 1998, filed as Appendix A to DEF 14A filed on March 16, 1998 |
| † | | (ii) | Form of Anadarko Petroleum Corporation 1998 Director Stock Plan Stock Option Agreement, filed as Exhibit 10.1 to Form 8-K filed on November 17, 2005 |
| † | | (iii) | Anadarko Petroleum Corporation Amended and Restated 1999 Stock Incentive Plan, filed as Appendix A to DEF 14A filed on March 18, 2005 |
| † | | (iv) | Form of Anadarko Petroleum Corporation Executive 1999 Stock Incentive Plan Stock Option Agreement, filed as Exhibit 10.2 to Form 8-K filed on November 17, 2005 |
| † | | (v) | Form of Anadarko Petroleum Corporation Non-Executive 1999 Stock Incentive Plan Stock Option Agreement, filed as Exhibit 10.3 to Form 8-K filed on November 17, 2005 |
| † | | (vi) | Form of Stock Option Agreement—1999 Stock Incentive Plan (UK Nationals), filed as Exhibit 10.4 to Form 8-K filed on November 17, 2005 |
| † | | (vii) | Amendment to Stock Option Agreement Under the Anadarko Petroleum Corporation 1999 Stock Incentive Plan, filed as Exhibit 10.1 to Form 8-K filed on January 23, 2007 |
| † | | (viii) | Anadarko Petroleum Corporation 1999 Stock Incentive Plan (Amendment to Performance Unit Agreement), filed as Exhibit 10.3 to Form 8-K filed on November 13, 2007 |
| † | | (ix) | Form of Anadarko Petroleum Corporation 1999 Stock Incentive Plan Restricted Stock Agreement, filed as Exhibit 10(b)(xxiv) to Form 10-K for year ended December 31, 1999, filed on March 16, 2000 |
| † | | (x) | Form of Anadarko Petroleum Corporation 1999 Stock Incentive Plan Restricted Stock Unit Award Letter, filed as Exhibit 10.1 to Form 8-K filed on November 13, 2007 |
| † | | (xi) | The Approved UK Sub-Plan of the Anadarko Petroleum Corporation 1999 Stock Incentive Plan, filed as Exhibit 10(b)(xxiv) to Form 10-K for year ended December 31, 2003, filed on March 4, 2004 |
| † | | (xii) | Key Employee Change of Control Contract, filed as Exhibit 10(b)(xxii) to Form 10-K for year ended December 31, 1997, filed on March 18, 1998 |
| † | | (xiii) | First Amendment to Anadarko Petroleum Corporation Key Employee Change of Control Contract, filed as Exhibit 10(b) to Form 10-Q for quarter ended September 30, 2000, filed on November 13, 2000 |

160

CONFIDENTIAL APC-00227304

Index to Financial Statements

| Exhibit Number | | Description |
|---|---|---|
| † | 10 (xiv) | Form of Amendment to Anadarko Petroleum Corporation Key Employee Change of Control Contract, filed as Exhibit 10(b)(ii) to Form 10-Q for quarter ended June 30, 2003, filed on August 11, 2003 |
| † | (xv) | Form of Key Employee Change of Control Contract (2011), filed as Exhibit 10(i) to Form 10-Q for quarter ended June 30, 2011, filed on July 27, 2011 |
| † | (xvi) | Form of Amendment to Anadarko Petroleum Corporation Key Employee Change of Control Contract (Applicable to Vice Presidents Other Than Executive Officers as of October 2013), filed as Exhibit 10(ii) to Form 10-Q for the quarter ended March 31, 2015, filed on May 4, 2015 |
| † | (xvii) | Letter Agreement regarding Post-Retirement Benefits, dated February 16, 2004—Robert J. Allison, Jr., filed as Exhibit 10(b)(xxxiv) to Form 10-K for year ended December 31, 2003, filed on March 4, 2004 |
| † | (xviii) | Anadarko Petroleum Corporation Savings Restoration Plan (As Amended and Restated Effective January 1, 2007), filed as Exhibit 10(xxii) to Form 10-K for year ended December 31, 2009, filed on February 23, 2010 |
| † | (xix) | First Amendment, dated July 1, 2010, to the Anadarko Petroleum Corporation Savings Restoration Plan (As Amended and Restated Effective January 1, 2007), filed as Exhibit 10 (xviii) to Form 10-K for the year ended December 31, 2014, filed on February 20, 2015 |
| † | (xx) | Second Amendment, dated November 30, 2011, to the Anadarko Petroleum Corporation Savings Restoration Plan (As Amended and Restated Effective January 1, 2007), filed as Exhibit 10(xix) to Form 10-K for the year ended December 31, 2014, filed on February 20, 2015 |
| † | (xxi) | Third Amendment, dated December 18, 2014, to the Anadarko Petroleum Corporation Savings Restoration Plan (As Amended and Restated Effective January 1, 2007), filed as Exhibit 10 (xx) to Form 10-K for the year ended December 31, 2014, filed on February 20, 2015 |
| † | (xxii) | Anadarko Retirement Restoration Plan (As Amended and Restated Effective as of November 7, 2007), filed as Exhibit 10.2 to Form 8-K filed on November 13, 2007 |
| † | (xxiii) | First Amendment, dated November 30, 2011, to the Anadarko Retirement Restoration Plan (As Amended and Restated Effective January 1, 2007), filed as Exhibit 10(xxii) to Form 10-K for the year ended December 31, 2014, filed on February 20, 2015 |
| † | (xxiv) | Anadarko Petroleum Corporation Estate Enhancement Program, filed as Exhibit 10(b)(xxxiv) to Form 10-K for year ended December 31, 1998, filed on March 15, 1999 |
| † | (xxv) | Estate Enhancement Program Agreement between Anadarko Petroleum Corporation and Eligible Executives, filed as Exhibit 10(b)(xxxv) to Form 10-K for year ended December 31, 1998, filed on March 15, 1999 |
| † | (xxvi) | Estate Enhancement Program Agreements effective November 29, 2000, filed as Exhibit 10(b)(xxxxii) to Form 10-K for year ended December 31, 2000, filed on March 15, 2001 |
| † | (xxvii) | Anadarko Petroleum Corporation Management Life Insurance Plan, restated November 1, 2002, filed as Exhibit 10(b)(xxxii) to Form 10-K for year ended December 31, 2002, filed on March 14, 2003 |
| † | (xxviii) | First Amendment to Anadarko Petroleum Corporation Management Life Insurance Plan, effective June 30, 2003, filed as Exhibit 10(b)(xliii) to Form 10-K for year ended December 31, 2003, filed on March 4, 2004 |
| † | (xxix) | Second Amendment to Anadarko Petroleum Corporation Management Life Insurance Plan, effective January 1, 2008, filed as Exhibit 10(xxix) to Form 10-K for year ended December 31, 2009, filed on February 23, 2010 |
| † | (xxx) | Anadarko Petroleum Corporation Officer Severance Plan, filed as Exhibit 10(b)(iv) to Form 10-Q for quarter ended September 30, 2003, filed on November 12, 2003 |
| † | (xxxi) | Form of Termination Agreement and Release of All Claims Under Officer Severance Plan, filed as Exhibit 10(b)(v) to Form 10-Q for quarter ended September 30, 2003, filed on November 12, 2003 |

161

CONFIDENTIAL

APC-00227305

| Exhibit Number | | Description |
|---|---|---|
| † 10 | (xxxii) | Form of Director and Officer Indemnification Agreement, filed as Exhibit 10 to Form 8-K filed on September 3, 2004 |
| | (xxxiii) | $5,000,000,000 Revolving Credit Agreement, dated as of September 2, 2010, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, Bank of America, N.A., DnB NorBank ASA, The Royal Bank of Scotland plc, Société Générale, and Wells Fargo Bank, N.A., as Syndication Agents, and the several lenders named therein, filed as Exhibit 10.1 to Form 8-K filed on September 8, 2010 |
| | (xxxiv) | First Amendment to Revolving Credit Agreement, dated as of August 3, 2011, to the Revolving Credit Agreement dated as of September 2, 2010, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A. as Administrative Agent, Bank of America, N.A., DnB Nor Bank ASA, The Royal Bank of Scotland plc, Société Générale, and Wells Fargo Bank, N.A., as co-syndication agents, and each of the Lenders from time to time party thereto, filed as Exhibit 10(i) to Form 10-Q for quarter ended September 30, 2011, filed on October 31, 2011 |
| | (xxxv) | Second Amendment to Revolving Credit Agreement, dated as of March 26, 2014, to the Revolving Credit Agreement dated as of September 2, 2010, as amended on August 3, 2011, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, Bank of America, N.A., DnB Nor Bank ASA, The Royal Bank of Scotland plc, Société Générale, and Wells Fargo Bank, N.A., as co-syndication agents, and each of the Lenders from time to time party thereto, filed as Exhibit 10(ii) to Form 10-Q for quarter ended March 31, 2014, filed on May 5, 2014 |
| † | (xxxvi) | Anadarko Petroleum Corporation 2008 Omnibus Incentive Compensation Plan, effective as of May 20, 2008, filed as Exhibit 10.1 to Form 8-K filed on May 27, 2008 |
| † | (xxxvii) | Form of Anadarko Petroleum Corporation 2008 Omnibus Incentive Compensation Plan Stock Option Award Agreement, filed as Exhibit 10.3 to Form 8-K filed on November 13, 2009 |
| † | (xxxviii) | Form of Anadarko Petroleum Corporation 2008 Omnibus Incentive Compensation Plan Restricted Stock Unit Award Agreement, filed as Exhibit 10.1 to Form 8-K filed on November 13, 2009 |
| † | (xxxvix) | Form of Anadarko Petroleum Corporation 2008 Omnibus Incentive Compensation Plan Performance Unit Award Agreement, filed as Exhibit 10.2 to Form 8-K filed on November 13, 2009 |
| † | (xl) | Anadarko Petroleum Corporation 2008 Director Compensation Plan, effective as of May 20, 2008, filed as Exhibit 10.2 to Form 8-K filed on May 27, 2008 |
| †* | (xli) | First Amendment to Anadarko Petroleum Corporation 2008 Director Compensation Plan, dated February 8, 2016 |
| † | (xlii) | Form of Award Letter for Anadarko Petroleum Corporation 2008 Director Compensation Plan, filed as Exhibit 10.3 to Form 8-K filed on May 27, 2008 |
| † | (xliii) | Form of Award Letter for Anadarko Petroleum Corporation 2008 Director Compensation Plan (2013), filed as Exhibit 10(i) to Form 10-Q for quarter ended June 30, 2013, filed on July 29, 2013 |
| †* | (xliv) | Terms and Conditions of Elective Deferred Share Awards for Anadarko Petroleum Corporation 2008 Director Compensation Plan |
| † | (xlv) | Anadarko Petroleum Corporation Benefits Trust Agreement, amended and restated effective as of November 5, 2008, filed as Exhibit 10(lvi) to Form 10-K for year ended December 31, 2008, filed on February 25, 2009 |
| † | (xlvi) | Anadarko Petroleum Corporation Deferred Compensation Plan (as amended and restated effective as of January 1, 2012), filed as Exhibit 10(i) to Form 10-Q for the quarter ended June 30, 2014, filed on July 29, 2014 |
| † | (xlvii) | First Amendment, dated December 17, 2013, to the Anadarko Petroleum Corporation Deferred Compensation Plan (as amended and restated effective as of January 1, 2012), filed as Exhibit 10(ii) to Form 10-Q for the quarter ended June 30, 2014, filed on July 29, 2014 |

162

CONFIDENTIAL

APC-00227306

| Exhibit Number | | Description |
|---|---|---|
| 10 (xlviii) | | Operating Agreement, dated October 1, 2009, between BP Exploration & Production Inc., as Operator, and MOEX Offshore 2007 LLC, as Non-Operator, as ratified by that certain Ratification and Joinder of Operating Agreement, dated December 17, 2009, by and among BP Exploration & Production Inc., Anadarko Petroleum Corporation (as Non-Operator), Anadarko E&P Company LP (as predecessor in interest to Anadarko Petroleum Corporation), and MOEX Offshore 2007 LLC, together with material exhibits, filed as Exhibit 10 to Form 10-Q for quarter ended June 30, 2010, filed on August 3, 2010 |
| | (xlix) | Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify, dated October 16, 2011, by and among BP Exploration & Production Inc., Anadarko Petroleum Corporation, Anadarko E&P Company LP, BP Corporation North America Inc. and BP p.l.c., filed as Exhibit 10(xlii) to Form 10-K for year ended December 31, 2011, filed on February 21, 2012 (Portions of this exhibit have been omitted and filed separately with the SEC pursuant to a request for confidential treatment) |
| † | (l) | Severance Agreement between R. A. Walker and Anadarko Petroleum Corporation, dated February 16, 2012, filed as Exhibit 10.2 to Form 8-K filed on February 21, 2012 |
| † | (li) | Time Sharing Agreement between R. A. Walker and Anadarko Petroleum Corporation, dated May 15, 2012, filed as Exhibit 10(ii) to Form 10-Q for quarter ended June 30, 2012, filed on August 8, 2012 |
| † | (lii) | First Amendment to Time Sharing Agreement between R.A. Walker and Anadarko Petroleum Corporation, dated June 2, 2015, filed as Exhibit 10(ii) to Form 10-Q for the quarter ended June 30, 2015, filed on July 28, 2015 |
| † | (liii) | Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan, effective as of May 15, 2012, filed as Exhibit 10.1 to Form 8-K filed on May 15, 2012 |
| † | (liv) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Stock Option Award Agreement, filed as Exhibit 10.2 to Form 8-K filed on May 15, 2012 |
| † | (lv) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Restricted Stock Unit Award Agreement, filed as Exhibit 10.3 to Form 8-K filed on May 15, 2012 |
| † | (lvi) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Performance Unit Award Agreement, filed as Exhibit 10.4 to Form 8-K filed on May 15, 2012 |
| † | (lvii) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Restricted Stock Unit Award Agreement, filed as Exhibit 10.1 to Form 8-K filed on November 9, 2012 |
| † | (lviii) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Performance Unit Award Agreement, filed as Exhibit 10.2 to Form 8-K filed on November 9, 2012 |
| † | (lix) | Form of Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan Performance Unit Award Agreement (2014), filed as Exhibit 10.1 to Form 8-K filed on November 10, 2014 |
| † | (lx) | Form of U.K. Award Letter for Anadarko Petroleum Corporation 2008 Director Compensation Plan, filed as Exhibit 10.5 to Form 8-K filed on May 15, 2012 |
| † | (lxi) | Amended and Restated Performance Unit Award Agreement, effective November 5, 2012, for R. A. Walker, filed as Exhibit 10.3 to Form 8-K filed on November 9, 2012 |
| | (lxii) | Settlement Agreement dated as of April 3, 2014, by and among (1) the Anadarko Litigation Trust, (2) the United States of America in its capacity as plaintiff-intervenor in the Tronox Adversary Proceeding and acting for and on behalf of certain U.S. government agencies and (3) Anadarko Petroleum Corporation, Kerr-McGee Corporation, and certain other subsidiaries, filed as exhibit 10.1 to Form 8-K filed on April 3, 2014 |

