# Exhibit 86

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# Company Conference Presentation

Wednesday, May 11, 2016 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01319748

# Table of Contents

Call Participants ............................................................................. 3

Presentation .................................................................................. 4

Question and Answer ...................................................................... 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

APC-01319749

# Call Participants

## EXECUTIVES

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

**Unknown Executive**

## ANALYSTS

**Robert S Morris**
*Citigroup Inc, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319750

# Presentation

**Robert S Morris**
*Citigroup Inc, Research Division*

Here this morning with the first session. Very pleased to have Ernie Leyendecker, Senior VP of International Exploration for Anadarko, presenting this morning. And you know the format. We're going to have 5-, 10-, 15-minute overview, and then we'll open it up for Q&A. It's meant to be interactive, so everybody, feel free to add jump in and ask questions.

But as most of you know, we have a buy rating on Anadarko. They just reported earnings last week, very good results. And we put a note out on that. But without further ado, I'm going to turn it over to Ernie and let him give the presentation.

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Thanks, Bob. Good morning, everybody. Thank you very much for having us. We're happy to be here, particularly with this glorious weather we're having here in Boston. So it's good to be here.

Really wanted to open this morning just with a few thoughts around our highlights from the first quarter and the achievements we made in the beginning of this year, and I thought it was noteworthy to mention a few things to remind the audience and the people here. Because we think they're quite remarkable.

First of all, earlier in the quarter, we announced our capital plan for the year, which was a 50% reduction in cost of capital year-over-year from 2015 and actually, 70% reduction in capital from 2014, all while leaving oil volumes flat year-over-year and particularly exiting quarter-over-quarter at the end of 2016. So that was one achievement.

Secondly, we reduced our dividend, as many of you probably know, saving -- cutting 81%, saving approximately $450 million or so on a go-forward basis per annum. We also announced a number of monetizations in the first quarter, $1.3 billion worth of monetizations in the quarter, which, again, we continue to be active managers of our portfolio as we have historically done, which is critical for us to continue to balance our cash inflows with our cash outflows, provide this liquidity and flexibility and shore up the balance sheet a little bit.

We've also, subsequent to that, talked about another $700 million worth of monetizations, which we're working on. We hope to close in the second quarter, bringing the total at the end of the second quarter to somewhere around $2 billion or so, with a target to achieve somewhere between $2 billion and $3 billion worth of asset monetizations over the course of 2016.

We also, in the first quarter, optimized our workforce, reducing our costs and positioning ourselves better operationally and financially to weather the lower-for-longer period in our environment, saving roughly $350 million or so per annum or so. So between the dividend reduction and the cost savings on the G&A side, a material amount of savings on a go-forward basis that continue to give us more flexibility and reduce our cost structure.

And then we issued $3 billion worth of bonds to refinance our -- all of our 2016 maturities and some of our 2017. And that was quite a remarkable achievement in light of things going on in the ratings agencies, and so we're happy that we were able to issue those at what we continue to believe are investment-grade company ratings.

So -- and then finally, we continue to increase our liquids mix as we have achieved first production at one particular field in the Gulf of Mexico, at Heidelberg and continue to have full production from Lucius. We're anticipating first production from another international field in Ghana called TEN in the third quarter of this year. So liquids content keeps improving over the course of the year, which lets us basically exit the year with flat oil volumes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319751

And then finally, additional cost savings and reductions in our onshore program. We continue to work on that -- the cost structure, particularly at DJ Basin, where we've reduced our cost by about 11% year-over-year for new wells as well as in the Delaware Basin, where we reduced our cost by about $1 million or so. So our copy DJ Basin well is now running about $2.4 million per well, and our copy prototype well, the Delaware, is running about $6.2 million. And we're still not drilling on pads in the Delaware. So we're still doing the appraisal delineation of the entire Delaware Wolfcamp while we continue to build out our midstream there.

So I thought those were noteworthy accomplishments, which I will start with just to remind the audience of what we think was a significant amount of work that the team has done over the course of Q1. And of course, we anticipate a equivalent type of noteworthy events to happen in Q2. And looking forward to having discussion today with you, Bob, and everyone on what you'd like to talk about.
So with that, I think I'll leave it there and turn it back to you, Bob.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319752

# Question and Answer

**Robert S Morris**
*Citigroup Inc, Research Division*

Okay. Great. Let me just kick it off with the first question. You mentioned that you hoped to close another $700 million in asset sales during the second quarter. How has the market improved? I know there's a lot more out there that you could sell if you wanted to. Given the move up in oil price, is the market improving for selling assets? Are you seeing better opportunities? Or how is that developing?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Well, I think we continue to receive a lot of inbound traffic on a lot of our assets because we believe we're operator of choice and so we lead a lot of our assets. And given the diversified asset portfolio we have, there always seems to be someone who has a particular interest in a particular geographic or geologic area. So we still see it as fairly healthy marketplace, and we believe we're going to -- we're confident we're going to be able to achieve the $700 million of additional monetizations, and then others, perhaps, as we go through the balance of 2016.

**Robert S Morris**
*Citigroup Inc, Research Division*

On the international front, you've obviously had some great success in the past: offshore Ghana, with TEN coming on this year, as you mentioned; offshore Côte d'Ivoire and you had a great gas discovery offshore Mozambique. Different companies are taking different tacks in this environment. Some claim that it's a better environment to explore because costs are lowering. There's less competition. On the other hand, it's more and more difficult to find oil. We found a lot of gas line companies who found a lot of natural gas around the world, but it's more and more difficult to find oil. Going forward, do you guys see it as a better opportunity for exploration internationally to find oil? Or would you rather slow it down and kind of focus on what you've already discovered?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Well, Bob, being an explorer, I would like to continue to explore, but we all have to take in consideration the current environment. So a couple of things to note within the international organic exploration world. It's a challenging thing to find oily basins, obviously. There's lots of opportunity for international gas. There's plenty of gas, as in particular, in places where we operate, obviously, in Mozambique, where we made one of the most remarkable discoveries in the last 20 years. So finding gas is probably a little bit less challenging than finding oil, and that's one of our greatest challenges, to find oily basins. We do find ourselves a very attracted to oily basins. But as you look at the global landscape, they appear to be somewhat limited. So obviously, we love the Gulf basin, the basin that keeps on giving. I think there's -- we love the Cretaceous margin in West Africa, where we're active in CI, obviously have discoveries in Ghana on production in TEN that's nearing first production. But the rest of the globe, we continue to scour and look for access and opportunities, for oil opportunities, for oil exploration. But in the current environment, we're focusing our international and offshore exploration and appraisal activities more of a limited sense than we have in the past. So you mentioned Côte d'Ivoire. Currently, we're drilling and we're in an appraisal campaign in Côte d'Ivoire on our CI-103 block at our Paon discovery, where we just recently finished drilling an appraisal well, a horizontal appraisal well, which in itself is remarkable. Because it's the first time we have applied horizontal technology to the offshore environment as an operator, as Anadarko as an operator. That is game changing for us in the sense that we look at trying to continue to reduce the cost structure and improve our economics. So drilling a 1,000-meter lateral in the Paon reservoir gives us access to higher deliverability, exposes us to more reservoir contact, so -- and potentially, higher EURs. So today, we're back to drilling -- we're reentering another well, which we previously drilled, an appraisal well. We're drilling another lateral on that. We will subsequently put gauges in that, and then we'll go updip of the appraisal well we just drilled, and we'll put gauges in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319753

that. Then we'll come back to the well in the middle of the 2 wells that were discovered and conduct a drillstem test and an interference test to look at the reservoir producibility, deliverability, connectivity and continuity. So application of advanced technology is something that we continue to look for and apply all around the globe, including offshore. We're also going to replicate what we've done in Mozambique with interference testing to try and understand how wells communicate to each other within the reservoir. So our international and offshore exploration and appraisal program is really focused on: one, appraisal activities in Côte d'Ivoire, and then we'll follow up very quickly with 2 exciting exploration wells where, I call it, we're going to try and extend the trend. So effectively, we're going to drill a couple of wells, one on CI block 528, called Rossignol; and one on CI block 527, called Pelican. Same section basically, just one depositional system removed from the Paon discovery, so petroleum system, relatively derisked. I'm very excited about that. And then we will move that rig back to Colombia and continue our campaign in the Gran Fuerte area, where we opened up a new frontier, a gas frontier there. Beyond that, in the Gulf of Mexico, we continue to appraise our Shenandoah -- our fantastic Shenandoah discovery and apply the rest of our rig fleet to tiebacks and near-field infrastructure, exploiting our hub-and-spoke focus in the Gulf.

**Robert S Morris**
*Citigroup Inc, Research Division*

Yes. You're going to drill a horizontal gas well onshore Algeria this year, too. Am I correct?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

No, I don't believe we're going to drill a horizontal well in Algeria. We've been looking for a long time at...

**Robert S Morris**
*Citigroup Inc, Research Division*

I know there's a lot of gas potential that you talked about in the past in onshore Algeria. But...

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

There is a significant amount of gas potential in the Berkine Basin. And we do have -- we are talking about securing a position in a couple of different countries in North Africa. But we don't -- we're not ready to drill any horizontal wells and test them. We don't have a mandate to do that. We have been following and as a technical adviser, have been helping Sonatrach evaluate a couple of wells they drilled in a basin in-country. But those are not ours.

**Unknown Analyst**

The situation on Heidelberg is a little bit confusing from the outside. I mean, you guys continue to say that it's been within guidance while the partners seem to be disappointed with what is happening. Could you say a little bit more just to help us understand?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Certainly. So Heidelberg, yes, we do believe it's within our guidance. Of course, we don't break out individual wells or fields, as all of you are keenly aware of, I'm certain. But on an annualized basis, it is still within guidance. So we have 3 wells to date. They're producing about 15,000 barrels a day or so. They all obviously have variable production rates and are being produced variable drawdowns and chokes, et cetera. So not every well is the exact same rate. So a couple of the wells that we have there, we have placed in a structural position different from a third well. And so we have variable production rates from them, and we expect them. The other thing is we continue to manage the drawdown on all of the wells and ramp up production as we continue to monitor the performance of the depletion of the reservoirs. So it's -- for us, it's just routine drilling reservoir surveillance, and every well is different. So as we speak, we're about to spud yet the fourth well at Heidelberg at yet again, different structural location. We did encounter more structural complexities than we initially thought, and that's always the case. You always -- when you put wells, you learn more information about stratigraphy, reservoir rock and fluid properties.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319754

But we don't see it anomalous and certainly within our overall volumes and annual volume guidance. It isn't as material as it is to some of the partners who -- it is a material event, perhaps, for them, and they may see things differently. They may have forecasted things differently than we did. But as the operator, we're managing the wells prudently, and we're ramping the field up carefully because there are a lot of things that can happen if you open up a well and gut it with a really high drawdown. And we don't want that to happen. We've learned a lot of lessons in the Gulf of Mexico over many, many years. And it's just a prudent approach to try and managing the reservoir performances of the wells.

**Unknown Analyst**

Can you speak to where there might be the most room for incremental cost pullout out of offshore projects right now? And also just maybe speak to where you see the Gulf of Mexico going as far as exploration going.

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

So incremental cost pullout, I'll use a baseball analogy. The offshore world probably lag the onshore world in their reactive time to improving the cost structure a little bit. We're probably in about the sixth or seventh inning or so. We've seen some cost reductions in a range of 15% to 30% in various services offshore. Obviously, the rig fleet that is under long-term contract for us and our industry partners is at pre-2014 rig rates. And that market rate has changed because of the rig utilization. So going forward, as those rigs roll off, there is scope, obviously, for hiring rigs at a significantly reduced day rate. And then coupled with the service side, significantly reduced spread rate. So going forward, I think we will see much different well costs and cost structures for opportunities going forward. The second part of your question, I believe, was about Gulf of Mexico exploration. Well, I've worked with the Gulf of Mexico for a long time, and I like to talk about it in the context of being the basin that keeps on giving. There's a few basins around the world that are like that, including the Permian. But in the Gulf, in particular, I believe the Gulf has competitive advantages that are unique to the Gulf. It has a geologic advantage that is remarkable because it has a very rich petroleum system that's very active with lots of sediment input, lots of source rock, lots of salt tectonics that created lots of trapping mechanisms and a lot of well control. So it has a remarkable geologic advantage. It also has a remarkable commercial advantage in that it's a relatively stable fiscal environment. It produces high-margin barrels. It's typically a very, very oily basin, which is why we like it a lot. It has some competitive advantages over a lot of places as well. It's got very mature infrastructure with the pipelines and access to markets that is very different from many, many offshore basins around the world. So the Gulf is a, in my view, one of the most opportunistic places. And you see us, in particular, going forward looking at it in the context of continuing to leverage our hub-and-spoke technology, where we have near infrastructure opportunities, drilling good prospects near good infrastructure, and we have a list of those, really, we continue to work on in and around our fields: Lucius, K2, Caesar/Tonga. So that's where we're focusing a lot of our efforts because we can generate greater than 30% rate of returns. We've already spent the capital on the infrastructures, so it's really a function of getting well tied back into that.

**Unknown Analyst**

Just had a follow up to the Gulf of Mexico question. In your guidance, I think, you have overall production in the Gulf of Mexico trending down this year versus last year, but liquids production trending up. So I just want to make sure I understand. Is that just legacy gas production sort of declining this year and then the follow up to that is...

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Yes, good question. So really, Independence Hub was our big gas field. It's really been declining quite steadily, and it's being displaced effectively by a full year production from the Lucius field as well as the ramp up of the Heidelberg field to 2016. So we have a full year of Lucius now. And that field continues to produce in an outstanding manner. Just gets better and better [indiscernible] as we see it perform.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319755

You continue to see your liquids production growing in the -- for you guys into '17 and '18?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

We do through the balance of the year and into '17. I can't recall exactly what we've guided to yet on 2017 and beyond. But that'll be a function, obviously, of plateau production performance at the new fields and the new wells. So we continue to drill and complete in and around Caesar/Tonga, K2 and Heidelberg and Lucius.

**Unknown Analyst**

In terms of the CapEx spend on your larger projects that might not be productive this year, when do you foresee some of these project spends coming online? Is it '18, '19 in terms of turning into productive capital?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Well, some of that is going to start feathering in into late 2016 and '17 when we think about the tiebacks from the Gulf of Mexico. The other major projects, obviously TEN, we're nearing the end and have a lot of that capital behind us. So third quarter of 2016, we start to see that come online and ultimately ramp up into 2017. Beyond that, major capital projects are, at the moment, idled because of the current price environment. We're taking a very measured approach to continue capital investment in those mid-cycle and megaprojects. Although we continue to look at the long view and realize and recognize that those major projects, those organic projects, continue to give us optionality and option value. The unique thing about those major capital projects is that it really offsets a much higher base decline rate from the unconventionals. So one of the differentiating parts of Anadarko's asset portfolio is that we have a blend of unconventional and conventional. And the conventional is typically defined by higher-margin oil opportunities internationally in the Gulf of Mexico. So to answer your question, kind of that's the landscape of the major capital projects.

**Unknown Analyst**

So basically, beyond this year, there's -- your capital spend is going to be well focused on productive -- meaning production that comes online?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Sure.

**Unknown Executive**

I mean, we're still going to have the longer-day cycle in terms of exploration so far as the -- I think in Ernie's point, in terms of already sanctioned megaprojects, those over projects after TEN, which comes online this year, we don't have anything else sanctioned in the queue. Now Côte d'Ivoire, if successful, could be the next one, but we don't have anything else in terms of dedicated capital with the possible exception of the Delaware Basin where we're spending things and we classify more as mid-cycle because of the appraisal requirements in the delineation that's being done there.

**Robert S Morris**
*Citigroup Inc, Research Division*

Ernie, turning over to Mozambique. How confident are you that you'll reach FID for that this year? And what are sort of the boxes you need to check to get there? Is it just things like reaching agreements with the government on a whole host of things, from employing local people, to building roads, to building schools and just getting through a laundry list of items to get to the FID to make sure this project moves forward and the government can't stop it or slow it down at any point?

**Ernest A. Leyendecker**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319756

*Former Executive Vice President of Exploration*

So thanks for the question, Bob. The pace of activity is really going to be dictated by the Mozambique government. And the boxes that we still need to check, in that vernacular, really are continuing to secure a legal and contractual framework to enable us to go ahead with all of the engineering procurement, construction and installation parts of the major project. The second major box we need to check really is to convert the Heads of Agreements for LNG into Sales and Purchase Agreements. And finally, the third major box we really need to complete is financing. So really, those are the remaining activities. We'll see how fast the government is willing to move. We're able to maintain the option value on that for less than $100 million of capital in our program this year, so we're not going to sanction it till we're confident we have all those things done, and it's an economic project.

**Robert S Morris**
*Citigroup Inc, Research Division*

You said the third thing was financing. Is that the third?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

That's correct.

**Robert S Morris**
*Citigroup Inc, Research Division*

Okay. So I guess, confidence in getting that done and getting FID this year? High? Low? 50-50?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Difficult to gauge. Really, it's -- I think the Mozambique government is motivated, given some recent pressures on them. But it's a new world for them. It's going to be a game changer for that country. So it's hard to really handicap whether we can get there this year or not. We're -- we'll see.

