Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| millions | June 30, 2016 | December 31, 2015 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents ($160 and $100 related to VIEs) | $ 1,394 | $ 939 |
| Accounts receivable (net of allowance of $13 and $11) | | |
| Customers ($67 and $81 related to VIEs) | 770 | 652 |
| Others ($76 and $84 related to VIEs) | 730 | 1,817 |
| Other current assets | 318 | 573 |
| Total | 3,212 | 3,981 |
| **Properties and Equipment** | | |
| Cost | 69,610 | 70,683 |
| Less accumulated depreciation, depletion, and amortization | 37,265 | 36,932 |
| Net properties and equipment ($5,002 and $4,859 related to VIEs) | 32,345 | 33,751 |
| **Other Assets** ($621 and $644 related to VIEs) | 2,239 | 2,268 |
| **Goodwill and Other Intangible Assets** ($1,237 and $1,220 related to VIEs) | 6,237 | 6,331 |
| **Total Assets** | $ 44,033 | $ 46,331 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **Current Liabilities** | | |
| Accounts payable ($172 and $179 related to VIEs) | $ 2,200 | $ 2,850 |
| Current asset retirement obligations | 221 | 309 |
| Interest payable | 242 | 247 |
| Other taxes payable ($21 and $18 related to VIEs) | 282 | 318 |
| Accrued expenses | 267 | 424 |
| Short-term debt | 32 | 32 |
| Total | 3,244 | 4,180 |
| **Long-term Debt** | 15,641 | 15,636 |
| **Other Long-term Liabilities** | | |
| Deferred income taxes | 4,686 | 5,400 |
| Asset retirement obligations ($135 and $127 related to VIEs) | 1,726 | 1,750 |
| Other | 4,136 | 3,908 |
| Total | 10,548 | 11,058 |
| | | |
| **Equity** | | |
| Stockholders' equity | | |
| Common stock, par value $0.10 per share (1.0 billion shares authorized, 531.2 million and 528.3 million shares issued) | 53 | 52 |
| Paid-in capital | 9,638 | 9,265 |
| Retained earnings | 3,103 | 4,880 |
| Treasury stock (20.7 million and 20.0 million shares) | (1,026) | (995) |
| Accumulated other comprehensive income (loss) | (487) | (383) |
| **Total Stockholders' Equity** | 11,281 | 12,819 |
| Noncontrolling interests | 3,319 | 2,638 |
| **Total Equity** | 14,600 | 15,457 |
| **Total Liabilities and Equity** | $ 44,033 | $ 46,331 |

Parenthetical references reflect amounts as of June 30, 2016, and December 31, 2015.

See accompanying Notes to Consolidated Financial Statements.

APC-01752166

4

APC-01752167

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED STATEMENT OF EQUITY**
**(Unaudited)**

| *millions* | Common Stock | | Paid-in Capital | | Retained Earnings | | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | | Non-controlling Interests | | Total Equity | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance at December 31, 2015 | $ | 52 | $ | 9,265 | $ | 4,880 | $ | (995) | $ | (383) | $ | 2,638 | $ | 15,457 |
| Net income (loss) | | - | | - | | (1,726) | | - | | - | | 117 | | (1,609) |
| Common stock issued | | 1 | | 108 | | - | | - | | - | | - | | 109 |
| Dividends-common stock | | - | | - | | (51) | | - | | - | | - | | (51) |
| Repurchase of common stock | | - | | - | | - | | (31) | | - | | - | | (31) |
| Subsidiary equity transactions | | - | | 265 | | - | | - | | - | | 723 | | 988 |
| Distributions to noncontrolling interest owners | | - | | - | | - | | - | | - | | (159) | | (159) |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | | - | | - | | - | | - | | 3 | | - | | 3 |
| Adjustments for pension and other postretirement plans | | - | | - | | - | | - | | (107) | | - | | (107) |
| Balance at June 30, 2016 | $ | 53 | $ | 9,638 | $ | 3,103 | $ | (1,026) | $ | (487) | $ | 3,319 | $ | 14,600 |

See accompanying Notes to Consolidated Financial Statements.

5

APC-01752168

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| *millions* | **2016** | 2015 |
| **Cash Flows from Operating Activities** | | |
| Net income (loss) | $ **(1,609)** | $ (3,128) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | |
| Depreciation, depletion, and amortization | **2,133** | 2,470 |
| Deferred income taxes | **(820)** | (1,187) |
| Dry hole expense and impairments of unproved properties | **45** | 1,040 |
| Impairments | **34** | 2,813 |
| (Gains) losses on divestitures, net | **102** | 425 |
| Loss on early extinguishment of debt | **124** | - |
| Total (gains) losses on derivatives, net | **610** | (158) |
| Operating portion of net cash received (paid) in settlement of derivative instruments | **165** | 172 |
| Other | **203** | 74 |
| Changes in assets and liabilities | | |
| Tronox-related contingent liability | **-** | (5,210) |
| (Increase) decrease in accounts receivable | **922** | (105) |
| Increase (decrease) in accounts payable and accrued expenses | **(717)** | (198) |
| Other items, net | **(100)** | (269) |
| Net cash provided by (used in) operating activities | **1,092** | (3,261) |
| **Cash Flows from Investing Activities** | | |
| Additions to properties and equipment and dry hole costs | **(1,879)** | (3,501) |
| Divestitures of properties and equipment and other assets | **900** | 700 |
| Other, net | **14** | 16 |
| Net cash provided by (used in) investing activities | **(965)** | (2,785) |
| **Cash Flows from Financing Activities** | | |
| Borrowings, net of issuance costs | **5,275** | 4,787 |
| Repayments of debt | **(5,425)** | (3,857) |
| Financing portion of net cash received (paid) for derivative instruments | **(727)** | (77) |
| Increase (decrease) in outstanding checks | **(159)** | (109) |
| Dividends paid | **(51)** | (277) |
| Repurchase of common stock | **(31)** | (37) |
| Issuance of common stock, including tax benefit on share-based compensation awards | **30** | 19 |
| Sale of subsidiary units | **1,163** | 187 |
| Issuance of tangible equity units - equity component | **-** | 348 |
| Distributions to noncontrolling interest owners | **(159)** | (135) |
| Proceeds from conveyance of future hard minerals royalty revenues, net of transaction costs | **413** | - |
| Net cash provided by (used in) financing activities | **329** | 849 |
| **Effect of Exchange Rate Changes on Cash** | **(1)** | 1 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | **455** | (5,196) |
| **Cash and Cash Equivalents at Beginning of Period** | **939** | 7,369 |
| **Cash and Cash Equivalents at End of Period** | $ **1,394** | $ 2,173 |

See accompanying Notes to Consolidated Financial Statements.

6

APC-01752169

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 1. Summary of Significant Accounting Policies

**General**  Anadarko Petroleum Corporation is engaged in the exploration, development, production, and marketing of oil, condensate, natural gas, and natural gas liquids (NGLs), and in the marketing of anticipated production of liquefied natural gas (LNG). In addition, the Company engages in the gathering, processing, treating, and transporting of oil, condensate, natural gas, and NGLs. The Company also participates in the hard-minerals business through royalty arrangements. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

**Basis of Presentation**  The Consolidated Financial Statements have been prepared in conformity with generally accepted accounting principles in the United States (GAAP). Certain prior-period amounts have been reclassified to conform to the current-year presentation. These Consolidated Financial Statements should be read in conjunction with the Consolidated Financial Statements and accompanying notes included in the Company's Annual Report on Form 10-K for the year ended December 31, 2015.
The Consolidated Financial Statements include the accounts of Anadarko and subsidiaries in which Anadarko holds, directly or indirectly, more than 50% of the voting rights and variable interest entities (VIEs) for which Anadarko is the primary beneficiary. All intercompany transactions have been eliminated. Undivided interests in oil and natural-gas exploration and production joint ventures are consolidated on a proportionate basis. Investments in noncontrolled entities over which Anadarko has the ability to exercise significant influence over operating and financial policies and VIEs for which Anadarko is not the primary beneficiary are accounted for using the equity method. In applying the equity method of accounting, the investments are initially recognized at cost, and subsequently adjusted for the Company's proportionate share of earnings, losses, and distributions. Other investments are carried at original cost. Investments accounted for using the equity method and cost method are reported as a component of other assets.

**Recently Issued Accounting Standards**  The Financial Accounting Standards Board (FASB) issued Accounting Standards Update (ASU) 2015-03, *Interest-Imputation of Interest (Subtopic 835-30)-Simplifying the Presentation of Debt Issuance Costs* and ASU 2015-15, *Interest-Imputation of Interest (Subtopic 835-30)-Presentation and Subsequent Measurement of Debt Issuance Costs Associated with Line-of-Credit Arrangements*. These ASUs require capitalized debt issuance costs, except for those related to revolving credit facilities, to be presented in the balance sheet as a direct deduction from the carrying amount of the related debt liability, rather than as an asset. The Company adopted these ASUs on January 1, 2016, using a retrospective approach. The adoption resulted in a reclassification that reduced other current assets and short-term debt by $1 million and reduced other assets and long-term debt by $82 million on the Company's Consolidated Balance Sheet at December 31, 2015.
The FASB issued ASU 2015-02, *Consolidation (Topic 810)-Amendments to the Consolidation Analysis.* The Company adopted this ASU on January 1, 2016. In accordance with the new ASU, Western Gas Equity Partners, LP (WGP) and Western Gas Partners, LP (WES), publicly traded consolidated subsidiaries of the Company, are considered VIEs for which the Company is the primary beneficiary. Prior to adoption of the ASU, WGP and WES were consolidated by the Company under the voting interest model. After adoption, WGP and WES were consolidated by the Company under the variable interest model. While this ASU requires additional financial statement disclosure, it has no impact on the Company's consolidated results of operations, cash flows, or financial position. See *Note 17-Variable Interest Entities*.
The FASB issued ASU 2016-09, *Compensation-Stock Compensation (Topic 718): Improvements to Employee Share-Based Payment Accounting.* This ASU will simplify the accounting for share-based payment transactions, including the income tax consequences, classification of awards as either equity or liabilities, classification on the statement of cash flows, and accounting for forfeitures. This ASU is effective for annual and interim periods beginning in 2017 with early adoption permitted. The Company is evaluating the impact of the adoption of this ASU on its consolidated financial statements.

7

APC-01752170

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 1. Summary of Significant Accounting Policies (Continued)

The FASB issued ASU 2016-02, *Leases (Topic 842)*. This ASU requires the lessees to recognize a lease liability and a right-of-use asset for all leases, including operating leases, with a term greater than 12 months on the balance sheet and disclose key information about their leasing transactions. This ASU is effective for annual and interim periods beginning in 2019. The Company is evaluating the impact of the adoption of this ASU on its consolidated financial statements.

The FASB issued ASU 2014-09, *Revenue from Contracts with Customers (Topic 606)*, which supersedes current revenue recognition requirements and industry-specific guidance. The codification was amended through additional ASUs and, as amended, requires an entity to recognize revenue when it transfers promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services. The Company is required to adopt the new standard in the first quarter of 2018 using one of two retrospective application methods. The Company is continuing to evaluate the provisions of this ASU and has not determined the impact this standard may have on its consolidated financial statements and related disclosures or decided upon the method of adoption.

### 2. Inventories

The following summarizes the major classes of inventories included in other current assets:

| millions | June 30, 2016 | | December 31, 2015 | |
|---|---|---|---|---|
| Oil | $ | 111 | $ | 116 |
| Natural gas | | 28 | | 36 |
| NGLs | | 77 | | 64 |
| Total inventories | $ | 216 | $ | 216 |

### 3. Divestitures and Assets Held for Sale

For the six months ended June 30, 2016, the Company received $900 million in net proceeds from divestitures and recognized net losses of $102 million from divestitures and assets held for sale.

*Divestitures* The following divestitures primarily related to assets that were included in the oil and gas exploration and production reporting segment:

- The Company sold certain U.S. onshore assets in East Texas/Louisiana with a sales price of $107 million, for net proceeds of $99 million, and recognized a gain of $13 million.
- The Company sold certain U.S. onshore assets in West Texas for net proceeds of $138 million, with no gain or loss recognized.
- The Company sold certain U.S. onshore assets in the Rockies for net proceeds of $593 million, and recognized a loss of $53 million.

*Assets Held for Sale* Certain U.S. onshore assets included in the oil and gas exploration and production and midstream reporting segments satisfied criteria to be considered held for sale during the second quarter of 2016, at which time the Company remeasured them to their current fair value using a market approach and Level 2 fair-value measurement and recognized a loss of $50 million. The sale of these assets is expected to close in the third quarter of 2016.

Gains and losses on assets held for sale are included in gains (losses) on divestitures and other, net in the Company's Consolidated Statements of Income. At June 30, 2016, the balances of assets and liabilities associated with assets held for sale were not material.

8

APC-01752171

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## 4. Impairments

Impairments of long-lived assets are included in impairment expense in the Company's Consolidated Statements of Income. The following summarizes impairments of long-lived assets and the related post-impairment fair values by segment:

| millions | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | Impairment | Fair Value [1] | Impairment | Fair Value [1] |
| **June 30, 2016** | | | | |
| Oil and gas exploration and production | | | | |
| Long-lived assets held for use | | | | |
| U.S. onshore properties | $ - | $ - | $ 4 | $ 585 |
| Gulf of Mexico properties | 1 | - | 2 | - |
| Cost-method investment [2] | 1 | 32 | 2 | 32 |
| Midstream | | | | |
| Long-lived assets held for use | 11 | 2 | 21 | 5 |
| Other | | | | |
| Long-lived assets held for use | 5 | 1 | 5 | 1 |
| Total | $ 18 | $ 35 | $ 34 | $ 623 |
| | | | | |
| **June 30, 2015** | | | | |
| Oil and gas exploration and production | | | | |
| Long-lived assets held for use | | | | |
| U.S. onshore properties | $ 4 | $ 12 | $ 2,303 | $ 1,303 |
| Gulf of Mexico properties | 17 | - | 25 | - |
| Cost-method investment [2] | 1 | 32 | 1 | 32 |
| Midstream | | | | |
| Long-lived assets held for use | 8 | 199 | 484 | 202 |
| Total | $ 30 | $ 243 | $ 2,813 | $ 1,537 |

[1] Measured as of the impairment date using the income approach and Level 3 inputs.
[2] Represents the after-tax net investment.

Impairments during the six months ended June 30, 2015, were primarily related to the Company's Greater Natural Buttes oil and gas and midstream properties in the Rockies, which were impaired due to lower forecasted commodity prices.

In addition to the long-lived asset impairments above, the Company recognized a $935 million impairment of unproved Greater Natural Buttes properties during the six months ended June 30, 2015, as a result of lower commodity prices. Impairments of unproved properties are included in exploration expense in the Company's Consolidated Statements of Income.

It is reasonably possible that prolonged low or further declines in commodity prices, changes to the Company's drilling plans in response to lower prices, or increases in drilling or operating costs could result in future impairments.

9

APC-01752172

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**5. Suspended Exploratory Well Costs**

The Company's suspended exploratory well costs were $1.2 billion at June 30, 2016, and $1.1 billion at December 31, 2015. The increase in suspended exploratory well costs during 2016 is primarily related to the capitalization of costs associated with appraisal activities in Côte d'Ivoire. There were no material charges to exploration expense during the six months ended June 30, 2016, related to suspended exploratory well costs previously capitalized for a period greater than one year since the completion of drilling at December 31, 2015. Projects with suspended exploratory well costs are those identified by management as exhibiting sufficient quantities of hydrocarbons to justify potential development and where management is actively pursuing efforts to assess whether reserves can be attributed to these projects. If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time.

**6. Derivative Instruments**

**Objective and Strategy** The Company uses derivative instruments to manage its exposure to cash-flow variability from commodity-price and interest-rate risks. Futures, swaps, and options are used to manage exposure to commodity-price risk inherent in the Company's oil and natural-gas production and natural-gas processing operations (Oil and Natural-Gas Production/Processing Derivative Activities). Futures contracts and commodity-price swap agreements are used to fix the price of expected future oil and natural-gas sales at major industry trading locations such as Cushing, Oklahoma or Sullom Voe, Scotland for oil and Henry Hub, Louisiana for natural gas. Basis swaps are periodically used to fix or float the price differential between product prices at one market location versus another. Options are used to establish a floor price, a ceiling price, or a floor and a ceiling price (collar) for expected future oil and natural-gas sales. Derivative instruments are also used to manage commodity-price risk inherent in customer price requirements and to fix margins on the future sale of natural gas and NGLs from the Company's leased storage facilities (Marketing and Trading Derivative Activities).

Interest-rate swaps are used to fix or float interest rates on existing or anticipated indebtedness. The purpose of these instruments is to manage the Company's existing or anticipated exposure to interest-rate changes. The fair value of the Company's current interest-rate swap portfolio is subject to changes in interest rates.

The Company does not apply hedge accounting to any of its derivative instruments. As a result, gains and losses associated with derivative instruments are recognized currently in earnings. Net derivative losses attributable to derivatives previously subject to hedge accounting reside in accumulated other comprehensive income (loss) and are reclassified to earnings as the transactions to which the derivatives relate are recognized in earnings. See *Note 15-Accumulated Other Comprehensive Income (Loss)*.

10

APC-01752173

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**6. Derivative Instruments (Continued)**

**Oil and Natural-Gas Production/Processing Derivative Activities** The oil prices listed below are a combination of New York Mercantile Exchange (NYMEX) West Texas Intermediate and Intercontinental Exchange, Inc. (ICE) Brent Blend prices. The natural-gas prices listed below are NYMEX Henry Hub prices. The NGLs prices listed below are Oil Price Information Services prices. The following is a summary of the Company's derivative instruments related to oil and natural-gas production/processing derivative activities at June 30, 2016:

| | 2016 Settlement | | 2017 Settlement | | 2018 Settlement |
|---|---|---|---|---|---|
| **Oil** | | | | | |
| Three-Way Collars (MBbls/d) | 83 | | - | | - |
| Average price per barrel | | | | | |
| Ceiling sold price (call) | $ | 63.82 | $ | - | $ | - |
| Floor purchased price (put) | $ | 54.46 | $ | - | $ | - |
| Floor sold price (put) | $ | 42.77 | $ | - | $ | - |
| **Natural Gas** | | | | | |
| Three-Way Collars (thousand MMBtu/d) | - | | 682 | | 250 |
| Average price per MMBtu | | | | | |
| Ceiling sold price (call) | $ | - | $ | 3.60 | $ | 3.54 |
| Floor purchased price (put) | $ | - | $ | 2.75 | $ | 2.75 |
| Floor sold price (put) | $ | - | $ | 2.00 | $ | 2.00 |
| Fixed-Price Contracts (thousand MMBtu/d) | 14 | | 32 | | - |
| Average price per MMBtu | $ | 2.38 | $ | 3.14 | $ | - |
| **NGLs** | | | | | |
| Fixed-Price Contracts (MBbls/d) | - | | 2 | | - |
| Average price per barrel | $ | - | $ | 15.84 | $ | - |

MBbls/d-thousand barrels per day
MMBtu/d-million British thermal units per day
MMBtu-million British thermal units

A three-way collar is a combination of three options: a sold call, a purchased put, and a sold put. The sold call establishes the maximum price that the Company will receive for the contracted commodity volumes. The purchased put establishes the minimum price that the Company will receive for the contracted volumes unless the market price for the commodity falls below the sold put strike price, at which point the minimum price equals the reference price (e.g., NYMEX) plus the excess of the purchased put strike price over the sold put strike price.

**Marketing and Trading Derivative Activities** The Company had financial derivative transactions with notional volumes of natural gas totaling 5 billion cubic feet (Bcf) at June 30, 2016, and 8 Bcf at December 31, 2015, that were entered into to mitigate commodity-price risk related to fixed-price purchase and sales contracts and storage activity.

11

APC-01752174

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 6. Derivative Instruments (Continued)

**Interest-Rate Derivatives** Anadarko has outstanding interest-rate swap contracts to manage interest-rate risk associated with anticipated debt issuances. The Company has locked in a fixed interest rate in exchange for a floating interest rate indexed to the three-month London Interbank Offered Rate (LIBOR). In February 2016, in exchange for amended terms with certain counterparties, the Company modified the mandatory termination dates from 2021 to 2018 and, in some cases, the related fixed interest rates on interest-rate swaps with an aggregate notional principal amount of $500 million. Additionally, an interest-rate swap agreement was settled in March 2016, resulting in a cash payment of $193 million.

At June 30, 2016, the Company had outstanding interest-rate swaps with a notional amount of $1.7 billion due prior to or at September 2021 that will manage interest-rate risk associated with the potential refinancing of the Company's $900 million Senior Notes due 2019 and the Zero-Coupon Senior Notes due 2036 (Zero Coupons), should the Zero Coupons be put to the Company prior to the swap termination dates. At the next put date in October 2016, the accreted value of the Zero Coupons will be $839 million. See *Note 8-Debt and Interest Expense*. Depending on market conditions, liability-management actions, or other factors, the Company may enter into offsetting interest-rate swap positions, or settle or amend, certain or all of the currently outstanding interest-rate swaps.

Derivative settlements and collateralization are classified as cash flows from operating activities unless the derivatives contain an other-than-insignificant financing element, in which case the settlements and collateralization are classified as cash flows from financing activities. As a result of prior extensions of reference-period start dates without settlement of the related interest-rate derivative obligations, the interest-rate derivatives in the Company's portfolio contain an other-than-insignificant financing element, and therefore, any settlements or collateralization related to these extended interest-rate derivatives are classified as cash flows from financing activities. The Company had the following outstanding interest-rate swaps at June 30, 2016:

| *millions except percentages* Notional Principal Amount | Reference Period | Mandatory Termination Date | Weighted-Average Interest Rate |
|---|---|---|---|
| $ 50 | September 2016 - 2026 | September 2016 | 5.910% |
| $ 50 | September 2016 - 2046 | September 2016 | 6.290% |
| $ 500 | September 2016 - 2046 | September 2018 | 6.559% |
| $ 300 | September 2016 - 2046 | September 2020 | 6.509% |
| $ 450 | September 2017 - 2047 | September 2018 | 6.445% |
| $ 100 | September 2017 - 2047 | September 2020 | 6.891% |
| $ 250 | September 2017 - 2047 | September 2021 | 6.570% |

12

APC-01752175

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 6. Derivative Instruments (Continued)

**Effect of Derivative Instruments-Balance Sheet** The following summarizes the fair value of the Company's derivative instruments:

| millions | Gross Derivative Assets | | | | Gross Derivative Liabilities | | | |
|---|---|---|---|---|---|---|---|---|
| Balance Sheet Classification | June 30, 2016 | | December 31, 2015 | | June 30, 2016 | | December 31, 2015 | |
| Commodity derivatives | | | | | | | | |
| Other current assets | $ | 111 | $ | 462 | $ | (29) | $ | (177) |
| Other assets | | 10 | | 8 | | - | | - |
| Accrued expenses | | 4 | | - | | (30) | | (3) |
| Other liabilities | | 2 | | - | | (15) | | - |
| | | 127 | | 470 | | (74) | | (180) |
| Interest-rate derivatives | | | | | | | | |
| Other current assets | | 3 | | 2 | | - | | - |
| Other assets | | 15 | | 54 | | - | | - |
| Accrued expenses | | - | | - | | (99) | | (54) |
| Other liabilities | | - | | - | | (1,749) | | (1,488) |
| | | 18 | | 56 | | (1,848) | | (1,542) |
| Total derivatives | $ | 145 | $ | 526 | $ | (1,922) | $ | (1,722) |

**Effect of Derivative Instruments-Statement of Income** The following summarizes gains and losses related to derivative instruments:

| millions | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| Classification of (Gain) Loss Recognized | 2016 | | 2015 | | 2016 | | 2015 | |
| Commodity derivatives | | | | | | | | |
| Gathering, processing, and marketing sales [1] | $ | 4 | $ | 1 | $ | 6 | $ | 1 |
| (Gains) losses on derivatives, net | | 94 | | 1 | | 66 | | (52) |
| Interest-rate derivatives | | | | | | | | |
| (Gains) losses on derivatives, net | | 213 | | (312) | | 538 | | (107) |
| Total (gains) losses on derivatives, net | $ | 311 | $ | (310) | $ | 610 | $ | (158) |

[1] Represents the effect of Marketing and Trading Derivative Activities.

