Tonga, increased our year-over-year oil volumes in the Gulf of Mexico by 10,000 barrels per day to 65,000 barrels per day.

And as we announced last month, upon closing the acquisition of Freeport McMoRan's Gulf of Mexico assets, we expect to double production in the Gulf of Mexico to about 160,000 BOE per day, 85% of which is comprised of oil. We will plan to use a portion of the $4 billion of cash that we will have at quarter-end to fund our acquisition and redeem the remaining $750 million of senior notes due September of 2017. As noted in last night's news release, we also expect to receive in excess of $1 billion of proceeds from the pending divestiture of our Carthage assets in East Texas.

Our monetization program has significantly exceeded expectations as we streamlined our portfolio and materially strengthened the financial position of our company. We are increasingly more focused and competitive as a result. And as mentioned, our expectations continue accelerating our activities in the Delaware, the DJ, as well as growing the Gulf of Mexico, in an effort to improve the production and the investment of our company. This should result in delivering oil production with a combined compounded annual rate of return over the next 5 years that will show very strong double-digit growth.

Our employees have done an outstanding job of ensuring that we enhance value in the near term, and now, well into the future. I want to thank each of them for the long hours and hard work that have resulted in having Anadarko be very favorably positioned, given the operating environment in the last 2 years.

And before I turn it to Q&A, I also want to express my appreciation from the board, from management and all of the Anadarko employees for the years of tireless effort John has provided to us and to our shareholders. John, you've done a few -- a lot of things that few can, and you'll be greatly missed. These calls won't be quite the same, but we will always remember those things that you did to make everything at Anadarko go so well on mornings when sometimes it just didn't seem to go as easily as it could have. With that, let's open it up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319877

# Question and Answer

**Operator**

[Operator Instructions] Today's first question comes from Arun Jayaram of JPMorgan.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Al, I wanted to start a little bit in the Delaware. We saw a pretty punchy evaluation for the Silver Hill asset package and Loving and Winkler, with the transaction, I think, fetching more than $40,000 per acre. I was wondering, first, if you could remind us of your acreage position in Loving. And if you could discuss your broader delineation efforts beyond the Wolfcamp A, because clearly, the industry's pretty excited about the stack pay potential in the Delaware.

**R. A. Walker**
*Chairman & CEO*

Well, Arun, thank you. I might have Darrell help me a little bit with some of the questions you asked. But let me just say, as we looked at Silver Hill -- and obviously you know the geography quite well. You know they're right next door to us in terms of how their acreage is very close. As I've looked at how these acreage values have increasingly gone to places I would never have imagined. I mean, we're paying -- or seeing people, rather, pay price per acre today that exceeded acreage values when oil was over $100. And so consequently, I think we have a little bit of pause around just the valuations and how certain of these have escalated in places. I think as we've talked to you about more than once [ph], the rock that we have and the Tier 1 acreage position that we're fortunate enough to be able to enjoy have given us a lot to be proud of. Now it's not just the Wolfcamp, as you've heard us talk about on a lot of occasions. It's in addition to the Wolfcamp, the Avalons, the Bone Spring. And as a result, we have a lot here. And so maybe rather than having me explain things in detail, I'll have Darrell do so. But I will just comment lastly, and it relates to just M&A in the Delaware portion. I don't think we're done. I mean, I think I saw something from one of our competitors that said that we might see $100,000 values per acre out here pretty soon. I'm not sure if I can imagine that, but I also can't believe that we're double where we were in 2014 on a per-acre basis either. So Darrell?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. Let me just start with saying most of the acreage we have we do feel is Tier 1. And when you look at Loving County, and we probably have half our acreage sitting in Loving and we actually think that's the best of the best. So we're very content on what we have. When you think about what else is there outside the Wolfcamp -- and we recognize those things and we keep quoting numbers on the Wolfcamp, and that's because we think that's the largest prize, not that the other ones won't contribute to our bottom line over time. But if you go back to the offshore part, you can see on Page 6 some of the -- because of our acreage position being as large as it is, we're continuing to spend time to make sure we understand the Wolfcamp, particularly the Wolfcamp A. It's the -- it's by far the best zone because it has a number of benches in it. We're not discounting the Avalon and Bone Springs. We think they have a lot of potential. But at this point, we're going to some of the deeper depths and testing that first. So we'll get to that, eventually. But right now, we're really focused on exploiting the Wolfcamp and understanding exactly what we have in our position. And we've been pretty pleased as to what we've found to date.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Great. And just my follow-up, Al, if some of the media reports are true, you may be shopping your Eagle Ford position. You talked about maybe exceeding your divestiture target this year. I guess, my question is what you plan to do with potential proceeds from all of these asset sales that you've either closed or are pending.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319878

**R. A. Walker**
*Chairman & CEO*

Well, it's a fair question. As we continue to talk more about the fact that we see the Delaware, the DJ and the deepwater Gulf of Mexico being our growth engines, I think in that cascading order that I just gave you, that's where we would put incremental dollars to work, would be Delaware, DJ, deepwater Gulf of Mexico. Our ability to redeploy some of the capital and cash that I talked about in my prepared remarks, if we additionally have cash beyond that, I don't think that would change the queuing.

**Arun Jayaram**
*JP Morgan Chase & Co, Research Division*

Great. John, congrats. And I'll miss our colorful exchanges over the years, and good luck in retirement.

**John M. Colglazier**
*Investor Relations Professional*

Thanks, Dave [ph].

**Operator**

And our next question comes from Evan Calio of Morgan Stanley.

**Evan Calio**
*Morgan Stanley, Research Division*

Congratulations, John, you'll be missed, and congratulations to Robin in the new role. My first question is really a follow-up to the last one. Is there a limit on how much you will sell? I mean, there seems to be large portions of your portfolio that might not compete for capital versus the 3 Ds here. And maybe can you just explore what are your limits for redeployment in the core areas? And is there -- if asset sales exceed that amount, is there a buyback scenario beyond the investment potential?

**R. A. Walker**
*Chairman & CEO*

Well, I think today, as we project what we're going to be trying to do over the coming years, the ability to invest in the Delaware, the DJ and the deepwater Gulf of Mexico gives us exceptional rates of return, assuming oil prices are about where they are, if not a little bit higher. Obviously, if we pull back to $25 a share -- or $25 per barrel rather, that'll have an impact upon our investing. How we will deploy capital at that point, I think we would reconsider. I wouldn't tell you today that we have an answer for that per se, other than we'd spend less. I think we've been very diligent about trying to stay within cash inflows with the way in which we invest and not put our balance sheet at risk. But I'm not really sure today that we see if there's a finite concern associated with investing in the Delaware, the DJ in particular, with respect to having an abundance of cash as long as we're in a $50 to $60 oil price world. So assuming that for a moment, I think you can continue to expect that we will reposition our portfolio more towards oil and away from natural gas, particularly dry gas, and that we believe it compete -- there's inability within our portfolio for dry gas to compete for capital, given what we have in the Delaware, the DJ and the deepwater Gulf of Mexico. And it's really not that we are naysayers on natural gas, it's just we're the beneficiaries in extremely attractive positions in both the Delaware and the DJ onshore. And as we like to remind people, and I'm sure you're well aware of this, if we happen to be a little wrong and natural gas prices go up higher than anticipated, it just makes the Delaware and DJ investments worth even more than what we had originally expected it to be with a more modest outlook for natural gas.

**Evan Calio**
*Morgan Stanley, Research Division*

Okay. I think I understand that. And then -- and secondly, you substantially raised the 4Q production guidance on an apples-to-apples basis, 32,000 barrels a day. But is the lift there in enhanced completions and how much is activity? Maybe just walk us through the color and why the U.S. gas volumes are up. A little more color to the 4 guides I think would be helpful.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319879

**John M. Colglazier**
*Investor Relations Professional*

Sure thing -- it's Colglazier. Yes, we took the midpoint of guidance from divestiture adjusted from the second to the third quarter for the fourth quarter guidance up about 3 million BOEs, to your point. A lot of that is in the U.S. activity for the oil, driven by the performance you've seen at Lucius, as well the ongoing impact that we have from our Delaware Basin activities that Darrell talked about. And then we also have the corresponding gas and NGLs up as well, so it's really spread throughout the onshore portfolio. And then as you noticed, we also took out a partial lifting out of Algeria as well just from a timing of tanker liftings out there.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

I think from a high-level perspective, if you think about it, we actually set production records not only in Delaware, but in DJ and the Gulf of Mexico this last quarter.

**Operator**

And our next question comes from Doug Leggate of Bank of America Merrill Lynch.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

John, there's a lot of scared animals out there. So congratulations, good luck. Guys, I wonder if I could just hit the disposal question again. So Al, one of John's parting comments to us is if it doesn't have a D, it's probably not in the portfolio long term, meaning Delaware, DJ and deepwater. I'm wondering if you could just give us a broader kind of view as to whether that's a reasonable characterization as to how we should think about the future simplification of Anadarko. And I'm -- I'd also ask you to elaborate on what that means for some of the noncore international assets. And then I've got a follow-up, please.

**R. A. Walker**
*Chairman & CEO*

Well, I think we keep trying to focus investors on the idea that, in the near term, growth and the deployment of capital are focused on those 3 areas you made reference to. It's not that we think that that's the only place we're going to make investments and take consideration in the future, simply because a lot of our exploration, as you know better than most, Doug, is there for option value. So it's very important that we continue to take opportunities where we think it's a good risk rate of return opportunity to simply look for places where we may be able to have option value in the future. Colombia could be just that. Mozambique could continue to be just that. It's not requiring much capital, neither one are that capital-intensive at this point, but it gives us option value for the future. But I think the point we're trying to make is that we are and have been, for most of the last 1.5 years, consistently explaining that we're moving away from natural gas as a focus for investing. We're moving into oil and liquids concentrated opportunities, and that we're trying to simplify the way in which we think about, particularly, our onshore business. And that means that our focus then is going to go into 2 particular plays, the Delaware and the DJ Basin, simply because they provide us the best rates of return within our portfolio that compete for capital better than anything else that we have. And we believe if -- maybe we're just a little bit biased in this, but we believe it creates the best rates of return in our industry for onshore assets. So we have industry-leading assets, we believe, within our portfolio. We also think that for the allocation of capital, the return associated with that, the focus on those 3 areas is particularly important in order to show growth. And that growth will largely be oil growth in the coming years through the balance of the decade.

**Douglas George Blyth Leggate**
*BofA Merrill Lynch, Research Division*

I appreciate the clarification. I guess, on that point, my follow-up is an exploration question and it's -- we've now had a couple of well results, I guess, in Côte d'Ivoire. You haven't really elaborated much on

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319880

your plans for an asset that you still carry a very large working interest in. So I just wondered if you could give us an update as to your thoughts on how that potential project moves forward.

**R. A. Walker**
*Chairman & CEO*

Well, I think you've seen, through the ops report and some of the commentary we provided, we've had good exploration success there. I think the reason that we've not gone beyond that is we're still trying to understand what we believe to be the commercial solution for the discoveries we've had. And in particular, for the natural gas associated with the Paon potential development. I think once we have an understanding of the commerciality of that play, we'll talk more about the development. But at this juncture, I would describe the success we've had as quite good, but that does not correlate yet into a commercial discussion until we have a gas contract that we believe, in fact, gives us that development opportunity. And so that may be the missing link, Doug, that you're seeing as a part of the narrative from us.

**Operator**

And our next question comes from Scott Hanold with RBC.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

John, congrats as well. So you had a pretty good run here.

**John M. Colglazier**
*Investor Relations Professional*

Thanks.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Thanks for all your help. If I could dig into your activity here going forward. One thing that was certainly different about this quarter versus last several quarters is that there's not a whole lot of conversation on DUCs and specifically iDUCs. Can you give us your general sense on how you view that -- what was formerly known as iDUCs with respect to how you deploy capital here going forward?

**R. A. Walker**
*Chairman & CEO*

Well, I mean, first off, it is DUC season, [indiscernible] be a joke. I think as we move into the balance of the year, I mean, I made reference to the fact that we're going to use some of the capital that -- particularly in the DJ Basin. We've talked about increasing there another 50 completions just based upon the capital we've saved by being more efficient. So as we move through this, we're moving into a higher-price environment. We think, fundamentally, we should continue to see improvement in the quarters ahead. As a result, you'll see us continue to work more to, I'll call it, a working inventory level of drilled but uncompleted. It's not an abnormal level of that. Because I think, as each of the people in this call know quite well, I mean, we have an ongoing sort of like working capital position with respect to drilled uncompleted locations. So it's not like it'll be completely eliminated. But I think given the price environment that we see ourselves in today and projected in the coming quarters, we'll convert more, as appropriate, of that current inventory into completions. But it's not a marked change. I think it's just what we've been trying to say through the course of the year that we will, at the appropriate time, start to convert our drilled and uncompleted locations into opportunities for production. And Darrell, please add to that.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319881

Yes. Scott, to some extent, we've done that at Wattenberg, where we've actually -- we were down to one rig here in both the second and third quarters, yet we had 1.5 completion crews out there. And so we've gone through some of the -- at one time, what we would've considered iDUCs. But I'll tell you, it's -- it probably makes sense today as our activities pick up and our number of rigs is that we get away from iDUCs, and it's really in inventory. When you look at Delaware, we were at 6 rigs for the summer. We picked up a seventh rig here in the third quarter, and we picked up an eighth already in October and we'd like to pick up a ninth. So as we look at our inventory, it's all becoming one, and we just look at it as wells to be completed. So I'd sort of get away from the iDUCs. We had the same issues going on in Wattenberg where we had, like I said, the one rig, and we now picked up 2 here in October. And it's very likely we'll pick up another rig, if not 2, here before the end of the year as we go into 2017 and move our program forward. So again, I'd just caution you to maybe get away from iDUCs and look at it as just our inventory in front of our rigs.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

That's great. And then just to clarify, and you mentioned -- it sounds like a little bit more price-related, but was there a little bit of -- post the acquisition of the offshore stuff, was there a little bit of balance sheet in there? Or is that totally a price-related decision when you decided to kind of work through those iDUCs?

**R. A. Walker**
*Chairman & CEO*

No, it's been more price-oriented. If you think back to where we were in early -- in the first quarter and the things that the industry in general is dealing with, I think we, along with others, just didn't feel a need or compelled to bring these into completion until we believed it was appropriate from a standpoint of where prices are now. You could argue one way or the other whether you think that was a good strategy or bad. I think from our perspective, we thought it was a much better strategy to bring these into completion when oil is around $50 versus $30.

**Scott Michael Hanold**
*RBC Capital Markets, LLC, Research Division*

Okay. That's great. And then as a follow-up, Constellation, that acquisition in the offshore. That looks pretty interesting. Could you give a little color around that opportunity? What you all think you acquired in terms of what this thing can produce and the cost of the doing something like that?

**R. A. Walker**
*Chairman & CEO*

Well, one of the attractive things about the Freeport McMoRan Oil & Gas transaction, beyond being able to increase if not double our position in Lucius, was being able to look at the infrastructure that we were taking on for additional tiebacks that were currently in inventory from Freeport, or through being able to provide production-handling agreements to third parties who need to come across the platform in order for something to be productive. I mean, we've gone from 7 operated facilities in the Gulf of Mexico to 10 now. Our ability to leverage those into opportunities like Constellation, I don't think that's going to be a one and done. I think we're going to see more of that. And maybe Darrell, if you don't mind, elaborate just a little bit.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. In the case of Constellation, that's the old Hopkins discovery by BP. And where they stood at the Pliocene, so it's not a very expensive development, but it was hard to do a greenfield there. And with our Constitution platform just miles away, we were able to leverage our way in there for a third working interest, and we gave them a PHA across our facility. And so you'll see us drilling our first development well here next year in '17, and we should see production in '18. But again, you're talking Pliocene, we would expect these wells to produce 15,000 barrels a day-type wells. Exactly how many we'll need to drill,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319882

we haven't worked through that. But it was a great opportunity for us. And like Al said, because of our infrastructure, it provided a great opportunity for us to sort of leverage our way into this. And so we're the operator, with BP being the other 2/3.

## Operator

And our next question comes from Brian Singer of Goldman Sachs.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

John, congrats on your career and responsiveness to all of us. Al, your acreage position in the Delaware in addition to the West ownership puts Anadarko in a unique position to discuss the infrastructure needed to ramp up in the Delaware. And wondered if you could give us an update on the midstream CapEx that you see needed in the Delaware to meet Anadarko's needs, whether you see any pipeline or gathering constraints that Anadarko and others ramp up seemingly pretty aggressively. I mean, how the differences made -- how there may be differences or similarities for Anadarko's specific experience versus industry's?

**R. A. Walker**
*Chairman & CEO*

Well, Brian, thanks for asking that question. I think what we did in the DJ Basin was, for us, a bit of a road map for what we're trying to do in the Delaware Basin. The difference being the Delaware Basin, and Don Sinclair is using a lot of third-party money, and by that I mean we're transmitting or processing volumes for third parties. As a result, it's not as capital-intensive net to Anadarko as it was in the DJ Basin where we were largely, if not, in some cases, exclusively the equity behind the system. So consequently here, we're a bit more of a third-party provider of processing and transmission services or gathering. And consequently, the net capital requirement for Anadarko is a lot less as we take what we believe is the playbook in the DJ and put it work in the Delaware. That's why you've seen us make acquisitions like we did just about 2 years ago. That's why you've seen us organically add to what we have as well as what we acquired. And that's why we've been fairly focused on these various ramps we planned to increase our production and processing capabilities. Darrell has a fairly aggressive plan for drilling upstream dollars behind these plants, and he has, I'd say, a more modest need on capital as it relates to midstream. So Darrell?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. The only comment I'd make, it's not without a challenge. Whether it's being done by APC Midstream or West, we are investing in the infrastructure. And where we can take advantage of third-party opportunities, we're doing it. But if you -- again, going back to the offshore part, you see the scattered fashion in which we're trying to delineate the field, it does create some challenges on the facility side. And so we'll still be trucking some of our volumes. But the extent we can, it's giving us the opportunity to really extend that footprint. I think from a bigger-picture standpoint, as we look into '17, your question on capacity constraints, we don't see it. We think we have no issues getting out of the basin in '17 even with the aggressive program we'd probably come into the year with.

**R. A. Walker**
*Chairman & CEO*

And as with all the yield streams Darrel is making references to. It's not just gas, it's not just natural gas liquids, it's not just oil, we think we have good takeaway capacity with each of the principal yield streams.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Got it. And then, I guess just shifting more to the outlook for 2017. I know that we're still some months away from when you would have your guidance, but can you just kind of talk about how you're thinking about how the capital program and, ultimately, your expectations for growth would differ if, let's say, we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319883

sitting here in 3 or 4 months at a similar oil price to the $46 to $47 we're at versus if we are $5 or $10 higher?

**R. A. Walker**
*Chairman & CEO*

Brian, I don't think it will really affect the principal investing strategy that we were talking about this morning. And I don't mean to sound like a broken record, but it's going to be Delaware, DJ and deepwater Gulf of Mexico that's going to take on the lion's share of our capital in, let's call it, a fairly static or ceteris paribus environment for operating conditions. So consequently, our ability to put more capital to work, either through cash flow or through cash on hand, we have a lot of flexibility. I'm real proud of what Bob Gwin and what our corporate development folks working with our asset teams have been able to accomplish with the monetizations we've achieved to date and things we hope to do in the future. So whether it's cash flow or the use of cash at a point in time, we have the capacity today to do things that we've talked about wanting to be in a position to do going into '17, believing that fundamentally, we should see better price support for oil. And if that's the case, I think you'll see us cycle the cash faster. You'll see us likely increase the types of things we've been talking about in the Delaware Basin first, and I think Darrell probably would stand up rigs in the Delaware ahead of DJ to some extent. There's a lot of opportunity we see in the near term in the Delaware before we go into full development mode. But Darrell, please add to that.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

No, I think you're right. And that's why I commented we've picked up that eighth rig in Delaware and look to pick up a ninth here shortly. But it's not taking away from DJ. We got the 3 rigs now, we'll probably pick up a fourth and fifth rig potentially by the end of the year. We've gone out and said that we look to grow oil 10% to 12% in a $50 to $60 world. If it's a little bit less than that, I would guess it would just drop a little bit more. It just depends on how we're going to spend the cash on hand. But in either case, I think you can expect between the 3 Ds that we'll see a considerable oil growth over the next 5 years.

**R. A. Walker**
*Chairman & CEO*

Yes. I know you know this, but we have a very high oil cut in our position in the Delaware. This is not a lot of natural gas, a little bit of liquids. This is a big cut that's oil that gives us tremendous economics at the well head, and as a result, gives us a really good cash flow to recycle. I don't think that we, today, have a better position to put capital to work as a company. And I'd argue that I'm not sure in an industry today at, call it, $50, anyone has a better position onshore than what we've got in the Delaware Basin.

**Brian Arthur Singer**
*Goldman Sachs Group Inc., Research Division*

Got it. So I think what we're hearing here is that there would be some flexibility at a $55 versus $45 oil price. But maybe not a -- the fact that you'll have a lot of cash on hand, you may -- that may lead to a more stable CapEx program regardless of the oil price.

**R. A. Walker**
*Chairman & CEO*

I'd say it's steady to up.

**Operator**

And our next question comes from Charles Meade of Johnson Rice.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319884

I wonder if you could lay out for us what you think the Mozambique success would look like in 2017. What milestones or progress you think can -- we can look forward to for that?

**R. A. Walker**
*Chairman & CEO*

Well, I appreciate you asking the question. It's one of the things a lot of times that is not well understood, because there's not that many moving parts that we are looking for. If you think about trying to be a fairly compartmentalized thinker, in 2016 into '17, there are not that many moving parts that we're looking for in terms of trying to accomplish. And I might let Mitch, if he doesn't mind, elaborate on that. But it's not like we're trying to do everything at once. We have a very compartmentalized view of what needs to be done ahead of us.

**Mitchell W. Ingram**
*Executive Vice President of International, Deepwater & Exploration*

Thanks, Al. Charles, so with the support of the Mozambican government, we made significant progress during this year really on the important government agreements. The suite of agreements that we term legal and contractual framework have been socialized with the government, and we expect approval of those in the near term. We're also well advanced with our planning and preparation for reassessment. We submitted our reassessment plan to the government in June. And after a few months of discussions with the government, that plan has been accepted, and we, again, await approval of the plan in the near future. When both of these elements are approved in terms of the legal and contractual framework and reassessment plan, however [ph], we will then progress further the -- with our buyers, converting our Heads of Agreement to sales and purchasing agreements, and we'll also take forward all the arrangements for project finance. So our immediate priority just now is to gain approval of the suite of agreements and reassessment plan, and then we'll progress the further work towards FID.

**Charles Arthur Meade**
*Johnson Rice & Company, L.L.C., Research Division*

Got it. That's helpful detail, Mitch. And if I could ask you as a follow-up, going back to your theme of the 3 Ds, Al, I feel like a lot of the discussions have been around the DJ and the Delaware. But I'm wondering if you could talk about the prospects to apply more investment to your international deepwater portfolio. My impression is that exploration projects, such as what you have going on in Colombia, don't necessarily yield to increased investment. But maybe that's -- maybe you have a different point of view. And/or alternatively, are there opportunities for you guys to replicate the kind of deal you did with FCX, either in the Gulf of Mexico or somewhere else in the world?

**R. A. Walker**
*Chairman & CEO*

Well, if I could just use the comment sort of in a broad sense. We don't look at exploration as sources in the near term for production. That really our exploration activities are our option value for the future, and as a result, we really do see things that we're doing today in Colombia as having option value. Now once we determine whether or not we have a commercial opportunity, we want go to development, then we start to figure out where it is in the queue over a time horizon for production. But the reason for a lot of the answers today about where we put incremental capital, when you've got the positions that we do onshore in the Delaware and the DJ, that provides us extremely attractive rates of return and it also gives us the type of on-site growth that we find very attractive from a standpoint of how we enhance shareholder value. Longer term, we need to continue to find ways to look for new opportunities. What we see in Colombia excites us, both in terms of what we're currently drilling as well as what we see ourselves drilling through the balance of the decade. So that option value is something that we'll continue to look for. There are other places, and certainly the Gulf of Mexico, as you made reference to the FCX deal. I don't know if there's another one around the corner. Bob Gwin and a lot of people did a really good job with that one. We're certainly in business. If there are other people that find of Gulf of Mexico not as attractive as we do, we'd be happy to try to buy some more assets for 1.5x next year's cash flow.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319885

And our next question today comes from David Heikkinen of Heikkinen Energy.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

I was thinking about Mozambique and kind of the path forward and was considering, do you think that you're realization and pull-forward of value and the subsequent reduction of working interest to the 26.5% has actually impacted any potential buyer and moved Anadarko more towards a higher chance of developing the asset?

**R. A. Walker**
*Chairman & CEO*

Dave, as you've probably had more conversations with people on that than I have, I can honestly tell you no one's ever had that conversation with me. So it'd be pure conjecture on my part. I don't know that I even could come close to telling you whether or not I have a view on that. I know that when we executed the 10% working interest sell-down, it was a part of the playbook that we did not want that much working interest if we were to take FID. Again, I sound like a broken record this morning, but Bob Gwin did a great job selling that down to ONGC. As a result, today, we still, even with all the capital we've spent in Mozambique, if you just think of it on a project-level basis, we're still $300-plus million to the positive in terms of what we've invested there versus what we've taken in. So consequently, again on a project level basis, we've done a pretty darn good job of managing our exposure from a cash or capital perspective and still give ourselves a lot of option value around whether or not we take FID. If someone decides that they like it better than we do or they see more value than we do, we're not married to it any more than we are married to any other asset in our portfolio. But we do believe today that we have the skills, the capability, and we also believe the opportunity, if we take it to FID, for it to be a game-changer for our company. And so consequently, Mitch looks at this every day with a very balanced view of what's best for Anadarko in the next decade.

