**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On June 29, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved to file under seal: (1) Defendants' Exhibits 24, 41, 53, and 108 to Defendants' Motion for Summary Judgment, ECF No. 314, and (2) Plaintiffs' Exhibit 1 to Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Expert Dr. Rocco Detomo, ECF No. 309, and (3) Plaintiffs' Exhibits 1 and 2 to Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert J. Richard Dietrich, ECF No. 310.

The Parties' joint motion (ECF No. __) is hereby GRANTED.

SO ORDERED.

Signed on _____, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge