United States District Court
Southern District of Texas

**ENTERED**

July 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 JUDGE CHARLES ESKRIDGE |

**ORDER**

On June 29, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved to file under seal:  (1) Defendants' Exhibits 24, 41, 53, and 108 to Defendants' Motion for Summary Judgment, ECF No. 314, and (2) Plaintiffs' Exhibit 1 to Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Expert Dr. Rocco Detomo, ECF No. 309, and (3) Plaintiffs' Exhibits 1 and 2 to Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert J. Richard Dietrich, ECF No. 310.

The Parties' joint motion (ECF No. 322) is hereby  GRANTED.

SO ORDERED.

Signed on ___July 06, 2026___, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge