**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

In Re: Anadarko
Petroleum Corporation
Securities Litigation

§
§
§
§
§

CASE NO. 4:20cv576

United States Courts
Southern District of Texas
FILED

JUL 1 5 2026

Nathan Ochsner, Clerk of Court

USB Exhibit

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # Dkt 335

3 of 4                    HBS Letter to the Clerk with Video Exhibit.pdf                     DOWNLOAD

United States Courts
Southern District of Texas
**FILED**

JUL 1 5 2026

Nathan Ochsner, Clerk of Court

## Robbins Geller Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Hillary B. Stakem
hstakem@rgrdlaw.com

July 15, 2026

<u>VIA HAND DELIVERY</u>

Clerk of the Court
U.S. District Court, Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Re:    *In re Anadarko Petroleum Corporation Securities Litigation,*
No. 4:20-cv-00576 (S.D. Tex.)

Dear Clerk:

We represent Plaintiffs in the above-referenced matter. Please find with this cover letter a thumb drive containing a video, which is Exhibit 46 to the Declaration of Daniel S. Drosman in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, filed yesterday in the above-referenced matter (ECF 329-2).

Very truly yours,

*Hillary B Stakem*

HILLARY B. STAKEM

Enclosure

cc:    All Counsel of Record (via email w/ enclosure)

4923-8621-9965.v1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com