UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § | Civil Action No. 4:20-cv-00576 |
| | | CLASS ACTION |
| | | The Honorable Charles R. Eskridge III |

**STIPULATION AND AGREEMENT EXTENDING DEADLINE TO FILE MOTION TO SEAL**

The Parties[1] hereby stipulate and agree to the following:

WHEREAS, on June 8, 2026, the Court granted the Parties' joint motion for leave to  file their briefs in connection with (1) Defendants' summary judgment motion and the exhibits thereto and (2) the Parties' *Daubert* motions (collectively, the "Motions") under interim seal (Dkt. 316) (the "Interim Sealing Order");

WHEREAS, the Interim Sealing Order provided that the Parties will file a motion to seal setting forth the reasons for any proposed sealings of the Motions or the exhibits thereto within four weeks of the deadlines for such Motion (Dkt. 316);

WHEREAS, pursuant to the Interim Sealing Order, the Parties filed their motions in opposition to the Motions under interim seal on July 14, 2026 (Dkts. 326-35) (the "Opposition Motions");

WHEREAS, pursuant to the Interim Sealing Order, the Parties' motion to seal in connection with the Opposition Motions is due August 11, 2026;

WHEREAS, the Parties' Opposition Motions cite to and are supported by a voluminous record as to which the Parties are evaluating any redactions that may be appropriate; and

WHEREAS, the Parties are participating in a settlement conference scheduled on August 11 and 12, 2026, pursuant to the Court's scheduling and docket

---

[1]"Parties" refers to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

control order (Dkt. 305) as amended by the Court's June 23, 2026 order (Dkt. 321), and believe an extension of time to file any motion to seal in connection with the Opposition Motions will allow them to focus their efforts on the settlement conference.

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, to extend the deadline to file their motion to seal in connection with the Opposition Motions to August 17, 2026.

Dated: August 11, 2026        Respectfully submitted,

/s/ Kevin J. Orsini
**CRAVATH, SWAINE & MOORE LLP**
Kevin Orsini (*pro hac vice*)
Lauren Rosenberg (*pro hac vice*)
Melissa Syring (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
korsini@cravath.com
lrosenberg@cravath.com
msyring@cravath.com


**SHIPLEY SNELL MONTGOMERY LLP**
George T. Shipley
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, TX 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
gshipley@shipleysnell.com

*Attorneys for Defendants*

*/s/ Hillary B. Stakem*
**ROBBINS GELLER RUDMAN & DOWD LLP**
MARK SOLOMON (*pro hac vice*)
DANIEL S. DROSMAN (*pro hac vice*)
LUKE O. BROOKS (*pro hac vice*)
HILLARY B. STAKEM (*pro hac vice*)
FRANCISCO J. MEJIA (*pro hac vice*)
NICOLE Q. GILLILAND (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101 Telephone:
619/231-1058 619/231-7423 (fax)
marks@rgrdlaw.com
dand@rgrdlaw.com
LukeB@rgrdlaw.com
hstakem@rgrdlaw.com
fmejia@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*


**KENDALL LAW GROUP, PLLC**
JOE KENDALL (Texas Bar No. 11260700)
 Attorney-in-charge
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone:
214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Texas Local Counsel for Lead Plaintiff*

5