United States District Court
Southern District of Texas

**ENTERED**

August 13, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576 |
| | | JUDGE CHARLES ESKRIDGE |

## ORDER

On August 11, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly filed a stipulation and agreement, subject to the Court's approval, to extend the deadline to file the Parties' motion to seal in connection with the motions in opposition to Defendants' motion for summary judgment and the exhibits thereto, and the Parties' *Daubert* motions to August 17, 2026.

The Parties' joint motion (ECF No. 336) is hereby GRANTED.

SO ORDERED.

Signed on  August 13, 2026 , at Houston, Texas.

Hon. Charles Eskridge
United States District Judge