# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

- - - - - - - - - - - - - - - - - - - -x

IN RE ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

Case No. 4:20-cv-576

- - - - - - - - - - - - - - - - - - - -x

Remote, videotaped deposition of ROBERT MERRILL, Ph.D., taken pursuant to Notice, was held via videoconference, commencing December 7, 2022, at 10:12 a.m. Central Time, on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

there production in the immediate area or am I looking at a prospect in a specific trend that is a proven trend?

Q So it's your view that Anadarko's exploration team, in their internal resources, had -- was expressing more certainty than you think was appropriate; is that correct?

A That is correct. There were no -- there were no discoveries in this immediate area -- or no producing -- there was no -- particularly early on, there was no production in this basin. They discovered hydrocarbons, yes.

And these prospects, this basin is in the same trend. It's called a subsalt trend.

There were fields discovered existing in the subsalt trend. So I would have anticipated that P10 to P90 ratio, between 10 and 45. P10 to P90 ratio of the resource. So, 10 percent chance of success -- or 10 percent resource in that distribution and 90 percent of that distribution.

So, is that resource? Am I 90 percent confident that I'm going to exceed that P90 resource or am I 10 percent confident I'm going to exceed that resource and what's the ratio? And this -- I would have anticipated, based on my experience, that

that P10 to P90 ratio should have been in the 10 to 45 range.

Q And what features of this particular field do you think should have created more uncertainty?

A Recovery factor, porosity. Those are the two in terms of the calculation of resource.

Q Okay.

And why should those have been, in your view, more uncertain?

A Porosity refers to the volume of hydrocarbons that can be contained.

And if we look at the porosity in the drilled wells now, Shen 3 -- this is before the class period -- Shen 3 porosity is in the 17, 18 percent range.

Shen 2, Shen 4 are closer to 20 percent.

So now we know that there is a porosity difference within that -- within that field.

Considering the recovery factor, we don't know what the recovery factor is going to be. Anadarko was using, I think, 20 to 35 percent recovery factor.

Now, the work of Shotts, in his work with the RCT team and the modeling, suggested that there may be even a 5 percent recovery factor in there.

So that 5 percent recovery factor should have been considered in that distribution.

Q And about recoverable resources?

A That -- that recovery factor applies directly to recoverable resources.

Q Okay.

How about the presence of vaulting, how does that impact the structural uncertainty?

A Dozens of vaulting reflects on the ability of a well -- actually, I should -- excuse me, let me just back up.

The presence of faulting will compartmentalize the reservoir and impact the drainage area of a particular well.

Q And why do you view that as -- during the class period, as a structural uncertainty as opposed to a structural certainty?

A There were maps existing within Anadarko that showed no faults. When my analysis of the material -- even before the class period, my analysis of the data that was available to me indicated that, in the area of high confidence in the seismic data, there were faults. And those faults should have extended into the area of lower confidence.

data, that seismic, what got you to the 90 percent certainty that you mentioned earlier, that there was a fault between Shen 2 and Shen 3?

MS. JENSEN: Asked and answered.

A That was not the definitive piece of data looking at -- looking at the images that were provided to me -- specifically going back to the image early on. It showed the pink fault.

I would say that's -- the coherence or dip attribute gave me a feel for the configuration of the basin and the fact that there were faults in the basin.

But the definitive information was looking at the seismic line -- the one that has the pink fault on it -- that clearly shows that there's a break there. And that break has been associated with a map.

So I've got the seismic map showing a break, and I've got a map that shows offset of those beds -- an offset of that horizon, I should say.

BY MR. GRUENSTEIN:

Q Okay.

But you would agree that kind of reviewing seismic is a process of interpretation, correct?

A It's iterative between the well data and

the seismic data. It's an iterative process. And the image -- the seismic image portrays what the subsurface looks like based on your experience. Then it's a matter of, well, what is this seismic image telling me.

Q Okay.

I don't know if you recall from Chip Oudin's testimony that he was asked "Did you know with any certainty whether your interpretation of the data was the correct one?"

And he said "No, I did not."

Do you recall that testimony?

MS. JENSEN: Objection.

Ben, do you want to put the testimony in front of him?

MR. GRUENSTEIN: I just read it. It's on page 220, for the record.

BY MR. GRUENSTEIN:

Q Do you have any understanding of or any explanation of how Chip Oudin -- who was involved in this on a day-to-day basis -- was -- said that he didn't know with any certainty that his interpretation was correct?

MS. JENSEN: Objection.

BY MR. GRUENSTEIN:

Q -- that you have been able to say with 90 percent certainty that yours is correct?

MS. JENSEN: Objection; foundation, form.

A That's a very long question. I can't speak to Chip Oudin's mind.

What I can say is within the maps generated by the -- in the development group, there were faults mapped. How Chip Oudin felt about them, I cannot say.

BY MR. GRUENSTEIN:

Q Who do you think is in a better position to interpret the data in this case, you or Chip Oudin?

MS. JENSEN: Objection; speculation. Also, vague as to time.

A Well, let me put -- let me put it this way:

So Chip Oudin went into the SeisWorks project -- and that is a data volume, three-dimensional value. So Chip Oudin went into the data volume and he made his interpretation within that volume.

Now what I'm looking at specifically is the information provided in the Anadarko database that was available.

Going into the SeisWorks project, that's a

very different perspective. But in terms of evaluating and understanding what I see in the information available, it's in the documents, in the PowerPoints, the pdf files. That information is there.

And Chip Oudin took one step further and went in to the SeisWorks. And SeisWorks is a seismic package for interpreters.

BY MR. GRUENSTEIN:

Q And the information that you were reviewing was ultimately based on the interpretation that he conducted having gone into the SeisWorks --

A Not, not -- not that he interpreted. It goes -- those, those -- that information came from multiple people on the -- on the appraisal team. Multiple people.

Q When you say --

A And, and -- and those individuals extracted what they thought was important out of the SeisWorks project.

Q Okay.

When you say the appraisal team, do you mean the exploration and development?

A Was it not a joint team as defined by Anadarko?

C E R T I F I C A T E

I, AMANDA McCREDO, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn, and that such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

__________________

AMANDA McCREDO