**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

On June 1, 2026, Defendants filed a Motion to Exclude State-of-Mind Testimony of Dr. Robert Merrill and Lyndon Pittinger (ECF 311) ("Motion to Exclude"). Plaintiffs filed their opposition to Defendants' Motion to Exclude on July 14, 2026 (ECF___). Defendants filed their reply in support of their Motion to Exclude on August 11, 2026 (ECF__).

Defendants' Motion to Exclude is DENIED.

SO ORDERED.

Signed on _______________, at Houston, Texas.

______________________________
Hon. Charles Eskridge
United States District Judge