# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

- - - - - - - - - - - - - - - - - - -x

In Re: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION

Civil Action No. 4:20-cv-00576

- - - - - - - - - - - - - - - - - - -x

Remote, videotaped deposition of D. PAUL REGAN, CPA/CFF, taken pursuant to Notice, was held via videoconference, commencing January 20, 2023, at 12:03 p.m. ET, on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

frequently because both -- both persons are not considering the same facts and circumstances; that they're either incomplete, or they're failing to give appropriate weight to certain factors.

BY MR. GRUENSTEIN:

Q Are GAAP principles subject to interpretation?

MR. DROSMAN: Objection; vague and ambiguous.

A They can be.

BY MR. GRUENSTEIN:

Q Can two accountants have different interpretations of a GAAP principle and both interpretations be reasonable?

MR. DROSMAN: Objection; calls for speculation, vague and ambiguous.

A Yeah, you need to drill into -- in terms of determining reasonableness, you need to drill into the facts and circumstances that were known at the time or knowable at the time and then make an assessment of whether both judgments were reasonable.

BY MR. GRUENSTEIN:

Q Are there times where the language of a GAAP principle is ambiguous, and two different

accountants will interpret the words differently and both have reasonable interpretations?

MR. DROSMAN: Objection; compound, vague and ambiguous, calls for speculation.

A Yeah, I don't -- I don't know. It depends on the bases for the conclusion and the interpretation of GAAP.

Usually the interpretation of GAAP is influenced by the facts and circumstances that are being considered by the person that is attempting to operationalize GAAP.

And whether they did that reasonably is dependent upon what facts they considered and what factors they didn't consider.

BY MR. GRUENSTEIN:

Q Is FAS 19 considered part of GAAP?

A Well, it was, and then it was codified into the ASCs in 2009. And much of its language is incorporated within the ASCs.

Q What ASC was FAS 19 codified into?

A For example, 932 is -- much of the language of 932 is taken from FAS 19.

Q Are there parts of FAS 19 that were not codified into 932?

A I haven't made that analysis.

Q In your report, you refer to FAS 19, correct?
A I do, yes.
Q If we go to page 11, paragraph 31 --
A Yes.
Q -- you say, "Although certain amendments to ASC 932 have been adopted, Statement of Financial Accounting Standards No. 19" -- and then you give the title -- "serves as the primary source for relevant codified accounting standards applicable to Anadarko."
What is your basis for saying that it "serves as the primary source for relevant codified accounting standards applicable to Anadarko"?
A The footnote references Reserve and Resources Manual, APC-00001289.
And within that document -- which I'm going to pull up --
MR. GRUENSTEIN: We'll mark that as Exhibit 517.
(APC-00001289 through 1445 was marked as Exhibit 517 for identification, as of this date.)
A Can I continue?

BY MR. GRUENSTEIN:

Q Why don't you just give us a minute --

A Sure.

Q -- so that we're all looking at the exhibit.

Okay, I have it in front of me.

A If you go to page 4-1, which is Bates -- the last four digits are 1309.

MR. DROSMAN: I don't think the Bates numbers on the document you put in correspond to the one that Mr. Regan is using.

MR. GRUENSTEIN: You're right. We put in 1829. So, we'll fix that.

It's now up. It's Exhibit 517.

Do you have it, Dan?

MR. DROSMAN: I'm just refreshing my browser. Thank you. Hold on one sec.

Yes, I do. Thanks.

A So, this document is Anadarko's Reserves and Resource Manual. It's dated, on the first page, as 2012. And it's confidential and proprietary property of Anadarko Petroleum.

And on page 4-1, it talks about:

The history of oil and gas rules, starting with the Securities and Exchange Act of 1934;

Securities -- or SEC regulation S-X Rule 4-10(a), which was 1975;

FAS 19, which was in 1977;

FAS 25, which, as I recall, made some amendments to and enhancements to FAS 19;

And FAS 69, which, again, was some amendments to FAS 19.

And the codification occurred in 2009. This manual -- the codification, which are referred to as ASCs, pulled in much of FAS 19s into section 932, which we talked about earlier.

But kind of the building block of 932 was within FAS 19 --

BY MR. GRUENSTEIN:

Q Is FAS 19 --

A Much of the language that's in 932 is found in FAS 19.

Q But is FAS 19 itself considered part of authoritative GAAP?

MR. DROSMAN: Objection; asked and answered.

A It depends on the timeframe you're looking at.

But if you're looking at an analysis now, instead of -- you'd look at the ASC language. Some

language within FAS 19, it contains background information and the bases for conclusions that are reached. And that can be helpful in understanding the ASCs, which are now the authoritative GAAP.

BY MR. GRUENSTEIN:

Q When you say "now," it was also the case during the period you were looking at, from 2014 on?

A Yes. The ASCs were a codification of all of the prior Generally Accepted Accounting Principles.

And originally they pretty much absorbed all of the prior literature into what's now called the "codification."

Much of the language within the codification, the origination of that language occurs within various FASBs or FASs. And FAS 19 is the -- in a sense, the incubator of the ASCs relating to oil and gas.

Q Is FAS 19 considered to be grandfathered?

MR. DROSMAN: Objection; vague and ambiguous.

A I don't know that I've used that language.

I -- when the ASCs were created, they -- much of the language of the ASCs -- the genesis of that language was in previous FASs.

BY MR. GRUENSTEIN:

Q Is FAS 19 considered to be superseded?

MR. DROSMAN: Same objection.

A I think if you're going to refer to a specific provision of GAAP today, you would refer to the ASCs, which is why most of my report focuses on the ASCs that are relevant to this matter.

Much of this report is ASC 932, but also much of the report addresses impairments, which is discussed in 932, but also impairments have a -- discussed in many different portions of GAAP --

Q Do --

A -- for example.

Q I'm sorry.

Do financial statements -- are financial statements required to comply with FAS 19?

A To the extent that FAS 19 is incorporated within ASC 932.

Q If there are portions of FAS 19 that are not incorporated into 932, do financial statements need to comply with them?

A I think technically not, although there's helpful background and bases for conclusions that can inform the reader about issues which may arise in the operationalization of 932.

Q In paragraph 33, you refer, again, to the "Shenandoah basin."

Are you aware whether the Shenandoah basin includes more than just the Shenandoah field?

A Well, I have a recollection of some documents that may define the "Shenandoah basin" to include fields like Yucatan.

But in many analyses, the Shenandoah basin is -- is looked upon as the wells 1 through 6, but it has -- some documents and some references can be to beyond Shen-1 through -6.

Q Let's look at paragraph 36, in particular, the next page, where you cite to Anadarko's Q1 2017 Form 10-Q.

A Yes.

Q And if I can direct you to the last sentence before the three stars, it says, "Accordingly, the company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs."

Which accounting requirements did the company determine that Shenandoah no longer satisfied?

MR. DROSMAN: Objection; calls for

C E R T I F I C A T E

I, AMANDA McCREDO, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn, and that such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

__________________

AMANDA McCREDO