# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

---------------------------------------------------x

| | |
|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Civil Action No. 4:20-cv-00576 |

---------------------------------------------------x

**CONFIDENTIAL**

REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

J. RICHARD DIETRICH

Saturday, March 11, 2023

Reported By: Lynne Ledanois, CSR 6811

Job No. 5780790

That is not a reasonable interpretation of 25-10 in 2:34PM
my opinion.
Q Why --
A Now -- I'm sorry, go ahead.
Q Let me stop you there. 2:34PM
Why is that not a reasonable interpretation that every well that did not find proved reserves should be expensed?
A Well, let me go on and explain why below. Because, again, this is the initial recognition 2:34PM section. So what we need to do now is look at 932-360-35.
Q Before we get there --
A I'm sorry.
MS. PHILLIPS: Dan, he's not done 2:34PM responding to your question. If you could let him finish.
THE WITNESS: That's okay.
BY MR. DROSMAN:
Q I want to make sure we are on the same 2:34PM page. And maybe you're right.
Can you just tell me before you go to another provision, you said that it would not be a reasonable opinion that each well that did not find proved reserves should be expensed. I'm just asking 2:35PM

you why? 2:35PM
A If that were the case, every well that's drilled in an appraisal setting would result in expensing of all of them and that would be consistent with those costs being deemed G&G costs which are 2:35PM expensed as described somewhere here in what I just read.
But I apologize, this is going to take us back to the history.
When FAS 19 was written, G&G costs were 2:35PM always expensed and there was a proposal to expense all stratigraphic test wells.
And before final adoption, the board determined that stratigraphic test wells would be suspended and not expensed immediately. 2:36PM
So that's what Paragraph 25-17 and 25-18 are trying to explain. In FAS 19, they were in the basis for conclusions I believe as Paragraphs 200 and 201.
They were brought into the codification 2:36PM when it was created to help the reader understand what stratigraphic test wells were because they would no longer refer to the basis for conclusions in FAS 19.
To be clear, FAS 19 basis for conclusions 2:36PM

were never GAAP, but they were sometimes used by 2:36PM
readers to help understand what the then standard
was saying.

Q Okay. So --

A Sorry, I just gave you a whole lot. You 2:36PM
just got five minutes of lecture in class, Dan.

Q I just want to back up for a moment and
ask you: Can you tell me why it was that it would
not be a reasonable opinion that each well that did
not find proved reserves to be expensed? 2:37PM

And you told me that that would require
expenses all appraisal wells that were drilled.

A Yes.

Q And my question to you --

A And Shen 1, that would be expensed too, 2:37PM
because it didn't find proved reserves.

Q Okay.

A So every --

Q No proved reserves in Shen 1; is that
right? 2:37PM

A I'm sorry?

Q No proved reserves in Shen 1?

A That's correct, it found oil but it didn't
find proved reserves. If it would have found proved
reserves, then you do an FID on it at that moment and 2:37PM

we'd be done, everything else would be a development cost. 2:37PM

Q 932-360-35-18 speaks to wells that found oil but not did find proved reserves; right?

A It speaks to the subsequent measurement of wells that have suspended costs. And here's -- there are several places in here, but I'll refer to 932-360-35-18 because this one causes substantial confusion, I think. 2:38PM

If you look at the last sentence, I believe it is, so it's one, two, three, four, five -- six lines down. It says, "For purposes of determining whether capitalized drilling costs shall continue to be capitalized pending the determination of proved reserves, a project may include more than one exploratory well or exploratory-type stratigraphic well if the reserves are intended to be extracted in a single integrated producing operation." 2:38PM 2:38PM

So the idea is if you're trying to find a reservoir and all of the appraisal wells are trying to identify that reservoir to determine whether there's proved reserves in the reservoir, then all of those costs for purposes of determining whether capitalized drilling costs shall continue to be 2:39PM 2:39PM

I, LYNNE M. LEDANOIS, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [x] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: March 13, 2023

Lynne Marie Ledanois

LYNNE MARIE LEDANOIS

CSR No. 6811