UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' DAMAGES EXPERT, BJORN I. STEINHOLT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Anadarko Q1 2017 Earnings Call, dated May 3, 2017 |
| 2 | Excerpts of the March 13, 2023 Deposition Transcript of Bjorn Steinholt |
| 3 | May 3, 2017 UBS report titled, "Large Exploration Expense Drives 1Q17 EPS/CFPS Miss but EBITDX Beats; Maintains 2017 Guidance" (UBS_0001735-UBS_0001765) |
| 4 | May 2, 2017 BMO Capital Markets report titled, "1Q in Line, 2Q Lower but Full Year Unchanged; Shenandoah Appraisal Suspended" (APC-01553910-APC-01553914) |
| 5 | May 2, 2017 Barclays report titled, "APC: Quiet Quarter Operationally, Missed Consensus on Dry Hole/Cash Taxes" (BARC_0002094-BARC_0002099) |
| 6 | May 2, 2017 Johnson & Rice Company report titled, "Sales Note: Noisy Quarter on Divestments; 2Q17 Guide Light but 2017 Intact" (APC-01334815-APC-01334818) |
| 7 | May 2, 2017 Raymond James report titled, "1Q17 Quick Take: Anadarko Reports Solid First Quarter" (APC-01553905-APC-01553909) |
| 8 | May 3, 2017 Deutsche Bank report titled, "When It Rains, It Pours" (APC-01334935-APC-01334944) |
| 9 | May 2, 2017 RBC Capital Markets report titled, "Market Focus May Be Elsewhere" (APC-01334917-APC-01334921) |
| 10 | May 3, 2017 Cowen report titled, "Shenandoah Results A Negative" (Steinholt_0009711-Steinholt_0009716) |
| 11 | March 2, 2015 Wolfe Research report titled, "Not perfect, but everybody loves it … Capex Call Preview" (WOLFE_0003521-WOLFE_0003529) |
| 12 | March 3, 2015 Morgan Stanley report titled, "NAm Shines, Positioned to Lead Recovery" (MS_ANADARKO_000033-MS_ANADARKO_000043) |

| | |
|---|---|
| 13 | March 4, 2015 Wolfe Research report titled, "I've had a couple of requests to start singing, but I won't" (WOLFE_0003548-WOLFE_0003555) |
| 14 | April 9, 2015 Imperial Capital report (IC-000001-IC-000021) |
| 15 | May 5, 2015 UBS report titled, "Strong 1Q CFPS Beat; Raises 2015 Volume Guidance but Trims Capex Budget" (UBS_0000791-UBS_0000810) |
| 16 | May 5, 2015 Wolfe Research report titled, "We're not going to replace them, we're going to reload" (WOLFE_0003757-WOLFE_0003764) |
| 17 | June 1, 2015 Evercore ISI report titled, "Oil & Gas Exploration & Production; Initiation of Coverage" (APC-01322467-APC-01322616) |
| 18 | June 26, 2015 Bank of America report titled, "Tales from the road: exploration is back!" (BOFAS_APC-000527-BOFAS_APC-000547) |
| 19 | July 29, 2015 UBS report titled, "Strong 2Q EPS/CFPS Beat; Raising Estimates on Higher 2015 Oil Production Guidance" (UBS00015972-UBS00015994) |
| 20 | July 29, 2015 Wolfe Research report titled, "I met a Sheik from Main Street" (WOLFE_0002952-WOLFE_0002959) |
| 21 | August 4, 2015 Imperial Capital report (IC-000022-IC-000033) |