# EXHIBIT 1

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## APC - Q1 2017 Anadarko Petroleum Corp Earnings Call

EVENT DATE/TIME: MAY 03, 2017 / 1:00PM GMT

**OVERVIEW:**

Co. reported 1Q17 results.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

# MAY 03, 2017 / 1:00PM, APC - Q1 2017 Anadarko Petroleum Corp Earnings Call

## CORPORATE PARTICIPANTS

**A. Scott Moore** *Anadarko Petroleum Corporation - VP of Worldwide Marketing*

**Bradley J. Holly** *Anadarko Petroleum Corporation - SVP of U.S. Onshore Exploration and Production*

**Christopher O. Champion** *Anadarko Petroleum Corporation - CAO, SVP and Controller*

**Daniel E. Brown** *Anadarko Petroleum Corporation - SVP of International and Deepwater Operations*

**Darrell E. Hollek** *Anadarko Petroleum Corporation - EVP of Operations*

**Ernest A. Leyendecker** *Anadarko Petroleum Corporation - EVP of International & Deepwater Exploration*

**R. A. Walker** *Anadarko Petroleum Corporation - Chairman, CEO and President*

**Robin H. Fielder** *Anadarko Petroleum Corporation - VP of IR*

## CONFERENCE CALL PARTICIPANTS

**Arun Jayaram** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

**Brian Arthur Singer** *Goldman Sachs Group Inc., Research Division - MD and Senior Equity Research Analyst*

**Charles A. Meade** *Johnson Rice & Company, L.L.C., Research Division - Analyst*

**David Martin Heikkinen** *Heikkinen Energy Advisors, LLC - Founding Partner and CEO*

**David R. Tameron** *Wells Fargo Securities, LLC, Research Division - MD and Senior Equity Research Analyst*

**Douglas George Blyth Leggate** *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

**Edward Westlake** *Crédit Suisse AG, Research Division - MD and Co-Head of the Global Equity Oil and Gas Research*

**Evan Calio** *Morgan Stanley, Research Division - MD*

**Jeffrey Leon Campbell** *Tuohy Brothers Investment Research, Inc. - Senior Analyst of Exploration and Production, and Oil Services*

**John P. Herrlin** *Societe Generale Cross Asset Research - Head of Oil and Gas Equity Research and Equity Analyst*

**Michael Stephen Scialla** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD*

**Paul Benedict Sankey** *Wolfe Research, LLC - MD and Senior Oil and Gas Analyst*

**Robert Alan Brackett** *Sanford C. Bernstein & Co., LLC., Research Division - Senior Research Analyst*

**Robert Lee Christensen** *Drexel Hamilton, LLC, Research Division - Senior Equity Research Analyst*

**Ryan Todd** *Deutsche Bank AG, Research Division - Director*

**Scott Michael Hanold** *RBC Capital Markets, LLC, Research Division - Analyst*

## PRESENTATION

**Operator**

Good morning, and welcome to the Anadarko Petroleum Corporation First Quarter 2017 Earnings Conference Call. (Operator Instructions) Please note, this event is being recorded. I would now like to turn the conference over to Robin Fielder, Vice President, Investor Relations. Please go ahead.

---

**Robin H. Fielder** - *Anadarko Petroleum Corporation - VP of IR*

Thanks, Kerry. Good morning, everyone. We're glad you can join us today for Anadarko's First Quarter 2017 Conference Call. I'd like to remind you that today's presentation includes forward-looking statements and certain non-GAAP financial measures. We believe our expectations are based



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

on reasonable assumptions. However, a number of factors could cause results to differ materially from what we discuss. We encourage you to read our full disclosure on forward-looking statements and our SEC filings and the GAAP reconciliations located on our website and attached to yesterday's earnings release. Additionally, we will have provided detail in the first quarter operations report on our website. At this time, I'll turn the call over to Al Walker and we'll open the lines in a few minutes for Q&A with Al and the executive team following his remarks. Al?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Thanks, Robin, and good morning, everyone. As I've said previously, we are saddened by the tragic events in Colorado, and our thoughts are with the Martinez and Irwin families during this difficult time. We are committed to the public trust and safety of the communities where we operate. We will cooperate with the ongoing investigations to fully understand the fire district's preliminary conclusions and will engage all possible resources as final determinations are reached in this matter.

So with that, let's turn to the first quarter. And this is the first time that we've actually been able to give you a clear picture of what our portfolio can do. Most importantly, it gives you insight into how we will create nearer- and longer-term value. During the first 3 months of the year, on a divestiture-adjusted basis, we increased oil volumes to an all-time high, growing 26% year-over-year. Our margins improved by more than 100% due to an increased liquids mix and higher commodity prices from the prior year.

Cash generation was strong with more than $1 billion in cash from operations. And our financial flexibility and strength were improved by completing divestitures totaling almost $3 billion. As we move further into the year, we will consider using certain of the cash on our balance sheet to maintain or accelerate upstream spending and fund our midstream buildout. We're doing this in order to enhance the productivity of our onshore assets.

Our strong liquidity position affords us the flexibility to manage through the current commodity price volatility with a focus on the future. Operationally, our activities in the 3 Ds are off to a strong start in 2017. In the Delaware Basin, we continue to capture as many open operator leases as possible and expect to achieve our 70% operatorship target later this year with our current partnership, with 15 rigs currently running in the basin, and we're planning to transition to pad development in the second half of the year where we believe we can do this effectively through our established infrastructure in this basin.

In the DJ, we're running 6 rigs where we're improving the efficiency and the effectiveness of our cycle times. The asset teams have been leveraging our Advanced Analytics & Emerging Technology group, or the AAET, to test completion designs with the goal of maximizing the net present value per section. We're looking forward to talking more about these results in the coming months as well as other developments our A team is working on.

In the deepwater Gulf of Mexico, we achieved record production levels aided by a strong performance from Caesar/Tonga and new wells at Heidelberg and K2. This, along with other successes we're having with our tieback inventory, makes us feel very good about the future in the Gulf of Mexico. The first quarter results are a reflection of the simpler, more streamlined model we discussed with you in detail in March. We're very pleased with the way in which the onshore assets are performing, and we believe with this, we have a very clear path to creating value and growth that we have targeted for you in the past.

With that, I'm going to open it up for questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question comes from Doug Leggate of Bank of America Merrill Lynch.

Moving on to the next question. The first question will now come from Ed Westlake of Crédit Suisse.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Edward Westlake** - *Crédit Suisse AG, Research Division - MD and Co-Head of the Global Equity Oil and Gas Research*

Everyone's thoughts will go out to the family of the tragedy, and we do have to ask questions. You've got thousands of wells in the area. Obviously, you're doing regular inspection work to make sure that the integrity is there. And clearly, this is an early phase investigation as to why perhaps the integrity of the line was not there, but maybe some questions around that. How many wells do you survey each year and what's the cost of surveying the well? I'm trying to get some idea of the financial implications. And then we hear that remediation is about $100,000 a well. I don't know if that's the right number, and I guess it's very early. But given your inspection records, appreciate the team is going to be scrambling. What percentage of wells do you think might be needing some remediation based on what you've learned thus far in the last few weeks?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Thank you for the question. I appreciate your sensitivity that you expressed for the families involved here. We, too, as I said earlier, our thoughts are with them. Last evening, we received, like everyone else in our industry, the order from the governor, so I think it's a little early for me to be able to give you a comment on that, and I hope you just appreciate that we're working through that like everyone else in the industry at this point.

**Edward Westlake** - *Crédit Suisse AG, Research Division - MD and Co-Head of the Global Equity Oil and Gas Research*

Okay. So too early to comment. Well, then, second question on the Delaware. There you have some fantastic rock potential. You've been using a sort of an inefficient approach because you're trying to secure operatorship, which makes sense for the longer term, and also infrastructure, obviously, is coming. When do you think that asset is going to get into a sort of truly optimized development mode? Now I appreciate we're -- you measure the business in years, so I'm looking for like quarters here in the answer if that's possible.

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I understand the question. I think you all -- I'll hark back to the comments I gave you in my prepared remarks, and that is we at this point believe that we will move into a development mode in the second half of the year with that development coming off pad drilling and being able to do that as close as possible to existing infrastructure to take advantage and leverage off of that. So I think that is a coming attraction in the second half of the year. And as I made additional comments earlier, to the extent certain of the cash that we have on the balance sheet can be deployed to improve and enhance that productivity, we will continue to consider that.

**Operator**

The next question comes from Doug Leggate of Bank of America Merrill Lynch.

**Douglas George Blyth Leggate** - *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

Al, I apologize. The gremlins broke my phone this morning.

**Douglas George Blyth Leggate** - *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

I got a couple of questions if I may. Al, you have been one amongst the more constructive, I guess, CEOs around the longer-term outlook for oil prices, but yet you've written off Shenandoah. And I don't know if that's specific to Shenandoah or if it's indicative of how you see the relative economics of deepwater developments, but I just wondered if you could show your updated thoughts, maybe a little bit of color around Shenandoah specifically. And really what I'm trying to get at strategically where does exploration stack up in terms of lower for longer oil price? Is it still competitive to drill wells in Colombia and West Africa? And I have got a follow-up, please.





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

I think I've been pretty vociferous through the first 4, 5 months or first 4 months, rather of the year where I've had the opportunity to remark on what I think is the outlook for greenfield development in the Gulf. And I think I've made the comment time and again that we see that as a very challenged equation in a world that's bounded by $50 to $60 oil. Consequently, as we look at Shenandoah from an accounting perspective, really, the actions we took there were driven by the accounting methodology. And the fact that we are on a 180-day clock, I think, also gives you some insight into our views as to -- additional drilling that we and our partners might find on the horizon. So the charge if I can address that is simply accounting methodology, which we're happy to walk you through if that's a question. But philosophically, I'm not sure we are viewing this any differently than we have in the past. And, certainly, my public comments in the past will tell you that in a $50 to $60 world, we always felt like greenfield development in the Gulf, in particular, was fairly challenged. And consequently, when you got the portfolio that we do and the opportunity to move capital around, our ability to look at our portfolio and the diversity it provides us is frankly a real strength. So the actions that we took and our current views in Shenandoah while we're continuing to evaluate exactly what the next steps ought to be aside from accounting conventions are ongoing. And as we know more, we'll certainly talk to you about that as we and our partners decide on the next steps.

**Douglas George Blyth Leggate** - *BofA Merrill Lynch, Research Division - MD and Head of US Oil and Gas Equity Research*

So I guess I'll use my follow-up to address the second part of my question, which is, obviously, it looks like you've had a fairly substantial success in Colombia but, of course, not to be silly about this, it seems the market is very short term, currently, and so spending capital in longer-dated projects doesn't seem to be getting any recognition in the market right now. So I'm just curious as to how you see the relative priorities of exploration as you move the rig over to West Africa and ultimately what you're seeing on in Colombia? Now what are there -- strategically, are your views shifting or you still believe the exploration is a key part of the Anadarko story?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I think I've made the comment and I appreciate the question, Doug, that we certainly see exploration creating option value that's very important to the long-term health of our company. As exhibited by our capital plan for this year, you can see the 3 Ds are the areas we're going to focus our capital. Exploration in the Gulf of Mexico will be related to tieback opportunities that compete very well for capital, but we still feel like some option values is needed for the future and so therefore, the things that you're seeing as invested in this year for the future. I think, given that type of compounded annual growth that we are projecting over the next 5 years for our oil, I think, we can do both. Certainly, the way we're allocating capital this year is very onshore U.S. and Gulf of Mexico-centric but not to the exclusion of creating future option value.

**Operator**

The next question comes from Brian Singer of Goldman Sachs.

**Brian Arthur Singer** - *Goldman Sachs Group Inc., Research Division - MD and Senior Equity Research Analyst*

One question on the cash taxes during the quarter and how that relates to asset sales. Current taxes were about $0.8 billion. You indicated I think $0.3 billion is still to be paid associated with the asset sales. Can you just talk about what drove the rest of cash taxes? And then more of the broader question of whether the cash taxes paid overall as part of the -- I might have said acquisitions, I meant asset sales -- but as part of the asset sales in the Marcellus and Eagle Ford were in line with your expectations and how you think about the balance sheet going forward.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I'm going to ask Chris Champion, our Chief Accounting Officer, to address your tax question. I guess based on your morning write-up, you thought the proceeds associated with the asset sales were below your expectation. I can say they met ours. I'll answer the second half of that question. And with that, I'll turn it over to Chris.

---

**Christopher O. Champion** - *Anadarko Petroleum Corporation - CAO, SVP and Controller*

Thanks, Brian, and thanks for your question. Your first part is correct. We feel like we'll be a cash taxpayer in the U.S. and Algeria, and those are the 2 components that comprise our current taxes. And what you're seeing in the first quarter is really just an accounting convention based off of our results in the quarter versus how we're required to allocate that through the year. And it turns out that 100% of our expected cash taxes are booked in the first quarter. So that is really driven by Marcellus and our Eagle Ford divestiture and then Algeria.

---

**Brian Arthur Singer** - *Goldman Sachs Group Inc., Research Division - MD and Senior Equity Research Analyst*

Great. And then along the lines of the improved balance sheet and, Al, we've asked and you answered this one before, but just as we continue to see more consolidation in the Permian Basin, in particular, one of the areas that you highlight, can you talk about the opportunity set out there and your willingness to use some of these proceeds for Permian or other acquisitions?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I don't think our priority for use of cash has changed since we've discussed this in March with our call at that time. Our primary objective here would be to use the cash that we have on hand to accelerate drilling and improve our midstream takeaway capacity that improves longer term our productivity from the existing leases. If we found ourselves, however, in an opportunity to pick up something, it would probably be acreage that allowed us to extend our laterals, so therefore, it would improve the assets and leases that we currently hold. And like everyone, we'll evaluate that on a case-by-case basis. But I'd say if we were looking at M&A in the Delaware Basin, Brian, it would be more from a standpoint of can we improve what we have by that acquisition, and that largely is going to have to do with either longer laterals or some sort of efficiency associated with our takeaway.

---

**Operator**

The next question comes from Arun Jayaram of JP Morgan.

---

**Arun Jayaram** - *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

I was wondering, Al, if you could talk a little bit about the 2Q guide. I mean, I know you reiterated your full year guide, but the 2Q guide was a little bit below where The Street is at, and I just wondered if you could maybe comment on that as well as your confidence in reaching kind of your year-end growth targets in the Delaware and the DJ.

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, actually, I appreciate you asking the question, Arun. As you know, we guide for a full year, and it's really left up to the respective individuals since they write their own research to do what they believe are our quarter-to-quarter results. Consequently, by reaffirming what we think we will see for the year, I think we're saying is that we're not really as worried as some about the sequential progression from first to second quarter. That progression was expected, and consequently, the performance we see, in particular, out of our onshore U.S. assets is quite strong, so there's no read-through of concern there. It's really more -- we don't guide quarter-to-quarter and respect the fact that that's a job that's difficult to do for those of you that write research on us and others. But from our perspective, this sequential decline was anticipated.





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Arun Jayaram** - *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

And what was the driver of the sequential decline, Al?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I'm going to let Darrell address that if I can. It's really more related to maintenance.

**Darrell E. Hollek** - *Anadarko Petroleum Corporation - EVP of Operations*

Yes. Arun, that's really almost all related to maintenance here in the Gulf of Mexico and some of our bigger facilities. But again, to Al's point, that has been scheduled, and it's baked in our numbers all along. So it doesn't change our year-end guidance, but it was part of what we expected on a quarter-on-quarter basis.

**Arun Jayaram** - *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

Fair. Just my follow-up. Al, the market has shaved a couple billion dollars of equity value as the market has priced in some impacts to your DJ Basin, perhaps, inventory. What are your thoughts on the magnitude of this reaction, and what do you see -- I know it's early on in terms of the investigation -- as a bigger picture of impacts to the company and the industry in the State of Colorado?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I think we, like everybody else, are dealing with the results of the preliminary investigation as well as the orders that followed from the governor and the regulators. So I think to go beyond that at this point would be kind of difficult. Investors are certainly left to make their decisions based on the information they have. And at this point, we feel that the assets that we have will be the ones that are important to us. Beyond saying that I think there is -- they're important to us, I'm not really sure I'm in a position to say or answer to the question you're asking me specifically just because again we're dealing with this on a real-time basis. It's very fluid and the orders came out from the governor yesterday.

**Operator**

The next question comes from Scott Hanold of RBC Capital Markets.

**Scott Michael Hanold** - *RBC Capital Markets, LLC, Research Division - Analyst*

Maybe if I could turn back to the Permian and I think your guidance back about a month or so ago discussed averaging around 10 to 14 rigs. You're now up to 15. Is that just to accelerate the operator capture -- or operatorship capture? Or is there is something going on where you guys are using some of your capital really to start a little bit earlier to move into some more delineation or development?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I think as we told you in March, our first half of the year objective is to achieve this operatorship capture as the primary reason for our activity. And then as I commented in my prepared remarks, as we move to the second half of the year, that's where we're moving to the pad development drilling and trying to do that closer to infrastructure. So our expectations are that those activities will start to improve not only second half of the year volumes modestly, but it will probably have a bigger impact as we look to '18.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Scott Michael Hanold** - *RBC Capital Markets, LLC, Research Division - Analyst*

Okay. And then just specifically to the rig count, and with that 10 to 14 that you all discussed versus the 15 you're running now and what I'm trying to do is just trying to figure out are you guys putting a little bit more money to work than initially expected or do you sense you're still within that range of where you would have expected to be?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, I can say with some confidence at this time, we think the budget that we discussed with you back in March and the capital plan our boards approved is one that we're very comfortable with, and should we see opportunities in the second half of the year or later this year to increase that capital spend, we'll take that under consideration with our board, but we've not increased our capital spending expectation at this point.

**Scott Michael Hanold** - *RBC Capital Markets, LLC, Research Division - Analyst*

Okay. Understood. Understood. Maybe back to Shenandoah. Could you just generally discuss that number 6 well? Can you tell us generally how that changed your view, if any, of that project? And with respect to -- I guess, not -- obviously, we need to be in a better commodity price environment for these greenfield projects, but what else would you need to see to really get engaged to spend capital there again?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, let's be sure -- I know you know this because you're really good at what you do. Our decisions this quarter were driven by accounting convention. That by itself should not be a read-through for what we think about the asset, but we did have to take the actions that we did prescriptively. But maybe I can give -- have Ernie to talk a little bit about what he saw in the well. I think we and our partners are currently looking at what the pathway forward is, and so don't let the accounting convention lead you to an answer that's by itself singular.

**Ernest A. Leyendecker** - *Anadarko Petroleum Corporation - EVP of International & Deepwater Exploration*

Yes Scott. It's Ernie. I think it's -- we've written it up pretty clear in our ops report and our disclosures. We drilled the original well, which was designed to drill through the oil water contacts, and we did not see the oil water contacts in the well, so we backed up, and we sidetracked the well again towards the number 5 well where we had over 1,000 feet of pay looking for those oil water contacts again. And unfortunately, we did not get to completely prosecute the well to TD. We ran into some mechanical hold problems. We did see a partial section, so it was also inconclusive. And the challenges we've been having out there really are all related to try to image the structural fabric, and it's been one of our difficulties as we drill wells, we've found some surprises, some of them negative and some of them positive. So we felt it was appropriate really to stop and evaluate what our path forward would be. I think as we look at it today, it's probably a little premature to talk about what the next steps are and that path forward as we're still thinking through what those options are today.

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Does that help? Because I really want to be clear. What we did for the quarter from an accounting standpoint should be divorced, if you will, from the way in which we're looking at it operationally and from an exploration standpoint.

**Scott Michael Hanold** - *RBC Capital Markets, LLC, Research Division - Analyst*

Absolutely. And certainly you've had some nice big discoveries there, so the resource looks like it's there. It's just a challenging commodity price environment. I understand.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

The next question comes from Charles Meade of Johnson Rice.

**Charles A. Meade** - *Johnson Rice & Company, L.L.C., Research Division - Analyst*

If I could perhaps, Ernie, just following up on that question on Shenandoah, there was something you said there. You mentioned that you saw a partial section. Is that -- that makes me wonder whether perhaps you encountered an unanticipated fault. Is that what we're talking about here? And that does make you go back to the drawing board and the overall structural map is that not the right interpretation?

**Ernest A. Leyendecker** - *Anadarko Petroleum Corporation - EVP of International & Deepwater Exploration*

Perhaps, I wasn't very clear about it, Charles. We didn't -- we saw just the top portion of the Wilcox. We didn't get through the entire Wilcox section, and we ran into mechanical problems.

**Charles A. Meade** - *Johnson Rice & Company, L.L.C., Research Division - Analyst*

Got it. Got it. That makes sense. Thanks for that clarification, and then Al if I could perhaps make another run at the question that you fielded earlier on the sequential decline, all your points about us doing our own work on the quarterly rig numbers, those are all well received. But if -- could you perhaps talk a little bit more about what's going on in the Gulf of Mexico whether just how much is facility maintenance, how much is tie-ins of recent, either discoveries or appraisal wells and perhaps quantify what that quarter-over-quarter sequential decline is?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Yes. And I appreciate the redirect on the question. I'm going to ask Danny Brown if I can to help you a little bit with the answer simply because I think there is a lot of stuff going on in the Gulf of Mexico that's extremely positive, and I wouldn't want to leave you with any other impression, simply because the way we feel about the second quarter as it relates to the maintenance issues should absolutely be separated from the very positive drilling results. Danny, if you would?

**Daniel E. Brown** - *Anadarko Petroleum Corporation - SVP of International and Deepwater Operations*

This is Danny. I am -- but we do have a lot of rig -- very exciting things going on in the Gulf of Mexico currently. With respect to the sequential sort of quarter-on-quarter reductions we're seeing in volumes, it's really being split between upgrading our facilities in anticipation of some of these tiebacks that we're very excited about. So as we have to pull in new equipment, new risers, et cetera, we're going to have to take those platforms down to accomplish that type of work. So you've seen our very exciting well we drilled at Horn Mountain that we're pleased with. That's going to be on in the second quarter. That's going to require us to take the Horn Mountain facility down to get that -- get the riser work pulled in and to bring that onstream. So you're seeing some reductions in production volumes as a result of that, and then some is just maintenance. We've got other maintenance operations going on through several of our different facilities. This was always planned. This was always anticipated. Our full year expectations are unchanged, and we're just sort of marching through prosecuting the plan that we've always had.

**Charles A. Meade** - *Johnson Rice & Company, L.L.C., Research Division - Analyst*

That's helpful and makes sense. I know 2Q was a good time to do that work out there.





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

The next question comes from David Tameron of Wells Fargo.

---

**David R. Tameron** - *Wells Fargo Securities, LLC, Research Division - MD and Senior Equity Research Analyst*

Al, in the DJ, if I look at the ops report, you guys referenced in there more fluids, tighter spacing, unfamiliar enhanced completions, I always thought the general, I guess, conventional wisdom was down where your acreage is, given the pressure and given some of the gas oil mix that the higher proppant wouldn't necessarily work. Is -- are you finding something different? Or can you just talk about what you guys are doing in the DJ as far as completion design?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Yes. If you don't mind, I'm going to let Brad address that because we're doing some pretty good things there, so it's an understandable question.

---

**Bradley J. Holly** - *Anadarko Petroleum Corporation - SVP of U.S. Onshore Exploration and Production*

Sure David this is Brad Holly. Just -- we're really excited about what we're seeing in the DJ because we have done over 1,000 wells out there. We've taken in all that data along with everything we've seen in the industry and really ran through our Advanced Analytics and looking at every component that makes up that fracture thing. We were working on increased fracture intensity, which is really we're trying to bust up the rock as much as possible. We have shrunk our staged spacing as well as increased our fluid volumes, and we're continuing to tweak that recipe. We did a few of those in the fourth quarter of 2016, and we started to do quite a few more of those in the first quarter of '17. So we put some of our early results out in the ops report, and we're continuing to watch results, but we're encouraged and excited about what we're seeing from the new completion design. We continue to tweak that, and we'll have more information as we get more production results.

---

**David R. Tameron** - *Wells Fargo Securities, LLC, Research Division - MD and Senior Equity Research Analyst*

Okay. So you're not -- I want to say is it more fluid? Is it more sand? Any color you can give me there?

---

**Bradley J. Holly** - *Anadarko Petroleum Corporation - SVP of U.S. Onshore Exploration and Production*

We're certainly looking at more fluid, and I think we're playing with some of the other parameters and how they -- what combinations to pump these things on.

---

**David R. Tameron** - *Wells Fargo Securities, LLC, Research Division - MD and Senior Equity Research Analyst*

Okay. Okay...

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

David, if I can just add I think one of the things you're seeing Anadarko do, one of the things you're seeing industry do is understand better how we can take our data and uses it to create more effective and efficient operations, and we certainly are doing that through our Advanced Analytics & Emerging Technology group. I think we as an industry and certainly as a company will start to be able to apply a lot of the data that we have had historically but use it differently in the way which we apply it to our operations.

---





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**David R. Tameron** - *Wells Fargo Securities, LLC, Research Division - MD and Senior Equity Research Analyst*

That makes sense. And now back to the DJ, just obviously horrible situation with the incident out at Firestone. But if I think about -- you guys shut in 3,000 vertical wells, and I think you said at the time the production was 13 a day. If I start thinking about vertical production and just -- does it make sense -- economic sense when we start talking about whatever inspections or mediations or go forward basis, does it make sense to just shut some of those wells in from an economic standpoint regardless of what the investigation finds?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

David, the best way I can answer your question as the way I answered one earlier. We are like others in our industry responding to what the governor requested last evening, and I really can't answer your question at this point other than to say, last week, we announced and we shut in those 3,000 wells on abundance of caution at that time. That was taking 13,000 barrel equivalents off the market, of which about 3/4 is natural gas. So beyond that, I really don't know anything I can tell you relative to the question you asked me.

---

**Operator**

;

The next question comes from Mike Scialla of Stifel.

---

**Michael Stephen Scialla** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD*

Just wanted to follow up on David's question on the new completion design you're experimenting with in the DJ. It sounds like it's more fluid than proppant. Can you talk about the cost difference from your standard design at this point?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Again, I'll let Brad address that. I think you'll like his answer better than mine.

---

**Bradley J. Holly** - *Anadarko Petroleum Corporation - SVP of U.S. Onshore Exploration and Production*

Thanks for the question, Mike. This is Brad. As you can imagine, as Al mentioned in his opening comments, we're all about net present value per section, and so we look at that efficient frontier on what makes the most sense economically. And so as we've adjusted our completions, we're always looking to maximize that equation, and so we look at all of those different parameters. And as you can imagine, we're trying to get the very best well, the best NPV with the lowest cost possible. And so I think we look at all those parameters and put those in there and try to make that equation optimized.

---

**Michael Stephen Scialla** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD*

I want to switch over to the Delaware. I notice you put a slide in your presentation showing the various API gravity regimes in the basin. I just wanted to ask you about product prices in the Delaware, any concern there with any of the products oil, gas, NGL or condensate?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

I think Scott Moore can best address your question.





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**A. Scott Moore** - *Anadarko Petroleum Corporation - VP of Worldwide Marketing*

I think discussing the key points to understand on the crude side of things is what's the gravity of the common stream you need to sell into facing the pipe. And for us, we have upper 40s, mid 40s kind of quality, and that gives us a WTI pricing, so we don't see pricing discounts that producers who have a light condensate type of product would see, and so I think we are blessed with the good geology that benefits from that. As far as Midland Basin and takeaway if there's a sufficient space right now and there is new pipe coming in and it's coming in about as fast as production is growing so we feel comfortable near term that the restructure will continue to match the pace of development by the industry, and that's really across the sector for crude NGL and natural gas. A little pressure in natural gas pricing as these higher cost pathways to market become utilized, as the premium pathways get more fully utilized but that's nothing material.

**Michael Stephen Scialla** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD*

And can you talk about...

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

I might add just a little bit to Scott's comments. We certainly are being pretty aggressive at looking at options for how to evacuate all of our hydrocarbon stream out of that basin, working in particular with several companies that Scott made reference to in terms of just the fact there's a lot of activity that takeaway buildout. So I'd say like you've seen this before we're quite interested in seeing how we can use our anchor tenant position in any of these things that are going to come forward to be a big part of how that infrastructure is built out.

**Operator**

The next question comes from John Herrlin of Societe Generale.

**John P. Herrlin** - *Societe Generale Cross Asset Research - Head of Oil and Gas Equity Research and Equity Analyst*

Most things have been asked, but getting back to the brownfield work that you are doing in the Gulf of Mexico with the tie-ins. Could you give us a sense of what the cost thresholds are and kind of make a comparison to the onshore? And then how competitive are the operating costs now, given the dearth of activity and a lot of available equipment in the Gulf?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

John, great question. I might ask Danny if he could handle the cost side of it. I know you well enough to know you probably have looked back at our March investor information. You can see that the expected internal rates of return that the tiebacks give us compete very favorably with our 2 large onshore positions. So the rate of return because of the cost being minimal for a tieback into an existing infrastructure is part of the equation here for what makes so much sense from a portfolio perspective, but I think your questions are spot on, and I'd like Danny to address them.

**Daniel E. Brown** - *Anadarko Petroleum Corporation - SVP of International and Deepwater Operations*

Thanks, John. Yes, as Al mentioned, the rates of returns we have, so in terms of competitiveness, these are very attractive opportunities for us within the portfolio. 75%-plus, we got over 30 of these things within sort of in the cupboard that we can go execute upon. We actually have a deeper bench than that, but that's sort of our high-graded list, and that's for tiebacks, and so we also have platform opportunities that have very high rates of returns that you'll see us executing on as we move forward. Costs within the Gulf of Mexico are sort of stable and perhaps somewhat even deflationary if you think about the rig cost out there. So, obviously, as you think about tiebacks, the reservoir that you're drilling into, the length of tiebacks distance from the platform is going to vary, so the individual costs for specific project will vary. So I think when I think about it I think



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

of the rate of return on the margin that we're going to get mostly in and, as Al mentioned, these sort of average rates of returns on these opportunities the 30 we've mentioned is over 75% at $55, so very competitive.

---

**John P. Herrlin** - *Societe Generale Cross Asset Research - Head of Oil and Gas Equity Research and Equity Analyst*

Great. I was wondering if there was more cost deflation whether that was just going to help the returns. Next question for me is on the big data and obviously, you can't answer this necessarily, but your big data approach you're trying to improve your NPVs what you're doing, are we talking major step changes or, say, 15% to 20% changes? What kind of ballpark do you think you'll get out of the onshore efficiency by really working with big data?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, to use the baseball analogy, it's probably top of the first. So we've got a lot of baseball still to be played there, John. All we can say is the early work that we're being able to utilize through our Advanced Analytics & Emerging Technology group is giving us a lot of belief that, that will be a big move in cost once we're able to employ exactly what would end up being the final way in which that data is used or applied. But we, like others, have a lot of data that historically has probably not been used well. As we start to catch up to the Silicon Valley and its approach to the way in which technology can use data, I have every expectation that we and others will start to see material changes in the way in which our industry thinks about drilling wells.

---

**Operator**

The next question comes from David Heikkinen of Heikkinen Energy Advisors.

---

**David Martin Heikkinen** - *Heikkinen Energy Advisors, LLC - Founding Partner and CEO*

Just a quick question and follow-up. You all have oil gathering infrastructure, but I was curious about your thoughts around gathering lines versus trucking in the Permian and any limitations around trucking or stabilization with higher gravity and how that impacts development.

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, in general, this oil is not as volatile as you may be thinking of in other shale plays so the gravity and the volatility is a whole lot less. You're dealing more with a black oil here. Consequently, we and others have had the benefit of that are dealing with different equations than some that, I'll say, have a lot more volatility associated with a higher gravity in the crude and the mix of what their yield stream looks like. On average, David, our yield stream coming out of these wells is somewhere around 70% black oil, so we are certainly trying where we can to use pipe to evacuate but we've not run into a problem of getting early success with our wells into a pipeline if we have to truck as well.

---

**David Martin Heikkinen** - *Heikkinen Energy Advisors, LLC - Founding Partner and CEO*

Okay. Helpful. And then the -- just following through on kind of appetite for taking down firm. You said you'd be in an anchor tenant. I mean, does that lead to an expectation, I guess, of taking firm transportation out of the basin both oil and gas how should think about the second half of the year and going forward?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, we've not entered into anything definitively at this point, so the best way I can say is that we certainly believe in controlling our takeaway, and how we go about contracting for that is still being negotiated. But I think being able to control your takeaway and understanding what volumes



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

can be moved and at what price would lead us to wanting to be an anchor tenant or a large component of any of these hydrocarbons that are moved. We've done that before. I think I would point to what we've done in the DJ with takeaway capacity there as maybe an example of things that we're thinking about here in the Delaware.

---

**Operator**

The next question comes from Bob Brackett of Bernstein Research.

---

**Robert Alan Brackett** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Research Analyst*

In coming back and trying to understand Shenandoah a bit more, what happens if you do nothing on Walker Ridge 51 and 52 for the next year?

---

**Ernest A. Leyendecker** - *Anadarko Petroleum Corporation - EVP of International & Deepwater Exploration*

Bob, this is Ernie. We have -- we're under a continuous operations under the terms and leases because that is expired. So it requires us to conduct another operation within that period. So we'll be looking, as we talked about and disclosed, at what our options are between now and that period, which is later this year.

