UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**JOINT MOTION TO FILE EXHIBITS TO SUMMARY JUDGMENT OPPOSITION UNDER SEAL**

The Parties[1] hereby jointly move for the Court's approval to file under seal certain exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF 329) ("Opposition") and exhibits to the Declaration of Kevin J. Orsini in Support of Defendants' Oppositions to Plaintiffs' Motions to Exclude the Testimony of Dr. Rocco Detomo, Kevin J. Murphy, and Dr. J. Richard Dietrich (ECF 334-1) ("Orsini Declaration").

On June 1, 2026, the Parties jointly moved for the Court's approval to file under interim seal their briefs in connection with (1) Defendants' summary judgment motion and the exhibits thereto and (2) the Parties' *Daubert* motions for a period of four weeks to review the large number of exhibits and propose appropriate redactions pursuant to the Parties' Protective Order. ECF 306. The Court granted the Parties' joint motion on June 8, 2026 and instructed the Parties moving to seal to "file a motion to seal setting forth the reasons for sealing and attaching proposed redacted copies of the papers." ECF 316. Pursuant to the Court's June 8, 2026 order and Section 12(b) of the Court's Procedures, the Parties move jointly to seal certain exhibits to the Opposition and Orsini Declaration. Proposed redacted copies of those exhibits are attached hereto.

## LEGAL STANDARD

"[T]he decision as to access [of court records] is one best left to the sound discretion of the trial court." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978). "In exercising its discretion to seal judicial records, the court must balance the public's common

[1] "Parties" refers to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

law right of access against the interests favoring nondisclosure." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

**ARGUMENT**

"Courts in [the Fifth Circuit] have sealed documents to prevent the disclosure of confidential business information." *Occidental Petroleum Corp. v. Wells Fargo Bank, N.A.*, 622 F. Supp. 3d 495, 507 (S.D. Tex. 2022), *aff'd*, 117 F.4th 628 (5th Cir. 2024). The Parties move to seal confidential business information in Exhibits 66-68, 78, 81-82, 98-99, 103-105, 107-109, 117-118, and 120 to Plaintiffs' Opposition and Exhibits 7 and 10 to Orsini Declaration concerning Defendants' active commercial oil and gas exploration and development projects that are unrelated to the Shenandoah project at issue in this matter. *See, e.g.*, *Decapolis Grp., LLC v. Mangesh Energy, Ltd.*, 2014 WL 702000, at *2 (N.D. Tex. Feb. 24, 2014) (granting motion to seal materials that "contain[] sensitive information such as business strategies and the developmental progress of [defendant's] oil and gas exploration").

The Parties also move to seal personally identifiable information of Defendants' expert, Dr. Rocco Detomo, Jr., including his home address and cell phone number, that is contained in Exhibit 1 to the Orsini Declaration. District courts routinely permit the sealing of personal identifying information. *See Martinez v. Texas Dep't of Crim. Just.*, 2022 WL 2834294, at *1 (S.D. Tex. July 20, 2022).

The Parties also move to seal confidential business information contained in Exhibit 115 to Plaintiffs' Opposition that third-party Lazard Asset Management designated

as "Confidential" under the Stipulated Protective Order (ECF 80). *See Occidental Petroleum*, 622 F. Supp. 3d at 507.

For the reasons set forth herein, the Parties jointly request that the Court grant their motion and permit the attached exhibits to the Opposition and Orsini Declaration to be filed in redacted form.

DATED: August 17, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP

s/ Hillary B. Stakem
HILLARY B. STAKEM

MARK SOLOMON
DANIEL S. DROSMAN
LUKE O. BROOKS
HILLARY B. STAKEM
NICOLE Q. GILLILAND
T. ALEX B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
(SDTX Bar No. 30973)
Attorney-in-charge
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)

Texas Local Counsel for Plaintiff

DATED: August 17, 2026

CRAVATH, SWAINE & MOORE LLP
KEVIN J. ORSINI
LAUREN M. ROSENBERG
MELISSA A. SYRING

s/ Melissa A. Syring
MELISSA A. SYRING

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: 212/474-1000
212/474-3700 (fax)

SHIPLEY SNELL MONTGOMERY LLP
GEORGE T. SHIPLEY
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, TX 77002
Telephone: 713/652-5920
713/652-3057 (fax)

Attorneys for Defendants

**CERTIFICATION OF WORD COUNT**

In accordance with Rule 18(c) of Your Honor's Court Procedures, I hereby certify that this document contains 594 words, exclusive of the caption and the signature block.

DATED: August 17, 2026

s/ Hillary B. Stakem
HILLARY B. STAKEM

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 17th day of August, 2026.

s/ Hillary B. Stakem
HILLARY B. STAKEM