# APPENDIX A TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 1 | Feb. 20, 2015 | Anadarko, Walker, Gwin<br><br>Anadarko 2014 Form 10-K | 97 | "*Shenandoah Basin*: The Company spud the Shenandoah-3 well, its second appraisal well at the Shenandoah discovery, in the second quarter of 2014. The well finished drilling at the end of 2014 and found approximately ***50% (1,470 feet) more of the same reservoir sands 1,500 feet down-dip*** and 2.3 miles east of the Shenandoah-2 well, which encountered over 1,000 feet of net oil pay in excellent quality Lower Tertiary-aged sands. ***The Shenandoah-3 well confirmed the sand depositional environment, lateral sand continuity, excellent reservoir qualities, and down-dip thickening. The well also enabled the projection of oil-water contacts based on pressure data and reduced the uncertainty of the resource range***. Planning is underway for the next appraisal well, which the Company expects to spud in the second quarter of 2015."<br><br>(Defs.' Ex. 67 at APC-01751761) | • Truthful statements about appraisal activities | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1., VI.A.2.)[3] |

[1] For the Court's convenience, Plaintiffs maintain the numbering used by Defendants in Appendix A to Defendants' Motion for Summary Judgment and all references to "Defs.' Ex." are to the exhibits attached to the Declaration of Lauren M. Rosenberg in Support of Defendants' Motion for Summary Judgment (ECF 322-9).

[2] All "¶" references are to the Amended Complaint for Violations of the Federal Securities Laws (ECF 55) (Amended Complaint"). All emphasis in quoted language is as contained in the Amended Complaint.

[3] "Opp." refers to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, filed herewith.

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 2 | Feb. 20, 2015 | Anadarko, Walker, Gwin<br><br>Anadarko 2014 Form 10-K | 98 | Statements of risk factors, including "the risk that we will not encounter commercially productive oil or natural-gas reservoirs" and "exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons."<br><br>(Defs.' Ex. 67 at APC-01751794) | • Industry-wide risk factors | • Anadarko-specific risk disclosures that present already-materialized risk as hypothetical (*see* Opp., §§IV.B.1., VI.A.3.b.) |
| 3 | Feb. 20, 2015 | Anadarko, Walker, Gwin<br><br>Anadarko 2014 Form 10-K | 99 | "At the end of each quarter, management reviews the status of all suspended exploratory drilling costs in light of ongoing exploration activities, in particular, whether the Company is making sufficient progress in its ongoing exploration and appraisal efforts or, in the case of discoveries requiring government sanctioning, analyzing whether development negotiations are underway and proceeding as planned."<br><br>(Defs.' Ex. 67 at APC-01751831) | • Accounting policies and decisions | • States specific accounting policies and practices were being followed when they were not (*see* Opp., §§IV.B.1., IV.C.3., VI.A.3.c.)<br><br>• Item 303 violation – statement gives rise to a duty to disclose (*see* |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | Opp., §VI.A.3.c.) |
| 4 | Mar. 3, 2015 | Anadarko, Walker<br><br>Anadarko Press Release | 101 | Press release announcing Anadarko's "2015 initial capital expectations and guidance" stated that "Anadarko continues to advance existing discoveries at Shenandoah in the Gulf of Mexico," and quoted Walker as stating:[4]<br><br>"'During 2015, we are confident in our ability to leverage our deep, ***high-quality portfolio of opportunities, strong balance sheet and efficient capital allocation to preserve value and maintain flexibility***.… Few companies have accomplished operationally what Anadarko has achieved over the last five years; although, in the current market, we believe it is prudent to reduce capital investments and position the company for the future, rather than to pursue year-over-year growth. As a result, we've reduced our initial 2015 capital expectations by approximately 33 percent relative to last year, with plans to reduce our short-cycle U.S. onshore rig activity by 40 percent and defer approximately 125 onshore well completions. We have successfully delivered value during previous challenging commodity-price cycles, and I believe we have the skills, financial capacity and portfolio to deliver in this environment. Our focus continues to be on getting better, not necessarily bigger, while ensuring we are well positioned to accelerate | • Statements of corporate optimism | • Touts positive findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1., VI.A.2.)<br><br>• Non-puffery statements discussing progress at Shen (*see* Opp., §VI.A.3.a.) |

[4] Defendants' Statement No. 4 does not include the highlighted language.



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | activity as costs become more aligned with commodity prices and returns improve.'" <br><br> (Defs.' Ex. 69 at STEINHOLT_0010440, 442) | | |
| 5 | Mar. 3, 2015 | Daniels <br><br> Anadarko's 2015 capital program and guidance conference call <br><br> <u>Also present</u>: <br> Walker <br> Gwin <br> Chuck Meloy <br> Jim Kleckner | 102 | "Let's look at some more details of a couple of our focus areas, starting in the Deepwater Gulf of Mexico. We're excited about the advancement of Shenandoah. We pushed down dip on Shenandoah-3, searching for the oil/water contact, looking for reservoir continuity and quality, and to get a core in the down dip portions of the reservoir. <br><br> ***This was a very successful appraisal well***. In 2015, we will drill Northwest of the Shenandoah number 2 well, with our Shenandoah-4. This will be to extend the field to the West, and up dip, and to obtain a core in the oil lag for our development plannings." <br><br> (Defs.' Ex. 70 at APC-00868410) | • Truthful statements about appraisal activities <br><br> • Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1., VI.A.2.) <br><br> • Non-puffery statements discussing specific asset (Shen), containing language with particular industry meaning (*see* |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | Opp., §VI.A.3.a.) |
| 6 | Mar. 3, 2015 | Anadarko, Kleckner<br><br>Anadarko's 2015 investor conference call presentation<br><br><u>Also present</u>:<br>Walker<br>Gwin<br>Meloy<br>Daniels | 103 | <br>(Defs.' Ex. 71 at APC-01753683) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen as "mega-project" while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1., VI.A.2.)<br><br>• Non-puffery statements characterizing specific assets, containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 7 | May 4, 2015 | Anadarko, Walker, Gwin<br><br>Anadarko 1Q15 Form 10-Q[5] | 104 | "Projects with suspended exploratory well costs are those identified by management as exhibiting sufficient quantities of hydrocarbons to justify potential development and where management is actively pursuing efforts to assess whether reserves can be attributed to these projects. If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time."<br><br>(Defs.' Ex. 72 at STEINHOLT_00105588) | • Accounting policies and decisions | • States specific accounting policies and practices were being followed when they were not (*see* Opp., §§IV.B.1., IV.C.3., VI.A.3.c.) |
| 8 | May 5, 2015 | Daniels<br><br>Anadarko 1Q15 earnings call<br><br><u>Also present</u>:<br>Gwin<br>Walker<br>Kleckner | 105 | "[T]here's an awful lot of work that's gone into defining what data we still need to get to that FID decision. And the Shenandoah 4 is focused on really moving us and advancing us in that direction. I think we're planning on getting a core there in the oil column, ***we're going to be up dip to the 1,000 feet of pay that we had. And so that will really help with some of the modeling going forward***."<br><br>(Defs.' Ex. 73 at APC-01751491) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., |

