UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, DANIEL S. DROSMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Excerpts of the March 10, 2023 Deposition of Noam Berk;

Exhibit 2: Excerpts of the August 19, 2022 Deposition of David Blakeley;

Exhibit 3: Excerpts of the July 14, 2022 Deposition of Chris Camden;

Exhibit 4: Excerpts of the July 28, 2022 Deposition of Paul Chandler;

Exhibit 5: Excerpts of the June 16, 2022 Deposition of Carlotta Chernoff;

Exhibit 6: Excerpts of the October 13, 2022 Deposition of Robert Daniels;

Exhibit 7: Excerpts of the October 7, 2022 Deposition of Lea Frye;

Exhibit 8: Excerpts of the September 28, 2022 Deposition of Catherine Anne Green;

Exhibit 9: Excerpts of the October 26, 2022 Deposition of Robert G. Gwin;

Exhibit 10: Excerpts of the September 1, 2022 Deposition of Darrell Hollek;

Exhibit 11: Excerpts of the October 14, 2022 Deposition of James Kleckner;

Exhibit 12: Excerpts of the September 22, 2022 Deposition of Ernest A. Leyendecker, III;

Exhibit 13: Excerpts of the August 24, 2022 Deposition of Patrick McGrievy;

Exhibit 14: Excerpts of the June 30, 2022 Deposition of Charles "Chip" Oudin, III;

Exhibit 15: Excerpts of the December 16, 2022 Deposition of Lyndon Pittinger;

Exhibit 16: Excerpts of the August 4, 2022 Deposition of Jonathan Michael Ramsey;

Exhibit 17: Excerpts of the June 29, 2022 Deposition of Doug Shotts;

Exhibit 18: Excerpts of the July 21, 2022 Deposition of Robert Strickling;

Exhibit 19: Excerpts of the October 20, 2022 Deposition of Robert Alvin Walker;

Exhibit 20: February 4, 2009 Anadarko press release (APC-01749407-APC-01749408);

Exhibit 21: March 19, 2013 Anadarko press release (APC-01749411-APC-01749412);

Exhibit 22: Certification of R.A. Walker to Anadarko's 2014 Form 10-K, dated February 20, 2015;

Exhibit 23: Certification of Robert G. Gwin to Anadarko's 2014 Form 10-K, dated February 20, 2015;

Exhibit 24: Certification of R.A. Walker to Anadarko's 2Q 2015 Form 10-Q, dated July 28, 2015;

Exhibit 25: Certification of Robert G. Gwin to Anadarko's 2Q 2015 Form 10-Q, dated July 28, 2015;

Exhibit 26: Certification of R.A. Walker to Anadarko's 2015 Form 10-K, dated February 17, 2016;

Exhibit 27: Certification of Robert G. Gwin to Anadarko's 2015 Form 10-K, dated February 17, 2016;

Exhibit 28: Certification of R.A. Walker to Anadarko's 2016 Form 10-K, dated February 17, 2017;

Exhibit 29: Certification of Robert G. Gwin to Anadarko's 2016 Form 10-K, dated February 17, 2017;

Exhibit 29A: March 24, 2015 Form 4 for Robert P. Daniels (Deposition Exhibit 381);

Exhibit 30: October 27, 2015 Anadarko press release (Deposition Exhibit 419);

Exhibit 31: Anadarko Petroleum Corporation 2016 Proxy Statement;

Exhibit 32: Anadarko Petroleum Corporation 2017 Proxy Statement;

Exhibit 33: May 2, 2017 Anadarko press release (APC-00314051-APC-00314065);

Exhibit 33A: Anadarko Petroleum Corporation Proxy Statement/Prospectus, dated July 11, 2019 (Deposition Exhibit 467);

Exhibit 34: March 19, 2013 Bank of America report titled, "Shenandoah: major discovery confirmed valued at ~$4/share" (Deposition Exhibit 530);

Exhibit 35: May 3, 2017 Cowen and Company report titled, "Shenandoah Results A Negative" (STEINHOLT_0009711-STEINHOLT_0009716);

Exhibit 36: May 3, 2017 Evercore ISI report titled, "In the Teeth of the Transition" (APC-01334945-APC-01334951);

