# EXHIBIT 41

Anadarko

# Accounting Bulletin

**A.B. No 20.5**
**Date: July 1, 2007**

**Title WELL CLASSIFICATION AND DISPOSITION OF SUSPENDED WELL COSTS**

**Exhibit 332**

## PURPOSE

This accounting bulletin provides the policy for determining the well classifications and disposition of suspended well costs for financial accounting purposes. The policy applies to Anadarko Petroleum Corporation and its consolidated subsidiaries (collectively, "Anadarko" or the "Company"). The terms 'suspended well costs' and 'work in progress' are used in this bulletin interchangeably to refer to the initially capitalized costs of drilling and completing wells pending the determination of whether **proved reserves** have been found.

## POLICY

Anadarko uses the successful efforts method of accounting for oil and gas exploration and development activities. Under this method, costs associated with drilling and equipping **development wells** and **exploratory wells** that result in **proved reserve** additions are capitalized. All **exploratory well** costs are initially capitalized as incurred pending the determination of whether the well has found **proved reserves**. The initially capitalized costs of drilling **exploratory wells** that do not find **proved reserves** are expensed (net of any salvage value, as defined in the Accounting Bulletin 20.7) when determination is made that no proved reserves can be attributed as a result of such drilling. The capitalized costs of drilling **exploratory wells** that do find **proved reserves** continue to be capitalized, subject to depreciation and allowance for impairment.

As part of each quarter-end close, representatives from the Accounting and Exploration and Operations departments shall review the status of all **exploratory wells** in progress to verify that well costs are recorded in Anadarko's financial statements in accordance with this policy. Quarterly review of **exploratory wells** in progress shall involve senior management from the Property Accounting, International Accounting, as well as the Exploration and Operations Departments. Status of wells in progress shall continue to be monitored after the end of the calendar quarter and until Anadarko's annual report on Form 10-K, quarterly report on Form 10-Q, or another Security and Exchange Commission (SEC) report containing annual or quarterly financial statements filed with the SEC, and information obtained after the balance sheet date through the date of the filing shall be considered for adjustments in the financial statements included in such filing. Previously issued financial statements shall not be retroactively revised to account for information that became known after the financial statements for that period have been filed with the SEC.

*Questions regarding application of this Accounting Bulletin should be addressed to the Department Manager responsible for its application or Accounting Policy and Research.*



APC002061
Confidential Treatment Requested Under FOIA
CONFIDENTIAL APC-00001829

## DEFINITIONS

**Exploratory well:** An exploratory well is a well that is not a **development well**, a **service well**, or a **stratigraphic test well** as those terms are defined below.

**Development well:** A well drilled within the proved area of an oil or gas reservoir to the depth of a stratigraphic horizon known to be productive.

**Field:** Area consisting of a single **reservoir** or multiple **reservoirs** all grouped on or related to the same individual or similar geological structural feature and/or stratigraphic condition.

- There may be two or more **reservoirs** in a field which are separated vertically by intervening impervious strata, or laterally by local geologic barriers, or by both.
- **Reservoirs** that are associated by being in overlapping or adjacent fields may be treated as a single or common operational field.
- "Structural feature" and "stratigraphic condition" are intended to identify localized geological features as opposed to the broader terms of basins, trends, provinces, plays, areas-of-interest, etc.

**Proved area:** That part of a property to which **proved reserves** have been specifically attributed.

**Proved reserves:** Proved oil and gas reserves are the estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known **reservoirs** under existing economic and operating conditions, i.e. as of the date the estimate is made. **Reservoirs** are considered proved if economic producibility is supported by either actual production or conclusive formation tests.

**Reservoir:** A porous and permeable underground formation containing a natural accumulation of producible oil or gas that is confined by impermeable rock or water barriers and is individual and separate from other reservoirs.

**Service well:** A well drilled, completed or re-completed for the purpose of supporting production in an existing **field**. Wells in this class are drilled for the following specific purposes: gas injection (natural gas, propane, butane, carbon dioxide, flue gas, etc.), water injection, steam injection, air injection, salt-water disposal, water supply for injection, observation, or injection for in-situ combustion.



APC002063
Confidential Treatment Requested Under FOIA
CONFIDENTIAL APC-00001831

**Stratigraphic test well:** A drilling effort, geologically directed, to obtain information pertaining to a specific geologic condition. Such wells customarily are drilled without the intention of being completed for hydrocarbon production. This classification also includes tests identified as core tests and all types of expendable holes related to hydrocarbon exploration. Stratigraphic test wells are classified as follows:

1. Exploratory-type stratigraphic test well: A stratigraphic test well not drilled in a **proved area**.
2. Development-type stratigraphic test well. A stratigraphic test well drilled in a **proved area**.

## PROCEDURES

### I. Well Classification

Wells shall be classified as either **exploratory** or **development** on or before the spud date and may not be reclassified based upon information received or discovered after that date, except as provided below and demonstrated in examples presented in Exhibit I to this Accounting Bulletin.

A well shall be classified as **exploratory** if the well is drilled to find oil and gas in an unproved area, to find a new **reservoir** in a **field** found to be productive in another **reservoir**, or to extend a known **reservoir**. An exploratory well is a well drilled to an intended location or locations to which no SEC-defined **proved reserves** could have been assigned based on information available prior to the well having been spud.

A well shall be classified as **development** if the well is drilled to an intended location or locations to which SEC-defined **proved reserves** can be specifically attributed based on information available prior to the spud date. For purposes of classifying a well as **exploratory** or **development**, consideration of whether the well is drilled to access **proved reserves** shall be based on whether subject reserves meet SEC guidelines for classifying reserves as **proved**, rather than whether **proved reserves** have been booked in the Company's reserve system at that time. For non-operated wells, the operator's classification of a planned well shall not be relied upon *solely* to determine well classification for the Company's purposes. Classification of wells as **development** or **exploratory** shall be evidenced by the AFE request(s). Interpretative questions concerning reserve definitions and well classifications should be referred to the Reservoir Engineering Manager.

If a development well is spud to produce from a proved undeveloped area and, prior to reaching the intended horizon, a new stratigraphic horizon is found and the well is completed to produce from that horizon, the well shall be classified as an **exploratory well**, assuming the well was not drilled to the originally intended horizon after discovering new reserves.

Supplemental examples relative to determining well classification are provided in Exhibit I to this Accounting Bulletin.

## II. Exploratory Wells

Pending the determination of whether a well has discovered **proved reserves**, all costs associated with drilling **exploratory** wells and **exploratory-type stratigraphic test wells** are capitalized and are classified as uncompleted wells, equipment and facilities (work in progress [WIP], or assets under construction [AUC]). If an **exploratory well** has discovered **proved reserves**, the costs continue to be capitalized, but are reclassified from WIP to *wells, related equipment and facilities* when the well is capable of producing. However, if no **proved reserves** are found, the capitalized well costs less any salvage value are charged to exploration expense.

Completion costs associated with wells that are initially classified as **exploratory** are classified as either **exploratory** or **development** depending on when determination of the well as successful is made. If the determination is made prior to incurring completion costs, then those costs are classified as **development**, otherwise, they are classified as **exploratory**.

In certain circumstances, an **exploratory** well finds reserves but those reserves cannot be classified as **proved** when drilling is completed. For example, after reserves are found, the Company may be required to obtain additional geological information, government approvals, or sales contracts, before the reserves can be classified as **proved**. In those cases, the capitalized **exploratory** well costs shall continue to be capitalized as WIP if the well has found a sufficient quantity of reserves to justify its completion as a producing well (although it is not required that the well be completed as a producing well) and the Company is making *sufficient progress* assessing the reserves and the economic and operating viability of the project. For this purpose, a project may include more than one **exploratory well** or **exploratory-type stratigraphic well** if the reserves are intended to be extracted in a single, integrated producing operation (for example, the producing wells will operate with shared infrastructure).

Whether the Company is making sufficient progress assessing reserves and the economic and operating viability of the project is a matter of judgment. In making this determination, the following shall be considered indicators that the Company is making sufficient progress.

However, all relevant facts and circumstances shall be evaluated and no single indicator is determinative.

a. Commitment of project personnel who are at the appropriate levels and who have the appropriate skills;
b. Costs are being incurred to assess the reserves and their potential development;
c. An assessment process covering the economic, legal, political, and environmental aspects of the potential development is in progress;
d. Existence (or active negotiations) of sales contracts with customers for the oil and gas;
e. Existence (or active negotiations) of agreements with governments, lenders, and venture partners;
f. Outstanding requests for proposals for development of any required facilities;
g. Existence of firm plans, established timetables, or contractual commitments, which may include seismic testing and drilling of additional **exploratory wells**;
h. Progress is being made on contractual arrangements that will permit future development;
i. Identification of existing transportation and other infrastructure that is or will be available for the project (subject to negotiations for use).

If the Company has not engaged in substantial activities to assess the reserves or the development of the project in a reasonable period of time after the drilling of the well is completed or activities have been suspended, any capitalized costs associated with that well shall be expensed, net of any salvage value. After a reasonable period of time, the planning of future activities without engaging in substantial activities is not sufficient to continue the capitalization of **exploratory well** or **exploratory-type stratigraphic well** costs. However, brief interruptions in activities required to assess the reserves or the project, or other delays resulting from governmental or other third-party evaluation of a proposed project, do not require capitalized **exploratory well** or **exploratory-type stratigraphic well** costs to be expensed. If costs of an **exploratory well** are expensed based on cessation of substantial activities, and activities resume at a later date, costs previously expensed shall not be reinstated.

To continue deferral of capitalized **exploratory well** costs (including **exploratory-type stratigraphic test wells**) as WIP beyond one year from the completion of drilling, justification by the respective asset management or exploration team of the economic and operating viability of the project as described in the preceding paragraphs is required. All instances of **exploratory well** cost deferral beyond one year from the date the drilling was completed (as determined by the date the rig is released) must be approved by the Chief Accounting Officer and Senior VP, Worldwide Exploration. If conditions for continuing capitalization in WIP as described above are not met, the **exploratory well** costs are assumed to be impaired and shall be charged to exploration expense, net of any salvage value.

As part of each quarter-end close, the Accounting, Exploration and Operations departments shall review the status of all **exploratory wells** in progress as of quarter-end to verify that well costs are recorded in Anadarko's financial statements in accordance with this policy. Quarterly review of **exploratory wells** in progress shall include senior management from the Property Accounting, International Accounting and Exploration Departments.

If an **exploratory well** is in progress at the end of an accounting period and a determination is made after period-end but before the financial statements for the period are issued (generally within 60 days of year end and 40 days of quarter end) that the well did not find **proved reserves**, the costs incurred through the end of the period, net of any salvage value, shall be charged to expense for that period. For example, for an **exploratory well** in progress as of December 31, 2007 declared to be dry on February 1, 2008, costs incurred through December 31 shall be expensed in 2007 income statement (assuming 2007 annual report on Form 10-K has not been filed with the SEC as of that date). The amount charged to expense should include costs incurred during the current period (2007 in the example above), as well as costs that were incurred and capitalized in prior periods. Costs incurred subsequent to the balance sheet date shall be charged to expense when incurred (in the example above, costs incurred after December 31, 2007 would be expensed in 2008). Previously issued financial statements shall not be retroactively revised to account for information that became known after the financial statements had been filed with the SEC. The Senior VP, Worldwide Exploration, or designee, shall communicate **exploratory wells** determined to be dry after quarter end, but before financial statements are filed with the SEC, to the Chief Accounting Officer, regardless of the magnitude of cumulative costs incurred through quarter end.

## III. Development Wells

All costs associated with drilling, completing and equipping **development wells**, **service wells** and **development-type stratigraphic test wells** are classified as uncompleted wells, equipment and facilities (WIP) until the drilling and/or facilities construction is completed. Once the drilling and/or facilities construction are completed and the wells are ready for production, the associated costs are reclassified to *wells, related equipment and facilities*. This includes costs related to drilling, completing and equipping unsuccessful **development**, **service** and **development-type stratigraphic test wells** (development dry holes). The capitalized costs classified as *wells, related equipment and facilities* shall be amortized on a unit-of production basis as indicated in Accounting Bulletin 20.7. Development dry holes are capitalized and classified in the same manner as productive wells, subject to an overall impairment test for the respective impairment unit, performed following the guidance in Accounting Bulletin 20.8.

## IV. Dual-Purpose Wells

If a well is drilled within a **proved area** of an oil or gas **reservoir** with the intent to penetrate a **proved** stratigraphic horizon and to continue deeper into unproved strata, the costs to drill to the **proved** horizon shall be accounted for as **development well** costs. The incremental cost to drill deeper to the unproved horizon shall be accounted for as **exploratory well** costs. The well must be designed and drilled with the intent and capability of being completed in the **proved** horizon in order to qualify as a dual-purpose well. However, the well does not have to be completed in the **proved** horizon in order for the drilling costs to that horizon to be accounted for as **development well** costs. The re-entry of an existing well bore, either producing or non-producing, for re-completion to an unproved **exploratory** horizon is classified as an **exploratory** project, regardless of the original classification of the existing well bore.

## V. Wells Not Completed due to Mechanical Failures

If a well (**development**, **exploratory**, service, sidetrack, etc.) cannot be completed due to mechanical difficulties and a new well is drilled to the same horizon, under certain circumstances the cost of the original well may be deferred as WIP until the replacement well is completed. The replacement well must be designed and drilled with the intent and capability of being completed in the horizon intended for the original well in order to continue cost deferral of the original well costs. If a decision is made to continue to defer the costs of the original well in WIP, such costs are then considered part of the cost of the replacement well and are ultimately capitalized (if the replacement well is a **development well** or successful **exploratory well**) or expensed (if the replacement well is an unsuccessful **exploratory well**). Continuing deferral of well costs in WIP for wells not completed due to mechanical failures is subject to approval by Assistant Controller responsible for Property Accounting.

If the original well is abandoned due to mechanical failures and another well is not drilled to the same horizon, the cost of the original well is capitalized if it was a **development well** or expensed if it was an **exploratory well**.

Examples demonstrating classification of wells as **development** or **exploratory** in a **reservoir** development program are included in Exhibit I.

**EXHIBIT INDEX**

I. Reservoir Development Well Classification



APC002068
Confidential Treatment Requested Under FOIA
CONFIDENTIAL APC-00001836

## CROSS-REFERENCES

Accounting Bulletin No. 20.7, "Depreciation of Properties and Equipment"
Accounting Bulletin No. 20.8, "Impairment Tests for Long-Lived Assets in Use"
Financial Accounting Standards Board Statement of Financial Accounting Standards No. 19, "Financial Accounting and Reporting by Oil and Gas Producing Companies"

______________________________

Bruce Busmire
Chief Accounting Officer

Exhibit I

## Reservoir Development Well Classification

**Example 1**




A discovery well (**exploratory**) is drilled on **Site D** and establishes **Site D** and offset **Sites C and E** as proved areas. Next, an offset **development** well is drilled on **Site E**, becomes a producing well and establishes offset **Site F** as a proved area. Next, an offset **development** well is drilled on **Site F**, becomes a producing well, but does not establish **Site G** as a proved area. Then a step-out, **exploratory** well is drilled on **Site B** (an unproved site) and establishes **Sites B and A** as proved areas. Next, an offset **development** well is drilled on **Site C** and becomes a producing well. Then an offset, **development** well is drilled on **Site A**. The well is dry and is plugged. Costs of the well on Site A are capitalized as development costs. Finally, an offset **exploratory** well is drilled on **Site G**. The well is dry and is plugged. Costs of the well on Site G are expensed.

**Example 2**




Assume **Pay Zone A** is a **proved area** and **Pay Zone B** is an **unproved area**. An **exploratory** well is drilled with the intent to evaluate reserves in **Pay Zone B**. Proved reserves are not found, the well is plugged back and produced from Pay Zone A. When the original plan to develop Pay Zone B is abandoned, a new **development** AFE should be established to plug back and complete the well from **Pay Zone A**. The allocated share of costs to drill to Pay Zone A and the completion costs are capitalized as development well costs and incremental costs to drill to and plug back Pay Zone B are expensed as exploratory dry hole costs. Such treatment will likely require transferring costs between cost centers after the well is completed, since, based on the original designation of the well as an exploratory well targeting unproved Pay Zone B, costs to drill to Pay Zone A before continuing to Pay Zone B would have been initially categorized as exploratory well costs.

However, if the original plan is successful and proved reserves are associated with Pay Zone B, the entire cost of drilling the well will remain capitalized as successful exploratory well costs, subject to future depreciation and impairment evaluation.

Alternatively, if the original plan is to complete the well at Pay Zone A, then drill deeper to explore for reserves from Pay Zone B, costs to drill to **Pay Zone A** would be categorized as **development** and incremental costs to drill to **Pay Zone B** would be categorized as **exploratory**.



APC002071
Confidential Treatment Requested Under FOIA
CONFIDENTIAL APC-00001839

**Example 3**

Using the same image as in Example 2, assume **Pay Zone A** is an **unproved area** and **Pay Zone B** is a **proved area**. A **development** well is drilled with the intent to produce from **Pay Zone B**. Unexpectedly, proved reserves from Pay Zone A are found. The well is completed and produces from Pay Zone A only. The well is reclassified to an exploratory well and costs are reclassified from WIP to wells, related equipment and facilities as successful exploratory well costs.

**Example 4**




Offshore **exploratory** well at **Site A** is drilled, finding proved reserves and establishing Site C as a proved area (but not Site B). A **development** sidetrack well is drilled at **Site C** and is

completed as a producing well. An offset **exploratory** sidetrack well is drilled at **Site B**. The well is dry and is plugged. Costs of the well on Site B are expensed. For well count purposes, this is considered one well with multiple penetrations.

# EXHIBIT 42

Exhibit B

## Three-Year EVP Compensation History

| Robert G. Gwin | | EVP, Finance and CFO | | | | | |
|---|---|---|---|---|---|---|---|
| | | AIP Award | | Annual Stock Award | | | |
| Year | Base Salary | Bonus $ Amount | Target % Oppty | Stock Options | Rest. Shares | Perf. Awards | Grant Value [1] |
| 2015 | $750,000 | $813,894 | 95% | 62,000 | 16,124 | 31,096 | $4,457,621 |
| 2014 | $750,000 | $1,075,875 | 95% | 47,107 | 11,782 | 22,198 | $4,430,100 |
| 2013 | $750,000 | $1,181,740 | 95% | 59,232 | 11,954 | 17,564 | $4,406,900 |

| Darrell E. Hollek | | EVP, Operations | | | | | |
|---|---|---|---|---|---|---|---|
| | | AIP Award | | Annual Stock Award | | | |
| Year | Base Salary | Bonus $ Amount | Target % Oppty | Stock Options | Rest. Shares | Perf. Awards | Grant Value [1] |
| 2016 EVP Promotion | $700,000 | | | | | | |
| 2015 | $625,000 | $584,291 | 95% | --- | --- | --- | --- |
| 2015 EVP appointment[2] | $625,000 | | | --- | 34,350 | --- | $3,200,000 |
| 2014 | $455,000 | $525,000 | 80% | 26,938 | 4,813 | 7,254 | $1,809,700 |
| 2013 | $430,000 | $506,000 | 80% | 22,922 | 4,626 | 6,797 | $1,705,400 |

| Robert K. Reeves | | EVP, Law & Chief Administrative Officer | | | | | |
|---|---|---|---|---|---|---|---|
| | | AIP Award | | Annual Stock Award | | | |
| Year | Base Salary | Bonus $ Amount | Target % Oppty | Stock Options | Rest. Shares | Perf. Awards | Grant Value [1] |
| 2015 | $700,000 | $759,635 | 95% | 48,346 | 12,573 | 24,248 | $3,475,942 |
| 2014 | $700,000 | $1,004,150 | 95% | 36,873 | 9,223 | 17,376 | $3,467,800 |
| 2013 | $700,000 | $1,077,757 | 95% | 46,363 | 9,357 | 13,749 | $3,449,500 |

| Ernest A. Leyendecker | | EVP, International & Deepwater Exploration | | | | | |
|---|---|---|---|---|---|---|---|
| | | AIP Award | | Annual Stock Award | | | |
| Year | Base Salary | Bonus $ Amount | Target % Oppty | Stock Options | Rest. Shares | Perf. Awards | Grant Value [1] |
| 2016 EVP Appointment | $575,000 | | | | | | |
| 2015 | $420,000 | $436,154 | 80% | 31,209 | 5,798 | 8,945 | $1,604,266 |
| 2014 | $420,000 | $475,000 | 80% | 22,448 | 4,011 | 6,045 | $1,500,000 |
| 2014 SVP Appointment | | | | | | | |
| 2013 | $400,000 | $450,000 | 65% | 18,847 | 3,804 | 5,589 | $1,400,129 |

| Mitchell W. Ingram | | EVP, Global LNG | | | | | |
|---|---|---|---|---|---|---|---|
| | | AIP Award | | Annual Stock Award | | | |
| Year | Base Salary | Bonus $ Amount | Target % Oppty | Stock Options | Rest. Shares | Perf. Awards | Grant Value [1] |
| 2015 | $625,000 | $113,041 | 95% | | | | |
| 2015 EVP appointment | $625,000 | | | --- | 59,809 | 31,000 | $5,183,606 |

[1] Reflects APC accounting value on grant date

[2] D.E. Hollek received a cash and equity retention award in April of 2015; no additional equity grants anticipated going forward

Exhibit 308

# EXHIBIT 43

**To:** Walker, Al[Al.Walker@anadarko.com]; Meloy, Chuck[Chuck.Meloy@anadarko.com]
**Cc:** Daniels, Bob[Bob.Daniels@anadarko.com]; Reeves, Bobby[Bobby.Reeves@anadarko.com]; Cain, Brian[Brian.Cain@anadarko.com]; Kuck, Brian[Brian.Kuck@anadarko.com]; Busmire, Bruce[Bruce.Busmire@anadarko.com]; Lawler, Doug[Doug.Lawler@anadarko.com]; Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Hackett, Jim [jim.hackett@anadarko.com]; Christiansen, John[John.Christiansen@anadarko.com]; Colglazier, John[John.Colglazier@anadarko.com]; Newman, Juanita [Juanita.Newman@anadarko.com]; Struble, Julie[Julie.Struble@anadarko.com]; Anderson, Kristen[Kristen.Anderson@anadarko.com]; Auger, Lee[Lee.Auger@anadarko.com]; Stehling, Mary[Mary.Stehling@anadarko.com]; Hatley, Tracey[Tracey.Hatley@anadarko.com]; Tedesco, Bill[William.Tedesco@anadarko.com]
**From:** Gwin, Robert[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=MOV357]
**Sent:** Wed 3/20/2013 9:00:16 PM Coordinated Universal Time
**Subject:** RE: APC Daily Report 3.20.13

---

☺ Congrats to the Explorers!

