# EXHIBIT 58

**To:** Kendall, Beth[Beth.Kendall@anadarko.com]
**From:** Camden, Chris[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=YCXC8]
**Sent:** Mon 11/24/2014 11:19:44 PM Coordinated Universal Time
**Subject:** RE: ABCDE MMRA's done + ABCDE multizone

Yep, that looks about right. I think I ran into that one once before.

Chris Camden

-------- Original message --------
From: "Kendall, Beth" <Beth.Kendall@anadarko.com>
Date: 11/24/2014 10:07 AM (GMT-06:00)
To: "Camden, Chris" <Chris.Camden@anadarko.com>
Subject: RE: ABCDE MMRA's done + ABCDE multizone

I think this is the pre-Shen2 MMRA

| | |
|---|---|
| P99 | 56 |
| P90 | 82 |
| Mean | 143 |
| P10 | 219 |
| P1 | 382 |

L:\SharedData\Houston\GOMDeepWtr\Prospects_&_Lease_Sales\Prospects\Walker_Ridge\SHENANDOAH_WR_51,52,95,96\RiskAssessment\Post-Drill\OLD-Current MMRA

31Aug2011_Multizone_ACDE_Full_DE_AFE.xls

---

**From:** Camden, Chris
**Sent:** Friday, November 21, 2014 6:36 PM
**To:** Kendall, Beth; Ramsey, Jake
**Subject:** RE: ABCDE MMRA's done + ABCDE multizone

Folks,

OK, I rolled up the new MZ for North and South of the fault with the latest numbers – and below is what we are looking at. I have not fully vetted all the Porosity and Sw distributions (clipping), but they should be pretty close.

It's about a 25% drop on the mean – probably makes sense. So, you could say this was a disappointing well in that we fell below the contacts and the resources were lowered.....BUT, it's still a world class sized resource.

Exhibit
0156




Chris

---

**From:** Kendall, Beth
**Sent:** Friday, November 21, 2014 5:40 PM
**To:** Camden, Chris
**Subject:** ABCDE MMRA's done + ABCDE multizone

**Beth Kendall**
GOM Deepwater Exploration
832-636-1103

# EXHIBIT 59

**To:** Trautman, Tim[Tim.Trautman@anadarko.com]; Pachman, Jeff[Jeff.Pachman@anadarko.com]
**From:** Ramsey, Jake[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=EKD126]
**Sent:** Mon 11/24/2014 9:25:24 PM Coordinated Universal Time
**Subject:** Shenandoah Project Timeline

Just FYI… Below is the conceptual project timeline presented to the Shenandoah partnership last week, given the "Bad news from Shen 3". Our OneGOM development counterparts need the Shen 4 well to "Prove MFS (minimum field size)" to be able to keep the below schedule, so that the partnership can approve the field development plan in Q3 of 2016.

Looks like it was also relayed that the next well will NOT be a keeper, but the Shen 5 Q1 2016 well WILL be a keeper.



# EXHIBIT 60

**From:** "Oudin, Chip" <Chip.Oudin@anadarko.com>
**To:** "Chandler, Paul" <Paul.Chandler@anadarko.com>
**Subject:** RE: The F word
**Sent:** Tue, 25 Nov 2014 14:43:56 +0000

Nah. Both versions were probably mapped in the past week, right??? Although if I really wanted to be a pain in the a--, I could find a date-stamp for those faults and determine when they were created.

---

**From:** Chandler, Paul
**Sent:** Tuesday, November 25, 2014 8:32 AM
**To:** Oudin, Chip
**Cc:** Frye, Lea; McGrievy, Pat
**Subject:** Re: The F word

The smoking gun??

Sent from my iPhone
On Nov 25, 2014, at 8:28 AM, Oudin, Chip <Chip.Oudin@anadarko.com> wrote:

> You know, I just got into the Exploration Seisworks project across Shenandoah, and the main fault that potentially separates Shen-2 from the rest of the world (trending NW-SE, down-to-the-southwest, possibly intersecting Shen-2 at the bottom of the well) has already been mapped, at least twice. Someone needs to explain to me why it's never shown up on any Expl maps. We should have a good time next week going over what **is** and what **isn't** significant.....
> Hope you all have a happy Thanksgiving...
> Chip

**Exhibit**
**117**

# EXHIBIT 61

**To:** McGrievy, Pat[Pat.McGrievy@anadarko.com]
**From:** Hollek, Darrell[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZDEH1]
**Sent:** Wed 11/26/2014 12:30:21 PM Coordinated Universal Time
**Subject:** Re: Ernie

---

Thx

On Nov 25, 2014, at 11:21 PM, "McGrievy, Pat" <Pat.McGrievy@anadarko.com> wrote:

Hi Darrell,

Rest-assured, we spoke nothing about the appraisal well locations during our partnership workshop last week. In fact, I opened up the meeting emphasizing the fact that we would not be discussing the current well nor anything relating to the bypass core. I indicated that exploration will address any questions referencing the current well or any other future appraisal wells at a later date. The focus of the discussion throughout the two day workshop was always kept on the level of wet tree - dry trees and working toward a plan for the concept select phase for 2015 - we kept the discussion at a project level despite the fact that Cobalt was very critical of communication with the next appraisal well. I sense a significant frustration throughout our partnership in this regard.

Also, as you mentioned, we have never shown any development maps to our partners that would challenge APC exploration's current mapped interpretation - and have no intention until we get alignment with our exploration team. I have had discussions with my counterpart at COPC suggesting that we do see some faults on the seismic (one Main N-S fault that could indicate separation from the SHEN 2 well as you are well aware) but that's been the extent of what we've shared. They are very free in vocalizing and sharing their interpretations as you've already be shown. I also don't understand how Ernie got the idea that we were pushing any location on our partnership. We cannot move this project forward if we can not share and align the partnership with our plans moving forward and the meeting last week demonstrates our alignment and support of our current work plans. Quite honestly, I'm disappointed and sorry to hear that our exploration team is disappointed in the information that we shared with the partnership, even though we kept it on a project level. Ironically, I had a real good civil discussion with Tim Trautman Monday morning and then Jeff Pachman, in the afternoon and I went over our logic with both. They both understand our position and we understand their position fully. I know that we have opposing objectives but I think your idea of meeting collectively with the exploration team will be very helpful in explaining our drivers. Ernie has probably heard but not seen the work done by Lea and the project team. I'll make a point to call you Monday morning if you have some time to meet early in the morning and strategize. Done rambling....

Happy Thanksgiving to you and to your family,

Pat

Patrick McGrievy
Anadarko Petroleum Corp
General Mgr - USGOM
Wk phone/ (832) 636-3973
Cell phone (281) 798-4483

On Nov 25, 2014, at 2:44 PM, Hollek, Darrell <Darrell.Hollek@anadarko.com> wrote:

Just a heads up. Had breakfast with Ernie. Told me his team was disappointed with what your team may have shared with partners last week. We will need to talk. He feels like you all were pushing the A location to partners. I told him you guys have not shared your maps with partners and that only the exploration maps are out there at this point. I also discussed the need for us to work to get to a sanctioning case sooner than later. He obviously thinks their location to the West will do that and I disagreed based on differences of interpretation and that we needed to derisk the east side of the field. I asked that we all get in a room and get all of the information on the table between the groups.
I also shared with him the email I received from Conoco and indicated their maps look different than either of ours and at the end to the day we need the partnership to have some alignment. He was going to talk to Tim about getting together with our team to discuss. I don't care that we have different interpretations but I do believe we need to understand why we have different beliefs and what it will take to get this project to a threshold if we have to recommend it. This project is a much bigger bet than Heidelberg or Lucius.
We can discuss on Monday. Until then enjoy the Holidays.

Exhibit
294

# EXHIBIT 62

**To:** Pachman, Jeff[Jeff.Pachman@anadarko.com]
**Cc:** ttrautman@comcast.net[ttrautman@comcast.net]; Bryan, Jim[Jim.Bryan@anadarko.com]; Kendall, Beth[Beth.Kendall@anadarko.com]; Strickling, Robert [Robert.Strickling@anadarko.com]; Camden, Chris[Chris.Camden@anadarko.com]; Ramsey, Jake[Jake.Ramsey@anadarko.com]
**From:** Leyendecker, Ernie[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZEAL3]
**Sent:** Thur 11/27/2014 3:02:56 PM Coordinated Universal Time
**Subject:** Re: Question on EC Meeting

---

Good thoughts Jeff. Unfortunately, I think we will need to see if we quell our internal insurrection first.

Happy Thanksgiving,
Ernie

On Nov 26, 2014, at 12:09 PM, Pachman, Jeff <Jeff.Pachman@anadarko.com> wrote:

Given the insight we now have from ConocoPhillips, once word gets out regarding the particulars of the next well (prior to the partner meeting and at the partner meeting), it would be prudent, contractually speaking, to protect and/or insulate our desired location, anticipating partner backlash (from ConocoPhillips, in particular and the likely stirring of the pot so to speak), and place ourselves in an offensive position and consider, under the circumstances, AFE-ing partners first with a Partner Meeting to follow.

We can still solicit partner feedback at the meeting, but retain a position of strength and modify certain particulars we feel are reasonable and technically justifiable based upon our interpretation and/or operational desires.

If we don't AFE partners and solidify our position prior to having a meeting, we will likely find ourselves in a defensive position and also susceptible to having to compromise on issues and/or particulars we feel may deviate from our objectives and desires.

It would be to our strategic advantage to defer disclosing the fact that no "Vote" is required for the next well, as some may believe, until we submit the AFE articulating same. Inasmuch as we are on the 180-day clock, the next well will be proposed as a lease maintenance well, and thus, a lease maintenance well does not require having to meet any sort of voting threshold.

Admittedly, this is not the process we normally follow with regard to upcoming well proposals as we typically meet with partners first, prior to actually AFE-ing them, but given the fact that ConocoPhillips' Dan Smallwood's email to Darrell clearly states they will not support the more aggressive next well, we can pretty much disarm ConocoPhillips right off the bat with an AFE and work our way backwards from there should we so choose.

Sent from my HTC on the Now Network from Sprint!

----- Reply message -----
From: "Leyendecker, Ernie" <Ernie.Leyendecker@anadarko.com>
Date: Wed, Nov 26, 2014 10:37 am
Subject: Question on EC Meeting
To: "Tim Trautman" <ttrautman@comcast.net>
Cc: "Leyendecker, Ernie" <Ernie.Leyendecker@anadarko.com>, "Bryan, Jim" <Jim.Bryan@anadarko.com>, "Pachman, Jeff" <Jeff.Pachman@anadarko.com>, "Kendall, Beth" <Beth.Kendall@anadarko.com>, "Strickling, Robert" <Robert.Strickling@anadarko.com>, "Camden, Chris" <Chris.Camden@anadarko.com>, "Ramsey, Jake" <Jake.Ramsey@anadarko.com>

We are not likely to change the location. I am willing to listen to others by after spending most all of yesterday reviewing the alternative maps I am not inclined to base our next well decision on maps that violate basic fundamental geologic and geophysical principals.

> On Nov 26, 2014, at 10:19 AM, "Tim Trautman" <ttrautman@comcast.net> wrote:
>
> One thing to consider – we need to give our drillers and regulatory folks ample time to re-group if we decide to change the location.
>
> -----Original Message----- From: Leyendecker, Ernie
> Sent: Wednesday, November 26, 2014 7:36 AM
> To: Tim Trautman
> Cc: Bryan, Jim ; Pachman, Jeff ; Kendall, Beth ; Strickling, Robert ; Camden, Chris
> Subject: Re: Question on EC Meeting
>
> Let me think about it. All of that will work fine. However, we may need time to manage the internal technical tension. Also, I will have to let Darrel know as he was wanting to schedule a joint meeting. I may take this schedule and use it to let Darrel know this is our plan and after reviewing the alternative interpretations yesterday I found fundamental flaws in the other maps (including COP) and cannot support use of these as the basis for the next decisions. Thoughts?
>
>
>
>> On Nov 26, 2014, at 6:34 AM, Tim Trautman <ttrautman@comcast.net> wrote:
>>
>> Thanks Ernie!
>>
>> Can I suggest the following schedule:

>>
>> December 1 and 2: The Exploration and Development teams (led by Beth and Chip) hold work sessions in an attempt to reconcile difference in maps and try to understand rationale for fault mapping. Without faulting the maps are probably quite close to defining the same productive area.
>>
>> December 3: Exploration and Development Teams (including Pat and Myself) review results of work session (ideally one consensus map but most likely two variations will be presented); we settle on a recommended location
>>
>> December 4: Review Maps with You (and Darrell if you want him there); at this meeting you APPROVE a final location for the Shenandoah 4 test (a follow-up review with Bob on if you deem necessary)
>>
>> December 5: Land contacts partners and they propose a partner technical meeting for sometime the week of December 8 (recommended date for partner meeting = Wednesday, December 10)
>>
>> December 9: Review location with Bob and IDE if necessary - prior to partner meeting
>>
>> December 10: Partner Meeting - at this session we propose APC's recommended location including both the WELL objectives (which I presented to you earlier) + PROJECT objectives (early sanctioning, limited capital, getting off the clock, minimal commercial field size, etc.) all of which should be met or enhanced just as optimally by Location F (western location) as they are with the central location. We also use this session to update partners on current well planning status, rig timing, and feasibility of re-entering and sidetracking Shenandoah 3 at a future date. We can listen and evaluate partner input but APC presents a ONE-GOM recommendation.
>>
>> December 15: Review results of Shenandoah 3 and path-forward appraisal plans with EC
>>
>> January or February: AFE sent to partners
>>
>> April 15: Spud Shenandoah 4
>>
>> Thanks, Tim
>> Have a Safe and Happy Turkey Day!
>>
>>
>> Sent from my iPad
>>
>> Begin forwarded message:
>>
>> From: "Leyendecker, Ernie" <Ernie.Leyendecker@anadarko.com<mailto:Ernie.Leyendecker@anadarko.com>>
>> Date: November 25, 2014 at 8:08:17 PM CST
>> To: "Trautman, Tim" <Tim.Trautman@anadarko.com<mailto:Tim.Trautman@anadarko.com>>, "Ramsey, Jake" <Jake.Ramsey@anadarko.com<mailto:Jake.Ramsey@anadarko.com>>, "Kendall, Beth" <Beth.Kendall@anadarko.com<mailto:Beth.Kendall@anadarko.com>>, "Camden, Chris" <Chris.Camden@anadarko.com<mailto:Chris.Camden@anadarko.com>>, "Pachman, Jeff" <Jeff.Pachman@anadarko.com<mailto:Jeff.Pachman@anadarko.com>>
>> Cc: "Bryan, Jim" <Jim.Bryan@anadarko.com<mailto:Jim.Bryan@anadarko.com>>
>> Subject: Re: Question on EC Meeting
>>
>> Just thought you should all be aware..after spending today reviewing some of the alternative interpretations, and as I described the recent events and conveyed my disappointment as well as my observations, thoughts and opinions of the other technical work that has led to this technical tension...Bob, expressed his support for the location you have arrived at for the next well.
>>
>>
>>
>> On Nov 25, 2014, at 5:00 PM, Ramsey, Jake <Jake.Ramsey@anadarko.com<mailto:Jake.Ramsey@anadarko.com>> wrote:
>>
>> Team,
>>
>> Attached is a first pass, summary slide deck for an upcoming Shenandoah management review. It needs a good bit of refinement, but the basics & bulk of our current assessment is captured. For my part, I plan to talk from a large print out of the attached cross section.
>>
>> Thanks for pushing the EC review a little back Ernie. We will shine the slide deck up next week and work with our development counterparts on creating a OneGOM set of structure maps, starting December 1st.
>>
>> Have a good Thanksgiving,
>> Jake
>>
>> From: Leyendecker, Ernie
>> Sent: Tuesday, November 25, 2014 4:18 PM
>> To: Kendall, Beth
>> Cc: Trautman, Tim; Ramsey, Jake
>> Subject: Re: Question on EC Meeting
>>
>> Well, something's going to have to give. Daniels said it was ok to push it out but that he and Kleckner were supposed to be in Uxbridge Dec. 8'th so they would not be there.
>>
>>
>> On Nov 25, 2014, at 3:28 PM, Kendall, Beth <Beth.Kendall@anadarko.com<mailto:Beth.Kendall@anadarko.com><mailto:Beth.Kendall@anadarko.com>> wrote:
>> I will be in Colorado on December 15th unless I need to delay my trip and leave after this EC meeting. December 8th would work better for me also.
>>
>> Beth
>>
>> From: Trautman, Tim
>> Sent: Tuesday, November 25, 2014 3:20 PM
>> To: Ramsey, Jake; Kendall, Beth
>> Cc: Leyendecker, Ernie
>> Subject: RE: Question on EC Meeting
>>
>> December 15 (my birthday) is the only PTO day I have planned for December. I am flying back that day from a weekend trip to Colorado.
>> …but you guys can handle the EC meeting.
>>
>> Beth, will you be here on December 15? If not, another option would be to see if we can get it on the EC Agenda for Monday, December 8.
>>
>> Thanks, Tim

>>
>> From: Ramsey, Jake
>> Sent: Tuesday, November 25, 2014 3:06 PM
>> To: Trautman, Tim
>> Subject: RE: Question on EC Meeting
>>
>> Thanks Tim… I'll let Beth and Chris know.
>>
>> From: Trautman, Tim
>> Sent: Tuesday, November 25, 2014 3:05 PM
>> To: Ramsey, Jake
>> Subject: FW: Question on EC Meeting
>>
>>
>>
>> From: Leyendecker, Ernie
>> Sent: Tuesday, November 25, 2014 2:44 PM
>> To: Trautman, Tim
>> Subject: RE: Question on EC Meeting
>>
>> Ok. I pushed it off until the Monday, the 15'th of December.
>>
>> From: Trautman, Tim
>> Sent: Tuesday, November 25, 2014 2:40 PM
>> To: Leyendecker, Ernie
>> Subject: Question on EC Meeting
>>
>> Ernie,
>>
>> Did you get any word from Bob on an EC meeting next Monday?
>> See Jake's note below.
>> I certainly would hate for him to miss his Thanksgiving trip to San Antonio – so I was wondering if we could delay the EC review for one week. That would give Beth time to try to work out mapping issues with Chip – hopefully leading to concurrence on our recommended location for Shenandoah 4.
>>
>> Tim,
>> Any word from Leyendecker on EC meeting next Monday? If he says NO, then I plan to go to in-laws house near San Antonio for Thanksgiving, returning on Friday. If yes, then I'll need to hang around and get presentation ready, as team has been busy. Rig expects to be at core point over the weekend, so will be focused on that Saturday/Sunday.
>> Jake
>>
>> <Shenandoah_Post_WR52_2_EC_Review_December_2014.pptx>
>> <Shenandoah_OPTICS_Nov25_2014.jpg>
>>
>>
>>
>>
>> Click here for Anadarko's Electronic Mail Disclaimer<http://www.anadarko.com/notices/Pages/Electronic-Mail-Disclaimer.aspx>
>

# EXHIBIT 63

**To:** Hollek, Darrell[Darrell.Hollek@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Tue 12/2/2014 1:21:46 PM Coordinated Universal Time
**Subject:** RE: Shenandoah Partner Meeting

---

Darrell, not to beat a dead horse here, but after thinking about it (provided that you don't oppose the idea), my preference would be not to attend the partnership meeting next Wednesday with the exploration team if they appear defiant in working with us to develop a map that indicates acknowledgment of faulting that would suggest potential separation from their currently proposed F location. Unless they (exploration) can convince us over the next couple of days that there's little or no separation via faulting, it will be difficult for me and quite frankly ethically questionable to openly support their current maps which show no discontinuities. I was never sent an official invitation which may imply that they prefer I not be there in the first place.

Also, we are going forward with preparing a presentation on minimum size and MDT data implications. Should have something ready to show tomorrow. Unless you see otherwise, I will work with Tim to get a review with you and Ernie on Thursday.

Thoughts on my direction?

Thanks, Pat

---

**From:** Hollek, Darrell
**Sent:** Monday, December 01, 2014 5:34 PM
**To:** McGrievy, Pat
**Subject:** RE: Shenandoah Partner Meeting

Really is surprising why we would not work to get alignment internally first. It appeared Tim had a plan to work it. Let's continue to let exploration drive the process at this time. They will have to defend their location to the partners. I would continue with our meetings with exploration so it is clear why we prefer the other well location. I would try to get Tim's thoughts I why we went out with a location before we had a chance to get everyone's thoughts on the table. I will do the same with Ernie.

---

**From:** McGrievy, Pat
**Sent:** Monday, December 01, 2014 5:19 PM
**To:** Hollek, Darrell
**Subject:** Re: Shenandoah Partner Meeting

I talked with Tim Trautman immediately after leaving your office this morning and I thought I had an agreement with Tim that the technical teams would work through the differences in interpretation and develop one or two outcomes that both teams could support. Furthermore, it was my understanding that the results would be shared assuming that we came to a single collective interpretation. Chip, Paul and Paul Schlirf did meet today with exploration (Jake and Beth) to begin the mapping reconciliation process and have plans to continue tomorrow working together. I don't understand why we publicized the recommended location in the e-mail already when I thought that it was stildebatable, internally. Obviously, This will not sit well with COPC and probably Cobalt. I was not copied on the meeting proposal to the Shenandoah partnership Land contingent but only forwarded as an FYI. It wasn't clear to me that it was an invitation but will assume that it was. I'll have to admit that I'm confused with Jeff's e-mail; perhaps the conclusions have already been established despite the re-mapping directive.
Patrick McGrievy
Anadarko Petroleum Corp
General Mgr - USGOM
Wk phone/ (832) 636-3973
Cell phone (281) 798-4483

On Dec 1, 2014, at 4:42 PM, Hollek, Darrell <Darrell.Hollek@anadarko.com> wrote:

> I am disappointed we did not work through the joint meetings first.We will need to talk prior to that meeting.I assume you are invited to the partner meeting?
>
> ---
>
> **From:** McGrievy, Pat
> **Sent:** Monday, December 01, 2014 2:27 PM
> **To:** Hollek, Darrell
> **Subject:** FW: Shenandoah Partner Meeting
>
> Darrell:
> Looks like the decision has already been made in terms of location.....
>
> ---
>
> **From:** Pachman, Jeff
> **Sent:** Monday, December 01, 2014 1:38 PM
> **To:** McGrievy, Pat
> **Subject:** FW: Shenandoah Partner Meeting
>
> FYI

---

Exhibit
258

**From:** Pachman, Jeff
**Sent:** Monday, December 01, 2014 11:18 AM
**To:** 'Flinner, Teri L'; 'Ben Davis'; Hamrick, Dan (MRO); jross@venari.net
**Cc:** Trautman, Tim; Ramsey, Jake; Camden, Chris; Kendall, Beth; Termina, Joe
**Subject:** Shenandoah Partner Meeting

Before everyone starts getting away for Christmas, Anadarko hereby calls a Shenandoah Partner Meeting for next Wednesday, December 10th from 9:00 a.m. to 11:00 a.m.

The purpose of the meeting is to present the next Shenandoah drilling location. Currently, Anadarko is planning the WR 51 #3 and using EP Location "G" as the preferred surface location deviated to EP location "F" as the bottom-hole location. The X&Y's are as follows:

X=2,099,987'
Y=9,767,400'

Although a formal agenda will be forwarded prior to the meeting, Anadarko plans to present the current details and particulars of the WR 51 #3 well and the goals, objectives and timing of same.

If you have any questions or need any additional information please let me know. Thanks.

# EXHIBIT 64

**To:** Frye, Lea[Lea.Frye@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; Oudin, Chip[Chip.Oudin@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Thur 12/4/2014 3:46:28 AM Coordinated Universal Time
**Subject:** RE: EFB Modified Contact Initialization

---

Shy of break-even economics if you are to assume a single SS tieback well at 10% primary recovery.

---

**From:** Frye, Lea
**Sent:** Wednesday, December 03, 2014 2:57 PM
**To:** McGrievy, Pat; Chandler, Paul; Oudin, Chip
**Subject:** FW: EFB Modified Contact Initialization

FYI –

This is the results of Oil In Place for "East Shenandoah" using the projected OWC from based on Shen 3 for the Lower Wilcox sands assuming Shen 1 and Shen 3 are connected. Basically Doug just initiated the simulation model with the MDT derived contacts using the east fault block as currently modeled with Shen 1 fluids.

Lea

---

**To:** Frye, Lea
**Subject:** EFB Modified Contact Initialization

Let me know if we need any follow-up.

| Reservoir | WOC | OOIP (MMSTB) |
|---|---|---|
| UW-1 | 27001 | 0.0000 |
| UW-2 | 27001 | 0.0000 |
| UW-3 | 27001 | 0.0000 |
| LW-A | 28490 | 7.4741 |
| LW-B | 27001 | 0.0000 |
| LW-C | 28735 | 0.5520 |
| LW-D | 29600 | 29.6570 |
| LW-E | 30400 | 47.1250 |
| ***Total*** | | ***84.8081*** |

Exhibit
263

# EXHIBIT 65

**From:** "Leyendecker, Ernie" <Ernie.Leyendecker@anadarko.com>
**To:** "Burton, Forrest" <Forrest.Burton@anadarko.com>
**Subject:** RE: Shenandoah 3
**Sent:** Thu, 4 Dec 2014 16:01:34 +0000

Thanks.

---

**From:** Burton, Forrest
**Sent:** Thursday, December 04, 2014 9:59 AM
**To:** Leyendecker, Ernie
**Cc:** Blakeley, David
**Subject:** FW: Shenandoah 3

Hey Ernie,
Just a FYI that we have advised accounting about taking Shen-3 to the suspended list (see below).
--Forrest

---

**From:** Burton, Forrest
**Sent:** Thursday, December 04, 2014 9:57 AM
**To:** Green, Catherine
**Cc:** Sease, Diane; Burton, Forrest
**Subject:** RE: Shenandoah 3

It will be suspended.

---

**From:** Green, Catherine
**Sent:** Thursday, December 04, 2014 8:19 AM
**To:** Burton, Forrest
**Cc:** Sease, Diane
**Subject:** Shenandoah 3

Hi Forrest,
I see from the rig schedule that the rig is moving on to the bypass core for the above well. We will be preparing the year-end accounting issues summary next week and I wanted to see if there was any information available yet on whether the well will be suspended or written off.
Thanks,
Catherine

# EXHIBIT 66
# [Redacted]

**From:** "Sease, Diane" <Diane.Sease@anadarko.com>
**To:** "Strickling, Robert" <Robert.Strickling@anadarko.com>
**Subject:** RE: Shenandoah WR52 #2 Accounting
**Sent:** Tue, 6 Jan 2015 13:27:51 +0000

Yes I believe it is the final answer. In addition, Property Accounting has also agreed primarily due to precedence. A [redacted] appraisal well has remained capitalized for the same reason, which was it determined the extent of the reservoir.

---

**From:** Strickling, Robert
**Sent:** Tuesday, January 06, 2015 6:42 AM
**To:** Sease, Diane
**Subject:** FW: Shenandoah WR52 #2 Accounting

Diane,
This was discussed at yesterday's staff meeting and I believe Ernie agreed we should capitalize the well cost which is what you told Pat earlier. I assume this should be our final answer. Do you agree?
Robert

---

**From:** McGrievy, Pat
**Sent:** Monday, January 05, 2015 4:17 PM
**To:** Trautman, Tim; Strickling, Robert
**Cc:** Sease, Diane; Pachman, Jeff
**Subject:** FW: Shenandoah WR52 #2 Accounting

Tim or Robert:
We received this e-mail inquiry from COPC accounting personnel on December 31st on the treatment of the WR 52#2 and will it be capitalized or partially or fully expensed as a dry hole? Diane Seas (whom I've copied) followed up a response to me last week suggesting that it would be capitalized; siting that it was considered a successful appraisal well and therefore should be classified as capitalized despite the fact that it will not be a producing well.
I'm not sure if this is the position that we are officially taking, but can one of you please read below and respond to Bridgett Hill as this response should come from Anadarko's exploration group. It sounds like they need a quick read on this.
Thanks, Pat

---

**From:** Coker, Morgan [Air Resources Americ]
**Sent:** Monday, January 05, 2015 2:31 PM
**To:** Tule, Jenifer; McGrievy, Pat
**Subject:** FW: Shenandoah WR52 #2 Accounting

Hi Pat / Jenifer,
Do you prefer for Bridget to contact you directly about this inquiry? Please see the message below and the urgency of the request.
Thanks,
Morgan

---

**From:** Hill, Bridget J [mailto:Bridget.J.Hill@conocophillips.com]
**Sent:** Monday, January 05, 2015 2:06 PM
**To:** Coker, Morgan [Air Resources Americ]
**Cc:** Pipes, Donald F.
**Subject:** RE: Shenandoah WR52 #2 Accounting

Hi Morgan,

Just following up on my note below. Please let me know if there's someone else you'd like me to contact directly. We're trying to get this figured out as quickly as possible.