163

CONFIDENTIAL

APC-00227307

| Exhibit Number | | Description |
|---|---|---|
| 10 (lxiii) | | Credit Agreement, dated as of June 17, 2014, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, Wells Fargo Bank, National Association, as Syndication Agent, Bank of America, N.A., Citibank, N.A., The Royal Bank of Scotland plc, and The Bank of Tokyo-Mitsubishi UFJ, Ltd., as Co-Documentation Agents, and the additional lenders party thereto, filed as Exhibit 10.1 to Form 8-K filed on June 23, 2014 |
| | (lxiv) | First Amendment to Credit Agreement, dated November 14, 2014, among Anadarko Petroleum Corporation, JPMorgan Chase Bank, N.A., as Administrative Agent, and the lenders party thereto, filed as Exhibit 10.1 to Form 8-K filed on November 19, 2014 |
| | (lxv) | Amendment and Maturity Extension Agreement, dated December 14, 2015, among Anadarko Petroleum Corporation, JPMorgan Chase Bank, N.A., as Administrative Agent, and the lenders party thereto, filed as Exhibit 10.1 to Form 8-K filed on December 18, 2015 |
| | (lxvi) | 364-Day Revolving Credit Agreement, dated as of June 17, 2014, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, Wells Fargo Bank, National Association, as Syndication Agent, Bank of America, N.A., Citibank, N.A., The Royal Bank of Scotland plc, and The Bank of Tokyo-Mitsubishi UFJ, Ltd., as Co-Documentation Agents, and the additional lenders party thereto, filed as Exhibit 10.2 to Form 8-K filed on June 23, 2014 |
| | (lxvii) | First Amendment to 364-Day Revolving Credit Agreement, dated November 14, 2014, among Anadarko Petroleum Corporation, JPMorgan Chase Bank, N.A., as Administrative Agent, and the lenders party thereto, filed as Exhibit 10.2 to Form 8-K filed on November 19, 2014 |
| | (lxviii) | Form of Commercial Paper Dealer Agreement for Commercial Paper Program, filed as Exhibit 10.1 to Form 8-K filed on January 21, 2015 |
| † | (lxix) | Anadarko Petroleum Corporation Key Employee Change of Control Contract, dated June 1, 2015, for Christopher O. Champion, filed as Exhibit 10(i) to Form 10-Q for the quarter ended June 30, 2015, filed on July 28, 2015 |
| | (lxx) | 364-Day Revolving Credit Agreement, dated as of January 19, 2016, among Anadarko Petroleum Corporation, as Borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, Wells Fargo Bank, National Association, as Syndication Agent, Bank of America, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd., Citibank, N.A., and Mizuho Bank, Ltd., as Co-Documentation Agents, and the additional lenders party thereto, filed as Exhibit 10.1 to Form 8-K filed on January 25, 2016 |
| * 12 | | Computation of Ratios of Earnings to Fixed Charges |
| * 21 | | List of Subsidiaries |
| * 23 (i) | | Consent of KPMG LLP |
| * 23 (ii) | | Consent of Miller and Lents, Ltd. |
| * 24 | | Power of Attorney |
| * 31 (i) | | Rule 13a-14(a)/15d-14(a) Certification—Chief Executive Officer |
| * 31 (ii) | | Rule 13a-14(a)/15d-14(a) Certification—Chief Financial Officer |
| ** 32 | | Section 1350 Certifications |
| * 99 | | Report of Miller and Lents, Ltd. |
| * 101 .INS | | XBRL Instance Document |
| * 101 .SCH | | XBRL Schema Document |
| * 101 .CAL | | XBRL Calculation Linkbase Document |
| * 101 .DEF | | XBRL Definition Linkbase Document |
| * 101 .LAB | | XBRL Label Linkbase Document |
| * 101 .PRE | | XBRL Presentation Linkbase Document |

†     Management contracts or compensatory plans or arrangements required to be filed pursuant to Item 15.

164

CONFIDENTIAL

APC-00227308

Index to Financial Statements

The total amount of securities of the registrant authorized under any instrument with respect to long-term debt not filed as an exhibit does not exceed 10% of the total assets of the registrants and its subsidiaries on a consolidated basis. The registrant agrees, upon request of the SEC, to furnish copies of any or all of such instruments to the SEC.

**b)   FINANCIAL STATEMENT SCHEDULES**

Financial statement schedules have been omitted because they are not required, not applicable, or the information is included in the Company's Consolidated Financial Statements.

Index to Financial Statements

CONFIDENTIAL

APC-00227309

Table of Contents
Index to Financial Statements

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ANADARKO PETROLEUM CORPORATION

February 17, 2016          By:    /s/ ROBERT G. GWIN

                                  Robert G. Gwin
                                  Executive Vice President, Finance and Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on February 17, 2016.

| Name and Signature | Title |
| --- | --- |
| (i) Principal executive officer and director: | |
| /s/ R. A. WALKER<br>R. A. Walker | Chairman, President and Chief Executive Officer |
| (ii) Principal financial officer: | |
| /s/ ROBERT G. GWIN<br>Robert G. Gwin | Executive Vice President, Finance and Chief Financial Officer |
| (iii) Principal accounting officer: | |
| /s/ CHRISTOPHER O. CHAMPION<br>Christopher O. Champion | Vice President, Chief Accounting Officer and Controller |
| (iv) Directors:* | |
| ANTHONY R. CHASE<br>KEVIN P. CHILTON<br>H. PAULETT EBERHART<br>PETER J. FLUOR<br>RICHARD L. GEORGE<br>JOSEPH W. GORDER<br>JOHN R. GORDON<br>SEAN GOURLEY<br>MARK C. MCKINLEY<br>ERIC D. MULLINS | |

* Signed on behalf of each of these persons and on his own behalf:

By:          /s/ ROBERT G. GWIN

             Robert G. Gwin, Attorney-in-Fact

166

CONFIDENTIAL                                                          APC-00227310

# Exhibit 83



24-Feb-2016

# Anadarko Petroleum Corp. (APC)

Credit Suisse Energy Summit

FACTSET: callstreet
1-877-FACTSET    www.callstreet.com

Total Pages: 10
Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753694

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

Corrected Transcript
24-Feb-2016

# CORPORATE PARTICIPANTS

**Robert P. Daniels**
*Executive VP-International & Deepwater Exploration*

**John M. Colglazier**
*Senior VP-Investor Relations & Communications*

# MANAGEMENT DISCUSSION SECTION

### Unverified Participant

Great. Well, thanks, everyone, and thank you to Anadarko. Thank you, Bob, for presenting this morning. I mean, obviously, the area you cover, I mean, I would just observe that Anadarko has been a very good explorer, but also has been an absolutely superb executer of projects relative to the competition. So, congratulations.

But without further ado, I'd love to hear what you have to say. Thank you.

### Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

All right. Well thank you very much and thanks for the interest in Anadarko. I want to set this up first. Of course, we're going to have some forward-looking statements. If you're interested in the reconciliation to the non-GAAP numbers that may be in here, look to the website. And I do also want to point out that we have our investor conference call next Tuesday, 8:00 A.M. Central Time. And so you'll hear a lot more details on that call than I can give you today. I don't want to front run that. So with that, I hope we have a lot of you on that call.

When I look at how we entered 2015, we knew it was going to be a tough year. Commodity prices had come down, but service costs hadn't. And when we looked at our capital budget, we actually anticipated, in the capital budget, service cost reductions, but they weren't there yet. So we're actually kind of ahead of ourselves as to what we were actually planning on spending, almost committed to spending, relative to what our capital budget was. You can see how we did. We actually came in under the low end of it. We're very pleased with that.

On the cost control side, you can really look at about $500 million that we got out of controllable costs, out of the system last year. And again, that's just focusing on the base, everything that we needed to do to make sure that we met or exceeded all of our guidance numbers: lifting costs down on a per barrel basis, G&A down significantly.

The other thing, when we came out at the beginning of 2015, we thought we'd be reducing our capital by about 30%. We had to get costs down to even get within that range, and we thought that would lead to about flat production growth. And you can see what we were able to accomplish last year, about 11 million barrels, exceeding the guidance that we put out there, the mid-range of our guidance, and that's about 25,000 barrels a day of oil that contributed to that. So, the bulk of it was into the higher margin liquids; very pleased with that.

The reserve replacement, 130%. The F&D cost, $14, very competitive in a very challenging market. We're incredibly proud of what we accomplished last year. We think a lot of this is sustainable. We think that some of the


APC-01753695

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

■ Corrected Transcript
24-Feb-2016

things that we put in place in the way of efficiencies, particularly around the drilling of wells, is something that will carry forward into whatever the next commodity price environment looks like. It's not just getting service cost reductions out of our vendors and suppliers. It's actual changing the way we're doing our business, changing the way we're drilling the wells, changing the way we're casing the wells, that will continue no matter what the commodity price cycle looks like.

We also closed $2 billion worth of monetizations, and that was to make sure that we were spending within our cash inflows. So, our capital budget was cash flows and monetizations that came together. We've done, I think John was saying, about $30 billion over the past 10 years, of monetizations. This is something we view as a core competency. We're constantly looking at our portfolio and managing that: where's our capital being invested, how things stack up in there, what's not getting funded, is that better off in somebody else's hands? And if so, we go out and monetize those.

So, I mentioned the well cost and improved efficiencies. An example of that will be at Wattenberg, where we cut 50% off our drilling costs just by changing our casing designs. This was a learning that we did in the Maverick, found a – or discovered kind of in the Maverick, and we took it up to see if it was applicable into Wattenberg, and it was. And it's amazing. The gain in efficiencies, cost reductions, that we got out of changing that casing design.

And then we still did exploration last year. We had a play opening discovery offshore Colombia in the deepwater. We think there's tremendous running room on that, and we'll be back drilling appraisal wells to it this year. But we have significant additional acreage up there that we think has been de-risked to a large extent, with the learnings from the two wells that we drilled last year.

So, all in all, extremely good 2015; very proud of what our people accomplished in a very challenging environment, and it set us up well coming into another challenging environment, which is 2016. Commodity price, as of course y'all know, continue to fall. We're at $30, sub $2 gas. That hits our cash flow, so we reduced our capital program. We came out on our earnings call and previewed that we would be about a 50% reduction in capital in 2016, relative to 2015. The importance of that is, we want to live within our cash inflows, and so capital has to match up to our cash flows from operations, any kind of monetizations that we have going on. And I'll talk more about that.

The bulk of this is coming out of our U.S. onshore activities. When we look at $30 oil in a short-cycle environment, we're just not getting the returns that we would want to get. And so, we're taking the activity levels down. It's something that we can turn back on fairly quickly, because it is a short cycle investment. But you really want to get a pricing environment that's going to give you the returns in the 18 months after your first production comes on. And we're not in that environment right now. So, that's one of the reasons that you'll see that that's down.

But, even with this reduced capital, we think that our production volumes maybe will fall 1% to 4%, but our oil volumes will stay flat year-over-year, fourth quarter to fourth quarter and overall which we think is a testament to the quality of our assets and the quality of our people that we're able to do that with 50% reduction in capital.

The other thing that goes into that, of course, so is the long-cycle investments that are paying dividends now. Our Lucius Field came online last year and hit nameplate capacity very quickly and is outperforming everything that we had hoped for.

Heidelberg came online January of this year in the Gulf of Mexico. That's early to what we had anticipated it would be when we first sanctioned the project, so that's good news for us. And then TEN in Ghana comes online

APC-01753696

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

third quarter of this year. So, those are all oil assets. They're going to be adding to that; that help keep the oil volumes flat through the year.

We've mentioned on our earnings call that we have a billion dollars worth of – a billion-plus dollars worth of monetizations in the advanced stages. We'll talk more about that at the investor conference call next week. We recently reduced our dividend by 81%. That's going to free up about $450 million worth of cash to enhance our balance sheet.

And then we got ample liquidity. We got $900 million of cash on hand at the year-end 2015. We got $5 billion worth of undrawn credit facilities at the year-end. And with the other changes in operating – or changes in taxes and things like that, we feel like we've got a very good position on liquidity. And we can fund, through the cash flow from operations and our monetizations, the capital program as we go forward.

So, really the focus in 2016 is going to be on preserving and then enhancing the value. I want to make sure that we're doing things, the smart things: that we're preserving what we have and where we have the opportunities actually enhancing that. So, I mentioned the capital allocation. We are not letting opportunities go in the U.S. onshore. We're going to maintain the quality assets that we have, but we're going to minimize our activities until we get a better return on our investments.