**Robert S Morris**
*Citigroup Inc, Research Division*

But the sales contracts for the gas, you have to get the FID and all that settled before you can actually turn the Heads of Agreement into sales contracts, correct?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

We need to get all 3 of those things done, really, to continue to move forward.

**Unknown Analyst**

What is your long-term strategy for debt reduction? Or do you plan on deleveraging naturally through EBITDA once prices recover?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

So long-term strategy for debt reduction in the balance sheet, we've taken care a lot of the short term things. We will continue to try and build cash through the year through multiple levers. One that I've talked about early was the asset monetizations. We talked about the 2017 maturities that we'll probably look to refinance or do something with the monetizations or our liquidity. Long term, I think we're pretty comfortable where we are at this point in time, and I really can't give you any more color on the rest of the debt at this point in time.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319757

Can you just run through, in terms of the onshore allocation of capital, what sort of price -- I think you're sitting with around 230 DUCs. What sort of price do you anticipate before you'll start ramping up activity in that area? And then, I guess more holistically, how do you internally now think about the allocation of capital to onshore versus offshore -- sorry, domestic versus international?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

So we reduced our maintenance capital onshore in our short-cycle investments by, what, about $900 million year-over-year. And as we think about the forward curve and commodity prices, we're not in a hurry to go back to work and put a bunch of rigs back to work. The 2 basins, of course, that we really like, that are part of the crown jewels of Anadarko's asset portfolio are the DJ Basin in Wattenberg and the Delaware Basin. I think we've talked about the breakeven prices for those 2 assets for new wells being $35 and $30 for the DJ -- I'm sorry, for the Delaware, and then $30 and $25 for new wells drilled and completions, if I got that right. So we're -- we may reallocate capital within the existing capital plan for 2016, but we're not going to continue -- we're not going to add additional capital for those assets. We just don't think we're ready. The $50 mark is not something that we think is a triggering event for us. We really believe we need to see sustained prices for a longer period of time to feel confident that we're going to generate reasonable returns for those short-cycle investments. Putting rigs back to work is really just going to compound the problem and the volatility that we see going forward. We are optimistic that the market will be balanced in the second half of the year. But in our view, it's still going to be a very bumpy ride. There's just going to a lot of volatility between now and then, and it doesn't really cause us to change our capital plans at all and shift dollars, large amount of dollars from international offshore back over to the onshore. We'll move dollars around in and around the U.S. onshore, and we'll continue to maintain our acreage position in the Delaware Basin and grow our midstream position in the Delaware Basin. We're only running about half a dozen rigs or so in total, and those are primarily in the Delaware Basin today.

**Robert S Morris**
*Citigroup Inc, Research Division*

But on the DUCs, do you see -- if you do get a more sustained price, is that your trigger? Is that the acceleration of completion on the existing DUCs? Or do you see -- you have to sustain the drilling process on a number of DUCs in the inventory. Or do you see your activity accelerating through completion?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

I don't see activity accelerating, but I'd see us using the intentionally drilled, uncompleted wells as a lever for flexibility.

**Unknown Analyst**

Sorry, and on the decision on going forward in a $50 to $60 oil price environment, how are you going to decide to allocate that capital for longer term? I don't mean on projects you have now. I mean in terms of going forward, how do you see yourselves structurally?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

For the longer term, we'll -- we have a very comprehensive planning model really and as we think about devolving over the course of this particular cycle, it'll change, honestly, for 2017 and beyond. Our tactical plans, really, like many in the industry, are to survive this particular period, obviously. We're fortunate and blessed to have a diversified portfolio that allows us to do that. But we'll see what the future holds in terms of reallocation of capital. We won't put money back in rigs back to work if it doesn't make any sense, because we're not generating the returns that we need and we're just growing production. Our focus is really on preserving and enhancing value for the future. And we don't see a reason to continue to grow production for the sake of growth at this point in time if there's no returns.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319758

**Robert S Morris**
*Citigroup Inc, Research Division*

And sort of in that regard, Ernie, every company we've seen to reported in the last 2 weeks, came in costs lot lower than when they guided to or anticipated. And yourselves, to the extent that while you're keeping your budget the same, you're now going to run 6 instead of 4 rigs in the Delaware with the cost savings you've realized. Is there a lot more? It seems like every quarter, we think we've hit the limit and companies continue to reduce cost and find ways to improve efficiencies. How much more room do we have to run on that? Or is that -- will it continue to be every quarter, continued improvement?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

I think there's probably a little bit more, Bob. I'm not sure how much more there is. I know it probably feels to all of us in the room that we might have bottomed out on the cycle of commodity prices. And as we continue to see upward pressure on oil prices, I think you'll see some return pressure on cost and services. But it will lag. Historically, as I think back across the cycle of my career, it's not an instantaneous thing. I mean, the service side has retired a lot of iron and idled it, and people. So it'll take a while to catch up, is my personal view.

**Unknown Analyst**

Can I go back to the strategy on the DJ and Delaware because it's slightly different from what I've heard from other people. Or maybe I just don't hear it often at least. I hear others say if we get $50 hedged, grow. And you'll say, "I need to see sustainably the hedging prices, not the price I want, to drive my production." Could you just elaborate? Is it because these don't make appropriate returns at $50 forward? Or is it because you -- this belief about value, and it's better to wait 12 months and get $60 oil. I'm just trying -- it's different from what I've heard from other people. I mean, and I'm interested in -- you must have seen in your share price reaction to this strategy and others' share price reaction to their strategy of hedging and growth.

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

So we don't hedge for project economics. We hedge to protect our capital program in our -- on our cash flow. So it is, we look for value. I mean, you hit the nail on the head. We think about our asset portfolio. We're looking at the value proposition there, not just cycling cash in a low-price- environment. So -- and we're, as I've said, we're fortunate to have a diversified choice of assets with which to invest in. And we believe, at the moment, that the offshore Gulf of Mexico tiebacks to generate very robust returns. So we're not ready to go put a bunch of rigs back to work at the current price environment in the Delaware or the DJ and just cycle cash. We would prefer to preserve that value for a future date and, yes, a higher commodity price environment. We'll maintain our -- the assets, obviously, and maintain production and maintain the leases and maintain the facilities. But as I said earlier, we'll take the intentional drilled and completed wells and use those for flexibility where we can. Given the Gulf or the international portfolio that allows us to exit the year in effectively flat oil volumes, there's no need for us to reallocate and add more rigs and allocate more capital to the Delaware, in the Permian or the DJ at this point in time.

**Robert S Morris**
*Citigroup Inc, Research Division*

Ernie, you've been pretty disciplined on the onshore U.S. You got your 2 big plays as you mentioned, the DJ Basin and the Delaware. The Delaware is something that you sort of entered into just a few years ago. There have been several companies at the conference talk about new plays and doing exploration, acquiring acreage and potential new plays onshore in the U.S. Are you guys also looking -- or do you see other plays that you'd like to enter into to add to the Delaware and the DJ?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319759

We don't ordinarily talk about what new plays we're looking at. We lose our competitive advantage. But I would remind you that we recently increased the total resources in our Delaware position to 2 billion barrels of resources. So we have about 10 different stack intervals out there in the Delaware Basin, that we think there's lots of vertical opportunity within the existing position. So there's lots of running room there. Having said that, as you all know, we're very active managers of our portfolio. We will continue to optimize our positions and where we think it's right, sell or buy. But we don't have any -- we're not telling you what we're going to buy or sell today. We just like the Permian because it's another basin that keeps on giving, and our position in the Delaware, we think is a premier position.

**Robert S Morris**
*Citigroup Inc, Research Division*

Yes, I don't expect you to tell us what you're buying. But are there other plays? So is there something else out there that you're excited about, that you're acquiring acreage on that you think is something you could talk about in the future?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

Not at this point in time, Bob. We're not prepared to talk about any of those.

**Robert S Morris**
*Citigroup Inc, Research Division*

Okay. So you're not out buying acreage.

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

No comment.

**Robert S Morris**
*Citigroup Inc, Research Division*

Okay. I'm sorry, I didn't mean to push.

**Unknown Analyst**

A question on the midstream side of the equation. You've extracted about $13 billion, I guess, out of WES and WGP over the last several years. Can you just comment how you look at that vehicle as a -- do you look at it as funding vehicle? Do you look at it as sort of a partner as you grow the business? I'm just trying to understand how you look at that entity. And there's been -- there were some comments in the press that you used the MLP to fund Mozambique. In some ways, you're performing -- liquidate some portion of it to finance Mozambique. So I'm just trying to understand how you're looking at the vehicle.

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

So great question. Thank you very much, and you're spot on. We do look at it as a lever for potential funding. As we have historically, you've seen us issue secondary -- make secondary offerings and generate a little bit of liquidity. But we also look at it in the context of being a partner, a facilitative partner for midstream and allows us to control our takeaway with WES. So we will continue to look at the options in and around WES as a vehicle for liquidity. We're not saying we're going to do anything today, but that's how we look at it, exactly as you described it. It's a lever for us.

**Unknown Analyst**

And what's -- I mean, what's the real backlog for WES today, I mean, given your slowdown in the capital budget. I mean, is there still a significant backlog for WES or West GP in terms of growth? Or does that slow down eventually?

**Ernest A. Leyendecker**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319760

*Former Executive Vice President of Exploration*

Tough question there. There are still assets that we believe would make sense materially to fit into the West portfolio. We're not talking about them today. We'll see what the future holds for WES.

## Unknown Executive

Yes, I could add to that a little bit if you like, Ernie. Whereas -- when WES was originally created, it was primarily a drop-down story, because you had substantial EBITDA at the Anadarko level that can be dropped down to fund the growth and distributions of Western Gas. And today, you still probably have the neighborhood of about $200 million of EBITDA sitting at the Anadarko level that's eligible for drop-down. But Western Gas has matured so that is now -- probably more of its growth is actually coming from organic projects. That's building out new assets for Anadarko as our partner in the Delaware Basin, which is an area that has, as Ernie mentioned, has fantastic resource potential but is starved for infrastructure. And so if you actually look at Western Gas over last couple of years, they have spent more on midstream capital and development than Anadarko has as part of that evolution, and they've been actively out building out third-party business. So they certainly see particularly in the Delaware, they see quite a bit of room for growth and expansion through that side. So it continues to be, as Ernie says, not only a partner for us in building out our competitive advantages for various spaces, but also a source of funds, i.e., through drop downs like we did this year or in [indiscernible] MLP markets when we'll go back to selling more of our ownership out, and so we still control about 84% of WGP.

## Unknown Analyst

Could you speak a little bit about the bid for asset sales right now? I know Conoco said in their last conference call that it's gotten softer. Other E&P companies are saying that assets are getting bid up, discounting $20 higher prices, and it seems like there's a very big disparity between where asset prices are now. Actually depends on whether or not somebody's a seller of assets or not, but just maybe speak to that.

## Ernest A. Leyendecker
*Former Executive Vice President of Exploration*

Well, I think there's always a healthy spread between bid and ask. And particularly right now, people -- the bidders want premium and top price and -- sorry, the people asking or selling their properties are looking for 2014 type of valuations. But the bidders are not willing to pay that right now. So we still see it as a pretty healthy market, to be honest with you, and there are regionally -- regional differences and competitiveness for particular assets. Obviously, the Delaware and the Permian is still fairly attractive plays, attracting a lot of capital. And there are other places that are a little bit softer than that at the moment. So still a healthy bid-ask spread. We're getting a lot, as I said earlier, we're getting -- we're still getting a lot of inbound traffic, but it's always a negotiation in the end. The value is in the eye of the beholder.

## Robert S Morris
*Citigroup Inc, Research Division*

All right. Well, we're out of time. So Ernie, thank you very much for presenting this morning, asking all the -- answering all the questions. And everyone, thank you.

## Ernest A. Leyendecker
*Former Executive Vice President of Exploration*
Thank you, Bob. Appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319761

ANADARKO PETROLEUM CORPORATION COMPANY CONFERENCE PRESENTATION | MAY 11, 2016

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01319762

# Exhibit 87

24-May-2016

# Anadarko Petroleum Corp. (APC)

UBS Global Oil & Gas Conference

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 13
Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753704

**Anadarko Petroleum Corp.** *(APC)*
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

# CORPORATE PARTICIPANTS

Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

Shandell Szabo
*Director-Investor Relations, Anadarko Petroleum Corp.*

# MANAGEMENT DISCUSSION SECTION

### Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

Yeah.

### Unverified Participant

Okay. All right. We're going to get started. Our next presentation is Anadarko Petroleum. We've got a number of people from the IR team. I'm sure everybody knows John Colglazier, Brian and Shandell, who's recently joined the team. But to give the presentation today, we've got CFO, Bob Gwin.

So with that, I'll hand it off to Bob.

### Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

[ph] Bill (00:25), thanks and thanks for having us again. I love coming to Austin and it's one of the better and more enjoyable locations for us to come to every year. So we appreciate you continuing to invite us and have us here.

I want to talk for a moment about where we are this year. This slide, many of you may have seen for the first time on March 1st, we had our investor call and laid out our plan for the year. We say it's successfully navigating in a volatile environment and hopefully this environment has improved a little since March. Certainly, we've seen some encouraging signs on the commodity front and we, along with everyone else, are able to look a little more excited at the balance of the year and what the rest of the year could mean for us as we look at how we want to allocate that capital that's shown here at the bottom the page.

Back in March, when we laid this out, we wanted to focus a lot of our spending on the short cycle. For us, that means primarily in the DJ Basin and on a material number of tiebacks in the Gulf of Mexico that I'm going to talk about in more detail shortly, the fact that we're bringing TEN on later this year.

We also try to always look at the intermediate cycle and the longer cycle spend. We believe that continuing to focus solely on the short cycle creates a bit of a treadmill and creates less visibility on where future growth is going to come from. And so year in and year out, we'll allocate varying amounts to the mid- and long-cycle projects.

APC-01753705

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

If you look to the long cycle first, that's primarily exploration projects, but also some of the longer cycle development projects. Shenandoah, which we're going to talk about a little bit today; Colombia, where we have had some very encouraging drilling results; Mozambique, which we've talked about quite a bit in the past.

And then in at mid-cycle, we treat the Delaware Basin as a mid-cycle for one key reason. Certainly, we're seeing some of our investment in shorter cash cycle, but a lot of what we're doing there is moving toward a pad drilling environment after we get our infrastructure in place and are able to really drive down our well economics. And so, we think of this more as kind of a bit more of a science stage today where we're focusing on delineating our acreage position, building the infrastructure and positioning for the future.

And as the year goes on and we see some strengthening in the commodity cycle, which, of course, we hope to see, then although we don't expect to increase the capital budget during the course of the year, we might move some of this capital around to take advantage of the improving return dynamics in the short term.

So in 2016, there's a couple of things to talk about. You can see the numbers around our capital spend and our expectations on sales. We expect sales to come off a little during the year, that's all gas. Importantly, because of our diversified portfolio and the focus on some of the mega projects that have represented kind of that mid- and long-cycle spending in the past, those projects come on this year with Heidelberg earlier this year and the TEN development coming on later next year, helps us to keep those oil volumes flat.

Even though we've taken down capital 50% year-over-year, we think that that shows the resiliency of the portfolio, the low maintenance capital I'll talk about in a little bit. And we're pretty proud of that profile. Being able to keep oil flat year-over-year in this environment with really strong return dynamics we're pretty proud of.

One of the key things we're talking about doing this year and some of these slides will cover is a focus on the balance sheet, a focus on addressing some near-term maturities. We've talked in the past about reducing our net debt position and prospectively our gross debt position and we expect to do that largely through monetization. We're going to moderately outspend our early year expectations on discretionary cash flow, but spend well inside of our cash inflows, if you include the discretionary cash flow plus the cash from monetizations.

Now, we've talked at the time we laid this plan out in early March about $1.3 billion of monetizations that are now closed. And on our quarterly earnings call a couple of weeks back, we talked about another $700 million that we've reached agreement on and are working toward – moving toward closure. That gives us about $2 billion in the aggregate.

And for those of you following at home, we talked earlier this year about $2 billion to $3 billion in the aggregate of asset monetizations that we felt was appropriate to be able to not only supplement the funding of our program this year, but, as I mentioned earlier, to bring down the net debt and to use proceeds from asset sales to reduce the gross debt number. And so that's what we mean by they are underway.

Now, I'll point out that beyond that first $2 billion, we've got a number of projects that we continue to work on. And that $3 billion total number or the marginal billion that we're working on is a risk number. We've got a number of assets we've looked at that we don't think we'll receive funding relative to our very attractive opportunities in the DJ Basin and then the Delaware Basin, Wolfcamp, as well as these tieback opportunities in the Gulf of Mexico.

We think that will be the place we go to put our future capital primarily, and accordingly, some of these assets that have really good solid return economics at strip, primarily gas assets, we think are probably better in someone

APC-01753706

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

else's portfolio. And we are probably better monetizing them, redeploying those proceeds into first-producing debt and then into growing the company as we go forward.

I mentioned our maintenance capital; it's shown here on the graph in the gray at the bottom. That number has continued to come down over the last few years. A lot of that is because we've been bringing on these very attractive mega projects like Lucius coming on last year and as I mentioned, the other projects that will come on this year.