13

APC-01752176

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**6. Derivative Instruments (Continued)**

**Credit-Risk Considerations** The financial integrity of exchange-traded contracts, which are subject to nominal credit risk, is assured by NYMEX or ICE through systems of financial safeguards and transaction guarantees. Over-the-counter traded swaps, options, and futures contracts expose the Company to counterparty credit risk. The Company monitors the creditworthiness of its counterparties, establishes credit limits according to the Company's credit policies and guidelines, and assesses the impact on the fair value of its counterparties' creditworthiness. The Company has the ability to require cash collateral or letters of credit to mitigate its credit-risk exposure.

The Company has netting agreements with financial institutions that permit net settlement of gross commodity derivative assets against gross commodity derivative liabilities, and routinely exercises its contractual right to offset gains and losses when settling with derivative counterparties. In addition, the Company has setoff agreements with certain financial institutions that may be exercised in the event of default and provide for contract termination and net settlement across derivative types. At June 30, 2016, $100 million of the Company's $1.922 billion gross derivative liability balance, and at December 31, 2015, $347 million of the Company's $1.722 billion gross derivative liability balance, would have been eligible for setoff against the Company's gross derivative asset balance in the event of default. Other than in the event of default, the Company does not net settle across derivative types.

The Company's derivative instruments are subject to individually negotiated credit provisions that may require collateral of cash or letters of credit depending on the derivative's portfolio valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered, such as if the Company's credit rating from major credit rating agencies declines to a level that is below investment grade. In February 2016, Moody's Investors Service (Moody's) downgraded the Company's long-term debt credit rating from "Baa2" to "Ba1," which is below investment grade. The downgrade triggered credit-risk-related features with certain derivative counterparties and required the Company to post collateral under its derivative instruments. The amount of cash posted as collateral pursuant to the contractual requirements applicable to derivative instruments with financial institutions was $599 million at June 30, 2016, and $58 million at December 31, 2015. No counterparties have requested termination or full settlement of derivative positions. The aggregate fair value of derivative instruments with credit-risk-related contingent features for which a net liability position existed was $1.3 billion (net of collateral) at each of June 30, 2016, and December 31, 2015.

14

APC-01752177

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 6. Derivative Instruments (Continued)

**Fair Value** Fair value of futures contracts is based on unadjusted quoted prices in active markets for identical assets or liabilities, which represent Level 1 inputs. Valuations of physical-delivery purchase and sale agreements, over-the-counter financial swaps, and commodity option collars are based on similar transactions observable in active markets and industry-standard models that primarily rely on market-observable inputs. Inputs used to estimate fair value in industry-standard models are categorized as Level 2 inputs because substantially all assumptions and inputs are observable in active markets throughout the full term of the instruments. Inputs used to estimate the fair value of swaps and options include market-price curves; contract terms and prices; credit-risk adjustments; and, for Black-Scholes option valuations, discount factors and implied market volatility.

The following summarizes the fair value of the Company's derivative assets and liabilities by input level within the fair-value hierarchy:

*millions*

| June 30, 2016 | Level 1 | | Level 2 | | Level 3 | | Netting [1] | | Collateral | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Commodity derivatives | $ | 1 | $ | 126 | $ | - | $ | (35) | $ | - | $ | 92 |
| Interest-rate derivatives | | - | | 18 | | - | | - | | - | | 18 |
| Total derivative assets | $ | 1 | $ | 144 | $ | - | $ | (35) | $ | - | $ | 110 |
| **Liabilities** | | | | | | | | | | | | |
| Commodity derivatives | $ | (4) | $ | (70) | $ | - | $ | 35 | $ | 5 | $ | (34) |
| Interest-rate derivatives | | - | | (1,848) | | - | | - | | 592 | | (1,256) |
| Total derivative liabilities | $ | (4) | $ | (1,918) | $ | - | $ | 35 | $ | 597 | $ | (1,290) |
| | | | | | | | | | | | | |
| **December 31, 2015** | | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | | |
| Commodity derivatives | $ | 10 | $ | 460 | $ | - | $ | (178) | $ | (8) | $ | 284 |
| Interest-rate derivatives | | - | | 56 | | - | | - | | - | | 56 |
| Total derivative assets | $ | 10 | $ | 516 | $ | - | $ | (178) | $ | (8) | $ | 340 |
| **Liabilities** | | | | | | | | | | | | |
| Commodity derivatives | $ | (1) | $ | (179) | $ | - | $ | 178 | $ | - | $ | (2) |
| Interest-rate derivatives | | - | | (1,542) | | - | | - | | 58 | | (1,484) |
| Total derivative liabilities | $ | (1) | $ | (1,721) | $ | - | $ | 178 | $ | 58 | $ | (1,486) |

[1] Represents the impact of netting commodity derivative assets and liabilities with counterparties where the Company has the contractual right and intends to net settle.

15

APC-01752178

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**7. Tangible Equity Units**

In June 2015, the Company issued 9.2 million 7.50% tangible equity units (TEUs) at a stated amount of $50.00 per TEU for net proceeds of $445 million. Each TEU is comprised of a prepaid equity purchase contract for common units of WGP and a senior amortizing note. Subsequent to issuance, each TEU may be legally separated into the two components. The prepaid equity purchase contract is considered a freestanding financial instrument, indexed to WGP common units, and meets the conditions for equity classification. The prepaid equity purchase contracts are included in noncontrolling interests, net of issuance costs, and the senior amortizing notes are included in short-term debt and long-term debt on the Company's Consolidated Balance Sheets.

**Equity Component** Unless settled earlier at the holder's option, each purchase contract has a mandatory settlement date of June 7, 2018. Anadarko has a right to elect to issue and deliver shares of Anadarko Petroleum Corporation common stock (APC shares) in lieu of delivering WGP common units at settlement. The Company will deliver not more than 0.8591 WGP common units and not less than 0.7159 WGP common units (or a computed number of APC shares) per TEU on the settlement date, subject to adjustment, at the settlement rate based upon the applicable market value of WGP common units (or APC shares).

**Debt Component** Each senior amortizing note has an initial principal amount of $10.95 and bears interest at 1.50% per year. On September 7, 2015, Anadarko began paying equal quarterly cash installments of $0.9375 per amortizing note (except for the September 7, 2015 installment payment, which was $0.9063 per amortizing note). The payments constitute a payment of interest and partial repayment of principal, with the aggregate per-year payments of principal and interest equating to a 7.50% cash payment with respect to each TEU. The senior amortizing notes have a final installment payment date of June 7, 2018, and are senior unsecured obligations of the Company.

**8. Debt and Interest Expense**

**Debt Activity** The following summarizes the Company's debt activity, after eliminating the effect of intercompany transactions, during the six months ended June 30, 2016:

| | | | Carrying Value | | |
| --- | --- | --- | --- | --- | --- |
| *millions* | WES | WGP (1) | Anadarko (2) | Anadarko Consolidated | Description |
| Balance at December 31, 2015 | $ 2,691 | $ - | $ 12,957 | $ 15,648 | |
| Issuances | - | - | 794 | 794 | 4.850% Senior Notes due 2021 |
| | - | - | 1,088 | 1,088 | 5.550% Senior Notes due 2026 |
| | - | - | 1,088 | 1,088 | 6.600% Senior Notes due 2046 |
| Borrowings | - | - | 1,750 | 1,750 | 364-Day Facility |
| | 530 | - | - | 530 | WES RCF |
| | - | 28 | - | 28 | WGP RCF |
| Repayments | - | - | (1,749) | (1,749) | 5.950% Senior Notes due 2016 |
| | - | - | (1,245) | (1,245) | 6.375% Senior Notes due 2017 |
| | - | - | (1,750) | (1,750) | 364-Day Facility |
| | (290) | - | - | (290) | WES RCF |
| | - | - | (250) | (250) | Commercial paper notes, net |
| | - | - | (17) | (17) | TEUs - senior amortizing notes |
| Other, net | 1 | - | 27 | 28 | Amortization of discounts, premiums, and debt issuance costs |
| Balance at June 30, 2016 | $ 2,932 | $ 28 | $ 12,693 | $ 15,653 | |

---

(1) Excludes WES.
(2) Excludes WES and WGP.

16

APC-01752179

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 8. Debt and Interest Expense (Continued)

**Debt** The Company's outstanding debt, excluding the capital lease obligation and any borrowings under the WGP revolving credit facility, is senior unsecured. The following summarizes the Company's outstanding debt after eliminating the effect of intercompany transactions:

| millions | | WES | | WGP [1] | | Anadarko [2] | | Anadarko Consolidated |
|---|---|---|---|---|---|---|---|---|
| **June 30, 2016** | | | | | | | | |
| Total borrowings at face value | $ | 2,960 | $ | 28 | $ | 14,325 | $ | 17,313 |
| Net unamortized discounts, premiums, and debt issuance costs [3] | | (28) | | - | | (1,632) | | (1,660) |
| Total borrowings | | 2,932 | | 28 | | 12,693 | | 15,653 |
| Capital lease obligation | | - | | - | | 20 | | 20 |
| Less short-term debt | | - | | - | | 32 | | 32 |
| Total long-term debt | $ | 2,932 | $ | 28 | $ | 12,681 | $ | 15,641 |
| | | | | | | | | |
| **December 31, 2015** | | | | | | | | |
| Total borrowings at face value | $ | 2,720 | $ | - | $ | 14,592 | $ | 17,312 |
| Net unamortized discounts, premiums, and debt issuance costs [3] | | (29) | | - | | (1,635) | | (1,664) |
| Total borrowings | | 2,691 | | - | | 12,957 | | 15,648 |
| Capital lease obligation | | - | | - | | 20 | | 20 |
| Less short-term debt | | - | | - | | 32 | | 32 |
| Total long-term debt | $ | 2,691 | $ | - | $ | 12,945 | $ | 15,636 |

[1] Excludes WES.
[2] Excludes WES and WGP.
[3] Unamortized discounts, premiums, and debt issuance costs are amortized over the term of the related debt. Debt issuance costs related to revolving credit facilities are included in other current assets and other assets on the Company's Consolidated Balance Sheets.

During the second quarter of 2016, the Company used proceeds from its $3.0 billion March 2016 Senior Notes issuances to purchase and retire $1.250 billion of its $2.0 billion 6.375% Senior Notes due September 2017 pursuant to a tender offer and to redeem its $1.750 billion 5.950% Senior Notes due September 2016. The Company recognized a loss of $124 million for the early retirement and redemption of these senior notes, which included $114 million of premiums paid.

Anadarko's Zero Coupons can be put to the Company in October of each year, in whole or in part, for the then-accreted value, which will be $839 million at the next put date in October 2016. Anadarko's Zero Coupons were classified as long-term debt on the Company's Consolidated Balance Sheet at June 30, 2016, as the Company has the ability and intent to refinance these obligations using long-term debt, should the put be exercised.

**Fair Value** The Company uses a market approach to determine the fair value of its fixed-rate debt using observable market data, which results in a Level 2 fair-value measurement. The carrying amount of floating-rate debt approximates fair value as the interest rates are variable and reflective of market rates. The estimated fair value of the Company's total borrowings was $17.2 billion at June 30, 2016, and $15.7 billion at December 31, 2015.

17

APC-01752180

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**8. Debt and Interest Expense (Continued)**

**Anadarko Revolving Credit Facilities and Commercial Paper Program** Anadarko has a $3.0 billion five-year senior unsecured revolving credit facility maturing in January 2021 (Five-Year Facility). In addition, in January 2016 the Company replaced its previous $2.0 billion 364-day senior unsecured revolving credit facility with a new $2.0 billion 364-day senior unsecured revolving credit facility (364-Day Facility), on identical terms, that will mature in January 2017. At June 30, 2016, the Company had no outstanding borrowings under the Five-Year Facility or the 364-Day Facility and was in compliance with all related covenants.

In January 2015, the Company initiated a commercial paper program, which allows for a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Five-Year Facility. The maturities of the commercial paper notes may vary, but may not exceed 397 days. In February 2016, Moody's downgraded the Company's commercial paper program credit rating, which essentially eliminated the Company's access to the commercial paper market. As a result, the Company has not issued commercial paper notes since the downgrade. At June 30, 2016, the Company had no outstanding borrowings under the commercial paper program.

**WES and WGP Borrowings** WES has a five-year $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (WES RCF), which is expandable to $1.5 billion. At June 30, 2016, WES had outstanding borrowings under its RCF of $540 million at an interest rate of 1.77%, had outstanding letters of credit of $5 million, and had available borrowing capacity of $655 million. At June 30, 2016, WES was in compliance with all related covenants.

In March 2016, WGP entered into a three-year $250 million senior secured revolving credit facility maturing in March 2019 (WGP RCF), which is expandable to $500 million, subject to receiving increased or new commitments from lenders and the satisfaction of certain other conditions. Obligations under the WGP RCF are secured by a first priority lien on all of WGP's assets (not including the consolidated assets of WES), as well as all equity interests owned by WGP. Borrowings under the WGP RCF bear interest at LIBOR (with a floor of 0%), plus applicable margins ranging from 2.00% to 2.75% depending on WGP's consolidated leverage ratio, or at a base rate equal to the greatest of (i) the prime rate, (ii) the federal funds rate plus 0.50%, or (iii) LIBOR plus 1.00%, in each case plus applicable margins ranging from 1.00% to 1.75% based upon WGP's consolidated leverage ratio. At June 30, 2016, WGP had outstanding borrowings under its RCF of $28 million at an interest rate of 2.72%, had available borrowing capacity of $222 million, and was in compliance with all related covenants.

In July 2016, WES completed a public offering of $500 million aggregate principal amount of 4.650% Senior Notes due July 2026. Net proceeds were used to repay a portion of the amount outstanding under the WES RCF.

**Interest Expense** The following summarizes interest expense:

| millions | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2016 | 2015 | 2016 | 2015 |
| Debt and other | $ 259 | $ 244 | $ 517 | $ 498 |
| Capitalized interest | (42) | (43) | (80) | (81) |
| Total interest expense | $ 217 | $ 201 | $ 437 | $ 417 |

18

APC-01752181

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**9. Income Taxes**

The following summarizes income tax expense (benefit) and effective tax rates:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| *millions except percentages* | **2016** | 2015 | **2016** | 2015 |
| Income tax expense (benefit) | $ (314) | $ 77 | $ (697) | $ (1,315) |
| Income (loss) before income taxes | (925) | 185 | (2,306) | (4,443) |
| Effective tax rate | **34%** | 42% | **30%** | 30% |

The Company reported a loss before income taxes for the three and six months ended June 30, 2016, and the six months ended June 30, 2015. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect. The variance from the 35% U.S. federal statutory rate for the three and six months ended June 30, 2016 and 2015, was primarily attributable to the non-deductible Algerian exceptional profits tax for Algerian income tax purposes and the tax impact from foreign operations. In addition, the decrease from the 35% U.S. federal statutory rate for the three and six months ended June 30, 2016, was attributable to non-deductible goodwill related to divestitures and net changes in uncertain tax positions.

At June 30, 2016, the Company's Consolidated Balance Sheet included a $192 million tax receivable included in accounts receivable-others.

**10. Conveyance of Future Hard Minerals Royalty Revenues**

During the first quarter of 2016, the Company conveyed a limited-term nonparticipating royalty interest in certain of its coal and trona leases to a third party for $413 million, net of transaction costs. Such conveyance entitles the third party to receive up to $553 million in future royalty revenue over a period of not less than 10 years and not greater than 15 years. Additionally, such third party is entitled to receive 3% of the aggregate royalties earned during the first 10 years between $800 million and $900 million and 4% of the aggregate royalties earned during the first 10 years that exceed $900 million. Generally, such third party relies solely on the royalty payments to recover its investment and, as such, has the risk of the royalties not being sufficient to recover its investment over the term of the conveyance.

Proceeds from this transaction have been accounted for as deferred revenues and are included in accrued expenses and other long-term liabilities on the Company's Consolidated Balance Sheet. The deferred revenues will be amortized to other revenues, included in gains (losses) on divestitures and other, net on a unit-of-revenue basis over the term of the agreement. During the six months ended June 30, 2016, the Company amortized $19 million of deferred revenues as a result of this agreement. Proceeds from the transaction and payments to the third party are reported in financing activities in the Company's Consolidated Statement of Cash Flows.

The Company will make the first payment for royalties in September 2016. The specified future amounts that the Company expects to pay and the payment timing are subject to change based upon the actual royalties received by the Company during the term of the conveyance. The following summarizes the future amounts, prior to the 3% to 4% of any excess described above, that the Company expects to pay:

| *millions* | |
|---|---|
| 2016 | $ 25 |
| 2017 | 50 |
| 2018 | 50 |
| 2019 | 52 |
| 2020 | 56 |
| Later years | 320 |
| Total | $ 553 |

19

APC-01752182

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**11. Contingencies**

**Litigation** The following is a discussion of any material developments in previously reported contingencies and any other material matters that have arisen since the filing of the Company's Annual Report on Form 10-K for the year ended December 31, 2015.

**Deepwater Horizon Events** In April 2010, the Macondo well in the Gulf of Mexico blew out and an explosion occurred on the *Deepwater Horizon* drilling rig, resulting in an oil spill. The well was operated by BP Exploration and Production Inc. (BP) and Anadarko held a 25% nonoperated interest. In October 2011, the Company and BP entered into a settlement agreement relating to the Deepwater Horizon events (Settlement Agreement). Pursuant to the Settlement Agreement, the Company is fully indemnified by BP against all claims and damages arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and assessment costs, and any claims arising under the Operating Agreement with BP.
Numerous Deepwater Horizon event-related civil lawsuits were filed against BP and other parties, including the Company. Generally, the plaintiffs sought actual damages, punitive damages, declaratory judgment, and/or injunctive relief. This litigation was consolidated into a federal Multidistrict Litigation (MDL) action pending before Judge Carl Barbier in the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana (Louisiana District Court).

**BP Consent Decree** In July 2015, BP announced a settlement agreement in principle with the U.S. Department of Justice (DOJ) and certain states and local government entities regarding essentially all of the outstanding claims against BP related to the Deepwater Horizon event (BP Settlement) and, in October 2015, lodged a proposed consent decree with the Louisiana District Court. In April 2016, the Louisiana District Court approved the consent decree. As a result of the BP Settlement and approval of the consent decree, all liability relating to OPA-related environmental costs was resolved and all NRD claims and claims by the United States and the Gulf states impacted by the event relating to the MDL action were dismissed. For any remaining claims relating to the MDL action, the Company is fully indemnified by BP against any losses pursuant to the Settlement Agreement. For additional disclosure related to the Deepwater Horizon events, see *Note 15-Contingencies-Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* included in the Company's Annual Report on Form 10-K for the year ended December 31, 2015.

**Penalties and Fines** In December 2010, the DOJ, on behalf of the United States, filed a civil lawsuit in the Louisiana District Court against several parties, including the Company, seeking an assessment of civil penalties under the Clean Water Act (CWA) in an amount to be determined by the Louisiana District Court. After previously finding that Anadarko, as a nonoperating investor in the Macondo well, was not culpable with respect to the Deepwater Horizon events, the Louisiana District Court found Anadarko liable for civil penalties under Section 311 of the CWA as a working-interest owner in the Macondo well and entered a judgment of $159.5 million in December 2015. Neither party appealed the decision and the Company paid the penalty in the first quarter of 2016.

20

APC-01752183

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 12. Restructuring Charges

In the first quarter of 2016, the Company initiated a workforce reduction program to align the size and composition of Anadarko's workforce with the Company's expected future operating and capital plans. Employee notifications related to the workforce reduction program were completed by June 30, 2016. All restructuring charges will be recognized in 2016, with the exception of approximately $10 million of expense for retirement benefits expected to be recognized in the first quarter of 2017. The following summarizes the total expected restructuring charges and the amounts expensed during the three and six months ended June 30, 2016, which are included in general and administrative expenses in the Company's Consolidated Statements of Income:

| millions | Total Expected Costs | | Three Months Ended June 30, 2016 | | Six Months Ended June 30, 2016 | |
|---|---|---|---|---|---|---|
| Costs by category | | | | | | |
| Cash severance | $ | 153 | $ | 15 | $ | 146 |
| Retirement benefits [1] | | 220 | | 27 | | 76 |
| Share-based compensation | | 34 | | 6 | | 29 |
| Total | $ | 407 | $ | 48 | $ | 251 |

[1] Includes termination benefits, curtailments, and settlements. See *Note 13-Pension Plans and Other Postretirement Benefits*.

The following summarizes the changes in the cash severance-related liability included in accounts payable on the Company's Consolidated Balance Sheet:

| millions | | 2016 |
|---|---|---|
| Balance at January 1 | $ | - |
| Accruals | | 146 |
| Payments | | (126) |
| Balance at June 30 | $ | 20 |

21

APC-01752184

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 13. Pension Plans and Other Postretirement Benefits

The Company has contributory and non-contributory defined-benefit pension plans, which include both qualified and supplemental plans. The Company also provides certain health care and life insurance benefits for certain retired employees. Retiree health care benefits are funded by contributions from the retiree and, in certain circumstances, contributions from the Company. The Company's retiree life insurance plan is noncontributory. The following summarizes the Company's pension and other postretirement benefit cost:

| millions | Pension Benefits | | | | Other Benefits | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2016** | | 2015 | | **2016** | | 2015 | |
| **Three Months Ended June 30** | | | | | | | | |
| Service cost | $ | **23** | $ | 29 | $ | **-** | $ | 2 |
| Interest cost | | **23** | | 26 | | **3** | | 4 |
| Expected return on plan assets | | **(24)** | | (28) | | **-** | | - |
| Amortization of net actuarial loss (gain) | | **10** | | 13 | | **-** | | - |
| Amortization of net prior service cost (credit) | | **-** | | - | | **(6)** | | 1 |
| Settlement expense | | **24** | | - | | **-** | | - |
| Curtailment expense | | **-** | | - | | **3** | | - |
| Net periodic benefit cost | $ | **56** | $ | 40 | $ | **-** | $ | 7 |
| | | | | | | | | |
| **Six Months Ended June 30** | | | | | | | | |
| Service cost | $ | **49** | $ | 59 | $ | **1** | $ | 5 |
| Interest cost | | **49** | | 51 | | **6** | | 8 |
| Expected return on plan assets | | **(51)** | | (55) | | **-** | | - |
| Amortization of net actuarial loss (gain) | | **18** | | 26 | | **-** | | - |
| Amortization of net prior service cost (credit) | | **-** | | - | | **(12)** | | 1 |
| Settlement expense | | **24** | | - | | **-** | | - |
| Termination benefits expense | | **44** | | - | | **-** | | - |
| Curtailment expense | | **8** | | - | | **-** | | - |
| Net periodic benefit cost | $ | **141** | $ | 81 | $ | **(5)** | $ | 14 |

The Company's workforce reduction program resulted in remeasurements of its pension and other postretirement benefit obligations during 2016. The remeasurements resulted in increases in the benefit obligation of $171 million for the pension benefit plans and $23 million for the other postretirement benefit plans, with a corresponding decrease in other comprehensive income.