**David Martin Heikkinen**
*Heikkinen Energy Advisors, LLC*

Cool. On another consideration, but the script in the DJ was asset swaps and then drilling longer laterals has been important in developing all the oil plays. I look at your Delaware position and then the purchase price of what assets they're transferring for, and your comments about higher and higher values, that you have some incongruity of -- or juxtaposition of ability for Anadarko to assign that value. Can you talk to us about your ability to drill longer laterals as opposed to single-section laterals, keeping kind of the crosshatch pattern on your assets, and then the likelihood of swaps?

**R. A. Walker**
*Chairman & CEO*

Well, as you know, I mean, that play -- or all of that, because it's not just one particular zone, there's many, as we talked about this morning. It's a stack pay opportunity, and consequently, there's lots of things that we're looking at today that will be a part of the future. But the one thing that we're working on the most is the Wolfcamp. So just focusing on the Wolfcamp, yes, we would love -- as these things start to settle out in the Delaware Basin, thinking about blocking up with people and making it a little more attractive. Given the velocity of change in the basin, it makes it a little more difficult today. So I think sort of just in the evolution of the basin's development, it's unlikely we're going to see people doing what we did in the DJ with Noble, and doing something that was a win-win for both of us. But I'm sure Darrell and his folks, Brad and others, have been trying. It's just it's early in the evolution or lifecycle of the basin's development.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, Dave, this is Darrell. There's no doubt we have better economics as we get into the longer laterals. And I think if you look at the program this year, more than 60% of our wells were in excess of 7,500 foot laterals. And so we have done trades to give us that ability, and we continue to work trades. And some of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319886

them aren't big enough to come out and talk in the market, but those things are happening every day. To Al's point, they're not always easy because there's -- some of these leases can be burdened in different ways, and so we got to work through that. But I think it's in everyone's best interest to do that, and we're finding a lot of people cooperating. So we'll continue to work it because, again, in an ideal world, we're going to be drilling 10,000-foot laterals. It's better economics.

## David Martin Heikkinen
*Heikkinen Energy Advisors, LLC*

How much of your acreage now is single-section prone? I guess I'm trying to think about a split of [indiscernible] the longer lateral available.

## Darrell E. Hollek
*Former Executive Vice President of Operations*

Yes. I don't know that I have that exact number. Like I said, there are more than 60% of our wells this year being drilled that are in excess of 7,500. So I don't know that it's important where we are today as much as it will be where we're going in getting some of these trades consummated.

## Operator

And our next question comes from Bob Brackett of Bernstein.

## Robert Alan Brackett
*Sanford C. Bernstein & Co., LLC., Research Division*

Congrats, John. And quick question on the Delaware. You got a JV partner out there. How does that partner's goals align with your goals? How does capital allocation work? Is that a relationship that's built to last? Or are there ways around that relationship?

## R. A. Walker
*Chairman & CEO*

Well, it's certainly an atypical relationship in the sense that our partner there stepped into the position by virtue of an acquisition they made from Chesapeake. Consequently, it wasn't like this was contemplated day 1 that we would be in a joint venture together. So far, I have nothing but compliments to pass on. And Shell has been a good partner. We've talked to them on many occasions about things that we can do and improve efficiencies out here, and I think they've been very receptive. So I wouldn't paint them with a brush that they are a major and, consequently, unable to understand how to harvest value from the Delaware Basin.

## Robert Alan Brackett
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. Great. And then a follow-up on exploration. In a sense, you've got a fairly obvious runway of high returns in the DJ and in the Delaware and in tiebacks in the Deepwater Gulf. When you're going out doing pure exploration, are you incented to go sort of high risk, high rewards? So in other words, if you discover a fairly middling discovery, it might not compete for capital, but a big blockbuster would. Does that guide your exploration strategy?

## R. A. Walker
*Chairman & CEO*

I think our exploration strategy has always been one where we want to make sure that we're taking opportunities statistically to give ourselves a chance of things that are needle movers. And that's what we've historically done, I think we'll continue to do that. We have 16 million acres offshore Colombia because we see a lot of prospectivity there and a lot of running room if we're correct. So I think, philosophically, the types of things that we will do in exploration, whether it's in the Gulf of Mexico or internationally, are fairly similar. And the Gulf of Mexico today, given the price environment that we're in, if we don't have tieback to existing infrastructure, we're not out trying to drill opportunities that require

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319887

greenfield development as a result. So that may be where the 2 are a little bit different because we're dealing with a much higher cost per well. Typically, we're in a pre-salt environment with the exploration opportunities. Whereas in many cases, internationally, we're post-salt, where the cost to drill a well is substantially less. And so therefore, if we're successful, the development drilling associated with any development opportunity is a little more economically positive from the standpoint of the price environment. So I don't think, from a standpoint of Anadarko's view of exploration or my hope for what we're able to deliver on exploration, is any different today than it would have been in 2013 or '14 in a different price environment.

**Operator**

And our next question comes from David Tameron of Wells Fargo.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

John, best of luck to you. There's a reason you won that IR award multiple years for Best IR. You made all our jobs easier, so we appreciate all the help you've given us over the years, and best of luck.

**John M. Colglazier**
*Investor Relations Professional*

I'll miss you.

**David Robert Tameron**
*Wells Fargo Securities, LLC, Research Division*

Al, going to the DJ, or Darrell or whoever wants to talk about this. If I just look at your production over the -- just over the last year, the oil kind of stayed flattish, NGLs and gas have continued to grow. So I guess a 2-part question. One, should we see that reverse as the rig count starts to climb again? Or is that just a function of the slowdown of drilling and some of the gas GORs climbing in the outyears? And then second, I know some of the other operators may have potential issues next summer as far as it relates to line pressures up more in that the DCP, the middle to the upper part of the basin. How do you guys -- I assume you're okay with your infrastructure, given what you did a few years prior, but how do you -- how would you answer those 2 questions?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. I think as you look into next year, we don't see a problem like -- again, one of the advantages to West and going into Saddlehorn, we've got White Cliffs, we've got access out of the basin. We've got Lancaster plants. We're in pretty good shape. So we don't actually see any of those pressures that you're talking about. In terms of the well count and maybe the oil ratio, I do think you're seeing the impact of the lack of capital spend this year in Wattenberg. And so as the field continues to produce, it does go to a higher GOR. And generally, we've been able to offset as we brought in -- drill more wells and put new wells on because they're higher oil cut. So if you just think about we went 2 quarters in a row with 1 rig, so we don't have a lot of new production coming on. I will have to say that the field guys did a fantastic job hitting the records they did. Yes, a lot of it was gas, but I can tell you that the peak we hit in the third quarter after such little activity was a fantastic accomplishment on their part. But as we stand up more rigs and we bring more wells online, you're going to see that turn again, and you'll -- you should start seeing our oil production go up. It may not be by year-end or even first quarter, but I think we would anticipate next year to reverse that trend and you'll see the oil production start rising again.

**Operator**

And our next question comes from Ryan Todd of Deutsche Bank.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319888

Maybe a couple details on the Permian. Can you talk a little bit -- I mean, we talked some about longer laterals. What are you seeing in terms of the productivity increases on the longer laterals? Should we expect kind of a constant EUR per lateral foot versus what you've communicated on the singles? And then maybe for spacing in the Wolfcamp, what are you currently assuming kind of as the base case in the Wolfcamp spacing? And then what are you currently testing? I know you're talking about going deeper into the Lower Wolfcamp. I mean, where do you think we may eventually go in terms of wells per unit in the Wolfcamp there?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

I'm trying to figure out where I want to start on there. With these laterals, I mean, again, we're going to be pushing to do those. But some of the things that are increasing our EUR has to do with the type of completions we're doing. At one time, our standard completion was sort of 1,400 pounds per foot. Today, I would call that standard completion 2,500 pounds per foot. And I can tell you we're experimenting with the sand and the water rates, double that. So we're not sure where that's going to go. We probably have more to deliver or more to talk about in March, but we are seeing the increasing EURs as we continue to put more sand and water. And so we'll see where that no return is on that, but we're seeing good things right now. And that's really because of our increasing EURs at this point, it's just the change of our completions. I forget, your second question was...

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

It was on spacing in the Wolfcamp. Where do you think you may eventually go in terms of how many wells are you able to put into a unit in the Wolfcamp? What are you testing right now?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Well, we're doing a number of tests. We got a 20-well test going. And so a lot of that is going to be driven by economics and to the extent you have interference. So I think it's just too early to tell right now because, again, if you look at how we're drilling these wells, we're not doing too many tests where there's big clusters. We do have the 120-well test going on that should give us a lot of information. And again, I would say, by March, hopefully we'll have more to tell you on that.

**Ryan M. Todd**
*Deutsche Bank AG, Research Division*

Great. Maybe can I leave with one quick one on Shenandoah? I mean, I see you made an on-concept selection of a semi-sub. Any thoughts around the concept selection, maybe the path to potential FID? And if you think -- can a standalone development like Shenandoah really compete with the tieback opportunities you have in the Gulf? And I'll leave it there.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, this is Darrell. We had a couple of competing options there, and so we're really in the pre-FEED. We're not at a point to make FID election at this point. But we felt that, overall, the semi-sub was going to garnish us a little bit more flexibility in what that answer looked like. So we decided just go down to the one option as we continued our pre-FEED efforts. But we're far from making an FID decision today. We'll be look at drilling that 6th well here by the end of the year, we'll be getting on it. So we look forward to seeing those results.

**R. A. Walker**
*Chairman & CEO*

I think it'd be fair to say that as we contemplate sanctioning Shenandoah, we will be mindful of what we can do on the margin with the capital. And it'll be an allocation like it would be for anything, where we're looking at what the rate of return is as well as the cash-on-cash return. A lot of times, our industry is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319889

very focused on rate of return and not cash-on-cash because, as everybody knows on this call, it's great to have an internal rate of return that's 50%, but if you get the cash back in the year and you're pretty much done, that's a hard treadmill to continue. So we want a cocktail or a mix that gives us really good rates of return with really good cash-on-cash characteristics. So there could be a role that Shenandoah or another option like that plays in our portfolio. So I don't want to leave people with the view that allocation of capital is purely an IRR-driven derivative. Consequently, we have a portfolio to run and we'll consider whether or not at the time of sanctioning, it makes sense to commercially develop Shenandoah along with our partners or not.

## Operator

And our next question comes from Paul Sankey of Wolfe Research.

## Paul Benedict Sankey
*Wolfe Research, LLC*

John, congratulations. Can I just sort of repeat the question: How does Exxon's move change Mozambique?

## R. A. Walker
*Chairman & CEO*

Well, I know nothing more than what -- probably what you do. I may not know as much as you do. All I know about Mozambique and ExxonMobil is what I read in the paper. All I can say to that is simply is ExxonMobil words [ph] have contemplated and concluded a transaction with ENI and the government. We will sit down and understand better what their plan of development is. Today, it'd be pure conjecture on my part, Paul, to weigh in on that, simply because all I know is what I read in the paper.

## Paul Benedict Sankey
*Wolfe Research, LLC*

Understood. And again, this is something of a follow-on question. But the recent acquisition you made, could you just give us the very latest on where you stand with that deal and how it's changed things for you?

## R. A. Walker
*Chairman & CEO*

Well, nothing's really changed. I think we've always projected a fourth quarter close. We seem to be very much right on the time line or track that we had anticipated. Consequently, we see this as a December close. We found nothing in the closing process as concerning. The folks at Freeport-McMoran have been exceptional to deal with. And as a result, we anticipate getting a close and having it part of Anadarko as we move into 2017.

## Paul Benedict Sankey
*Wolfe Research, LLC*

Great. So the -- this sort of noise that we heard around debtholders on the Freeport side is not a concern to you?

## R. A. Walker
*Chairman & CEO*

It's not our assessment that that's our issue. I think that's an issue between FCX and the fixed income investors and the conversation they're having. It's our assessment that, frankly, that does not create an impediment for us to close.

## Operator

And our next question comes from John Herrlin of Societe Generale.

## John Powell Herrlin

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319890

*Societe Generale Cross Asset Research*

Happy hunting, John. Regarding Colombia, how long will that well take to reach TD?

**Ernest A. Leyendecker**
*Former Executive Vice President of Exploration*

John, this is Ernie Leyendecker. We're not there yet. We're just finishing up our program in West Africa right now, and we expect the rig will be demobilizing from that prospect over there and get to Colombia within the next month or so. We've got a 2-well program set up there. We're making strides in reducing the time to drill the wells in Colombia after our initial campaign. So the next well we'll get to, we'll actually top set the first well and go over to drill a Purple Angel well, and that's probably going to be about a 45-day well, give or take a few days. And as we carry into the new year in 2017, we'll move over and drill another prospect in a similar section there called Gorgon. So they're not long wells. We're continuing to get up the learning curve on drilling wells in Colombia, and we look forward to seeing those results. But what I would remind you of a little bit is we're really looking forward to getting over to the coal area where we shot the 30,000 square kilometers of 3D, and we've just got a fast-track volume in, looking for the final volume in by the end of next year. And our goal is really to accelerate drilling activity over in that big chunk of acreage in the ultra-deepwater offshore in Colombia. Looking for oil, of course, there. And very hopeful that we've got a thicker source rock and buried a little bit deeper, so we're anxious to get over there on that particular acreage.

**John Powell Herrlin**
*Societe Generale Cross Asset Research*

One other one. Al, have you been surprised about the resiliency of the natural gas sales market?

**R. A. Walker**
*Chairman & CEO*

Well, I've been a natural gas bear for quite a while. I think we always thought that gas would find its way up around $3, and we'd find the ceiling there. And to a large extent, that's been correct. I mean, we see -- we've always believed around $3 that there was just an impediment from a demand standpoint for now. But I think it also is the reason a lot of people -- in January, we talked about selling our natural gas properties and people kind of looked at me cross-eyed that we would actually have a market for it. There's been a lot of very successful private equity people that have taken a view on natural gas and done quite well with it. I think for a company like ours that has the assets that we do and our access to oil and liquids that we do, consequently, it's not really in our best interest to pursue natural gas. It doesn't give us the same wellhead margin. It doesn't give us the same ability to have scalability. And the returns, coupled with the scalability, just always tilt in the favor of the DJ and the Delaware for us. John, I just have to say, I don't mind being wrong, but I think our view is that it would take natural gas to approach $6 before it would probably displace our interest investing in oil, and I don't see that happening.

**Operator**

Our next question comes from Pearce Hammond of Simmons Piper Jaffray.

**Pearce Wheless Hammond**
*Piper Jaffray Companies, Research Division*

Congrats, John. You'll definitely be missed. And congrats, Robin and her team on her new role. My first question, are you currently experiencing any increase in service cost? And what are you anticipating for service cost inflation for next year?

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes, Pearce, this is Darrell. I would say not. To the contrary, I think as the year went on, we were pleasantly surprised that we were able to get some of the service cost down a little bit. Now I think that's leveling out. But as we've stood up more rigs and contracted more equipment, we're not really seeing that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319891

pressure today. So my guess is as oil continues to go up, if it gets up around $60, we may see some of that. But I think there's enough equipment still on the ground and crews willing to work and get part of the business that we're not going to see that pressure for a while.

**Pearce Wheless Hammond**
*Piper Jaffray Companies, Research Division*

Great. Then my quick follow-up is, is Jubilee exceeding your expectations for the second half of the year? At Q2 earnings, you had stated that you thought that second half of the year, Jubilee would average about 85,000 barrels a day. Q3 was about 91,000 barrels a day, and it looks like you took up your '16 full year production guidance [indiscernible].

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

No, I would say that we're very pleased with what's happening there at Jubilee. We're continuing to work through the turret issue. But the shuttle tanker system that they set up is working well, and we're on our way to trying to get to a permanent fix. We're still trying to get a temporary fix done by the end of the year. But I would say all-in-all, the activity there are going as well as we would've expected.

**Operator**

And our next question comes from Jeffrey Campbell of Tuohy Brothers.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

First, I want to say happy trails to John and have a lot of fun.

**John M. Colglazier**
*Investor Relations Professional*

Thank you.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

Al, you talked earlier about the importance of monetizing the nat gas at Paon. But I was surprised by the large oil cut and the drill stem test. And I was just wondering, is that typical of the play as a whole? Or is there quite a bit of mix variability across the field?

**R. A. Walker**
*Chairman & CEO*

Well, we're very fortunate to have liquids in the system, and so you're right for highlighting that. I do think, though, that our commercial decision will likely hinge on just the type of gas contract we can enter into. Because without that, the oil becomes a by-product. You really need to be able to move the gas into a market at a price that's attractive in order to evacuate the liquids.

**Jeffrey Leon Campbell**
*Tuohy Brothers Investment Research, Inc.*

Okay. Understood. And my quick follow-up is the ops report highlighted Heidelberg well. It appears to define the northern limits of the field. I was just wondering how was this result relative to your predrill expectations.

**Darrell E. Hollek**
*Former Executive Vice President of Operations*

Yes. This is Darrell. Well, I can tell it was a disappointment. But probably more than that, it was really a surprise. I mean, based on the reprocessed seismic that we have, we fully expected this to be good. So it's sort of hurts the northern end of that field. I can tell you, consequently, we've -- we're sidetracking

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319892

that well now close to the discovery well. So we know it's good there. And so the thought there is we'll complete this well, we'll have it on the first quarter. So we really see little impact in '17 from a volume standpoint, but we got to remap this thing and try to better understand it. It may have a reserve impact, and we'll work through that before the end of the year. But I think as far as we're concerned, we don't see an impairment on our side based on our investment here. But it was truly a disappointment and a real surprise as to this being wet there. So it sort of takes away from the northern end of the field, but we still are very high on the south end of the field in Heidelberg as well, so that will be future wells.

**R. A. Walker**
*Chairman & CEO*

And Darrell's right. Just take one other comment. Yes, we've been surprised by it, but I will say that if we end up finding ourselves having to take a reserve right now, it will be very modest. The reason we've not impaired to-date, if you recall, we promoted out the development drilling here, so our cost basis here is a lot different than our partners. And therefore, in addition to the cost base, we also have the advantage of the way it's carried from an impairment standpoint or reserve adjustment if one's needed. So in the scheme of things for us, it's a very small adjustment if it turns out to be the case.

**Operator**

And this concludes our question-and-answer session. I'd like to turn the conference back over to the management team for any closing remarks.

**R. A. Walker**
*Chairman & CEO*

Well, as I said at the start, it's a bittersweet day. We had a great quarter. A lot of people did a wonderful amount of work this quarter and this year for what has been a very turbulent period in our industry's colorful history. But we are going to miss John. He's done, as I said earlier, a tremendous job. He's been a thought leader. He's been someone who, I think, has taken our industry in terms of how Investor Relations should be conveyed and conducted to a level that has not been, in my estimation, done previously.
It's been a pleasure for the 10 years that he's been on the job to work with him, and we have every confidence that he has got Robin ready to go. And as they say in East Texas, she is sitting on go, and we're ready for her to step in the jobs that have gone [ph] before her. So it's bittersweet today. We're all going to miss John. But I will promise you, she is capable of stepping in as he's trained her quite well, and she's very capable in her own regard. So John, we're going to miss you. And Robin, look forward to working with you next quarter.

And thank you, everybody, for today. We'll talk to you soon. Bye-bye.

**Operator**
And thank you, sir. Today's conference has now concluded, and we thank you all for your attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APC-01319893

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APC-01319894

# Exhibit 97

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## APC - Q4 2016 Anadarko Petroleum Corp Earnings Call

EVENT DATE/TIME: FEBRUARY 01, 2017 / 02:00PM GMT

**OVERVIEW:**
Co. reported 4Q16 results.

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 THOMSON REUTERS

APC-00724076

**FEBRUARY 01, 2017 / 02:00PM GMT, APC - Q4 2016 Anadarko Petroleum Corp Earnings Call**

## CORPORATE PARTICIPANTS

**Robin Fielder** *Anadarko Petroleum Corporation - VP of IR*

**Al Walker** *Anadarko Petroleum Corporation - Chairman, President & CEO*

**Darrell Hollek** *Anadarko Petroleum Corporation - EVP of Operations*

**Bob Gwin** *Anadarko Petroleum Corporation - EVP of Finance & CFO*

**Scott Moore** *Anadarko Petroleum Corporation - VP of Worldwide Marketing*

**Mitch Ingram** *Anadarko Petroleum Corporation - EVP of Global LNG*

**Ernie Leyendecker** *Anadarko Petroleum Corporation - EVP of International and Deepwater Exploration*

## CONFERENCE CALL PARTICIPANTS

**Evan Calio** *Morgan Stanley - Analyst*

**Arun Jayaram** *JPMorgan - Analyst*

**Doug Leggate** *BofA Merrill Lynch - Analyst*

**Scott Hanold** *RBC Capital Markets - Analyst*

**Ed Westlake** *Credit Suisse - Analyst*

**Brian Singer** *Goldman Sachs - Analyst*

**Charles Meade** *Johnson Rice & Company - Analyst*

**Bob Brackett** *Sanford C. Bernstein & Co. - Analyst*

**John Herrlin** *Societe Generale - Analyst*

**David Heikkinen** *Heikkinen Energy Advisors - Analyst*

**Ryan Todd** *Deutsche Bank - Analyst*

## PRESENTATION

**Operator**

Good morning, and welcome to the Anadarko Petroleum Corp's fourth-quarter 2016 earnings conference call.

(Operator Instructions)

Please also note today's event is being recorded. I would now like to turn the conference over to Robin Fielder, Vice President Investor Relations. Please go ahead.

**Robin Fielder** *- Anadarko Petroleum Corporation - VP of IR*

Thanks, Rocco. Good morning, everyone. We're glad you could join us today for Anadarko's year-end 2016 conference call.

I'd like to remind you that today's presentation includes forward-looking statements and certain non-GAAP financial measures. We believe our expectations are based on reasonable assumptions; however, a number of factors could cause results to differ materially from what we discuss.

We encourage you to read our full disclosure on forward-looking statements and the GAAP reconciliations located on our website and attached to yesterday's earnings release. Additionally, we have provided detail in our fourth-quarter operations report on our website.

At this time I will turn the call over to Al Walker, and we will open the lines in a few minutes for Q&A with Al and our executive team following his remarks. Al?

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724077

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Thanks, Robin. It's certainly great to have 2016 in the rearview mirror. It's even better that we accomplish what we did so that as we start 2017 we have the wind at our back.

It was an incredibly challenging year for our industry. However, as I stated last year about this time, during difficult times, a company's culture, its employees, track record and approach to value creation will separate winners from losers.

I think as I look back at that and take advantage of having the ability to look back and think forward, I believe our results say it all. I think those attributes that we thought a year ago were very important have positioned us today incredibly well.

Our employees over the last 12 months were the difference, and did an incredible job. Through their efforts we've exceeded our sales volumes and expectations on an adjusted basis for the divestures that you are aware of, and we did a while keeping our capital investments within guidance.

Our BOE lease operating expenses were particularly attractive, as we those below $3 every quarter during the year as a result of lower costs and higher volumes. We drilled six successful deepwater exploration and appraisal wells in 2016, and our balance sheet is much stronger today as we refinanced and reduced debt while improving our cost structure on a going forward basis by about $800 million annually.

Perhaps the most significantly -- perhaps most significantly through our efforts we high graded our activities and our active portfolio management have left us with an extremely attractive footprint. We've concentrated our US onshore activities and our industry leading oil levered positions in the Delaware and the DJ.

Through the acquisition of Freeport's Gulf of Mexico properties, we have the largest operated infrastructure in position in the deepwater Gulf today, creating a tremendous cash generating machine to fund future growth. We've built a strong cash position with more than $4 billion of monetizations closed during 2016. And I'm sure as you've probably noticed, an incremental $3.5 billion have been announced and expect to be closed during the first quarter.

From a global perspective, we're beginning to see some encouraging demand improvements and supportive supply actions. And I continue to feel strongly that we have a very good chance to see an average WTI oil price in 2017 of $60.

When you combine our cash position with improving cash flows, we expect to be in an advantageous position to fund growth in both the Delaware and the DJ, as well as the deepwater. We also expect we had the potential to add to these positions through bolt-on acquisitions to further enhance the scale and to capitalize in a competitive advantages. The three Ds give us a clear line of sight to short-cycle oil investments with attractive wellhead margins that will help drive our expected five-year compounded annual growth rate for oil of 12% to 14%, assuming a $50 to $60 oil price environment.

Later this month we will recommend a capital program to our Board that reflects our confidence that Anadarko can deliver attractive growth and value through the balance of this decade and beyond. As I've said in other venues, I've been with Anadarko little more than 11 years and I believe we are better position today than at any time during my tenure to deliver differentiating results.

We look forward to going into greater detail about our capital plans and expectations for 2017 when we provide guidance on March 7 and host our investor conference call on the 8th. With that, let me open it up for questions.

QUESTION AND ANSWER

**Operator**

(Operator Instructions)

Evan Calio, Morgan Stanley.

**Evan Calio** - *Morgan Stanley - Analyst*

Good morning, guys.

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724078

**Al Walker**  *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Good morning.

**Evan Calio**  *- Morgan Stanley - Analyst*

You guys have been very active portfolio managers and you'll be broaching $6.7 billion in cash following closing of the Eagle Ford Marcellus sales in 1Q. Maybe a few questions around that. First, any color or forward outlook to asset sales or general dimensioning for 2017?

And secondly what's the general strategy for capital reallocation or capital return here? Assuming strip-like pricing, what should we expect cash balances, say, 12-plus months or some kind of medium-term level?

**Al Walker**  *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Evan, let me try to address the question of more asset sales. I think we've probably done a tremendous amount in that area, not just in the last 12 months but over the last two years. I think as we continue to think about our portfolio, things that feed on capital are the things that we see ourselves wanting to retain.

As you look at us today, to be somewhat repetitive, I think the Delaware, the DJ and the deepwater Gulf of Mexico, in that order of priority will receive capital. As I mentioned in my prepared remarks, we have built a very attractive cash position which we believe will allow us to execute on the development plans we have for the two -- primarily the two onshore assets, rather.

And I think while we are very proud of them, I'm not sure there are any other assets onshore that are any better than the DJ and the Delaware to be allocating capital to. So I think you should expect that we will look for opportunities, if they exist, for bolt-on acquisitions in both basins.