---

**Operator**

The next question comes from Ryan Todd of Deutsche Bank.

---

**Ryan Todd** - *Deutsche Bank AG, Research Division - Director*

Maybe one more follow-up in the Gulf of Mexico. I believe there's a Heidelberg impairment as well. Can you -- how does this impact? Or is there any change to the potential go-forward plans for a second phase of development at Heidelberg?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, we've got very successful most recent well we drilled there. The charge we took again was accounting convention-driven. I think you probably have seen most of the other partners in the Heidelberg take charges in prior periods. Consequently, I wouldn't take the accounting convention charge to be a commentary on the spar or what we're seeing certainly with this last well we drilled. But we also see the Heidelberg's spar having tremendous opportunities for tiebacks, either from our own drilling or from those as an industry because of its location. And I think as we've talked about March, and I'll just reiterate here, our ability to reach out and tie back is substantially higher than it was 2 years ago, and we're starting to see through the technological improvement the ability to increase that radius even further. So I think the location of that spar is quite advantageous if it's just more production handling agreement perspective.

---

**Ryan Todd** - *Deutsche Bank AG, Research Division - Director*

Okay. And maybe one more on CapEx. 1Q CapEx came in at the low end of the guide. Full year CapEx for '17 is still in line. Can you talk a little bit about maybe any efficiencies that you saw in the quarter? I would expect it to ramp directionally over the course of the year as activity increases, but are you seeing any better-than-expected efficiencies or any upside pressure one way or the other on CapEx and cost relative to your base case expectations?

---



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Yes. And you should be -- I know you fully appreciate the shortcomings of being able to look at things quarter-to-quarter and drawing conclusions from that. So when you look at a quarterly spend versus an expected annual spend, I think you just have to recognize that's where we were based upon the timing of certain spending that occurred in that quarter. And over the long haul once we see ourselves either outspending that, we'll communicate it or increase as the case may be if we see ourselves wanted to increase our capital spending, but the quarter-to-quarter movements, I wouldn't take a whole lot of concern in it, just simply because we, like others, are finding ways to improve our efficiency but sometime, it's just the timing of that spend in a particular quarter that might leave you with an impression that we're being good or bad relative to our expectations for capital for the full year.

---

**Ryan Todd** - *Deutsche Bank AG, Research Division - Director*

So everything in line with expectations currently?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

We have no reason at this point to think that we would want to change our capital plans, but if we see reasons to want to improve or increase, rather, our capital spending as the year goes on, we'd certainly be happy to come back and talk to you about that.

---

**Operator**

The next question comes from Paul Sankey of Wolfe Research.

---

**Paul Benedict Sankey** - *Wolfe Research, LLC - MD and Senior Oil and Gas Analyst*

Obviously there's tremendous, should we call it, noise with due respect around the stock at the moment. Well, ultimately you've got a relatively low leverage by -- certainly by the historic stance of Anadarko. I think the perception is that aside from the current use flow, you're likely to make an acquisition or accelerate growth with the additional balance sheet strength, especially given the stock price performance. Can you just address that perception?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

And Paul, appreciate your question. And again, we at Anadarko are very concerned and saddened by the events that you made reference to in Colorado.

---

**Paul Benedict Sankey** - *Wolfe Research, LLC - MD and Senior Oil and Gas Analyst*

I must say my condolences and all due respect I don't want to sound in any way -- understate what's going on there.

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

I'll just second that. I think it's very tragic and very concerning. As it relates to using our capital, I'll reiterate what I've said a few other times in different settings. I think our primary belief is -- our belief is our primary use will be to increase drilling when we think that's appropriate so I would think of it is through the drillbit first. If we see acquisitions that improve our ability to drill our current leases more efficiently or allows us to increase the laterals, improve the estimated ultimate recoveries, those would be the things that would be of interest to us. I think just getting larger in a different part of the basin would be not as -- not very interesting, not to say that the acquisitions that others have made aren't good acquisitions. I'm sure they are quite good. I think our primary interest if we were thinking about it in an M&A context would be if we can improve our existing





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

leasehold, if we can improve the estimated ultimate recoveries and create a better footprint from the one that we have today. And so that would be sort of the opportunities that we would see ourselves looking at for M&A. But with respect to the cash that we've got, that cash I suspect will largely go to additional drilling and infrastructure buildout to be able to improve the productivity of what we have today in the future.

---

**Paul Benedict Sankey** - *Wolfe Research, LLC - MD and Senior Oil and Gas Analyst*

And Al, would you generally want to run a lower level of leverage than you have in the past as kind of a result of the downturn?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

No. I can appreciate the question and why that might be asked by some. I think when you look at it from a net-debt basis taking the cash against the debt and then even on a discounted basis, if you felt like there's a illiquidity discount and you applied the holdings that we have in Western Gas as marketable securities against that, you'll see that we actually have a very underlevered balance sheet when you net those 2 securities, either the cash or the marketable securities associated with Western against the debt position. So I'm not sure that I'm overly concerned about anything other than wanting to find good places to put that cash to go to work.

---

**Paul Benedict Sankey** - *Wolfe Research, LLC - MD and Senior Oil and Gas Analyst*

Understood. And then I've kind of got to go there, with due respect. One of the specific orders that affects you? I think I understood that the main one is going to be the inspection of all wells within 1,000 feet of an inhabited dwelling. Can you just tell us what actually needs to be done from here?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, look, I fully understand the question you've asked and others have asked as it relates to this topic but I think we, like others in our industry, are trying to understand and comply with the request of the governor last night, and it's pretty early days for us to be able to make a comment on exactly what that's going to look like, given the order came out late yesterday afternoon.

---

**Operator**

The next question comes from Evan Calio of Morgan Stanley.

---

**Evan Calio** - *Morgan Stanley, Research Division - MD*

First, in a follow-up to Colorado and I also appreciate the outcome of Colorado's tragic, sensitive and unclear. And in the location of the well and the proximity house doesn't appear to be direct cause, rather P&A or some intervening act of another party, yet can you provide any sensitivities on your 4,000 DJ location count to any changes in setback rules? I know that was reviewed or potentially contemplated in connection with the failed ballot initiatives in 2012 and 2014, maybe any sensitivity on interval different than 500.

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

I'm not sure I fully understand your question. Are you asking me do I think that other ballot proposals that have been proposed in the past election cycles would come back around?

---



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Evan Calio** - *Morgan Stanley, Research Division - MD*

No. No, sorry. I wasn't asking for what your view to an outcome here was but if there were to be any regulatory change as a result, what is the sensitivity of your location count to any changes if there were to be any changes in the setback performance, also observing what the apparent cause may or may not be.

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, Evan, at this point, the rules and regulations promulgated by the regulator are what they are, and we're very much in compliance with those. For me to answer your question, I would have to understand what the regulators contemplate beyond what's in place today. So all I can say is we are very compliant with the regulations that are being currently applied by the Colorado regulator.

---

**Evan Calio** - *Morgan Stanley, Research Division - MD*

Right. I know it was a tougher question. I thought maybe you might have analyzed that with the 2,500-foot setback proposal couple of years back. My second question, in second quarter CapEx, I know it includes other $138 million. I know that's been a newer line item in the last 2 quarter op reports that aggregates now $250 million. I understand it's exploration play. Any context on that figure whether its drilling, acreage acquisitions or how might that quarterly spend compare over a longer period of time since we only now kind of newly introduced disclosure item?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Okay. Darrell, you want to address that?

---

**Darrell E. Hollek** - *Anadarko Petroleum Corporation - EVP of Operations*

Yes. The only thing I could say at this point is that's really not going toward drilling dollars. We're going to continue to look at other opportunities around our 2 big plays as to what could be maybe next, and so we're looking right now, but those aren't drilling dollars. I would leave it at that.

---

**Operator**

The next question comes from Jeffrey Campbell of Tuohy Brothers.

---

**Jeffrey Leon Campbell** - *Tuohy Brothers Investment Research, Inc. - Senior Analyst of Exploration and Production, and Oil Services*

Regarding the enhanced completions in the DJ, when you cited a 10% oil chem improvement, was that due to an increase in your oil cut per BOE or was it the BOE increase had a stable mix, but it was such that 10% more oil per well is being produced cumulatively?

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Brad, would you like to take that question?

---

**Bradley J. Holly** - *Anadarko Petroleum Corporation - SVP of U.S. Onshore Exploration and Production*

It's still early days in that, and we put, I think, like 100 days of production there. So we're seeing a flatter decline for a longer period of time, and it's still early but we're analyzing that and seeing what the long-term effects of that is going to be.





©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Jeffrey Leon Campbell** - *Tuohy Brothers Investment Research, Inc. - Senior Analyst of Exploration and Production, and Oil Services*

Okay. My other question is a little bit more high level. In the Permian, some prominent operators are announcing plans for what I call mega pads. They're going to -- they're proposing to develop multiple zones at the same time. Others plan to develop all the locations in the particular zone at one time. And either way, the plans seem to seek to improve efficiency economics and in particular to avoid staggered well development with production shut-ins. I was wondering first of all, do you favor one approach over the other? And could you provide some color perhaps regarding what you see the future development to be for the Wolfcamp B, C, D, Bone Spring and Avalon Shales that you've identified as prospective on your acreage?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Great question and you're right. We're seeing a lot of industry doing different things these days as they try to figure out how to be more efficient off of pad location. I'm not sure it's any different than round peg, square hole. Everybody's got a little bit different equation but what they're working on. A lot of that has to do with how the stack pays actually line up. In our current thinking, we're planning to move to pad drilling in the second half of the year and try to get that as close to infrastructure as possible. I think as we consider that, we'll probably have more details at our second quarter earnings call than we do this morning. I hope you'll appreciate the fact that as we move into development there, we'll probably be more interested in talking about that and how are going to apply it but it certainly looks like the second half of the year, we will move to pad drilling, but that is not for the types of plays others are doing. I mean, I don't see us developing multi-zones from a single pad location at this point simply because of what we believe to be extremely good rock coming out of our primary objective and wanting to be as effective and as efficient with that primary objective zone versus others. That's not to say that we won't drill Avalon and Bone Spring where we think it's appropriate, but the Wolfcamp for us at this juncture is primarily what we're looking at. And I'd ask you to think back when you can to what we covered in March on our call at that time talking about what we saw in the way of -- the potential for prospectivity with those other zones and what we think that means in the way of resource potential but in terms of near-term capital, the primary Wolfcamp zone that we were targeting will be the one we'll be spending our capital on.

**Operator**

The next question comes from Robert Christensen of Drexel Hamilton.

**Robert Lee Christensen** - *Drexel Hamilton, LLC, Research Division - Senior Equity Research Analyst*

Just followed with interest Shenandoah all these years and the delineation and I simply can appreciate the accounting convention and rules, but you have poked a lot of holes out there. You've put a lot of science on it. What would you be walking away from in the way of probable and possible reserves from what you've gleaned to date off of a bunch of years of exploration? What will we be talking about here?

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Well, Robert it's an understandable question for which I got to tell you I couldn't begin to answer that simply because with this juncture, all we have is drilling results. We've not estimated what we've believe to be probable or possible recoveries, some of it because of the things we have been doing to date have been more in the lines of just the science associated with trying to understand the reservoir better. And I think given the information we gave you in certainly this ops report and those before, you can appreciate the fact that it will be very difficult cost for us to estimate that, given where we are in the drilling process. We're certainly in the campaign associated with understanding that better.

**Operator**

This concludes our question-and-answer session. I would now like to turn the conference back over to Al Walker for any closing remarks.



©2017 Thomson Reuters. All rights reserved. [illegible]

THOMSON REUTERS

---

**R. A. Walker** - *Anadarko Petroleum Corporation - Chairman, CEO and President*

Thank you, and let me end with what I started with and just say we are very saddened by the events in Colorado. We're going to continue to work very hard to understand it better. We are very pleased with our first quarter results. We believe the things that we talked about in March are certainly coming together operationally. We also think that the things you're seeing us do both in the Delaware and the DJ are coming to fruition, and I would anticipate as we continue to see as improving commodity price environment our commitment to additional drilling in the Delaware could be one and the same. Consequently, we really are pleased with what we're seeing from the first quarter and through the course of the next 90 days. Look forward the next time we get together we will have some additional detail. Thank you, and thanks for joining us this morning. Appreciate it.

---

**Operator**

The conference is now concluded. Thank you for attending today's presentation. You may now disconnect your lines. Have a great day.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2017, Thomson Reuters. All Rights Reserved.



©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
------------------------------------x
In re:
ANADARKO PETROLEUM CORPORATION
SECURITIES LITIGATION

Civil Action No. 4:20-cv-00576
------------------------------------x

VOLUME 2
REMOTE VIDEOTAPED DEPOSITION OF
BJORN STEINHOLT
Poway, California
March 13, 2023

Reported By:
ERIC J. FINZ

BJORN STEINHOLT

issue.

But in my first report, paragraph 28, subsection J, it's plaintiffs' allegation that Shen was more likely than not uncommercial after the result of Shen-3. And that would be at the beginning of the class period.

Q. And what does that mean for the fundamental value of Shenandoah?

A. Well, if it's not commercially viable, to me that would mean that the future cash -- there are future cash flows that are positive and there are future cash flows that are negative. And in addition to that -- so let's assume, if they are exactly the same, then the present value -- or then, you know, it would -- if you just add them up it would be zero.

But in this particular case you also have a particular required rate of return for Anadarko. In other words, you don't put $1 into a project expecting to just get a dollar back. You need some

BJORN STEINHOLT

sort of return on that investment.

So that doesn't mean that the investment necessarily had, you know, zero value. But it may not have had sufficient return for Anadarko to proceed with developing the field.

Q. You also used the phrase "more likely than not" that it was not commercially viable.

If Shenandoah was merely more likely than not not commercially viable, doesn't it have fundamental value by virtue of the possibility that it could be commercially viable?

A. First off, in terms of my use of -- I did not come up with the allegations. These are not my words. I am -- I am summarizing my understanding of what plaintiffs' allegations are.

Now, in terms of some probability less than 50 percent, that has a different range. And even at the end of the class period, analysts were discussing, well, what is the value at

BJORN STEINHOLT

this point in time, knowing that they are -- Anadarko has suspended appraisal activities. And even at that point in time, you know, there was possibility that Anadarko, instead of developing its -- or developing the field itself, maybe they'd sell it to something if there was an additional fundamental value.

So yes, both after the -- after the end of the class period and at the beginning of the class period, according to this allegation, there might have been some value to it. I have not performed the fundamental valuations for the reasons that I've explained. I've used the traditional approach to quantifying damages in this case, the same approach that is being used in, I would say, 99 percent, probably, of the securities class action cases that we have.

I valued the impact of the disclosure of the alleged truth, which is

BJORN STEINHOLT

typically more objective, less subjective. And more -- more reflective of how investors would view the information that was misrepresented.

Q. So in paragraph 10, you discuss Mr. Keller's opinion. And you say that "It was overly -- can be overly speculative to say how specific information beyond the text was interpreted or understood by individual investors."

Do you see that? It's the middle of the paragraph on page 5.

A. Page 5, okay.

Q. Under paragraph 10.

A. Yes. There are several problems with his analysis. One has --

Q. I'm sorry, I just asked if you saw it.

A. So yes.

Q. I was just asking if you saw it.

A. Yes, I see. I'm on that page.

Q. You then say that a more

BJORN STEINHOLT

reliable approach is to analyze how investors collectively reacted to the information.

My question is: Is it the case that it's possible that investors can receive information and understand it, and yet there is no reaction to the information?

MR. DROSMAN: Objection; incomplete hypothetical, vague and ambiguous, compound.

A. Are you talking about individual investors or investors collectively?

Q. Well, I guess what I'm asking is, there are -- there are times where there is information that goes out into the market where there would not be a statistically significant stock move. Correct?

MR. DROSMAN: Objection; vague and ambiguous, incomplete hypothetical.

A. Yes. I mean, with respect to

BJORN STEINHOLT

statistically significant price movements, those -- if you use the 5 percent level, in general that means -- those are the largest price movements. And those typically occur 5 percent of the time. Given the fact that for a large company there will always be typically some information. That means that 95 percent of the time you're not going to have a large statistically significant price movement on a particular day.

Q. Paragraph 14, you refer to the alleged truth, the bottom of the page. And then you say, "i.e. Anadarko's suspension of appraisal activities was disclosed" -- I'm sorry, "i.e. and Anadarko's suspension of appraisal activities at the Shenandoah."

Do you mean by the suspension of the appraisal activities as the alleged truth?

A. That is the alleged truth -- that is the disclosure that plaintiffs

allege is the alleged truth in this particular case. Whether or not it's the relevant truth, that's up to the judge and the jury. But that is what they allege.

Q. And how is it that that can be the alleged truth throughout the entire class period if that decision was not made until the very end of the class period?

MR. DROSMAN: That's exactly what you were talking about.

MR. GRUENSTEIN: Dan, I think you're not on mute.

A. The -- first of all, the connection between the alleged truth and the misrepresentations depends on the appropriate legal loss causation standard. And I'm not here to, you know, enter into that particular debate. Different courts have interpreted it differently.

But that -- but that is the relationship between the problems

BJORN STEINHOLT

relating to the economic viability of the Shenandoah is at the crux of the issue here. And, you know, so that is the same issues, the same issues that plaintiffs alleged resulted in the suspension of the Shenandoah, were present at the beginning of the class period.

Q. In footnote 17 you say, "According to plaintiffs, this was a partial disclosure of the alleged truth, as the fraud remained undisclosed."

The fact that it was alleged to be a partial disclosure, does that have any impact on any of your opinions?

A. No. I mean, I note it. But -- and I know it was in the disclosure of the whistleblower complaint. But I was focusing on what was actually disclosed. And I'm just quantifying damages based on the actual disclosure. There is no additional damages for any concealment of any other alleged truth subsequent to the end of the class period.

BJORN STEINHOLT

Q. Let's go to section 3, you talk about Mr. Keller's flawed understanding of market efficiency. And you discuss that he appears to adopt a strong form as opposed to a weak form of efficiency. Is that right?

A. Well, he states that. That is what he says.

Q. And in your view, does that affect his ultimate opinion -- let me ask it this way: If he accepted a weak form of market efficiency, do you think that would change his opinions in any specific way?

MR. DROSMAN: Objection; calls for speculation.

A. Well, the weak form doesn't make any sense. I mean, it's the semi-strong form that makes sense.

Q. I'm sorry, I meant the semi-strong.

A. Just for the record.

Well, I mean, he -- he has a lot of different assumptions in here.

BJORN STEINHOLT

fundamental value as of the beginning of the class period?

A. Well, I haven't performed a particular valuation of the Shenandoah. There are plenty of analysts who did. So we have, already have a lot of analyst reports demonstrating that analysts attributed substantial value at that point in time.

Obviously if the -- if the negative information that was concealed had been disclosed at the beginning of the class period, then one would -- it is reasonable to conclude that at that point in time you would have a price decline. And I measure that by what actually happened when the alleged truth was disclosed at the end of the class period.

Q. But you used the phrase "unlikely to be commercially viable." That could mean that there is a 40 percent chance of commerciality. Right?

A. Yes, it could mean -- you know, I haven't gone into -- I don't have

BJORN STEINHOLT

the ability to analyze it any further than what the industry experts have done. I don't know in terms of what the actual percentage would be.

Q. And if the commerciality was let's say 40 percent, then would you agree that Shenandoah did have significant fundamental value?

MR. DROSMAN: Objection; incomplete hypothetical.

A. Well, the value would be different than the values that was disclosed here by -- or was estimated by the analysts.

At this point in time the inflation that I have is $1.75. And for instance, if you're talking about Capital One, we are dealing with estimates of 4 to $7 per share value. A dollar 75 is only a fraction of that. It's also a fraction of the $3 per share estimated by Morgan Stanley. It's also a fraction of the 5.81 per share invested by Imperial Capital.

BJORN STEINHOLT

So even under my -- let's assume just for purposes of argument, say, that, you know, the stock price was worth -- analysts believed that it was worth 4 bucks a share. Well, you know, my one -- a dollar 75 is substantially less than that. So that means that, you know, there still would be $2.25 of value, which would still be substantial. Even if you make the maximum of 58 percent adjustment to their valuation at the very beginning of the class period, which also -- it's also a reflection of how conservative my valuation is, or my estimate of damages is in this particular case.

I'm not saying that inflation is $4 per share or $3 per share or $5.81 per shave. I have inflation at the beginning of the class period of $1.75.

Q. Do you know whether the analysts that you've been talking about attribute a 100 percent chance of commerciality to Shenandoah?

BJORN STEINHOLT

MR. DROSMAN: Objection; calls for speculation.

A. There are different things that the analysts would have to do. And I don't have a sufficient insights, and I don't think that the analyst reports necessarily provides sufficient insights going into detail with respect to these valuations.

These valuations are stand-alone valuations of Shenandoah. Which means that the impact, when you consider Anadarko as a deep sea driller and what this meant for Anadarko in terms of the future revenue growth, it may actually -- and all of the infrastructure that Anadarko had in the area at the time, you know, the value to -- the value may be even greater to Anadarko than the stand-alone value.

On the flip side to that you can also say that well, listen, you know, maybe this is, you know, the net asset value projection is, you know, is, you

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, ERIC J. FINZ, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That BJORN STEINHOLT, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of March, 2023.



_______________
ERIC J. FINZ

# EXHIBIT 3

# Anadarko Petroleum Corp.

## Large Exploration Expense Drives 1Q17 EPS/CFPS Miss but EBITDX Beats; Maintains 2017 Guidance

**Equities**

Americas
Oil Companies, Secondary

| | |
|---|---|
| 12-month rating | Buy |
| 12m price target | US$80.00 |
| Price | US$56.28 |

RIC: APC.N BBG: APC US

**Trading data and key metrics**

| | |
|---|---|
| 52-wk range | US$72.69-44.99 |
| Market cap. | US$31.5bn |
| Shares o/s | 560m (COM) |
| Free float | 100% |
| Avg. daily volume ('000) | 1,167 |
| Avg. daily value (m) | US$73.3 |
| Common s/h equity (12/17E) | US$15.4bn |
| P/BV (12/17E) | 2.0x |

**EPS (UBS, diluted) (US$)**

| | 12/17E | | | |
|---|---|---|---|---|
| | From | To | % ch | Cons. |
| Q1 | (0.28) | (0.60) | NM | (0.24) |
| Q2E | (0.02) | (0.06) | NM | (0.08) |
| Q3E | 0.17 | 0.18 | 6 | 0.02 |
| Q4E | 0.33 | 0.37 | 12 | 0.08 |
| 12/17E | 0.20 | (0.10) | NM | (0.23) |
| 12/18E | 1.80 | 1.50 | -17 | 0.64 |
| 12/19E | 3.65 | 3.65 | NM | 2.17 |

William A. Featherston
Analyst
william.featherston@ubs.com
+1-212-713 9701

Michael Ziffer, CFA
Associate Analyst
michael.ziffer@ubs.com
+1-212-713 2257

Christopher Zhang, CFA
Associate Analyst
christopher.zhang@ubs.com
+1-212-713 9957

### 1Q EPS/CFPS misses on large exploration expense but EBITDX beats

Clean 1Q EPS (loss) of ($0.60) was much wider than UBSe of ($0.28) & consensus of ($0.24) with the miss vs. UBSe driven entirely by a much higher than expected exploration expense due to the dry hole at Shenandoah-6 (impacting EPS by >$0.30/share). CFPS of $1.84 also missed consensus' $1.99 & UBSe of $2.11 while EBITDX of ~$1.66bn exceeded expectations. Production fell 4% YoY to 795 MBoed, towards the high end its "adjusted" guidance range of 779-801 MBoed (including volumes from divested assets) but just below UBSe of 801 MBoed. Per-unit costs rose 29% YoY to $6.57/Mcfe, ~9% above UBSe due to the higher exploration expense.

### No change to 2017 guidance but 2Q volume guide a bit light vs. expectations

APC maintained its 2017 guidance which includes a capex budget of $4.5-$4.7bn (+60-68% YoY) and volumes of 644-655 MBoed (roughly flat YoY pro-forma for divestitures). Production guidance excludes volumes associated with its recent Eagle Ford and Marcellus divestitures that closed in 1Q17 (contributed a combined ~124 MBoed during the quarter) implying APC's "reported" production is ~675-686 MBoed. APC also disclosed 2Q17 volume guidance of 626-648 MBoed, below consensus of 663 MBoed and our prior estimate of 653 MBoed. We lowered our 2017 CFPS estimate from $9.15 to $8.90 (mostly on the 1Q miss) and made minor changes to 2018 CFPS.

### Other key takeaways from 1Q results:

1) investigators confirmed the recent home explosion in Firestone, CO was caused by an abandoned, severed one inch gas line that was still connected to APC's nearby well & had not been sealed off properly (several uncertainties are still under investigation including when the line was cut, how it was cut, and who is responsible); 2) currently at 15 rigs and 6 rigs in the Delaware and DJ Basins, respectively (vs. 9 and 5 rigs at YE16); 3) testing a new completion design in the DJ Basin with cumulative oil production outperforming current type curve by >10% after ~100 days; & 4) Calpurnia (deepwater GoM) and Gorgon (Colombia) exploration wells encountered 20 feet of net oil pay and 260-360 feet of gas pay, respectively, while the Shenandoah-6 appraisal well was dry .

### Valuation: discount to peers on price/NAV and EV/DACF

Our $80 price target assumes ~0.70x NAV, or 7.0x normalized 2017E DACF.

| Highlights (US$m) | 12/14 | 12/15 | 12/16 | 12/17E | 12/18E | 12/19E | 12/20E | 12/21E |
|---|---|---|---|---|---|---|---|---|
| EBITDX | 10,878 | 5,126 | 4,324 | 6,866 | 8,454 | 10,573 | 11,649 | 12,716 |
| DACF | 9,683 | 5,333 | 3,647 | 5,665 | 7,230 | 9,965 | 10,969 | 11,466 |
| CFPS (UBS, US$) | 17.83 | 8.87 | 5.30 | 8.90 | 11.65 | 14.85 | 16.40 | 17.90 |
| EPS (UBS, US$) | 4.13 | (2.01) | (3.08) | (0.10) | 1.50 | 3.65 | 4.25 | 4.95 |
| **Profitability/valuation** | **12/14** | **12/15** | **12/16** | **12/17E** | **12/18E** | **12/19E** | **12/20E** | **12/21E** |
| Prod per share growth % | 7.2 | -1.2 | -9.0 | -17.1 | 3.8 | 7.5 | 6.5 | 7.5 |
| ROACE % | 5.3 | (0.4) | (1.5) | 1.3 | 3.8 | 6.5 | 7.1 | 7.5 |
| EV/EBITDX x | 5.6 | 10.4 | 9.8 | 6.4 | 5.1 | 4.0 | 3.5 | 3.1 |
| EV/DACF x | 6.3 | 10.0 | 11.6 | 7.8 | 5.9 | 4.2 | 3.7 | 3.4 |
| P/CFPS (UBS) x | 5.3 | 8.5 | 10.0 | 6.3 | 4.8 | 3.8 | 3.4 | 3.1 |

Source: Company accounts, Thomson Reuters, UBS estimates. Metrics marked as (UBS) have had analyst adjustments applied. Valuations: based on an average share price that year, (E): based on a share price of US$56.28 on 02 May 2017 19:34 EDT

www.ubs.com/investmentresearch

This report has been prepared by UBS Securities LLC. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 25.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**UBS Research THESIS MAP** a guide to our thinking and what's where in this report

PIVOTAL QUESTIONS

**Q: Can a large-cap, global E&P offer attractive long-term oil growth?**

While there is investor concern that large-cap, global E&Ps will struggle to deliver competitive long-term growth, APC is an exception. Notably, APC plans to direct the ~$6 billion in free cash flow that should be generated from its recently acquired deepwater Gulf of Mexico assets over the next five years to its onshore activities in the Delaware and DJ Basins where it has added a combined 13 rigs since 3Q and expects to increase activity further which should more than double its production from these fields to 600+ MBoed by 2020. This should enable +15% (+11% organically, ex Gulf Mexico acquisition) companywide oil CAGR from 2016-21, assuming ~$55/Bbl WTI and $3/Mcf Henry Hub. Compared to other large-cap E&Ps that can deliver comparable long-term growth, APC trades at a discount to these peers.

**Q: What does APC plan to do with its large cash position?**

After closing its Marcellus and Eagle Ford divestitures last quarter, APC now has ~$5.8 billion of cash on its balance sheet. We expect it to seek bolt-on acquisition opportunities in the Delaware and DJ basins to deploy this cash. Should no attractive M&A opportunities arise and if oil prices remain above $50/Bbl, we would expect APC to boost its capex to levels in excess of operating cash flow and accelerate longer-term growth above its +15% CAGR target.

UBS VIEW

APC should deliver above-average cash flow per debt-adjusted share growth over the next several years and has a significant inventory of unbooked deepwater discoveries & unconventional US resources that offer longer term growth opportunities or are asset monetization candidates to improve its balance sheet and/or help fund its development projects. Notably, APC plans to direct the free cash flow from its recently acquired Gulf of Mexico assets to accelerating US onshore activity which should enable companywide oil growth of +15% (+11% organically) per annum through 2020 assuming ~$55/Bbl (vs. peers' mid-single digit growth). And following asset sale proceeds of >$7bn since the beginning of 2016, we expect it will continue to evaluate material divestitures which should help close its price/NAV discount vs. peers.

EVIDENCE

Outperforms peers on several key metrics: 1) above-avg unbooked-to-proved ratio (~6.7x vs. large cap peers' ~4.5x); 2) 2017-21 cash flow per debt-adjusted share growth (metric with highest correlation to intra-sector relative performance) of ~10% per annum (vs. peers' ~8%) at futures strip prices; & 3) 2018-20 oil growth of ~13% per annum (vs. peers of ~9% per annum)

WHAT'S PRICED IN?

At strip prices, APC is trading at a P/NAV of 0.69x vs. peers' 1.28x. APC also trades at a ~1 turn discount to peers on 2018E EV/DACF, vs. its historical ~0.2x turn premium to the group.

UPSIDE / DOWNSIDE SPECTRUM




more →

COMPANY DESCRIPTION

Anadarko Petroleum is an independent oil and gas exploration and production company with operations in onshore resource plays in the Rocky Mountains, the southern US, and the...

more →

**William A. Featherston,** Analyst, william.featherston@ubs.com, +1-212-713 9701

COMMENTARY

return ↑

## Key Highlights from 1Q Results

- **APC maintained its 2017 capex budget of $4.5-$4.7 billion (up ~60-68% YoY and excluding WES spending of ~$930 million).** We'd note APC is allocating ~$560 million to midstream spend this year, well above last year's midstream capex of ~$150 million). The bulk (~80%) of APC's capex will be allocated towards its **U.S. onshore upstream and midstream developments** where it expects to spend ~$1.9 billion, of which ~$840 million and ~$820 million will be spent in the DJ and Delaware Basins upstream activity, respectively. The company is planning to average 10-14 rigs to drill >150 gross wells (vs. an average of ~7 rigs and ~104 wells last year) in the Delaware Basin and 5-6 rigs to drill ~290 wells (vs. an average of ~2 rigs and ~90 wells last year). APC also expects to spend ~$560 million on the expansion of its midstream infrastructure in the Delaware Basin. Meanwhile, APC is planning to spend ~$1.1 billion on its **deepwater Gulf of Mexico, Algeria, and Ghana assets** and another ~$650 on **exploration** to drill up to 10 exploration/appraisal wells in the deepwater Gulf of Mexico, Cote d'Ivoire, and Colombia. APC will also spend ~$120 million on its Mozambique LNG project and ~$100 million on corporate/other. ***Assuming 2017 capex of ~$4.6 billion and current futures strip prices, we forecast APC will generate a FCF deficit (after dividends) this year of ~$455 million.***

- **APC also reiterated its 2017 production guidance of 644-655 MBoed (357-362 MBbld oil) which excludes volumes associated with its Eagle Ford and Marcellus divestitures that closed in 1Q17.** But with Eagle Ford and Marcellus contributing ~40 MBoed and ~84 MBoed to 1Q volumes, respectively, we estimate APC's implied "reported" production range is ~675-686 MBoed (see Figure 1 below). Meanwhile, APC's 2017 production guidance includes volumes (~80 MBoed, ~80% oil) from its Gulf of Mexico acquisition which closed on December 15th and we estimate implies a pro-forma 2016 base of ~651 MBoed (Figure 2 below). Thus, we estimate APC's "organic" total and oil production growth for 2017 is roughly flat and up ~3% YoY, respectively while natural gas should decline ~7% YoY and NGLs should increase ~9% YoY. *We left our FY17 production estimate roughly unchanged at ~688 MBoed, at the high end of APC's implied "reported" volume guidance.*

**Figure 1: APC's Same-Store Sales and Implied Reported Production Guidance in 2017 vs. 2016**

| | 2016 | 2017 (1) |
|---|---|---|
| Oil (MBbld) | 287 | 360 |
| NGLs (MBbld) | 90 | 98 |
| Natural Gas (MMcfd) | 1,187 | 1,185 |
| **Total "Same-Store Sales" (MBoed)** | **575** | **655** |
| Eagle Ford (MBoed) - closed March 1st | | 10 |
| Marcellus (MBoed) - closed March 31st | | 21 |
| **Total "Reported" Production (MBoed)** | **793** | **686** |

Source: Company documents and UBS estimates

(1) assumes mid-point of APC's 2017 production guidance

**Figure 2: APC's Pro-Forma (Adjusted for GoM Acquisition) Production Guidance in 2017 vs. 2016**

| | 2016 (1) | 2017 | YoY Change |
|---|---|---|---|
| Oil (MBbld) | 348 | 360 | 3.4% |
| NGLs (MBbld) | 90 | 98 | 8.9% |
| Natural Gas (MMcfd) | 1,279 | 1,185 | -7.4% |
| **Total Pro-Forma Production (MBoed)** | **651** | **655** | **0.6%** |

Source: Company documents and UBS estimates

(1) assumes ~80 MBoed from GoM acquisition is in for FY16

- **APC disclosed 2Q17 volume guidance of 626-648 MBoed, below consensus of 663 MBoed and our prior estimate of 653 MBoed.** We'd note APC has a strong track record of setting conservative quarterly targets as well as initial annual production targets which it then beats. As outlined in Figure 3 below, APC has reported quarterly production above the mid-point of its original guidance range in 24 of the past 25 quarters by an average of 2.4%. And as shown in Figure 4, APC has beaten the mid-point of the full year guidance it provides at the beginning of each year for each of the last eight years, and has exceeded the top end of the range in six of those years.