[5] Anadarko made substantially similar statements in each of its 2Q15 Form 10-Q, 3Q15 Form 10-Q, 1Q16 Form 10-Q, 2Q16 Form 10-Q, and 3Q16 Form 10-Q, all of which are alleged to be materially false and misleading (*see* ¶104).

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | §§IV.B.1., VI.A.2.)<br><br>• Non-puffery statements discussing tangible results and specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 9 | May 20, 2015 | Gwin<br><br>UBS Global Oil and Gas Conference | 106 | "[W]e continue to move [the Shenandoah] project towards development in the future … by having good project development expertise and a strong exploration capability, the Gulf of Mexico becomes a place where our core skills create a competitive advantage, where we've been able to drive very profitable and increasing the oilier operations here over time."<br><br>(Defs.' Ex. 74 at APC-01757333) | • Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | viability (*see* Opp., §§IV.B.1., VI.A.2.)<br><br>• Non-puffery statements about progress on specific asset (Shen) (*see* Opp., §VI.A.3.a.) |
| 10 | July 28, 2015 | Anadarko, Walker<br><br>Anadarko 2Q15 Results Press Release | 107 | Press release highlighting that Anadarko had "[a]chieved large-scale project milestones in the Gulf of Mexico" and announcing that "Anadarko spud its third appraisal well in the Shenandoah field."[6]<br><br>Walker was quoted as saying:<br><br>"'In addition, we've created significant option value through our exploration success offshore Colombia and in the Gulf of Mexico, and accelerated value through active portfolio management. We believe these actions and differentiating achievements, the depth and strength of our portfolio, and the | • Statements of corporate optimism | • Non-puffery statements about specific asset (Shen), (*see* Opp., §VI.A.3.a.)<br><br>• Touts positive "project milestones" and progress on Shen while |

[6] Defendants do not include the highlighted language in their Statement No. 10.

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | commitment of our employees, position us well for continued success.'"<br><br>(Defs.' Ex. 75 at STEINHOLT_0011377, 379) | | omitting material facts about negative appraisal findings (*see* Opp., §IV.B.1.) |
| 11 | July 29, 2015 | Gwin<br><br>Anadarko 2Q15 earnings call<br><br><u>Also present</u>:<br>Walker<br>Hollek[7]<br>Daniels<br>Kleckner | 108 | Responding to a question about Anadarko's "exploration success" with regards to Shenandoah:<br><br>"Coronado is part of the Shenandoah mini-basin. ***We've got a discovery there that we've appraised. So we think we've got pretty good handle on what it is***. We recently picked up some blocks again. We have some expiries that we had to put back in and then picked them back up, and that's going to stay that way until we have Shenandoah development plan put in place because we see it as a tie back through that facility."<br><br>(Defs.' Ex. 76 at APC-00186611) | • Statements of corporate optimism | • Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §IV.B.1.)<br><br>• Non-puffery statements reporting results about specific asset (Shen) (*see* |

7 Darrell Hollek, Executive Vice President of Operations.



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | Opp., §VI.A.3.a.) |
| 12 | Oct. 27, 2015 | Anadarko<br><br>Anadarko 3Q15 Results Press Release | 109 | Anadarko "[c]ompleted a successful appraisal test at the Shenandoah field in the Gulf of Mexico," and "the company's ***third appraisal test of the Shenandoah discovery encountered more than 620 net feet of oil pay***."<br><br>(Defs.' Ex. 77 at STEINHOLT_0011502-03) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), (*see* Opp., §VI.A.3.a.) |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 13 | Oct. 27, 2015 | Walker<br><br>Anadarko 3Q15 Results Press Release | 109 | "'We remain committed to building and preserving value in this challenging environment .... During the third quarter, we continued our focus on maintaining long-term flexibility, while enhancing short-cycle returns by delivering higher-margin sales volumes for lower costs. Our employees have continued to do outstanding work optimizing our performance by moderating our base decline, safely improving efficiencies and rig productivity, and achieving greater cost savings. These efforts and achievements have us well positioned to create differentiating value today and to accelerate activity when the market begins to reward growth again.'"<br><br>(Defs.' Ex. 77 at STEINHOLT_0011502) | • Statements of corporate optimism | • Non-puffery statements about operations (*see* Opp., §VI.A.3.a.) |
| 14 | Oct. 28, 2015 | Walker<br><br>Anadarko 3Q15 earnings call<br><br><u>Also present</u>:<br>Daniels<br>Hollek<br>Gwin<br>Kleckner | 110 | Walker told investors they could "expect [Anadarko] to see continued investment in higher percentage, longer cycle opportunities" such as "success delineating our activities at Shenandoah."<br><br>(Defs.' Ex. 79 at APC-00206913) | • Statements of corporate optimism | • Touts positive Shen progress while omitting negative material facts (*see* Opp., §§IV.B.1.-2.)<br><br>• Non-puffery statements about specific asset (Shen) and investment plans (*see* |