Exhibit 37: May 3, 2017 Goldman Sachs report titled, "On track to meet 2017 outlook; lower asset sale proceeds negative (APC-01334952-APC-01334961);

Exhibit 38: May 3, 2017 Macquarie Research report titled, "Anadarko Petroleum[:] Where Do We Go From Here?" (APC-01334979-APC-01334986);

Exhibit 39: May 3, 2017 UBS report titled, "Anadarko Petroleum Corp.[:] Large Exploration Expense Drives 1Q17 EPS/CFPS Miss but EBITDX Beats; Maintains 2017 Guidance" (UBS00069036-UBS00069066);

Exhibit 40: Course document from Rose & Associates, LLP training for Anadarko employees, "Exploration Economics, Risk Analysis & Prospect Evaluation," with highlighting by Lea Frye (Deposition Exhibit 345);

Exhibit 41: Anadarko Accounting Bulletin No. 20.5, "Well Classification and Disposition of Suspended Will Costs," dated July 1, 2007 (Deposition Exhibit 332);

Exhibit 42: Three-Year EVP Compensation History (2013-2015) (Deposition Exhibit 308);

Exhibit 43: March 20, 2013 email exchange, subject: APC Daily Report 3.20.13 (Deposition Exhibit 441);

Exhibit 44: February 19, 2014 meeting invitation, subject: Fwd: Preparations for Upcoming E&P Offsite (Deposition Exhibit 346);

Exhibit 45: March 4, 2014 Anadarko Investor Conference PowerPoint presentation titled, "Sustained Growth With Unmatched Optionality" (Deposition Exhibit 274);

Exhibit 46: Video of Ernest Leyendecker speaking at April 6, 2014 AAPG Convention (Deposition Exhibit 409);

Exhibit 47: April 8, 2014 email subject: FW: Shenandoah – WR 52 #2 AFE – Anadarko AFE No. 2087315 (Deposition Exhibit 186);

Exhibit 48: July 8, 2014 email exchange, subject: EC presentation on GOM DW Business Case (APC-00609748);

Exhibit 49: July 22-23, 2014 email exchange, subject: GOM Business Review (APC-00132147);

Exhibit 50: August 18, 2014 email, subject: FW: August Shenandoah Meetings (Deposition Exhibit 312);

Exhibit 51: August 21-22, 2014 email exchange, subject: Here is where we landed (Deposition Exhibit 92);

Exhibit 52: September 5, 2014 email, subject: Shenandoah flow assurance report and impact on concept selection (Deposition Exhibit 537);

Exhibit 53: October 1-2, 2014 email exchange, subject: EP locations (Deposition Exhibit 259);

Exhibit 54: October 2, 2014 Anadarko PowerPoint presentation titled, "Phased Development with an Early Production Test Minimum Size Analysis" (Deposition Exhibit 222);

Exhibit 55: November 15, 2014 email, subject: Fwd: Shenandoah WR52 #2 Update (Deposition Exhibit 291);

Exhibit 56: November 14-15, 2014 email exchange, subject: Shenandoah MDT Sampling Update (APC-00147463-APC-00147464);

Exhibit 57: November 20-21, 2014 email exchange, subject: Shenandoah 4 Location.pptx (Deposition Exhibit 261);

Exhibit 58: November 21-24, 2014 email exchange, subject: ABCDE MMRA's done + ABCDE multizone (Deposition Exhibit 156);

Exhibit 59: November 24, 2014 email, subject: Shenandoah Project Timeline (Deposition Exhibit 228);

Exhibit 60: November 25, 2014 email exchange, subject: The F-word (Deposition Exhibit 117);

Exhibit 61: November 25-26, 2014 email exchange, subject: Ernie (Deposition Exhibit 294);

Exhibit 62: November 25-27, 2014 email exchange, subject: Question on EC Meeting (APC-00617470-APC-00617472);

Exhibit 63: December 1-2, 2014 email exchange, subject: Shenandoah Partner Meeting (Deposition Exhibit 258);

Exhibit 64: December 3-4, 2014 email exchange, subject: EFB Modified Contact Initialization (Deposition Exhibit 263);

Exhibit 65: December 4, 2014 email exchange, subject: Shenandoah 3 (APC-00001797);