---

**From:** Walker, Al
**Sent:** Wednesday, March 20, 2013 3:59 PM
**To:** Meloy, Chuck
**Cc:** richard.pontillo@thomsonreuters.com; Daniels, Bob; Reeves, Bobby; Cain, Brian; Kuck, Brian; Busmire, Bruce; Lawler, Doug; Leyendecker, Ernie; Hackett, Jim; Christiansen, John; Colglazier, John; Newman, Juanita; Struble, Julie; Anderson, Kristen; Auger, Lee; Stehling, Mary; Gwin, Robert; Hatley, Tracey; Tedesco, Bill
**Subject:** Re: APC Daily Report 3.20.13

I will second that... we are on our way to 3 digits.:)
On Mar 20, 2013, at 1:49 PM, "Meloy, Chuck" <Chuck.Meloy@anadarko.com> wrote:

BOOYAH and thumbs up to our exploration team once again!

---

**From:** richard.pontillo@thomsonreuters.com [mailto:richard.pontillo@thomsonreuters.com]
**Sent:** Wednesday, March 20, 2013 3:42 PM
**To:** Walker, Al; Daniels, Bob; Reeves, Bobby; Cain, Brian; Kuck, Brian; Busmire, Bruce; Meloy, Chuck; Lawler, Doug; Leyendecker, Ernie; Hackett, Jim; Christiansen, John; Colglazier, John; Newman, Juanita; Struble, Julie; Anderson, Kristen; Auger, Lee; Stehling, Mary; Gwin, Robert; Hatley, Tracey; Tedesco, Bill
**Subject:** APC Daily Report 3.20.13

| | CLOSE | CHANGE | % CHG |
|---|---|---|---|
| APC | 86.40 | 3.12 | 3.75% |
| Peer Average | | | 0.27% |
| Independents Average | | | -0.20% |
| % of Average Volume | | | 172.10% |

**Exhibit 441**

Oil and gas stocks finished the day higher with all subsectors witnessing gains led by refiners. The S&P Refiners Index gained 4% after the EIA reported refiner demand for crude oil rose 520,000 barrels a day to a two-month high, however the gain came from the lowest level of crude runs in two years.

WTI crude oil closed at $92.96 up $0.80 or 0.87% on the final day of trading for the front month contract, while Brent oil rose above $108 a barrel trimming earlier gains after the weekly inventory data showed implied oil demand fell last week to its lowest level since January 4th. The EIA reported U.S. crude-oil stocks fell by a surprise 1.3 million barrels in the week ended March 15, against analysts expectations for a rise of 1.7 million barrels. Still, traders noted the bulk of the drop occurred in the isolated West Coast market, which isn't indicative of the national trend. On the price charts, Brent faces its first upward resistance point at $108.50, said Olivier Jakob, oil analyst at Petromatrix. Support levels to watch on Wednesday are $107.50 and then 107.00, he said.

Henry Hub futures fell $0.009 or 0.23% to $3.960 after posting a 17-month high in overnight trade, as investors booked profits and shrugged off cold weather forecasts and bullish inventory expectations. Traders said a milder turn in the morning outlook for early April weather also prompted some selling, particularly after five straight sessions of gains. A cold winter has put a huge dent in inventories and should lend support to prices this year, but some traders agreed that the upside may be limited because supplies remained comfortable, with production flowing at or near an all-time peak. Forecaster MDA Weather Services still expects cold to blanket most of the nation for the next 10 days but noted that the 11-to-15-day outlook turned milder for the South and East. Inventory withdrawals have beat expectations for four straight weeks, and traders and analysts were looking for another above-average draw on Thursday, with most expecting inventories to have dropped by 70 billion cubic feet last week, according to a Reuters poll.

U.S. E&PS

FBR downgraded Cimarex Energy Co. to “Market Perform’ from ‘Outperform.’

(Late Tuesday) Press Release - ConocoPhillips announced a significant oil discovery from its recently drilled Shenandoah appraisal in the deepwater Gulf of Mexico. The WR51-2 Shenandoah appraisal well encountered more than 1,000 feet of net pay in high-quality Lower Tertiary-aged reservoirs.

(Late Tuesday) Reuters - Energy XXI Ltd. said it has entered into an agreement with Apache Corp. to explore for oil and gas in shallower waters in the central Gulf of Mexico shelf. The agreement spans several salt domes within a 135 block area. Energy XXI also said it has acquired a 25 percent

stake in 21 non-producing leases with Apache and a new seismic program is underway to define the potential of the area of interest.

Stifel Nicolaus is discontinuing coverage of GMX Resources, Inc. based on liquidity risk.

**Richard Pontillo**
Senior Director
Thomson Reuters
195 Broadway, 11th Floor
New York, NY 10007
Phone: 646-822-6326
Fax: 646-822-2688
richard.pontillo@thomsonreuters.com
thomsonreuters.com
Combine traditional disclosure approaches with the best of the Web -- all with our Web-Based Disclosure solution. Learn more.

# EXHIBIT 44

**Frye, Lea**

| | |
|---|---|
| **Subject:** | Fwd: Preparations for Upcoming E&P Offsite |
| **Location:** | *ALR-09069 WAR ROOM (Restricted) |
| **Start:** | Wed 2/19/2014 3:30 PM |
| **End:** | Wed 2/19/2014 4:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Bevers, Tracie |

Lea,

FYI, It looks like Blakeley, Janise and O'Brien are scheduling a slide review for late Wednesday afternoon.

The ultimate goal as you know is to develop base case econs with a tornado chart for sensitivity. Despite the fact that tomorrow's a holiday, I will be available by cell to talk about it. I'll be working a bit tomorrow as well.

Thanks, Pat

Patrick McGrievy
Anadarko Petroleum Corp

General Mgr - USGOM
Wk phone/ (832) 636-3973
Cell phone (281) 798-4483

Begin forwarded message:

**From:** "Bevers, Tracie" <Tracie.Bevers@anadarko.com>
**To:** "McGrievy, Pat" <Pat.McGrievy@anadarko.com>
**Subject: FW: Preparations for Upcoming E&P Offsite**

-----Original Appointment-----
From: Bevers, Tracie
Sent: Thursday, February 13, 2014 4:47 PM



Exhibit
346

# EXHIBIT 45

Anadarko

2014 ANADARKO INVESTOR CONFERENCE




INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Sustained Growth With Unmatched Optionality

John Colglazier
SVP, IR and Communications

March 4, 2014

**Exhibit**
274

# Agenda

| | Presenter | Title |
|---|---|---|
| **Company Performance** | Al Walker | Chairman, President and CEO |
| **Addressing Uncertainty** | Bobby Reeves | EVP, General Counsel |
| **Financial Discipline** | Bob Gwin | EVP, Finance and CFO |
| ***15-Minute Break*** | | |
| **U.S. Onshore** | Chuck Meloy | EVP, U.S. Onshore Exploration and Production |
| **International & Deepwater Operations** | Jim Kleckner | EVP, International and Deepwater Operations |
| ***15-Minute Break*** | | |
| **International & Deepwater Exploration** | Bob Daniels | EVP, International and Deepwater Exploration |
| **Closing Remarks** | Al Walker | Chairman, President and CEO |
| **Q&A** | All | |

# Cautionary Language

## Regarding Forward-Looking Statements and Other Matters

*This presentation contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Anadarko believes that its expectations are based on reasonable assumptions. No assurance, however, can be given that such expectations will prove to have been correct. A number of factors could cause actual results to differ materially from the projections, anticipated results, or other expectations expressed in this presentation, including the nature and timing of a final judgment or other decisions rendered relating to the Tronox Adversary Proceeding, the amount of damages, interest, attorneys' fees and other costs for which the defendants may be found liable, and the effect of such amounts on its business, prospects, results of operations, financial condition and liquidity, as well as Anadarko's ability meet financial and operating guidance, achieve its production targets, consummate the transaction described in this presentation, successfully manage its capital expenditures, timely complete and commercially operate the projects and drilling prospects identified in this presentation, achieve production and budget expectations on its mega projects, and successfully plan, secure necessary government approvals, finance, build, and operate the necessary infrastructure and LNG park. See "Risk Factors" in the company's 2013 Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and other public filings and press releases. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements.*

*Please also see our website at www.anadarko.com under "Investor Relations" for reconciliations of the differences between any non-GAAP measure used in this presentation and the most directly comparable GAAP financial measures. Also in the appendix of this presentation is a glossary of terms.*

*Cautionary Note to Investors - The U.S. Securities and Exchange Commission (SEC) permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible reserves that meet the SEC's definitions for such terms. We may use terms in this presentation, such as "resources," "net resources," "net discovered resources," "net risked discovered resources," "gross resource," "gross recoverable resources," "gross resource opportunity," "estimated net resources," "recoverable natural gas," "net opportunity," and similar terms that the SEC's guidelines strictly prohibit us from including in filings with the SEC. U.S. Investors are urged to consider closely the oil and gas disclosures in our Form 10-K for the year ended December 31, 2013, File No. 001-08968, available from us at www.anadarko.com or by writing us at: Anadarko Petroleum Corporation, 1201 Lake Robbins Drive, The Woodlands, Texas 77380 Attn: Investor Relations. You can also obtain this form from the SEC by calling 1-800-SEC-0330.*

Anadarko

2014 ANADARKO INVESTOR CONFERENCE




INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Sustained Growth With Unmatched Optionality

Al Walker
Chairman, President and CEO

March 4, 2014

# Sustained Growth With Unmatched Optionality

- Deep Portfolio Supports Future Growth
- Flexible Capital Allocation Enhances Returns
- Accelerating Resource Conversion from U.S. Onshore
- Continued Exploration Success Provides Optionality
- Active Portfolio Management Creates Differentiating Value



# Uniquely Positioned to Deliver

- **Accelerating 3 of the Best U.S. Onshore Oil Assets**
- **Delivering 2 of the Best Gulf of Mexico Oil Assets**
- **Generating Significant Cash at El Merk and Jubilee**
- **Advancing World-Class LNG Project in Mozambique**
- **Industry-Leading Exploration Success**
- **Strong Balance Sheet and Portfolio Management**

# Superior 5-Year Track Record

| | Long-Term Objectives | 5-Year Results (2009 - 2013) |
|---|---|---|
| Production Growth (CAGR) | 5 - 7% | ~7% |
| Reserve Replacement* | 150+% | 160% |
| F&D* ($/BOE) | ~$15 | $14.45 |

- ~70% Deepwater Exploration/Appraisal Success
- ~$10 Billion Asset Monetizations
- $3+ Billion Adjusted Free Cash Flow

** Before effects of price revisions*
*Note: See appendix slides for non-GAAP financial measures.*

# Values-Based Culture Focused on Safety

- **Our Goal is to Send Each Employee Home Safely Every Day**




** Total Recordable Incidence Rate (TRIR) is a measure of the rate of recordable workplace injuries, normalized per 100 workers per year.*
*** American Exploration and Production Council (AXPC) member-company average*

# 215,000+ BOE/d Growth

- **115+ MMBOE Cumulative Production Outperformance vs. 2009 Expectations**



# ~$10 Billion Asset Monetizations

- **Ongoing Commitment to Accelerate Value and Reduce Risk**




** Includes $1+ billion of exploration farm-out carries*

# Active Portfolio Management: Better Not Just Bigger

- **~8% Divestiture-Adjusted Sales-Volumes CAGR**




*Note: Reported sales-volumes CAGR = ~7%*

# Top-Tier Replacement Costs Enhance Value

- **35% Cost Advantage Driven by Capital-Efficient, Lower-Risk Conversions**




** Large-cap peers: APA, COP, EOG, DVN, HES, MRO, NBL, OXY*
*Note: See appendix slides for non-GAAP financial measures.*

# ~70% Deepwater Exploration/Appraisal Success

- **Consistent Outperformance vs. Industry Average**




** IHS Energy, February 2014*

# Recognized Best-in-Class U.S. Onshore Value Creator*




** Wood Mackenzie Upstream Insight, October 2013*

# Building on Our Track Record of Success

| | 2014 Expectations |
|---|---|
| Sales-Volumes Growth | 6 - 7% |
| Capital (Billions)** | $8.1 - $8.5 |
| Reserve Replacement | 150+% |
| F&D ($/BOE) | ~$15 |

"Same-Store" Sales Volumes (MMBOE)




- ~40,000 Barrels per Day Oil Growth Over 2013 Same-Store Sales
- ~25 Deepwater Exploration/Appraisal Wells
- Ongoing Value Acceleration Through Monetizations

** Excludes ~11 MMBOE of China and Pinedale/Jonah sales volumes*
*** Excludes WES capital investments*

# Liquids Growth Enhances Margins & Cash Flow

## Same-Store Sales Volumes




* Excludes ~11 MMBOE of China and Pinedale/Jonah sales volumes

## Price-Normalized EBITDAX**/Share




** Price-normalized to $90/Bbl and $4/Mcf, and excludes gains and losses on sales and hedging.

*Note: See appendix slides for non-GAAP financial measures.*

# Capital Allocation for Sustained Growth & Value

Long Cash Cycle

Mid Cash Cycle

Short Cash Cycle




**World-Class Exploration**

- High-Impact Targets
- First-Mover Advantage

**Transparent Mega-Projects Pipeline**

- High-Margin Oil
- Industry-Leading Project Management

**Capital-Efficient U.S. Onshore**

- Higher-Margin Liquids
- Driving Efficiencies
- Enabling Midstream

Corporate ~5%

**2014 Capital Expectations*: $8.1 - $8.5 Billion**

** Excludes WES capital investments*

# 2014 Capital Program Objectives

- **Allocate Capital Investments Within Anticipated Cash Flow**
- **Maintain Financial Discipline and Flexibility**
  - Provide Attractive Growth and Operating Performance
- **Increase Allocation to Short-Cycle U.S. Onshore Opportunities**
  - Focus on Liquids-Rich Volumes Growth
- **Continue Advancing Mid-Cycle Mega Projects**
  - Deliver High-Margin Oil Volumes
- **Remain Committed to Long-Cycle Exploration Drilling**
  - Success Provides Optionality

# Transparent Growth with Substantial Option Value

- **Exploration Provides Additional Value Upside and Optionality**
- **Higher Growth Potential with Sustained $4.50+/Mcf Natural Gas Prices**

**8+ BBOE Lower-Risk Development Opportunities**






# Transparent $140+/Share Net Asset Value

- **$50 - $55/Share Increase in E&P Asset Value Since 2009**
  - ~$10 Billion Asset Monetizations
- **$20+/Share Increase in Midstream Value Driven by WES and WGP**



# Anadarko's Value-Creation Model

- Sustained 5 - 7% Sales-Volumes Growth
- Capital-Efficient, Value-Enhancing Allocation
- Industry-Leading Project Management
- Best-In-Class Deepwater Exploration/Appraisal Success
- Unmatched Portfolio Optionality with Monetization Focus

Anadarko

2014 ANADARKO INVESTOR CONFERENCE





INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375


# Addressing Uncertainty

Bobby Reeves
EVP, General Counsel

March 4, 2014

# Tronox Adversary Proceeding: Pending

- **Memorandum of Opinion Issued December 2013**
  - Not a Final Judgment
  - Finds Kerr-McGee Liable for Fraudulent Conveyance
  - Court Requested Additional Briefing on Damages
- **Remaining Briefing and Decision**
  - Kerr-McGee's Final Brief Due March 14
  - Hearing Scheduled for April
  - Court Expected to Rule After Completion of Briefing/Hearing
- **Liability of $850 Million Accrued at YE13**
  - Estimated Range of Probable Loss: $850 Million - $5.15 Billion
  - Does Not Include Potential Amounts for Interest, Appreciation or Attorneys' Fees/Costs
- **Preserved Our Rights to Appeal**

Anadarko

2014 ANADARKO INVESTOR CONFERENCE




INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Financial Discipline

Bob Gwin
EVP, Finance and CFO

March 4, 2014

# Strong Financial Position

- **$3.7 Billion Cash on Hand at YE13, Plus …**
  - Additional ~$3.5 Billion from Announced Monetization Transactions
- **2014 Capital Investments Within Anticipated Cash Flow**
- **Planned and Opportunistic Monetizations**
- **Anticipate Periodic WES and WGP Transactions**

| Strengthening the Balance Sheet | Net Debt to Adjusted Capital |
|---|---|
| Year-End 2012 | 34% |
| Year-End 2013 | 31% |
| Year-End 2014E* | ~22% |

** Assumes NYMEX prices of $90/Bbl and $4/Mcf*

*Note: See appendix slides for non-GAAP financial measures.*

# Capital Investments Within Anticipated Cash Flow

- **Prudent and Disciplined**
- **Provides Flexibility**
- **Delivers Attractive Growth and Operating Performance**

## 2014 Expectations

| Capital Investment | Adjusted Free Cash Flow at Strip* |
|---|---|
| $8.1 B | $600+ MM |
| $8.3 B | $400+ MM |
| $8.5 B | $200+ MM |

*Excludes impacts associated with WES and WGP*

** Strip Prices as of 2/27/2014: ~$97.50/Bbl and ~$4.50/Mcf*
*Note: See appendix slides for non-GAAP financial measures.*

# Active Portfolio Management Drives Value

- ~$10 Billion Asset Monetizations 2009 - 2013
  - ~$5 Billion Carried-Interest Agreements
  - $4+ Billion Asset Divestitures
  - $1+ Billion Exploration Farm-Outs

  *Not Including WES and WGP*

- Enhances Returns Without Leveraging the Balance Sheet
- Increases Cash-Cycle Velocity
- Reduces Execution Risk
- Optimizes Capital Allocation and Leverages Expertise

# Monetizing Mozambique: Exploration Value Realized

- **Exploration Farm-Outs Reduced Financial Risk**
- **$2.64 Billion Partial Monetization Accelerated 2018+ Cash Flows to Today**
- **Net Proceeds Expected to Fund Future Capital to First Cargoes**
- **Net Financial Exposure to Execution Risk Reduced**
- **Enhanced Portfolio Flexibility**




** Assumes ~60% project financing for 2015 and beyond*

# WES & WGP: $11+ Billion Value for Anadarko

- **Anticipate Periodic Transactions**
- **WES Independently Funds Significant Midstream Expansions**
- **Provide Visible Cash Source**






# WES: Funding Anadarko's Infrastructure Growth

- **Supports Anadarko's U.S. Onshore Expansion**
- **35+% Total Midstream Spending Directly Funded by WES**