Thanks,
Bridget

---

**From:** Hill, Bridget J
**Sent:** Wednesday, December 31, 2014 8:15 AM
**To:** Morgan.Coker@anadarko.com

Exhibit
0180

**Cc:** Pipes, Donald F.
**Subject:** Shenandoah WR52 #2 Accounting

HI Morgan,

Given that WR52 #2 will be temporarily abandoned with the potential for sidetracking in the future, we are evaluating whether the entire well should be dry holed or just the portion below the potential location for the sidetrack. How will you be handling the accounting for this on your side?

If the correct decision is to dry hole the section below the kick off point, a number of additional questions will need to be addressed so that we can record this correctly such as the likely location of the kick off point, the related well cost of the section below the side track that will be dry holed and when it will be determined whether a side track is feasible.

Thanks for your help,

**Bridget Hill** | **ConocoPhillips** | Deepwater F&PA | MA1088 | 600 N. Dairy Ashford | Houston, TX 77079 | **p** 281.293.3716 | **e** bridget.j.hill@conocophillips.com

# EXHIBIT 67
# [Redacted]

# Anadarko 2014 Performance Review Process Form for Lea Frye

## Employee Information

**Year-End Instructions:**
Employee must rate each value and goal listed in the sections below. Use the comment fields to give detailed examples.
Supervisor must rate each individual goal and value and must select an overall rating and enter overall comments. Supervisor may use the comment fields for individual goals and values as needed.
Click here for more information on the Performance Review Process.

| | |
|---|---|
| Name: | Lea |
| Last Name: | Frye |
| Position Title: | Sr Staff Reservoir Engineer |
| Org Unit ID: | Operations Eastern Gulf of Mexico (10000259) |
| Supervisor: | Pat McGrievy |
| HRBP: | Dalon Schuckman |
| Grade: | 88 |

## Values

Review each of the core values below.

For more information, click here - Core Values Expected Behaviors Guide.

### Commercial Focus

**Rating by Pat McGrievy:**
**Supervisor Rating*:** E - Exceptional
**Supervisor Comments:**

Lea has demonstrated her commercial focus time and time again through her engineering and economic work on the Shenandoah project and also reflected in the GOM studies such [redacted] clearly the lead when it comes to coordinating the efforts of the Shenandoah Team. She continues to be very holistic in her thought process and understands the big knobs that drive the commercial solutions and ultimate decisions. She consistently challenges the status quo and is a highly respected "big picture" thinker. I have a high regard for Lea and her commercial skill sets.

**Rating by Lea Frye:**
**Employee Rating*:** E - Exceptional
**Employee Comments:**
I am always keeping the big picture in mind and encouraging team members to the same. Anticipating what comes next and planning ahead for the decision that will be required is important and something I do well. The decisions we make are not always straight forward as many factors influence the outcome, so I endeavor to understand all the risks and the rewards and way them against each other before recommending a course of action on all projects I work.

Exhibit
252

## Integrity and Trust

**Rating by Pat McGrievy:**

**Supervisor Rating*:** E - Exceptional

**Supervisor Comments:**

Since joining the Foldbelt Team in late 2013 as subsurface team lead for Shenandoah, Lea has developed a strong professional relationship with both her fellow Foldbelt Team and her Shenandoah subsurface project for which she leads. Lea plans her business well & sets priorities and everyone on the immediate and extended Shenandoah team knows their responsibility and how they can impact the project. She is a trusted technical contributor who readily helps others get organized; laying out goals, objectives and largely corriographing each internal and external partnership meeeting that she organizes and participates. She produces positive value-added results under just about any situation that she's dealt. She tells the truth no matter circumstances-she has exceptional judgement on how/when to present sensitive material.

.

She continues to establish herself amongst her peers to be reliable, conscientious and one with high moral standards. She has clearly earned the trust and respect of her peers and extended Shenandoah team.

**Rating by Lea Frye:**

**Employee Rating*:** E - Exceptional

**Employee Comments:**
I have always upheld the highest standards in business integrity and ethics. I am known as an individual whom speaks truthfully based on the knowledge at hand and who is willing to admit to my errors. I will not be swayed to bend the truth to fit a purpose. I am known as someone who gets things done and done on time.

## Open Communication

**Rating by Pat McGrievy:**

**Supervisor Rating*:** A - Acceptable

**Supervisor Comments:**

Lea relates well to others as demonstrated by the broad spectrum of potentially challenging and opinionated personalities (drilling, completions, project engineers) that she works with on the Shenandoah surface and subsurface teams on a routine basis. She effectively articulates opinions/ideas to all audience types and is always timely in her delivery of information to others. She also listens appropriately to others opinions. She is effective at providing the right lelvel of information based on the audience and eagerly seeks others opinions and knowledge to ensure that their sentiments are heard and well-understood..

**Rating by Lea Frye:**

**Employee Rating*:** A - Acceptable

**Employee Comments:**
I continue to practice this skill as I have found that teams work better with open communication. On my current project, I have orchestrated a multi-discipline team meeting held weekly to promote face to face communication. While it is not always easy to keep the peace, the communication has helped each discipline to see how decisions impact each other and learn to compromise for the greater good. These meetings have also served as a great avenue on practicing how to communicate effectively in preparation for partner meetings. While I have not mastered all these skills I feel I have made progress toward being a role model for others.

## People and Passion

**Rating by Pat McGrievy:**

**Supervisor Rating*:** A - Acceptable

**Supervisor Comments:**

Lea has a quick action for results (no matter the timeframe). Readily volunteers for opportunities beyond her primary job (i.e. [redacted] Subject Expert for A-Links) . She has an energy toward challenges-take on many "process improvement" tasks for the benefit of the team.

In addition, she effectively builds and maintains respectful and positive working relationships with her immediate and extended teams. She treats people fairly and has a passion for her work and for the success of the team and for the company. Lea has a strong personality, however, (which is good as she readiliy stands for what she believes) and obviously has a real passion for her work, but at times her outspoken passion may be construed by others to be slightly condescending at times.

**Rating by Lea Frye:**

**Employee Rating*:** E - Exceptional

**Employee Comments:**

My passion for my work is evident in the work product delivered. I strive to improve in every aspect from technical to business acumen and relationships with my peers. I push hard, and work every day to do better than the day before. Part of what drives me is pride in a job well done as well as a pure thirst for unraveling the mysteries of the subsurface world.

Working relationships are important to me, I strive to build and grow relationships based on honesty and trust. I enjoy learning what motivates individuals and harnessing this knowledge to achieve great things as a team.

## Servant Leadership

**Rating by Pat McGrievy:**

**Supervisor Rating*:** A - Acceptable

**Supervisor Comments:**

Lea acts in the company's best interest over her own personal interests. She generally makes others feel valuable. She assesses her peers individual motivator's to get the best results and she can easily relate to any team member regardless of personality differences. Humility- always shares credit, uses "we" & "us". She usually uses clear/strategic judgement on picking her battles and "calling in favors". Request of her colleagues usually come first, no matter what extra effort that may call for in completing tasks on/before the deadline.

**Rating by Lea Frye:**

**Employee Rating*:** A - Acceptable

**Employee Comments:**

I work hard to anticipate what people need from and me to deliver an accurate timely product. I strive to perform at my highest level always and have found that by doing so this motivates other to do the same. I make every attempt to give time help others, even when the help they need is not related to my direct work.

I respect the opinions and input of others, but I am not afraid to stand up for things I feel are important, or critical to project success. My approach is to credit others as much as possible, and by helping others to succeed at their roles, to help guide the team to succeed in accomplishing great things for the company.

## Goals

Goals should be specific, measurable, attainable, relevant and time-bound. Your goals should be aligned to the corporate goals as well as your department and team goals.

**Goal Name:** High Rate Well Initiative

[redacted]

**Measurement Source:** Phase 1: 3rd Quarter 2014
Phase 2: YE 2014
Phase 3: 2015

**Status:** On Target **Start:** 01/01/2014 **Due:** 12/31/2014

**Progress:**
Phase 1: Need to set review with asset managers, make suggested changes and roll out to GOM. Set review for Late August/early September.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**

Despite the fact that the delivery of this objective has been slightly delayed to a Q1, 2015 roll-out, the results of the GOM high rate well Study and tool development is a vaulable element and tool for reservoir and production engineers to effectively manage thier

**Rating by Lea Frye:**

**Employee Rating*:** 2 - Meets Expectations

**Employee Comments:**

[redacted]



APC000077
Confidential Treatment Requested Under FOIA

CONFIDENTIAL APC-00771597

respective wells going forward. Historically, many wells in the GOM have developed skin damage, and in some cases, catostrophic failure due to mis-managemant. This tool will be useful as leading guidance for prudent decision making and well maintenance.

[redacted]

Lea has been very busy as her time has been consumed with effectively managing the Shenandoah technical team as well as directing the study of the high rate well initiative. Her ability to go above and beyond in delivering is very commendable and highly-appreciated by management.

**Goal Name:** Shenandoah Basin Appraisal Well Data Capture
**Goal Description:** Assist exploration counterparts to ensure quality data capture from next appraisal operations. Coordinate with internal and external experts on recommended analyses to be performed on fluid and rock data collected. Incorporate results in to parametric studies to narrow uncertainty ranges on in place and recoverable resources.
**Measurement Source:** Capture pertinent fluid, pressure, log and rock data for analyses. Timing: Linked to TD of WR 52 #2 Well

**Status:** On Target **Start:** 01/01/2014 **Due:** 12/31/2014

**Progress:**
Working on by-pass core AFE approvals; Interacting with exploration counterparts on data requirements.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 2 - Meets Expectations

**Supervisor Comments:**
Lea has been the point for both the exploration and development teams for data gathering (fluids and core data) and collaborating with other technical experts such as Nikhil Joshi (FA) and Jonn Cromb (completions needs), among many other disciplines, to ensure that all disciplines requirements are achieved to move the project forward. Lea also periodically consults with Brad Browning, who has a wealth of experience on data gathering and management.

**Rating by Lea Frye:**

**Employee Rating*:** 2 - Meets Expectations

**Employee Comments:**
Coordinating and prioritizing whole core data requirements with Shenandoah team members to ensure adequate core captured to cover all data needs and core testing requirements are known and understood by all parties. AFE support documentation for the whole core acquisition has been prepared for submittal awaiting final whole core cost estimates. Final coring costs not expected until entire section seen and core points selected by greater team. Collaborating with exploration counterparts on data needs for the development team from the MDT program. Based on collaboration efforts, a total of six coated single phase bottles will be run to further define if $H_2S$ is present or not. The presence of $H_2S$, even in small amounts, has a big design impact at these pressures and if bottles are not coated $H_2S$ will be scavenged. In addition, I have offered my time to assist exploration with the MDT acquisition expected to happen before year end.

**Goal Name:** Shenandoah Feasibility Studies
**Goal Description:** Coordinate subsurface efforts with facility efforts to evaluate multiple development scenarios incorporating uncertainty in resource size and drive mechanism. The objective of the feasibility studies is to define the following for each concept; complete risk assessment, strategic business fit, potential returns and identify any/all technology gaps. Work with facility project team to evaluate pre-screening development concepts in advance of Concept Select phase.
**Measurement Source:** Complete evaluation of each concept and final delivery of feasibility results (internal and to partners) by 4Q 2014.

**Status:** On Target **Start:** 01/01/2014 **Due:** 10/31/2014

**Progress:**
Two out of eight deliverables complete to date. Five deliverables will be complete post partner meeting late August and the last will be complete by year end.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**

Lea has worked effectively with the facility project and subsurface teams to help define a variety of reasonable pre-screening development scenarios, whether it be an EPS solution or a large Semi-sub. Her work in completing the economic evaluation of each concept has helped to determine the viablity of each opportunity. Additionally, a risk assessment workshop, conducted in July, 2014 helped the prject team to understand the technical gaps associated with each of these development concepts and has helped to

**Rating by Lea Frye:**

**Employee Rating*:** 1 - Exceeds Expectations

**Employee Comments:**
Lead parametric studies to evaluate multiple development scenarios incorporating uncertainty in resource size, well deliverability and drive mechanism. As part of the feasibility studies the team evaluated each concept for a strategic business fit, potential returns and identification of risks and technology gaps to be better defined entering in to concept select. This work in conjunction with the facilities project team hasled to recommendation to drop the large semi case as a production host and has added a phased early production test concept to be further evaluated going in to 2015.



APC000078
Confidential Treatment Requested Under FOIA

CONFIDENTIAL APC-00771598

define solutions to de-risk each of the identified technical risks. These findings were shared with members of the EC. Currently, the team is working on a phased approach as a leading concept that will include an early production dry tree or wet tree system to understand the short and long term productivity of the Wilcox and also the FA and completion designs that will drive the follow-up development.

Additionally, I kicked off several studies to support efforts to evaluate and define drilling risks, pressure support feasibility and completion risks through a full 3D geo- mechanics study and a quick look geo-mechanics study. Moreover, a more detailed geo-chem study and additional fluid studies are under way to reduce uncertainty in recovery and deliverability due to fluids.
Lastly, I have compiled and submitted 6 out of 8 of the subsurface deliverables tied to the feasibility studies, with completion of the last two expected by year end.

---

**Goal Name:** Inter Disciplinary Communication
**Goal Description:** Participate and attend monthly EXP and DEV meetings. Influence next appraisal well placement based on parametric studies. Collaborate and work with all key disciplines (drilling, completions, production, 20 K technology group and facilities) to ensure data transfer and communication.
**Measurement Source:** On going through out the project

**Status:** On Target **Start:** 01/01/2014 **Due:** 12/31/2014

**Progress:**
Internal surface/subsurface meetings have been a great avenue for communication among the team. This has spurred many great ideas and discussion around focus for the project.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**
Lea has demonstrated strong leadership skills in the technical management and advancement of this project. She has done a real good job of keeping the technical staff aligned with her weekly luncheon technical staff meetings with both the the Shenandoah subsurface and project-related teams. without this meeting, internal alignment would've been difficult. Her strengths in these meeting settings are her ability to keep the meetings on point and to force discussions and solutions on some of the more challenging and contentious issues such as completion practices and flow assurance. Her effective work relations with the exploration team has also reaped benefits in influencing appraisal well locations. The Shenandoah project team maintains communication with the exploration team through monthly technical meetings and bi-lateral communication to apraisa both teams on project advancements and plans forward. Again, Lea usually has the lead on the development side for these meetings.

**Rating by Lea Frye:**

**Employee Rating*:** 1 - Exceeds Expectations

**Employee Comments:**
Openly communicating with exploration team about development team work and resulting subsurface interpretations. Several formal and informal meetings were held to share our thoughts and ideas around the subsurface uncertainties as related to appraisal and data capture and the potential impact on sanction timing. Led basin pressure interpretation meeting which ultimately led to the current appraisal well bottom hole location which was deviated to target a structurally higher position than the original starlight-hole location.
Organize weekly surface/subsurface meetings held to transfer knowledge and generate discussion between disciplines. These meetings have been an effective means of identifying key decisions points, key risks and potential gaps in technology and/or studies. Furthermore, the meetings lead to two workshops geared toward defining a dry tree base case and a wet tree base case for comparative purposes along with key sensitivities/differences to be explored in order gain alignment amongst the team as the project prepares to move from feasibility studies to concept select. This alignment will better define the path forward as we move through 2015 and make some major decisions that will work toward narrowing down to a single development concept for concept select.

---

**Goal Name:** Partner Meetings
**Goal Description:** Coordinate initial April 2 and all subsequent quarterly subsurface partner meetings. Coordinate partner alignment kick-off meeting scheduled for late April. Responsible for presentation content for subsurface parametric studies as well as updates on other on-going studies to keep partners informed and aligned. Maintain collaboration with partners throughout all project phases. Utilize Live Link as a tool to share and communicate with partners.
**Measurement Source:** Quarterly Meeting through 4Q 2014. Feedback from team and partners on delivery of presentations and collaboration.

**Status:** On Target **Start:** 01/01/2014 **Due:** 12/31/2014

**Progress:**
Continue to collaborate with partners on development ideas and leverage their expertise/manpower as needed to satisfy project needs.
On target to complete all quarterly partner meetings by December.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**
Lea has lead or has helped to coordinate each of the quarterly partner meetings (subsurface and surface-facility project meetings) throughout the 2014 evaluation period. She also routinely communicates, interfaces and collaborates with her technical counterparts with the other company's which make up the Shenandoah partnership. Her

**Rating by Lea Frye:**

**Employee Rating*:** 1 - Exceeds Expectations

**Employee Comments:**
Coordinate agendas and partner presentation material for all partner meetings. This is an important role as partners expect clear, concise and timely communication about the project. To date, Anadarko has hosted six partner meetings with great success. Partners have been very complimentary of the meetings and the progression of the project



APC000079
Confidential Treatment Requested Under FOIA

CONFIDENTIAL

ability to manage these meetings on the techncal level and provide the proper level if information to the partnership has been commended by many who have attended these meetings. This perhaps is the most time-consuming and most important role for Lea. She has conducted herslf quite well in meeting management skills and has demonstrated her leadership skills amongst her peers. The most recent meeting, held in November was a two day partner alignment workshop and the feedback from the partnership was very good. Despite the complexity of this project and the potential for misalignment, I'm very pleased with where this project is headed and it can be directly related to the work that Lea has done and through the feasibility stage. Anadarko will host two workshops mid-November to gain alignment with partners going in to concept select early in 2015 carrying two main development concepts to be compared. The project team has prepared for this with the two internal workshops held on 10/23 and 10/27.

**Goal Name:** Progress Shenandoah Discovery

**Goal Description:** Goal is to work project to sanction point in late 2016: Work collectively with facility project team, 20K project team, exploration team, internal stakeholders (drilling, completions, FA) and external stakeholders (partnership and BSEE) to progress project in parallel with the appraisal drilling phase to concept select phase and ultimately to sanction in late 2016.

Key 2014 focus areas for project will be the completion of Ph1 & Ph2 subsurface parametric studies; concept select screening studies; initiation of the development of 20K technologies; 20K rig contract commitment; operational and technology maturation (identify and address key challenges for drilling, completions, FA, etc.); collaboration with APC Exploration to influence appraisal planning; and maintain subsurface geo-modeling and dynamic modeling alignment with partnership through routine communication and periodic subsurface partnership meetings.

**Measurement Source:** Complete concept screening process in Q3, 2014 and parametric studies phases 1 & 2 by Q4, 2014. Formalize IPT by end of Q4, 2014.

| **Status:** Off Target | **Start:** | **Due:** |
|---|---|---|
| | 01/01/2014 | 12/31/2014 |

**Progress:**
Phase 2 parametric studies and IPT formalization may slip into 1Q 2015 based on current outlook. Concept screening and Phase I parametric studies on target.

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**

Lea has done a very admirable job of progressing and directing the multiple teams that make up the Senandoah project. This arguably is the most complex and challenging projects in the history of APC from all angles. The major complexitties of the project include the deep Wilcox formation with potential compartmentization, FA and pressure maintenance challenges; the 20A initiative with the requirement of new technology development in D&C and subsea design; regulatory challenges from a commingllng perspective; the development of a first of a kind EPS solution; mutiple parnerships with diverse agendas; and further challenged by the 180 day clock and the requirement to run in paralell with the exploration team influencing the location(s) of the nextg appraisal wells.

Despite the litany on challenges of this project, Lea has been essentially been flying solo as a reservoir engineer, managing and directing traffic for her counterparts on the Shenandaoh team. She has done a very commendable job for the Shenandoah project.

**Rating by Lea Frye:**

**Employee Rating*:** 2 - Meets Expectations

**Employee Comments:**
The project team and the 20A team have maintained momentum throughout the year targeting sanction in 2016 and first oil in 2019. Alignment was achieved internally between the 20A team and project team around roles and responsibilities in support of the Shenandoah project. Quarterly subsurface and IPT partner meetings have been scheduled to ensure alignment with partners.

Based on the reservoir uncertainties identified in the Phase I parametric study work it was decided to push Phase 2 parametric studies and IPT formation back to January 2015 after the results com ein from the current drill well. This would allow the results from the well to be incorporated in to Phase 2 parametric studies going forward and a natural transition from appraise stage to concept select stage. The shift in timing to date has not impacted the project timeline. Work is still progressing in parallel between the 20A team and the project teams to better define schedule risks going into 2015. Adjustment to the timeline will continually be examined to ensure schedule and subsurface risks are adequately satisfied before committing to a field development plan.

## Individual Development Activities

Review and identify skills and behaviors needed to effectively meet goals. The Development Plan is completed as part of the Performance Review Process.

**Category: Development Activities**
**Development Activity Name:** In-House Formal Training
**Value :** Open Communication,
People and Passion,
Servant Leadership
**Description :** Attend the following courses: Project Management, Livelink training and ACES training if available this year
**Measurement Source :** Complete by 3Q 2014
**Start** 01/01/2014 **End :** 12/31/2014 **Status :** On Target
**Progress :**

**Supervisor Comments:**
Lea has successfully completed these needed training courses.

**Employee Comments:**
Goal Meet

**Category: Development Activities**
**Development Activity Name:** Training/Conference
**Value :** Commercial Focus
**Description :** Attend Formation Damage Course, OTC , internal reservoir characterization meetings and other conferences or training opportunities of interest and applicability as time permits.
**Measurement Source :** Complete by 4Q 2014
**Start** 01/01/2014 **End :** 12/31/2014 **Status :** On Target
**Progress :**

**Supervisor Comments:**

Lea has completed the formation damage seminar which proved to be valuable in her work on the high rate well initiative.

**Employee Comments:**
Goal Meet

## Combined Year-End Rating

Determine the alpha and numeric rating for goals and core values.

**Combined Year-End Rating A1 - Acceptable/Exceeds Expectations**

### Section Comments

**Supervisor Overall Comments:**

As her rating indicates (A1), Lea had a very strong year in a leadership capacity as the team lead at Shenandoah. Her strengths are her ability to skillfully and diplomatically drive processes and people without collateral damage; effectively manage her project work and reliably meet deadlines; and consistently exude strong work ethic for which she is a role model. Lea's ability to effectively manage and progress the Shenandoah project to its current state, is highly commendable given the various strong personalities and the many obstructions that have been encountered in 2014. I'm confident that she will continue to function at this high level in 2015. I'm feel fortunate to have her on my team.

**Employee Overall Comments:** *No comments*

## Signatures

The employee's signature indicates the employee and supervisor have had the performance discussion.

Manager: *Pat McGrievy* *01/26/2015*
Pat McGrievy

Employee: *Lea Frye* *01/27/2015*
Lea Frye

| Supervisor Signature Comments: | Employee Signature Comments: |
|---|---|
| *No comments* | 2014 was a great year full of new learning opportunities for me as the subsurface lead for the Shenandoah development team. I have grown in strength in my knowledge of deep-water developments through the interactions I have had with my peers, the facilities team and the 20A team. A special thank you for the support of my colleagues and my supervisor as we faced many challenges in 2014. I am proud of the work accomplished by all involved and look forward to 2015. |

# Anadarko 2015 Performance Review Process Form for Lea Frye

Anadarko

## Employee Information

**Year-End Instructions:**
Employee must rate each value and goal listed in the sections below. Use the comment fields to give detailed examples.
Supervisor must rate each individual goal and value and must select an overall rating and enter overall comments. Supervisor may use the comment fields for individual goals and values as needed.
Click here for more information on the Performance Review Process.

| | |
|---|---|
| Name: | Lea |
| Last Name: | Frye |
| Position Title: | Sr Staff Reservoir Engineer |
| Org Unit ID: | Operations Eastern Gulf of Mexico (10000259) |
| Supervisor: | Pat McGrievy |
| HRBP: | Dalon Schuckman |
| Grade: | 88 |

## Values

Review each of the core values below.

For more information, click here - Core Values Expected Behaviors Guide.

### Commercial Focus

**Rating by Pat McGrievy:**

**Supervisor Rating*:** E - Exceptional

**Supervisor Comments:**
Year in and year out, Lea continues to demonstrate her commercial focus through her engineering and commercial work at Shenandoah, which is unquestionably one of the most complex projects from a number of fronts in Anadarko's portfolio. She's clearly the beacon when it comes to leading and coordinating the technical and commercial efforts of the team. She approaches problems with a strong technical and business decision perspective. She continues to be very holistic in her thought process and understands and has a command on the big knobs that drive the commercial solutions and ultimate decisions. She consistently challenges the status quo with her well respected "big picture" thought process. I have a great deal of respect for Lea's technical and commercial skill sets.

**Comments by Dalon Schuckman:**
*No comments*

**Rating by Lea Frye:**

**Employee Rating*:** E - Exceptional

**Employee Comments:**
One of my strengths is my ability to keep the big picture in mind. This lends well to my current role on the Shenandoah project team which has a large multi discipline team all working toward a common goal, a sanction decision. This year was more challenging then most given the price environment but as team I feel we have made good choices to continue down the path at a reduced speed.

## Integrity and Trust

**Rating by Pat McGrievy:**

**Supervisor Rating*:** E - Exceptional

**Supervisor Comments:**

Lea continues to be a very dependable team player for the Shenandoah Team. She is considered to be reliable and conscientious by her peers and one with high moral standards and solid work ethic. Along these same lines, Lea is always one to be direct and truthful and one with a balanced conviction, despite the fact that her opinions and technical positions toward the project may not be of popular opinion.
She consistently delivers high quality results on all of her project work.

**Comments by Dalon Schuckman:**
*No comments*

**Rating by Lea Frye:**

**Employee Rating*:** E - Exceptional

**Employee Comments:**

I have always upheld the highest standards in business integrity and ethics. I am known as an individual whom speaks truthfully based on the knowledge at hand and who is willing to admit to my errors. I will not be swayed to bend the truth to fit a purpose. I am known as someone who gets things done and done on time.

## Open Communication

**Rating by Pat McGrievy:**

**Supervisor Rating*:** A - Acceptable

**Supervisor Comments:**

Lea is very confident individual who is not shy about vocalizing her thoughts and opinions internal and external to the team, despite whether or not it is of popular opinion. Her viewpoints, however, are usually spot-on, however. Her technical strengths and influential abilities play well at partnership meetings when positions need to be established.
Her opinions, however, are usually well-balanced. She is usually timely on delivering information to those who need information to make informed decisions. Lea usually practices diplomacy and tact in stressful or confrontational situations and is always one to listen to another person's position before responding with her own opinions. Lea is well-balanced on seeing and respecting other people's positions and opinions.

**Comments by Dalon Schuckman:**
*No comments*

**Rating by Lea Frye:**

**Employee Rating*:** A - Acceptable

**Employee Comments:**

I strive to foster open communication with my counterparts. Communicaiton is important to me but has always been a skill set that does not come easily. With each interaciton, meeting and presentation I strive to improve and hope that the effort I give shows. I know there is still room for improvement and I will continue to work in this area.

## People and Passion

**Rating by Pat McGrievy:**

**Supervisor Rating*:** N - Needs Development

**Supervisor Comments:**

Lea consistently demonstrates this value with her fellow colleagues in support of their work and efforts during presentations and reviews. She generally is the one to take the lead in building the strategy and organizing the presentation materials for the team. Lea is also extremely passionate about the success of the projects which she supports, as she does a real good job of working with extended team members as she seeks out and usually obtains the right level of detail and information from them.
Area for Improvement: Lea understands the value of building strong professional relationships and she clearly shows unquestionable passion for the success of the project but on occasion her passion can manifest itself openly visible through frustration and an increased level of temperament. She just needs to take a deep breath and relax in tense situations. This can create results which are counteractive to her intentions.