We do have quite a few intentionally deferred uncompleted wells, IDUCs, out there from 2015. We can use those as kind of a lever if prices recover. If we need to bring some production volumes online, we have those available to us. And then the thing you're going to hear more about next week is these tieback opportunities in the Gulf of Mexico. You know our infrastructure in the Gulf of Mexico is extensive, and we're adding to that, of course, with the Lucius spar last year, Heidelberg spar coming on this year.

What that gives us access to is tiebacks of our own opportunities where we can go out, drill fault block nearby, tie the well back in or other peoples discoveries that may not have infrastructure to go to that we can bring into ours under a production handling agreement. So, we're going to focus on those. On everything that we've been doing in the Gulf of Mexico in the way of our own tiebacks will give us 30-plus% rate of return, even at the commodity prices that we're seeing today. And that's because we've already made the investment in the infrastructure. So, it's really enhancing the value of that infrastructure is what we're focusing on. We've got a lot of those opportunities. And so, we'll talk more about those.

And then, the portfolio management, this is something we always do. I mentioned what we've done over the past 10 years, the $2 billion last year already in advance stages on a billion dollars this year. We are always looking at can we upgrade our portfolio? What can we get rid of out of our portfolio? It's better off than somebody else's hands. So that's what we will continue through the year.

Very briefly, Wattenberg is one of our best assets, it's a world class asset. Thing I want to emphasize here is that net resources, 1.5 billion barrels, and the 4,000 identified locations. So this shows, we've got a depth of inventory out here that, in the right commodity cycle, we can get out there and accelerate very quickly. This is not the time to do it, but we're not going to lose anything. We're maintaining it. Doing everything we can to enhance it: focusing on the base, focusing on optimization, everything else that we can do without putting a lot of capital to work waiting for prices to recover, but phenomenal asset, lot of running room in it.

Next one, Delaware Basin, it's the same story a little earlier in its lifecycle. Again, billion barrels of resource potential, 5,000 identified Wolfcamp A locations and we're testing the other benches, Wolfcamp B, et cetera. You can see the EURs as we move across the field from the oilier portion on the east to the gassier portion on the west. Of course, you get higher EURs for lower value product as you move off to the east, but tremendous EURs out

APC-01753697

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

here. 600,000 gross acres that we control. We've de-risked the bulk of this in the A. We're still working on the B. We will be investing out here to maintain our acreage, to learn more as we go through. But again, it'll be very scaled down as we move through the year.

Gulf of Mexico, talked about the infrastructure. It's all shown on this map with our facilities. All the way from Independence Hub on the Eastern Gulf of Mexico, which finally went offline here just recently, to Boomvang in the West. The new ones, with Heidelberg and Lucius shown, Lucius the farthest south for existing infrastructure for Anadarko. And what that means is, we've got opportunities to maximize the value of that infrastructure and look at, where do we have tiebacks. And these are not things we're out there looking for right now. These have been on our books for quite some time.

We think this is a very, very good time to go out and bring some of these in, as we've come off plateau at some of these, and we have excess capacity on some of the facilities. So, very good returns on this, even at these commodity prices, and so you'll see a lot of activity as we move forward. I mentioned Heidelberg, where it sits; just came online in January. We're putting wells on now. And then we've got two more to add later in the year.

Very good assets internationally that are contributing a lot of cash flow to us and don't take a lot of reinvestment: Algeria, about $50 million of reinvestment on an annual basis to keep the production coming out of there. We've produced 2 billion barrels out of our Algerian assets as of last year, and still have another billion to go. We've got three huge facilities online, and they just continue to contribute to our cash flows and volumes.

Jubilee in Ghana's performed extremely well. The reservoir has done better than expected. And then the new TEN complex will be coming on at this third quarter of 2016 at 80,000 barrels a day. And that seems to be on time and on-budget at this point. So, those are two very important assets for us from stability, from cash flows, from low reinvestment rates in the existing assets, and so they're very valuable to us.

And then Mozambique, this is the huge discoveries that we have offshore in Mozambique, gas discoveries that we're trying to commercialize in the way of LNG. Just very quickly as to what's happening over there: the main things this year will be government agreements. We're not going to be investing a lot of capital this year. It's all focused on getting things right. As you get towards FID, and that means government agreements, means markets and means project finance. And some of those can be working in parallel. Some of them are dependent, like some of the project financing and the marketing agreements. You have to have certain government agreements in place.

So, we're advancing all of those without investing a lot of capital at this point. So, a gigantic asset. When the time is right and we've de-risked the decision for FID, so this gives us that opportunity to financially de-risk that decision, then we'll make a decision on the final investment here.

So when you look at the exploration side, we explored last year. As I mentioned, this year is going to be very similar. Three focus areas: West Africa, where we're going to be active at Paon and some exploration; Colombia, where we're going to come back and appraise our Kronos discovery; and Gulf of Mexico. Now, that's very similar to what we did last year. It's not going to be a huge number of wells, but are going to be really important wells. Paon will help to see whether we're going to advance that to development. Colombia is going to be de-risking further, what we found there. And Gulf of Mexico is going to be some appraisal work and potentially, an exploratory well.

So really, again, it's all about preserving and enhancing the value for 2016: making sure that we're not losing opportunities; that the quality assets we have are optimized as much as we possibly can; and where we have the opportunity, enhancing that value; focusing on our balance sheet, making sure that that is strong, and sets us up for the future when commodity prices do turn.

APC-01753698

**Anadarko Petroleum Corp.** (APC)
Credit Suisse Energy Summit

So with that, I will take a few questions.

# QUESTION AND ANSWER SECTION



Hi. I've got two questions. One is on Shenandoah. What kind of breakeven do you need there? What kind of price do you need for you to proceed with that? Or is it still a bit early? But what kind of – on the call, you guys said that $30 obviously doesn't go, but what price [ph] need (16:06) there? And then, on Heidelberg, kind of what are you expecting in terms of ramp-up? And where do you expect that to come in, sort of on an LOE basis? Thanks.

**Robert P. Daniels**
*Executive VP-International & Deepwater Exploration*

Everybody heard the question? On Shenandoah, I don't think that we have a price deck right now that says it would be economic at this, because right now, you're still in cost deflation, whether it's on drilling rigs, whether it's on construction costs and your services.

So, I think we need to get a match as to what we think, at time of sanction, the costs are going to be: what are we going to need in the number of wells, which we're not there yet. And so I couldn't give you one at this point, an absolute breakeven commodity price.

We're planning on appraising it this year. The Shenandoah Number 5 well will be drilled, and that'll be off to the east, again, trying to prove lateral extent, that kind of thing. We did appraise it last year. We had a successful well, 620 feet of pay in that. So, we still are advancing the project, but we're a ways away from a sanction at Shenandoah.

And at Heidelberg, I think we have two wells on now. We're going to bring a third well on very shortly, and then we have two more that come on through the year there. And Heidelberg Spar is an 80,000 barrel a day spar. We never thought we were going to get to the full 80,000 with just Heidelberg, but we have tieback opportunities in there, and we'll utilize that capacity as the opportunities present themselves.



Could you just give us the breakeven for Heidelberg, please?

**Robert P. Daniels**
*Executive VP-International & Deepwater Exploration*

I'm sorry?

Breakeven price, oil price, for Heidelberg?

Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753699

**Anadarko Petroleum Corp.** *(APC)*
Credit Suisse Energy Summit

■ Corrected Transcript
24-Feb-2016

---

**Robert P. Daniels**    A
*Executive VP-International & Deepwater Exploration*

We usually don't give out breakevens on individual assets. Clearly, it's an economic project. We did the design one/build two for Lucius. We saved $1 billion on the overall costs and saved what? About a year?

---

**John M. Colglazier**    A
*Senior VP-Investor Relations & Communications*

Year-and-a-half.

---

**Robert P. Daniels**    A
*Executive VP-International & Deepwater Exploration*

Year-and-a-half off the time. So that's just value that you create. So those are – and Heidelberg is a beneficiary of that.

---

**John M. Colglazier**    A
*Senior VP-Investor Relations & Communications*

Right. And remember, [ph] Diego (18:11), the other thing that we did was that we did that joint venture carrier arrangement, to where we were in essence carried all the way through the development process of the projects. So our returns are going to be outstanding.

---

**Robert P. Daniels**    A
*Executive VP-International & Deepwater Exploration*

Yes?

---

   Q

Yeah. Question back here. So we've heard a lot of presentations here this week on preserving the balance sheet and so on. And obviously, you have a big stake in Western Gas resources, particularly a very large ownership position in the GP. Their cost of capital has gotten pretty high, so it starts to raise a question about whether the dropdown story could be continued this year. So I mean, how are you thinking now about your stake ownership position in Western, in the GP? How are you thinking about maybe looking at what that dropdown trajectory might be for Western Gas resource? That would really be helpful; your thoughts on that?

---

**Robert P. Daniels**    A
*Executive VP-International & Deepwater Exploration*

Got an answer to that, John?

---

**John M. Colglazier**    A
*Senior VP-Investor Relations & Communications*

No, I think that's something I'd prefer to wait till next week on to talk about it, if you don't mind.

---

   Q

I have a general question on costs. Obviously, you talked about the [ph] non-stack (19:24) question on Shenandoah. Shale costs, the industry has done a fantastic job and you guys, too. It's always, how long is a piece of

---

Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753700

# Anadarko Petroleum Corp. (APC)
## Credit Suisse Energy Summit

string? At some point, you think you can't get costs down, or lower the breakevens any further, and yet the industry is still managing to do that. So, maybe give us some general color on where you see the sort of breakeven envelope, not necessarily prices, but just the ability to improve, to lower that over time?

### Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

A

For the shales? Or for...

Q

Well, for shales and I wanted to follow on LNG, if there's any cost deflation there.

### Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

A

Well, on the shales, I think that everybody is focused on it. And so, if you did things the same way that you did it 2014, you may have gotten everything out you can. But everybody is now looking at it, all right, so what if we do things different? Would we use less profit? We'd do more slickwaters. This casing design change that we did in Wattenberg. Those type of thing, they will continue. I mean, you got people now that are not chasing rigs, drilling wells, but are focused on optimizing.

And they're going to come up with some really cool things. They're going to have scale that you can take across the field, whether it's on the production enhancement, whether it's on how you're actually completing these wells. And so, I do think there's still room to get more efficiencies, maybe not absolute costs, but that rolls through into the costs, out of the onshore.

In the deepwater, rigs have come down. If you're on long-term contracts, of course, you get the contractual obligations. Service costs have come down fairly significantly over the past six to eight months, maybe 20% to 30% in the total spread rate, which is about half of your day rate. And we think that that has room to go down further still. And then, of course, as you roll off contracted rigs and pick up uncontracted rigs, you're going to have a tremendous change in your cost structure. So, I think there's room for those costs to come down quite significantly over the next two to three years.

And then, on construction costs, when you look at the yards or any of the major EPC contractors, their books are drying up, and they're getting hungry and they would like to get the work. And so, we're seeing construction costs coming down. And so, I think that would roll through into something like a Mozambique.

Q

I mean, it's not often talked about the LNG, because we focus on shale and deepwater because they're closer in, but it feels like there could be some significant savings. I don't know if that is something that you've seen as you've done the feed work.

### Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

A

Absolutely. The initial feed work that we did and what we actually got in the way of bids, they came in essentially at the pre-feed cost for an extra two million tons per annum. So they upsized the facilities for the cost that were

Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753701

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

▨ Corrected Transcript
24-Feb-2016

estimated two years before, which meant the steel cost and everything else had come down, labor cost, and they were able to do that. So yes, we're seeing it already starting, but we expect more of that.



And you would expect that cost curve to continue to fall over the next two years before FID or one-and-a-half years, how long it takes, or?

## Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

As long as — it depends on what on the environment is that we're working in. If all of sudden the commodity prices turn, we don't expect that, but if they did and activity level has picked up, then you'd see maybe a bottom. But as long as we're in this kind of an environment, you'd expect to see costs continue to come down. And we're going to keep working them. I mean, that's our job is to do it as efficiently as possible.



And then one final question, CapEx flexibility is one of the levers that you've rationally done and said: look, at $30 oil, why should we develop stuff that's in portfolio which will have a much better return a few years out? Describe how much more flex you think there could be in the capital program if oil stayed lower for the next few years?

## Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

Yeah. We'll probably address that in quite a bit of detail next week rather than get into it here. But we're always looking at how we can do more with less. And so, we'll give some details on that next week.

## Unverified Participant

Well, thank you very much, Anadarko. Thanks for everyone's time.

## Robert P. Daniels
*Executive VP-International & Deepwater Exploration*

All right. Thank y'all very much.

APC-01753702

# Anadarko Petroleum Corp. (APC)
Credit Suisse Energy Summit

 Corrected Transcript
24-Feb-2016

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2016 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

APC-01753703

# Exhibit 84

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# FORM 8-K

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**Date of Report (Date of earliest event reported): March 1, 2016**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 1-8968 | 76-0146568 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1201 Lake Robbins Drive**
**The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

STEINHOLT_0012087

**Item 7.01  Regulation FD Disclosure.**

On March 1, 2016, Anadarko Petroleum Corporation (Anadarko) announced its 2016 capital budget and provided guidance for 2016. The press release is included in this report as Exhibit 99 and is incorporated herein by reference. This information shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liabilities of that section, and is not incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 9.01  Financial Statements and Exhibits.**

(d)  Exhibits.