This is a snapshot at a point in time to show you where we spent the capital and the areas we spent it. And as you see last year and this year, we haven't focused any capital on growth. We focused on maintenance capital and on positioning the rest of the portfolio for growth in the future when the economics are sharply improved with an improved commodity price environment that we would expect.

We mentioned on here also that we will leverage what we call the IDUC inventory. Many of you are familiar with the DUC term, that's emerged a lot over the last of couple of years. IDUCs, the I stands for intentionally deferred, and those are the wells that we – after we drill, we wait to complete as opposed to the ones that are within our normal profile where we're always cycling crudes in and out of those assets and they're getting completed really concurrently or just after the drilling process.

We have about 230 of those in inventory when we entered the year and we didn't use up any of them, didn't go through any of them in the first quarter. We expect we'll go through a few. Our base case plan that I laid out on the prior slide includes working through a little bit of that inventory. But importantly, we look at these DUCs or these IDUCs, just like we do the rest of our portfolio. They need to be considered on a full cycle return on capital basis.

And so, even though the marginal economics of completing these today look attractive, and you would go ahead even at strip and complete these. We'd like to see moderately stronger commodity prices before we start moving into that inventory and eating through it because we're focused on ensuring. So we can't just ignore that sunk capital in the asset acquisition costs and the drilling expenses that have already occurred.

In general, this gives us a much flatter decline curve than many of the companies in the industry. And that diversified portfolio, the mega projects, the ongoing oil developments in West Africa and Algeria supplementing that give us a profile that puts less pressure on our capital spending, gives us more flexibility for the future, and lets us ramp down capital sharply and maintain oil production.

The core part of our strategy for at least the last 10 years, I guess probably goes back almost 13 years, is the concept of financial discipline. And for us, what that has meant over time is spending within cash flows. And it doesn't mean spending within cash flows every year; it means in good times you're going to spend less than your cash flow and in bad times, you're probably going to spend a little more than your cash flow, your discretionary cash flow.

And importantly, because we've looked at monetizations as a core part of our strategy for at least the last nine years since we started selling assets in 2007 coming out the acquisitions of Kerr-McGee and Western Gas Resources, we put this chart together to show really kind of what that's resulted in. And what it's resulted in is that we've generated an adjusted free cash flow, so that's this free cash flow plus proceeds from monetizations of approximately $14 billion over the course of just the last – just over six years.

The material amount of cash-generating capability – and over this period of time, we don't have it on here, but if you look our production profile and our reserve growth and the other core metrics, especially on a debt adjusted share basis, the way that we have traditionally and will continue to run our business, we think this is a track record

APC-01753707

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

that speaks for itself and it's one that we think gives us a bit of an advantage in the current environment when everybody wants to get in the market and sell assets. Truly a core part of what we do year in and year out, it's a core competency, and I think it's why we've been successful year-to-date, and why we feel comfortable with successfully executing the targets that we've laid out there through the rest of the year.

Now, some of the things we've been doing behind the scenes that help us to generate more cash and more cash available to address either debt reduction or reinvestment is things like cutting the dividend – earlier this year, we cut the dividend by $450 million a year – or cutting expenses. The last year, we were very good at cutting our expense profile, what I'd like I think of as kind of close to the wellhead, the changes some of which were cyclical, some of which were, we think, more sustainable and permanent. We were very successful on taking a lot of cost out of the system last year. But this year, we addressed a lot of costs that are a little further away from the wellhead.

Regretfully, we had to approach a material staff reduction earlier in the year where we had to let go about 17% of our staff. We also started over some zero-based budgeting, bottoms up, and we have about $350 million of annualized costs we've taken out of the system on that basis.

So along with the dividend cuts, we feel like we've improved the cash profile by about $800 million a year, regardless of what happens on the operations front. And although that's big for a company even our size, we think about it almost on a multi-year basis. Those tend to be not necessarily permanent, but if the environment stays weak, those are expenses that we think you're going to benefit from over maybe say a three-year period maybe $2.5 billion, very significant as you kind of realize what could be a lower long-term commodity price environment, not lower than where we are today, but certainly lower than the very high commodity prices in the past.

So we feel good about the cost structure, good about the ability to monetize assets. We think that from a financial standpoint, all the arrows are pointed in the right direction. There was an issue earlier this year where the market was quite concerned about nearer-term maturities. If you look at the first two years in this graph, they're meant to indicate our debt maturities in 2016 and 2017 prior to the work that we did earlier this year.

We were able to execute a $3 billion bond offering. We went to the market with a smaller offering, had over $20 billion of bids, enabled us to upsize the deal and decided to upsize it to $3 billion. We got asked by many people, why didn't we just upsize it to $3.75 billion and eliminate those first two towers in their entirety? And quite frankly, it's because we mean what we say about reducing gross debt. And had we refinanced those towers in their entirety, it would have left us with less flexibility around where the debt reduction was coming. And so we've left – that's the solid blue here on the 2017 chart – we've left $750 million that we said in the press release just recently several weeks ago that we expect to repay out of cash, and that cash will largely come from those proceeds from asset sales that we're working on.

So it gives us a lot of flexibility, and even though that $3 billion listed on this chart that we had on hand at the end of first quarter, when we called the debt, the 2016s, and we tendered for the 2017s successfully, that used up the $3 billion that we had done in the debt proceed – from debt proceeds. But we've also brought in a material tax refund and other cash during the year. So we maintain a pretty robust cash position as well as $5 billion of working capital facilities, revolving credit facilities.

We feel pretty comfortable this liquidity position gives us a lot of flexibility to manage the business through the course of the year. And of course, by taking care of the near-term maturities, our maturities now are really not a concern for the next several years and hopefully, those that were concerned about our ability to address these near-term liquidity needs or nearer-term needs have now been put to bed.

APC-01753708

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

So what I want to spend a few minutes talking about on the next four slides is the Gulf of Mexico position. We often will talk about a lot of assets in the portfolio and show you our maps around North America and other places in the world, and we are going to do that today. Those are in your appendix you can refer to. Many of you that know our story are familiar with those issues or you have one-on-one schedule with John and his team, and we can certainly talk about the other assets. We're incredibly excited about the DJ Basin, for instance, incredibly excited about the improvements in the Delaware where we recently, on our last earnings call for instance, brought up our estimations of the size of our opportunity there, the 2 billion barrels for instance.

Those are all great and they're very interesting. But one of the things that we get questions on sometimes is the Gulf of Mexico. One of the reasons that we get those questions is because a lot of companies, a lot of what I call formerly peers of ours in the Gulf of Mexico have made decision to exit the Gulf of Mexico and focus their attentions entirely on the shorter-cycle, higher-decline in U.S. onshore business.

And with that addressing other's decisions, I wanted to talk about what we've done and why. And the reason we've chosen to stay in the Gulf of Mexico and to continuing to invest in the Gulf of Mexico is because we're good at it. We've made shareholders a lot of money over the course of the last several years in the Gulf of Mexico through our core skills. And those core skills are in exploration, where we have over a 60% success rate in the Gulf of Mexico. We're excellent in project management. We are top quartile year-in and year-out over the last decade on bringing projects in on time and on budget. We're creative in terms of our Kerr-McGee legacy is creative in bringing on for instance the first spar design technologies; we've reutilized spar design technology over and over in some of these deepwater development. At Lucius for instance, as many might remember, we had an 80,000 barrel a day spar that we decided, when we had the Heidelberg discovery, that we could replicate that Heidelberg spar and – or that Lucius spar and use it at Heidelberg. Saved us hundreds of millions of dollars and accelerated our development timeline by 18 months. That adds a lot of value when you're talking about the type of capital that is traditionally associated with these kinds of facilities.

And quite frankly, we think we've been pretty good at being smart about the way we allocate capital and the way we monetize assets in the Gulf of Mexico. We put on here that we've developed the best and – or we'll develop the best and divest the rest. And we've done that to a significant degree. We've sold over $4 million of properties. We've had over $2 billion of capital that otherwise would've been our capital carried in the Gulf of Mexico. The most significant of those are Lucius and Heidelberg platforms where we had our development capital carried by partners that came in and purchased a portion of our prior working interest.

We also do a fair amount of farming down of our exploration prospects, so that we drill many prospects either free or for a very low cost. So we're able to change the economic profile that is already intrinsically strong by utilizing some financial structure into materially enhanced rates of return and to reduce capital deployed. And so we've taken about $16 billion of cash value out of the Gulf of Mexico over this period of time.

But what we've been left with is still a massive resource opportunity, 800 – north of 800 million barrels of discovered net resources, which we're moving toward value realization either through development or potentially in some cases ultimately a sale. And we still have a material exploration footprint in the Gulf of Mexico with over 1.6 million acres.

So this slide, I want to take a minute and make sure you follow what we're showing you here. We've got a lot of questions on – and we've talked about our tieback opportunities in the Gulf. And I mentioned it earlier today that we're really excited about this tieback opportunity. So I hope this slide starts to show you why, because the questions we've got made us realized that people didn't necessarily understand what was so compelling about these opportunities.

APC-01753709

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

▓ Corrected Transcript
24-May-2016

First of all, there's over 30 of them, and we'll probably get to five to seven of them this year. But look at the economics in the box on the left. These are 20 million to 25 million barrel opportunities, sizable opportunities, probably cost us $200 million or so for DCNE. That gives us roughly a $12 per barrel or less development cost. This is comparable to what you'd see onshore in our pad drilling opportunities. So this competes for capital on a heads-up basis, competes for capital very effectively against onshore opportunities. Cycle times are short. Usually if you're talking about a Gulf of Mexico project, you're talking about a long kind of a mega project, multi-year investment, and wait for your cash flow to come back to you. But instead, in these opportunities, cash comes back to you in roughly about a six-month period where you drill the well and are working on a tieback solution.

One of the ways we do this is we have a lot of owned infrastructure. We've got eight facilities in the Gulf of Mexico and some of our more recent ones are in some of the best neighborhoods available and we'll show you some maps and talk about those assets a little bit. And you look at that production profile on the bottom left. They come on at 10, 11 – this is – some will be bigger, certainly, like at Lucius, but the average one come on at somewhere in the neighborhood of 10,000 barrels a day or 11,000 barrels a day, stay flat for a period of time before they go on decline, very, very different than the decline profile you're going to see in an unconventional play onshore.

And you overlay all these economics, net production profile, and you begin to see that these have tremendous economics. What you might not see is just how good the economics are. We talked earlier this year about these opportunities being better than a 30% rate of return. That was in a much lower commodity price environment when we were making that statement. What we can tell you today is that at $60 oil – which hopefully is on the horizon for us here – with $60 oil, these opportunities have better than a 70% rate of return, one of the best opportunities in North America. It happens to be offshore where a lot of people have left, but it happens to be a place where we think that we can apply our expertise and our demonstrated success and drive a lot of value going forward. And of course, because if we're going to get to five or seven of these this year and there's 30-plus opportunities, this isn't a one-trick pony; this is a few years of running room.

Talking specifically on this slide about a few of those opportunities, it's places like Caesar/Tonga, where we have opportunities, we look at drilling two this year, and then move into Phase 2 we work additionally on the facilities and tieback into our 100% owned constitution spar. This is the type of thing – when we talk about a tieback opportunity, it's run rate to what we do, it's traditional work that we do. But when you start to look at the relative economics, because your infrastructure costs have already earned a the rate of return, and you can look at your point forward economics around these tiebacks, they get very, very powerful. And you can see the impact, just for instance looking at the Caesar/Tonga slide. As you get past this year, those wells start to come on. You layer in a couple of them, and suddenly they extend that production profile to spar many years into the future – hugely, hugely valuable high-margin cash flows coming back at you, much higher margins per barrel than you realized in the U.S. onshore.

Lucius, I think everybody's largely familiar with. It's been a tremendous success story for a lot of reasons. Our economics are really phenomenal. We were able to drill our exploratory wells with third-party capital. Our development costs were with a significant amount of third-party capital. Our development costs were largely covered by our farm-down to our partner. It has served as a nice regional hub with lots of tieback opportunities. The red there is gas that we bring across the platform from Hadrian South.

We're producing above the 80,000 barrel nameplate capacity today. Obviously, there's some additional drilling of – like Lucius 7 I think is next on the agenda. Phobos is a possibility for a tieback, which is a discovery of ours to the south. And I've got to tell you, I think that this type of a model is one that's underappreciated by the market, and you can see that it has the ability to get financial leverage to Anadarko's equity interest several places and in several different manners. And it's one of these things that we think as a – the place to be for production to come in the area probably has additional upside relative to production handling as well.

APC-01753710

# Anadarko Petroleum Corp. (APC)
## UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

Heidelberg's a classic one as well. As I mentioned, we built a twin spar here, didn't design the spar fit-for-purpose for Heidelberg. We designed it just like Lucius-7 for 80,000 barrels a day. Even though that's more capacity than the Heidelberg development itself needed, it saved us money and accelerated our development time line, and it gave us yet another facility with capacity in a good neighborhood to use for future tieback opportunities. We'll ramp up the facility we brought on earlier this year. We'll continue to ramp it up during the course of the year, and then you can start to see in the graph where we think the tieback opportunities are going to help us bring additional volumes across the spar, those tieback opportunities being somewhat our own and somewhat others.

We've got two phase 1 wells, I think, on this map. You can see them in the blue triangles sitting to the north and the south of the three producers that are already online, the three red dots, as we continue to ramp up Heidelberg this year, and then continue to use it as another lever in the Gulf of Mexico for tiebacks.

So the one thing I want to point is the dates at the right side of each of these maps at the bottom, 2022, 2024 – it's not like these things are going to come on and we got to figure out where we replace this production from over the course of the next few years. This is why your maintenance capital number gets to be pretty good. This is how you keep oil production volumes flat, the benefits of a diversified and balanced portfolio.

Now, the woman whose team discovered Lucius, thankfully, is sitting to my right, Shandell Szabo, who is in our exploration group and one of our more successful explorations over the last number of years. Thankfully we're able to pull her out of that role and bring her into John Colglazier's group in IR. And I thought that since she's here with us, she can speak to Shenandoah with a hell of lot better accuracy than I can. This is an opportunity we are incredibly excited about. You see the log and even a financial person can look at the log and say that's pretty good. That's the log from Shenandoah-2. And as we've continued to move forward with Shenandoah drilling Shenandoah-5 now, we've gotten even more excited about the upside and the potential here as we move towards the development. I thought it might be good for Shandell to take a moment, talk to you a little bit about this program, where it's been, kind of where it's going, what we expect in the future, and I guess many of the reasons why we're so excited about it.

## Shandell Szabo
*Director-Investor Relations, Anadarko Petroleum Corp.*

Yeah. No, I appreciate that. I think when you look at Shenandoah, it goes without saying that it is the finest lower tertiary discovery to date in the Gulf of Mexico. And I say that because of the few reasons. When you're looking at this resource potential you look at a couple of things. One, you look at thickness; two, you look at area; and then three, recovery factor. And when you look at this log and you can see that 100-foot scale bar on there, that's a 1,000 feet of sand full of hydrocarbons. So one, it's extremely thick.

Two, when you look at the scale across those blocks and you can see the northern part there, this spans nine miles. Those are three-mile blocks. So you're talking about something that has a lot of area, which is really the biggest driving factor when you talk about size.

And then the last thing is the recovery of this. And so, this particular discovery has Miocene-like properties, which means that the reservoir quality is very good. You're looking at porosities up to 25% here. You're looking at permeabilities in the 100 millidarcy range, some of the individual sand sea 300 millidarcies, 400 millidarcies perm.

And then the last thing you look at is the fluid properties, and it's very light oil out here. So from the overall discovery, it's got everything that you're looking for. We just – as Bob mentioned, we just finished – we're just

APC-01753711

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

▨ Corrected Transcript
24-May-2016

about to finish up the five wells, so we can't reveal exactly what's going on there, but what I would say that it looks a whole heck of lot like the log that you're looking at right here. And when you look at where that falls on that cross section, you can see the Number 5 well up there on that cross-section. So you can see that lighter green color. We're going to be able to turn that dark green. So the lighter green on there is the probable and the darker green is the proven. And so we're going to have the ability for that large area over there to go ahead and say, yeah, that's proven. So that's tremendous for us.

So the Number 6 well was very dependent on what we saw on the Number 5 well. And so what we can say is that we're definitely drilling the Number 6 well, and we're out there to hunt for the oil water contact, which is going to give us a whole hack of a lot more comfort around just how big is this. We know it's big, but not only is it big, but it sits on a fantastic basin. When Bob talks about these opportunities in his tiebacks, we also operate Yucatan and Coronado, which sit right in the same basin. And so this is a – we want Shenandoah to be a standalone on its own. Its economics need to support that project. But we do have the opportunity to leverage the infrastructure when we do put it out there.

So we're going to go ahead and spud the Shenandoah-4 well at the – or the 6 well, sorry, in the fourth quarter. The FEED study is already under way, you should take some comfort that we're committed to the development out here. The last two wells that we drilled are keeper wells, which means that when we take this to production, we will be able to produce from those wellbores.

And the other thing that I would note is that we've actually dropped our cost out here by 40% from the beginning to the end. So when we look at the better oil backdrop we've got right now and the fact that we're driving cost down here and we just continue to see great explorations and appraisal success out here, we're going to continue the appraisal work, finish it, we're going to incorporate it into our modeling, and then we're going to move forward with the proper size development out there. But this isn't the only thing we have going on out here, and I think Bob's going to talk to you next about all the other exploration opportunities that we have in the Gulf of Mexico and how we believe that we're going to continue to replicate our success out here and implement our strategy.

## Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

Thanks, Shandell. I think I'm going to talk about – yeah, there we go. So we wanted to show kind of the size of the prize, if you will. We've got – we put on the slide here about 60 captured opportunities. I mentioned earlier 1.6 million acres. We labeled on here these five red names as APC discoveries. Those are really just kind of our current discoveries that we are appraising. If you were to put on here APC discoveries, you'd have to put them all over this map, look at where our facilities and infrastructure are, and you'd see a lot more red. These are just the ones that we continue to work through the system right now. You can see the appraisal and exploration opportunities are these blue triangles we've named. We've put a few of the prospect names on here.

One of the interesting things you can see is that many of these are located close to existing infrastructure. I didn't mention for instance on tiebacks, we've got tieback opportunities at K-2, we've got the Warrior and Samurai prospects in the area. We've got opportunities to leverage existing infrastructure even through additional exploratory drilling, not just what we think of as tieback opportunities, because there's infrastructure in the area.

Periodically, you are positively surprised on the size of some of these things. They may support their own infrastructure, but it gives us the ability to leverage what we've done with exposing a moderate amount of exploration capital in any given year to create tremendous upside optionality. We think that that positively skewed prospect of a relatively low amount of capital for a relatively sizable future opportunity is a value proposition that's fairly compelling. It's supported, of course, by an exploration program like Gulf of Mexico that has been more than

Copyright © 2001-2016 FactSet CallStreet, LLC

APC-01753712

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

self-funding. It's generated several times what we've spent there in terms of cash profits if you think back to that $16 billion – or cash proceeds, if you think back to that $16 billion number I've talked about earlier.

So I hope that you realize that as we go forward and we test three, four, five of these opportunities in any given year and we talk about the tieback inventory, a little bit of the perspective that we've given you on these last four slides, helps to cause you to realize why we think this as an area of superb opportunity, the competitive dynamic probably lessens a little as we see people exit the Gulf.

The regulatory environment is a continuing consideration and something that we have to be conscious of, but we think that our experience and our size and our scale helps us to manage that. And hopefully, you'll see why we get really excited about the Gulf of Mexico as a place not just for today, but for the future.

So with that, this is kind of our de facto concluding slide. We continue to focus on value. We continue to focus on rates of return, not really focused on growth, trying to answer the question ourselves that often people answer at what price do you go back to work. That's a multi-dimensional question because, obviously, it depends on the individual assets and the economics associated with that asset.

Despite that, we want to maintain that financial discipline; focus on the asset sales; pay down the debt; not respond to a higher commodity price environment by increasing spending this year, but rather by reallocating our capital based upon the opportunities that a higher commodity price environment might represent; benefit from our diversification; benefit from the fact that we can move capital around between the onshore, the offshore, the international; use our capital allocation skills, which have been a competitive advantage in the past as we go forward. And quite frankly, I think that as commodity prices improve, we're going to be able to leverage this combined and balanced portfolio very effectively and I think that it therefore makes Anadarko a compelling equity opportunity today.

So, with that, I guess end of our prepared comments. If you want to talk about Q&A, [ph] Bill (31:25), at all.

## Unverified Participant

Sure.

## Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

I guess we can do that.

APC-01753713

**Anadarko Petroleum Corp.** (APC)
UBS Global Oil & Gas Conference

▦ Corrected Transcript
24-May-2016

# QUESTION AND ANSWER SECTION

**Q**

So I'd start out with a quick one since we have Shandell up here on – you talked about a $30 breakeven on tiebacks and I know you're still appraising Shenandoah, but do you have a rough idea of how low an oil price would...

**Robert G. Gwin**
*Executive Vice President-Finance & Chief Financial Officer*

**A**

Tiebacks for breakeven, we're on $15 I think before.

**Q**

Oh, 15%. Sorry.

**Robert G. Gwin**
*Executive Vice President-Finance & Chief Financial Officer*

**A**

Yeah. It's that at 30%, we – earlier this year, when we're talking about $30, we're seeing kind of 30% rates of return available to us.

**Q**

Okay. All right. So how low an oil price could you move forward with Shenandoah? And then also with the Number 6 well, I guess, that spuds in the fourth quarter. If you find oil-water contact, will that be enough to determine the size and move towards FID, if you have any coming out today. Then finally pref rights, where are the timing on the pref rights for the Marathon sale?

**Robert G. Gwin**
*Executive Vice President-Finance & Chief Financial Officer*

**A**

Timing is very, very near term and we were going to participate there. I think I got a question with someone ask me why we didn't and, in fact, we are participating there. And that's very, very soon.

Maybe if we could go, I'd ask Shandell to address maybe the Shen-6 question and then I'll address your question on development economics.

**Shandell Szabo**
*Director-Investor Relations, Anadarko Petroleum Corp.*

**A**

Yeah. So with the Shen-6 well, we're targeting trying to find the oil-water contact and we're pushing that pretty far down the structure. So we had some confidence that we will see the water contact there. That's going to ultimately give us the true resource size. Without that contact, that's really hard for us to be able to say exactly with the ranges and the fact that we're in that basin, it's going to be really important for us to be able to do that.

Copyright © 2001-2016 FactSet CallStreet, LLC

11

APC-01753714

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

■ Corrected Transcript
24-May-2016

So, yeah, I would say that that well – there's the opportunity for one more wellbore if we don't find any oil-water contact. And then we would be forced to drill one more well. But if we do find the oil-water contact, we're going to have a really good feeling for that, that eastern side of the basin.

### Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

Yeah. And so, [ph] Bill (33:19), I mean the reason I asked Shandell to address that, first, is that I can't answer your question on development cost. I can give you some conceptual comments.

### Shandell Szabo
*Director-Investor Relations, Anadarko Petroleum Corp*

Yeah.

### Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

But, first, we have to know what it is we're developing. And so, first, we have to understand the reservoir characteristics better than we do today. We said there's some pre-FEED work. There's some work we can do that I think up, is almost kind of the fixed component of the work that we know is going to be kind of consistent whether we move to development knowing what we know today, or we move to development with an opportunity that it's changed with what we learned at Shen-5 and then Shen-6. But as we work the Shen-5 information into our model, it's going to change the scope of the development very clearly and it will change where we go with the development from maybe a design standpoint and certainly a scale standpoint.

And so, it's a question we have avoided answering because we really don't want to get numbers in people's minds until we know what a development plan actually looks like. What we can tell you is that everything we've been doing brings that number down at which you'd be very excited to take FID knowing that the rates of return here would be compelling. And so, that – I'll call it not just that breakeven number, but the number at which you'd really be excited about sanctioning and moving the project forward, continues to come down with success. So Shen-5 is a material de-risking of what we're doing. It's also going to be a significant amount of information to work into our models and the work that our engineers are doing around what that development solution looks like.

The goal here is to do it as efficiently as possible to get the best risk-adjusted rates of return. The more we learn, the more well control we have through the wells that are currently being drilled and the to-be drilled well, the more insight we'll have and the better we can answer the question sooner. But today, we just don't know

What we can tell you is it's – we feel like it's pretty easy to get to breakeven returns. The key is we want to understand what the right solution is to maximize the economic returns for ourselves and our partners, and to consider the fact that is – as Shandell pointed out, there's already known tieback opportunities in the area. So how you size your facility relative to your own production profile in the development of the base field and how you want to consider the economics of the tiebacks all goes into the equation. It's complex, but it's pointed in the right direction in our opinion.

Any questions for the Anadarko team? No?

APC-01753715

# Anadarko Petroleum Corp. (APC)
UBS Global Oil & Gas Conference

## Unverified Participant

Okay. All right. Now, please join me in thanking Anadarko.

## Robert G. Gwin
*Executive Vice President-Finance & Chief Financial Officer*

Thanks for your attention today. Thanks.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2016 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

APC-01753716

# Exhibit 88

ANADARKO PETROLEUM CORPORATION



INVESTOR
RELATIONS

**JOHN COLGLAZIER**
Senior Vice President
832 636 2306

**BRIAN KUCK**
Director
832 636 7135

**JEREMY SMITH**
Director
832 636 1544

**SHANDELL SZABO**
Director
832 636 3977

# UBS GLOBAL OIL & GAS CONFERENCE
Bob Gwin, EVP Finance and CFO

May 24, 2016

www.anadarko.com | NYSE: APC

APC-01753735

# Cautionary Language

## Regarding Forward-Looking Statements and Other Matters

*This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results, or other expectations expressed in this presentation, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance; timely complete and commercially operate the projects and drilling prospects identified in this presentation; reduce its net debt; consummate the transactions described in this presentation and identify and complete additional transactions; achieve further drilling cost reductions and efficiencies; successfully plan, secure necessary government approvals, enter into long-term sales contracts, finance, build, and operate the necessary infrastructure and LNG park in Mozambique; and achieve production expectations on its mega projects. See "Risk Factors" in the company's 2015 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

*Please also see our website at www.anadarko.com under "Investor Relations" for reconciliations of the differences between any non-GAAP measure used in this presentation, including the appendix slides, and the most directly comparable GAAP financial measures. Also on our website at www.anadarko.com is a glossary of terms.*

*Cautionary Note to Investors - The U.S. Securities and Exchange Commission (SEC) permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves that meet the SEC's definitions for such terms. We may use terms in this presentation, such as "resources," "net resources," "net discovered resources," "recoverable resources," and similar terms that the SEC's guidelines strictly prohibit us from including in filings with the SEC. U.S. Investors are urged to consider closely the oil and gas disclosures in our Form 10-K for the year ended December 31, 2015, File No. 001-08968, available from us at www.anadarko.com or by writing to us at: Anadarko Petroleum Corporation, 1201 Lake Robbins Drive, The Woodlands, Texas 77380 Attn: Investor Relations. You can also obtain this form from the SEC by calling 1-800-SEC-0330.*

APC-01753736

# Successfully Navigating a Volatile Environment

- **Focus on Enhancing and Preserving Value**
- **Reduce Capital Program ~50% YOY**
- **Reduce Dividends**
- **Achieve Additional Cost Savings and Efficiency Gains**
- **Continue Active Monetization Program**
- **Reduce Net Debt**

**2016 E&P INVESTMENTS(Billions)**



SHORT CASH CYCLE
**$1.5**
~1 YEAR
- DJ Basin
- GOM Tiebacks
- TEN Startup

MID CASH CYCLE
**$0.5**
1 - 3 YEARS
- Delaware Basin
- GOM Appraisals

LONG CASH CYCLE
**$0.5**
3+ YEARS
- Shenandoah
- Colombia
- Côte d'Ivoire
- Mozambique

*Note: All amounts are approximate*

APC-01753737

# 2016 Expectations

|  | 2016E | 2015 |  |  |
|---|---|---|---|---|
| CAPITAL[1] (BILLIONS) | $2.6 - $2.8 | $5.4 | ⬇ | ~50% |
| SALES VOLUMES[2] (MMBOE) | 282 - 286 | 292 | ⬇ | ~3% |
| OIL SALES VOLUMES[2] (MBOPD) | 306 - 311 | 312 |  | ~Flat |

[1] *Excludes capital expenditures by WES*
[2] *Excludes all sales volumes associated with EOR, Bossier, PRB-CBM and East Chalk*

**2016E CAPITAL PROGRAM**
**$2.6 - $2.8 BILLION***



Midstream & Other
$0.2 B

International
$0.7 B

U.S. Onshore
$1.1 B

GOM
$0.7 B

- **$1.3 Billion Monetizations Closed**
  - $420 Million Soda Ash and Coal Royalties
  - $750 Million WES Transaction
  - $105+ Million East Chalk Divestiture
- **Additional Monetizations Under Way**

*\* Excludes capital expenditures by WES*

# Benefits of a Balanced Portfolio

- **~18% Base Decline**
- **Leveraging IDUC Inventory**
- **Mega Project Contribution**
  - Full-Year Lucius Contribution
  - Heidelberg First Oil 1Q16
  - TEN First Oil Expected 3Q16

**Advantaged Maintenance Capital Provides Flexibility**



Note: Maintenance capital is defined as capital investments necessary to keep current-year sales volumes flat to previous year

APC-01753739

# Financial Discipline: Investing Within Cash Inflows

- **Increasing Flexibility**
  - 50% YOY Capital Reduction
  - 80% Dividend Reduction
  - Improving Cost Structure

- **Targeting up to $3 Billion Monetizations**
  - $1.3 Billion Monetizations Closed



**Differentiating Capital Allocation & Portfolio Management**

*Legend:* Adj. DCF — Monetizations — TPE — Capital** — Adj. FCF (Cumulative)

*\* Based on consensus prices as of 5/2/2016: WTI $40/Bbl and HH $2.35/Mcf*
*\*\* Excludes impact from Deepwater Horizon Event and Tronox*
*Note: See Appendix for non-GAAP definitions and reconciliations*

APC-01753740

# Maintaining Financial Strength

### Ample Liquidity
- $3 Billion Cash-on-Hand 1Q16
- $3 Billion 5-Year Revolving Credit Facility
- $2 Billion 364-Day Facility

### Substantial Flexibility

### Successfully Refinanced Near-Term Maturities
- Weighted Average Maturity Now 16+ Years
- No Significant Maturities Until 2024

**Investment-Grade Quality, Investment-Grade Approach**



|  | Rating | Outlook |
|---|---|---|
| S&P | BBB | Negative |
| FITCH | BBB | Negative |
| MOODY'S | Ba1 | Negative |



**APC Maturity Schedule\***

*\* As of 5/2/2016*

APC-01753741

# Gulf of Mexico: Anadarko's Superior Value-Creation Model



Geologic Advantage | Infrastructure Advantage | Commercial Advantage

- **Proven Oil Finders***
  - 60+% Success Rate
- **Industry-Leading Project Management**
  - Leader in Standardization
  - Utilize Strategic Partnerships
  - Leverage Existing Infrastructure
- **Develop the Best, Divest the Rest***
  - $4+ Billion Monetizations
  - $2+ Billion Carried-Interest Agreements
- **Deep Inventory of Opportunities**

**$16 Billion**
Adjusted FCF
2006 - 2015

**800+ MMBOE**
Discovered Net Resources
Converting to Value

**Future Exploration Success**

*2006 - 2015 Results
Note: See Appendix for non-GAAP definitions

APC-01753742

# Low-Cost, High-Return Investment Opportunities



APC-01753743

# Shenandoah: Active Appraisal Program

- **Significant Resource Potential**
  - Large Structural Closure
  - Thick Sandstone Packages
  - Excellent Reservoir & Fluid Properties
- **Strategic Position in Prolific Basin**
- **Finish Drilling Shenandoah-5**
- **Spud Shenandoah-6 4Q16**
- **Pre-FEED Work Under Way**



APC-01753744

# Positioned for Continued Success

- **~60 Captured Opportunities**
- **Multi-Billion-Barrel Gross Resource Potential**
- **3+ Annual Exploration Tests**

APC-01753745

# Successfully Navigating a Volatile Environment

- **Maintain Financial Discipline and Invest Within Cash Inflows**
- **Focus on Value**
- **Reduce Capital Spending and Cost Structure**
- **Position U.S. Onshore for the Future**
- **Capitalize on Portfolio Diversification and Flexibility**
- **Continue Active Monetization Program**



APC-01753746

# Exhibit 89

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# Company Conference Presentation

Tuesday, June 28, 2016 1:40 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01319776

Case 4:20-cv-00576    Document 322-25    Filed 06/29/26 in TXSD    Page 46 of 83

# Table of Contents

Call Participants ............................................................................... 3

Presentation ................................................................................. 4

Question and Answer ........................................................................ 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

2

APC-01319777

# Call Participants

### EXECUTIVES

**Robert G. Gwin**
*President*

### ANALYSTS

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319778

# Presentation

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Okay. We'll -- we're going to get started this morning. Very, very excited to have Anadarko Petroleum to lead off day 2 of our inaugural conference.

With me today is John Colglazier, who runs the Investor Relations group; Brian Kuck, in the first row; and Bob Gwin, who's the EVP and Chief Financial Officer of APC. He's also the Chairman of Western Gas, the general partner and one of the key value drivers of Anadarko. A bit unique about the strategy is to have that midstream component to it.

As many of you are aware, Anadarko is a diversified E&P with diversified operations in the U.S. with the U.S. franchise asset in the Wattenberg field and emerging position in the Delaware Basin as well as international operations in Algeria and Ghana and as well as a world-class exploration program.

With that, I'll turn it over to Bob. Bob?

**Robert G. Gwin**
*President*

Arun, thank you. Congratulations on the inaugural conference. We're really thrilled to be here and thrilled with the relationship with JPMorgan over time.

As Arun mentioned, we have a pretty substantial global portfolio, and what that gives us the opportunity to do is to deploy capital in a way that we think is relatively unique compared to the peers that you all would look to relative to an investment in Anadarko. We put on this slide a look at kind of how we think about capital allocation, how we think about the opportunities for capital allocation in our portfolio.