At December 31, 2015, total expected contributions related to unfunded pension plans were $25 million for 2016. The Company expects to contribute an additional $82 million in 2016 and $23 million in 2017 to unfunded pension plans primarily related to the workforce reduction program. See *Note 12-Restructuring Charges*.

22

APC-01752185

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 14. Stockholders' Equity

The Company's basic earnings per share (EPS) is computed based on the average number of shares of common stock outstanding for the period and includes the effect of any participating securities and TEUs as appropriate. Diluted EPS includes the effect of the Company's outstanding stock options, restricted stock awards, restricted stock units, TEUs, and WES Series A Preferred units, if the inclusion of these items is dilutive.

The following provides a reconciliation between basic and diluted earnings per share attributable to common stockholders:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| *millions except per-share amounts* | | **2016** | | 2015 | | **2016** | | 2015 |
| **Net income (loss)** | | | | | | | | |
| Net income (loss) attributable to common stockholders | $ | **(692)** | $ | 61 | $ | **(1,726)** | $ | (3,207) |
| Income (loss) effect of TEUs | | **(2)** | | - | | **(3)** | | - |
| Less distributions on participating securities | | **-** | | 1 | | **-** | | 2 |
| Basic | $ | **(694)** | $ | 60 | $ | **(1,729)** | $ | (3,209) |
| Income (loss) effect of TEUs | | **(1)** | | - | | **(1)** | | - |
| Diluted | $ | **(695)** | $ | 60 | $ | **(1,730)** | $ | (3,209) |
| **Shares** | | | | | | | | |
| Average number of common shares outstanding-basic | | **510** | | 508 | | **510** | | 507 |
| Dilutive effect of stock options | | **-** | | 1 | | **-** | | - |
| Average number of common shares outstanding-diluted | | **510** | | 509 | | **510** | | 507 |
| Excluded due to anti-dilutive effect | | **11** | | 6 | | **10** | | 11 |
| **Net income (loss) per common share** | | | | | | | | |
| Basic | $ | **(1.36)** | $ | 0.12 | $ | **(3.39)** | $ | (6.32) |
| Diluted | $ | **(1.36)** | $ | 0.12 | $ | **(3.39)** | $ | (6.32) |

### 15. Accumulated Other Comprehensive Income (Loss)

The following summarizes the after-tax changes in the balances of accumulated other comprehensive income (loss):

| *millions* | | Interest-rate Derivatives Previously Subject to Hedge Accounting | | Pension and Other Postretirement Plans | | Total |
|---|---|---|---|---|---|---|
| Balance at December 31, 2015 | $ | (42) | $ | (341) | $ | (383) |
| Other comprehensive income (loss), before reclassifications | | - | | (120) | | (120) |
| Reclassifications to Consolidated Statement of Income | | 3 | | 13 | | 16 |
| Balance at June 30, 2016 | $ | (39) | $ | (448) | $ | (487) |

23

APC-01752186

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**16. Noncontrolling Interests**

WES, a publicly traded consolidated subsidiary, is a limited partnership formed by Anadarko to acquire, own, develop, and operate midstream assets. During the first quarter of 2016, WES issued 14 million Series A Preferred units to private investors for net proceeds of $440 million, and issued 1.3 million common units to the Company. Proceeds from these issuances were used to acquire interests in Springfield Pipeline LLC from the Company. During the second quarter of 2016, WES issued an additional eight million Series A Preferred units to private investors, pursuant to the full exercise of an option granted in connection with the initial issuance, and raised net proceeds of $247 million.

Class C units issued to Anadarko will receive quarterly distributions in the form of additional Class C units until the end of 2017, unless WES elects to convert the units to common units earlier or Anadarko elects to extend the conversion date. WES distributed 534 thousand Class C units to Anadarko during the six months ended June 30, 2016, and 498 thousand Class C units to Anadarko during 2015. During 2015, WES issued approximately 874 thousand common units to the public for net proceeds of $57 million.

WGP, a publicly traded consolidated subsidiary, is a limited partnership formed by Anadarko to own partnership interests in WES. During the three months ended June 30, 2016, Anadarko sold 12.5 million of its WGP common units to the public for net proceeds of $476 million. At June 30, 2016, Anadarko's ownership interest in WGP consisted of an 81.6% limited partner interest and the entire non-economic general partner interest. The remaining 18.4% limited partner interest in WGP was owned by the public.

At June 30, 2016, WGP's ownership interest in WES consisted of a 30.0% limited partner interest, the entire 1.5% general partner interest, and all of the WES incentive distribution rights. At June 30, 2016, Anadarko also owned an 8.4% limited partner interest in WES through other subsidiaries' ownership of common and Class C units. The remaining 60.1% limited partner interest in WES was owned by the public.

**17. Variable Interest Entities**

**Consolidated VIEs** The Company determined that the partners in WGP and WES with equity at risk lack the power, through voting rights or similar rights, to direct the activities that most significantly impact WGP's and WES's economic performance; therefore, WGP and WES are considered VIEs. Anadarko, through its ownership of the general partner interest in WGP, has the power to direct the activities that most significantly affect economic performance and the obligation to absorb losses or the right to receive benefits that could be potentially significant to WGP and WES, therefore Anadarko is considered the primary beneficiary and consolidates WGP and WES. See *Note 16-Noncontrolling Interests* for additional information on WGP and WES.

**Assets and Liabilities of VIEs** The assets of WGP and WES cannot be used by Anadarko for general corporate purposes and are both included in and disclosed parenthetically on the Company's Consolidated Balance Sheets. The carrying amounts of liabilities related to WGP and WES for which the creditors do not have recourse to other assets of the Company are both included in and disclosed parenthetically on the Company's Consolidated Balance Sheets.

All outstanding debt for WES at June 30, 2016, and December 31, 2015, including any borrowings under the WES RCF, is recourse to WES's general partner, which in turn has been indemnified in certain circumstances by certain wholly owned subsidiaries of the Company for such liabilities. All outstanding debt for WGP at June 30, 2016, and December 31, 2015, including any borrowings under the WGP RCF, is recourse to WGP's general partner, which is a wholly owned subsidiary of the Company. See *Note 8-Debt and Interest Expense* for additional information on WGP and WES long-term debt balances.

**VIE Financing** WGP's sources of liquidity include borrowings under its RCF and distributions from WES. WES's sources of liquidity include cash and cash equivalents, cash flows generated from operations, interest income from a note receivable from Anadarko as discussed below, borrowings under its RCF, the issuance of additional partnership units, or debt offerings. See *Note 8-Debt and Interest Expense* and *Note 16-Noncontrolling Interests* for additional information on WGP and WES financing activity.

24

APC-01752187

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 17. Variable Interest Entities (Continued)

**Financial Support Provided to VIEs** Concurrent with the closing of its May 2008 initial public offering, WES loaned the Company $260 million in exchange for a 30-year note bearing interest at a fixed annual rate of 6.50%, payable quarterly. The related interest income for WES was $4 million for each of the three months ended June 30, 2016 and 2015, and $8 million for each of the six months ended June 30, 2016 and 2015. The note receivable and related interest income are eliminated in consolidation.

In March 2015, WES acquired the Company's interest in Delaware Basin JV Gathering LLC. The acquisition was financed using a deferred purchase price obligation which requires a cash payment from WES to the Company due on March 31, 2020. The net present value of this obligation was $29 million at June 30, 2016, and $189 million at December 31, 2015.

In order to reduce WES's exposure to a majority of the commodity-price risk inherent in certain of their contracts, Anadarko has commodity price swap agreements in place with WES expiring in 2016. WES has recorded a capital contribution from Anadarko in its Consolidated Statement of Equity and Partners' Capital for the amount by which the swap price exceeds the applicable market price. WES recorded a $16 million capital contribution from Anadarko for the six months ended June 30, 2016, and a capital contribution of zero for the six months ended June 30, 2015.

### 18. Supplemental Cash Flow Information

The following summarizes cash paid (received) for interest and income taxes, as well as non-cash investing and financing activities:

| millions | Six Months Ended June 30, 2016 | | 2015 |
|---|---|---|---|
| Cash paid (received) | | | |
| Interest, net of amounts capitalized [1] | $ | 427 | $ 1,621 |
| Income taxes, net of refunds [2] | | (883) | 6 |
| Non-cash investing activities | | | |
| Fair value of properties and equipment from non-cash transactions | $ | 3 | $ 126 |
| Asset retirement cost additions | | 49 | 90 |
| Accruals of property, plant, and equipment | | 505 | 901 |
| Net liabilities assumed (divested) in acquisitions and divestitures | | (36) | (29) |
| Non-cash investing and financing activities | | | |
| Floating production, storage, and offloading vessel construction period obligation | $ | 11 | $ 43 |

[1] Includes $1.2 billion of interest related to the Tronox settlement payment in 2015.
[2] Includes $881 million from a tax refund related to the income tax benefit associated with the Company's 2015 tax net operating loss carryback.

### 19. Segment Information

Anadarko's business segments are separately managed due to distinct operational differences and unique technology, distribution, and marketing requirements. The Company's three reporting segments are oil and gas exploration and production, midstream, and marketing. The oil and gas exploration and production segment explores for and produces oil, condensate, natural gas, and NGLs and plans for the development and operation of the Company's LNG project in Mozambique. The midstream segment engages in gathering, processing, treating, and transporting Anadarko and third-party oil, condensate, natural-gas, and NGLs production. The midstream reporting segment consists of two operating segments, WES and other midstream, which are aggregated into one reporting segment due to similar financial and operating characteristics. The marketing segment sells much of Anadarko's oil, condensate, natural-gas, and NGLs production as well as third-party purchased volumes.

25

APC-01752188

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 19. Segment Information (Continued)

To assess the performance of Anadarko's operating segments, the chief operating decision maker analyzes Adjusted EBITDAX. The Company defines Adjusted EBITDAX as income (loss) before income taxes; gains (losses) on divestitures, net; exploration expense; depreciation, depletion, and amortization (DD&A); impairments; interest expense; total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives; and certain items not related to the Company's normal operations, less net income (loss) attributable to noncontrolling interests. During the periods presented, items not related to the Company's normal operations included restructuring charges related to the workforce reduction program included in general and administrative expenses, Deepwater Horizon settlement and related costs included in other operating expenses, loss on early extinguishment of debt, Tronox-related contingent loss, and certain other nonoperating items included in other (income) expense, net. The Company's definition of Adjusted EBITDAX excludes gains (losses) on divestitures, net and exploration expense as they are not indicators of operating efficiency for a given reporting period. However, exploration expense is monitored by management as part of costs incurred in exploration and development activities. Similarly, DD&A and impairments are excluded from Adjusted EBITDAX as a measure of segment operating performance because capital expenditures are evaluated at the time capital costs are incurred. Adjusted EBITDAX also excludes interest expense to allow for assessment of segment operating results without regard to Anadarko's financing methods or capital structure. Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives are excluded from Adjusted EBITDAX because these (gains) losses are not considered a measure of asset operating performance. Finally, net income (loss) attributable to noncontrolling interests is excluded from the Company's measure of Adjusted EBITDAX because it represents earnings that are not attributable to the Company's common stockholders.

Management believes that the presentation of Adjusted EBITDAX provides information useful in assessing the Company's financial condition and results of operations and that Adjusted EBITDAX is a widely accepted financial indicator of a company's ability to incur and service debt, fund capital expenditures, and make distributions to stockholders. Adjusted EBITDAX as defined by Anadarko may not be comparable to similarly titled measures used by other companies and should be considered in conjunction with net income (loss) attributable to common stockholders and other performance measures, such as operating income or cash flows from operating activities. Below is a reconciliation of consolidated Adjusted EBITDAX to income (loss) before income taxes:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| *millions* | **2016** | 2015 | **2016** | 2015 |
| Income (loss) before income taxes | **$ (925)** | $ 185 | **$ (2,306)** | $ (4,443) |
| (Gains) losses on divestitures, net | **104** | 91 | **102** | 425 |
| Exploration expense | **76** | 103 | **202** | 1,186 |
| DD&A | **984** | 1,214 | **2,133** | 2,470 |
| Impairments | **18** | 30 | **34** | 2,813 |
| Interest expense | **217** | 201 | **437** | 417 |
| Total (gains) losses on derivatives, net, less net cash from settlement of commodity derivatives | **371** | (229) | **775** | 14 |
| Restructuring charges | **48** | - | **251** | - |
| Other operating expense | **-** | - | **1** | 4 |
| Loss on early extinguishment of debt | **124** | - | **124** | - |
| Tronox-related contingent loss | **-** | - | **-** | 5 |
| Certain other nonoperating items | **(56)** | - | **(56)** | 22 |
| Less net income (loss) attributable to noncontrolling interests | **81** | 47 | **117** | 79 |
| Consolidated Adjusted EBITDAX | **$ 880** | $ 1,548 | **$ 1,580** | $ 2,834 |

26

APC-01752189

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 19. Segment Information (Continued)

Information presented below as "Other and Intersegment Eliminations" includes corporate costs, results from hard-minerals royalties, and net cash from settlement of commodity derivatives. The following summarizes selected financial information for Anadarko's reporting segments:

| millions | Oil and Gas Exploration & Production | | Midstream | | Marketing | | Other and Intersegment Eliminations | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Three Months Ended June 30, 2016** | | | | | | | | | | |
| Sales revenues | $ | 1,033 | $ | 141 | $ | 811 | $ | - | $ | 1,985 |
| Intersegment revenues | | 567 | | 340 | | (676) | | (231) | | - |
| Other | | - | | - | | - | | 34 | | 34 |
| Total revenues and other [1] | | 1,600 | | 481 | | 135 | | (197) | | 2,019 |
| Operating costs and expenses [2] | | 790 | | 219 | | 177 | | (65) | | 1,121 |
| Net cash from settlement of commodity derivatives | | - | | - | | - | | (60) | | (60) |
| Other (income) expense, net [3] | | - | | - | | - | | 1 | | 1 |
| Net income (loss) attributable to noncontrolling interests | | - | | 81 | | - | | - | | 81 |
| Total expenses and other | | 790 | | 300 | | 177 | | (124) | | 1,143 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | - | | - | | 4 | | - | | 4 |
| Adjusted EBITDAX | $ | 810 | $ | 181 | $ | (38) | $ | (73) | $ | 880 |
| | | | | | | | | | | |
| **Three Months Ended June 30, 2015** | | | | | | | | | | |
| Sales revenues | $ | 1,356 | $ | 191 | $ | 1,090 | $ | - | $ | 2,637 |
| Intersegment revenues | | 885 | | 303 | | (954) | | (234) | | - |
| Other | | - | | - | | - | | 90 | | 90 |
| Total revenues and other [1] | | 2,241 | | 494 | | 136 | | (144) | | 2,727 |
| Operating costs and expenses [2] | | 832 | | 234 | | 192 | | (59) | | 1,199 |
| Net cash from settlement of commodity derivatives | | - | | - | | - | | (82) | | (82) |
| Other (income) expense, net | | - | | - | | - | | 15 | | 15 |
| Net income (loss) attributable to noncontrolling interests | | - | | 47 | | - | | - | | 47 |
| Total expenses and other | | 832 | | 281 | | 192 | | (126) | | 1,179 |
| Adjusted EBITDAX | $ | 1,409 | $ | 213 | $ | (56) | $ | (18) | $ | 1,548 |

[1]  Total revenues and other excludes gains (losses) on divestitures, net since these gains and losses are excluded from Adjusted EBITDAX.
[2]  Operating costs and expenses excludes exploration expense, DD&A, impairments, restructuring charges, and other operating expense since these expenses are excluded from Adjusted EBITDAX.
[3]  Other (income) expense, net excludes certain other nonoperating items since these items are excluded from Adjusted EBITDAX.

27

APC-01752190

Table of Contents

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### 19. Segment Information (Continued)

| millions | Oil and Gas Exploration & Production | | Midstream | | Marketing | | Other and Intersegment Eliminations | | Total | |
|---|---:|---|---:|---|---:|---|---:|---|---:|---|
| **Six Months Ended June 30, 2016** | | | | | | | | | | |
| Sales revenues | $ | 1,744 | $ | 266 | $ | 1,609 | $ | - | $ | 3,619 |
| Intersegment revenues | | 1,168 | | 642 | | (1,339) | | (471) | | - |
| Other | | - | | - | | - | | 72 | | 72 |
| Total revenues and other [1] | | 2,912 | | 908 | | 270 | | (399) | | 3,691 |
| Operating costs and expenses [2] | | 1,563 | | 402 | | 353 | | (154) | | 2,164 |
| Net cash from settlement of commodity derivatives | | - | | - | | - | | (163) | | (163) |
| Other (income) expense, net [3] | | - | | - | | - | | 1 | | 1 |
| Net income (loss) attributable to noncontrolling interests | | - | | 117 | | - | | - | | 117 |
| Total expenses and other | | 1,563 | | 519 | | 353 | | (316) | | 2,119 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | - | | - | | 8 | | - | | 8 |
| Adjusted EBITDAX | $ | 1,349 | $ | 389 | $ | (75) | $ | (83) | $ | 1,580 |
| | | | | | | | | | | |
| **Six Months Ended June 30, 2015** | | | | | | | | | | |
| Sales revenues | $ | 2,426 | $ | 365 | $ | 2,431 | $ | - | $ | 5,222 |
| Intersegment revenues | | 2,002 | | 605 | | (2,145) | | (462) | | - |
| Other | | - | | - | | - | | 160 | | 160 |
| Total revenues and other [1] | | 4,428 | | 970 | | 286 | | (302) | | 5,382 |
| Operating costs and expenses [2] | | 1,834 | | 474 | | 390 | | (96) | | 2,602 |
| Net cash from settlement of commodity derivatives | | - | | - | | - | | (172) | | (172) |
| Other (income) expense, net [3] | | - | | - | | - | | 40 | | 40 |
| Net income (loss) attributable to noncontrolling interests | | - | | 79 | | - | | - | | 79 |
| Total expenses and other | | 1,834 | | 553 | | 390 | | (228) | | 2,549 |
| Total (gains) losses on derivatives, net included in marketing revenue, less net cash from settlement | | - | | - | | 1 | | - | | 1 |
| Adjusted EBITDAX | $ | 2,594 | $ | 417 | $ | (103) | $ | (74) | $ | 2,834 |

[1] Total revenues and other excludes gains (losses) on divestitures, net since these gains and losses are excluded from Adjusted EBITDAX.
[2] Operating costs and expenses excludes exploration expense, DD&A, impairments, restructuring charges, and other operating expense since these expenses are excluded from Adjusted EBITDAX.
[3] Other (income) expense, net excludes certain other nonoperating items since these items are excluded from Adjusted EBITDAX.

28

APC-01752191

Table of Contents

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**CAUTIONARY STATEMENT ABOUT FORWARD-LOOKING STATEMENTS**

*Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. The Company has made in this Form 10-Q, and may from time to time make in other public filings, press releases, and management discussions, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, concerning the Company's operations, economic performance, and financial condition. These forward-looking statements include, among other things, information concerning future production and reserves, schedules, plans, timing of development, contributions from oil and gas properties, marketing and midstream activities, and also include those statements preceded by, followed by, or that otherwise include the words "may," "could," "believes," "expects," "anticipates," "intends," "estimates," "projects," "target," "goal," "plans," "objective," "should," "would," "will," "potential," "continue," "forecast," "future," "likely," "outlook," or similar expressions or variations on such expressions. For such statements, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will be realized. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements whether as a result of new information, future events, or otherwise.*

*These forward-looking statements involve risk and uncertainties. Important factors that could cause actual results to differ materially from the Company's expectations include, but are not limited to, the following risks and uncertainties:*

- *the Company's assumptions about energy markets*

- *production and sales volume levels*

- *levels of oil, natural-gas, and natural-gas liquids (NGLs) reserves*

- *operating results*

- *competitive conditions*

- *technology*

- *availability of capital resources, levels of capital expenditures, and other contractual obligations*

- *supply and demand for, the price of, and the commercialization and transporting of oil, natural gas, NGLs, and other products or services*

- *volatility in the commodity-futures market*

- *weather*

- *inflation*

- *availability of goods and services, including unexpected changes in costs*

- *drilling risks*

- *processing volumes and pipeline throughput*

- *general economic conditions, nationally, internationally, or in the jurisdictions in which the Company is, or in the future may be, doing business*

- *the Company's inability to timely obtain or maintain permits or other governmental approvals, including those necessary for drilling and/or development projects*

- *legislative or regulatory changes, including changes relating to hydraulic fracturing; retroactive royalty or production tax regimes; deepwater drilling and permitting regulations; derivatives reform; changes in state, federal, and foreign income taxes; environmental regulation; environmental risks; and liability under federal, state, foreign, and local environmental laws and regulations*

- *civil or political unrest or acts of terrorism in a region or country*

- *the creditworthiness and performance of the Company's counterparties, including financial institutions, operating partners, and other parties*

29

APC-01752192

Table of Contents

- *volatility in the securities, capital, or credit markets and related risks such as general credit, liquidity, and interest-rate risk*
- *the Company's ability to successfully monetize select assets, repay or refinance its debt, and the impact of changes in the Company's credit ratings*
- *disruptions in international oil, NGLs, and condensate cargo shipping activities*
- *physical, digital, internal, and external security breaches*
- *supply and demand, technological, political, governmental, and commercial conditions associated with long-term development and production projects in domestic and international locations*
- *other factors discussed below and elsewhere in "Risk Factors" and in "Management's Discussion and Analysis of Financial Condition and Results of Operations-Critical Accounting Estimates" included in the Company's Annual Report on Form 10-K for the year ended December 31, 2015, this Form 10-Q, and in the Company's other public filings, press releases, and discussions with Company management*

The following discussion should be read together with the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements*, which are included in this Form 10-Q in Part I, Item 1; the information set forth in the *Risk Factors* under Part II, Item 1A; the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements,* which are included in Part II, Item 8 of the Company's Annual Report on Form 10-K for the year ended December 31, 2015; and the information set forth in the *Risk Factors* under Part I, Item 1A of the Company's Annual Report on Form 10-K for the year ended December 31, 2015.

## OUTLOOK

During 2015, the oil and natural-gas industry experienced a significant decrease in commodity prices driven by a global supply/demand imbalance for oil and an oversupply of natural gas in the United States. Low commodity prices have continued into 2016 and may exist for an extended period. The Company's revenues, operating results, cash flows from operations, capital spending, and future growth rates are highly dependent on the global commodity-price markets, which affect the value the Company receives from its sales of oil, natural gas, and NGLs.