And I think you also should think through if we see opportunities in the Gulf as well to do something like we did last year. That was a very attractive deal. I think it was one that most people saw and understood as they got to know it a little bit better.

It's really the three Ds that will receive capital through cash flow, maybe incrementally with cash, potentially some acquisitions in and around things of those three. And then if we are wrong on oil prices, I think one of the things that we want to be a little bit mindful of is given the volatility of the oil markets is to keep a little dry powder and retain some flexibility if oil prices in fact move down in a way that today we don't anticipate.

So that's sort of the order of priority for the use of the cash. And the more asset sales questions, I think we're largely done. And we'll continue to think about the assets that we are going to feed capital to in a retention mode.

**Evan Calio**  *- Morgan Stanley - Analyst*

Great. Maybe a second question. Now that the Freeport transaction is closed, how should we think about the medium-term production profile in the GOM on this before any major new projects? Have many tie-backs potentially drilled in the 2017/2018 time period, and maybe even given Lucius is performing very well with the Fobus tie-back potential, how are you thinking about Lucius Phase 2?

**Al Walker**  *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Darrell and I will tag-team your question. I think unfortunately a lot of the detail you're looking for there will be provided in March when we can combine them how we will allocate capital in 2017 relative to the expectations for what that's going to do for production growth. I will say whether it's the deepwater or it's the onshore, 2017 is a year in which were doing a lot of things to prepare ourselves for 2018 and 2019.

It's one thing as we come out of a trough, we just can't immediately turn on a dime and expect that we're going to go back to where we were before we went through the period of the last two years where industry in general spent a lot less capital and had a lot less activity. But maybe as it relates to the Gulf, I'll let Darrell address that specifically.

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724079

**Darrell Hollek** *- Anadarko Petroleum Corporation - EVP of Operations*

As far as the volume question we'll talk more about in March, but I think you can think take of it relatively flat over the next year or two, although we have opportunities to bring that up. You talk about Lucius. Lucius is continuing to perform above our expectations, and we are at 80,000 barrels a day today.

So we're in really good shape. We're basically full to nameplate, and we've got another well to be drill this year. We anticipate keeping that facility full, much like Caesar/Tonga is full, we'll probably drilling yet another well this year to make sure we'll keep it in that mode.

We have additional drilling and completions going on right now at both Heidelberg and K2, and they will add to our volumes this year. And I think what you'll see in March also, we'll touch more about it then, but when you look at the Freeport assets we're actually moving some of those opportunities in our drilling schedule today, and we really like the opportunities.

And so it will displace some other wells, but I think probably two-thirds of our rigs will be found on the development opportunities and probably about one-third of our rig time on exploration this coming year, with a lot of that focus on the things like Phobos, like Warrior, which is near our infrastructure. Again, looking at those as short-term turnarounds.

**Evan Calio** *- Morgan Stanley - Analyst*

Great. Appreciate it, guys.

**Operator**

Arun Jayaram, JPMorgan.

**Arun Jayaram** *- JPMorgan - Analyst*

Good morning. Just a quick follow-up, Al, to Evan's question. Given Anadarko's low core structure and development capabilities, you could argue there's a lot of earnings power sitting on your balance sheet with pro forma cash of more than $6 billion. So I wanted to get your thoughts on perhaps the urgency for APC to do some either bolt-ons or some corporate M&As. You think about 2017, the near view of the current valuations that you are seeing in terms of acreage values in the Delaware and the DJ.

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Arun, it's a very understandable question when a Company's got as much cash as we do on a relative basis to our other assets. I think in the first half of the year in particular we're going to try to be as close to cash flow neutral with CapEx as we can.

I think we want to see a little more certainty in the oil markets, even though I have my own views and feel very strongly that we could in fact see an average price for WTI of $60 this year. I think with the expectation of where, if you just use the strip today and calculate what you think that's going to mean in the way of cash flow, I think initially we'll probably want to be more aligned with cash flow than we will be using excess cash.

But I think as we see that market develop and the direction I hope it's going to, I think our encouragement will correspondingly increase to where some of that cash could in fact be spent for additional drilling. And then I think where we see properties that give us the right synergies, whether it's operational or from a developmental perspective, the ability to maybe block up and do longer laterals and achieve better economics than we could by ourselves, those will be the things that will try to keep that dry powder for. I think as many people have seen in this basin, and if we could do some things that would improve our acreage footprint that might not necessarily require cash but maybe allow us to do some things creatively with blocking up, we would then in turn spend more capital on longer laterals and I think create better economics.

**Arun Jayaram** *- JPMorgan - Analyst*

[ PAGE  \\* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

Great. Thanks for that. My follow-up. Al, I understand what you're going to give us your plan to in early March, but wanted to know if you could give us or help us, just given all the A&D activity that you participated in, is what the anchor or baseline oil production number that we should be thinking about to anchor that 12% to 14% per annum growth over the next five years?

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

That's a really good creative question, but you're going to have to appreciate the fact that if I tell you that now you're not going to have anything to listen to in March.

**Arun Jayaram**  - *JPMorgan - Analyst*

Okay. (Laughter). All right. Fair enough, Al. Thanks a lot.

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Okay. Thank you.

**Operator**

Doug Leggate, BofA Merrill Lynch

**Doug Leggate**  - *BofA Merrill Lynch - Analyst*

Thanks. Good morning, everybody. I wonder if I could take one high-level one-on-one detailed question, and hopefully we won't have to wait until March, we'll see.

At a high level, you made a comment I think in response to Evan's question about the go-forward portfolio. But there are still some fairly conspicuous assets. For example, Vito, which you previously sold and now you've got back again.

You emphasized Gulf of Mexico deepwater, but you didn't talk about international portfolio management. Could you just address, are you signaling that ex US generally, meaning ex Gulf of Mexico, the other parts of the asset base are not core? Because that would be new news, I guess.

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

No, I wouldn't take a quite that way, Doug, but I can appreciate why you are asking the question. The lion's share of what we will be talking about in March will be capital being allocated to the Delaware, the DJ and the Gulf of Mexico. I think long term we see those as the places we're going to invest capital.

Certainly in the short run if we try to stay closer to cash flow with CapEx, that's particularly important. It doesn't mean that other parts of the portfolio as you know it today will be starved or cannibalized. But I think as it relates to some other things, and let me just address you question on Vito, one of our partners there, [Preftice], Shell Preftice on Vito relative to the purchase price allocation. So that's what you don't hear us talking about that per se.

Other things in our portfolio as it relates to the Gulf of Mexico, I think Darrell and Danny Brown will be giving you more than sufficient color in March. But I think for as big a Company as we are, one of the things we very strongly that is our ability to give clarity around exactly the direction of where most of the capital will be spent in 2017, that it is short-cycle oil with very good wellhead margins. And I think as you can see from the results in 2016 we've done a very good job on the efficiency front in lowering the costs associated of delivering that revenue.

**Doug Leggate**  - *BofA Merrill Lynch - Analyst*

I appreciate the answer, Al. My follow-up, and again hoping I might get some color here, is the Wolfcamp well that you announced. I want to really lever that into a question about your relationship with your partner there.

[ PAGE  \* MERGEFORMAT ]

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

I don't want to be predictable about asking about M&A in that asset, but specifically what I'm really looking at is that the relative performance of your wells compared to your partner's wells appears to be -- there's a big gap, basically. What is your relationship like as it relates to the ending of this operating joint venture you have this year?

Will you continue to participate in daily FEs and vice-versa? And any color you give around what might have been different about what this one Wolfcamp well and whether it's repeatable? And I'll leave it there. Thanks.

**Al Walker**  *- Anadarko Petroleum Corporation - Chairman, President & CEO*

The one well is intended to be illustrative in terms of some of the things you see us doing there. I think we wanted you to have an appreciation for just what we thought was some of the real upside that maybe isn't always appreciated because we've not gone to development drilling yet in the Delaware. And that's really, as you well know Doug, from our experience in the DJ, that's when we really start to make things rock.

As it relates to Shall, we have a lot of confidence in them as a partner. They do a very good job. We have a good working relationship with them.

I think there's opportunities for both of us to figure out how to do things mutually better. And by that, I mean there may be some situations, and I alluded to just a minutes ago, there may be things where we can find opportunities to block up and acreage where it's a win/win for both of us, or some other things that frankly are not necessarily addressed in the joint venture but we'll still continue to be active with one another even after the joint venture expires midsummer.

I'm quite encouraged, frankly, by the relationship we have with Shell overall, as well as the conversations we have day to day on the operating of these assets. And it doesn't appear today to be a concern of mine, and I think as a Company, we operate a lot of places around the world where Shell -- we are an operator, they're an operator.

I think as a Company we have a very good relationship with one another, and when we have problems, we know how to get a hold of one another and talk about them. I think that's about the best way I can answer your question. I think we have a partner there which we have a very good working dialogue with, and that I think probably as commercial as we are in terms of understanding there may be some things that we can do different that would inure to the benefit of both of us.

**Doug Leggate**  *- BofA Merrill Lynch - Analyst*

I appreciate the answer, Al. Thank you.

**Operator**

Scott Hanold, RBC Capital Markets.

**Scott Hanold**  *- RBC Capital Markets - Analyst*

I'm going to hit on the, I guess, the large cash balance question again, a little bit differently though. If you could give some color on, when you look at your options. I mean, you guys have a lot of options with that balance at this point, but how do you think about your current leverage levels, your dividend, stock buyback as part of hierarchy for options with that cash balance going forward?

**Bob Gwin**  *- Anadarko Petroleum Corporation - EVP of Finance & CFO*

Scott, it's Bob. I think you should think in terms of us keeping, as Al said, the powder dry, keeping the cash for opportunities, be it increase drilling, bolt-ons, et cetera. I think returning cash to shareholders, either through buybacks or dividends, would be lower on the list, given our opportunity set is so significant that -- at current commodity prices.

It doesn't mean that we just completely say that's never going to happen. Obviously we'll make those decisions at points in time in the future. But a year ago, I think, the general view of our balance sheet and our opportunity set was that we didn't have much flexibility.

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

CONFIDENTIAL

Over the last 12 months, that's markedly different. And now I think a lot of folks see that cash balance and say it's quite high. It is on a pro forma basis high, but the flexibility and the potential for future opportunities drives that cash balance and our desire to maintain that flexibility in 2017 rather than to even go down the path of thinking about returning that cash to shareholders. We think we could do a lot with that cash for shareholders, and that's a better path forward.

**Scott Hanold**  - *RBC Capital Markets - Analyst*

Understood. Thanks for that. As a follow-up question, a little bit on the Delaware and the DJ in terms of some of the production trajectories into the fourth quarter, a little bit more flat then in, say, prior quarters and with your ramp-up activity. Could you give a little color on what that looked like in 4Q and (technical difficulties) of 1Q, was there a little bit of a lag in some of the numbers there?

**Darrell Hollek**  - *Anadarko Petroleum Corporation - EVP of Operations*

Scott, this is Darrell. I think Wattenberg, if you look at the numbers, yes, our oil was down, our volumes were setting records. So when you look at the third quarter going into the fourth quarter, and a lot of that upside has to do with gas since we were -- when we pull back earlier in the year as hard as we did we were sort of focused on the base, and the guys did a fantastic job keeping volumes and getting volumes up. And we will still coming off the backs of a bigger drilling program in 2015.

But if you recall, we spent more than half the year with one rig in the field. That took it's toll. When you look at what we did there in the fourth quarter getting ready for 2017, we basically went from one to five rigs in the fourth quarter.

So I think expectation going forward is you will see us turning a lot more new wells back on and so you will see that oil percent again come up. When you look at Delaware, we also sort of ramped those rigs from six to nine leaving the fourth quarter, and continue ramp them today. I think we have 11 rigs today and looking to go up a few more yet this quarter.

You can expect that we will continue to see rates increase in Delaware. But just remember, the cycle time to drill complete and tie things in are roughly going to be six months, plus or minus, depending on where we are.

**Scott Hanold**  - *RBC Capital Markets - Analyst*

Understood. Appreciate that. Thanks, guys.

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Thank you.

**Operator**

Ed Westlake, Credit Suisse.

**Ed Westlake**  - *Credit Suisse - Analyst*

Good morning. Clearly a lot of excitement about the Delaware and the exciting well, still relatively small for you today. Could you just maybe talk about the key infrastructure items which will allow you to deliver the growth and timing? I know on the third quarter call you said in 2017 you didn't see much issue, but just a bit of a roadmap would help.

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Let me start by saying I will have Scott Moore who runs the Marketing for us Globally address some of the takeaway questions, as that clearly is an issue that we address through the midstream organization as well as to our marketing. I think you've seen us invest heavily through the years in midstream to the point where we try to philosophically deliver an upstream result with a midstream solution.

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



And that has kept us from not sitting there for days on end waiting for pipeline connection. And that's a really hard thing to do, given the activity level in a basin like the Delaware.

I think Darrell and Don Sinclair have done an extraordinarily exceptional job with making that midstream spend be in sync with the upstream spend. But as it relates to I think specifically your question on takeaway and debottlenecking, and how do we move hydrocarbons out of that particular basin, let me have Scott address that.

**Ed Westlake**  *- Credit Suisse - Analyst*

Think you.

**Scott Moore**  *- Anadarko Petroleum Corporation - VP of Worldwide Marketing*

One of the things we focus obviously very close on is making sure that the takeaway capacity meets the growth profile. In this Delaware basin, that's probably the hottest topic on people's minds.

I think it's important to realize in the big picture there's about, in West Texas, there's about 2.6 million barrels a day pipe capacity and refining demand and production running 2.2 million barrels. And we track about 1 million barrels a day of new projects that are in various phases of development from the pipeline developers, and I think they're doing a nice job of anticipating growth in the industry.

And we are very involved in those discussions. And so I think there's a nice balance going on between the producers' growth profiles and what the infrastructure developers are doing on the crude oil side of things.

In gas and NGLs, those facilities, those pipes run about two-thirds full. And I would say from the same story, that the overall matching of takeaway capacity and producer growth profiles is reasonably well choreographed. It's not perfect, but we're generally comfortable with that.

**Darrell Hollek**  *- Anadarko Petroleum Corporation - EVP of Operations*

I may add just a little bit here from a midstream perspective. One of the benefits we have is that we do have that midstream component. And as we talk about ramping up Delaware and DJ, and DJ is a little bit different because -- since we have so much infrastructure in place. But our asset teams are working very closely with midstream to make sure they understand where we're moving.

And as we are testing such a big acreage position, it's not always easy for our midstream but the fact that they are in sync with what were trying to accomplish helps tremendously. But you'll see, just like we are ramping up our rig activity, you'll see us ramping up the midstream components.

So they'll be a big spend here the next two years, just making sure we have the infrastructure in front of us.

**Ed Westlake**  *- Credit Suisse - Analyst*

It does feel to me when I look at some of the wells that there may be infrastructure constraints in terms of how you can produce, particularly, say, maybe on gas processing, as you've alluded to a little bit in terms of appraisal mode. But as you get certain bits of kit in the field that there could be some sort almost step changes in production as we look at through 2017 and 2018.

**Al Walker**  *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Ed, I think you're seeing it accurately. And I think the one thing, without sounding braggadocious, is that we have for a long time taken the view that midstream is the solution for an upstream success and not trying to third party an association with someone to do that for us. Being able to control our own midstream and takeaway capacity, whether it was in the DJ and now the Delaware, I think is part of the recipe for why we've been successful and we're [a lot] likely to have the same bottlenecking issues that have potential for putting a lot of hydrocarbons on the side until markets open up.

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS  |  www.streetevents.com  |  Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724084

**FEBRUARY 01, 2017 / 02:00PM, GMT, APC - Q4 2016 Anadarko Petroleum Corp Earnings Call**

I've been very pleased with the work that Darrell and Don have done that Darrell just alluded to, but also making sure that, through our marketing organization, that we are moving this at the best price we possibly can. And I do think, again without sounding overly braggadocious, that is a differentiating factor for us.

**Ed Westlake** - *Credit Suisse - Analyst*

Thank you.

**Operator**

Brian Singer, Goldman Sachs.

**Brian Singer** - *Goldman Sachs - Analyst*

Thank you. Good morning. Al, six months ago you outlined your expectations for a sustained $60 oil in 2017 and your willingness to commit to ramp activity ahead of that to benefit more quickly. And I believe you referenced $60 again here this morning, and wanted to just see, A, if the rig count exits for the first quarter that you've already committed to gets you to the run rate that you think is reasonable and consistent for that $60 environment? And then, B, if you'd give us an update on cost inflation, any milestones you're looking for as you think about the second half of this year and into 2018 that would make you further or lower your activity levels?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Okay. Understandable question, and I appreciate you asking it. I think when you go back to the second quarter, at that time it wasn't just me, I'll say we as an organization, were thinking that demand would likely at some point absorb the shortfall we were seeing at that point with the oversupply. And that the oversupply in fact would come into equilibrium during 2017 and produce what I thought would be an average price of $60.

Now, I'm not going to begin to tell you that we saw the supply activities from OPEC as a likely scenario. I think we all were watching that with the same skepticism as to whether or not OPEC would do it, and then in fact with the non-OPEC nations that have further taken supply off the market helped.

Whether you're looking at EIA or IEA data, most people think that the market's going to expand by 1.5 million barrels per day on the demand relative to the way in which we are now supplying the market. It doesn't sound or feel like to me that we're likely to get into an oversupply situation through 2017. The only thing that I would say that's a little surprising to me would've been that, if you recall, I thought domestic oil production in the US would probably bounce off 8 million barrels a day, and we actually bounced a little higher than that.

But I think if I use our own Company as a bit of an analogy for this comment, I don't think even with the rigs that we're all starting to stand up, particularly in the Permian, and if you look even at what Exxon Mobil has said about it this week, you couple that together and it's not like in 2017 you going to see a tremendous supply response that will dwarf the improving demand. I think that's really more something to look at in 2018 and 2019. It's a little fuzzier when you look into the crystal ball at that point.

But I do, Brian, believe that the improvement in the demand function coupled with the now market that we're into for supply should give us the encouragement for the type of oil price I've been making reference to since last year. And that's why we did the things we did in the second half of 2016 to get ready for 2017, and that's why in March you'll hear a capital plan that not only provides a follow-through on that, but really gets us ready for what we believe will be the real volume improvements that are ahead of us in 2018, 2019 and beyond.

**Brian Singer** - *Goldman Sachs - Analyst*

Thanks. And so part of the question which maybe is a March one, was whether the run rate that you've committed to already for the end of the first quarter is consistent with that $60 environment, or whether there'd be additional increases that should be coming?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

I thought I did a good job by not answering the question, Brian. (Laughter). You caught me.

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 THOMSON REUTERS

 APC-00724085

In all seriousness, no. If we saw a $60 sustained environment, you should suspect that we would stand up more rigs because the capital plan that we have currently under consideration for hopefully approval by our Board later this month is really predicated on a much lower oil price then $60. If you think back what I said earlier about the fact that were going to, at least for the first half of the year, try to sync up cash flow with CapEx, if we see an approving oil price that gives us that sustained $60 average with some comfort, that would imply if you just do the math that we think higher oil prices in the second half of the year are more likely since were not at $60 today.

If you fast forward to this year's second quarter conference call, I bet we have another conversation about this. And hopefully it will be where oil is at $60 and we're now talking to you abut adding more rigs to what we anticipate would be our drilling program for the full year.

**Brian Singer**  - *Goldman Sachs - Analyst*

Okay. Thanks, Al. And then any update on Mozambique in terms of timing key milestones and then on the strategic importance and any potential for asset sales?

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Okay. Let me address that with Mitch. Did you ask me about asset sales as it relates to Mozambique or asset sales in general, just to clarify the question?

**Brian Singer**  - *Goldman Sachs - Analyst*

Mozambique specifically, only because we get the question and I figured we could go right to the source.

**Al Walker**  - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Why don't I address that, and then I'll ask Mitch if he would address the other parts of it since he does the hand-to-hand combat every day on those questions. We aren't currently looking at Mozambique as a sale candidate as an asset.

I think there's a couple of reasons that probably are intuitive, but nonetheless worth pointing out. One is, I don't think we would get a lot of value in the asset prior to taking FID. It's not to say that somebody might not step up with an offer that would be surprising to us.

We are in discussions with absolutely no one today on that front. And it's always been our view that until we get the FID and we get all the variables that Mitch is going to talk to you about better understood if not completed, I'm not sure why we would be motivated pre-FID. And then post FID on our way to a first lifting, it's an asset like any other asset in our portfolio. If somebody thinks more of it than we do, we're ready to sell it.

And I think we've done that enough times with our approach to portfolio management, we would do it again. But I think in the short run today, and Mitch is going to walk you through some of these milestones and some of the positive developments that we are having, for people to be thinking about Mozambique as being a sale candidate is just very unlikely.

And I don't think if it even were to occur and the vacuum of sort of a philosophical conversation, it wouldn't be at a price point that would make a lot of sense because again, all of the risk associated with getting from here to FID would be factored into someone's offer. And so therefore we are much more comfortable as a hold asset today. And then we'll approach whether it's a hold asset after we take FID.

**Mitch Ingram**  - *Anadarko Petroleum Corporation - EVP of Global LNG*

Brian, I'll just give you an update on where we are with regards to the key milestones. We've made good progress in the last quarter working with the government where our immediate priority is to conclude all of the outstanding agreements, known as legal and contracted framework, and we hope to have the key agreements concluded in the very near future. What that does is allow us then to put our key buyers and strategic buyers in Asia, who are now seeing that the project is going to proceed.

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

 APC-00724086

**FEBRUARY 01, 2017 / 02:00PM, GMT, APC - Q4 2016 Anadarko Petroleum Corp Earnings Call**

And the key event for them was getting these legal protection frameworks concluded. And we're progressing those agreements from our hedged agreement into sales and purchasing agreements. As we've indicated in the office report, we've gained approval for reassessment plan, and we continue to discuss with the government some outstanding associated agreements. And those allow us then to proceed with [reassessment] when all of the legal and contractual framework has been completed. And parallel activities for this include us securing project financing to fund approximately two-thirds of the project capital going forward, and those discussions are ongoing and will continue throughout this year.

In addition to that, we continue to look at construction and installation activities, and really look at optimizing cost opportunities within the project and really derisking the execution phase of the project. So all of these key activities being legal and contractual framework, including our offtake agreements, finalizing our project financing, and we optimizing how we execute the project will take us to the point of FID. So we'll continue to update you as we progress through the year.

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Brian, let me add, we will you, as you would expect us to, go into significantly more detail in March about all of the things Mitch made quick reference to, as well as what we see is a very minimal capital commitment to advancing each of these things because at this point were still not into a very capital intensive portion of it. So it's really building the option value that I made reference to through between here and FID.

**Brian Singer** - *Goldman Sachs - Analyst*

Thank you very much.

**Operator**

Charles Meade, Johnson Rice.

**Charles Meade** - *Johnson Rice & Company - Analyst*

Good morning, Al, and to the rest of your team there. If I could go back to the comment you made earlier on, CapEx and capital balance first half 2017. That's helpful insight into how you're at least beginning to approach the year.

One of the question that we bat around over here a lot is, how much you might want to outspend your cash flow, outspend CapEx over cash flow? And then how much you could before you would start to perhaps lose efficiencies on productivity or efficiency, that sort of thing? Can you talk about what would be the factors that would whet your appetite to outspend cash flow, and what operational constraints do you have your eye on that might prove to be limiters as you -- if you choose to accelerate?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Well, as I know you expect, I'm going to say a lot of the question you're asking we will cover in March. That said, we've announced that we will be moving a considerable number of people to Midland, a little over 200 folks that will be actively involved in the development of a very large oil resource.

We believe that was the best way to execute the development of the field, keeping in mind we're still sort of by and large in the appraisal portion. So as Brad Holly and his organization begins to move into a full development of our acreage, it's really at that point I can say more in a philosophical way, that we would be encouraged to outspend cash flow with CapEx if we saw, A, value in that process, and B, it created a value proposition with growth that we believe would be not only beneficial to the Company but to the folks that would invest in the Company.

Today were not quite into that development portion or stage, we're preparing for it. We believe we'll have ourselves in position through the course of this year to be able to execute on that, if in fact we have a commodity environment that's favorable. And we believe we have in place the people, the human resource component, to be able to deploy the capital resources.

I think as you've heard us talk about today, and Bob and his folks have done just an almost magician's like effort through the course of 2016 getting the balance sheet in a better spot, preparing ourselves with cash for flexibility to do lots of different things. Once we find ourselves in a commodity environment that encourages

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724087

development, I think that is when you will see us be more philosophical in our views towards wanting to put more capital into the play then we will during the appraisal portion. But probably should stop there, otherwise you're not going to have anything to listen to in March around what is easily the most exciting asset we have today in our portfolio.

**Charles Meade** - *Johnson Rice & Company - Analyst*

Al, that was definitely a helpful philosophical disclosure not a dodge at all. The second question I had, if I could just get you guys to give us a little color or whatever you like to add on what's going on offshore Colombia. It looks like versus what you guys were talking earlier in 2016, you got on that well a little earlier. And I'll just ask for the update there and what we should look for in the next few months.

**Ernie Leyendecker** - *Anadarko Petroleum Corporation - EVP of International and Deepwater Exploration*

Yes, Charles. Hi, this is Ernie. The well that we're on right now, Purple Angel, is on plan. Effectively we spudded some time in December, and we've got operations that are still ongoing now, so we're not quite ready to talk much about it.

But I expect and hope that by the time we get to our March investor analyst day that we'll be a little bit of news to talk about. We are testing effectively the Kronos discovery in this Purple Angel location right now, and when we're done we're go up north and test another analogous structure to the feature we're on right now called Gorgon. So really a lot more to come in the context of the Grand Forte area gas frontier in the future, so we'll leave that for March.

On the other front in the ultra deepwater area we have where we shot the 30,000 square kilometers, we're working on the early processing of that. We've obviously pretty encouraged about what we are seeing. We'll get the final processing done by the end of this year, and we're really starting to think about planning and have identified some ideas to test hopefully in 2018. And we're starting the pre-drilling prep work in terms of permitting and environmental impact assessment and the requirements to get ready to do that, as well as the drilling rig requirements that we are starting to test wells in this pretty deep water out there in the Grand Col area. So that's where we are in Colombia today.