**Figure 3: APC Has Historically Exceeded the High End of Quarterly Guidance**

| | APC Guidance (MBoed) | Midpoint of Guidance | Reported Production | Production Beat vs. Midpoint | Production Beat vs. High End |
|---|---|---|---|---|---|
| 1Q17 | 656-678 | 667 | 671 (1) | **0.6%** | -1.0% |
| 4Q16 | 696-717 | 706.5 | 739 (2) | **4.6%** | 3.1% |
| 3Q16 | 739-761 | 750 | 780 | **4.0%** | 2.5% |
| 2Q16 | 780-802 | 791 | 792 | **0.1%** | -1.2% |
| 1Q16 | 813-815 | 824 | 827 | **0.4%** | -1.0% |
| 4Q15 | 739-761 | 750 | 779 | **3.9%** | 2.4% |
| 3Q15 | 772-793 | 782.5 | 787 | **0.6%** | -0.8% |
| 2Q15 | 846-868 | 857 | 846 | **-1.3%** | -2.5% |
| 1Q15 | 878-907 | 892.5 | 934.3 | **4.7%** | 3.0% |
| 4Q14 | 837-859 | 848 | 853.8 | **0.7%** | -0.6% |
| 3Q14 | 826-848 | 837 | 848.7 | **1.4%** | 0.1% |
| 2Q14 | 791-813 | 802 | 847.7 | **5.7%** | 4.3% |
| 1Q14 | 770-793 | 781.5 | 802 | **2.6%** | 1.1% |
| 4Q13 | 771-791 | 781 | 805.5 | **3.1%** | 1.8% |
| 3Q13 | 757-779 | 768 | 775.2 | **0.9%** | -0.5% |
| 2Q13 | 730-756 | 743 | 750.2 | **1.0%** | -0.8% |
| 1Q13 | 740-769 | 754.5 | 793.2 | **5.1%** | 3.1% |
| 4Q12 | 707-730 | 718.5 | 741.2 | **3.2%** | 1.5% |
| 3Q12 | 707-725 | 716 | 738.5 | **3.1%** | 1.9% |
| 2Q12 | 708-722 | 715 | 742 | **3.8%** | 2.8% |
| 1Q12 | 671.5-687.7 | 679.6 | 703.7 | **3.5%** | 2.3% |
| 4Q11 | 652-681 | 666.5 | 683 | **2.5%** | 0.3% |
| 3Q11 | 636-661 | 648.5 | 659.5 | **1.7%** | -0.2% |
| 2Q11 | 667-686 | 676.5 | 684.7 | **1.2%** | -0.2% |
| 1Q11 | 666-685 | 675.5 | 690 | **2.1%** | 0.7% |

Source: Company documents

(1) Excludes volumes associated with asset sales which contributed 124 MBoed to 1Q17 production but excluded from APC's guidance

(2) Excludes volumes associated with asset sales and acquisitions which contributed 35 MBoed to 4Q16 production but excluded from APC's guidance

**Figure 4: APC's Track Record of Exceeding Full Year Production Guidance**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015* | 2016* |
|---|---|---|---|---|---|---|---|---|
| Production Growth Guidance (Start of Year) | 1-3% | 3-5% | 4-6% | 3-5% | 3.8-6.5% | 6-7% | (2%)-0% | (2%)-(4)% |
| Full Year Production Growth | 7% | 7% | 6% | 8% | 6.2% | 7.8% | 4.0% | 2.7% |
| **Beat vs. Midpoint of Guidance** | **5%** | **3%** | **1%** | **4%** | **1%** | **1%** | **5.0%** | **4.7%** |

Source: Company documents

*Adjusted 2015 full-year production growth to exclude ~31.1 MBoed from asset sales (APC's reported 2015 volumes were 836.1 MBoed and pro-forma – adjusted for asset sales – is 805 MBoed)

*Adjusted 2016 full-year production growth to exclude ~67 MBoed from asset sales/acquisitions (APC's reported 2016 volumes were 793 MBoed and pro-forma – adjusted for asset sales – is 726 MBoed)

- **APC made no change to its long-term (2016-21) oil production CAGR of +15% with a 2021 target of ~600 MBbld of oil production.** However, we'd note that its long-term oil production CAGR removes volumes from its 2016 base related to its Gulf of Mexico acquisition; including these volumes in the 2016 base implies an "organic" oil production CAGR of ~11%. Nonetheless, APC expects to deliver this growth "utilizing cash inflows" at ~$55/Bbl WTI and $3/Mcf Henry Hub…in line with our model's expectations. But assuming the current depressed futures curve, we estimate APC would have free cash flow deficits to the tune of ~$850 million per annum from 2018-20 which could presumably be funded by its cash war chest. APC's long-term production will be supported by the continued growth of its onshore US unconventional portfolio (e.g. Delaware and DJ Basins) and the 3Q16 start-up at the TEN complex in Ghana. In order to achieve this growth, APC expects to ramp activity toward ~600 gross wells/year in each play, up from 90 gross wells in the Delaware and 104 in the DJ Basin turned online last year. ***Beyond this year, we forecast 2018 companywide production growth of ~5% YoY and oil growth of 15%; from 2019-21, we forecast production growth of >7% per annum and growth in oil production of 11% per annum.*** The outsized 2018 oil growth is driven by APC benefitting from adding wells that are currently being choked back after its midstream infrastructure is largely in place and the company shifts to pad development in 2H17.

- **APC expects considerable margin improvement in 2017 on the combination of less gassy assets from divestitures and more oil from its recent Gulf of Mexico acquisition.** For reference, APC divested assets last year with a combined >900 MMcfd of natural gas production (~39% of its FY15 natural gas production) while it acquired Gulf of Mexico assets with production of ~80 MBoed (>80% oil). As such, APC expects its companywide oil mix to increase from ~40% in 2016 to ~55% this year which should boost its EBITDX/Boe by ~25% YoY from ~$19.50 last year to ~$24 in 2017. And we expect its margins to continue improving with its long-term oil production CAGR increasing its oil mix to ~63% by 2020.



CONFIDENTIAL UBS_0001739

- **APC should generate higher cash flow per debt-adjusted share growth over the next several years compared to peers under current futures strip prices.** We prefer to measure E&P companies' growth on a debt-adjusted per share basis given varying degrees of capital allocation between capex, share repurchases, and debt reduction. This metric has the highest correlation to intra-sector relative performance. We forecast APC to generate cash flow per debt-adjusted share growth of 10% annually over 2017-21, compared with the global large cap E&P peer average of 8%. Measured on production per debt-adjusted share, we forecast APC posts a 3% CAGR over 2017-21, roughly in line with the global peer average over the same timeframe. *We outline APC's debt-adjusted production and cash flow growth vs. peers in Figure 5.*

**Figure 5: APC's Debt-Adjusted Production and Cash Flow per Share Growth vs. Peers**

| | Production (Bcfe) per DA Share | | | | | | |
|---|---|---|---|---|---|---|---|
| **Global E&Ps** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **'17-21 CAGR** |
| Apache Corporation | -2% | -10% | 11% | 6% | 4% | 6% | 7% |
| ConocoPhillips | -12% | 0% | -1% | 0% | 0% | -1% | 0% |
| Hess Corporation | -24% | -8% | 3% | 0% | 2% | 4% | 2% |
| Marathon Oil | -31% | -4% | 1% | 10% | 9% | 9% | 7% |
| Murphy Oil | -25% | 0% | 3% | -1% | 4% | -5% | 0% |
| Noble Energy | 4% | -12% | 1% | 16% | 19% | 20% | 14% |
| Occidental Petroleum | -11% | -6% | 5% | 3% | 0% | -1% | 2% |
| **Average** | **-14%** | **-6%** | **3%** | **5%** | **5%** | **5%** | **4%** |
| **Anadarko Petroleum** | **-16%** | **-11%** | **4%** | **4%** | **3%** | **4%** | **3%** |

| | Discretionary Cash Flow per DA Share | | | | | | |
|---|---|---|---|---|---|---|---|
| **Global E&Ps** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **'17-21 CAGR** |
| Apache Corporation | -32% | 33% | 1% | 2% | 12% | 7% | 5% |
| ConocoPhillips | -43% | 67% | 24% | -8% | 2% | -1% | 4% |
| Hess Corporation | -62% | 64% | 1% | 2% | 9% | 10% | 6% |
| Marathon Oil | -52% | 80% | 0% | 17% | 17% | 17% | 13% |
| Murphy Oil | -46% | 54% | 0% | -6% | 4% | -2% | -1% |
| Noble Energy | -24% | -1% | 14% | 28% | 36% | 31% | 27% |
| Occidental Petroleum | -35% | 33% | 7% | 3% | 0% | 2% | 3% |
| **Average** | **-42%** | **47%** | **7%** | **6%** | **12%** | **9%** | **8%** |
| **Anadarko Petroleum** | **-46%** | **54%** | **12%** | **11%** | **9%** | **9%** | **10%** |

Source: UBS Estimates

Note: Based on current NYMEX natural gas, WTI and Brent strip prices (2017- $3.29/MMBtu, $49.26/Bbl & $52.57/Bbl; 2018- $3.07/MMBtu, $49.2/Bbl & $51.37/Bbl; 2019- $2.87/MMBtu, $49.43/Bbl & $51.17/Bbl; 2020- $2.86/MMBtu, $50.09/Bbl & $51.57/Bbl; 2021 & LT- $2.9/MMBtu, $50.74/Bbl & $52.45/Bbl). All figures include the effect of disclosed hedge positions.

- **DJ Basin equities (including APC) have sold off recently after a home explosion occurred near one of APC's legacy vertical wells in Firestone, CO...prompting concerns that the accident may re-open discussions of increased setback rules in the basin.** Last week, APC disclosed it had shut in 13 MBoed (75% natural gas) from ~3,000 legacy vertical wells in the DJ Basin following a home explosion in Firestone, CO which was located ~200



CONFIDENTIAL UBS_0001740

feet from an Anadarko vertical well. APC and other DJ Basin E&Ps have since underperformed the XOP (oil and gas, exploration and production ETF) by 3-4% since the announcement after market close on April 26th (see Figure 6). Yesterday after the market close, investigators confirmed the explosion was caused by an abandoned, severed one inch gas line that was still connected to APC's nearby well that had not been sealed off properly; the odorless gas saturated the nearby soil and seeped into the home through a French drain and a sump pump in the basement, and was ultimately ignited by an unknown cause.

- **There are still several key uncertainties, including** when the line was cut, how it was cut, and who is responsible...all of which will be resolved in the ongoing investigation. However, given two previous attempts by anti-development groups to reduce the pace of oil and gas development in Colorado, we believe this unfortunate tragedy has and may continue to provide headline risk for APC and other operators in the basin.

- **Market concerns stem from Colorado's history of getting public pushback on oil and gas drilling in the state.** For reference, last year there were many different proposed ballot initiatives affecting Colorado's oil and gas industry with the most concerning one being initiative #78. This initiative (which never acquired enough signatures to make it on the ballot) would have required a 2,500-foot buffer (vs. 500 feet currently) between all new oil and gas development, including fracking, from both occupied structures and areas of special concern, including areas such as waterways, public parks, and open spaces. Notably, the proposal would have reduced available drilling locations by >90%. Thus, the recent home explosion in Firestone, CO is prompting concerns that this tragedy will at a minimum raise operating costs and potentially embolden anti-development efforts similar to initiative #78. Fortunately, the Raise the Bar initiative (Amendment 71) passed last year, which makes future ballot initiatives clear a higher hurdle of also securing 2% of eligible voters in each senate district (as well as signatures equalling 5% of the previous elections voter turnout) as well as requiring an initiative to secure >55% approval to pass.

**Figure 6: DJ Basin E&Ps Have Underperformed the XOP by ~3-4% Since 4/26**

| Ticker | 4/26 Closing Price | Current Price | % Change |
|---|---|---|---|
| APC | $59.96 | $56.28 | -6% |
| BBG | $4.06 | $3.59 | -12% |
| PDCE | $58.23 | $54.77 | -6% |
| SYRG | $8.02 | $7.57 | -6% |
| XOG | $16.91 | $15.83 | -6% |
| **Average** | | | **-7%** |
| XOP | $35.87 | $34.67 | -3% |

Source: FactSet

- **APC provided a brief exploration update.** In the **deepwater Gulf of Mexico,** the **Calpurnia** exploration well encountered 20 feet of net-oil pay and was subsequently sidetracked updip where it found nearly 60 net feet of true vertical thickness oil pay. The wellbore was temporarily abandoned and is expected to be utilized for future production as a tieback to one of APC's nearby operated facilities at Heidelberg or Caesar/Tonga with first production possibly within 18 months. Meanwhile, the **Shendandoah-6** appraisal well and subsequent sidetrack did not encounter the oil-water contact on the eastern portion of the field. APC has currently suspended appraisal activity while it evaluates the path forward, including monetizing the field or abandoning it as economics are marginal at current oil prices. We carry just $300 million worth of value for the field in our NAV. In **Colombia**, APC had a discovery at the **Gorgon** exploration well which encountered 260-360 feet of gas pay, its third offshore discovery although we certainly believe it would prefer to find liquids.

## Valuation: Discount to Peers on P/NAV and EV/DACF

- **Large discount to peers on price/NAV basis.** On a price/NAV basis assuming futures strip prices, APC trades at 0.69x NAV, well below the average price/NAV multiple in our large-cap E&P coverage of 1.28x. On the UBS price deck, APC is valued at a 0.49x NAV, also a significant discount to the peer average of 0.65x. We view P/NAV as the most relevant comparative multiple for APC given the material exploration success (e.g., Mozambique) that is not yet contributing to current cash flow but certainly has measurable value, as well as the value of WGP ($7.6 billion of equity net to APC) which contributes minimal cash flow to APC.

- **APC trades at 9.0x and 8.2x 2017-18E DACF under current strip prices, respectively.** Its 2017-18E multiples are ~1x below its peer averages, compared to its historical average of a 0.2x premium, despite material value (Mozambique LNG, WGP) not contributing to 2017-18 cash flow.

- **Adjusting for its stake in WGP, we estimate APC's E&P business is being valued at 8.8x and 8.1x 2017-18E DACF, still 1.2x and 1.0x below the peer averages, respectively under strip,** despite superior debt-adjusted cash flow per share growth outlook.

**Figure 7: APC's Valuation vs. Peers Under Various Oil and Gas Price Scenarios**

| | | | Valuation Under UBS Price Deck | | | | | Valuation Under NYMEX Strip Prices | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | EV/DACF | EV/DACF | | | P/NAV | | EV/DACF | | | P/NAV | |
| | 5/2/2017 | Hist. Avg. | 2017E | 2018E | 2019E | 1P | 2P | 2017E | 2018E | 2019E | 1P | 2P |
| Apache Corporation | $48.47 | 6.2x | 7.0x | 6.0x | 4.9x | 1.59x | 0.69x | 8.9x | 8.5x | 8.2x | NA | 1.44x |
| Chesapeake Energy | $5.32 | 9.2 | 8.1 | 6.1 | 4.4 | 1.31 | 0.75 | 8.7 | 8.0 | 7.6 | NA | NA |
| ConocoPhillips | $46.70 | 7.1x | 7.6x | 5.4x | 4.7x | NA | NA | 9.4x | 7.9x | 8.6x | NA | NA |
| Devon Energy | $38.85 | 6.8 | 8.7 | 6.6 | 4.9 | 1.25 | 0.57 | 10.2 | 9.7 | 8.9 | 1.91 | 1.24 |
| Encana | $10.59 | NA | 11.4x | 7.7x | 5.2x | NA | 0.53x | 12.8x | 10.0x | 9.3x | NA | 1.20x |
| EOG Resources | $91.87 | 8.2 | 10.2 | 7.6 | 5.4 | NA | 0.68 | 12.4 | 10.6 | 8.7 | 2.26 | 1.30 |
| Hess Corporation | $47.01 | 5.9x | 8.8x | 7.1x | 5.8x | 1.10x | 0.71x | 11.5x | 11.2x | 11.1x | 2.01x | 1.32x |
| Marathon Oil | $14.64 | 6.0 | 7.4 | 5.5 | 3.9 | 1.34 | 0.65 | 8.0 | 7.9 | 6.9 | 2.30 | 1.67 |
| Murphy Oil | $25.91 | 4.8x | 5.3x | 4.4x | 4.0x | 0.98x | 0.60x | 5.9x | 5.9x | 6.0x | NA | 1.33x |
| Noble Energy | $31.42 | 7.5 | 7.7 | 5.8 | 3.9 | NA | 0.51 | 9.3 | 8.2 | 6.6 | 1.94 | 0.89 |
| Occidental Petroleum | $60.04 | 8.4x | 9.8x | 8.1x | 6.9x | 1.16x | 0.76x | 11.7x | 11.0x | 10.8x | 1.38x | 1.15x |
| **Average** | | **7.0x** | **8.4x** | **6.4x** | **4.9x** | **1.25x** | **0.65x** | **10.0x** | **9.1x** | **8.4x** | **1.97x** | **1.28x** |
| **Anadarko Petroleum** | **$56.28** | **7.2x** | **7.7x** | **5.9x** | **4.6x** | **0.90x** | **0.49x** | **9.0x** | **8.2x** | **7.5x** | **1.08x** | **0.69x** |
| **Anadarko Petroleum (exc. WGP)** | | | **7.2x** | **5.3x** | **4.1x** | | | **8.8x** | **8.1x** | **7.6x** | | |

Source: Company reports and UBS estimates

Notes: Based on UBS official NYMEX natural gas and WTI and ICE Brent crude oil commodity price forecasts of: 2017- $3.20/MMBtu, $57.50/Bbl & $59.80/Bbl; 2018- $3.00/MMBtu, $63/Bbl & $65/Bbl; 2019 & LT- $3.25/MMBtu, $68/Bbl & $70/Bbl.

Note: Based on current NYMEX natural gas, WTI and Brent strip prices (2017- $3.29/MMBtu, $49.26/Bbl & $52.57/Bbl; 2018- $3.07/MMBtu, $49.2/Bbl & $51.37/Bbl; 2019- $2.87/MMBtu, $49.43/Bbl & $51.17/Bbl; 2020- $2.86/MMBtu, $50.09/Bbl & $51.57/Bbl; 2021 & LT- $2.9/MMBtu, $50.74/Bbl & $52.45/Bbl). All figures include the effect of disclosed hedge positions.

## Operational Highlights

**Although lower oil prices prompted a near 50% YoY reduction in capital spending last year, APC has materially ramped up US onshore activities since 3Q16 and continued to increase its rig count which currently stands at 21 rigs (up from 17 at the end of January).** APC's long-term production growth will be supported by the continued investment in the Niobrara and Delaware Basin (with most other US onshore development plans cut back almost entirely), the 3Q16 start-up at the TEN complex in Ghana, and the start-up at Mozambique next decade. The company is targeting a 2016-20 oil production CAGR of 15% in a $50-$60/Bbl price environment, and estimates it holds net risked resource potential of +16 BBoe (1.7 BBoe of proved reserves, 5 BBoe in the DJ and Delaware, 2.5 BBoe in other Us onshore, 1.5 BBoe in the deepwater GoM, 3 BBoe in Mozambique, and >2 BBoe risked resources from international and exploration. APC expects to convert 2 BBoe of this resource to proved over the next three years. *We highlight updates for each core operating region below:*

### Onshore Resource Plays

- **In the Permian where it holds 245,000 net acres, APC increased the resource estimate of its southern Delaware Wolfcamp position to 3+ BBoe on its investor call in March from the 2+ BBoe disclosed previously.** APC raised its Wolfcamp A type well EUR from 1,000+ MBoe to 1,500+ MBoe as it changed its type well from a 4,500-foot lateral "short-lateral-equivalent" (SLE) well to a 7,500-foot lateral "mid-lateral-equivalent" (MLE) well. Despite the longer lateral, APC continues to estimate 6,000+ drilling locations for its new Wolfcamp A wells with well cost of $7.0 million (vs $5.1 million for 4,500 foot horizontals implying an 18% reduction in cost per lateral foot) . APC added another 5 rigs in the basin during 1Q and has since brought on one additional rig, boosting its total Permian rig count to 15

operated and four non-operated rigs. APC plans to average 10-14 operated drilling rigs during the year and drill more than 150 operated wells. APC spud 51 wells and turned 21 to sales during 1Q17, supporting a ~9% QoQ increase in production to 54 MBoed (+46% YoY), including 31 MBbld of crude oil. ***Assuming an 1,500 MBoe average EUR per well, we estimate APC's Delaware Wolfcamp position holds ~2.9 BBoe of net resource potential worth ~$27 share to our NAV.***

- **Outside of the Wolfcamp A, APC also estimates 4,000+ drilling locations with EURs of 900-1,300+ MBoed in the Delaware Basin, bringing 1+ BBoe of potential upside to its resource estimate.** APC is evaluating the potential of Wolfcamp B, C, and D benches, and notes other operators on its offset acreage have been drilling in the Bone Spring and Avalon//Leonard zones.

- On the March Investor call, APC highlighted potential gas processing constraints in the Delaware Basin, but noted that its relationship with WES and large investment in midstream ($560 million this year) will provide it an advantage.

- **In March, APC also increased the resource estimate for it DJ Basin position to 2+ BBoe from 1.5+ BBoe.** APC has 350,000 net acres prospective for the Niobrara in the core Wattenberg field. APC raised its Niobrara from type well EUR by ~15% to 560 MBoe and 385 MBoe for its wells in the core and extended areas, respectively. Similar to the change in the Delaware Basin, APC changed its DJ Basin type well from a 4,500-foot lateral SLE well to a 6,700-foot lateral MLE well, and raised its well cost to $2.7 million for the new type well from the actual cost of $2.1 million for a SLE well in 4Q16. Adjusting for lateral length, the new type curve economics benefit from a 14% reduction in well cost per horizontal lateral foot. Despite the longer lateral, APC has now identified 3,600+ and 900+ drilling locations for in the core and extended areas, respectively. APC picked up an additional rig in January, bringing its current total to 6 operated rigs; the company also exited 1Q with two completion crews active in the play. It plans to average 5-6 operated rigs and drill ~290 wells this year. APC spud 71 wells and turned 38 to sales during 1Q17, enabling a slight 1% YoY increase in net sales volumes to ~242 MBoed (although oil volumes declined 17% YoY to 79 MBbld oil). While we believe APC's Delaware Basin position has become at least as competitive as Wattenberg in generating attractive returns, both areas remain drivers of APC's long term oil growth. ***Assuming a weighted average EUR of 525 MBoe average EUR per well, we estimate APC's Wattenberg acreage adds ~$14.50/share to our NAV.***

- APC's production from the **Greater Natural Buttes** averaged 53 MBoed (~83% natural gas) in 1Q, down 5% QoQ and 24% YoY. The company dropped its only rig in the play during 1Q16.

## Gulf of Mexico

- **Gulf of Mexico** net sales volumes rose 51% QoQ to 159 MBoed, nearly double year-ago levels, largely reflecting production associated with the FCX

acquisition (closed on December 15) as well as strong performance from Caesar/Tonga and ramp-ups at Heidelberg and K2.

- APC reached first oil at **Lucius** (49% w.i.) in January 2015; the seventh well came online during 3Q16 and enabled the field to reach average nameplate capacity of 80 MBbld during 4Q16. The eighth producing well is scheduled to spud this month with first production expected by year-end 2017. Along with the announcement it is acquiring FCX's deepwater Gulf of Mexico assets, APC raised its recoverable resource estimate for Lucius by 100 MMBoe to +400 MMBoe. *We estimate the development adds ~59 MMBoe of net unbooked resource potential worth ~$1.1 billion or $2.00/share to NAV.*

- At the **Heidelberg** field (44% w.i., post recent acquisition) in the **Gulf of Mexico,** first production commenced in January 2016 from three wells (ahead of original expectations for a 2Q16 start-up) and production from the field is now approaching 40 MBoed. The development's fourth producing well has reached its target rate of 13 MBoed while the fifth well is now online, currently producing 7 MBoed and expected to ramp to a peak rate of ~12 MBoed. *APC estimates Heidelberg holds 200-400 MMBoe of gross resource potential (~116 MMBoe net including ~50 MMBoe unbooked); we value APC's stake in the unbooked resource potential at ~$645 million, or ~$1.15/share.*

- At the **Shenandoah** prospect (33% w.i.), the **Shenandoah-6** appraisal well and subsequent sidetrack well failed to establish oil-water contact on the eastern flank of the field and was declared a dry hole. Results from Shenandoah-6 were key to determining the field's true resource size and progressing towards a final investment decision; appraisal activity has been suspended as the partners evaluate future plans for the project. APC has written off the asset and we no longer ascribe value to it I our NAV.

- The company has stated that its **Gulf of Mexico tie back opportunities generate IRRs of >70% at ~$60/Bbl WTI (and ~30% IRRs at ~$30/Bbl)**, and has identified over 50 such opportunities (including recent acquisition) in the Gulf of Mexico. To that end, it has been named operator after reaching a co-development agreement on the **Constellation** prospect (33% interest). Development drilling will begin in 2Q17 with first production from 2-3 wells tied back to the Constitution spar expected in late 2018. We estimate the field can add 15-20 MBoed of gross production. APC is also evaluating a tie back opportunity at the **Warrior** prospect (65% working interest); it will drill an appraisal well later this quarter, which should dictate timing as to when it could be tied into the Marco Polo facility. Longer term, the **Phobos** prospect (100% working interest) can be tied back at the Lucius facility; however, that facility is currently running at capacity so any future tiebacks will have to await for capacity to become available.

## Ghana

- **Jubilee** (APC 24.1% unitized w.i.) production averaged 82.5 MBbld gross during 1Q, up from 78 MBbld in 4Q. The Tullow Oil-operated Jubilee project is

located on both the Deepwater Tano block (18% w.i.) and West Cape Three Points block (31% w.i.) with total resource potential of 470-1,065 MMBbl gross.

- **The operator expects gross production from Jubilee to be ~68.5 MBbld (~16.5 MBbld net to APC) in 2017, which includes a facility shutdown of up to 12 weeks as previously disclosed.** As announced in February 2016, an issue was identified with the turret bearing of the FPSO which resulted in the need to implement new operating and offtake procedures, resulting in the shutdown of the FPSO for an extended period in April with production resuming in early May. At last update, Tullow noted that since then 18 offtakes to the storage tanker had been successfully completed using a dynamically positioned shuttle tanker. It continued to operate the field under these new procedures for the remainder of 2016.

- **For the long term, Tullow and its partners now see converting the FPSO to a permanently spread moored facility, with offtake through a new deepwater offloading buoy, as the preferred solution.** At last disclosure, the first phase of this work will involve the installation of a stern anchoring system to replace the three heading control tugs. The second phase of work will take place in 1H17 to rotate the FPSO to its optimal spread moor heading. These phases are expected to cost $100-$150 million and require the Jubilee FPSO to be shut-down for 8-12 weeks in 1H17. Upon completion of the spread mooring work in mid-2017, the partners will review opportunities to improve the efficiency, with additional gross operating expenditure of the revised procedures is expected to be ~$115 million for 2016 and $80 million for 2017. Finally, a deepwater offloading buoy is anticipated to be installed in the first half of 2018. While Tullow noted it has a comprehensive package of insurances, APC does not have insurance to cover the facility.

- The **Tweneboa-Enyenra-Ntomme ("TEN")** complex (17% w.i.), located ~30 km west of the Tullow-operated Jubilee Field, achieved first production in mid-August, on time and on budget three years after the Plan of Development was approved by the Government of Ghana in May 2013. It produced ~50 MBbld in 1Q (up from 46 MBbld in 4Q) and FPSO capacity of >80 MBbld was successfully tested during the quarter. WoodMackenzie estimates the TEN complex holds ~280 MMBoe of gross recoverable resource (August 2016 "TEN" report), near the low-end of operator Tullow Oil's 300-500 MMBoe estimate. We estimate the project adds ~$1.25/share to APC's 2P NAV.

- Also in Ghana, at the **Mahogany/Teak/Akasa/Banda (MTAB) complex** on the West Cape Three Points block (31% working interest), APC and partners have filed a development plan to the government that would enable an expansion of the greater Jubilee area to include the MTAB field. While no details were provided, we expect the plan would extend plateau production from the Jubilee FPSO.

## Mozambique LNG

- **Management remains committed to Mozambique LNG, and continues to highlight that the timing of FID is subject to uncertainty regarding its legal and contractual framework, offtake agreements and project financing.**

  - **The critical steps to reaching FID and first production by the end of the decade are: 1) approving a plan of development** – the Development Plan for the initial two-train Golfinho/Atum project was submitted to the Mozambique government during 4Q; **2) converting its HOA off-take agreements to firm purchase & sales agreements** (already secured non-binding HOA for >8 MMTPA, but would like to have binding agreements for ~9-10 MMTPA); and **3) securing project financing** (received indications of interest for 2/3 of the ~$15 billion budget for the first two 6 MMTPA trains). APC estimates it could reach a Final Investment Decision by year end 2017 at the earliest . . . but more likely 2018. Upon reaching FID, first production should commence 4-5 years later.

  - Management has highlighted that it has advanced all critical contracts with the Mozambique government. APC and ENI have jointly submitted the Resettlement Plan which is under review by the government of Mozambique. APC and its partners previously received third-party reserves certification for the Prosperidade complex which straddles the block with ENI's Mamba, as well as reserve certification for Golfino/Atum which is located entirely on APC's block and large enough to supply Mozambique Train 1. APC has also completed the FEED project and selected a consortium (CB&I, Chiyoda Corporation and Saipem (CCS JV)) for the initial development of the onshore LNG park. It estimates its recoverable resource estimate is +75 Tcf on its Area 1 block (26.5% working interest).

- **In March, ExxonMobil (Sell) agreed to acquire from Eni (Buy) a 25% interest in the Area 4 block offshore Mozambique for $2.8bn, providing a valuation marker for APC's 26.5% stake in the adjacent offshore Area 1.** While Area 1 contains the separate (from Area 4) Golfinho and Atum fields, we'd note it also consists of the Prosperidade complex which overlaps with ENI's Area 4 (Mamba). And in late 2015, APC and ENI reached a unitization agreement for the massive natural gas resources straddling the Prosperidade/Mamba reservoirs. Thus, we believe the deal between ENI and XOM highlights the value of Area 1 to APC. Assuming recoverable resource of 65 Tcfe in Area 1 (or ~16 Tcfe net to XOM), we estimate XOM is paying ~$0.175/Mcfe…just below our estimate assumed for APC's stake in Area 1 of ~$0.188/Mcfe. ***As such, we've slightly reduced our estimated value for APC's 26.5% stake in Area 1 to ~$3.5 billion (or $6.30/share) from ~$3.7 billion (or ~$6.75/share).*** Nonetheless, given APC holds an asset worth >$3 billion that will not contribute to cash flow for several years while it trades at a ~1x turn discount to peers on 2018E EV/DACF, we believe the market is putting little to no value on its stake in Mozambique and the deal between XOM and ENI highlights APC's assets clearly has material value. That being



CONFIDENTIAL UBS_0001747

said, we also believe the market would prefer APC to sell some or its entire stake to pull value forward.

## Algeria

- Net sales from **Algeria** averaged 76 MBbld in 1Q17, up 7% YoY and flattish vs. 4Q16. Gross production averaged 374 MBoed during the quarter, down from its recent peak of 404 MBoed in 4Q16.

# Exploration Update

**APC maintains the most robust exploration program in the E&P sector, and has historically beaten annual resource targets prior to 2014.** APC is allocating ~$650 million to exploration in 2017 to drill up to 10 exploration/appraisal wells in the deepwater Gulf of Mexico, Côte d'Ivoire, and Colombia. As a reminder, APC's 2015 and 2016 exploration programs (~$600 million and ~$400 million) targeted >700 MMBoe and 250 MMBoe of resource additions, respectively. In 2014, APC's exploration program targeted >600 MMBoe of resource additions from the ~$800 million in capital allocated to its exploration program, but discovered a disappointing ~200 MMBoe. However, we'd note that in previous years APC had consistently beaten its annual resource targets by a healthy margin (see Figure 8 below).