| **No.**[1] | **Date** | **Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present** | **¶**[2] | **Alleged Misrepresentation** | **Defendants' Claimed Reason(s) Why Statements Not Actionable** | **Why Statement Is Actionable** |
|---|---|---|---|---|---|---|
| | | | | | | Opp., §VI.A.3.a.) |
| 15 | Oct. 28, 2015 | Hollek<br><br>Anadarko 3Q15 earnings call<br><br><u>Also present</u>:<br>Daniels<br>Gwin<br>Walker<br>Kleckner | 110 | Analyst: "[C]ongrats on the Shenandoah appraisal. Can you discuss how the results compare to predrill expectations or comments on the reservoir quality, and go-forward plans? I'll leave it at that, thanks."<br><br>(Defs.' Ex. 79 at APC-00206914)<br><br>"***The team did a really good job on that, and we're real pleased with it. We got 622 feet of pay***. What we ended up doing was we tested up to the north with trying to find out where the basin edge was and the first well – established where the basin edge was. Then we came in and drilled to the south with a side track, and got the 622 feet of pay. ***It was all oil; we encountered no water in that***.<br><br>***The reservoir quality in the initial assessment looks pretty – it looks comparable to everything else we found out there, so very good reservoir quality***. We're still in the early stages of that evaluation. We're in the process of getting a core, so we just kicked off, and we're going to do a bypass core just right next to this well. And that's to establish the reservoir quality in the oil column, which will roll directly into our development planning.<br><br>So it's very important to get that core and we're just in the process of it. That's going to give us a much better handle on | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp. §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), containing language with particular industry meaning (*see* |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | all the fluid properties, all the reservoir properties, ***but we pushed the oil, down about 400 feet**. **As I mentioned, we [didn't] establish an oil-water contact here, so that tells us there's more down below us***.<br><br>And we're looking at what the forward plan is after this bypass core, as to what else we're going to need to turn over to the planning team for the development planning. ***But we're very encouraged with what we saw and it was well within the range of expectation of what we had put out there***."<br><br>(Defs.' Ex. 79 at APC-00206914-15). | | Opp., §VI.A.3.a.) |
| 16 | Oct. 28, 2015 | Hollek<br><br>Anadarko 3Q15 earnings call<br><br><u>Also present</u>:<br>Daniels<br>Gwin<br>Walker<br>Kleckner | 111 | In response to a question about the cost structure of the Shenandoah project from Goldman Sachs analyst:<br><br>"***[W]hen we look at our offshore developments, look at larger, more prolific reservoirs as Shenandoah is. It has a very high oil column and we'll be testing deliverability of these oil columns to see what type of flow rates we have***. So we aren't going to be able to offset the commodity prices completely, but what we'll look at are higher flow rate completions and try to work the cost structure down on the offshore marine development systems as well.<br><br>We've brought in new sixth-generation rigs and the initial results on those wells are very, very encouraging as far as reducing our cycle time to drill. So we're seeing some cost improvements that just not so much equate to service | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | productions, but efficiencies in drill times. Some of our recent wells in Heidelberg have hit record costs for us of less than $100 million to drill. That's not the completion cost, but the drill cost."<br><br>(Defs.' Ex. 79 at APC-00206917-18) | | reporting tangible results, about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 17 | Oct. 28, 2015 | Daniels<br><br>Anadarko 3Q15 earnings call<br><br><u>Also present</u>:<br>Gwin<br>Walker<br>Kleckner<br>Hollek | 112 | In response to a Deutsche Bank inquiry about Shenandoah's resource range and appraisal wells:<br><br>"***On the resource range, we're right in where we thought. We always do a probabilistic resource range, we're still in that range with the results of the well.***"<br><br>(Defs.' Ex. 79 at APC-00206928) | • Truthful statements about appraisal activities | • Touts Shen "resource range" while omitting material facts about negative appraisal findings reducing resource range and their impact on commercial viability (*see* Opp., |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | §§IV.B.1.-2.; VI.A.2.) |
| 18 | Nov. 11, 2015 | Leyendecker<br><br>Jefferies Energy Conference | 113 | Encouraging investors "***not to miss out on the Shenandoah Basin***, which is somewhat near and dear to my heart, as I used to be responsible for the U.S. Gulf deepwater exploration program, ***remarkable discovery, and recently another appraisal well, which we found over 620 feet of oil pay full to base***, and we are currently in the process of doing a bypass core on that. So the Gulf really is still an important part and it delivers very high margin barrels, and as I said, offsets our declines with conventional decline rates in the Gulf."<br><br>(Defs.' Ex. 80 at APC-00655211) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., IV.C.1., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results and discussing specific asset (Shen) (*see* Opp., §VI.A.3.a.) |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 19 | Nov. 11, 2015 | Leyendecker<br><br>Jeffries Energy Conference | 113 | Leyendecker emphasized "the remarkable Shenandoah accomplishments.[[8]] We drill the well to test the up-dip part of the basin, we found it, and we sidetracked and we're cutting a core. We continue to do high-impact exploration in the U.S. Gulf and we will continue to do that in the future."<br><br>(Defs.' Ex. 80 at APC-00655212) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen progress while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., IV.C.1., VI.A.2.)<br><br>• Non-puffery statements discussing appraisal progress and results of specific asset (Shen) (*see* Opp., §VI.A.3.a.) |

[8] Defendants' Statement No. 19 does not include the highlighted language.