Exhibit 66: December 31, 2014-January 6, 2015 email exchange, subject: Shenandoah WR52 #2 Accounting (Deposition Exhibit 180);

Exhibit 67: Anadarko 2014 and 2015 Performance Review Process Forms for Lea Frye (Deposition Exhibit 252);

Exhibit 68: January 29, 2015 email, subject: Management Report 01-29-15.doc (Deposition Exhibit 157);

Exhibit 69: February 2015 PowerPoint presentation titled, "Managing Dynamic Uncertainty for Shenandoah Field Development" (Deposition Exhibit 96);

Exhibit 70: February 3, 2015 email exchange, subject: FW: Raymond James Energy Daily Update (Deposition Exhibit 123);

Exhibit 71: February 17-18, 2015 email exchange, subject: Controversial presentation materials (Deposition Exhibit 100);

Exhibit 72: February 18, 2015 email exchange, subject: Fwd: Updated Presentation (Deposition Exhibit 99);

Exhibit 73: February 19, 2015 message thread, subject: Conversation with Bi, Jackson (Deposition Exhibit 101);

Exhibit 74: April 2015 Anadarko PowerPoint presentation titled, "Asphaltene Mitigation" (Deposition Exhibit 538);

Exhibit 75: April 8, 2015 email, subject: 2015-04-08_Development _Economics.pptx (Deposition Exhibit 350);

Exhibit 76: July 1-November 2, 2015 email exchange, subject: Remaining samples for 40225 (APC-00053552-APC-00053556);

Exhibit 77: August 15, 2015 email exchange, subject: Shen Updates (Deposition Exhibit 205);

Exhibit 78: August 27-28, 2015 email exchange, subject: Shen Update (Deposition Exhibit 383);

Exhibit 79: August 28-31, 2015 email exchange, subject: Shen 4 (Deposition Exhibit 268);

Exhibit 80: September 11-13, 2015 email exchange, subject: Beths salt interp (Deposition Exhibit 134);

Exhibit 81: September 25, 2015 email, subject: Int'l/DW Ops EC Offsite Pre-read (Deposition Exhibit 387);

Exhibit 82: September 25-26, 2015 email exchange, subject: WR51 #3 ST01 TD & Update (Deposition Exhibit 385);

Exhibit 83: October 2015 Anadarko PowerPoint presentation titled, "Shenandoah 4 Update" (Deposition Exhibit 161);

Exhibit 84: October 22, 2015 email exchange, subject: Shenandoah 4 Sidetrack 2 Summary.pptx (Deposition Exhibit 135);

Exhibit 85: November 13, 2015 email exchange, subject: Fwd: Transcript From The Jefferies 2015 Energy Conference (Deposition Exhibit 329);

Exhibit 86: December 2-3, 2015 email exchange, subject: WSJ (Deposition Exhibit 455);

Exhibit 87: December 13, 2015 email, subject: Shen #4 BP Wellbore MDT Program – Completed (Deposition Exhibit 247);

Exhibit 88: December 15, 2015-January 25, 2016 email exchange, subject: Shenandoah-4 Mean MMBOE (Deposition Exhibit 39);

Exhibit 89: January 2-3, 2016 email, subject: Fwd: Shen-4 ST02 Update Saturday AM 12/31/15 (Deposition Exhibit 390);

Exhibit 90: January 18-19, 2016 email, subject: FW: Summary Slides (Deposition Exhibit 269);

Exhibit 91: January 19, 2016 email exchange, subject: Resources (Deposition Exhibit 43);

Exhibit 92: January 19-20, 2016 email exchange, subject: BOD slides/Shen numbers (Deposition Exhibit 47);

Exhibit 93: January 25, 2016 email, subject: FW: A new question for a new year: resource estimates after a discovery has been made (Deposition Exhibit 50);

Exhibit 94: January 27, 2016 email, subject: Shenandoah Resource Chart (Deposition Exhibit 173);

Exhibit 95: January 28, 2016 email, subject: FW: Enjoy … 2016 updated resources (Deposition Exhibit 140);

Exhibit 96: February 5, 2016 email exchange, subject: 4588 – Jenifer Tule has requested plane N273A (Deposition Exhibit 422);

Exhibit 97: February 19, 2016 email, subject: Fwd: involuntary layoff (Deposition Exhibit 365);