** Excludes acquisitions*

# Growing Portfolio of High-Value Assets

| | March 2009 (Billions) | March 2014 (Billions) |
|---|---|---|
| E&P Assets | ~$40 | $67 - $70+ |
| Midstream | $2+ | $12+ |
| Net Debt and Other | ~$(8) | ~$(6) |
| Total Company NAV | $80+/Share<br>~450 MM Shares | $140+/Share<br>~505 MM Shares |

75% NAV Appreciation

# Managing in an Uncertain Environment

- Strong Balance Sheet
- Access to Liquidity
- Deep Portfolio of Valuable Assets
- Sustained Operational Results
- Commitment to Ongoing Monetizations

Case 4:20-cv-00576 Document 350-5 Filed 08/17/20 in TXSD Page 55 of 245






# U.S. Onshore: Delivering Superior Results

Chuck Meloy
EVP, U.S. Onshore Exploration and Production

March 4, 2014

INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# U.S. Onshore: Our Mission

- **Deliver Short-Cycle, Capital-Efficient Liquids Growth**
- **Build Enabling Infrastructure**
- **Increase Efficiencies and EURs**
- **Explore for and Accelerate the Next Resource Play**
- **Maintain Natural Gas Option Value**




**Zero to ~370,000 BOE/d**
**Horizontal Sales-Volumes Growth in 5 Years**



# 2014 U.S. Onshore: Capital-Efficient Growth Engine

- **10+% YOY Same-Store* Sales-Volumes Growth to 625,000+ BOE/d**
- **Wedge Volumes Added at ~$35,000 per Flowing BOE/d**
- **~$13/BOE Development Costs**
- **Continued Efficiency Improvements**
- **Significant Midstream Expansions**

| | **Reported Net Sales Volumes** (MBOE/d) | | | | | |
|---|---|---|---|---|---|---|
| **U.S. Onshore** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014E** |
| **Total Sales Volumes** | 353 | 391 | 442 | 519 | 583 | 625 - 630 |
| **Liquids** (MBbl/d) | 81 | 104 | 129 | 154 | 185 | ~235 |
| **Wattenberg HZ** | - | - | 4 | 22 | 56 | 90 - 94 |
| **Eagleford** | 1 | 7 | 17 | 33 | 48 | 68 - 71 |
| **E. TX/N. LA HZ** | - | 6 | 9 | 23 | 41 | 52 - 54 |
| **Marcellus** | 1 | 6 | 23 | 54 | 85 | 93 - 95 |

** Excludes ~7 MMBOE Pinedale/Jonah 2013 sales volumes*
*Note: See appendix slides for non-GAAP financial measures.*

# U.S. Onshore: Liquids Growth Drives Margin Expansion

## 2014 Expectations

- 80+% Capital Directed to Liquids Opportunities
- ~50,000 Bbl/d YOY Liquids Growth
- 15+% EBITDAX YOY Growth to ~$5.5 Billion

**2014 Capital Budget**
**~$5.5 Billion**




**Oilier Plays**




**Liquids-Rich Plays**




**Dry-Gas Plays**




Oil NGL Gas

*Note: See appendix slides for non-GAAP financial measures.*

# U.S. Onshore: $4.5+ Billion Saved Since 2009

- **Efficiencies and Cost Savings Realized:**
  - ~$2.3 Billion Drilling
  - ~$2.2 Billion Completions

## Enhancing Drilling Performance




## Improving Completion Costs



# U.S. Onshore: Increasing Liquids Mix, Reducing Unit Costs







*2012 Data for: XCO, COG, FST, RRC, SM, EOG, PXD, NFX, UPL, QEP, ECA, WPX*

# Wattenberg HZ: Exceptional Growth & Returns

- **Accelerating 2014 Activity**
  - Operate 13 Rigs
  - Drill 360+ Wells (450+ Type-Well Equivalents)
  - Optimize Lancaster Plant
- **1.0 - 1.5 BBOE Current Resource Estimate**
  - 500+ MMBOE Upside with Downspacing
- **20+% Transparent Sales-Volumes CAGR**
- **Superior Returns: 100+% ROR**
  - Mineral-Interest Uplift
  - Consolidated Core Acreage
- **Enabling Infrastructure in Place**




| Net Wattenberg Acres | ~350,000 |
|---|---|
| Trade Outline | Oil Gathering |
| APC Land Grant & Leasehold | Water Lines |
| Gas Gathering | Plants |

## Gross Operated Wattenberg Production




## Anadarko Economics Enhanced by Land Grant Position

*BTAX NPV-10 (Millions)*




**350 MBOE EUR Well**

*Based on $4 million well cost and unescalated NYMEX prices of $90/Bbl and $4/Mcf*

# Wattenberg HZ: Consolidation Enhances Value

- **Operating Flexibility**
  - $1+ Billion Value Acceleration
  - Extended Laterals
- **Cost Savings**
  - $300+ Million Reduced Trucking
  - $200+ Million Water Sourcing
  - Significant Avoided Infrastructure
- **Maximize Infrastructure Utilization**
- **Maintain Mineral-Interest Benefit**




Net Wattenberg Acres ~350,000

Trade Outline
APC Acreage
APC Mineral Interest
Operated HZ Producing Wells

**Operated Wattenberg HZ**



# Wattenberg HZ: Maximizing Field Value

**Optimizing EURs**

- Testing Well Spacing and Frac Designs
  - Leveraging Efficiencies
- 500+ MMBOE Resource Potential Upside






# Wattenberg: Enabling Infrastructure & Takeaway

| Year-End 2013 Infrastructure | |
|---|---|
| Gas Gathering Pipelines | ~3,125 Miles |
| Oil Gathering Pipelines | ~157 Miles |
| Processing Capacity | 575 MMcf/d |
| Compression | 125,000 HP |
| Gas Gathering System Capacity | 525 MMcf/d |
| Oil Gathering Throughput | 125 MBOPD |




- **Commissioning**
  - 300 MMcf/d Lancaster Cryogenic Plant
  - 150,000 Bbl/d Front Range NGL Pipeline
- **Expanding**
  - ~80,000 Bbl/d White Cliffs Oil Pipeline
  - Field Gathering and Compression
  - 300 MMcf/d Lancaster II Cryogenic Plant



# Eagleford: Maximizing Scale Advantage

- **Drilled 1,000+ Wells to Date**
  - Average 1 New Well On Line per Day
  - 2,500+ Identified Wells Yet to Drill
- **Best Drilling Cycle Times in Play**
  - Longer Laterals at Lower Cost
- **Large-Scale Infrastructure**

- **2014 Planned Activity**
  - Operate 10 Rigs
  - Drill ~400 Wells







**Increasing Sales Volumes**




**Drilling Efficiencies and Cost Control**




** Based on unescalated NYMEX Prices of $90/Bbl and $4/Mcf*

# Eagleford: Large-Scale Infrastructure in Place

| Optimizing Infrastructure | |
|---|---|
| Oil Gathering Pipelines | 206 Miles |
| Gas Gathering Pipelines | 512 Miles |
| Compression | 208,000 HP |
| Central Gathering Facilities | 29 |

- **Brasada Gas Plant**
  - 10% Increase in NGL Recoveries
  - Provides Direct NGL Access to Mt. Belvieu
  - Enables Increased Activity







Gross Acres ~388,000
Net Acres ~185,000

- APC Acreage
- Gas Gathering
- Oil Gathering
- Oil Handling Facility
- Processing Plant
- Delivery Points

# Delaware Basin: It's All About Wolfcamp Oil

- **170+ Industry Rigs in the Delaware Basin**
- **Significant Oil Opportunity**
  - 500 - 600 MBOE/Well Current EUR
  - 85+% Liquids Composition
  - 1,000+ Gross Processed Average BOE/d IPs
- **Stacked-Pay Potential**
- **Existing and Expanding Infrastructure**




Gross Acres ~600,000
Net Acres ~245,000

APC Acreage
Farm-in Acreage
Operated Rigs
Active Industry Rigs

# Wolfcamp: Just Getting Started …

- 100+ MMBbl/Section Average STOOIP
- 1,000+ Locations De-Risked
- Significant Upside Potential






# Wolfcamp: Building on Exciting Early Results

- **Testing Stacked Pay**
- **Initiating Downspacing Pilots**
- **Testing Longer Laterals**
- **2014 Planned Activity**
  - Operate 8 - 10 Rigs
  - Drill 80+ Wells




| Increasing EURs | |
|---|---|
| **4,500' Lateral** | **4,500'+ - 7,000' Lateral** |
| **Current Completion Design** | **Enhanced Completion Design** |
| • 14 - 16 Frac Stages per Well | • 24 - 27 Frac Stages per Well |
| • ~150,000 Bbl Water and 3 Million lbs Proppant per Well | • ~200,000 Bbl Water and 6 Million lbs Proppant per Well |

# East Texas/North Louisiana: Expanding Success

- **More than Doubled Acreage Position**
  - 500+ Locations
  - 30+% Liquid Composition
  - ~1.1 MMBOE EUR per Well
- **2014 Planned Activity**
  - Operate ~5 Rigs
  - Drill ~60 Wells
- **Realizing Efficiency Gains**







* *Based on unescalated NYMEX Prices of $90/Bbl and $4/Mcf*

# E. TX/N. LA: Enhancing Margins and Recoveries

**Improving Efficiencies Since 2011**

- 20% Longer Laterals
- 19% Higher EUR/Foot Completed
- 12% Lower Total Well Cost/Foot









# Marcellus: High-Grading to Maximize Returns

- **Reduced Drilling Activity in 2014**
  - Operate 1 Rig with 3 - 5 Non-Operated Rigs
  - Focus on Highest-EUR Acreage
- **Capture Efficiencies and Cost Reductions**
- **Large Inventory at Higher Gas Prices**
- **Ramp Activity with Expanded Takeaway**




**Net Sales Volumes**




**Operated BTAX ROR**



# Midstream: Enabling Growth

## Large-Scale Operations

- 18,000+ Miles of Pipeline
- ~6 Bcf/d of Throughput
- ~2.8 Bcf/d of Processing Capacity

## Aligned with Upstream Activity

- Enables Asset Operational Control
- Ensures Timely Well Connections
- Improves Price Realizations

### Midstream Asset-Level EBITDA* and Throughput Volumes







| GNB (MMcf/d) | | |
|---|---|---|
| Year | 2013 | 2014E |
| Processing Capacity | 970 | 970 |

| Wattenberg (MMcf/d) | | |
|---|---|---|
| Year | 2013 | 2014E |
| Processing Capacity | 445 | 750 |

| Delaware Basin (MMcf/d) | | |
|---|---|---|
| Year | 2013 | 2014E |
| Processing Capacity | 125 | 125 |

| Eagleford (MMcf/d) | | |
|---|---|---|
| Year | 2013 | 2014E |
| Processing Capacity | 100 | 200 |

** Includes WES EBITDA; see appendix slides for non-GAAP financial measures.*
*** OPIS. Conway ethane price represents in-well EP mix. Prices are 3-year averages.*

# U.S. Onshore Exploration: Looking for the Next Play

- Focus on Liquids Opportunities
- Low-Cost Entry
- Quick Transition to Development

**2014 Planned Activity**

- $100+ Million Capital Budget
- 6 Plays Under Evaluation

## Previous Success



# Eaglebine: Short-Cycle Oil Opportunity

- **Encouraging Initial Results**
  - ~350 MBOE EUR/Well
  - 90+% Oil Composition
- **Concentrated Land Position HBP**
  - High Working Interest
- **Existing Midstream Infrastructure**
- **2014 Planned Activity**
  - Drill 25+ Operated Wells




**Driving Down Costs**



# U.S. Onshore: ~25,000 Identified Gas Drill Sites

**+/- $0.50/Mcf Change in Gas Prices**

- ~$275 Million Annual Cash Flow**




Note: *Identified drilling locations with a positive NPV-10 at various NYMEX gas prices and constant service costs.*

* *Natural Gas Supply Association*

** *At current production levels excluding hedge impacts*

# U.S. Onshore: Continued Growth in 2014

- Focused on Accelerating Wattenberg, Eagleford and Wolfcamp
- ~50,000 Bbl/d Higher-Margin Liquids Growth to ~235,000 Bbl/d
- Continuing to Deliver Efficiency Improvements
- Less than $13/BOE Development Costs and $4 LOE/BOE
- Significant Midstream Expansions




*Note: See appendix slides for non-GAAP financial measures.*

Anadarko

2014 ANADARKO INVESTOR CONFERENCE



INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Delivering High-Margin Growth

Jim Kleckner
EVP, International and Deepwater Operations

March 4, 2014

# Delivering High-Margin Growth

- **Generating High-Margin Oil Production**
- **Delivering World-Class Development Projects**
- **Accelerating Value Through Active Portfolio Management**



# Significant Cash Flow & Portfolio Management

- Achieved First Oil at El Merk
- Sanctioned Heidelberg and Completed $860 Million Development Carry
- Sanctioned TEN Complex
- $2.64 Billion Mozambique Partial Monetization




*Note: See appendix slides for non-GAAP financial measures.*

# Advancing Mega Developments on Schedule

- **Lucius Spar on Location**
- **Heidelberg Spar Under Construction**
- **TEN Complex Major Contracts Awarded**
- **Mozambique Moving Toward 2018 First Cargoes**

**2014 Expectations**

| | |
|---|---|
| Capital | ~$1.7 Billion |
| Sales Volumes | 175 - 180 MBOE/d |

## Design One: Build Two

**Lucius:** 80,000 BOPD Spar
Sanction to First Production: 3 Years



**Heidelberg:** 80,000 BOPD Spar
Sanction to First Production: 3 Years



# Industry-Leading Project Management

- Excellent Safety Performance
- Track Record of Project Delivery
- Standardization and Knowledge Transfer
- Contractor Continuity
- Leader in Deepwater Drilling

Independent Project Analysis (IPA)




El Merk: 160,000 Bbl/d Facilities
Sanction to First Production: 4 Years



Jubilee: 120,000 BOPD FPSO
Discovery to First Production: 3.5 Years



# Leader in Deepwater Drilling

- **Capable of Drilling Anywhere in the World**
  - 2.5 Million Pound Hook Loads
  - 2 BOP Stacks with Dual Activity Capability
  - ~$510,000 Average Day Rate




** Assumes the exercise of option periods under the contract*


Ocean BlackHornet


Noble Bob Douglas

# Consistently Delivering High-Margin Growth

- **Mega Projects Provide Transparent Growth**
- **$3.5+ Billion Value Accelerated**
  - Lucius: $556 Million Carry for 7.2% Interest
  - Heidelberg: $860 Million Carry for 12.75% Interest
  - Mozambique: $2.64 Billion Divestiture for 10% Interest
- **Appraising Next Generation Projects**







** Assumes ~60% project financing for Mozambique*
*Note: See appendix slides for non-GAAP financial measures.*

# Lucius: Maximizing Value, Reducing Capital




- **$556 Million Carried-Interest Agreement**
  - Established ~$2.8 Billion Value
- **300+ MMBOE Gross Resource**
- **World-Class Reservoir Quality and Deliverability**
- **First Oil in Second-Half 2014**
  - 3 Years from Sanction
  - Initial Infrastructure in Emerging Area

**Ramping Sales Volumes**



# Heidelberg: Replicating Lucius Success




- **$860 Million Carried-Interest Agreement**
  - Established ~$3 Billion Value
- **200 - 400 MMBOE Gross Resource**
- **Utilizing Lucius Spar Design**
  - Accelerates First Oil
  - Reduces Execution Risk and Cost
- **On Track for First Oil Mid-2016**
  - 3 Years from Sanction
  - Spar Hull ~75% Complete
  - Topsides ~15% Complete



# Ghana: Premium-Value Oil Growth

- **Jubilee: Producing 100,000+ BOPD**
  - High Margins: ~$98/Bbl EBITDAX
  - Discovery to First Production in 3.5 Years
  - Debottlenecking Projects Under Way
- **TEN: High-Margin Oil Development**
  - Development Activities Under Way
  - Awarded All Major Contracts
  - First Oil Anticipated 2016
- **MTA: Potential Jubilee Tie-Back**
  - Planned 2014 Appraisal Activity




*Note: See appendix slides for non-GAAP financial measures.*



# Algeria: Legacy Assets Delivering Significant Cash




- 3 World-Class Assets On Line
- 1.8 BBOE Cumulative Production
- 400,000+ Bbl/d Current Gross Production
- 30+% YOY Sales-Volumes Growth Expected in 2014
- High Margins: ~$86/Bbl EBITDAX



*Note: See appendix slides for non-GAAP financial measures.*

# El Merk: Delivers Record-Setting Volumes

- **500+ MMBOE Resource**
- **30,000+ Bbl/d Net Production**
- **World-Class Infrastructure**
  - Developed 4 Fields with ~100 Wells
  - Constructed 3 Large-Scale Facilities
  - Installed 650+ Miles of Pipelines

**Record Algeria Net Production**






# Mozambique: Premier Global LNG Supply




- **Massive Resource**
  - 45 - 70+ Tcf Recoverable Natural Gas in Area 1
  - Resource Size Supports 50 MMTPA
- **Extensive Appraisal Drilling**
- **Obtained Reserves Certification**
- **Global Endorsement**
  - $9.6 Billion Pre-Transaction Market Valuation
  - 3.3 MMTPA Non-Binding HOAs with Multiple Asian Customers



# Location & Cost Advantages Enhance Value

- **High-Quality Reservoirs**
  - High Deliverability
  - Established Reservoir Continuity
- **Proximity to Shore 5 - 25 Miles**
  - Initial Subsea-to-Shore Development
- **Natural Harbor**
- **Scalable Onshore Development**
  - 17,000+ Acre Site
  - Future Expansion Capability to 50 MMTPA
- **Proximity to Asian Markets**






# Mozambique: Progress Toward Commercialization

- **Reserves Certified for Initial Development**
- **FEED Studies on Schedule**
- **Environmental Impact Assessment Submitted**
- **LNG Offtake Interest from Asian Buyers**
- **Project Finance Discussions Under Way**
- **Government Support for Project**



President Guebuza visits Anadarko's Independence Hub production facility in the Gulf of Mexico.