**Comments by Dalon Schuckman:**
*No comments*

**Rating by Lea Frye:**

**Employee Rating*:** A - Acceptable

**Employee Comments:**

I come to work to get things done, and I expect that should be evidentto those who work with and around me. I push hard, and work every day. Part of what drives me is I enjoy the learning part of this job, and takeevery opportunity I can to improve my knowledge and skills.

One thingthat I think is very unique about me is that I have forged very good workingrelationships with individuals in virtually every segment of ourcompany. I have found that people differ quite a bit, and by taking noteof what is important to different individuals, I can relate to them better, bea better work partner, and motivate them to do their best work.

## Servant Leadership

**Rating by Pat McGrievy:**

**Supervisor Rating*:** A - Acceptable

**Supervisor Comments:**

Lea has been a contributor to a number of GOM initiatives in 2015; examples are the GOM Miocene High Rate Potential wells initiative as well as assisting in multiple spill drills as an RE supporting the flow control group. She demonstrated strong mentoring skills with the summer intern, who was on the borderline of a job offer, as well as Wendy Redpath (new RE for Shenandoah) and also Corrie Beard who she helped mentor in Worst Case Discharge processes. She also work quite closely with Nikhil Joshi, who she helped broaden his awareness and skills sets of being an RE. There have been numerous mentorships with other engineers throughout the year. In general, she recognizes the importance of improving the technical qualities of her immediate and extended team members as the project will ultimately benefit from the time she devotes to mentoring the lesser experienced.She also shares opportunities with her peers to present technical and commercial information to senior management. Generally she is very unselfish in this regard. One more point is that she recognizes team successes is demonstrated by her initiation of "after work happy hours" and for the team to relax and reflect on recent wins. .

**Comments by Dalon Schuckman:**

*No comments*

**Rating by Lea Frye:**

**Employee Rating*:** A - Acceptable

**Employee Comments:**

I work very hard to do what people ask or need me to do. I feel strongly that before I can ask others to perform at their highest level, I need to be demonstrating that by my own work. From there, I am not afraid to ask, or to expect others to also perform at a high level.

I am willing to help others on projects even when not related to my direct work as I have experience in multiple areas of the company. This practice has also helped at times when I need assistance from the other segments of the company, and I feel that people will go out of their way to assist me when needed due in a large part to their appreciation to my style of helping others.

## Goals

Goals should be specific, measurable, attainable, relevant and time-bound. Your goals should be aligned to the corporate goals as well as your department and team goals.

**Goal Name:** Shenandoah EP Submittals and Next Appraisal Well

**Goal Description:** Collaborate with G&G, drilling and partners on the placement of the next appraisal well. Ensure next appraisal well meets the objectives of the partnership to determine a minimum size to sanction. Work with G&G, drilling and facilities on selecting multiple future development well locations in additional to next appraisal location across WR 51 & WR 52 blocks targeting potential drill center locations. Run worst case discharge calculations for all potential EP locations as part of the EP submittal.

**Measurement Source:** Hand off of EP documentation to regulatory

**Status:** Not Yet Started **Start:** 03/05/2015 **Due:** 08/31/2015

**Employee Progress Notes:**

Plan ot share responsiblity with another engineer due to work load of other critical timing items.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 2 - Meets Expectations

**Supervisor Comments:**

Unfortunately, we were not able to execute on the preferred Shen 5 L location but this was largely driven by the speed at which the Shen 4 was drilled (80 d actual vs. 150 d. planned). It did not provide the pre-development subsurface team the time to effectively execute on the L location EP. This was further compromised by APC's reduced portfolio of drilling opportunities. I a normal year, we would've found a prospect to insert between Shen 4 and SHen 5, which would've given us time to execute on preferred location.

**Rating by Lea Frye:**

**Employee Rating*:** 2 - Meets Expectations

**Employee Comments:**

Less progress on this front was made then I would have liked given the workloads associated with the project team. However, the subsurface team has hosted several partner meetings to keep partners informed on progress and request feedback on the next well location options available. Due to the acceleration of the next well on the rig schedule the team prioritized to a single EP location with a targeted submittal to regulatory by 10/1/2015. Actual submittal to regulatory was on 9/30/2015. Additionally, two well locations were worked in detail through completion of a basis of design for submittal to drilling. By year end, it is my goal to mentor our new reservoir engineer on an AFE submittal for the next appraisal well, Shen 5, complete with a recommendation to management.



APC000085
Confidential Treatment Requested Under FOIA

CONFIDENTIAL

**Goal Name:** Progress Shenandoah Parametric Studies
**Goal Description:** Work with G&G, Petrophysicst, and technology team members to develop geologic models incorporating an updated structural interpretation and depositional environment learnings from the core and rock properties from core analysis. Incorporate facility and flow assurance input into the different field development concepts to be evaluated. Integrate reservoir and development uncertainties in to reservoir modeling as sensitivities and/or stochastic outcomes for economic evaluation.

**Measurement Source:** Completion of an updated geologic model(s) complete with reservoir model outputs/results

**Status:** [redacted] **Start:** 01/01/2015 **Due:** 10/01/2015

**Employee Progress Notes:**
Defined scope, goals, and timelines. Set up monthly progress meetings. Geo-models under construction 7/2015 and dynamic modeling strategy in place.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**
**Supervisor Rating*:** 2 - Meets Expectations
**Supervisor Comments:**
Despite the slight setback in delivery of the geo-modeling effort, the team developed a robust but flexible modeling approach,with multiple deterministic outcomes (12), which was fully endorsed by the partnership. We did lose some time collaborating with partners in multiple workshops including whole core, structural interpretation and facies distribution for design and population of the static model, but the fact remains, if we had not included their input, the model would've been rendered meaningless in their perspective. Again, being on a 180 day clock, we can ill-afford to have partners misalignment and this is just one more thing that we can control.

**Rating by Lea Frye:**
**Employee Rating*:** 2 - Meets Expectations
**Employee Comments:**
A large effort, across several disciplines, went toward the development of the new geo-models. The exploration team and the development team hosted several workshops with partners to unify the partnership to a common set of models. This effort was highly praised by the partners and has brought a more unified look at the subsurface picture. Due to the efforts to make a set of models that represent the partnership thinking the targeted completion date of the geo-model slipped back in time. However, given the approach taken on the model, it has lead to a more flexibility in the model to react to new information from the on going appraisal operations. The dynamic model work continued to progress while waiting on the updated geo-model to incorporate network modeling for the development concepts to be evaluated. Completion of work is now targeted for end of 1Q 2016 for incopration in to the economic modeling for concpet select.

**Goal Name:** Inter Disciplinary Communication
**Goal Description:** Collaborate and work with all key disciplines (drilling, completions, production, 20 K technology group and facilities). Use live link and bi-monthly surface/subsurface meetings to ensure data transfer and communication between teams.

**Measurement Source:** Feedback form colleagues

**Status:** [redacted] **Start:** 01/01/2015 **Due:** 12/31/2015

**Employee Progress Notes:**
Continued dialog on-going through meetings and workshops. Progressing project team understanding of risks and mitigations through communications.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**
**Supervisor Rating*:** 2 - Meets Expectations
**Supervisor Comments:**
Lea has done a good job of coordinating the efforts and communicating with drilling, completions and facilities teams, inclusive of 20A. Her weekly luncheon meetings have been very effective at keeping everyone informed on the progress of the team.

**Rating by Lea Frye:**
**Employee Rating*:** 2 - Meets Expectations
**Employee Comments:**
Continued to hold surface/subsurface meetings held to transfer knowledge and generate discussion between disciplines. These meetings have been an effective means of identifying key decisions points, key risks and potential gaps in technology and/or studies.



APC000086
Confidential Treatment Requested Under FOIA
CONFIDENTIAL

**Goal Name:** Partner Meetings
**Goal Description:** Coordinate quarterly subsurface partner meetings and co-coordinate quarterly IPT partner meetings. Responsible for presentation content for subsurface parametric studies as well as updates on other on-going studies to keep partners informed and aligned. Utilize Live Link as a tool to share and communicate with partners. Organize workshops as needed to encourage collaboration with partners throughout all project phases.

**Measurement Source:** Quarterly Meetings through 4Q 2016. Feedback from team and partners on delivery of presentations and collaboration.

**Status:** [redacted] **Start:** 03/05/2015 **Due:** 12/31/2015

**Employee Progress Notes:**
Increased amount of partner communication from standard quarterly updates. Great progress has been made on narrowing differences in interpretations between partners.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**
**Supervisor Rating*:** 1 - Exceeds Expectations
**Supervisor Comments:**
Achieving and sustaining partner alignment has been the theme for the Shenandoah team in 2015 and moving forward. The team has accomplished this priority through a litany of meetings and workshops aimed at keeping our partners informed and enabling critical constant collaboration to occur. Success at Shenandoah relies on our ability to effectively communicate throughout the appraisal and pre-development process through the sanction phase. Lea has been extremely effective in coordinating and conducting these meetings and workshops.

**Rating by Lea Frye:**
**Employee Rating*:** 1 - Exceeds Expectations
**Employee Comments:**
In addition to the already scheduled quarterly meetings the project team hosted many workshops with partners through out 2015. I played a large role in setting agendas, coordinating presentation content and maintaining a unified message at the subsurface hosted workshops. I also participated in the leadership team for the concept select workshops led by the facility project manger. The entire project team dedicated a large effort to keeping partners informed in a timely manner and to encourage collaboration with all the workshops.

**Goal Name:** Progress Shenandoah Discovery

**Goal Description:** Goal is to work project to sanction point in 2017: Work collectively with facility project team, 20K project team, exploration team, internal stakeholders (drilling, completions, FA) and external stakeholders (partnership and BSEE) to progress project in parallel with the appraisal drilling phase to concept select phase and ultimately to sanction in 2017.

Key 2015 focus areas for project will be the completion of Ph2 subsurface parametric studies; completion of concept select studies; progression of 20K technologies; operational and technology maturation (identify and address key challenges for drilling, completions, FA, etc.); collaboration with APC Exploration to influence appraisal data acquisition; and maintain subsurface geo-modeling and dynamic modeling alignment with partnership through routine communication and periodic subsurface partnership meetings.

**Measurement Source:** Progress toward concept select stage by year end 2015.

**Status:** [redacted] **Start:** 01/01/2015 **Due:** 12/31/2015

**Employee Progress Notes:**

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**

**Supervisor Rating*:** 1 - Exceeds Expectations

**Supervisor Comments:**
Lea continues to an admirable job of progressing and directing the multiple teams that make up the Shenandoah project. This arguably is the most complex and challenging projects in the history of APC from all angles. The major complexities of the project include the deep Wilcox formation with potential compartmentalizing, FA and pressure maintenance challenges; the 20A initiative with the requirement of new technology development in D&C and subsea design; regulatory challenges from a commingling perspective; multiple partnerships with diverse agendas; and further challenged by the 180 day clock and the requirement to run in parallel with the exploration team influencing the location(s) of the next appraisal wells.

Lea has done a very commendable job with the Shenandoah project thus far.

**Rating by Lea Frye:**

**Employee Rating*:** 2 - Meets Expectations

**Employee Comments:**
While the team has had some bumps along the road, at the end of the day, great strides have been made to keep on path while still making the right decision to delay concept select and sanction based on increased subsurface uncertainty. Phase two of the parametric studies was slow to get started but has progressed significantly through the efforts of all the team members and is on target to reach completion by end of 1Q 2016. A collaborative effort with our exploration counterparts to gather core and fluids from the appraisal wells has and will continue to support addressing key challenges for completions, operations and flow assurance.

**Goal Name:** Mentoring
**Goal Description:** Provide mentorship and training to new Shenandoah team members, specifically geared toward a reservoir engineer's roles and responsibilities on the project team. Provide guidance on training and work flows to enable transitioning in to a new role.

**Measurement Source:** Contributions of protégé

**Status:** [redacted] **Start:** 01/30/2015 **Due:** 12/31/2015

**Employee Progress Notes:**
Mentoring a summer intern in addition to an internal role change engineer.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**
**Supervisor Rating*:** 1 - Exceeds Expectations
**Supervisor Comments:**
Lea spent a great deal of her time in 2015 mentoring a number of engineers. She demonstrated strong mentoring skills with the summer intern, who was on the borderline of a job offer, as well as Wendy Redpath (new RE for Shenandoah) whom she is currently developing. Also, Corrie Beard who she helped mentor in Worst Case Discharge assessments and one who has become very helpful to Lea as a result. She also work quite closely with Nikhil Joshi, who she helped broaden his awareness and improved his skills sets as an RE. There have been numerous mentorships with other engineers throughout the year, too numerous to mention. In general, she recognizes the importance of improving the technical qualities of her immediate and extended team members as the project will ultimately benefit from the time she devotes to mentoring the lesser experienced. She also shares opportunities with her peers to present technical and commercial information to senior management. Generally she is very unselfish in this regard.

**Rating by Lea Frye:**
**Employee Rating*:** 1 - Exceeds Expectations
**Employee Comments:**
Official mentor roles for this past year includes a summer intern and a new reservoir engineer on the Shenandoah project. Through the summer intern mentoring, I demonstrated the ability to develop the skills required to deliver results for a complex project and present said material successfully. While I can not take credit for developing all the skills learned and demonstrated by the summer intern, I did provide the intern with all the tools required to be successful which includes utilizing our internal experts. Looking forward to my second mentor opportunity with a new engineer in the group with past production experience. This project will have many opportunities to help teach new skill sets ranging from economics, project management, well operations and data analysis. Current operations has lent the opportunity to introduce MDT operations and fluid analysis protocols this year.

**Goal Name:** Training
**Goal Description:** Attend either a core and special core analysis course and/or a rock mechanics course.
Complete stage 2 project management training. If time permits, attend relavent conference or other training suggested by supervisor for 2015

**Measurement Source:** Completion and implementation of training

**Status:** [redacted] **Start:** 04/20/2015 **Due:** 12/31/2015

**Employee Progress Notes:**
No formal training, have been learning as I go through mentorship of peers on project management and rock mechanics. Did attend OTC and several internal Source Control training sessions.

**Supervisor Progress Notes - Preface comments with your name:**

**Rating by Pat McGrievy:**
**Supervisor Rating*:** 3 - Needs Development
**Supervisor Comments:**
Lea's ability to commit and participate in external training classes was challenged by her technical workload in keeping the Shenandoah project on schedule. Non the less, her continued effectiveness as a reservoir engineer depends on spending some time on self development. She should be able to find this time in 2016 as she will have two additional reservoir engineers as support on the Shenandoah Project.

**Rating by Lea Frye:**
**Employee Rating*:** 2 - Meets Expectations
**Employee Comments:**
Completed two internal required training modules for the source control team. No external training this year due to time and budget.

**Individual Development Activities**

Review and identify skills and behaviors needed to effectively meet goals. The Development Plan is completed as part of the Performance Review Process.

**Combined Year End Rating**

Determine the alpha and numeric rating for goals and core values.

**Combined Year-End Rating A1 - Acceptable/Exceeds Expectations**

**Section Comments**

**Supervisor Overall Comments:**
Overall, Lea continues to perform at a high level for the Shenandoah project team. She remains the focal point and coordinator for all technical work relating to the immediate and extended Shenandoah teams. She works well across all disciplines (good technical understanding and drivers of what each team brings to the table) and has built and maintained strong connections with her manager, her counterparts on the drilling, completions, 20A and facility teams as well as the Shenandoah partnership. She has also done quite well in mentoring lesser experienced engineers as evidenced by her work with the summer intern and more recently, getting Wendy Redpath up to speed as an RE on the Shenandoah project. She has clearly earned the technical and professional respect from all who work to support the Shenandoah project.

**Employee Overall Comments:**
*No comments*

**Signatures**

The employee's signature indicates the employee and supervisor have had the performance discussion.

Manager: ______________________________
Pat McGrievy

Employee: ______________________________
Lea Frye

**Section Comments**

**Supervisor Signature Comments:** *No comments*

**Employee Signature Comments:**
*No comments*

# EXHIBIT 68

# [Redacted]

**To:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Blakeley, David[David.Blakeley@anadarko.com]
**Cc:** Fox, Glenn[Glenn.Fox@anadarko.com]; Burton, Forrest[Forrest.Burton@anadarko.com]; Lambert, Nancy[Nancy.Lambert@anadarko.com]; Rodriguez, Lori [Lori.Rodriguez@anadarko.com]
**From:** Strickling, Robert[/O=APC/OU=INTERNATIONAL/CN=RECIPIENTS/CN=IAA267]
**Sent:** Thur 1/29/2015 12:59:00 PM Coordinated Universal Time
**Subject:** Management Report 01-29-15.doc
**Attachment:** Management Report 01-29-15.doc

---

GOM Exploration Engineering Report Attached.

Exhibit
0157

# GOM Exploration Engineering Activity Report – 1/29/15

**Camden:**

- Shenandoah #3: Rig off location 2 January 2015
  - Updated Shen basin OWC projections.
  - Updated Daniels et al 1/15 on well results, new resource distributions, and future drlg plans
  - Updated EC and proposed next well on Monday 1/26
- Shenandoah #4:
  - EP prepared and submitted to BSEE last week
  - AFE preparation underway – targeting completion this week
  - BOD completed and being distributed. Need to attach to AFE
- Shen-Cor-Tan Area Resources Update Effort:
  - Updated Shen Area MMRA's and submitted new resource numbers to Forrest
  - Shenandoah Resources Distribution

| Shenandoah Resources Distribution | P90 | P50 | Mean | P10 |
|---|---|---|---|---|
| Post Drill Shen #2 | 950 | 1180 | 1200 | 1470 |
| Post Drill Shen #3 (No Fault) | 780 | 910 | 920 | 1060 |
| Post Drill Shen #3 (Fault) | 565 | 725 | 740 | 940 |

- Shenandoah Economics – Breakeven Price Calcs. $34.50/bbl yields NPV=$0. $50/bbl yields P/I 0.30. FFD MEFS scenarios suggested $100/bbl oil yields MEFS ~200MMBO, and $50/bbl oil yields MEFS ~480MMBO. Have modeled economics of Fault Scenario, will model No Fault (orig post drill Shen #3) scenario by end of week.
  - Full Field Development (FFD)

| Full Field Development (FFD) | NPV(10) $MM | F&D-$/bbl | P/I | Net Res-MMBOE |
|---|---|---|---|---|
| Post Drill Shen #3 (Base) | tbd | tbd | tbd | tbd |
| Post Drill Shen #3 (Fault Model) | 1,600 | 21 | 0.77 | 184 |

[redacted]

**Gauthier:**

[redacted]

- Lease Sale – Review moved to Wednesday, 1/28 with CGOM team to discuss potential lease sale blocks.
- PTO – Out of the office 1/28.

**Pilati:**

[redacted]

[redacted]

- Lease Sale – WGOM first look scheduled for 1/28/15, EGOM first look 1/27/15
- PTO 1/29 PM and 1/30

**Burlin:**

[redacted]

- ANORM:
    - Working to get the Shenandoah well name corrected in the system. A new PDE needs to be uploaded in order the backflow the correct wellname through the system.

# EXHIBIT 69

# Document Produced in Native Format

Exhibit
0096


RCRT
Reservoir Characterization
Production Analysis
Well Testing
Reservoir Engineering
MANAGING DYNAMIC UNCERTAINTY FOR SHENANDOAH FIELD DEVELOPMENT
D. Shotts
February 2015

ANADARKO PETROLEUM CORPORATION

# Outline

- Brief Shenandoah overview & challenges
- Reservoir simulation deterministic scoping study
  - Brief introduction to model
  - Sensitivities examined w
- Stochastic workflow applied to an Early Production Test study
  - Introduction
  - Example
- Future work

ANADARKO PETROLEUM CORPORATION

## Introduction & Initial Thoughts

- **Shenandoah Basin – exciting discovery has potential to be a very large, highly economic Oil producing hub for APC**
- **Significant Subsurface Uncertainty Remains; inferences must be made for scoping assessment**
- **Some of what we know (Key Facts):**
  - Sizeable oil accumulation with 1000' of good quality net pay in 2013 down-dip appraisal well
  - Up-dip and down-dip wells separated by more than a mile; not in pressure communication
  - High-quality, low viscosity crude oil with excellent mobility in both penetrations
  - Pressure data suggests multiple, vertically-stacked, horizons in separate compartments
  - Current mud-line SIP suggests production and completion equipment rating > 15KPSI
  - One penetration in water leg that will help understand downdip sand quality; performed mini-frac on wireline to assess rock frac-pressure requirements
- **What we don't know (Key Unknowns):**
  - Lateral continuity (degree of homogeneity) and presence and quality of sand
  - Depositional system and facies distribution necessary for performance prediction
  - O/W contacts for reservoir container sizing
  - ...and the list goes on

3




# Key Project Challenges:

Lease expiration (May 31, 2014)

20 KPSI Technology Development required

Whole core data unavailable until 2015

Feasibility study pre –screen which leads into the concept select phase and overlaps with parametric studies area all underway concurrently with appraisal operations. Output from this works  feeds the 20 k technology which ultimately drives first oil timing.




Key Points: Lowest known oil depicted in green and spill point the 3,000' column height. Base case economic analysis is based on the area defined as the half way point between the two areas.

ANADARKO PETROLEUM CORPORATION

## Deterministic Uncertainty Assessment Workflow




- *Traditional workflow that's straight forward to implement*
- *Describes most of what has been done for the Shenandoah prospect so far*
- *Provides useful insight to performance mechanisms as changes are typically assessed one-at-a-time*
- *Requires the selection of an "expected or base case" – assumes we know*

ANADARKO PETROLEUM CORPORATION

## Simulation Discussion

- ***Introduction of simulation model & constraints***
- ***Sensitivities examined deterministically***
  - Depth trend
  - Commingling
  - Aquifer size and permeability
  - Injection
  - Barriers -faulting/compartments
  - Development timing
  - Eastern FB
    - *PVT*
    - *WOC affect on OOIP*
  - Producer drawdown & BHP constraints
- ***Stochastic minimum economic field size study***

ANADARKO PETROLEUM CORPORATION

## Reservoir Simulation – General Info

- Utilizing Landmark's Nexus reservoir simulator
- Grid dimensions: (124x45x264)= 1,478,120 total cells and ~365,000 active cells
  - Area covers down-dip region to mapped spill point
  - Areal block dimension of 330 ft.
  - Proportional layering with targeted cell thickness of 6 ft. in oil leg (matches geomodel)
- 8 Equilibration regions; non-communicating reservoirs
- Blackoil fluid composition by reservoir
- Reservoir description from Petrel geomodel (workflow on next slide)
- Independent analytical aquifer by reservoir; 3x reservoir volume for base case
- No wellbore or flow lines included – downhole controls




15,000’ x 10,000’ x 15’ variogram dimensions

-50degree azimuth

TESTED OBM but unhappy with the upscaled results

ANADARKO PETROLEUM CORPORATION

## Deterministic Sensitivities

- Sensitivities ranked by impact on oil recovery percent
- Base case appears optimistic – most sensitivities examined decrease %recovery
- Doesn't capture timing of production
- Compartmentalization & aquifer support are the most impactful subsurface uncertainties
- Commingling scenarios have a substantial benefit on production timing
- Understanding our asphaltene reservoir-fouling will become important for highly faulted/no aquifer/no injection scenarios
- Initial depth trend provides optimistic productivity and OOIP
- Dependencies can be seen in the way aquifer size depends on water injection scenario



ANADARKO PETROLEUM CORPORATION

## Oil Rate/Rec vs. Depth Trend




| Well Type | Basecase Avg kh (md-ft) | Depth Trend Avg kh (md-ft) | %Change |
|---|---|---|---|
| Injector | 54,667 | 7,931 | -85% |
| Producer | 17,932 | 133,553 | 645% |

ANADARKO PETROLEUM CORPORATION

# Volumetrics vs. Depth Trend

*Oil in Place, MMSTB*

| Reservoir | Base | Depth Trend | %Diff |
|---|---|---|---|
| UW_1 | 51.6 | 55.0 | 6.5 |
| UW_2 | 372.9 | 398.7 | 6.9 |
| UW_3 | 407.9 | 433.2 | 6.2 |
| LW_A | 553.2 | 606.5 | 9.6 |
| LW_B | 370.2 | 405.8 | 9.6 |
| LW_C | 481.1 | 540.1 | 12.3 |
| LW_D | 299.2 | 330.3 | 10.4 |
| LW_E | 407.3 | 432.5 | 6.2 |
| ***Total*** | ***2,943.4*** | ***3,202.0*** | ***8.8*** |




ANADARKO PETROLEUM CORPORATION
Commingle Sensitivities
Scenario #1
SHENANDOAH
WR 51 #2
Scenario #2
Lower Wilcox Well
Upper Wilcox Well
UW 1 and UW 2
Potentially Hydraulically
Communicated
UW 3 – LW B
Potentially Hydraulically
Communicated
LW C – LW E
Not Likely to be
Hydraulically
Communicated
Completion #1
PI = 12.38
Completion #1
PI = 12.14
Completion #2
PI = 2.85
Completion #1
PI = 19.04
Completion #1
PI = 2.63
1
2
3
A
B
C
D
E


ANADARKO PETROLEUM CORPORATION
Oil Rate/Rec vs. Commingling
~6 year plateau extension
1) UW-3, LW-A&B
2) LW-C/D/E recmpl to UW-1/2
Base
All UW & LW zones commingled (no recompletions)
28%
28%
26%
Oil Prod Rate (STB / DAY)
Percent Oil Recovery (PERCENT)
125000
100000
75000
50000
25000
0
30
25
20
15
10
5
0
2015
2020
2025
2030
2035
2040
2045
2050
Date

ANADARKO PETROLEUM CORPORATION

## Nexus Artificial Barriers

- *Barriers added that will allow for further "compartmentalization"*
- *Spacing of barriers are 2,640' at the finest level (160 acre)*
- *Will show 3 cases – varying levels of compartmentalization*




ANADARKO PETROLEUM CORPORATION
Oil Rate/Rec vs. Compartmentalization
Oil Prod Rate (MSTB/DAY)
125000
100000
75000
50000
25000
0
2015
2020
2025
2030
2035
2040
2045
2050
Date
Percent Oil Recovery (PERCENT)
25
20
15
10
5
0
OREC-Shen_Ph2_500acre_1spar
QOP-Shen_Ph2_500acre_1spar
Base
1 Mile NS Flts
NS & EW Flts
0.5 Mile NS Flts
26%
21%
15%
5%


ANADARKO PETROLEUM CORPORATION
Reservoir Pressure for 2 Compartmentalization Cases
Heavy NS Faulting: ~15% Recovery
Important to understand compartmentalization in order to correctly place wells
Injectors may be ineffective if not placed in compartment with a producer
Multiple producers in some compartments
Mild NS & EW Faulting: ~5% Recovery
Some compartments have no associated recovery
Compartments isolated from injection or aquifer
Z (Depth)


ANADARKO PETROLEUM CORPORATION
Oil Rate/Rec vs. Eastern FB Fluid PVT
Well | Viscosity (cP) | °API | GOR (scf/STB)
Shen-1 (LW-E) | 3.1 | 28 | 758
Shen-2 (LW-A) | 0.84 | 35.7 | 1,210
Base
Shen-1 Fluid
26%
18%
Oil Prod Rate (STB / DAY)
Percent Oil Recovery (PERCENT)
Date
125000
100000
75000
50000
25000
0
2015
2020
2025
2030
2035
2040
2045
2050
25
20
15
10
5


ANADARKO PETROLEUM CORPORATION
Oil Rate by Fault Block vs. Eastern FB Fluid PVT
Western Fault Block
Eastern Fault Block
Oil Prod Rate (STB / DAY)
Date
Base
Shen-1 Fluids
100000
80000
60000
40000
20000
0
2015
2020
2025
2030
2035
2040
2045
2050