99  Anadarko Press Release dated March 1, 2016.

STEINHOLT_0012088

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<div align="center">

ANADARKO PETROLEUM CORPORATION

(Registrant)

</div>

March 1, 2016                                        By: /s/ CHRISTOPHER O. CHAMPION
                                                    _____
                                                    Christopher O. Champion
                                                    Vice President, Chief Accounting Officer and Controller

STEINHOLT_0012089

**EXHIBIT INDEX**

Exhibit No.    Description

99             Anadarko Press Release dated March 1, 2016.

STEINHOLT_0012090

Exhibit 99



# NEWS

## ANADARKO ANNOUNCES 2016 CAPITAL PROGRAM AND GUIDANCE

**HOUSTON**, March 1, 2016 - Anadarko Petroleum Corporation (NYSE: APC) today announced its 2016 initial capital expectations and guidance, concurrent with its 2016 Investor Conference Call.

### 2016 INVESTOR CONFERENCE CALL HIGHLIGHTS
- Reduces year-over-year capital investments by almost 50 percent[1]
- Expects higher-margin oil sales volumes to be flat year over year on a divestiture-adjusted basis[2]
- Doubles Delaware Basin recoverable resource estimate to more than 2 billion barrels of oil equivalent (BOE)
- Announces plans to monetize up to $3 billion of assets in 2016, with $1.3 billion announced or closed year to date

"In 2016, we will continue our disciplined and focused approach, preserving and building value by leveraging our best-in-class capital allocation, enhancing operational efficiencies and continuing an active monetization program," said Al Walker, Anadarko Chairman, President and CEO. "We are committed to again investing well within cash inflows from a combination of anticipated discretionary cash flow and our ongoing monetizations, with the expectation of also reducing net debt during the year. As we announced last week, we have already closed or announced monetizations totaling approximately $1.3 billion, and we expect our cash position to be further strengthened during the year through substantial cost reductions and additional identified monetization opportunities. We will also benefit from the recent action by our Board to reduce our dividend, which will provide approximately $450 million of additional cash this year."

STEINHOLT_0012091

## 2016 INITIAL SALES-VOLUME AND CAPITAL EXPECTATIONS

### Initial 2016 Capital Expectations ($2.6 - $2.8 Billion)[1]

| *Billions* | | | *Billions* | | |
|---|---|---|---|---|---|
| **By Area** | | | **By Cash Cycle (E&P only)** | | |
| U.S. Onshore | $ | 1.1 | Short Cash Cycle | $ | 1.5 |
| International | | 0.7 | Mid Cash Cycle | | 0.5 |
| Gulf of Mexico | | 0.7 | Long Cash Cycle | | 0.5 |
| Midstream & Other | | 0.2 | | | |

*Note: All amounts are approximates.*

### Divestiture-Adjusted[2] Sales-Volume Expectations

| | 2016 Initial Expectations | 2015 |
|---|---|---|
| Total (MMBOE) | 282 – 286 | 292 |
| Oil (MBOPD) | 308 – 313 | 312 |

## U.S. ONSHORE

Anadarko's U.S. onshore activities will be reduced the most, by almost $2.5 billion in capital investments year over year, as the company preserves its opportunities, including in two of the highest-returning onshore assets in North America – the Delaware and DJ basins – for a more compelling price environment. The company is reducing its U.S. onshore rig count by 80 percent to five operated rigs, from an average of 25 in 2015, while focusing on its base production and retaining the flexibility to leverage its inventory of approximately 230 drilled but intentionally uncompleted wells. In the Delaware Basin, Anadarko plans to run four operated rigs, which will be directed toward delineation and lease maintenance rather than development activities. To date, the company's successful activities in this play have reduced well costs, identified additional prospective zones and doubled the estimated recoverable resources to more than 2 billion BOE. In the DJ Basin, the company expects to operate one rig, compared to seven in 2015.

## GULF OF MEXICO

Anadarko's 2016 Gulf of Mexico program will focus on the company's capital-efficient tieback oil opportunities, as well as on advancing appraisal activities. By leveraging its existing infrastructure, Anadarko's tieback opportunities offer returns of more than 30 percent at today's strip prices. These activities will include tiebacks at Lucius, Caesar/Tonga and K2. In addition, Anadarko plans to advance existing discoveries through appraisal activities at Shenandoah and Phobos. One exploration well is planned at the Warrior prospect, which if successful, could be a tieback to K2.

STEINHOLT_0012092

## INTERNATIONAL

In 2016, Anadarko's planned international activity will include efforts to advance its Paon oil discovery offshore Côte d'Ivoire toward potential development with one appraisal well, a drillstem test, and two exploration wells. Once activities are completed in Côte d'Ivoire, the rig is scheduled to return to Colombia to conduct additional exploration drilling activities. Offshore Ghana, the company expects to achieve first oil at the TEN complex in the third quarter of 2016. In Mozambique, Anadarko expects minimal funding in 2016 as it works three parallel paths toward a Final Investment Decision (FID) for its LNG project. These processes include securing the necessary legal and contractual framework, progressing more than 8 million tonnes per annum of off-take toward long-term sales contracts and advancing project financing.

Four pages of supplemental materials including the company's 2016 initial guidance, updated hedging positions and a reconciliation of divestiture-adjusted sales volumes are provided in the tables attached to this release.

[1] Does not include capital investments by Western Gas Partners, LP (NYSE: WES).

[2] See the accompanying table for a reconciliation of "divestiture-adjusted" or "same-store" sales volumes, which are intended to present performance of Anadarko's continuing asset base, giving effect to divestitures.

Anadarko Petroleum Corporation's mission is to deliver a competitive and sustainable rate of return to shareholders by exploring for, acquiring and developing oil and natural gas resources vital to the world's health and welfare. As of year-end 2015, the company had approximately 2.06 billion barrels-equivalent of proved reserves, making it one of the world's largest independent exploration and production companies. For more information about Anadarko and APC Flash Feed updates, please visit www.anadarko.com.

STEINHOLT_0012093

4

*This news release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results or other expectations expressed in this news release, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance; reduce its net debt; meet the objectives identified in this news release; consummate the transactions described in this news release and identify and complete additional transactions; execute the 2016 capital program; drill, develop and commercially operate the drilling prospects identified in this news release; achieve production and budget expectations on its mega projects; and successfully plan, secure necessary government approvals, enter into long-term sales contracts, finance, build and operate the necessary infrastructure and LNG park in Mozambique. See "Risk Factors" in the company's 2015 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

*Cautionary Note to Investors: The United States Securities and Exchange Commission ("SEC") permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves that meet the SEC's definitions for such terms. Anadarko uses certain terms in this news release, such as "recoverable resource," and similar terms that the SEC's guidelines strictly prohibit Anadarko from including in filings with the SEC. U.S. investors are urged to consider closely the disclosure in Anadarko's Form 10-K for the year ended Dec. 31, 2015, File No. 001-08968, available from Anadarko at www.anadarko.com or by writing Anadarko at: Anadarko Petroleum Corporation, 1201 Lake Robbins Drive, The Woodlands, Texas 77380, Attn: Investor Relations. This form may also be obtained by contacting the SEC at 1-800-SEC-0330.*

\#    \#    \#

## ANADARKO CONTACTS

### MEDIA:
John Christiansen, john.christiansen@anadarko.com, 832.636.8736
Stephanie Moreland, stephanie.moreland@anadarko.com, 832.636.2912

### INVESTORS:
John Colglazier, john.colglazier@anadarko.com, 832.636.2306
Jeremy Smith, jeremy.smith@anadarko.com, 832.636.1544
Shandell Szabo, shandell.szabo@anadarko.com, 832.636.3977

STEINHOLT_0012094

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**March 1, 2016**

Note: Guidance excludes 2016 sales volumes associated with pending East Chalk divestiture.

| | 1st-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | Units | | | Units | | |
| **Total Sales Volumes (MMBOE)** | 74 | — | 76 | 282 | — | 286 |
| **Total Sales Volumes (MBOE/d)** | 813 | — | 835 | 770 | — | 781 |
| **Oil (MBbl/d)** | 311 | — | 316 | 308 | — | 313 |
| United States | 229 | — | 232 | 222 | — | 225 |
| Algeria | 64 | — | 65 | 59 | — | 60 |
| Ghana | 18 | — | 19 | 27 | — | 28 |
| **Natural Gas (MMcf/d)** | | | | | | |
| United States | 2,250 | — | 2,290 | 2,030 | — | 2,060 |
| **Natural Gas Liquids (MBbl/d)** | | | | | | |
| United States | 119 | — | 123 | 117 | — | 120 |
| Algeria | 5 | — | 7 | 5 | — | 7 |

| | $ / Unit | | | $ / Unit | | |
|---|---|---|---|---|---|---|
| **Price Differentials vs. NYMEX (w/o hedges)** | | | | | | |
| **Oil ($/Bbl)** | (7.00) | — | (2.00) | (7.00) | — | (2.00) |
| United States | (8.00) | — | (3.00) | (8.00) | — | (3.00) |
| Algeria | (3.00) | — | — | (4.00) | — | (1.00) |
| Ghana | (3.00) | — | — | (4.00) | — | (1.00) |
| **Natural Gas ($/Mcf)** | | | | | | |
| United States | (0.40) | — | (0.15) | (0.40) | — | (0.20) |

STEINHOLT_0012095

6

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**March 1, 2016**

Note: Guidance excludes 2016 sales volumes associated with pending East Chalk divestiture.

| | 1st-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | $ MM | | | $ MM | | |
| **Other Revenues** | | | | | | |
| Marketing and Gathering Margin | 15 | — | 35 | 145 | — | 165 |
| Minerals and Other | 45 | — | 65 | 185 | — | 205 |
| | | | | | | |
| **Costs and Expenses** | | | | | | |
| | $ / BOE | | | $ / BOE | | |
| Oil & Gas Direct Operating | 3.00 | — | 3.15 | 3.20 | — | 3.40 |
| Oil & Gas Transportation | 3.40 | — | 3.60 | 3.55 | — | 3.75 |
| Depreciation, Depletion, and Amortization | 14.90 | — | 15.25 | 15.80 | — | 16.00 |
| Production Taxes (% of Product Revenue) | 8.0% | — | 9.0% | 8.0% | — | 9.0% |
| | $ MM | | | $ MM | | |
| General and Administrative | 280 | — | 300 | 975 | — | 1,025 |
| Other Operating Expense | 25 | — | 35 | 55 | — | 65 |
| Exploration Expense | | | | | | |
| Non-Cash | 60 | — | 80 | 350 | — | 450 |
| Cash | 50 | — | 70 | 280 | — | 300 |
| Interest Expense (net) | 205 | — | 215 | 840 | — | 860 |
| Other (Income) Expense | 50 | — | 60 | 200 | — | 225 |
| | | | | | | |
| **Taxes** | | | | | | |
| Algeria (100% current) | 70% | — | 75% | 70% | — | 75% |
| Rest of Company (1Q 5% current; Total Year 10% current) | 30% | — | 40% | 30% | — | 40% |
| | | | | | | |
| **Avg. Shares Outstanding (MM)** | | | | | | |
| Basic | 508 | — | 509 | 509 | — | 510 |
| Diluted | 509 | — | 510 | 510 | — | 511 |
| | | | | | | |
| **Capital Investment (Excluding Western Gas Partners, LP)** | $ MM | | | $ MM | | |
| APC Capital Expenditures | 800 | — | 900 | 2,600 | — | 2,800 |

STEINHOLT_0012096

7

**Anadarko Petroleum Corporation**
**Commodity Hedge Positions**
**As of March 1, 2016**

| | Volume (MBbls/d) | Weighted Average Price per barrel | | | | | |
|---|---|---|---|---|---|---|---|
| | | Floor Sold | | Floor Purchased | | Ceiling Sold | |
| **Oil** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| **2016** | | | | | | | |
| WTI | 65 | $ | 41.54 | $ | 53.08 | $ | 62.25 |
| Brent | 18 | $ | 47.22 | $ | 59.44 | $ | 69.47 |
| | 83 | $ | 42.77 | $ | 54.46 | $ | 63.82 |

**Interest-Rate Derivatives**
**As of March 1, 2016**

| Instrument | Notional Amt. | Reference Period | Mandatory Termination Date | Rate Paid | Rate Received |
|---|---|---|---|---|---|
| Swap | $50 Million | Sept. 2016 - Sept. 2026 | Sept. 2016 | 5.910% | 3M LIBOR |
| Swap | $50 Million | Sept. 2016 - Sept. 2046 | Sept. 2016 | 6.290% | 3M LIBOR |
| Swap | $500 Million | Sept. 2016 - Sept. 2046 | Sept. 2018 | 6.559% | 3M LIBOR |
| Swap | $300 Million | Sept. 2016 - Sept. 2046 | Sept. 2020 | 6.509% | 3M LIBOR |
| Swap | $450 Million | Sept. 2017 - Sept. 2047 | Sept. 2018 | 6.445% | 3M LIBOR |
| Swap | $300 Million | Sept. 2017 - Sept. 2047 | Sept. 2020 | 6.569% | 3M LIBOR |
| Swap | $250 Million | Sept. 2017 - Sept. 2047 | Sept. 2021 | 6.570% | 3M LIBOR |

STEINHOLT_0012097

8

**Anadarko Petroleum Corporation**
**Reconciliation of Divestiture-Adjusted Sales Volumes**

**Average Daily Sales Volumes**

| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d |
|---|---|---|---|---|
| **Quarter Ended March 31, 2015** | | | | |
| U.S. Onshore | 167 | 2,232 | 129 | 668 |
| Deepwater Gulf of Mexico | 46 | 221 | 6 | 89 |
| International and Alaska | 107 | — | 7 | 114 |
| Divestiture-Adjusted Sales | 320 | 2,453 | 142 | 871 |
| Divestitures* | 15 | 285 | 1 | 63 |
| Total | 335 | 2,738 | 143 | 934 |
| **Quarter Ended June 30, 2015** | | | | |
| U.S. Onshore | 173 | 1,976 | 122 | 625 |
| Deepwater Gulf of Mexico | 57 | 113 | 7 | 83 |
| International and Alaska | 87 | — | 6 | 92 |
| Divestiture-Adjusted Sales | 317 | 2,089 | 135 | 800 |
| Divestitures* | 1 | 265 | 1 | 46 |
| Total | 318 | 2,354 | 136 | 846 |
| **Quarter Ended September 30, 2015** | | | | |
| U.S. Onshore | 160 | 1,870 | 109 | 581 |
| Deepwater Gulf of Mexico | 55 | 158 | 7 | 88 |
| International and Alaska | 84 | — | 5 | 89 |
| Divestiture-Adjusted Sales | 299 | 2,028 | 121 | 758 |
| Divestitures* | 2 | 158 | 1 | 29 |
| Total | 301 | 2,186 | 122 | 787 |
| **Quarter Ended December. 31, 2015** | | | | |
| U.S. Onshore | 164 | 1,940 | 105 | 592 |
| Deepwater Gulf of Mexico | 54 | 115 | 6 | 80 |
| International and Alaska | 96 | — | 6 | 102 |
| Divestiture-Adjusted Sales | 314 | 2,055 | 117 | 774 |
| Divestitures* | 2 | 13 | 1 | 5 |
| Total | 316 | 2,068 | 118 | 779 |
| **Year Ended December 31, 2015** | | | | |
| U.S. Onshore | 165 | 2,003 | 116 | 615 |
| Deepwater Gulf of Mexico | 53 | 152 | 7 | 85 |
| International and Alaska | 94 | — | 6 | 100 |
| Divestiture-Adjusted Sales | 312 | 2,155 | 129 | 800 |
| Divestitures* | 5 | 179 | 1 | 36 |
| Total | 317 | 2,334 | 130 | 836 |

\*   Includes EOR, Bossier, Powder River Basin CBM, and East Chalk (transaction pending).