And the flexibility we have around capital allocation is we believe even more necessary in a market environment like the current one we're in, the one we've been in for the last, I don't know, 18 months or so. What we mean by that is that we're able to move capital around in a way that allows us to maximize, in our opinion, value creation and expose ourselves to the best economic returns available to us across our portfolio.

Traditionally, we would invest a significant amount of -- a significant majority of our capital in the U.S. onshore in shorter-cycle investments, where the cash cycle is a year or less, and a little bit less capital over the intermediate and longer term. And as you can see on the chart here on Slide 3, we're putting about 40% of our capital now into the intermediate and long term.

I'm going to talk, over the course of my comments this morning, about where that capital is going to work and why we think that's the better way to look at capital allocation in such a volatile environment. You can see also on this slide some of our objectives for 2016, and we'll talk about these and the progress against these objectives in a little greater detail.

So a variation of this slide we first introduced at the beginning of March at our annual investor conference. We laid out a pretty significant reduction in capital spending for the year, about a 50% cut year-over-year. It's actually 70% lower than our 2014 capital budget. But even though we cut capital that significantly, the nature of our portfolio and our low maintenance capital put us in a position to preserve volumes to a significant degree.

Our volumes were off ever so slightly this year. About 3% is what our guidance is telling us. But when we look at oil volumes, it's actually flat year-over-year as we bring on a couple of projects this year at Heidelberg and at TEN offshore Ghana and supplement that with a lot of momentum coming out of our U.S. onshore business in 2014 and 2015.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319779

One of the important things we had to do during the course of the year was to ensure that we maintained the balance sheet strength and flexibility and how we're able to allocate capital and our access to capital. And so a big part of our program, as those of you that follow us know, is asset monetization program. On the bottom left of this Slide 4, I try to show you a little bit of where we are from an updated perspective.

Those of you that follow Anadarko probably notice that we announced a monetization of a small portion of our holdings in our Western Gas Equity Partners MLP, WGP, a couple of weeks ago. That was a little shy of $500 million. The other numbers on here, we've talked to you about in the past, $1.3 billion closed at the end of the first quarter. We have another $700 million that we're moving toward ensuring are closed in the second quarter. And since that ends day after tomorrow, I think it's fair to say we feel very good about that number at this stage. And when you add that to the Western Gas Equity Partners monetization, we're at about $2.5 billion year-to-date.

Now at the beginning of the year, we laid out a target of $2 billion to $3 billion in the aggregate, and we've raised that target now. That target did not include any Western Gas Partners monetizations, and so we've simply added the Western Gas monetization to the $2 billion to $3 billion target. Our new target is now $2.5 billion to $3.5 billion. And as we've talked about previously, there's a number of other monetizations that are underway and progressing that we would expect to move forward, at least from the closing of some of those, between now and the end of the year.

We've got a chart on here where you can see where we're allocating capital. This is another look at that -- at the numbers we showed you on the first page. The shorter cycle is primarily in the U.S. onshore. Some of the U.S. onshore is mid-cycle. Some of the U.S. GOM is shorter cycle and the balance is mid and long cycle and then the international spending, the midstream -- mid-cycle and the international is a combination of mid and long as well.

So I mentioned monetizations. And there's a lot of firms selling assets in the market today. This slide is intended to show you that the way we've approached our business and the financing of our business over the last several years, monetizations are a key part of it. We've consistently spent with our CapEx less than our cash inflows. Cash inflows being defined as our discretionary cash flow plus the proceeds from monetization. The monetizations are shown here in the hatch green area, and as you can see, year in and year out, we're monetizing a certain portion of our assets.

And generally speaking, we do this because we think it's the right way to build long-term value in the portfolio. The assets that we monetize generally are assets. They're not going to attract capital relative to the other higher-quality opportunities in the portfolio. And we feel that an important way to manage the portfolio is to sell and trim the assets that are good, solid economic assets but would not attract capital, therefore have an interest of potential purchasers of assets in the market and put us in a position of being able to redeploy those funds in higher value add, higher -- generally higher growth assets in our portfolio.

You can see on the chart, we've done that over the 6-year period. We've actually -- you go back a couple more years, I think it's been 8 years in a row, counting this year, where we will spend well within our cash inflows. And accordingly, by doing that, we've generated close to $15 billion of cumulative free cash flow over that time.

So we continue to do what we've done historically. We also, this year, are obviously very focused on not just reducing capital, as I mentioned previously, but we've reduced our dividends sharply by $450 million annually. That's about an 80% reduction in the dividend. We've also continued to cut cost. Regretfully, we had to announce some layoffs earlier this year. Those layoffs, along with some rebudgeting, the work that we've done around them, we believe, will deliver about $350 million in run rate reductions.

So in the aggregate, between the dividend cut and the cost reductions, it's about $800 million of reduced cash burden on the company. We're focused on the continuing monetizations. And with the lower spending, as you might imagine, we've put ourselves in a much stronger financial position.

And that position is somewhat captured here on Slide 6. We say we have ample liquidity. We had a lot of cash on hand at the end of the first quarter. We actually deployed that $3 billion to reduce near-term maturities, which are represented in the gray hatch area in the slide, in the graphic at the bottom of the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319780

slide. In addition, we've got $5 billion of an unused credit facility. Some of the stuff we've done during the quarter is brought in additional cash. And when we announced second quarter numbers, obviously, we'll be able to show you a building cash, along with the reduction and continued reduction of indebtedness.

I also want to mention that the 2017 maturity, which is our nearest-term maturity, the remaining amount is $750 million, and we stated in a press release earlier this year that we expect to pay that down out of cash. And then we expect to continue to build cash during the year from asset sales, which will continue to improve the net debt position, and then we will opportunistically reduce the gross debt position through repurchases or retirements in the case, for instance, of the 2017 debt.

So I'll take a minute talking about just a few of our assets, and really, we want to focus on the places where we are putting capital, both in the near term. And then to the extent we were to expand our capital spending at all in the future in this kind of an environment, we want to show you where we would think we would put that money.

I mentioned a 50% reduction in aggregate capital spending this year. That number is even more pronounced in the U.S. onshore, where we're reducing our capital spending 70% year-over-year, sharply reducing our rig count, for instance, in the Wattenberg field, down to running an average of one rig per year and a completion crew there.

You can see that we've -- I mentioned on this slide that we've reduced our costs across the portfolio. We continue to improve efficiencies, which I'll talk about in a moment, and we entered the year with an intentionally drilled, but uncompleted, inventory of 230 wells. We didn't work off any of those during the first quarter.

At the beginning of the year, we thought we might work through up to 60, and I think that number is still a working progress as we see the production and the efficiency gains we've had during the year. Whether we work into that inventory to that degree remains to be seen and somewhat -- that's dependent upon the capital spending that we determine to pursue in the second half of the year.

So talk for a minute about our Wattenberg field in the DJ Basin. We put on here it's a world-class asset, and quite frankly, we believe it's just about the best unconventional asset in the world. Certainly, in North America, it competes economically with anything that's out there.

And it's able to do it for a couple of reasons, not just as a superb asset with improving efficiencies and improving cost structures as evidenced, for instance, in our ability to drive down well cost in the green graphic at the bottom of the page, but it generates material free cash flow every year. Even when we were in the high-growth mode, spending quite a bit more capital, as you see in the chart to the bottom left in blue, we were able to generate free cash flow. So it's a self-funding, high-growth asset in the right market environment.

In the current market environment, we felt it was appropriate to bring down the rig count and not to work through this inventory at relatively low profit dollars even though the rates of return are attractive. And we are leveraged here pretty significantly in these economics through a material minerals interest ownership. We own the minerals, so essentially, have royalty-free interest across approximately half our position here.

And many of you are familiar with Western Gas Partners story, our midstream -- our sponsored midstream MLP, where, through Western Gas, we have a significant economic interest in the midstream infrastructure here, from everything from the gathering opportunity -- so the gathering system to the process and opportunities to the longer haul transportation lines even to the frac trains at Mont Belvieu, where we're partners with Enterprise, so a tremendous, highly profitable, highly economic asset here. And I would expect to the extent we did expand capital spending within the increasing cash flow, this is a place where you'd see us begin to add rigs back, because clearly, the economic returns are superior.

The other place in the U.S. onshore that we're spending a fair amount of capital is the Delaware Basin. Now we think of this whereas the -- our work in the DJ is a shorter-cycle capital spend, we think of the Delaware as mid-cycle. And the reason for that is we're still in a mode of building out the infrastructure, doing some science with our drilling activity and beginning to plan for full-scale development when we move the plant -- pad drilling as early as next year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319781

You see at the bottom of the page that we've continued, throughout that period of time, to also improve efficiencies, drive down well cost. Clearly, we haven't optimized things in this part of the portfolio yet, but the progress is evident. And we expect that if you took just our activities today and solely move to a pad drilling environment, where we're leveraging fixed cross -- costs across a number of wells, that $6.2 million well cost would go down to $5.2 million. And I think that as we get into this program with greater progress like we have in the DJ, we would expect our efficiencies to drive down cost further.

The size of the resource here is phenomenal. While the DJ is also huge, we've got over 10 years of drilling inventory in the DJ with over 4,000 identified locations and 1.5 billion barrel-plus resource potential, we've already raised the resource potential for our Delaware position to north of 2 billion barrels. We more than doubled that recently. We think that -- that's just from the Wolfcamp A, for instance, and we believe there's substantial stacked pay potential across a significant amount of our position. Lots of science to do, lots of work to do here, but we feel like we're in a really good position to not only move to pad drilling in the near future but to leverage the infrastructure, where, again, our sponsored MLP is a significant partner here with some substantial capacity, both for Anadarko and for third parties.

We've had a lot of interest recently in our Gulf of Mexico position, and so I've put this in here right behind the DJ and the Delaware because we looked at our tieback opportunities in the Gulf of Mexico as comparable on a return basis and, in some way, superior in terms of a production profile. This is the third place we're really looking at spending some near-cycle capital.

We have about 30 tieback opportunities across the Gulf of Mexico, and of course, that's facilitated by some -- a very broad infrastructure portfolio that we own and control in the Gulf of Mexico and some facilities that are in some really good neighborhoods, like the Caesar/Tonga here, which ties into our Constitution spar Lucius, Heidelberg. K2 is not on the map because we've run out of space to put them all on here, but we have some substantial tieback opportunities at each one.

And the goal here, of course, is that once we have the fix cost infrastructure in place and that the costs of that infrastructure have been recaptured through our project sanctioning and our initial development plans, this becomes a leverageable asset, where point forward economics is the right way to look at the math. And if we can keep the production profile of these platforms at or near their capacity or, in some cases, expand the capacity of these platforms, as we've been able to do, we have tremendous leverage here to continue to extend the production profile well into the future.

I mentioned 30-plus points of opportunity, for instance. Well, we would only drill maybe 5 to 7 this year and something at or near that pace for the next several years because we're, of course, limited by the capacity of our infrastructure and of the offtake pipelines.

So this is what we believe is a very significant transparent growth profile for a number of years, tremendous returns of $60 oil. These things return greater than 70%. Those -- the kind of economics that are shown on the left side of the page here with -- between EURs and development cost of less than $12 per barrel, as all of you know, compete very favorably with the U.S. onshore portfolio, ours or anyone else's.

And importantly, if you look at that production profile, that average production profile to the bottom left, you can see that declines are relatively shallow. And so these conventional resources, we think, are a superb complement to the unconventional resources and the hyperbolic decline curves that we'll see in the U.S. onshore.

Rather than having to continue to feed the kitty in the U.S. onshore, regardless of the return potential or the investment case driven by commodity prices, in the case of the U.S. onshore, these things -- on the U.S. offshore, these things come on and run essentially flat for 12, 18, 24 months, dependent upon the individual reservoir, and provide tremendous economics relative to oil prices. So in the aggregate, you combine this with what we're doing in the U.S. onshore and we think that it produces a superior investment opportunity.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319782

So I want to talk for a minute about our longer-cycle opportunities out there. Mozambique is clearly one of them. Mozambique, we continue to make progress there. Obviously, that progress has been somewhat slow.

The most important thing that we're focused on today is the legal and contractual framework, working with the government. Accordingly, the work with the government will set the pace of the project and set the time line to FID. And really, that's job one, to make sure that the contractual framework is in place so that as we and our partners invest capital in country, we know that it's going to result in economics that are predictable and dependable, and that when we put a dollar in, we'll know we get one point x dollars back out.

That progress, even though slow, is deliberate and continuous, and we continue to move forward. We're not estimating a time line for the completion of that, because obviously, somewhat -- some of it is out of our control in our work with the government. But as we're able to do that and as we're able to get these contractual agreements in place, then we'll be in a position to finalize taking our heads-up agreement for currently more than 8 million tons per annum of offtake and advance those toward sales and purchase agreements with a portfolio of high-quality offtake customers.

And obviously, that contractual portfolio then is the underpinning for a successful project financing. We expect to use about 2/3 leverage in that project. We've had numerous discussions, as you might imagine, with export credit agencies around the world, including, most recently, last week in London. We continue to be encouraged that the project financing community stands by ready to finance the project. But of course, that's dependent upon the contractual framework that they can reply upon in their credit analysis, and that contractual framework is, of course, reliant first upon getting the government agreements in place.

When these things move forward appropriately, we'll be able to take FID, and then of course, you would have a 4- to 5-year construction period before first cargoes. The nice thing about that, for those of you that follow global supply and demand around LNG, is that this time line intersects very, very nicely with what is expected to be a reversal in the global markets, where global demand for LNG begins to outstrip global supply and the current weakness that we've seen in the spot market would be reversed and a lot of project to generate materially incremental cash flow.

On an ongoing basis, this is not much capital exposed in 2016, nor has it been in recent years. I probably need to remind some of you that our net position here is a very -- in a very significant profit position, where, a couple of years ago, we netted $2.1 billion after tax in a sale of a portion of our interest to one of our new partners. And at that point in time, we had about $1 billion invested. So from an economic standpoint, very little net capital exposed through this project. And with tremendous upside and optionality available to Anadarko, we believe that risk return profile for a company of our size is very powerful.

Another area of longer-cycle spending is our exploration portfolio, and we put on this slide 3 areas that we think will -- that we know that we're focused on this year. That is in the Gulf of Mexico, offshore Côte d'Ivoire and offshore Colombia.

In Côte d'Ivoire, starting there, we have an appraisal well at Paon planned for this year. We'll follow that with a drillstem test. Through the appraisal and the drillstem test, we believe we will begin to gain the knowledge necessary to move toward a plan of development. To remind you, this is largely a gas development for a local market that provided the reservoir deliverability, proves up the way that we would hope through. Our work this year, we believe, could represent a very significant and attractive development opportunity. After -- in addition to the work at Paon, we have 2 exploration wells on 2 of our additional blocks here, Pelican and Rossignol, that we would expect to drill later this year.

The well would then move to Columbia to do some follow-up appraisal work, offshore Colombia, where we're in the stages of completing and interpreting the seismic from what was one of the largest 3D seismic shoots in the history of the world, over our very substantial 16 million acre position there. And it's in -- generated a lot of excitement upon -- around our exploration team.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319783

The other area is the Gulf of Mexico. We have 2 exploration wells that we're viewing as potential tieback opportunities to our existing infrastructure with Phobos and Warrior. And in addition, we're very excited to be working toward completing the Shenandoah #5 well. Some of you may have heard some comments we've made in the past there. I don't have the log here, the #2 appraisal well, which had over 1,000 feet of net pay that we announced I think it was now a couple of years ago. But Shenandoah-5, at least in the uphole sections, we talked about the fact that it looked a lot like Shenandoah-2. A lot of enthusiasm around our activities here because of Shen-5. The results of Shen-5 have put as in a position where we clearly expect to drill Shen-6 later this year and continue with an appraisal program there, beginning to -- continuing to frame the aerial extent of the reservoir. Clearly, we know we have a lot of column. We know we have very attractive Mioecene-like sands. And now we need to determine the aerial extent of the reservoir so that we can move forward with our pre-FEED work and begin to conceptualize what a development opportunity would look like here.

We'll spend about $500 million of capital of our budget in exploration, in the aggregate offshore and onshore this year.

And one of the question we get sometimes is why, why spend money on exploration, especially when greenfield development cost more than the brownfield tieback opportunities. And so we put this slide together, as some of you have seen before, to try to show you the power of exploration when you're good at it for a company our size. Over the course of the last 10 years, we spent about $10 billion in the aggregate, so roughly $1 billion a year. Some years, it'd be less, $500 million, $600 million, $700 million, $800 million. I think the most we spent was probably $1.4 billion, $1.5 billion when we had a large appraisal program a few years back. But year in and year out, we've remained committed to our teams that have proven they are excellent at what they do, and it's paid off tremendously.

That $10 billion, we discovered around 6.5 billion barrels of net resources. We've been able to monetize over $14 billion of value from the discoveries and our exploration activities, either farming out or selling discoveries or selling down developments, like we were able to do at Lucius and Heidelberg, with tremendous capital opportunities. So as a sheer cash-on-cash profit, this has been a tremendous portfolio over the last 10 years. But in addition to that, we're left with north of 5 billion barrels of those discovered resources and about 250,000 barrels a day of our current production results from the discoveries of -- that were related to this $10 million spend.