The Company has continued its disciplined and focused approach in 2016 by emphasizing value over growth, preserving and building value through capital allocation, enhancing operational efficiencies, and continuing an active monetization program. In the first quarter of 2016, the Company initiated a workforce reduction program to align the size and composition of Anadarko's workforce with the Company's expected future operating and capital plans. Employee notifications related to the workforce reduction program were completed by June 30, 2016. All of the $407 million of expected restructuring charges will be recognized in 2016, with the exception of approximately $10 million of expense for retirement benefits expected to be recognized in the first quarter of 2017.

The Company estimates a 2016 capital spending range of $3.1 billion to $3.3 billion, including approximately $450 million to $490 million for Western Gas Partners, LP (WES), a publicly traded consolidated subsidiary, excluding any acquisitions made by WES. The Company has currently allocated approximately 65% of its 2016 capital spending budget to development activities, 15% to exploration activities, and 20% to gathering and processing activities and other business activities. The Company currently expects its 2016 capital spending by area to be approximately 40% for the U.S. onshore region and Alaska, 20% for the Gulf of Mexico, 20% for Midstream and other (including WES), and 20% for International.

The Company will continue to evaluate the oil and natural-gas price environments and may adjust its capital spending plans to maintain the appropriate liquidity and financial flexibility. Anadarko expects that its 2016 capital expenditures will be within its cash flows from operations and asset monetizations. As of June 30, 2016, the Company closed monetizations totaling $2.5 billion in 2016, including asset divestitures, the sale of Anadarko's interest in Springfield Pipeline LLC to WES, the sale of 12.5 million of the Company's common units in Western Gas Equity Partners, LP (WGP) to the public, and the Company's conveyance of a limited-term nonparticipating royalty interest in certain of its coal and trona leases to a third party. These monetizations continue Anadarko's track record of actively managing its portfolio and reaffirm the Company's commitment toward strengthening its balance sheet.

30

APC-01752193

Table of Contents

**Liquidity** As of June 30, 2016, Anadarko had $1.4 billion of cash on hand plus $5.0 billion of borrowing capacity under its revolving credit facilities.

Anadarko believes that its cash on hand, anticipated operating cash flows, and proceeds from expected future asset monetizations will be sufficient to fund the Company's projected 2016 operational and capital programs. In response to the current commodity price environment, the Board of Directors (Board) decreased the quarterly dividend from $0.27 per share to $0.05 per share in February 2016. On an annualized basis, the dividend decrease and the workforce reduction program (without consideration for restructuring charges) are expected to have the effect of providing approximately $800 million of available cash to enhance the Company's operations and financial flexibility. During the second quarter of 2016, the Company used proceeds from its $3.0 billion March 2016 Senior Notes issuances to purchase and retire $1.250 billion of its $2.0 billion 6.375% Senior Notes due September 2017 pursuant to a tender offer and to redeem its $1.750 billion 5.950% Senior Notes due September 2016. Also during the second quarter of 2016, Anadarko received cash of $881 million from a tax refund related to the income tax benefit associated with the Company's 2015 tax net operating loss carryback and sold 12.5 million of its common units in WGP to the public for net proceeds of $476 million. Further, Anadarko enters into strategic derivative positions to reduce commodity-price risk and increase the predictability of cash flows. At June 30, 2016, derivative positions covered 26% of Anadarko's anticipated oil sales volumes and 1% of its anticipated natural-gas sales volumes for 2016, 41% of its anticipated natural-gas sales volumes and 2% of its anticipated NGLs sales volumes for 2017, and 14% of anticipated natural-gas sales volumes for 2018. These instruments had a fair value of $45 million as of June 30, 2016. See *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q. Anadarko believes that the actions taken to enhance the Company's liquidity position coupled with its asset portfolio and operating and financial performance provide the necessary financial flexibility to fund the Company's current and long-term operations.

**Potential for Future Impairments** The Company did not recognize any material impairments during the six months ended June 30, 2016, although it is reasonably possible that prolonged low or further declines in commodity prices, changes to the Company's drilling plans in response to lower prices, or increases in drilling or operating costs could result in future property impairments.

**OVERVIEW**

Anadarko is among the world's largest independent exploration and production companies. Anadarko is engaged in the exploration, development, production, and marketing of oil, condensate, natural gas, and NGLs, and in the marketing of anticipated production of liquefied natural gas. The Company also engages in the gathering, processing, treating, and transporting of oil, condensate, natural gas, and NGLs. The Company has exploration and production activities in various countries around the world, including activities in the United States, Algeria, Ghana, Mozambique, Colombia, Côte d'Ivoire, New Zealand, Kenya, and other countries.

APC-01752194

Table of Contents

Significant operating and financial activities for the second quarter of 2016 include the following:

**Overall**

- Anadarko's second-quarter sales volumes averaged 792 thousand barrels of oil equivalent per day (MBOE/d), representing a 6% decrease from the second quarter of 2015, primarily due to a decrease in natural-gas and oil and condensate sales volumes.

- The Company recognized workforce reduction program expenses of $48 million in the second quarter for a total of $251 million for the six months ended June 30, 2016. Total program expenses are expected to be $407 million.

- The Company closed $2.5 billion of monetizations year to date, including proceeds received during the quarter from asset divestitures and the sale of a portion of the Company's WGP common units to the public.

**U.S. Onshore**

- Second-quarter liquids sales volumes averaged 291 thousand barrels per day (MBbls/d), representing a 5% decrease from the second quarter of 2015, primarily due to a natural production decline in the Eagleford shale and reduced capital activity in the Wattenberg field.

- Second-quarter natural-gas sales volumes averaged 353 MBOE/d, representing a 6% decrease from the second quarter of 2015, primarily due to the September 2015 sale of certain coalbed methane properties in the Rockies, the July 2015 sale of certain U.S. onshore properties in East Texas, and natural production declines at Greater Natural Buttes. These decreases were partially offset by improved well performance in the Wattenberg field and the injection of volumes into storage in 2015.

**Gulf of Mexico**

- Second-quarter sales volumes averaged 74 MBOE/d, representing an 11% decrease from the second quarter of 2015, primarily due to a decrease in natural-gas sales volumes as a result of the last producing well going off line at Independence Hub (IHUB) in December 2015.

- The Shenandoah-5 appraisal well (33% working interest) encountered more than 1,040 net feet of oil pay, extending the eastern limits of the field.

**International**

- Second-quarter sales volumes averaged 74 MBbls/d, representing an 11% decrease from the second quarter of 2015, primarily in Ghana due to downtime related to a maintenance issue with the floating, production, storage, and offloading unit (FPSO) turret bearing.

**Financial**

- Anadarko's net loss attributable to common stockholders for the second quarter of 2016 totaled $692 million.

- The Company generated $1.2 billion of cash flow from operations and ended the quarter with $1.4 billion of cash on hand.

- In April 2016, WES issued an additional eight million Series A Preferred units to private investors, pursuant to the full exercise of an option granted in connection with the initial March 2016 issuance, for net proceeds of $247 million.

- The Company used proceeds from its $3.0 billion March 2016 Senior Notes issuances to purchase and retire $1.250 billion of its $2.0 billion 6.375% Senior Notes due September 2017 pursuant to a tender offer and to redeem its $1.750 billion 5.950% Senior Notes due September 2016. The Company recognized a loss of $124 million for the early retirement and redemption of these senior notes, which included $114 million of premiums paid.

- In July 2016, WES completed a public offering of $500 million aggregate principal amount of 4.650% Senior Notes due July 2026.

APC-01752195

Table of Contents

**FINANCIAL RESULTS**

| millions except per-share amounts | Three Months Ended June 30, 2016 | | 2015 | | Six Months Ended June 30, 2016 | | 2015 |
|---|---|---|---|---|---|---|---|
| Oil and condensate, natural-gas, and NGLs sales | $ | 1,680 | $ | 2,332 | $ | 3,074 | $ | 4,624 |
| Gathering, processing, and marketing sales | | 305 | | 305 | | 545 | | 598 |
| Gains (losses) on divestitures and other, net | | (70) | | (1) | | (30) | | (265) |
| Revenues and other | | 1,915 | | 2,636 | | 3,589 | | 4,957 |
| Costs and expenses | | 2,247 | | 2,546 | | 4,785 | | 9,075 |
| Other (income) expense | | 593 | | (95) | | 1,110 | | 325 |
| Income tax expense (benefit) | | (314) | | 77 | | (697) | | (1,315) |
| Net income (loss) attributable to common stockholders | $ | (692) | $ | 61 | $ | (1,726) | $ | (3,207) |
| Net income (loss) per common share attributable to common stockholders-diluted | $ | (1.36) | $ | 0.12 | $ | (3.39) | $ | (6.32) |
| Average number of common shares outstanding-diluted | | 510 | | 509 | | 510 | | 507 |

The following discussion pertains to Anadarko's results of operations, financial condition, and changes in financial condition. Any increases or decreases "for the three months ended June 30, 2016," refer to the comparison of the three months ended June 30, 2016, to the three months ended June 30, 2015, and any increases or decreases "for the six months ended June 30, 2016," refer to the comparison of the six months ended June 30, 2016, to the six months ended June 30, 2015. The primary factors that affect the Company's results of operations include commodity prices for oil, natural gas, and NGLs; sales volumes; the cost of finding such reserves; and operating costs.

### Revenues and Sales Volumes

| millions except percentages | Three Months Ended June 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil and Condensate | | Natural Gas | | NGLs | | Total | |
| 2015 sales revenues | $ | 1,616 | $ | 487 | $ | 229 | $ | 2,332 |
| Changes associated with sales volumes | | (114) | | (34) | | (7) | | (155) |
| Changes associated with prices | | (377) | | (133) | | 13 | | (497) |
| 2016 sales revenues | $ | 1,125 | $ | 320 | $ | 235 | $ | 1,680 |
| Increase (decrease) vs. 2015 | | (30)% | | (34)% | | 3% | | (28)% |

| millions except percentages | Six Months Ended June 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil and Condensate | | Natural Gas | | NGLs | | Total | |
| 2015 sales revenues | $ | 3,035 | $ | 1,128 | $ | 461 | $ | 4,624 |
| Changes associated with sales volumes | | (178) | | (127) | | (30) | | (335) |
| Changes associated with prices | | (882) | | (315) | | (18) | | (1,215) |
| 2016 sales revenues | $ | 1,975 | $ | 686 | $ | 413 | $ | 3,074 |
| Increase (decrease) vs. 2015 | | (35)% | | (39)% | | (10)% | | (34)% |

Changes associated with sales volumes for the three and six months ended June 30, 2016, include decreases associated with asset divestitures.

33

APC-01752196

Table of Contents

The following provides Anadarko's sales volumes for the three and six months ended June 30:

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| *Barrels of Oil Equivalent* | | | | | | |
| *(MMBOE except percentages)* | | | | | | |
| United States | 65 | (6)% | 69 | 132 | (8)% | 144 |
| International | 7 | (11) | 8 | 15 | (13) | 17 |
| Total barrels of oil equivalent | 72 | (6) | 77 | 147 | (9) | 161 |
| | | | | | | |
| *Barrels of Oil Equivalent per Day* | | | | | | |
| *(MBOE/d except percentages)* | | | | | | |
| United States | 718 | (6)% | 762 | 728 | (8)% | 796 |
| International | 74 | (11) | 84 | 81 | (13) | 94 |
| Total barrels of oil equivalent per day | 792 | (6) | 846 | 809 | (9) | 890 |

MMBOE-million barrels of oil equivalent

Sales volumes represent actual production volumes adjusted for changes in commodity inventories and natural-gas production volumes provided to satisfy a commitment established in conjunction with the Jubilee development plan in Ghana. Anadarko employs marketing strategies to minimize market-related shut-ins, maximize realized prices, and manage credit-risk exposure. For additional information, see *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q and *Other (Income) Expense-(Gains) Losses on Derivatives, net*. Production of oil, natural gas, and NGLs is usually not affected by seasonal swings in demand.

34

APC-01752197

Table of Contents

**Oil and Condensate Sales Volumes, Average Prices, and Revenues**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| **United States** | | | | | | |
| Sales volumes-MMBbls | 20 | (5)% | 21 | 41 | (3)% | 43 |
| MBbls/d | 227 | (5) | 240 | 229 | (3) | 238 |
| Price per barrel | $ 40.25 | (26) | $ 54.14 | $ 34.07 | (31) | $ 49.23 |
| **International** | | | | | | |
| Sales volumes-MMBbls | 6 | (12)% | 8 | 14 | (13)% | 16 |
| MBbls/d | 69 | (12) | 78 | 76 | (13) | 88 |
| Price per barrel | $ 46.75 | (23) | $ 60.81 | $ 39.84 | (30) | $ 57.12 |
| **Total** | | | | | | |
| Sales volumes-MMBbls | 26 | (7)% | 29 | 55 | (6)% | 59 |
| MBbls/d | 296 | (7) | 318 | 305 | (6) | 326 |
| Price per barrel | $ 41.77 | (25) | $ 55.78 | $ 35.51 | (31) | $ 51.37 |
| Oil and condensate sales revenues *(millions)* | $ 1,125 | (30) | $ 1,616 | $ 1,975 | (35) | $ 3,035 |

MMBbls-million barrels

Anadarko's oil and condensate sales volumes decreased by 22 MBbls/d for the three months ended June 30, 2016, and 21 MBbls/d for the six months ended June 30, 2016.

- Sales volumes in the Rockies decreased by 9 MBbls/d for the three months ended June 30, 2016, and 13 MBbls/d for the six months ended June 30, 2016, primarily due to reduced capital activity in the Wattenberg field. Sales volumes for the six months ended June 30, 2016, also decreased as a result of the April 2015 sale of certain enhanced oil recovery (EOR) assets.

- International sales volumes decreased by 9 MBbls/d for the three months ended June 30, 2016, and 12 MBbls/d for the six months ended June 30, 2016, primarily in Ghana due to downtime to address new production and offtake procedures resulting from a maintenance issue with the FPSO turret bearing. The partnership has determined a long-term solution to convert the FPSO to a permanently moored facility and is expecting the work program to be complete in the first half of 2017. In the meantime, shuttle tankers continue to successfully conduct offtakes. Sales volumes for the six months ended June 30, 2016, also decreased as a result of the timing of liftings in Ghana.

- Sales volumes in the Southern and Appalachia Region decreased by 6 MBbls/d for the three months ended June 30, 2016, and 4 MBbls/d for the six months ended June 30, 2016, primarily due to a natural production decline in the Eagleford shale, partially offset by higher sales volumes due to continued development in the Delaware basin.

- Sales volumes in the Gulf of Mexico were relatively flat for the three months ended June 30, 2016, and increased by 5 MBbls/d for the six months ended June 30, 2016, primarily from the Lucius development, which achieved first oil in the first quarter of 2015.

Anadarko's average oil price received decreased for the three and six months ended June 30, 2016, primarily due to continued global oversupply and concerns of slowing oil demand growth.

35

APC-01752198

Table of Contents

**Natural-Gas Sales Volumes, Average Prices, and Revenues**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| **United States** | | | | | | |
| Sales volumes-Bcf | 199 | (7)% | 215 | 409 | (11)% | 461 |
| MMcf/d | 2,188 | (7) | 2,354 | 2,245 | (11) | 2,545 |
| Price per Mcf | $ 1.61 | (29) | $ 2.28 | $ 1.68 | (31) | $ 2.45 |
| Natural-gas sales revenues *(millions)* | $ 320 | (34) | $ 487 | $ 686 | (39) | $ 1,128 |

Bcf-billion cubic feet
MMcf/d-million cubic feet per day
Mcf-thousand cubic feet

The Company's natural-gas sales volumes decreased by 166 MMcf/d for the three months ended June 30, 2016, and 300 MMcf/d for the six months ended June 30, 2016.

- Sales volumes in the Rockies decreased by 150 MMcf/d for the three months ended June 30, 2016, and 161 MMcf/d for the six months ended June 30, 2016, primarily due to the September 2015 sale of certain coalbed methane properties and a natural production decline at Greater Natural Buttes, partially offset by higher 2016 sales volumes in the Wattenberg field as a result of improved well performance.

- Sales volumes in the Gulf of Mexico decreased by 40 MMcf/d for the three months ended June 30, 2016, and 89 MMcf/d for the six months ended June 30, 2016, primarily as a result of the last producing well going off line at IHUB in December 2015.

- Sales volumes in the Southern and Appalachia Region increased by 24 MMcf/d for the three months ended June 30, 2016, primarily due to the injection of volumes into storage in 2015, third-party infrastructure downtime in the Marcellus shale in 2015, and continued development in the Delaware basin. The increase for the three months ended June 30, 2016, was partially offset by decreased sales volumes in 2016 as a result of the July 2015 sale of certain U.S. onshore properties in East Texas and a natural production decline in the Eagleford shale. Sales volumes for the six months ended June 30, 2016, decreased by 50 MMcf/d, primarily due to the decreases discussed above, partially offset by higher 2016 sales volumes in the Delaware basin due to continued development.

The average natural-gas price Anadarko received decreased for the three and six months ended June 30, 2016, primarily due to lower weather-driven residential and commercial demand, which have contributed to sustained high gas storage levels.

**Natural-Gas Liquids Sales Volumes, Average Prices, and Revenues**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| **Total** | | | | | | |
| Sales volumes-MMBbls | 13 | (3)% | 12 | 24 | (7)% | 25 |
| MBbls/d | 131 | (3) | 136 | 130 | (7) | 140 |
| Price per barrel | $ 19.60 | 6 | $ 18.50 | $ 17.49 | (4) | $ 18.24 |
| Natural-gas liquids sales revenues *(millions)* | $ 235 | 3 | $ 229 | $ 413 | (10) | $ 461 |

NGLs sales represent revenues from the sale of product derived from the processing of Anadarko's natural-gas production. The Company's NGLs sales volumes decreased by 5 MBbls/d for the three months ended June 30, 2016, and by 10 MBbls/d for the six months ended June 30, 2016, primarily due to increased ethane rejection in the United States in 2016.

36

APC-01752199

Table of Contents

### Gathering, Processing, and Marketing

| millions except percentages | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| Gathering, processing, and marketing sales | $ 305 | -% | $ 305 | $ 545 | (9)% | $ 598 |
| Gathering, processing, and marketing expense | 252 | (1) | 255 | 467 | (8) | 509 |
| Total gathering, processing, and marketing, net | $ 53 | 6 | $ 50 | $ 78 | (12) | $ 89 |

Gathering and processing sales includes revenue from the sale of NGLs and remaining residue gas extracted from natural gas purchased from third parties and processed by Anadarko as well as fee revenue earned by providing gathering, processing, compression, and treating services to third parties. Marketing sales include the margin earned from purchasing and selling third-party oil and natural gas. Gathering, processing, and marketing expense includes the cost of third-party natural gas purchased and processed by Anadarko as well as other operating and transportation expenses related to the Company's costs to perform gathering, processing, and marketing activities. Gathering, processing, and marketing, net was relatively flat for the three months ended June 30, 2016, and decreased by $11 million for the six months ended June 30, 2016, primarily due to plant downtime in 2016 and the 2015 divestitures of certain midstream assets, partially offset by higher marketing margins.

### Gains (Losses) on Divestitures and Other, net

| millions except percentages | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| Gains (losses) on divestitures | $ (104) | (14)% | $ (91) | $ (102) | 76% | $ (425) |
| Other | 34 | (62) | 90 | 72 | (55) | 160 |
| Total gains (losses) on divestitures and other, net | $ (70) | NM | $ (1) | $ (30) | 89 | $ (265) |

NM-not meaningful

Gains (losses) on divestitures and other, net includes gains (losses) on divestitures and other operating revenues, including hard-minerals royalties, earnings from equity investments, and other revenues.

*2016*

- The Company recognized a loss of $53 million associated with the June divestiture of certain U.S. onshore assets in the Rockies for net proceeds of $593 million.

- The Company recognized a loss of $50 million on assets held for sale associated with the divestiture of certain U.S. onshore assets that is expected to close in the third quarter of 2016.

*2015*

- The Company recognized losses of $340 million associated with the April divestiture of certain EOR assets in the Rockies, with a sales price of $703 million, for net proceeds of $675 million.

- The Company recognized a loss of $97 million associated with the July divestiture of certain oil and gas properties and related midstream assets in East Texas, with a sales price of $440 million, for net proceeds of $425 million.

- The Company recognized income of $63 million during the three months ended June 30, 2015, and $117 million during the six months ended June 30, 2015, related to the settlement of a royalty lawsuit associated with a property in the Gulf of Mexico.

37

APC-01752200

Table of Contents

## Costs and Expenses

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| Oil and gas operating *(millions)* | $ 202 | (11)% | $ 226 | $ 410 | (21)% | $ 522 |
| Oil and gas operating-per BOE | 2.80 | (4) | 2.93 | 2.78 | (14) | 3.24 |
| Oil and gas transportation *(millions)* | 246 | (13) | 283 | 488 | (17) | 588 |
| Oil and gas transportation-per BOE | 3.41 | (7) | 3.67 | 3.32 | (9) | 3.65 |

BOE-barrel of oil equivalent

Oil and gas operating expense decreased by $24 million for the three months ended June 30, 2016, primarily as a result of divestitures in 2015. Oil and gas operating expense decreased by $112 million for the six months ended June 30, 2016, due to lower expenses of $56 million as a result of divestitures in 2015; lower workover costs of $31 million in Ghana, the Gulf of Mexico, and the Rockies; and lower nonoperated costs of $18 million across all areas. The related costs per BOE decreased by $0.13 for the three months ended June 30, 2016, and by $0.46 for the six months ended June 30, 2016.

Oil and gas transportation expense decreased by $37 million for the three months ended June 30, 2016, and $100 million for the six months ended June 30, 2016, due to lower sales volumes across all areas. The related costs per BOE decreased by $0.26 for the three months ended June 30, 2016, and by $0.33 for the six months ended June 30, 2016, due to lower costs as a result of decreased sales volumes.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions | 2016 | 2015 | 2016 | 2015 |
| **Exploration Expense** | | | | |
| Dry hole expense | $ (5) | $ 13 | $ 6 | $ 42 |
| Impairments of unproved properties | 15 | 18 | 39 | 998 |
| Geological and geophysical expense | 32 | 16 | 69 | 38 |
| Exploration overhead and other | 34 | 56 | 88 | 108 |
| Total exploration expense | $ 76 | $ 103 | $ 202 | $ 1,186 |

For the three months ended June 30, 2016, total exploration expense decreased by $27 million.

- Dry hole expense decreased by $18 million. The Company recognized $13 million in the second quarter of 2015 primarily associated with wells in the Rockies.

- Geological and geophysical expense increased by $16 million primarily due to seismic activities in Colombia in 2016.

- Exploration overhead and other decreased by $22 million primarily due to lower employee-related expenses in 2016.

For the six months ended June 30, 2016, total exploration expense decreased by $984 million.

- Dry hole expense decreased by $36 million. The Company recognized $42 million in 2015 primarily associated with wells in Mozambique.

- Impairments of unproved properties decreased by $959 million. The Company recognized a $935 million impairment in the first quarter of 2015 related to the Company's unproved Greater Natural Buttes properties as a result of lower commodity prices.

- Geological and geophysical expense increased by $31 million primarily due to seismic activities in Colombia in 2016.

- Exploration overhead and other decreased by $20 million primarily due to lower employee-related expenses in 2016.