**Charles Meade** - *Johnson Rice & Company - Analyst*

Thanks for that detail, Ernie.

**Operator**

Bob Brackett, Bernstein.

**Bob Brackett** - *Sanford C. Bernstein & Co. - Analyst*

Could you talk about the Shenandoah semi-sub concept, and give us some idea of maybe how you chose that concept, the scale of that facility and the steps moving toward FID?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

You bet. Keep in mind that is what of one that's in both Ernie's shop and in Darrell's shop. So it sort of -- it's neither fish nor fowl, so we're going to hand that in two parts here. Let me have Ernie just speak a little bit about where we are geologically with our understanding of the asset, or the opportunity of the asset. And then Darrell'll answer the question about the production solution.

**Ernie Leyendecker** - *Anadarko Petroleum Corporation - EVP of International and Deepwater Exploration*

Last year we drilled the number five well where we found yet over 1,000 feet of hay, and we have moved onto the sixth appraisal well. We're taking a measured approach to continue to delineate the resources, in particular on the east side of the structure as we drilled through -- past the number two, three and four wells and

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APC-00724088

learned about a little bit of the complexities, structural complexities on the feature, we felt we needed some more comfort around the resource in place towards the east, as well as trying to penetrate the physical oil-water contacts.

So the number six well we're drilling today is designed really to test part of the eastern side of the field for reservoir continuity, as well as cut some oil-water contacts, which we haven't physically done yet. We're hopeful, of course, that the well will penetrate those. I can also share with you that the well is designed ultimately to be kept as a keeper, and potentially be a producible well ultimately one day when we see ourselves as a final solution for the field.

**Darrell Hollek** *- Anadarko Petroleum Corporation - EVP of Operations*

Bob, this is Darrell. As you're aware, we were looking at both semi-sub and SPAR. We've got both of those in our fleets today, so were very familiar with both of them. It just came to a point rather than spend the time and energy to do feeds on both of those structures, we saw the flexibility in the semi-sub, not only for taking on what we think we may have there, Shenandoah, but understand that we have a lot of prospectivity in the area itself.

And so as you look at long term trying to build a hub in the area, we just felt from a payload standpoint the semi-sub gave us a lot more flexibility. So as we move forward here trying to understand our path to sanction, we're just trying to understand how we would handle the semi-sub, but were clearly in the camp that's what it will be if we get to FID.

**Bob Brackett** *- Sanford C. Bernstein & Co. - Analyst*

If I interpret that little, a standard 80,000 barrels spar wasn't big enough to handle the volumes you expect to come off Shenandoah?

**Darrell Hollek** *- Anadarko Petroleum Corporation - EVP of Operations*

I would say it doesn't give us the flexibility for the entire area. We're still learning my Shenandoah itself, so that in itself we want that flexibility. But when you look at the entire area and the prospectivity and the leases that we actually have today, we want to make sure we have the flexibility to grow that facility, if need be.

**Bob Brackett** *- Sanford C. Bernstein & Co. - Analyst*

And on that 1,000 foot of oil, do you think that's all in pressure communication and there's a single oil-water contact? And what do you think about the energy or the drive on that oil-water contacts?

**Darrell Hollek** *- Anadarko Petroleum Corporation - EVP of Operations*

Actually you may recall, there are multiple Wilcox reservoirs in that discovery solution. Each every one of them may have a separate oil-water contact, and they are not likely connected vertically. So we're treating them independently, and we've got to really understand each and every one of the reservoir flow units there.

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

I think, Bob, Al here. In closing I think until we find the oil-water contact here, either in this next well or, frankly, even if we need to one thereafter, our ability to understand the fluid dynamics will be significantly better than they are today.

**Bob Brackett** *- Sanford C. Bernstein & Co. - Analyst*

Thank you.

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

You bet.

[ PAGE　\\* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 01, 2017 / 02:00PM, GMT, APC - Q4 2016 Anadarko Petroleum Corp Earnings Call

**Operator**

John Herrlin, Societe Generale.

**John Herrlin** - *Societe Generale - Analyst*

I won't try to front the March meeting, but I'll ask a spending question anyway. Given your balance sheet capacity, you have a lot more flexibility than you did last year.

Should we expect during 2017 or 2018 that you increase your long-cycle exposure versus your short-cycle activity? That's question one. And then question two is on the Freeport properties, do you think you have as much subsea tie-back potential as what you've indicated on the traditional Anadarko deepwater Gulf of Mexico facilities?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

John, to answer the cycle question, to start with that one, I cannot anticipate today that the application of some of the cash as you will see it billed to the course of this year would be disproportionate in a sense that's -- I think the mix, to answer I guess that way, would be consistent with the capital plan we roll out in March. So I don't think you should expect that capital allocation would change as we think about how to deploy that cash. It will be still largely short-cycle.

I don't think today we are limiting Ernie or Mitch with the long-cycle things that they have as option value in our portfolio with capital. So it's really not a need to reallocate that capital into the longer-cycle things that either Mitch or Ernie are working on.

And I think you should expect that the mix that we talk about in March would be the same mix as we roll forward. Where we to deploy some of that cash, and in fact would say the cash would initially go most like to the Delaware first, DJ second and the deepwater Gulf of Mexico third.

Now on the subsea tie-backs, I'll let Darrell address that. But in general we've been very pleased with the subsea tie-back opportunities we've seen since we've taken over the Freeport properties.

**Darrell Hollek** - *Anadarko Petroleum Corporation - EVP of Operations*

John, as far as what they have in inventory, we're just now getting our arms around it. But we understood that they had opportunities. As we look at them today, I would say there's at least a dozen to maybe 20 of those development opportunities that I think can compete in our portfolio.

I think what it doesn't speak to is some of the expiration opportunities we've picked up near that same infrastructure. So I would say they're in excess of that. It doesn't double our existing portfolio, but I tell you, it adds a lot of depth to the portfolio we have for future tie-backs. We feel really good about it.

If I go back to Al's point on capital, the only thing I'd remind you of, if you think of last year, we pulled back hard when prices went down, and most of that pullback was in onshore. And so as you look at what we're doing right now in ramping up, I think you'll see probably a lot of money going back into onshore now, because we are somewhat limited in deepwater with the rig fleet we have.

**John Herrlin** - *Societe Generale - Analyst*

Great. Thank you.

**Operator**

David Heikkinen, Heikkinen Energy Advisors.

**David Heikkinen** - *Heikkinen Energy Advisors - Analyst*

[ PAGE \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

APC-00724090

Good morning, and thanks for taking my question. Al, I'm hoping to elicit some of your thoughts on the trajectory of operating expenses into 2017 that really follow on the accomplishments you highlighted in 2016. Can you just talk about as you focus on the three Ds what happens on the cost side?

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

Well, I think like many, we anticipate that as industry increases the number of rigs in the Permian that the completion costs there will certainly be under pressure. I think both of the primary, or two of the largest service companies have already come out with their own thoughts about what that might look like.

We know from just a cost of service being provided it's likely to go up. So were not arguing that one. I think what we'll continue to do is some of the things that I'll ask Darrell to speak to a little bit, because I think we're all pretty proud of the efficiency gains that were achieved, and really the lower cost that I made reference to in my prepared remarks of less than $3 per BOE, those were not from anything more than efficiency gains and increased volumes in order to get that unit cost down.

So it's really, it's speaking to the leverage that we've been able to create off of the fixed costs and the limited pressure we had in 2016 on the variable costs. Obviously in 2017 and 2018 the variable costs are going to go up. And Darrell, maybe with that as an intro, you can talk a little bit about some of things that we're seeing on the pressure on prices with some of the services that we're now dealing with since everybody knows they're going to go up.

**Darrell Hollek** *- Anadarko Petroleum Corporation - EVP of Operations*

Let's start with the capital side. I think by far there will be pressure, we understand that. We were very fortunate to have the service sector work with us as close as they did when things were declining as fast as they were on the commodity cycle.

It's clear that they're going to have to get a better margin so that they too stay in business. So we expect that to go up. We're working very closely with our providers right now so that we can sort of minimize that to the extent we can, but the pressure is going to be there.

I think from an LOE standpoint there's a lot of things that really happened in our favor in 2016, in that again we talked about the additional production because we focus on that base. So we end up with some volumes on a BOE basis that didn't necessarily expect, but we also had, again, a lot of reductions, and whether it be personnel costs, chemical costs, you name it, we had the advantage of that.

And in some cases early in the year when prices were down below $30, we didn't do the work-overs and things that we may traditionally have done because the economics weren't there. And so I think as you look into 2017, we may not be hold onto that. And I think the thing you've got to remember, too, is that as we move to oil there'll be pressure on that LOE as well. But with that comes a much higher margin.

So I think the guys did a fantastic job this year. To Al's point, a lot of that we'll be able to hold onto, but there'll be some pressure on the LOE number as we move forward.

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

David, just to reiterate the obvious, particularly for someone like yourself because I know you know this but I'm make a point anyway. As we move in the Delaware from appraisal to development, Brad will drive down the cost to drill the wells and operate the wells as we move into that pad development mode. And so we do still have a lot of efficiency gains in front of us, even fighting the headwind of higher service costs.

**David Heikkinen** *- Heikkinen Energy Advisors - Analyst*

Al, I'm trying to think this a little sensitive question, but I know that when I was an engineer I wanted to be close to where money was being spent, but then I also put myself in the place of not wanting to live in Midland, Texas. So as you move from the Woodlands to Denver, how is the organization really coalescing around the new structure?

**Al Walker** *- Anadarko Petroleum Corporation - Chairman, President & CEO*

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Well, I think for those engineers and those petro professionals that want to be a part of one of the largest oil discoveries in the world and be a part of the development associated with what we see in a Delaware, professionally it's an incredible opportunity. I think Midland and Denver has places where we think of ourselves of having regional offices to be able to better develop the DJ outside of Denver and the Delaware outside of Midland is the right way for us to think about running the railroad.

And I think the professional challenges and the opportunities associated with being able to be a part of probably one of the largest greenfield developments that are likely to be seen in the careers of most engineers and other petro professionals, living in Midland is a secondary issue. And I think we found that many people have discovered the fact that Midland is a pretty good place to be, At least all of my friends that have lived out there all of lives certainly think that's the case.

They're not too excited about their small city getting a lot larger. If you lived in Midland, which I haven't, but I have a lot of friends out there, it's a pretty good place to call home. Yes, it's the Woodlands? No. It's got its own advantages and disadvantages, but if you just think about it from a professional opportunity, it is unique. And one that very few people in their career get to be a part of, whether there an engineer in the midstream organization or in the upstream organization, or they're in the growth organization that Shandell Szabo now runs. As we look for other opportunities in and around that, having a presence in Midland, being a part of the Midland community will be as much of a recipe of success as having a Denver regional presence as it was as we developed the DJ.

**David Heikkinen** - *Heikkinen Energy Advisors - Analyst*

That make that make sense, and the operators in the Midland have done a lot to improve the quality of life, as we visited their offices. So thanks for that.

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

You bet.

**Operator**

Ryan Todd, Deutsche Bank.

**Ryan Todd** - *Deutsche Bank - Analyst*

Maybe one follow-up on the Permian first. Can you talk a little bit, you had mentioned various times the shift from delineation to development at some point. Can you talk about what are the key things you're still trying to figure out on the appraisal side?

And kind of key steps to allow you to move toward a full development? And what are you still testing over the course of 2017, both in and outside of the Wolfcamp?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

I think one of the things you can understand and appreciate about where we are currently in the appraisal portion of this play development is that we are aggressively drilling where we can in order to achieve operatorship. We believe as an operator we will be able to do a lot of things that inure to the benefit of our Company over time.

As operator, we understand how we will want to pace that development and that drilling activity and completion activity, and be able to sync it up with our midstream spend. At the same time, as Brad and those that work for Darrell that are day to day in this asset, we continue to have a better understanding of the rock properties that we are dealing with during this appraisal portion so that when Brad is prepared to move into full development, we know how to best optimize the development and the completion techniques associated with those rocks.

I don't think it's any more complicated than that, but I think those that have worked the Delaware will tell you the Wolfcamp is an incredible rock. And it's giving us opportunities, frankly, we've not seen in very many places in North America. And it gives us a lot of understanding, but having said that, we are still trying to best understand how we would in fact go into a full development mode. And Darrell, you might talk just a little bit about that.

**Darrell Hollek** - *Anadarko Petroleum Corporation - EVP of Operations*

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



I think Al summed it up well. I think that the thing that's unique about us is the extensive position we have, and it varies across that position, is what we are finding. It's all very encouraging, but before we go in that development mode we really want to have a good handle on it.

It also helps us understand how we want to position our midstream. The fact that we're able to have more activity today than maybe we were looking at two or three quarters ago is helpful in terms of the trying to get us in that development mode.

It's our hope that by the end of this year we should hopefully start moving down that path and we should see a lot of synergies. We're trying to get there as quick as we can.

Obviously the Wolfcamp A is probably the biggest target for us, but there's still a lot of opportunity inside the Wolfcamp B and the Bone Springs, as we see it, not to mention the Avalon and certain parts of this field. So just a lot of opportunities here to make sure we understand it before we get in that development mode. But I tell you, I'm encouraged that we'll get there sooner than later at the pace we're going at right now.

**Ryan Todd** - *Deutsche Bank - Analyst*

That's great. Are we going to see some Bone Spring wells over the course of 2017?

**Darrell Hollek** - *Anadarko Petroleum Corporation - EVP of Operations*

I think you're liable to see a couple. We're still focused largely on the Wolfcamp at this point, being the deeper horizon.

**Ryan Todd** - *Deutsche Bank - Analyst*

Great. Maybe one last one. I think you touched on this briefly earlier on, but I wasn't sure if I missed the comments, or if you really said much. In terms of cost inflation, can you talk a little bit about what you expect over the course of 2017 and what you're seeing so far?

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

Well, you're right. I didn't address that specifically because I think it relates to vendor conversations and negotiations. If you are dealing it on a well-to-well basis, yes, it's going to go up significantly.

If you looking at it like we do where we're maybe looking at multi-year contractual arrangements, you may not have quite as -- I won't say, you're [won't] have the similar conversation with the service provider, and I think our inclination is to go into a longer contractual period to be able to do something that's a win/win for both of us rather than going well to well. I hope that addresses your question as best as I'm going to try to answer it today.

**Ryan Todd** - *Deutsche Bank - Analyst*

Okay. Thank you

**Al Walker** - *Anadarko Petroleum Corporation - Chairman, President & CEO*

If I could, it's the top of the hour. I know there's other things going on today. I do want to close by saying one more time how much I appreciate what our employees did in 2016.

I think Anadarko, like many other companies, benefited by having a culture that really allowed us to get through an extraordinarily difficult period over the 1.5 years to 2 years. And 2016 seemed to be the absolute bottom of the cycle in many, many ways.

When I think about where our Company was a year ago and where we have it today, it's just nothing can be said short of just thanking the employees for all the hard work, long hours and courageous activities that were undertaken in order to get where we are. To each of them, thank you.

[ PAGE  \* MERGEFORMAT ]

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

CONFIDENTIAL

APC-00724093

**FEBRUARY 01, 2017 / 02:00PM, GMT, APC - Q4 2016 Anadarko Petroleum Corp Earnings Call**

And to those of you still on the phone and those of you that are listening in by recording, we look forward to seeing -- or talking to each of you, rather, in March. As always, don't hesitate to give Robin a call if you have any questions. Thank you.

**Operator**

Thank you, sir. Today's conference has now concluded, and we thank you all for attending today's presentation. You may now disconnect your lines, and have a wonderful day.

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2017 Thomson Reuters. All Rights Reserved.

[ PAGE  \* MERGEFORMAT ]

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

© 2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

APC-00724094

# Exhibit 98

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from              to**

**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1201 Lake Robbins Drive, The Woodlands, Texas** | **77380-1046** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code **(832) 636-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |
| 7.50% Tangible Equity Units | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of the Company's common stock held by non-affiliates of the registrant on June 30, 2016, was $27.3 billion based on the closing price as reported on the New York Stock Exchange.

The number of shares outstanding of the Company's common stock at February 3, 2017, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 558,979,551 |

### Documents Incorporated By Reference

Portions of the Definitive Proxy Statement for the Annual Meeting of Stockholders of Anadarko Petroleum Corporation to be held May 10, 2017 (to be filed with the Securities and Exchange Commission prior to March 31, 2017), are incorporated by reference into Part III of this Form 10-K.

CONFIDENTIAL

Index to Financial Statements

## TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| **PART I** |  |  |  |
| Items 1 and 2. | Business and Properties |  | 4 |
|  | General |  | 4 |
|  | Oil and Gas Properties and Activities |  | 6 |
|  |  | United States | 7 |
|  |  | International | 12 |
|  |  | Proved Reserves | 14 |
|  |  | Sales Volumes, Prices, and Production Costs | 19 |
|  |  | Delivery Commitments | 20 |
|  |  | Properties and Leases | 20 |
|  |  | Drilling Program | 20 |
|  |  | Drilling Statistics | 21 |
|  |  | Productive Wells | 22 |
|  | Midstream Properties and Activities |  | 22 |
|  | Marketing Activities |  | 24 |
|  | Competition |  | 25 |
|  | Segment Information |  | 25 |
|  | Employees |  | 25 |
|  | Regulatory and Environmental Matters |  | 25 |
|  | Title to Properties |  | 28 |
|  | Executive Officers of the Registrant |  | 29 |
| Item 1A. | Risk Factors |  | 31 |
| Item 1B. | Unresolved Staff Comments |  | 47 |
| Item 3. | Legal Proceedings |  | 48 |
| Item 4. | Mine Safety Disclosures |  | 48 |
| **PART II** |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities |  | 49 |
| Item 6. | Selected Financial Data |  | 52 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 53 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk |  | 81 |
| Item 8. | Financial Statements and Supplementary Data |  | 82 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure |  | 161 |
| Item 9A. | Controls and Procedures |  | 161 |
| Item 9B. | Other Information |  | 161 |
| **PART III** |  |  |  |
| Item 10. | Directors, Executive Officers, and Corporate Governance |  | 162 |
| Item 11. | Executive Compensation |  | 162 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters |  | 162 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence |  | 162 |
| Item 14. | Principal Accounting Fees and Services |  | 162 |
| **PART IV** |  |  |  |
| Item 15. | Exhibits, Financial Statement Schedules |  | 163 |

CONFIDENTIAL

APC-00300434

## COMMONLY USED TERMS AND DEFINITIONS

Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. In addition, the following company or industry-specific terms and abbreviations are used throughout this report:

**364-Day Facility** - Anadarko's $2.0 billion 364-day senior unsecured revolving credit facility maturing in January 2018

**3D** - Three-dimensional

**$5.0 Billion Facility** - Anadarko's $5.0 billion senior secured revolving credit facility, which was replaced in January 2015 with the Five-Year Facility and a 364-day facility

**AROs** - Asset retirement obligations

**ASU** - Accounting Standards Update

**Bbl** - Barrel

**Bcf** - Billion cubic feet

**Bcf/d** - Billion cubic feet per day

**BOE** - Barrels of oil equivalent

**CGF(s)** - Central gathering facility(ies)

**COSF** - Centralized oil stabilization facility

**DBJV** - Delaware Basin JV Gathering LLC

**DBM** - Delaware Basin Midstream, LLC

**DD&A** - Depreciation, depletion, and amortization

**EOR** - Enhanced oil recovery

**EPA** - U.S. Environmental Protection Agency

**Fitch** - Fitch Ratings

**Five-Year Facility** - Anadarko's $3.0 billion five-year senior unsecured revolving credit facility maturing in January 2021

**FPSO** - Floating production, storage, and offloading unit

**G&A** - General and administrative expenses

**GAAP** - U.S. Generally Accepted Accounting Principles

**GOM Acquisition** - Acquisition of oil and natural-gas assets in the Gulf of Mexico, which closed on December 15, 2016

**GPM** - Gallons per Mcf

**IPO** - Initial public offering

**km$^2$** - Square kilometers

**LIBOR** - London Interbank Offered Rate

**LNG** - Liquefied natural gas

**MBbls/d** - Thousand barrels per day

**MBOE/d** - Thousand barrels of oil equivalent per day

**Mcf** - Thousand cubic feet

**MMBbls** - Million barrels

**MMBOE** - Million barrels of oil equivalent

**MMBtu** - Million British thermal units

**MMBtu/d** - Million British thermal units per day

**MMcf/d** - Million cubic feet per day

2

CONFIDENTIAL

APC-00300435

Index to Financial Statements

**Moody's** - Moody's Investors Service

**NGLs** - Natural gas liquids

**NYMEX** - New York Mercantile Exchange

**Oil** - Includes crude oil and condensate

**OPEC** - Organization of the Petroleum Exporting Countries

**PUDs** - Proved undeveloped reserves

**SEC** - U.S. Securities and Exchange Commission

**S&P** - Standard and Poor's

**Sonatrach** - The national oil and gas company of Algeria

**Tcf** - Trillion cubic feet

**TEN** - Tweneboa/Enyenra/Ntomme

**TEU or TEUs** - Tangible equity units

**Tronox** - Tronox Incorporated

**TSR** - Total shareholder return

**UOP** - Unit-of-production

**VIE** - Variable interest entity

**WES** - Western Gas Partners, LP, a limited partnership and publicly-traded consolidated subsidiary of Anadarko

**WES RCF** - WES's $1.2 billion five-year senior unsecured revolving credit facility maturing in February 2020

**WGEH** - Western Gas Equity Holdings, LLC, the general partner of WGP

**WGH** - Western Gas Holdings, LLC, the general partner of WES

**WGP** - Western Gas Equity Partners, LP, a limited partnership and publicly-traded consolidated subsidiary of Anadarko

**WGP RCF** - WGP's $250 million three-year senior secured revolving credit facility maturing in March 2019

**Zero Coupons** - Anadarko's Zero-Coupon Senior Notes due 2036

3

CONFIDENTIAL                                                                    APC-00300436

Index to Financial Statements

## PART I

### Items 1 and 2.  Business and Properties

### GENERAL

Anadarko Petroleum Corporation is among the world's largest independent exploration and production companies, with approximately 1.7 billion BOE of proved reserves at December 31, 2016. Anadarko's mission is to deliver a competitive and sustainable rate of return to shareholders by developing, acquiring, and exploring for oil and natural-gas resources vital to the world's health and welfare. Anadarko's asset portfolio is aimed at delivering long-term value to stakeholders by combining a large inventory of development opportunities in the U.S. onshore and the Gulf of Mexico with high-potential worldwide exploration and development activities.

Anadarko's portfolio includes U.S. onshore assets in the lower 48 states and Alaska. The Company is also among the largest independent producers in the deepwater Gulf of Mexico and has exploration and production activities internationally, including activities in Algeria, Ghana, Mozambique, Colombia, Côte d'Ivoire, and other countries.

Anadarko is committed to producing energy in a manner that protects the environment and public health. Anadarko's focus is to deliver resources to the world while upholding the Company's core values of integrity and trust, servant leadership, people and passion, commercial focus, and open communication in all business activities.

Anadarko's business segments are managed separately due to distinct operational differences and unique technology, distribution, and marketing requirements. The Company's three reporting segments are as follows:

**Oil and gas exploration and production**—This segment explores for and produces oil, natural gas, and NGLs and plans for the development and operation of the Company's LNG project in Mozambique.

**Midstream**—This segment engages in gathering, processing, treating, and transporting Anadarko and third-party oil, natural-gas, and NGLs production as well as gathering and disposal of produced water. The Company owns and operates gathering, processing, treating, transportation, and produced-water disposal systems in the United States for oil, natural gas, NGLs, and produced water.

**Marketing**—This segment sells much of Anadarko's oil, natural-gas, and NGLs production as well as third-party purchased volumes. The Company actively markets oil, natural gas, and NGLs in the United States and oil, NGLs, and its anticipated LNG production from Mozambique internationally.

This Annual Report on Form 10-K and the documents incorporated herein by reference contain forward-looking statements based on expectations, estimates, and projections as of the date of this filing. These statements by their nature are subject to risks, uncertainties, and assumptions and are influenced by various factors. As a consequence, actual results may differ materially from those expressed in the forward-looking statements. See *Risk Factors* under Item 1A of this Form 10-K.

4

CONFIDENTIAL

APC-00300437

**Available Information** The Company's corporate headquarters is located at 1201 Lake Robbins Drive, The Woodlands, Texas 77380-1046, and its telephone number is (832) 636-1000. The Company files or furnishes Annual Reports on Form 10-K; Quarterly Reports on Form 10-Q; Current Reports on Form 8-K; registration statements, or any amendments thereto; and other reports and filings with the SEC. Anadarko provides access free of charge to all of these SEC filings, as soon as reasonably practicable after filing or furnishing, on its website located at investors.anadarko.com/sec-filings. The Company will also make available to any stockholder, without charge, printed copies of its Annual Report on Form 10-K as filed with the SEC. For copies of this Form 10-K, or any other filing, please contact Anadarko Petroleum Corporation, Investor Relations, P.O. Box 1330, Houston, Texas 77251-1330; call (855) 820-6605; send an email to investor@anadarko.com; or complete an information request on the Company's website at www.anadarko.com by selecting Investors/Shareholder Resources/Shareholder Services.

The public may read and copy any materials Anadarko files with the SEC at the SEC's Public Reference Room at 100 F Street, N.E., Washington, DC 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC maintains a website at www.sec.gov that contains reports, proxy and information statements, and other information regarding issuers, including Anadarko, that file electronically with the SEC.

5

CONFIDENTIAL    APC-00300438

Table of Contents

Index to Financial Statements

## OIL AND GAS PROPERTIES AND ACTIVITIES

The map below illustrates the locations of Anadarko's significant oil and natural-gas exploration and production operations:



6

CONFIDENTIAL

APC-00300439

Index to Financial Statements

**United States**

*Overview* Anadarko's U.S. operations include oil and natural-gas exploration and production in the U.S. onshore, deepwater Gulf of Mexico, and Alaska. The Company's U.S. operations accounted for 89% of sales volumes and 80% of sales revenues during 2016 and 90% of proved reserves at year-end 2016.