- **APC's exploration program has been so efficient at discovering large-scale resource at a low cost that it has been able to monetize a portion of its discoveries to effectively fund its efforts.** From 2006-15, APC discovered ~6.5 BBoe of resource with a capital program of ~$10 billion, for an impressive finding cost of ~$1.50/Boe. Over that same time period, it has monetized ~$14 billion of assets, but still has ~5 BBoe of these discoveries under development with ~250 MBoed of net production. In other words, APC's exploration program has effectively been self-funding as it generated so much resource addition that it was able to divest assets that generated value (proceeds and carried interests) in excess of its exploration capex over that time period.

**Figure 8: APC's Historical Resource Adds from Exploration vs. Annual Targets**

| (in MMBoe) | Resource Target | Actual Resource Discovered | % of Target Achieved |
|---|---|---|---|
| 2009 | 200 | 357 | 179% |
| 2010 | 400 | 650+ | 163% |
| 2011 | 500+ | 730 | 146% |
| 2012 | 800+ | 1,500+ | 188% |
| 2013 | 800+ | 900+ | 113% |
| 2014 | 600+ | ~200 | 33% |
| 2015 | 700+ | ? | ? |
| 2016 | 250 | ? | ? |

Source: Company documents

**We outline APC's near term exploration and appraisal activity in each region below:**

- In the **deepwater Gulf of Mexico** APC drilled an exploration well at the Calpurnia prospect and plans to drill 4-5 appraisal wells this year.
  - APC announced the **Calpurnia** exploration well (76.45% w.i.) spud in December encountered 60 net feet of oil pay in Miocene-aged sands. Calpurnia is located near the APC-operated Caesar-Tonga, Heidelberg, and Holstein fields. The wellbore was temporarily abandoned and is expected to be used for future production as a tieback to one of the nearby operated facilities.
  - APC announced it mid-December that its **Warrior** prospect (65% w.i.) encountered >210 net feet of oil pay in multiple high-quality Miocene-aged reservoirs. The Warrior discovery is located approximately 3 miles from the Anadarko-operated K2 field and is expected to be tied back to its Marco Polo production facility. An appraisal well is planned to spud in 2Q17, with results helping dictate the timing of when the prospect would be tied back to Marco Polo.
  - After completing operations on the Warrior exploration well, the rig spud the **Shenandoah-6** appraisal well in December and subsequently drilled a sidetrack, but the well did not encounter the oil-water contact on the eastern flank of the field, which was expected to further quantify the full resource potential. APC has currently suspended appraisal activity at **Shenandoah** (33% w.i.) while it evaluates the path forward (likely to either divest or abandon given challenged economics in a ~$50/Bbl environment).
  - Also in the Shenandoah Basin, a second appraisal well (**Coronado-3**) is planned at the Chevron-operated Coronado discovery (APC 35% w.i.). In March 2013, CVX announced a discovery at the Coronado prospect, which encountered more than 400 feet of net pay in the Inboard Lower Tertiary trend. However, in 2Q14, the initial appraisal well did not find the Lower Miocene objective and was plugged and abandoned.
  - APC also plans to drill a second appraisal well (Phobos-3) at its 2013 **Phobos** discovery (100% w.i.), where it drilled an appraisal well at and encountered >90 net feet of high-quality oil pay in the secondary objective Pliocene-aged reservoir (announced in mid-December) and ~130 net feet of oil pay in a Wilcox-aged reservoirs (the primary objective). Located ~12 miles south of the Lucius spar, Phobos is being evaluated as a potential tieback to Lucius in order to hold volumes at that facility flat; however, with Lucius still at capacity, Phobos is unlikely to be tied back to the facility anytime soon.
- On the Grand Fuerte block (50% w.i.) offshore **Colombia**, APC announced in March a natural gas discovery at the **Purple Angel-1** exploration well which was designed to test objectives similar to those at APC's play-opening Kronos discovery. The well encountered 70-110 feet of gas pay although we expected APC to be targeting oil at Purple Angel. For reference, the 2015 Kronos

discovery on the block encountered 130-230 net feet of gas pay in the upper objective and proved a working hydrocarbon system. Subsequently to the end of 1Q, APC made its third discovery offshore Colombia at the **Gorgon** prospect located ~17 miles north/northeast of Purple Angel-1. The well encountered between 260 - 360 feet of gas pay. This is APC's third gas discovery in Colombia, a geologic success but likely a commercial failure as it seeks to find oil. In the **Grand Col** area (100% w.i.), the entire 30,000km$^2$ Esmeralda 3D survey was complete during 3Q16, and APC is preparing to evaluate potential drilling locations for possible operations in 2018. Overall, APC has ~16 million gross acres offshore Colombia so any success should increase enthusiasm for follow-on potential. And given APC's high working interest in Colombia, any discoveries that reach the development stage would be candidates for the successful JV/carry agreements it used to develop Lucius and Heidelberg in the deepwater Gulf of Mexico.

- Offshore **West Africa** in **Cote d'Ivoire**, APC plans to drill 1-3 exploration/appraisal wells this year. APC plans to spud another appraisal well at its Paon discovery in May (**Paon-6A**, 65% w.i.) to test the updip extent of the oil accumulation in the "South Channel" of the discovery, with a contingent drillstem and interference test planned for late 2017. For reference, APC previously disclosed that it successfully drilled the **Paon**-3A horizontal sidetrack and encountered ~120 net feet of pay. Following the previously completed Paon-3AR and Paon-4A wells, APC's Paon-5A appraisal well encountered nearly 100 net feet of vertical pay during 1Q16. During 3Q16, a drillstem test was also complete at Paon-5A. With equipment-limited maximum stable flow rates at 9 MBbld and 21 MMcfd, the results met deliverability expectations, and the ongoing interference test has confirmed reservoir connectivity. At last update, the partners had begun evaluating development options for the field with project sanction possibly in 1H17 with the next step largely dependent on securing an adequate natural gas offtake contract. Given APC's 65% interest in Paon, we expect APC to try to reduce its working interest by bringing in a third party to fund a significant portion of APC's share of the development. On the exploration front, following Paon-6A, APC plans to drill an exploration well at each of the two opportunities, the **Gendarme** and **Colibri** prospects (90% w.i.), adjacent to its discoveries at the **Pelican** prospect in **Block CI-527** and the **Rossignol** prospect in **Block CI-528** (90% w.i. for both blocks) in 3Q16.

**Figure 9: APC's Exploration Calendar**

| Region | Prospect | Working Interest | Spud Date |
|---|---|---|---|
| Gulf of Mexico | Warrior-2 appraisal | 65% | 2Q17 |
| Gulf of Mexico | Phobos-3 appraisal | 65% | 2017 |
| Gulf of Mexico | Coronado-3 appraisal | 35% | 2017 |
| Cote d'Ivoire | Paon-6 appraisal | 65% | May 2017 |
| Cote d'Ivoire | Gendarme | 90% | 2017 |
| Cote d'Ivoire | Colibri | 90% | 2017 |

Source: UBS estimates and company data

## First Quarter Results Review

- **Clean 1Q17 EPS loss of ($0.60) was much wider than UBSe of ($0.28) and consensus of ($0.24)**. Relative to UBSe, the miss was driven entirely by a much higher than expected exploration expense vs. our estimate due to the dry hole at Shenandoah-6, impacting EPS by >$0.30/share.

- **CFPS of $1.84 missed consensus of $1.99 and UBSe of $2.11.** EBITDX of ~$1.66 billion rose 126% YoY and was above both consensus and UBSe of ~$1.47 billion and ~$1.62 billion, respectively.

- **Companywide sales volumes declined 4% YoY to 795 MBoed, comfortably above the "adjusted" guidance range of 779-801 MBoed (including production from divested assets) but slightly below UBSe of 801 MBoed.** Liquids comprised ~61% of companywide production, above the year ago level of ~54%. Adjusting for asset sales, production was 672 MBoed, in the upper half of the 656-678 MBoed guidance range.

- **Realized commodity prices surged 72% YoY and were 1% above our forecast.** Crude realizations rose 54% YoY to $50.38/Bbl, NGL realizations surged 74% YoY to $26.93/Bbl, and natural gas realizations rose 65% YoY to $2.98/Mcf.

- **Aggregate pre-tax per-unit costs rose 29% YoY to $6.57/Mcfe, 9% above our forecast entirely driven by the higher than expected exploration expense.** APC's 1Q per unit cost is also well above the estimated peer average of $5.66/Mcfe.

- **Adjusted GPM income** of $91 million more than tripled from the year ago $29 million and exceeded our $80 million forecast and the $75-$85 million guidance range.

- The figure below provides the primary factors impacting APC's 1Q17 EPS and CFPS results, as well as outlining the differences between results and our estimates.

**Figure 10: Anadarko Petroleum First Quarter Statistical Summary**

| | First Quarter Results | | | Results vs. Estimates | | | Consensus |
|---|---|---|---|---|---|---|---|
| | 1Q17 | 1Q16 | % Change | 1Q17A | 1Q17E | % Change | |
| **Production Volumes:** | | | | | | | |
| Natural Gas (Bcf) | 167.3 | 209.6 | -19% | 167.3 | 166.9 | 0% | 137.7 |
| Crude Oil (MMBbls) | 33.0 | 28.7 | 17% | 33.0 | 33.3 | -1% | 32.6 |
| Natural Gas Liquids (MMBbls) | 10.6 | 11.6 | -8% | 10.6 | 10.9 | -3% | 10.4 |
| Total (Bcfe) | **429.2** | **451.5** | **-4%** | **429.2** | **432.3** | **-1%** | **396.4** |
| Total (MBoed) | **794.8** | **826.8** | **-4%** | **794.8** | **800.6** | **-1%** | **734.0** |
| **Prices:** | | | | | | | |
| Natural Gas ($/Mcf) | $2.98 | $1.81 | 65% | $2.98 | $3.02 | -1% | $3.09 |
| Crude Oil ($/Bbl) | 50.38 | 32.72 | 54% | 50.38 | 49.21 | 2% | 50.30 |
| Natural Gas Liquids ($/Bbl) | 26.93 | 15.50 | 74% | 26.9 | 26.6 | 1% | 23.81 |
| Total ($/Mcfe) (a) | **$5.70** | **$3.32** | **72%** | **$5.70** | **$5.63** | **1%** | |
| **E&P Unit Costs ($/Mcfe):** | | | | | | | |
| Lifting Cost | $0.60 | $0.46 | 30% | $0.60 | $0.53 | 13% | |
| Transportation | 0.58 | 0.54 | 8% | 0.58 | 0.60 | -3% | |
| Administrative and General | 0.63 | 0.54 | 15% | 0.63 | 0.65 | -4% | |
| DD&A | 2.60 | 2.55 | 2% | 2.60 | 2.65 | -2% | |
| Exploration Expense | 1.29 | 0.28 | 362% | 1.29 | 0.68 | 89% | |
| Interest | 0.52 | 0.49 | 7% | 0.52 | 0.51 | 2% | |
| Production Taxes (% of Rev) | 6.3% | 7.8% | -19% | 6.3% | 7.0% | -10% | |
| Total | **$6.57** | **$5.11** | **29%** | **$6.57** | **$6.01** | **9%** | |
| | 2.69 | | | | | | |
| **Pre-Tax Income Per Mcfe** | **($0.87)** | **($1.80)** | **-51%** | **($0.87)** | **($0.38)** | **128%** | |
| **Cash Flow Per Mcfe** | **$2.36** | **$0.86** | **174%** | **$2.36** | **$2.69** | **-12%** | |
| **Earnings Per Share** | **($0.60)** | **($1.12)** | **-47%** | **($0.60)** | **($0.28)** | **113%** | **($0.24)** |
| **Cash Flow Per Share** | **$1.84** | **$0.76** | **141%** | **$1.84** | **$2.11** | **-13%** | **$1.99** |
| **EBITDX** | **$1,659** | **$733** | **126%** | **$1,659** | **$1,615** | **3%** | **$1,466** |

Source: Company documents and UBS estimates

**Figure 11: APC's Production, Price Realizations, and Per-Unit Costs (2014-2021E)**

| | | | 2016 | | | | | 2017E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 1QA | 2QA | 3QA | 4QA | 2016 | 1QA | 2QE | 3QE | 4QE | 2017E | 2018E | 2019E | 2020E | 2021E |
| **Production Volumes:** | | | | | | | | | | | | | | | | |
| Natural Gas (Bcf) | | | | | | | | | | | | | | | | |
| U.S. | 945.1 | 862.0 | 209.6 | 199.1 | 184.3 | 173.1 | 766.0 | 167.3 | 113.8 | 106.9 | 100.5 | 488.5 | 411.7 | 399.4 | 387.4 | 375.8 |
| Canada | | | | | | | | | | | | | | | | |
| Other International | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Natural Gas Total (Bcf) | 945.1 | 862.0 | 209.6 | 199.1 | 184.3 | 173.1 | 766.0 | 167.3 | 113.8 | 106.9 | 100.5 | 488.5 | 411.7 | 399.4 | 387.4 | 375.8 |
| | -2% | | | | | | | | | | | | | | | |
| Crude Oil (MMBbls) | | | | | | | | | | | | | | | | |
| US | 73.9 | 84.8 | 21.1 | 20.7 | 21.4 | 22.1 | 85.3 | 24.2 | 22.9 | 25.5 | 28.5 | 101.1 | 121.9 | 140.8 | 158.0 | 177.0 |
| Alaska | | | | | | | | | | | | | | | | |
| Algeria | 24.1 | 21.6 | 5.9 | 5.4 | 6.0 | 6.8 | 23.5 | 6.3 | 5.6 | 5.1 | 5.1 | 22.1 | 22.1 | 22.1 | 22.1 | 22.1 |
| Canada | | | | | | | | | | | | | | | | |
| Other International | 8.3 | 9.4 | 1.6 | 0.9 | 1.7 | 2.6 | 6.9 | 2.5 | 2.5 | 2.1 | 2.3 | 9.5 | 8.6 | 9.9 | 11.0 | 11.0 |
| Crude Oil Total (MMBbl) | 106.3 | 115.9 | 28.7 | 26.9 | 29.2 | 30.9 | 115.7 | 33.0 | 31.1 | 32.6 | 35.9 | 132.7 | 152.7 | 172.8 | 191.1 | 210.0 |
| Natural Gas Liquids (MMBbls) | | | | | | | | | | | | | | | | |
| U.S. & Canada | 42.6 | 45.1 | 11.1 | 11.5 | 11.2 | 10.7 | 44.6 | 10.1 | 8.5 | 8.3 | 8.0 | 34.8 | 39.0 | 42.9 | 47.2 | 51.0 |
| Algeria | 1.1 | 2.2 | 0.5 | 0.5 | 0.6 | 0.7 | 2.4 | 0.5 | 0.5 | 0.5 | 0.5 | 2.1 | 2.0 | 1.9 | 1.8 | 1.7 |
| Natural Gas Liquids Total (MMBbl) | 43.7 | 47.3 | 11.6 | 11.9 | 11.9 | 11.4 | 46.8 | 10.6 | 9.0 | 8.7 | 8.5 | 36.9 | 41.0 | 44.8 | 49.0 | 52.7 |
| **Prices:** | | | | | | | | | | | | | | | | |
| Natural Gas ($/Mcf) | | | | | | | | | | | | | | | | |
| UBS Forecast (NGW) | | | | | | | | | | | | | | | | |
| UBS Forecast (Henry Hub) | $4.45 | $2.67 | $2.09 | $1.95 | $2.81 | $2.98 | $2.46 | $3.32 | $3.25 | $3.00 | $3.25 | $3.20 | $3.00 | $3.25 | $3.25 | $3.25 |
| U.S. | 3.98 | 2.72 | 1.81 | 1.62 | 2.35 | 2.56 | 2.06 | 2.98 | 2.95 | 2.70 | 2.95 | 2.90 | 2.65 | 2.90 | 2.90 | 2.90 |
| Canada | | | | | | | | | | | | | | | | |
| Other International | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $3.98 | $2.72 | $1.81 | $1.62 | $2.35 | $2.56 | $2.06 | $2.98 | $2.95 | $2.70 | $2.95 | $2.90 | $2.65 | $2.90 | $2.90 | $2.90 |
| Differentials to NYMEX Henry Hub | | | | | | | | | | | | | | | | |
| United States | ($0.41) | ($0.34) | ($0.28) | ($0.33) | ($0.46) | ($0.42) | ($0.37) | ($0.34) | ($0.30) | ($0.30) | ($0.30) | ($0.31) | ($0.35) | ($0.35) | ($0.35) | ($0.35) |
| Canada | | | | | | | | | | | | | | | | |
| Crude Oil ($/Bbl) | | | | | | | | | | | | | | | | |
| UBS Forecast (WTI) | $92.89 | $48.81 | $33.64 | $45.59 | $44.92 | $49.16 | $43.35 | $51.77 | $55.50 | $60.50 | $62.00 | $57.50 | $63.00 | $68.00 | $68.00 | $68.00 |
| UBS Forecast (Brent) | $99.38 | $53.57 | $35.32 | $47.41 | $47.46 | $51.96 | $45.56 | $55.11 | $57.50 | $62.50 | $64.00 | $59.80 | $65.00 | $70.00 | $70.00 | $70.00 |
| US | 91.4 | 45.1 | 32.23 | 43.15 | 44.38 | 48.12 | 42.0 | 49.29 | 53.00 | 57.52 | 58.74 | 54.9 | 60.5 | 65.5 | 65.5 | 65.5 |
| Alaska | | | | | | | | | | | | | | | | |
| Algeria | 107.7 | 51.9 | 34.62 | 46.65 | 45.88 | 49.30 | 44.2 | 53.20 | 55.50 | 60.50 | 61.43 | 57.4 | 63.0 | 68.0 | 69.0 | 68.0 |
| Canada | | | | | | | | | | | | | | | | |
| Other International | 103.3 | 51.0 | 32.27 | 47.37 | 45.61 | 47.16 | 43.3 | 53.77 | 55.50 | 60.50 | 62.00 | 57.7 | 63.0 | 68.0 | 68.0 | 68.0 |
| Crude Oil Total ($/Bbl) | $96.03 | $46.84 | $22.72 | $43.99 | $44.75 | $48.30 | $42.54 | $50.38 | $53.68 | $58.17 | $59.33 | $55.49 | $61.00 | $65.96 | $65.93 | $65.89 |
| Differentials to NYMEX WTI | | | | | | | | | | | | | | | | |
| US | ($1.98) | ($3.85) | ($4.65) | ($4.58) | ($2.64) | ($2.10) | ($3.52) | ($2.48) | ($2.50) | ($2.50) | ($2.50) | ($2.49) | ($2.60) | ($2.60) | ($2.60) | ($2.60) |
| Algeria | ($1.99) | ($1.40) | ($4.08) | ($4.43) | ($4.90) | ($4.54) | ($4.49) | ($1.91) | ($2.00) | ($2.00) | ($2.00) | ($1.96) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| Canada | | | | | | | | | | | | | | | | |
| Other International | $0.67 | ($3.07) | ($3.05) | ($0.04) | ($1.85) | ($4.70) | ($2.46) | ($1.34) | ($2.00) | ($2.00) | ($2.00) | ($1.84) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| Natural Gas Liquids ($/Bbl) | | | | | | | | | | | | | | | | |
| U.S. & Canada | $35.63 | $17.37 | $15.14 | $19.36 | $18.77 | $24.25 | $19.33 | $26.36 | $27.20 | $29.65 | $30.38 | $28.27 | $31.22 | $34.38 | $34.38 | $34.38 |
| Algeria | 56.0 | 30.1 | 22.8 | 24.1 | 23.74 | 30.1 | 26.6 | 37.6 | 40.3 | 43.9 | 45.0 | 41.6 | 45.7 | 49.3 | 49.3 | 49.3 |
| Natural Gas Liquids Total ($/Bbl) | 36.08 | 17.96 | 15.50 | 19.55 | 19.04 | 24.63 | 19.65 | 26.93 | 27.99 | 30.40 | 31.30 | 29.02 | 31.92 | 35.01 | 34.92 | 34.86 |
| Differentials to NYMEX WTI | | | | | | | | | | | | | | | | |
| US | 38% | 36% | 45% | 42% | 42% | 49% | 45% | 51% | 49% | 49% | 49% | 50% | 50% | 51% | 51% | 51% |
| Algeria | 73% | 62% | 68% | 53% | 53% | 61% | 69% | 73% | 73% | 73% | 73% | 73% | 73% | 73% | 73% | 73% |
| **E&P Unit Costs ($/Mcfe):** | | | | | | | | | | | | | | | | |
| Lifting Cost | $0.64 | $0.65 | $0.46 | $0.47 | $0.46 | $0.48 | $0.47 | $0.60 | $0.70 | $0.70 | $0.70 | $0.67 | $0.70 | $0.70 | $0.70 | $0.70 |
| Transportation | 0.64 | 0.62 | 0.54 | 0.57 | 0.59 | 0.60 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 |
| Administrative and General | 0.71 | 0.67 | 0.54 | 0.59 | 0.58 | 0.70 | 0.60 | 0.65 | 0.76 | 0.70 | 0.70 | 0.69 | 0.68 | 0.64 | 0.62 | 0.60 |
| DD&A | 2.47 | 2.51 | 2.55 | 2.28 | 2.48 | 2.57 | 2.47 | 7.00 | 3.05 | 3.05 | 3.05 | 2.92 | 3.00 | 3.00 | 3.00 | 3.00 |
| Exploration Expense | 0.76 | 0.42 | 0.28 | 0.18 | 0.71 | 0.68 | 0.46 | 1.29 | 0.50 | 0.55 | 0.55 | 0.75 | 0.65 | 0.50 | 0.50 | 0.50 |
| Amortization of Goodwill | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Production Taxes (% of Rev) - inc Algeria | 8.0% | 6.4% | 7.6% | 5.0% | 7.5% | 5.1% | 7.2% | 6.3% | 7.0% | 8.5% | 6.5% | 6.6% | 6.6% | 6.6% | 6.6% | 6.6% |
| Production Taxes (% of Rev) - ex Algeria | 9.6% | 7.4% | 7.8% | 9.0% | 7.5% | 5.1% | 8.4% | 6.3% | | | | | | | | |

Source: UBS estimates and Company documents

## Figure 12: APC's Income Statement and Discretionary Cash Flow (2014-2021E)

| (Millions, except per share amounts) | 2014 | 2015 | 2016 1QA | 2016 2QA | 2016 3QA | 2016 4QA | 2016 | 2017E 1QA | 2017E 2QE | 2017E 3QE | 2017E 4QE | 2017E | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | | | |
| Natural Gas Sales | $3,764 | $2,319 | $379 | $322 | $433 | $443 | $1,577 | $488 | $336 | $289 | $297 | $1,419 | $1,091 | $1,156 | $1,123 | $1,090 |
| Oil and Condensate Sales | 10,204 | 5,426 | 938 | 1,185 | 1,305 | 1,493 | 4,921 | 1,664 | 1,670 | 1,898 | 2,128 | 7,360 | 9,318 | 11,398 | 12,586 | 13,841 |
| Natural Gas Liquids | 1,575 | 850 | 180 | 235 | 226.0 | 281 | 920 | 286 | 252 | 266 | 267 | 1,071 | 1,309 | 1,569 | 1,712 | 1,838 |
| Other | 78 | 292 | 38 | 34 | 56 | 51 | 179 | 65 | 45 | 45 | 45 | 200 | 200 | 200 | 200 | 200 |
| Financial Hedges | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | $15,621 | $8,887 | $1,535 | $1,774 | $2,020 | $2,268 | $7,597 | $2,513 | $2,303 | $2,498 | $2,737 | $10,050 | $11,918 | $14,325 | $15,634 | $16,968 |
| **Costs and Expenses:** | | | | | | | | | | | | | | | | |
| Lifting Cost | ($1,172) | ($1,014) | ($208) | ($202) | ($198) | ($203) | ($811) | ($258) | ($248) | ($249) | ($257) | ($1,012) | ($1,102) | ($1,194) | ($1,280) | ($1,367) |
| Transportation | ($1,196) | ($1,135) | ($242) | ($246) | ($256) | ($258) | ($1,002) | ($249) | ($206) | ($206) | ($213) | ($873) | ($913) | ($989) | ($1,060) | ($1,132) |
| Administrative and General | (1,316) | (1,221) | (246) | (257) | (250) | (298) | (1,051) | (269) | (269) | (249) | (257) | (1,044) | (1,071) | (1,091) | (1,133) | (1,171) |
| DD&A | (4,555) | (4,603) | (1,149) | (904) | (1,069) | (1,099) | (4,301) | (1,115) | (1,081) | (1,083) | (1,119) | (4,399) | (4,723) | (5,115) | (5,484) | (5,857) |
| Exploration expense | (1,411) | (778) | (128) | (76) | (304) | (291) | (797) | (558) | (177) | (185) | (202) | (1,127) | (1,023) | (863) | (914) | (976) |
| Amortization of Goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Taxes | (1,245) | (553) | (117) | (157) | (148) | (114) | (536) | (155) | (158) | (159) | (175) | (647) | (770) | (929) | (1,014) | (1,102) |
| Algerian Production Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prov. for impairment of prop./doubtful accts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | ($10,885) | ($9,304) | ($2,088) | ($1,922) | ($2,225) | ($2,263) | ($8,498) | ($2,599) | ($2,140) | ($2,141) | ($2,223) | ($9,103) | ($9,602) | ($10,170) | ($10,886) | ($11,606) |
| E&P Operating income | $4,736 | ($417) | ($553) | ($148) | ($205) | $5 | ($901) | ($86) | $163 | $356 | $514 | $947 | $2,316 | $4,155 | $4,748 | $5,362 |
| Minerals Income | | | | | | | | | | | | | | | | |
| G&P, Marketing & Transportation Income | $196 | $177 | $29 | $57 | $59 | $70 | $215 | $91 | $105 | $105 | $105 | $406 | $436 | $480 | $528 | $581 |
| GPM DD&A | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Interest Expense | ($753) | ($825) | ($220) | ($217) | ($220) | ($233) | ($890) | ($223) | ($223) | ($223) | ($223) | ($892) | ($890) | ($890) | ($890) | ($890) |
| Other Income | ($19) | ($15) | -$18 | -$8 | -$41 | -$21 | ($88) | ($14) | $0 | $0 | $0 | ($14) | ($45) | ($30) | ($25) | ($60) |
| Pre-Tax Income | $4,159 | ($1,080) | ($762) | ($316) | ($407) | ($179) | ($1,664) | ($232) | $45 | $238 | $398 | $447 | $1,818 | $3,715 | $4,361 | $4,993 |
| Income Taxes | (1,878) | 252 | $227 | $93 | $29 | ($30) | 319 | ($55) | ($13) | ($72) | ($127) | (267) | ($694) | ($1,378) | ($1,662) | ($1,877) |
| Tax Rate | 45% | 23% | 30% | 29% | 7% | -17% | 19% | 24% | 30% | 30% | 32% | 60% | 38% | 37% | 38% | 38% |
| Income from Equity affiliates | $187 | $191 | $36 | $81 | $83 | $62 | $263 | $43 | $65 | $65 | $65 | $238 | $285 | $285 | $295 | $295 |
| **Net Income** | $2,094 | ($1,019) | ($571) | ($304) | ($461) | ($272) | ($1,608) | ($330) | ($34) | $102 | $204 | ($57) | $838 | $2,062 | $2,405 | $2,821 |
| **Income from Discontinued Operations** | | | | | | | | | | | | | | | | |
| Preferred Dividend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Income Available to Common** | $2,094 | ($1,019) | ($571) | ($304) | ($461) | ($272) | ($1,608) | ($330) | ($34) | $102 | $204 | ($57) | $838 | $2,062 | $2,405 | $2,821 |
| **EPS** | $4.13 | ($2.01) | ($1.12) | ($0.60) | ($0.89) | ($0.50) | ($3.08) | ($0.60) | ($0.06) | $0.18 | $0.37 | ($0.10) | $1.50 | $3.65 | $4.25 | $4.95 |
| * EPS including discontinued eps | | | | | | | | | | | | | | | | |
| Avg. Shares - Basic (millions) | 505 | 507 | 509.4 | 510.5 | 517.0 | 551.0 | 529.8 | 551.0 | 552.4 | 553.4 | 554.4 | 553.1 | 556.9 | 560.9 | 564.9 | 568.9 |
| Avg. Shares - Diluted (millions) | 507 | 508 | 509.0 | 510.0 | 517.0 | 551.0 | 521.8 | 551.0 | 553.4 | 554.4 | 555.4 | 553.6 | 557.4 | 561.4 | 565.4 | 569.4 |

**Share Repurchase Worksheet**

**Discretionary Cash Flow**

| (Millions, except per share amounts) | 2014 | 2015 | 2016 1QA | 2016 2QA | 2016 3QA | 2016 4QA | 2016 | 2017E 1QA | 2017E 2QE | 2017E 3QE | 2017E 4QE | 2017E | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income Before Preferred | $2,094 | ($1,019) | ($571) | ($304) | ($461) | ($272) | ($1,608) | ($330) | ($34) | $102 | $204 | ($57) | $838 | $2,062 | $2,405 | $2,821 |
| DD&A | 4,555 | 4,603 | 1,149 | 904 | 1,069 | 1,099 | 4,301 | 1,115 | 1,081 | 1,083 | 1,119 | 4,399 | 4,723 | 5,115 | 5,484 | 5,857 |
| Amortization of Goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxes | 1,320 | (1,195) | (190) | (174) | (29) | (30) | (423) | 0 | 3 | 18 | 32 | 53 | 381 | 755 | 911 | 1,029 |
| Deferred Tax - as a percentage | 70.3% | 474.2% | 83.7% | 187.1% | 100.0% | 100.0% | 132.6% | 0.0% | 25.0% | 25.0% | 25.0% | 19.8% | 54.8% | 54.8% | 54.8% | 54.8% |
| Amortization of Restr. Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest expense - zero coupon bonds | 15 | 15 | 4 | 4 | 4 | 4 | 15 | 4 | 4 | 4 | 4 | 15 | 15 | 15 | 15 | 15 |
| Impairment of Int'l Prop. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exploration Expense | 1,245 | 2,267 | 35 | 10 | 255 | 313 | 613 | 250 | 124 | 137 | 141 | 652 | 667 | 556 | 596 | 636 |
| Deferred Exploration - as a percentage | 88% | 291% | 28% | 13% | 84% | 108% | 77% | 45% | 70% | 70% | 70% | 58% | 65% | 65% | 65% | 65% |
| Capitalized Interest | (198) | (163) | (38) | (42) | (31) | (20) | (131) | (25) | (35) | (35) | (35) | (130) | (145) | (150) | (155) | (155) |
| Capitalized G&A | | | | | | | | | | | | | | | | |
| Other | - | - | - | - | - | - | - | - | - | - | (5) | (5) | 15 | (5) | 15 | (10) |
| Total | $9,031 | $4,508 | $389 | $478 | $807 | $1,094 | $2,767 | $1,014 | $1,144 | $1,308 | $1,461 | $4,927 | $6,494 | $8,339 | $9,270 | $10,193 |
| **Cash Flow Per Share** | $17.83 | $8.87 | $0.76 | $0.94 | $1.56 | $1.99 | $5.30 | $1.84 | $2.07 | $2.36 | $2.63 | $8.90 | $11.65 | $14.85 | $16.40 | $17.90 |