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 20 | Feb. 2, 2016 | Walker<br><br>Anadarko 4Q15 earnings call<br><br><u>Also present</u>:<br>Gwin<br>Hollek<br>Kleckner<br>Mitchell Ingram | 114 | In response to Bank of America analyst's questions about Shenandoah:<br><br>"[A]s we think about 2016 and taking the comment that's been made about trying to preserve value, when you consider that – I believe this year, we would estimate that our maintenance .... But I think by lowering that maintenance CapEx 2/3 or 2/3 rather of what it was the prior year, that's pretty impressive in terms of being able to create that value preservation that we're looking for. ***I think these other longer-dated projects [such as Shenandoah], we believe, today, are worthy of spending capital***, expecting that oil is not going to be at $30 for the rest of our life. And at some point, when we make a decision to take either to sanction or FID any of these longer-dated projects, it will be in an environment which we believe we can recommend to our Board first that we make that investment. So I think that's the confidence I would have if I were an investor, that we will do that when it's appropriate."<br><br>(Defs.' Ex. 81 at APC-01751423) | • Statements of corporate optimism | • Touts Shen while omitting material negative facts about Shen appraisal and commercial viability, and that the Executive Committee did not want to develop Shen by this point (*see* Opp., §§IV.B.1.-2.)<br><br>• Non-puffery statements about specific asset (Shen) (*see* Opp., §VI.A.3.a.) |
| 21 | Feb. 17, 2016 | Anadarko, Walker, Gwin<br><br>Anadarko 2015 Form 10-K | 115 | "*Shenandoah* The Company spud the Shenandoah-4 well, the third appraisal well at the Shenandoah discovery (30% working interest), in the second quarter of 2015. The well tested the up-dip extent of the basin. The subsequent Shenandoah-4 sidetrack encountered ***more than 620 net feet of oil pay, extending the*** | • Truthful statements about appraisal activities | • Touts positive Shen findings while omitting material facts about negative |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | ***lowest known oil column down-dip*. *Following the success of the Shenandoah-4 sidetrack***, the Company and its partners successfully acquired more than 550 feet of whole-core from the hydrocarbon-bearing reservoir interval."<br><br>(Defs.' Ex. 82 at APC-00227154) | • Statements of corporate optimism | appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 22 | Feb. 17, 2016 | Anadarko, Walker, Gwin<br><br>Anadarko 2015 Form 10-K | 116 | Statements of risk factors, including "the risk that we will not encounter commercially productive oil or natural-gas reservoirs" and "exploratory drilling involves greater risks of dry holes or failure to find commercial quantities of hydrocarbons." | • Industry-wide risk factors | • Anadarko-specific risk disclosures that present already-materialized |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (Defs.' Ex. 82 at APC-00227187) | | risk as hypothetical (*see* Opp., §§IV.B.1., VI.A.3.b.) |
| 23 | Feb. 17, 2016 | Anadarko, Walker, Gwin<br><br>Anadarko 2015 Form 10-K | 117 | (a) "At the end of each quarter, management reviews the status of all suspended exploratory drilling costs in light of ongoing exploration activities, in particular, whether the Company is making sufficient progress in its ongoing exploration and appraisal efforts or, in the case of discoveries requiring government sanctioning, analyzing whether development negotiations are underway and proceeding as planned."<br><br>(Defs.' Ex. 82 at APC-00227221)<br><br>(b) "If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time."<br><br>(Defs.' Ex. 82 at APC-00227247)<br><br>Regarding impairments: "Significant undeveloped leases are assessed individually for impairment, based on the Company's current exploration plans, and a valuation allowance is provided if impairment is indicated."<br><br>(Defs.' Ex. 82 at APC-00227237) | • Accounting policies and decisions | • States specific accounting policies and practices were being followed when they were not (*see* Opp., §§IV.B.1.-2., IV.C.3., VI.A.3.c.)<br><br>• Statement No. 23(a): Item 303 violation – statement gives rise to a duty to disclose (*see* Opp., §VI.A.3.c.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | |
| 24 | Feb. 24, 2016 | Daniels<br><br>Credit Suisse Energy Summit | 119 | "The ***Shenandoah Number 5 well*** will be drilled and that'll be off to the east, again, trying to prove lateral extent, that kind of thing. ***We did appraise it last year. We had a successful well, 620 feet of pay in that. So, we still are advancing the project*** but we're a ways away from a sanction at Shenandoah."<br><br>(Defs.' Ex. 83 at APC-01753699) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.2., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 25 | Mar. 1, 2016 | Anadarko, Walker<br><br>Anadarko Press Release | 120 | Walker is quoted as saying:<br><br>"'In 2016, we will continue our disciplined and focused approach, preserving and building value by leveraging our best-in-class capital allocation, enhancing operational efficiencies and continuing an active monetization program …. We are committed to again investing well within cash inflows from a combination of anticipated discretionary cash flow and our ongoing monetizations, with the expectation of also reducing net debt during the year. As we announced last week, we have already closed or announced monetizations totaling approximately $1.3 billion, and we expect our cash position to be further strengthened during the year through substantial cost reductions and additional identified monetization opportunities.'"<br><br>(Defs.' Ex. 84 at STEINHOLT_0012091) | • Statements of corporate optimism | • Non-puffery statement that omits material facts, including that Executive Committee did not want to develop Shen by this point (*see* Opp., §§IV.B.2., VI.A.3.a.) |
| 26 | May 3, 2016 | Walker, Daniels<br><br>Anadarko 1Q16 earnings call<br><br><u>Also present</u>: Hollek Kleckner | 121 | "[**Doug Leggate** (BofA):] You obviously have a partner sell down their interests, although not specific on Shenandoah exactly. It looks like it was a fairly low number. You guys have preemptive rights. So I'm wondering what your thoughts are there, both when it comes to the ***value of your position, but also the fact that we're now 5 appraisal wells in***. ***What are you seeing there that is taking so long to appraise it, if you like? Is it really just scale, something unique to the reservoir that may make it a little bit more challenging to get a sanctioned [ph] decision***? And I'll leave it there. | • Truthful statements about appraisal activities | • States that delay in appraising Shen was not due to negative surprises when there were material negative surprises, and |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | [**Walker**:] Doug, understandable questions. I think the first part of the question, I'll address and ask Bob Daniels to talk to you more specifically about what you're seeing from the appraisal perspective. The pref period is running. I think you should expect that we will, hopefully, be communicating something towards the end of that pref period. And I think your observations, I can't find any fault with them.<br><br>[**Daniels**:] Yes. Doug, on the wells and the appraisal program, it's partly scale, it's partly – some of the complexities that we're seeing out there, mostly on the imaging side of it, ***not necessarily that we're seeing lots of bad surprises***."<br><br>(Defs.' Ex. 85 at APC-01751654) | | omits material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.) |
| 27 | May 11, 2016 | Leyendecker<br><br>Citi Global Energy & Utilities Conference | 123 | "[W]e continue to appraise our Shenandoah – ***our fantastic Shenandoah discovery*** and apply the rest of our rig fleet to tiebacks and near-field infrastructure, exploiting our hub-and-spoke focus in the Gulf [of Mexico]."<br><br>(Defs.' Ex. 86 at APC-01319754) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.) |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | • Non-puffery statements about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 28 | May 24, 2016 | Gwin<br><br>UBS Global Oil & Gas Conference | 124 | "[Shenandoah] is an opportunity we are incredibly excited about. You see the log and even a financial person can look at the log and say that's pretty good. That's the log from Shenandoah-2. And as we've continued to move forward with Shenandoah drilling Shenandoah-5 now, we've gotten ***even more excited about the upside and the potential here as we move towards the development***. I thought it might be good for Shandell [Szabo] to take a moment, talk to you a little bit about this program, where it's been, kind of where it's going, what we expect in the future, and I guess many of the reasons why we're so excited about it."<br><br>(Defs.' Ex. 87 at APC-01753711) | • Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements discussing |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | tangible results about specific asset (Shen) (*see* Opp., §VI.A.3.a.) |
| 29 | May 24, 2016 | Szabo[9]<br><br>UBS Global Oil & Gas Conference<br><br><u>Also present</u>: Gwin | 124 | " [W]hen you look at ***Shenandoah, it goes without saying that it is the finest lower tertiary discovery to date in the Gulf of Mexico***. And I say that because of the few reasons. When you're looking at this resource potential you look at a couple of things. ***One, you look at thickness; two, you look at area; and then, three, recovery factor***. And when you look at this log and you can see that 100-foot scale bar on there, that's a 1,000 feet of sand full of hydrocarbons. So one, it's extremely thick.<br><br>Two, when you look at the scale across those blocks and you can see the northern part there, this spans nine miles. Those are three-mile blocks. So you're talking about something that has a lot of area, which is really the biggest driving factor when you talk about size.<br><br>And then the last thing is the recovery of this. And so, this particular discovery has Miocene-like properties, which means that the reservoir quality is very good. You're looking at porosities up to 25% here. You're looking at permeabilities in | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), containing |