Exhibit 98: April 5, 2016 email, subject: Emailing: Q1 Partner – Final_WithEdit.pdf (APC-00236818-APC-00236923);

Exhibit 99: April 27, 2016 Anadarko PowerPoint presentation titled, "EC Post-Offsite Discussion" (Deposition Exhibit 424);

Exhibit 100: May 18, 2016 letter from Lea Frye to Dalon Schuckman (Deposition Exhibit 354);

Exhibit 101: May 21, 2016 email, subject: Fwd: Weekend Update(Deposition Exhibit 391);

Exhibit 102: June 2, 2016 Anadarko PowerPoint presentation titled, "Shenandoah #5 Update & Preliminary Implications" (APC-00359319);

Exhibit 103: June 13, 2016 Anadarko PowerPoint presentation titled, "2016 Strategy Development[,] 'Back to Work' Commodity Price Scenario Analysis" (Deposition Exhibit 458);

Exhibit 104: June 13, 2016 Anadarko PowerPoint presentation titled, “EC Planning Session Asset Overviews” (Deposition Exhibit 460);

Exhibit 105: July 5, 2016 Anadarko PowerPoint presentation titled, “2016 Strategy Development, Executive Committee Update” (Deposition Exhibit 462);

Exhibit 106: July 2, 2016 email exchange, subject: Shen 5 update (APC-00699952);

Exhibit 107: July 25, 2016 Anadarko PowerPoint presentation titled, “Shenandoah EC update” (APC-00360281);

Exhibit 108: July 27, 2016 email, subject: FW: BOD slides (Deposition Exhibit 533);

Exhibit 109: August 1-2, 2016 Anadarko PowerPoint presentation titled, “Meeting of the Board of Directors Day 1 Slides” (Deposition Exhibit 532);

Exhibit 110: November 10, 2016 memorandum from Property Accounting to Distribution, subject: Q3 2016 – Shenandoah-3 Suspended Well Accounting Analysis (APC-01720564-APC-01720567);

Exhibit 111: November 15, 2016 email, subject: FW: Shen Accounting Memos (Deposition Exhibit 339);

Exhibit 112: December 14-15, 2016 email exchange, subject: BOD Memo & Press Release (Deposition Exhibit 303);

Exhibit 113: February 5, 2017 email, subject: Fwd: Shen 6 update with cross section (APC-00361054);

Exhibit 114: February 13, 2017 memorandum from Shenandoah Development Team to Ernie Leyendecker re: Project Recommendation: Conduct sidetrack out of the WR52 #3 (Shen #6) appraisal well (APC-00089229-APC-00089232);

Exhibit 115: May 3, 2017 Lazard Asset Management Comment titled, “APC: Forward Progress Halted” (Deposition Exhibit 514);

Exhibit 116: May 22-24, 2017 email exchange, subject: Lunch Thurs 25th? (Deposition Exhibit 177);

Exhibit 116A: July 3, 2017 email exchange, subject: Shenandoah data room follow-up this week (APC-00741020-APC-00741023);

Exhibit 117: July 18, 2017 Anadarko PowerPoint presentation titled, "Shenandoah: Sizing It Right[,] A Retrospective[,] Tech Forum" (Deposition Exhibit 528);

Exhibit 118: Ratings of Chip Oudin by Pat McGrievy (Deposition Exhibit 105);

Exhibit 119: Anadarko PowerPoint presentation titled, "Structural Uncertainties of the Shenandoah Discovery" (Deposition Exhibit 111);

Exhibit 120: Anadarko PowerPoint presentation titled, "Shenandoah[,] Economics: Two Spar Scenario" (Deposition Exhibit 254A);

Exhibit 121: Declaration of Lea S. Frye, dated January 18, 2018 (FRYE 002627-FRYE 002630);

Exhibit 122: Declaration of Lea S. Frye in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, dated September 26, 2024; and

Exhibit 123: Unsealed documents filed in *Frye v. Anadarko Petroleum Corp.*, No. 4:17-cv-02289 (S.D. Tex.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2026, at San Diego, California.

s/ Daniel S. Drosman

DANIEL S. DROSMAN

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 14th day of July, 2026.

s/ Daniel S. Drosman
DANIEL S. DROSMAN