# Continuous Project Pipeline Delivering Results

- High-Margin Oil Projects
- Commercial Focus Accelerates Value
- Significant Production/Expanding Margins
- Advancing Multiple Development Projects
- Appraising Next-Generation Projects






Anadarko

2014 ANADARKO INVESTOR CONFERENCE




# Driving Exploration Value Creation

Bob Daniels
EVP, International & Deepwater Exploration

March 4, 2014

INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Driving Exploration Value Creation

- Identify and Capture Value-Creation Opportunities
- Create Value Through Commercial Discoveries
- Provide Optionality to Realize and Enhance Value



# Industry-Leading Exploration Success Again in 2013

- **67% Deepwater Exploration/Appraisal Success**
- **900+ MMBOE Net Discovered Resources**
- **~1.5 BBOE Net Resources to Development**

*Top-10 Deepwater Discoveries**

**#5 Orca**

**#7 Coronado**

| Deepwater Discoveries | Appraising | Developing |
|---|---|---|
| Coronado | Coronado | Heidelberg |
| Yucatan | Shenandoah | Lucius |
| Phobos | Paon | TEN |
| Mozambique | Mozambique | Mozambique |

** IHS Energy, January 2014*

# ~70% Deepwater Exploration/Appraisal Success

- **Consistent Outperformance vs. Industry Average**




** IHS Energy, February 2014*

# Driving Exploration Value Creation

- Experienced Oil Finders
- Proven Strategy
- Leverage Success
- Multi-Year Balanced Program
- Value Acceleration



# Proven Exploration Strategy




## 5-Year Track Record

- **~70% Deepwater Success**
- **~5 BBOE Net Discovered Resources**
- **$5+ Billion Monetized**

**Consistent Approach**

- Focus on Strengths
- Risk Assessment and Mitigation
- Early, Low-Cost Entry
- Optimize Working Interest
- Consistent Economic Evaluation
- Portfolio-Based Decisions
- Focused on Value Creation

**Commitment**

- Consistent Funding
- All Levels Understand Exploration Risk/Rewards
- Future Focused
- Focused on Value Creation

**Culture**

- Talented Oil Finders
- Learning Organization
- Science-Based Approach
- No Bureaucracy/Quick Decisions
- Stakeholder Alignment
- Focused on Value Creation

# Exploration: Focus on Our Strengths

## SUB-SALT

- Gulf of Mexico Expertise
- Seismic Imaging
- Deepwater Drilling and Operations

## BASIN FLOOR

- Play-Opening Discovery at Windjammer
- Technology and Tool Refinement




## CRETACEOUS FANS

- Play-Opening Discovery at Jubilee
- Advantaged Understanding
- Technology and Tools Advancing with Play Concept

## UNCONVENTIONAL

- Extensive Shale Expertise
- Similarities to Proven Unconventional U.S. Plays
- Attractive Contract Terms
- Access to Premium Markets

# Multi-Year Portfolio in Motion



# Creating Unmatched Value with Optionality

**2004 - 2013**

| | |
|---|---|
| **Net Discovered Resources** | **6+ BBOE** |
| **Capital Invested** | **~$9 Billion** |
| **Monetized** | **~$10 Billion** |
| **Value Retained** | **~5 BBOE Resources**<br>**~250 MBOE/d Net Production** |






# 2014: Balanced, High-Impact Program

- Test Multiple New Ideas
- Appraise Significant Discoveries
- Capture New Opportunities
- Focus on Value Acceleration

- ~25 Gross Unrisked Wells
- Target 600+ MMBOE Net Discovered Resources

~$800 Million
Capital Expectations



# Gulf of Mexico: Mid-Cycle, High-Margin Oil

- **Competitive Advantages**
  - 25+ Years Deepwater Exploration Success
  - Multi-Year Prospect Inventory
  - Industry-Leading Project Management
  - Access to Existing Infrastructure
- **World-Class Reservoirs**
  - 100+ MMBO Targets
- **2014 Planned Activity**
  - 3 - 4 Exploration Wells
  - 3 - 4 Appraisal Wells



# Shenandoah Basin: ~$2 - $4 Billion Net Opportunity

- **Emerging Giant Resource**
- **Significant Value Creation**
  - Less than $300 Million Net Investment Through 2013
- **Excellent Transmissibility**
  - Permeability
  - Thickness
  - Fluid Viscosity
- **Strategic and Expanding Position in Basin**
- **2014 Planned Activity**
  - Drill 3 - 4 Appraisal Wells



# Deep Nansen: Play-Opener Under Existing Oil Field

- **Large, 4-Way Structure**
- **Prolific, Oil-Prone Area**
- **Leverage Infrastructure**
- **Significant Running Room**




APC WI Block
Prospect






# Bimini: Prospectivity in Our Backyard




- Prolific Oil-Prone Area
- Subsalt 3-Way Closure
- Miocene Test
- Existing Infrastructure

# Haleakala: Established Miocene Oil Play

- Subsalt 3-Way Closure
- 7,000' Objective Section
- Significant Running Room



# International Exploration: Investing for the Future

- **Competitive Advantages**
  - Leverage Understanding to New Areas
  - Significant Position in Emerging Plays
  - Reputation Affords Access
- **High Margin, High Productivity**
- **World-Class Reservoirs**
  - Billion-Barrel Discovery Potential
- **2014 Planned Activity**
  - 12 - 14 Exploration Wells
  - 3 - 4 Appraisal Wells



# Mozambique Exploration: Another Active Year




- **Offshore**
  - Define Discovery Areas
  - Appraise Orca
  - Evaluate Lunique Sub-Thrust
  - Test Deeper Objectives
- **2014 Planned Activity**
  - Drill 7 - 8 Offshore Wells
  - Drill 2 Onshore Wells

| | |
|---|---|
| Gross Acres *(APC Operator)* | ~5.7 MM |
| *Offshore Area 1* | 26.5% WI |
| *Onshore Area 1* | 35.7% WI |

APC WI Block
APC Discovery
Planned Drilling
Natural Gas Discovery
Prospect

30 miles
48 km

# Kenya: Applying Learnings to New Activity




- Validated Depositional Model
- Well-Developed Reservoirs
- Working Petroleum System Evident
- Good Seal Capacity
- 2014 Planned Activity
  - Drill 1 Exploration Well



# New Zealand: Frontier Deepwater Exploration

- **Canterbury Basin: ~4 MM Acres**
  - Drilling Caravel
  - Larger Prospect than Nearby Analog Discovery
  - Substantial Follow-On Opportunities
- **Pegasus Basin: ~2 MM Acres**
  - Acquire 2D Seismic
- **Taranaki Basin: ~4 MM Acres**
  - Evaluating Recent Drilling Results






# Liberia & Côte d'Ivoire: Evaluating the Trend

- **Pursuing the Next Jubilee**
- **Determining Commerciality**
  - Plan to Drill Paon Appraisal Well
- **2014 Planned Exploration**
  - Drill 4 Wells




| | |
|---|---|
| Gross Acres (*APC Operator)* | ~2 MM |
| *CI-103* | 55% WI |
| *CI-515, CI-516** | 45% WI |
| *CI-528, CI-529** | 90% WI |
| *LB-10** | 80% WI |

APC WI Block
APC Discovery
Planned Drilling
Oil Field
Potential Oil
Prospects and Leads
Seismic

20 miles
32 km

# Colombia: First Mover in Oil-Prone Basin

- **La Luna Source Rock**
- **Premier Acreage Position in Frontier Basin**
  - Geologic Setting Similar to Mozambique
- **Acquired Regional 3D Seismic**
- **Maturing Leads and Prospects**
- **Late-2014/Early-2015 Drilling**







| | |
|---|---|
| Gross Acres *(APC Operator)* | ~8MM |
| *Col-5, Fuerte Norte, Fuerte Sur, Ura-4, Purple Angel* | *50% WI* |
| *Col 2* | *100% WI* |

APC WI Block — Leads/Prospects — 3D Seismic — 40 miles / 64 km

# Driving Exploration Value Creation

- ✓ Experienced Oil Finders
- ✓ Proven Strategy
- ✓ Leverage Success
- ✓ Multi-Year Balanced Program
- ✓ Value Acceleration

**Industry-Leading Success**



Case 4:20-cv-00576 Document 180-5 Filed 08/17/26 in TXSD Page 116 of 245






INVESTOR RELATIONS

**John Colglazier**
Senior Vice President
832/636-2306

**Jeremy Smith**
Director
832/636-1544

**Bill Tedesco**
Manager
832/636-3375

# Sustained Growth With Unmatched Optionality

Al Walker
Chairman, President and CEO

March 4, 2014

# Anadarko's Value-Creation Model

- **Sustained 5 - 7% Sales-Volumes Growth**
- **Capital-Efficient, Value-Enhancing Allocation**
- **Industry-Leading Project Management**
- **Best-In-Class Deepwater Exploration/Appraisal Success**
- **Unmatched Portfolio Optionality with Monetization Focus**

# EXHIBIT 46
# (Video)

# EXHIBIT 47

**To:** Trautman, Tim[Tim.Trautman@anadarko.com]; Ramsey, Jake[Jake.Ramsey@anadarko.com]; Strickling, Robert[Robert.Strickling@anadarko.com]; Kunning, Jim [jim.kunning@anadarko.com]; Kendall, Beth[Beth.Kendall@anadarko.com]
**Cc:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Bryan, Jim[Jim.Bryan@anadarko.com]; Blakeley, David[David.Blakeley@anadarko.com]; McGrievy, Pat [Pat.McGrievy@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]; Butaud, Todd[Todd.Butaud@anadarko.com]; Rodriguez, Arnold[Arnold.Rodriguez@anadarko.com]; Browning, Brad[Brad.Browning@anadarko.com]; Pursell, Deborah[Deborah.Pursell@anadarko.com]; Capstin, Kim[Kim.Capstin@anadarko.com]; Sease, Diane[Diane.Sease@anadarko.com]
**From:** Pachman, Jeff[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=WGV237]
**Sent:** Tue 4/8/2014 7:34:59 PM Coordinated Universal Time
**Subject:** FW: Shenandoah - WR 52 #2 AFE - Anadarklo AFE No. 2087315
**Attachment:** AFE No. 2087315 WR 52 No. 2.pdf

---

FYI

-----Original Message-----
From: Pachman, Jeff
Sent: Tuesday, April 08, 2014 2:24 PM
To: Jim Higgins - Conoco ; 'Flinner, Teri L'; ben.davis@cobaltintl.com; Dowdell, Brad (MRO); Hamrick Dan (jdhamrick@marathonoil.com); Scott Cornwell; jross@venari.net
Subject: Shenandoah - WR 52 #2 AFE - Anadarklo AFE No. 2087315

Attached is Anadarko AFE No. 2087315 in the gross (100%) amount of $225,165,000, whereby Anadarko proposes to drill, log, evaluate and abandon the WR 52 #2 well. Should you have any questions or need any additional information, please let me know.

A fax is being forwarded now and an original will be delivered to each company tomorrow.

Exhibit
0186

MAIN (832) 636-1000
1201 LAKE ROBBINS DR. • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TX 77251-1330
ANADARKO PETROLEUM CORPORATION

April 8, 2014

Anadarko

ConocoPhillips Company
600 N. Dairy Ashford, Suite DU 3018
Houston, TX 77079
Attn: Jim Higgins/Teri Flinner
Fax: 281-293-6171

Cobalt International Energy, L.P.
920 Memorial City Way, Suite 100
Houston, TX 77024
Attn: Ben Davis
Fax: 713-579-9196

Marathon Oil Company
5555 San Felipe Road
Houston, TX 77056
Attn: Brad Dowdell/Dan Hamrick
Fax: 713-296-4209

Venari Offshore LLC
1080 Eldridge Parkway, Suite 1100
Houston, TX 77077
Attn: Scott Cornwell/Joe Ross
Fax: 713-266-2330

RE: Shenandoah Prospect
Anadarko AFE No. 2087315
Lease OCS-G 25232 Walker Ridge Block 52 #2 Well
Down-dip Appraisal Well – Lease Maintenance Operation

Gentlemen:

Enclosed herewith for your review and approval is Anadarko AFE No. 2087315 in the gross (100%) amount of $225,165,000, wherein Anadarko proposes drilling, logging, evaluating and abandoning the Walker Ridge Block 52 #2 Well (WR 52 #2). The WR 52 #2 is a down-dip Appraisal Well (estimated to be 800'-900' structurally down-dip) to the full-to-base Walker Ridge Block 51 #2 Well (WR 51 #2) that was drilled and abandoned approximately 12,800' to the west of the proposed surface location of the WR 52 #2. The WR 52 #2 is proposed as a straight hole from an approximate surface location of 5,133' FNL & 6,896' FEL of Block 52 and to be drilled to a total depth of 33,000' MD/TVD with the primary geological objective targets being the stratigraphic equivalent of those certain oil-filled Upper (Upper Wilcox 1, 2 and 3) and Lower Wilcox (Lower Wilcox A, B, C, D and E) Sands encountered in the WR 51 #2.

The primary purpose(s) of the WR 52 #2 is to (a) test the lateral continuity of the pay sands encountered in the WR 51 #2; (b) attempt to find/encounter the oil/water contact(s); and (c) attempt to establish pressure connectivity (through MDT's) to the pay sands seen in the WR 51 #2.

The Objective Depth criteria for the WR 52 #2 is the shallower of:

(i) The stratigraphic equivalent of the Top of the Cretaceous (the Top of the Cretaceous is defined as the paleo and lithology marker encountered at a depth of 31,315' MD/TVD in the WR 51 #2); or
(ii) A total MD/TVD of 33,000'.

The logging and evaluation program is incorporated in the estimated Cost and is detailed on the attached wellbore schematic. Please note that the "dry hole case" equates to encountering wet sands and the "success case" equates to encountering oil via LWD, mud logs or other tools used while drilling through the objective section.

The proposed well will be drilled with the Diamond Ocean Blackhawk. The Diamond Ocean Blackhawk is a new-build, state of the art, dynamically positioned drillship with dual stack BOP's and is capable of drilling in water depths of up to 12,000' and is capable of drilling to depths of 40,000'. The current day rate for the Diamond Ocean Blackhawk is $550,000 and is anticipated to be delivered to Anadarko for drilling the WR 52 #2 on or about mid-to-late May 2014.

The attached AFE number (AFE No. 2087315) was originally submitted by Anadarko (and approved by partners in July 2013) as a Pre-Drill AFE in the gross (100%) amount of $800,000 to cover estimated pre-drill costs associated with the WR 52 #2. Administratively, this Pre-Drill AFE has been converted to a Drill AFE.

Under the Shenandoah OA/UOA, as amended, Appraisal Operations have contractually concluded (Article 11.5). However, as contemplated in Article 11.6, since a Development Plan has not been approved, the WR 52 #2 is deemed an Appraisal Operation. Moreover, since the WR 52 #2 is an activity/operation necessary to maintain Lease OCS-G 25232 Walker Ridge Block 52, the WR 52 #2 is not only an Appraisal Operation, but it is also a lease maintenance operation, subject, in particular, to Article 16.4.2 of the OA, and for which a Vote does not apply.

In conjunction with the formation of the Walker Ridge Block 51 Unit, the WR 52 #2 will be a Unit well/operation, and pursuant to the "Ratification, Joinder and Third Amendment of Operating Agreement", executed by the Shenandoah partners effective April 1, 2014, the WR 52 #2 will be governed by the UOA accordingly.

To assist you in your evaluation of this well proposal, enclosed please find (i) a wellbore schematic detailing, in particular, the well design and projected casing/liner settings; (ii) an estimated pore pressure (to depth) plot; and (iii) an estimated days versus depth plot (in dollars). As a reminder from the February 18, 2014 Partner Meeting, the current well design will not afford the drilling of a geologic sidetrack as a subsequent operation.

<u>Pursuant to Article 8.6.1, each Party has thirty (30) days from receipt of this proposal to make its participation election as to same</u>. Should you have any questions or need anything further, please don't hesitate contacting me at (832) 636-3170.

Yours very truly,

Jeffrey E. Pachman
Project Land Advisor

Anadarko
Petroleum Corporation

## AUTHORIZATION FOR EXPENDITURE

**Company Code:** 0622 **AFE No.:** 2087315 **Type:** DE – DRILLING – EXPLORATORY

**Well #/Name:** 1H302300/WALKER RIDGE 52 002 **Field:** 0990 WILDCAT (EXPL)

**Country:** USA **State/Province:** NORTHERN GUL **County:** WALKER RIDGE

**Prospect:** **Surface Loc:** 60812 52

**Target Zone:** WILCOX 9300 **Bottom Hole Loc:** 60812 52

**Project Depth:**

**Project Name:** WALKER RIDGE 52 002

**Project Description:** DRILL AND EVALUATE WALKER RIDGE 52 002, SHENANDOAH PROSPECT

| Working Interest Owners | Operator | WI | Amount |
|---|---|---|---|
| ANADARKO PETROLEUM CORP. | X | 0.00000000 | $0 |
| ANADARKO US OFFSHORE CORP. | | 0.30000000 | $67,549,500 |
| CONOCOPHILLIPS COMPANY | | 0.30000000 | $67,549,500 |
| COBALT INTERNATIONAL ENERGY LP | | 0.20000000 | $45,033,000 |
| MARATHON OIL CO | | 0.10000000 | $22,516,500 |
| VENARI OFFSHORE LLC | | 0.10000000 | $22,516,500 |
| TOTAL | | | $225,165,000 |

| | PDE | DRL.DHC | TOTAL |
|---|---|---|---|
| ORIGINAL | $800,000 | $224,365,000 | $225,165,000 |
| TOTAL | $800,000 | $224,365,000 | $225,165,000 |

**Please mark your election in the box below**

☐ Election to Participate

☐ Election to Non-Consent

APPROVED BY:______________________ PRINTED NAME:______________________

COMPANY NAME:______________________ DATE:_____/_____/_____

Anadarko Petroleum Corporation

AUTHORIZATION FOR EXPENDITURE

**Company Code:** 622 **AFE No:** 2087315 **AFE Type:** DE - DRILLING - EXPLORATORY
**Well #/Name:** 1H302300 / WALKER RIDGE 52 002

**GROSS DETAIL COST ESTIMATE**

| Cost Element | Description | Current Amount | Supplement | Intangible | Tangible | Total |
|---|---|---|---|---|---|---|
| 80012300 | Drilling & Wellwork Consulting Services | $200,000 | $0 | $200,000 | $0 | $200,000 |
| 80017060 | Environmental Consulting Services | $50,000 | $0 | $50,000 | $0 | $50,000 |
| 80011050 | Legal Services & Fees | $50,000 | $0 | $50,000 | $0 | $50,000 |
| 80010160 | Surveying | $500,000 | $0 | $500,000 | $0 | $500,000 |
| | Total PDE | $800,000 | $0 | $800,000 | $0 | $800,000 |
| 80012410 | Casing > 30 in (>76.17 cm) | $383,675 | $0 | $0 | $383,675 | $383,675 |
| 80012370 | Casing 12.0-15.99 in. (30.46-40.61 cm) | $3,417,119 | $0 | $0 | $3,417,119 | $3,417,119 |
| 80012380 | Casing 16.0-19.99 in. (40.62-50.77 cm) | $2,033,493 | $0 | $0 | $2,033,493 | $2,033,493 |
| 80012390 | Casing 20.0-23.99 in. (50.78-60.93 cm) | $2,306,872 | $0 | $0 | $2,306,872 | $2,306,872 |
| 80012400 | Casing 24.0-29.99 in. (60.94-76.17 cm) | $550,377 | $0 | $0 | $550,377 | $550,377 |
| 80012350 | Casing 7.0-8.99 in. (17.76-22.83 cm) | $374,075 | $0 | $0 | $374,075 | $374,075 |
| 80012360 | Casing 9.0-11.99 in. (22.84-30.45 cm) | $1,570,101 | $0 | $0 | $1,570,101 | $1,570,101 |
| 80015240 | Casinghead | $800,000 | $0 | $0 | $800,000 | $800,000 |
| 80012010 | Contract Drilling | $103,050,000 | $0 | $103,050,000 | $0 | $103,050,000 |
| 80012020 | Directional Drilling Services | $4,581,500 | $0 | $4,581,500 | $0 | $4,581,500 |
| 80012060 | Downhole Rental Equipment | $7,386,500 | $0 | $7,386,500 | $0 | $7,386,500 |
| 80012040 | Drill Bits | $1,900,000 | $0 | $1,900,000 | $0 | $1,900,000 |
| 80012290 | Drilling & Wellwork Contract On Site Sup | $1,402,500 | $0 | $1,402,500 | $0 | $1,402,500 |
| 80012050 | Drilling & Wellwork Fuel | $8,415,000 | $0 | $8,415,000 | $0 | $8,415,000 |
| 80012330 | Drilling & Wellwork Misc Services | $4,675,000 | $0 | $4,675,000 | $0 | $4,675,000 |
| 80012080 | Drilling & Wellwork Mud & Chemicals | $9,350,000 | $0 | $9,350,000 | $0 | $9,350,000 |
| 80012070 | Drilling & Wellwork Surface Equip Rental | $4,675,000 | $0 | $4,675,000 | $0 | $4,675,000 |
| 80012320 | Drilling & Wellwork/G&G Meals & Entertai | $1,000 | $0 | $1,000 | $0 | $1,000 |
| 80012310 | Drilling & Wellwork/G&G Travel & Lodging | $35,000 | $0 | $35,000 | $0 | $35,000 |
| 80012160 | Fishing Tools and Services | $100,000 | $0 | $100,000 | $0 | $100,000 |
| 80012440 | Liner Hanger | $690,000 | $0 | $0 | $690,000 | $690,000 |
| 80012170 | Misc Drilling and Wellwork Consumables | $500,000 | $0 | $500,000 | $0 | $500,000 |
| 80012120 | Mud Logging | $5,610,000 | $0 | $5,610,000 | $0 | $5,610,000 |
| 80012110 | Open Hole Logging | $14,301,000 | $0 | $14,301,000 | $0 | $14,301,000 |
| 80031050 | Overhead Billed - System Calculated | $16,137,288 | $0 | $16,137,288 | $0 | $16,137,288 |
| 80012090 | Primary Cementing | $3,820,000 | $0 | $3,820,000 | $0 | $3,820,000 |
| 80012100 | Remedial Cementing | $250,000 | $0 | $250,000 | $0 | $250,000 |
| 80014000 | Road & Location | $150,000 | $0 | $150,000 | $0 | $150,000 |
| 80025010 | Shore Base/Staging Area Expenses | $280,500 | $0 | $280,500 | $0 | $280,500 |
| 80025070 | Telephone & Communications | $374,000 | $0 | $374,000 | $0 | $374,000 |
| 80024000 | Transportation/Freight Air | $1,870,000 | $0 | $1,870,000 | $0 | $1,870,000 |
| 80024020 | Transportation/Freight Ground | $1,870,000 | $0 | $1,870,000 | $0 | $1,870,000 |
| 80024010 | Transportation/Freight Marine | $21,505,000 | $0 | $21,505,000 | $0 | $21,505,000 |
| $224,365,000 | Total DRL.DHC | $224,365,000 | $0 | $212,239,288 | $12,125,712 | $224,365,000 |
| TOTAL | | $225,165,000 | $0 | $213,039,288 | $12,125,712 | $225,165,000 |