ANADARKO PETROLEUM CORPORATION
Stochastic Uncertainty Assessment Workflow
Applied less often – seen only a few examples within APC
Can be difficult to interpret results and understand impact of individual parameters
A distribution of results provides a more robust evaluation
A danger of hiding behind a distribution could develop (we will still need to provide recommendations)
Deterministic
Uncertainty
Assessment
Build Geomodel
Construct Corresponding Simulation Model
Assess Individual Uncertainties
Generate Production Response
Production Response Distribution


ANADARKO PETROLEUM CORPORATION
Sensitivity Analysis and Probabilistic Forecasts Using DMS
Headed towards a probabilistic look at production outcomes
Landmark's DMS (Decision Management System) uses Nexus as the "engine" for static and dynamic calculations
Can parameterize any input from simulation deck and apply user defined distributions
Structural & geologic descriptions
Development scenarios (commingling, well counts, well utility, and location)
Aquifer size/strength
Fluid PVT and rock relative permeability
Well & field constraints (pressures, rates, skin, PI)
Difficulty often comes in defining meaningful distributions
Simple model currently being used for minimum economic field size analysis

# "EPT Tieback" Constraints

- **Facility: Dry Tree Tie-back to Existing Infrastructure**
  - Capacity: 40 MBLPD & 45 MMCFD
- **Well Count:**
  - 4 Producers Total
  - 2 UW3 – LWA – LWB Wells
  - 2 LW C – LWD - LWE Wells with recompletion to UW1- UW2
- **Base Case Constraints**
  - 14,000 psi FBHP
  - 3,000 Drawdown
- **Base Case Aquifer (3X)**
- **Productive Area**
  - West Shenandoah Only
- **30 Year Evaluation Life**



ANADARKO PETROLEUM CORPORATION

## West Shen Deterministic "Large" Size







- Based on Exploration Mapping
- Assumes Mid-point Between LKO and Spill Point
- No Compartmentalization
- Simple "Tank Like" Model
- Total OIP: 1,482 MMBO
- Reservoir description heavily weighted by Shen-2

23


ANADARKO PETROLEUM CORPORATION
Deterministic Large Size Production Profile
8 Year Plateau: Liquid Rate Constrained
Oil Prod Rate (STB / DAY)
Water Prod Rate (STB / DAY)
40000
32000
24000
16000
8000
0
12500
10000
7500
5000
2500
0
2016
2024
2032
2040
2048
Date
QOP
QWP
24

## EPT Size Sensitivities

- Varied Aquifer Strength (Limited Aquifer, 3x Aquifer and 10x Aquifer)
- Varied Faulting and Fault Transmissibility (None, N/S & E/W)



ANADARKO PETROLEUM CORPORATION

## EPT Size Sensitivities Cont.

- Varied FBHP Constraint (14,000, 9,000 & 7,500)
- Varied OWC to mimic potential for a smaller tank

***OWC: Mid-point between LKO and spill***
***Oil in Place: 1,482 MMBO***




***OWC: Lowest zone perfs + 500'***
***Oil in Place: 387 MMBO***




26

ANADARKO PETROLEUM CORPORATION

## Difficulties Modeling Independent OWC & Aquifer Size

- Base model used an analytical aquifer that was attached just downdip of the lowest OWC
- As DMS varied OWC to higher structural positions, it eliminated the opportunity to model aquifers smaller than the gridded water volume
- Used custom scripting in order to modify grid dimensions and aquifer connection, as a function of OWC, in order to remove downdip cells
- Was difficult to debug this situation as you only see results of all the runs rather than individual cases



ANADARKO PETROLEUM CORPORATION

# EPT Tieback Stochastic Output




- P90 Commonalities: BHP = 14,000 psi, Majority Small Tank, Higher density faulting in NS and EW resulting in less connection to aquifer
- P50 Commonalities: BHP = 9,000 psi, Mix Small – Mid Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer
- P10 Commonalities: Mix BHP = 7,500 / 9,000 / 14,000 psi, All Large Tank, Moderate density faulting with higher frequency in NS faulting and better connectivity to aquifer

ANADARKO PETROLEUM CORPORATION

## Stochastic Oil Rate Profiles Used in Economic Evaluation




- Profiles above used for economic analysis
- Chosen based on cumulative oil which best fits the stochastic outcomes
- Allows for an range of economics to be investigated rather than the single deterministic case shown earlier

ANADARKO PETROLEUM CORPORATION

## Summary

- Have used a structurally simple model to assess multiple uncertainty parameters for use

ANADARKO PETROLEUM CORPORATION

## Subsurface Project Schedule



# EXHIBIT 70

Exhibit
123

**To:** Frye, Lea[Lea.Frye@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]
**From:** Oudin, Chip[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZCFO1]
**Sent:** Tue 2/3/2015 2:50:30 PM Coordinated Universal Time
**Subject:** FW: Raymond James Energy Daily Update

---

From my daughter....the spin control must've worked. Wow.

---

**From:** Jeanie Oudin
**Sent:** Tuesday, February 03, 2015 8:24 AM
**To:** Oudin, Chip
**Subject:** FW: Raymond James Energy Daily Update

Positive on Shenandoah.

---

**Subject:** Raymond James Energy Daily Update

## Raymond James Equity Research

Link to the Full Research Document

APC, ATW, BP.L, HCLP, NOV, PBF, SM, WNR
**Raymond James Energy Daily Update** [iEne020315b_071137]
**John Freeman**, (713) 278-5251, John.Freeman@RaymondJames.com
**Andrew Coleman**, (713) 278-5261, Andrew.Coleman@RaymondJames.com
[Industry Classification: Energy]

SUMMARY

With oil having grabbed a significant rebound in the last couple days of trading, the market is left wondering if we've finally found a bottom. The disconnect comes between the forward outlook of the market and decline in U.S. production, which we believe is yet to come. As we move into the heart of earnings season, investors will be making their bets in response to management commentary and drilling activity. Natural gas has been shunned from the limelight while oil has stolen attention over the last few months, but it has been no less erratic in its movements - having fallen ~40% since its peak in November. Yesterday, while WTI saw a rally of 3.3% and Henry Hub a slight decline of 0.4%, the S&P 500 saw a strong gain of 1.3%, the EPX a gain of 4.9%, and the OSX a gain of 4.2%. Ahead of the open, the S&P, WTI, and Henry Hub are signaling mixed trading.

Ticker Mentions: APC, ATW, BP.L, HCLP, NOV, PBF, SM, WNR

OIL SERVICE

National Oilwell Varco (NOV/$56.39/Outperform) posts relatively in-line operations - bookings big disappointment. National Oilwell Varco posted clean EPS of $1.69, beating both our estimate and the Street at $1.63 and $1.60, respectively. However, the beat was driven mostly by lower taxes, which came in $0.09/share below our expectations. EBITDA of $1.2 billion was effectively in line with our estimate and consensus. Overall revenue of $5.7 billion was in line, supported by a strong showing from Wellbore Technologies and Completion and Production Solutions beating our estimates by 5% and 7%, respectively. Operating margins of 17.8% compared to our 17.9% estimate as large margin outperformance in Aftermarket and Completion & Production were offset by weaker margins in Rig Systems and Wellbore Tech. The quarter's order activity was particularly weak, coming in 45% lower than our estimates -at $939 million. This led backlog to come in at $14.3 billion (our estimate at $15 billion) and book-to-bill to come in at 0.3x (our estimate at 0.6x). Bottom line: A relatively in-line quarter excluding the effect of taxes. Weakness in order activity shows concern for 2015 with a 0.3x book-to-bill as a starting point to this year. Look for shares to underperform.

Hi-Crush Partners (HCLP/$32.51/Outperform) reports slight operational miss due to higher costs. Hi-Crush reported fourth quarter EBITDA of $44.6 million, below both our and Street estimates of $46.8 million and $46.6 million, and distributable cash flows of $32.7 million ($0.85/unit, implying 1.3x coverage) came in $0.03/unit light of our estimate. Although revenues beat our estimate by 22% and increased 28% sequentially, the slight miss was largely attributable to higher costs (costs/ton of $15.72/ton vs. 3Q14 costs of $13.89/ton). Overall EPU came in at $0.85, just below our estimate at $0.86 and the Street at $0.89. Total sand volumes sold showed significant improvement, reaching 1.48 million tons sold, which came in above our 1.25 million ton estimate. As we look ahead to the industrywide headwinds in 2015, we reiterate that 88% of Hi-Crush's sand capacity (including GP held Whitehall) is contracted by take-or-pay contracts. Bottom line: While EBITDA and distributable cash flows came in a little light due to higher costs, we look for more information for the sequential increase. Additionally, while guidance was light in the release, we expect the company to give more details on distribution growth and customer interactions.

Atwood Oceanics (ATW/$28.62/Market Perform): Slightly positive fleet status. Atwood published its February fleet status this morning with minor contract extensions and awards. The Atwood Mako (400' IC) received a 1 well contract at $152,000/d vs. our estimate at $130,000/d. Now Atwood only has three months of availability in FY15 excluding the idled Hunter. Additionally, the Eagle (DW) had its contract end date pushed a month later into September 2016. We would note that the Eagle's survey has been moved into June from March/April while the Falcon's expected downtime declined to 5 days from 13 days. Bottom line: While the new contract is a positive, we do not expect the short-term Mako contract to be a large needle mover.

E&P

Anadarko Petroleum (APC/$82.77/Outperform) APC beat CFPS/EBITDA expectations for 4Q14. In 1Q15, we model management paying the Tronox settlement of ~$5.5 billion using the $7.4 billion of cash on hand from YE14. Notable operating highlights included the startup of Lucius (Gulf of Mexico) in mid-January 2015, +55% growth in Wattenberg volumes, and a successful delineation well at Shenandoah #3 (Gulf of Mexico). Since management has not released 2015 guidance yet (typically done in early March), we expect Q/A to try and bracket the outcome, along with questions about its Gulf of Mexico exploration program, Wattenberg and Permian ops. Shares are probably flat/up on the release today. Bottom line: We continue to like Anadarko as a name boasting a healthy balance sheet with a strong portfolio of U.S. onshore production and high impact exploration opportunities. The company's strong positioning in three core plays (Eagle Ford, Delaware Basin, and Wattenberg) gives us high confidence in its ability to meet its stated long-term production CAGR goal of 5-7%.

SM Energy (SM/$40.91/Market Perform) announced 2014 reserves update, preannounces 4Q14 production. Yesterday, SM announced its proved reserves increased 28% y/y from 427.9 MMboe to 547.7 MMboe. We were previously modeling 524 MMBoe. Proved reserves at the end of 2014 consisted of 31% oil/condensate, 45% natural gas, and 24% NGLs. All-in reserve replacement (percentage of net production) decreased from 418% to 320%. All-in finding and development costs increased from $1.42 per proved Mcfe to $2.56 per proved Mcfe. In addition, SM preannounced 4Q14 production at 175.8 Mboe/d, 13% above the midpoint of management guidance of 152-159 Mboe/d. Driving the beat were South Texas and Gulf Coast regions. Bottom line: We expect the production beat to be a positive tailwind for the shares today.

INTEGRATED OIL & GAS

BP plc (BP.L/437.7p/Market Perform - co-covered with RJ Euro Equities) reports 4Q14 beat; cuts 2015 capital budget 13% y/y. BP reported net income of $2.24 billion, 35% above our estimate of $1.65 billion and 42% above consensus of $1.57 billion, although the quality of the beat is low (mainly a $470 million Rosneft contribution and unusually low corporate charges). More important than headline net income, management guided to 2015 capital expenditures of $20 billion, 13% below 2014 spending of $22.9 billion and 20% below the midpoint of previous guidance of $24-26 billion. On the heels of the 13% reduction in capital outlays, 2015 production guidance is broadly flat compared to 2014 levels. Operationally, 2014 turned out to be a good year at BP, with seven successful startups, allowing BP to successfully deliver its 2014 cash flow targets of $30-31 billion. However, exposure to Russia through the Rosneft stake is clearly not helping investor sentiment, and there are still risks related to Macondo oil spill costs. Please see our company brief published earlier today for details.

INDEPENDENT REFINERS

Western Refining (WNR/$38.21/Market Perform) preannounces 4Q14 EPS upside, throughput guidance for 1Q15. Yesterday, Western provided an interim update on 4Q14 earnings, stating that the company expects GAAP EPS to be in the range of $1.22-1.28 (or ~$1.08-1.14 excluding items including unrealized hedging gains, LOCM inventory adjustments, and loss on disposal of assets). Importantly, both ranges are well above our estimate ($0.85) and consensus ($0.87) for the quarter, implying significant upside to 4Q earnings. However, we'll have to wait until full results are released (February 26) to determine the segments and/or regions that produced the earnings upside - which likely kept the stock from outperforming refining peers yesterday. Furthermore, Western provided preliminary 1Q15 refinery throughput guidance, with El Paso expected to be in the range of 133-137 MBpd (above our estimate at 132 MBpd) and Gallup throughput expected in the range of 26.5-28.5 MBpd (also above our estimate at 25 MBpd), both of which would imply upside to 1Q15 estimates if holding margins constant.

PBF Energy (PBF/$28.25/Market Perform) announces secondary offering by private equity shareholders. Last night, PBF disclosed that Blackstone and First Reserve (PBF's pre-IPO sponsors) would be selling their remaining ~3.8 million share stake in the refiner. This secondary offering marks the fifth and final sell-down from the private equity firms since PBF's IPO in December 2012 (recall, before the IPO, Blackstone and First Reserve owned ~70% of PBF). Importantly, no new shares will be sold by the company, but we expect the offering will weigh on the stock this morning. However, this also removes the final equity overhang from shares, potentially aiding the longer-term multiple for the stock.

NEWS AND INTERESTING ARTICLES

Conference Call With E&Y Highlights Energy Policy Priorities in 114th Congress. Yesterday we hosted an investor conference call with Jeff Petrich, an energy policy expert at Ernst & Young's Washington Council practice. While the oil price meltdown has mostly relegated political risk to the back burner, as far as energy investors are concerned, it remains the case that the new 114th Congress is likely to play a visible role in several high-profile energy issues. In particular, this includes some expected conflicts with Obama administration priorities. In our industry brief, we recap the highlights from yesterday's call and offer additional thoughts on what to expect from Washington over the next two years.

"Obama budget would slash oil tax breaks while boosting renewables," Fuel Fix, (http://fuelfix.com/blog/2015/02/02/obama-budget-would-slash-oil-tax-breaks-while-boosting-renewables/). President Barack Obama has proposed a budget plan that involves repealing notable tax breaks for the oil and gas industry, including credits for marginal wells and allowable expenses for intangible drilling costs.

CONFERENCE CALLS

Anadarko Petroleum (APC): 9:00 a.m. ET; dial: (855) 812 0464, code: 54428059

BP plc (BP.L): 9:00 a.m. ET; dial: (917) 677-7542, code: 17137731

Hi-Crush Partners (HCLP): 10:00 a.m. ET; dial: (877) 407-3982, no code

National Oilwell Varco (NOV): 9:00 a.m. ET; dial (800) 447-0521, code: "National Oilwell Varco Earnings Conference Call"

---

You are receiving this message because our records indicate that you have requested this information. If you no longer wish to receive research from Raymond James, please reply to this message with unsubscribe in the subject line and include your name and company name in the message. If you wish to unsubscribe from certain categories that you are currently receiving, please include only those categories in your reply. Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at www.rjcapitalmarkets.com/Disclosures/Index.

Raymond James & Associates | Equity Research Library| Tower 3, 6th Floor, 880 Carillon Parkway | St. Petersburg, FL 33716| Phone: (800) 237-5643

RAYMOND JAMES

This e-mail transmission is strictly confidential. It is intended solely for the addressee. If you are not the addressee, please delete the e-mail and notify us by return email or by contacting our systems administrator on +44 131 243 4444 forthwith.

Moreover if you are not the addressee, you must not copy, use, act or rely on, disclose or distribute this e-mail. Wood Mackenzie Limited accepts no responsibility or liability for any harm to your, or any third party's, system or data caused by this e-mail or its attachments or any viruses or similar contained in it.

Wood Mackenzie Limited may monitor and record e-mails and their content passing through its network.

# EXHIBIT 71

**To:** Oudin, Chip[Chip.Oudin@anadarko.com]
**Cc:** Frye, Lea[Lea.Frye@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]
**From:** Shotts, Doug[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=HXT200]
**Sent:** Wed 2/18/2015 2:00:27 AM Coordinated Universal Time
**Subject:** Re: Controversial presentation materials

---

That would be funny if there wasn't so much truth in it.

Actually, my meeting with the Expl group went fairly well this afternoon. It started a little rough, but they kind of warmed up a bit by the end. I had changed a few things up before we met to temper the mood a bit.

Doug

Sent from my iPhone

On Feb 17, 2015, at 5:30 PM, Oudin, Chip <Chip.Oudin@anadarko.com> wrote:

> Doug,
> I saw your upcoming presentation on Insider (and also on the Elevision) and was wondering if you could make some small adjustments to your talk. I noticed on your cover page that you used the phrases “challenging problems”, “unmapped barriers”, and “uncertainty parameters”; could you please remove them all, as they imply a certain negativity about Shenandoah that is not truly warranted at this time, especially for a discovery that may be one of Anadarko’s all-time largest ever.If you have any references to faults in your presentation – as barriers, either unmapped or mapped – please refrain from calling them “faults”, referring to them instead as “hypothetical lineaments with potential for full transmissibility”. In fact, you should probably change the title of your talk; “Dynamic Uncertainty” is too strong and too negative a phrase for a discovery that is probably one of Anadarko’s all-time greatest.
> Sincerely,
> (names withheld by request of 13th floor hall monitor)
>
> <image001.png>

Exhibit
0100

# Document Produced in Native Format

ANADARKO insider

How Do I? | Our Teams | APC Extras | My HR | Training & Career | News & Ev

Houston




# A Safety Milestone in the Algerian Desert

Groupement Berkine recognizes Nabors Drilling Rig 810 for reaching 6 years without a lost time accident. That's more than 2.1 million man hours working in the desert.



Mozambique Study Yields IHS ...



Influential Women List Honors ...



A Safety Milestone in the Algeri...




Phishing: Don't Get Caught

View All News

## Upcoming Events

**2.19.2015**
**CPR, AED & First Aid Training**
Learn how to save a life through the use of CPR, AED and first aid.

**2.19.2015**
**Reservoir Characterization Series**
Join Doug Shotts as he presents, "Managing Dynamic Uncertainty for Shenandoah Field Development." Coffee will be provided.

**2.25.2015**
**January/February Birthday Lunch**

View More Events

## Announ

There are
later.

# EXHIBIT 72

**To:** Bansal, Neha[Neha.Bansal@anadarko.com]
**From:** Shotts, Doug[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=HXT200]
**Sent:** Wed 2/18/2015 10:50:00 PM Coordinated Universal Time
**Subject:** Fwd: Updated Presentation

---

FYI. How things change.

Sent from my iPhone

Begin forwarded message:

**From:** "Sankaran, Sathish" <Sathish.Sankaran@anadarko.com>
**Date:** February 18, 2015 at 4:34:06 PM CST
**To:** "Trautman, Tim" <Tim.Trautman@anadarko.com>, "Shotts, Doug" <Doug.Shotts@anadarko.com>, "Ramsey, Jake" <Jake.Ramsey@anadarko.com>, "Kendall, Beth" <Beth.Kendall@anadarko.com>, "Strickling, Robert" <Robert.Strickling@anadarko.com>, "Camden, Chris" <Chris.Camden@anadarko.com>, "Frye, Lea" <Lea.Frye@anadarko.com>, "McGrievy, Pat" <Pat.McGrievy@anadarko.com>
**Subject: RE: Updated Presentation**

Under the circumstances, we will go ahead and cancel tomorrow's talk for now. We can always revisit this at your convenience later. Thanks again for all your inputs and feedback yesterday.
Regards,
**Sathish Sankaran**
Ph: 832 636 3328, Fax: 832 636 8045
Email: sathish.sankaran@anadarko.com

---

**From:** Trautman, Tim
**Sent:** Wednesday, February 18, 2015 8:25 AM
**To:** Shotts, Doug; Ramsey, Jake; Kendall, Beth; Strickling, Robert; Camden, Chris; Frye, Lea; McGrievy, Pat
**Cc:** Sankaran, Sathish
**Subject:** RE: Updated Presentation

Still not sure I would show the highly faulted model (tightly spaced E-W and N-S grid); this seems TOO ARBITRARY as it is not based on any realistic structural model or interpretation.
A highly faulted model might be okay for sensitivity case but it should be based on an actual map interpretation such as our development's team map which showed several faults.

---

**From:** Shotts, Doug
**Sent:** Wednesday, February 18, 2015 7:16 AM
**To:** Ramsey, Jake; Kendall, Beth; Strickling, Robert; Camden, Chris; Trautman, Tim; Frye, Lea; McGrievy, Pat
**Cc:** Sankaran, Sathish
**Subject:** Updated Presentation

Guys, I'm going to be out of the office the entire day so I wanted to get you the latest version of the presentation before I leave. I believe I've incorporated all that was discussed yesterday, but please let me know if there's any other concerns. I can make any needed changes this evening. I still have a little work I want to do on the word slides, but I think the content is 99% there.

Thanks for all the feedback yesterday!

Doug

File location: L:\Temporary(30Days)\Houston\shotts\RCRT Community of Practice\Draft-Shen RCRT COP, Feb 2015.pptm

Exhibit
0099

# EXHIBIT 73

**To:** Bi, Jackson[Zhuoxin.Bi@anadarko.com]; Shotts, Doug[Doug.Shotts@anadarko.com]
**From:** Bi, Jackson[Zhuoxin.Bi@anadarko.com]
**Sent:** Thur 2/19/2015 2:02:48 PM Coordinated Universal Time
**Subject:** Conversation with Bi, Jackson

---

**Bi, Jackson [7:51 AM]:**
why it's cancelled?
**Shotts, Doug [7:53 AM]:**
Word came from down from Talley that the Exploration SVP was not happy with the content. Apparently, an open technical discussion is not something we like to do here (hint of sarcasm)
**Bi, Jackson [7:55 AM]:**
got it
thanks

Exhibit
0101

EXHIBIT 74




ANADARKO
SHENANDOAH BASIN

# Asphaltene Mitigation

April 2015

# Agenda

- Asphaltene Review for Shenandoah
- Industry State-of-Art
- APC Experience
- Path Forward

# Phase 1 Fluids Testing Summary

ANADARKO

## WR 51 #2 (Appraisal Well) (Less than 1wt% OBM in ALL samples)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/ Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| UW2 | 29,329 | 22,798 | 197 | 3,618 | 35.2 | 1,119 | 1.64/1.89 | 0.99/0.40 | 11,799 | 67 |
| UW 3 | 29,576 | 22,906 | 200 | 3,731 | 35.7 | 1,122 | 1.42/1.68 | 0.89/0.38 | N/A | 74 |
| UW3 | 29,791 | 22,981 | 202 | 3,611 | 35.5 | 1,147 | 1.41/1.67 | 0.89/0.39 | N/A | 67 |
| UW3 | 29,907 | 23,024 | 203 | 3,717 | 33.5 | 1,318 | 1.38 / 1.61 | 0.88 / 0.38 | 11,496 | 49 |
| LW A | 30,010 | 23,067 | 204 | 3,666 | 36.5 | 1,151 | 1.38 /1.61 | 0.91/0.31 | N/A | 70 |
| LW A | 30,181 | 23,134 | 205 | 3,837 | 35.7 | 1,210 | 1.43/1.67 | 0.84/0.37 | 11,908 | 53 |
| LW B | 30,323 | 23,185 | 207 | 3,797 | 35.6 | 1,237 | 1.46/1.71 | 0.90/0.55 | 11,867 | 58 |
| LW C | 30,589 | 23,301 | 210 | 3,883 | 35.4 | 1,448 | 1.47 / 1.73 | 0.48 / 0.47 | 11,719 | 59 |
| LW D | 30,892 | 23,497 | 212 | 4,344 | 36.6 | 1,819 | 1.57 / 1.89 | 0.49 / 0.27 | 13,480 | 70 |
| LW E | 31,068 | 23,663 | 214 | 2,969 | 24.3 | 734 | 1.2 / 0.6 | 1.2 / 0.6 | 5,545 | 72 |

## WR 52 #1BP2 (Discovery Well) (Currently not used for any workflow)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| LW D | 29,348 | 22,635 | 190 | 3,168 | 26.3 | 867 | 1.23/1.43 | 3.4 / 0.9 | 8,465 | 79 |
| LW E | 29,620 | 22,892 | 190 | 3,165 | 26.1 | 852 | 1.24/1.41 | 3.1 / 1.0 | 8,635 | 91 |

# Asphaltene Phase Envelope



# Asphaltene Deposition



# Asphaltene Deposition – UW3 Results

ANADARKO



ANADARKO

# Asphaltene Concerns for Shenandoah

- Asphaltene onset pressures relatively high
- Early life deposition likely in tubing
- Deposition significantly higher at lower flow rates
- Productivity decline is possible in late life after 12,000+ psi of depletion in the reservoir
- Commingling of zones may exacerbate asphaltene precipitation concerns

# Asphaltene State-of-Art

ANADARKO

- Chemical effectiveness selected based on dispersion
- Best chemical offers only 20 – 30% inhibition
- Field plugging known to occur with best chemical
- Chemical composition of deposits from depressurization are different from C7 precipitation
- New methods of testing developed by each chemical company




| | H/C ratio | Asphaltene content of deposit | Sulfur content |
|---|---|---|---|
| | | (%) | (wt%) |
| Depressurization | 1.06 | 23 | 5.3 |
| C7 precipitation | 1.09 | 26 | 12.1 |

# APC Asphaltene Experience

ANADARKO

- **Xylene tubing Soaks**
  - GC 562 #3
  - GC 768 #1 - #4
  - GC 680 #3 - #6
- **New solvent soak**
  - GC 562 #3 (by end of August)
- **Near wellbore stimulations**
  - GC 562 #3
  - GC 680 #3, #4, #5
- **Plans**
  - Alternate solvent soak for GC 562 #3, GC 680 wells

# Path Forward

ANADARKO

- **Evaluating tubing coating**
- **Engaged 3 chemical companies (NalcoChampion, BakerHughes, Clariant)**
  - NC has already developed field trial ready chemicals
  - BakerHughes and Clariant work is initial lab testing stages
- **Challenges to compare lab results**
- **Possible field trials for each recommendation in 2016**
- **Additional pressurized fluid testing with Shen-4 fluids (assuming we get oil for the well being drilled)**

# EXHIBIT 75

**To:** O'Donnell, Alan[Alan.ODonnell@anadarko.com]
**Cc:** McGrievy, Pat[Pat.McGrievy@anadarko.com]
**From:** Frye, Lea[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=VBL604]
**Sent:** Wed 4/8/2015 2:43:32 PM Coordinated Universal Time
**Subject:** 2015-04-08_Development_Economics.pptx
**Attachment:** 2015-04-08_Development_Economics.pptx

---

Alan,

As requested, Slide deck form today's presentation.