STEINHOLT_0012098

STEINHOLT_0012099

# Exhibit 85

**S&P Global**
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# FQ1 2016 Earnings Call Transcripts

## Tuesday, May 03, 2016 1:00 PM GMT

S&P Global Market Intelligence Estimates

| | -FQ1 2016- | | | -FQ2 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (1.18) | (1.12) | NM | (1.00) | (3.81) | (1.27) |
| **Revenue (mm)** | 1781.69 | 1674.00 | ▼(6.04 %) | 1787.50 | 8024.87 | 10401.06 |

Currency: USD
Consensus as of May-03-2016 10:55 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2015** | (0.52) | 0.01 | NM |
| **FQ3 2015** | (0.74) | (0.72) | NM |
| **FQ4 2015** | (1.09) | (0.57) | NM |
| **FQ1 2016** | (1.18) | (1.12) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

APC-01751647

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ......................................................................................................... | 3 |
| Presentation | ......................................................................................................... | 4 |
| Question and Answer | ......................................................................................................... | 6 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

APC-01751648

# Call Participants

EXECUTIVES

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

**John M. Colglazier**
*Investor Relations Professional*

**R. A. Walker**
*Chairman & CEO*

**Robert G. Gwin**
*President*

**Robert P. Daniels**
*Former Executive Vice President*

ANALYSTS

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

**David William Kistler**
*Simmons & Company International, Research Division*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

**Evan Calio**
*Morgan Stanley, Research Division*

**James Jan Sullivan**
*Alembic Global Advisors*

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

**Paul Benedict Sankey**
*Wolfe Research, LLC*

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

APC-01751649

# Presentation

## Operator

Good morning, and welcome to the Anadarko Petroleum First Quarter 2016 Earnings Conference Call. [Operator Instructions] Please note, today's event is being recorded. I would now like to turn the conference over to John Colglazier. Please go ahead, sir.

## John M. Colglazier
*Investor Relations Professional*

Well, thank you, Rocco. Good morning, everyone. We're glad you could join us today for Anadarko's First Quarter 2016 Conference Call.

I'd like to remind you that today's presentation includes certain forward-looking statements and non-GAAP financial measures and to let you know that a number of factors could cause results to differ materially from what we discuss today. So I encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release.

In just a moment, I'll turn the call over to Al Walker for some brief opening remarks, but first, I'd like to introduce Brian Kuck, who has rejoined our Investor Relations team and will be available to assist you with questions, along with the rest of the team. I'll also remind you that we have additional detail on our quarterly ops report available on our website. And following Al's prepared remarks, we'll open it up for questions with Al and the rest of the team. Al?

## R. A. Walker
*Chairman & CEO*

Thanks, John, and good morning. I think it almost goes without saying that things feel better today than they did 90 days ago, both for our industry and for investors. The very fragile energy capital markets we've seen for most of the first quarter appear to be stabilizing, the outlook for commodity prices are improving and I think for industry, our operating environment is definitely strengthening. As a company, our employees delivered very solid results despite the challenges in the first quarter. As a company, we're poised to take advantage of the market as opportunities develop.

If I could, let me take a moment and recap what we achieved in the first quarter. We announced a capital plan that was 50% lower than 2015 and 70% lower than 2014. Our cap plan produces oil volumes that are expected to be flat year-over-year as well as on an exit rate basis. We monetized $1.3 billion of assets with another $700 million expected in the second quarter. We will continue to be an industry leader in active portfolio management.

We reduced our dividend 81%, which we believe will save us $450 million of cash per annum, and we positioned our company to be more successful financially and operationally in the years ahead if prices stay lower. Our savings from these efforts, we believe, will increase our ability to be more cost-efficient and should provide more than $350 million of costs in savings per annum. We issued $3 billion of fixed income securities to refinance our 2016 debt and the first 125 -- well, pardon me, $1.25 billion of our 2017 debt at very attractive rates and terms.

Operationally, we continue to set a very high bar. As you've seen, our reductions in various cost savings, LOE per barrel improved 22% in the first quarter versus the prior year. Our liquids mix continues to increase and our well costs in the DJ were reduced 11% from the year before to a level today of about $2.4 million per well. The Delaware Basin also has seen really good efforts as well with cost reductions where their wells are costing us $1 million per well less quarter-over-quarter to about $6.2 million per copy.

What can you expect from us through the balance of the year? Do not expect us to increase our capital spending this year even if oil exceeds $50. We could reallocate some of our savings in our budget to increase capital to certain plays like the Delaware Basin. We'll be very patient as we look beyond 2016 to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751650

a sustained higher price environment to increase capital and return to a growth mode, if warranted. Our operations report includes various highlights across our portfolio, and I encourage you to take a look at that for more details as your time permits.

Our employees have done an incredible job, as I mentioned earlier, during this first quarter, maintaining a focus on safety and productivity, meeting the challenges of a workforce reduction without losing focus on our operating results, being aggressive with portfolio management and diligent in our divestiture process. They've consistently and constantly look for ways to improve our business and manage through this volatile cycle successfully.

Working to improve our financial position is something we think about every day, and I think the most recent example of that is the receipt of our cash tax refund approaching $1 billion through a lot of good efforts. Our combined efforts to improve our cash inflows will position us through the balance of the year to reduce our net debt.

In closing, I think we've taken the right actions in the first quarter to position Anadarko for success. We do believe we're going to continue to see improving commodity prices, but however, near-term volatility remains a concern. Our industry and company are both in a much better place than we were 90 days ago, and it gives us renewed optimism this cycle is on a track to much better investment returns.
With that, why don't we open it up for questions?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751651

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Evan Calio of Morgan Stanley.

**Evan Calio**
*Morgan Stanley, Research Division*

Al, you mentioned you don't expect to increase the capital in 2016. Can you just discuss how you could reallocate the capital, presumingly -- presumably to the iDUCs? And what's the source of funds within the budget that could reallocate? And then a follow-up, please.

**R. A. Walker**
*Chairman & CEO*

Well, I think the comments I've made about savings are quite impressive. I think we continue to believe that we'll find things to reduce our capital intensity. As such, we would redeploy that primarily into the Delaware Basin in West Texas.

**Evan Calio**
*Morgan Stanley, Research Division*

Right. And then that'll be from an iDUC basis or do you mean from a rig -- a new rig -- or raising -- changing the rig count?

**R. A. Walker**
*Chairman & CEO*

No. I mean, I made reference to a couple of places where we're reducing our cost per well pretty significantly in the first quarter. I think as we continue to improve our abilities to execute our business, you'll see us not increase our capital but reallocate those savings into places like the Delaware Basin.

**Evan Calio**
*Morgan Stanley, Research Division*

Great. And my follow-up is on Heidelberg. I know one of the holders had commented on initial data from first producing wells and tests on other development wells that were indicating production rates materially lower than expectations, another 3 wells online. Can you address these comments as it relates to production costs or the resource estimate at Heidelberg?

**R. A. Walker**
*Chairman & CEO*

Well, I might ask, if I could, Jim Kleckner, to address those more specifically. And I think with that, Jim, if you would.

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Yes. This is Jim. The Heidelberg facility came online 3 months ahead of schedule. I just want to compliment the project team for being able to achieve that goal. If you recall last year, there were a lot of interruptions in the Gulf of Mexico with loop currents and still managed to get that facility up and running ahead of schedule with just a seamless hook up in commissioning schedule. We've got 3 wells currently producing. Those 3 wells are running about a combined 15,000 barrels a day. We have 2 wells that are on planned on the second half of this year and we're going to target those wells in sections of the reservoir that we think will have very good deliverability. And we should be looking towards production ramping up to 40,000-plus barrels a day towards the end of the year in 2017.

**Evan Calio**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751652

*Morgan Stanley, Research Division*

Will Phase 2 -- is Phase 2 something that would ultimately bring you to full utilization of the facility? Or how should we think about that?

## James J. Kleckner
*Former Executive Vice President of International and Deepwater Operations*

Well, once we complete Phase 1, we'll evaluate the performance of those wells. And then Phase 2, which would be extension to the South, could be implemented and that could then increase production further. But we haven't decided on Phase 2 yet. We're going to finish Phase 1 before making any decisions.

## Operator

And our next question comes from Doug Leggate of Bank of America Merrill Lynch.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

Al, the comments about putting cash back to work, you're not in any rush, I wonder if I could take the question a different way and talk about the balance sheet. Where do you really want the balance sheet to get back to? And I guess, specifically, with WGP having recovered somewhat, I think it's up about 100% from the lows, what is -- is that back on the table now as a source of funds? And I've got an operational follow-up, please.

## R. A. Walker
*Chairman & CEO*

Well, let me, if I could, ask Bob Gwin to address your question specifically.

## Robert G. Gwin
*President*

Doug, your question on WGP. I don't know that I'd say it's back to the table. Our view is that it's a ready source of liquidity at a point in time. Certainly, it would be more attractive to us as something we would consider, given where it's trading now relative to the kind of unrealistic lows earlier in the space as the MLP sector took quite a hit. But frankly, we understand the go-forward plans around the MLPs because largely, Western Gas and WGP's fortunes are pretty closer related to our activities in the DJ and in the Delaware and to a number of other producers in the Delaware that are customers of Western Gas is there. So we're going to take a look at the value of that asset over time, just like we do with the rest of the assets in our monetization program. And if we think that relatively fair value can be achieved, then we'd consider it. But we don't have any current plans to sell WGP. It's not one of the assets that we're currently working on or that our comments on the $700 million of pretty substantial progress over the last couple of months was related to.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

And on the balance sheet, any specific targets, Bob?

## Robert G. Gwin
*President*

No targets that we're setting out there. I think that if you look at the monetization target that we put in place and the guidance around the underlying numbers, you'd look to build cash. Clearly, during the second quarter, Al referenced the tax refund that we received. We'd be building cash during the second quarter and early on through the end of the year. Certainly, well north of $1 billion and whether or not it's north of 2 or more, largely tied to our decisions around asset sales. And as we said before, those -- obviously, the cash has the result of lower net debt and our expectation is that we would take a pretty significant portion of the cash that we build and apply it toward actual debt reduction including the last $750 million associated with our 2017 maturities. In an earlier press release, we pointed out that that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751653

$750 million would be repaid from cash on hand, and that cash would be generated through additional monetizations.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

Okay. My operational follow-up is actually on Shenandoah. A couple of things, I guess, I'm interested in there. You obviously have a partner sell down their interests, although not specific on Shenandoah exactly. It looks like it was a fairly low number. You guys have preemptive rights. So I'm wondering what your thoughts are there, both when it comes to the value of your position, but also the fact that we're now 5 appraisal wells in. What are you seeing there that is taking so long to appraise it, if you like? Is it really just scale, something unique to the reservoir that may make it a little bit more challenging to get a sanctioned [ph] decision? And I'll leave it there.

## R. A. Walker
*Chairman & CEO*

Doug, understandable questions. I think the first part of the question, I'll address and ask Bob Daniels to talk to you more specifically about what you're seeing from the appraisal perspective. The pref period is running. I think you should expect that we will, hopefully, be communicating something towards the end of that pref period. And I think your observations, I can't find any fault with them.

## Robert P. Daniels
*Former Executive Vice President*

Yes. Doug, on the wells and the appraisal program, it's partly scale, it's partly -- some of the complexities that we're seeing out there, mostly on the imaging side of it, not necessarily that we're seeing lots of bad surprises. Although we did, through our most recent wells, realize that there are some faults that were poorly to not imaged in some of the seismic data that we're going to have to build into a potential development plan. And so that means that we needed a few more appraisal wells to make sure that there's not any more compartmentalization as we move across. So those are the issues that we're looking at. I'd say it's mostly based around the quality of the image in the sub-salt and making sure that what we're seeing or interpreting is actual reality, and so we're drilling the 5-well now to the west and pushing that downdip quite significantly to prove up of those volumes as we move over. And then with success there, we'd move over even farther to the -- I'm sorry, to the east, and we'd move over even farther to the east with the #6 well. So those are what's happening there. The biggest issue on timing and making sure that we have the data is -- this can be a big development if we move forward with it. And it's going to be an expensive development and you want to know what the well deliverabilities are going to be, what your actual resources range are going to and you want to come up with a solution that actually makes sense for this resource. And it's in a technically challenging environment from a pressure standpoint. So we have to make sure we get it right before we take those final decisions. So that's kind of what we're working on right now.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

I appreciate your answer, Bob. Al, if I may, just a quick follow-up for you on this. ConocoPhillips is also -- is publicly selling its deepwater position. I'm just curious, could you [indiscernible] position where your working interest gets to a scale in Shenandoah, basically, do another capital efficient farm down? Or is that unlikely at this point?