So from a macro standpoint, we believe this is an area of great optionality for our shareholders, an area where we have clear competitive advantages and skill sets and it's an area that we're committed to continuing to invest in because it can drive a lot of value in the future, both on some of the things that I've mentioned and other opportunities that are listed here at the bottom of the page, where we've got lots of additional growth, either through new developments or tieback opportunities.

So in summary, it's a little bit of a cross-section of how we view the world, how we view it from a capital allocation standpoint, from an asset standpoint, the places we're putting money to work in 2016, we've got tremendous hope for the future. Obviously, we're fundamentally bullish over the longer term on commodity prices, given that we're investing in oil for the longer term and beyond just this current year. We think we've done the things necessary to reduce cost, reduce cash burdens on the business, improve financial flexibility, improve the credit profile of the company.

We've got a little work to do to continue to execute on monetizations through the year. To the extent we're able to do that, we apply monetizations toward the reduction of debt, either on a net or a gross basis. And to the extent we see additional cash flows through commodity price improvements through the end of the year, then we'll consider whether to increase the capital budget and, if so, where to put those dollars. And as I mentioned previously, probably the first place we would go do it is in the tremendous economic opportunities available in the DJ Basin and the Rockies.
And so Arun, with that, I know we have a few minutes left. I'm happy to take some Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319784

# Question and Answer

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

If you do have a question, please raise your hand. On the front row, [indiscernible].

**Unknown Analyst**

Ex tieback opportunities, which obviously work at a lower oil price, for deepwater drilling, what would sort of price or price range you think you need to kind of make that economically viable?.

**Robert G. Gwin**
*President*

Great question, and I won't answer it directly because, frankly, the answer varies. It varies with the opportunity. Something like a Shenandoah is obviously tremendous resource potential, but the development plan could be from a relatively smaller spar opportunity to maybe multiple spars to something bigger that you might pursue. Because we have Coronado and Yucatan in the same mini-basin that are tremendous kind of in situ tieback opportunities for the future. We've looked at kind of a PV10 breakeven as a lot of people do in the onshore, and you're pretty close to it at -- well, at least at recent oil price, maybe not what we've seen since Brexit. But at recent oil prices, you are starting to look economic to something that's in that PV10 breakeven standpoint. But obviously, you wouldn't pursue economics in the Gulf of Mexico for a 10% rate of return. We have to focus on risk-adjusted rates of return, and accordingly, we're going to see something at a higher commodity price. One of the nice things is that in the current environment, with fewer of these projects out there, obviously, we have -- we believe we will have, as we work through a FEED process, some relatively good leverage with EPC contractors that would be more interested in pursuing our project on a one-off basis than they might be in a more robust time and, therefore, might be a little bit more aggressive on price. So too many moving pieces to answer the question directly, but we don't believe we're a long way off, relative to our forward look at oil prices, to consider greenfield. Now beyond Shenandoah, obviously, there are many things we're looking at. They're a little smaller. We're focusing on kind of longer tiebacks to existing infrastructure rather than greenfield developments, but it puts you in a position there and when you can drill 100 million barrel opportunities and things don't have to look at like, say, 200 million and 300 million and 400 million barrel opportunities to justify infrastructure.

**Unknown Analyst**

Could you talk about your view on your stake in WGP? You obviously sold 475 million not too long ago. Is that a level that we should consistently expect annually? And then is there an optimal level for that stake over time?

**Robert G. Gwin**
*President*

Sure. That's a great question. We've sold a little bit of it for the last 3 years, and my numbers won't be exact. But in 2014, it was 300-and-some-odd million. Last year, it was 600-and-some-odd million. This year, 475 million. So the number will probably move around some. We're constrained by how much we can sell efficiently because the float is not very great. For instance, after our most recent sale, we still own something like 78% of the equity in WGP. And we're very conscious of the fact that we don't want to bring enough paper to market that it causes the trading dynamics around the security to be abnormally negatively impacted, which is why we try to -- we spread these out over a multi-year period, and we obviously haven't been very aggressively selling. We've got north of $6 billion of value remaining even at the current equity price. Our expectations around growth in the DJ and the Delaware, which are Western Gas's 2 most prolific basins, as well cause us to have a pretty good idea, pretty transparent view of future growth at those MLPs. And so we -- obviously, we believe future value looks pretty good for those based on lots of market conditions. Setting the market conditions aside, just simply looking at the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319785

performance expectations around volumes. So we'll continue to sell some of it over time. I don't think we'll be aggressive sellers. Certainly, we get opportunities to sell bigger chunks at points in time and probably negotiated transactions, given the attractiveness of the portfolio. But we've -- we kind of -- we're not in a hurry necessarily. We don't believe we're short cash or in any need to be aggressive on that front. And we're going to -- just going to try to be opportunistic over time, take a little bit off the table, ensure that security is positioned to trade well. And I think of it as being a responsible sponsor by taking a long-term view on the health of the entities and how they trade publicly rather than any short-term agenda. Thanks for the question. Yes?

**Unknown Analyst**

Just wondering if you can take a moment and talk about the regulatory environment in Colorado. I mean, the referendum is in everybody's mind, but if you could give an update as well.

**Robert G. Gwin**
*President*

Yes. We're obviously very involved there, paying a lot of attention, most significantly, aggressively continuing our education program, which was a process that we stood up in 2012, 2013 as we're heading toward the 2014 potential challenges and ballot initiatives there. And we have found a lot of traction with education. That disinformation and misinformation by those that are critical of activities in the area is -- falls by the wayside when our teams in Colorado and those of our partners are getting the word out around the truth behind the myths that are often talked about up there. Now there are certainly some potential -- well, some concerning ballot initiatives or potential ballot initiatives if they receive the requisite signatures by -- I forgot the date, in August. And we stand ready, obviously, to continue to fight aggressively to get the truth out and make sure that we have an educated electric. I think that the existing -- in particular, one of the existing ballot initiatives that deals with very aggressive setbacks from structures functionally puts oil and gas development in the state on hold. And though we believe there's a -- certainly, a low probability of it being on the ballot, we take it seriously and we'll continue to aggressively work against it should it be on there. It polls very poorly in the state, the lack of development, their -- the sheer economic impact on the state. Even with the slowdown like we've seen, the state's revenues obviously have had a material falloff. And it's really just a draconian dynamic for schools and funding and economics in the state of -- if oil and gas were to be restricted in a manner that, that particular initiative lays out. So it is -- it's concerning. We take it as a real threat, because obviously, it's a very important asset for us and for Noble and some others in the state. But by the same token, we believe that there is -- that the backdrop, just to fight those types of things, is very strong. And we and industry, together, we think -- it goes beyond industry. You look at homebuilders and the school boards and the Governor and the senators on both side of the aisle and -- I mean, anyone that actually -- the thinking people that pay attention to the impact on the state and pay attention on the actual need for such draconian restrictions, I think, see this in a clear light. And accordingly, we think that things will work out for the best over the course of the next few months and then through the fall, if we need to continue to fight it. Other questions?

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

I think in the interest of time, we're going to have to cut it off there. Thanks a lot, Bob.

**Robert G. Gwin**
*President*
Thank you, Arun. Thanks for having us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319786

ANADARKO PETROLEUM CORPORATION COMPANY CONFERENCE PRESENTATION | JUN 28, 2016

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01319787

# Exhibit 90

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

**Date of Earliest Event Reported: July 26, 2016**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 1-8968 | 76-0146568 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1201 Lake Robbins Drive**
**The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

STEINHOLT_0013000

The information in this Current Report on Form 8-K shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liabilities of that section, and is not incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 2.02  Results of Operations and Financial Condition.**

On July 26, 2016, Anadarko Petroleum Corporation (Anadarko) announced second-quarter 2016 financial and operating results. The press release is included in this report as Exhibit 99 and is incorporated herein by reference.

**Item 7.01  Regulation FD Disclosure.**

On July 26, 2016, Anadarko provided guidance for the remainder of 2016. This information is contained in the press release included in this report as Exhibit 99.

**Item 9.01  Financial Statements and Exhibits.**

  (d)  Exhibits.
  99  Anadarko Press Release dated July 26, 2016.

STEINHOLT_0013001

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ANADARKO PETROLEUM CORPORATION

(Registrant)

July 26, 2016

By: /s/ CHRISTOPHER O. CHAMPION

Christopher O. Champion

Vice President, Chief Accounting Officer and Controller

STEINHOLT_0013002

## EXHIBIT INDEX

**Exhibit No.**    **Description**

99            Anadarko Press Release dated July 26, 2016.

STEINHOLT_0013003

Exhibit 99



# NEWS

## ANADARKO ANNOUNCES SECOND-QUARTER 2016 RESULTS

**HOUSTON**, July 26, 2016 – Anadarko Petroleum Corporation (NYSE: APC) today announced its financial and operating results for the second quarter of 2016, including a net loss attributable to common stockholders of $692 million, or $1.36 per share (diluted). The net loss includes certain items typically excluded by the investment community in published estimates, which in the aggregate decreased net income by $388 million or $0.76 per share (diluted) on an after-tax basis.[1] Cash flow from operating activities in the second quarter of 2016 was $1.229 billion. Discretionary cash flow from operations totaled $669 million.[2]

### HIGHLIGHTS

- Achieved record production levels at three operated Gulf of Mexico facilities and in the U.S. onshore Delaware and DJ basins
- Encountered more than 1,040 net feet of oil pay at the Shenandoah-5 appraisal well and increased working interest in this operated deepwater discovery
- Closed $2.5 billion of monetizations year to date
- Retired $3 billion of near-term maturities with proceeds from debt issued during the first quarter

"Our portfolio continues to perform exceptionally well, and we've continued to significantly reduce our cost structure throughout the year," said Al Walker, Anadarko Chairman, President and CEO. "As a result of the record sales volumes from our Lucius and Caesar/Tonga fields in the Gulf of Mexico, as well as the improving well performance in the Delaware and DJ basins, we are increasing the midpoint of our full-year divestiture-adjusted[3] sales-volume guidance by 2 million BOE (barrels of oil equivalent). Additionally, we've been very successful monetizing assets through the first six months of this year and have increased the high end of our target range to $3.5 billion in total proceeds expected by year end. As stated previously, we intend to use sales proceeds to retire debt, including the remaining $750 million of 2017 maturities. In addition, should the commodity-price outlook continue to improve, we will evaluate redeploying some of the additional cash generated via operations and asset sales toward our highest-quality U.S. onshore opportunities."

STEINHOLT_0013004

**OPERATIONS SUMMARY**

Anadarko's second-quarter sales volumes of natural gas, oil and natural gas liquids (NGLs) totaled 72 million BOE, or an average of 792,000 BOE per day.

In the Delaware Basin of West Texas, Anadarko averaged record net sales volumes of 41,000 BOE per day, and exited the quarter at approximately 45,000 BOE per day. The company has continued its delineation program, running six rigs to further its understanding of both the vertical and areal potential across its 600,000-gross-acre position in the heart of the play. In the DJ Basin of northeast Colorado, Anadarko continued to optimize the performance of its base production during the second quarter, achieving record net sales volumes of approximately 243,000 BOE per day.

In the Gulf of Mexico, the company achieved several production records. The Lucius platform achieved a 24-hour gross production record and averaged sales volumes above the facility's 80,000 barrels of oil per day (BOPD) nameplate capacity. In addition, the company's Constitution spar recently achieved a production record of 65,000 BOPD, and its K2 complex also achieved an eight-year-high production rate of 28,000 BOPD. During the quarter, Anadarko continued to advance its understanding of the Shenandoah discovery, as it encountered more than 1,040 net feet of oil pay in the Shenandoah-5 appraisal well, expanding the eastern extent of the field. Additionally, the company increased its working interest in Shenandoah to 33 percent and added several new exploration opportunities to the portfolio by participating in a preferential-right process.

Internationally, the TEN field offshore Ghana is 97-percent complete with installation, hook-up and commissioning on schedule and first oil expected in the third quarter of 2016. At the adjacent Jubilee field, following maintenance on the floating production, storage and offloading vessel (FPSO) and implementation of new production and offtake procedures, production has ramped back up and is expected to average approximately 85,000 BOPD during the second half of the year. The partnership determined a long-term solution to convert the FPSO to a permanently moored facility, with the work program expected to be completed in the first half of 2017. Until the work program is complete, shuttle tankers will continue to be utilized to deliver offtake. Offshore Côte d'Ivoire, Anadarko continued its successful appraisal program with the drilling of the Paon-3AR horizontal sidetrack, which will be followed by a drillstem and interference testing program in the third quarter. In advancing the Mozambique LNG project, Anadarko achieved a significant milestone by submitting the Resettlement Plan for government review.

STEINHOLT_0013005

## OPERATIONS REPORT

For details on Anadarko's operations and exploration program, including detailed tables illustrating divestiture-adjusted[3] information, please refer to the comprehensive report on second-quarter 2016 activity. The report is available at www.anadarko.com.

## FINANCIAL SUMMARY

Anadarko ended the second quarter with approximately $1.4 billion of cash on hand. Year to date, Anadarko has generated approximately $2.5 billion in monetizations, including proceeds received during the second quarter from the secondary offering of Western Gas Equity Partners (NYSE: WGP) common units and divestitures of the company's Wamsutter and non-core Permian assets.

## CONFERENCE CALL *TOMORROW* AT 8 A.M. CDT, 9 A.M. EDT

Anadarko will host a conference call on Wednesday, July 27, 2016, at 8 a.m. Central Daylight Time (9 a.m. Eastern Daylight Time) to discuss second-quarter results, current operations and the company's outlook for the remainder of 2016. The dial-in number is 877.883.0383 in the United States or 412.902.6506 internationally. The confirmation number is 0728576. For complete instructions on how to participate in the conference call, or to listen to the live audio webcast and slide presentation, please visit www.anadarko.com. A replay of the call will be available on the website for approximately 30 days following the conference call.

## FINANCIAL DATA

Nine pages of summary financial data follow, including current hedge positions, a reconciliation of "divestiture-adjusted" or "same-store" sales, and updated financial and production guidance.

[1] See the accompanying table for details of certain items affecting comparability.
[2] See the accompanying table for a reconciliation of GAAP to non-GAAP financial measures and a statement indicating why management believes the non-GAAP financial measures provide useful information for investors.
[3] See the accompanying table for a reconciliation of "divestiture-adjusted" or "same-store" sales volumes, which are intended to present performance of Anadarko's continuing asset base, giving effect to recent divestitures.

Anadarko Petroleum Corporation's mission is to deliver a competitive and sustainable rate of return to shareholders by exploring for, acquiring and developing oil and natural gas resources vital to the world's health and welfare. As of year-end 2015, the company had approximately 2.06 billion barrels-equivalent of proved reserves, making it one of the world's largest independent exploration and production companies. For more information about Anadarko and Flash Feed updates, please visit www.anadarko.com.

STEINHOLT_0013006

4

*This news release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results or other expectations expressed in this news release, including Anadarko's ability to realize its expectations regarding performance in this challenging economic environment and meet financial and operating guidance, identify and complete additional monetization transactions, reduce its debt, timely complete and commercially operate the projects and drilling prospects identified in this news release, and successfully plan, secure necessary government approvals, enter into long-term sales contracts, finance, build and operate the necessary infrastructure and LNG park in Mozambique. See "Risk Factors" in the company's 2015 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

#     #     #

**ANADARKO CONTACTS**

**MEDIA:**

John Christiansen, john.christiansen@anadarko.com, 832.636.8736
Stephanie Moreland, stephanie.moreland@anadarko.com, 832.636.2912

**INVESTORS:**

John Colglazier, john.colglazier@anadarko.com, 832.636.2306
Brian Kuck, brian.kuck@anadarko.com, 832.636.7135
Shandell Szabo, shandell.szabo@anadarko.com, 832.636.3977
Pete Zagrzecki, pete.zagrzecki@anadarko.com, 832.636.7727

STEINHOLT_0013007

5

**Anadarko Petroleum Corporation**
**Reconciliation of GAAP to Non-GAAP Measures**

Below are reconciliations of net income (loss) attributable to common stockholders (GAAP) to adjusted net income (loss) (non-GAAP), cash provided by operating activities (GAAP) to discretionary cash flow from operations (non-GAAP) and free cash flow (non-GAAP), and total debt (GAAP) to net debt (non-GAAP), each as required under Regulation G of the Securities Exchange Act of 1934. The Company also provides non-GAAP definitions and reconciliations on its website located at www.anadarko.com/investor-kit. This non-GAAP information should be considered by the reader in addition to, but not instead of, the financial statements prepared in accordance with GAAP. The non-GAAP financial information presented may be determined or calculated differently by other companies and may not be comparable to similarly titled measures.