APC-01752201

Table of Contents

| millions except percentages | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2016 | Inc (Dec) vs. 2015 | 2015 | 2016 | Inc (Dec) vs. 2015 | 2015 |
| General and administrative | $ 305 | 10% | $ 278 | $ 754 | 29% | $ 585 |
| Depreciation, depletion, and amortization | 984 | (19) | 1,214 | 2,133 | (14) | 2,470 |
| Other taxes | 157 | 4 | 151 | 274 | (18) | 333 |
| Impairments | 18 | (40) | 30 | 34 | (99) | 2,813 |
| Other operating expense | 7 | 17 | 6 | 23 | (67) | 69 |

General and administrative expense (G&A) included $48 million of charges associated with the workforce reduction program for the three months ended June 30, 2016, and $251 million for the six months ended June 30, 2016. Excluding the workforce reduction expenses, G&A decreased by $21 million for the three months ended June 30, 2016, and by $82 million for the six months ended June 30, 2016, primarily due to lower employee-related expenses primarily associated with decreased benefit, bonus plan, and salary expenses. See *Note 12-Restructuring Charges* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

Depreciation, depletion, and amortization expense decreased by $230 million for the three months ended June 30, 2016, and by $337 million for the six months ended June 30, 2016, primarily due to the following:

- lower costs for U.S. onshore and midstream properties as a result of 2015 asset impairments
- lower 2016 sales volumes associated with U.S. onshore properties
- lower costs and sales volumes as a result of 2015 divestitures of certain gathering and processing facilities
- cost revisions related to certain asset retirement obligations associated with fully depreciated assets

Other taxes decreased by $59 million for the six months ended June 30, 2016, primarily due to lower ad valorem taxes of $36 million and lower Algerian exceptional profits taxes of $23 million. These decreases were primarily due to lower commodity prices and lower sales volumes.

Impairment expense for the six months ended June 30, 2015, included $2.3 billion related to the Company's Greater Natural Buttes oil and gas properties and $449 million for related midstream properties in the Rockies, which were impaired due to lower forecasted commodity prices.

Other operating expense decreased by $46 million for the six months ended June 30, 2016, primarily due to expenses in 2015 for the early termination of a drilling rig.

**Other (Income) Expense**

| millions | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2016 | 2015 | 2016 | 2015 |
| **Interest Expense** | | | | |
| Debt and other | $ 259 | $ 244 | $ 517 | $ 498 |
| Capitalized interest | (42) | (43) | (80) | (81) |
| Total interest expense | $ 217 | $ 201 | $ 437 | $ 417 |

Interest expense increased by $16 million for the three months ended June 30, 2016, and by $20 million for the six months ended June 30, 2016, primarily due to the $3.0 billion March 2016 Senior Notes issuances.

39

APC-01752202

Table of Contents

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions | 2016 | 2015 | 2016 | 2015 |
| Loss on early extinguishment of debt | $ 124 | $ - | $ 124 | $ - |

During the second quarter of 2016, the Company used proceeds from its $3.0 billion March 2016 Senior Notes issuances to purchase and retire $1.250 billion of its $2.0 billion 6.375% Senior Notes due September 2017 pursuant to a tender offer and to redeem its $1.750 billion 5.950% Senior Notes due September 2016. The Company recognized a loss of $124 million for the early retirement and redemption of these senior notes, which included $114 million of premiums paid.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions | 2016 | 2015 | 2016 | 2015 |
| **(Gains) Losses on Derivatives, net** | | | | |
| (Gains) losses on commodity derivatives, net | $ 94 | $ 1 | $ 66 | $ (52) |
| (Gains) losses on interest-rate derivatives, net | 213 | (312) | 538 | (107) |
| Total (gains) losses on derivatives, net | $ 307 | $ (311) | $ 604 | $ (159) |

(Gains) losses on derivatives, net represents the changes in fair value of the Company's derivative instruments as a result of changes in commodity prices and interest rates, contract modifications, and settlements. An interest-rate swap agreement was settled in March 2016, resulting in a cash payment of $193 million. The Company settled commodity derivatives resulting in cash receipts of $60 million for the three months ended June 30, 2016, $81 million for the three months ended June 30, 2015, $165 million for the six months ended June 30, 2016, and $172 million for the six months ended June 30, 2015.

For additional information, see *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions | 2016 | 2015 | 2016 | 2015 |
| **Other (Income) Expense, net** | | | | |
| Interest income | $ (4) | $ (2) | $ (7) | $ (7) |
| Other | (51) | 17 | (48) | 69 |
| Total other (income) expense, net | $ (55) | $ 15 | $ (55) | $ 62 |

For the three months ended June 30, 2016, other income, net increased by $70 million.

- As a result of a Chapter 11 bankruptcy declaration by a third party, the U.S. Department of the Interior ordered Anadarko to perform the decommissioning of a production facility and related wells, previously sold to the third party. The Company accrued the costs to decommission the facility and wells in prior years. During the second quarter of 2016, the Company substantially completed the decommissioning of the wells. Final costs were lower than expected and the Company recognized income of $56 million as a result of the reduced obligation.

For the six months ended June 30, 2016, other income, net increased by $117 million.

- Other income, net increased by $78 million related to the decommissioning obligation mentioned above.

- Favorable changes in foreign currency gains/losses of $34 million were primarily associated with foreign currency held in escrow pending final determination of the Company's Brazilian tax liability attributable to the 2008 divestiture of the Peregrino field offshore Brazil.

40

APC-01752203

Table of Contents

### Income Tax Expense

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions except percentages | 2016 | 2015 | 2016 | 2015 |
| Income tax expense (benefit) | $ (314) | $ 77 | $ (697) | $ (1,315) |
| Income (loss) before income taxes | (925) | 185 | (2,306) | (4,443) |
| Effective tax rate | 34% | 42% | 30% | 30% |

The Company reported a loss before income taxes for the three and six months ended June 30, 2016, and the six months ended June 30, 2015. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect. The variance from the 35% U.S. federal statutory rate for the three and six months ended June 30, 2016 and 2015, was primarily attributable to the non-deductible Algerian exceptional profits tax for Algerian income tax purposes and the tax impact from foreign operations. In addition, the decrease from the 35% U.S. federal statutory rate for the three and six months ended June 30, 2016, was attributable to non-deductible goodwill related to divestitures and net changes in uncertain tax positions.

### Net Income (Loss) Attributable to Noncontrolling Interests

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| millions except percentages | 2016 | 2015 | 2016 | 2015 |
| Net income (loss) attributable to noncontrolling interests | $ 81 | $ 47 | $ 117 | $ 79 |
| Public ownership in WES, limited partnership interest | 60.1% | 55.2% | 60.1% | 55.2% |
| Public ownership in WGP, limited partnership interest | 18.4% | 12.7% | 18.4% | 12.7% |

See *Note 16-Noncontrolling Interests* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

41

APC-01752204

Table of Contents

## LIQUIDITY AND CAPITAL RESOURCES

| | Six Months Ended June 30, | |
|---|---|---|
| *millions* | **2016** | 2015 |
| Net cash provided by (used in) operating activities | $ **1,092** | $ (3,261) |
| Net cash provided by (used in) investing activities | **(965)** | (2,785) |
| Net cash provided by (used in) financing activities | **329** | 849 |

**Overview**  Anadarko believes that its cash on hand, anticipated operating cash flows, and proceeds from expected future asset monetizations will be sufficient to fund the Company's projected 2016 operational and capital programs. In addition, the Company has available borrowing capacity to supplement its working capital needs. The Company continuously monitors its liquidity needs and evaluates available funding alternatives in light of current and expected conditions. Anadarko has a variety of funding sources available, including cash on hand, an asset portfolio that provides ongoing cash-flow-generating capacity, opportunities for liquidity enhancement through divestitures and joint-venture arrangements that reduce future capital expenditures, and the Company's credit facilities. In addition, an effective registration statement is available to Anadarko covering the sale of WGP common units owned by the Company.

**Effects of Moody's Credit Rating Downgrade**  In February 2016, Standard and Poor's affirmed Anadarko's "BBB" long-term debt credit rating and changed the outlook from stable to negative. Later in February 2016, Moody's Investors Service (Moody's) lowered the Company's long-term debt credit rating from "Baa2" to "Ba1," which is below investment grade. In March 2016, Fitch Ratings affirmed Anadarko's "BBB" long-term debt credit rating and changed the outlook from stable to negative.

As a result of Moody's downgrade of Anadarko's credit rating to a level that is below investment grade, the Company's credit thresholds with certain derivative counterparties were reduced and in some cases eliminated, which required the Company to increase the amount of collateral posted with derivative counterparties when the Company's net trading position is a liability in excess of the contractual threshold. No counterparties have requested termination or full settlement of derivative positions. The aggregate fair value of derivative instruments with credit-risk-related contingent features for which a net liability position existed was $1.3 billion (net of collateral) at each of June 30, 2016, and December 31, 2015. The amount of cash posted as collateral pursuant to the contractual requirements applicable to derivative instruments with financial institutions was $599 million at June 30, 2016, and $58 million at December 31, 2015.

The Moody's credit rating downgrade required Anadarko to post collateral in the form of letters of credit or cash as financial assurance of its performance under certain contractual arrangements such as pipeline transportation contracts and oil and gas sales contracts. The amount of letters of credit or cash provided as assurance of the Company's performance under these types of contractual arrangements with respect to credit-risk-related contingent features was $274 million at June 30, 2016, and zero at December 31, 2015.

Also in February 2016, Moody's downgraded Anadarko's commercial paper program credit rating, which essentially eliminated the Company's access to the commercial paper market. As a result, the Company has not issued commercial paper notes since the downgrade, but instead has used its 364-day senior unsecured revolving credit facility (364-Day Facility) for short-term working capital requirements, as needed.

42

APC-01752205

Table of Contents

## Operating Activities

One of the primary sources of variability in the Company's cash flows from operating activities is the fluctuation in commodity prices, the impact of which Anadarko partially mitigates by entering into commodity derivatives. Sales volume changes also impact cash flow, but historically have not been as volatile as commodity prices. Anadarko's cash flows from operating activities are also impacted by the costs related to operations and interest payments related to the Company's outstanding debt.

Anadarko generated $1.1 billion of cash from operating activities during the six months ended June 30, 2016, which included the $881 million tax refund related to the income tax benefit associated with the Company's 2015 tax net operating loss carryback, the $159.5 million payment of the Clean Water Act (CWA) penalty, and the payment of $182 million related to severance costs and retirement benefits in connection with the workforce reduction program. Cash used in operating activities for the same period of 2015 was $3.3 billion, which included the $5.2 billion Tronox settlement payment. Excluding the impact of the tax refund and payments for the CWA penalty, severance costs and retirement benefits, and the Tronox settlement, operating cash flows for the six months ended June 30, 2016, decreased by $1.4 billion primarily due to decreased sales revenues as a result of lower commodity prices.

## Investing Activities

*Capital Expenditures* The following presents the Company's capital expenditures for the six months ended June 30:

| millions | 2016 | | 2015 | |
|---|---|---|---|---|
| Cash Flows from Investing Activities | | | | |
| Additions to properties and equipment and dry hole costs | $ | 1,879 | $ | 3,501 |
| Adjustments for capital expenditures | | | | |
| Changes in capital accruals | | (249) | | (310) |
| Other | | (6) | | 32 |
| Total capital expenditures (1) | $ | 1,624 | $ | 3,223 |

---

(1) Includes WES capital expenditures of $260 million for the six months ended June 30, 2016, and $278 million for the six months ended June 30, 2015.

The Company's capital expenditures decreased by $1.6 billion for the six months ended June 30, 2016, as reduced development and exploration activity resulted in the following:

- decreased development costs of $1.2 billion primarily in the Rockies and the Southern and Appalachia Region
- decreased exploration costs of $214 million primarily in Colombia and Mozambique
- decreased gathering, processing, and other costs of $154 million primarily due to lower expenditures for plants and gathering in the Rockies

*Carried-Interest Arrangements* In the third quarter of 2014, the Company entered into a carried-interest arrangement that requires a third party to fund $442 million of Anadarko's capital costs in exchange for a 34% working interest in the Eaglebine development, located in Southeast Texas. The third-party funding is expected to cover Anadarko's future capital costs in the development through 2020. At June 30, 2016, $141 million of the $442 million carry obligation had been funded.

In the second quarter of 2013, the Company entered into a carried-interest arrangement that requires a third party to fund $860 million of Anadarko's capital costs in exchange for a 12.75% working interest in the Heidelberg development, located in the Gulf of Mexico. At June 30, 2016, $853 million of the $860 million carry obligation had been funded.

*Divestitures* During the six months ended June 30, 2016, Anadarko received pretax sales proceeds related to property divestiture transactions of $900 million primarily related to the divestitures of certain U.S. onshore assets in the Rockies, East Texas/Louisiana, and West Texas. See *Note 3-Divestitures and Assets Held for Sale* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

43

APC-01752206

Table of Contents

***Investments*** During the six months ended June 30, 2016, the Company made capital contributions of $46 million for equity investments, which are included in other, net under Investing Activities in the Consolidated Statements of Cash Flows. These contributions were primarily associated with joint ventures for pipelines.

**Financing Activities**

| millions except percentages | | June 30, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Total debt | $ | 15,673 | $ | 15,668 |
| Total equity | | 14,600 | | 15,457 |
| Debt to total capitalization ratio | | 51.8% | | 50.3% |

***Senior Notes*** The following summarizes the Company's debt activity related to senior notes for the six months ended June 30, 2016:

| millions | Face Value | | Description |
|---|---|---|---|
| Issuances | $ | 800 | 4.850% Senior Notes due 2021 |
| | | 1,100 | 5.550% Senior Notes due 2026 |
| | | 1,100 | 6.600% Senior Notes due 2046 |
| Repayments | | (1,250) | 6.375% Senior Notes due 2017 |
| | | (1,750) | 5.950% Senior Notes due 2016 |
| | | (17) | Tangible equity units (TEUs) - senior amortizing notes |

During the second quarter of 2016, the Company used proceeds from its $3.0 billion March 2016 Senior Notes issuances to purchase and retire $1.250 billion of its $2.0 billion 6.375% Senior Notes due September 2017 pursuant to a tender offer and to redeem its $1.750 billion 5.950% Senior Notes due September 2016. The Company recognized a loss of $124 million for the early retirement and redemption of these senior notes, which included $114 million of premiums paid.

In July 2016, WES completed a public offering of $500 million aggregate principal amount of 4.650% Senior Notes due July 2026. Net proceeds were used to repay a portion of the amount outstanding under its five-year $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (WES RCF).

***Revolving Credit Facilities*** Anadarko has a $3.0 billion five-year senior unsecured revolving credit facility maturing in January 2021 (Five-Year Facility) and the 364-Day Facility that matures in January 2017.

WES has a $1.2 billion RCF, which is expandable to $1.5 billion. In March 2016, WGP entered into a three-year $250 million senior secured revolving credit facility maturing in March 2019 (WGP RCF), which is expandable to $500 million, subject to receiving increased or new commitments from lenders and the satisfaction of certain other conditions.

The following summarizes the Company's debt activity related to revolving credit facilities for the six months ended June 30, 2016:

| millions | 2016 | | Description |
|---|---|---|---|
| Borrowings | $ | 1,750 | 364-Day Facility |
| | | 530 | WES RCF |
| | | 28 | WGP RCF |
| Repayments | | (1,750) | 364-Day Facility |
| | | (290) | WES RCF |

*Anadarko Credit Facilities* During the six months ended June 30, 2016, borrowings under the 364-Day Facility were primarily used for general short-term working capital needs. At June 30, 2016, the Company had no outstanding borrowings under the Five-Year Facility or the 364-Day Facility.

APC-01752207

Table of Contents

*WES and WGP Credit Facilities* During the six months ended June 30, 2016, WES borrowings were primarily used for general corporate purposes, including the funding of a portion of its acquisition of Springfield Pipeline LLC and capital expenditures. At June 30, 2016, WES had outstanding borrowings under its RCF of $540 million at an interest rate of 1.77%, had outstanding letters of credit of $5 million, and had available borrowing capacity of $655 million.

During the six months ended June 30, 2016, WGP borrowings were used to fund the purchase of WES common units. At June 30, 2016, WGP had outstanding borrowings under its RCF of $28 million at an interest rate of 2.72% and had available borrowing capacity of $222 million.

For additional information on the revolving credit facilities, such as years of maturity, interest rates, and covenants, see *Note 8-Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

***Commercial Paper Program*** The Company has a commercial paper program, which allows for a maximum of $3.0 billion of unsecured commercial paper notes and is supported by the Company's Five-Year Facility. As a result of Moody's downgrade of Anadarko's commercial paper program credit rating, the Company's access to the commercial paper market was essentially eliminated. The Company repaid $250 million of commercial paper notes during the first quarter of 2016, and at June 30, 2016, there were no outstanding borrowings under the commercial paper program. See *Note 8-Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q for additional information.

***Debt Maturities*** Anadarko may from time to time seek to retire or purchase its outstanding debt through cash purchases and/or exchanges for other debt or equity securities in open market purchases, privately negotiated transactions, or otherwise. Such repurchases or exchanges, if any, will depend on prevailing market conditions, the Company's liquidity requirements, contractual restrictions, and other factors. The amounts involved may be material.

At June 30, 2016, Anadarko's scheduled debt maturities during 2016 consisted of $17 million of senior amortizing notes associated with the TEUs. Anadarko's Zero-Coupon Senior Notes due 2036 (Zero Coupons) can be put to the Company in October of each year, in whole or in part, for the then-accreted value, which will be $839 million at the next put date in October 2016. The Company classified the Zero Coupons as long-term debt on the Company's Consolidated Balance Sheet at June 30, 2016, as Anadarko has the ability and intent to refinance these obligations using long-term debt, should the put be exercised. At June 30, 2016, Anadarko's scheduled debt maturities during 2017 consisted of $750 million of 6.375% Senior Notes due September 2017 and $34 million of senior amortizing notes associated with the TEUs.

For additional information on the Company's debt instruments, such as transactions during the period, years of maturity, and interest rates, see *Note 8-Debt and Interest Expense* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

***Derivative Instruments*** The Company's derivative instruments are subject to individually negotiated credit provisions that may require collateral of cash or letters of credit depending on the derivatives portfolio valuation versus negotiated credit thresholds. These credit thresholds may also require full or partial collateralization or immediate settlement of the Company's obligations if certain credit-risk-related provisions are triggered, such as if the Company's credit rating from major credit rating agencies declines to a level that is below investment grade. Derivative settlements and collateralization are classified as cash flows from operating activities unless the derivatives contain an other-than-insignificant financing element, in which case the settlements and collateralization are classified as cash flows from financing activities. The amount of cash collateral provided by the Company on its interest-rate derivatives with an other-than-insignificant financing element pursuant to the contractual requirements applicable to derivative instruments with financial institutions was $592 million at June 30, 2016, and $58 million at December 31, 2015. Additionally, an interest-rate swap agreement was settled in March 2016, resulting in a cash payment of $193 million. At June 30, 2016, Anadarko expects additional net cash outlays of $52 million in 2016 related to interest-rate derivative settlements.

For additional information, see *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q and *Effects of Moody's Credit Rating Downgrade* above.

45

APC-01752208

Table of Contents

***Conveyance of Future Hard Minerals Royalty Revenues***  During the first quarter of 2016, the Company conveyed a limited-term nonparticipating royalty interest in certain of its coal and trona leases to a third party for $413 million, net of transaction costs. For additional information, see *Note 10-Conveyance of Future Hard Minerals Royalty Revenues* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

***Common Stock Dividends***  Anadarko paid dividends of $51 million to its common stockholders during the six months ended June 30, 2016, and $277 million during the six months ended June 30, 2015. In response to the current commodity-price environment, the Board decreased the Company's quarterly dividend from $0.27 per share to $0.05 per share in February 2016. Anadarko has paid a dividend to its common stockholders on a quarterly basis since becoming a public company in 1986.

The amount of future dividends paid to Anadarko common stockholders will be determined by the Board on a quarterly basis and is based on earnings, financial conditions, capital requirements, the effect a dividend payment would have on the Company's compliance with relevant financial covenants, and other factors deemed relevant by the Board.

***Equity Transactions***  Anadarko sold 12.5 million of its WGP common units to the public for net proceeds of $476 million, which were used for general corporate purposes. WES has a continuous offering program, which allows the issuance of up to an aggregate of $500 million of WES common units. The remaining amount available to be issued under this program was $442 million at June 30, 2016. During the first quarter of 2016, WES issued 14 million Series A Preferred units to private investors for net proceeds of $440 million. During the second quarter of 2016, WES issued an additional eight million Series A Preferred units to private investors, pursuant to the full exercise of an option granted in connection with the initial issuance, for net proceeds of $247 million.

***Distributions to Noncontrolling Interest Owners***  WES distributed to its unitholders other than Anadarko and WGP an aggregate of $127 million during the six months ended June 30, 2016, and $111 million during the six months ended June 30, 2015. WES has made quarterly distributions to its unitholders since its initial public offering (IPO) in the second quarter of 2008, and has increased its distribution from $0.30 per common unit for the third quarter of 2008 to $0.830 per common unit for the second quarter of 2016 (to be paid in August 2016).

For the three months ended June 30, 2016, the WES Series A Preferred unitholders will receive a quarterly distribution of $0.68 per unit for the Series A Preferred units issued in March 2016, and a quarterly distribution of $0.68 per unit for the Series A Preferred units issued in April 2016, prorated for the 77-day period the units were outstanding during the second quarter of 2016, or an aggregate $14 million (to be paid in August 2016). For the three months ended March 31, 2016, the WES Series A Preferred unitholders received a quarterly distribution of $0.68 per unit, prorated for the 18-day period the units were outstanding during the first quarter, or an aggregate $2 million (paid in May 2016).

WGP distributed to its unitholders other than Anadarko an aggregate of $23 million during the six months ended June 30, 2016, and $17 million during the six months ended June 30, 2015. WGP has made quarterly distributions to its unitholders since its IPO in December 2012, and has increased its distribution from $0.17875 per common unit for the first quarter of 2013 to $0.43375 per unit for the second quarter of 2016 (to be paid in August 2016).

## RECENT ACCOUNTING DEVELOPMENTS

See *Note 1-Summary of Significant Accounting Policies* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q for discussion of recent accounting developments affecting the Company.

46

APC-01752209

Table of Contents

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

The Company's primary market risks are attributable to fluctuations in energy prices and interest rates. These risks can affect revenues and cash flows, and the Company's risk-management policies provide for the use of derivative instruments to manage these risks. The types of commodity derivative instruments used by the Company include futures, swaps, options, and fixed-price physical-delivery contracts. The volume of commodity derivatives entered into by the Company is governed by risk-management policies and may vary from year to year. Both exchange and over-the-counter traded derivative instruments may be subject to margin-deposit requirements, and the Company may be required from time to time to deposit cash or provide letters of credit with exchange brokers or counterparties to satisfy these margin requirements. For additional information relating to the Company's derivative and financial instruments, see *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

**COMMODITY-PRICE RISK** The Company's most significant market risk relates to prices for oil, natural gas, and NGLs. Management expects energy prices to remain unpredictable and potentially volatile. As energy prices decline or rise significantly, revenues and cash flows are likewise affected. In addition, a non-cash write-down of the Company's oil and gas properties or goodwill may be required if commodity prices experience a significant decline. Below is a sensitivity analysis for the Company's commodity-price-related derivative instruments.