*U.S. Onshore* Anadarko's U.S. onshore properties include oil and natural-gas plays located in Colorado, Texas, Utah, Wyoming, Pennsylvania, Louisiana, and Kansas, where the Company operates approximately 12,700 wells and owns interests in approximately 3,500 nonoperated wells.

The map below illustrates the locations of Anadarko's U.S. onshore oil and natural-gas exploration and production operations:



Activities in the U.S. onshore during 2016 primarily focused on adding reserves through horizontal drilling and infill drilling, optimizing wellbore and completion design, improving cost structure, delivering efficient production, and delineating positions in the Delaware and DJ basins. Process improvements and optimization projects assisted in providing both lower costs and cycle-time improvements. The Company drilled 207 wells and completed 384 wells in the U.S. onshore during 2016. The Company also divested non-core U.S. onshore assets, primarily in West Texas, East Texas/Louisiana, Wyoming, and Kansas and expects to divest additional non-core U.S. onshore assets during the first quarter of 2017 as discussed further below. In 2017, the Company expects to continue its horizontal drilling program, focusing on the Delaware and DJ basins.

7

CONFIDENTIAL                                                                                      APC-00300440

The Company also has fee ownership of mineral rights, known as the Land Grant, under approximately eight million acres that pass through Colorado and Wyoming and into Utah. Management considers the Land Grant a significant competitive advantage for Anadarko as it enhances the Company's economic returns from production, offers drilling opportunities for the Company without expiration, and allows the Company to capture royalty revenue from third-party activity on Land Grant acreage.

*Delaware Basin*  Anadarko holds interests in over 580,000 gross acres in the Delaware basin. Anadarko's 2016 drilling activity primarily targeted the Wolfcamp shale play, liquids-rich Bone Spring 2 tight sands, and Avalon shale play. In 2016, Anadarko drilled 103 operated wells and participated in 36 nonoperated wells. The full-year 2016 average drilling cost per foot was reduced by approximately 26% and drilling cycle time was reduced by 11% relative to 2015. Significant infrastructure continues to be added to facilitate future growth from this asset as discussed in *Midstream Properties and Activities*. The Company had 6 operated drilling rigs in the first quarter of 2016, ended 2016 with 9 operated drilling rigs, and expects to increase to 14 operated drilling rigs by the end of the first quarter of 2017.

The successful Wolfcamp shale delineation program continues to deliver encouraging results across the majority of Anadarko's acreage position. Anadarko is testing multiple zones within the Wolfcamp shale and several development concepts for increased efficiency. Included in these development concepts are multi-well pads, extended laterals, enhanced completion designs, and horizontal-well spacing. The Company has identified more than 7,000 potential short-lateral-equivalent drilling locations in the Wolfcamp formation that are expected to provide substantial opportunity for Anadarko's future activity in the basin.

*DJ Basin*  Anadarko holds interests in over 350,000 net acres in its core position and operates approximately 5,200 vertical wells and 1,220 horizontal wells in the DJ basin. The field contains the Niobrara and Codell formations, which are naturally fractured formations that hold both liquids and natural gas. During 2016, the Company's drilling program focused entirely on horizontal development, drilling 91 horizontal wells. Horizontal drilling results in the field continue to be strong, with economics that are enhanced by the Company's ownership of the Land Grant and recent operational efficiencies in drilling and completions. In the second quarter of 2016, the Company commissioned its COSF, further discussed in *Midstream Properties and Activities*.

Drilling spud-to-rig-release cycle time average improved from 6.3 days in 2015 to 4.7 days in 2016. The full-year 2016 average drilling cost per foot was reduced by approximately 14% and completion capital was reduced by 23% relative to 2015. Operated well capital costs in 2016 have decreased to less than $2.5 million from approximately $3.5 million in 2015 for a short-lateral-equivalent well, driven by continued operational efficiencies and supply-chain savings. The Company had two operated drilling rigs in the first quarter of 2016, ended 2016 with five operated drilling rigs, and added a sixth drilling rig in January 2017.

*Greater Natural Buttes*  The Greater Natural Buttes area in eastern Utah is one of the Company's major tight-gas assets. The Company has cryogenic and refrigeration processing facilities available in this area to extract NGLs from the natural-gas stream. The Company operated the field at a reduced activity level for the majority of 2016 due to capital being diverted to higher-margin projects. The Company operates approximately 2,930 wells in the area. Focus in the field shifted to increasing operating margins through the reduction of expenses and optimization of base production.

*Eaglebine*  Anadarko holds 172,000 gross acres in the Eaglebine shale in Southeast Texas, most of which is held by existing Austin Chalk production. In 2016, Anadarko continued to delineate and develop this acreage by drilling five operated horizontal wells with a one-rig program. Under a carried-interest arrangement entered into in 2014, which requires a third party to fund $442 million of Anadarko's capital costs in exchange for a 34% working interest in the Eaglebine development, Anadarko has generated positive cash flow in the challenged price environment of 2016. As of December 31, 2016, $151 million of the total $442 million carry obligation had been funded.

*Greater Green River Basin*  Anadarko operates over 960 wells in the Moxa field in Wyoming and also carries a nonoperated position in 430 wells. Much of this producing area is located within the Land Grant, which enhances the Company's economics in projects in the area. During 2016, Anadarko drilled and completed three carried exploration wells on the Land Grant.

8

CONFIDENTIAL    APC-00300441

*Marcellus*  The Company holds 195,000 net acres in the Marcellus shale of the Appalachian basin. In 2016, Anadarko participated in the drilling of two nonoperated horizontal wells. During the year, the field focused on water management and well optimization, decreasing expenses and increasing margins. In December 2016, the Company entered into an agreement to sell its Marcellus oil and natural-gas assets and certain related midstream assets for approximately $1.2 billion. This transaction is expected to close in the first quarter of 2017.

*Eagleford*  The Eagleford shale development in South Texas consists of approximately 155,000 net acres and over 1,400 producing wells. In 2016, the Company drilled 3 wells, completed 29 wells, and brought 74 wells online. In the last three quarters of 2016, the field shifted its focus to base production optimization by completing an artificial lift program that improved performance and continued optimization of its infield gathering system. In January 2017, the Company entered into an agreement to sell its Eagleford oil and natural-gas assets for approximately $2.3 billion. This transaction is expected to close in the first quarter of 2017.

**Gulf of Mexico**  Including the GOM Acquisition described below, as of December 31, 2016, Anadarko owns an average working interest of 70% in 327 blocks in the Gulf of Mexico, operates 10 active floating platforms, and holds interests in 39 fields. The Company continued an active deepwater development and appraisal program in the Gulf of Mexico during 2016 as it continues to take advantage of existing infrastructure to cost-effectively develop known resources.

The map below illustrates the locations of Anadarko's Gulf of Mexico oil and natural-gas exploration and production operations:



9

CONFIDENTIAL

APC-00300442

*Acquisition*

In December 2016, the Company closed the GOM Acquisition for approximately $1.8 billion using net proceeds from the September 2016 issuance of 40.5 million shares of its common stock. The GOM Acquisition expanded Anadarko's operated infrastructure in the region, doubling its net oil production from the Gulf of Mexico to more than 160 MBbls/d. The GOM Acquisition doubled the Company's ownership in the Lucius development, increased its ownership in the Company's Heidelberg asset, and resulted in a 100% working interest in the Horn Mountain, Marlin, and Holstein fields. Drilling is expected to begin in the first quarter of 2017 on the newly acquired assets, which each have multiple high-quality tie-back opportunities. The acquired assets are expected to generate substantial cash flow over the next five years at current strip prices, enabling accelerated investment in Anadarko's Delaware and DJ basin assets.

*Development*

*Lucius*  The Company successfully drilled and completed the seventh development well in 2016. The well encountered 475 net feet of high-quality oil pay and was brought online in early 2016. The field continues to demonstrate favorable connectivity and strong aquifer support, improving well deliverability. The spar, located in Keathley Canyon Block 875 at a water depth of 7,000 feet, reached peak production of more than 100 MBbls/d of oil in 2016, exceeding the facility nameplate capacity of 80 MBbls/d. The Company more than doubled its interest in the field from 23.8% to approximately 49% through the GOM Acquisition. Anadarko expects to drill and complete the eighth development well in 2017.

*Caesar/Tonga*  At Caesar/Tonga (33.75% working interest), the Company successfully drilled and completed a sixth development well, which came online in the first quarter of 2016. Anadarko also successfully completed a seventh development well in 2016, which encountered more than 500 net feet of oil pay and began producing in the second quarter of 2016. Continued success at Caesar/Tonga resulted in peak production of more than 60 MBbls/d of oil. The Company sanctioned a Phase 2 development plan during the fourth quarter of 2015 and manufactured and installed subsea infrastructure in 2016.

*Constellation*  The Company acquired a 33.33% operated working interest in the Constellation discovery (formerly Hopkins) and was named operator after reaching a co-development agreement with a third party. Development drilling is expected to begin in 2017, and the field is expected to be tied back to Anadarko's Constitution spar.

*K2 Complex*  At K2 (41.8% working interest), the GC 561#3 development well, drilled in the second quarter of 2015, found 331 net feet of oil pay and was brought online in the second quarter of 2016. The GC 562#6 development well was drilled and completed in 2016, with production anticipated in the second quarter of 2017.

*Heidelberg*  The Company realized first production at the Anadarko-operated Heidelberg spar in January 2016, when the first three wells were brought online. The fourth well, which encountered 185 net feet of oil pay, came online in the third quarter of 2016. After encountering water in its first penetration, the fifth well was sidetracked and encountered 191 net feet of oil pay. The Company expects the well to be brought online in the first quarter of 2017.

In 2013, the Company entered into a carried-interest arrangement requiring a third party to fund $860 million of capital costs in exchange for a 12.75% working interest in the project. The carry commitment covered the majority of Anadarko's capital costs through first production. In the third quarter of 2016, all of the carry obligation had been funded. The Company increased its working interest in the field from 31.5% to 44% through the GOM Acquisition.

10

CONFIDENTIAL                                                                                              APC-00300443

Index to Financial Statements

*Appraisal*

*Shenandoah* Anadarko and its partners are continuing to work toward determining the commerciality of the Shenandoah field. The Company has selected a Semisubmersible concept to support the potential development as part of these efforts. The front-end engineering design (FEED) on the Semisubmersible will continue while Anadarko continues appraisal drilling to further delineate the opportunity before making a future sanctioning decision.

The Company spud the Shenandoah-5 well, the fourth appraisal well at the Shenandoah discovery (33% working interest), in the first quarter of 2016. The well encountered more than 1,040 net feet of oil pay, extending the resource in the central-to-eastern limits of the field. The well has been secured for potential future production operations. The Shenandoah-6 appraisal well was spud in the fourth quarter of 2016. The drilling objective is to establish the oil-water contact on the eastern flank of the field and to help quantify the resource potential of the basin. During 2016, Anadarko increased its working interest in Shenandoah from 30% to 33% by participating in a preferential-right process.

*Phobos* The Phobos appraisal well (100% working interest) encountered more than 90 net feet of oil pay in the secondary objective Pliocene-aged reservoir and approximately 130 net feet of oil pay from the primary objective Wilcox-aged reservoirs. Phobos is located approximately 12 miles south of the Anadarko-operated Lucius facility. Phobos is currently being evaluated as a tie-back candidate to the Anadarko-operated Lucius spar.

*Exploration*

*Warrior* The Warrior exploration well (65% working interest) encountered more than 210 net feet of oil pay in multiple high-quality Miocene-aged reservoirs. The Warrior discovery is located approximately three miles from the Anadarko-operated K2 field and is expected to be tied back to the Marco Polo production facility. Anadarko expects to drill the first appraisal well in 2017.

***Alaska*** Anadarko's nonoperated (22% working interest) oil production and development activity in Alaska is concentrated on the North Slope. Gross production from the Colville River Unit averaged approximately 60 MBbls/d of oil during the fourth quarter of 2016.

The operator completed an active drilling campaign in 2016, including nine development wells, one appraisal well, and two successful exploration wells. The Willow oil discovery was announced by the operator during the first quarter of 2017. Initial production could occur as early as 2023 subject to appraisal results, development planning, and timely permit approvals.

11

CONFIDENTIAL

APC-00300444

**International**

*Overview* Anadarko's international operations include oil, natural-gas, and NGLs production and development in Algeria and Ghana, along with activities in Mozambique, where the Company continues to make progress towards a final investment decision on an LNG development. The Company also has exploration acreage in Colombia, Côte d'Ivoire, Mozambique, and other countries. International locations accounted for 11% of Anadarko's sales volumes and 20% of sales revenues during 2016 and 10% of proved reserves at year-end 2016. In 2017, the Company expects to focus its exploration and appraisal activity in Côte d'Ivoire and Colombia.

*Algeria* Anadarko is engaged in production and development operations in Algeria's Sahara Desert in Blocks 404 and 208, which are governed by a Production Sharing Agreement between Anadarko, Sonatrach, and other partners. The Company is responsible for 24.5% of the development and production costs for these blocks. The Company produces oil through the Hassi Berkine South and Ourhoud central processing facilities (CPFs) in Block 404 and oil and NGLs through the El Merk CPF in Block 208. Gross production through these facilities averaged more than 376 MBbls/d in 2016, an increase of 8 MBbls/d from 2015. Production increases were driven by reservoir optimization at El Merk and completion of an increased water-handling project at the Ourhoud CPF, which doubled the water and gas handling capacities. The Company drilled two development wells in 2016. Late in 2016, members of OPEC agreed to reduce production output for the first six months of 2017. Anadarko expects minimal production impact from this reduction.

*Ghana* Anadarko's production and development activities in Ghana are located offshore in the West Cape Three Points Block and the Deepwater Tano Block.

The Jubilee field (27% nonoperated participating interest), which spans both the West Cape Three Points Block and the Deepwater Tano Block, averaged gross production of 74 MBbls/d of oil in 2016. An average of 59 MMcf/d of natural gas was exported from the Jubilee field to an onshore gas processing plant in satisfaction of a commitment established in conjunction with the Jubilee development plan. In 2016, the operator announced that damage to the FPSO turret bearing had occurred. As a result, new production and offtake procedures were implemented, and the partners agreed to a long-term solution to convert the FPSO to a permanently-moored facility. Interim mooring of the vessel commenced in the fourth quarter of 2016 and is expected to be completed during the first quarter of 2017. Final decisions and approvals will be sought for the long-term turret system solution in the first half of 2017. It is anticipated that a facility shutdown of up to 12 weeks may be required in the second half of 2017. The partnership is actively seeking optimization solutions to minimize the duration of any shutdown period. Including the impact of the potential facility shutdown, the operator expects the average gross production from the Jubilee field to be more than 68 MBbls/d in 2017.

The TEN project (19% nonoperated participating interest) is located in the Deepwater Tano Block. The TEN project uses an 80 MBbls/d-capacity FPSO for production from subsea wells. The project achieved first oil in the third quarter of 2016 and first liftings during the fourth quarter of 2016. Production rates ramped up from first production through the fourth quarter to a December 2016 average of approximately 54 MBbls/d.

*Mozambique* Anadarko operates Offshore Area 1 (26.5% participating interest), which totals approximately 1.2 million gross acres. The Company is progressing three elements that will position the project for execution and deliver future value: the legal and contractual framework to develop LNG in Mozambique, project finance, and long-term LNG sales contracts.

*Development* Anadarko continues to engage with the Government of Mozambique to conclude the legal and contractual framework required to support investment. The foundation for the legal and contractual framework is the Decree Law published in 2014 and ratified in July 2015. The Company continues to work with construction and installation contractors to identify opportunities to optimize costs and reduce execution risk once the project progresses to the construction phase. In 2016, Anadarko and its partners formally launched the project financing process and continued to progress significant LNG long-term sales contracts. During the fourth quarter of 2016, the Government of Mozambique approved the Resettlement Plan that was submitted in June 2016. This marks a critical step on the path to commence resettlement implementation, which will facilitate clearance of the project site to begin construction of the LNG facility. The Development Plan for the initial two-train onshore project was submitted to the Government of Mozambique in the fourth quarter of 2016.

12

CONFIDENTIAL
APC-00300445

Index to Financial Statements

*Exploration*  In Offshore Area 1, the Company continues to reprocess 3D seismic data covering the Orca, Tubarão, and Tubarão Tigre discovery areas, in accordance with the appraisal program submitted to the Government of Mozambique in the first quarter of 2015.

***Colombia***  Anadarko controls the exclusive rights to explore or conduct technical evaluation activities on eight blocks totaling approximately 15 million gross acres. The COL 1, COL 2, COL 6, and COL 7 blocks are operated at a 100% working interest, and the blocks in the Grand Fuerte area are operated at a 50% working interest.

In the Grand Fuerte area, the Purple Angel-1 exploration well (50% working interest) spud during the fourth quarter of 2016, and operations are ongoing. The well is designed to test objectives similar to those at Anadarko's 2015 play-opening Kronos discovery. The rig will mobilize to drill the Gorgon prospect, also located in the Purple Angel Block, following the completion of operations at the Purple Angel-1 well. The Gorgon-1 exploration well will test an analogous structure along trend to the Kronos discovery.

In the Grand COL area, acquisition of the approximately 30-thousand $km^2$ Esmeralda 3D seismic survey was completed in the third quarter of 2016.

***Côte d'Ivoire***  Anadarko owns an operated working interest in four offshore blocks totaling approximately 1.0 million gross acres, including CI-103, with a 65% working interest, and CI-527, CI-528, and CI-529, each with a 90% working interest.

*Appraisal*  At Paon (CI-103), appraisal continued in 2016. The Paon-5A horizontal well, Anadarko's first horizontal deepwater well, encountered nearly 100 net feet of oil pay, successfully appraising the discovery. A second deepwater horizontal well was drilled at the Paon-3AR sidetrack and encountered approximately 120 net feet of oil pay. Following the appraisal drilling campaign, Anadarko completed a successful drillstem and interference testing program at Paon.

*Exploration*  Two exploration wells were drilled to the southeast of Paon during 2016, targeting similar-aged sands along trend to the Paon discovery. The Rossignol-1X well (CI-528) encountered well-developed sands and found approximately 15 feet of net oil pay on water. The Pelican-1X well (CI-527) encountered approximately 70 feet of net oil pay in two separate intervals. Anadarko is currently evaluating its 2017 Côte d'Ivoire drilling program.

***Other***  Anadarko also holds exploration interests in other offshore international areas including Canada, Kenya, New Zealand, and South Africa, among others.

13

CONFIDENTIAL                                                                  APC-00300446

Index to Financial Statements

**Proved Reserves**

Estimates of proved reserves volumes owned at year end, net of third-party royalty interests, are presented in Bcf at a pressure base of 14.73 pounds per square inch for natural gas and in MMBbls for oil and NGLs. Total volumes are presented in MMBOE. For this computation, one barrel is the equivalent of 6,000 cubic feet of natural gas. Shrinkage associated with NGLs has been deducted from the natural-gas reserves volumes. Proved reserves are estimated based on the average beginning-of-month prices during the 12-month period for the respective year.

Disclosures by geographic area include the United States and International. For 2016, the International geographic area consisted of proved reserves located in Algeria and Ghana, which by country and in total represented less than 15% of the Company's total proved reserves.

*Summary of Proved Reserves*

| | Oil (MMBbls) | Natural Gas (Bcf) | NGLs (MMBbls) | Total (MMBOE) |
|---|---|---|---|---|
| **December 31, 2016** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | 360 | 3,637 | 193 | 1,159 |
| International | 147 | 25 | 15 | 166 |
| Undeveloped | | | | |
| United States | 181 | 762 | 75 | 383 |
| International | 14 | — | — | 14 |
| Total proved | 702 | 4,424 | 283 | 1,722 |
| | | | | |
| **December 31, 2015** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | 332 | 5,184 | 257 | 1,453 |
| International | 159 | 30 | 15 | 179 |
| Undeveloped | | | | |
| United States | 193 | 807 | 68 | 396 |
| International | 29 | — | — | 29 |
| Total proved | 713 | 6,021 | 340 | 2,057 |
| | | | | |
| **December 31, 2014** | | | | |
| Proved | | | | |
| Developed | | | | |
| United States | 352 | 6,635 | 304 | 1,762 |
| International | 190 | 27 | 13 | 207 |
| Undeveloped | | | | |
| United States | 352 | 2,033 | 162 | 853 |
| International | 35 | 4 | — | 36 |
| Total proved | 929 | 8,699 | 479 | 2,858 |

The Company's proved reserves product mix increased to 57% liquids in 2016, compared to 52% in 2015 and 49% in 2014. The Company's year-end 2016 proved reserves product mix was 40% oil, 43% natural gas, and 17% NGLs.

14

CONFIDENTIAL

APC-00300447

Changes to the Company's proved reserves during 2016 are summarized in the table below:

| MMBOE | 2016 | 2015 | 2014 |
|---|---|---|---|
| **Proved Reserves** | | | |
| January 1 | **2,057** | 2,858 | 2,792 |
| Reserves additions and revisions | | | |
| Discoveries and extensions | **40** | 29 | 63 |
| Infill-drilling additions [1] | **69** | 89 | 577 |
| Drilling-related reserves additions and revisions | **109** | 118 | 640 |
| Other non-price-related revisions [1] | **191** | 289 | (137) |
| Net organic reserves additions | **300** | 407 | 503 |
| Acquisition of proved reserves in place | **97** | 1 | — |
| Price-related revisions [1] | **(147)** | (624) | (1) |
| Total reserves additions and revisions | **250** | (216) | 502 |
| Sales in place | **(294)** | (279) | (124) |
| Production | **(291)** | (306) | (312) |
| December 31 | **1,722** | 2,057 | 2,858 |
| **Proved Developed Reserves** | | | |
| January 1 | **1,632** | 1,969 | 2,003 |
| December 31 | **1,325** | 1,632 | 1,969 |

[1] Combined and reported as revisions of prior estimates in the Company's *Supplemental Information on Oil and Gas Exploration and Production Activities (Supplemental Information)* under Item 8 of this Form 10-K. Reserves related to infill-drilling additions are treated as positive revisions. Price-related revisions reflect the impact of current prices on the reserves balance at the beginning of each year. Other non-price-related revisions in 2016 are primarily a reflection of performance improvements coupled with the benefit of reduced year-end costs.

Proved reserves are estimated based on the average beginning-of-month prices during the 12-month period for the respective year. The average prices used to compute proved reserves at December 31, 2016, were $42.75 per Bbl for oil, $2.48 per MMBtu for natural gas, and $19.74 per Bbl for NGLs.

The Company's estimates of proved developed reserves, PUDs, and total proved reserves at December 31, 2016, 2015, and 2014, and changes in proved reserves during the last three years are presented in the *Supplemental Information* under Item 8 of this Form 10-K. Also presented in the *Supplemental Information* are the Company's estimates of future net cash flows and discounted future net cash flows from proved reserves. See *Critical Accounting Estimates* under Item 7 of this Form 10-K for additional information on the Company's proved reserves.

The Company has not yet filed information with a federal authority or agency with respect to its estimated total proved reserves at December 31, 2016. Annually, Anadarko reports gross proved reserves for U.S.-operated properties to the U.S. Department of Energy. These reported reserves are derived from the same database used to estimate and report proved reserves in this Form 10-K.

15

CONFIDENTIAL

APC-00300448

***Changes in PUDs*** Changes to PUDs during 2016 are summarized in the table below. The Company's year-end development plans and associated PUDs are consistent with SEC guidelines for PUDs development within five years unless specific circumstances warrant a longer development time horizon.

| *MMBOE* | |
|---|---:|
| PUDs at January 1, 2016 | **425** |
| Revisions of prior estimates | **70** |
| Extensions, discoveries, and other additions | **5** |
| Conversions to developed | **(118)** |
| Purchases | **30** |
| Sales | **(15)** |
| PUDs at December 31, 2016 | **397** |

***Revisions*** Revisions of prior estimates reflect Anadarko's ongoing evaluation of its asset portfolio. In 2016, PUDs were revised upward by 70 MMBOE.

| *MMBOE* | December 31, 2016 |
|---|---:|
| Revisions due to changes in year-end prices (price impact to opening balance) | **(74)** |
| Other revisions of prior estimates | |
| Revisions due to performance | **10** |
| Revisions due to cost reductions | **53** |
| Revisions due to successful infill drilling | **60** |
| Revisions due to development plan updates | **3** |
| Other revisions | **18** |
| Total other revisions of prior estimates | **144** |
| Revisions of prior estimates | **70** |

Negative revisions of 74 MMBOE were due to the decline in commodity prices. The negative price-related revisions were offset by a net increase of 144 MMBOE associated with the following:

- *Performance* The Company experienced an increase in PUDs primarily due to improved well performance in the DJ basin and U.S. shale play areas.

- *Cost reductions* Ongoing cost-optimization efforts and a reduced cost structure associated with the lower commodity-price environment resulted in an increase in PUDs. The DJ basin and Eagleford areas experienced an increase of 45 MMBOE of PUDs associated with certain wells, included in the negative price-related revisions, which experienced restored economic producibility upon reduction of the cost structure. The remaining increase in PUDs due to the improved cost structure is attributable to several other areas across the Company.

- *Infill drilling* The Company added 60 MMBOE of infill PUDs during 2016, with a majority of the additions in the DJ basin and the K2 and Caesar/Tonga areas of the Gulf of Mexico.

- *Other revisions* Certain projects that had negative price-related revisions associated with the opening PUDs balance were also either converted to developed status during the year or moved to other unproved categories, primarily as a result of changes to development plans. In an effort to provide full transparency of price sensitivity, the price-related revisions and these other changes were disclosed completely and independently rather than as a net impact. The multi-step process to reconcile and explain changes in reserves resulted in an immaterial duplicative reduction of reserves. These other revisions eliminate the duplicative adjustments to the opening reserves balance.