Source: UBS estimates and Company documents



CONFIDENTIAL UBS_0001754

## Figure 13: APC's Cash Flow Statement and Balance Sheet (2014-2021E)

| | 2014 | 2015 | 1Q:16A | 2Q:16A | 3Q:16A | 4Q:16A | 2016 | 1Q:17A | 2Q:17E | 3Q:17E | 4Q:17E | 2017E | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flows From Operations** | | | | | | | | | | | | | | | | |
| Net Income | ($1,563) | ($6,812) | ($998) | ($611) | ($747) | ($452) | ($2,808) | ($275) | ($34) | $102 | $204 | ($2) | $838 | $2,052 | $2,405 | $2,821 |
| DD&A | 4,550 | 4,603 | 1,149 | 984 | 1,069 | 1,099 | 4,301 | 1,115 | 1,081 | 1,083 | 1,119 | 4,399 | 4,723 | 5,115 | 5,484 | 5,857 |
| Amortization of Goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxes | (105) | (3,152) | (413) | (407) | (301) | (117) | (1,238) | (660) | 3 | 18 | 32 | (607) | 381 | 755 | 911 | 1,029 |
| Exploration | 1,245 | 2,267 | 35 | 10 | 255 | 313 | 613 | 1,012 | 124 | 137 | 141 | 1,414 | 667 | 556 | 596 | 636 |
| Impairments | 836 | 5,075 | 16 | 18 | 27 | 166 | 227 | 373 | 0 | 0 | 0 | 373 | 0 | 0 | 0 | 0 |
| Other | (986) | 1,577 | 517 | 687 | 555 | 54 | 1,813 | (876) | 4 | 4 | 4 | (865) | 15 | 15 | 15 | 15 |
| Discretionary Cash Flow | $3,977 | $3,558 | $306 | $681 | $858 | $1,063 | $2,908 | $689 | $1,179 | $1,343 | $1,501 | $4,712 | $6,624 | $8,493 | $9,410 | $10,358 |
| Working Capital Changes | 4,489 | (5,435) | (443) | 548 | (73) | 60 | 92 | 434 | 0 | 0 | 0 | 434 | 0 | 0 | 0 | 0 |
| *Cash Provided by Operations* | $8,466 | ($1,877) | ($137) | $1,229 | $785 | $1,123 | $3,000 | $1,123 | $1,179 | $1,343 | $1,501 | $5,146 | $6,624 | $8,493 | $9,410 | $10,358 |
| **Cash Flows From Investing** | | | | | | | | | | | | | | | | |
| Capital Expenditures | ($9,508) | ($6,067) | ($1,022) | ($857) | ($739) | ($887) | ($3,505) | ($1,194) | ($1,383) | ($1,433) | ($1,575) | ($5,584) | ($6,230) | ($7,430) | ($7,930) | ($7,930) |
| Acquisition Costs | ($1,527) | ($3) | 0.0 | 0.0 | 0.0 | -1740.0 | ($1,740) | 0.0 | 0.0 | 0.0 | 0.0 | $0 | $0 | $0 | $0 | $0 |
| Net Proceeds From Asset Sales | 4,968 | 1,415 | 35 | 865 | 381 | 1,075 | 2,356 | 2,851 | 200 | 0 | 0 | 3,051 | 0 | 0 | 0 | 0 |
| Other | -405 | -116 | 14 | 0 | 67 | 46 | 127 | 65 | 0 | 0 | 0 | 65 | 0 | 0 | 0 | 0 |
| *Cash Provided (Used In) Investing* | ($6,472) | ($4,771) | ($973) | $8 | ($291) | ($1,506) | ($2,762) | $1,722 | ($1,183) | ($1,433) | ($1,575) | ($2,468) | ($6,230) | ($7,430) | ($7,930) | ($7,930) |
| **Cash Flows From Financing** | | | | | | | | | | | | | | | | |
| Increase in Long Term Debt | $2,679 | $4,632 | 4682.0 | 593.0 | 565.0 | 202.0 | $6,042 | 0.0 | 14.3 | 151.7 | 89.8 | $256 | $0 | $0 | $0 | $0 |
| Repayment of Long Term Debt | (1,425) | (4,033) | ($1,608) | ($3,817) | ($598) | ($809) | (6,832) | ($10) | $0 | $0 | $0 | (10) | (203) | (682) | (1,001) | (1,688) |
| Issuance of Preferred Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity Issuance | 121 | 34 | 30 | 0 | 2,158 | 0 | 2,188 | 0 | 52 | 0 | 52 | 104 | 123 | 123 | 123 | 123 |
| Equity Repurchase | (45) | (55) | (30) | (1) | (1) | (6) | (38) | (21) | 0 | 0 | 0 | (21) | 0 | 0 | 0 | 0 |
| Dividends Paid | (505) | (553) | (25) | (26) | (27) | (27) | (105) | (28) | (28) | (28) | (28) | (111) | (117) | (123) | (129) | (135) |
| Other | 650 | 195 | 70 | 461 | (5) | 227 | 753 | (139) | 0 | 0 | 0 | (139) | 0 | 0 | 0 | 0 |
| *Net Cash Used In Financing* | $1,675 | $220 | $3,119 | ($2,790) | $2,092 | ($413) | $2,008 | ($198) | $39 | $124 | $114 | $79 | ($196) | ($681) | ($1,006) | ($1,700) |
| *Effect of Exchange Rate Change* | 2 | (2) | -1.0 | 0.0 | 0.0 | 0.0 | (1) | 0.0 | 0.0 | 0.0 | 0.0 | - | - | - | - | - |
| **Change in Cash** | 3,671 | (6,430) | 2,008 | (1,553) | 2,586 | (796) | 2,245 | 2,647 | 35 | 35 | 40 | 2,757 | 198 | 382 | 474 | 728 |
| **Cash at Beginning of Period** | 3,696 | 7,369 | 939 | 2,947 | 1,394 | 3,980 | 939 | 3,184 | 5,831 | 5,866 | 5,901 | 3,184 | 5,941 | 6,138 | 6,521 | 6,994 |
| **Cash at End of Period** | 7,369 | 939 | 2,947 | 1,394 | 3,980 | 3,184 | 3,184 | 5,831 | 5,866 | 5,901 | 5,941 | 5,941 | 6,138 | 6,521 | 6,994 | 7,722 |

14779.2

| | 2014 | 2015 | 1Q:16A | 2Q:16A | 3Q:16A | 4Q:16A | 2016.0 | 1Q:17A | 2Q:17E | 3Q:17E | 4Q:17E | 2017E | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Current Assets | $11,221 | $3,982 | $5,767 | $3,212 | $5,918 | $5,266 | $5,266 | $7,707 | $7,742 | $7,777 | $7,817 | $7,817 | $8,015 | $8,397 | $8,871 | $9,599 |
| Property Plant and Equipment | 41,589 | 33,751 | 33,526 | 32,345 | 31,099 | 32,168 | 32,168 | 29,065 | 29,042 | 29,255 | 29,569 | 29,569 | 30,408 | 32,168 | 34,018 | 35,454 |
| Goodwill | 6,569 | 6,331 | 6,325 | 6,237 | 6,197 | 5,904 | 5,904 | 5,739 | 5,739 | 5,739 | 5,739 | 5,739 | 5,739 | 5,739 | 5,739 | 5,739 |
| Deferred Charges & Other | 2,310 | 2,350 | 2,304 | 2,239 | 2,203 | 2,226 | 2,226 | 2,182 | 2,182 | 2,182 | 2,182 | 2,182 | 2,182 | 2,182 | 2,182 | 2,182 |
| **Total Assets** | $61,689 | $46,414 | $47,922 | $44,033 | $45,417 | $45,564 | $45,564 | $44,693 | $44,705 | $44,953 | $45,307 | $45,307 | $46,344 | $48,485 | $50,809 | $52,974 |
| **Liabilities and Stockholders Equity** | | | | | | | | | | | | | | | | |
| Current Liabilities | $10,234 | $4,181 | $6,657 | $3,244 | $3,762 | $3,328 | $3,328 | $3,762 | $3,762 | $3,762 | $3,762 | $3,762 | $3,762 | $3,762 | $3,762 | $3,762 |
| Long-Term Debt | 15,092 | 15,718 | 15,726 | 15,641 | 15,090 | 15,281 | 15,281 | 15,284 | 15,298 | 15,450 | 15,540 | 15,540 | 15,337 | 14,655 | 13,654 | 11,965 |
| Other Long Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred Taxes | 9,249 | 5,400 | 4,940 | 4,686 | 4,343 | 4,324 | 4,324 | 3,664 | 3,667 | 3,685 | 3,717 | 3,717 | 4,097 | 4,853 | 5,763 | 6,792 |
| Other Deferred | 4,796 | 5,658 | 5,898 | 5,862 | 6,310 | 7,134 | 7,134 | 6,904 | 6,908 | 6,912 | 6,915 | 6,915 | 6,930 | 6,945 | 6,960 | 6,975 |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stockholders Equity | 22,318 | 15,457 | 14,701 | 14,600 | 15,912 | 15,497 | 15,497 | 15,079 | 15,070 | 15,144 | 15,373 | 15,373 | 16,218 | 18,270 | 20,670 | 23,479 |
| **Total** | $61,689 | $46,414 | $47,922 | $44,033 | $45,417 | $45,564 | $45,564 | $44,693 | $44,705 | $44,953 | $45,307 | $45,307 | $46,344 | $48,485 | $50,809 | $52,974 |
| **Net Debt** | $14,105.0 | $15,917.0 | $16,616.0 | $15,673.0 | $12,934.0 | $13,343.0 | $13,343.0 | $11,339.0 | $11,318.3 | $11,435.1 | $11,484.8 | $11,484.8 | $11,084.0 | $10,020.0 | $8,545.0 | $6,128.8 |
| **Net Debt/Capitalization (Year End)** | 38% | 51% | 55% | 52% | 42% | 43% | 43% | 37% | 37% | 37% | 37% | 37% | 35% | 30% | 25% | 17% |
| **Net Debt/EBITDX (Year End)** | 1.3x | 3.1x | | | | | 3.1x | | | | | 1.7x | 1.3x | 0.9x | 0.7x | 0.5x |
| **Debt/EBITDX** | 1.3x | 3.0x | | | | | 3.6x | | | | | 2.2x | 1.8x | 1.4x | 1.2x | 1.0x |
| **EBITDA/Interest** | 14.4x | 6.2x | | | | | 4.9x | | | | | 7.7x | 9.5x | 11.9x | 13.1x | 14.3x |

Source: UBS estimates and Company documents

## UPSIDE / DOWNSIDE SPECTRUM

return ↑




**Upside (US$114):** Our upside case assumes APC is acquired. In an environment where Super-Majors have under-invested in both global exploration and US unconventional shales, APC offers a one-stop solution, and we believe management is a willing seller. With most acquisitions of E&Ps historically done at NAV, we should note that our NAV estimate for APC is ~$114/share, implying 9.4x normalized 2018E EV/DACF and +100% upside from current levels.

**Upside (US$80):** Our $80 price target assumes ~0.70x NAV, or 7.0x normalized 2018E DACF.

**Downside (US$51):** Our downside case scenario assumes APC fails to meet its short- and long-term production targets, does not have exploration success, and its current FCF deficit widens. Under these assumptions and assuming current strip prices, we could see APC declining to 5.0x normalized 2018E DACF, implying a stock price move to ~$51/share.

## COMPANY DESCRIPTION

return ↑

Anadarko Petroleum is an independent oil and gas exploration and production company with operations in onshore resource plays in the Rocky Mountains, the southern US, and the Appalachian basin. The company is also among the largest independent producers in the deepwater Gulf of Mexico and has production and exploration activities worldwide, including Algeria, Mozambique, Colombia, Cote d'Ivoire, New Zealand, Ghana, Brazil, Kenya, and several other countries. Anadarko actively markets natural gas, oil, and natural gas liquids production and owns and operates gas-gathering systems in core producing areas.

### Industry outlook

While we came into 2017 with a cautious view of the E&P sector given expensive valuations, this year's sell-off has left us incrementally more positive with E&Ps now discounting a recovery near the long dated futures curve but below our 'normalized' forecasts. But as we expect oil prices to remain in a ~$50-$60/Bbl range this year, we continue to prefer well-capitalized, oil-weighted oil E&Ps that are both low on the cost curve and offer attractive relative valuation.

**Production by Commodity (2017E)**




**Absolute and Debt-Adjusted Growth Metrics**

| Anadarko Petroleum (APC) | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | '17-21 CAGR |
|---|---|---|---|---|---|---|---|
| Absolute Production Growth | -5% | -14% | 5% | 8% | 7% | 7% | 7% |
| Production per Debt-Adj Share Growth | -16% | -10% | 7% | 10% | 10% | 11% | 9% |
| Cash Flow per Debt-Adj Share Growth | -46% | 86% | 35% | 30% | 14% | 15% | 23% |

Source: Company Documents and UBS Estimates

**Forecast returns**

| | |
|---|---|
| Forecast price appreciation | +42.1% |
| Forecast dividend yield | 0.4% |
| Forecast stock return | +42.5% |
| Market return assumption | 6.3% |
| Forecast excess return | +36.2% |

### Valuation Method and Risk Statement

Anadarko Petroleum is subject to risks associated with volatile movements in crude oil prices and natural gas prices. Anadarko also has exposure to political, economic and meteorological events as well as geological risk associated with resource exploration. Moreover, Anadarko's production and financial targets are best estimates and at risk of not being achieved while its limited financial guidance disclosures make the forecasting of future earnings results challenging. Our $80 price target assumes ~0.70x NAV, or 7.0x normalized 2017E DACF.

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission. UBS acts or may act as principal in the debt securities (or in related derivatives) that may be the subject of this report. This recommendation was finalized on: 03 May 2017 05:24 AM GMT.

**Analyst Certification:**Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

**UBS Investment Research: Global Equity Rating Definitions**

| 12-Month Rating | Definition | Coverage[1] | IB Services[2] |
|---|---|---|---|
| **Buy** | FSR is > 6% above the MRA. | 46% | 30% |
| **Neutral** | FSR is between -6% and 6% of the MRA. | 38% | 28% |
| **Sell** | FSR is > 6% below the MRA. | 16% | 18% |
| **Short-Term Rating** | **Definition** | **Coverage[3]** | **IB Services[4]** |
| **Buy** | Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |
| **Sell** | Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |

Source: UBS. Rating allocations are as of 31 March 2017.
1:Percentage of companies under coverage globally within the 12-month rating category.
2:Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months.
3:Percentage of companies under coverage globally within the Short-Term rating category.
4:Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.

**KEY DEFINITIONS:Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months. **Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium). **Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation. **Short-Term Ratings** reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case. **Equity Price Targets** have an investment horizon of 12 months.

**EXCEPTIONS AND SPECIAL CASES:UK and European Investment Fund ratings and definitions are: Buy:** Positive on factors such as structure, management, performance record, discount; **Neutral:** Neutral on factors such as structure, management, performance record, discount; **Sell:** Negative on factors such as structure, management, performance record, discount. **Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Company Disclosures table in the relevant research piece.

Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with FINRA. Such analysts may not be associated persons of UBS Securities LLC and therefore are not subject to the FINRA restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.

**UBS Securities LLC:** William A. Featherston; Michael Ziffer, CFA; Christopher Zhang, CFA.

**Company Disclosures**

| Company Name | Reuters | 12-month rating | Short-term rating | Price | Price date |
|---|---|---|---|---|---|
| **Anadarko Petroleum Corp.**[4, 6a, 6b, 7, 16, 26] | APC.N | Buy | N/A | US$56.28 | 02 May 2017 |
| **Tullow Oil**[20] | TLW.L | Neutral (CBE) | N/A | 205p | 02 May 2017 |

Source: UBS. All prices as of local market close.
Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date

4. Within the past 12 months, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company/entity or one of its affiliates.
6a. This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and investment banking services are being, or have been, provided.
6b. This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and non-securities services are being, or have been, provided.
7. Within the past 12 months, UBS Securities LLC and/or its affiliates have received compensation for products and services other than investment banking services from this company/entity.
16. UBS Securities LLC makes a market in the securities and/or ADRs of this company.
20. Because this security exhibits higher-than-average volatility, the FSR has been set at 15% above the MRA for a Buy rating, and at -15% below the MRA for a Sell rating (compared with 6/-6% under the normal rating system).
26. A U.S.-based global equity strategist, a member of his team, or one of their household members has a long common stock position in Anadarko Petroleum Corp.

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report. For a complete set of disclosure statements associated with the companies discussed in this report, including information on valuation and risk, please contact UBS Securities LLC, 1285 Avenue of Americas, New York, NY 10019, USA, Attention: Investment Research.

**Anadarko Petroleum Corp. (US$)**



| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2014-01-31 | 80.69 | 95.0 | Buy |
| 2014-04-02 | 86.47 | 100.0 | Buy |
| 2014-04-03 | 99.02 | 110.0 | Buy |
| 2014-05-22 | 101.58 | 115.0 | Buy |
| 2014-06-11 | 108.32 | 120.0 | Buy |
| 2014-07-02 | 107.63 | 127.0 | Buy |
| 2014-10-06 | 97.19 | 125.0 | Buy |
| 2014-12-03 | 80.67 | 110.0 | Buy |
| 2015-01-26 | 82.66 | 100.0 | Buy |
| 2015-04-30 | 94.1 | 104.0 | Buy |
| 2015-06-24 | 81.45 | 98.0 | Buy |
| 2015-09-07 | 68.34 | 82.0 | Buy |
| 2015-11-11 | 61.01 | 77.0 | Buy |
| 2016-01-12 | 37.33 | 62.0 | Buy |
| 2016-02-02 | 39.26 | 60.0 | Buy |
| 2016-05-02 | 51.95 | 64.0 | Buy |
| 2016-07-06 | 55.19 | 69.0 | Buy |
| 2016-10-31 | 59.44 | 73.0 | Buy |
| 2016-12-05 | 68.29 | 79.0 | Buy |
| 2016-12-15 | 70.33 | 82.0 | Buy |
| 2017-01-18 | 69.89 | 81.0 | Buy |
| 2017-03-08 | 61.4 | 80.0 | Buy |

Source: UBS; as of 02 May 2017

**Tullow Oil (p)**



| Date | Stock Price (p) | Price Target (p) | Rating |
|---|---|---|---|
| 2014-01-31 | 673.0 | 788.0 | Neutral |
| 2014-04-03 | 681.0 | 766.0 | Buy |
| 2014-06-27 | 726.0 | 809.0 | Buy |
| 2014-11-10 | 433.0 | 596.0 | Buy |
| 2014-12-03 | 359.0 | 396.0 | Neutral |
| 2015-01-16 | 311.0 | 285.0 | Neutral |
| 2015-07-29 | 201.0 | 230.0 | Neutral |
| 2015-09-07 | 168.0 | 166.0 | Neutral |
| 2015-11-06 | 186.0 | 196.0 | Neutral |
| 2015-11-16 | 162.0 | 204.0 | Buy |
| 2016-01-13 | 110.0 | 179.0 | Buy |
| 2016-03-09 | 182.0 | 179.0 | Neutral |
| 2016-07-04 | 219.0 | 204.0 | Neutral |
| 2016-07-28 | 166.0 | 192.0 | Neutral |
| 2016-10-10 | 239.0 | 222.0 | Neutral |
| 2017-01-19 | 256.0 | 222.0 | Sell |
| 2017-03-07 | 227.0 | 222.0 | Neutral |
| 2017-04-06 | 212.0 | 205.0 | Neutral |

Source: UBS; as of 02 May 2017

## Global Disclaimer

This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

Global Research is provided to our clients through UBS Neo and, in certain instances, UBS.com (each a "System"). It may also be made available through third party vendors and distributed by UBS and/or third parties via e-mail or alternative electronic means. The level and types of services provided by Global Research to a client may vary depending upon various factors such as a client's individual preferences as to the frequency and manner of receiving communications, a client's risk profile and investment focus and perspective (e.g., market wide, sector specific, long-term, short-term, etc.), the size and scope of the overall client relationship with UBS and legal and regulatory constraints.

All Global Research is available on UBS Neo. Please contact your UBS sales representative if you wish to discuss your access to UBS Neo.

When you receive Global Research through a System, your access and/or use of such Global Research is subject to this Global Research Disclaimer and to the terms of use governing the applicable System.

When you receive Global Research via a third party vendor, e-mail or other electronic means, your use shall be subject to this Global Research Disclaimer and to UBS's Terms of Use/Disclaimer (http://www.ubs.com/global/en/legalinfo2/disclaimer.html). By accessing and/or using Global Research in this manner, you are indicating that you have read and agree to be bound by our Terms of Use/Disclaimer. In addition, you consent to UBS processing your personal data and using cookies in accordance with our Privacy Statement (http://www.ubs.com/global/en/legalinfo2/privacy.html) and cookie notice (http://www.ubs.com/global/en/homepage/cookies/cookie-management.html).

**If you receive Global Research, whether through a System or by any other means, you agree that you shall not copy, revise, amend, create a derivative work, transfer to any third party, or in any way commercially exploit any UBS research provided via Global Research or otherwise, and that you shall not extract data from any research or estimates provided to you via Global Research or otherwise, without the prior written consent of UBS.**

This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction. It is published solely for information purposes; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. No representation or warranty, either expressed or implied, is provided in relation to the accuracy, completeness or reliability of the information contained in this document ("the Information"), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party.

Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwise constitutes a personal recommendation. Investments involve risks, and investors should exercise prudence and their own judgement in making their investment decisions. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.

The value of any investment or income may go down as well as up, and investors may not get back the full (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.

Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

This document and the Information are produced by UBS as part of its research function and are provided to you solely for general background information. UBS has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. In no circumstances may this document or any of the Information be used for any of the following purposes:

(i) valuation or accounting purposes;

(ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

(iii) to measure the performance of any financial instrument.

By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

UBS has policies and procedures, which include, without limitation, independence policies and permanent information barriers, that are intended, and upon which UBS relies, to manage potential conflicts of interest and control the flow of information within divisions of UBS and among its subsidiaries, branches and affiliates. For further information on the ways in which UBS manages conflicts and maintains independence of its research products, historical performance information and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

Research will initiate, update and cease coverage solely at the discretion of UBS Research Management, which will also have sole discretion on the timing and frequency of any published research product. The analysis contained in this document is based on numerous assumptions. All material information in relation to published research reports, such as valuation methodology, risk statements, underlying assumptions (including sensitivity analysis of those assumptions), ratings history etc. as required by the Market Abuse Regulation, can be found on NEO. Different assumptions could result in materially different results.

The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS and/or its divisions as a whole, of which investment banking, sales and trading are a part, and UBS's subsidiaries, branches and affiliates as a whole.

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this document.

**United Kingdom and the rest of Europe:** Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACPR (Autorité de Contrôle Prudentiel et de Résolution) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Europe SE. UBS Europe SE is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). **Turkey:** Distributed by

UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS AG is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on the purchase or sale of the securities abroad by residents of the Republic of Turkey. **Poland:** Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce regulated by the Polish Financial Supervision Authority. Where an analyst of UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce has contributed to this document, the document is also deemed to have been prepared by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. **Russia:** Prepared and distributed by UBS Bank (OOO). **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Limited, Italy Branch. Where an analyst of UBS Limited, Italy Branch has contributed to this document, the document is also deemed to have been prepared by UBS Limited, Italy Branch. **South Africa:** Distributed by UBS South Africa (Pty) Limited (Registration No. 1995/011140/07), an authorised user of the JSE and an authorised Financial Services Provider (FSP 7328). **Israel:** This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. **Saudi Arabia:** This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. **Dubai:** The information distributed by UBS AG Dubai Branch is intended for Professional Clients only and is not for further distribution within the United Arab Emirates. **United States:** Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a **'non-US affiliate'**) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. UBS Securities LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (the "Municipal Advisor Rule"), and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of the Municipal Advisor Rule. **Canada:** Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. **Mexico:** This report has been distributed and prepared by UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, an entity that is part of UBS Grupo Financiero, S.A. de C.V. and is an affiliate of UBS AG. This document is intended for distribution to institutional or sophisticated investors only. Research reports only reflect the views of the analysts responsible for the reports. Analysts do not receive any compensation from persons or entities different from UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, or different from entities belonging to the same financial group or business group of such. For Spanish translations of applicable disclosures, please see www.ubs.com/disclosures. **Brazil:** Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil, which are considered to be: (i) financial institutions, (ii) insurance firms and investment capital companies, (iii) supplementary pension entities, (iv) entities that hold financial investments higher than R$300,000.00 and that confirm the status of qualified investors in written, (v) investment funds, (vi) securities portfolio managers and securities consultants duly authorized by Comissão de Valores Mobiliários (CVM), regarding their own investments, and (vii) social security systems created by the Federal Government, States, and Municipalities. **Hong Kong:** Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. **Singapore:** Distributed by UBS Securities Pte. Ltd. [MCI (P) 007/09/2016 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). **Japan:** Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. **Australia:** Clients of UBS AG: Distributed by UBS AG (ABN 47 088 129 613 and holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distributed by UBS Securities Australia Ltd (ABN 62 008 586 481 and holder of Australian Financial Services License No. 231098). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be required, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. **New Zealand:** Distributed by UBS New Zealand Ltd. UBS New Zealand Ltd is not a registered bank in New Zealand. You are being provided with this UBS publication or material because you have indicated to UBS that you are a "wholesale client" within the meaning of section 5C of the Financial Advisers Act 2008 of New Zealand (Permitted Client). This publication or material is not intended for clients who are not Permitted Clients (non-permitted Clients). If you are a non-permitted Client you must not rely on this publication or material. If despite this warning you nevertheless rely on this publication or material, you hereby (i) acknowledge that you may not rely on the content of this publication or material and that any recommendations or opinions in such this publication or material are not made or provided to you, and (ii) to the maximum extent permitted by law (a) indemnify UBS and its associates or related entities (and their respective Directors, officers, agents and Advisors) (each a 'Relevant Person') for any loss, damage, liability or claim any of them may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material and (b) waive any rights or remedies you may have against any Relevant Person for (or in respect of) any loss, damage, liability or claim you may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material. **Korea:** Distributed in Korea by UBS Securities Pte. Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. **Malaysia:** This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (Capital Markets Services License No.: CMSL/A0063/2007). This material is intended for professional/institutional clients only and not for distribution to any retail clients. **India:** Distributed by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000. It provides brokerage services bearing SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, NSE (Currency Derivatives Segment) INE230951431, BSE (Capital Market Segment) INB010951437; merchant banking services bearing SEBI Registration Number: INM000010809 and Research Analyst services bearing SEBI Registration Number: INH000001204. UBS AG, its affiliates or subsidiaries may have debt holdings or positions in the subject Indian company/companies. Within the past 12 months, UBS AG, its affiliates or subsidiaries may have received compensation for non-investment banking securities-related services and/or non-securities services from the subject Indian company/companies. The subject company/companies may have been a client/clients of UBS AG, its affiliates or subsidiaries during the 12 months preceding the date of distribution of the research report with respect to investment banking and/or non-investment banking securities-related services and/or non-securities services. With regard to information on associates, please refer to the Annual Report at: http://www.ubs.com/global/en/about_ubs/investor_relations/annualreporting.html

The disclosures contained in research documents produced by UBS Limited shall be governed by and construed in accordance with English law.

UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2017. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

UBS

# EXHIBIT 4

BMO Capital Markets

FLASH

# Anadarko Petroleum

| APC-NYSE | Rating | Price: May-2 | Target | Total Rtn |
|---|---|---|---|---|
| | Market Perform | $56.28 | $70.00 | 25% |

Oil & Gas - E&P

**Phillip Jungwirth, CFA** Analyst
phillip.jungwirth@bmo.com (303) 436-1127

Jack Kindregan, CFA
Jack.Kindregan@bmo.com (303) 623-1386

Oana Dancescu
oana.dancescu@bmo.com (303) 825-1299

Legal Entity: BMO Capital Markets Corp.

## 1Q in Line, 2Q Lower but Full Year Unchanged; Shenandoah Appraisal Suspended

**Bottom Line:** Anadarko reported a mostly in-line 1Q17, although we think expectations could have been higher given what some viewed as conservative guidance. Full-year guidance was unchanged, although 2Q oil/total production was below Street estimates by 4%/2%. Ghana and U.S. onshore were the biggest deltas to our 2Q oil estimate, while the vertical DJ shut-in (13MBoe/d) impact on guidance wasn't quantified. No update to the +15% long-term oil CAGR or plans for $6Bn of cash.

**Key Points**

**1Q Mostly in line.** Anadarko reported 1Q17 EPS of -$0.60, below our/consensus -$0.29/-$0.23. EBITDAX of $1,615mm was above our/consensus $1,390mm/$1,447mm, while CFO of $1,123mm ($423mm working capital) was above our/consensus $1,072mm/$1,092mm (EBITDAX/CFO aren't divestiture adjusted). Total production (divestiture adjusted) of 672MBoe/d was in the upper half of guidance (655-678MBoe/d), but below our/consensus (median) 675MBoe/d/677MBoe/d. Oil of 353MBo/d was at the mid-point (351-356MBo/d), but below our/consensus (median) 358MBo/d. DJ, Delaware, and International volumes were in line with our model, while GOM was below. Capex (excluding WES) of $969mm, was at the low end of guidance ($950-1,150mm). Other U.S. onshore capex of $138mm ($123mm in 4Q) suggests continued investment in exploration opportunities.

**Operational Update Deepwater Focused.** U.S. Onshore resource update was limited following early March update, but early time oil recoveries on new DJ completions are outperforming by 10%. In GOM, positives included Heidelberg approaching 40MBoe/d gross (fourth producer at 13MBoe/d and fifth well ramping to 12MBoe/d), Calpurnia exploration well encountering 60' net oil pay, and Horn Mountain Deep development well encountering 70' net of pay. GAAP EPS was impacted by exploration and impairments, which included $902mm of Shenandoah writedowns as appraisal activity has been suspended as APC evaluates a path forward following the #6 well. We valued Shenandoah at $241mm and modeled no development capex/production. We'd note DJ/Delaware spuds of 122 wells were double TILs of 59, positioning APC for strong 2H17 growth. The Gorgon-1 well in Columbia encountered 260-360' of gas pay and is the third gas discovery in the Grand Fuerte (50% WI) block.




### Company Description

Anadarko is a large independent oil and gas producer whose major areas of operation are located onshore in the U.S., the deepwater of the Gulf of Mexico, and Algeria. In addition, Anadarko holds approximately 7.5 million acres of fee mineral rights to non-oil and gas resources located in Colorado, Wyoming, and Utah.

APC-NYSE Research | Industry Research | Company Models

Please refer to pages 3 to 5 for Important Disclosures, including Analyst's Certification.

## Exhibit 1: Anadarko Petroleum 1Q17 Actuals vs. Estimates

| | 1Q17 | | | | 1Q17 | | | 4Q16 | | | 1Q16 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Estimated | Diff | % Diff | Consensus | Diff | % Diff | Actual | Q/Q | Q/Q % | Actual | Y/Y | Y/Y % |
| **Production Volumes:** | | | | | | | | | | | | | |
| Crude oil (MBbls/d) | 353 | 358 | (5) | -1% | 360 | (7) | -2% | 336 | 17 | 5% | 315 | 38 | 12% |
| Natural gas (MMcf/d) | 1,275 | 1,272 | 3 | 0% | 1,365 | (90) | -7% | 1,881 | (606) | -32% | 2,303 | (1,028) | -45% |
| NGLs (MBbls/d) | 106 | 104 | 2 | 1% | 106 | (0) | 0% | 124 | (18) | -15% | 128 | (22) | -17% |
| **Combined equivalent volumes (Mboe/d)** | 671 | 675 | (3) | 0% | **690** | (19) | -3% | 774 | (102) | -13% | 827 | (155) | -19% |
| **Realizations (After Hedges)** | | | | | | | | | | | | | |
| Crude oil (MMBbls) | $50.34 | $49.28 | $1.06 | 2% | $49.67 | $0.67 | 1% | $47.01 | $3.33 | 7% | $29.65 | $20.69 | 70% |
| Natural gas (Bcf) | $3.00 | $3.07 | ($0.07) | -2% | $3.00 | $0.00 | 0% | $2.56 | $0.44 | 17% | $1.75 | $1.25 | 71% |
| NGLs (MBbls) | $27.17 | $26.55 | $0.62 | 2% | | | | $24.62 | $2.55 | 10% | $15.32 | $11.85 | 77% |
| **Combined equivalent (per Boe)** | **$36.45** | **$36.06** | **$0.39** | **1%** | | | | **$30.59** | **$5.86** | **19%** | **$18.54** | **$17.91** | **97%** |
| **Income Statement ($ in millions)** | | | | | | | | | | | | | |
| E&P | 2,454 | 2,193 | 261 | 12% | | | | 2,178 | 276 | 13% | 1,394 | 1,060 | 76% |
| Midstream | 444 | 461 | (17) | -4% | | | | 399 | 45 | 11% | 240 | 204 | 85% |
| Other | 869 | 65 | 804 | 1237% | | | | (190) | 1,059 | -557% | 40 | 829 | 2073% |
| **Total revenues** | **3,767** | **2,719** | **1,048** | **39%** | **2,699** | **1,068** | **40%** | **2,387** | **1,380** | **58%** | **1,674** | **2,093** | **125%** |
| Lease operating expense | 258 | 236 | 22 | 9% | | | | 203 | 55 | 27% | 208 | 50 | 24% |
| Gathering, processing, transportation | 249 | 213 | 36 | 17% | | | | 258 | (9) | -3% | 242 | 7 | 3% |
| Midstream | 351 | 373 | (22) | -6% | | | | 329 | 22 | 7% | 215 | 136 | 63% |
| Exploration | 1,085 | 290 | 795 | 274% | | | | 440 | 645 | 147% | 126 | 959 | 761% |
| DD&A | 1,115 | 967 | 148 | 15% | | | | 1,099 | 16 | 1% | 1,149 | (34) | -3% |
| Impairment | 373 | - | 373 | NA | | | | 166 | 207 | 125% | 16 | 357 | 2231% |
| G&A | 269 | 273 | (4) | -1% | | | | 324 | (55) | -17% | 449 | (180) | -40% |
| Taxes other than income | 155 | 158 | (3) | -2% | | | | 114 | 41 | 36% | 117 | 38 | 32% |
| **EBIT** | **(88)** | **207** | **(295)** | **-142%** | | | | **(546)** | **458** | **-84%** | **(848)** | **760** | **-90%** |
| Interest expense | 223 | 214 | 9 | 4% | | | | 233 | (10) | -4% | 220 | 3 | 1% |
| Other | 133 | (27) | 160 | -598% | | | | 263 | (130) | -49% | (313) | 446 | -142% |
| **Pretax income** | **(178)** | **(34)** | **(144)** | **424%** | | | | **(516)** | **338** | **-66%** | **(1,381)** | **1,203** | **-87%** |
| Income tax | 97 | 54 | 43 | 81% | | | | (64) | 161 | **-252%** | (383) | 480 | -125% |
| *Effective tax rate %* | -54% | -158% | 103% | -65% | | | | 12% | -67% | -539% | 28% | -82% | -296% |
| **After-Tax Income** | **(275)** | **(88)** | **(187)** | **214%** | | | | **(452)** | **177** | **-39%** | **(998)** | **723** | **-72%** |
| Minority Interest/Preferred/Disc-ops | 43 | 70 | (27) | -39% | | | | 63 | (20) | -32% | 36 | 7 | 19% |
| **Net Income** | **(318)** | **(158)** | **(160)** | **102%** | | | | **(515)** | **197** | **-38%** | **(1,034)** | **716** | **-69%** |
| Non-recurring items | (12) | - | (12) | NA | | | | 242 | (254) | -105% | 465 | (477) | -103% |
| **Adjusted net income** | **(330)** | **(158)** | **(172)** | **109%** | | | | **(273)** | **(57)** | **21%** | **(569)** | **239** | **-42%** |
| **Diluted EPS - Adjusted** | **-$0.60** | **-$0.29** | **-$0.31** | **110%** | **-$0.23** | **-$0.37** | **163%** | **-$0.50** | **-$0.10** | **21%** | **-$1.12** | **$0.52** | **-46%** |
| **EBITDAX** | **1,615** | **1,393** | **222** | **16%** | **1,447** | **168** | **12%** | **1,439** | **176** | **12%** | **700** | **915** | **131%** |
| DACF | 912 | 1,286 | (374) | -29% | | | | 1,296 | (384) | -30% | 526 | 386 | 73% |
| **Discretionary cash flow per share** | **$1.25** | **$1.94** | **($0.69)** | **-36%** | **$1.98** | **-$0.73** | **-37%** | **$1.93** | **($0.68)** | **-35%** | **$0.95** | **$0.30** | **31%** |
| Capital expenditures | 1,194 | 1,322 | (128) | -10% | 1,145 | 49 | 4% | 887 | 307 | 35% | 1,022 | 172 | 17% |
| **Per Unit Costs ($Boe):** | | | | | | | | | | | | | |
| Lease operating expense | $3.58 | $3.89 | ($0.31) | -8% | | | | $2.85 | $0.73 | 26% | $2.76 | $0.82 | 30% |
| Gathering, processing, transportation | $3.46 | $3.52 | ($0.06) | -2% | | | | $3.63 | ($0.17) | -5% | $3.22 | $0.24 | 8% |
| DD&A | $15.49 | $15.93 | ($0.45) | -3% | | | | $15.44 | $0.04 | 0% | $15.27 | $0.21 | 1% |
| G&A | $3.74 | $4.49 | ($0.76) | -17% | | | | $4.55 | ($0.82) | -18% | $5.97 | ($2.23) | -37% |
| Taxes other than income | $2.15 | $2.61 | ($0.46) | -17% | | | | $1.60 | $0.55 | 34% | $1.56 | $0.60 | 38% |

Source: BMO Capital Markets

BMO Capital Markets




Source: FactSet, BMO Capital Markets

## IMPORTANT DISCLOSURES

### Analyst's Certification

I, Phillip Jungwirth, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Company Specific Disclosures

Disclosure 5: BMO Capital Markets or an affiliate received compensation for products or services other than investment banking services within the past 12 months from Anadarko Petroleum.