9 Shandell Szabo, Director, Investor Relations.



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | the 100 millidarcy range, some of the individual sand [see] 300 millidarcies, 400 millidarcies perm.<br><br>And then the last thing you look at is the fluid properties, and it's very light oil out here. So from the overall discovery, it's got everything that you're looking for.… [I]t looks a whole heck of a lot like the log that you're looking at right here. And when you look at where that falls on that cross section, you can see the Number 5 well up there on that cross-section. So you can see that lighter green color. We're going to be able to turn that dark green. So the lighter green on there is the probable and the darker green is the proven. And so we're going to have the ability for that large area over there to go ahead and say, yeah, that's proven. So that's tremendous for us.<br><br>So the Number 6 well was very dependent on what we saw on the Number 5 well. And so what we can say is that we're definitely drilling the Number 6 well and we're out there to hunt for the oil water contact, which is going to give us a whole heck of a lot more comfort around just how big is this. ***We know it's big, but not only is it big, but it sits on a fantastic basin***.… [W]e want Shenandoah to be a standalone on its own. Its economics need to support that project. But we do have the opportunity to leverage the infrastructure when we do put it out there.<br><br>So we're going to go ahead and spud the Shenandoah-[6] well …. The FEED study is already underway, ***you should take some comfort that we're committed to the development out*** | | language with particular industry meaning (*see* Opp., §VI.A.3.a.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | ***here. The last two wells that we drilled are keeper wells, which means that when we take this to production, we will be able to produce from those wellbores***.<br><br>And the other thing that I would note is that we've actually dropped our cost out here by 40% from the beginning to the end. So when we look at the better oil backdrop we've got right now and the fact that we're driving costs down here and we just continue to see great explorations and appraisal success out here, we're going to continue the appraisal work, finish it, we're going to incorporate it into our modeling, and then we're going to move forward with the proper size development out there."<br><br>(Defs.' Ex. 87 at APC-01753711-12) | | |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 30 | May 24, 2016 | Gwin<br><br>UBS Global Oil & Gas Conference presentation | 125 | <br>(Defs.' Ex. 88 at APC-01753744) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts positive Shen findings while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements reporting tangible results, about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 31 | May 24, 2016 | Gwin<br><br>UBS Global Oil & Gas Conference | 126 | "What we can tell you is that everything we've been doing brings that number down, at which you'd be very excited to take FID knowing that the rates of return here would be compelling. And so, that – I'll call it not just that breakeven number, but the number at which you'd really be excited about sanctioning and moving the project forward, continues to come down with success. ***So Shen 5 is a material de-risking of what we're doing***. It's also going to be a significant amount of information to work into our models and the work that our engineers are doing around what that development solution looks like."<br><br>(Defs.' Ex. 87 at APC-01753715) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen progress while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-2., VI.A.2.)<br><br>• Non-puffery statements about specific asset (Shen), containing language with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 32 | June 28, 2016 | Gwin | 127 | "Shenandoah is obviously [a] tremendous resource potential."<br><br>(Defs.' Ex. 89 at APC-01319785) | • Statements of corporate optimism | • Non-puffery statements about specific |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | JPMorgan Inaugural Energy Conference | | | | asset (Shen), measurable against prior statements (*see* Opp., §§IV.B.1.-3., VI.A.2., VI.A.3.a.) |
| 33 | June 28, 2016 | Gwin<br><br>JPMorgan Inaugural Energy Conference | 127 | "And, in addition, we're very excited to be working toward completing the Shenandoah #5 well. Some of you may have heard some comments we've made in the past there. I don't have the log here, the #2 appraisal well, which had over 1,000 feet of net pay that we announced I think it was now a couple of years ago. ***But Shenandoah-5, at least in the uphole sections, we talked about the fact that it looked a lot like Shenandoah-2. A lot of enthusiasm around our activities here because of Shen-5. The results of Shen-5 have put [us] in a position where we clearly expect to drill Shen-6 later this year and continue with an appraisal program there, beginning to – continuing to frame the aerial extent of the reservoir. Clearly, we know we have a lot of column. We know we have very attractive Miocene-like sands. And now we need to determine the aerial extent of the reservoir so that we can move forward with our pre-FEED work and begin to conceptualize what a development opportunity would look like here.***"<br><br>(Defs.' Ex. 89 at APC-01319784) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-3., VI.A.2.)<br><br>• Non-puffery statements about specific asset (Shen), containing tangible results and language |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | with particular industry meaning (*see* Opp., §VI.A.3.a.) |
| 34 | June 28, 2016 | Gwin<br><br>JPMorgan Inaugural Energy Conference | 128 | "***Something like a Shenandoah is obviously tremendous resource potential***, but the development plan could be from a relatively smaller spar opportunity to maybe multiple spars to something bigger that you might pursue. Because we have Coronado and Yucatan in the same mini-basin that are tremendous kind of in situ tieback opportunities for the future.…<br><br>So too many moving pieces to answer the question directly, but ***we don't believe we're a long way off, relative to our forward look at oil prices, to consider greenfield***."<br><br>(Defs.' Ex. 89 at APC-01319785) | • Statements of corporate optimism | • Non-puffery statements about specific asset (Shen), measurable against prior statements (*see* Opp., §VI.A.3.a.) |