Anadarko Petroleum Corporation

# Shenandoah III Prospect

| | | | |
|---|---|---|---|
| Well: | Walker Ridge Block 52 #2 | Rig: | Diamond Ocean BlackHawk |
| | OCS-G 26232 | RKB to MSL: | 81' |
| | AFE TBD | WD: | 5,874' |
| Mudline Location: | Walker Ridge Block 52 #2 (SL:K) | RKB to ML: | 5955' |
| | Latitude: 26° 54' 42.5" N | | |
| | Longitude: -91° 32' 28.5" W | | |
| | 5,133' FNL & 6,895' FEL of Block 52 | | |
| BHL Location: | 5,133' FNL & 6,895' FEL of Block 52 | | |
| DIRECTIONAL: | Straight Hole | | |
| OBJECTIVES: | Wilcox | | |




AFE Sup data 3 17 14.xlsx 3/17/2014

Anadarko Petroleum Corporation

**Walker Ridge 52 #2**
**Drilling Plan Summary**
**SL: WR 52 "K" [5,874' WD]**

**Confidential**




Anadarko Petroleum Corporation
Shenandoah
Walker Ridge 52 #2 "K"
Ocean BlackHawk
Water Depth: 5,874'
Spud Date: 5/18/14
Rig Rate: $550,000/day
Rig Release Date:
AFE $
Dry Hole Cost AFE - $224,368,000
36" @ 6,280' MD/TVD
28" @ 7,400' MD/TVD
22" @ 8,750' MD/TVD
18" @ 12,900' MD/TVD
16" @ 17,800' MD/TVD
14"&TB @ 26,000' MD/TVD
11-7/8" @ 28,000' MD/TVD
9-3/8" &TB @ 30,100' MD/TVD
SALT
Wilcox - 30,244' MD/TVD
AFE (P50) $224.36MM
P10 $152.64MM
P90 $364.60MM
TD - 33,000' MD/TVD
MD (ft)
Days
$
0
2000
4000
6000
8000
10000
12000
14000
16000
18000
20000
22000
24000
26000
28000
30000
32000
34000
0 20 40 60 80 100 120 140 160 180 200 220 240 260 280 300 320
250,000,000
245,000,000
240,000,000
235,000,000
230,000,000
225,000,000
220,000,000
215,000,000
210,000,000
205,000,000
200,000,000
195,000,000
190,000,000
185,000,000
180,000,000
175,000,000
170,000,000
165,000,000
160,000,000
155,000,000
150,000,000
145,000,000
140,000,000
135,000,000
130,000,000
125,000,000
120,000,000
115,000,000
110,000,000
105,000,000
100,000,000
95,000,000
90,000,000
85,000,000
80,000,000
75,000,000
70,000,000
65,000,000
60,000,000
55,000,000
50,000,000
45,000,000
40,000,000
35,000,000
30,000,000
25,000,000
20,000,000
15,000,000
10,000,000
5,000,000
0

WR_52_#2_WBS_FE_4-8-14.xlsx

**Anadarko Petroleum Corporation**

# Shenandoah III Prospect

| | | | |
|---|---|---|---|
| Well: | Walker Ridge Block 52 #2 (EP "K" Location) | Rig: | Diamond Ocean BlackHawk |
| | OCS-G 25232 | RKB to MSL: | 81' |
| | AFE $224.36MM | WD: | 5,874' |
| Mudline Location: | Walker Ridge Block 52 #2 (SL:K) | RKB to ML: | 5955' |
| | | RKB to ML: | 5,955' |
| | | 18-3/4" HPWH: | 5,942' (+13' AML) |
| | | 36" LPH: | 5,945' (+10' AML) |




## Vendors

| | |
|---|---|
| LWD / MWD | Schlumberger |
| Pore Pressure Monitoring | Geoservice Prevue |
| Mud Logging | Geoservices |
| Wireline | Schlumberger |
| Real Time | Interact |
| Wellsite Paleo | Paleo Data |
| Static Dropfile | WellLink |

4/8/2014

# EXHIBIT 48

**To:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]
**Cc:** Blakeley, David[David.Blakeley@anadarko.com]
**From:** Hollek, Darrell[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZDEH1]
**Sent:** Tue 7/8/2014 3:48:43 PM Coordinated Universal Time
**Subject:** RE: EC presentation on GOM DW Business Case

---

I don't disagree but apparently that decision has been made by Al. We can try to schedule on the 23rd which would give you a little time to give input. Your perspective on our Exploration portfolio and/or need for funding to maintain our program I believe is critical. We will pull together development opportunities that can help with 2015 -17 volume issues if given the capital but exploration will be the key to being a going concern. I also think we need to think of GOM as US and Mexico.

---

**From:** Leyendecker, Ernie
**Sent:** Tuesday, July 08, 2014 9:43 AM
**To:** Hollek, Darrell
**Cc:** Blakeley, David
**Subject:** Re: EC presentation on GOM DW Business Case

I only have one day...tomorrow. I'm out of the office until July. 21'st. My view of the business case is revisiting our post-Macando business plan. I will get David Blakeley to help pull this together in my absence. I wish I could be here because I have a lot of perspective to offer on the Gulf E&P and the entire APC portfolio having been in the Corporate Planning role before.

It's unfortunate as I thought Bob & Jim had secured time from the EC to work this and postponed it until after the BOD meeting. It needs a deeper dive belc the surface to gain insight & understand.

Ernie
On Jul 8, 2014, at 8:00 AM, "Hollek, Darrell" <Darrell.Hollek@anadarko.com> wrote:

> We should try to meet and come up with a plan forward to get this done over next 2 weeks. Thoughts? May not be a final product but it appears they want our thoughts on what the future appears to hold for us.

---

> **From:** Kleckner, Jim
> **Sent:** Tuesday, July 08, 2014 7:53 AM
> **To:** Hollek, Darrell
> **Cc:** O'Brien, David; Rodriguez, Susie
> **Subject:** EC presentation on GOM DW Business Case
>
> Darrell, at yesterday's EC meeting Al lined out his expectations of having an overview of the business case in GOM prior to the BOD meeting. The latest we could schedule this meeting without running into interference with the earnings call and BOD planning would be July 21-23. I realize this is a short time frame but we need to have the EC briefed on this subject as it willcome up at the BOD strategy discussion.
>
> If we use Al's memo as a guide and develop a presentation around the questions he has asked we can address many of the issues with the information that you and your team have reviewed on Shenandoah. A key part of the presentation will be the type of exploration, development and commercial opportunity set we can develop in the GOM that will best meet portfolio needs. I realize that Ernie's/Lund's team may require more time to thoroughly characterize this opportunity set but we need to set a date prior to the BOD meeting and work to making this a meaningful discussion. Please let me know your thoughts and I'm happy to discuss.

# EXHIBIT 49

**To:** Walker, Al[Al.Walker@anadarko.com]
**Cc:** Gwin, Robert[Robert.Gwin@anadarko.com]
**From:** Flake, Joe[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=ZJAF1]
**Sent:** Wed 7/23/2014 12:49:34 PM Coordinated Universal Time
**Subject:** RE: GOM Business Review

---

As a follow-up to my note to you yesterday:

1. Early slides (1-13) use the same data I showed you in June. The team has chosen to use a ten-year look for most comparisons and these results are largely driven by a big exploration wedge combined with the fact that exploration investment "rolls-over" in our model (we only model captured exploration so exploration investment "roll-over" after ~5 years yielding a big ramp in EBITDAX and FCF (see light blue wedge on slide 8). Again, this is the same data we reviewed in June, but would look much differently over a five-year horizon.
2. Beginning on slide 14 things start to diverge a bit – With the K2 project we are not modelling a 100% COO (as instructed by the GOM) or the M10 development, the full field Conger development is also not modeled (we don't have an eco case for it). As mentioned previously, we can play around with factors or JV assumptions, but that doesn't change anything fundamentally if we are not will to commit to deliverables.
3. The additional potential shown beginning on slide 15 would require an additional ~$10 B in CAPEX over 10 years (see incremental CAPEX line on slide 17) and looks like it delivers ~40 MM BOE of incremental annual volume by 2024; Not sure what the source of that funding would be or what the incremental economics are.
4. Slide 19 – the green wedge for K2 is not included in our model (as instructed by the GOM team)
5. Slide 21 – There are no Pliocene prospects (so no wells at the lowest possible cost); The high end of the drilling cost estimates does not match what I showed you in June. Those estimates came from the GOM drilling group, so not sure what these are based on.
6. The review discusses the need to replenish inventory (slide 27) but no discussion of the cost implications (both leasehold and G&G) which would significantly dilute the FCF performance mentioned early in the presentation.
7. Slide 29 – Economics for new developments are more challenged than earlier developments (P/I of 0.4 – 0.6) with large downside oil price exposure – the same conclusion we discussed in June
8. Slide 32 – As mentioned earlier the ecos shown for Shenandoah are significantly more optimistic than what the development team is now indicating (P/I = 1.05 vs ~0.5). A comparison to Delaware Basin is also a bit misleading in my mind. If we see DB not performing as expected, we can re-allocate CAPEX to other opportunities almost instantaneously. Shenandoah's CAPEX is committed and we won't see performance until billions of dollars have been invested so a much different risk profile. The graphs also clearly demonstrate the core problem of materiality – DB ramps up to ~90 MM BOE of net production while Shenandoah peaks at ~25 MM BOE.

I hope this helps.

Joe

---

**From:** Walker, Al
**Sent:** Tuesday, July 22, 2014 7:51 PM
**To:** Flake, Joe
**Subject:** FW: GOM Business Review

Help me appreciate the difference in this work and what you showed me previously?

Al

---

**From:** Leyendecker, Ernie
**Sent:** Tuesday, July 22, 2014 4:42 PM
**To:** Walker, Al; Kleckner, Jim; Daniels, Bob; Meloy, Chuck; Gwin, Robert; Reeves, Bobby; Flake, Joe
**Cc:** Hollek, Darrell; Blakeley, David; Black, Emelie; Rodriguez, Susie; Bailey, Dianna; Heger, Tari; Sanchez, Candice; Kirchhofer, Ruth
**Subject:** GOM Business Review

Gentlemen,

On behalf of Darrell and myself, attached is some advanced reading material for tomorrow's meeting. Apologies for the length but it felt necessary for a deeper dive into the Gulf.

Let us know if you have any questions or need anything else in advance. We will try to move through this quickly to facilitate more of a discussion than a presentation.

Thanks,
Ernie

# EXHIBIT 50

**To:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]
**From:** Trautman, Tim[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=TXTEXP]
**Sent:** Mon 8/18/2014 4:30:59 PM Coordinated Universal Time
**Subject:** FW: August Shenandoah Meetings

FYI – below is what I requested for discussion with our Shenandoah development team....

---

**From:** Trautman, Tim
**Sent:** Monday, August 18, 2014 9:48 AM
**To:** McGrievy, Pat
**Cc:** Ramsey, Jake; Kendall, Beth; Pachman, Jeff; Strickling, Robert; Camden, Chris; Blakeley, David
**Subject:** RE: August Shenandoah Meetings

Pat,

Here are the items which we would like to discuss at the meeting this Wednesday.

Items to discuss:

(1) Review development's "key" slides for upcoming Shenandoah partner's meeting
(2) Make sure APC is presenting only one set of structure maps to partners
(3) Revisit coring recommendation criteria (costs, coring intervals, and core footage)
(4) Discuss the next Shenandoah appraisal well location (scheduled for 2015) assuming we "find contacts" as projected from Yucatan pressure gradients (and no other surprises from the current drilling well).
(5) What do we do if we cannot get approval for an SOO at Coronado (because we want to keep the rig at Shenandoah for a subsequent coring operation)? Hopefully, we can reach T.D. on the current well., conduct our FE program, and complete a bypass coring operation by November 15?

Thanks, Tim

---

**From:** McGrievy, Pat
**Sent:** Monday, August 11, 2014 9:45 AM
**To:** Trautman, Tim
**Cc:** Ramsey, Jake; Kendall, Beth; Pachman, Jeff; Strickling, Robert; Camden, Chris; Blakeley, David
**Subject:** RE: August Shenandoah Meetings

Yes, we can do that.

---

**From:** Trautman, Tim
**Sent:** Monday, August 11, 2014 9:40 AM
**To:** McGrievy, Pat
**Cc:** Ramsey, Jake; Kendall, Beth; Pachman, Jeff; Strickling, Robert; Camden, Chris; Blakeley, David
**Subject:** August Shenandoah Meetings

Pat,

Could your asset team give the Shenandoah exploration team an overview of what you plan to discuss with the partners on August 26 and 28.
Maybe this could be the agenda for our monthly SHENANDOAH meeting scheduled for AUGUST 20.

Thanks, Tim

**Exhibit**
**312**

# EXHIBIT 51

**To:** Shotts, Doug[Doug.Shotts@anadarko.com]
**From:** Frye, Lea[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=VBL604]
**Sent:** Fri 8/22/2014 10:42:18 AM Coordinated Universal Time
**Subject:** Re: Here is where we landed

---

I am okay with as we left the engineering barriers part it was the varied oil water contacts that we removed. Exploration was oaky with us having arbitrary barrier sensitives more sensitive to the north south fault and the potential implications of having less oil in place. We can talk more on Monday.

Sent from my iPhone

On Aug 21, 2014, at 6:42 PM, "Shotts, Doug" <Doug.Shotts@anadarko.com> wrote:

> Ok, done. I need to think through this a bit, but this kind of presents a problem with the two remaining charts. Parameters are different for recovery & cum production.Might create too many questions without getting into what's behind the scenes (that we aren't allowed to talk about).
>
> I'm kind of leaning towards not showing this slide at all. Might be better to just show the workflow and leave it at that for now.Hopefully we can present more thorough results at next meeting.Anyway, I've attached the fixed slide just in case Thoughts??
>
> Doug

---

> **From:** Frye, Lea
> **Sent:** Thursday, August 21, 2014 1:33 PM
> **To:** Shotts, Doug
> **Subject:** Here is where we landed
>
> Doug,
>
> Based on the dialog/politics between exploration and development we have removed all references to faults and I desensitized the verbiage to remove any word that says "fault" and made the language barriers/compartmentalization. So you will need to remove the OWC sensitivity from the DMS work and since the OOIP sensitivity will be insignificant you can just remove that chart entirelyI have consolidated all the slides into the common format and moved this to the foldbelt folder. We probably need to revisit on some of the word slides to make sure everything still fits now that I removed fault references. I am still working through your edits, I have been bouncing back and forth between presentations so I need to verify today that I have addressed them all. I still have some work to do on the economics side but I think it is very close to complete. We will definitely want to visit on Monday about the "Fault" thing and just make sure everything flows good. One thing I did do is add a hidden viscosity chart from the measured viscosity (slide 86). The diff lib is a smoothed correlation viscosity and may not represent real viscosity which is one of the large unknowns about the FBHP's below AOP. I also looked at the LW E vs LW A sands and the compressibility's are not much different so I think the big driver using SHEN1 fluids is the viscosity difference.
>
> Shen 2 Well LWA:
>
> <image001.png><image002.png><image003.png>
>
> Shen 1 Well LWE:
> <image004.png><image005.png><image006.png>
>
> B:\05_SHENANDOAH_WR51-52-96\02_MEETINGS\Partner Meetings\2014-08-26_Subsurface\August_26_2014_Subsurface_Combined.pptx
>
> Sr Staff Reservoir Engineer
> **Shenandoah Project**
> 1201 Lake Robbins Drive
> The Woodlands, Texas 77380
> Ph: 832-636-1439
> Cell: 281-687-9379
>
> <DRS_Edits.pptx>

Exhibit
0092

# Document Produced in Native Format

## Fluid Properties at Reservoir Pressure & Temperature

| | | |
|---|---|---|
| Reservoir Pressure | 23,134 | psia at 205 °F |
| Density | 0.743 | $g/cm^3$ |
| Density | 46.4 | $lb/ft^3$ |
| FVF (from MSF) | 1.428 | $P_{res}$ bbl/stb |
| Viscosity | 0.840 | cP |
| Compressibility | 2.81 | $\Delta vol/vol/\Delta psi \times 10^6$ |

## Fluid Properties at Saturation Pressure & Temperature

| | | |
|---|---|---|
| Saturation Pressure | 3,837 | psia at 205 °F |
| Density | 0.635 | $g/cm^3$ |
| Density | 39.7 | $lb/ft^3$ |
| FVF (from MSF) | 1.671 | $P_{sat}$ bbl/stb |
| Viscosity | 0.369 | cP |
| Compressibility | 16.96 | $\Delta vol/vol/\Delta psi \times 10^6$ |

# Document Produced in Native Format

Document 350-5 Filed 08/17/26 in TX



# Document Produced in Native Format


Liquid and Vapor Viscosities
Liquid Viscosity (cP)
Vapor Viscosity (cP)
Pressure (psia)
Liquid Viscosity
Vapor Viscosity
2.70
2.20
1.70
1.20
0.70
0.20
0.025
0.023
0.021
0.019
0.017
0.015
0.013
0.011
0.009
0
5,000
10,000
15,000
20,000
25,000

# Document Produced in Native Format

**Fluid Properties at Reservoir Pressure & Temperature**

| | | |
|---|---|---|
| Reservoir Pressure | 22,892 | psia at 190 °F |
| Density | 0.824 | $g/cm^3$ |
| Density | 51.5 | $lb/ft^3$ |
| FVF (from MSF) | 1.241 | $P_{res}$ bbl/stb |
| Viscosity | 3.066 | cP |
| Compressibility | 3.38 | $\Delta vol/vol/\Delta psi \times 10^6$ |

**Fluid Properties at Saturation Pressure & Temperature**

| | | |
|---|---|---|
| Saturation Pressure | 3,165 | psia at 190 °F |
| Density | 0.724 | $g/cm^3$ |
| Density | 45.2 | $lb/ft^3$ |
| FVF (from MSF) | 1.413 | $P_{sat}$ bbl/stb |
| Viscosity* | 0.996 | cP |
| Compressibility | 12.59 | $\Delta vol/vol/\Delta psi \times 10^6$ |

# Document Produced in Native Format

Document 350-5 Filed 08/17/26 in TX



# Document Produced in Native Format

Document 350-5 Filed 08/17/26 in TXS



# EXHIBIT 52

**To:** Maher, Jim [Vulcan Offshore][Jim.Maher@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]; Huebner, Ben[Ben.Huebner@anadarko.com]; Tule, Jenifer [Jenifer.Tule@anadarko.com]
**Cc:** Hamza, Amro[Amro.Hamza@anadarko.com]; Buck, Bob[Bob.Buck@anadarko.com]; Beattie, Mike[Mike.Beattie@anadarko.com]; McGrievy, Pat[Pat.McGrievy@anadarko.com]
**From:** Joshi, Nikhil[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QYO331]
**Sent:** Fri 9/5/2014 8:37:51 PM Coordinated Universal Time
**Subject:** Shenandoah flow assurance report and impact on concept selection
**Attachment:** 20140905-Case_for_Dry_Tree_Development.docx

---

Team,
Please find attached the flow assurance report and its impact on concept selection.

I would appreciate your review and feedback please.

Thank you. Best Regards,
Nikhil

**Exhibit**
537

Anadarko Petroleum Corporation

ANADARKO SHENANDOAH BASIN

**INTERNAL DRAFT - CONFIDENTIAL**

# Flow Assurance Impact on Shenandoah Concept Selection

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 0 | 5 Sept 2014 | Initial Draft | NBJ | | |
| REV. | DATE | DESCRIPTION | PREPARED | REVIEWED | APP'L |

| Document Control No. | Project No. | Document Type | Discipline | Seq. No. |
|---|---|---|---|---|
| | | | | |

**TABLE OF CONTENTS**

**[ TOC \O "3-4" \H \Z \T "HEADING 1,1,HEADING 2,2" ]**

# 1.0 BACKGROUND

Shenandoah discovery is in the deepwater blocks of Walker Ridge 51 and 52 in water depth of 5,750 ft. There are two wells drilled in the reservoir with further delineation underway. A summary of the properties of the fluids encountered is presented in [ REF _Ref271181394 \h ]. As observed in the table, the fluids are very similar to each other in each well. However, differences in fluid properties are observed between fluids for WR 51 #2 and WR 52 #1BP2 for the corresponding zones.

Another significant measurement observed is the high asphaltene onset pressure at the reservoir conditions in the range of 11,500 – 13,500 psi.