Regards,
Lea

Exhibit
350

# Document Produced in Native Format

ANADARKO



ANADARKO SHENANDOAH BASIN

# Development Full Field Economics

April 2015

# Executive Summary

ANADARKO

- **Full Field Wet Tree Development Net Economics (30%WI)**
  - Based on development view of resources post Shen 3
  - Assumes 100 MBOPD Spar; 16 well development
  - Assumes aquifer support; no injection required

| Invest ($60/bbl) | NPV10 ($MM) | ROR (%) | PIR10 ($/$) | F&D ($/BOE) | LOE ($/BOE) | EUR (MMBOE) | Capital ($B) |
|---|---|---|---|---|---|---|---|
| Risked | 66 | 11 | 0.08 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 199 | 13 | 0.16 | 13.97 | 5.29 | 157 | 2.2 |
| **Sensitivity: Upside Pricing $85/bbl** | | | | | | | |
| Risked | 392 | 17 | 0.44 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 705 | 19 | 0.57 | 13.97 | 5.29 | 157 | 2.2 |

- **Further Case Optimization**
  - Annual intervention cost per well → 3Q 2015 (SLOOP)
  - Net pay and updated structural mapping→ Late 2Q 2015
  - Export → 2016
  - Well/Flowline constraints → 3Q 2015
  - Full field cost and timing → 3Q 2015
  - Well Spacing and Well Location → 4Q 2015

ANADARKO

# MMRA RESOURCE AND DETERMINISTIC VALIDATION

# MDT Interpretations




1. Shen 3 (Blue) and Shen 2 (Maroon) projected OWCs are representative of entire structure "West" and "East".

2. Shen 3 (Blue) and Shen 2 (Maroon) projected OWCs is representative of "West" structure. Shen 3 (Blue) and Shen 1 (Orange) projected OWCs is representative of "East" structure.

| | UW2 | UW3 | LWA | LWB | LWC | LWD | LWE |
|---|---|---|---|---|---|---|---|
| HKW Shen 1 | NA | NA | 28,252 | 28,459 | 28,803 | NA | NA |
| LKO Shen 1 | NA | NA | 28,252 | NA | 28,803 | 29,261 | 29506 |
| Proj. O/W Shen 1 | NA | NA | 28,490 | NA | 28,735 | 29,600 | 30400 |
| Delta Shen 3/Shen 1 | NA | NA | 3,081 | NA | 3,367 | 2,599 | 2,023 |
| LKO Shen 2 | 29,405 | 29,832 | 30,127 | 30,318 | 30,127 | 30,824 | 31031 |
| Proj. O/W Shen 2 | 30,600 | 30,700 | 30,680 | 30,680 | 30,760 | 31,450 | 31900 |
| HKW Shen 3 | 30,736 | 30,981 | 31,333 | 31,647 | 32,170 | 32,199 | 32423 |
| Delta Shen 3/Shen 2 | 136 | 281 | 653 | 967 | 1,410 | 749 | 523 |



# Shenandoah Reservoir Outlines
# P99 & P90 Based on Expl Post-Shen-3 Maps
# MDT EOWCs from Interpretation 2




## Possible Shenandoah Reservoir Outlines

- UW-2 West (EOWC=30,510') ; East (?)
- UW-3 West (EOWC=30,6090' ; East (?)
- LW-A West (EOWC=30,690') ; East (EOWC =28,252')
- LW-B West (EOWC=30,800') ; East = Wet
- LW-C West (EOWC=30,800') ; East (EOWC=28,803')
- LW-D (EOWC=31,400') ; East (EOWC=29,600')
- LW-E (EOWC=31,850') ; East (EOWC=30,400')

| | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West EOWC | 1036 (LWC) | 1396 | 2048 (UW2) |
| East EOWC | 0 | 276 | 1058 (LWE) |

| | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West LKO | 853 (LWE) | 1031 | 1289 (LWA) |
| East LKO | 0 | 29 | 98 (LWA) |

# Shenandoah Possible Resource
# P10 – P1 Based on Expl Post-Shen-3 Maps
# MDT EOWCs from Interpretation 1




## Possible Shenandoah Reservoir Outlines

- Upper Wilcox 2 (EOWC=30,510')
- Upper Wilcox 3 (EOWC=30,690')
- Lower Wilcox A (EOWC=30,690')
- Lower Wilcox B (EOWC=30,800')
- Lower Wilcox C (EOWC=30,800')
- Lower Wilcox D (EOWC=31,400')
- Lower Wilcox E (EOWC=31,850')

| | Min Area (Acres) | Avg. Area (Acres) | Max Area (Acres) |
|---|---|---|---|
| West EOWC | 1036 (LWC) | 1396 | 2048 (UW2) |
| East EOWC | 1322 (LWC) | 1629 | 1924 (UW2) |
| Shen 1 | 0 | 56 | 115 (LWE) |
| **Total** | **2358** | **3025** | **3972** |

# MMRA Incorporating Both MDT Interpretations

ANADARKO

Assumes Thinning on Structure (Development View)

| | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P99** | 1,238 | 377 | 11 | 537 | 113 |
| **P90** | 1,600 | 500 | 15 | 823 | 192 |
| **P50** | 2,191 | 707 | 22 | 1,379 | 358 |
| **P10** | 3,000 | 1,000 | 30 | 2,348 | 671 |
| **P01** | 3,876 | 1,327 | 37 | 3,518 | 1049 |

Mapped Deterministic OIP (BB)
* High Side as Net Pay Assumed a Constant Thick Sand

Interpretation #2 (West Only)
LKO = 1.1 BBO
EOWC = 1.6 BBO

Interpretation #1 (West & East)
LKO = 2.5 BBO
EOWC = 3.3 BBO




## Seismic Line Showing Thinning onto Shenandoah Structure

**WesternGeco Rev8 Coil Data – FINAL2 Volume**




Upper Wilcox Outlines (AR & BAK) w/Uncertainty Area


SeisWorks/Seismic View: ArbitraryLine
File
View
Seismic
Horizons
Faults
Wells
Help
20000
25000
30000
35000
Plio-Pleistocene Sediments
Poorer data quality
Oligocene
Eocene
Top UW
LW Marker
Cretaceous Mkr1
Cretaceous Mkr2
WR 51 ANA #2
WR 52 K
Poorly-defined down-to-the-west fault cutting top Wilcox at Shen-2 well. Evidence for fault in wellbore.
Well-defined down-to-the-west fault cutting top Wilcox 2400' east of Shen-2. Cuts Shen-2 well near TD.
Mode: Select/Create Segments
Autocorrelate: Unassigned
Owner:
SRVY:
LINE:
TRACE:
Z:
A:
X:
Y:

ANADARKO

# ECONOMIC CASE METHODOLOGY

# Invest Pricing 100 MBOPD Spar Thresholds

ANADARKO

Simulation Current

| | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Liquids | | Sales Gas | | Total Geologic Pre-Drill | Above Commercial Threshold (MCFS= 227.00 MMBO Tot HC Oil equiv) | Above Economic Threshold (MEFS= 422.00 MMBO Tot HC Oil equiv) |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| P99 | 537.49 | 0.00 | 92.56 | 0.00 | 0.00 | 110.81 | 112.76 | 230.71 | 424.73 |
| P90 | 823.38 | 0.00 | 159.26 | 0.00 | 0.00 | 187.80 | 192.08 | 259.87 | 443.62 |
| Mode | 1122.10 | 0.00 | 250.31 | 0.00 | 0.00 | 239.52 | 299.31 | 239.45 | 430.24 |
| P50 | 1378.78 | 0.00 | 298.33 | 0.00 | 0.00 | 351.44 | 357.64 | 403.70 | 559.48 |
| Mean (P99->P01) | 1492.71 | 0.00 | 331.90 | 0.00 | 0.00 | 389.91 | 396.92 | 441.32 | 591.86 |
| P10 | 2347.59 | 0.00 | 561.55 | 0.00 | 0.00 | 661.10 | 670.83 | 708.86 | 837.69 |
| P01 | 3517.93 | 0.00 | 884.97 | 0.00 | 0.00 | 1015.06 | 1048.91 | 1067.20 | 1202.20 |

Full Field Success

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
Input= 0.00/1.00
Output= 0.00/1.00
Area-Net Pay Correlation = 0%

| Chance of Success >> | Pg- Chance of Geologic Success (>=Ab Min resource) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) |
|---|---|---|---|
| | | 82.2% | 37.4% |

Fail Early <MEFS PHASE 1

Fail Late <MEFS PHASE 2

# Develop Most Likely Model



Geo-Model

Gross Volume
Net Volume
HC Pore Volume
Structural Model

Simulation Model
Phase 1: West




Well Count
Facility Constraints
Well Constraints
Operating Constraints

Simulation Model
Full Field: Injection Case




Field Development Model




Purpose: Capture Impact of Timing and Operational Constraints

Update Input as New Knowledge is Acquired

# Phase 1: Wet Tree Constraints

- **Facility: 100 MBOPD Spar**
  - Capacity: 100 MBLPD & 120 MMCFD
- **Well Count (4):**
  - Two Wells: LWC, LWD and LWE
  - Two Wells: All UW + LWA & LWB
- **Well Constraints**
  - 15,000 BLPD
  - 2,000 Drawdown
- **30 Year Evaluation Life**



# Develop Stochastic Model

Abandonment
Pressure
Aquifer Size
Connectivity
OWCs













Purpose: Capture Impact of "Static" & "Dynamic" Uncertainty in the MEFS Evaluation

Update Input as New Knowledge is Acquired

# Phase 1: Wet Tree 100 MBOPD Spar




| Cost Category | Total Cost ($MM) |
|---|---|
| Appraisal | $236 |
| Export | $140 |
| IPT/20A | $185 |
| Facility | $1,304 |
| Platform Rig | $0 |
| Subsea/Risers | $675 |
| Drilling | $548 |
| Completion | $690 |
| **Total Cost** | $3,778 |
| **Max Capacity (BOEPD)** | **144,000** |
| **Expected Utilization** | **25% - 50 %** |

Well Constraint: 15 KBLPD

# MEFS to Sanction: Phase 1 @ 100%WI

ANADARKO



# Phase 2: Wet Tree 100 MBOPD Spar




| Cost Category | Total Cost ($MM) | Delta Cost ($MM) |
|---|---|---|
| Appraisal | $236 | $0 |
| Export | $140 | $0 |
| IPT/20A | $185 | $0 |
| Facility | $1,304 | $0 |
| Platform Rig | $0 | $0 |
| Subsea/Risers | $1,239 | $564 |
| Drilling | $1,309 | $761 |
| Completion | $1,379 | $690 |
| | | |
| **Total Cost** | $5,793 | $2,015 |
| **Max Capacity (BOEPD)** | **144,000** | **0** |
| **Expected Utilization** | **40% - 100%** | |

Well Constraint: 15 KBLPD

# MEFS to Sanction: Phase 2 @ 100%WI



# Invest Pricing 100 MBOPD Spar Thresholds

ANADARKO

| Simulation Current | Original In Place | | Prospective Undiscovered Recoverable Resources | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Liquids | | Sales Gas | | Total Geologic Pre-Drill | Above Commercial Threshold (MCFS= 227.00 MMBO Tot HC Oil equiv) | Above Economic Threshold (MEFS= 422.00 MMBO Tot HC Oil equiv) |
| | Oil | Raw Gas | Oil | Total Cond | Non-Assoc | Soln | | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| P99 | 537.49 | 0.00 | 92.56 | 0.00 | 0.00 | 110.81 | 112.76 | 230.71 | 424.73 |
| P90 | 823.38 | 0.00 | 159.26 | 0.00 | 0.00 | 187.80 | 192.08 | 259.87 | 443.62 |
| Mode | 1122.10 | 0.00 | 250.31 | 0.00 | 0.00 | 239.52 | 299.31 | 239.45 | 430.24 |
| P50 | 1378.78 | 0.00 | 298.33 | 0.00 | 0.00 | 351.44 | 357.64 | 403.70 | 559.48 |
| Mean (P99->P01) | 1492.71 | 0.00 | 331.90 | 0.00 | 0.00 | 389.91 | 396.92 | 441.32 | 591.86 |
| P10 | 2347.59 | 0.00 | 561.55 | 0.00 | 0.00 | 661.10 | 670.83 | 708.86 | 837.69 |
| P01 | 3517.93 | 0.00 | 884.97 | 0.00 | 0.00 | 1015.06 | 1048.91 | 1067.20 | 1202.20 |
| | | | | | | Chance of Success >> | Pg- Chance of Geologic Success (>=Ab Min resource) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) |
| | | | | | | | | 82.2% | 37.4% |

Full Field Success

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
Input= 0.00/1.00
Output= 0.00/1.00
Area-Net Pay Correlation = 0%

Fail Early <MEFS PHASE 1

Fail Late <MEFS PHASE 2

# Decision Tree (100 MPOD Spar No Injection)



# 100 MBOPD Spar Capital Forecast (No Injection Case)



# 100 MBOPD Spar Capital Split (No Injection)

ANADARKO

**Wet Tree Development:**
**100 MBOPD Spar Phase 1**
**4 Wells**
**$4,051 MM**




**Wet Tree Development**
**100 MBOPD Spar**
**Full Field - No Injection - 16 Wells**
**$10,206 MM**







**Wet Tree Development:**
**100 MBOPD Spar Phase 2**
**8 Wells**
**$6,066 MM**

# Production Profiles



# Economic Summary (30% WI @ Invest)

ANADARKO

| Case | NPV10 ($MM) | ROR (%) | PIR10 ($/$) | F&D ($/BOE) | LOE ($/BOE) | EUR (MMBOE) | Capital ($B) |
|---|---|---|---|---|---|---|---|
| P10 | 272 | 13 | 0.18 | 14.20 | 5.49 | 216 | 3.0 |
| P50 | 242 | 13 | 0.21 | 12.54 | 4.74 | 145 | 1.8 |
| P90 | 68 | 11 | 0.06 | 15.99 | 5.85 | 114 | 1.8 |
| Fail Late | 26 | 11 | 0.03 | 14.16 | 4.99 | 86 | 1.2 |
| Fail Early | -109 | | -0.65 | | | | 0.2 |
| **Mean Economics @ Invest ($60/bbl)** | | | | | | | |
| Risked | 66 | 11 | 0.08 | 14.39 | 5.17 | 97 | 1.4 |
| Unrisked | 199 | 13 | 0.16 | 13.97 | 5.29 | 157 | 2.2 |

- **Key to improving economics in this pricing environment:**
  - Updating same evaluation as new information or data is acquired
  - Phasing to reduce uncertainties and minimize risk
  - Reducing well count
  - Increasing individual well rates (LW C / LWD / LWE)
  - Reducing D/C&E costs
  - Resource size

ANADARKO

# SENSITIVITIES

# More Aggressive MMRA Resource Cases

ANADARKO

## Limited Thinning Case (Exploration View)

| | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P90** | 1,600 | 800 | 15 | 1,166 | 269 |
| **P50** | 2,191 | 894 | 22 | 1,755 | 487 |
| **P10** | 3,000 | 1,000 | 30 | 2,661 | 765 |

## Big Case (Exploration View)

| | Area (Acres) | Net Pay (feet) | RF (%) | OIP (MMBO) | EUR (MMBOE) |
|---|---|---|---|---|---|
| **P90** | 2,600 | 800 | 15 | 1,769 | 395 |
| **P50** | 3,017 | 894 | 22 | 2,412 | 625 |
| **P10** | 3,500 | 1,000 | 30 | 3,307 | 977 |

# Tornado Chart (NPV 10 $MM)

ANADARKO




Wet Tree - 100 MBOPD Spar - Full Field (16 wells) - No Injection
WI = 30% ; Invest Pricing

Upside ($85/bbl) Invest ($60/bbl)

# Tornado Chart (PIR10 $/$)

ANADARKO



# EXHIBIT 76

**To:** Joshi, Nikhil[Nikhil.Joshi@anadarko.com]
**Cc:** McEvoy, David[David.McEvoy@corelab.com]; Frye, Lea[Lea.Frye@anadarko.com]
**From:** Fyfe, Rikki[Rikki.Fyfe@corelab.com]
**Sent:** Mon 11/2/2015 2:20:35 PM Coordinated Universal Time
**Subject:** RE: Remaining samples for 40225

---

Hello Nikhil,

Yes the filtration samples were sent to Weatherford labs. We normally take images of the tops of the pistons of the accumulators when there's been deposition that's occurred but this time it didn't happen. We're changed our protocols going forward to not only take images but also try and recover some of the deposit should there be any there. Sorry about that.

Look forward to hearing about your next course of action.

Thanks
Rikki

-----Original Message-----
From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Friday, October 30, 2015 6:51 PM
To: Fyfe, Rikki
Cc: McEvoy, David; Frye, Lea
Subject: RE: Remaining samples for 40225

Hi Rikki,
We are planning to do additional testing and will send you details on Monday. Please keep the samples on heat.

Also, please advise if the filtration samples have been shipped to Weatherford. Any chance any of the samples on top of the piston were collected/samples?

Thanks.
Nikhil

On Fri, Oct 30, 2015 at 12:45 PM -0700, "Fyfe, Rikki" <Rikki.Fyfe@corelab.com<mailto:Rikki.Fyfe@corelab.com>> wrote:

Hello Nikhil and Lea,

Please find attached the interim report for the blended Shenandoah fluids. As you'll have seen in the video the fluid flocculated as a function of blending. When we took the blending cylinder apart for cleaning there was a fantastic amount of asphaltene present in the top of the piston of the cylinder. Anyway while we've still got the samples on heat please let me know if you require any additional testing. If not I will remove them from heat for controlled cool down and permanent storage in Broussard.

Thanks
Rikki Fyfe

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Thursday, October 22, 2015 4:37 PM
To: Fyfe, Rikki
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Thanks Rikki. Please request the filtered asphaltenes and filtrate to be analyzed as we have done in the past at Weatherford. Look forward to the report.

From: Fyfe, Rikki [mailto:Rikki.Fyfe@corelab.com]
Sent: Thursday, October 22, 2015 4:24 PM
To: Joshi, Nikhil
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Hello Nikhil,

Sorry about the bad news. I can confirm we did not pre-filter the fluids prior to commingling/blending them together and yes all the individual fluids were maintained at 20,000 psig and at their respective reservoir temperatures following restoration. I'm preparing a report which I'll issue by the end of the month. If you need additional testing performed please let me know.

Thanks

Rikki

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Thursday, October 22, 2015 4:17 PM
To: Fyfe, Rikki
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Rikki,
Thanks for the info but no-thanks for the results.

Please confirm that there was no pre-filtration done of the commingled fluid before charging to the cell and the pressure and temperature of the blended oil was maintained are reservoir pressure and temperature at all times.

Thanks.
Nikhil

From: Fyfe, Rikki [mailto:Rikki.Fyfe@corelab.com]
Sent: Thursday, October 22, 2015 2:01 PM
To: Joshi, Nikhil
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Hello Nikhil,

As per my communication yesterday please find attached the video file with the blended fluid. I'm not sure if this file will pass either of our servers if it doesn't I'll attempt to compress it further and re-send.

Look forward to hearing from you.

Thanks
Rikki

From: Fyfe, Rikki
Sent: Wednesday, October 21, 2015 3:31 PM
To: 'Joshi, Nikhil'
Subject: RE: Remaining samples for 40225

Hello Nikhil,

I'm working up the data at the moment. I can tell you that we prepared the volumetric blend of the fluids in a cylinder as per your instructions and homogenized however upon charging the blend to the AOP unit the fluid was observed to have already flocculated asphaltene. We homogenized the fluids at 19,500 psig for about 12 hours in the unit prior to performing a pressure reduction study to confirm that the flocculation did occur above the charge pressure.

As soon as I get the video file completed I'll send it off to you. I can tell you that we only used 15cc's of each sample for the testing so if you wanted to attempt a different ratio of fluids this may be possible. Either way I apologize for the bad news but hope that you can gain some information from the data generated.

I'll fire off the video as soon as it's completed processing.

Thanks
Rikki

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Wednesday, October 21, 2015 7:59 AM
To: Fyfe, Rikki
Subject: RE: Remaining samples for 40225

Hi Rikki,
Hope you had a good time off. I am curious if you were able to complete this work and get us the report.

Thanks.
Nikhil

From: Joshi, Nikhil
Sent: Wednesday, September 30, 2015 7:31 AM
To: Fyfe, Rikki
Subject: RE: Remaining samples for 40225

Thanks for the feedback Rikki! Enjoy your time off.

From: Fyfe, Rikki [mailto:Rikki.Fyfe@corelab.com]
Sent: Wednesday, September 30, 2015 7:07 AM
To: Joshi, Nikhil
Subject: RE: Remaining samples for 40225

Hello Nikhil,

The testing will be performed on Friday. I'm actually going to be out next week but will try and get one of my technicians to prepare the video file of the AOP run and send it to you in my absence. If this isn't possible then I'll definitely have it to you as soon as I return on the 12th October.

I apologize for the delay in completing this.

Thanks
Rikki

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Tuesday, September 29, 2015 9:11 PM
To: Fyfe, Rikki
Subject: RE: Remaining samples for 40225

Hi Rikki,
I know you are busy but would really appreciate an update on this testing please.

Thanks.
Nikhil

From: Joshi, Nikhil
Sent: Thursday, September 24, 2015 10:07 AM
To: 'Fyfe, Rikki'
Subject: RE: Remaining samples for 40225

Rikki,
Please advise update on testing results for this commingled work.

Thanks.
Nikhil

From: Joshi, Nikhil
Sent: Tuesday, July 07, 2015 11:19 AM
To: Fyfe, Rikki
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Rikki,
Thank you for the correction. As discussed, let us plan to evaluate if "01" is a good sample to use before we charge the rest of the samples.

Look forward to your feedback. Thanks.
Nikhil

From: Fyfe, Rikki [mailto:Rikki.Fyfe@corelab.com]
Sent: Tuesday, July 07, 2015 10:13 AM
To: Joshi, Nikhil
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Hello Nikhil / Lea,

Following our conversation this morning please find attached the revised proposal for the blending AOP experiment for Shenandoah. As you pointed out I mistakenly had the wrong number of AOP experiments in the previous version.

Let me know if you require anything additional.

Thanks
Rikki

From: Fyfe, Rikki
Sent: Monday, July 06, 2015 8:34 AM
To: 'Joshi, Nikhil'
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Hello Nikhil,

I've attached the requested proposal for blending the three samples together and performing an AOP at 202°F.

Please note the following

1. There is only 20cc's of sample 40225-02 remaining but as there is always a dead volume in all cylinders I think it would be best to charge this sample first and see what volume comes out of it so we ensure sufficient volume is available for the testing.

2. Sample 40225-01 (60cc's remaining) is currently in Broussard on storage and will have to be shipped to us if you wish to use this sample for the blending AOP experiment.

3. We have sample 40225-07 (120 cc's remaining) here in Houston should you wish to use this one instead of sample 40225-01.

4. We would likely only use a 10-15cc's of each sample for the blending process for AOP measurement rather than the 20cc's you suggested.

Let me know how you wish to proceed.

Thanks
Rikki

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Thursday, July 02, 2015 4:13 PM
To: Fyfe, Rikki
Cc: Frye, Lea
Subject: RE: Remaining samples for 40225

Rikki,
I believe you already have the following samples. We wanted to do a AOP by commingling these samples in equal proportion and conduct AOP at 202F. Assuming we need ~60 cc of mixed oil, 20 cc from each should work but am looking for confirmation from you.

40225-119
40225-01
40225-02

Please advise if you have further questions. Please advise cost and timeline.

Thank you. Best Regards,
Nikhil

From: Joshi, Nikhil
Sent: Thursday, July 02, 2015 4:10 PM
To: 'Hymel, Dwayne'
Cc: Frye, Lea; 'Fyfe, Rikki'; 'Andres, Randy'
Subject: RE: Remaining samples for 40225

Hi Dwayne,
Please ship 40225-13 to SLB.

Also, please ship the following to CoreLab Houston for work with Rikki's team.
40225-119

Thank you. Best Regards,
Nikhil

From: Hymel, Dwayne [mailto:Dwayne.Hymel@corelab.com]
Sent: Wednesday, July 01, 2015 3:35 PM
To: Joshi, Nikhil
Subject: RE: Remaining samples for 40225

Nikhil,

Here is the requested inventory.

Thanks,
Dwayne

From: Joshi, Nikhil [mailto:Nikhil.Joshi@anadarko.com]
Sent: Wednesday, July 01, 2015 3:26 PM

To: Hymel, Dwayne
Subject: Remaining samples for 40225

Hi Dwayne,
Please advise the remaining pressurized sample inventory for 40225. We probably want to do some more testing at the Houston lab on asphaltene.

Thank you. Best Regards,
Nikhil

Click here for Anadarko's Electronic Mail Disclaimer<http://www.anadarko.com/notices/Pages/Electronic-Mail-Disclaimer.aspx>

# EXHIBIT 77

**To:** Ramsey, Jake[Jake.Ramsey@anadarko.com]
**From:** Chandler, Paul[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZPAC4]
**Sent:** Sat 8/15/2015 2:42:34 PM Coordinated Universal Time
**Subject:** Re: Shen Updates

---

Jake,
I would have hoped the Eocene would have come in as predicted and certainty the Wilcox section. The fact that we will be structurally so much lower in this case to me suggests we've crossed a major fault/faults. The presence of salt suggests we are near the basin edge which potentially removes a large portion of pay area further to the NW. Finally, we don't know for sure if we have encountered a wing of salt(Shen1) or we are more in the feeder or something else which has a huge impact on how much Wilcox to expect as we drill ahead. The odds of finding a Shen 2 like pay section and connectivity to the rest of the reservoir has been reduced. The chance of having 1400' of core to take has also been reduced. I don't mean to be negative just realistic. We'll certainly hope for the best as we drill ahead. I appreciate all your efforts with this well as I know it's been more difficult than expected and I agree with your assessment of it to this point.

Paul

Sent from my iPhone

On Aug 15, 2015, at 8:29 AM, Ramsey, Jake <Jake.Ramsey@anadarko.com> wrote:

> Why so negative on the well result?
>
> Sent from my iPhone
>
> On Aug 15, 2015, at 8:10 AM, Chandler, Paul <Paul.Chandler@anadarko.com> wrote:
>
>> Jake,
>> Thanks for keeping me in the loop on Shenandoah. I wish the news was better and I wish I had some alternate ideas to help but I don't. Maybe the dip meter data will be beneficial. You've really been under the gun the last few days. That Regional Group is probably looking better and better.
>>
>> Paul

Exhibit
205

# EXHIBIT 78
# [Redacted]

**To:** Walker, Al[Al.Walker@anadarko.com]; Kleckner, Jim[Jim.Kleckner@anadarko.com]
**From:** Daniels, Bob[/O=APC/OU=CANADA/CN=RECIPIENTS/CN=BDANIELS]
**Sent:** Fri 8/28/2015 2:57:47 PM Coordinated Universal Time
**Subject:** FW: Shen Update
**Attachment:** SHEN_WR51_3_Update_Aug28_0800hrs.JPG

---

Guys,
At Shenandoah we exited base of salt, got into normal age section, and then went back into salt. We don't know if this is a salt wing related to the weld to the northeast of us or what, but if you look at the attached cross section we are getting pretty far down into the anticipated Wilcox sands and are still in the salt. I visited with Bill last night and plan is to drill to TD which we could reach tonight. If we never exit salt they are proposing and partners seem to agree a sidetrack to the south away from the bad seismic data zone targeting the Wilcox away from salt interface. I will keep you informed as we drill through the day. Thanks. Bob

---

**From:** Tedesco, Bill
**Sent:** Friday, August 28, 2015 9:16 AM
**To:** Daniels, Bob
**Subject:** Fwd: Shen Update

Bob,

No luck yet, we are still in salt. Making about 80ft/hr should TD in 12-14 hours if we don't come out. Team is working sidetrack option we discussed yesterday afternoon with drilling and partners. Cross section of latest correlation attached. Will keep you posted.

[redacted]

Bill

Begin forwarded message:

> **From:** "Ramsey, Jake" <Jake.Ramsey@anadarko.com>
> **To:** "Tedesco, Bill" <William.Tedesco@anadarko.com>
> **Cc:** "Trautman, Tim" <Tim.Trautman@anadarko.com>
> **Subject: RE: Shen Update**
>
> Updated section attached. No luck yet, still in salt. Drilling ahead at 30,380' MD / 30,109' TVD
>
> Jake
>
> -----Original Message-----
> From: Tedesco, Bill
> Sent: Thursday, August 27, 2015 10:45 PM
> To: Ramsey, Jake
> Cc: Trautman, Tim
> Subject: Re: Shen Update
>
> Thanks. Fingers crossed we get out of salt soon.
>
>> On Aug 27, 2015, at 10:23 PM, "Ramsey, Jake" <Jake.Ramsey@anadarko.com> wrote:
>>
>> Before turning in, attached is an updated Shen x-section. Drilling ahead at 29,892' MD / 29,624' TVD and still in salt. Section is hung on top of Eocene, which is still deepest definitive time marker in well.
>>
>> Jake
>> <Shen_Update_Aug27_2200hrs.jpg>
>
> 

Exhibit
383

# Document Produced in Native Format


SHENANDOAH
WR 51 #2
ELEV_KB : 88
SHENANDOAH
WR 51 #3
ELEV_KB : 82
SHENANDOAH
WR 52 #1 BP2
ELEV_KB : 82
AFE Contract Limit: 31,025' TVD
1" = 200 ft TVD

# EXHIBIT 79

**To:** Tule, Jenifer[Jenifer.Tule@anadarko.com]
**From:** Frye, Lea[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=VBL604]
**Sent:** Mon 8/31/2015 1:36:51 PM Coordinated Universal Time
**Subject:** RE: Shen 4

---

We are preparing to sidetrack. We will be limited to how far form the wellbore we can sidetrack but it is doable. The question is will it be far enough?