## R. A. Walker
*Chairman & CEO*

You kind of broke up in the middle of it, Doug, so I'm going to be sure I understood your question. Are you asking me, would we be interested in increasing our working position where we and ConocoPhillips have prospects or appraisal development together?

## Douglas George Blyth Leggate

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751654

*BofA Merrill Lynch, Research Division*

No. I'm thinking -- okay, I've got a bad cellphone line. I was thinking more about a repeat of the Heidelberg-Lucius model. If you, for example, not only Marathon's position but Anadarko's as well as Conoco's position was available as well, do you see Anadarko getting to a scale where you could ultimately farm down for development dollars?

## R. A. Walker
*Chairman & CEO*

Well, we haven't had direct conversations with Conoco on that topic. I think your observation is sort of what is our playbook is a fair one. I think as we continue to understand the things that Bob just made reference to better than we do today, we would certainly consider options in the future. But I think, at this juncture, to assume that we would be interested in increasing our working interest position at the size that, for instance, ConocoPhillips is at, without additional information, probably would be in the category of not likely.

## Operator

And our next question comes from Arun Jayaram of JPMorgan.

## Arun Jayaram
*JP Morgan Chase & Co, Research Division*

I had one question on just the U.S. oil production guidance. Despite some of the concerns on Heidelberg, you guys did reiterate your U.S. oil production outlook for the full year, but you did guide to lower volumes in Q2. Can you just go through why U.S. oil volumes will be down a little bit in Q2?

## R. A. Walker
*Chairman & CEO*

Well, let me start, if I could, around with the comment that Heidelberg is actually performing relative to the guidance that we gave to investors through the course of the year. So we -- maybe different from you -- don't see Heidelberg performing any differently than we anticipated this year. As the wells that we expect to drill and have produced to date, they've performed as we anticipated. So the comments and the concerns associated with Heidelberg leave me a little bit in the category of scratching my head. Now as it relates to oil volumes through the course of the year, as I'm sure you can appreciate in a capital-intensive business, onshore, we have certain places where we're adding to capital and certain places we're taking away. But I think we have given you largely the types of volumes we anticipate through the year. The one thing that we can't anticipate and schedule well is liftings. And liftings sometimes happen either to our advantage or disadvantage. But I think the thing that we still feel like, and I made this in my earlier comments, is that we believe, for the year, we will be flat year-over-year on all volumes and probably, just as importantly, on an exit rate basis, so no change from our perspective on that.

## Arun Jayaram
*JP Morgan Chase & Co, Research Division*

Okay. That's helpful. And my follow-up, Al, is just looking at Mozambique, there are some press reports that big oil is looking at taking a stake in ENI's Area 4. I was just wondering if you could talk about some of the implications if you saw someone like Exxon in Area 4, do you view that as positive, negative or neutral in terms of Anadarko's ability to develop your discoveries in Mozambique?

## R. A. Walker
*Chairman & CEO*

Well, let me answer you this way. And I guess until we have a new partner in the unitization process of Prosperidade in Mamba with Areas 1 and 4, we work very hard every day with the partners that we know about. And to extent that changes, then I'll make a comment at that time.

## Operator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751655

And our next question comes from Paul Sankey of Wolfe Research.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

It sounds very simply as this your first aim is to pay down some debts and then at a given price you'll resume growth spending focusing on the U.S. Within that overall basic outline, I was wondering your previous success as deepwater explorers feels like it's somewhat on hold now. Can you talk about where deepwater exploration and I guess, what separates it between the GOM and international? When will that come back? Is it at a price? Is it sometime in the future? I'm struggling to understand where that fits in the kind of new world of oil.

**R. A. Walker**
*Chairman & CEO*

Yes. Understandable question, Paul. Thank you for asking it. I think, as we've talked about this year, we see a number of tieback opportunities in the Gulf of Mexico that have very attractive potential rates of return if they're drilled out successfully. You may see those categorized as exploration or exploitation. Certainly, the existence of infrastructure allows us to go out and drill something today that is an exploration well, with the ability to tie it back to existing infrastructure and reduce the development costs. I think the area that you're focused on, and accurately so, is if we're looking at true new infrastructure to support exploration efforts, are we likely to do that in an environment where we're drilling below salt? And I think, today, as we made the comment on the last call, that's a pretty challenging bit of arithmetic. So I think we'll continue to look for opportunities in the near term, for which we've given some good detail in our ops report and other color commentary around it, that we think in the Gulf of Mexico, we have really good opportunities to tie back to infrastructure to take advantage of our exploitation, exploration and development that we see there. Outside the U.S., we look at places where, basically, in a post-salt environment where the well costs are substantially less, as I know you fully appreciate. And there, as we have before, we see exploration creating option value for the future. That turned out to be a pretty good premise for which we think that our business strategy, and I know you know it quite well, but when we think about short-term, medium-term and long-term cycling of cash, cycling of cash for us in the short term has to produce extremely good rates of return and good characteristics of cash-on-cash. The medium- and long-term cycling is more to create that option value and enhanced value for the future. Whether we take that to production and development will be dependent upon the price environment at that time. So I'm not -- I mean, I'm not probably answering your question as specifically as you answered it, but I am trying to approach it from the standpoint it still fits in the business model, which I think we've done a pretty good job of since 2007 of staying within. And that's just simply thinking about the cycling of cash, the rates of return for the near term, thinking about the value added from the long term, from an option standpoint, staying within cash inflows with our investing and being mindful of really aggressive portfolio management in order to enhance either the rates of return or the value creation. And -- maybe if I could have Bob Daniels talk a little bit about what we're seeing specifically in other areas with our exploration beyond just the quantitative assessment I gave you.

**Robert P. Daniels**
*Former Executive Vice President*

Yes. Paul, I'd say that we're not on hold. We've slowed down like we've done in all sectors of our business given the cash flows that we have now in the capital program. But this year, we're in Côte d'Ivoire drilling appraisal wells and then we're going to do a DST at our Paon complex. And then follow that up with 2 exploratory wells to the south in exploration acreage we have adjacent to that. So that's all are going to be very interesting. The rig from there, we'll move back into Colombia and do an appraisal well on our Kronos discovery and follow that up, hopefully, next year, with some additional work down in the Fuerte area. Meanwhile, we're acquiring a huge -- the second half of a huge 3D up in COL area and the deepwater Colombia. We really are excited with what we're seeing on the first phase and looking forward to getting that second phase done and putting that whole program together. And then meanwhile in the Gulf, Al mentioned the -- all the tiebacks and all the -- near infrastructure work that we're doing this year. And that is similar to what we're doing at Phobos where we have discovery in the lower tertiary that we're going to try to get on appraisal later in the year. So we've got quite a few things that are going on. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751656

when you look out to the future, 16 million acres in the deepwater of Colombia, we picked up -- we're apparent high bidder, 4 new blocks in the Gulf of Mexico. So we're continuing to move forward, but it's got to be within the context of the price environment that we find ourselves. And we're trying to set ourselves up for the future as we come out of this. So that's where we're focused on and we still got a very good program going.

## Paul Benedict Sankey
*Wolfe Research, LLC*

I understand that. And I guess, successful exploration is value adding at almost any oil price and so it becomes a question of risking the exploration. I think what you just said to me is that there's an issue first in thinking about risk between pre- and post-salt, and that would become a bit of a geographic question. To be specific, at Heidelberg, we've -- in the past, we've seen issues with the reservoirs in the Gulf of Mexico, deepwater Gulf of Mexico, is there a problem there and does that change your risk assumptions, especially given, I guess, we've also got the issue of government risk and the attraction of the U.S. against international and anything else you could help -- add to help me think about that would be very useful.

## James J. Kleckner
*Former Executive Vice President of International and Deepwater Operations*

Yes. This is Jim, and I'll answer the question specifically regarding Heidelberg. We know this area of the Gulf of Mexico very well. It's a Miocene section that is on the same trend as our Caesar/Tonga field and then on the Tahiti field. And we know those reservoir rocks, the quality of them very, very well. And I think what distinguishes Heidelberg is, it's structurally -- it was little more complex because of the steepness of the dipping beds up against the salt well. But we anticipate, just like Caesar/Tonga, which we brought online and Phase 1 was -- is in the process of being completed. These wells have very good flow characteristics with good porosity and permeability. So we anticipate good performance of our additional wells at Heidelberg. As an example, and part answer to the prior question, we initiated Phase 2 of Caesar/Tonga last year. And so we see additional extension of that field once we've resolved some of the reservoir well targeting locations and then the flow performance issues. So anticipate, just as we did in Caesar/Tonga, along the same trend, we'll do the same thing at Heidelberg.

## Robert P. Daniels
*Former Executive Vice President*

And Paul, just to answer the question about the Gulf versus international and those types of things. We look at all of those types of things on a risk/reward basis. And I think what Al was getting at is, the Gulf of Mexico pre-salt tends to be very expensive, they're deep, they're complex wells and so when you start looking at the reward for new developments out there, they've got a lot of capital that you got to put to work. And we see other places in the world that perhaps we can find that those similar type of resources that maybe are not quite as expensive to development. And in this price environment, we're paying attention to that very closely.

## Operator

And our next question comes from Charles Meade of Johnson Rice.

## Charles Arthur Meade
*Johnson Rice & Company, L.L.C., Research Division*

I wonder if I could go back to one of the themes you brought up in your prepared comments when you're talking about the environment for both Anadarko and the industry being a little more comfortable now than it was 3 months ago. And my question is does that also extend to the buyers that you're seeing in that A&D market? I know you guys are looking to sell a lot of things and I'm curious if people have more appetite there. And if you could, if there's any differentiation you see between maybe operating companies or PE-backed companies or some of the traditional financial buyers that you've sold down to in the past?

## R. A. Walker

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751657

*Chairman & CEO*

Charles, I think both Bob and I had mentioned either in our earnings call about 90 days ago or our analyst call in March that we continued to see a pretty strong interest from people looking to buy properties from Anadarko. I think the broader property market certainly has a pretty good depth of private equity chasing it. But I think the other thing, and I continue to highlight this, is that when we look to monetize an asset, many times, we are a seller of choice from the standpoint that you're not taking on operational problems that you might be taking on with less capitalized companies or companies that don't have the operational history and success that we've had. So I think the fact that we've been a good, prudent operator for a long time, we're a brand name, if you want to call it that, in our space, when we choose to redeploy capital by exiting a particular property, you're not taking on problems that you might with a smaller or less well-known company. And that, to date, has inured to our benefit as you've seen a very successful effort in the last 2 years to monetize properties into, I think, anyone would describe as a very difficult environment. Now Bob Gwin deals with this day in and day out, and I would really like for him to please add to those comments.

## Robert G. Gwin
*President*

Charles, the only thing I'd add is that the economics you asked about is, Al's comment on the improving environment is that we've seen that read through. I think, in particular, yes, on the gas side. We've -- we had a number, we've mentioned that a number of the assets that we're focused on, considering the sale of today are gassy. And with the improvement in the forward curve, we've seen some strengthening in the interests for those assets. And it doesn't take a whole lot of improvement on the price side to get some materially better economics at the outside level. And so as you would expect, you see that read through in terms of the level of interest and in terms of the bids that we received. And obviously, on all these assets, we're evaluating the sell case versus the hold case. And so the math gets better for us and then the question is what's the value in the eye of the beholder and how aggressively might they put capital on rigs to work on assets that are going to struggle to be allocated capital against our other very strong primarily oilier opportunities.

## Charles Arthur Meade
*Johnson Rice & Company, L.L.C., Research Division*

Got it. That's helpful. And then if I could ask a question about the horizontal wells or maybe the concept of the horizontal wells offshore that you mentioned, offshore Côte d'Ivoire. Is that the kind of thing that we might be -- we might see in the future in your Gulf of Mexico tiebacks? Or is this more the kind of thing that's applicable to these unconstrained stratigraphic plays that you're chasing in the rest of world?

## R. A. Walker
*Chairman & CEO*

Yes. Charles, I'll address it. There's going to be applications for it around the world. I don't think that's going to be like in the onshore U.S. where it becomes the prevailing methodology of drilling these wells. But in the case of the Paon wells and the development of that field or the appraisal of that field, we have very, very good imaging of the reservoir section using some in-house techniques that have allowed us to, ahead of the wells, essentially predict within a plus or minus 10% accuracy, the gross sand count and so we were able to really place the well very, very accurately. And what it allows us to do then is also more reservoir section for DST that will give us data earlier on deliverability, conductivity, those types of things. So there was an application here that sped up the evaluation process. But the only reason we could do it is because we knew very, very accurately what to expect in the wellbore and how to place the lateral section, so it worked very well. We're doing the reentry of the #3. We'll also have a high-angle sidetrack out of it to monitor the DST results, but it will have applications, but it's not going to be tremendously widespread.

## Operator

And our next question comes from Scott Hanold of RBC.

## Scott Michael Hanold

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751658

*RBC Capital Markets, LLC, Research Division*

Al, I hate the kind of badger you on this, but with Heidelberg, certainly, there had been some obvious concern with what that's producing. And can you just talk in generalities what might be the differentiation between how you all looked in -- looked at that coming into the year versus your partner?