Management uses adjusted net income (loss) to evaluate operating and financial performance and believes the measure is useful to investors because it eliminates the impact of certain noncash and/or other items that management does not consider to be indicative of the Company's performance from period to period. Management also believes this non-GAAP measure is useful to investors to evaluate and compare the Company's operating and financial performance across periods, as well as facilitating comparisons to others in the Company's industry.

| | Quarter Ended June 30, 2016 | | |
| | Before Tax | After Tax | Per Share (diluted) |
| millions except per-share amounts | | | |
|---|---|---|---|
| **Net income (loss) attributable to common stockholders** | | $ (692) | $ (1.36) |
| Adjustments for certain items affecting comparability | | | |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ (371) | (234) | (0.46) |
| Gains (losses) on divestitures, net | (104) | (66) | (0.13) |
| Impairments | (18) | (11) | (0.02) |
| Restructuring charges | (48) | (30) | (0.06) |
| Loss on early extinguishment of debt | (124) | (78) | (0.15) |
| Third-party well and platform decommissioning obligation | 56 | 35 | 0.07 |
| Change in uncertain tax positions (FIN 48) | — | (4) | (0.01) |
| Certain items affecting comparability | $ (609) | (388) | (0.76) |
| **Adjusted net income (loss)** | | $ (304) | $ (0.60) |

\* Includes $(213) million related to interest-rate derivatives, $(154) million related to commodity derivatives, and $(4) million related to gathering, processing, and marketing sales.

| | Quarter Ended June 30, 2015 | | |
| | Before Tax | After Tax | Per Share (diluted) |
| millions except per-share amounts | | | |
|---|---|---|---|
| **Net income (loss) attributable to common stockholders** | | $ 61 | $ 0.12 |
| Adjustments for certain items affecting comparability | | | |
| Total gains (losses) on derivatives, net, less net cash from settlement of commodity derivatives* | $ 229 | 145 | 0.28 |
| Gains (losses) on divestitures, net | (91) | (77) | (0.15) |
| Impairments | (30) | (20) | (0.04) |
| Change in uncertain tax positions (FIN 48) | — | 9 | 0.02 |
| Certain items affecting comparability | $ 108 | 57 | 0.11 |
| **Adjusted net income (loss)** | | $ 4 | $ 0.01 |

\* Includes $312 million related to interest-rate derivatives and $(83) million related to commodity derivatives.

STEINHOLT_0013008

**Anadarko Petroleum Corporation**
**Reconciliation of GAAP to Non-GAAP Measures**

Management believes that discretionary cash flow from operations and free cash flow are useful to management and investors as a measure of a company's ability to internally fund its capital expenditures and to service or incur additional debt. These measures eliminate the impact of certain items that management does not consider to be indicative of the Company's performance from period to period.

| | Quarter Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| millions | 2016 | | 2015 | | 2016 | | 2015 | |
| Net cash provided by (used in) operating activities | $ | 1,229 | $ | 1,243 | $ | 1,092 | $ | (3,261) |
| Add back | | | | | | | | |
| Increase (decrease) in accounts receivable | | (876) | | 462 | | (922) | | 105 |
| (Increase) decrease in accounts payable and accrued expenses | | 314 | | (81) | | 717 | | 198 |
| Other items, net | | 14 | | (339) | | 100 | | 269 |
| Tronox settlement payment | | — | | — | | — | | 5,215 |
| Certain nonoperating and other excluded items | | (12) | | — | | 168 | | 26 |
| Current taxes related to asset monetizations | | — | | 88 | | — | | 316 |
| Discretionary cash flow from operations | $ | 669 | $ | 1,373 | $ | 1,155 | $ | 2,868 |
| Less capital expenditures* | | 728 | | 1,401 | | 1,624 | | 3,223 |
| Free cash flow** | $ | (59) | $ | (28) | $ | (469) | $ | (355) |

\* Includes Western Gas Partners, LP (WES) capital expenditures of $120 million for the quarter ended June 30, 2016, and $122 million for the quarter ended June 30, 2015, $260 million for the six months ended June 30, 2016, and $278 million for the six months ended June 30, 2015.

\** Free cash flow for the six months ended June 30, 2015, includes a $595 million current tax benefit associated with the Tronox settlement.

Management uses net debt to determine the Company's outstanding debt obligations that would not be readily satisfied by its cash and cash equivalents on hand. Management believes that using net debt in the capitalization ratio is useful to investors in determining the Company's leverage since the Company could choose to use its cash and cash equivalents to retire debt. In addition, management believes that presenting Anadarko's net debt excluding WGP is useful because WGP is a separate public company with its own capital structure.

| | June 30, 2016 | | | | | |
|---|---|---|---|---|---|---|
| millions | Anadarko Consolidated | | WGP* Consolidated | | Anadarko excluding WGP | |
| Total debt | $ | 15,673 | $ | 2,960 | $ | 12,713 |
| Less cash and cash equivalents | | 1,394 | | 160 | | 1,234 |
| Net debt | $ | 14,279 | $ | 2,800 | $ | 11,479 |

| millions | | Anadarko Consolidated | | Anadarko excluding WGP |
|---|---|---|---|---|
| Net debt | $ | 14,279 | $ | 11,479 |
| Total equity | | 14,600 | | 11,281 |
| Adjusted capitalization | $ | 28,879 | $ | 22,760 |
| | | | | |
| Net debt to adjusted capitalization ratio | | 49% | | 50% |

\* Western Gas Equity Partners, LP (WGP) is a publicly traded consolidated subsidiary of Anadarko and WES is a consolidated subsidiary of WGP.

STEINHOLT_0013009

## Anadarko Petroleum Corporation
### (Unaudited)

| Summary Financial Information | | Quarter Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|---|
| *millions except per-share amounts* | | **2016** | 2015 | | **2016** | | 2015 |
| **Consolidated Statements of Income** | | | | | | | |
| **Revenues and Other** | | | | | | | |
| Oil and condensate sales | $ | **1,125** | $ 1,616 | $ | **1,975** | $ | 3,035 |
| Natural-gas sales | | **320** | 487 | $ | **686** | | 1,128 |
| Natural-gas liquids sales | | **235** | 229 | | **413** | | 461 |
| Gathering, processing, and marketing sales | | **305** | 305 | | **545** | | 598 |
| Gains (losses) on divestitures and other, net | | **(70)** | (1) | | **(30)** | | (265) |
| Total | | **1,915** | 2,636 | | **3,589** | | 4,957 |
| **Costs and Expenses** | | | | | | | |
| Oil and gas operating | | **202** | 226 | | **410** | | 522 |
| Oil and gas transportation | | **246** | 283 | | **488** | | 588 |
| Exploration | | **76** | 103 | | **202** | | 1,186 |
| Gathering, processing, and marketing | | **252** | 255 | | **467** | | 509 |
| General and administrative | | **305** | 278 | | **754** | | 585 |
| Depreciation, depletion, and amortization | | **984** | 1,214 | | **2,133** | | 2,470 |
| Other taxes | | **157** | 151 | | **274** | | 333 |
| Impairments | | **18** | 30 | | **34** | | 2,813 |
| Other operating expense | | **7** | 6 | | **23** | | 69 |
| Total | | **2,247** | 2,546 | | **4,785** | | 9,075 |
| **Operating Income (Loss)** | | **(332)** | 90 | | **(1,196)** | | (4,118) |
| **Other (Income) Expense** | | | | | | | |
| Interest expense | | **217** | 201 | | **437** | | 417 |
| Loss on early extinguishment of debt | | **124** | — | | **124** | | — |
| (Gains) losses on derivatives, net | | **307** | (311) | | **604** | | (159) |
| Other (income) expense, net | | **(55)** | 15 | | **(55)** | | 62 |
| Tronox-related contingent loss | | **—** | — | | **—** | | 5 |
| Total | | **593** | (95) | | **1,110** | | 325 |
| **Income (Loss) Before Income Taxes** | | **(925)** | 185 | | **(2,306)** | | (4,443) |
| Income tax expense (benefit) | | **(314)** | 77 | | **(697)** | | (1,315) |
| **Net Income (Loss)** | | **(611)** | 108 | | **(1,609)** | | (3,128) |
| Net income (loss) attributable to noncontrolling interests | | **81** | 47 | | **117** | | 79 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ | **(692)** | $ 61 | $ | **(1,726)** | $ | (3,207) |
| **Per Common Share** | | | | | | | |
| Net income (loss) attributable to common stockholders—basic | $ | **(1.36)** | $ 0.12 | $ | **(3.39)** | $ | (6.32) |
| Net income (loss) attributable to common stockholders—diluted | $ | **(1.36)** | $ 0.12 | $ | **(3.39)** | $ | (6.32) |
| **Average Number of Common Shares Outstanding—Basic** | | **510** | 508 | | **510** | | 507 |
| **Average Number of Common Shares Outstanding—Diluted** | | **510** | 509 | | **510** | | 507 |
| | | | | | | | |
| **Exploration Expense** | | | | | | | |
| Dry hole expense | $ | **(5)** | $ 13 | $ | **6** | $ | 42 |
| Impairments of unproved properties | | **15** | 18 | | **39** | | 998 |
| Geological and geophysical expense | | **32** | 16 | | **69** | | 38 |
| Exploration overhead and other | | **34** | 56 | | **88** | | 108 |
| Total | $ | **76** | $ 103 | $ | **202** | $ | 1,186 |

STEINHOLT_0013010

STEINHOLT_0013011

### Anadarko Petroleum Corporation
### (Unaudited)

| Summary Financial Information | | Quarter Ended June 30, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|
| millions | | 2016 | 2015 | | 2016 | 2015 |
| **Cash Flows from Operating Activities** | | | | | | |
| Net income (loss) | $ | (611) | $ 108 | $ | (1,609) | $ (3,128) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | | | |
| Depreciation, depletion, and amortization | | 984 | 1,214 | | 2,133 | 2,470 |
| Deferred income taxes | | (407) | 11 | | (820) | (1,187) |
| Dry hole expense and impairments of unproved properties | | 10 | 31 | | 45 | 1,040 |
| Impairments | | 18 | 30 | | 34 | 2,813 |
| (Gains) losses on divestitures, net | | 104 | 91 | | 102 | 425 |
| Loss on early extinguishment of debt | | 124 | — | | 124 | — |
| Total (gains) losses on derivatives, net | | 311 | (310) | | 610 | (158) |
| Operating portion of net cash received (paid) in settlement of derivative instruments | | 60 | 81 | | 165 | 172 |
| Other | | 88 | 29 | | 203 | 74 |
| Changes in assets and liabilities | | | | | | |
| Tronox-related contingent liability | | — | — | | — | (5,210) |
| (Increase) decrease in accounts receivable | | 876 | (462) | | 922 | (105) |
| Increase (decrease) in accounts payable and accrued expenses | | (314) | 81 | | (717) | (198) |
| Other items, net | | (14) | 339 | | (100) | (269) |
| Net Cash Provided by (Used in) Operating Activities | $ | 1,229 | $ 1,243 | $ | 1,092 | $ (3,261) |
| **Capital Expenditures** | $ | 728 | $ 1,401 | $ | 1,624 | $ 3,223 |

| millions | | June 30, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| **Condensed Balance Sheets** | | | | |
| Cash and cash equivalents | $ | 1,394 | $ | 939 |
| Accounts receivable, net of allowance | | 1,500 | | 2,469 |
| Other current assets | | 318 | | 573 |
| Net properties and equipment | | 32,345 | | 33,751 |
| Other assets | | 2,239 | | 2,268 |
| Goodwill and other intangible assets | | 6,237 | | 6,331 |
| Total Assets | $ | 44,033 | $ | 46,331 |
| Short-term debt | | 32 | | 32 |
| Other current liabilities | | 3,212 | | 4,148 |
| Long-term debt | | 15,641 | | 15,636 |
| Deferred income taxes | | 4,686 | | 5,400 |
| Other long-term liabilities | | 5,862 | | 5,658 |
| Stockholders' equity | | 11,281 | | 12,819 |
| Noncontrolling interests | | 3,319 | | 2,638 |
| Total Equity | $ | 14,600 | $ | 15,457 |
| Total Liabilities and Equity | $ | 44,033 | $ | 46,331 |
| **Capitalization** | | | | |
| Total debt | $ | 15,673 | $ | 15,668 |
| Total equity | | 14,600 | | 15,457 |
| Total | $ | 30,273 | $ | 31,125 |

STEINHOLT_0013012

**Capitalization Ratios**

| | | |
|---|---|---|
| Total debt | **52%** | 50% |
| Total equity | **48%** | 50% |

STEINHOLT_0013013

9

# Anadarko Petroleum Corporation
## (Unaudited)

**Sales Volumes and Prices**

| | Average Daily Sales Volumes | | | Sales Volumes | | | Average Sales Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Oil & Condensate MMBbls | Natural Gas Bcf | NGLs MMBbls | Oil & Condensate Per Bbl | Natural Gas Per Mcf | NGLs Per Bbl |
| **Quarter Ended June 30, 2016** | | | | | | | | | |
| **United States** | 227 | 2,188 | 126 | 20 | 199 | 12 | $ 40.25 | $ 1.61 | $ 19.42 |
| **Algeria** | 59 | — | 5 | 5 | — | 1 | 46.65 | — | 24.13 |
| **Other International** | 10 | — | — | 1 | — | — | 47.37 | — | — |
| **Total** | 296 | 2,188 | 131 | 26 | 199 | 13 | $ 41.77 | $ 1.61 | $ 19.60 |
| Quarter Ended June 30, 2015 | | | | | | | | | |
| United States | 240 | 2,354 | 130 | 21 | 215 | 12 | $ 54.14 | $ 2.28 | $ 17.98 |
| Algeria | 50 | — | 6 | 5 | — | — | 60.24 | — | 31.11 |
| Other International | 28 | — | — | 3 | — | — | 61.82 | — | — |
| Total | 318 | 2,354 | 136 | 29 | 215 | 12 | $ 55.78 | $ 2.28 | $ 18.50 |
| **Six Months Ended June 30, 2016** | | | | | | | | | |
| **United States** | 229 | 2,245 | 125 | 41 | 409 | 23 | $ 34.07 | $ 1.68 | $ 17.24 |
| **Algeria** | 62 | — | 5 | 11 | — | 1 | 40.35 | — | 23.43 |
| **Other International** | 14 | — | — | 3 | — | — | 37.55 | — | — |
| **Total** | 305 | 2,245 | 130 | 55 | 409 | 24 | $ 35.51 | $ 1.68 | $ 17.49 |
| Six Months Ended June 30, 2015 | | | | | | | | | |
| United States | 238 | 2,545 | 134 | 43 | 461 | 24 | $ 49.23 | $ 2.45 | $ 17.63 |
| Algeria | 60 | — | 6 | 11 | — | 1 | 57.80 | — | 32.01 |
| Other International | 28 | — | — | 5 | — | — | 55.69 | — | — |
| Total | 326 | 2,545 | 140 | 59 | 461 | 25 | $ 51.37 | $ 2.45 | $ 18.24 |

| | Average Daily Sales Volumes MBOE/d | Sales Volumes MMBOE |
|---|---|---|
| **Quarter Ended June 30, 2016** | 792 | 72 |
| Quarter Ended June 30, 2015 | 846 | 77 |
| **Six Months Ended June 30, 2016** | 809 | 147 |
| Six Months Ended June 30, 2015 | 890 | 161 |

**Sales Revenue and Commodity Derivatives**

| | Sales | | | Net Cash Received (Paid) from Settlement of Commodity Derivatives | | |
|---|---|---|---|---|---|---|
| millions | Oil & Condensate | Natural Gas | NGLs | Oil & Condensate | Natural Gas | NGLs |
| **Quarter Ended June 30, 2016** | | | | | | |
| **United States** | $ 830 | $ 320 | $ 223 | $ 60 | $ 2 | $ (2) |
| **Algeria** | 252 | — | 12 | — | — | — |
| **Other International** | 43 | — | — | — | — | — |
| **Total** | $ 1,125 | $ 320 | $ 235 | $ 60 | $ 2 | $ (2) |
| Quarter Ended June 30, 2015 | | | | | | |
| United States | $ 1,181 | $ 487 | $ 213 | $ 3 | $ 77 | $ 2 |
| Algeria | 277 | — | 16 | — | — | — |
| Other International | 158 | — | — | — | — | — |

STEINHOLT_0013014

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | $ 1,616 | $ 487 | $ 229 | $ 3 | $ 77 | $ 2 |

**Six Months Ended June 30, 2016**

| | | | | | | |
|---|---|---|---|---|---|---|
| United States | $ 1,421 | $ 686 | $ 390 | $ 148 | $ 15 | $ — |
| Algeria | 458 | — | 23 | — | — | — |
| Other International | 96 | — | — | — | — | — |
| Total | $ 1,975 | $ 686 | $ 413 | $ 148 | $ 15 | $ — |

Six Months Ended June 30, 2015

| | | | | | | |
|---|---|---|---|---|---|---|
| United States | $ 2,121 | $ 1,128 | $ 426 | $ 5 | $ 150 | $ 17 |
| Algeria | 629 | — | 35 | — | — | — |
| Other International | 285 | — | — | — | — | — |
| Total | $ 3,035 | $ 1,128 | $ 461 | $ 5 | $ 150 | $ 17 |

STEINHOLT_0013015

10

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**As of July 26, 2016**

Note: Guidance excludes 2016 sales volumes associated with the East Chalk and Wamsutter divestitures.