**Derivative Instruments Held for Non-Trading Purposes** The Company had derivative instruments in place to reduce the price risk associated with future production of 15 MMBbls of oil, 349 Bcf of natural gas, and 1 MMBbls of NGLs at June 30, 2016, with a net derivative asset position of $45 million. Based on actual derivative contractual volumes, a 10% increase in underlying commodity prices would reduce the fair value of these derivatives by $116 million, while a 10% decrease in underlying commodity prices would increase the fair value of these derivatives by $109 million. However, any cash received or paid to settle these derivatives would be substantially offset by the sales value of production covered by the derivative instruments.

**Derivative Instruments Held for Trading Purposes** At June 30, 2016, the Company had a net derivative asset position of $7 million on outstanding derivative instruments entered into for trading purposes. Based on actual derivative contractual volumes, a 10% increase or decrease in underlying commodity prices would not materially impact the Company's gains or losses on these derivative instruments.

**INTEREST-RATE RISK** Borrowings, if any, under each of the 364-Day Facility, the Five-Year Facility, the WES RCF, and the WGP RCF are subject to variable interest rates. The balance of Anadarko's long-term debt on the Company's Consolidated Balance Sheets has fixed interest rates. The Company has $2.9 billion of obligations based on the London Interbank Offered Rate (LIBOR) that are presented on the Company's Consolidated Balance Sheets net of preferred investments in two noncontrolled entities. These obligations give rise to minimal net interest-rate risk because coupons on the related preferred investments are also LIBOR-based. While a 10% change in LIBOR would not materially impact the Company's interest cost, it would affect the fair value of outstanding fixed-rate debt.
At June 30, 2016, the Company had a net derivative liability position of $1.8 billion related to interest-rate swaps. A 10% increase (decrease) in the three-month LIBOR interest-rate curve would decrease (increase) the aggregate fair value of outstanding interest-rate swap agreements by $75 million. However, any change in the interest-rate derivative gain or loss could be substantially offset by changes in actual borrowing costs associated with future debt issuances. For a summary of the Company's outstanding interest-rate derivative positions, see *Note 6-Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q.

47

APC-01752210

Table of Contents

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

Anadarko's Chief Executive Officer and Chief Financial Officer performed an evaluation of the Company's disclosure controls and procedures as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended (Exchange Act). The Company's disclosure controls and procedures are designed to ensure that information required to be disclosed by the Company in reports it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, and to ensure that the information required to be disclosed by the Company in reports that it files or submits under the Exchange Act is accumulated and communicated to the Company's management, including the principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures are effective as of June 30, 2016.

*Changes in Internal Control over Financial Reporting*

There were no changes in Anadarko's internal control over financial reporting during the second quarter of 2016 that materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

APC-01752211

Table of Contents

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

**GENERAL** The Company is a defendant in a number of lawsuits and is involved in governmental proceedings and regulatory controls arising in the ordinary course of business, including personal injury and death claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas exploration, development, production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, tribal, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that the resolution of pending proceedings will not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

WGR Operating, LP, a wholly owned subsidiary of the Company, is currently in negotiations with the U.S. Environmental Protection Agency and the state of Wyoming with respect to alleged noncompliance with the leak detection and repair requirements of the Clean Air Act at its Granger, Wyoming facilities. Although management cannot predict the outcome of settlement discussions, it is likely a resolution of this matter will result in a fine or penalty in excess of $100,000.

See *Note 11-Contingencies* in the *Notes to Consolidated Financial Statements* under Part I, Item 1 of this Form 10-Q, which is incorporated herein by reference, for material developments with respect to matters previously reported in the Company's Annual Report on Form 10-K for the year ended December 31, 2015, and material matters that have arisen since the filing of such report.

### Item 1A. Risk Factors

There have been no material changes from the risk factors included under Part I, Item 1A of the Company's Annual Report on Form 10-K for the year ended December 31, 2015.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

The following sets forth information with respect to repurchases by the Company of its shares of common stock during the second quarter of 2016:

| Period | Total number of shares purchased (1) | Average price paid per share | Total number of shares purchased as part of publicly announced plans or programs | Approximate dollar value of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|
| April 1 - 30, 2016 | 7,745 | $ 49.91 | - | $ - |
| May 1 - 31, 2016 | 4,346 | $ 49.42 | - | $ - |
| June 1 - 30, 2016 | 6,354 | $ 53.44 | - | $ - |
| Total | 18,445 | $ 51.01 | - | $ - |

(1) During the second quarter of 2016, all purchased shares related to stock received by the Company for the payment of withholding taxes due on employee share issuances under share-based compensation plans.

49

APC-01752212

Table of Contents

**Item 6. Exhibits**

Exhibits designated by an asterisk (*) are filed herewith or double asterisk (**) are furnished herewith; all exhibits not so designated are incorporated herein by reference to a prior filing under File Number 1-8968 as indicated.

| | Exhibit Number | Description |
|---|---|---|
| | 3 (i) | Restated Certificate of Incorporation of Anadarko Petroleum Corporation, dated May 21, 2009, filed as Exhibit 3.3 to Form 8-K filed on May 22, 2009 |
| | (ii) | By-Laws of Anadarko Petroleum Corporation, amended and restated as of September 15, 2015, filed as Exhibit 3.1 to Form 8-K filed on September 21, 2015 |
| | 10 (i) | Form of Award Letter for Anadarko Petroleum Corporation 2008 Director Compensation Plan Annual Deferred Shares (2016), filed as Exhibit 10 (iii) to Form 10-Q filed on May 2, 2016 |
| | (ii) | Anadarko Petroleum Corporation 2012 Omnibus Incentive Compensation Plan, as Amended and Restated Effective as of May 10, 2016, filed as Exhibit 10.1 to Form 8-K filed on May 16, 2016 |
| * | 31 (i) | Rule 13a-14(a)/15d-14(a) Certification-Chief Executive Officer |
| * | 31 (ii) | Rule 13a-14(a)/15d-14(a) Certification-Chief Financial Officer |
| ** | 32 | Section 1350 Certifications |
| * | 101.INS | XBRL Instance Document |
| * | 101.SCH | XBRL Schema Document |
| * | 101.CAL | XBRL Calculation Linkbase Document |
| * | 101.DEF | XBRL Definition Linkbase Document |
| * | 101.LAB | XBRL Label Linkbase Document |
| * | 101.PRE | XBRL Presentation Linkbase Document |

50

APC-01752213

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ANADARKO PETROLEUM CORPORATION

(Registrant)

July 26, 2016

By: /s/ ROBERT G. GWIN

Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer

51

Table of Contents

APC-01752214

# Exhibit 92

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# FQ2 2016 Earnings Call Transcripts

## Wednesday, July 27, 2016 1:00 PM GMT

S&P Global Market Intelligence Estimates

| | -FQ2 2016- | | | -FQ3 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.78) | (0.60) | NM | (0.55) | (3.00) | (0.93) |
| Revenue (mm) | 1926.56 | 1915.00 | ▼(0.60 %) | 2166.83 | 7904.85 | 10281.63 |

Currency: USD
Consensus as of Jul-27-2016 11:05 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ3 2015 | (0.74) | (0.72) | NM |
| FQ4 2015 | (1.09) | (0.57) | NM |
| FQ1 2016 | (1.18) | (1.12) | NM |
| FQ2 2016 | (0.78) | (0.60) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01319830

_____

# Table of Contents

| | | |
|---|---|---|
| Call Participants | | 3 |
| Presentation | | 4 |
| Question and Answer | | 6 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

APC-01319831

# Call Participants

## EXECUTIVES

**Darrell E. Hollek**
*Former Executive Vice President of
Operations*

**James J. Kleckner**
*Former Executive Vice President
of International and Deepwater
Operations*

**John M. Colglazier**
*Investor Relations Professional*

**R. A. Walker**
*Chairman & CEO*

**Robert G. Gwin**
*President*

## ANALYSTS

**Arun Jayaram**
*JP Morgan Chase & Co, Research
Division*

**Brian Arthur Singer**
*Goldman Sachs Group Inc.,
Research Division*

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C.,
Research Division*

**David Robert Tameron**
*Wells Fargo Securities, LLC,
Research Division*

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research
Division*

**Edward George Westlake**
*Crédit Suisse AG, Research
Division*

**Evan Calio**
*Morgan Stanley, Research Division*

**James Jan Sullivan**
*Alembic Global Advisors*

**John Powell Herrlin**
*Societe Generale Cross Asset
Research*

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

**Matthew Merrel Portillo**
*Tudor, Pickering, Holt & Co.
Securities, Inc., Research Division*

**Paul Benedict Sankey**
*Wolfe Research, LLC*

**Ryan M. Todd**
*Deutsche Bank AG, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

APC-01319832

# Presentation

**Operator**

Good morning, and welcome to the Anadarko Petroleum Second Quarter 2016 Earnings Conference Call. [Operator Instructions] Please also note, today's event is being recorded.

I would now like to turn the conference over to John. Please go ahead, sir.

**John M. Colglazier**
*Investor Relations Professional*

Well, thank you, Rocco. Good morning, everyone. We're glad you could join us today for Anadarko's second quarter 2016 conference calls.

I would like to remind you that today's presentation includes forward-looking statements and certain non-GAAP financial measures, and be aware that a number of factors could cause results to differ materially from what we discuss today. So I encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release.

In just a moment, I'll turn the call over to Al Walker for some brief opening remarks, but first, I'd like to thank Jeremy Smith for his contributions he's made to the IR group over the last couple of years. Jeremy is now in his new role as Vice President of Mozambique project finance.

And along with that, I'd like to introduce Pete Zagrzecki, who has joined IR and will be available to assist with questions later this afternoon, along with the rest of our team.

I'll also remind you that we have a lot of additional detail in our quarterly ops report available on our website. And following Al's prepared remarks, we'll open it up for questions with our executive team. Al?

**R. A. Walker**
*Chairman & CEO*

Thanks, John, and good morning. As we turn the corner into the second half of 2016, we've made exceptional progress on the goals we established for this year of enhancing value, strengthening the balance sheet, high grading the portfolio and reducing costs.

In terms of enhancing value, our operating organization has done a tremendous job achieving several milestones during the quarter. As you can see in our operations report available online, we had outstanding performance in the Gulf of Mexico. This is an area, where we hold several competitive advantages: a successful exploration track record, an industry-leading project management capability and a large operated infrastructure position.

Our Gulf assets provide us a capital efficient value driver, and our record production achievements at Constitution and K2 are great examples of that. Our operators at Lucius facility also achieved record production during the quarter, with oil volumes exceeding nameplate capacity. As I suspect you noticed in our ops report, we drove another appraisal well at Shenandoah. The Shenandoah 5 well encountered more than 1,000 feet of net oil pay and expanded the eastern extent of the field with planning of the Shen 6 now underway.

We have a 33% working interest in Shenandoah after participating in a pref right process, and through that process, we picked up some additional blocks and exploration opportunities at no cost.

Record production levels were also achieved in the DJ and the Delaware Basins, and we were able to increase our activity over our initial expectations, while still keeping capital expenditures within guidance.

In the Delaware Basin, we have further reduced our DC&E cost per well and improved our drilling cycle times, while advancing our delineation program across a very large acreage position.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319833

In the DJ Basin, we achieved record production, while lowering our LOE by about 15% year-over-year. Our outstanding operating results are complemented by another year of strong monetization results. In the first quarter, we announced approximately $1.3 billion of monetizations. Since then, we've achieved and have received an additional $1.2 billion of proceeds and executed a successful secondary offering of WGP units.

We now expect total proceeds to be at or above $3.5 billion for the full year. So far this year, through the cost structure improvements I have mentioned as well as the dividend reduction and monetization efforts, we have significantly strengthened the balance sheet.

We've done this by retiring $3 billion of near-term maturities with our first quarter '16 covenant issuance and planning to retire the remaining $750 million of 2017 maturities from our monetization proceeds.

The cautious approach we outlined for oil price recovery at the beginning of 2015 has played out much as we anticipated. It now appears U.S. oil supply peaked at around 9.6 million barrels per day, and we expect it to bottom out around 8 million barrels per day, all the while with global demand now exceeding expectations.

Given this dynamic, I am now encouraged that a sustained $60 oil price environment is likely to emerge as we move into 2017. This price level should provide the necessary cash margins and resulting cash cycle improvements to encourage us to accelerate activity and achieve strong returns. In this scenario, we would evaluate redeploying some of the incremental proceeds from asset sales towards our highest quality U.S. onshore assets later this year.

Our unique positions in the DJ and Delaware Basins, combined with the tieback opportunities in the Gulf of Mexico, give us strong line of sight for attractive, capital efficient, short cycle oil investments as crude prices recover.

With that, we would love to take your questions, and thanks for joining us this morning.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319834

# Question and Answer

**Operator**

[Operator Instructions] Today's first question comes from Evan Calio of Morgan Stanley.

**Evan Calio**
*Morgan Stanley, Research Division*

You guys continue to run 6 rigs in the Delaware. I know you mentioned it in some of your opening comments, but you'd previously mentioned lowering it to 4. Should we expect 6 rigs all year? And that's where you're recycling some of the cost savings in the flat CapEx guidance? Or is there a ramp for even potentially higher rig count with asset sales?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, Evan, this is Darrell. The plan was 4, but I can tell you we've seen continued reductions in some of our cost structure and some increased efficiencies. And so we've just elected to continue to get more activities done with that same capital that was allocated at the beginning of the year. And so as far as other activities, looking forward, that really just depends on the progress we make from here on.

**Evan Calio**
*Morgan Stanley, Research Division*

Okay. So at least with regard to the 6, I mean, should we expect completion activity to match the rig count in 2H? And was that factored in your current higher guidance?

**R. A. Walker**
*Chairman & CEO*

If I could, this is Al. I think, a lot of that's going to be very dependent upon what we anticipate to be a recovery in oil prices, but we're going to watch that pretty closely before we commit beyond the comments we're giving you this morning. But I'm -- for the first time since January of 2015, I think we see a window to better oil prices. And I foreshadowed this a little bit at the Wells Conference a few months ago, when I made the comments there that we anticipated we'd have a letdown as the market tried to absorb the 3 million barrels associated with disruptions from Venezuela, Nigeria and Canada. And as the market went through that congestion, we've -- we were going to see the leg down that we're seeing right now. And I think once we get behind -- we get that behind us, to use an economics term, ceteris paribus, we think we're looking at a sustained $60 oil price environment for next year. But I think to the question you're asking, do we see greater evidence that our thoughts are in fact true, we'll be a little slow and probably more likely to be willing to communicate that with greater clarity next quarter.

**Evan Calio**
*Morgan Stanley, Research Division*

That's helpful. Maybe one more if I could. Moving offshore, which also ducktails, I think, with your oil price outlook. You reported positive appraisal results in Shenandoah-5 with 6 upcoming. I mean, post 6, what else do you need here to reach FID, either from appraisal or technical information gathered or from an oil price environment to again to get FID?

**Robert G. Gwin**
*President*

Yes, Evan, we were real pleased with what we saw in the #5 well. Not surprised, but we were very pleased to see it come in as we had predicted it would; 1,040-plus feet of pay. We're about 0.5 mile east of the #2 well, and then we're going to move farther east and down dip with the #6. With your question of what else it's going to take, we really have to see what the #6 tells us. If the #6 comes in as we project with the oil-water contacts, we'll probably need to then do a sidetrack out of that, try to go up dip, get in a full oil

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319835

column in that. And -- so the ultimate planning has to be after #6. We've got a lot of work that's going on right now though related to how we might develop this field. But again, we're still in the appraisal mode, and so we need to get the rest of the information in front of us.

**Evan Calio**
*Morgan Stanley, Research Division*

Right. So I guess within your issue...

**R. A. Walker**
*Chairman & CEO*

I'm sorry, Evan, we talked over you. Go ahead. What was your question?

**Evan Calio**
*Morgan Stanley, Research Division*

Yes. I was just going to say -- I was just trying to understand. It sounds like it's a longer-term project as it fits in your portfolio as you -- lots of invested capital and now a 33% interest. Is that kind of the right way to think about when this -- when you're developing here? I know it's obviously past dependent on appraisal information?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Well, I think all things Bob just gave you are going to be kind of ingredients. That's going to be important to understand. I'd point to Mad Dog, which I believe BP has publicly discussed the fact they're going to take a decision on this year, and they've indicated that sanctioning is likely. And I think there's just a couple of takeaways from that, not necessarily that they're related to Shenandoah. One is they reduced the production solution cost from $20 billion to $8 billion, so that helps with the economics. And two, they think they've got an estimated ultimate recovery that's pretty significant. And so the EUR combined with a lower cost probably gives you a threshold for price that would not have been anticipated a few years ago for sanctioning. So we're hopeful that some of those ingredients will work into our favor as that decision comes to us over the next couple of years.

**Operator**

And our next question comes from Doug Leggate of Bank of America.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

Al, one of the things, I guess, that makes guidance a little challenging at least in terms of the production outlook, is the tieback schedule, but you've obviously been quite successful in the Gulf of Mexico. I'm just wondering if you could give us some help on relative capital allocation? And I guess the way I would ask the question is what -- on K2 and Constitution in particular, what is the outreach [ph] that you could seek to fill? And what -- how does the relative priority of tiebacks stack up relative to adding capital onshore? I've got a follow-up, please.

**R. A. Walker**
*Chairman & CEO*

Well, I think if you go back to our March presentation, the allocation that we laid out at that time gives you a pretty clear understanding. And I think the only thing we would say that would change from that is simply if we find ourselves in an improving oil price environment, which I said earlier I think is very likely, we will deploy that initially for the debt retirement for the maturities in 2017, and then we'll look to the 2 principle onshore assets in the DJ and the Delaware Basins for that capital. That aside, Doug, I can't see any other additional percentage allocation going differently than what we laid out in March, and it's too early to say at this juncture what we'll do for 2017.

**Douglas George Blyth Leggate**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319836

*BofA Merrill Lynch, Research Division*

Okay. I appreciate the attempt to the answer. I want a second follow-up, if I may on the Delaware Basin. I know there's been a lot of chatter about whether and if you could ever see an opportunity to acquire your partner's interest there. But if I may, I want to try and ask that question a little differently. Can you give us some color as to what the operated and nonoperated activity looks like? And what I'm really getting at is for the -- how many wells are being proposed by Anadarko versus Shell? And what kind of participation you're getting from your partner? Because my understanding is that you may end up with higher working interest in some of those incremental wells.

## R. A. Walker
*Chairman & CEO*

Well, I'm going to let Darrell fill in some of the details, but that's a question that's really hard to answer, because every package of AFEs that they send to us or we send to them causes that to sort of change the landscape a little bit. We don't have a great insight into what sort of plans they have for developing those wells if they want to push AFEs towards us on. And ours, in terms of what we're planning to do, I think by evidence of the fact we're standing up a few more rigs, speaks to our confidence in the field as well as gives you some insight into what we think the oil prices are going to do. I think beyond that, let me let Darrell fill you in just a little bit more on the details. But philosophically, Doug, I don't think it's likely that our partner there is a seller as best we can tell it. It doesn't seem like they're motivated to do so. And frankly, given the quality of the asset, I can understand that.

## Darrell E. Hollek
*Former Executive Vice President of Operations*

Yes. Doug, probably to follow on with that. From a working interest standpoint, I think assuming a 50-50 is about where we're going to end up, and really are today, I don't see that really changing because of the additional drilling that's going on. I can't speak to the future and the balance of the year, but I can tell you that as today, we got 6 rigs stood up and Shell has 2 rigs stood up.

## Douglas George Blyth Leggate
*BofA Merrill Lynch, Research Division*

So is Shell participating in all the wells that you're putting forward?

## Darrell E. Hollek
*Former Executive Vice President of Operations*

Yes, they are.

## Operator

And our next question comes from Charles Meade of Johnson Rice.

## Charles Arthur Meade
*Johnson Rice & Company, L.L.C., Research Division*

I wanted to ask about your view on the A&D marketplace. And specifically, you guys have been very successful selling assets, but at some point, there was also a talk of perhaps buying in the Delaware Basin. So could you talk about what you're seeing on the asset sale side? And what implications that might have for your ability to add in the Delaware Basin?

## R. A. Walker
*Chairman & CEO*

Sure. I think Bob Gwin is probably in the better position to answer that for you. And I'll just say before I pass this to him, I think he and Jerry Windlinger and the folks who have been working that for us over the last several years, particularly in the last 24 months when the market conditions have been pretty challenging, have done an exceptional job. And we often talk about it being a core strength of ours in order of how we manage our A&D portfolio. And how well, I think, we can do it even in times of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319837

challenging and stressful pricing. I know there's been a lot of investor concern that, can you continue to sell assets in a very depressed market? And I couldn't be happier with what I think Bob and Jerry have done in the last couple of years. So, Bob, let me turn it over to you to answer the question specifically.

## Robert G. Gwin
*President*

Okay. Thanks. Charles, it's really a market today where we are buying and selling, but in a lot of small transactions. So it's things that are small enough, they generally don't get reported. The ones that we're summarizing in our asset divesture program are generally our larger transactions. Or in some cases like even recently in the Permian, where we saw some acreage that we had in the portfolio, felt like we wouldn't get to that acreage for quite a while and that it didn't necessarily fit as well relative to our development plans. And so we saw it as a unique opportunity to sell something. I think it's fair to say that the market should continue to be receptive based on the dynamics we're seeing. It should continue to be receptive for the types of assets that we're bringing to market. Those assets share a common characteristic that they're generally not going to attract capital in our portfolio, really at virtually any gas price. And I mention the gas price because they're mostly dry gas assets. We will retain a lot of exposure to gas through the associated gas of our 2 primary U.S. onshore assets. But the dry gas assets have pretty good economics, intrinsic economics that strip pricing. And so we've seen buyers that see it as a -- need assets relative to the size of their firm and the types of things they're trying to do. Not as attractive to us. They make a lot of sense for us to sell. On the margin, we, however, are a buyer of assets. And if they're priced right and if they're in the right location, and really, the 3 core areas where we're putting capital and we believe we have competitive advantages in the Delaware, and in the Wattenberg and in the Gulf of Mexico or places where we continue to look at packages. We look at packages elsewhere, but in many cases, we don't see what our competitive advantage will be or what the synergy is with our existing operations. And so we have not been successful bidders on those packages, where we've chosen to submit a bid.

## Charles Arthur Meade
*Johnson Rice & Company, L.L.C., Research Division*

Got it. That's helpful detail. And then picking up on -- perhaps on that thread of the Wattenberg and the DJ Basin, I want to say it was maybe 1.5 years or 2 years ago that you started the conference call talking about the enigma or the puzzle of what was going on with the California -- or excuse me, the Colorado ballot initiatives. And it's a little different story this time around, but it feels like déjà vu for a lot of people. And the question is -- the question on some people's mind is are we going to be stuck in this kind of loop in Colorado? So can you offer your thoughts on that front and on the political process environment in Colorado? And perhaps if that interacts with your decision or your future decisions to accelerate in the DJ?