16

CONFIDENTIAL

APC-00300449

Index to Financial Statements

***Extensions, Discoveries, and Other Additions*** During 2016, Anadarko added PUDs through the extension of proved acreage, primarily as a result of successful drilling in the Lucius area of the Gulf of Mexico and the Marcellus shale play.

***Conversions*** In 2016, the Company converted 118 MMBOE of PUDs to developed status, equating to 25% of total year-end 2015 PUDs when adjusted for revisions and sales. Approximately 55% of PUDs conversions occurred in U.S. onshore assets, 32% occurred in Gulf of Mexico assets, and the remaining 13% occurred in international assets.

Anadarko spent $0.9 billion to develop PUDs in 2016, of which approximately 50% related to U.S. onshore assets, including Alaska; 27% related to Gulf of Mexico assets; and 23% related to international assets.

***Purchases*** In 2016, PUDs increased by 30 MMBOE due to the GOM Acquisition.

***Sales*** In 2016, PUDs decreased due to the Company's divestiture activities in U.S. onshore areas.

***Development Plans*** The Company annually reviews all PUDs to ensure an appropriate plan for development exists. Typically, U.S. onshore PUDs are converted to developed reserves within five years of the initial proved reserves booking, but projects associated with arctic development, deepwater development, and international programs may take longer. At December 31, 2016, the Company had no material pre-2012 PUDs that remained undeveloped.

***Technologies Used in Proved Reserves Estimation*** The Company's 2016 proved reserves additions were based on estimates generated through the integration of relevant geological, engineering, and production data, using technologies that have been demonstrated in the field to yield repeatable and consistent results as defined in the SEC regulations. Data used in these integrated assessments included information obtained directly from the subsurface through wellbores such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data used also included subsurface information obtained through indirect measurements such as seismic data. The tools used to interpret the data included proprietary and commercially available seismic processing software and commercially available reservoir modeling and simulation software. Reservoir parameters from analogous reservoirs were used to increase the quality of and confidence in the reserves estimates when available. The method or combination of methods used to estimate the reserves of each reservoir was based on the unique circumstances of each reservoir and the dataset available at the time of the estimate.

17

CONFIDENTIAL                                                                 APC-00300450

***Internal Controls over Reserves Estimation***  Anadarko's estimates of proved reserves and associated future net cash flows were made solely by the Company's engineers and are the responsibility of management. The Company requires that reserves estimates be made by qualified reserves estimators (QREs) as defined by the Society of Petroleum Engineers' standards. The QREs are assigned to specific assets within the Company's regions. The QREs interact with engineering, land, and geoscience personnel to obtain the necessary data for projecting future production, net cash flows, and ultimate recoverable reserves. Management within each region approves the QREs' reserves estimates. All QREs receive ongoing education on the fundamentals of SEC definitions and reserves reporting through the Company's reserves manual and internal training programs administered by the Corporate Reserves Group (CRG).

The CRG ensures confidence in the Company's reserves estimates by maintaining internal policies for estimating and recording reserves in compliance with applicable SEC definitions and guidance. Compliance with the SEC reserves guidelines is the primary responsibility of Anadarko's CRG.

The CRG is managed through the Company's finance department, which is separate from its operating regions, and is responsible for overseeing internal reserves reviews and approving the Company's reserves estimates. The Director of Corporate Reserves manages the CRG and reports to the VP—Corporate Planning. The VP—Corporate Planning reports to the Company's Executive Vice President, Finance and Chief Financial Officer, who in turn reports to the Chairman, President, and Chief Executive Officer. The Governance and Risk Committee of the Company's Board meets with management, members of the CRG, and the Company's independent petroleum consultants, Miller and Lents, Ltd. (M&L), to discuss the results of procedures and methods reviews as discussed below as well as other matters and policies related to reserves.

The Company's principal engineer, who is primarily responsible for overseeing the preparation of proved reserves estimates, has over 30 years of experience in the oil and gas industry, including over 16 years as either a reserves estimator or manager. His further professional qualifications include a degree in petroleum engineering, extensive internal and external reserves training, and asset evaluation and management. The principal engineer is a member of the Society of Petroleum Engineers, where he has been a member for over 30 years, and is also a member of the Society of Petroleum Evaluation Engineers. In addition, he is an active participant in industry reserves seminars and professional industry groups.

***Third-Party Procedures and Methods Reviews***  M&L reviewed the procedures and methods used by Anadarko's staff in preparing the Company's estimates of proved reserves and future net cash flows at December 31, 2016. The purpose of the review was to determine if the procedures and methods used by Anadarko to estimate its proved reserves are effective and in accordance with the definitions contained in SEC regulations. The procedures and methods reviews by M&L were limited reviews of Anadarko's procedures and methods and do not constitute a complete review, audit, independent estimate, or confirmation of the reasonableness of Anadarko's estimates of proved reserves and future net cash flows.

The reviews covered 14 fields that included major assets in the United States and Africa and encompassed approximately 86% of the Company's estimates of proved reserves and associated future net cash flows at December 31, 2016. In each review, Anadarko's technical staff presented M&L with an overview of the data, methods, and assumptions used in estimating its reserves. The data presented included pertinent seismic information, geologic maps, well logs, production tests, material balance calculations, reservoir simulation models, well performance data, operating procedures, and relevant economic criteria.

Management's intent in retaining M&L to review its procedures and methods is to provide objective third-party input on the Company's procedures and methods and to gather industry information applicable to reserves estimation and reporting processes.

18

APC-00300451

Index to Financial Statements

## Sales Volumes, Prices, and Production Costs

The following provides the Company's annual sales volumes, average sales prices, and average production costs per BOE for each of the last three years:

| | Sales Volumes | | | | Average Sales Prices [1] | | | Average Production Costs [2] (Per BOE) |
|---|---|---|---|---|---|---|---|---|
| | Oil (MMBbls) | Natural Gas (Bcf) | NGLs (MMBbls) | Barrels of Oil Equivalent (MMBOE) | Oil (Per Bbl) | Natural Gas (Per Mcf) | NGLs (Per Bbl) | |
| **2016** | | | | | | | | |
| United States | | | | | | | | |
| Wattenberg (DJ basin) | 33 | 214 | 20 | 89 | 40.27 | 2.00 | 18.26 | 8.41 |
| Other United States | 52 | 552 | 24 | 168 | 38.29 | 2.06 | 20.21 | 6.80 |
| Total United States | 85 | 766 | 44 | 257 | 39.06 | 2.04 | 19.32 | 7.36 |
| International | 31 | — | 2 | 33 | 43.93 | — | 25.63 | 7.93 |
| Total | 116 | 766 | 46 | 290 | 40.34 | 2.04 | 19.64 | 7.42 |
| **2015** | | | | | | | | |
| United States | | | | | | | | |
| Wattenberg (DJ basin) | 35 | 176 | 16 | 81 | 44.88 | 2.31 | 15.65 | 8.21 |
| Other United States | 50 | 676 | 29 | 191 | 45.08 | 2.37 | 17.83 | 8.55 |
| Total United States | 85 | 852 | 45 | 272 | 45.00 | 2.36 | 17.03 | 8.45 |
| International | 31 | — | 2 | 33 | 51.68 | — | 29.85 | 7.22 |
| Total | 116 | 852 | 47 | 305 | 46.79 | 2.36 | 17.61 | 8.31 |
| **2014** | | | | | | | | |
| United States | | | | | | | | |
| Wattenberg (DJ basin) | 27 | 125 | 13 | 62 | 87.76 | 4.19 | 36.46 | 8.28 |
| Other United States | 47 | 820 | 30 | 213 | 88.13 | 4.05 | 35.03 | 9.04 |
| Total United States | 74 | 945 | 43 | 275 | 87.99 | 4.07 | 35.48 | 8.87 |
| International | 32 | — | 1 | 33 | 99.79 | — | 56.16 | 8.22 |
| Total | 106 | 945 | 44 | 308 | 91.58 | 4.07 | 36.01 | 8.80 |

[1] Excludes the impact of commodity derivatives.
[2] Excludes ad valorem and severance taxes.

Production costs are costs to operate and maintain the Company's wells, related equipment, and supporting facilities, including the cost of labor, well service and repair, location maintenance, power and fuel, gathering, processing, transportation, other taxes, and production-related general and administrative costs. Additional information on volumes, prices, and production costs is contained in *Financial Results* under Item 7 of this Form 10-K. Additional detail regarding production costs is contained in the *Supplemental Information* under Item 8 of this Form 10-K.

19

CONFIDENTIAL                                                                      APC-00300452

Index to Financial Statements

## Delivery Commitments

The Company sells oil and natural gas under a variety of contractual agreements, some of which specify the delivery of fixed and determinable quantities. At December 31, 2016, Anadarko was contractually committed to deliver approximately 872 Bcf of natural gas to various customers in the United States through 2031. These contracts have various expiration dates, with approximately 36% of the Company's current commitment to be delivered in 2017 and 79% by 2021. At December 31, 2016, Anadarko was also contractually committed to deliver approximately 40 MMBbls of oil to a customer in the United States through 2020. These contracts have various expiration dates, with approximately 40% of the Company's current commitment to be delivered in 2017 and 100% by 2020. At December 31, 2016, Anadarko also was contractually committed to deliver approximately 10 MMBbls of oil to ports in Algeria and Ghana through 2017. The Company expects to fulfill these delivery commitments with existing proved developed reserves and PUDs, which the Company regularly monitors to ensure sufficient availability to meet its commitments. If production is not sufficient to meet contractual delivery commitments, the Company may purchase commodities in the market to satisfy its delivery commitments.

## Properties and Leases

The following shows the developed lease, undeveloped lease, and fee mineral acres in which Anadarko held interests at December 31, 2016:

| thousands of acres | Developed Lease | | Undeveloped Lease | | Fee Mineral [1] | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
| United States | | | | | | | | |
| Onshore | 3,230 | 1,896 | 2,976 | 1,127 | 9,906 | 8,212 | 16,112 | 11,235 |
| Offshore | 351 | 198 | 1,525 | 1,144 | — | — | 1,876 | 1,342 |
| Total United States | 3,581 | 2,094 | 4,501 | 2,271 | 9,906 | 8,212 | 17,988 | 12,577 |
| International | 611 | 132 | 46,315 | 32,481 | — | — | 46,926 | 32,613 |
| Total | 4,192 | 2,226 | 50,816 | 34,752 | 9,906 | 8,212 | 64,914 | 45,190 |

[1] The Company's fee mineral acreage is primarily undeveloped.

At December 31, 2016, the Company had approximately six million net undeveloped lease acres scheduled to expire by December 31, 2017, if the Company does not establish production or take any other action to extend the terms. The Company plans to continue the terms of many of these licenses and concession areas through operational or administrative actions. The net undeveloped lease acres scheduled to expire by December 31, 2017, primarily relate to 5.8 million net acres of international exploration acreage in New Zealand (2.0 million net acres), Kenya (1.8 million net acres), Colombia (1.1 million net acres), and Côte d'Ivoire (0.9 million net acres), where proved reserves have not been assigned. The Company does not expect a significant portion of its total net acreage position to expire in 2017.

## Drilling Program

The Company's 2016 drilling program focused on proven and emerging liquids-rich basins in the United States (onshore and deepwater Gulf of Mexico) and various international locations. Exploration activity in 2016 consisted of 11 gross completed U.S. onshore wells. Development activity in 2016 consisted of 516 gross completed wells, which included 494 U.S. onshore wells, 13 international wells, and 9 Gulf of Mexico wells.

CONFIDENTIAL

APC-00300453

Index to Financial Statements

**Drilling Statistics**

The following shows the number of oil and gas wells completed in each of the last three years:

| | Net Exploratory | | | Net Development | | | Total |
|---|---|---|---|---|---|---|---|
| | **Productive** | **Dry Holes** | **Total** | **Productive** | **Dry Holes** | **Total** | **Total** |
| **2016** | | | | | | | |
| United States | 3.7 | 1.2 | 4.9 | 322.1 | — | 322.1 | 327.0 |
| International | — | 1.8 | 1.8 | 2.9 | — | 2.9 | 4.7 |
| Total | 3.7 | 3.0 | 6.7 | 325.0 | — | 325.0 | 331.7 |
| **2015** | | | | | | | |
| United States | 16.0 | — | 16.0 | 573.1 | 13.8 | 586.9 | 602.9 |
| International | 2.4 | 0.4 | 2.8 | 1.8 | — | 1.8 | 4.6 |
| Total | 18.4 | 0.4 | 18.8 | 574.9 | 13.8 | 588.7 | 607.5 |
| **2014** | | | | | | | |
| United States | 35.6 | 1.6 | 37.2 | 811.4 | 6.0 | 817.4 | 854.6 |
| International | 0.9 | 4.5 | 5.4 | — | — | — | 5.4 |
| Total | 36.5 | 6.1 | 42.6 | 811.4 | 6.0 | 817.4 | 860.0 |

The following shows the number of wells in the process of drilling or in active completion stages and the number of wells suspended or waiting on completion at December 31, 2016:

| | Wells in the process of drilling or in active completion | | Wells suspended or waiting on completion [1] | |
|---|---|---|---|---|
| | **Exploration** | **Development** | **Exploration** | **Development** [2] |
| **United States** | | | | |
| Gross | 3 | 9 | 51 | 643 |
| Net | 2.1 | 5.8 | 21.9 | 375.3 |
| **International** | | | | |
| Gross | 2 | — | 54 | 11 |
| Net | 1.0 | — | 17.4 | 2.6 |
| **Total** | | | | |
| Gross | 5 | 9 | 105 | 654 |
| Net | 3.1 | 5.8 | 39.3 | 377.9 |

[1] Wells suspended or waiting on completion include exploration and development wells where drilling has occurred, but the wells are awaiting the completion of hydraulic fracturing or other completion activities or the resumption of drilling in the future.

[2] There were 106 MMBOE of PUDs assigned to U.S. onshore development wells suspended or waiting on completion at December 31, 2016. The Company expects to convert these reserves to developed status within five years of their initial disclosure.

21

CONFIDENTIAL

APC-00300454

**Productive Wells**

At December 31, 2016, the Company's ownership interest in productive wells was as follows:

|  | Oil Wells [1] | Gas Wells [1] |
|---|---|---|
| **United States** | | |
| Gross | 3,949 | 12,615 |
| Net | 2,505.9 | 9,518.6 |
| **International** | | |
| Gross | 208 | 9 |
| Net | 37.4 | 2.2 |
| **Total** | | |
| Gross | 4,157 | 12,624 |
| Net | 2,543.3 | 9,520.8 |

[1] Includes wells containing multiple completions as follows:

|  |  |  |
|---|---|---|
| Gross | 209 | 2,405 |
| Net | 182.4 | 2,089.0 |

## MIDSTREAM PROPERTIES AND ACTIVITIES

Anadarko invests in and operates midstream (gathering, processing, treating, transportation, and produced-water disposal) assets to complement its operations in regions where the Company has oil and natural-gas production. Through ownership and operation of these facilities, the Company improves its ability to manage costs, controls the timing of bringing on new production, and enhances the value received for gathering, processing, treating, and transporting the Company's production. Anadarko's midstream business also provides services to third-party customers, including major and independent producers. Anadarko generates revenues from its midstream activities through a variety of contract structures, including fixed-fee, percent-of-proceeds, wellhead purchase, and keep-whole agreements. Anadarko's midstream activities include those of WES, which acquires, owns, develops, and operates midstream assets. At December 31, 2016, Anadarko's ownership interest in WGP consisted of an 81.6% limited partner interest and the entire non-economic general partner interest. At December 31, 2016, WGP's ownership interest in WES consisted of a 29.9% limited partner interest, the entire 1.5% general partner interest, and all of the WES incentive distribution rights. At December 31, 2016, Anadarko also owned an 8.6% limited partner interest in WES through other subsidiaries.

At the end of 2016, Anadarko had 34 gathering systems and 72 processing and treating facilities located throughout major onshore producing basins in Wyoming, Colorado, Utah, New Mexico, Pennsylvania, and Texas. In 2016, the Company's midstream activity was concentrated in the Delaware basin to build infrastructure for present and future Wolfcamp development. In 2017, the Company expects to continue its midstream investment to focus on the Delaware and DJ basins.

22

APC-00300455

Index to Financial Statements

*Delaware Basin*  In 2016, the Company expanded its midstream infrastructure for Bone Spring, Wolfcamp, and Avalon production in the Delaware basin of West Texas, installing over 200 miles of oil, water, and gas gathering lines. Three new CGFs were installed and five existing CGFs were expanded to add a total of approximately 620 MMcf/d of compression capacity. Additional CGFs within the field are planned for 2017.

In December 2015, there was an initial fire and secondary explosion at the processing facility within the DBM complex. The majority of damage was to the liquid-handling facilities and the amine-treating units at the inlet of the complex. Train II (with capacity of 100 MMcf/d) sustained the most damage of the processing trains and returned to service in December 2016. Train III (with capacity of 200 MMcf/d) experienced minimal damage and returned to full service in May 2016. There was no damage to Trains IV and V (each with a capacity of 200 MMcf/d), which were under construction at the time of the incident. Train IV was commissioned in the second quarter of 2016, and Train V and the high-pressure condensate stabilizer were both commissioned in the fourth quarter of 2016. As of December 31, 2016, the Company had received $33.8 million in cash proceeds from insurers related to the incident, including $16.3 million in proceeds from business interruption insurance claims and $17.5 million in proceeds from property insurance claims.

The DBM complex now includes 700 MMcf/d of cryogenic processing capacity, 1,400 GPM of amine-treating capacity, 18 MBbls/d of high-pressure condensate stabilization, and a rich-gas gathering system, with over 350 miles of high-pressure and low-pressure segments. Construction began on Train VI, a 200-MMcf/d cryogenic facility, in the fourth quarter of 2016, with expected commissioning by the end of 2017.

*DJ Basin*  Anadarko continued to optimize gathering and compression in 2016, which reduced gathering system pressures in the field, enhancing system efficiency and improving the base production profile. Management believes that Anadarko is well-positioned in the DJ basin with its oil and NGLs transportation capacity, which includes transport by pipeline, rail, and truck.

In the second quarter of 2016, the Company commissioned its COSF, capable of handling 100 MBbls/d. The primary benefit of the COSF is the removal of oil product storage tanks at Anadarko's well pad sites, resulting in lower operating expenses, reduced emissions, and further reduced well site surface footprint.

Anadarko has a 20% equity ownership in Saddlehorn Pipeline Company, LLC, which owns 190 MBbls/d of capacity in a shared pipeline. The pipeline was brought into service in the third quarter of 2016 and delivers various grades of oil from the DJ basin to storage facilities in Cushing, Oklahoma.

The Company elected to participate in an expansion of the White Cliffs oil pipeline to increase the total capacity from 150 MBbls/d to approximately 215 MBbls/d. Construction is expected to be completed early in the second quarter of 2017.

*Greater Natural Buttes*  The Chipeta plant's total processing capacity (cryogenic and refrigeration) is approximately 1 Bcf/d with cryogenic processing capacity of 550 MMcf/d. Chipeta's third-party pipeline interconnect has added approximately 100 MMcf/d of natural-gas supply to the plant.

*East Texas/North Louisiana*  The Panola Valley NGL Pipeline expansion was completed in August of 2016. Anadarko has a 15% equity interest in the 248-mile pipeline. The pipeline ends at Mont Belvieu NGL Fractionation facility, where Anadarko has a 25% equity interest in fractionation trains VII and VIII. The trains each have 85 MBbls/d of gross NGLs processing capacity.

*Marcellus*  In the Marcellus shale, the Company efficiently maintained its operated gathering systems with approximately 260 MMcf/d of compression capacity in Lycoming, Clinton, and Centre Counties in Pennsylvania. In December 2016, Anadarko entered into an agreement to sell its operated and nonoperated oil and natural-gas assets and related operated midstream assets to a third-party; the midstream assets owned by WES were excluded from the agreement.

*Eagleford*  In the Eagleford shale, the Company continues to operate oil and gas gathering systems, with a 2016 average gross throughput of 70 MBbls/d of oil and 540 MMcf/d of natural gas. The 200 MMcf/d operated Brasada natural-gas cryogenic processing plant continued steady operations at capacity. In January 2017, Anadarko entered into an agreement to sell its oil and natural-gas assets to a third-party; the midstream assets owned by WES were excluded from the agreement.

23

CONFIDENTIAL                                                                    APC-00300456

The following provides information regarding the Company's midstream assets including gathering, processing, treating, transportation, and produced-water disposal by area (excluding divestitures closed in 2016):

| Area | Miles of Pipelines | Total Horsepower | 2016 Average Net Throughput (MMcf/d) |
|---|---|---|---|
| DJ basin | 5,700 | 357,500 | 1,100 |
| Delaware basin | 1,600 | 275,900 | 500 |
| Greater Natural Buttes | 1,300 | 233,700 | 900 |
| Marcellus | 800 | 104,200 | 1,000 |
| Eagleford | 900 | 203,900 | 500 |
| Other | 6,200 | 245,800 | 900 |
| Total | 16,500 | 1,421,000 | 4,900 |

## MARKETING ACTIVITIES

The Company's marketing segment actively manages Anadarko's worldwide oil, natural-gas, and NGLs sales as well as the Company's anticipated LNG sales. In marketing its production, the Company attempts to minimize market-related shut-ins, maximize realized prices, and manage credit-risk exposure. The Company's sales of oil, natural gas, and NGLs are generally made at market prices at the time of sale. The Company also purchases oil, natural gas, and NGLs from third parties, primarily near Anadarko's production areas, to aggregate volumes so the Company is positioned to fully use its transportation, storage, and fractionation capacity; facilitate efforts to maximize prices received; and minimize balancing issues with customers and pipelines during operational disruptions.

The Company sells its products under a variety of contract structures, including indexed, fixed-price, and cost-escalation-based agreements. The Company also engages in limited trading activities for the purpose of generating profits from exposure to changes in market prices of oil, natural gas, and NGLs. The Company does not engage in market-making practices and limits its marketing activities to oil, natural-gas, NGLs, and LNG commodity contracts. The Company's marketing-risk position is typically a net short position (reflecting agreements to sell oil, natural gas, and NGLs in the future for specific prices) that is offset by the Company's natural long position as a producer (reflecting ownership of underlying oil and natural-gas reserves). See *Commodity-Price Risk* under Item 7A of this Form 10-K.

**Oil and NGLs**  Anadarko's oil and NGLs revenues are derived from production in the United States, Algeria, and Ghana. Most of the Company's U.S. oil and NGLs production is sold under contracts with prices based on market indices, adjusted for location, quality, and transportation. Product from Algeria is sold by tanker as Saharan Blend, condensate, refrigerated propane, and refrigerated butane to customers primarily in the Mediterranean area. Oil from Ghana is sold by tanker as Jubilee and TEN Blend Crude Oil to customers around the world. Saharan Blend, Jubilee, and TEN Blend Oil are high-quality crudes that provide refiners with large quantities of premium products such as gasoline, diesel, and jet fuel.

24

APC-00300457

**Natural Gas** Anadarko markets its U.S. natural-gas production to maximize value and to reduce the inherent risks of physical commodity markets. Anadarko's marketing segment offers supply-assurance and limited risk-management services at competitive prices as well as other services that are tailored to its customers' needs. The Company may also receive a service fee related to the level of reliability and service required by the customer. The Company controls natural-gas firm-transportation capacity that ensures access to downstream markets, which enables the Company to maximize its natural-gas production. This transportation capacity also provides the opportunity to capture incremental value when price differentials between physical locations exist. The Company stores natural gas in contracted storage facilities to minimize operational disruptions to its ongoing operations and to take advantage of seasonal price differentials. Normally, the Company will have forward contracts in place (physical delivery or financial derivative instruments) to sell stored natural gas at a fixed price.

## COMPETITION

The oil and gas business is highly competitive in the exploration for and acquisition of reserves and in the gathering and marketing of oil and gas production. The Company's competitors include national oil companies, major integrated oil and gas companies, independent oil and gas companies, individual producers, gas marketers, and major pipeline companies as well as participants in other industries supplying energy and fuel to consumers.

## SEGMENT INFORMATION

For additional information on operations by segment, see *Note 25—Segment Information* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K, and for additional information on risk associated with international operations, see *Risk Factors* under Item 1A of this Form 10-K.

## EMPLOYEES

The Company had approximately 4,500 employees at December 31, 2016.