Disclosure 6C: Anadarko Petroleum is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: C) Non-Securities Related Services.

Disclosure 9: BMO Capital Markets makes a market in Anadarko Petroleum.

### Methodology and Risks to Price Target/Valuation for Anadarko Petroleum (APC-NYSE)

**Methodology:** Our target price is based on an NAV analysis and review of comparable company trading multiples.

**Risks:** Risks to our rating and target price include negative changes in overall commodity prices, specifically natural gas and oil prices, weakness in U.S. and global economic activity, and demand for natural gas and oil, and elevated natural gas storage levels from increased supply growth. If these risks are greater than we expect, the stock could have difficulty achieving our target price. Likewise, if these risks are less than we expect, the stock could trade above our target price.

### Distribution of Ratings (May 01, 2017)

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 43.0% | 22.1% | 56.0% | 44.3% | 56.5% | 53.1% |
| Hold | Market Perform | 53.2% | 13.4% | 42.0% | 52.3% | 41.9% | 41.6% |
| Sell | Underperform | 3.7% | 9.1% | 2.0% | 3.3% | 1.2% | 5.2% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of updates to this report.

**General Disclaimer**

"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Alexander Pearce, David Round, Edward Sterck or Brendan Warn: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by BMO Capital Markets Limited which is authorised and regulated in the UK and operates in the E.U. on a passported basis. This document is only intended for Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2004/39/EC ("MiFID").

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

Unauthorized reproduction, distribution, transmission or publication without the prior written consent of BMO Capital Markets is strictly prohibited.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe and Asia, BMO Capital Markets Limited in Europe and Australia and BMO Advisors Private Limited in India.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2017 BMO CAPITAL MARKETS CORP.

# EXHIBIT 5

Equity Research | Instant Insights
2 May 2017


| | | | |
|---|---|---|---|
| Thomas R. Driscoll, CFA | +1 212 526 3557 | thomas.driscoll@barclays.com | BCI, US |
| Michael Lonegan | +1 212 526 4824 | michael.lonegan@barclays.com | BCI, US |
| Peter Inge | +1 212 526 8284 | peter.inge@barclays.com | BCI, US |
| Ian Gorman | +1 212 526 7068 | ian.gorman@barclays.com | BCI, US |


Completed: 03-May-17, 00:51 GMT
Released: 03-May-17, 00:51 GMT

# Anadarko Petroleum

## APC: Quiet Quarter Operationally, Missed Consensus on Dry Hole/Cash Taxes

**Stock Rating/Industry View:** Equal Weight/Negative
**Price Target:** USD 57.00
**Price (02-May-2017):** USD 56.28
**Potential Upside/Downside:** 1%
**Tickers:** APC

**We expect a neutral-to-negative reaction to Anadarko's 1Q results.** Anadarko reported an uneventful quarter operationally, with production and price realizations in-line with expectations and operating expenses modestly below. Same-store sales were in-line with guidance at ~672 mboepd. The company achieved record Delaware oil production as it added on five rigs to the basin during 1Q (and one shortly thereafter) and noted international progress with recently drilled development wells. However, APC missed consensus EPS and CFPS significantly (by 150% and 36%, respectively), primarily due higher than expected dry hole expenses (due to an unsuccessful Shenandoah appraisal well) as well as significantly higher cash taxes. Cash taxes for the quarter came in at $757mm vs. our $99mm estimate, largely as the result of APC's closing of its Marcellus and Eagle Ford divestitures. Guidance for the year remains largely unchanged.

**APC completed the Marcellus and Eagle Ford divestitures for net cash proceeds of $2.8bn (prior to adjustments), largely completing the company's planned divestiture program.** APC ended the quarter with nearly $6bn in cash, though the company has still given little indication as to its use. The Marcellus was online for the full quarter and contributed 504 mmcfpd in 1Q17 while the Eagle Ford was online for approximately 2 months and contributed 40 mboepd. Approximately $323mm of the current taxes in 1Q was due to these asset monetizations.

**Anadarko added 5 rigs to the Delaware and delivered record high oil sales volumes in the basin.** Since the end of the quarter, APC has added one additional rig, bringing the total number of Delaware rigs up to 15. The company has been actively engaging other companies to trade land and core up its leasehold. In the DJ basin APC added one rig, bringing its rig count up to six (all of which are drilling multi-well development pads).

**APC also delivered record volumes in the Gulf of Mexico, bolstered by a full quarter of Freeport's GOM assets as well as strong performance from existing fields.** Caesar/Tonga continues to deliver strong performance while K2 and Heidelberg have brought additional wells online. K2 reached a nine-year high for the third consecutive quarter.

**GOM exploration successes include Horn Mountain and Calpurnia, though Shenandoah had some disappointments.** The first development well at Horn Mountain encountered 70 net feet of oil pay (expected to come online later this year) while Calpurnia encountered ~60 feet of net oil pay (expected to be tied back to a pre-existing facility in Green Canyon). However, the Shenandoah-6 appraisal well did not encounter oil-water contact – APC has suspended appraisal activity in the field to reevaluate. The company also announced its Purple Angel discovery offshore Colombia, as well as its third discovery at the Gorgon prospect offshore Colombia which encountered 260-360 net feet of natural gas pay.

**Guidance was left largely unchanged.** Production guidance for the year remains the same, while oil differentials were lowered by $0.70-$0.80 and gas differentials were increased by $0.05. LOE and DD&A guidance were decreased slightly while interest expense guidance was increased by $35mm. Income from non-controlling interests decreased by $50mm, and CapEx remains unchanged.

**APC reported "clean" EPS of $(0.60), well below our $(0.30) estimate and consensus of $(0.24). CFPS came in at $1.25, below our $2.25 estimate and above the Street's $1.99 forecast**. As discussed, production, realizations, and costs were largely in-line. The difference from consensus was primarily driven by higher than expected dry hole expenses (due to an unsuccessful Shenandoah appraisal well) as well as significantly higher cash taxes driven mainly by the recent divestitures.

- Excluded from adjusted EPS were the following non-recurring items, net of tax: 1) $99mm of gains on derivatives less, net, less cash from settlement on commodity derivatives; 2) $509mm loss on divestitures, net; 3) $237mm impairment on producing and general properties; 4) $338mm loss on exploration assets; and 5) $21mm loss on change in uncertain tax positions (FIN 48).

**1Q17 Earnings vs. Estimates**

download image

**APC will host a conference call tomorrow morning, Wednesday, May 3 at 9:00 AM Eastern Time. The dial-in number is (877) 883-0383. Passcode 3348513.**

Tom Driscoll
Managing Director
**BARCLAYS RESEARCH**
(212) 526-3557

---

**Analyst(s) Certification(s):**
I, Thomas R. Driscoll, CFA, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is a part of the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays").

**Availability of Disclosures:**
Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.
The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.
All authors contributing to this research report are Research Analysts unless otherwise indicated.
The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.
In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/static/S_ResearchDissemination.html. In order to access Barclays Research Conflict Management Policy

Statement, please refer to: https://publicresearch.barcap.com/static/S_ConflictManagement.html.
The Investment Bank's Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise.

**Risk Disclosure(s)**
Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Anadarko Petroleum** (APC, 02-May-2017, USD 56.28), Equal Weight/Negative, A/CD/CE/D/J/K/L/M/N

**Valuation Methodology:** Our price target is derived by applying a 6.5x multiple to our mid-cycle (2018) pre-interest cash flow (PICF) estimate of $5.5 billion to calculate target Enterprise Value (EV). We are reducing EV to reflect FAS 143 asset retirement obligation and have also subtracted estimated YE2017 net debt. Our target EV is based on 2018 PICF before hedging impacts; and our target price treats estimated hedge gains/losses as a financial instrument (i.e. valued at one times the forecast gains/losses).
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Materially different commodity prices, production levels, or leverage from our estimates would pose a risk to the achievement of our price target. The company's production levels are impacted by a variety of factors including drilling success, reservoir performance and future acquisitions. Our target price is based on a forward-year firm value to de-levered cash flow multiple.

**Ratings and Price Target History:**
Anadarko Petroleum
Currency=USD

APC

Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 19-Apr-2017 | 59.13 | | 57.00 |
| 09-Mar-2017 | 61.94 | | 59.00 |
| 02-Mar-2017 | 64.09 | | 60.00 |
| 02-Feb-2017 | 69.10 | | 64.00 |
| 23-Jan-2017 | 69.86 | | 62.00 |
| 04-Oct-2016 | 63.47 | | 60.00 |
| 29-Jul-2016 | 54.53 | | 50.00 |
| 03-May-2016 | 50.10 | | 46.00 |
| 15-Apr-2016 | 48.91 | | 40.00 |
| 09-Mar-2016 | 42.32 | | 39.00 |
| 03-Feb-2016 | 42.49 | | 33.00 |
| 28-Jan-2016 | 37.25 | | 31.00 |
| 11-Jan-2016 | 37.75 | | 47.00 |
| 08-Dec-2015 | 51.82 | | 59.00 |
| 08-Sep-2015 | 69.70 | | 64.00 |
| 31-Jul-2015 | 74.35 | | 74.00 |
| 13-Jul-2015 | 75.70 | | 72.00 |
| 22-Apr-2015 | 93.04 | | 74.00 |
| 14-Jan-2015 | 77.35 | | 77.00 |
| 16-Dec-2014 | 73.69 | | 86.00 |
| 30-Oct-2014 | 89.46 | | 107.00 |
| 09-Oct-2014 | 90.00 | | 112.00 |
| 01-Aug-2014 | 105.62 | | 126.00 |
| 21-Jul-2014 | 108.87 | | 121.00 |
| 10-Jul-2014 | 106.14 | | 125.00 |
| 20-May-2014 | 99.03 | Equal Weight | |
| 12-May-2014 | 101.06 | | 111.00 |

On 02-May-2014, prior to any intra-day change that may have been published, the rating for this security was Overweight, and the adjusted price target was 109.00.
Source: Thomson Reuters, Barclays Research
Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.
**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.
**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.
**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.
**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.
**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.
**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.
**O:** Not in use.
**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.
**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.
**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**S:** This issuer is a Corporate Broker to Barclays PLC.
**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.
**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.
**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.
In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Barclays Equity Research has 1786 companies under coverage.
42% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 61% of companies with this rating are investment banking clients of the Firm; 76% of the issuers with this rating have received financial services from the Firm.
40% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 51% of companies with this rating are investment banking clients of the Firm; 74% of the issuers with this rating have received financial services from the Firm.
15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 36% of companies with this rating are investment banking clients of the Firm; 60% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**
Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**
Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).
To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Explanation of other types of investment recommendations produced by Barclays Equity Research:**
Trade ideas, thematic screens or portfolio recommendations contained herein that have been produced by analysts within Equity Research shall remain open until they are subsequently amended or closed in a future research report.

**Disclosure of previous investment recommendations produced by Barclays Equity Research:**
Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view previous investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/ResearchInvestmentRecommendations.

**Barclays legal entities involved in publishing research:**
Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)
Barclays Securities Japan Limited (BSJL, Japan)
Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)
Barclays Capital Canada Inc. (BCCI, Canada)
Absa Bank Limited (Absa, South Africa)
Barclays Bank Mexico, S.A. (BBMX, Mexico)
Barclays Securities (India) Private Limited (BSIPL, India)
Barclays Bank PLC, India branch (Barclays Bank, India)
Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

**Disclaimer:**
This publication has been produced by the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been distributed by one or more Barclays legal entities that are a part of the Investment Bank as provided below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, regulatory and academic organisations for informational purposes and not for the purpose of making investment decisions regarding any debt securities. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.
Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.
Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.
The views in this publication are those of the author(s) and are subject to change, and Barclays has no obligation to update its opinions or the information in this publication. If this publication contains recommendations, those recommendations reflect solely and exclusively those of the authoring analyst(s), and such opinions were prepared independently of any other interests, including those of Barclays and/or its affiliates. This publication does not constitute personal investment advice or take into account the individual financial circumstances or objectives of the clients who receive it. The securities discussed herein may not be suitable for all investors. Barclays recommends that investors independently evaluate each issuer, security or instrument discussed herein and consult any independent advisors they believe necessary. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results.
This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.
The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.
Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.
Barclays Bank PLC, Paris Branch (registered in France under Paris RCS number 381 066 281) is regulated by the Autorité des marchés financiers and the Autorité de contrôle prudentiel. Registered office 34/36 Avenue de Friedland 75008 Paris.
This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).
Subject to the conditions of this publication as set out above, the Corporate & Investment Banking Division of Absa Bank Limited, an authorised financial services provider (Registration No.: 1986/004794/06. Registered Credit Provider Reg No NCRCP7), is distributing this material in South Africa. Absa Bank Limited is regulated by the South African Reserve Bank. This publication is not, nor is it intended to be, advice as defined and/or contemplated in the (South African) Financial Advisory and Intermediary Services Act, 37 of 2002, or any other financial, investment, trading, tax, legal, accounting, retirement, actuarial or other professional advice or service whatsoever. Any South African person or entity wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of the Corporate & Investment Banking Division of Absa Bank Limited in South Africa, 15 Alice Lane, Sandton, Johannesburg, Gauteng 2196. Absa Bank Limited is a member of the Barclays group.
All research reports are distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.
Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.
All Indian securities-related research and other equity research produced by the Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by the Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by the Investment Bank.
Barclays Bank PLC Frankfurt Branch distributes this material in Germany under the supervision of Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
This material is distributed in Brazil by Banco Barclays S.A.

This material is distributed in Mexico by Barclays Bank Mexico, S.A.
Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.
Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.
Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).
Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.
This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.
This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.
This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.
This material is distributed to persons in Australia by either Barclays Bank plc , Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank plc, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.
IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.
© Copyright Barclays Bank PLC (2017). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.

# EXHIBIT 6

JOHNSON RICE & COMPANY

SALES NOTE

May 2, 2017

ANADARKO PETROLEUM (APC)

# Sales Note: Noisy Quarter on Divestments; 2Q17 Guide Light, but 2017 Intact

## KEY TAKEAWAY

Anadarko reported adjusted 1Q17 EPS and CFPS of ($0.60) and $1.53, below consensus of ($0.24) and $1.99. Results were also below our estimates at ($0.25) and $1.59, though we note that a number of factors stemming from recent divestments detract from the comparability to our modeling - and we suspect the same is the case for many components of consensus. Most notably, our 1Q17 volume estimate of 670 Mboe/d comported with company guidance of 656 to 678 Mboe/d, which excluded volumes from the recent Marcellus and Eagle Ford sales. On this basis, the company reported volumes of 672 Mboe/d for the quarter. In contrast, for financial reporting purposes, 1Q17 results include volumes from those assets and came in at 795 Mboe/d. Beyond the headline volumes, substantial cash taxes hit in 1Q17 from gains on those sales, further complicating the cash flow comparison. On an EBITDA basis, which is perhaps the most comparable, the 1Q17 figure of $1.45B was close to our estimate of $1.44 B.

Andarko has kept its overall volume guidance for 2017 intact, but the guidance issued for 2Q17 is notably below the street's and our expectations. The volume guidance range for 2Q17 is 626 to 648 Mboe/d, below consensus at 663 Mboe/d and our 652 Mboe/d estimate. Of the ~30 Mboe/d sequential decline on a pro forma basis, some ~8 Mboe/d can be attributed to a 1Q17 overlift in Algeria, with the second major contributor being shut ins in the Gulf of Mexico related to tie-in work for recent successful wells.

On the operations side, we see one key positive, one negative development, and one emerging concern. The key positive is a natural gas discovery at the Gorgon well offshore Colombia. This is the third natural gas find in three exploratory tests in the area. The company is wrapping up exploration for the time being, and plans to integrate the knowledge it has gained to date before returning to test prospects further north. The negative development is an unsuccessful appraisal well at Shenandoah, where the #6 well found water instead of the expected oil-water contact. Appraisal activity is now suspended at the field while Anadarko evaluates its options.

The area of emerging concern is in the DJ, where Anadarko last week shut in its vertical wells after a house explosion the prior week. Details at this stage are fluid and the investigation is ongoing, but it appears that a flowline connected to a legacy Anadarko vertical well was severed and allowed wellhead gas to seep into the basement of a recently built house. The well had apparently been shut in for some time, but had been opened up to production again in the last several months. We do not think the liability from the explosion is material to APC; rather the regulatory response to the accident is where the uncertainty and our concern lie.

We think APC shares will face a challenging morning tomorrow with the weak 2Q guide, the disappointment at Shenadoah, and the uncertainty around the response to the Colorado blast. Discussion from management will be critical in shaping the perception of market participants, and we expect to revisit our Buy thesis on the name post call.

**Conference Call:** Wednesday May 3, 8AM Central, 877.883.0383, Passcode 3348513

**APC: $56.28** **BUY**

**ANADARKO PETROLEUM**




**JRCO INVESTMENT SECURITIES**


**639 Loyola Avenue, Suite 2775**
**New Orleans, Louisiana 70113**

**Charles Meade**
(504) 584-1274
cmeade@jrco.com

**Trading**
(800) 842-6229

**Sales (Main)**
(504) 525-3767
(800) 443-5924

| Anadarko Petroleum Corporation | 1Q17A | 1Q17E | Variance | Consensus |
|---|---|---|---|---|
| **Production & Pricing** | | | | |
| **Daily Production** | | | | |
| Daily Crude Oil Production (Mbpd): | 353 | 353 | 0 | |
| Daily NGL Production (Mbpd): | 105 | 104 | 1 | |
| Daily Natural Gas Production (Mmcfd) | 1,286 | 1,280 | 6 | |
| Daily Oil Equiv. Prod. (Mboepd) | 672 | 670 | 2 | **734** |
| Daily Natural Gas Equiv. Prod. (Mmcfed) | 4,034 | 4,022 | 12 | **4,402** |
| **Total Production** | | | | |
| Total Crude Oil Production (Mbbls): | 31.8 | 31.8 | 0.0 | |
| Total NGL Production (Mbbls): | 9 | 9 | 0.1 | |
| Total Natural Gas Production (Bcf): | 116 | 115 | 1 | |
| Total Oil Equiv. Prod. (Mboe): | 61 | 60 | 0 | **66** |
| Total Natural Gas Equiv. Prod. (Bcfe): | 363 | 362 | 1 | **396** |
| **Company Average Prices** | | | | |
| Crude Oil $/Bbl | $ 52.14 | $ 49.32 | $ 2 82 | |
| NGL $/Bbl | $ 30.58 | $ 27.64 | $ 2 95 | |
| Natural Gas $/Mcf | $ 4.34 | $ 3.02 | $ 1 32 | |
| Weighted Average $/Boe | $ 40.45 | $ 36.03 | $ 4.43 | |
| Weighted Average $/Mmcfe | $ 6.74 | $ 6.00 | $ 0.74 | |
| **Income Statement $MM** | | | | |
| **Revenues** | | | | |
| Oil, NGL, and Natural Gas Revenues | 2,448 | 2,173 | 274 | |
| Midstream | 444 | 370 | 74 | |
| Other | 876 | 65 | 811 | |
| **Total Revenue** | 3,768 | 2,608 | 1,159 | |
| **Expenses** | | | | |
| Lease Operating Expenses | 258 | 235 | 23 | |
| Oil and Gas Transportation | 249 | 211 | 38 | |
| Exploration | 1,085 | 270 | 815 | |
| Gathering, Processing, and Marketing | 351 | 290 | 61 | |
| DD&A | 1,115 | 953 | 162 | |
| G&A | 269 | 280 | (11) | |
| Stock Based Compensation | | | - | |
| Other Taxes | 155 | 156 | (1) | |
| Impairments | 373 | | 373 | |
| Accretion | | | - | |
| Other | 22 | 25 | (3) | |
| **Total Expenses** | 3,877 | 2,421 | 1,456 | |
| **Operating Income** | (109) | 187 | (297) | |
| Interest Expense | 223 | 220 | 3 | |
| Non-Recurring Expense (Income) & Other | | | - | |
| Realized Loss (Gain) on Derivatives | 8 | - | | |
| Unrealized Loss (Gain) on Derivatives | (155) | - | (155) | |
| Other Expense (Income) | (8) | - | (8) | |
| **Total Interest & Other** | 68 | 220 | (152) | |
| **Pre-Tax Income** | (177) | (33) | (145) | |
| Income Tax Rate | -55% | -110% | 56% | |
| Current Tax (Cash, Reported) | 757 | 106 | 651 | |
| Deferred Tax (Reported) | (660) | (70) | (590) | |
| **Total Tax Provision** | 97 | 36 | 61 | |
| **Income Before Extraordinary and Other** | (274) | (69) | (205) | |
| **Net Income - Nocontrolling Interest** | 43 | 70 | (27) | |
| **Reported Net Income to Common** | (317) | (139) | (178) | |
| Non-recurring Items, Net | (12) | - | (12) | |
| **Recurring Net Income to Common** | (329) | (139) | (190) | |
| **Reported EPS - Basic** | $ (0.58) | $ (0.25) | $ (0 32) | |
| Recurring EPS - Basic | $ (0.60) | $ (0.25) | $ (0 35) | |
| Recurring EPS - Diluted | $ (0.60) | $ (0.25) | $ (0 35) | $ (0.24) |
| **Recurring CFPS** | $ 1.53 | $ 1.59 | $ (0 06) | $ 1.99 |
| Shares Outst. - Basic (M) | 551 | 552 | (1) | |
| Shares Outst. - Diluted | 551 | 553 | (2) | |
| Options/Warrants | | 1 | (1) | |
| **Discretionary Cash Flow** | 842 | 879 | (37) | |
| **EBITDA** | 1,455 | 1,436 | 19 | |

| | *Actual* | *Est.* | *Var.* | *Cons* | *Var. Cons* |
|---|---|---|---|---|---|
| EPS | $ (0.60) | $ (0 25) | $ (0.35) | $ (0.24) | $ (0.36) |
| CFPS | $ 1.53 | $ 1 59 | $ (0.06) | $ 1.99 | $ (0.46) |
| Prod. (Mboe/d) | 672.3 | 670.3 | 2.0 | 733.7 | (61.4) |

## REQUIRED DISCLOSURES




Legend: I - Initiating Coverage, R - Resuming Coverage, S - Suspending Coverage, T - Terminating Coverage

**Valuation Methodology**
We may use one or more of the following valuation methodologies to evaluate the intrinsic value of the stock and its anticipated performance relative to the Market: Price / Earnings; EV/ EBITDA; Price / Cashflow and Net Asset Value (NAV).
**Risks**
Risks which may impede the achievement of expected stock price appreciation: material change in commodity prices; regulatory, accounting or tax statute changes; interest rate increases; management changes; political or economic risks.

**Analyst Certification**

By issuing this research report, each Johnson Rice & Company LLC analyst whose name appears on the front page of this research report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst in the research report.

The research analyst principally responsible for the preparation of this report receives compensation that is based upon, among other factors, Johnson Rice's overall investment banking revenues. From time to time this firm and/or its members, employees and members of their families may have a long or short position in the securities of the issuers mentioned herein and related entities and may engage in securities transactions in a manner inconsistent with this research report.

### CURRENT STOCK RATING

**BUY (B)** – The stock is expected to significantly outperform the Market over the next 6-12-month and we suggest purchase today.
**ACCUMULATE (AC)** – The stock is expected to outperform the Market over the next 6-12 months. Investors intending to build a position should begin purchase.
**HOLD (H)** – The stock is expected to perform in-line with the Market, or there are material pending issues which need further review.
**SELL (S)** – The stock is expected to underperform the Market and we suggest the sale of the stock..
**Not Rated (NR)** – Johnson Rice & Company does not provide an investment rating for this stock because there is not a sufficient fundamental basis for determining an investment rating.
**Rating Suspended (RS)** – The rating and target price have been suspended temporarily to comply with applicable regulations and/ or firm policies in certain circumstances including when JRCO is acting in an advisory capacity on a merger or strategic transaction involving the company.

### STOCK RATING PRIOR TO FEBRUARY 2, 2015

**Focus List (FL)** – The stock represents the analyst's top pick(s) within their coverage group for outperforming the expected total return to the industry sector over the next 3-months on a risk adjusted basis.
**Overweight (OW)** – The stock is expected to outperform the expected total return to the industry sector over a 12-month investment horizon.
**Equal weight (EW)** – The stock is expected to perform in-line with the expected total return to the industry sector over a 12-month investment horizon.
**Underweight (UW)** - The stock is expected to underperform the expected total return to the industry sector over a 12-month investment horizon.

## JRCO RATING DISTRIBUTIONS

| Rating Category | Count | Percent |
|---|---|---|
| Buy/Accumulate | 99 | 79% |
| Hold | 26 | 21% |
| Sell | 1 | 1% |

Of the 20 JRCO investment-banking clients, 100% are rated Buy/Accumulate, 0% are rated Hold.

## OTHER DISCLOSURES

The information contained herein has been derived from sources we believe to be reliable, but its accuracy cannot be guaranteed. Investors should understand that statements regarding projections and/or future prospects may not be realized. This report does not purport to be a complete statement of all data relevant to the securities mentioned, and additional information is available upon request.

# EXHIBIT 7

RAYMOND JAMES

U.S. Research
Published by Raymond James & Associates

# Anadarko Petroleum Corp.

May 2, 2017

(APC-NYSE)

Company Brief

**John Freeman**, CFA, (713) 278-5251, John.Freeman@RaymondJames.com
**Garrison Allen**, Sr. Res. Assoc., (713) 278-5207, Garrison.Allen@RaymondJames.com

**Rating**
Market Perform 3

## Exploration and Production

## 1Q17 Quick Take: Anadarko Reports Solid First Quarter

**Anadarko reports a beat on EBITDA:** Anadarko reported a beat on production for the first quarter at 794.8 MBoe/d vs RJ at 758.3 MBoe/d and the Street at 733.7 MBoe/d. Further, EBITDA came in above expectations at $1,615 million vs RJ at $1,483 million and consensus at $1,466 million. Driving the beat was the above-mentioned production beat as well as strong cost controls. We should note that the majority of the beat was driven by gas volumes (1,859 MMcf/d vs Street expectations at 1,530 MMcf/d), with liquids production roughly in line. Specifically, LOE came in at $3.61/Boe vs RJ at $3.90/Boe while G&A was reported at $3.76/Boe vs our expectation for $3.96/Boe. Additionally, pricing beat on each product, with NGL pricing beating our expectation by 17% ($27.17/Bbl vs RJ at $23.30/Bbl). We should note that non-GAAP EPS of ($0.60) missed RJ/Street expectations of ($0.24). Driving the miss were after-tax impairments of almost $600 million.

**Delaware/DJ activity ramp on schedule:** In line with our expectations and previous company guidance, Anadarko is now at 15 rigs in the Delaware Basin and 6 rigs in the DJ Basin. In the DJ Basin, the company is making strides with regards to completion designs and their subsequent effect on well productivity. Specifically, the results of a new completion design in the DJ Basin have brought cumulative oil production on DJ type wells up ~10%. On the offshore front, the company met some difficulties in the Shenandoah field, with its latest appraisal failing to encounter the oil-water contact in the eastern portion of the field. As such, the company has suspended appraisal activity in the field while it evaluates the path forward. However, Anadarko did make its third discovery in offshore Colombia at the Gorgon prospect (260-360 net feet of natural gas pay). On a separate note, Anadarko issued another statement regarding the tragic accident in Firestone, CO. The 3,000 wells remain shut-in until the investigation is complete regarding the accident and the company continues to work with the Colorado Oil and Gas Conservation Commission.

**What to watch for on the conference call:** We will look for any additional color around the current suspension of appraisal activity in the Shenandoah field.

**Conference call:** May 3, 2017 @ 9:00 AM ET (call-in: 877.883.0383; password: 3348513)

### Anadarko Petroleum

| ($ in thousands, except unit data) | Prior Qtr | Current | | | RJ | Consensus |
|---|---|---|---|---|---|---|
| Assumptions: RJ Price Deck | Actual | Actual | | | Estimate | Estimate |
| Calendar Quarter | 4Q16 | 1Q17 | Q/Q | Act vs Est | 1Q17E | 1Q17E |
| Production (MBoe / D) | 773.5 | 794.8 | 2.8% | 4.8% | 758.3 | 733.7 |
| EBITDA(x) | $1,547,000 | $1,615,000 | 4.4% | 8.9% | $1,483,178 | $1,465,700 |
| Adjusted NI per Share [Non-GAAP] | ($0.49) | ($0.60) | 21.3% | 147.9% | ($0.24) | ($0.24) |

| | Prior Qtr | Current | | | RJ |
|---|---|---|---|---|---|
| | Actual | Actual | | | Estimate |
| Calendar Quarter | 4Q16 | 1Q17 | Q/Q | Act vs Est | 1Q17E |
| Realized Dry Gas Price ($/MMBtu) | $2.56 | $3.00 | 17.2% | 0.9% | $2.97 |
| Realized NGL Price ($/Bbl) | $24.24 | $27.17 | 12.1% | 16.6% | $23.30 |
| Realized Oil Price ($/Bbl) | $47.01 | $50.34 | 7.1% | 0.8% | $49.93 |
| Revenues per Boe | $33.54 | $52.66 | 57.0% | 40.3% | $37.53 |
| PT | $1.60 | $2.17 | 35.3% | 1.0% | $2.15 |
| LOE | $2.85 | $3.61 | 26.4% | (7.5%) | $3.90 |
| GPMT | $3.63 | $3.48 | (4.0%) | 2.4% | $3.40 |
| G&A | $4.55 | $3.76 | (17.4%) | (4.9%) | $3.96 |

*Source: Company reports and Raymond James research*

**Current Price**

| | |
|---|---|
| Current Price (May-02-17 close) | $56.28 |
| 52-Week Range | $73.33 - $44.81 |
| Suitability | High Risk/Growth |

**Market Data**

| | |
|---|---|
| Shares Out. (mil.) | 551.2 |
| Market Cap. (mil.) | $31,022 |
| Avg. Daily Vol. (10 day) | 4,836,537 |
| Dividend/Yield | $0.20/0.4% |
| Book Value (Dec-16) | $28.13 |
| LT Debt (mil.)/% Cap. | $15,281/40% |
| Proved NAV/Share | NM |

**Earnings & Valuation Metrics**

| | 2016A | 2017E | 2018E |
|---|---|---|---|
| Non-GAAP EPS | $(3.07) | $(0.07) | $0.43 |
| P/E Ratios (Non-GAAP) | NM | NM | NM |
| GAAP EPS | $(5.89) | $(0.07) | $0.43 |
| Revenues (mil.) | $7,869 | $11,270 | $13,025 |
| EBITDA (mil.) | $4,075 | $6,739 | $8,161 |

**Company Description**

Anadarko Petroleum Corp., headquartered in The Woodlands, Texas, is among the largest independent oil and gas exploration and production companies in the world, with approximately 1.7 billion Boe of proved reserves at year-end 2016. Of these reserves, 43% was gas and 77% was proved developed.