| 35 | July 26, 2016 | Anadarko, Gwin<br><br>Anadarko 2Q16 Form 10-Q | 129 | "The Shenandoah-5 appraisal well (33% working interest) encountered more than 1,040 net feet of oil pay, extending the eastern limits of the field."<br><br>(Defs.' Ex. 91 at APC-01752195) | • Truthful statements about appraisal activities | • Presents selective positive appraisal results while omitting material facts about negative |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-3., VI.A.2.)<br><br>• Item 303 violation – statement gives rise to a duty to disclose (*see* Opp., §VI.A.3.c.) |
| 36 | July 26, 2016 | Anadarko, Gwin<br><br>Anadarko 2Q16 Form 10-Q | 129 | "If additional information becomes available that raises substantial doubt as to the economic or operational viability of any of these projects, the associated costs will be expensed at that time."<br><br>(Defs.' Ex. 91 at APC-01752173) | • Accounting policies and decisions | • States specific accounting policies and practices were being followed when they were not (*see* Opp., §§IV.B.1.-3., |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | IV.C.3., VI.A.3.c.) |
| 37 | July 26, 2016 | Anadarko<br><br>Anadarko 2Q16 Results Press Release | 131 | Anadarko "[e]ncountered more than 1,040 net feet of oil pay at the Shenandoah-5 appraisal well and increased working interest in this operated deepwater discovery," and "Anadarko continued to advance its understanding of the Shenandoah discovery, as it encountered more than 1,040 net feet of oil pay in the Shenandoah-5 appraisal well, expanding the eastern extent of the field. Additionally, the company increased its working interest in Shenandoah to 33 percent and added several new exploration opportunities to the portfolio by participating in a preferential-right process."<br><br>(Defs.' Ex. 90 at STEINHOLT_0013004-05) | • Truthful statements about appraisal activities | • Presents selective positive appraisal results while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-3., VI.A.2.) |
| 38 | July 26, 2016 | Walker, Anadarko<br><br>Anadarko 2Q16 Results Press Release | 131 | Walker is quoted as stating: "'Our portfolio continues to perform exceptionally well, and we've continued to significantly reduce our cost structure throughout the year ….'"<br><br>(Defs.' Ex. 90 at STEINHOLT_0013004) | • Statements of corporate optimism | • Non-puffery statements about operations (*see* Opp., §VI.A.3.a.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 39 | July 27, 2016 | Walker<br><br>Anadarko 2Q16 earnings call<br><br>Also present:<br>Hollek<br>Kleckner<br>Gwin | 132 | Anadarko "had outstanding performance in the Gulf of Mexico. This is an area, where we hold several competitive advantages: a successful exploration track record, an industry-leading project management capability and a large operated infrastructure position."<br><br>(Defs.' Ex. 92 at APC-01319833) | • Statements of corporate optimism | • Non-puffery statements about Gulf of Mexico assets (including Shen) and appraisal activity (*see* Opp., §VI.A.3.a.) |
| 40 | July 27, 2016 | Walker<br><br>Anadarko 2Q16 earnings call<br><br>Also present:<br>Hollek<br>Kleckner<br>Gwin | 132 | "[W]e [drilled] another appraisal well at Shenandoah. The Shenandoah 5 well encountered ***more than 1,000 feet of net oil pay and expanded the eastern extent of the field*** with planning of the Shen 6 now underway.<br><br>We have a 33% working interest in Shenandoah after participating in a pref right process, and through that process, we picked up some additional blocks and exploration opportunities at no cost."<br><br>(Defs.' Ex. 92 at APC-01319833) | • Truthful statements about appraisal activities | • Presents selective positive appraisal results while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-3., VI.A.2.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 41 | July 27, 2016 | Gwin<br><br>Anadarko 2Q16 earnings call<br><br><u>Also present</u>:<br>Walker<br>Hollek<br>Kleckner | 133 | In response to a question from a Morgan Stanley analyst:<br><br>"[W]e were ***real pleased with what we saw*** in the #5 well. Not surprised, but we were very pleased to see it come in as we had predicted it would; 1,040-plus feet of pay."<br><br>(Defs.' Ex. 92 at APC-01319835) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Non-puffery statements about specific asset (Shen), discussing tangible results, measurable against prior statements, made in response to analyst question (*see* Opp., §VI.A.3.a.)<br><br>• Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | Opp., §§IV.B.2.-3., VI.A.2.) |
| 42 | Aug. 16, 2016 | Holly[10]<br><br>EnerCom Oil & Gas Conference | 134 | "In the Gulf of Mexico, we just finished our Shenandoah-5 well. Again, over 1,000 feet of pay in that well.<br><br>It extended the limits of the field. We did not find the oil-water contact.<br><br>***The partnership is excited about Shenandoah***. We'll go back out in the fourth quarter of 2016 to drill Shenandoah-6; and so expect an updated maybe mid next year as we get the results of that."<br><br>(Defs.' Ex. 93 at APC-01319809) | • Truthful statements about appraisal activities<br><br>• Statements of corporate optimism | • Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-3., VI.A.2., VI.A.3.a.) |
| 43 | Sep. 14, 2016 | Gwin<br><br>UBS Houston Energy Bus-Less Tour | 135 | "Great thing about it is that the brownfield economics in the Gulf of Mexico are phenomenal. And so [they're a] real competitive advantage that removes the commodity price environment from the decision-making process. The real advantage[] is the infrastructure and capacity of that | • Statements of corporate optimism | • Non-puffery statements about specific asset (Shen), discussion of |

[10] Brad Holly, Senior Vice President of Operations in the Rockies.