**Table [ STYLEREF 1 \s ]-[ SEQ Table * ARABIC \s 1 ]: Summary of fluid properties**

WR 51 #2 (Appraisal Well) (Less than 1wt% OBM in ALL samples)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/ Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| UW2 | 29,329 | 22,798 | 197 | 3,618 | 35.2 | 1,119 | 1.64/1.89 | 0.99/0.40 | 11,799 | 67 |
| UW 3 | 29,576 | 22,906 | 200 | 3,731 | 35.7 | 1,122 | 1.42/1.68 | 0.89/0.38 | N/A | 74 |
| UW3 | 29,791 | 22,981 | 202 | 3,611 | 35.5 | 1,147 | 1.41/1.67 | 0.89/0.39 | N/A | 67 |
| UW3 | 29,907 | 23,024 | 203 | 3,717 | 33.5 | 1,318 | 1.38 / 1.61 | 0.88 / 0.38 | 11,496 | 49 |
| LW A | 30,010 | 23,067 | 204 | 3,666 | 36.5 | 1,151 | 1.38 /1.61 | 0.91/0.31 | N/A | 70 |
| LW A | 30,181 | 23,134 | 205 | 3,837 | 35.7 | 1,210 | 1.43/1.67 | 0.84/0.37 | 11,908 | 53 |
| LW B | 30,323 | 23,185 | 207 | 3,797 | 35.6 | 1,237 | 1.46/1.71 | 0.90/0.55 | 11,867 | 58 |
| LW C | 30,589 | 23,301 | 210 | 3,883 | 35.4 | 1,448 | 1.47 / 1.73 | 0.48 / 0.47 | 11,719 | 59 |
| LW D | 30,892 | 23,497 | 212 | 4,344 | 36.6 | 1,819 | 1.57 / 1.89 | 0.49 / 0.27 | 13,480 | 70 |
| LW E | 31,068 | 23,663 | 214 | 2,969 | 24.3 | 734 | 1.2 / 0.6 | 1.2 / 0.6 | 5,545 | 72 |

WR 52 #1BP2 (Discovery Well) (Currently not used for any workflow)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| LW D | 29,348 | 22,635 | 190 | 3,168 | 26.3 | 867 | 1.23/1.43 | 3.4 / 0.9 | 8,465 | 79 |
| LW E | 29,620 | 22,892 | 190 | 3,165 | 26.1 | 852 | 1.24/1.41 | 3.1 / 1.0 | 8,635 | 91 |

## 1.1. Objective of Work

There are two objectives of this work:

1. Present the flow assurance results to-date
2. Evaluate the impact of flow assurance results and production challenges on concept selection

With the current findings, various options are being considered for the development of this deepwater resource including the following with several variations for each case:

3. dry tree
4. wet tree / subsea

While detailed engineering with schedule and costs evaluations are pursued, the objective of this paper is to discuss high-level advantages and disadvantages between dry tree and subsea options and offer suggestions for concept development.

# 2.0 FLOW ASSURANCE RESULTS

## 2.1. Maximum Shut-In Tubing Pressure

As observed in [ REF _Ref271181394 \h ], the reservoir pressures for Shenandoah sands are relatively high. Hence, there was a concern on the methodology to be used to determine maximum shut-in tubing pressure. Schlumberger software OLGA version 7.3 was used to conduct this determination along with Calsep's PVTSim version 20.1 to generate a tuned equation of state model. The steps involved in determining the maximum shut-in tubing pressure (SITP) were as follows:

- Choose LW-D sample since it has the highest gas-oil ratio (GOR) and would result in the highest SITP.
- QA/QC the lab PVT report from Core laboratories and use it to tune an equation of state (EOS) model.
- Use the EOS model to predict reservoir pressure as a function of reservoir depth to simulate compositional gradient across the reservoir. The possible upper and lower bounds of the reservoir were obtained from the reservoir team.
- Develop a wellbore with appropriate reservoir depth and 3 options:
  - Subsea tree with a water depth of 5,900 ft
  - Subsea tree with a water depth of 5,700 ft
  - Dry tree
- Simulate each variation of composition across the reservoir with the above options.

The result of the simulation is presented in [ REF _Ref397693394 \h ]. As observed from the figure, all subsea options have a SITP that is above 15,000 psi and the dry tree option has a SITP approaching 15,000 psi at the crest of the reservoir (shallower depth). Therefore, it is conclusive that Shenandoah development would require greater than 15,000 psi equipment.

**Figure [ SEQ Figure * ARABIC ]: Maximum Shut-In Tubing Pressure (SITP)**



## 2.2. Flowline Sizing

For a subsea development, the two primary selection criteria for line sizing are:

- Minimize pressure drop in the flowline;
- Maintain velocities below erosional limits.

To determine pressure drop in the flowline, LW-D fluid properties were selected because it had the highest GOR as compared to the other fluids. The following scenarios were considered for a subsea development:

- No high-integrity pressure protection system (HIPPS) which limits the flowline ID to 5.125”.
- With HIPPS, subsea choke at the tree and a gathering system downstream of the choke to minimize number of flowlines and risers to the host:
  - Flowline ID = 7” (15,000 psi rated)
  - Flowline ID = 10” (10,000 psi rated)

Assuming arrival pressure of 1,800 psi, the pressure subsea at a gathering manifold was simulated and the results are in [ REF _Ref397693813 \h ]. It is desired to keep the pressure at the subsea manifold to be ~5,000 – 7,000 psi to minimize back pressure on the wells and optimize recovery. As seen in the figure, a 5.125” ID flowline without HIPPS results in very high pressures at the manifold and it is unrealistic. Both the 7” and 10” ID flowlines require relatively low pressures to allow high flowrates through them.

**Figure [ SEQ Figure * ARABIC ]: Flowline pressure drop results**




In addition to the pressure drop, erosional velocity limits are also to be considered. Assuming sand control is deployed, the erosional velocity limit is based on C-factor of 150 for carbon steel flowlines. Hence, C-factor (EVR) was calculated for the 3 options presented above and the results are presented in

[ REF _Ref397694122 \h ]. As observed in the figure, a 10" ID flowline is the best option for a subsea development to minimize frictional pressure drop as well as minimize erosional velocities. There are other considerations such as slugging and heat retention which are to be considered before the line sizing is finalized but they are operational optimizations that can be undertaken at a later stage.

**Figure [ SEQ Figure * ARABIC ]: Erosional velocity with sand control**



# 3.0 DEVELOPMENT CHALLENGES

This section discusses the following significant concerns that should be considered for concept development selection:

1. Sand control / production
2. Vertical Connectivity and Production Surveillance
3. Asphaltene mitigation
4. Reservoir compartmentalization

## 3.1. Sand Control / Production

For Miocene reservoirs, cased-hole gravel pack with sand control screens has been the default completion strategy. Since Shenandoah reservoir has multiple sands and it is expected that multiple zones may need to be commingled downhole. To account for this complexity, open hole completion is contemplated without sand control measures because of the difficulty to implement sand control for several sands that are commingled. Open hole completion without sand control may result in sand production, which is currently not quantified. To determine likelihood of sand production and produced sand quantity as well as the particle size, whole core samples are required. It is expected to collect whole core samples in the upcoming appraisal wells and get appropriate testing done.

The core analysis will incorporate testing on the collected samples as well as simulations that take into account the measured properties. It is known that the composition of side wall core samples collected is very different from a typical Miocene core. An example of the comparison is presented in [ REF _Ref397675356 \h ] below. As seen in the table, the Shenandoah side wall core has a significantly higher clay content which may be susceptible to mobilization and hence, production.

**Table [ STYLEREF 1 \s ]-[ SEQ Table * ARABIC \s 1 ]: Comparison of core composition**

| | Miocene | Shenandoah-2 |
|---|---|---|
| Quartz | 75 – 90 | 44 |
| Feldspar | 1 – 5 | 24 |
| Clay | 4 – 8 | 19 |

After the whole core samples are analyzed, the likelihood of sand production can be determined but quantity and particle size of sand that could be produced will be uncertain.

In such a case where production of sand is to be expected, the impact of sand production can be mitigated in the following possible methods:

1. Downhole sand screens
2. Design downhole, subsea and topside equipment to allow sand production
3. Minimize bends in the production system to minimize impingement of produced sand on the flow path tubulars

Impact of sand production on erosion of tubulars has been a topic of research for several years. The University of Tulsa has an industry leading joint industry project (JIP) and has developed software named SPPS. The software can be used to determine erosional impact on various pipe bends.

### 3.1.1 Downhole Sand Screens

If downhole sand screens are deployed and sand production is expected, it is conceivable that the sand screens would withhold most of the mobilized large sand particles. Thus, minimal sand erosion is to be expected for the tubulars because of relatively small (less than 50 microns) sand particles that are allowed through the sand screens. However, the sand screens may get plugged with produced sand and

such a scenario may be difficult to remediate.

Solvent injections can be undertaken to remediate the sand plugged screens by pushing the sand away from the screens and opening sufficient screen surface area for reservoir fluids to flow. However, such a solution is expected to be temporary because the sand pushed away will produce and plug the screens again.

### 3.1.2 Erosion Calculations with Sand Production

The most impact of sand production with respect to erosion is expected for a subsea development where there are significant bends at the subsea tree and other subsea architecture. A dry tree development is not expected to have as many bends. It is also assumed that most of the bends which may be impacted by sand impingement in a dry tree development are accessible at the producing host and can be replaced with time. Such a replacement program for a subsea development is considered impractical and costly.

In order to bound the impact of sand production on the erosion of tubulars, University of Tulsa developed model was used to simulate maximum production rate expected. The smallest ID of 5.125" in a subsea development is in the HIPPS region and it is expected to the most impacted with sand production. A summary of the possible flow rates and assumptions used is presented in [ REF _Ref397677312 \h ] below and it should be noted that this is work in progress and not finalized. As seen in the table, the sand particle concentration and its size significantly impact the allowable oil production for each flowline size. A general conclusion can be derived from this work is that if a thorough understanding of the expected particle size and concentration is not developed, the capability of the subsea system is highly uncertain and a significant project risk.

In addition, it is postulated that there will be significant uncertainty in the predicted particle size and concentration even after whole core samples are analyzed and appropriate simulation work done.

Hence, the uncertainty in erosion impact discussed here is foreseen to be high resulting. Therefore, there is high uncertainty in deliverability and reliability of a subsea development without sand control.

**Table [ STYLEREF 1 \s ]-[ SEQ Table * ARABIC \s 1 ]: Flow rate limitations with sand production**

| Particle size (microns) | 250 | 50 |
|---|---|---|
| Particle concentration (%) | 1 | 0.01 |
| Size (inch) | Low (stb/d) | High (stb/d) |
| 5.125 | 5,000 | 35,000 |
| 7 | 7,000 | 80,000 |
| 10 | 9,000 | 100,000+ |

* **Work in progress**

Assumption: Allowable erosional limit of 3 mils per year (mpy)

### 3.1.3 Minimize Bends (Dry Tree)

As mentioned in the discussion above, if sand production cannot be quantified, a possible mitigation is to minimize the bends in the production flow path. This is only feasible if appropriate dry tree design is concerned for development.

## 3.2 Vertical Connectivity and Production Surveillance

As discussed in earlier sections, downhole commingling of various sands is expected to be the base case for Shenandoah development. For the well in WR 51#2 well, dead oil samples from each zone was analyzed for vertical connectivity as well as compositional similarity. The compositional work was intended as proof of concept to be used if downhole commingling is pursued.

### 3.2.1 Vertical Connectivity

Based on the completed analyses detailed in the Weatherford report BH-71208 issued in July 2014 titled "Geochemical Comparison of MDT Oils from Walker Ridge Block 51", the following sands are expected to be vertically disconnected from each other:

- Upper Wilcox 2 (UW-2)
- Lower Wilcox C (LW-C)
- Lower Wilcox D (LW-D)
- Lower Wilcox E (LW-E)

However, the other 3 sands encountered in WR51 #2 well may possibly be vertically connected but disconnected from the above set:

- Upper Wilcox 3 (UW-3)
- Lower Wilcox A (LW-A)
- Lower Wilcox B (LW-B)

This is because the dead oil samples showed very similar characteristics for these 3 sands (UW-3, LW-A and LW-B) which are very different from all other sands. This can be interpreted as:

- They are vertically connected
- They are vertically separated but could be connected hydraulically via an aquifer or they are just similar fluids but not hydraulically connected at all

These possibilities will not be conclusively determined till hydrocarbon production occurs from these sands or hydraulic connectivity is established by pressure observations during drilling of appraisal wells. Even if hydraulic connectivity is established, the nature of depletion expected from these sands won't be known till they are produced.

### 3.2.2 Production Surveillance

In a case where downhole commingling of UW-3, LW-A and LW-B is pursued, it is imperative to understand contributions from each of these zones for future drilling and development of the field including determination of cross flow across sands in each well. The zonal contributions can be determined using one of the following methods:

- Downhole distributed temperature sensors (DTS) across each sand face – the monitoring of temperature across the perforations <u>may</u> provide insight into the production rate from each zone.
- Unique tracers installed with completion screens for each zone. This is new technology that has been under trial. One of the significant limitations with such technology is that a relatively long shut-in is required for each well (24 – 48 hours) and frequent samples are to be collected of the produced fluids after shut-in. Such a technology holds promise but further assessment needs to be done to confirm:
  - Whether completion designs allow accommodation of such devices;
  - The technology will be effective to determine zonal contributions.

### 3.2.3 Production Logging

If subsea development is pursued, determining zonal contributions using a production log would be challenging to justify because a rig with flowback equipment will be required. <u>If a dry tree development is pursued, production logging is expected to be available to determine zonal contributions, especially for the zones which are similar (UW-3, LW-A and LW-B). Such access to production logging would</u>

significantly improve the understanding of the reservoir and provide valuable information for life of field development.

## 3.3 Asphaltene Mitigation

As observed in [ REF _Ref271181394 \h ], the asphaltene onset pressure (AOP) measurements for most of the WR51#2 sands is high in the range of 11,500 – 13,500 psi at reservoir temperature. Such a high asphaltene onset pressure poses the following risks:

- With production, as the reservoir pressure depletes below the AOP, asphaltene precipitation and deposition in the reservoir could be expected. Such a phenomenon may alter:
  - Permeability and porosity change in the reservoir;
  - Near wellbore formation damage resulting in productivity decline;
  - Wettability changes that may result in higher irreducible oil saturation;
  - Overall recovery decline for each well.
- Pressure is expected to fall below AOP in the tubulars, especially in the tubing which would result in asphaltene precipitation and deposition. Asphaltene deposition in the tubing is a significant risk resulting in additional pressure drop and eventual plugging of a producing well.

The above risks are discussed in detail below.

### 3.3.1 Asphaltene precipitation in the reservoir

Asphaltene precipitation in the reservoir can only be avoided by maintaining the reservoir pressure above AOP. This can only be done by a pressure maintenance mechanism which would entail injection of gas and/or sea water in the reservoir. Gas injection in the reservoir would result in significant aggravation of asphaltene precipitation in the near wellbore area of the injector and hence, it is not considered at this stage. Sea water injection is the only plausible case to maintain reservoir pressure above AOP.

However, pressure maintenance using sea water is highly uncertain because of reservoir compartmentalization, uncertainty in the hydraulic connectivity of the reservoir and porosity and permeability variations that are unknown. By conducting additional appraisal drilling, these uncertainties can be reduced but not eliminated. Therefore, water injection is not a 100% reliable method to maintain reservoir pressure and it cannot be proven till it is implemented.

If water injection is considered for a pilot to address the uncertainty of hydraulic connectivity, pressure maintenance and flood efficiency, the water to be injected has to be 1.4 times or higher as compared to the production rate from the flooded reservoir. As with production wells, the injector wells are expected to have multiple sands. Controlling water injection rate into a given sand is challenging (if not impossible) unless smart completions with rate control devices are implemented downhole. Such devices significantly increase the complexity of the completions and lead to high failure possibilities.

Therefore, water injection to maintain pressure cannot be considered as a reliable mitigation measure for asphaltene precipitation and deposition in the reservoir for concept selection.

Hence, it is imperative that the potential impact of allowing the reservoir pressure below AOP be studied and considered for concept selection and field development. This is a risk the project team should be willing to take.

### 3.3.2 Asphaltene precipitation near wellbore

In addition to the reservoir, the near wellbore pressures are expected to decline not only because of depletion but also because of drawdown required to produce the required rate. Hence, asphaltene precipitation and deposition near wellbore is a strong possibility. This phenomenon would result in productivity decline for the well and eventual loss of hydrocarbon recovery expected. To mitigate such an

issue, asphaltene squeeze treatments are being considered. The squeeze treatments are new technology and not field proven. Also, the limitation of a squeeze treatment is the length of time that it is effective. In high production rate cases, the asphaltene squeeze is effective for 3 – 12 months. While it is conceivable to repeat squeeze treatments, their effectiveness may be greatly reduced if deployed via production umbilicals as compared to a rig (coiled tubing deployment).

The near wellbore formation damage caused by asphaltene deposition can also be mitigated using solvent treatments such as xylene. These treatments have been effective in increasing instantaneous productivity of a well but they are short lived. Based on experience, the productivity of the well starts declining immediately after the solvent treatment and returns to pre-treatment levels within 30 – 45 days.

<u>Therefore, asphaltene squeeze and/or solvent stimulations are not a reliable method to mitigate asphaltene deposition near wellbore.</u>

### 3.3.3 Asphaltene deposition in the wellbore

As described above, asphaltene deposition in the wellbore is expected and if left unmitigated, it can lead to complete wellbore plugging. Such a risk can be partially mitigated by the use of downhole chemical injection of asphaltene inhibitor/dispersant. The chemical injection line is required to be as close to the sand perforations as possible to minimize the un-treated length of the tubing. However, it is known that chemical injections are only partially effective in preventing deposition. Improved effectiveness ir being pursued by developing new chemistries but such a technology should be considered as new and unproven.

The deposits in the wellbore can also be removed by solvent injection such as Xylene. These measures

<u>Hence, asphaltene deposition in the wellbore may be mitigated with chemicals but significant testing is required.</u>

## 3.4 Reservoir Compartmentalization

It is imperative that any concept selection requires minimizing risks and maximizing hydrocarbon recovery potential. It is expected that the subsurface uncertainty will remain high irrespective of a reasonable appraisal plan. The risk of compartmentalized reservoirs may severely impair the recoverable value of any project. To mitigate reservoir compartmentalization risk, water injection can be considered to improve pressure maintenance and/or sweep efficiency in a given reservoir. However, water injection is only effective once the location of the injectors and producers are optimized after obtaining production history of the reservoir.

<u>Therefore, water injection in concept select stage does not mitigate the risk of lower recovery from reservoir compartmentalization.</u>

However, implementation of artificial lift may increase recovery prospects from a given well irrespective of reservoir compartmentalization. The extent of increased recovery is still influenced by the compartments in which the producer is located. Assuming a producer in a given compartment (drainage limited to that compartment), a comparison was done to evaluate the effects of various options:

- Case 1 = depletion while maintaining flowing bottomhole pressure above AOP at 14,000 psi
- Case 2 = water injection to maintain pressure above AOP
- Case 3 = electrical submersible pump (ESP) in the wellbore located at 10,000 ft below mudline
- Case 4 = artificial lift at the sea floor (subsea separation and pumping)

The results of these evaluations are presented [ REF _Ref397687060 \h ] below and they were jointly developed by flow assurance and reservoir team. As observed from the table, the highest recovery is obtained in a water injection case and an ESP case. ESP deployment in a subsea well is not considered feasible because of relatively high intervention costs to replace the ESP periodically. Hence, the ESP case is only assumed to be for a dry tree development.

In addition to the recovery, a column suggesting uncertainty in recovery is added. Cases 3 and 4 have relatively low uncertainty because they are technologies deployed before and their performance can be controlled. However, recovery from water injection uncertainty is high because water injection can be controlled but the response from the reservoir will remain highly uncertain.

Also added to the table is whether the concept is successful in maintaining pressure above AOP. The only option that maintains pressure above AOP is the depletion case where the production from a well is abandoned when the flowing bottomhole pressure reaches 14,000 psi. The water injection case may be able to maintain reservoir pressures above AOP but it depends on several factors such as timing of the water injector, volume of water injected, reservoir connectivity, variation in rock properties such as porosity and permability.