Wednesday Meeting - I think.... but we can confirm with Pat today that we really just need to talk through different slow down options and the impacts on budget, execution, and 1st oil. Think about and exit strategy and what that looks like. What we might be prepared to show Bob and Jim.

-----Original Message-----
From: Tule, Jenifer
Sent: Monday, August 31, 2015 7:35 AM
To: Frye, Lea
Subject: FW: Shen 4

I received this note from Pat over the weekend subsequent to our discussion. So do you think they'll be able to side track? Are you getting any guidance from Pat as to preparation for our discussion on Wednesday? do I need to prepare anything? Thanks, Jeni

Jenifer Tule
Jenifer.tule@anadarko.com
(cell) 713-907-8515

-----Original Message-----
From: McGrievy, Pat
Sent: Friday, August 28, 2015 6:35 PM
To: Beattie, Mike; Tule, Jenifer
Subject: Shen 4

Mike and Jennie,

Please keep a tight lid on this but we were hoping to drill the Wilcox section last night and today but found, instead, the basin margin as we are currently drilling salt and will probably TD the well This evening as it appears that we are drilling a salt stock. Preliminary estimates as per some quick updates to the Geomodel by Christian Noll, assuming that we are close to the Wilcox HC sediment interface, is a loss of almost 1bboe or about 1/3rd of the pre-drill STOIPS (3.2 bboe). Our estimates now are approximately 2.3 bboe in place. This outcome may have a profound effect on how we view this project going forward and our update with Jim Kleckner will definitely be an interesting one. Also, it'll be interesting to see if our partners approve the 20A AFE's which are due on Sept. 2nd given this negative piece of information.

The plan, according to Tim Trautman is to P&A the openhole and sidetrack to the SE and hopefully find pay.

We can talk more on Monday but I would anticipate that our spending pace will change.

Regards, Pat

Patrick McGrievy
Anadarko Petroleum Corp
General Mgr - USGOM
Wk phone/ (832) 636-3973
Cell phone (281) 798-4483

Exhibit
268

# EXHIBIT 80

**To:** Chandler, Paul[Paul.Chandler@anadarko.com]
**Cc:** Noll, Christian[Christian.Noll@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]
**From:** Oudin, Chip[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZCFO1]
**Sent:** Sun 9/13/2015 10:06:06 PM Coordinated Universal Time
**Subject:** Re: Beths salt interp

---

Okay, you're right, I'm sorry. My negative attitude is starting to weigh on this whole effort like a festering boil. Once we get back to drilling, I'm sure we'll find a full and possibly amalgamated suite of Wilcox sands, spot on prognosis, full-to-base with sweet, asphaltene-free oil, and in direct pressure communication with Shen-2. Hell, the porosities and perms might even be better than we've ever seen. I see the light now, and I believe - I truly do - in all those things that Bob and Ernie and Beth and Jake have been saying about this project since June of last year. I can't let a little dose, an insignificant dose of geologic misfortune get me down. Shen-2 is one of the best wells ever drilled by this company, in deep water or anywhere else, and by golly, the field associated with that well has got to be one of the best in the world. So let's keep digging, lads, and prove up this company-maker! Our ship is about to come in. I feel it.

I'll be a little late tomorrow as I'm taking Julie to the airport for another trip back to her parents. Should be in just after 8.

Sent from my iPad

On Sep 12, 2015, at 10:41 AM, "Chandler, Paul" <Paul.Chandler@anadarko.com> wrote:

> Come on Chip, don't hold back-- how do you really feel? I think you are a little harsh . We actually no virtually nothing at this point but " squat " ? That hurts.
>
> Sent from my iPhone
>
> On Sep 11, 2015, at 8:23 PM, Oudin, Chip <Chip.Oudin@anadarko.com> wrote:
>
>> Hi Christian. At first I wasn't sure if you were serious or just yanking my chain about a "high side" scenario, given all we've gone through with this project. Frankly, given what we've seen with Shen4, our current low side might be too robust (at least on eastern side). Until I see graphically what you mean, I wouldn't change anything unless you update the current high side with the new salt model. Personally, I think the 150-7900 mmbo stoop range (pre-Shen4) says it all....we really don't know squat.
>>
>> Sent from my Verizon Wireless 4G LTE smartphone
>>
>> -------- Original message --------
>> From: "Noll, Christian" <Christian.Noll@anadarko.com>
>> Date: 09/11/2015 2:18 PM (GMT-06:00)
>> To: "Oudin, Chip" <Chip.Oudin@anadarko.com>
>> Cc: "Chandler, Paul" <Paul.Chandler@anadarko.com>, "Frye, Lea" <Lea.Frye@anadarko.com>
>> Subject: RE: Beths salt interp
>>
>> Ok, thanks Chip!
>>
>> One thought I had about the current models: we could take Beths more optimistic case and use it to update the current high-side model prior to sending to partners. It covers more bases and maybe placates some interested parties....?
>>
>> C
>>
>> ---
>> **From:** Oudin, Chip
>> **Sent:** Friday, September 11, 2015 1:22 PM
>> **To:** Noll, Christian
>> **Cc:** Chandler, Paul
>> **Subject:** RE: Beths salt interp
>>
>> Christian, I probably won't get to it today like I thought earlier. We will get new control point this weekend or Monday, which will help with salt (present or not present) and hopefully with Wilcox (deeper or shallow, oil or water, thick or thin) with the sidetrack. I told Paul that if we see Wilcox it will be deeper than expected, in part due to the fault but also due to a thicker UW shale, as seen in Yuc-2 and Shen-3, which I now think will be present at the sidetrack location. So don"t make any new changes yet.
>>
>> Sent from my Verizon Wireless 4G LTE smartphone

**Exhibit 134**

-------- Original message --------
From: "Noll, Christian" <Christian.Noll@anadarko.com>
Date: 09/11/2015 1:01 PM (GMT-06:00)
To: "Oudin, Chip" <Chip.Oudin@anadarko.com>
Cc: "Chandler, Paul" <Paul.Chandler@anadarko.com>
Subject: RE: Beths salt interp

Chip, let me know what you think. I'm still struggling a little with whether to revert to this surface for our salt truncated model update, or whether we stick with the bulkshifted surface in our current suite of models. There still seems to be significant uncertainty around the position of that salt wall, so I'm leaning towards keeping the models as they are (and exporting to partners as is).

C

---

**From:** Oudin, Chip
**Sent:** Friday, September 11, 2015 10:30 AM
**To:** Noll, Christian
**Cc:** Chandler, Paul
**Subject:** Re: Beths salt interp

Thanks. I will look at it later, maybe early this afternoon.
Chip

Sent from my iPad
On Sep 11, 2015, at 8:50 AM, "Noll, Christian" <Christian.Noll@anadarko.com> wrote:

> GC551DP2_MERGE_IP
> Horizon = Rev8_tos4_shen4_surf
>
> **Christian Noll**
>
> Project Geological Advisor
> Brazil Development
> Anadarko Petroleum Corporation
> 1201 Lake Robbins Drive
> The Woodlands, TX 77380
> Office: 832-636-8357
> Cell: 713-478-5520
> Email: christian.noll@anadarko.com

# EXHIBIT 81
[Redacted]

**To:** Daniels, Bob[Bob.Daniels@anadarko.com]; Gwin, Robert[Robert.Gwin@anadarko.com]; Hollek, Darrell[Darrell.Hollek@anadarko.com]; Kleckner, Jim[Jim.Kleckner@anadarko.com]; Reeves, Bobby[Bobby.Reeves@anadarko.com]; Walker, Al[Al.Walker@anadarko.com]; Flake, Joe[Joe.Flake@anadarko.com]
**Cc:** Bevers, Tracie[Tracie.Bevers@anadarko.com]; Black, Emelie[Emelie.Black@anadarko.com]; Kirchhofer, Ruth[Ruth.Kirchhofer@anadarko.com]; Rising, Janis [Janis.Rising@anadarko.com]; Sanchez, Candice[Candice.Sanchez@anadarko.com]; Young, Jessica[Jessica.Young@anadarko.com]
**From:** Rodriguez, Susie[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=KXN075]
**Sent:** Fri 9/25/2015 7:08:58 PM Coordinated Universal Time
**Subject:** Int'l/DW Ops EC Offsite Pre-read
**Attachment:** Intl_DW Ops EC Offsite - Sept 2015.pdf

---

All,
Please find the International/Deepwater Ops EC Offsite pre-read materials that Jim will present at the offsite.

Thank you and have a wonderful offsite,

*Susie Rodriguez*
Sr. Executive Assistant to Jim Kleckner
EVP, International & Deepwater Operations
*Anadarko Petroleum Corporation*
*1201 Lake Robbins Dr.*
*The Woodlands, TX 77380*
832-636-8484

**Exhibit**
387








ANADARKO PETROLEUM CORPORATION

# International & Deepwater Americas Operations

## EC Offsite – Operational Update

## September 28 & 29, 2015

IDENTIFY AND COMMERCIALIZE RESOURCES • EXPLORE IN HIGH-POTENTIAL PROVEN BASINS • GLOBAL BUSINESS DEVELOPMENT APPROACH • ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY

# International/DW Americas – Operational Update

[redacted]

- **Advancing understanding of discoveries**
  - Shenandoah – 20k IPT underway

[redacted]

- **Maintaining security focus**





[redacted]

# International/DW Americas – 2015 Business Delivery

- Sales volume nearly flat despite [redacted]
- Capital reduced due to wells being displaced by P&As and rig schedule movement
- Earnings and FCF are down due to commodity pricing and [redacted]

**8+4 Update**

| Metric | 2015B | 2015E | Variance |
|---|---|---|---|
| Sales Volume, MMBOE | 66.4 | 66.7 | 0.3 |
| Oil, Mboe/d | 144.5 | 144.7 | 0.2 |
| Gas, MMcf/d | 164.0 | 155.2 | (8.8) |
| NGL, Mboe/d | 10.1 | 12.3 | 2.2 |
| Reserve Adds, MMBOE | 33.6 | 30.0 * | (3.6) |
| Capital, MM$ | 1,357 | 1,314 | (43) |
| EBITDAX, $/BOE | 2,438 | 1,991 | (447) |
| Free Cash, MM$ | 1,081 | 677 | (404) |

*9&3 will meet budget









[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# 2016-2017 Shenandoah Appraisal Assumptions




*Assumes Opal (30d) is drilled and no Shen 4 By-pass core (30d)

- **Results of Shen 4 Impact:**
  - Suggests mid-case reduction of ~ 900 MMBOE or ~1/3rd mapped STOIPs
  - Delays SOP timing by +6 mos; major focus now on East side delineation
  - Results of Shen 5 could condemn project
- **2016 Budget Assumptions**
  - Shen 5 now funded by Development
  - Shen 5 By-pass core and Shen 5ST/Shen 6 funded by development
  - Shen 5 and Shen 6 wells to be designed as keeper wells
- **Shenandoah IPT Aligned to match appraisal schedule**
  - SOP and drilling hiatus can be reduced; 180 d is max period allowed for SOP

# DWA Strategic Planning for Current Commodity Environment

- **Current Exploration Inventory Sub-economic at Current Pricing**
- **Exploration Portfolio Activation**
  - To achieve a PIR > 0.3 a project needs:
    - *Under current rig contracts $70/bbl commodity price or reduction to $325k/day rig rates at invest pricing*
    - *Under cost savings initiatives, an additional 10% capital reduction assumed on top of 20% estimated to date*
- **Evaluating Creative Solutions to Return to Positive Economic Environment**
  - Amend / Extend Rig Contracts
    - [redacted]
    - *Partnership issues with high rig rates*
    - *Lower rig rates in 2016 could save APC $60-$90MM in net capital*
  - Front loading lower rig rates
  - Continuing cost reduction strategy meetings

## August '14 Exploration Portfolio




## August '15 Exploration Portfolio

(20% Services Cost Reduction – Current Invest Pricing)



# Gulf of Mexico Cost Reduction

- **$208MM Gross Cost Reductions Achieved 2015 YTD ($83MM Net)**
  - Cost reductions have been negotiated with 158 GOM suppliers
  - *Next Steps* - Bidding Multiple Categories which include: Tanks/Baskets, Mud Logging, MWD/LWD/Directional Drilling/Drilling Fluids, & Subsea Equipment
  - Average Cost Reduction percentage (%) trends - D&C: 8%, OPS: 11%, FAC: 7%

Top 10 Supplier Reductions YTD




$208MM Gross Cost Reduction Breakdown



# DW Drilling & Completions – Operational Efficiencies

- **Renewed Commitment to Operational Improvements**
  - Strategic personnel allocation – Data Scientists
  - Data driven - focused on incremental improvements
- **Real Time Monitoring Center**
  - Manned 24/7 with 3rd party well performance specialists
  - Targeting quick wins without compromising safety or well integrity
  - Incorporate completions into RTOC workflow
  - Currently being used for:
    - *Kick & wellbore stability detection (wellbore ballooning)*
    - *Operational Optimization*
- **Ops Performance Engineering Team**
  - Leveraging advances in data management, quality and analysis
  - Improve efficiency & minimize impact of non-productive (NPT) events
  - Building visualization and analytical tools for APC engineers to use real time data






# DW Rig Schedule – Manageable Commitment




[redacted]

- **Total Rig Exposure: $2.4B**
- **14.3 Rig Years Remaining on Contracts**
- **Rig Allocation** (62% Dev, 5% P&A, 33% Expl)
- **25% Projects at Risk or Pending Success**

## Rig Schedule Challenges/Risks

- Dwindling project inventory is starting to cause issues
- Non-sanctioned projects currently at risk
- Continued commitment to drilling Exploration Projects is needed
- Partner Risk – [redacted]

## Mitigations

- Working with Drilling Contractors to determine/negotiate rig rate options (to be effective 1/1/2016)
- Continue to drive D&C and Facilities costs down to improve economics
- Actively pursuing rig farmout opportunities
- Team will come back to EC with firm options to consider in October

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# How Long Does It Take to Develop a Greenfield LNG Project?

- **LNG project development is challenging; all promising projects don't succeed**

[redacted]

- **Keys to rapid development**
  - Government support/coordination
  - Internationally recognized legal & contractual structure
  - Premium market demand

**LNG Greenfield Project Development Pace**

[redacted]

0 5 10 15 20 25 30

Years

Discovery to LNG Decision LNG Decision to FID FID to 1st Cargo

Source: Wood MacKenzie, GasTech, IHS

# International/DW Americas – Staffing Needs

## Short Term Staffing Needs

- **DWA**
  - Shenandoah 0

## Mid to Long Term Staffing Needs

- **DWA**
  - Shenandoah 0 to 4 (utilizing existing staff)

[redacted]

# EXHIBIT 82
[Redacted]

**To:** Daniels, Bob[Bob.Daniels@anadarko.com]
**From:** Tedesco, Bill[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZWAT1]
**Sent:** Sat 9/26/2015 8:56:11 PM Coordinated Universal Time
**Subject:** Fwd: WR51 #3 ST01 TD & Update
**Attachment:** WR51 #3 ST01_TD_Update_9_25_15.pdf
**Attachment:** ATT00001.htm

---

Tried to send this early this morning. Just realized it bumped back to for some reason.

Bob,

Update on wells as we go into the weekend.

On Shenandoah we reached TD late yesterday after seeing Midway Shale. Currently conditioning hole and getting ready for a short trip. Logging should start late Sunday or Monday. Team is estimating 586' pay at this point, but will have a better number after we get memory data. Partners met Thursday and are in general agreement that Upper Wilcox is missing. Most think section is faulted out, Venari is postulating a shale-out. Also general agreement on getting core. We will be firming up plan and AFE early next week. Cost to date $17.9MM. Log attached below.

[redacted]

Have a good weekend!

Bill

Sent from my iPad

Begin forwarded message:

> **From:** "Johnson, Breck" <Breck.Johnson@anadarko.com>
> **Date:** September 25, 2015 at 5:38:25 PM CDT
> **To:** "Tedesco, Bill" <William.Tedesco@anadarko.com>, "Trautman, Tim" <Tim.Trautman@anadarko.com>, "Kendall, Beth" <Beth.Kendall@anadarko.com>
> **Subject: RE: WR51 #3 ST01 TD & Update**
>
> Here is the updated log with pay noted.
>
> Have a good weekend.
> Breck

---

> **From:** Johnson, Breck
> **Sent:** Friday, September 25, 2015 3:18 PM
> **To:** Tedesco, Bill; Trautman, Tim; Kendall, Beth
> **Subject:** WR51 #3 ST01 TD & Update
>
> Hi Bill,
> We have called TD on the well at 32,105' MD / 31,802' TVD. We confirmed penetration of the Midway Shale (see attached photo; red cuttings). suspect that once samples from TD are at surface, we'll be in the Cretaceous at TD. We intersected a full LW-E sand are planning a full logging program at the moment. We have some issues to work through regarding tool selection and number of runs owing to dogleg severity and max PSI but we'll get what we need in the end. We expect to start logging in the next 48 hours and expect logging to take at least 1 week depending on configurations and runs.
>
> I'll send an updated log once we get the memory data and have petrophysics update the counts, etc. As of this morning's petrophysical update, we currently have 586' TVD of net oil pay. This will likely increase a little after wireline.
> Have a good weekend.
> Breck

Exhibit
385

# EXHIBIT 83

# Document Produced in Native Format

Exhibit
0161

ANADARKO EXPLORATION



# Shenandoah 4 Update


*Tim Trautman* — *Exploration Manager*
*Breck Johnson* — *Geologist*
*Beth Kendall* — *Geophysicist*
*Jeff Pachman* — *Landman*
*Chris Camden* — *Reservoir Engineer*
*Robert Strickling* — *Reservoir Engineering Manager*


October 2015

# Shenandoah – 4 Review and Sidetrack Proposal

ANADARKO EXPLORATION

- **Shenandoah-4:** May 25 - Sept. 7 (106 Days), ~$142 MM of $214 MM AFE
- **Shenandoah-4 ST01:** Sept 8 – Oct. 19 (41 Days), $~46 MM of $44MM AFE
- **Shenandoah-4 ST01 BP01:** Oct. 19 - ?, $34 MM AFE
- **Shenandoah-4 ST02:** Nov. 17 - ?, ~$40 MM

## *Sidetrack Objectives*

- *Cost-effective assessment of large relatively untested fault block*
- *If successful, significant progress toward MEFS*
- *Confirm sand presence, quality, and stratigraphy in western portion of the field*
- *Confirm HC presence, type, and contacts in western portion of the field*

# Shenandoah Structural Map Evolution

ANADARKO EXPLORATION

## *Pre-Shenandoah-4 Structural Map*



# Shenandoah Structural Map Evolution

ANADARKO EXPLORATION

## Post-Shenandoah-4 Structural Map



# Shenandoah Structural Map Evolution

## *Post-Shenandoah-4 ST01 Structural Map*



# Shenandoah Structural Map Evolution

## *Post-Shenandoah-4 ST01 MDT Program Structural Map*



# Shenandoah Structural Map Evolution

ANADARKO EXPLORATION

## *Post-Shenandoah-4 ST01 MDT Program Structural Map*



# Shenandoah Structural Map Evolution

ANADARKO EXPLORATION

## *Post-Shenandoah-4 ST01 MDT Program Structural Map*



# Shenandoah Schematic Structural Cross Section

*Wells are projected: Schematic Section*



# Shenandoah Schematic Structural Cross Section

*Wells are projected: Schematic Section*



# Shenandoah Schematic Structural Cross Section

*Wells are projected: Schematic Section*




**SW Sidetrack**

- *Primarily untested fault block*
- *Verify downdip oil & large SW area (MEFS)*
- *Shen-4 UW 2 sand? (de-risks fault block?)*
- *Open-hole ST (retain future Shen-4 operation)*

***Anadarko Recommendation***

**NE Sidetrack**

- *Primarily take point test*
- *Prove-up attic oil & reservoir extension*
- *Updip of Shen-2 (same fault block)*
- *Crosses upthrown fault (fault out section?)*
- *Requires new window (final Shen-4 operation)*

# Upper Wilcox 2 (CI 250') – Rev8 Final 2 – After Shenandoah 4ST1



# Shen 4 – Shen 4ST1 – Yucatan 2

ANADARKO EXPLORATION






# Shen 4 – Shen 4ST1 – Yucatan 2






# Shen 4 – Shen 4ST1 – Yucatan 2

ANADARKO EXPLORATION






# EDIT BACKUP SLIDES

# Shenandoah Structural Map Evolution

ANADARKO EXPLORATION



# EXHIBIT 84

**From:** "Oudin, Chip" <Chip.Oudin@anadarko.com>
**To:** "Chandler, Paul" <Paul.Chandler@anadarko.com>, "Frye, Lea" <Lea.Frye@anadarko.com>
**Subject:** RE: Shenandoah 4 Sidetrack 2 Summary.pptx
**Sent:** Thu, 22 Oct 2015 12:44:04 +0000

You're right. And by the way, the SEC thinks you would look good in orange.

---

**From:** Chandler, Paul
**Sent:** Thursday, October 22, 2015 7:40 AM
**To:** Oudin, Chip; Frye, Lea
**Subject:** RE: Shenandoah 4 Sidetrack 2 Summary.pptx

Come on Chip, looking stupid never slowed us down before! We can do this.

---

**From:** Oudin, Chip
**Sent:** Thursday, October 22, 2015 7:37 AM
**To:** Chandler, Paul; Frye, Lea
**Cc:** McGrievy, Pat
**Subject:** RE: Shenandoah 4 Sidetrack 2 Summary.pptx

Lemme see here....250 mmbo from 900 acres, assuming 800' of ***average*** producible pay, translates into almost 350 bbl/ac-ft recovery....not bad for a 50 md rock with no proven water support!
150 mmbo with the same parameters is still a healthy 208 bbls/ac-ft. Yowzah!
Assuming the 900 acres isn't subdivided by faulting (I mean, really, why should it be? We've found 900-acre compartments already, haven't we? Oh...), and assuming the well, drilling close to the updip edge near salt, finds 500' of net oil, then utilizing a wedge geometry, you can assume an average net pay thickness of 250'. Assuming 1000 bbls/ac-ft STOOIP for these sands (and I know that's high, like some expectations), then 900 x 250 x 1000 = 225,000,000 bbls in-place. Assuming 20% recovery (also high, in line with expectations), we have 45 mmbo recoverable. This is a reasonable number based on optimistic parameters.
By quoting 150-250 mmbo recoverable for that fault block, we're making Anadarko look foolish, if not stupid.

---

**From:** Chandler, Paul
**Sent:** Thursday, October 22, 2015 7:08 AM
**To:** Frye, Lea; Oudin, Chip
**Subject:** FW: Shenandoah 4 Sidetrack 2 Summary.pptx

Just got this. Those recoverable numbers are pretty high!!

---

**From:** Trautman, Tim
**Sent:** Thursday, October 22, 2015 7:05 AM
**To:** McGrievy, Pat; Johnson, Breck; Kendall, Beth; Chandler, Paul
**Subject:** Shenandoah 4 Sidetrack 2 Summary.pptx

Team:
I would like to review this "summary" slide (either following Breck's / Beth's presentation) or at the very end of the APC section.
Breck and Beth, please insert into slide deck.
Thanks, Tim

**Exhibit**
**135**

# EXHIBIT 85

**To:** Colglazier, John[John.Colglazier@anadarko.com]; Smith, Jeremy[Jeremy.Smith@anadarko.com]; Fielder, Robin[Robin.Fielder@anadarko.com]; Gamble, Meredith [Meredith.Gamble@anadarko.com]; Christiansen, John[John.Christiansen@anadarko.com]; Moreland, Stephanie[Stephanie.Moreland@anadarko.com]; Newman, Juanita [Juanita.Newman@anadarko.com]
**From:** Hatley, Tracey[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=SDQ403]
**Sent:** Fri 11/13/2015 2:55:00 PM Coordinated Universal Time
**Subject:** Fwd: Transcript From The Jefferies 2015 Energy Conference
**Attachment:** jeff91.apc.doc
**Attachment:** ATT00001.htm

---

Tracey Hatley
Anadarko Public Affairs & External Communications
Office: 832-636-1216
Mobile: 832-928-7348
Fax: 832-636-0130
**www.anadarko.com**

Begin forwarded message:

**From:** Wall Street Webcasting <conferences@wsw.com>
**Date:** November 13, 2015 at 8:42:20 AM CST
**To:** "Hatley, Tracey" <tracey.hatley@anadarko.com>
**Subject: Transcript From The Jefferies 2015 Energy Conference**

Hi Tracey,

Attached is APC's transcript, from the **Jefferies 2015 Energy Conference**. Please let me know if you have any questions, or if I can help you with anything else.

Kind regards,

Cathleen

Cathleen Rogalsky

Ext: 804

Wall Street Webcasting
P: 201.683.2100
F: 201.850.1944
conferences@wsw.com
On Wed, Nov 11, 2015 at 11:38 AM, <tracey.hatley@anadarko.com> wrote:

# Webcast Registration

Jefferies 2015 Energy Conference

**Invoice ID:** c52339b9-8a54-4ebf-9ddc-de3d6ae2ee94
**Date:** 2015-11-11 11:38:00
**Status:** This order is to be INVOICED.
Tracey Hatley
Anadarko Petroleum Corporation
1201 Lake Robbins Drive
ALR29036
Spring, TX - Texas 77380
Email: tracey.hatley@anadarko.com
Phone: 8329287348
**Transcript**
Add Transcript $125.00
**Total Due:** **$125.00**

| | |
|---|---|
| **x_clear_shopper** | 1 |
| **x_comment** | |
| **x_company** | Anadarko Petroleum Corporation |
| **x_con_email** | tracey.hatley@anadarko.com |
| **x_con_name** | Tracey Hatley |

Exhibit
329

| | |
|---|---|
| **x_description** | Conference Webcast Registration |
| **x_event** | jeff91 |
| **x_event_date** | November 11-12 2015 |
| **x_group_id** | 129 |
| **x_replay** | 90 |
| **x_skip_msg_internal** | |
| **x_skip_msg_invoice** | |
| **x_skip_msg_receipt** | |
| **x_ticker** | APC |
| **x_title** | Jefferies 2015 Energy Conference |
| **x_update** | |

Company Name: Anadarko Petroleum Corp. (APC)
Event: Jefferies Energy Conference
Date: November 11, 2015

<<Jonathan Wolff, Analyst, Jefferies & Co.>>

You ready? Test. Good morning, everyone. Welcome to the Jefferies Energy Conference. I'm Jon Wolff, follow the producers here. Excited to have Anadarko with us. Speaking today is Ernie Leyendecker, who's Senior Vice President of International Exploration. Thanks a lot for coming, guys.

<<Ernest Leyendecker, Senior Vice President of International Exploration>>

Thanks, Jon. I appreciate that. I guess, first off I want to start off by recognizing what day it is and thanking all of our veterans and I would encourage all of you guys to do the same. Those men and women do a lot for us to allow us to live the quality of life that we do in this country. So I think on behalf of Anadarko I just want to start with that.

And then secondly, I thought this was a great opportunity to bring you back to the asset portfolio today in spite of a lot of noise around the equity over the last 24 to 48 hours. And honestly, my purpose today was really to kind of walk you through the assets and talk a little bit about how we see things that differentiate us and our competitive advantages and talk to you about some of the way we think about capital allocation and why we do what we do.