**R. A. Walker**
*Chairman & CEO*

Well, I think it's twofold. I can't speak to what our partner provided in the way of guidance for the year, but I'll reiterate what I said earlier and that is, Heidelberg has produced exactly the way we've provided guidance to The Street. It's not underperformed and it's performed in line with what we thought the wells would do. So therefore, it doesn't seem to create, for us, the problems it seems to be creating for others that maybe haven't taken as much time to look at it as we'd like them to. I think the other thing is you have to realize is that we have a very limited cost basis in this development. If you recall, a few years ago, we farmed down our interest there and almost all of our development cost has been borne by a third-party. In fact, there's still carry left associated with that farm-down. So therefore, if you're thinking about impairments, if you're thinking about balance sheet treatment, this asset would be carried on our books very differently than maybe some of our partners. So if people would take those 2 together, they might understand that we're not as concerned about Heidelberg as certainly it appears to be. Some people are as it might relate to our partner, but from our perspective, Heidelberg has produced in line with what we anticipated it would do for the year and relative to the way in which we provided guidance in The Street.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. So if I'm hearing you clear, relative to what you think the research recovery from the existing wells are going to be and the productivity from your base case, there really is no change to what the wells are showing at this time.

**R. A. Walker**
*Chairman & CEO*

Not for what we anticipated to be at the productivity of those wells for 2016.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. What about beyond that?

**R. A. Walker**
*Chairman & CEO*

Well, as we look at the estimated ultimate recovery with -- as we put new wells on and we see performance, then we'll continue to update our model in terms of what we think the ultimate recovery will be from Heidelberg. I'm sure you've seen from our operations report, we have wells we anticipate drilling through the balance of this year. And as we see those wells come on and have some performance, we'll have additional commentary in quarters to come.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. Understood. And my follow-up is in the Marcellus. You all had a pretty big jump in production. I'm making up an assumption that's from your operating partner, bringing some volumes online. Can you give a little color around what to expect there and what the pricing situation looks like there? Because I think M3 pricing has improved and you all have exposure to that.

**R. A. Walker**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751659

Yes. Let me say, Darrell and I will tag team you on your question. And let me just say, yes, your non-operated volumes are, as you well know, are beyond your control. And certain times in any quarter we'll have a third-party volumes that will exceed what we anticipated going into it, and that certainly is the case in the Marcellus. But specifically, some of your questions instead of me answering it, why don't I let Darrell?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. Just a little follow-through on Al's comments there, is if you looked at the third and into a little bit of the fourth quarter last year, we did have some volumes curtailed up in Marcellus because of where pricing was. And if you look at where we are in the first quarter, we were producing while we had no curtailments. And so that's really the variance you see as we came out of last year into this year. And -- but just note that we're not investing any additional capital in there right now, so it would be our anticipation that we'll just continue as we're going and you'll probably recognize some decline as we go through the rest of this year.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. And do you all have exposure to M3 up there?

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

So this is Scott Moore. We do not. Our volumes are sold into Tennessee and Transco, primarily. And so the issue on TETCO has not directly impacted Anadarko.

**Operator**

And our next question comes from Ed Westlake of Crédit Suisse.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

Yes, I'm going to start with a bit of a flier, which you may not be able to answer, but you mentioned good depth on the PE markets and lots of interest on the gas side. Obviously, you've got quite a large gas footprint in terms of production in East Texas, North Louisiana, Marcellus, some of the Eagle Ford and, obviously, Mozambique's already come up. Is the market for gassier assets deep enough in general for you to do something more transformative with the debt burden, which still seems too high?

**R. A. Walker**
*Chairman & CEO*

Well, let me address part of the question and ask Bob to address part of the question as well. If you recall, both in March as well as when we reported our first -- or our fourth quarter and prior year results in January, we said at that time that we still believe that there's -- depending upon the private equity firm, there are firms that have a very fundamental view that natural gas is a better place to invest than oil. They look at the activation costs of liquids and oil versus what they think is a fairly good market for natural gas and a good market from those folks, as I listen to them, is they feel very good about the ability of natural gas to run to $3 or more. From where we are today, they see that product -- if you want to call it a product -- but just refer to it as product, having better sustainability in the near term with less volatility than oil. So yes, you do have people who have fundamentally different views between the 2 hydrocarbons for things they want to invest in. And that's why we continue to see really good inbounds when we take properties into the market and evaluate the potential to be sold. As it relates to the comment about the balance sheet and the debt, I'm going to let Bob answer that one.

**Robert G. Gwin**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751660

Ed, we don't generally discuss assets, particular assets, that we're looking at selling prior to at least getting into the market with them and then, hopefully, even later in the stages once we see what the interest in those assets is and whether or not we might be interested in selling them. So I don't want to comment on the particular assets you mentioned. I don't think you should look for us to do something that you characterize as transformative, but we've got beyond the math that we've laid out there in terms of the closed and announced transactions and the $1.3 billion in the first quarter, or as of that March 1 Investor Call and another $700 million now. We put a range out there of $2 billion to $3 billion, so that leaves roughly another $1 billion that we're working on. And as we've said before, that's a risked number. So the gross number we're working on is a bigger number. There are some sizable assets in there and some small ones. And how that portfolio of assets sale [ph] candidates comes together is going to be based upon the relative demand for and interest in those assets from not just private equity but industry players. So as the year progresses, there'll be greater clarity on that. And I think -- the plan that we've laid out, I think, puts us in a position relative to what we believe is, even with the moderate recovery, still a relatively low commodity price environment; we believe, positions us for a pro forma appropriate leverage position.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

Okay. Then a smaller one, just on the obviously great perks in the Delaware, the $5.2 million projected pad development from a 4,500 foot short lateral. A couple of sort of comments around that. Longer-lateral testing, maybe if there's any color you could provide in terms of your efforts on the EUR side. And then on the cost side, can you lock-in some of these lower costs? Because obviously, as the industry gets to work, the costs may start to move back higher.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, this is Darrell. We do quote everything by the short lateral. It's just easier to do, but there's no doubt that with our land position we are doing some of the mids and longs. And they do give us better economics, if you will. The fact that we're down to $6.2 million a well, I can tell you that's better than we thought we'd be doing at this point. And so it gives us pretty clear line of sight to the $5.2 million when we get to the pad drilling situation. So we feel really good about that. In terms of actually locking-in those services, at this point, I have to say we have actually recognized further benefits from not having that locked in. And so part of the savings, as Al mentioned earlier, that we're recognizing still this year that may not have been anticipated is what's going to allow us to continue doing a few more activities out in Delaware than we anticipated as well.

**R. A. Walker**
*Chairman & CEO*

But Ed, I will take your comment. You're right. As prices, hopefully, continue to make progress over the next 1.5 years, it's likely, at some point along on the way, you'll see a service cost reaction. And I don't think you're wrong by saying, "At what point would you like to think about locking things in?" I think sustainability of higher prices, for us, is sort of a watchword. It's not without a whole lot of leap of comment [ph] that volatility still concerns us. So consequently, we'll be a little cautious as we look at an improving price environment as well as trying to lock-in costs.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. The one other comment I'd add is we've shown significant reductions, but it's not all associated with the service cost, if you will. A lot of those reductions have to do with just how fast we're able to drill these wells and some of the completions we're doing now. So a lot of it has to do with the efficiencies of our activities and not completely with just a reduced cost structure.

**Operator**

And our next question comes from Dave Kistler of Simmons & Company.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751661

**David William Kistler**
*Simmons & Company International, Research Division*

And following up a little bit on the Delaware and DJ cost savings. In your ops report, you highlighted that the majority of that was being driven by completion cost savings. Can you give us a little bit more detail in terms of the drivers of that, whether it's substituting different products in there, whether it's purely efficiencies. Just increased detail would be very helpful.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Well, again, this -- again, this is Darrell. It depends on where you're looking at. If you look at Delaware, probably half the cost savings, half of that $1 million, actually came from the drilling side; and about 300 in the completion side and about 200 on the facility side. And so it's not all in the completions. We're seeing it in all facets. And a lot of it is our cycle time. And in some cases, we're still getting, like I said, a reduction of service costs. And so that's contributing to it as a well, but to a large extent, it's really our cycle times in all these areas that's getting us there. And not so different in the DJ as well, where the reduction isn't quite as much, but if you look at the past few years, we've made a lot of strides there. And so the fact that we've gone from about $2.7 million to $2.4 million, it's not as big, but those incremental cycle time reductions is really what's getting us there.

**David William Kistler**
*Simmons & Company International, Research Division*

No, no doubt, very impressive. Switching over to the line of sight to the $700 million of divestitures in Q2. Can you talk a little bit about maybe what the EBITDA impact of that could be or any sort of operating cost impact of that and maybe anything with respect to geography targeted or hydrocarbons targeted?

**R. A. Walker**
*Chairman & CEO*

No. A very good try, Dave, but until we get the assets actually sold, we'll probably just keep mum about that. And then once they're closed and we come up to give you an update on guidance, we'll adjust both the volumes as well as the cash impact from that.

**Operator**

And our next question comes from Brian Singer of Goldman Sachs.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Can you talk about production mix in your key shale plays and how you expect that to evolve going forward? The Permian oil mix has increased; and wondered if -- where you see that heading, particularly if you commit more down the road. If you commit more capital and drill more there, do you expect a flattening, an increase or a decrease in the well mix? And then also if you could comment on the Eagle Ford and the Wattenberg as well.

**R. A. Walker**
*Chairman & CEO*

I think, generally speaking, as we've said before, quite a few quarters, we anticipate that our oil and liquids mix will be going up. Some of that is through the capital expenditures being focused today at new -- in completely and uniquely oil and liquids. Some of it also has to do with the gas divestitures that we've talked about, that we've realized on and certain assets that we anticipate selling through the course of this year. So either through organic or inorganic means, I think you can anticipate our oil and liquids will be a higher percentage of our overall mix. And I'll let Darrell, if I can, talk a little bit about what he's seeing in the particular basins you made reference to.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751662

Brian, as we talk about Delaware, we can't be real specific there because of our big acreage holding there, but as we continue to delineate across there, I think in all cases we're pretty excited. But as we've mentioned before, as you go east to west, as we go west, our EURs are definitely picking up, but so are the GORs. But the nice thing is you're still sitting at about 60% oil on the west side with a bigger GOR -- or with the bigger EURs. But even the east side of our field, we're about 70% oil, and we're really excited about that piece as well. So I think, over time, it'll prove that it'll increase our oil percentage as a whole in the U.S., particularly for onshore, but as it's particularly to this asset, it's just hard to predict every year what we're doing just because of where we're drilling across all the acreage right now.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Got it. And then the Wattenberg and Eagle Ford, where we've seen the mix become a little bit less oily, is that just a function of infrastructure and reduced drilling activity? Or is there something more to that?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Well, I think, in Wattenberg, you can expect more of the same. It's just a matter of when we pick up our activities again, but obviously that's closer to 50% oil. And I think you'll see that hold true for the balance. And the Eagle Ford, we don't actually have any activity levels planned in the near term, but -- so I don't think you'll see that percentage changing as well. It's -- we'll pretty much be producing what we have right now until prices come up.

**R. A. Walker**
*Chairman & CEO*

And Brian, this is Al. I know you know this. Our Eagle Ford production has a mix there that doesn't compare the same as you might see for some of the other companies you cover. Ours has always been a fairly lean oil and, even with that, a higher-gravity oil relative to some of the folks to the north and east of us.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Yes, absolutely, great. And then I figured I'd throw this one in. You were -- Al, you were pretty vocal and clear on your last call regarding where issuing equity stood within your priorities, low on the list. And I wondered if you can just talk in the context of being in a better environment now versus 90 days ago both for oil prices and APC share price, whether your views have changed at all.

**R. A. Walker**
*Chairman & CEO*

Well, we certainly don't see a need to issue equity for any balance sheet restoration. So I mean I -- the comments that I've made and others of our management team have made will continue to hold true. Even as we've gotten into a better environment both for the commodity outlook as well as where share prices have traded versus 90 days ago, this comment still holds.

**Operator**

Our next question comes from David Tameron of Wells Fargo.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Just a couple follow-ups. Al, when you think about the service industry and kind of the -- if we get in a rebound scenario here, do you think anything changes, as far as the structure of service contracts and what you guys are able to do as far as locking it in post this? In a recovery-type scenario, does anything change there, or are we just back to the same old 2-year-rate type of thing and locking it in?

**R. A. Walker**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751663

*Chairman & CEO*

Well, I mean, we would certainly be willing to entertain thoughts that the service providers might have. Historically, they've not really wanted to go out for too long. And I think we as industry, not just Anadarko, have not really wanted to go out for too long. Whether we move from a spot basis to some contractual basis will be Darrell's call with his folks as we see that market evolving, but Darrell, I don't think today you're too motivated. Are you?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

No. As I mentioned earlier, again, we're still seeing some benefits of reduced costs. So I don't think now is the time, but it -- but we will continue to look at it this year and into next year as to what may be best. But there's other things available to us in terms of whether we can try to consolidate some of our efforts, and so we'll be -- we'll continue to be tough and with some of the service sector to figure out what's the best way forward.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Okay. And then just Darrell, one follow-up. When you start talking about pad drilling and the ability to get down to that $5.2 million, how much does pad drilling save you on a kind of per-well, per-location type basis? What's your best guess?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

I'm sorry. I'm missing your point. I mean it's $1 million from where we are today. Obviously, we're not in a pad drilling situation today, so our best guess right now is $6.2 million to $5.2 million. And so that would be $1 million a copy. And so I think that's very doable, from what we're seeing today; and probably some pressure to bring that lower.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Okay, so all that -- the $1 million savings is all on just due to pad drill [ph]. Okay, all right. Great.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, yes, yes. That would be B, C and E [ph]. That's right.

**Operator**

And our next question comes from John Rugelon [ph] of Societe Generale.