| | 3rd-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | Units | | | Units | | |
| **Total Sales Volumes (MMBOE)** | 68 | — | 70 | 277 | — | 281 |
| **Total Sales Volumes (MBOE/d)** | 739 | — | 761 | 757 | — | 768 |
| | | | | | | |
| **Oil (MBbl/d)** | 301 | — | 307 | 303 | — | 308 |
| | | | | | | |
| United States | 222 | — | 225 | 223 | — | 226 |
| Algeria | 62 | — | 64 | 63 | — | 64 |
| Ghana | 17 | — | 18 | 17 | — | 18 |
| | | | | | | |
| **Natural Gas (MMcf/d)** | | | | | | |
| | | | | | | |
| United States | 1,895 | — | 1,935 | 2,000 | — | 2,020 |
| | | | | | | |
| **Natural Gas Liquids (MBbl/d)** | | | | | | |
| | | | | | | |
| United States | 114 | — | 118 | 114 | — | 117 |
| Algeria | 5 | — | 7 | 5 | — | 7 |

| | $ / Unit | | | $ / Unit | | |
|---|---|---|---|---|---|---|
| **Price Differentials vs NYMEX (w/o hedges)** | | | | | | |
| | | | | | | |
| **Oil ($/Bbl)** | (6.70) | — | (2.20) | (6.90) | — | (2.50) |
| | | | | | | |
| United States | (8.00) | — | (3.00) | (8.00) | — | (3.00) |
| Algeria | (3.00) | — | — | (4.00) | — | (1.00) |
| Ghana | (3.00) | — | — | (4.00) | — | (1.00) |
| | | | | | | |
| **Natural Gas ($/Mcf)** | | | | | | |
| | | | | | | |
| United States | (0.55) | — | (0.40) | (0.45) | — | (0.35) |

STEINHOLT_0013016

11

**Anadarko Petroleum Corporation**
**Financial and Operating External Guidance**
**As of July 26, 2016**

Note: Guidance excludes items affecting comparability.

| | 3rd-Qtr Guidance (see Note) | | | Full-Year Guidance (see Note) | | |
|---|---|---|---|---|---|---|
| | $ MM | | | $ MM | | |
| **Other Revenues** | | | | | | |
| Marketing and Gathering Margin | 20 | — | 40 | 120 | — | 140 |
| Minerals and Other | 35 | — | 55 | 155 | — | 175 |
| | **$ / BOE** | | | **$ / BOE** | | |
| **Costs and Expenses** | | | | | | |
| Oil & Gas Direct Operating | 3.15 | — | 3.30 | 3.05 | — | 3.25 |
| Oil & Gas Transportation | 3.20 | — | 3.40 | 3.25 | — | 3.45 |
| Depreciation, Depletion, and Amortization | 14.90 | — | 15.35 | 14.80 | — | 15.00 |
| Production Taxes (% of Product Revenue) | 8.0% | — | 9.0% | 8.0% | — | 9.0% |
| | **$ MM** | | | **$ MM** | | |
| General and Administrative (excludes restructuring charges) | 245 | — | 265 | 950 | — | 1,000 |
| Other Operating Expense | 25 | — | 35 | 75 | — | 85 |
| Exploration Expense | | | | | | |
| Non-Cash | 40 | — | 60 | 350 | — | 450 |
| Cash | 50 | — | 70 | 260 | — | 280 |
| Interest Expense (net) | 210 | — | 225 | 865 | — | 885 |
| Other (Income) Expense (includes noncontrolling interest) | 70 | — | 80 | 250 | — | 275 |
| **Taxes** | | | | | | |
| Algeria (100% current) | 60% | — | 70% | 65% | — | 75% |
| Rest of Company (10% Current/90% Deferred for Q3 and Total Year) | 35% | — | 45% | 30% | — | 40% |
| **Avg. Shares Outstanding (MM)** | | | | | | |
| Basic | 510 | — | 511 | 510 | — | 511 |
| Diluted | 510 | — | 511 | 511 | — | 512 |
| **Capital Investment (Excluding Western Gas Partners, LP)** | **$ MM** | | | **$ MM** | | |
| APC Capital Expenditures | 650 | — | 750 | 2,600 | — | 2,800 |

STEINHOLT_0013017

12

## Anadarko Petroleum Corporation
## Commodity Hedge Positions
## As of July 26, 2016

| | Volume (MBbls/d) | Weighted Average Price per barrel | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Floor Sold | | Floor Purchased | | Ceiling Sold | |
| **Oil** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2016 | | | | | | | |
| WTI | 65 | $ | 41.54 | $ | 53.08 | $ | 62.25 |
| Brent | 18 | $ | 47.22 | $ | 59.44 | $ | 69.47 |
| | 83 | $ | 42.77 | $ | 54.46 | $ | 63.82 |

| | Volume (thousand MMBtu/d) | Weighted Average Price per MMBtu | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Floor Sold | | Floor Purchased | | Ceiling Sold | |
| **Natural Gas** | | | | | | | |
| **Three-Way Collars** | | | | | | | |
| 2017 | 682 | $ | 2.00 | $ | 2.75 | $ | 3.60 |
| 2018 | 250 | $ | 2.00 | $ | 2.75 | $ | 3.54 |

## Interest-Rate Derivatives

## As of July 26, 2016

| Instrument | Notional Amt. | Reference Period | Mandatory Termination Date | Rate Paid | Rate Received |
| --- | --- | --- | --- | --- | --- |
| Swap | $50 Million | Sept. 2016 – 2026 | Sept. 2016 | 5.910% | 3M LIBOR |
| Swap | $50 Million | Sept. 2016 – 2046 | Sept. 2016 | 6.290% | 3M LIBOR |
| Swap | $500 Million | Sept. 2016 – 2046 | Sept. 2018 | 6.559% | 3M LIBOR |
| Swap | $300 Million | Sept. 2016 – 2046 | Sept. 2020 | 6.509% | 3M LIBOR |
| Swap | $450 Million | Sept. 2017 – 2047 | Sept. 2018 | 6.445% | 3M LIBOR |
| Swap | $100 Million | Sept. 2017 – 2047 | Sept. 2020 | 6.891% | 3M LIBOR |
| Swap | $250 Million | Sept. 2017 – 2047 | Sept. 2021 | 6.570% | 3M LIBOR |

STEINHOLT_0013018

13

## Anadarko Petroleum Corporation
## Reconciliation of Same-Store Sales

**Average Daily Sales Volumes**

| | Quarter Ended March 31, 2016 | | | | Quarter Ended March 31, 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d |
| U.S. Onshore | 162 | 2,125 | 110 | 626 | 166 | 2,138 | 125 | 647 |
| Deepwater Gulf of Mexico | 58 | 85 | 7 | 79 | 46 | 221 | 6 | 89 |
| International and Alaska | 93 | — | 6 | 99 | 107 | — | 7 | 114 |
| Same-Store Sales | 313 | 2,210 | 123 | 804 | 319 | 2,359 | 138 | 850 |
| Divestitures* | 2 | 93 | 5 | 23 | 16 | 379 | 5 | 84 |
| Total | 315 | 2,303 | 128 | 827 | 335 | 2,738 | 143 | 934 |

| | Quarter Ended June 30, 2016 | | | | Quarter Ended June 30, 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d |
| U.S. Onshore | 157 | 2,033 | 116 | 612 | 172 | 1,889 | 117 | 604 |
| Deepwater Gulf of Mexico | 56 | 73 | 6 | 74 | 57 | 113 | 7 | 83 |
| International and Alaska | 81 | — | 5 | 86 | 87 | — | 6 | 93 |
| Same-Store Sales | 294 | 2,106 | 127 | 772 | 316 | 2,002 | 130 | 780 |
| Divestitures* | 2 | 82 | 4 | 20 | 2 | 352 | 6 | 66 |
| Total | 296 | 2,188 | 131 | 792 | 318 | 2,354 | 136 | 846 |

| | Six Months Ended June 30, 2016 | | | | Six Months Ended June 30, 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d |
| U.S. Onshore | 159 | 2,079 | 113 | 618 | 169 | 2,013 | 122 | 626 |
| Deepwater Gulf of Mexico | 57 | 78 | 7 | 77 | 51 | 167 | 7 | 86 |
| International and Alaska | 87 | — | 5 | 92 | 97 | — | 6 | 103 |
| Same-Store Sales | 303 | 2,157 | 125 | 787 | 317 | 2,180 | 135 | 815 |
| Divestitures* | 2 | 88 | 5 | 22 | 9 | 365 | 5 | 75 |
| Total | 305 | 2,245 | 130 | 809 | 326 | 2,545 | 140 | 890 |

\*   Includes Wamsutter, East Chalk, EOR, Bossier, and Powder River Basin CBM.

**Average Daily Sales Volumes**

| | Year Ended December 31, 2015 | | | |
|---|---|---|---|---|
| | Oil & Condensate MBbls/d | Natural Gas MMcf/d | NGLs MBbls/d | Total MBOE/d |
| U.S. Onshore | 163 | 1,909 | 111 | 593 |
| Deepwater Gulf of Mexico | 53 | 152 | 7 | 85 |
| International and Alaska | 94 | — | 6 | 100 |
| Same-Store Sales | 310 | 2,061 | 124 | 778 |
| Divestitures* | 7 | 273 | 6 | 58 |
| Total | 317 | 2,334 | 130 | 836 |

\*   Includes Wamsutter, East Chalk, EOR, Bossier, and Powder River Basin CBM.

STEINHOLT_0013019

# Exhibit 91



| Company: | ANADARKO PETROLEUM CORP |
|---|---|
| Document: | 10-Q (Q2 2016) · 07/26/2016 |
| Section: | Entire Document |
| File Number: | 001-08968 |
| Pages: | 50 |

2/5/2021 1:29:26 PM

Intelligize, Inc.    info@intelligize.com    1-888-925-8627

APC-01752161

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D. C. 20549**

# FORM 10-Q

**(Mark One)**

**[ X ] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2016**

or

**[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1201 Lake Robbins Drive, The Woodlands, Texas** | **77380-1046** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(832) 636-1000**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes  No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes  No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer  Accelerated filer  Non-accelerated filer  Smaller reporting company

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes  No

The number of shares outstanding of the Company's common stock at July 15, 2016, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 510,457,469 |

APC-01752162

## TABLE OF CONTENTS

**PART I**                                                                                                          **Page**

Item 1.     Financial Statements

            Consolidated Statements of Income for the Three and Six Months Ended June 30, 2016 and 2015                 2

            Consolidated Statements of Comprehensive Income for the Three and Six Months Ended June 30, 2016 and 2015   3

            Consolidated Balance Sheets at June 30, 2016, and December 31, 2015                                         4

            Consolidated Statement of Equity for the Six Months Ended June 30, 2016                                     5

            Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2016 and 2015                       6

            Notes to Consolidated Financial Statements                                                                  7

            Note 1 - Summary of Significant Accounting Policies                                                         7

            Note 2 - Inventories                                                                                        8

            Note 3 - Divestitures and Assets Held for Sale                                                              8

            Note 4 - Impairments                                                                                        9

            Note 5 - Suspended Exploratory Well Costs                                                                  10

            Note 6 - Derivative Instruments                                                                           10

            Note 7 - Tangible Equity Units                                                                            16

            Note 8 - Debt and Interest Expense                                                                        16

            Note 9 - Income Taxes                                                                                     19

            Note 10 - Conveyance of Future Hard Minerals Royalty Revenues                                             19

            Note 11 - Contingencies                                                                                   20

            Note 12 - Restructuring Charges                                                                           21

            Note 13 - Pension Plans and Other Postretirement Benefits                                                 22

            Note 14 - Stockholders' Equity                                                                            23

            Note 15 - Accumulated Other Comprehensive Income (Loss)                                                   23

            Note 16 - Noncontrolling Interests                                                                        24

            Note 17 - Variable Interest Entities                                                                      24

            Note 18 - Supplemental Cash Flow Information                                                              25

            Note 19 - Segment Information                                                                             25

Item 2.     Management's Discussion and Analysis of Financial Condition and Results of Operations                     29

            Cautionary Statement About Forward-Looking Statements                                                     29

            Outlook                                                                                                   30

            Overview                                                                                                  31

            Financial Results                                                                                         33

            Liquidity and Capital Resources                                                                           42

            Recent Accounting Developments                                                                            46

Item 3.     Quantitative and Qualitative Disclosures About Market Risk                                                47

Item 4.     Controls and Procedures                                                                                   48

**PART II**

Item 1.     Legal Proceedings                                                                                         49

Item 1A.    Risk Factors                                                                                              49

Item 2.     Unregistered Sales of Equity Securities and Use of Proceeds                                               49

Item 6.     Exhibits                                                                                                  50

APC-01752163

Table of Contents

**PART I. FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)

| millions except per-share amounts | Three Months Ended June 30, 2016 | Three Months Ended June 30, 2015 | Six Months Ended June 30, 2016 | Six Months Ended June 30, 2015 |
|---|---|---|---|---|
| **Revenues and Other** | | | | |
| Oil and condensate sales | $ 1,125 | $ 1,616 | $ 1,975 | $ 3,035 |
| Natural-gas sales | 320 | 487 | 686 | 1,128 |
| Natural-gas liquids sales | 235 | 229 | 413 | 461 |
| Gathering, processing, and marketing sales | 305 | 305 | 545 | 598 |
| Gains (losses) on divestitures and other, net | (70) | (1) | (30) | (265) |
| Total | 1,915 | 2,636 | 3,589 | 4,957 |
| **Costs and Expenses** | | | | |
| Oil and gas operating | 202 | 226 | 410 | 522 |
| Oil and gas transportation | 246 | 283 | 488 | 588 |
| Exploration | 76 | 103 | 202 | 1,186 |
| Gathering, processing, and marketing | 252 | 255 | 467 | 509 |
| General and administrative | 305 | 278 | 754 | 585 |
| Depreciation, depletion, and amortization | 984 | 1,214 | 2,133 | 2,470 |
| Other taxes | 157 | 151 | 274 | 333 |
| Impairments | 18 | 30 | 34 | 2,813 |
| Other operating expense | 7 | 6 | 23 | 69 |
| Total | 2,247 | 2,546 | 4,785 | 9,075 |
| **Operating Income (Loss)** | (332) | 90 | (1,196) | (4,118) |
| **Other (Income) Expense** | | | | |
| Interest expense | 217 | 201 | 437 | 417 |
| Loss on early extinguishment of debt | 124 | - | 124 | - |
| (Gains) losses on derivatives, net | 307 | (311) | 604 | (159) |
| Other (income) expense, net | (55) | 15 | (55) | 62 |
| Tronox-related contingent loss | - | - | - | 5 |
| Total | 593 | (95) | 1,110 | 325 |
| **Income (Loss) Before Income Taxes** | (925) | 185 | (2,306) | (4,443) |
| Income tax expense (benefit) | (314) | 77 | (697) | (1,315) |
| **Net Income (Loss)** | (611) | 108 | (1,609) | (3,128) |
| Net income (loss) attributable to noncontrolling interests | 81 | 47 | 117 | 79 |
| **Net Income (Loss) Attributable to Common Stockholders** | $ (692) | $ 61 | $ (1,726) | $ (3,207) |
| **Per Common Share** | | | | |
| Net income (loss) attributable to common stockholders-basic | $ (1.36) | $ 0.12 | $ (3.39) | $ (6.32) |
| Net income (loss) attributable to common stockholders-diluted | $ (1.36) | $ 0.12 | $ (3.39) | $ (6.32) |
| **Average Number of Common Shares Outstanding-Basic** | 510 | 508 | 510 | 507 |
| **Average Number of Common Shares Outstanding-Diluted** | 510 | 509 | 510 | 507 |
| Dividends (per common share) | $ 0.05 | $ 0.27 | $ 0.10 | $ 0.54 |

See accompanying Notes to Consolidated Financial Statements.

2

APC-01752164

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(Unaudited)**

| millions | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **Net Income (Loss)** | $ **(611)** | $ 108 | $ **(1,609)** | $ (3,128) |
| **Other Comprehensive Income (Loss)** | | | | |
| Adjustments for derivative instruments | | | | |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | **2** | 3 | **5** | 5 |
| Income taxes on reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | **(1)** | (1) | **(2)** | (2) |
| Total adjustments for derivative instruments, net of taxes | **1** | 2 | **3** | 3 |
| Adjustments for pension and other postretirement plans | | | | |
| Net gain (loss) incurred during period | **(24)** | - | **(190)** | - |
| Income taxes on net gain (loss) incurred during period | **9** | - | **70** | - |
| Prior service credit (cost) incurred during period | - | - | **(1)** | - |
| Income taxes on prior service credit (cost) incurred during period | **-** | - | **1** | - |
| Amortization of net actuarial (gain) loss to general and administrative expense | **34** | 13 | **42** | 26 |
| Income taxes on amortization of net actuarial (gain) loss to general and administrative expense | **(13)** | (5) | **(16)** | (9) |
| Amortization of net prior service (credit) cost to general and administrative expense | **(6)** | 1 | **(21)** | 1 |
| Income taxes on amortization of net prior service (credit) cost to general and administrative expense | **3** | - | **8** | - |
| Total adjustments for pension and other postretirement plans, net of taxes | **3** | 9 | **(107)** | 18 |
| Total | **4** | 11 | **(104)** | 21 |
| **Comprehensive Income (Loss)** | **(607)** | 119 | **(1,713)** | (3,107) |
| Comprehensive income (loss) attributable to noncontrolling interests | **81** | 47 | **117** | 79 |
| **Comprehensive Income (Loss) Attributable to Common Stockholders** | $ **(688)** | $ 72 | $ **(1,830)** | $ (3,186) |

See accompanying Notes to Consolidated Financial Statements.

3

APC-01752165