## R. A. Walker
*Chairman & CEO*

Okay. Let me make a comment or 2 on that. One is we take what we do in the DJ Basin and Colorado broadly defined very seriously, and we try very hard every day to be a part of educating the electric in the state. We feel like with knowledge of and understanding and appreciation for what the industry does and how we're doing it and the issues associated with what setbacks really mean that an educated voter is more likely to understand why this is important and why the ballot initiative is as structured. Particularly this year, it would do so much damage to the state. We think that's very important. We see both the U.S. senators from the state as well as the governor being very understanding of this issue. In fact, I saw Governor Hickenlooper was on CNBC earlier this morning, and I think he's considered one of the better governors in the United States. And certainly, is very thoughtful around these issues being a part of the oil and gas industry much earlier in his career as a geologist. So I think politically, we have a very good understanding from both a Democratic governor, a Democratic senator and a Republican senator. And I think the politics in the state are such that we just need to continue to do what we can do with the help of other industry participants to educate the voters in a way where when they do go to the ballot, if a ballot were, in fact, on the docket for this fall, that they understand what they're voting on. And we take that very seriously every day as well as Noble and a lot of other companies. And I think to that end, that is the best way I can address your question.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319838

**Operator**

And our next question comes from Ed Westlake of Credit Suisse.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

I'm intrigued by the schematic that you put in the Delaware this ops report, I mean, 24, 28 wells a section across, obviously, the 3 to 4 different zones. Other companies have done similar stuff. But my question is really around your 2 billion BOE resource number. It seems low versus the number of well locations. And then your net acreage position, so just thinking about is it because this -- some of the acreage is noncore? Is it just a progress on delineation of this large resource and complex geology? And then I have a follow-on.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, Ed, this is Darrell. I do think that's a conservative number. As we spoke about last quarter, that 2 billion BOE of resource, that's on a net basis. And I think when we look at it and with the amount of BOEs in place for each section, I mean, we're looking at something less than a 5% recovery and we truly feel we'll get a lot more than that. So I do think there's a lot more upside in the numbers that we've reported today.

**Edward George Westlake**
*Crédit Suisse AG, Research Division*

Okay. And then, specifically, I guess, on the -- most of the focus has been on the Wolfcamp for the obvious reasons. But on the shallower zones, the Avalon and the second Bone Spring, any sort of indication of sort of EURs that you'd expect from those?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

I think all of those are going to be part of our future plan. When we talked about the resources last quarter, we are only talking about Wolfcamp. And if you think about largely what we're drilling today is down to the Wolfcamp in terms of making sure we retain acreage. We're having to drill down some of the deeper depths. And so we haven't spent as much time on the Avalon and Bone Springs, but I can tell you we're very high on those as well. We think those EURs are still going to be 600-million-plus range in those sections. And so they will be part of our future and part of our future resource, but not quoted in the numbers we're talking today.

**Operator**

And our next question comes from Ryan Todd of Deutsche Bank.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Maybe if I could do one follow-up on capital allocation over the next -- and acceleration over the next couple of years. I appreciate the comments in terms of potential acceleration into 2017. Should we think about -- I mean, how should we think about the balance between capital acceleration and debt pay down or balance sheet repairs? Should we generally just view it as you'll pay down debt as debt maturities progress over the next couple of years? And anything incremental could go into capital acceleration? Or how do you look at acceleration versus balance sheet repair, I guess, over the next 2 to 3 years?

**R. A. Walker**
*Chairman & CEO*

Well, let me just reiterate. I mean, what we see today is that the maturities in 2017 and which was approximately $750 million, the monetization proceeds will initially go to that. And then as we see what we believe to be an improving oil price scenario for the reasons I've outlined, then the 2 principal onshore

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319839

basins of DJ and Delaware is where we would anticipate if there is good economics, good cash cycling capabilities that we would -- that's where we would put our additional expenditures and additional capital. And maybe with that in terms of just if there's questions around the debt, I'd be happy to let Bob address those. But if there's additional questions on the debt -- is that part of what you're asking me?

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Yes. I mean, I think the general view is just how should we -- I mean, I think you have a longer-term target to get to -- to get back to kind of a 30% debt-to-cap ratio, I believe. And so how do you think about -- as you look forward over the next few years, and I get that this is highly dependent on oil price as well, but how do you think about your ability to accelerate versus a desire to eventually kind of get the balance sheet back into the kind of long-term target ranges?

**Robert G. Gwin**
*President*

Well, we use a variety of metrics beyond just debt to cap. And debt to cap is somewhat less relevant. The oil targets are somewhat less relevant. Given that with the way the commodity prices have backed up, we and everyone else have taken a lot of write-downs of assets on the balanced sheet that have affected that -- what that debt-to-cap number might look like in the future. But when you look at debt to cash flow in particular and we look at debt per barrel and producing barrel, it is -- we feel that the balance sheet is not that far out of whack of where we'd like for it to be. The difference versus the past is that we don't expect a commodity price recovery to, I don't know, $90, $100, or whatever we were facing at a point in time when debt-to-EBITDA metrics across the industry were so much lower. And so the way we're looking at it is to try to have -- try to match our pro forma metrics to our pro forma activity levels and that pro forma commodity price, as Al mentioned, where we go back to work. So it's a bit of a moving target. And now what we know with certainly we'll do is take -- is repay the $750 million of debt that we've stated publicly repeatedly that we are going to repay of the 2017 maturities. And we believe that there should be an opportunity to reduce gross debt further through some liability management programs around many of our smaller less liquid issues. But in many cases, the holders are very happy with those issues, and we certainly wouldn't expect to pay a material premium just to retire them. We do have a put bond out there that is not callable, but it's puttable to us once a year. Certainly, there, you can negotiate around some of that type of debt, if we wanted to take our gross debt number down further. But it's our clear intent, as we've stated in the past, to continue to build cash and to ensure that we're reducing that net debt number, that we continue to remain focused on liquidity, and we're very comfortable that the liquidity position, the leverage position allows us to accelerate drilling should the commodity price warranted. But to accelerate within reason. We're talking within the hundreds of millions of dollars, not massive changes of outspending cash flow. We're pretty close even at current discretionary cash flow to spending within discretionary cash flow. So the delta here is asset sales. If we're successful with asset sales the way we have been, then it gives us a lot of flexibility based on the commodity environment and outlook that we see at the time to moderately reduce leverage, consistent with that commodity price environment and to moderately accelerate spending in places where we have really attractive returns to begin to move our production back toward growth and away from maintenance.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

That's very helpful. I appreciate all the detail on that. Maybe if I could follow up on some of the -- on the previous question on the Delaware Basin. We've seen great results out of you guys across the Wolfcamp and you had 11,000, 10,000 foot long laterals, I think, in the Wolfcamp that you brought on so far. Can you talk a little bit about what you're -- how much running room you think you have in terms of acreage that's conducive to 10,000 foot laterals? And then maybe as a follow-up to that as well on the second Bone Springs and the Avalon, any rough estimates as to how much of your acreage that those horizons might be prevalent across?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319840

Well, let me just start with -- our focus is clearly going to be the Wolfcamp. And we've got -- a lot of our acreage is conducive to at least mids, and in many cases, longs, but surely not all of it. And we'll continue to look at ways in which we can show [ph] our trade acreage and build that land position such that we can go with the longer laterals. But I think what you've seen over time is we started with many of the shorts, and today, our average is closer to the mids only because we've been able to do a number of longs, some mids and some shorts. And so clearly, it's beneficial for us to do the longer laterals where we can, and we're looking at every opportunity where we can, like I said, trade acreage maybe such that we can get in that position. As far as Avalon and Bone Springs, again, I just reiterate, we're not focused on that as much right now. We've done some Bone Springs, but clearly, our prize is the Wolfcamp today. And whatever land position we create ourselves for the Wolfcamp, we'll get the benefit in both Avalon and Bone Springs.

**Operator**

And our next question comes from Brian Singer of Goldman Sachs.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

I wanted to follow up on some of the Wolfcamp question here. Can you just give us a bit of a lay of the land on how pervasive over your acreage is the 12 wells per section from a development perspective? Are there areas that aren't perspective or are perspective at fewer than 12 wells per section? And then in the lower Wolfcamp, what's the timing and the potential aerial significance from the testing that's currently ongoing?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. Brian, this Darrell again. As we look at it today -- and understand that a lot of the drilling we're doing is to make sure we understand our entire acreage position. But if we -- if I had to give you a number today, I'd say at least 3/4 of our Wolfcamp position is what we would consider Tier 1 and would have at least 12 wells per section. I mean, some of that's going to be driven by economics. And so as prices go up, we may find ourselves with a lot more wells in those sections beyond the 12, because you understand there's many benches inside the Wolfcamp. So as demonstrated on that 1 sheet, we're basically talking 4 wells per bench, but it clearly could be more than that.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Great. And the Lower Wolfcamp testing, how aerially significant would that be? And what's the timing there?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

In the case of the Lower, it's not as nearly prolific as what we see as the Wolfcamp A. But again, we hadn't done as much testing there, but clearly, it's going to be one of our targets in the future as well. But if you look at the Wolfcamp A in our case, we've got many benches in there, so it's our primary target.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Great. And Al, you highlighted your optimism for oil prices next year and your hope and interest in bringing back activity. Can you talk more specifically about what you're looking for to make that decision to bring production back on? How much of it would be based on your own projections for commodity prices versus either real-time inventories? What the forward curve is saying or the front-month price, particularly given the lead time until you actually see that production come on for pad drilling?

**R. A. Walker**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319841

Well, I'll give you my thoughts, Brian, on that. And that's simply, as we see U.S. oil production cascading towards that 8 million barrels a day that I made reference to in terms of where I think it will bottom out before it starts to go back up, that will, in my estimation, help a lot. And if we -- on the demand side, we continue to see 1.2 million to 1.4 million barrels per day of demand per annum through the balance of the decade, I think the combination of the 2 are quite significant. It's been our view that we will see this be a price recovery when it's demand-driven, but rather than supply constrained. Market forces don't work real well when you're relying on supply constraints to drive price. But I think if you think about it as a demand function that improves annually at the clip of 1.2 million to 1.3 million barrels a day, you can see pretty quickly that in an expanding demand relative to the supply, demand is going to move up the curve and the intersection that creates P will put pressure on prices to move up to a level of around $60 a barrel. After that point, I mean, we're going to have to see what happens from a, a demand standpoint; b, from a cost, are we going to see margin erosion? Are there returns in the cycling characteristics that we particularly follow with our onshore investing? Are they still going to be as attractive as we thought? So I'm not going to go beyond $60, but I think clearly in our estimation, the ingredients are there for recovery to sustain $60 price environment for next year. And I've probably been as big a bear around oil expectations as anyone since early 2015. And I think with this, if we continue to see the characteristics I just laid out, continue to be prevalent in the market, that will be a great indication to us for what we want to do. Looking at the forward curve, I think you know as well as I do that's a little fragile. And as you look out further, particularly in light of our -- the world we live in today and the lack of players in the market for the forward curve, it looks flat for a reason because we don't have the same participants in the curve today that we had 5 years or certainly 10 years ago. So the curve itself probably is not going to be as much of an indicator of activity as the other things I just made reference to.

**Operator**

And our next question comes from David Tameron of Wells Fargo.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Al, can I just go back to that $60 number? You had previously said margins were kind of what drive your decision. So can you talk about if we're in the $60, would you expect service cost to close that gap on the margin? Or how should we think about that dynamic?

**R. A. Walker**
*Chairman & CEO*

Yes. David, I may very well be wrong, but I don't see from, call it, $43 today to $60 a lot of service cost price inflation. I do think as we approach $60, we'll start to see it, depending upon the activity in the principal basins that would be driving our U.S. oil price -- our U.S. production. We're just continuing, I think, as an industry, to see price concessions on service cost today. I think it will take a while for activity levels and the use of services to put a lot of pressure on having service costs go up. At some point, service costs will go up. But I think as you think about it and the way I think about it from a margin perspective, we don't anticipate a lot of wellhead margin erosion between here and $60.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Okay. That's helpful. Coming back to the Delaware. One of the concerns, I guess, has been capacity and constraints and ability to get production on the basin. I look at your numbers and looks like you exited at a higher rate than you averaged for the quarter. Can you just talk about how much running room as far as just pipeline capacity and takeaway in infrastructure of debt limits? And I'm just thinking later this year if oil heads back to $60, how much more room do you have to allocate into the Delaware?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319842

David, this is Darrell. At this point, we see no constraints. We haven't seen a sign of it, and we don't expect to. I think there's a lot of systems being built out. I know inside WES, we're expanding our capacity every day. So we don't see that to be a problem anytime soon.

**Operator**

And our next question comes from Paul Sankey of Wolfe Research.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Al, just pulling together everything that we've just heard. Firstly on the 8 million barrels a day that you see the U.S. production level reaching, what's the time frame for that? And the follow-up is, it feels and looks very much from this result as if you're balanced now cash flow CapEx with flat volumes at around $45 to $50 a barrel. Firstly, if we do go lower than that, do -- is there more to do or do we simply restart raising debt? And secondly, if we progress as you anticipate from $45 today-ish to $60, is that move then a debt pay down move until you restart growth at $60? Or is there sort of a progression in that?

**R. A. Walker**
*Chairman & CEO*

You bet. Well, let me try to take those as best I can. It's -- the timing for 8 million barrels a day, I'm no better at projecting that than -- a lot of people are paid money just to do that by themselves in the vacuum of their own thoughts. But our view is that it could happen as early as late this year. And that's why we made -- I made the comment earlier, we think it's likely that we could see a sustained price environment of $60 developing later this year. Now for reasons that I can't quite explain, but it takes a little bit longer to get to 8 million. That could be pushed into 2017, but you know better than I do how capital intensive our industry is, particularly for unconventional development and the sustaining of production levels. And we, as an industry, have not been investing at a level that allows production to be held flat. Just exactly how fast it cascades is sort of the question I think each of us need to watch. But my comment to you would be I think it could be as early as the fourth quarter, and that's the basis by which I'm making my comments. Because I still see the demand side using IEA as the basis for that with having 1 million to 2 million, maybe 1.2 million to 1.4 million barrels per annum of additional demand. It will be a demand recovery, not a supply recovery. And it's really the basis of that demand expansion or the large and increasing portion of the pie, that I think will give us some comfort around how that actually will be sustained. As it relates to capital planning, you're right. This is not a step function. It's not linear and it's probably more likely logarithmic. As we approach $60, we'll invest more than we will at $43-ish and in terms of where WTI is today. So we're already sort of telling you today that we anticipate with improvements that we think are forecasted, that we will start to reallocate some of our monetization proceeds as we've described on this call. I think if we -- as we get into our planning for capital for next year and think about that in conjunction with the discussions with our board, the more we feel comfortable about that sustained $60 price environment, the more likely you will see us increase in capital, particularly in the areas that we're talking about on the margin, increasing capital to -- in anticipation of a price recovery. I hope that helps. You had a question about -- I'm sorry, you had a question about debt. Let me let Bob answer that.

**Robert G. Gwin**
*President*

I guess, Paul, there's one thing I want to point out though is you asked if prices move the other way, if we're wrong and prices go down, does that mean we increase debt? Absolutely not. In fact, we continue to reduce debt through the asset monetization proceeds. So prices go down, the asset monetization proceeds go to debt reduction. As prices go up, we first reduce the debt along the lines I described earlier, and then we start to put the dollars back to work the way Al just described.

**Paul Benedict Sankey**
*Wolfe Research, LLC*

Helpful. And then the follow-up -- the obvious follow-up is just can you talk about hedging and all that?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319843

**Robert G. Gwin**
*President*

We've -- as you guys saw on some of the information, we've layered in some gas hedges. I think if you look at the structure, there's 3-way collars. It starts to inform us to our views on natural gas, which are not particularly bullish. But we think we've left ourselves some upside to benefit, in particular, with our associated gas production. That remains a pretty significant part of the portfolio. We have not focused on layering any oil hedges. We don't like the structure of the market today to go ahead and lock in prices at all. And we've never looked at hedging as a way to justify drilling activity at any given price. We've instead looked at hedges as a way of providing some moderate protection to the balance sheet and reducing the volatility of our cash flows relative to the commodity price environment. So we've -- as we've done historically, we'd probably like to layer in some oil hedges at the right price when we like the shape of the curve. And I think from a gas standpoint, whether we do anymore or not just also remains to be seen. We're pretty comfortable with what we've got done for '17 at this stage.

**Operator**

And our next question comes from John Herrlin of Societe Generale.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Just some unrelated ones. You added a new board member, what was the rationale there, Al?

**R. A. Walker**
*Chairman & CEO*

Well, you are one of those people who watches everything, so I really do appreciate that about you. Sometimes we put press releases out, you wonder if people look at them in any detail. So thanks for the question. Yes, we really felt like adding someone like David Constable to our board was very important for his skill set. Dave has got a long career at Fluor and then later at Sasol. With big project management, understanding how big boxes need to be built and how the project management needs to be executed, I think his experience will be quite helpful as we approach and consider the day when we take FID in Mozambique. And he'll also be a wonderful board member for management to be able to go to and use as a resource as we consider that decision. So not to say that we don't have board members today that are helpful in that area, we do. But we recognize the challenges associated with taking FID in Mozambique are fairly significant. And being able to add a board member like David with his skill set, we're very, very fortunate to be able to do that. And thank you, John, for asking the question.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

Okay. My next one, Al, I appreciate everything you said about margins, but the services companies last week, the big ones that reported were all pining about the need for higher revenues for their offerings. How much of your savings, especially onshore, do you think will be sustained because of the change in process and design going forward?

**R. A. Walker**
*Chairman & CEO*

Well, I'm going to take this in part with Darrell, because some of the process changes are going to be able for -- are going to be such that we can retain some of the efficiencies that we have today. In certain fields, it's going to be very high such as in the Delaware -- I mean, the DJ Basin. But I think what we're seeing, John, is that it's still a fairly aggressive service environment for what the service providers need and want in the way of market share. And we've got a new participant back in that market, given the unsuccessful consolidation of Halliburton and Baker Hughes. And I think you just have to appreciate in the near term; that is the new dynamic into the marketplace that was not there earlier this year. And Darrell with that, why don't you please take it to the next step?

**Darrell E. Hollek**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319844

*Former Executive Vice President of Operations*

Yes. John, if I had to guess, I would say we're going to at least maintain 2/3 of what we've been able to achieve. If you just recall of what we've gone through almost every quarter, as we continuously are finding more efficient ways to drill and complete these wells. And even the facilities side, we're getting better at that. And so no doubt, the cost structure coming down has helped, but our efficiencies has probably been the biggest driver. And with that, I would say that just because we're here today, it doesn't mean we won't continue to find different ways to increase our efficiencies and what we're doing to help offset any pressure we may see going forward.

**Operator**

And our next question comes from Arun Jayaram of JPMorgan.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

I was wondering if you guys could give us an update on the TEN project in Ghana as well as maybe some of your gross volume expectations for '16 and '17? And any potential impacts from development from the border dispute?

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Yes, Arun, this is Jim. As you've seen in the public release on the TEN project, they are about 97% complete with the hook up and commissioning of all aspects of the TEN development. The project is progressing very well and initial production should begin early in the third quarter. It's anticipated that the field will be brought online and start sequencing commissioning of water injection and production operations and ramp throughout the second half of the year. So we see the TEN project on schedule and meeting expectations.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

And Jim, just the kind of the volume expectations that you expect in the back half and in '17, just from a growth standpoint?

**James J. Kleckner**
*Former Executive Vice President of International and Deepwater Operations*

Well, I think the TEN production volumes will ramp up as the operator has stated. And it's going to be a slow initiation of that production as they first bring on Enyenra field and then the Ntomme field and followed up by the Tweneboa field later on. So we'll have to see how that ramp up in production goes.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Okay. Fair enough. My second question is just regarding -- wondering if you guys could provide a bit of color on DUCs versus iDUCs? I know looking at the ops report, you tied in 40 wells in the Eagle Ford. And then in the first half of the year, you've been running 1.5 rigs and tied in about 137 wells in the Wattenberg. I'm just trying to understand if you could help us delineate between DCUs versus iDUCs? And where your iDUC balance stands today?

**R. A. Walker**
*Chairman & CEO*

Arun, are you telling you didn't go look up in the standard Webster's Dictionary the difference in those 2?

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

I know it's given Colglazier a lot of fun, iDUCs versus DUCs.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319845

**R. A. Walker**
*Chairman & CEO*

Yes. Well, yes. At some point, Webster's will include it in their dictionary, I guess. But for now, I understand the questions. Let me turn it over to Darrell, all being jocular aside.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, Arun. We would quote [ph] these iDUCs and I think we came into the year with about 230, and I would argue we still have roughly the same. You look at something to your point at Maverick, a lot of that had to do and it was more of a cost-saving measure and a lot of this was done actually in '15. We took the opportunity to tie back to some of the existing equipment as opposed to building new, and so some of that got delayed, and that's what you're seeing there. It really didn't affect our numbers. But I think from a practical standpoint to address your issue on iDUCs, we've got other wells that we usually have in the queue in terms of their drilled and uncompleted. And so we have probably in excess of 500 wells like that. And so I think from a practical standpoint, as Al was suggesting, as we look forward into the end of the year and into next year and we have the opportunity to stand up rigs and additional crews, you will see that all of that really becomes the inventory in which we'll work off of. And in some cases, it has to do with simultaneous operations. Some of it -- it's going to have to do with what we want to test, so that we can run additional information in places like the Delaware. And so I think -- again, looking forward, I would just look at it from a standpoint, we've got about 500 wells in inventory like that, that we'll be using as we increase our programs going forward.

**Operator**

Our next question comes from Matt Portillo of TPH.

**Matthew Merrel Portillo**
*Tudor, Pickering, Holt & Co. Securities, Inc., Research Division*

Just 2 quick questions on the Delaware Basin. First, just wanted to talk a little bit about the completion design change. You guys have made fairly significant strides in optimization since 2014. And I was wondering if you could talk about from a high level perspective the impact of your expectations from an EUR perspective within the Wolfcamp. I think the last kind of full summ update we saw was really around early 2015. And then there were some discussion in the press releases around that EUR progressing higher late last year, but just curious around the current design and thoughts on the rate of change on the EUR side?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. Matt, I'd say it's fair to say we have made a lot of improvements. But I'll tell you, we're learning all the time. We're in the midst right now of a 20-well test, if you will. All-in-one particular area, where again the reason for the test is more for the completions and the drilling side of it. And so we still have a lot to learn. But as we vary some of these stages, some of the sand, we're pumping, even some of the water we're pumping in these intervals, we're learning all the time. But I think it is fair to say as we've got additional production data, we do feel the EURs continue to increase. And so as I pointed out last year, a lot of these wells that have been online now for a while, we're seeing 800,000 to 1 million barrels of oil. So we're feeling really good about that. But there's still a lot to learn. And understand, we've got a huge acreage position, so we're going to see some variance across this as well.

**Matthew Merrel Portillo**
*Tudor, Pickering, Holt & Co. Securities, Inc., Research Division*

Great. And then just a follow-up question in regards to the Avalon. I was wondering if you could talk about the growth column that you see perspective? Where you delineated that so far? And if there's any current plans this year to further delineate the play potentially with higher intensity fracs?

**Darrell E. Hollek**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319846

*Former Executive Vice President of Operations*

As far as Avalon, you won't see us doing any more work on that this year to my earlier point. In a lot of cases, where we're preserving our leases, we've got to really drill down to the Wolfcamp, and that's really our big prize. What we've seen in the past is these wells are sort of on the order of 1,500 BOE per day wells, 800 million -- or 800,000 barrel [ph] EUR. So we think this really going to be a productive area, but you're just not going to see us playing it anytime soon.