## REGULATORY AND ENVIRONMENTAL MATTERS

### Environmental and Occupational Health and Safety Regulations

Anadarko's business operations are subject to numerous international, provincial, federal, regional, state, tribal, local, and foreign environmental and occupational health and safety laws and regulations. The more significant of these existing environmental and occupational health and safety laws and regulations include the following U.S. laws and regulations, as amended from time to time:

- the U.S. Clean Air Act, which restricts the emission of air pollutants from many sources, imposes various pre-construction, monitoring, and reporting requirements, which the EPA has relied upon as authority for adopting climate change regulatory initiatives relating to greenhouse gas emissions
- the U.S. Federal Water Pollution Control Act, also known as the federal Clean Water Act (CWA), which regulates discharges of pollutants from facilities to state and federal waters and establishes the extent to which waterways are subject to federal jurisdiction and rulemaking as protected waters of the United States
- the U.S. Oil Pollution Act of 1990 (OPA), which subjects owners and operators of vessels, onshore facilities, and pipelines, as well as lessees or permittees of areas in which offshore facilities are located, to liability for removal costs and damages arising from an oil spill in waters of the United States
- U.S. Department of the Interior regulations, which relate to offshore oil and natural-gas operations in U.S. waters and impose obligations for establishing financial assurances for decommissioning activities, liabilities for pollution cleanup costs resulting from operations, and potential liabilities for pollution damages
- the Comprehensive Environmental Response, Compensation and Liability Act of 1980, which imposes liability on generators, transporters, and arrangers of hazardous substances at sites where hazardous substance releases have occurred or are threatening to occur

25

CONFIDENTIAL

APC-00300458

- the U.S. Resource Conservation and Recovery Act, which governs the generation, treatment, storage, transport, and disposal of solid wastes, including hazardous wastes

- the U.S. Safe Drinking Water Act, which ensures the quality of the nation's public drinking water through adoption of drinking water standards and control over the injection of waste fluids into below-ground formations that may adversely affect drinking water sources

- the U.S. Emergency Planning and Community Right-to-Know Act, which requires facilities to implement a safety hazard communication program and disseminate information to employees, local emergency planning committees, and response departments on toxic chemical uses and inventories

- the U.S. Occupational Safety and Health Act, which establishes workplace standards for the protection of the health and safety of employees, including the implementation of hazard communications programs designed to inform employees about hazardous substances in the workplace, potential harmful effects of these substances, and appropriate control measures

- the Endangered Species Act, which restricts activities that may affect federally identified endangered and threatened species or their habitats through the implementation of operating restrictions or a temporary, seasonal, or permanent ban in affected areas

- the National Environmental Policy Act, which requires federal agencies, including the Department of the Interior, to evaluate major agency actions having the potential to impact the environment and that may require the preparation of environmental assessments and more detailed environmental impact statements that may be made available for public review and comment

These U.S. laws and regulations, as well as state counterparts, generally restrict the level of pollutants emitted to ambient air, discharges to surface water, and disposals or other releases to surface and below-ground soils and ground water. Failure to comply with these laws and regulations may result in the assessment of sanctions, including administrative, civil, and criminal penalties; the imposition of investigatory, remedial, and corrective action obligations or the incurrence of capital expenditures; the occurrence of delays in the permitting, development, or expansion of projects; and the issuance of injunctions restricting or prohibiting some or all of the Company's activities in a particular area. Moreover, multiple environmental laws provide for citizen suits, which allow environmental organizations to act in the place of the government and sue operators for alleged violations of environmental law. See *Risk Factors* under Item 1A of this Form 10-K for further discussion on hydraulic fracturing; ozone standards; induced seismicity regulatory developments; climate change, including methane or other greenhouse gas emissions; and other regulations relating to environmental protection. The ultimate financial impact arising from environmental laws and regulations is neither clearly known nor determinable as new standards continue to evolve.

Many states where the Company operates also have, or are developing, similar environmental and occupational health and safety laws and regulations governing many of these same types of activities. In addition, many foreign countries where the Company is conducting business also have, or may be developing, regulatory initiatives or analogous controls that regulate Anadarko's environmental-related activities. While the legal requirements imposed under state or foreign law may be similar in form to U.S. laws and regulations, in some cases the actual implementation of these requirements may impose additional, or more stringent, conditions or controls that can significantly alter or delay the permitting, development, or expansion of a project or substantially increase the cost of doing business. In addition, environmental and occupational health and safety laws and regulations, including new or amended legal requirements that may arise in the future to address potential environmental concerns such as air and water impacts, are expected to continue to have an increasing impact on the Company's operations.

26

APC-00300459

The Company has incurred and will continue to incur operating and capital expenditures, some of which may be material, to comply with environmental and occupational health and safety laws and regulations. Historically, the Company's environmental compliance costs have not had a material adverse effect on its results of operations; however, there can be no assurance that such costs will not be material in the future or that such future compliance will not have a material adverse effect on the Company's business and operation results. Although the Company is not fully insured against all environmental and occupational health and safety risks, and the Company's insurance does not cover any penalties or fines that may be issued by a governmental authority, it maintains insurance coverage that it believes is sufficient based on the Company's assessment of insurable risks and consistent with insurance coverage held by other similarly situated industry participants. Nevertheless, it is possible that other developments, such as stricter and more comprehensive environmental and occupational health and safety laws and regulations as well as claims for damages to property or persons resulting from the Company's operations, could result in substantial costs and liabilities, including administrative, civil, and criminal penalties, to Anadarko.

**Oil Spill-Response Plan**

Domestically, the Company is subject to compliance with the federal Bureau of Safety and Environmental Enforcement (BSEE) regulations, which, among other standards, require every owner or operator of a U.S. offshore lease to prepare and submit for approval an oil spill-response plan prior to conducting any offshore operations. The submitted plan is required to provide a detailed description of actions to be taken in the event of a spill; identify contracted spill-response equipment, materials, and trained personnel; and stipulate the time necessary to deploy identified resources in the event of a spill. The BSEE regulations may be amended, resulting in more stringent requirements as changes to the amount and type of spill-response resources to which an owner or operator must maintain ready access. Accordingly, resources available to the Company may change to satisfy any new regulatory requirements or to adapt to changes in the Company's operations.

Anadarko has in place and maintains Oil Spill-Response Plans (Plans) for the Company's Gulf of Mexico operations. The Plans set forth procedures for a rapid and effective response to spill events that may occur as a result of Anadarko's operations. The Plans are reviewed by the Company at least annually and updated as necessary. Drills are conducted by the Company at least annually to test the effectiveness of the Plans and include the participation of spill-response contractors, representatives of Clean Gulf Associates (CGA, a not-for-profit association of production and pipeline companies operating in the Gulf of Mexico contractually engaged by the Company for such matters), Marine Spill Response Corporation (MSRC), and representatives of relevant governmental agencies. The Plans and any revisions to the Plans must be approved by the BSEE.

As part of the Company's oil spill-response preparedness, and as set forth in the Plans, Anadarko maintains membership in CGA and has an employee representative on the executive committee of CGA. CGA was created to provide a means of effectively staging response equipment and to provide effective spill-response capability for its member companies operating in the Gulf of Mexico. CGA equipment includes, among other things, skimming vessels, barges, boom, and dispersants. CGA has executed a support contract with T&T Marine to coordinate bareboat charters and to provide for expanded response support. T&T Marine is responsible for inspecting, maintaining, storing, and staging CGA equipment. T&T Marine has positioned CGA's equipment and materials in a ready state at various staging areas around the Gulf of Mexico. T&T Marine has service contracts in place with domestic environmental contractors as well as with other companies that provide for support services during the execution of spill-response activities.

Anadarko is also a member of the Marine Preservation Association, which provides full access to the MSRC cooperative. In the event of a spill, MSRC stands ready to mobilize all of its equipment and materials. MSRC has a fleet of dedicated Responder Class Oil Spill Response Vessels (OSRVs), designed and built to recover spilled oil.

MSRC has equipment housed for the Atlantic Region, the Gulf of Mexico Region, the California Region, and the Pacific Northwest Region. Their equipment includes, among other things, skimmers, OSRVs, fast response vessels, barges, storage bladders, work boats, ocean boom, and dispersant.

CONFIDENTIAL                                                                APC-00300460

Index to Financial Statements

The Company has also entered into a contractual commitment to access subsea intervention, containment, capture, and shut-in capacity for deepwater exploration wells. Marine Well Containment Company (MWCC) is open to oil and gas operators in the Gulf of Mexico and provides members access to oil spill-response equipment and services on a per-well fee basis. Anadarko has an employee representative on the executive committee of MWCC. MWCC members have access to a containment system that is planned for use in deepwater depths of up to 10,000 feet, with containment capacity of 100 MBbls/d of liquids and flare capability for 200 MMcf/d of natural gas.

Anadarko retains geospatial and satellite imagery services through the MDA Corporation (MDA) to provide coverage over the Company's Gulf of Mexico operations. MDA owns and maintains two radar satellites, which provide all-weather surveillance and imagery available to assist in identifying areas of concern on the surface waters of the Gulf of Mexico. The Company has agreements with Waste Management, Inc. and Clean Harbors to assist in the proper disposal of contaminated and hazardous waste soil and debris. In addition, Anadarko has agreements with several qualified environmental consulting firms for assistance with subsea dispersant applications. The Company also has agreements with TDI-Brooks International for its scientific research vessels to properly monitor the effectiveness of the dispersant application and the health of the ecosystem. The Company also has agreements with Scientific and Environmental Associates, Inc. (SEA) for assistance with surface dispersant applications. SEA is a scientific support consulting firm providing expertise in surface-dispersion applications and efficacy monitoring.

Anadarko has emergency and oil spill-response plans in place for each of its exploration and operational activities around the globe. Each plan is intended to satisfy the requirements of relevant local or national authorities, describes the actions the Company is expected to take in the event of an incident, includes drills conducted by the Company at least annually, and includes reference to external resources that may become necessary in the event of an incident. Included in these external resources is the Company's contract with Oil Spill Response Limited (OSRL), a global emergency and oil spill-response organization headquartered in London. Anadarko also participates in supplementary service provided through OSRL, the Global Dispersant Stockpile (GDS). This additional service provides Anadarko access to dispersant and is available to Anadarko operations worldwide.

OSRL has an aircraft available for dispersant application or equipment transport. OSRL also has a number of active recovery boom systems and a range of booms that can be used for offshore, nearshore, or shoreline responses. In addition, OSRL provides, among other things, a range of communications equipment, safety equipment, transfer pumps, dispersant application systems, temporary storage equipment, power packs and generators, small inflatable vessels, rigid inflatable boats, work boats, and fast response vessels. OSRL also has a wide range of oiled wildlife equipment in conjunction with the Sea Alarm Foundation.

In addition to Anadarko's membership in or access to CGA, MSRC, OSRL, and MWCC, the Company participates in industry-wide task forces, which are currently studying improvements in both gaining access to and controlling blowouts in subsea environments. Two such task forces are the Subsea Well Control and Containment Task Force and the Oil Spill Task Force.

## TITLE TO PROPERTIES

As is customary in the oil and gas industry, a preliminary title review is conducted at the time properties believed to be suitable for drilling operations are acquired by the Company. Prior to the commencement of drilling operations, thorough title examinations of the drill site tracts are conducted by third-party attorneys, and curative work is performed with respect to significant defects, if any, before proceeding with operations. Anadarko believes the title to its leasehold properties is good, defensible, and customary with practices in the oil and gas industry, subject to such exceptions that, in the opinion of legal counsel for the Company, do not materially detract from the use of such properties.

Leasehold properties owned by the Company are subject to royalty, overriding royalty, and other outstanding interests customary in the industry. The properties may be subject to burdens such as liens incident to operating agreements, current taxes, development obligations under oil and gas leases and other encumbrances, easements, and restrictions. Anadarko does not believe any of these burdens will materially interfere with its use of these properties.

28

CONFIDENTIAL

APC-00300461

**EXECUTIVE OFFICERS OF THE REGISTRANT**

| Name | Age at January 31, 2017 | Position |
|---|---|---|
| R. A. Walker | 59 | Chairman, President and Chief Executive Officer |
| Robert G. Gwin | 53 | Executive Vice President, Finance and Chief Financial Officer |
| Darrell E. Hollek | 59 | Executive Vice President, Operations |
| Mitchell W. Ingram | 54 | Executive Vice President, Global LNG |
| Ernest A. Leyendecker | 56 | Executive Vice President, International and Deepwater Exploration |
| Robert K. Reeves | 59 | Executive Vice President, Law and Chief Administrative Officer |
| Christopher O. Champion | 47 | Senior Vice President, Chief Accounting Officer and Controller |

Mr. Walker was named Chairman of the Board of the Company in May 2013, in addition to the role of Chief Executive Officer and director, both of which he assumed in May 2012, and the role of President, which he assumed in February 2010. He previously served as Chief Operating Officer from March 2009 until his appointment as Chief Executive Officer. He served as Senior Vice President, Finance and Chief Financial Officer from September 2005 until March 2009. From August 2007 until March 2013, he served as director of WGH and served as its Chairman of the Board from August 2007 to September 2009. Mr. Walker served as a director of WGEH from September 2012 until March 2013. Mr. Walker served as a director of Temple-Inland Inc. from November 2008 to February 2012 and a director of CenterPoint Energy, Inc. from April 2010 to April 2015 and has served as a director of BOK Financial Corporation since April 2013, where he is the Chairman of the Risk Committee.

Mr. Gwin was named Executive Vice President, Finance and Chief Financial Officer in May 2013 and previously served as Senior Vice President, Finance and Chief Financial Officer since March 2009 and Senior Vice President since March 2008. He also has served as Chairman of the Board of WGH since October 2009 and as a director since August 2007. Additionally, Mr. Gwin has served as Chairman of the Board of WGEH since September 2012 and served as President of WGH from August 2007 to September 2009 and as Chief Executive Officer of WGH from August 2007 to January 2010. He joined Anadarko in January 2006 as Vice President, Finance and Treasurer and served in that capacity until March 2008. He has served as Chairman of the Board of LyondellBasell Industries N.V. since August 2013 and as a director since May 2011.

Mr. Hollek was named Executive Vice President, Operations in August 2016. Prior to this position, he served as Executive Vice President, U.S. Onshore Exploration and Production since April 2015; Senior Vice President, Deepwater Americas Operations since May 2013; and Vice President, Operations since May 2007. Mr. Hollek joined Anadarko upon the acquisition of Kerr-McGee Corporation in August 2006. He has held positions of increasing responsibility with Anadarko and Kerr-McGee Corporation, where he began his career, including management roles in the Gulf of Mexico; U.S. onshore; and Environmental, Health, Safety and Regulatory. Mr. Hollek has served as a director of WGH and WGEH since May 2015.

Mr. Ingram was named Executive Vice President, Global LNG in November 2015. Prior to joining Anadarko, Mr. Ingram was with BG Group since 2006, where he served as a member of the Executive Committee in the role of Executive Vice President—Technical since March 2015. Previously, he held positions of increasing responsibility with the company's LNG project in Queensland, Australia, where he served as Managing Director of QGC, a BG Group business, since April 2014; as Deputy Managing Director since September 2013; and as Project Director of the Queensland Curtis LNG project since May 2012. From 2006 to May 2012, Mr. Ingram was Asset General Manager of BG Group's Karachaganak interest in Kazakhstan. He joined BG Group after 20 years with Occidental Oil & Gas, where he held several U.K. and international leadership positions in project management, development, and operations.

CONFIDENTIAL                                                                APC-00300462

Index to Financial Statements

Mr. Leyendecker was named Executive Vice President, International and Deepwater Exploration in August 2016. Prior to this position, he served as Senior Vice President, International Exploration since April 2015 and Senior Vice President, Gulf of Mexico Exploration since February 2014. Prior to that, he served as Vice President, Gulf of Mexico Exploration since May 2011 and as Vice President of Corporate Planning and Gulf of Mexico Exploration since October 2010. Mr. Leyendecker joined Anadarko upon the acquisition of Kerr-McGee Corporation in August 2006. He has held positions of increasing responsibility with Anadarko and Kerr-McGee Corporation, including Exploration Manager for the Gulf of Mexico and General Manager for Worldwide Exploration, Engineering and Planning. Mr. Leyendecker began his career with Marathon Oil Company prior to pursuing a leadership role with Enterprise Oil Gulf of Mexico, which was acquired by Shell Oil in 2002.

Mr. Reeves was named Executive Vice President, Law and Chief Administrative Officer in September 2015 and previously served as Executive Vice President, General Counsel and Chief Administrative Officer since May 2013 and as Senior Vice President, General Counsel and Chief Administrative Officer since February 2007. He also served as Chief Compliance Officer from July 2012 to May 2013. He served as Corporate Secretary from February 2007 to August 2008. He previously served as Senior Vice President, Corporate Affairs & Law and Chief Governance Officer since 2004. Prior to joining Anadarko, he served as Executive Vice President, Administration and General Counsel of North Sea New Ventures from 2003 to 2004 and as Executive Vice President, General Counsel and Secretary of Ocean Energy, Inc. and its predecessor companies from 1997 to 2003. He served as a director of Key Energy Services, Inc., a publicly traded oilfield services company, from October 2007 to December 2016 and has served as a director of WGH since August 2007 and as a director of WGEH since September 2012.

Mr. Champion was named Senior Vice President, Chief Accounting Officer and Controller in February 2017 and previously served as Vice President, Chief Accounting Officer and Controller since June 2015. Prior to joining Anadarko, Mr. Champion was an Audit Partner with KPMG LLP since October 2003 and served as KPMG's National Audit Leader for Oil and Natural Gas since 2008. He began his career at Arthur Andersen LLP in 1992 before joining KPMG LLP in 2002 as a senior audit manager.

Officers of Anadarko are elected each year at the first meeting of the Board following the annual meeting of stockholders, the next of which is expected to occur on May 10, 2017, and hold office until their successors are duly elected and qualified. There are no family relationships between any directors or executive officers of Anadarko.

CONFIDENTIAL                                                                 APC-00300463

**Item 1A.  Risk Factors**

## CAUTIONARY STATEMENT ABOUT FORWARD-LOOKING STATEMENTS

*Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries. The Company has made in this Form 10-K, and may from time to time make in other public filings, press releases, and management discussions, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, concerning the Company's operations, economic performance, and financial condition. These forward-looking statements include, among other things, information concerning future production and reserves, schedules, plans, timing of development, contributions from oil and gas properties, marketing and midstream activities, and also include those statements preceded by, followed by, or that otherwise include the words "may," "could," "believes," "expects," "anticipates," "intends," "estimates," "projects," "target," "goal," "plans," "objective," "should," "would," "will," "potential," "continue," "forecast," "future," "likely," "outlook," or similar expressions or variations on such expressions. For such statements, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will be realized. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements whether as a result of new information, future events, or otherwise.*

*These forward-looking statements involve risk and uncertainties. Important factors that could cause actual results to differ materially from the Company's expectations include, but are not limited to, the following risks and uncertainties:*

- *the Company's assumptions about energy markets*
- *production and sales volume levels*
- *levels of oil, natural-gas, and NGLs reserves*
- *operating results*
- *competitive conditions*
- *technology*
- *availability of capital resources, levels of capital expenditures, and other contractual obligations*
- *supply and demand for, the price of, and the commercialization and transporting of oil, natural gas, NGLs, and other products or services*
- *volatility in the commodity-futures market*
- *weather*
- *inflation*
- *availability of goods and services, including unexpected changes in costs*
- *drilling risks*
- *processing volumes and pipeline throughput*
- *general economic conditions, nationally, internationally, or in the jurisdictions in which the Company is, or in the future may be, doing business*
- *the Company's inability to timely obtain or maintain permits or other governmental approvals, including those necessary for drilling and/or development projects*

CONFIDENTIAL

APC-00300464

- *legislative or regulatory changes, including changes relating to hydraulic fracturing; retroactive royalty or production tax regimes; deepwater drilling and permitting regulations; derivatives reform; changes in state, federal, and foreign income taxes; environmental regulation, including regulations related to climate change; environmental risks; and liability under international, provincial, federal, regional, state, tribal, local, and foreign environmental laws and regulations*

- *civil or political unrest or acts of terrorism in a region or country*

- *the creditworthiness and performance of the Company's counterparties, including financial institutions, operating partners, and other parties*

- *volatility in the securities, capital, or credit markets and related risks such as general credit, liquidity, and interest-rate risk*

- *the Company's ability to successfully monetize select assets, repay or refinance its debt, and the impact of changes in the Company's credit ratings*

- *uncertainties associated with acquired properties and businesses*

- *disruptions in international oil and NGLs cargo shipping activities*

- *physical, digital, internal, and external security breaches*

- *supply and demand, technological, political, governmental, and commercial conditions associated with long-term development and production projects in domestic and international locations*

- *other factors discussed below and elsewhere in this Form 10-K, and in the Company's other public filings, press releases, and discussions with Company management*

## RISK FACTORS

*Oil, natural-gas, and NGLs price volatility, including a substantial or extended decline in the price of these commodities, could adversely affect our financial condition and results of operations.*

Prices for oil, natural gas, and NGLs can fluctuate widely. For example, NYMEX West Texas Intermediate oil prices have been volatile and ranged from a high of $107.26 per barrel in June 2014 to a low of $26.21 per barrel in February 2016. Also, NYMEX Henry Hub natural-gas prices have been volatile and ranged from a high of $6.15 per MMBtu in February 2014 to a low of $1.64 per MMBtu in March 2016. Our revenues, operating results, cash flows from operations, capital budget, and future growth rates are highly dependent on the prices we receive for our oil, natural gas, and NGLs. The markets for oil, natural gas, and NGLs have been volatile historically and may continue to be volatile in the future. Factors influencing the prices of oil, natural gas, and NGLs are beyond our control. These factors include, but are not limited to, the following:

- the domestic and worldwide supply of, and demand for, oil, natural gas, and NGLs

- volatility and trading patterns in the commodity-futures markets

- the cost of exploring for, developing, producing, transporting, and marketing oil, natural gas, and NGLs

- the level of global oil and natural-gas inventories

- weather conditions

- the level of U.S. exports of oil, liquefied natural gas, or NGLs

- the ability of the members of OPEC and other producing nations to agree to and maintain production levels

- the worldwide military and political environment, civil and political unrest worldwide, including in Africa and the Middle East, uncertainty or instability resulting from the escalation or additional outbreak of armed hostilities, or acts of terrorism in the United States or elsewhere

- the effect of worldwide energy conservation and environmental protection efforts

- the price and availability of alternative and competing fuels

32

APC-00300465

Index to Financial Statements

- the level of foreign imports of oil, natural gas, and NGLs

- domestic and foreign governmental laws, regulations, and taxes

- shareholder activism or activities by non-governmental organizations to restrict the exploration, development, and production of oil and natural gas in order to minimize emissions of carbon dioxide, a greenhouse gas (GHG)

- the proximity to, and capacity of, natural-gas pipelines and other transportation facilities

- general economic conditions worldwide

The long-term effect of these and other factors on the prices of oil, natural gas, and NGLs is uncertain. Prolonged or substantial declines in these commodity prices may have the following effects on our business:

- adversely affect our financial condition, liquidity, ability to finance planned capital expenditures, and results of operations

- reduce the amount of oil, natural gas, and NGLs that we can produce economically

- cause us to delay or postpone some of our capital projects

- reduce our revenues, operating income, or cash flows

- reduce the amounts of our estimated proved oil, natural-gas, and NGLs reserves

- reduce the carrying value of our oil, natural-gas, and midstream properties due to recognizing additional impairments of proved properties, unproved properties, exploration assets, and midstream facilities

- reduce the standardized measure of discounted future net cash flows relating to oil, natural-gas, and NGLs reserves

- limit our access to, or increasing the cost of, sources of capital such as equity and long-term debt

- adversely affect the ability of our partners to fund their working interest capital requirements

*We are subject to complex laws and regulations relating to environmental protection that can adversely affect the cost, manner, and feasibility of doing business.*

Our operations and properties are subject to numerous international, provincial, federal, regional, state, tribal, local, and foreign laws and regulations governing the release of pollutants or otherwise relating to environmental protection. These laws and regulations govern the following, among other things:

- issuance of permits in connection with exploration, drilling, production, and midstream activities

- drilling activities on certain lands lying within wilderness, wetlands, and other protected areas

- types, quantities, and concentrations of emissions, discharges, and authorized releases

- generation, management, and disposition of waste materials

- offshore oil and natural-gas operations and decommissioning of abandoned facilities

- reclamation and abandonment of wells and facility sites

- remediation of contaminated sites

- protection of endangered species

33

CONFIDENTIAL

APC-00300466

These laws and regulations may impose substantial liabilities for our failure to comply or for any contamination resulting from our operations, including the assessment of administrative, civil, and criminal penalties; the imposition of investigatory, remedial, and corrective action obligations or the incurrence of capital expenditures; the occurrence of delays in the permitting, development, or expansion of projects; and the issuance of injunctions restricting or prohibiting some or all of our activities in a particular area. Moreover, changes in, or reinterpretations of, environmental laws and regulations governing areas where we operate may negatively impact our operations. Examples of recent proposed and final regulations or other regulatory initiatives include the following:

- *Ground-Level Ozone Standards.* In October 2015, the EPA issued a rule under the Clean Air Act, lowering the National Ambient Air Quality Standard (NAAQS) for ground-level ozone from 75 parts per billion to 70 parts per billion under both the primary and secondary standards to provide requisite protection of public health and welfare, respectively. The EPA is expected to make final geographical attainment designations and issue final non-attainment area requirements pursuant to this NAAQS rule by late 2017, and any designations or requirements that result in reclassification of areas or imposition of more stringent standards may make it more difficult to construct new or modified sources of air pollution in newly designated non-attainment areas. Moreover, states are expected to implement more stringent regulations, which could apply to our operations. Compliance with this rule could, among other things, require installation of new emission controls on some of our equipment, result in longer permitting timelines, and significantly increase our capital expenditures and operating costs.

- *Reduction of Methane Emissions by the Oil and Gas Industry.* In June 2016, the EPA published a final rule establishing new emissions standards for methane and additional standards for volatile organic compounds from certain new, modified, and reconstructed oil and natural-gas production and natural-gas processing and transmission facilities. The EPA's rule is comprised of New Source Performance Standards, known as Subpart Quad OOOOa, that require certain new, modified, or reconstructed facilities in the oil and natural-gas sector to reduce these methane gas and volatile organic compound emissions. These Subpart Quad OOOOa standards will expand previously issued New Source Performance Standards published by the EPA in 2012, known as Subpart OOOO, by using certain equipment specific emissions control practices with respect to, among other things, hydraulically-fractured oil and natural-gas well completions, fugitive emissions from well sites and compressors, and equipment leaks at natural-gas processing plants and pneumatic pumps. Moreover, in November 2016, the EPA issued a final Information Collection Request seeking information about methane emissions from facilities and operators in the oil and natural-gas industry. The EPA has indicated that it intended to use the information from this request to develop Existing Source Performance Standards for the oil and gas industry. Compliance with this rule could, among other things, require installation of new emission controls on some of our equipment and significantly increase our capital expenditures and operating costs.

- *Induced Seismic Activity Associated with Oilfield Disposal Wells.* We dispose of wastewater generated from oil and natural-gas production operations directly or through the use of third parties. The legal requirements related to the disposal of wastewater in underground injections wells are subject to change based on concerns of the public or governmental authorities regarding such disposal activities. One such concern relates to recent seismic events near injection wells used for the disposal of produced water resulting from oil and natural-gas activities. In response to concerns regarding induced seismicity, regulators in some states have imposed, or are considering imposing, additional requirements in the permitting of produced water disposal wells or otherwise to assess any relationship between seismicity and the use of such wells. For example, Oklahoma issued new rules for wastewater disposal wells in 2014 that imposed certain permitting and operating restrictions and reporting requirements on disposal wells in proximity to faults and also, from time to time, is developing and implementing plans directing certain wells where seismic incidents have occurred to restrict or suspend disposal well operations. The Texas Railroad Commission adopted similar permitting, operating, and reporting rules for disposal wells in 2014. In addition, ongoing class action lawsuits, to which we are not currently a party, allege that disposal well operations have caused damage to neighboring properties or otherwise violated state and federal rules regulating waste disposal. These developments could result in additional regulation and restrictions on the use of injection wells by us or by commercial disposal well vendors whom we may use from time to time to dispose of wastewater, which could have a material adverse effect on our capital expenditures and operating costs, financial condition, and results of operations.