**Footnotes:** Non-GAAP EPS excludes unrealized hedging losses, property impairments, and other extraordinary items.

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 2.**

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.



Megan.Cline@anadarko.com Megan Cline 07/20/17 02:37:57 PM Anadarko Petroleum Corporation
CONFIDENTIAL APC-01553905

## Important Investor Disclosures

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation and distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40, rue La Boetie, 75008, Paris, France, +33 1 45 64 0500, and Raymond James Financial International Ltd., Broadwalk House, 5 Appold Street, London, England EC2A 2AG, +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Investor Access & RJ Capital Markets). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal proprietary websites; however such research reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the research has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Research Analysts to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your RJ Sales Representative or visit RJ Investor Access or RJ Capital Markets.

Additional information is available on request.

### Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.



Megan.Cline@anadarko.com Megan Cline 07/20/17 02:37:57 PM Anadarko Petroleum Corporation
CONFIDENTIAL APC-01553906

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions**

**Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.
**Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.
**Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months.
**Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.
**Suspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions**

**Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

**Raymond James Europe (Raymond James Euro Equities SAS & Raymond James Financial International Limited) rating definitions**

**Strong Buy (1)** Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)** Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)** Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)** Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.
**Suspended (S)** The rating and target price have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and target price are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

**Rating Distributions**

| | Coverage Universe Rating Distribution* | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | RJA | RJL | RJEE/RJFI | RJA | RJL | RJEE/RJFI |
| **Strong Buy and Outperform (Buy)** | 51% | 74% | 54% | 24% | 51% | 0% |
| **Market Perform (Hold)** | 45% | 26% | 33% | 11% | 15% | 0% |
| **Underperform (Sell)** | 5% | 1% | 13% | 2% | 0% | 0% |

* Columns may not add to 100% due to rounding.

**Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

**High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

Megan.Cline@anadarko.com Megan Cline 07/20/17 02:37:57 PM Anadarko Petroleum Corporation
CONFIDENTIAL APC-01553907

**High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
|---|---|
| Anadarko Petroleum Corp. | Raymond James & Associates makes a market in shares of APC. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences. Only stocks rated Strong Buy (SB1) or Outperform (MO2) have target prices and thus valuation methodologies.

**Target Prices:** The information below indicates our target price and rating changes for APC stock over the past three years.




**Rating & Target changes**

| Date | Curr. | Price | Target | Rating |
|---|---|---|---|---|
| Jan-03-17 | $ | 69.73 | NM | 3 |
| Sep-13-16 | $ | 57.51 | 69.00 | 2 |
| Jul-27-16 | $ | 53.33 | 66.00 | 2 |
| Jul-05-16 | $ | 54.89 | 61.00 | 2 |
| May-04-16 | $ | 50.10 | 57.00 | 2 |
| Apr-21-16 | $ | 50.66 | 55.00 | 2 |
| Feb-02-16 | $ | 39.19 | 52.00 | 2 |
| Jan-04-16 | $ | 48.58 | 67.00 | 2 |
| Oct-05-15 | $ | 64.11 | 74.00 | 2 |
| Aug-31-15 | $ | 70.94 | 85.00 | 2 |
| Jul-29-15 | $ | 73.95 | 94.00 | 2 |
| Apr-20-15 | $ | 93.68 | 100.00 | 2 |
| Feb-02-15 | $ | 82.77 | 92.00 | 2 |
| Jan-06-15 | $ | 75.80 | 99.00 | 2 |
| Oct-20-14 | $ | 88.52 | 110.00 | 2 |
| Sep-08-14 | $ | 109.87 | 125.00 | 2 |
| Jun-23-14 | $ | 111.55 | 130.00 | 2 |
| May-27-14 | $ | 101.35 | 120.00 | 2 |
| May-02-14 | $ | 99.57 | 118.00 | 2 |

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Specific Investment Risks Related to the Industry or Issuer**

**Oil and Gas Price Volatility**

Profitability of companies producing crude oil and natural gas is directly affected by changes in oil and gas prices. These prices are influenced by a multitude of regional, national and global factors, many of which are outside the control of companies in the industry. Supply-related

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

Megan.Cline@anadarko.com Megan Cline 07/20/17 02:37:57 PM Anadarko Petroleum Corporation

factors include industrywide levels of capital spending and production decisions by OPEC. Demand-related factors include macroeconomic conditions.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at rjcapitalmarkets.com/Disclosures/index. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see raymondjames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.**

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monétaire et Financier" and Règlement Général de l'Autorité des Marchés Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorité de Contrôle Prudentiel et de Résolution and the Autorité des Marchés Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.



Megan.Cline@anadarko.com Megan Cline 07/20/17 02:37:57 PM Anadarko Petroleum Corporation
CONFIDENTIAL APC-01553909

# EXHIBIT 8

Deutsche Bank
Markets Research

Rating
Buy

North America
United States

Industrials
Oil & Gas Exploration & Production

Company
# Anadarko Petroleum

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| APC.N | APC UN | NYS | APC |

Date
3 May 2017

Results

| | |
|---|---|
| Price at 2 May 2017 (USD) | 61.09 |
| Price Target | 86.00 |
| 52-week range | 72.69 - 44.99 |

# When It Rains, It Pours

Ryan Todd
Research Analyst
+1-212-250-8342

David Fernandez
Research Associate
+1-212-250-3191

Joe McKay
Research Associate
+1-212-250-5717

Mimi Kong
Research Associate
+1-212-250-9331

Koosh Patel
Research Associate
+1-212-250-8356

## Challenging headlines and a messy 1Q obscure otherwise solid US onshore momentum

Despite performance at core US onshore assets that was largely in line with expectations in Q1 (US oil production of 255 Mb/d vs. 253-256 guide), weaker than expected Q2 guidance and various ancillary issues (dry holes, impairments, cash tax on sale proceeds, Colorado investigation results) are likely to pressure shares in the near-term. APC's highly attractive 2016 acquisition of FCX, and subsequent asset sales, financed the acceleration of APCs top-quality growth assets in the Permian and Wattenberg, but 2Q guidance (626-648 Mboe/d vs. DBe 653 Mboe/d; US oil 248-252 Mb/d vs. DBe of 265 Mb/d and 1Q17 at 255 Mb/d) and a challenging dry hole/impairments at Shenandoah and Heidelberg are a reminder of the inherent volatility and risk associated with the increased exposure. With FY guidance unchanged, accelerating activity in top-tier Permian/DJ (15/6 rigs currently), and a relatively discounted valuation (10%-15% discount to peers), our thesis remains unchanged and we remain Buy-rated despite likely near-term headwind.

## What to expect from the conference call?

- **1Q Volume Beat; 2Q US Oil Volumes Light**: The 1Q beat (795 Mboe/d vs. DBe 786 Mboe/d) was driven by higher than expected US onshore gas vols (+8 Mboe/d vs. DBe) with oil volumes slightly below our estimates (367 vs. DBe 369 Mb/d or 353 vs. DBe 355 Mb/d ex EF) on lower non-core onshore volumes (W.Chalk/Eaglebine, other). And while FY17 US oil guidance was re-affirmed (273-276 Mb/d ex EF), look for mgmt to address the drivers (i.e. GoM maintenance/downtime, DJ shut-ins, etc) of the relatively weaker 2Q outlook (248-252 Mb/d vs. DBe 265 Mb/d) for US oil volumes which are expected to decline 2% QoQ at the mid-point of guide (on a pro-forma basis).

- **Accelerating Delaware drilling to increase operatorship**: APC is now running 15 rigs in the Delaware (vs. prior steady-state target of 14) and is expected to add another rig shortly. Expect drilling activity to remain accelerated during the 1H as APC looks to increase their % operatorship in the Delaware to ~70% (from ~60% currently) by the time the Shell JV expires later this year. Now with 6 operated rigs in the DJ basin, Anadarko has reached its prior disclosed steady-state target for the year.

*Valuation and Risks*
*Our PT is based on an equal weighting between our NAV ($90) at LT prices of $62/bbl WTI, $65/bbl Brent, $3.30 mmbtu Henry Hub and a target 2018 DACF multiple of 7.5x. Downside risks include setbacks in its exploration program, a slower than planned monetization of its ownership in Western Gas and offshore farm-out opportunities (Mozambique), a further decline in commodity prices, and a slower than expected growth from its core Wattenberg and Delaware Basin positions.*



Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 083/04/2017.

- **Offshore Updates**: 1) Following dry-holes at both Shenandoah-6 and the subsequent side track, APC has suspended any further appraisal activity and wrote-off over $900mm in dry hole and lease-hold impairment expense associated with the prospect. APC will evaluate the go-forward plan at Shenandoah (within the next 180 days). 2) After finding 20/60 net feet of oil pay at the Calpurnia exploration well/side-track, APC plans to utilize the well-bore as a future tieback 3) The Gorgon exploration well encountered between 260-360 feet of gas pay offshore Colombia - the 3rd discovery in the Grand Fuerte block. 4) APC recorded an ~$200mm impairment on its operated Heidelberg asset.

- **Firestone Accident**: Earlier this evening, investigators reported that the cause of the deadly Firestone home explosion was an uncapped gas pipeline that had remained attached to an abandoned APC well. APC issued a statement regarding the fatal Firestone accident re-confirming a shut-in of ~3000 vertical wells in the area as well as ongoing cooperation with investigators and the COGCC. While the wells are only estimated to produce 13 Mboe/d (~75% gas), we look for management to address (or at least acknowledge) the potential regulatory risk impacts in light of the Governor's call for a statewide review of existing oil and gas operations (including a directive requiring oil and gas operators to inspect existing flowlines within 1,000 ft of occupied buildings).

- **1Q17 Results:**APC's $.60/sh loss was a miss vs. DBe $.35/sh loss driven mainly by higher dry-hole expense vs. DBe (~$.30/sh at a 35% tax rate). Excluding dry-hole expense, Adjusted EBITDA of $1.58Bn was a beat vs. DBe $1.53Bn on slight beats on realizations ($.12/boe), volumes (1%), and operating costs ( +$.25/boe). CFO ex WC ~$690mm (vs. DBe of $1.2Bn) was negatively impacted by a $320+mm tax bill associated with the Eagle Ford disposal.

Figure 1: APC 1Q17 Actuals vs. DB Estimates

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | [illegible] | | | | | | |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | | | | | | |
| [illegible] | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Source: Deutsche Bank, Company Data

# Appendix 1

## Important Disclosures

### *Other information available upon request

Disclosure checklist

| Company | Ticker | Recent price* | Disclosure |
|---|---|---|---|
| Anadarko Petroleum | APC.N | 56.28 (USD) 2 May 2017 | 1, 7, 8, 14, 15 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg, and other vendors. Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/DisclosureDirectory.eqsr. Aside from within this report, important conflict disclosures can also be found at https://gm/db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.
7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.
8. Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.
14. Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.
15. This company has been a client of Deutsche Bank Securities Inc. within the past year, during which time it received non-investment banking securities-related services.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.
7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/DisclosureDirectory.eqsr

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ryan Todd

## Historical recommendations and target price: Anadarko Petroleum (APC.N)

*(as of 05/02/2017)*




Current Recommendations

- Buy
- Hold
- Sell
- Not Rated
- Suspended Rating

** Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 06/10/2014 | Buy, Target Price Change USD 126.00 Stephen Richardson** |
| 2. | 07/18/2014 | Buy, Target Price Change USD 137.00 Stephen Richardson** |
| 3. | 10/16/2014 | Buy, Target Price Change USD 126.00 Stephen Richardson** |
| 4. | 10/29/2014 | Buy, Target Price Change USD 120.00 Stephen Richardson** |
| 5. | 12/11/2014 | Buy, Target Price Change USD 110.00 Stephen Richardson** |
| 6. | 01/06/2015 | Buy, Target Price Change USD 104.00 Stephen Richardson** |
| 7. | 01/30/2015 | Buy, Target Price Change USD 96.00 Stephen Richardson** |
| 8. | 06/01/2015 | Buy, Target Price Change USD 100.00 Ryan Todd |
| 9. | 09/08/2015 | Buy, Target Price Change USD 85.00 Ryan Todd |
| 10. | 01/07/2016 | Downgraded to Hold, Target Price Change USD 60.00 Ryan Todd |
| 11. | 03/29/2016 | Hold, Target Price Change USD 58.00 Ryan Todd |
| 12. | 07/12/2016 | Hold, Target Price Change USD 60.00 Ryan Todd |
| 13. | 09/15/2016 | Hold, Target Price Change USD 64.00 Ryan Todd |
| 14. | 10/13/2016 | Upgraded to Buy, Target Price Change USD 77.00 Ryan Todd |
| 15. | 01/04/2017 | Buy, Target Price Change USD 86.00 Ryan Todd |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. Trade ideas for equities can be found at the SOLAR link at http://gm.db.com. A SOLAR idea represents a high conviction belief by an analyst that a stock will outperform or underperform the market and/or sector delineated over a time frame of no less than two weeks. In addition to SOLAR ideas, the analysts named in this report may from time to time discuss with our clients, Deutsche Bank salespersons and Deutsche Bank traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if any opinion, forecast or estimate contained herein changes or subsequently becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst concerned or of the Research Department Management and as such the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Unless otherwise indicated, prices are current as of the end of the previous trading session, and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank, subject companies, and in some cases, other parties.

The Deutsche Bank Research Department is independent of other business areas divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research is available on our website under Disclaimer found on the Legal tab.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss.

The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or the liquidation of positions), and settlement issues related to local clearing houses are also important risk factors to be considered. The sensitivity of fixed income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. It is important to note that the index fixings may -- by construction -- lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. It is also important to acknowledge that funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Naturally, options on swaps (swaptions) also bear the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including, among others, market, counterparty default and illiquidity risk. The appropriateness or otherwise of these products for use by investors is dependent on the investors' own circumstances including their tax position, their regulatory environment and the nature of their other assets and liabilities, and as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: ( i) exchange rates can be volatile and are subject to large fluctuations; ( ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government imposed exchange controls which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch.

**India**: Prepared by Deutsche Equities India Pvt Ltd, which is registered by the Securities and Exchange Board of India (SEBI) as a stock broker. Research Analyst SEBI Registration Number is INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may only undertake the financial services activities that fall within the scope of its existing QFCRA license. Principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company, (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may only undertake the financial services activities that fall within the scope of its existing CMA license. Principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia**: Retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Please refer to Australian specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2017 Deutsche Bank AG

David Folkerts-Landau
Group Chief Economist and Global Head of Research

Raj Hindocha
Global Chief Operating Officer
Research

Michael Spencer
Head of APAC Research
Global Head of Economics

Steve Pollard
Head of Americas Research
Global Head of Equity Research

Anthony Klarman
Global Head of
Debt Research

Paul Reynolds
Head of EMEA
Equity Research

Dave Clark
Head of APAC
Equity Research

Pam Finelli
Global Head of
Equity Derivatives Research

Andreas Neubauer
Head of Research - Germany

Stuart Kirk
Head of Thematic Research

## International locations


Deutsche Bank AG
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

Deutsche Bank AG
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

Deutsche Bank AG
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

Deutsche Securities Inc.
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

Deutsche Bank AG London
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

# EXHIBIT 9

EQUITY RESEARCH FIRST GLANCE

RBC Capital Markets

RBC Capital Markets, LLC
**Scott Hanold** (Analyst)
(512) 708-6354
scott.hanold@rbccm.com
**Kyle Rhodes** (Analyst)
(512) 708-6342
kyle.rhodes@rbccm.com
**Nick Reichter** (AVP)
(512) 708-6330
nick.reichter@rbccm.com
**Christopher Dendrinos**
(Senior Associate)
(512) 708-6353
christopher.dendrinos@rbccm.com

May 2, 2017

# Anadarko Petroleum Corp.

## Market Focus May Be Elsewhere

**Sector: Oil & Gas Exploration & Production**

Outperform
NYSE: APC
Price: USD 56.28

All values in USD unless otherwise noted.

Core results look good but results at Shenandoah and the well incident in the DJ could cause some market concern.

**Core operations look good but earnings below expectations.** APC reported 1Q17 recurring EPS/CFPS of ($0.60)/$1.84 below our estimates of ($0.24)/$2.12 and the Street consensus of ($0.23)/$1.98. We adjusted our CFPS estimate by $323 million directly related to the tax impact on the asset sales. E&P capital of $969 million, excluding WES, was below our $992 million estimate and near the low-end of the $950-1,150 million guidance range.

**APC taking some "time-off" at Shenandoah.** The earnings deviation to our model was largely the $465 million dry-hole cost related to the Shenandoah #6 sidetrack and higher adjusted cash taxes. GAAP earnings also included a $532 million asset impairment mostly related to Shenandoah. The Shenandoah #6 did not encounter the oil-water contact in the eastern portion of the field. APC has currently suspended further appraisal activities and at current commodity prices, determined that the "Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs". The combination of low oil prices, significant water depth, and infrastructure needs makes greenfield project economics challenging. We think APC remains committed to evaluating the potential of this project but does not have definitive plans at this time.

**Onshore oil plays (DJ & Delaware) slightly ahead of our model.** Total production (excl. divested) was 672 Mboe/d (53% oil), in line to our model and above the mid-point of the 655-678 Mboe/d guidance range.

**2017 Guidance maintained.** There were no material changes to the $4.5-4.7 billion capital budget and 644-655 Mboe/d production guidance. The 2Q17 production is 626-648 Mboe/d - production is expected to trend down 5% sequentially into 2Q17 related to Gulf of Mexico maintenance activity and prep-work for future well tie-ins. We expect onshore growth to continue its growth pattern, up 3% sequentially.

**Operational Highlights:**

- **Gulf of Mexico:** The Calpurnia exploration well encountered 60 feet of oil pay on the sidetrack and is planned as a future tie-back.
- **Colombia (offshore):** The Gorgon exploration well encountered 260-330 feet of gas pay. Region appears to have high prospectivity but oil find would be viewed more valuable.
- **Delaware:** APC added an operated rig in the Delaware and now has 15. We think this will help accelerate operator capture and delineation work.
- **DJ Basin:** Latest enhanced completions show over 10% improvement over the first 100 days.

Disseminated: May 2, 2017 21:22ET; Produced: May 2, 2017 21:22ET Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 2.**

**RBC Capital Markets appreciates your consideration in the 2017 Institutional Investor All-America Research Team survey.**

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Anadarko Petroleum Corporation.

RBC Capital Markets has provided Anadarko Petroleum Corporation with non-securities services in the past 12 months.

Richard L. George, O.C. a member of the Board of Directors of Royal Bank of Canada, is a member of the Board of Directors of Anadarko Petroleum Corporation.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average. Although RBC Capital Markets' ratings of Top Pick (TP)/Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Rating**

As of March 31, 2013, RBC Capital Markets suspends its Average and Above Average risk ratings. The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick(TP)/Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

**Distribution of ratings**
**RBC Capital Markets, Equity Research**
**As of 31-Mar-2017**

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| BUY [Top Pick & Outperform] | 843 | 51.94 | 285 | 33.81 |
| HOLD [Sector Perform] | 679 | 41.84 | 149 | 21.94 |
| SELL [Underperform] | 101 | 6.22 | 8 | 7.92 |

Rating and price target history for: Anadarko Petroleum Corporation as of 01-May-2017 (in USD)




Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), and the Guided Portfolio: ADR (RL 10), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Anadarko Petroleum Corporation**

**Valuation**

Our $81/share price target is based on a 5% discount to our estimated forward pre-tax NAV of $86/share; we expect the peer group to trade at a 0–15% discount on average. Our price target along with the NAV upside opportunity supports our Outperform rating. APC has strong production growth from core US onshore areas including the DJ Basin and Delaware Permian, with exploration upside from the Gulf of Mexico and offshore Africa.

**Risks to rating and price target**

- Weaker-than-expected commodity prices could cause the stock to perform below our expectations and impede achievement of our price target objective.
- The valuation of oil and gas assets is subject to risk with respect to reservoir performance, including production rates and expected recovery factors.
- Much of the potential in APC shares relies on executing its development strategy in unconventional and offshore acreage positions. Results below expectations in these areas would have an adverse effect on the stock.
- Other risks include the government legislation as it relates to income taxes, and environmental policy.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsight.com/CM/Login.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. However, targeted distribution may be made to selected retail clients of RBC and its affiliates. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ( SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity granted offshore bank licence by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2017 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2017 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2017**
**Copyright © Royal Bank of Canada 2017**
**All rights reserved**

# EXHIBIT 10

Credit Research

Company Note

May 3, 2017

**Price: $0.37** (05/2/2017)

**David Epstein, CFA**
646.616.3050
david.epstein@cowen.com

**Jack Chan**
646.616.3054
jack.chan@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NYSE: CIE |
| Market Cap (MM) | $166.6 |

# *Shenandoah Results A Negative*

## The Cowen Insight

Anadarko's news yesterday afternoon on Shenandoah, combined with weak oil prices and Cobalt's bonds trading within ~10% of recent highs, leads us to believe that Cobalt bonds are likely to trade down in coming days from yesterday's levels. We believe the bonds are all generally now in the realm of fair to fully valued and that there are better values elsewhere in energy.

The 2 5/8% Convert TRACED yesterday at $38.75 (45.4% YTW) and the 10.75% 1L's TRACED in the high $90's (mid 11%'s YTW). The 3 1/8% Converts had been just under $30 recently (~25% YTW) and the 7 ¾% 2L's had been in the $64 ballpark (17.1% YTW). The 1L's are close to recent highs and the other three bonds are all within 10% or so.

It is important to point out that this will be a fluid situation, as might be our view, with Anadarko's earnings call at 9 AM EST on 05/03/17, Cobalt's earnings release and conference call on 05/08/17, and the company's bonds likely to remain volatile. We should also point out that nothing negative has occurred with respect to North Platte and Anchor, both of which had already been known to be more important than Shenandoah (certain news, discussed below, has actually been positive with respect to Anchor).

Valuation/asset coverage is clearly an imprecise exercise for Cobalt, but based on the aforementioned factors and the potential for sentiment to be weak, we just don't have conviction in the bonds/see a reason to be involved at current levels. April 25th was our most recent note where we updated our leverage metrics in terms of debt/barrel. Hopefully we can update that table again based on any details that come out of Cobalt's upcoming earnings.

## Shenandoah

We and our equity colleague Charles Robertson II, who covers Anadarko, both believe that Anadarko put out disappointing news yesterday afternoon with respect to Shenandoah. Anadarko, the operator at Shenandoah, announced in yesterday's earnings release that it recently completed drilling operations at the Shenandoah-6 appraisal and sidetrack wells, "which did not encounter the oil-water contract in the eastern portion of the field. The company has currently suspended appraisal activity in the field while it evaluates the path forward." The fact that the appraisal well was a disappointment became apparent in March when partner Cobalt released its Q4 results. However, the sidetrack well results is new news and we believe will be a disappointment to Cobalt investors, as the field is likely smaller/less economic than folks expected a few months ago.

Per the 10Q, Anadarko took a $467 million impairment on Shenandoah in Q1. Note 5 in the 10-Q puts in doubt "the economic or operational viability" of the project. The 10-Q states that "given the results of this well and the present commodity-price environment, the company has currently suspended further appraisal activities. Accordingly, the company determined that the Shenandoah project no longer satisfies the accounting requirements for the continued capitalization of the exploratory well costs." We think there's a meaningful chance that Anadarko will not remain active on the prospect within the 180 day window and that the lease is lost.



**Please see pages 3 to 6 of this report for important disclosures.**

The market knew previously that Shenandoah was less valuable than the North Platte or Anchor prospects in the Gulf of Mexico. However, we believe that Cobalt and the market (including us) had been hoping that its 20% Shenandoah stake, which is for sale, would generate material proceeds ($100 - $200 million, possibly more). After the latest news, however, we would not ascribe any meaningful value to Shenandoah.

### North Platte and Anchor

Recall that the company has discussed previously that North Platte represents 300 million of the company's 500 million barrels of net risked resource in the Gulf of Mexico. Producing field Heidleberg probably represented a couple tens of millions or less, with Shenandoah and Anchor making up the rest. Shenandoah was previously considered sizable but there was little visibility provided on the relative size of it versus Anchor. Based on the latest Shenandoah news, there may be downside to the 500 million net figure for the Gulf.

We continue to believe that the company can monetize North Platte, likely at a very material value, but the margin for error has now decreased. As for Anchor, while that's not for sale yet, we note that there was somewhat positive news from Upstream recently. Upstream reported that Chevron will probably move forward with Anchor in terms of facility designs. If the oil price cooperates, our equity colleague Sam Margolin, who covers Chevron, believes that Anchor could be sanctioned by YE18.

# *Valuation Methodology And Risks*

## Valuation Methodology

Credit & Cross Capital:

Our valuation is based on a number of factors, including but not limited to, an issuer's underlying business prospects and credit profile as well as current market conditions. Our view of an issuer's business outlook includes, but is not limited to: (1) an assessment of relevant industry trends, (2) the issuer's position within its industry and how its position might change over time, (3) management's strategy and the likelihood that management will be able to execute its strategy. Our view of the issuer's credit profile includes, but is not limited to, the issuer's: (1) overall leverage as well as the composition of its leverage, (2) liquidity and its ability to meet its obligations as they come due, and (3) the value of its assets. Our valuation of a specific security includes, but is not limited to: (1) the potential recovery in a variety of scenarios, including financial restructurings, and the probability of each, and (2) its liquidity relative to other securities. Our valuation contemplates a variety of capital market environments.

## Investment Risks

Credit & Cross Capital:

Investment risks include, but are not limited to: (1) industry trends, (2) changes in the issuer's competitive position, (3) management's strategy and its ability to execute its strategy, (4) the issuer's financial and operational leverage, (5) the issuer's liquidity versus its cash requirements, (6) changes in the issuer's ability to access the capital markets, and (7) changes in the liquidity of a particular security.

# Addendum

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| CIE | Cobalt International Energy |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Cobalt International Energy securities.

Cowen and Company, LLC trades or may trade as principal in the debt securities of Cobalt International Energy.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at May 03, 2017, 06:47 ET. and disseminated at May 03, 2017, 06:47 ET.

**Copyright, User Agreement and other general information related to this report**

© 2017 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1010 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/17**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 441 | 58.57% | 86 | 19.50% |
| Hold (b) | 303 | 40.24% | 14 | 4.62% |
| Sell (c) | 9 | 1.20% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

# Points Of Contact

## Analyst Profiles



**David Epstein, CFA**
Stamford
646.616.3050
david.epstein@cowen.com



**Jack Chan**
Stamford
646.616.3054
jack.chan@cowen.com

David Epstein is an analyst with Cowen Credit Research & Trading. He earned his MBA from UCLA and is a CFA charterholder.

Jack Chan is an associate with Cowen Credit Research & Trading. He is a graduate of Cornell University.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646.562.1010
800.221.5616

**Boston**
Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500

@CowenResearch

Cowen and Company

# EXHIBIT 11

WOLFE RESEARCH

**OIL AND GAS**

*Global Integrateds – Market Weight*
***Large Cap E&P – Market Weight***

March 2, 2015

# ANADARKO PETROLEUM

(APC – $ 84.23 – Outperform)

## *Not perfect, but everybody loves it… Capex Call Preview*

- **Anadarko Petroleum will host its Analyst Call on Tuesday March 3 at 9:00am ET to present its 2015 budget and outlook.** Surely everyone will fall over themselves to say how delighted they are with Anadarko – this might be the most consensus liked stock we have ever covered. We're refreshing numbers ahead of the meeting, taking up our NAV to $99/share post updates to US unconventional assumptions while lowering – Who cares! Still love it! - both medium term production growth and capex forecasts modestly (we're now at ~3.8% production growth through 2020 vs. APC's long-term target of 5-7%). We want to be long US unconventional players that will survive this oil market war. Anadarko, like EOG, is going to survive, and then thrive, in our view. Or at least live a lot longer. We see multiple levers that can ramp production higher if economics warrant and maintain our favorable view of the company. We're with everyone else on this one, **Maintain Outperform & $96 YE15 target.**

- **Where capex lands** is the question on everyone's mind. Consensus has 2015 number in the $6.5Bn range, while we're at $7.1Bn versus the $9.5Bn in 2014. We think cuts will primarily target non-core US onshore (i.e., non-Wattenberg/Delaware/Eagle Ford), followed up with less significant cuts in the aforementioned plays, while the GoM/international remains relatively sticky (some cuts to the GoM program given Lucius start-up somewhat offset by uptick in Mozambique spending). We're modeling ~$1.4Bn outspend to 2015 cash flow so downside to our capex number is certainly plausible, but we don't think it is particularly necessary given APC's reputation for active portfolio management and the visible path to free cash flow inflection in 2016 and acceleration beyond.

- **Inside we address the key issues we're hoping are addressed on Tuesday.** Among these - updates in the Wattenberg on downspacing efforts and extended lateral results, how the Delaware Basin competes for capital with the rest of the portfolio (we think they don't get enough credit here), progress in Mozambique (first cargoes were expected in 2018 at this point last year), and potentially initial plans / timelines for Shenandoah (GoM) and Paon (Ivory Coast) development. Each of these assets has meaningful leverage in our NAV; but we also try to identify potential upside for each inside.

| EPS (US$) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2014 | 1.27 | 1.34 | 1.18 | 0.37 | 4.16 |
| 2015E | (0.30) | (0.13) | 0.13 | 0.42 | 0.12 |
| 2016E | 0.53 | 0.75 | 0.77 | 0.96 | 3.00 |

| Trading and Fundamental Data | |
|---|---|
| **Target Price** | **$ 96** |
| Current Price | $ 84.23 |
| 52 Week Range | $ 71 - $ 114 |
| Market Cap. ($MM) | $ 42,675 |
| Share Out. (MM) | 507.0 |
| Dividend Yield | 1.18% |
| Dividend Payout Ratio | 34.5% |
| ROE | 9.5% |
| Debt to Cap | 40.3% |
| Avg Daily Vol (000) | 3,562 |

| Price Performance | YTD | LTM |
|---|---|---|
| APC US Equity | 2% | 1% |
| XLE Energy Index | 0% | -9% |
| S&P 500 | 2% | 13% |

| Estimates | FY14 | FY15 | FY16 |
|---|---|---|---|
| PF Prod (Kboed) | 837 | 862 | 877 |
| EBITDAX | 10,876 | 6,797 | 9,845 |
| P/E | 20.3x | 711.0x | 28.1x |
| EV/EBITDAX | 4.6x | 6.3x | 5.1x |




Source: Bloomberg/Wolfe Research

**Paul Sankey**
(646) 582-9270
PSankey@wolferesearch.com

**David T. Clark, CFA**
(646) 582-9271
DClark@wolferesearch.com

**Vin Lovaglio**
(646) 582-9273
Vlovaglio@wolferesearch.com

**Silvio Micheloto, CFA**
(646) 582-9272
SMicheloto@wolferesearch.com

**Bob Parija, CFA**
(646) 582-9274
Bparija@wolferesearch.com

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

# Investment Conclusion

**We rate Anadarko Petroleum an Outperform with $96 price target**, based on top-tier management and visible production and relatively high cash flow visibility through the down cycle, based on NAV of $99 with a 10% management premium blended 50/50 with 6.0x multiple on mid-cycle EBITDAx of $9.8Bn (we back out ~$5.2Bn of Tronox-related liability in our EV).