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | infrastructure. And so a lot of people focus on, well, when are we going to see greenfield development and at what price, et cetera, and ***we still got a great opportunity at the Shenandoah we're excited about***. And so we ask ourselves those questions all the time, right? We're working at answering it. But you don't need material commodity price improvement to make money in the Gulf of Mexico. We're doing it at strip and we think we can continue to do it at strip for a long time to come."<br><br>(Defs.' Ex. 94 at APC-01319819) | | tangible commercial factors (*see* Opp., §VI.A.3.a.)<br><br>• Touts Shen while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-4., VI.A.2.) |
| 44 | Nov. 1, 2016 | Walker<br><br>Anadarko 3Q16 earnings call<br><br><u>Also present</u>: Leyendecker | 136 | "[**Ryan Todd** (Deutsche Bank):] [O]ne quick one on Shenandoah[.] I mean, I see you made an on-concept selection of a semi-sub. Any thoughts around the concept selection, maybe the path to potential FID? And if you think – can a standalone development like Shenandoah really compete with the tieback opportunities you have in the Gulf? And I'll leave it there. | • Statements of corporate optimism | • Omits material facts about commercial viability (*see* Opp., |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | Hollek<br>Ingram | | * * *<br>[**Walker**:] I think it'd be fair to say that as we contemplate sanctioning Shenandoah, we will be mindful of what we can do on the margin with the capital. And it'll be an allocation like it would be for anything, where we're looking at what the rate of return is as well as the cash-on-cash return. A lot of times our industry is very focused on rate of return and not cash-on-cash because, as everybody knows on this call, it's great to have an internal rate of return that's 50%, but if you get the cash back in the year and you're pretty much done, that's a hard treadmill to continue. So we want a cocktail or a mix that gives us really good rates of return with really good cash-on-cash characteristics. ***So there could be a role that Shenandoah or another option like that plays in our portfolio***. So I don't want to leave people with the view that allocation of capital is purely an IRR-driven derivative. Consequently, we have a portfolio to run and we'll consider whether or not at the time of sanctioning, it makes sense to commercially develop Shenandoah along with our partners or not."<br><br>(Defs.' Ex. 96 at APC-01319889-90) | | §§IV.B.1.-4., VI.A.2.)<br><br>• Non-puffery statements about specific asset (Shen), discussion of tangible commercial factors, made in response to analyst question (*see* Opp., §VI.A.3.a.) |
| 45 | Feb. 1, 2017 | Walker, Leyendecker<br><br>Anadarko 4Q16 earnings call | 137 | In response to a question by a Sanford C. Bernstein & Co. analyst:<br><br>"[**Walker**:] You bet. Keep in mind that is what of one that's in both Ernie's shop and in Darrell's shop. So it sort of – it's neither fish nor fowl, so we're going to hand that in two parts | • Truthful statements about appraisal activities | • Touts Shen while omitting material facts about negative |



4937-3552-7612.v2

| **No.**[1] | **Date** | **Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present** | **¶**[2] | **Alleged Misrepresentation** | **Defendants' Claimed Reason(s) Why Statements Not Actionable** | **Why Statement Is Actionable** |
|---|---|---|---|---|---|---|
| | | <u>Also present</u>:<br>Gwin<br>Hollek<br>Ingram | | here. Let me have Ernie just speak a little bit about where we are geologically with our understanding of the asset, or the opportunity of the asset. And then Darrell'll answer the question about the production solution.<br><br>[**Leyendecker**:] ***Last year we drilled the number five well where we found yet over 1,000 feet of [p]ay***, and we have moved onto the sixth appraisal well. . . .<br><br>So the number six well we're drilling today is designed really to test part of the eastern side of the field for reservoir continuity, as well as cut some oil-water contacts, which we haven't physically done yet. We're hopeful, of course, that the well will penetrate those. ***I can also share with you that the well is designed ultimately to be kept as a keeper, and potentially be a producible well ultimately one day when we see ourselves as a final solution for the field.***<br><br>* * *<br>[**Bob Brackett** (Sanford C. Bernstein & Co):] If I interpret that little, a standard 80,000 barrels spar wasn't big enough to handle the volumes you expect to come off Shenandoah?<br><br>. . . [**Hollek**:] [I]t doesn't give us the flexibility for the entire area. We're still learning my Shenandoah itself, so that in itself we want that flexibility. But when you look at the entire area and the prospectivity and the leases that we actually have today, we want to make sure we have the flexibility to grow that facility, if need be." | | appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-4., VI.A.2.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (Defs.' Ex. 97 at APC-00724088-89) | | |
| 46 | Feb. 17, 2017 | Anadarko, Walker, Gwin<br><br>Anadarko 2016 Form 10-K | 138 | "*Shenandoah* ***Anadarko and its partners are continuing to work toward determining the commerciality of the Shenandoah field***. The Company has selected a Semisubmersible concept to support the potential development as part of these efforts. The front-end engineering design (FEED) on the Semisubmersible will continue while Anadarko continues appraisal drilling to further delineate the opportunity before making a future sanctioning decision.<br><br>***The Company spud the Shenandoah-5 well, the fourth appraisal well at the Shenandoah discovery (33% working interest), in the first quarter of 2016. The well encountered more than 1,040 net feet of oil pay, extending the resource in the central-to-eastern limits of the field***. The well has been secured for potential future production operations. The Shenandoah-6 appraisal well was spud in the fourth quarter of 2016. The drilling objective is to establish the oil-water contact on the eastern flank of the field and to help quantify the resource potential of the basin. During 2016, Anadarko increased its working interest in Shenandoah from 30% to 33% by participating in a preferential-right process."<br><br>(Defs.' Ex. 98 at APC-00300444) | • Truthful statements about appraisal activities | • Discusses progress on Shen development, and presents selective positive appraisal results while omitting material facts about negative appraisal findings and their impact on commercial viability (*see* Opp., §§IV.B.1.-4., VI.A.2.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 47 | Feb. 17, 2017 | Anadarko, Walker, Gwin<br><br>Anadarko 2016 Form 10-K | 139 | "At the end of each quarter, management reviews the status of all suspended exploratory drilling costs in light of ongoing exploration activities, in particular, whether the Company is making sufficient progress in its ongoing exploration and appraisal efforts or, in the case of discoveries requiring government sanctioning, analyzing whether development negotiations are underway and proceeding as planned.<br><br>* * *<br>If management determines that future appraisal drilling or development activities are unlikely to occur, associated suspended exploratory well costs are expensed."<br><br>(Defs.' Ex. 98 at APC-00300509)<br><br>"In determining whether a significant unproved property is impaired numerous factors are considered including, but not limited to, current exploration plans, favorable or unfavorable exploration activity on the property being evaluated and/or adjacent properties, our geologists' evaluation of the property, and the remaining months in the lease term for the property."<br><br>(Defs.' Ex. 98 at APC-00300510) | • Accounting policies and decisions | • States specific accounting policies and practices were being followed when they were not (*see* Opp., §§IV.B.1.-4., VI.A.3.c.)<br><br>• Item 303 violation – statement gives rise to a duty to disclose (*see* Opp., §VI.A.3.c.) |
| 48 | Feb. 20, 2015 | Walker, Gwin<br><br>Anadarko 2014 Form 10-K | 100 | Sarbanes-Oxley Act certifications that Walker and Gwin each signed certifying that they had reviewed the filing and:<br><br>(a) it did "not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements | **Defendants do not challenge actionability** | • Falsely certifies filing did not contain materially |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | made, in light of the circumstances under which the statements were made, not misleading";<br><br>(b) the financial information "fairly present in all material respects the financial condition, results of operations and cash flows";<br><br>(c) Anadarko had adequate internal controls and procedures to ensure material information was made known to Walker/Gwin for disclosure purposes;<br><br>(d) Anadarko had adequate control over financial reporting to ensure the reliability of financial reporting and compliance with Generally Accepted Accounting Principles ("GAAP"); and<br><br>(e) Walker and Gwin had disclosed to Anadarko's auditors and Audit Committee "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information" and "[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting." | | misleading statements and omissions. Also states specific accounting policies and practices were being followed when they were not, rendering financial statements misleading and demonstrating inadequate internal controls (*see* Opp., §§IV.C.3., VI.A.3.c.-e.).<br><br>• Walker and Gwin were aware of |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (Pltfs.' Exs. 22-23)[11] | | material facts about Shen that were omitted in financial statements and necessary to render statements therein not misleading (*e.g.*, Statement Nos. 1-3) (*see* Opp., §VI.B.) |
| 49 | Feb. 17, 2016 | Walker, Gwin<br><br>Anadarko 2015 Form 10-K | 118 | Sarbanes-Oxley Act certifications that Walker and Gwin each signed certifying that they had reviewed the filing and:<br><br>(a) it did "not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which the statements were made, not misleading";<br><br>(b) the financial information "fairly present in all material respects the financial condition, results of operations and cash flows"; | **Defendants do not challenge actionability** | • Falsely certifies filing did not contain materially misleading statements and omissions. Also states specific |