**Table [ STYLEREF 1 \s ]-[ SEQ Table * ARABIC \s 1 ]: Recovery estimations**

| Case | Recovery (%) | Subsea / Dry Tree | Uncertainty in recovery | Maintain P > AOP |
|---|---|---|---|---|
| | | | | |
| 1 | 11 | Subsea / Dry Tree | Low | Yes |
| 2 | 24 | Subsea | High | Maybe |
| 3 | 23 | Dry Tree | Low | No |
| 4 | 20 | Subsea / Dry Tree | Low | No |

Therefore, if allowing the reservoir pressure to drop below AOP is an acceptable risk, a dry tree development with ESP is ideal to maximize recovery.



CONFIDENTIAL APC-00011733

# 4.0 RECOMMENDATION

A dry tree development offers significant advantages as compared to a wet tree (subsea) development and they are discussed below.

1. Sand control / production: Unless sand control for all sands being commingled downhole is deployed, sand production is a possibility and it cannot be quantified with certainty. Sand production and high uncertainty is detrimental to a subsea development. Hence, no sand control and subsea development cannot be accommodates simultaneously. However, no sand control is a manageable risk for a dry tree development.
2. Vertical connectivity / production surveillance: If UW-3, LW-A and LW-B are to be commingled in the wellbore, the only reliable method to monitor production and cross flow between sands is by conducting production logging. Production logs are feasible for a dry tree development.
3. Asphaltene mitigation: It is farfetched in concept development stage to assume that water injection will maintain reservoir pressure above AOP. Even if pressure in reservoir is maintained above AOP, it will fall below AOP and result in asphaltene deposition in the tubing. Asphaltene deposition in the tubing cannot be easily remediated by current methods such as solvent treatments. A subsea development would result in significant cost and downtime to remediate asphaltene deposition in tubing. A dry tree development would enable timely intervention and cleaning of the tubing. It would also enable stimulation options to mitigate near wellbore formation damage concerns.
4. Reservoir compartmentalization: This risk cannot be mitigated in Phase1 of the project and high uncertainty will remain till production data is obtained. Dry tree development enables ESP deployment to maximum recovery in Phase1 with lowest CAPEX increase.

The use of dry trees also delays or eliminates the possibility of high-integrity pressure protection system (HIPPS) deployment.

In addition to the above advantages, dry tree development also helps timely (reduced downtime) intervention capability to adapt to the un-foreseen challenges during the initial life cycle of the project. Lessons learned from Phase1 dry tree development can be used to appropriately determine the best full-field development which may or may not include subsea wells.

| Risks | DryTree | Subsea |
|---|---|---|
| No sand control | | |
| Production surveillance | | |
| Asphaltene mitigation (tubing and near wellbore) | | |
| Increased recovery with lowest CAPEX increase | | |
| Low intervention cost | | |

A major limitation of dry tree is the inability to reach the entire reservoir aerially. Therefore, a combination of dry tree and subsea development is possible in the future. However, lessons learned from Phase1 dry tree development would significantly improve the success of future full-field phase developments.

**Therefore, a dry tree development it is recommended from a flow assurance perspective for Shenandoah Phase1 development.**

# EXHIBIT 53

**To:** Frye, Lea[Lea.Frye@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]
**Cc:** Oudin, Chip[Chip.Oudin@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Thur 10/2/2014 1:23:20 AM Coordinated Universal Time
**Subject:** RE: EP locations

---

All:

I left a message on Carlotta's answering machine late this afternoon but did not get a call back at quitting time today. She'd usually really good about returning phone calls.

Stay tuned, Pat

---

**From:** Frye, Lea
**Sent:** Wednesday, October 01, 2014 5:24 PM
**To:** Chandler, Paul
**Cc:** McGrievy, Pat; Oudin, Chip
**Subject:** Re: EP locations

Interesting. Dan from COP called me and wanted to chat. Based on Shen 1 pressures and the new interpreted rafts areas COP is concerned. He has run some volume sensitivities with new maps and OWC variance and is seeing in place volumes basically cut in half. They are very concerned about size and commerciality.

Lea
Sent from my iPhone
On Oct 1, 2014, at 4:56 PM, "Chandler, Paul" <Paul.Chandler@anadarko.com> wrote:

I asked Jake about Exploration's view of a possible move from the current well location (51-F) and his response is below. I agree with what he stated but in addition I still think there is merit in the central location in the event the Shen 3 is wet (or mostly wet) in all sands much like Exploration's expectation.

Paul

---

**From:** Ramsey, Jake
**Sent:** Wednesday, October 01, 2014 4:34 PM
**To:** Chandler, Paul
**Subject:** RE: EP locations

I can only think of two scenarios occurring that would make us change to any location other than 51 F.

1.) The reservoir pressure data to be collected in the WR52 #2 well suggests no possible connection to WR51 #2 appraisal and/or they align themselves closely with the WR52 #1 discovery well... This would suggest east-west compartmentalization along the lines of the possibility your team has been considering.
2.) Beth's structure maps significantly change with the new well data (and the new coil which should come out soon).

Here's my guess as to what is going to happen.... Hopefully we will see some pay in this well, but there is a high probability given we are ~1000 – 1100 feet below LKO established in the appraisal well, that a significant (if not all) portion of the Wilcox will be wet.We will collect a lot of pressure data in the well and then project oil water contacts for every reservoir. The first step I will personally take is to make sure the water gradients we are measuring do not line up with the Shenandoah discovery well, and then check if they line up with the Yucatan appraisal well. Given exploration does not have north-south compartmentalizing faults on our structure maps, the interpreted oil-water contacts are a valid conclusion, if they do not line up with the Shenandoah discovery well. On the flip side, if I had a set of maps that did denote the potential for N-S faulting, then I would have to take that into consideration when projecting resources on block 52.

I really hope we find some pay in this well....

Jake

---

**From:** Chandler, Paul
**Sent:** Wednesday, October 01, 2014 4:13 PM
**To:** Ramsey, Jake
**Subject:** EP locations

Exhibit
259

Jake,
Thanks for the plats with the X,Y EP locations to be submitted to the BOEM. I showed these to Chip and Lea and everyone felt they should work fine as shown from our mapping also. We 'll plug these into our work sessions.

I was wondering under what scenario in the outcome of the Shen 3 well would Exploration likely move from the 51 F/G location on the west side

to the 51 H location in a more central location?

Paul

*Paul A. Chandler*
*Anadarko Petroleum Corporation*
*Project Geological Advisor*
*GOM Develpment*
*832-636-8762*

# EXHIBIT 54

# Document Produced in Native Format

Exhibit
222

ANADARKO



ANADARKO
SHENANDOAH BASIN

# Phased Development with an Early Production Test Minimum Size Analysis

October 2, 2014

# Cases Examined

ANADARKO

- **Phase 1: Dry Tree Early Production Test (EPT) Case**
  - Four dry tree producers tied back to Heidelberg
  - Examine minimum size required to move toward sanction on this concept
  - Demonstrate potential impact of appraisal locations and appraisal results on project timeline

- **Phase 2: Dry Tree Case EPT to Single Spar Host Case**
  - Early time same as above, transitioning in to complete development of "West" Shenandoah with dry and wet trees
  - Two cases run, one with water injection and one without water injection
  - Examine minimum size required to move toward sanction on this concept
  - This case was run to understand what incremental reserves would justify making the decision to commit to a stand alone host for Phase 2 development

ANADARKO

# Dry Tree Early Production Tieback

# PHASE 1

# Early Production Test Tieback: Dry Tree



# EPT Tieback: Capital Exposure and Split

ANADARKO






# EPT Tieback : PHA Fee Assumptions

ANADARKO

| | |
|---|---|
| ▪ **Transpiration Oil:** | **$5.19/bbl** |
| ▪ **Transportation Gas:** | **$1.19/mcf** |
| ▪ **Oil:** | **$5.00/bbl** |
| ▪ **Gas:** | **$0.50/mcf** |
| ▪ **Water:** | **$1.50/bbl** |
| ▪ **Compression:** | **$0.15/stage (1 Stage)** |
| ▪ **Monthly Opex:** | **Allocated based on throughput** |
| ▪ **Slot Fee:** | **$15MM per slot (2 Slots)** |
| ▪ **Overhead:** | |
| • Major Construction *(upgrades/capital projects)* | 4% |
| • Monthly OPEX | 13% |

Courtesy: Lisa Schronk

# "EPT Tieback" Constraints

- **Facility: Dry Tree Tie-back to Existing Infrastructure**
  - Capacity: 40 MBLPD & 45 MMCFD
- **Well Count:**
  - 4 Producers Total
  - 2 UW3 – LWA – LWB Wells
  - 2 LW C – LWD - LWE Wells with recompletion to UW1- UW2
- **Base Case Constraints**
  - 14,000 psi FBHP
  - 3,000 Drawdown
- **Base Case Aquifer (3X)**
- **Productive Area**
  - West Shenandoah Only
- **30 Year Evaluation Life**



# West Shen Deterministic "Large" Size

ANADARKO




- Based on Exploration Mapping
- Assumes Mid-point Between LKO and Spill Point
- No Compartmentalization
- Simple "Tank Like" Model
- Total OIP: 1,482 MMBO
- Weighted toward Shen 2



# Deterministic Large Size Production Profile



# Deterministic Large Size Economics & Recovery

ANADARKO

| NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout* (Yrs.) | OOIP (BBO) | Recovery % |
|---|---|---|---|---|---|
| 1.3 | 18 | 0.51 | 9.1 | 1.5 | 20 |

* From 1/1/2014; Run at $95/bbl, 100% WI, 30 Year Life

| | OIP (MSTB) | CUM Oil (MSTB) | % Recovery |
|---|---|---|---|
| UW_1 | ✚ 27,896 | - | 0% |
| UW_2 | ✚ 161,064 | - | 0% |
| UW_3 | 230,096 | 48,100 | 21% |
| LW_A | 262,112 | 69,747 | 27% |
| LW_B | 205,284 | 62,834 | 31% |
| LW_C | 249,573 | 61,663 | 25% |
| LW_D | 138,508 | 14,866 | 11% |
| LW_E | 207,303 | 32,541 | 16% |
| | **1,481,836** | **289,750** | **20%** |

- **Due to rate constraints and well count the UW1 & UW2 never completed in 30 year time frame**
- **Economics may support a host facility for this case which will be explored later**

# EPT Size Sensitivities

ANADARKO

- **Varied Aquifer Strength (Limited Aquifer, 3x Aquifer and 10x Aquifer)**
- **Varied Faulting and Fault Transmissibility (None, N/S & E/W)**



# EPT Size Sensitivities Cont.

ANADARKO

- **Varied FBHP Constraint (14,000, 9,000 & 7,500)**
- **Varied OWC to mimic potential for a smaller tank**

**WOC: Mid-point between LKO and spill**
**Oil In Place: 1,482 MMBO**




**WOC: Lowest zone perfs + 500'**
**Oil In Place: 387 MMBO**



# Tornado Chart: West Shenandoah EURs



# EPT Tieback Stochastic Output




- **P90 Commonalities: BHP = 14,000 psi, Majority Small Tank, Higher density faulting in NS and EW resulting in less connection to aquifer**
- **P50 Commonalities: BHP = 9,000 psi, Mix Small – Mid Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer**
- **P10 Commonalities: Mix BHP = 7,500 / 9,000 / 14,000 psi, All Large Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer**

# Recovery Ranges due to Fault Density and Fault Transmissibility

ANADARKO

Increasing Potential for Compartmentalization →

Increasing Potential for Disconnect to Aquifer ↓

Increasing Potential for Compartmentalization ↓

North / South Compartments

| East / West Compartments | 1 | 2 | 4 | 8 |
|---|---|---|---|---|
| 1 | P90 = 20<br>**P50 = 24**<br>P10 = 26 | P90 = 17<br>**P50 = 21**<br>P10 = 23 | P90 = 16<br>**P50 = 18**<br>P10 = 21 | P90 = 14<br>**P50 = 17**<br>P10 = 19 |
| 2 | P90 = 14<br>**P50 = 22**<br>P10 = 27 | P90 = 11<br>**P50 = 19**<br>P10 = 23 | P90 = 11<br>**P50 = 18**<br>P10 = 22 | P90 = 10<br>**P50 = 15**<br>P10 = 20 |
| 4 | P90 = 10<br>**P50 = 17**<br>P10 = 22 | P90 = 6<br>**P50 = 11**<br>P10 = 22 | P90 = 10<br>**P50 = 17**<br>P10 = 22 | P90 = 3<br>**P50 = 10**<br>P10 = 16 |

# EPT Tieback Stochastic Oil Rate Profiles




- **Profiles above used for economic analysis**
- **Chosen based on cumulative oil which best fits the stochastic outcomes**

# EPT Tieback Stochastic Economics

ANADARKO

## Discounted Breakeven EUR




## Undiscounted Breakeven EUR




| Case | NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout* (Yrs.) | Capital Invest ($B) | Gross EUR (MMBO) |
|---|---|---|---|---|---|---|
| Determ. | 1.3 | 18 | 0.51 | 9.1 | 3.7 | 290 |
| P10 | 1.2 | 17 | 0.45 | 9.3 | 3.7 | 288 |
| P50 | 0.6 | 14 | 0.22 | 9.4 | 3.7 | 201 |
| P90 | -0.2 | 8 | -0.08 | 10.8 | 3.7 | 125 |

ANADARKO

# Appraisal Location/Results Potential Impact

# Development Mapping (Disclaimers)

ANADARKO

- The minimum size area for Shenandoah is not yet known but this area is merely projected without conclusive evidence as of now. The minimum area could be substantially bigger or smaller.
- Present structure mapping is on the Upper Wilcox but mapping is ongoing for the Lower Wilcox and the Cretaceous.
- It is not known if the current interpreted faults are sealing or not.
- Preliminary gross, net and net-to-gross mapping is ongoing and will be presented at a later date.
- Net sand thickness used for OIP numbers is grossly simplified. Currently it is assumed that it is identical to the Shen2 and is not adjusted for downdip wedge or lateral variation.
- New appraisal well locations are approximate targets at a BHL and may be adjusted slightly as needed before drilled.

# Upper Wilcox Depth Structure Map: Potential Minimum Area




Upper Wilcox
Total Area = 631 acres
Max Net Pay (Shen2 based) = 366' TST/ 405' TVT
Ac-ft = 255,555' (using TVT)
**Oil in Place = 162 MMBO**

Projected Lower Wilcox
Total Area = 516 acres
Max Net Pay (Shen2 based) = 528' TST/ 597' TVT
Ac-ft = 308,052' (using TVT)
**Oil in Place = 210 MMBO**

# Upper Wilcox Depth Structure Map: Next locations




**Loc. A**
A more conservative location – better chance of finding hydrocarbons. Seismic data reflectivity good. Could indicate better chance of finding Shen2 type pay sands.

**Loc. B**
A more aggressive location –higher risk of finding hydrocarbons. Seismic data difficult to interpret. Could indicate little to no sand reservoir present.

# Summary: Appraisal / Development Locations

ANADARKO

- **If Shen 3 is all wet then Development would recommend location A (more conservative)**
  - Seismic data reflectivity good
  - Better chance to find Shen2 type pay sands
  - Increase chance of finding hydrocarbon fluids for analysis; need data now
  - Better definite proven size of field
  - Maintain Shenandoah project momentum
- **If Shen 3 is all oil the Development would recommend location B (more aggressive)**
  - Should push the western boundary of the field with the eastern side now proven
  - Could be higher risk of finding hydrocarbons
  - Seismic data more difficult to interpret – sand presence?

# Summary: Appraisal / Development Locations

ANADARKO

- **If Shen 3 is a mix of oil and water as Expl. expects - minor oil in U. Wilcox and all wet in L. Wilcox – then Development would recommend location A**
  - Same as all wet case
  - Will still need another updip well to define U. Wilcox potential
  - L. Wilcox potential (if on same pressure gradient as Shen1) would condemn east side of field.

# Project Timeline

ANADARKO



# Project Timeline

ANADARKO



# Project Timeline






N-S Arbline – Yuc-2 to Shen-1 – Rev8 HiFreq Data


N
S
W
Yucatan-2
Shell WR96 #1BP1
Shenandoah-3
APC WR52 #2
(drilling)
Is Wilcox reservoir
present in this area?
Are beds vertical/
overturned/distorted?
X
Base Salt
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
20000
25000
30000
35000
40000
Arbline – Yuc-2 to Shen-3 – Rev8 HiFreq Data


S
N-S Arbline – Between Shen-1 & Shen-2– Rev8 HiFreq Data
N
-20000
-25000
-30000
-35000
-40000
Is Wilcox reservoir present in this area? Are beds vertical/ overturned/distorted?
Base Salt
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
X
Note thinning of Upper Wilcox interval onto Shenandoah structure
Originally interpreted as reverse fault on Rev8M2 data. Zone where bed dips get very steep.
Line located 4750' E of Shen-1 & 2600' W of Shen-3 SL


NW
SE
Shenandoah-2
APC WR51 #2
Plio/Pleistocene Sediments
TOS2
Is Wilcox reservoir present in this area? Are beds vertical/ overturned/distorted?
X
Base Salt
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
Are faults real or are they distortions caused by BOS and/or poor imaging?
Trace 32837– Shen-2 – Rev8 HiFreq Data


Cube 2 (TVDSS)
Eocene-Uwcx Mkr Horizon
DSG 3D Display (vert exag 2.6)
Oblique View from South




APC GOM Operations – Eocene/U.Wilcox horizon – Dip Attribute Map Aug. 2014




APC GOM Operations – Eocene/U.Wilcox horizon – Dip Attribute Map Aug. 2014

# Upper Wilcox Gross Sand Isopach Map (TST)



# Shenandoah: Top Pay Sand (PA1) Depth Map






ConocoPhillips


51
52
-28,000
-28,250
-28,500
-28,750
-30,000
-30,250
-30,500
-30,750
-31,250

ANADARKO


7
8
52
52-B
Disc. 52 #1 BP
51-F
51-G
51-B
51-E
Appraisal, 51 #2
29083
52-D
52-E
52-K
Prop Appraisal 52 #2
52-H
52-I
52-J
-28000
-28500
-29000
-29500
-30000
-30500
-31000
-31500



praisal)
ck
29000
30000
51
29000
30000
52
30000
31000
31000
WR96-1



6
9
50
52
53
94
96
97
138
139
140
141
52-B
Disc. 52 #1 BP2
51-B
51-F
51-G
Apprasal, 51 #2
-29083
51-D
51-C
LKO -29,134
52-D
52-E
52-K
Prop Apprasal 52 #2
52-J
52-H
52-I
51-E
WR 96#2 ST
-29913
WR 96#2 BHL
-28976


salted out
51-B
51-F
51-G
Apprasal, 51
-29083
51-D
51-C, J&A
LKO -29,134
52-G
52-F
52-K
Prop Appraisal, 52
52-E
52-H
52-I
51
52
53
51-E
WR 96#2 SL
-29913
WR 96#2 BHL
-28976
94
95
96
97
138
140
141


salted out
51-B
51-F
51-G
-29083
Apprasal, 51
51-D
51-C, J&A
LKO -29,134
52-G
52-F
52-K
Prop Appraisal, 52
52-E
52-H
52-I
51
52
53
51-E
WR 96#2 SL
-29913
WR 96#2 BHL
-28976
94
95
96
97
138
140
141

ANADARKO




# Shenandoah Comparison – Top Upper Wilcox

APC Exploration, APC Development, and ConocoPhillips (Development)

ANADARKO

## Single Spar Full Dry Tree Option With and Without Injection

# PHASE 2

# Single Spar Full Dry Tree Option (Inj)



# EPT Single Spar (Inj): Capital Exposure and Split






# "EPT Single Spar" Constraints

- **Facility:**
  - Early Capacity: 40 MBLPD & 45 MMCFD
  - Final Capacity: 120 MBOPD & 150 MMCFD
- **Well Count:**
  - 11Producers/ 4 Injectors (8 Dry - 7 Wet)
  - 5 UW3 – LWA – LWB Wells
  - 6 LW C – LWD - LWE Wells with recompletion to UW1- UW2
- **Base Case Constraints**
  - 14,000 psi FBHP
  - 3,000 Drawdown
- **Base Case Aquifer (3X)**
- **Productive Area**
  - West Shenandoah Only



# West Shen Deterministic “Large” Size




## Oil In Place By Reservoir




- **Based on Exploration Mapping**
- **Assumes Mid-point Between LKO and Spill Point**
- **No Compartmentalization**
- **Simple “Tank Like” Model**
- **Total OIP: 1,482 MMBO**

# EPT Single Spar (Inj) Large Size Production Profile

ANADARKO



# Deterministic Large Size Economics & Recovery

ANADARKO

| NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout* (Yrs.) | OOIP (BBO) | Recovery % |
|---|---|---|---|---|---|
| 2.4 | 21 | 0.53 | 9.4 | 1.5 | 31 |