So, anyway, let's get started. Of course, I want to start out with our obligatory cautionary language slide. A little bit of this presentation will include some forward-looking statements and I encourage you all, of course, to go look at our most recent 10-Q.

And so, starting with the first deck, and many of you would have probably seen this slide before, this really is the story of what we believe differentiates Anadarko. We have continuously thought about managing through the cycle for a number of years now, particularly important in the current environment we're in. We continue to think about how we maintain flexibility. We build and we preserve value for the future and lay a foundation as we come out of the current cycle that we're in.

And we will, as we've talked about, allocate capital this year and next year to stay within our cash inflows. So we've been very financially disciplined over the past number of years. I'm sure most of you are aware of that and I think that has served us well and we will continue to look in that direction for the near-term.

So a couple of things just to point out that I have on my notes here. Really, we're going to be focusing on moderating our base decline, improving efficiencies and productivity. You've heard us talk about a number of things relative to some of our onshore assets and efficiency gains. And we'll continue to focus on reducing costs. Meanwhile, we're going to still allocate capital to our long cycle, international and deepwater exploration because that's what we do. We explore.

So, turning over to our track record slide, this really is an illustration of our key accomplishments over the past five years or so. We have – we really believe we have delivered sustainable, reasonable compounded growth and some free cash flow over the last five years. We have replaced our production at competitive metrics. We have had, as most of you know, some extraordinary success in terms of exploration and retained quite a bit of resources after all that investment in exploration.

And we talk about being very active managers of our portfolio. And you see on the bottom of the slide, over the course of the last five years, the enormous amount of monetizations, which we have done. Most notably, of course, this year, we've monetized nearly $2 billion worth of assets, various parts of our asset portfolio. We like to think of that as one of our competitive advantages. We look at our diversified portfolio, and where we see it doesn't fit, we look for opportunities to bring value forward and redeploy the capital into more efficient places in our asset portfolio.

So what to expect in 2015? You've seen a lot of these numbers before. The thing about this particular slide is it really illustrates what differentiates us in terms of our diversified asset portfolio, which is there's kind of a hidden formula in this slide in terms of an equation of our diversified portfolio, particularly offshore and international provides us a little bit lower base decline rates, which equals less maintenance capital.

So as you look at the chart on the upper right-hand side of the slide and you look at our 2015 estimates, you see we only need about $2.7 billion to maintain our flat or nearly flat growth. And you see the green bar on the slide has been taken out. That's what gives us the optionality, the offsetting lower decline assets, high-margin things in the deepwater Gulf of Mexico and international.

So I think the formula works for us. I want to make sure people understand that we think about that as a competitive advantage. And it's – the distinction here is that we're not just a pure play U.S. onshore in one or two key basins. We like that and I think that's significant and important to point out.

As I said, our focus will continue to be on preserving value and flexibility for the future in this period of lower commodity prices. We're going to be judicious with our capital allocation. We're going to reduce our capital spending to match our cash inflows and that is significant. Not discretionary cash flow, but cash inflows. And we're going to reduce our relative capital allocation to the short cycle part of our portfolio.

So the bottom part of the slide is really how we think about allocating capital at Anadarko. And many of you have probably heard on multiple occasions how we talk about capital allocation is one of the things that we think is key to success, that along, of course, with an important corporate culture. But we believe, management teams that allocate capital and have the flexibility to press on the accelerator, or step on the brake, and put the capital to work to generate returns in the best assets in the portfolio are really one of the things that differentiates us.

The short cycle component of this slide on the left hand side, we don't think you're being rewarded for growth in today's environment. So, we're going to redeploy some of that into our mid-cycle and our longer-cycle assets because we think there's additional option value and value to create in funding those types of assets, particularly exploration and the major projects that we have going on in the pipeline, which I'll talk about in a few minutes.

So flipping over to a snapshot of our U.S. onshore portfolio, I took a look at this again yesterday and one of the most striking things to me, really, when you look at it is not only have we been increasing our liquid volumes over the past five or six years, but if you actually look at this over the past six years, we have had four times liquid volume growth, which is really remarkable, from back in 2009. And I think that is an entire small-cap company in and amongst itself. And I think that's the story here.

This is the competitive advantage of having a position in the Wattenberg in the DJ, having a position in the Eagle Ford, having a position in the Permian Basin, and particularly at Delaware, having a position in East Texas and in the Marcellus. It has given us the operational flexibility to really move capital around to where we think we can generate the highest returns.

And I think it's a clear demonstration of our track record and the assets, and the asset team's ability to execute when and if we can return into a growth mode when we think we're going to be rewarded for growth.

Kind of the highlights, really, today, as most of you are probably aware, are our Delaware position. I have a slide on that in a minute. But when you look at the Delaware today, we continue to learn things that really get us excited. It is starting to become as attractive as our Wattenberg assets and it will continue to attract capital going forward.

And as you'll see, we are going to be in a bit of a maintenance mode out there, trying to build for the future, building out the backbone of infrastructure as we have done in our other basins like in the DJ and in the Eagle Ford.

So I've got a few slides on these assets. Wattenberg, this is my Wattenberg rock slide. I'm sure many of you have seen a lot of our information around Wattenberg, but going back to one of the reasons I'm happy to be here is talking about our competitive advantages. Wattenberg is really an enormous resource with a tremendous amount of running room that delivers material returns even in today's environment. You've watched us really build out our infrastructure and get ahead of it, taking advantage of our position, a large acreage position in the Wattenberg where we have advantages with royalty, infrastructure, the size and the scale, and the inventory really is just remarkable.

A lot of times we pointed out this little bar chart on the bottom of this slide really that illustrates the uplift we get from being a fee mineral owner. In today's environment, we really are getting a really material uplift because we are a fee mineral owner up to as much as 50% of PV in today's price environment. So Wattenberg is going to command a very large portion of our maintenance capital to keep that machine running and position ourselves for the future when we can step on the gas.

Turning to South Texas, this is our Eagle Ford slide. I think the most exciting thing about Eagle Ford in relating it to our competitive advantages really is all about execution. In about five or six years' time, we took a position in the Maverick Basin and we exploded it from virtually zero to 275,000 barrels a day, which is an absolute machine, an incredible testament to the field operating guys and the execution team, and really a perfect example of how Anadarko utilizes our strengths and our competitive advantages to generate material returns for our shareholders. And I think that's probably the coolest thing about the Eagle Ford for us today.

If I looked at really one of the up and coming stars in our asset portfolio in the U.S. onshore, it's the Delaware Basin. We've talked about it and many of you've heard a lot about it. Really, the Permian is, in my humble opinion, the basin that keeps on giving. It's one of those few basins in the world that we like to go back to. We love the basin.

We have a significant position. Over 600,000 gross acres in the sweet spot, in an over pressured area. We continue to see great performance out of our program. It's a very large resource with a considerable amount of running room. And I think some of the competitive advantages for us in the Delaware Basin really are the fact that it is a stack play.

We're not just looking at the Wolfcamp A, we've got multiple benches. We continue to work through those benches. We're seeing wells now approaching 1 million barrels of oil equivalent per day. We're testing the Second Bone Spring. We recently had a well that had an initial IP of more than 1,000 barrels a day. And really, as we sit here today, we're trying to lay the foundation for growth in the Delaware Basin, because it's a fairly remote area.

You can see a number of things listed on the slide that we're doing to prepare for full-scale development. We're looking forward to the day when we can go to pad drilling, which will allow us to continue to drive down costs. We've driven down drilling costs over the last recent year down to about $7.5 million and we think there's another $1.5 million or $2 million to go on that efficiency when we move into the pad drilling process. And again, in terms of competitiveness, you see that Delaware is delivering very strong returns for us in today's price environment.

So shifting gears just a little bit from the U.S. onshore to talk a little bit about our mega projects and our competitive advantages. I mentioned a little bit about our international deepwater Gulf of Mexico production assets. Really, these mega projects I think of as a differentiator because they balance our portfolio in that, as I said earlier, the base declines are different from conventional reservoirs than they are from the unconventionals and they help us moderate our base decline.

We've got a significant competitive advantage and a strong track record over a long number of years operating very large major capital projects. We call them mega projects, particularly in the Gulf of Mexico, North Africa and Algeria, and in Ghana. These assets deliver high-margin oil, typically indexed to Brent, or slightly discounted to Brent, if it's in the Gulf of Mexico. And you see on the slide, the build of – the stack build of a lot of the historical track record we've had going back to our discovery in Ghana, Jubilee, and then a number of Gulf of Mexico assets in there.

Layered on top of that, of course, is the forward-looking Mozambique deliveries out towards the end of the decade. So this is a cool slide. And really, it demonstrates how we're able to utilize these competitive advantages in terms of project management and major projects and fit within the Anadarko asset portfolio.

Gulf of Mexico, this – the Gulf continues to deliver for us. We've been in the Gulf for a long time, Anadarko and/or our legacy companies. And quite frankly, we have a distinct competitive advantage in the Gulf of Mexico, and that gives us a differentiation. We've been incredibly successful and blessed with good fortune on the exploration side in the Gulf of Mexico, which has underpinned a lot of our volumes today and historically. We know the Gulf. We know exploration in the Gulf. We understand pre-salt or above salt. We sub-salt.

I've talked about our project management skills. We continuously benchmark as a best-in-class, low cost, on time, on budget project deliverer. A couple of highlights on the slide you see. The Lucius field came online earlier this year. It's producing 80,000 barrels of oil a day, a remarkable achievement and accomplishment and we're very proud of that. The infrastructure advantage that something like Lucius gives us is really difficult to grasp without talking about the rest of the infrastructure that you see on the blue ocean – in the U.S. Gulf, with all of our infrastructure in and about the Gulf of Mexico.

We're well on our way to get Heidelberg on delivering volumes in mid-2016, another fabulous discovery, which we have moved forward with. And, of course, not to miss out on the Shenandoah Basin, which is somewhat near and dear to my heart, as I used to be responsible for the U.S. Gulf deepwater exploration program, remarkable discovery, and recently another appraisal well, which we found over 620 feet of oil pay full to base, and we are currently in the process of doing a bypass core on that. So the Gulf really is still an important part and it delivers very high margin barrels, and as I said, offsets our declines with conventional decline rates in the Gulf.

So here's, turning to the international assets, often sometimes overlooked, but really they're remarkable in and amongst themselves. You see a few highlights on Ghana and Algeria. The key thing really is our international offshore opportunities provide us some high-margin oil. Jubilee, unbelievable story. We brought it online in about three and a half years. Currently it has surpassed 125 million barrels of oil equivalent, still a very, very large resource in expected ultimate recovery. Continuing to work the field – moving into phase two at Jubilee.

Next door to it are Tweneboa, Enyenra and Ntomme field should be progressing towards first production sometime next year and we're looking forward to that. That'll add some more high-margin barrels as we look to 2016. And then, a lot of milestones really around Algeria that don't seem to get enough attention in my humble opinion. We have produced out of our three assets in Algeria over 2 billion barrels of oil. That's just incredible. And I think it's a bit overlooked. These type of things really give us margin uplift in terms of our EBITDAX per barrel equivalent, and then phenomenal assets. We love the optionality of having international developments and production in our asset portfolio.

So let's flip to Mozambique quickly because I'm running out of time here. Really, you've heard this many, many times, we're a world-class asset, obviously one of the largest gas resources discovered in the last 25 years or so. So bringing it back to our competitive advantages, realistically, this is right in our wheelhouse in terms of deepwater.

Project execution, as I've talked about, we have a number of cost advantages in Mozambique because we're close to shore. We believe we're proximal to the Asian markets. And we've talked about the reservoir quality and the potential deliverability of these wells being in excess of 100 million cubic feet a day.

So when we think about Mozambique, and you think about Mozambique, it is a very attractive for buyers in the market – in the LNG market because really it's a very large resource. It's close to the premium markets and it has a number of cost advantages in terms of – it is going to be one of the low cost LNG providers out there in the future, a long-term stable supply of LNG.

Let me take you for a quick spin around the world in terms of exploration, which is closer to my world, starting with the Gulf of Mexico. You've probably heard earlier this year, we announced a discovery called Yeti. We are back out of Yeti drilling another well today. I already mentioned the remarkable Shenandoah accomplishments. We drill the well to test the up-dip part of the basin, we found it, and we sidetracked and we're cutting a core. We continue to do high-impact exploration in the U.S. Gulf and we will continue to do that in the future.

But international is another exciting part of our asset portfolio today. We announced early discovery in Colombia at our Kronos well. We're very excited about that. We are drilling our second frontier exploration well in deepwater Colombia called Calasu. It's actually about 100 miles away. More to come on that.

But as exciting as that is, we're also shooting an extremely large 3D on a 16 million acre series of blocks, which is going to be one of the largest 3D shot in the world, almost 29,000 square kilometers. And if I put this into context for some of you who understand geography, that is about the size of one and one-third of the U.S. Gulf of Mexico protraction areas, or about as big as the entire Delaware Basin. So we're very excited in international exploration to be able to have the first look at brand new, modern 3D over a frontier area in deepwater Colombia.

I would be remiss if I didn't tell you a little bit about our excitement around our Paon discovery in Côte d'Ivoire. As soon as we're finished in Colombia, we'll be moving the rig back to Côte d'Ivoire to drill yet another well on our Paon discovery. We will subsequently sidetrack one of the existing wells, put some gauges in it, down-dip, put some gages in a well up-dip and do a drill sim and interference tests on that well.

And then after that, we've got two more exciting exploration opportunities right adjacent to that in some contiguous blocks where we recently secured a block that really forms a four-block area between our CI-103 and CI-527, CI-528 and CI-529 where we'll be doing some more exploration. So looking forward to that.

Probably my favorite slide in the deck, because I'm the explorationist here, is – illustrates really our competitive advantage to exploration and how we think about creating value and option value. So you see over the past 10 years or so, we have invested about $10 billion. We have discovered a material amount of resources. But more importantly, we've monetized $13 billion worth of assets and retained a significant amount of resources, but also roughly 250,000 barrels equivalent per day. So it's a remarkable story for Anadarko. It's extraordinary. We're happy and we really believe that investing for the long-term in long-cycle opportunities provides us this optionality and this value.

So I won't spend much time on this. Really, this is all about our balance sheet and a snapshot of it. Most of you that. It really gives you a flavor for our sources of cash, our credit rating and really some examples of how we are able to generate liquidity through active portfolio management, as we've talked about this year's monetizations in total, including WES TEUs, and secondary offerings has been almost $2 billion. So we believe the strength of our balance sheet and our ability to monetize assets in our portfolio and the leverage we have in the LP space gives us lots of optionality to really think about where we are in the current environment for the long-term.

And I think with that, I will end on our last slide and kind of hit back on our key theme and remind you that our view today really is all about building and preserving value for the future and positioning ourselves to come out of this hopefully in the near-term.

And with that, I will entertain some questions.

Q&A

<Q – Jonathan Wolff>: I'll start with a couple. One on the [indiscernible] the moderation of the decline rate [indiscernible]?

<A – Ernest Leyendecker>: So I think the natural occurrence that's going to happen as we brought on deepwater projects like Lucius and as we look to bring on deepwater projects like Heidelberg is that that's going to give us a bump. Obviously, in 2015 and 2016, it's going to offset that. But really our focus on the U.S. onshore side is to look at the base decline today. Drive efficiencies into the model, make sure we're taking care of the base decline, and proportionally allocate capital away from the short-cycle things, because we don't believe you're rewarded for growth in today's price environment.

<Q – Jonathan Wolff>: And then a quick one on Mozambique. [indiscernible].

<A – Ernest Leyendecker>: Absolutely. That's a great question and point. We recently awarded the onshore LNG contract to a consortium of three. We actually got back to tenders that showed we were going to be able to build two 6 million ton per annum trains for the same price we thought we were going to get two 5 million ton per annum train. So the current cost environment is very conducive for major projects. Steel prices are down. And it's a great opportunity to be in, if you have the capital to build to allocate to it, major projects. So thrilled about that and more to come. And as far as the project financing, I probably skipped over it on the slide, but you can see

– if you flip back you can probably see that we have secured about 60% LOIs towards our project financing for the LNG project.

<Q – Jonathan Wolff>: Maybe another one on Mozambique. On Mozambique, a lot of questions around customer demand with obviously Australia coming on and China slowing a little bit [indiscernible].

<A – Ernest Leyendecker>: Well, I think we all recognize there's some pressure obviously on global LNG supply and prices, but I think the thing that we like about our Mozambique position really is that we believe it is going to be competitively advantaged because it's a low cost project, one of the lowest cost, if not the lowest cost, probably in the world, and I think that makes it attractive. That with the large resource base is going to attract the premium buyers who are going to want to position in that long-lived asset that is very cost-efficient for us to develop and deliver.

<Q – Jonathan Wolff>: How are you guys thinking about distressed [indiscernible]?

<A – Ernest Leyendecker>: Well, I guess as witnessed by the last 48 hours or so, we're always looking at things to be quite honest with you. We're always looking to see what might be available. We're always looking at our own internally – at our own portfolio to see what's not attracting capital. And if it's not and it's not competitive, we're looking to find the most value for it. So we've talked a number of times about building a better company, not necessarily a bigger company. We've always thought about bolt-on assets and we will continue to look at that if it works for us. Yeah. [indiscernible]

<Q – Jonathan Wolff>: Are you looking for – you wanted to grow your international assets. What was the rationale behind it? I mean it seems like you have a pretty good organic growth story going and you mentioned some of the opportunities. [indiscernible]?

<<Ernest Leyendecker, Senior Vice President of International Exploration>>

Well, I think we're always looking to build a better portfolio, to be honest with you. The recent news, obviously, you've all probably read it by now. I really wasn't prepared to talk a lot about the details of that here today. I think it's still quite fresh and it's fairly self-explanatory, if you look at the release this morning. And I think I'll leave it at that because we don't comment on M&A.

<<Jonathan Wolff, Analyst, Jefferies & Co.>>

I really appreciate your time this morning. Have a great day.

# EXHIBIT 86

**To:** Christiansen, John[John.Christiansen@anadarko.com]; Walker, Al[Al.Walker@anadarko.com]
**Cc:** Reeves, Bobby[Bobby.Reeves@anadarko.com]
**From:** Gwin, Robert[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=MOV357]
**Sent:** Thur 12/3/2015 1:22:28 AM Coordinated Universal Time
**Subject:** RE: WSJ
**Attachment:** WSJ GOM talking points 12-2-15 RGG.docx

---

I think this is good and only have a few things to add/tweak in the attached.

Bob

---

**From:** Christiansen, John
**Sent:** Wednesday, December 02, 2015 5:54 PM
**To:** Walker, Al
**Cc:** Gwin, Robert; Reeves, Bobby
**Subject:** WSJ

Al,

Attached are the talking points, subject to any further comments by Bob or Bobby.

Thanks,
JC

Exhibit
455

**Confidential**

**Verbal response to Wall Street Journal**

**Regarding GOM Production & Development**

**DRAFT 12-2-15**

**Key Messages:**

- The Gulf continues to be an important source of domestic energy for our country, and it's an important area for our company.

- As one of the most successful explorers, by leveraging our infrastructure, and through our active approach to portfolio management, we've created tremendous value in the Gulf.

  - Carried-interest agreements fFinancially de-riskeding projects and super-chargeding returns on capitalthrough carried-interest agreements eliminate our capital burden:
    - $860 million at Heidelberg (for 12.75% WI)
    - $556 million at Lucius (for 7.2% WI)
  - In the last decade, we've monetized more than $5 billion in assets.
  - Hub and Spoke owned and operated infrastructure creates economic tie-back opportunities
    - Caesar/Tonga to Constitution
    - Production-Handling at Lucius
  - Discovering more than 30 fields (recent discoveries below)
    - Lucius (Achieved first oil in Jan. 2015 and 80,000 BOPD in the second quarter).
    - Heidelberg (under development – ahead of schedule, targetingaccelerated to 2Q16)
    - Shenandoah (appraisal – 3rd appraisal encountered 620 net feet of oil)
    - Yucatan (appraisal)
    - Coronado (appraisal)
    - Phobos (appraisal)
    - Yeti (appraisal)

- In the current market environment, we've chosen to allocate a larger percentage of our capital investments to longer-cycle opportunities like the Gulf of Mexico *where we have high-quality, high-margin infield drilling opportunities that can be tied back to existing infrastructure.*

**Facts on GOM:**

- Among the largest leaseholders in the GOM with more than 2 million net acres and 7 operated floating facilities (H-Berg will make 8)
- Pioneered 3 generations of spar technology (classic, truss, cell)
- First spar decommissioning and reefing in Gulf (Redhawk)

**Benefits of Design One; Build Two**

- Accelerated first oil at H-berg by 18 months
- Significant cost savings

***If asked about regulatory environment or BSEE rule changes:***

We are engaged with BSEE and participating in the process. We are concerned the rules as currently written would make certain aspects of the Gulf unworkable with NO corresponding benefit to safety or the environment. We've submitted our concerns to BSEE in that regard, so I'll leave my commentary to what's in that letter.

***If asked about Macondo or its effects on the GOM business environment:***

The Gulf continues to be an important source of domestic energy for our country, and it's an important area for our company. We've always believed it's an area that fits very well with our expertise and differentiating skill sets … and that hasn't changed.

**Commented [GR1]:** Based on this answer, I presume the intent is to smoothly avoid answering a Macondo question?

***If asked about outlook based on commodity markets:***

We've got a unique track record of finding creative ways to create value ~~in any number of~~ across various commodity price environments, and we're confident we'll be able to continue doing that through our exploration program and with current projects like Heidelberg and potential future developments at Shenandoah and others.

**Additional Materials**

***<u>Topics to avoid (only address if the reporter brings them up)</u>***

1. Macondo, BP oil spill or any related item
2. BSEE regulations
3. Shenandoah challenges
4. Heidelberg challenges
5. Economics in today's environment (focus on what we've done … not what we're doing) <u>(also…focus on the fact it's longer cycle thus today's environment isn't the relevant one…future prices matter more?)</u>



## Lucius: Differentiating Value

NYSE: APC | www.anadarko.com

- **$2+ Billion BTAX Net Value**
  - Development Capital Carried
  - 1-Year Anticipated Payout
- **First Oil 3 Years from Sanction**
  - Achieved Nameplate Capacity
- **World-Class Reservoir Quality**
- **Enhancing Value Through Infrastructure**
  - Hadrian South PHA
  - Buckskin/Moccasin PHA
  - Pursuing Additional Opportunities




*Assumes $60 WTI and $3 HH






| Lucius: Anadarko's Largest Spar | |
|---|---|
| Capacity | 80,000 BOPD, 450 MMcf/d |
| Spar Diameter | 110 Feet |
| Spar Length | 605 Feet |
| Hull Weight | 23,000 Tons |
| Water Depth | 7,100 Feet |

GULF OF MEXICO
Gross Acres: ~1.7 Million




**300+ MMBOE Gross Resource**

ANADARKO PETROLEUM CORPORATION

*Note: See website at www.anadarko.com for non-GAAP definitions/reconciliations*

1

## Heidelberg: Replicating Lucius Success

NYSE: APC | www.anadarko.com

- **First Oil Accelerated to 2Q16**
  - Spar Hull Installed on Location
  - Topsides Integrated With the Hull
  - Completing Development Wells
- **Utilizing Lucius Spar Design**
  - Accelerates First Oil by 18 Months
  - Reduces Execution Risk and Cost







GULF OF MEXICO
Gross Acres: ~1.7 Million




**$860 Million Carried-Interest Agreement**

ANADARKO PETROLEUM CORPORATION

28

## Shenandoah: Advancing Giant Discovery Toward Development



- **Significant Value Creation**
- **Excellent Transmissibility**
  - High Permeability
  - Thick and Continuous Reservoirs
  - Low Fluid Viscosity
- **Continued Appraisal Success**
  - Shenandoah-4ST: 620+ Net Feet Oil Pay
  - Extended Lowest Known Oil Downdip




GULF OF MEXICO
Gross Acres: ~1.7 Million



- APC WI Block
- APC Discovery
- Successful Well
- Oil Field
- Salt

# EXHIBIT 87

**To:** Tedesco, Bill[William.Tedesco@anadarko.com]; Trautman, Tim[Tim.Trautman@anadarko.com]; Blakeley, David[David.Blakeley@anadarko.com]; Strickling, Robert [Robert.Strickling@anadarko.com]; Kendall, Beth[Beth.Kendall@anadarko.com]; Johnson, Breck[Breck.Johnson@anadarko.com]; Termina, Joe[Joe.Termina@anadarko.com]; Young, Susan[Susan.Young@anadarko.com]; Jerath, Kanay[Kanay.Jerath@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]; Prosser, Wendy [Wendy.Prosser@anadarko.com]
**Cc:** Pilati, Kendra[Kendra.Pilati@anadarko.com]; Gauthier, Lisa[Lisa.Gauthier@anadarko.com]; Pachman, Jeff[Jeff.Pachman@anadarko.com]
**From:** Camden, Chris[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=YCXC8]
**Sent:** Sun 12/13/2015 10:08:04 PM Coordinated Universal Time
**Subject:** Shen #4 BP Wellbore MDT Program - Completed

---

Folks,

Overall, we had very good success with our sampling objectives, and moderate success with our pressure objectives.

1. Obtained 24 SPMC's of apparent very low contamination, and 1 1-gal chamber of the same all in the target zone of LWA/B.
   a. All samples exhibited expected GOR's, IFA densities, and calculated gradients – nice narrow range across the oil wells so far
2. Obtained good coverage of pressures in the LW A and upper part of the LW B – enough to see an apparent separate pressure regime.
3. No pressures in the LW C sand, never could get past the ledge in the B sand. Tried several different tool configurations with no success.

Preliminary observations/conclusions

1. The data certainly suggests we encountered another separate pressure regime
   a. Need some time for teams to digest and analyze the data
   b. The SW S/T wellbore will be very valuable in understanding subsurface architecture/connectivity
2. Not sure why we keep hanging up the WL tools
   a. Lack of ability to complete WL programs is very disappointing – these wells are too expensive to get limited data
   b. Will continue to work this issue with: Drlg, Petrophysics, G&G, SLB etc (and anyone else we can engage who has an opinion)

Before I forget – Because I write these job summaries/analyses, it might look like I did all the OIC time. But - Lea, Lisa, and Wendy all took various shifts during this 3-day job. Especially Lea, who did the dreaded double shift on Saturday. A good part of the time these the folks were running the jobs, and feeding me the data/analyses/job summaries. Kendra drew the lucky straw this time, but we will get her back on the next well.

As promised, below is the latest pressure/sample plot showing the XPT pressures in the LW A and LW B sands.




Thanks !

**Chris Camden**
Deepwater Exploration Engineering
Anadarko Petroleum Corporation
Direct: 832-636-2861
Cell: 832-217-9360

**Exhibit**
**0247**

# EXHIBIT 88

**To:** Kendall, Beth[Beth.Kendall@anadarko.com]
**From:** Tuccelli, Katie[/O=APC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TUCCELLI, KATIE (GRA711)E15]
**Sent:** Mon 1/25/2016 4:45:11 PM Coordinated Universal Time
**Subject:** RE: Shenandoah-4 Mean MMBOE
**Attachment:** Shenandoah RCT Feedback.pdf

---

Good morning, Beth.

I hope you had a good weekend and that you're doing well.

I looked through our Shenandoah file, and the only Shenandoah-related document we have is for the #1 well. I've attached it to this message. The other wells did not go through the RCT risking process, and the only other meeting that has been documented regarding the field was the Work Session we had on January 11, 2016.

We're looking forward to reviewing the revised Shen-4 MMRA, whenever that is complete. If you need any assistance, we're just a visit or phone call away!

Please let me know if there is anything else I can help with. Wishing you a wonderful day!