**Unknown Analyst**

Two quick ones from me. Colorado Supreme Court just negated local communities' ability to limit drilling activity. I know you work very well with the communities within Colorado on the DJ, but does this make your life a little bit easier with that Supreme Court decision?

**R. A. Walker**
*Chairman & CEO*

Well, we were certainly happy that the Supreme Court in Colorado saw the issue correctly, so I think, for now, yes would be the answer.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751664

Okay. And regarding the Delaware, you just increased your resource size materially. Do you have enough infrastructure? Or should we plan you to -- you and Western Gas perhaps to have more build-out of the infrastructure so you can capture those resources?

**R. A. Walker**
*Chairman & CEO*

Well, as we have done in the Delaware Basin, much like we did in the DJ Basin, we've tried to pace our midstream build-out with our upstream. If we get into the situation where we believe the Delaware Basin provides us attractive places to create rates of return and good cash-on-cash characteristics, you can anticipate we'll pace our midstream spending to keep up with the upstream.

**Operator**

And our next question comes from James Sullivan of Alembic Global Advisors.

**James Jan Sullivan**
*Alembic Global Advisors*

Most of the big strategy stuff has been asked and answered. I just want to get into a little nitty-gritty one and, well, a kind of a question from the Q here. Obviously, you guys had to post some collateral against your credit derivative liabilities in the quarter or more of it as a result of the Moody's downgrade. And you talked about that. Am I reading the Q correctly that, net of that collateral, there remains $1.1 billion of net credit derivative liability? And is there -- a, that's kind of the first thing. And the second is, how do you guys assess the risk of having to post any further collateral? Is there a triggering event that would do that, I mean, another downgrade or something that would be kind of unlikely? Or is it something that is a decision that lies with your counterparties? Any color on that would be great.

**R. A. Walker**
*Chairman & CEO*

Sure. We used about $600 million in cash to post collateral that was related to the Moody's downgrade. Most of that's related to individual [indiscernible] with various banks and derivative counterparties. We also -- the one other effect that is kind of a collateral-oriented event related to the Moody's downgrade is various of our transportation agreements that have credit rating-related triggers. We've generally been able to satisfy those with LCs and a little bit of cash here and there. Obviously, there's still some room. There's room for improvement or additional cash postings as underlying value of the derivative moves around. Relative to your question of further downgrades, if we retain investment-grade ratings with the other rating agencies, then there wouldn't be any subsequent triggers. Certain is there's a structure with the higher of your ratings and certain with the lower of your ratings. And so the ones with the lower of the ratings are the ones that are resulting in a cash need during the quarter, which we funded. And currently, that cash isn't on the balance sheet, but in theory it could certainly come back.

**James Jan Sullivan**
*Alembic Global Advisors*

That was just what I'm looking for. And then just back high level for a second. Can you guys comment on your view of the ethane market generally? Obviously, the Rockies assets have been in pretty deep interjection for a while, but there's been a lot of talk now about prospects for reduced rejection [ph] late '16, '17 as enterprise and some of the crackers come on. Do you guys just have a general macro view on that, that you want to offer us?

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

This is Scott Moore. I will say 2 things. First of all, the ethane market is improving, with about 0.5 million barrels a day of demand coming on between exports and cracker additions, as you mentioned. You're seeing that in the ethane upgrade relative to the residue pricing that has some premium. There is still some longer-term challenges with the productive capacity relative to demand growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751665

## Operator

And our next question comes from David Heikkinen of Heikkinen Energy.

## David Martin Heikkinen
*Heikkinen Energy Advisors, LLC*

Thinking a lot bigger picture, Al and Bob. You all do a really good job measuring your company performance, and you're pretty rate-of-return driven. How would you think about the rate of return on the roughly $900 million of capital invested in 1Q and kind of distribution from midstream return versus upstream return?

## R. A. Walker
*Chairman & CEO*

Well, David, I think, when we look at a midstream return from an APC perspective, that might be different than a Western Gas. So if I could just stay with Anadarko only for a minute because typically, in the past at least, when we make an upstream investment, we think about the cost of also getting that to whatever is the delivery point, so that midstream build-out is a part of the upstream spend. So it would be a rate of return that would include getting that product into a market. Now that's different than Western Gas, and I know you fully appreciate that. That's why, going back to 2008, we saw those 2 markets valuing the assets differently. And why we put Western Gas in place as a result, we felt like it just really gave us a lot of optionality around 2 distinct assets. Although, from the standpoint of the investment, if you can't move a hydrocarbon into a market, then you haven't completed the cost of completion. So when we look at whatever we're doing new; or whatever Darrell may be, as an example, is thinking about incrementally in the Delaware Basin, that build-out, if it's on our nickel, would include that rate of return bundled with the upstream. Now as Western Gas evolves in its life cycle and becomes larger and in many cases, particularly say for instance, in the Permian, where Western Gas has a lot of stand-alone third-party business, then that becomes a little bit different equation. And maybe with that, if I could, I'll let Bob just approach it a little bit with Darrell by saying that you do have a bifurcation where Western Gas has its own rates of return and Anadarko has its own rates of return. But we do think about the process, I mean gathering, in a vacuum pretty much the way I just described it. And Bob, I don't know if you have anything you'd like to add.

## Robert G. Gwin
*President*

I think the only thing I would add is that, the rates of return to Anadarko, we look at on a full-cycle basis, including the subsequent sale of those assets, those midstream assets that Anadarko develops, to Western Gas. And the full-cycle economics to Anadarko are quite attractive on that midstream investment. And then of course, Western is very competitive in terms of its rates of return under primarily cost-of-service agreements with Anadarko and third-party producers. Western's economics are self-evident in their own financials. And they'll report earnings, I think, tomorrow.

## Darrell E. Hollek
*Former Executive Vice President of Operations*

The only thing I'd add to that, this is Darrell, is that the -- we have an added benefit, as WES, particularly as it continues to take on third-party volumes. And in Delaware, they're doing that in a big way, but Anadarko gets the benefit as that infrastructure gets moved throughout that whole Delaware Basin. There's places where we get to take advantage of it just because it gets there before we're actually developing some of our own acreage.

## Robert G. Gwin
*President*

Does that address what you were curious about?

## David Martin Heikkinen
*Heikkinen Energy Advisors, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751666

Yes, that's exactly -- I was just -- that segregation and thought process is what I was curious about, as we've spent some more time on it recently. That's helpful. And then on the exploratory side, really I don't have experience with horizontal deliverability and deepwater reservoirs. Can you talk about what your modeling expectations would be? And then can you think about any of the appraisal results and impact on size for the -- in Côte d'Ivoire?

**Robert P. Daniels**
*Former Executive Vice President*

Yes, David, the #5 well was drilled between the discovery and #3. And it came in exactly as we had prognosed, about 100 feet true vertical thickness. The advantage with the horizontal is that you got to see a lot of that section in a lateral sense, which confirmed our seismic interpretation. Our EEI volume would have said the exact same thing. And really, the deliverability issue around the #5 is to get as good a flow rate as quick as we can to send a pressure pulse to the 1 and 3 so that we can prove up connectivity. So we wanted as much reservoir section open to give us those high volumes and a good pressure drawdown pulse that would send -- that we could then monitor because that's a key question that we have to have answered before we would move into a development phase is, what is the connectivity of the reservoir. So there were reasons beyond the actual ultimate production of this field that we put a horizontal well here because it's going to accelerate the evaluation during the appraisal phase and get us better data quicker. And so that's one of the main reasons that we did it in this case.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

How long a lateral was it?

**R. A. Walker**
*Chairman & CEO*

It was a little over 3,000 feet.

**Robert P. Daniels**
*Former Executive Vice President*

Yes, 3,000 feet.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Of reservoir, okay. And any idea on size for Paon now with the -- this well and what would be a good production rate?

**Robert P. Daniels**
*Former Executive Vice President*

I don't think beyond what we've said before. Nothing has changed with this well. It just confirms what we'd originally thought. I think that the key questions now are, what is the deliverability? What's connectivity? And are there any kind of boundaries that maybe we haven't seen? And so we'll get all of that information, or a lot of that information, from these -- this DST and monitoring.

**Operator**

And our next question comes from Jon Wolff from Jefferies.

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

Better late than never. I don't want to keep up -- take up too much time, but Gulf of Mexico seems to be evolving into sort of a, for the industry, into more of a tieback strategy where there's a lot of upfront payment to create a facility. And then you can reap benefits by potentially gathering volumes for others; and/or if reservoir performs better than you think, you get the capacity yourself. Kind of point [ph]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751667

number one on that. And then second, are we out of Miocene inventory in the U.S. Gulf of Mexico from a scalable standpoint? And then thirdly, can you talk about the rig rolloff schedule and how that might apply to a partner risk in terms of farm-downs and getting your interest to the right level so you don't have any CapEx creep?

**R. A. Walker**
*Chairman & CEO*

Okay, John, we'll tag team you with those 3 questions. I'd only start by saying having infrastructure in the Gulf of Mexico definitely separates us from many, not -- but not all of our peers. It allows companies like ourselves to be able to look to commercialize opportunities in this price environment at attractive rates of return that we wouldn't be able to even consider without the leverage of that infrastructure. Consequently, as we think about the infrastructure we have today, we're pretty comforted by the fact that it gives us that kind of optionality. And I -- whether it's for our own volumes, as you described, or for the production handling agreement that we would have in place to move that for others, we see that as a real strategic advantage for us. And I might ask Jim to handle the second part of your question and if Bob Daniels would, the third part.

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

So the question around the economics and the inventory, I think, I'll address from what we have in our existing fields. And as Al stated, those tiebacks provide very good opportunities because they're generally high-flow-rate wells with very little connection costs to the existing subsea infrastructure. In a lot of cases where we have the infrastructure already installed and we have available processing capacity and pipeline takeout capacity, we can lever that infrastructure, which has already been depreciated not only with our own equity opportunities, as we've mentioned, in Caesar/Tonga and some of our infield wells in Lucius, but also with other tiebacks that may be close proximity to our hubs. And so oftentimes, you'll find other operators who have had discoveries and maybe not as large to justify a greenfield development but have tieback capability within distance to us. We then will negotiate a process handling agreement. So those opportunities are out there. And we continually seek those, as well as operators seek those tiebacks to us. Regarding the Miocene opportunity after what we currently have identified, I'll let Bob address that from an exploration standpoint.

**Robert P. Daniels**
*Former Executive Vice President*

Yes, from -- John, from an exploration standpoint, I don't see that the Miocene inventory is exhausted in the Gulf of Mexico. We just had a discovery last year at Yeti in the Miocene. We're drilling several wells this year, both tiebacks and one which is really an exploratory well around our K2 area called Warrior, which is a very good Miocene prospect. We're the apparent high bidder on 2 prospects, 4 blocks, in the most recent lease sale which were Mio-Pliocene prospects. So we see still potential out there for not only tieback opportunities but for potential stand-alone exploratory wells. So we're continuing to work that.

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

Would you consider -- is it in your thought process to build or to have an FPSO that maybe is a little big for your needs with that view that there -- that you're in a good neighborhood? Or does...

**R. A. Walker**
*Chairman & CEO*

I'm not sure that, that's probably the best use of our balance sheet or our capital. I think the reason that we chose to do what we did at Heidelberg is that we used a design capability that we had with Lucius that allowed us to build an identical type of spar at about $1 billion less than we would have otherwise. And so we might have taken the view, if you think about it in that context, that if we had excess capacity, we weren't going to worry about it, but that was only because we were able to really reduce significantly the costs to build that spar and the delivery of that spar.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751668

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

Got it. Rig rolloffs and rig risk to -- risk of farm-downs, of interests in a tough environment; or dropouts, like in the case of Marathon. I guess there's another partner, but...

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Jon, in answer to your question on rig rolloffs, we have rigs under contract right now that extend at various dates. And those rigs are -- the first one expires in the first part of 2017. Then we have a second rig the rolls off in the last quarter of '17. And then subsequent rigs roll off in the years of '18, '19 and '20. So we manage that rig inventory along with our exploration development opportunities and manage our partner groups so that we have support of our drilling prospects and the development activities that we take with our partnership groups. So we would anticipate those rigs rolling off contract when the contracts are due. There may be some cases where we take a holiday with a rig, but we don't anticipate that in the schedule as you see it right now.

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

Okay. Is 35%, 40% a good number for a comfort level in terms of working interest?

**R. A. Walker**
*Chairman & CEO*

Yes, I'd say 35% to 40% is sort of a relevant range for us, Jon. And we may take plus -- and I can use Paon as an example. We might, as we are today, be sitting on more than that, but if we choose to go to development and sanction the project, our approach would be pretty similar from our playbook. We would be looking for a partner to reduce our working interests and having our capital either monetized or carried as the case may be.

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

Okay. Sorry, just one quick one because I'm so highly interested. Northeast PA, you said no curtailments in 1Q. It's a little different message. Cabot had similar comments. The industry hasn't invested much in 2, 3 years. Is there any case for a tightening of the Northeast PA market just on its own merits without having to worry about new expansions out of the basin?

**A. Scott Moore**
*Former Senior Vice President of Midstream & Marketing*

This is Scott Moore again. I would say, in the first quarter, we did see about a $0.10 uplift in our sales prices because the Transco Leidy Southeast project into service. So that was about 0.5 b [ph] a day capacity being added. It didn't move the basin pricing up a lot. The pipelines are still fairly fully utilized. And really the next big relief would come from the Atlantic Sunrise Project. The potential delay of Constitution is not particularly helpful. So I think it's going to remain challenged, and we do look forward to those projects coming forward.

**R. A. Walker**
*Chairman & CEO*

And appreciate the interest today and wish everyone the best. And we'll look forward to talking to you in 90 days. Thank you.

**Operator**
And thank you. The conference has now concluded, and we thank you all for attending today's presentation. You may now disconnect your lines, and have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01751669

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01751670