**Operator**

And our next question comes from James Sullivan of Alembic Global Advisors.

**James Jan Sullivan**
*Alembic Global Advisors*

Just a quick modeling one. You guys have obviously talked about Tullow's plan to permanently moor the Jubilee, and I guess that's a '17 project. I think you guys talked about deferring some El Merk maintenance into '17 as well. You're deferring it from this year. Can you guys quantify at all the impact to -- your international oil from those 2 pieces of maintenance happening maybe at the same time sometime in '17?

**John M. Colglazier**
*Investor Relations Professional*

Yes, we're still -- this is Colglazier. We're still working to our 2017 guidance levels based upon incorporating the information we got from Tullow on the timing of Jubilee, et cetera. You'll have the ramp up, as TEN as Jim just talked about. And at El Merk, reevaluating the timing on when we need to do that turnaround. But I think if you look at what happened this year, I think the aspect of both the U.S. onshore, offshore and Algeria have largely offset the entire impact we've seen from Ghana, which is pretty darn amazing. So when we look at our aggregate crude production, we're still going to be relatively flat on a divestiture adjusted basis, both on a full year average as well as an extra grade. When we move into next year, I think we're pretty well situated. And that only improves if we allocate incremental capital to our growth plays in the U.S.

**James Jan Sullivan**
*Alembic Global Advisors*

Okay, great. I appreciate that. Just another one, it's sort of a strange question. But when you guys talked about the tieback opportunities that you have in the Gulf of Mexico, you guys gave us a couple of different cuts on the capital program. You do it by area, but then also between base maintenance and the different cycle time projects. When you guys think about the tiebacks, do you categorize those as base maintenance or as development work?

**John M. Colglazier**
*Investor Relations Professional*

It's embedded in our maintenance capital because we need the volume contributions from those to help maintain our aggregate volume levels.

**Operator**

And our next question comes from Jon Wolff of Jefferies.

**Jonathan Douglas Wolff**
*Jefferies LLC, Research Division*

I saw they brought in a lot of wells in Maverick Basin and Eagle Ford in the second quarter, but no drilling activity. I'm wondering -- thoughts around that asset versus maybe fairly flat. And then maybe the same question around Northern Louisiana

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319847

[indiscernible] activity levels are fairly low. Any thoughts around the train [ph] of those assets as you see them longer term in the portfolio?

**R. A. Walker**
*Chairman & CEO*

Jon, this is Al. I'll take part of it and let Darrell take part of it. Good question, good observation. I think as it relates to Maverick right now, as we think about it from a portfolio standpoint, Maverick Basin and the Eagleford Shale, I think from [indiscernible] capital as well as the other 2 principal basins we've been talking about this morning. It doesn't mean that it doesn't create attractive rates of return. It's just unfortunately, it's up against 2 exceptional assets that create better rates of return. And for a company that's trying to stay close to or on top of discretionary cash flow and CapEx, it just -- unfortunately as a result of that doesn't feed on capital and constantly is not being allocated capital, and so that would be the takeaway there. Darrell?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. Jon, again the only comment I'd make is we did complete some wells in the third quarter. But the bulk of them were actually completed last year. And the reason they came on in the first and second quarter, a lot of that had to do with trying to tie back into existing infrastructures as opposed to building [indiscernible] new few wells. So it got delayed a little bit. But if you look at us today, we have no rigs, no completion.
[Audio Gap]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319848

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01319849

# Exhibit 93

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

APC - Anadarko Petroleum Corp at EnerCom Oil & Gas Conference

EVENT DATE/TIME: AUGUST 16, 2016 / 8:45PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

APC-01319805

## CORPORATE PARTICIPANTS

**Brad Holly** *Anadarko Petroleum Company - SVP Operations - Rockies*

## PRESENTATION

**Unidentified Participant**

The next presenting Company is Anadarko Petroleum. Anadarko was formed in 1959 as a subsidiary of Panhandle Eastern Pipeline Company. In 1985, it was spun into a standalone company, a stand-alone independent company.

Through multiple acquisitions, Anadarko has grown into one of the largest independent oil and gas companies in the US, with average second-quarter production of 792,000 BOE per day. The Company entered Colorado in the year 2000 with its acquisition of Union Pacific Resources.

Please join me in welcoming Brad Holly, SVP of Operations for Anadarko's Rocky Mountain region.

---

**Brad Holly** - *Anadarko Petroleum Company - SVP Operations - Rockies*

All right. Well, thank you and thank you for being here today; thanks for your interest in Anadarko. I look forward to talking a little bit about our financial situation as well as running you through our worldwide asset portfolio.

Our objective in 2016 has been to successfully navigate through this challenging environment. We believe we've taken the right actions at the right time to preserve and enhance value versus growth.

We have tried to preserve and enhance that value by what you've seen on there. We reduced our capital program over 50% year-over-year; 70% since 2014. Reduced our dividend, which saved about $450 million of cash.

And we've achieved incredible cost savings and efficiency gains through what we've done. Had a very aggressive monetization program that I'll walk you through, and we've really been focused on building cash and reducing our debt, working on our credit story.

Our global footprint provides a tremendous amount of flexibility in our best-in-class portfolio that we have. You'll see on the bottom there that we're spending 40% plus of our capital on more long-dated projects in order to set us up for -- as we emerge from this current commodity environment.

If you look at our targets for this year, you can see our original projection up there. When we adjust that for divestitures, we are still moving guidance up by 2 million barrels. You can see that our capital program is anywhere from $2.6 million to $2.8 million, and we've announced $2.5 billion of monetizations, with line of sight to be at $3.5 billion by the end of the year.

So philosophically, to manage in this down-cycle we've employed thoughtful capital allocation, responsible fiscal discipline, and peer-leading portfolio management. We'll deliver flat oil production this year and maybe, more importantly, fourth-quarter to fourth-quarter oil production will be flat. So the decline that you see is low-margin gas pretty much for that entire thing. This portfolio mix provides cash flow in excess of our CapEx due to these aggressive monetizations.

When we look at the Anadarko history you can see here the last six years. We've consistently created more cash flow than we've spent, the green bars being our adjusted discounted cash flow and the blue bars being the capital. We generate about $14 billion of free cash flow in this time period.

You can see as we look to 2016, you can see the monetizations there that make a big difference. So again we've talked through those things.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

APC-01319806

We're improving our credit story without reducing our equity story. We're investing within cash flows, and we're focusing on net debt reduction. We're doing that several ways: first, cash flow through operations; reducing our CapEx; proceeds from the monetizations; and lower expenses.

One of our big goals is to maintain our financial strength. You can see that we have ample liquidity on hand with cash on hand and then a couple of facilities there.

Earlier this year, we went out with a $3 billion bond offering. It was subscribed at -- exceeded $20 billion. So we were able to issue new debt at rates lower than the debt that's maturing.

So we moved out a lot of that, and we've announced and agreed to retire $750 million; that's planned 2016 retirement. So that gets all of our near-term retirements out of the way.

It's very important with our portfolio and worldwide nature to be investment grade. We feel like we are investment grade, and we're pleased with S&P and Fitch's comments on that.

Let's turn from the balance sheet and the financials to our portfolio, and let's walk through this. The US onshore represents about 75% of our current production. You can see that we've taken capital down significantly here, about 70% year-over-year, and really focused on the base production.

You can see that while we've cut capital significantly, our volumes are very close to where they were in 2015. That's a lot of great work on optimizing the base. When you have 1,000 horizontal wells and you can make small tweaks and upgrades to each and every one, you can have a big effect on that.

So we're really focused now with our $1.2 billion of capital in two assets: the DJ Basin and the Delaware Basin. And I'll walk you through both of those on their separate slides.

As we look at the DJ Basin, that has just been a world-class asset. It's the only asset that I can remember in my history working that, if you look at the cash flow and the capital on the bottom left-hand side, every year we have exceeded our CapEx investment with future -- with cash flow coming out of the asset. So it continues to do that, and 2016 is probably our max delta that we've had between cash in and cash flow out.

This is a 1.5 billion barrel asset. We've drilled about 1,000 horizontal wells and we have 4,000 left to drill.

We see some distinct differential advantage in the DJ Basin. One is our mineral interest ownership that we have underlying this field and every other section, where we own the minerals. The second is an expanded and controlled infrastructure through WES, that has two cryo plants as well as a gathering system and compression in the field, that helps us lower the line pressure and produce these wells; and then really our consolidated acreage position. You see our concentration there, and by having that concentrated position we're able to more efficiently develop our program.

You can see that our capital costs are down to about $2.4 million a well now in the DJ Basin, which gives us a breakeven of about $30 a barrel. So we have taken this down to one rig right now. We've reduced activity to preserve this value for a better day.

A lot of our onshore focus right now is in the Delaware. We have almost a 600,000-acre gross position here in Loving County and out into Reeves County.

We just doubled our net resource to 2 billion barrels, and that is all of the Wolfcamp A. So that reserve number is tied to one zone.

We have 10,000 foot of stacked pay out there. We have 10 plus zones other than the Wolfcamp A that we are currently exploring and delineating and applying science to, to see how big this field can get. So while we see the DJ as a world-class asset, this one will likely take our Company into a new realm and be larger than any other onshore play that we've ever had.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

APC-01319807

You can see that the cost side was really important to us. 2014, we were almost $12 million a well and we've driven that down to $5 million a well; and once we get on pad drilling we think that another $1 million will come out at that point.

So we're seeing almost 1 million -- we're seeing EURs approach 1 million barrels a well, and in this play we've got a breakeven down to $35 a barrel here. Six rigs running and we're working on understanding the field better as well as some lease preservation.

Moving offshore to the Gulf, we think that this is probably an underappreciated plank in our platform. We think, though, our Gulf of Mexico assets underscores the value of conventional resources. So while you have the unconventional resources that come on with high IPs and decline very rapidly, you've got something very different going on in the Gulf of Mexico.

We have the most operated deepwater platforms of any operator in the Gulf of Mexico today. We feel like using that infrastructure for subsea tiebacks is a very economical venture.

In approximately six months, we can bring on 20 to 25 million-barrel wells at a very low development cost, and so we're trying to use our infrastructure to keep production flat and to move that through. A couple of examples there, if you can see that.

Our Constitution platform that we have a 100% working interest in, we set about 10 years ago. We produced Constitution through that, and then we produced Ticonderoga through that, and we are currently producing Caesar/Tonga back through the Constitution platform. You can see that through the rest of the decade we plan to have flat to increasing production off of the Constitution spar out there.

Lucius has just been a great success story. We found probably the best rock we've ever found in the Gulf of Mexico here: 300 million cubic feet -- or 300 million barrel field that's economic down to $20 a barrel in that. Because of the financial arrangements we did there, that facility will actually pay out this quarter, and you can see that we're just getting started.

Another great advantage of the Gulf of Mexico that you can see with that red wedge there is we bring another non-op, Hadrian South, through our platform there. That platform or spar is producing above nameplate capacity, and again we think it will stay flat for many years to come.

Heidelberg was brought on this year. Again, that was our design one, build two program. It came on about 18 months ahead of schedule, and we are currently drilling a couple more wells in Heidelberg that we expect to add 8,000 to 10,000, 12,000 barrels additional per well.

So Heidelberg will continue to be ramping up. And then in the out-years we'll be looking for additional tiebacks.

So we like the Gulf of Mexico for a lot of reasons. We think it's differential to Anadarko.

One, we've had doubled the industry success rate in the Gulf of Mexico. Our ability to find oil has about a 60% success rate.

When we design facilities and design production, we're generally about 40% ahead of the curve on timing and on capital. And we combine those with some infrastructure that we already have out there, we think that it's a very compelling case for us.

Moving a little farther away in our international arena, a couple of conventional assets that are really performing well for us, Ghana and Algeria. We're pleased with the operator of Jubilee and the conclusions that they have come to spread more of that FPSO. We expect to continue to produce Jubilee around the 100,000 barrel of oil gross basis.

The TEN complex will come on this quarter -- this month, in fact. So we'll have our second FPSO in Ghana moving forward.

Algeria continues to produce well for us. What we have here is we have very high-margin oil, we have very low declines, and it takes very little maintenance capital. We're talking under $90 million between both of these on an annual basis to keep those oil flowing.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-01319808

Mozambique, truly one of the best gas discoveries in the last 20 years, has an opportunity to be a world-class LNG field. It changes the Company as well as changes the country, and we're moving forward with that.

We started with 100% of Mozambique. We've sold our way down to 26.5% working interest currently, so we are cash positive on this play to date.

We're working very hard on the legal and contractual framework with the government to continue to move that forward. That will be the critical path item and where we are working forward there.

We're also working on offtake agreements as well as project financing. We're putting minimal capital into this asset right now until we get that legal and contractual framework together. Once that's together, when we have some certainty around that, we'll move forward to FID of this project.

We're also fairly focused on our international and deepwater exploration. What we're currently doing there is we're in CI and on 1 million acres there. We've got the Paon well that we're actually DST-ing currently. Once that DST is complete, we'll drill two more exploration wells.

You see Pelican and Rossignol will be our next two wells there. Then that rig will move over to Colombia. I'd just point out on Colombia that 16 million gross acres, which is about 10 times the acreage that we currently have in the Gulf of Mexico.

It's a huge position that we've drilled one exploration well. We will come back and drill another exploration well. We're currently shooting a very, very large 3D seismic acquisition over that area, and we're excited about that very large position and what it might hold in the future for us.

In the Gulf of Mexico, we just finished our Shenandoah-5 well. Again, over 1,000 feet of pay in that well.

It extended the limits of the field. We did not find the oil-water contact.

The partnership is excited about Shenandoah. We'll go back out in the fourth quarter of 2016 to drill Shenandoah-6; and so expect an update maybe mid next year as we get the results of that.

The other two that you see on there are subsea tiebacks that I was talking about earlier: the Phobos back to Lucius and Warrior would go back to the Marco Polo TLP.

So again, that's our exploration program. If you look at just a lookback -- and we hope that the lookback is an indication of going forward -- we spent about or we invested about $10 billion in exploration. We found about 6 5 billion barrels. We've monetized 1.4 times what we've spent, and then we have about 5 billion barrels left to develop.

That exploration program is currently producing about 250,000 BOE per day from that program. So we feel that exploration is a key component of our portfolio and continues to differentiate. You can see on the bottom the things that we are currently exploring that I went through, the things that we are appraising, and the development to continue to drive value into our system.

So finally, I'll just close with this. We are working on successfully navigating a very volatile environment. We will do that by maintaining our financial discipline and investing within cash flows.

We will continue to focus on the value. We'll reduce capital spend and cost structure as we need, to stay within that cash flow.

We feel like we have a very active portfolio management, and we've got a world-class portfolio. So we'll continue to be flexible and move money around the globe where we think it makes the most sense.

We will continue to actively monetize noncore assets and really focus our US onshore play on the Delaware and the DJ; and we'll focus our Gulf of Mexico play around our current facilities for subsea tiebacks; and then we'll focus exploration as you saw in CI and Colombia.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

APC-01319809

So we feel like that we've improved our balance sheet this year. We have a strong credit story.

We like the mix of the conventional and the unconventional asset base. We think that makes us less capital intensive and well positions us during the downturn.

We are positioning the Company to come out of this downturn with abundant liquidity to safeguard against future volatility. We expect exceptional operating results and flexible deployment of our capital, and we'll continue to invest in our future with mid- and long-cycle projects to take advantage of the market conditions when they change.

So with that, I think we'll be happy to move rooms and take any questions that you might have.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-01319810

# Exhibit 94

S&P Global
Market Intelligence

# Anadarko Petroleum Corporation
# NYSE:APC
# Company Conference Presentation

Wednesday, September 14, 2016 4:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

APC-01319811

# Table of Contents

Call Participants ............................................................................... 3

Presentation ..................................................................................... 4

Question and Answer ....................................................................... 7

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

2

APC-01319812

# Call Participants

### EXECUTIVES

**John M. Colglazier**
*Investor Relations Professional*

**Robert G. Gwin**
*President*

**Robin H. Fielder**
*Senior Vice President of Midstream*

### ANALYSTS

**Unknown Analyst**

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319813

# Presentation

**William A. Anthony Featherston**
*UBS Investment Bank, Research Division*

Our next presentation. Terrific timing to have Anadarko Petroleum here today in the wake of their deepwater transaction announced earlier this week. And here to tell us about it is Bob Gwin. Bob is Executive VP and CFO. And of course, most of you know, John Colglazier and Robert Fielder from IR. With that, I'll hand it off to Bob.

**Robert G. Gwin**
*President*

Bill, thanks. You're right, timing really couldn't be better, and we very much appreciate you guys listen to the story again today. Many of you, I hope, were able to join for our conference call that we did at about 8 a.m. yesterday morning. And if so, I -- if you were able to join, I apologize, we're going to cover the same slides here that were on the website that we kind of spoke to yesterday. We're going to do so fairly quickly though with an eye towards maximum time for Q&A.

Just to touch on the transaction highlights we've got, it's a $2 billion acquisition of the deepwater Gulf of Mexico properties of Freeport. We've got about $1.7 billion of value ascribed to the properties themselves, about $300 million ascribed to the, what we're calling, materials inventory along with some seismic. The materials inventory, obviously, is going to be used in the development of the resources that we're acquiring.

You see some of the -- on this slide, Slide 3, you see some of the metrics of the deal. It's highly accretive. We equity financed the transaction and even fully equity financed -- it's about 25% accretive to cash flow per debt-adjusted share this year, about 30% next year. The economics are really phenomenal. It starts with a very attractive purchase price relative to the cash flow of 1.5x. Obviously, the proved reserves per barrel, per flowing barrel, et cetera, are all exceptionally strong, and we'll compare those to Anadarko's 2017 consensus numbers in a couple of slides.

One of the cool things about it is its massive amount of free cash flow coming off these assets over the course of the next 5 years, about $3 billion in the aggregate. And so one of the big issues for us is how can we utilize that cash flow and how can we put it to use to drive future growth, and we'll show you, but the story is that we will reinvest it, in particular, in 2 U.S. onshore assets, the DJ and the Delaware, where we have lots and lots of running room.

The acquisition itself is centered around 7 platforms. Two of those, we operate, and the primary one of which is Lucius. Really, Lucius is the linchpin of this transaction. It represents well more than half of the aggregate value of the acquired property, the E&P properties. We have an asset in Lucius, we'll talk about it in a minute, that we are very excited about, and the opportunity to more than double our ownership position here. So on a pro forma basis, we would own about 49%. Really, was the thing that got our attention and caused us to want to take a deeper dive on the assets that we're less familiar with, those assets are 3 operated platforms that are 100% owned by Freeport. And there are 2 other platforms, Hoover here to the West and Ram Powell to the Northeast where we ascribed very little value. Those are not operated positions that are subject to pref rights. And so the pro forma, the other 5 assets, obviously, the 100% owned and then Lucius and Heidelberg are not subject to pref rights. And so from a structural standpoint, obviously, those were characteristics that were really attractive to us.

At Lucius, I mentioned that we find it exceptionally attractive. One of the reasons is it's really, really big and it's getting bigger. We announced yesterday or when we put out the press release late Monday, we announced that we're taking the EUR at Lucius from 300 million barrels to 400-plus million barrels. That's due to the characteristics you see here to the top right. Really good porosity and permeability. And up to a 60% recovery factor in several sands. So as we continue to take our learnings from the existing production at Lucius and the existing performance of the platform and reforecast going forward, we get more and more excited about what Lucius could mean.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319814

We put a chart on here at the bottom left to show you average daily production rates across the next several years. And you can see that obviously, it would peak in the relatively near future and then we show the decline start to kick in. What this doesn't show is the numerous tieback opportunities in the area. A couple of which are Phobos and Hannibal that we show you on the map where we picked up additional interest in both of those prospects through the acquisition as well, and some acreage in the area that we picked up. We're showing this on a pro forma basis. But if you look at our historic maps of Lucius, you'll see that we picked up some additional blocks that are contiguous and help us to control the leasehold position around several of the prospects in the area. So if we -- if you think in terms of kind of a max production rate or a -- which is certainly well in excess of nameplate capacity recently where we recently clipped 100,000 barrels per day, if you think in terms of extending that level of production out well into the future and filling up that wedge where we're currently showing declines, it's a big part of the story here. We're able to keep Lucius high, production rates high with a lot more tieback opportunities. And really, we think we're able to extend this type of an approach, not just in the things we've talked about historically in our tieback inventory in the Gulf of Mexico, but we picked up numerous tieback opportunities, around 20 or so, associated with the other platforms that we're acquiring and we'll control prospectively. So it's a continuation of our strategy in the Gulf of Mexico and the things we've done exceptionally well for a number of years.

I mentioned a minute ago, a lot of free cash flow this kicks off. What do we do with it? And that's really one of the things that got us excited as we delve into the deepwater portfolio of Freeport more significantly was when we start to understand that cash flow profile. We spent a lot of time modeling and reoptimizing our existing portfolio when we add that cash flow in this production profile from the acquired assets to our base case model. And what we found was that it really served to allow us to grow within cash flow at a much faster pace. Some folks have asked us about this, that we had talked about going back to work and adding rigs if we get to $55, $60. Really, the governor on that wasn't so much the economics of what we're investing in because the economics in the DJ and the Delaware and our positions there is absolutely phenomenal. But what was the governing factor was the cash flow. And absent $55 to $60 oil, historically, we didn't generate enough free cash flow to be able to really drive growth inside of cash flow without either putting pressure on our need to issue equity or putting pressure on the balance sheet or additional asset sales. But when we add this significant free cash flow now, incremental free cash flow coming out of the Gulf of Mexico, it gives us enough free cash flow that we have the ability to, within cash flow, accelerate our drilling activity in the Delaware and the DJ. And in fact, we intend to do that starting, really, immediately, even though the transaction won't close till later this year, by adding 2 rigs in the DJ and 2 in the Delaware. You see at a bottom right what that does for us from a consolidated standpoint. It takes our current production from a little under 300,000 barrels a -- 300 million -- 300,000 barrels a day to a little north of 600,000 barrels a day. So think of it in terms of it doubling. So we're doubling our position in the Gulf of Mexico. It kicks off free cash flow to allow us to double our production from the combined resources in the DJ and the Delaware. And hopefully, when you see that, you can understand why we got really excited about this, and we're able to do it with a significantly accretive equity issuance.

We've put some statistics on here for the Delaware and the DJ. Most of you are familiar with our story. We summarized them here. The key here is we have tons of running room, great economics and really, the whole issue here was, how does it fit within our cash flow profile and our spending profile going forward. A little more detail on the Delaware. We've got over 550,000 acres from a gross standpoint. It is a broad position, about 50 miles from the Northwest to the Southeast. We believe it's in the core of the core. We think we've got one of the best large positions in the core of the core in the Delaware. Lots of productive zones, as you can see in the chart to the right, numerous wells per section. We have lots and lots of running room. And importantly, we have the infrastructure in place and the game plan around expanding that infrastructure from a gathering and processing and water handling standpoint through our MLP to be able to execute on this plan and to control the timing of our own development. We have yet to move to pad drilling approach in the basin. We will do so in good time. But our intention today is to accelerate what we're doing. And in doing so, we bring forward -- by accelerating our program here and in the DJ, we bring forward in our estimation, north of $1 billion of value on a PV basis solely by accelerating the development plans here versus our prior base case.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319815