CONFIDENTIAL

APC-00300467

- *Reduction of Greenhouse Gas Emissions.* The U.S. Congress and the EPA, in addition to some state and regional efforts, have in recent years considered legislation or regulations to reduce emissions of GHGs. These efforts have included consideration of cap-and-trade programs, carbon taxes, GHG reporting and tracking programs, and regulations that directly limit GHG emissions from certain sources. In the absence of federal GHG-limiting legislations, the EPA has determined that GHG emissions present a danger to public health and the environment and has adopted regulations that, among other things, restrict emissions of GHGs under existing provisions of the Clean Air Act and may require the installation of "best available control technology" to limit emissions of GHGs from any new or significantly modified facilities that we may seek to construct in the future if they would otherwise emit large volumes of GHGs together with other criteria pollutants. Also, certain of our operations are subject to EPA rules requiring the monitoring and annual reporting of GHG emissions from specified onshore and offshore production sources. In December 2015, the United States joined the international community at the 21st Conference of the Parties of the United Nations Framework Convention on Climate Change in Paris, France that requires member countries to review and "represent a progression" in their intended nationally determined contributions, which set GHG emission reduction goals every five years beginning in 2020. Although this international agreement does not create any binding obligations for nations to limit their GHG emissions, it does include pledges to voluntarily limit or reduce future emissions. Substantial limitations on GHG emissions could adversely affect demand for the oil and natural gas we produce and lower the value of our reserves.

These and other regulatory changes could significantly increase our capital expenditures and operating costs or could result in delays to or limitations on our exploration and production activities, which could have an adverse effect on our financial condition, results of operations, or cash flows. For a description of certain environmental proceedings in which we are involved, see *Legal Proceedings* under Item 3 and *Note 16—Contingencies* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

*Changes in laws or regulations regarding hydraulic fracturing or other oil and natural-gas operations could increase our costs of doing business, impose additional operating restrictions or delays, and adversely affect our production.*

Hydraulic fracturing is an essential and common practice used to stimulate production of oil and natural gas from dense subsurface rock formations such as shales. We routinely apply hydraulic-fracturing techniques in many of our U.S. onshore oil and natural-gas drilling and completion programs. The process involves the injection of water, sand, and additives under pressure into a targeted subsurface formation to fracture the surrounding rock and stimulate production.

Hydraulic fracturing is typically regulated by state oil and natural-gas commissions. However, several federal agencies have also asserted regulatory authority over certain aspects of the process. For example, the EPA issued an effluent limit guidelines final rule in June 2016 prohibiting the discharge of return water recovered from shale natural-gas extraction operations to publicly owned wastewater treatment plants. Also, the Bureau of Land Management (BLM) published a final rule in March 2015 that establishes new or more stringent standards for performing hydraulic fracturing on federal and Indian lands but, in September 2015, the U.S. District Court of Wyoming issued a preliminary injunction barring implementation of this rule, finding that the BLM lacked congressional authority to promulgate the rule. That decision is currently being appealed by the federal government. Also, from time to time, legislation has been introduced, but not enacted, in the U.S. Congress to provide for federal regulation of hydraulic fracturing and to require disclosure of the chemicals used in the fracturing process. In the event that new federal restrictions on the hydraulic-fracturing process are adopted in areas where we operate, we may incur significant additional costs or permitting requirements to comply with such federal requirements, and could experience added delays or curtailment in the pursuit of exploration, development, or production activities.

CONFIDENTIAL                                                                 APC-00300468

Certain states in which we operate, including Colorado, Pennsylvania, Louisiana, Texas, and Wyoming, have adopted, and other states are considering adopting, regulations that could impose new or more stringent permitting, disclosure, or other regulatory requirements on hydraulic-fracturing operations, including subsurface water disposal. For example, in January 2016, the Colorado Oil and Gas Conservation Commission approved two new rules that require increased collaborative efforts between oil and natural-gas operators and local governments regarding the siting of large-scale oil and natural-gas facilities in certain urban mitigation areas, and require such operators to pursue certain registrations and/or notifications of local governments. States also could elect to prohibit high volume hydraulic fracturing altogether, following the approach taken by the State of New York in 2015. In addition to state laws, local land use restrictions, such as city ordinances, may restrict drilling in general and/or hydraulic fracturing in particular. For example, several cities in Colorado passed temporary or permanent moratoria on hydraulic fracturing within their respective city limits in 2012 to 2013 but, since that time, local district courts struck down the ordinances for certain of those Colorado cities in 2014, which decisions were upheld by the Colorado Supreme Court in May 2016. Notwithstanding attempts at the local level to prohibit hydraulic fracturing, the opportunity exists for cities to adopt local ordinances allowing hydraulic fracturing activities within their jurisdictions while regulating the time, place, and manner of those activities.

Additionally, certain interest groups in Colorado opposed to oil and natural-gas development generally, and hydraulic fracturing in particular, have from time to time advanced various options for ballot initiatives that, if approved, would allow revisions to the state constitution in a manner that would make such exploration and production activities in the state more difficult in the future. For example, proponents of such initiatives sought to include on the Colorado November 2016 ballot certain amendments that, if approved, could, among other things, authorize local governmental control over oil and natural-gas development in Colorado that could impose more stringent requirements than currently implemented under state law and impose a 2,500-foot mandatory setback between certain oil and natural-gas development facilities and specified occupied structures and areas of interest. These particular amendments failed to gather enough valid signatures to be placed on the November 2016 ballot. However, Amendment 71 was placed on the Colorado 2016 ballot and approved by voters, making it more difficult to place an initiative to amend the constitution on the state ballot. For an initiative to be placed on the state ballot, Amendment 71 requires signatures from 2% of registered voters from each of the state's 35 Senate districts and it must be approved by 55% of the voters. In the event that ballot initiatives, local or state restrictions, or prohibitions are adopted and result in more stringent limitations on the production and development of oil and natural gas in areas where we conduct operations, we may incur significant costs to comply with such requirements or may experience delays or curtailment in the permitting or pursuit of exploration, development, or production activities. In addition, we could possibly be limited or precluded in the drilling of wells or in the amounts that we are ultimately able to produce from our reserves. Such compliance costs and delays, curtailments, limitations, or prohibitions could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity.

In addition to asserting regulatory authority, a number of federal entities have reviewed various environmental issues associated with hydraulic fracturing. For example, in December 2016, the EPA released its final report on the potential impacts of hydraulic fracturing on drinking water resources. The final report concluded that "water cycle" activities associated with hydraulic fracturing may impact drinking water resources "under some circumstances," noting that the following hydraulic fracturing "water cycle" activities and local- or regional-scale factors are more likely than others to result in more frequent or more severe impacts: water withdrawals for fracturing in times or areas of low water availability; surface spills during the management of fracturing fluids, chemicals or produced water; injection of fracturing fluids into wells with inadequate mechanical integrity; injection of fracturing fluids directly into groundwater resources; discharge of inadequately treated fracturing wastewater to surface waters; and disposal or storage of fracturing wastewater in unlined pits.

36

CONFIDENTIAL

APC-00300469

*Our debt and other financial commitments may limit our financial and operating flexibility.*

Our total debt was $15.3 billion at December 31, 2016. We also have various commitments for leases, drilling contracts, derivative contracts, firm transportation, and purchase obligations for services and products. Our financial commitments could have important consequences to our business, including, but not limited to, the following:

- increasing our vulnerability to general adverse economic and industry conditions

- limiting our ability to fund future working capital and capital expenditures, to engage in future acquisitions or development activities, or to otherwise fully realize the value of our assets and opportunities because of the need to dedicate a substantial portion of our cash flows from operations to payments on our debt or to comply with any restrictive terms of our debt

- limiting our flexibility in planning for, or reacting to, changes in the industry in which we operate

- placing us at a competitive disadvantage compared to our competitors that have less debt and/or fewer financial commitments

Additionally, the credit agreements governing our Five-Year Facility and our 364-Day Facility contain a number of customary covenants, including a financial covenant requiring maintenance of a consolidated indebtedness to total capitalization ratio of no greater than 65% (excluding the effect of non-cash write-downs), and limitations on certain secured indebtedness, sale-and-leaseback transactions, and mergers and other fundamental changes. Our ability to meet such covenants may be affected by events beyond our control.

*A downgrade in our credit rating could negatively impact our cost of and ability to access capital.*

As of December 31, 2016, our long-term debt was rated "BBB" with a stable outlook by S&P and Fitch. Our long-term debt was rated "Ba1" with a stable outlook by Moody's, which is below investment grade. As of the time of filing this Form 10-K, no additional changes in our credit rating have occurred and we are not aware of any current plans of S&P, Fitch, or Moody's to revise their respective credit ratings on our long-term debt. Any downgrade in our credit ratings could negatively impact our cost of capital and could also adversely affect our ability to effectively execute aspects of our strategy or to raise debt in the public debt markets.

As a result of Moody's below-investment-grade rating of our long-term debt in February 2016, we became more likely to be required to post collateral in the form of letters of credit or cash as financial assurance of our performance under certain contractual arrangements such as pipeline transportation contracts and oil and gas sales contracts. The amount of letters of credit or cash provided as assurance of our performance under these types of contractual arrangements with respect to credit-risk-related contingent features was $274 million at December 31, 2016, and zero at December 31, 2015. Additionally, certain of these arrangements contain financial assurances language that may, under certain circumstances, permit our counterparties to request additional collateral.

Furthermore, as a result of Moody's rating, the credit thresholds with certain derivative counterparties were reduced and in some cases eliminated, which required us to increase the amount of collateral posted with derivative counterparties when our net trading position is a liability in excess of the contractual threshold. No counterparties have requested termination or full settlement of derivative positions. The aggregate fair value of derivative instruments with credit-risk-related contingent features for which a net liability position existed was $1.4 billion (net of $117 million of collateral) at December 31, 2016, and $1.3 billion (net of $58 million of collateral) at December 31, 2015. For additional information, see *Note 9—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

Additionally, in February 2016, Moody's downgraded our commercial paper program credit rating, which eliminated our access to the commercial paper market.

CONFIDENTIAL                                                                                                    APC-00300470

Index to Financial Statements

*Our proved reserves are estimates. Any material inaccuracies in our reserves estimates or assumptions underlying our reserves estimates could cause the quantities and net present value of our reserves to be overstated or understated.*

There are numerous uncertainties inherent in estimating quantities of proved reserves, including many factors beyond our control that could cause the quantities and net present value of our reserves to be overstated or understated. The reserves information included or incorporated by reference in this Form 10-K represents estimates prepared by our internal engineers. The procedures and methods for estimating the reserves by our internal engineers were reviewed by independent petroleum consultants; however, no reserves audit was conducted by these consultants. Estimation of reserves is not an exact science. Estimates of economically recoverable oil, natural-gas, and NGLs reserves and of future net cash flows depend on a number of variable factors and assumptions, any of which may cause actual results to vary considerably from these estimates. These factors and assumptions may include, but are not limited to, the following:

- estimated future production from an area is consistent with historical production from similar producing areas
- assumed effects of regulation by governmental agencies and court rulings
- assumptions concerning future oil, natural-gas, and NGLs prices, future operating costs, and capital expenditures
- estimates of future severance and excise taxes, workover costs, and remedial costs

Estimates of reserves based on risk of recovery and estimates of expected future net cash flows prepared by different engineers, or by the same engineers at different times, may vary substantially. Actual production, revenues, and expenditures with respect to our reserves will likely vary from estimates, and the variance may be material. The discounted cash flows included in this Form 10-K should not be construed as the fair value of the estimated oil, natural-gas, and NGLs reserves attributable to our properties. The estimated discounted future net cash flows from proved reserves are based on the average beginning-of-month prices during the 12-month period for the respective year. Actual future prices and costs may differ materially from the SEC regulation-compliant prices used for purposes of estimating future discounted net cash flows from proved reserves. Therefore, reserves quantities will change when actual prices increase or decrease.

*Failure to replace reserves may negatively affect our business.*

Our future success depends on our ability to find, develop, or acquire additional oil and natural-gas reserves that are economically recoverable. Our proved reserves generally decline when reserves are produced, unless we conduct successful exploration or development activities, acquire properties containing proved reserves, or both. We may be unable to find, develop, or acquire additional reserves on an economic basis. Furthermore, if oil and natural-gas prices increase, our costs for finding or acquiring additional reserves could also increase.

38

CONFIDENTIAL

APC-00300471

*Our domestic operations are subject to governmental risks that may impact our operations.*

Our domestic operations have been, and at times in the future may be, affected by political developments and are subject to complex provincial, federal, regional, state, tribal, local, and other laws and regulations such as restrictions on production, permitting, changes in taxes, deductions, royalties and other amounts payable to governments or governmental agencies, price or gathering-rate controls, and hydraulic fracturing, induced seismicity, and environmental protection regulations. To the extent our domestic operations are offshore, we must also comply with requirements focused on oil and natural-gas exploration and production activities in coastal and outer continental shelf (OCS) waters. To conduct our operations in compliance with these laws and regulations, we must obtain and maintain numerous permits, approvals, and certificates from various provincial, federal, regional, state, tribal, and local governmental authorities. We may incur substantial costs to maintain compliance with these existing laws and regulations. Our costs of compliance may increase if existing laws, including environmental and tax laws and regulations, are revised or reinterpreted, or if new laws and regulations become applicable to our operations such as the adoption of government-payment-transparency regulations. In past years, legislation has been proposed that would, if enacted into law, make significant changes to U.S. tax laws, including to certain key U.S. federal income tax provisions currently available to oil and natural-gas companies. Such legislative changes have included, but not been limited to, the elimination of current deductions for intangible drilling and development costs, and the elimination of the deduction for certain domestic production activities. The U.S. Congress could consider, and could include, some or all of these proposals as part of tax reform legislation to accompany lower federal income tax rates. Moreover, other more general features of tax-reform legislation, including changes to the rules related to cost recovery and foreign tax credits, and to the deductibility of interest expense, may be developed that also would change the taxation of oil and natural-gas companies. It is unclear whether these or similar changes will be enacted and, if enacted, how soon any such changes could take effect. The passage of any legislation as a result of these proposals or any similar changes in U.S. federal income tax laws could eliminate or postpone certain tax deductions that currently are available with respect to oil and natural-gas development, or increase costs, and any such changes could have an adverse effect on the Company's financial position, results of operations, and cash flows.

*Future economic, business, or industry conditions may have a material adverse effect on our results of operations, liquidity, and financial condition.*

During the last few years, concerns over inflation, potential default on U.S. debt, energy costs, geopolitical issues, the availability and cost of credit, and uncertainties with regard to European sovereign debt, have each contributed at various times to increased economic uncertainty and diminished expectations for the global economy. Concerns about global economic growth have had a significant adverse impact on global financial markets and commodity prices. Continued concerns could cause demand for petroleum products to diminish or stagnate, which could impact the price at which we can sell our oil, natural gas, and NGLs and impede the execution of long-term sales agreements or prices thereunder which are the basis for future LNG production; affect the ability of our vendors, suppliers, and customers to continue operations; and ultimately adversely impact our results of operations, liquidity, and financial condition.

CONFIDENTIAL

APC-00300472

*We are vulnerable to risks associated with our offshore operations that could negatively impact our operations and financial results.*

We conduct offshore operations in the Gulf of Mexico, Ghana, Mozambique, Colombia, Côte d'Ivoire, and other countries. Our operations and financial results could be significantly impacted by conditions in some of these areas and are also vulnerable to certain unique risks associated with operating offshore, including those relating to the following:

- hurricanes and other adverse weather conditions
- geological complexities and water depths associated with such operations
- limited number of partners available to participate in projects
- oilfield service costs and availability
- compliance with environmental, safety, and other laws and regulations
- terrorist attacks such as piracy
- remediation and other costs and regulatory changes resulting from oil spills or releases of hazardous materials
- failure of equipment or facilities
- response capabilities for personnel, equipment, or environmental incidents

In addition, we conduct much of our exploration in deep waters (greater than 1,000 feet) where operations, support services, and decommissioning activities are more difficult and costly than in shallower waters. The deep waters in the Gulf of Mexico, as well as international deepwater locations, lack the physical and oilfield service infrastructure present in shallower waters. As a result, deepwater operations may require significant time between a discovery and the time that we can market our production, thereby increasing the risk involved with these operations.

CONFIDENTIAL                                                                                       APC-00300473

*Additional domestic and international deepwater drilling laws, regulations, and other restrictions; delays in the processing and approval of drilling permits and exploration, development, oil spill-response, and decommissioning plans; and other related developments may have a material adverse effect on our business, financial condition, or results of operations.*

In recent years, the Bureau of Ocean Energy Management (BOEM) and the BSEE, agencies of the U.S. Department of the Interior, have imposed more stringent permitting procedures and regulatory safety and performance requirements for new wells to be drilled in federal waters. For example, in 2016, BSEE finalized rule-making entitled Oil and Sulfur Operations on the Outer Continental Shelf — Blowout Prevention Systems and Well Control which focuses on well blowout preventer systems and well control with respect to operations on the OCS. Compliance with these more stringent regulatory requirements and with existing environmental and oil spill regulations, together with any uncertainties or inconsistencies in decisions and rulings by governmental agencies, delays in the processing and approval of drilling permits or exploration, development, oil spill-response and decommissioning plans, and possible additional regulatory initiatives could result in difficult and more costly actions and adversely affect or delay new drilling and ongoing development efforts.

In addition, new regulatory initiatives may be adopted or enforced by the BOEM or the BSEE in the future that could result in additional costs, delays, restrictions, or obligations with respect to oil and natural-gas exploration and production operations conducted offshore. For example, in April 2016, the BOEM published a proposed rule that would update existing air-emissions requirements relating to offshore oil and natural-gas activity on federal OCS waters including in the Central Gulf of Mexico. In addition, in September 2016, the BOEM issued a Notice to Lessees and Operators that would bolster supplemental bonding procedures for the decommissioning of offshore wells, platforms, pipelines, and other facilities. These regulatory actions, or any new rules, regulations, or legal initiatives could delay or disrupt our operations, increase the risk of expired leases due to the time required to develop new technology, result in increased supplemental bonding and costs, and limit activities in certain areas, or cause us to incur penalties, fines, or shut-in production at one or more of our facilities or result in the suspension or cancellation of leases. Moreover, under existing BOEM and BSEE rules relating to assignment of offshore leases and other legal interests on the OCS, assignors of such interests may be held jointly and severally liable for decommissioning of OCS facilities existing at the time the assignment was approved by the BOEM, in the event that the assignee is unable or unwilling to conduct required decommissioning. In the event that we, in the role of assignor, receive orders from the BSEE to decommission OCS facilities that one of our assignees of offshore facilities is unwilling or unable to perform, we could incur costs to perform those decommissioning obligations, which costs could be material.

Also, if material spill events were to occur in the future, the United States or other countries where such an event were to occur could elect to issue directives to temporarily cease drilling activities and, in any event, may from time to time issue further safety and environmental laws and regulations regarding offshore oil and gas exploration and development. We cannot predict with any certainty the full impact of any new laws, regulations, or legal initiatives on our drilling operations or on the cost or availability of insurance to cover the risks associated with such operations. The overall costs to implement and complete any such spill response activities or any decommissioning obligations could exceed estimated accruals, insurance limits, or supplemental bonding amounts, which could result in the incurrence of additional costs to complete.

Further, the deepwater Gulf of Mexico (as well as international deepwater locations) lacks the degree of physical and oilfield service infrastructure present in shallower waters. Therefore, despite our oil spill-response capabilities, it may be difficult for us to quickly or effectively execute any contingency plans related to potential material events in the future.

The matters described above, individually or in the aggregate, could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity.

CONFIDENTIAL                                                                APC-00300474

Table of Contents

Index to Financial Statements

*We operate in foreign countries and are subject to political, economic, and other uncertainties.*

We have operations outside the United States, including in Algeria, Ghana, Mozambique, Colombia, Côte d'Ivoire, and other countries. As a result, we face political and economic risks and other uncertainties with respect to our international operations. These risks may include the following, among other things:

- loss of revenue, property, and equipment or delays in operations as a result of hazards such as expropriation, war, piracy, acts of terrorism, insurrection, civil unrest, and other political risks, including tension and confrontations among political parties

- transparency issues in general and, more specifically, the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act, and other anti-corruption compliance laws and issues

- increases in taxes and governmental royalties

- unilateral renegotiation of contracts by governmental entities

- redefinition of international boundaries or boundary disputes

- difficulties enforcing our rights against a governmental agency because of the doctrine of sovereign immunity and foreign sovereignty over international operations

- changes in laws and policies governing operations of foreign-based companies

- foreign-exchange restrictions

- international monetary fluctuations and changes in the relative value of the U.S. dollar as compared to the currencies of other countries in which we conduct business

For example, Ghana and Côte d'Ivoire are engaged in a dispute regarding the international maritime boundary between the two countries. As a result, Côte d'Ivoire claims to be entitled to the maritime area, which covers a portion of the Deepwater Tano Block where the TEN complex is located. In the event Côte d'Ivoire is successful in its maritime border claims, our operations in Ghana could be materially impacted.

Outbreaks of civil and political unrest and acts of terrorism have occurred in countries in Europe, Africa, and the Middle East, including countries close to or where we conduct operations. Continued or escalated civil and political unrest and acts of terrorism in the countries in which we operate could result in our curtailing operations. In the event that countries in which we operate experience civil or political unrest or acts of terrorism, especially in events where such unrest leads to an unseating of the established government, our operations in such countries could be materially impaired.

Our international operations may also be adversely affected, directly or indirectly, by laws, policies, and regulations of the United States affecting foreign trade and taxation, including U.S. trade sanctions.

Realization of any of the factors listed above could materially and adversely affect our financial condition, results of operations, or cash flows.

*The high cost or unavailability of drilling rigs, equipment, supplies, personnel, and other oilfield services could adversely affect our ability to execute our exploration and development plans on a timely basis and within our budget, which could have a material adverse effect on our business, financial condition, or results of operations.*

Our industry is cyclical and, from time to time, there is a shortage of drilling rigs, equipment, supplies, or qualified personnel. The cost for such items may increase as a result of a variety of factors beyond our control, such as increases in the cost of electricity, steel, and other raw materials that we and our vendors rely upon; increased demand for labor, services, and materials as drilling activity increases; and increased taxes. Decreased levels of drilling activity in the oil and gas industry in recent periods have led to declining costs of some drilling rigs, equipment, supplies, or qualified personnel. However, if commodity prices rise, such costs may rise faster than increases in our revenue and their availability to us may be limited. Additionally, these services may not be available on commercially reasonable terms. The high cost or unavailability of drilling rigs, equipment, supplies, personnel, and other oilfield services could adversely affect our ability to execute our exploration and development plans on a timely basis and within our budget, which could have a material adverse effect on our business, financial condition, or results of operations.

42

CONFIDENTIAL

APC-00300475

*Deterioration in the credit or equity markets could adversely affect us.*

We have exposure to different counterparties. For example, we have entered into transactions with counterparties in the financial services industry, including commercial banks, investment banks, insurance companies, investment funds, and other institutions. These transactions expose us to credit risk in the event of default by our counterparty. Deterioration in the credit markets may impact the credit ratings of our current and potential counterparties and affect their ability to fulfill existing obligations to us and their willingness to enter into future transactions with us. We have exposure to these financial institutions through our derivative transactions. In addition, if any lender under our credit facilities is unable to fund its commitment, our liquidity will be reduced by an amount up to the aggregate amount of such lender's commitment under our credit facilities. Moreover, to the extent that purchasers of our production rely on access to the credit or equity markets to fund their operations, there is a risk that those purchasers could default in their contractual obligations to us if such purchasers were unable to access the credit or equity markets for an extended period of time.

*We are not insured against all of the operating risks to which our business is exposed.*

Our business is subject to all of the operating risks normally associated with the exploration for and production, gathering, processing, and transportation of oil and natural gas, including blowouts; cratering and fire; environmental hazards such as natural-gas leaks, oil spills, pipeline and vessel ruptures, and releases of chemicals or other hazardous substances, any of which could result in damage to, or destruction of, oil and natural-gas wells or formations, production facilities, and other property; pollution or other environmental damage; and injury to persons. For protection against financial loss resulting from these operating hazards, we maintain insurance coverage, including insurance coverage for certain physical damage, blowout/loss of control of a well, comprehensive general liability, aviation liability, and worker's compensation and employer's liability. However, our insurance coverage may not be sufficient to cover us against 100% of potential losses arising as a result of the foregoing and for certain risks, such as political risk, business interruption, war, terrorism, and piracy, for which we have limited or no coverage. In addition, we are not insured against all risks in all aspects of our business such as hurricanes. The occurrence of a significant event against which we are not fully insured could have a material adverse effect on our financial condition, results of operations, or cash flows.

*Our commodity-price risk-management and trading activities may prevent us from fully benefiting from price increases and may expose us to other risks.*

To the extent that we engage in commodity-price risk-management activities to protect our cash flows from commodity-price declines, we may be prevented from realizing the full benefits of price increases above the levels of the derivative instruments used to manage price risk. In addition, our commodity-price risk-management and trading activities may expose us to the risk of financial loss in certain circumstances, including instances in which the following occur:

- our production is less than the notional volumes

- a widening of price basis differentials occurs between delivery points for our production and the delivery point assumed in the derivative arrangement

- the counterparties to our hedging or other price-risk management contracts fail to perform under those arrangements

- a sudden unexpected event materially impacts oil, natural-gas, or NGLs prices

43

CONFIDENTIAL

APC-00300476