**Exhibit 1: Anadarko Petroleum Sum-of-the-parts NAV**

| | | Risked Value | | | Unrisked Value | | | Resource | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Upstream Regions** | **Key Assets/Comments** | **$/Share** | **% of EV** | **Risked** | **Total** | **2P** | **Technical** | **2P** | **Technical** | **$/2Pboe** |
| US Gulf of Mexico | | | | | | | | | | |
| Caesar/Tonga | | 2.51 | 1.8% | 1,273 | 1,438 | 1,438 | 0 | | | |
| Heidelberg | Lookalike development with Lucius | 1.63 | 1.2% | 829 | 937 | 937 | 0 | | | |
| K2 | | 1.75 | 1.3% | 888 | 1,003 | 1,003 | 0 | | | |
| Lucius | On time and budget | 3.29 | 2.4% | 1,673 | 1,891 | 1,891 | 0 | | | |
| Shenandoah | Big discovery, expect value to rise | 2.09 | 1.5% | 1,062 | 1,200 | 1,200 | 0 | | | |
| Other GoM Assets | | 4.00 | 2.9% | 2,030 | 2,294 | 1,839 | 0 | | | |
| **Total US Gulf of Mexico** | | **15.27** | **11.2%** | **7,756** | **8,763** | **8,308** | **0** | **614** | **187** | **12.64** |
| US L48 Onshore | | | | | | | | | | |
| Wattenberg/DJ Basin | Crown jewel in portfolio, has infrastructure in place | 29.80 | 21.9% | 15,141 | 16,458 | 16,458 | 0 | | | |
| Other Rockies | Powder River Basin | 9.40 | 6.9% | 4,774 | 5,189 | 5,189 | 0 | | | |
| Eagle Ford | Top-tier position in top-tier field | 9.68 | 7.1% | 4,918 | 5,346 | 5,346 | 0 | | | |
| Marcellus | JV with Matsui, only 1 rig right now | 4.02 | 2.9% | 2,043 | 2,220 | 2,220 | 0 | | | |
| Delaware Basin | "Just an incredible accumulation of oil" - Chuck Moloy | 5.82 | 4.3% | 2,955 | 3,212 | 3,212 | 0 | | | |
| East Texas/North Louisiana | includes Eaglebine, to be developed as a JV with KKR | 1.67 | 1.2% | 849 | 923 | 923 | 0 | | | |
| Other US Onshore Assets | | 1.92 | 1.4% | 973 | 1,057 | 1,057 | 0 | | | |
| **Total US L48 Onshore** | | **62.31** | **45.7%** | **31,653** | **34,405** | **34,405** | **0** | **9,795** | **0** | **3.23** |
| Alaska | Legacy Colville River Unit | 2.07 | 1.5% | 1,051 | 1,251 | 716 | 536 | 51 | 131 | 20.64 |
| **Total US** | | **79.64** | **58.4%** | **40,459** | **44,419** | **43,428** | **536** | **10,459** | **318** | **3.87** |
| International | | | | | | | | | | |
| Algeria | El Merk | 10.83 | 7.9% | 5,501 | 7,973 | 7,973 | 0 | 181 | 89 | 30.41 |
| Mozambique | Massive gas resource, hurdles for LNG, FID by YE14? | 8.75 | 6.4% | 4,447 | 5,112 | 1,379 | 2,157 | 795 | 2,182 | 5.59 |
| Ghana | Jubilee & TEN complex | 6.02 | 4.4% | 3,059 | 3,437 | 3,340 | 97 | 284 | 27 | 10.78 |
| Brazil | Itaipu & Wahoo | 2.42 | 1.8% | 1,230 | 1,465 | 896 | 568 | 184 | 50 | 6.68 |
| Other International | Cote d'Ivoire approaching development | 0.98 | 0.7% | 500 | 99 | 58 | 41 | 6 | 103 | 77.28 |
| **Total International** | | **29.01** | **21.3%** | **14,738** | **18,085** | **13,647** | **2,863** | **1,450** | **2,452** | **10.16** |
| Upstream Total | | 108.65 | 79.7% | 55,197 | 62,505 | 57,075 | 3,399 | 11,909 | 2,770 | 4.63 |
| **Other Assets** | | | | | | | | | | |
| Western Gas Equity Partners | APC owns 88% of WGP, which holds 40.6% of WES + GP | 22.77 | 16.7% | 11,568 | | | | | | |
| Western Gas Partners | APC owns WES stake through WGP, plus 0.6% other stake | 1.08 | 0.8% | 549 | | | | | | |
| Other Marketing & Midstream | Drop-down potential remains large - gas plants, gathering | 4.92 | 3.6% | 2,500 | | | | | | |
| Other Assets Total | | 27.69 | 20.3% | 14,068 | | | | | | |
| Total Enterprise Value | | 136.35 | 100.0% | 69,264 | | | | | | |
| Net Debt & Preferred | adjusted for WGP net debt | 11.27 | | 5,723 | | | | | | |
| PV of Corporate Expenses | | 13.43 | | 6,823 | | | | | | |
| Tronox-related Liability | Settlement reached in 2Q14, payment in 2H14 | 10.26 | | 5,210 | | | | | | |
| Deepwater Horizon-related Liability | APC proposed $90m CWA settlement, assume DoJ counter | 0.30 | | 150 | | | | | | |
| Pension Underfunding | | 1.37 | | 698 | | | | | | |
| Value of Out. Options/Restricted Stock | | 0.67 | | 342 | | | | | | |
| NAV TO EQUITY | | 99.05 | | 50,318 | | | | | | |
| Current Market Cap | | 84.23 | | 42,789 | | | | | | |
| Upside/Downside to NAV | | 18% | | | | | | | | |




Note: For a description of the NAV process, see comments in the last section of the note
Source: Company reports, Wood Mackenzie, Bloomberg Finance LP, DrillingInfo, Wolfe Research estimates

**Risks** to the downside include a weaker oil price environment, delayed major project start-ups, particularly in the Gulf of Mexico, hurricanes that disrupt Gulf of Mexico production, and environmental or operational restrictions imposed by state or federal authorities.

# Production, Capex & Free Cash Flow Outlook

Anadarko has guided to 5%-7% long term production growth; we currently model ~3.8% CAGR through 2018 with growth heavily weighted to crude oil production (we could get to 5% CAGR relatively easily by turning on investment in the Marcellus and legacy onshore US gas but don't think the economics necessarily justify it at this point).

Anadarko has a relatively very strong "porcupine chart" (so named because for Big Oils the target spikes always stick up above the actually delivered volumes – the industry track record of delivery on growth targets is horrendous).

In fact, Anadarko has one of the happiest "porcupines" we have seen – i.e., its quills are relatively close to its actually delivered volumes. However clearly we are developing a problem, Houston, and we expect lowered guidance towards our current forecast.

**Exhibit 2: APC Forecasted Production Growth by Region**




Source: Company reports, Wolfe Research

Where do they go? In the charts below, we break out our volume by region growth forecast, and highlight the somewhat misleading capex per barrel produced by region. Clearly the workhorse here will now be the Wattenberg and Delaware basins, core US unconventional plays.

**Exhibit 3: Production drivers 2014-2019e**




Source: Company reports, Wolfe Research

**Exhibit 4: Capex/bbl by region**




Source: Company reports, Wolfe Research

Oil-weighted high-margin production growth and relatively steady go-forward capex budget drive a strong free cash flow outlook beyond initial outspend in 2015. We don't forecast asset sales but note that APC has a history of active portfolio management and we wouldn't be surprised to see an offshore asset sell down at some point this year.

**Exhibit 5: APC historical and forecast cash inflow-outflow**




Source: Company reports, Wolfe Research

# Target Issues for the Analyst Call

**Wattenberg –** APC owns 350k net acres in the Wattenberg with legacy mineral interests supporting 30%-50% rate of returns in a $50/bbl oil environment as per the company's 4Q conference call. We're forecasting an 11 rig program in 2015 vs 12 in 4Q14 given the sustained high rates of return in the play. Longer-term questions revolve around success in downspacing pilots and enhanced economics from extended laterals. We're currently modeling a drilling program based on 50-acre spacing – successful delineation down to 40-acre spacing would increase undrilled value by $2+Bn. Positive commentary on extended-reach efficiencies (higher EUR/well D&C vs our current 350kboe/$3.9Mn D&C model) would also drive upside.

**Delaware Basin –** Anadarko has a 610k gross/255k net acreage position in the Delaware primarily in Northern Reeves County. Focus shifted to the play in the past year with production ramping to 26kboed from 18kboed in 2013 (almost all liquids). Anadarko seems focused on extending its integrated midstream strategy to the Delaware Basin from the Wattenberg – one interesting discussion would be on similarities/differences between the two plays and how that has impacted the development strategy in the new play. Updates on well economics and delineation efforts (drilling has focused strictly on the Wolfcamp but acreage near the New Mexico state line is potentially prospective for the 2nd and 3rd Bone Spring) would be welcome – we're currently attributing value to the Wolfcamp at 120 acre spacing, assuming a 600kboe type curve at an $8.5Mn D&C cost.

**Eagle Ford –** Anadarko has a 185k net acre position in the western Eagle Ford (Dimmit and Maverick Counties) with highly competitive well costs. Per last year's analyst day, the company guided to 2,500 identified remaining locations, which we think implies Upper Eagle Ford prospective across APC's position (2500 locations implies ~35 acre spacing assuming 1500 previously drilled wells). We're conservatively modeling 50-acre spacing, giving some credit to Upper Eagle Ford testing but not full. Confirmation of the 2500 remaining location number would be ~$2Bn accretive to NAV based on our current commodity forecast.

**Non-core US onshore –** Anadarko spent $1.4Bn+ in 2014 on non-Wattenberg/Delaware/Eagle Ford/Marcellus plays, mostly legacy gas positions but also emerging resource plays like the Eaglebine. We're expecting a sharp drop in spending on non-core plays in 2015 and beyond given their economics vs the core portfolio with associated production declines but more clarity on these numbers would be helpful.

**Gulf of Mexico –** GoM spending came in at ~$1.0Bn in 2014, targeting Lucius completion, Heidelberg development, and Shenandoah appraisal. We're expecting slightly lower spend in 2015, down to $800Mn, given Lucius start up. We're hoping for guidance around GoM spend (Heidelberg is a similar development to Lucius with 2016 start up so the capex rollover would likely be similar) and pace of the Shenandoah appraisal program / timeline for initial gross resource estimates would be helpful (Lucius and Heidelberg each have ~300Mboe gross resource, WoodMac has Shenandoah estimated at 400Mboe).

**Ghana –** TEN was 50% complete at the close of 4Q14 and on target for first oil in mid-2016. The last of ten development wells was being drilled during 4Q with only construction remaining. Spending in Ghana/West Africa was $417Mn in 2014 – we're forecasting modest decline in 2015 though we aren't accounting for potential early development plans for the MTA tieback to Jubilee.

**Mozambique** – Significant progress was made in Mozambique in 4Q. The government published a Decree Law in December which is the first step for establishing a contractual framework for the project necessary for attracting project finance capital and continued equity investments. The company also passed 8mmtpa of non-binding HOAs for long-term LNG sales during the quarter. We're interested in thoughts on potential pace of project development – just last year APC was targeting first LNG cargoes for 2018 but this seems ambitious at this point. On the other hand, our valuation for Mozambique in our NAV remains relatively conservative at ~$4.4Bn risked given that the company's sale of a 10% stake in 2013 implied ~$7Bn for the remaining position (and project progress is clearly further along at this point, albeit in a much lower oil price environment). Commentary around relative project competitiveness vs other large-scale LNG projects in North America and Australia and thoughts on absolute economics in a sustained low oil environment would also be welcome.

**Paon (Ivory Coast)** – APC mentioned on its 4Q call that gas from the Paon discovery will actually prove more valuable than the liquids, with the company working with the government on conceptual development planning for gas deliveries into the country. Additional detail on development planning and project timeline could drive upside to the $500Mn risked value we attribute to Paon in our NAV.

**Sell yourself** – We will at least ask whether Anadarko would either sell itself (to ExxonMobil) or buy a weak competitor.

# Financials

## Exhibit 6: Anadarko Petroleum Earnings Summary

| US$m | 2012 | 2013 | 1Q | 2Q | 3Q | 4Q | 2014 | 1Q | 2Q | 3Q | 4Q | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exploration & Production | 8,565 | 9,860 | 2,930 | 2,987 | 2,706 | 1,989 | 10,612 | 1,221 | 1,396 | 1,651 | 1,925 | 6,193 | 9,176 |
| Midstream | 536 | 649 | 208 | 194 | 234 | 214 | 850 | 193 | 204 | 212 | 222 | 831 | 916 |
| Marketing | (120) | (121) | (41) | (49) | (43) | (90) | (223) | (46) | (47) | (47) | (47) | (187) | (207) |
| **Segment Adj. EBITDAX (ex-divestment G/L)** | **8,981** | **10,388** | **3,097** | **3,132** | **2,897** | **2,113** | **11,239** | **1,368** | **1,553** | **1,816** | **2,100** | **6,837** | **9,885** |
| Corporate & Other | (81) | (555) | (247) | (247) | (174) | 238 | (430) | (10) | (10) | (10) | (10) | (40) | (40) |
| **Total Adj. EBITDAX (ex-divestment G/L)** | **9,141** | **10,006** | **2,851** | **2,893** | **2,679** | **2,453** | **10,876** | **1,358** | **1,543** | **1,806** | **2,090** | **6,797** | **9,845** |
| Exploration Expense | 968 | 1,329 | 299 | 502 | 199 | 639 | 1,639 | 275 | 275 | 275 | 275 | 1,100 | 1,200 |
| DD&A | 3,964 | 3,927 | 1,124 | 1,048 | 1,163 | 1,215 | 4,550 | 1,089 | 1,099 | 1,111 | 1,104 | 4,404 | 4,495 |
| Interest | 742 | 686 | 183 | 186 | 204 | 199 | 772 | 212 | 215 | 215 | 215 | 858 | 860 |
| Special Items | (98) | 1,958 | 3,207 | 454 | (661) | 852 | 3,852 | 0 | 0 | 0 | 0 | 0 | 0 |
| **EBT** | **3,565** | **2,106** | **(1,962)** | **703** | **1,774** | **(452)** | **63** | **(218)** | **(46)** | **204** | **496** | **436** | **3,290** |
| Income Tax | 1,120 | 1,165 | 664 | 428 | 627 | (102) | 1,617 | (105) | (22) | 98 | 238 | 209 | 1,579 |
| Minority Interest | 54 | 140 | 43 | 39 | 60 | 45 | 187 | 39 | 41 | 42 | 44 | 166 | 183 |
| **Reported Net Income** | **2,391** | **801** | **(2,669)** | **236** | **1,087** | **(395)** | **(1,741)** | **(152)** | **(65)** | **64** | **213** | **60** | **1,528** |
| After-tax Impact of Special Items | (656) | 1,224 | 3,308 | 442 | (487) | 582 | 3,845 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Adjusted Net Income** | **1,735** | **2,025** | **639** | **678** | **600** | **187** | **2,104** | **(152)** | **(65)** | **64** | **213** | **60** | **1,528** |
| Reported EPS | 4.77 | 1.59 | (5.30) | 0.47 | 2.14 | (0.78) | (3.44) | (0.30) | (0.13) | 0.13 | 0.42 | 0.12 | 3.00 |
| **Adjusted EPS** | **3.46** | **4.02** | **1.27** | **1.34** | **1.18** | **0.37** | **4.15** | **(0.30)** | **(0.13)** | **0.13** | **0.42** | **0.12** | **3.00** |
| CFPS | 16.30 | 17.37 | 3.97 | 4.69 | 2.86 | (3.66) | 7.85 | 2.24 | 2.55 | 2.99 | 3.47 | 11.25 | 16.33 |
| Dividend/Share | 0.36 | 0.54 | 0.18 | 0.27 | 0.27 | 0.27 | 0.99 | 0.27 | 0.27 | 0.32 | 0.32 | 1.18 | 1.36 |
| Avg outstanding diluted shares | 501 | 504 | 504 | 507 | 508 | 507 | 507 | 509 | 509 | 509 | 509 | 509 | 509 |
| Average Brent | 112.17 | 108.19 | 107.86 | 109.76 | 102.16 | 75.84 | 98.91 | 48.00 | 54.00 | 59.00 | 65.00 | 56.50 | 75.00 |
| Average WTI | 94.37 | 97.98 | 98.61 | 103.11 | 97.67 | 72.94 | 93.00 | 45.00 | 50.00 | 55.00 | 61.00 | 52.75 | 70.00 |
| Average Nymex Natgas | 2.76 | 3.73 | 5.18 | 4.53 | 3.94 | 3.74 | 4.35 | 3.75 | 3.65 | 4.00 | 4.40 | 3.95 | 4.25 |
| Production (Kboed) | 719 | 761 | 801 | 845 | 850 | 854 | 837 | 864 | 863 | 863 | 857 | 862 | 877 |

Source: Company reports, Wolfe Research estimates

## Exhibit 7: Anadarko Petroleum Cash Flow Statement

| US$m | 2011 | 2012 | 1Q | 2Q | 3Q | 4Q | 2013 | 1Q | 2Q | 3Q | 4Q | 2014 | 1Q | 2Q | 3Q | 4Q | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CF from Operating Activities** | | | | | | | | | | | | | | | | | | |
| Net Income | (2,568) | 2,445 | 484 | 959 | 223 | (725) | 941 | (2,626) | 266 | 1,147 | (350) | (1,563) | (113) | (24) | 106 | 258 | 227 | 1,711 |
| DD&A | 3,830 | 3,964 | 1,022 | 940 | 996 | 969 | 3,927 | 1,124 | 1,046 | 1,163 | 1,215 | 4,550 | 1,089 | 1,099 | 1,111 | 1,104 | 4,404 | 4,495 |
| Deferred Income Tax | (1,461) | 164 | 162 | 401 | (28) | (445) | 90 | 46 | 142 | (398) | 105 | (105) | (73) | (16) | 69 | 166 | 146 | 1,106 |
| Dry hole expense/impairments of unproved | 625 | 1,544 | 177 | 86 | 593 | 162 | 1,018 | 198 | 411 | 134 | 502 | 1,245 | 138 | 138 | 138 | 138 | 550 | 600 |
| Impairments | 1,774 | 389 | 29 | 10 | 160 | 441 | 640 | 3 | 117 | 394 | 322 | 836 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Gains)/losses on divestitures | (22) | 71 | (144) | (13) | (8) | 635 | 470 | (1,459) | (9) | (726) | 303 | (1,891) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total (gains)/losses on derivatives | 461 | (326) | 199 | (656) | 72 | 4 | (381) | 461 | 325 | (324) | (255) | 207 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net cash from derivative settlement | 155 | 703 | 47 | 15 | (36) | 48 | 74 | (86) | (86) | 48 | 509 | 371 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 476 | (785) | 527 | 411 | 87 | 952 | 1,977 | 4,354 | 155 | 14 | 424 | 4,957 | 100 | 100 | 100 | 100 | 400 | 400 |
| Change in assets and liabilities | (765) | 170 | 0 | 349 | (280) | 63 | 132 | (274) | 85 | 871 | (553) | 129 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash From Operating** | **2,505** | **8,339** | **2,503** | **2,502** | **1,779** | **2,104** | **8,888** | **1,729** | **2,462** | **2,323** | **2,222** | **8,736** | **1,139** | **1,297** | **1,524** | **1,766** | **5,726** | **8,311** |
| **CF from Investing Activities** | | | | | | | | | | | | | | | | | | |
| Capital Expenditures | (6,452) | (7,242) | (1,845) | (1,821) | (2,134) | (2,394) | (8,194) | (2,505) | (2,595) | (2,189) | (2,219) | (9,508) | (1,870) | (1,817) | (1,746) | (1,692) | (7,125) | (7,480) |
| Acquisitions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4) | 0 | (1,523) | (1,527) | 0 | 0 | 0 | 0 | 0 | 0 |
| Divestitures of properties and equipment | 555 | 657 | 361 | 57 | 33 | 116 | 567 | 3,257 | 29 | 1,484 | 198 | 4,968 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other-net | (78) | (284) | (133) | (208) | (211) | (37) | (589) | (170) | (112) | (90) | (33) | (405) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Used in Investing** | **(5,975)** | **(6,869)** | **(1,617)** | **(1,972)** | **(2,312)** | **(2,315)** | **(8,216)** | **582** | **(2,682)** | **(795)** | **(3,577)** | **(6,472)** | **(1,870)** | **(1,817)** | **(1,746)** | **(1,692)** | **(7,125)** | **(7,480)** |
| **CF from Financing Activities** | | | | | | | | | | | | | | | | | | |
| Borrowings, net of issuance costs | 3,651 | 1,042 | 385 | 110 | 348 | 0 | 843 | 916 | 159 | 1,293 | 509 | 2,879 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of debt | (1,262) | (3,044) | 0 | 0 | (250) | 0 | (250) | (930) | (547) | 0 | 52 | (1,425) | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in checks outstanding | 149 | (69) | 86 | 59 | (82) | (76) | (13) | 97 | 81 | (44) | (72) | 62 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends paid | (181) | (181) | (46) | (46) | (90) | (92) | (274) | (92) | (138) | (138) | (137) | (505) | (137) | (137) | (162) | (162) | (598) | (690) |
| Repurchase of stock | (41) | (37) | (27) | (3) | 0 | (24) | (54) | (35) | 0 | (1) | (9) | (45) | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance of common stock | 30 | 103 | 18 | 77 | 28 | 23 | 146 | 13 | 60 | 44 | 4 | 121 | 0 | 0 | 0 | 0 | 0 | 0 |
| Distributions to noncontrolling interests | (82) | (112) | (33) | (35) | (43) | (45) | (156) | (51) | (51) | (55) | (59) | (216) | (60) | (60) | (60) | (60) | (240) | (280) |
| Other | 346 | 639 | 0 | 171 | 4 | 206 | 381 | 18 | 74 | 342 | 370 | 804 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash from Financing** | **2,510** | **(1,659)** | **383** | **333** | **(85)** | **(8)** | **623** | **(62)** | **(362)** | **1,441** | **658** | **1,675** | **(197)** | **(197)** | **(222)** | **(222)** | **(838)** | **(970)** |
| Exchange rate effects | (23) | (37) | (5) | (17) | (24) | (22) | (68) | (23) | 23 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | (68) | (68) |
| **Increase/Decrease in Cash** | **(983)** | **(226)** | **1,264** | **846** | **(642)** | **(241)** | **1,227** | **2,226** | **(559)** | **2,970** | **(696)** | **3,941** | **(928)** | **(716)** | **(444)** | **(148)** | **(2,237)** | **(138)** |
| Beginning Cash | 3,680 | 2,697 | 2,471 | 3,735 | 4,581 | 3,939 | 2,471 | 3,698 | 5,924 | 5,365 | 8,335 | 3,698 | 7,639 | 6,711 | 5,995 | 5,551 | 7,639 | 5,402 |
| **Ending Cash** | **2,697** | **2,471** | **3,735** | **4,581** | **3,939** | **3,698** | **3,698** | **5,924** | **5,365** | **8,335** | **7,639** | **7,639** | **6,711** | **5,995** | **5,551** | **5,402** | **5,402** | **5,264** |

Source: Company reports, Wolfe Research estimates

# Valuation Methodology and Risks

We value APC using both sum-of-the-parts NAV and relative multiple analysis. Our NAV employs an asset-by-asset DCF for the upstream, based largely on Wood Mackenzie project-level production/revenue/cost/capex estimates adjusted for our commodity price deck, which is then adjusted for country risk based on numerous criteria related to fiscal regime, geography, geopolitics and geological risks. For some specific assets we construct a separate DCF model and feed it into the sum-of-the-parts. For midstream assets we apply a variety of metrics depending on available information, including but not limited to per store value, EV/EBITDA, per bbl or per megawatt values, value per pipeline mile and share of publicly-traded MLP and GP stakes. We also often apply an adjustment to the whole NAV for management/strategy quality, which can be either a premium or discount to depending on the company and evolving evidence in results. Our relative multiple analysis includes forward 12-month and mid-cycle P/E, EV/EBITDAX and EV/DACF; current cash flow yield, dividend yield and value per 2P reserves. For the purposes of setting our fair value, our P/E and EV/EBITDAX methodologies are the focus, and it is based on a target multiple derived from our ROCE estimate, applied to mid-cycle and/or 2016 EPS and EBITDAX estimates.

**Exhibit 8: Global Integrateds & Large Cap E&P Valuation Comparison**

| | | | | | | | Bloomberg Consensus | | | | Wolfe Research Estimates | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | P/E | | EV/EBITDA | | Price/Earnings | | EV/EBITDAX | | EV/DACF | | | |
| Company | Rec | Target | Share price ($) | Mkt Cap ($B) | Debt / Capital | Div yld Current | 2015e | 2016e | 2015e | 2016e | 2015e | 2016e | 2015e | 2016e | 2015e | 2016e | NAV ($) | EV/2P ($) |
| **Global Integrateds** | | | | | | | | | | | | | | | | | | |
| ExxonMobil | PP | - | 88.54 | 371.4 | 11.7% | 3.1% | 23.0x | 16.1x | 8.5x | 7.2x | 25.2x | 15.2x | 8.8x | 6.4x | 12.5x | 9.5x | 80 | 7.41 |
| Chevron | UP | 95 | 106.68 | 200.6 | 7.9% | 4.0% | 27.0x | 15.4x | 7.1x | 5.2x | 17.9x | 12.2x | 5.5x | 4.4x | 7.5x | 6.3x | 94 | 5.93 |
| Royal Dutch Shell a | | | 2,118 | 136.3 | 11.0% | 5.3% | 16.2x | 11.7x | 5.6x | 4.5x | | | | | | | | |
| Royal Dutch Shell b | | | 2,206 | 136.3 | 11.0% | 5.4% | 16.9x | 12.2x | 5.6x | 4.5x | | | | | | | | |
| Total SA | | | 48.24 | 115.1 | 20.0% | 4.9% | 15.7x | 11.8x | 6.1x | 4.9x | | | | | | | | |
| BP | | | 448.05 | 81.7 | 13.6% | 5.0% | 20.0x | 13.0x | 5.7x | 4.6x | | | | | | | | |
| **Simple Avg** | | | | | **12.5%** | **4.6%** | **19.8x** | **13.4x** | **6.4x** | **5.2x** | **21.6x** | **13.7x** | **7.1x** | **5.4x** | **10.0x** | **7.9x** | | **6.67** |
| **Wgtd Avg** | | | | | **11.8%** | **4.2%** | **21.0x** | **14.2x** | **7.0x** | **5.7x** | **22.7x** | **14.1x** | **7.6x** | **5.7x** | **10.7x** | **8.4x** | | **6.89** |
| **Large Cap NA E&P** | | | | | | | | | | | | | | | | | | |
| ConocoPhillips | OP | 75 | 65.20 | 80.3 | 23.4% | 4.5% | 87.4x | 19.5x | 7.4x | 5.7x | 85.1x | 16.1x | 8.0x | 4.6x | 8.5x | 5.9x | 70 | 4.79 |
| Occidental | PP | - | 77.88 | 60.0 | 7.3% | 3.7% | 50.1x | 21.9x | 9.2x | 7.6x | 41.4x | 17.4x | 8.9x | 6.1x | 10.2x | 7.4x | 82 | 7.18 |
| Suncor | PP | - | 37.63 | 54.4 | 14.3% | 3.0% | 56.4x | 24.4x | 8.6x | 6.8x | 84.7x | 18.0x | 10.7x | 6.3x | 10.8x | 7.1x | 40 | 5.68 |
| EOG | OP | 105 | 89.72 | 49.2 | 16.2% | 0.7% | 139.3x | 37.0x | 11.0x | 8.0x | 181.4x | 28.3x | 11.5x | 7.2x | 11.0x | 7.8x | 92 | 1.69 |
| Anadarko | OP | 96 | 84.23 | 42.7 | 20.6% | 1.3% | NA | 41.0x | 8.6x | 6.3x | 711.0x | 28.1x | 8.6x | 5.9x | 9.3x | 6.6x | 99 | 4.16 |
| Canadian Natural | UP | 28 | 36.46 | 39.8 | 27.2% | 2.5% | 75.3x | 22.4x | 7.6x | 5.8x | 26.9x | 12.5x | 9.8x | 5.1x | 10.0x | 5.4x | 32 | 5.01 |
| Apache | UP | 55 | 65.84 | 24.8 | 26.6% | 1.5% | NA | 38.0x | 7.5x | 5.8x | NA | 133.6x | 8.5x | 6.1x | 8.7x | 6.7x | 56 | 3.25 |
| Hess | OP | 85 | 75.08 | 21.5 | 12.5% | 1.3% | NA | 84.5x | 7.1x | 5.4x | NA | 25.8x | 6.8x | 4.4x | 6.3x | 4.8x | 79 | 6.75 |
| Devon Energy | OP | 75 | 61.59 | 25.3 | 26.0% | 1.6% | 22.7x | 26.5x | 7.1x | 6.7x | 17.2x | 19.7x | 6.6x | 6.8x | 6.9x | 7.1x | 89 | 3.90 |
| Pioneer Natural | PP | - | 152.52 | 22.7 | 14.6% | 0.1% | 126.8x | 73.4x | 12.2x | 10.7x | 174.6x | 59.4x | 12.6x | 10.1x | 15.2x | 12.0x | 148 | 5.12 |
| Marathon Oil | PP | - | 27.86 | 18.8 | 24.4% | 3.0% | NA | 57.1x | 7.2x | 5.5x | NA | 38.5x | 8.5x | 5.2x | 7.8x | 5.7x | 34 | 4.26 |
| Noble Energy | PP | - | 47.23 | 18.3 | 30.2% | 1.5% | 70.1x | 38.2x | 8.1x | 6.6x | 70.7x | 52.6x | 8.6x | 7.0x | 7.7x | 8.0x | 49 | 8.39 |
| Continental | | | 44.49 | 16.5 | 54.5% | 0.0% | 153.4x | 30.4x | 9.6x | 7.1x | | | | | | | | |
| Cenovus | | | 17.29 | 13.1 | 29.2% | 6.2% | NA | 103.5x | 9.0x | 7.0x | | | | | | | | |
| Encana | | | 16.31 | 12.1 | 41.1% | 1.7% | 155.5x | 21.7x | 6.3x | 4.8x | | | | | | | | |
| Chesapeake | | | 16.68 | 11.1 | 38.9% | 2.1% | 30.8x | 23.3x | 7.5x | 6.8x | | | | | | | | |
| Concho | OP | 130 | 108.92 | 13.0 | 40.6% | 0.0% | 105.1x | 50.7x | 9.6x | 8.0x | 80.9x | 33.7x | 9.4x | 6.9x | 11.7x | 8.3x | 134 | |
| Cimarex | OP | 130 | 109.68 | 9.6 | 18.2% | 0.6% | 1769.0x | 46.9x | 11.3x | 8.4x | 488.4x | 27.9x | 10.4x | 6.2x | 11.0x | 6.5x | 132 | |
| EQT | OP | 107 | 79.81 | 12.1 | 20.4% | 0.2% | 44.2x | 28.4x | 9.6x | 7.8x | 42.2x | 27.6x | 10.8x | 8.5x | 11.6x | 9.2x | 111 | |
| Cabot Oil & Gas | OP | 37 | 29.00 | 12.0 | 45.0% | 0.3% | 80.3x | 30.8x | 11.9x | 8.2x | 85.1x | 26.3x | 13.3x | 7.9x | 15.0x | 8.8x | 38 | |
| Southwestern | PP | - | 25.08 | 9.6 | 34.6% | 0.0% | 20.6x | 14.5x | 5.1x | 4.2x | 17.6x | 14.8x | 5.7x | 4.9x | 7.0x | 5.8x | 39 | |
| Range | PP | - | 49.54 | 8.4 | 47.1% | 0.3% | 73.6x | 51.8x | 10.5x | 8.7x | 44.4x | 20.3x | 9.5x | 6.4x | 11.6x | 7.5x | 87 | |
| Antero Resources | PP | - | 39.45 | 10.3 | 41.9% | 0.0% | 58.7x | 29.8x | 13.2x | 9.1x | 34.8x | 16.4x | 10.8x | 6.8x | 13.4x | 7.9x | 52 | |
| Murphy Oil | UP | 43 | 50.89 | 9.0 | 15.9% | 2.8% | NA | 81.0x | 6.5x | 5.2x | NA | 81.3x | 5.9x | 5.0x | 5.5x | 4.9x | 47 | 4.89 |
| California Resources | UP | 4 | 7.16 | 2.8 | 62.0% | 0.0% | NA | NA | NA | NA | NA | 27.5x | 9.2x | 5.4x | 11.1x | 6.2x | 6 | 5.69 |
| **Simple Avg** | | | | | **29.7%** | **1.7%** | **172.2x** | **41.5x** | **8.7x** | **6.9x** | | | | | | | | |
| **Wgtd Avg** | | | | | **23.4%** | **2.2%** | **87.6x** | **35.9x** | **8.7x** | **6.8x** | **NA** | **32.8x** | **9.2x** | **5.9x** | **9.6x** | **6.9x** | | **5.02** |
| **Overall Simple Avg** | | | | | **25.3%** | **2.3%** | **134.1x** | **35.9x** | **8.3x** | **6.6x** | **136.6x** | **34.6x** | **9.2x** | **6.3x** | **10.0x** | **7.1x** | | **5.05** |

Source: Company reports, Bloomberg Finance LP, FactSet, Wolfe Research estimates

The key risks to the downside for APC include increased regulatory burdens in the US and elsewhere, an expensive acquisition, rising project costs at key assets, delays in project startups, and reductions in production guidance. General risks to the whole sector include a slowing global economy, increased taxation and regulation, falling gasoline demand, lower returns, increasing competition from national oil companies and disasters, both natural and man-made.

## DISCLOSURE SECTION

**Analyst Certification:**

The analyst of Wolfe Research, LLC primarily responsible for this research report whose name appears first on the front page of this research report hereby certifies that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| APC | Forward P/E & EV/EBITDAX, and Sum of the Parts NAV |

**Wolfe Research, LLC Fundamental Target Price Risks:**

| Company: | Fundamental Target Price Risks: |
|---|---|
| APC | Oil and gas prices, environmental regulation, delays in project startup, demand for gasoline and diesel, increasing competition from national oil companies, pipeline and project leaks/outages, severe weather and natural disasters. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| APC | None |

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Sector Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of December 31, 2014):**

| | | |
|---|---|---|
| Outperform: | 41% | 2% Investment Banking Clients |
| Peer Perform: | 50% | 1% Investment Banking Clients |
| Underperform: | 9% | 0% Investment Banking Clients |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) is the broker-dealer affiliate of Wolfe Research, LLC and is responsible for the contents of this material. Any analysts publishing these reports are dually employed by Wolfe Research, LLC and Wolfe Research Securities.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the author as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2015. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.