[11] "Pltfs.' Ex(s)." are attached to the Declaration of Daniel S. Drosman in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, filed concurrently herewith.

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (c) Anadarko had adequate internal controls and procedures to ensure material information was made known to Walker/Gwin for disclosure purposes;<br><br>(d) Anadarko had adequate control over financial reporting to ensure the reliability of financial reporting and compliance with GAAP; and<br><br>(e) Walker and Gwin had disclosed to Anadarko's auditors and Audit Committee "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information" and "[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting."<br><br>(Pltfs.' Exs. 26-27) | | accounting policies and practices were being followed when they were not, rendering financial statements misleading and demonstrating inadequate internal controls (*see* Opp., §§IV.C.3., VI.A.3.c.-e.).<br><br>• Walker and Gwin were aware of material facts about Shen that were omitted in financial statements and necessary to |

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | | | render statements therein not misleading (*e.g.*, Statement Nos. 21-23) (*see* Opp., §VI.B.) |
| 50 | July 26, 2016 | Walker, Gwin<br><br>Anadarko 2Q16 Form 10-Q | 130 | Sarbanes-Oxley Act certifications that Walker and Gwin each signed certifying that they had reviewed the filing and:<br><br>(a) it did "not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which the statements were made, not misleading";<br><br>(b) the financial information "fairly present in all material respects the financial condition, results of operations and cash flows";<br><br>(c) Anadarko had adequate internal controls and procedures to ensure material information was made known to Walker/Gwin for disclosure purposes;<br><br>(d) Anadarko had adequate control over financial reporting to ensure the reliability of financial reporting and compliance with GAAP; and | **Defendants do not challenge actionability** | • Falsely certifies filing did not contain materially misleading statements and omissions. Also states specific accounting policies and practices were being followed when they were not, rendering financial |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (e) Walker and Gwin had disclosed to Anadarko's auditors and Audit Committee "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information" and "[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting."<br><br>(Pltfs.' Exs. 24-25) | | statements misleading and demonstrating inadequate internal controls (*see* Opp. §§IV.C.3., VI.A.3.c.-e.).<br><br>• Walker and Gwin were aware of material facts about Shen that were omitted in financial statements and necessary to render statements therein not misleading (*e.g.*, Statement Nos. 35-36) (*see* Opp., §VI.B.) |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| 51 | Feb. 17, 2017 | Walker, Gwin<br><br>Anadarko 2016 Form 10-K | 140 | Sarbanes-Oxley Act certifications that Walker and Gwin each signed certifying that they had reviewed the filing and:<br><br>(a) it did "not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which the statements were made, not misleading";<br><br>(b) the financial information "fairly present in all material respects the financial condition, results of operations and cash flows";<br><br>(c) Anadarko had adequate internal controls and procedures to ensure material information was made known to Walker/Gwin for disclosure purposes;<br><br>(d) Anadarko had adequate control over financial reporting to ensure the reliability of financial reporting and compliance with GAAP; and<br><br>(e) Walker and Gwin had disclosed to Anadarko's auditors and Audit Committee "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information" and "[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting." | **Defendants do not challenge actionability** | • Falsely certifies filing did not contain materially misleading statements and omissions. Also states specific accounting policies and practices were being followed when they were not, rendering financial statements misleading and demonstrating inadequate internal controls (*see* Opp., |



4937-3552-7612.v2

| No.[1] | Date | Speaker/ Source/ Other Anadarko Executive Committee Member(s) Present | ¶[2] | Alleged Misrepresentation | Defendants' Claimed Reason(s) Why Statements Not Actionable | Why Statement Is Actionable |
|---|---|---|---|---|---|---|
| | | | | (Pltfs.' Exs. 28-29) | | §§IV.C.3., VI.A.3.c.-e.).<br><br>• Walker and Gwin were aware of material facts about Shen that were omitted in financial statements and necessary to render statements therein not misleading (*e.g.*, Statement Nos. 46-47) (*see* Opp., §VI.B.) |



4937-3552-7612.v2