*** From 1/1/2014; Run at $95/bbl, 100% WI, 30 Year Life**

| | OIP (MSTB) | Cum Oil (MSTB) | % Recovery |
|---|---|---|---|
| UW1 | 27.9 | 1.9 | 7% |
| UW2 | 161.1 | 20.3 | 13% |
| UW3 | 230.1 | 72.2 | 31% |
| LWA | 262.1 | 93.6 | 36% |
| LWB | 205.3 | 77.5 | 38% |
| LWC | 249.6 | 95.9 | 38% |
| LWD | 138.5 | 31.1 | 22% |
| LWE | 207.3 | 63.1 | 30% |
| | **1,482** | **455** | **31%** |

- **Due to 30 year evaluation the UW1 & UW2 recoveries are low as these are recompleted once the LWE/LWD/LWC completions meet the minimum threshold**

# EPT Single Spar (Inj) Stochastic Output

ANADARKO




- **P90 Commonalities: Slight BHP = 14,000 psi, Majority Small Tank, Higher density faulting in NS and EW resulting in less connection to aquifer, large aquifer**
- **P50 Commonalities: Mix BHP = 7,500 / 9,000 / 14,000 psi, Mix Small – Mid Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer, mid to large aquifer most common**
- **P10 Commonalities: Mix BHP = 7,500 / 9,000 / 14,000 psi, All Large Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer, mid to large aquifer most common**

# EPT Single Spar (Inj) Stochastic Oil Rate Profiles




- **Profiles above used for economic analysis**
- **Chosen based on cumulative oil which best fits the stochastic outcomes**

# EPT Single Spar (Inj) Stochastic Economics







| Case | NPV10 ($B) | ROR (%) | Disc. PIR ($/$) | Payout* (Yrs.) | Capital Invest ($B) | Gross EUR (MMBO) |
|---|---|---|---|---|---|---|
| Determ | 2.4 | 21 | 0.53 | 9.4 | 8.1 | 455 |
| P10 | 2.2 | 20 | 0.49 | 9.6 | 8.1 | 462 |
| P50 | 0.7 | 14 | 0.16 | 9.8 | 8.1 | 304 |
| P90 | -0.9 | 2 | -0.20 | 15 | 8.1 | 174 |

# Single Spar Full Dry Tree Option No Injection




A Loc.
SW
E
Shenandoah-2
APC WR51 #2
(proj. 375')
Back
-20000-
-25000-
-30000-
-35000-
-40000-
LM4
Base Salt
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
WR 51 ANA #2
WR 51 H
Shenandoah-4(?)
APC WR51 "H" Loc.
Arbline– WR51 "H"– Rev8 M2 Data


B Loc.
Trace 32721– WR51 “F”– Rev8 M2 Data
NW
SE
Back
Plio/Pleistocene Sediments
TOS2
Base Salt
LM4
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
Is Wilcox reservoir present in this area??
Shenandoah-4(?)
APC WR51 “F” Loc.
-20000-
-25000-
-30000-
-35000-
-40000-


B Loc.
Trace 32721– WR51 "F"– Rev8 HiFreq Data*
NW
SE
Back
*Interpretation still in progress.
Plio/Pleistocene Sediments
TOS2
Base Salt
LM4
Oligocene
Eocene
Top U. Wilcox
L. Wilcox A
L. Wilcox C
Cretaceous
Is Wilcox reservoir present in this area??
Cretaceous???
Shenandoah-4(?)
APC WR51 "F" Loc.
-20000
-25000
-30000
-35000
-40000
ANADARKO PETROLEUM CORPORATION

# EXHIBIT 55

**To:** Kleckner, Jim[Jim.Kleckner@anadarko.com]
**From:** Hollek, Darrell[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZDEH1]
**Sent:** Sat 11/15/2014 12:50:26 PM Coordinated Universal Time
**Subject:** Fwd: Shenandoah WR52 #2 Update
**Attachment:** WR52_2_BP_Core_Recommendation_Nov2014.pptx
**Attachment:** ATT00001.htm
**Attachment:** ATT00002.htm

---

Begin forwarded message:

**From:** "McGrievy, Pat" <Pat.McGrievy@anadarko.com>
**To:** "Hollek, Darrell" <Darrell.Hollek@anadarko.com>
**Subject: FW: Shenandoah WR52 #2 Update**

Darrell,

Just a couple of couple of quick points about the following e-mail from Jake Ramsey to the exploration and development teams and including myself, Tim Trautman, and Ernie Leyendecker, addressing the recommendation to revise the plan to take whole core in the UW3 and LWA.

1. The Shenandoah pre-development team agrees to move the two 240' whole core points to the UW3 and LWA zones given the reserve potential and fact that fluid sampling in the UW2 has been confirmed to be water and not HC's; we have provided exploration with our support of the recommendation.

2. We do not necessarily agree that the preponderance of MDT data suggests that we are near OWC's in the U & L Wilcox sands, perhaps only a few hundred feet up-dip, as exploration advertises at this point. Although we cannot refute it as it is a possible outcome, our interpretation of the data may suggests that we are in communication with the Shen 1 which would imply that the OWC's are well up-dip and uncommercial in the FB.

3. The bottomline, in our opinion, with the current data set, is that we can neither prove or disprove an OWC contact as the results of the data are not convincingly definitive in any scenario and we cannot sanction with this potentially ambiguous data set despite the level of optimism from exploration. We still need another well in this FB to prove the column height unless we find some surprising results in the by-pass well.

4. We will prepare a short presentation for you and try to find a 30 minute window next Thursday to walk you through the results.

I wanted you to have this in the back of your mind when you hear next week that the MDT data suggests a large HC-filled structure just up-dip of the Shen 3. We are not as optimistic at this point until additional data proves otherwise.

Have a good weekend and we'll set up something on Thursday or perhaps late Wednesday afternoon since we have our Shenandoah WS on Tuesday and Wednesday.

Thanks, Pat

**Exhibit**
**291**

From: Ramsey, Jake
Sent: Thursday, November 13, 2014 7:40 PM
To: Young, Susan; Termina, Joe; Camden, Chris; Kendall, Beth; Trautman, Tim; Chandler, Paul; McGrievy, Pat; Strickling, Robert; Frye, Lea
Cc: Kunning, Jim; Yusuff, Shereen; Pachman, Jeff; Leyendecker, Ernie
Subject: Shenandoah WR52 #2 Update

Shenandoah team,

Based on latest information, our MDT job has pumped out water from our zone of interest UW2, so we have definitively identified that our mystery resistivity signature is WET sands. All the other geologic observations we had, which included oil stained sands, FLAIR oil signature, benzene indicator, etc, must have been derivatives from residual levels of oil in our sands. Based on the NGI borehole imagine Schlumberger showed today, fracturing (natural and induced) was the most probable culprit that produced the false positive resistivity signature.

With that said, I had a chance to review the MDT pressure data with Chris Camden and the projected oil-water contact for the Upper Wilcox 2 sand is potentially only a couple hundred feet up the hill from our current well penetration point. Given this close proximity, it is also a probable scenario that the residual oil we have in our UW2 penetration point, is an indicator of a paleo hydrocarbon level, and signifies a minor shift in our column that took place as the structure built/tilted to its present day configuration. The MDT pressure data also suggests the remaining 6 sands have OWCs significantly deeper than the lowest known oil seen in the WR51 #2 well. This is fantastic news for the overall size of Shenandoah!!!!! I have attached an updated structure cross section to this email. This is a preliminary look and we still have key data to gather, so subject to change.

Thinking ahead to our bypass operation, it does not appear possible to reach ANY of the projected OWCs with the bypass/sidetrack hole, even with a 35 degree angle, given the 9 3/8" shoe depth starting point and current MDT projections. This denotes that our primary driver for coring is

NOT to chase oil stained rock up-dip. After discussion with my direct management this afternoon, it was recommended to me (and I agree), that the primary driver for our coring operation should now be to recover rock across the intervals which most likely hold the majority of resource potential at Shenandoah, which is the UW 3 & LW A sands. For this reason, we are strongly recommending to the team, that in our bypass hole we drill into and past the UW 2 sand, and put the core barrel on at the top of the UW 3 sand. I have attached a powerpoint to reflect this modification.

In short, the top of UW 3 sand is projected at 31,244' MD / 30,971' TVD. We would core 480 ft of continuous section (two 240 ft core runs, same as previous design), which will get us all of the UW 3 sand and the top lobe of the LW A sand. This should put our bypass hole TD at a depth of 31,724' MD. Previous communication with drilling, was to permit the bypass hole to 31,900' MD / 31,508' TVD, so this proposed modified plan would still be within that prior discussed window. The recommended plan would be to NOT drill additional rat hole below the cored interval, but will reconfigure the logging tools (and/or do a second wireline run) to achieve the best vertical coverage of the cored hole.

Given the current timing of operations, we need to move QUICKLY on tentative internal agreement of this plan, so that Jim/Shereen/&team have sufficient time to permit and plan accordingly, to negate the potential of rig idle. I know this is a last minute modification, but given today's MDT pressure, fluid type, & contact learnings, it is the correct move in my opinion.

Please provide your feedback/approval/objection and we will move forward accordingly.

Thanks,
Jake

# Document Produced in Native Format

ANADARKO



# By-Pass Core Recommendation: WR 52 #2

ANADARKO
SHENANDOAH BASIN

ANADARKO

# By-Pass Core: Critical Data

- **Critical Data For Field Development Needed Now**
  - Depositional Environment
    - *Feeds Geo-model and simulation efforts*
    - *Potential impact on number of wells and well placement*
  - Rock Mechanics
    - *Drives completion design and type which drives 20k equipment qualifications and timing*
    - *Completion type (sand control vs. no sand control) impacts facility design and qualifications*
    - *Wellbore stability studies and stress fields for drilling*
  - Accurate Rock Permeability
    - *Reduces uncertainty in deliverability which feeds facility sizing*
    - *Porosity/Perm relationship with depth (aquifer strength)*
    - *Relative Permeability (possible even in wet core)*

- **Core Timing**
  - Next opportunity for core acquisition is in mid 2015
  - Delay in core acquisition likely to delay sanctioning and first production

# WR52 #2: By-Pass Core Recommendation

ANADARKO

- **Bypass WR 52 #2 wellbore to acquire whole core**
- **Build to 35° well angle / 335 azm (versus current 26° / 335 azm)**
  - Increased hole angle will deliver a penetration point 64' feet TVD structurally up-dip and 104 feet laterally to the Northwest.
- **Drill into equivalent top of Upper Wilcox 3 sand seen in WR 52 #2.**
  - Expected top of UW 3 in bypass well = 31,244’ MD / 30,971’ TVD
- **Collect 480 ft of continuous whole core (2/240’ cores)**
  - Expected TD after 480 ft of core = 31,724’ MD
  - Size= 4”
  - 240 ft core barrel lengths (2X) – only one pipe connection per core run
  - Radioactive tracer
  - No Jam Busters
  - Core Catchers

# Shenandoah 52 #2 Well: Whole Core Program

LWD, realtime, MD

Stratigraphic Equivalent Section as seen in WR52 #2, Proposed for Coring:

T/ UW2 30,977 MD

T/ UW3 31,247 MD

T/ LWA 31,639 MD



# By-Pass Wilcox Core Key Features

ANADARKO

- **By–Pass hole to be wireline logged:**
  - Run1- Tcombo, plus sonic scanner
  - Run2 - Microfrac/MDT
- **Original hole is being evaluated with full wireline program**
- **Baker recommended 240’ core barrel (only 1 pipe connection)**
- **Analysis to be done by Core Lab**
- **Mud tracer to be used**
- **4” core, no jammer**

# Upper Wilcox 2 (CI 250’) – Post WR52 #2 Map



# Shenandoah 3 Bypass for whole core



# Shenandoah 3 Bypass for whole core



# EXHIBIT 56

**To:** Blakeley, David[David.Blakeley@anadarko.com]
**From:** Leyendecker, Ernie[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZEAL3]
**Sent:** Sat 11/15/2014 2:19:10 PM Coordinated Universal Time
**Subject:** Re: Shenandoah MDT Sampling Update

---

Thanks. Have not seen anything. Mthere mobility values are not very impressive assuming water of 1cp.

On Nov 14, 2014, at 12:01 PM, "Blakeley, David" <David.Blakeley@anadarko.com> wrote:

In case you didn't get this, we finished up early this morning. All zones were water bearing.

Sent from my iPad

Begin forwarded message:

**From:** "Camden, Chris" <Chris.Camden@anadarko.com>
**Date:** November 14, 2014 at 6:50:17 AM CST
**To:** "Blakeley, David" <David.Blakeley@anadarko.com>, "Trautman, Tim" <Tim.Trautman@anadarko.com>, "Strickling, Robert" <Robert.Strickling@anadarko.com>, "Kendall, Beth" <Beth.Kendall@anadarko.com>, "Ramsey, Jake" <Jake.Ramsey@anadarko.com>, "Termina, Joe" <Joe.Termina@anadarko.com>
**Cc:** "Pilati, Kendra" <Kendra.Pilati@anadarko.com>, "Gauthier, Lisa" <Lisa.Gauthier@anadarko.com>, "Frye, Lea" <Lea.Frye@anadarko.com>, "Young, Susan" <Susan.Young@anadarko.com>, "Holifield, Mark" <Mark.Holifield@anadarko.com>, "Kunning, Jim" <jim.kunning@anadarko.com>, "Yusuff, Shereen" <Shereen.Yusuff@anadarko.com>
**Subject: Shenandoah MDT Sampling Update**

Folks,

We have completed the sampling operation. Currently POOH after loss of power during pumpout of last interval (LW E). A total of 13 bottles were filled. Below is a summary of the results.

[redacted]

We were able to obtain samples in all sands, except the LW C and LW E sands. Since 3 bottles failed to open early in the job, I had to adjust the remaining samples based on prioritizing the bottles to the most likely commercial zones of interest. The tool lost power during pumpout of the LW E sand, and they were unable to restore it. IFA indicated zone was water bearing prior to power failure. In addition, all sampled sands were found to be wet as well, which confirmed our analyses of the pressure gradients indicating all zones were most likely water bearing.

The wellbore behaved very well and there were no issues with sticking during sampling.

Operationally, we did have some problems:

1.) All 3 of the 25k bottles failed to open – so were not filled. SLB will have to troubleshoot and let us know what happened
2.) Software issues were suspected as cause for failure to open's – had to reboot system while moving to a new zone
3.) 1 MPSR and 1 SPMC gave indications they were not filled or closed properly. Will have to check once they get on the surface
4.) SLB engineer inadvertently filled 2 MPSR's on LW A sand. Intent was to fill 1 SPMC and 1 MPSR
5.) Lost power to downhole tools during pumpout of LW E – were unsuccessful in restoring power after several attempts of various protocols

Thanks !
**Chris Camden**

Deepwater Exploration Engineering
Anadarko Petroleum Corporation
Direct: 832-636-2861
Cell: 832-217-9360

<image001.png>

# EXHIBIT 57

**To:** Trautman, Tim[Tim.Trautman@anadarko.com]; Kendall, Beth[Beth.Kendall@anadarko.com]; Ramsey, Jake[Jake.Ramsey@anadarko.com]; Strickling, Robert[Robert.Strickling@anadarko.com]; Camden, Chris[Chris.Camden@anadarko.com]; Oudin, Chip[Chip.Oudin@anadarko.com]; Pachman, Jeff[Jeff.Pachman@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; Termina, Joe[Joe.Termina@anadarko.com]
**Cc:** Kunning, Jim[jim.kunning@anadarko.com]; Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Hollek, Darrell[Darrell.Hollek@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Fri 11/21/2014 8:46:38 PM Coordinated Universal Time
**Subject:** RE: Shenandoah 4 Location.pptx
**Attachment:** Shen 4_potential location.pptx

---

Tim,

First of all, thanks for the opportunity to provide feedback on our next appraisal well location. From a development perspective, I think it's important to point out that the learnings from Shen 3 appear to be inconclusive with no clear evidence of HC's in the well and pressure data which cannot confirm nor refute any of the three potential outcomes (communication with Shen 2 – large east container, communication with Shen 1 – small east container, or perhaps complete isolation from either penetration of unknown size). Given the current level of uncertainty in sizing the east side, unfortunately we cannot use this data to definitively add needed barrels to our sanction effort. Had we encountered oil contacts at the Shen 3 location, corresponding to communication in the Shen 2 or at least pointing to a larger accumulation, we would've fully supported a more aggressive western F or G location as the next appraisal well site.

Given the uncertain results at Shen 3, and our need to build critical barrels for sanctioning, we would reiterate our proposal of a less-aggressive target at the POE location B. For clarification, I've attached a slide that we presented in our monthly joint EXP-DEV meeting in September that should be helpful in explaining our preference and logic for the next appraisal well. Granted, our current maps are decidedly different and we see this area as critical in proving or disproving the presence and volume of HC's; it could have a significant impact on sanctioning whether it be positive results to progress toward a phase 1 sanction or conversely a negative result which would seriously challenge this project. It's also important to point out that our subsurface objectives are aligned with those mentioned in your PowerPoint slide and we believe that the area surrounding the B location accomplishes the stated objectives. One thing to note, however, is that we now understand that a keeper location for Shen 4 may not be achievable due to 20K well head issues but the drilling engineers can help us to understand this issue. I know that drilling is working hard on this solution but we evidently are not there yet.

In summary, we need to work toward a solution that can get us to a phase 1 development and get us off of the 180 day clock in the most efficient and most expedient manner. This project currently needs more certainty with the expense and the new technology that we will be developing over the course of the next several years and the sooner that we can reach a critical mass for a phase 1 development, the sooner we can commit to a 20K rig that will drive the project start up.

Also, I support your idea of getting together with the teams in the near future to revisit the drivers for the Shen 4 location based on Shen 3 results.

Thanks, Pat

---

**From:** Trautman, Tim
**Sent:** Thursday, November 20, 2014 8:39 AM
**To:** McGrievy, Pat; Kendall, Beth; Ramsey, Jake; Strickling, Robert; Camden, Chris; Oudin, Chip; Pachman, Jeff; Frye, Lea; Chandler, Paul; Termina, Joe
**Cc:** Kunning, Jim; Leyendecker, Ernie
**Subject:** Shenandoah 4 Location.pptx

Team:

On the attached slide please find some thoughts on "framing' the OBJECTIVES for the Shenandoah 4 well.

Two issues for discussion:

(1) Are these objectives consistent with everyone's views? And does this location satisfy our objectives?
(2) Is everyone (exploration and development personnel) still on-board with G (Surface) and F (Bottom-Hole) being the optimal location for the next operation?

*I will call a short session for early next week to discuss any changes in our appraisal plan that might have resulted from the findings from Shenandoah 3.*

Also, we have asked Jim Kunning to investigate the FEASIBILITY of sidetracking (at a future date) the current well (Shenandoah 3) to an up-dip location in order to penetrate above the PROJECTED/INTERPRETED oil/water contacts on the eastern portion of the structure. Jim indicated that it will take some TIME and ANALYSIS but that he would evaluate.

Thanks, Tim

**Exhibit**
261

# Document Produced in Native Format

# Shenandoah Additional Potential EP Locations

Scenario 1 – Shen 3 is ***all wet*** in Upper and Lower Wilcox and Lower Wilcox appears to be same pressure gradient as Shen1:

A. Consider ***safer*** appraisal location for better chance of future oil recovery
B. Would help maintain a more positive momentum for the project
C. Best EP candidate would be around or near existing ***51-B SHL.***
D. 51-B would require supplement work
E. A 51-B BHL might be more successful staying slightly downdip to the south or southeast.

Scenario 2 – Shen3 is ***mostly oil filled*** in Upper and Lower Wilcox Sands and the Lower Wilcox is not on the Shen1 pressure gradient:

A. Consider more ***aggressive*** appraisal location for max. field delineation
B. Best EP candidate would be around existing ***51-F SHL***
C. Consider 51-F BHL to the south and east of SHL

Scenario 3 – Shen 3 is a ***mix of oil and water*** with minor oil in the Upper Wilcox and water in the Lower Wilcox on same pressure gradient as Shen1:

A. Consider ***safer*** appraisal location same as Scenario 1
B. Best EP candidate would be around or near existing ***51-B SHL.***

Scenario 4 – Shen 3 is a ***mix of oil and water*** with mostly oil in the Upper Wilcox and water in the Lower Wilcox on Shen1 pressure gradient:

A. Consider more ***aggressive*** location updip of Shen 3 for Upper Wilcox oil
B. Best EP candidate might be the ***52-C SHL,*** slightly deviated to the SW
C. 52-C would require supplement work