Regards,

*Katie Tuccelli*

**Sr. Geoscience Specialist**
**Risk Consistency Team (RCT)**
**Office: 832-636-7445 / #20091**

*Work Session? Peer Assist? Peer Review?*
*Not sure what type of RCT meeting to schedule?*
*Check out the* ***RCT Meeting Page****!*

"As human beings, our greatness lies not so much in being able to remake the world as in being able to remake ourselves." – Mahatma Gandhi

---

**From:** Kendall, Beth
**Sent:** Monday, January 25, 2016 10:32 AM
**To:** Tuccelli, Katie
**Subject:** RE: Shenandoah-4 Mean MMBOE

Katie,
Is there a place on your filing system that we can find all of the historic RCT AFE attachments for the Shenandoah field?

Beth

---

**From:** Tuccelli, Katie
**Sent:** Tuesday, January 05, 2016 2:40 PM
**To:** Kendall, Beth
**Cc:** Johnson, Breck; Camden, Chris
**Subject:** RE: Shenandoah-4 Mean MMBOE

Good afternoon, Beth.

I hope you enjoyed your holiday and that you're having a great week so far.

I wanted to follow up with you and your team on setting up a meeting sometime within the next week or two to go over updated numbers for Shenandoah-4.

Is there a preferred day and timeframe, or would you like me to consult the calendar for all of you on the best day and time?

Looking forward to working with you!

Warm regards,

*Katie Tuccelli*

**Sr. Geoscience Specialist**
**Risk Consistency Team (RCT)**
**Office: 832-636-7445 / #20091**

**Exhibit**
**039**

*Work Session? Peer Assist? Peer Review?*
*Not sure what type of RCT meeting to schedule?*
*Check out the **RCT Meeting Page**!*

"As human beings, our greatness lies not so much in being able to remake the world as in being able to remake ourselves." -- Mahatma Gandhi

---

**From:** Kendall, Beth
**Sent:** Tuesday, December 15, 2015 10:09 AM
**To:** Tuccelli, Katie
**Cc:** Johnson, Breck; Camden, Chris
**Subject:** RE: Shenandoah-4 Mean MMBOE

We will touch base with you in early January.

Breck/Chris, would one of you be able to forward our latest MMRA work to Katie?

Beth

---

**From:** Tuccelli, Katie
**Sent:** Tuesday, December 15, 2015 8:28 AM
**To:** Kendall, Beth
**Subject:** Shenandoah-4 Mean MMBOE
**Importance:** High

Good morning, Beth.

I hope you are doing well, and enjoying your holiday vacation.

I'm sending this email as a placeholder for when you return, so we can arrange a time in early January to sit down with Matt Morris and discuss the current numbers for Shen-4. We're already preparing for the 2015 Exploration Lookback, and getting numbers early would be a huge help to our team.

Thank you in advance! Wishing you a wonderful holiday season.

Warm regards,

*Katie Tuccelli*

Sr. Geoscience Specialist
Risk Consistency Team (RCT)
Office: 832-636-7445 / #20091

*Work Session? Peer Assist? Peer Review?*
*Not sure what type of RCT meeting to schedule?*
*Check out the **RCT Meeting Page**!*

# EXHIBIT 89

**To:** Daniels, Bob[Bob.Daniels@anadarko.com]
**From:** Tedesco, Bill[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZWAT1]
**Sent:** Sun 1/3/2016 3:50:43 PM Coordinated Universal Time
**Subject:** Fwd: Shen-4 ST02 Update
**Attachment:** Eocene Losses.pdf
**Attachment:** ATT00001.htm

---

Bob,

Want to give you a heads up, we have drilled to just above the Wilcox in the sidetrack and have encountered a weak zone where we keep taking losses and sticking. We have made three attempts to get past, raising MW from 14.8 to 15.0 in the process with no success. Team thinks this may be another fault, similar to what we saw in the first Sidetrack. We have seen a lot of tar/asphalt along with traces of sand and marl around the zone before losing returns.

Rather than make another attempt and risk completely sticking the pipe, team and drilling are looking into plugging back and kicking off a new sidetrack 500' away from problem zone.

Hope you had a good New Years! See you tomorrow morning.

Bill

Sent from my iPad

Begin forwarded message:

**From:** "Johnson, Breck" <Breck.Johnson@anadarko.com>
**Date:** January 2, 2016 at 10:12:52 AM CST
**To:** "Trautman, Tim" <Tim.Trautman@anadarko.com>, 'Tim Trautman' <ttrautman@comcast.net>, "Kendall, Beth" <Beth.Kendall@anadarko.com>, "Camden, Chris" <Chris.Camden@anadarko.com>, "Krszjzaniek, Chris" <Chris.Krszjzaniek@anadarko.com>, "Young, Susan" <Susan.Young@anadarko.com>, "Termina, Joe" <Joe.Termina@anadarko.com>, "Jerath, Kanay" <Kanay.Jerath@anadarko.com>, "Chandler, Paul" <Paul.Chandler@anadarko.com>, "Oudin, Chip" <Chip.Oudin@anadarko.com>, "Frye, Lea" <Lea.Frye@anadarko.com>, "McGrievy, Pat" <Pat.McGrievy@anadarko.com>, "Amruthapuri, Gopal" <Gopal.Amruthapuri@anadarko.com>, "Quitzau, Robert [Argonauta Drilling]" <Robert.Quitzau@anadarko.com>, "Tedesco, Bill" <William.Tedesco@anadarko.com>, "Strickling, Robert" <Robert.Strickling@anadarko.com>, "Pachman, Jeff" <Jeff.Pachman@anadarko.com>
**Subject: Shen-4 ST02 Update Saturday AM 12/31/15**

Morning All,

We are currently at the base of the Eocene Marl section at or just above the top of the Upper Wilcox shale section.

**AFE:**
$14.6 MM of $51.5 MM

**Current Ops:**
Increasing mud to 15.0 ppg @ 29,515' MD. Trying to stabilize wellbore from packing off in the zone starting @ 29,550' MD.

**Summary:**
Since Thursday AM, the well has been experiencing losses and hole stability issues. The first issue was mud losses below 29,550'. At 29,586 feet, pumped LCM and POOH to circulate and evaluate well. While POOH the hole packed off a couple times up shallow before they got to the window. Managed to work pipe free. Staged back in hole and observed tight spots at 27,500 and 28,500' MD. The main issue seems to be below 29,550'MD which is identified by losses and hole stability issues.LCM sweeps across the zone have not been successful in mitigating the losses. The zone is identified on logs by low GR and high RES (similar to salt; see attached)We haven't observed any salt in any circulated samples but abundant globs of ductile tar/bitumen/asphalt have been recovered from this interval along with traces of sand and marl.Increased gas (up to 1600 units) with mud losses (i.e. no returns), tar in samples, and hole stability problems characterize this interval.

I am starting to favor a fault/fracture zone that is filled with tar as the issue.We suspected a similar zone in the ST01 well at the top of the LWA (our main suspected fault zone), higher resistivity, low density zone with bad hole conditions.

**Forecast:**
Try to get to bottom with 15.0 ppg mud and drill new formationNeed to drill further to get additional logs across the zone (density/neutron/sonic/density image). Hope to better constrain possible hypotheses and path forward with additional log information.

Regards,

Breck

Exhibit
390

# EXHIBIT 90

**To:** Abendschein, Bob[Bob.Abendschein@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Tue 1/19/2016 2:31:45 AM Coordinated Universal Time
**Subject:** FW: Summary Slides
**Attachment:** Economics_V2.pptx

---

Bob:

Just a heads-up on the background of the Shen 5 well recommendation (most of which will not be covered but I thought it would be important that you understand the first 4 bullets in advance of the meeting) and a few other topics since we will not be able to share the presentation due to scheduling:

1. The Pre-development Team worked closely with the exploration team last week in reconciling their respective differences between the P10, Pmean and P90 recoverable resources and achieving a palatable solution for both teams. The RCT was the mediator which really helps with the messaging above and the integrity of the results. The managers stayed out of their business so that we would not influence the DM process.
2. Results were that exploration went down approximately 315 MMBOE and Development went up correspondingly approximately 100 MMBOE. The mean recoverable reserves are sitting at roughly 425 MMBOE. For the record, we feel uncomfortable with a P90 of ~ 190 MMBOE but conversely, exploration feels uncomfortable with anything less than P90. As such, our Pc has gone from a previous 62% to a current 88%.
3. The revised recommended economics, which are noted in the attached economic slides with a rectangular box, show a risked PIR of .22 and an NPV of $208 MM with $60 pricing.
4. As you are aware, we are hosting a meeting tomorrow afternoon with you, Bill Tedesco Tim Trautman and Robert Strickland and the pre-development team on the Shen 5 appraisal well. Bill also forwarded the invite to David Blakeley, who I'm confident will take issue with some of e information that we will share tomorrow. We've been careful not to bring up anything that we view as contentious as I believe it serves no purpose at this point. Exploration has conceded a great deal through this process and I'm pleased with their willingness to more than compromise with us. They acknowledge the fact that we have done the detailed work to support our geologic and technical data and economics.
5. Lastly, Jim Kleckner called at the end of the day to chat about the idea of deferring approval of the GC 562 #6 PWF well until another detailed capital analysis is conducted to strip out additional capex given the recent exacerbated decline in crude pricing. His contention, and he is correct, is that it is clearly a discretionary item with a high WI well on a high cost rig line. The only real negative is that the project team will be challenged to regain momentum if it is deferred; other than that, reserves will continue to truncate as time ticks off the clock. With pricing The K2 M10 horizontal well is also on a high WI well on a high cost rig rate line. By now I suspect that you are aware that he would be meeting with you to discuss further cuts in GOM capex this week.
6. Jim also requested an overview of the Shen 5 in a smaller development team setting this week. I'll work with Susie R. to get this 30 minute meeting booked.

Please advise if you have issues with the economic summary slides. We will not show this level of detail, in terms of the cases that we considered, but only what is shown in the rectangular box. I'm available if you want to discuss any of the above.

Thanks and hope your ski vacation went well.

Pat

**Patrick (Pat) L. McGrievy**

**ANADARKO PETROLEUM CORPORATION**
***General Manager – K2 Area & Shenandoah Pre-development***
***DW Gulf of Mexico Region – Foldbelt Area***
***Office: (832)636-3973 Cell: (281)-798-4483***

---

**From:** Frye, Lea
**Sent:** Monday, January 18, 2016 8:45 AM
**To:** McGrievy, Pat
**Cc:** Prosser, Wendy
**Subject:** Summary Slides

Pat,

Attached is a summary for Bob. The power point includes to slides, one is the resource evolution with the agreed upon post Shen 4 distribution which feeds the economic evaluation. The second slide includes the economic progression form no contingency to the recommended final economic case highlighted by the black box.

Let me know if you need anything further,

Lea

Exhibit
269

# Document Produced in Native Format

# Evolution of Resources

ANADARKO

## Shenandoah Resource Estimates




* January 2016

# Economic Summary – Comparison

ANADARKO

| Case Description | | Invest $60/bbl Net AT NPV10 ($MM) | Invest $60/bbl AT PIR10 | Invest $60/bbl F&D ($/BOE) | Mean Gross EUR (MMBOE) | $P_c$ |
|---|---|---|---|---|---|---|
| Zero Contingency | Risked Mean | 237 | 0.28 | 14.01 | 412.6 | 88.2% |
| | Unrisked Mean | 283 | 0.30 | 13.80 | 467.8 | 100% |
| Facility Only Contingency | Risked Mean | 182 | 0.19 | 15.15 | 412.6 | 88.2% |
| | Unrisked Mean | 221 | 0.21 | 14.94 | 467.8 | 100% |
| Recommended Contingency | Risked Mean | 174 | 0.18 | 15.38 | 412.6 | 88.2% |
| | Unrisked Mean | 212 | 0.20 | 15.18 | 467.8 | 100% |
| Recommended Contingency (20K Well Rates) | Risked Mean | 191 | 0.20 | 15.38 | 412.6 | 88.2% |
| | Unrisked Mean | 232 | 0.22 | 15.18 | 468.0 | 100% |
| Recommended Contingency (20K Well Rates Optimized) | Risked Mean | 208 | 0.22 | 15.38 | 412.6 | 88.2% |
| | Unrisked Mean | 250 | 0.24 | 15.18 | 468.0 | 100% |

*Increased facilities costs at $80 oil (market driven)

# EXHIBIT 91

**To:** Oudin, Chip[Chip.Oudin@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Tue 1/19/2016 11:48:05 PM Coordinated Universal Time
**Subject:** Re: Resources

---

Thanks Chip,

There was clearly no oversight on these numbers; understandable why the RCT was never briefed on assumptions. Simply Laughable

Patrick (Pat) L. McGrievy
Anadarko Petroleum Corp
GOM GM - K2 & Shenandoah Projects
Office: 832-636-3973
Cell: 281-798-4483

On Jan 19, 2016, at 5:06 PM, Oudin, Chip <Chip.Oudin@anadarko.com> wrote:

> This was what I sent to Lea and Paul earlier about doing a sense-check on low-end resources. 563 mmboe was the P99; 635 mmboe was the P90. I used 3000 acres, which is closer to a P10 number; I used 1000 bbl/acre-ft, which is well above the calculated numbers for individual reservoirs using Shen-2 fluids; and I used 20% recovery, which is Exploration's P90 but which is probably closer to our P50. As you can see, the pay thicknesses are out-of-whack.
> If I use P90-type areas and in-place numbers, then thicknesses and/or recovery numbers must be outlandish to achieve P99=563 and P90=635 mmboe.

---

**From:** Oudin, Chip
**Sent:** Tuesday, January 19, 2016 7:40 AM
**To:** Frye, Lea; Chandler, Paul
**Subject:** Resources

In case anyone gives us (you) a hard time today about resource ranges, here are some numbers to keep handy.

To get **563 MMBO** recoverable, you need the following:
3000 producible acres
1000 bbl/acre-ft in-place for all reservoirs
20% recovery from all reservoirs
And **938'** ***average*** pay thickness across all 3000 acres.

563 MMBOE was the P99. Meaning it's guaranteed.

========================================

To get **635 MMBO** recoverable, you need the following:
3000 producible acres
1000 bbl/acre-ft in-place for all reservoirs
20% recovery from all reservoirs
And **1058'** ***average*** pay thickness across all 3000 acres

635 MMBOE was the P90. Virtually guaranteed to be the second-largest field in the GOM.

So what's wrong with these numbers?

Exhibit
043

# EXHIBIT 92

**To:** Talley, Robert[Robert.Talley@anadarko.com]; Morris, Matt[Matt.Morris@anadarko.com]
**From:** Stacy, Kevin[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=KXSEXP]
**Sent:** Wed 1/20/2016 12:21:16 AM Coordinated Universal Time
**Subject:** RE: BOD slides/Shen numbers

---

Robert...Will get with you in the AM with the slides from Matt...No issue going either way...We just need to be consistent with Bob's message for our look back...

Kev

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: "Talley, Robert" <Robert.Talley@anadarko.com>
Date: 01/19/2016 4:44 PM (GMT-06:00)
To: "Stacy, Kevin" <Kevin.Stacy@anadarko.com>
Subject: FW: BOD slides/Shen numbers

We need to discuss .

---

**From:** Morgan, Ryan
**Sent:** Tuesday, January 19, 2016 4:01 PM
**To:** Talley, Robert
**Subject:** BOD slides/Shen numbers

Robert,

I wanted to give you a heads up that the BOD pre-reads have the Exploration numbers in them for Shen. I have another set of slides which has all of the EXP+DEV numbers as well, which I will bring tomorrow to Bob's meeting. I talked with David and Bill and I think we are going to discuss how to handle the resources at tomorrow's IDE meeting.

Let me know if you have any questions.

Thanks,

Ryan

Exhibit
047

# EXHIBIT 93

**To:** Stacy, Kevin[Kevin.Stacy@anadarko.com]; Shannon, Lee[Lee.Shannon@anadarko.com]; Tuccelli, Katie[Katie.Tuccelli@anadarko.com]
**From:** Morris, Matt[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=DAP690]
**Sent:** Mon 1/25/2016 1:41:19 PM Coordinated Universal Time
**Subject:** FW: A new question for a new year: resource estimates after a discovery has been made

Kev: here's David et al's response.
Lee: We reached out to R&A last week for some generic advice on Shenandoah resource accounting. Here's what they had to say.
Katie: Could you file this bit of wisdom away somewhere appropriate on the RCT L: drive?

Thanks,
M

**From:** David Cook [mailto:DavidCook@roseassoc.com]
**Sent:** Sunday, January 24, 2016 12:35 PM
**To:** Morris, Matt
**Cc:** Peter Carragher; Gary Citron; Mark McLane
**Subject:** RE: A new question for a new year: resource estimates after a discovery has been made

Hi Matt,

Peter Carragher, Mark McLane and Gary Citron offered some insights as below.

1. For each segment drilled, it was usually the case that the OWC or GWC was either proven or tightly constrained
2. Therefore the GRV for each drilled segment could be measured from maps and had a low variance.
3. The yield properties, GEF, Average Porosity, FVF are constrained and have low variance in each segment
4. The remaining variance is in the NtG. Both vertical and lateral NtG is required. This is where seismic models and analogies are applied. Probably the largest variance in the segment.
5. As there is no actual production performance data the RFs were used to determine 1C, 2C and 3C resources in the segment, tied to the range of NtG and connectivity in the segment.
6. For undrilled segments, the ranges were broadened on the GRV model, and a chance of success was applied – explorers judgement was applied to the CoS.
7. All segments were then aggregated.
8. The "low side" case was developed by typically not "developing" all of the segments in the Phase 1 development. This generally led to less contingent resource in the development case than the explorers claimed, and also leads to the "re-discovery" of resources later in the field life. Maps are important!
9. Given the concerns of compartmentalization any flow or production tests, with pressure transient testing will be important. If this is deepwater, these types of tests will be expensive but much less expensive than developing a project with low ultimate recovery due to the reservoir being busted up into small, pressure separated compartments. On the flip-side, you don't want to be overly harsh on the downside to the point they walk away from a profitable development.
10. PVT data (flowing and build-up) and fluid data on the reservoir fluids are absolutely critical. If you have PVT data, then the FVF distribution should be constrained (even more so if they have samples from all wells drilled that have similar properties).

If it would be helpful to review the prospects and concepts with R&A to facilitate building some guidelines, discuss with either Peter Carragher or Gary Citron – they are in town and could easily visit The Woodlands.

Let us know if there is anything else which we can contribute.

All the best,

David Cook
Rose & Associates, LLP, Partner
Lognormal Solutions, Inc. (a R&A company), Software Manager
Santa Fe, New Mexico
505-977-8707
DavidCook@RoseAssoc.com
www.RoseAssoc.com

**From:** Morris, Matt [mailto:Matt.Morris@anadarko.com]
**Sent:** Wednesday, January 20, 2016 9:33 AM
**To:** David Cook
**Subject:** A new question for a new year: resource estimates after a discovery has been made

Exhibit
050

Good morning David. Happy New Year.

I've got a rather open-ended question for you:Can you offer any wisdom or insight as to how a recoverable resource range tends to change over the appraisal portion of a project?Bonus points if you have any PowerPoint slides or summary tables laying around that you might share.

Anadarko is about to undertake a fourth appraisal well after the initial discovery in an offshore, conventional oil prospect. There's been some perceived pressure for the asset team to raise the low end of their resource guidance in order to demonstrate the value of the previous appraisal wells. However, the newly encountered geology isn't so supportive – various wellbore measurements across the field indicate separate and independent behaviors.

I'm not looking for advice specific to this project, but rather just your perception on tendencies for resource ranges tend to collapse (or fail to?) as a project unfolds. We're particularly interested in the low end of the resource distribution – our petrotechs are unanimous in the upside assessment. Further, at what point might an organization abandon the continuous probabilistic approach and embrace the discrete 1P/2P/3P convention?

Cheers,

Matt Morris
Senior Staff Geophysicist
Risk Consistency Team
Anadarko Petroleum Corporation
832.636.1609

Click here for Anadarko's Electronic Mail Disclaimer

# EXHIBIT 94

**From:** "Camden, Chris" <Chris.Camden@anadarko.com>
**To:** "Leyendecker, Ernie" <Ernie.Leyendecker@anadarko.com>
**Subject:** Shenandoah Resource Chart
**Sent:** Wed, 27 Jan 2016 20:42:56 +0000

Ernie,
Below is the Shenandoah resource chronology you inquired about in the Daniels mtg this am.




Thanks !

**Chris Camden**
Deepwater Exploration Engineering
Anadarko Petroleum Corporation
Direct: 832-636-2861
Cell: 832-217-9360

**Exhibit**
**0173**

# Shenandoah Resource Estimates



# Shenandoah Resource Estimates



# EXHIBIT 95

**To:** Frye, Lea[Lea.Frye@anadarko.com]
**From:** Chandler, Paul[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZPAC4]
**Sent:** Thur 1/28/2016 7:06:19 PM Coordinated Universal Time
**Subject:** FW: Enjoy... 2016 updated resources

---

I meant to have you on this reply also.

Paul

---

**From:** Chandler, Paul
**Sent:** Thursday, January 28, 2016 1:05 PM
**To:** Oudin, Chip
**Subject:** RE: Enjoy... 2016 updated resources

Yeah, this is just pure politics. If this stands it's just makes a mockery of our previous meeting with those guys to construct a "joint" MMRA resource distribution. So .. .. when do you think they were planning on telling us about this??

---

**From:** Oudin, Chip
**Sent:** Thursday, January 28, 2016 12:32 PM
**To:** Frye, Lea; Chandler, Paul
**Subject:** RE: Enjoy... 2016 updated resources

Bunk. Pure adulterated gibberish. LWD is wet in all but one western fault block (Shen2). LWE is possibly on-water in Shen4 ST1 and has potentially shaled-out less than 400' away in Shen4 ST1 BP1. I'm so confused: Is Shen1 disconnected, but its P99 resources are not? So they therefor extend beyond its fault block boundaries?
Just order the damn floater with all the water injection you want. The resources warrant it. And lets rename this puppy"Heidelberg II".

---

**From:** Frye, Lea
**Sent:** Thursday, January 28, 2016 11:41 AM
**To:** Oudin, Chip; Chandler, Paul
**Subject:** Enjoy... 2016 updated resources

B:\05_SHENANDOAH_WR51-52-96\01a_AFEs\2016_REVISED

Sr Staff Reservoir Engineer
**Shenandoah Project**
1201 Lake Robbins Drive
The Woodlands, Texas 77380
Ph: 832-636-1439
Cell: 281-687-9379

Exhibit
140

# EXHIBIT 96

**To:** Kleckner, Jim[Jim.Kleckner@anadarko.com]
**Cc:** Reeves, Bobby[Bobby.Reeves@anadarko.com]
**From:** Walker, Al[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=AWALKER1]
**Sent:** Fri 2/5/2016 5:33:14 PM Coordinated Universal Time
**Subject:** Re: 4588 - Jenifer Tule has requested plane N273A

---

Jim... I am going to ask that we not do this. We are several years away from this type of decision based on what you showed us recently... and I see no way we will want to take this to development today with a production solution.

Should #5 drill out successfully and we need to reconsider this, I am open to that but this seems like an unneeded trip at this time to me.

Al

On Feb 5, 2016, at 10:19 AM, Kleckner, Jim <Jim.Kleckner@anadarko.com> wrote:

Integrated Project Teams are working solutions on all aspects of Shenandoah to determine concept selection and costs as part of economic evaluation done in appraisal scoping exercises. Technical teams include drilling, completions, subsurface and marine facilities. Healthy discounts are being seen in most preFEED work but we don't have a good understanding of marine hull and facilities capabilities given yard activity and competitiveness(Example: 6mths ago it was assumed that we would need to contract a new build 20K capable rig for Shenandoah. Today a stacked 6th generation rig can be modified with minimal term/cost as compared to a new-build contract). This team is trying to get a yard assessment to complete the scoping exercise. In an exit or sell-down/promote case, our value can be enhanced with valid solutions and estimates for development cost.

I have pushed back on the trip twice in the last 3 mths and after challenge and discussion have determined it is a value add at this stage of the project. Call if you would like to discuss further.
Jim

---

**From:** Walker, Al
**Sent:** Friday, February 05, 2016 10:39 AM
**To:** Kleckner, Jim
**Subject:** Fwd: 4588 - Jenifer Tule has requested plane N273A

So why are we looking at this type of trip at this time given our recent discussions about not wanting to take this to development with a production solution as operator? Thx, let me know as time permits...

Al

Begin forwarded message:

**From:** "Reeves, Bobby" <Bobby.Reeves@anadarko.com>
**Date:** February 5, 2016 at 8:18:38 AM PST
**To:** "Walker, Al" <Al.Walker@anadarko.com>
**Subject: FW: 4588 - Jenifer Tule has requested plane N273A**

Do you know anything about this request? It looks like a trip to Finland related to Shenandoah---probably to discuss spar costs, etc. I see that Jim Kleckner has approved. I'm tempted to push back on this one. Thoughts?

**From:** Flight_Authorization_Admin@anadarko.com [mailto:Flight_Authorization_Admin@anadarko.com]
**Sent:** Friday, February 05, 2016 10:15 AM
**To:** Reeves, Bobby
**Subject:** 4588 - Jenifer Tule has requested plane N273A

**Aircraft Usage Authorization (breeves)**

The below flight requires your approval. Please do one of the following:

1. Approve via the website by clicking here.
2. Approve via email by replying to this email with the word **approve** or **reject** in the body (do not alter the subject line or original email, simply type approve or reject and click send).

**Flight Details**

| | |
|---|---|
| **Requested By** | Jenifer Tule |
| **Aircraft** | N273A |
| **Trip Purpose** | Shenandoah Project |
| **Approvers** | Mike Beattie<br>Bob Abendschein<br>Jim Kleckner |

Exhibit
422

Bobby Reeves

**Passengers** Jenifer Tule *(Business)*
Ryan Kavanagh *(Business)*
Joe Fontenot *(Business)*
Mike Lemker *(Business)*
Jameson Wendell *(Business)*

| Departure Location | Departure Date/Time | Arrival Location | Arrival Date/Time |
|---|---|---|---|
| Houston | Wednesday March 16, 2016 at 7:45 PM | Pori, Finland | Thursday March 17, 2016 at 1:00 PM |
| Pori, Finland | Saturday March 19, 2016 at 8:00 AM | Singapore | Saturday March 19, 2016 at 11:45 PM |
| Singapore | Thursday March 24, 2016 Time TBA | Anchorage (Tech Stop) | Thursday March 24, 2016 Time TBA |
| Anchorage (Tech Stop) | Thursday March 24, 2016 at 4:35 PM | Houston | Friday March 25, 2016 at 1:10 AM |

# EXHIBIT 97

**To:** leafrye1025@gmail.com[leafrye1025@gmail.com]
**From:** Frye, Lea[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=VBL604]
**Sent:** Fri 2/19/2016 8:57:47 PM Coordinated Universal Time
**Subject:** Fwd: involuntary layoff

---

Sent from my iPhone

Begin forwarded message:

**From:** "Schuckman, Dalon" <Dalon.Schuckman@anadarko.com>
**Date:** February 19, 2016 at 11:27:32 AM CST
**To:** "Frye, Lea" <Lea.Frye@anadarko.com>
**Cc:** "McGrievy, Pat" <Pat.McGrievy@anadarko.com>, "Mathers, Jason" <Jason.Mathers@anadarko.com>
**Subject: RE: involuntary layoff**

Lea,

Thank you for making me aware of your desire to be selected for separation and to receive a severance package as part of the recently announced staff reductions.As has been posted in the Q&A documents on Insider, there is no voluntary severance program. However, the Company will be considering a number of factors when making staff reductions and your request for separation may be considered by the Company in its complete discretion when making these determinations.

Additional information is available on Insider and Q&A's will be updated as more becomes available.

Thanks,
Dalon

---

**From:** Frye, Lea
**Sent:** Friday, February 19, 2016 11:11 AM
**To:** Schuckman, Dalon
**Subject:** involuntary layoff

2/19/2016

Dear Dalon Schuckman,

I feel that working at Anadarko is no longer a positive for me. Without wanting to go into details, I believe that it would be in the best interest of all parties if Anadarko were to include me in the involuntary layoff pool.

Respectfully,

Lea Frye

**Exhibit**
365