# EXHIBIT 98
# [Redacted]

**To:** Duncan, Michelle [Global Edge Cons.][Michelle.Duncan@anadarko.com]
**Cc:** Prosser, Wendy[Wendy.Prosser@anadarko.com]; Frye, Lea[Lea.Frye@anadarko.com]; McGrievy, Pat[Pat.McGrievy@anadarko.com]
**From:** Tule, Jenifer[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZJLT5]
**Sent:** Tue 4/5/2016 7:11:40 PM Coordinated Universal Time
**Subject:** Emailing: Q1 Partner - Final_WithEdit.pdf
**Attachment:** Q1 Partner - Final_WithEdit.pdf

---

Please issue to the partners. Thanks, jeni

Your message is ready to be sent with the following file or link attachments:

Q1 Partner - Final_WithEdit.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.




ANADARKO
SHENANDOAH BASIN

# 2016 Q1 IPT Partner Meeting

April 5, 2016

# Q1 Partner IPT Update Meeting

ANADARKO

| | |
|---|---|
| ▪ **Continental Breakfast** | **8:00 - 8:30 am** |
| ▪ **Introductions** | **8:25 - 8:30 am** |
| ▪ **Facilities Engineering Update**<br>• Semisubmersible & Spar<br>• Regional Hub | **8:30 – 10:00 am** |
| ▪ **Subsea Layout & Equipment Update** | |
| ▪ **Flow Assurance Update** | |
| ▪ **BREAK** | **10:00 – 10:15 am** |
| ▪ **20A Updates** | **10:15 – 10:45 am** |
| ▪ **Subsurface Updates**<br>• Updated Subsurface Schedule<br>• Shen 5 Operations update<br>• Blind Core<br>• Core Studies<br>• Water Injection Summary | **10:45 – 11:30 am** |
| ▪ **LUNCH** | **11:30 – 12:30 pm** |
| ▪ **IPT Update**<br>• Project Schedule<br>• Budget Review<br>• Concept Select<br>• Next Meeting | **12:30 – 1:30 pm** |

# Hackett Tower Map: Conference Room B

ANADARKO



# Live Safe Moment – Ladder Safety

ANADARKO

- **Main Accident Types:**
  - Selecting the incorrect ladder
  - Using worn or damaged ladders
  - Incorrect usage; 3-points of contact
  - Incorrect placement of ladders

WORK LIVE SAFE HOME

- **Injury Stats:**
  - More than **90,000 people receive emergency room treatment** from ladder-related injuries every year
  - Elevated falls account for almost **700 occupational deaths annually**; account for 15% of all occupational deaths
  - Over the last 10 years the amount of **ladder-related injuries has increased 50%**
  - 50% of all ladder-related accidents were due to individuals **carrying items as they climbed**
  - The most common type of ladder-related injury, with 32%, is **fractures**




ANADARKO
SHENANDOAH BASIN

# Facilities Engineering

# Topsides - General

ANADARKO

## ▪ Topsides Update

- Topsides Engineering - Progress and Cost on Target
- Completed GOR Process Sensitivities
- Evaluating and Incorporating Lessons Learned from Lucius and Heidelberg
  - *Layouts*
  - *Equipment*
  - *Fabrication/Construction*
  - *Commissioning*
  - *Specifications*
- Initiated Technical Safety Reviews and Philosophy Development
  - *Coarse Explosion Risk Study*
  - *Coarse Fire Risk Studies*
  - *Loss Prevention Philosophy*
  - *Fire and Gas Detection Suppression Philosophy*
  - *Escape, Evacuation & Rescue Strategy*
  - *Preparing for HAZID*

[redacted]

# Semisubmersible Engineering

ANADARKO

- Executing pre-FEED scope for larger hull form
- Frequent interface meetings to progress the details
- Develop technical definition for SBM to submit a firm proposal
- Ongoing contract negotiations and commercial discussions




| Riser and Umbilical Count | |
|---|---|
| Total Risers and Umbilicals | 28 |
| Initial Production SCRs | 2 |
| Future Production SCRs | 6 |
| Initial Water Injection SCR | 0 |
| Future Water Injection SCRs | 4 |
| Initial Umbilicals | 1 |
| Future Umbilicals | 13 |
| Oil Export Riser | 1 |
| Gas Export Riser | 1 |
| Riser and umbilical Payload (s. Tons) | 8,800 |

ANADARKO

# Singapore Yard Visits

- **Focusing on the two yards with the best execution plan**
  - Dry dock assembly, sufficient yard capacity to handle sections
- **Emphasis on understanding safety culture and HSE program**
  - Ongoing review of policies and procedures
  - Provided each yard with an HSE evaluation form to guide discussions
- **Review engineering execution plan**
  - Handover of engineering from SBM to yard
  - Understand yard resources, competencies, management model
- **Identify CVA / Class challenges**
  - Meeting with ABS Singapore team

# Facility Installation

ANADARKO

- **Obtaining pricing for suction and driven anchor piles**
- **Mooring line configuration has been optimized for pre-lay flexibility**
- **Riser installation methodology study underway with Versabar**
  - Define ancillary equipment needed on hull during pull-in
  - Identify the topsides pull-in equipment weight and footprint
- **Ongoing integration dialogue with KOS**



# Topsides - Semi

ANADARKO

## ▪ Progress Update

- Established layout approach
- Validated NTE Weights, CG/VCG, Wind Sail including Future Modules (Water Injection, Future Expansion)
- Developed boarding valve sizes and arrangements for both production and water injection
- Addressing Constructability, Lift and Integration methodology
  - *Temporary MSF*
  - *Lift Weight and CG*
  - *Lift Sequence*
  - *Integration Zone*
- Model Review





# Semisubmersible SCRs - Overview



| Phasing | Semi-submersible Host Riser Count | |
|---|---|---|
| **Phase I - Initial** | Production SCRs | **2** |
| | Control Umbilical | **1** |
| | Oil Export Riser | **1** |
| | Gas Export Riser | **1** |
| **Phase II Additions** | Production SCRs | **2** |
| | Control Umbilicals | **1** |
| **Future Additions** | Production SCRs | **4** |
| | Water Injection SCRs | **4** |
| | Control Umbilicals | **8** |
| | Gas Lift Umbilicals | **4** |
| **Final** | **Total Risers and Umbilicals** | **28** |

| Type | OD | WT | Grade |
|---|---|---|---|
| **Production** | 10.75” | 1.65” | X70 |
| **Water Injection** | 8.8” | 1.84” | X70 |
| **Gas Export** | 16” | 1.10” | X65 |
| **Oil Export** | 16” | 1.00” | X65 |

# Semisubmersible SCRs Preliminary Riser Layout

ANADARKO



# Semisubmersible SCRs
# Additional Studies & Status Update

ANADARKO

- **Titanium Stress Joint Exposure to Hydrofluoric Acid (HF)**
  - Alcoa has developed an effective inhibition strategy to facilitate the safe return of HF-containing stimulation fluids through titanium tapered stress joints (TSJs).
  - Project team is pursuing two independent tests at Intertek and Alcoa to evaluate the effectiveness of the inhibition strategy subjected to simulated spent acid fluids. Results will be available before the concept select decision is made.
  - In addition, an FMEA (failure modes and effects) study will be performed to systematically evaluate each segment of the Shenandoah production and control system to address the use of titanium TSJs considering the potential HF acid flowback.
- **Overall, the scope is within budget and on track. No potential showstoppers are flagged for the Shenandoah semisubmersible SCRs.**

# Spar Engineering

ANADARKO

- Identify max topsides payload for 110’ hull with Shen environmental data / riser configuration
- Review and implement HB / LU lessons learned into the design
- Updating mooring component specifications
- Centerwell arrangement – more efficient layout, adequate space for future water injection risers
- Moved facility to NW Corner of field





# Wet Tree Spar SCRs – Centerwell

ANADARKO



# Pori Yard Visit

ANADARKO

- **Discuss changes to the execution strategy from LU / HB**
  - Lessons learned vs. forced changes
- **Status of legacy sub-contractors**
  - Does it make sense for TOF to take on more work directly?
- **Understand current project bookings and upcoming activity**
  - Wind farm structure through 2H 2016
- **Review current staffing versus Shenandoah project needs**
  - Headcount vs. technical competency / experience
- **What does a yard shut-down / ramp-up look like?**
  - At what point is it necessary?
  - What is the timeline?

# Spar Installation

- Obtaining pricing for suction and driven anchor piles
- Mooring line configuration has been optimized for pre-lay flexibility
- Upcoming market survey to understand contractor interest / availability for this scope of work
- Evaluating the benefit of incorporating export riser pull-in structure into the top of spar





# Topsides - Spar

ANADARKO

## ▪ Progress Update

- Established layout approach
- Developed 60k Future Water Injection Expansion Layout/Methodology
- Validated NTE Weights, CG/VCG, Wind Sail Envelopes
- Addressing Constructability, Transportation, and Lift methodology
  - *Lift Weight and CG*
  - *Barge Transportation weight and CG*
  - *Offshore Lifts*
- Model Review





# Wet Tree Spar SCRs - Overview

ANADARKO



| Phasing | Wet Tree Spar Host Riser Count | |
|---|---|---|
| **Phase I - Initial** | Production SCRs | **2** |
| | Control Umbilical | **1** |
| | Oil Export Riser | **1** |
| | Gas Export Riser | **1** |
| **Phase II Additions** | Production SCRs | **2** |
| | Control Umbilicals | **1** |
| **Future Additions** | Production SCRs | **4** |
| | Water Injection SCRs | **2** |
| | Control Umbilicals | **3** |
| | Gas Lift Umbilicals | **4** |
| **Final** | **Total Risers and Umbilicals** | **21** |

| Type | OD | WT | Grade |
|---|---|---|---|
| **Production** | 10.75” | 1.65” | X70 |
| **Water Injection** | 8.8” | 1.84” | X70 |
| **Gas Export** | 16” | 1.00” | X65 |
| **Oil Export** | 16” | 1.00” | X65 |

# Wet Tree Spar SCRs Status Update

ANADARKO

- **Deliverables**
  - Pull Tube Stress Joint Specification
  - Titanium Taper Stress Joint Specification
  - SCR Helical Strakes Functional Specification
  - Pull Tube Routing 3D Model
  - Production SCR Pull Tube Stress Joint Detail
  - Water Injection SCR Pull Tube Stress Joint Detail
  - Oil Export SCR Titanium TSJ Detail
  - Gas Export SCR Titanium TSJ Detail
  - Riser  Design Basis
  - Riser Design and Analysis Methodology Report
  - Soil Stiffness Calculation Report
  - Riser Wall Thickness Calculation Report
- **Overall, the scope is within budget and on track. No potential showstoppers are flagged for the Shenandoah wet tree spar SCRs.**

# Alternate Solutions

- **Develop alternative commercial solutions and associated costs for Shenandoah to provide a lower threshold reserve target.**
  - Evaluation of SSTB
- **Investigate a regional hub-type solution.**
  - Identify potential commercial synergies
  - Initiate discussions with other operators who have discoveries in the region
  - Increase capacity to 120,000 BOPD or 150,000 BOPD, or the well tie-back length increases from its current distance (~2 miles) to 10 or 15 miles.
- **Phase I 60-80 MBOEPD base case**
  - Capital deferral
  - Future expansion






ANADARKO
SHENANDOAH BASIN

# Subsea Update

# Spar Development – Overall Field Layout

ANADARKO






CONFIDENTIAL APC-00236841




# SHENANDOAH SPAR OPTION

# Semi Development – Overall Field Layout

ANADARKO






CONFIDENTIAL APC-00236843

ANADARKO



# Functional Diagram- "2 Tree Layout"

ANADARKO






CONFIDENTIAL

APC-00236845

ANADARKO



# Functional Diagram- "Overall Field Cartoon" PH-1

ANADARKO



# Functional Diagram- "Overall Field Cartoon" PH-2

ANADARKO



# No Burst Strategy

ANADARKO



# Safety Prevention and Mitigation Systems

ANADARKO



# XT P&ID

ANADARKO



# FMC 5"x 2"-20K / 250F Enhanced Vertical Deepwater Tree System

ANADARKO



# 20K Choke by Master Flo

ANADARKO

## ▪ Design Summary

- Designed as P4-20K Choke with Cv 115
- -20 to 400°F Temperature Range
- Bolted Bonnet Design
- API 17TR8 PR3; PR4 if fatigue sensitive
- API 6A PSL 3G; HH Trim
- Studded Inlet X Flanged Outlet, 5 1/8"-20K Flange
- Metal seal for all primary wetted production seals
- All wetted surfaces either Alloy 625 inlay or solid Alloy 725
- Double Acting Stepping Actuator



# 20K Choke by Master Flo

ANADARKO

## ▪ Development / Qualification Status

- Design drawings completed
- Verification documentation ongoing: FMECA, Verification / Validation reports, Fatigue Assessments, etc.
- Fixture testing completed for critical seals
- Body ordered; manufacturing ongoing
- Bonnet, trim, stem manufacturing in progress
- Remaining parts ongoing
- Assembly and Qualification Tentative Dates: May 9 – July 15, 2016
- Qualification Report Tentative Completion Date: July 29, 2016

# SkoFlo – Chemical Injection Metering Valve

ANADARKO

- Purchase Order for Qualification Issued January 2016
- Approximately 1 year to qualify
- Currently evaluating the use of Nickel based Alloy 945 or Nitronic 50HS for valve body






# 5”-20K HIPPS Structure w/ Single Module



# Functional Diagram- "Gathering Manifold"






CONFIDENTIAL APC-00236857

# Main Umbilical Cross Section

ANADARKO

## Oceaneering




| POS | QTY | Description | ID (in) | WT (in) | OD (in) |
|---|---|---|---|---|---|
| 1 | 1 | Outer Sheath - MDPE | 6.957 | 0.276 | 7.509 |
| 2 | 5 | Super Duplex - 3/4" ID, 19,165 psi | 0.750 | 0.217 | 1.183 |
| 3 | 7 | 16 mm2 TSQA 0.6/1.0/(1.2)kV | | | 1.188 |
| 4 | 4 | Super Duplex - 1/2" ID, 10,000 psi | 0.500 | 0.048 | 0.597 |
| 5 | 4 | Tube Oversheath - MDPE | 0.597 | 0.098 | 0.794 |
| 6 | 1 | Inner Sheath - MDPE | 4.220 | 0.157 | 4.535 |
| 7 | 7 | Super Duplex - 1/2" ID, 19,575 psi | 0.500 | 0.138 | 0.776 |
| 8 | 2 | Fiber Optic Cable - 12 SMF | | | 0.512 |
| 9 | 7 | Super Duplex - 1/2" ID, 19,575 psi | 0.500 | 0.138 | 0.776 |
| 10 | 7 | Tube Oversheath - MDPE | 0.776 | 0.079 | 0.933 |
| 11 | 1 | Tube Oversheath - MDPE | 0.776 | 0.244 | 1.263 |
| 12 | 1 | Super Duplex - 1/2" ID, 19,575 psi | 0.500 | 0.138 | 0.776 |

## Aker




| POS | QTY | Description | ID (in) | WT (in) | OD (in) |
|---|---|---|---|---|---|
| 1 | 1 | Outer Sheathing | | | |
| 2 | 8 | Outer Conduit (2nd Closing) | | | |
| 3 | 8 | Inner Conduit (2nd Closing) | | | |
| 4 | 6 | Outer Conduit (1st Closing) | | | |
| 5 | 6 | Intermediate Conduit (1st Closing) | | | |
| 6 | 4 | Inner Conduit (1st Closing) | | | |
| 7 | 5 | Super Duplex SAF 2707 | 0.750 | 0.213 | |
| 8 | 15 | Super Duplex SAF 2707 | 0.500 | 0.13 | |
| 9 | 4 | Super Duplex SAF 2707 | 0.500 | 0.048 | |
| 10 | 8 | 16 mm2 TSQ | | | 0.945 |
| 11 | 2 | Fiber Optic Range Cable | | | 0.472 |
| 12 | 1 | Filler | | | 0.717 |

# Sandvik-Umbilical Tubing

ANADARKO

- Scope of work finalized with Sandvik for trial tubing production run.
- Tubing hollows on order – expected delivery to mill in early May.
- Production start in May; expected duration of 2 weeks.
- Welding trials to follow; expected duration of 4 weeks.
- Fatigue testing to follow at Stress; expected duration of 10-12 weeks.
- Production trial complete in November of this year.

# Chemical Lines and TUTA Assembly

ANADARKO

## Parker Valves with Autoclave MP Tubing

- For Chemical Injection Runs To TUTA
- Design Pressure 20,000 psi, 316SS Material
- Design Temperature -65.2 Deg F to +392 Deg F
- Valve Sizing

| Inlet/Outlet | Orifice Size | Max Cv Rating |
|---|---|---|
| 1/4" Cone & Thread | 0.11 in | 0.25 |
| 3/8" Cone & Thread | 0.20 in | 0.97 |
| 9/16" Cone & Thread | 0.24 in | 1.56 |
| 1/4" Phastite | 0.15 in | 0.5 |
| 3/8" Phasetite | 0.24 in | 1.56 |
| 1/2"Phasetite | 0.24 in | 1.56 |



## Tube Sizing

| Outside Diameter | Inside Diameter | Wall Thickness | Flow Area | Material |
|---|---|---|---|---|
| 1/4" | 0.109 in | 0.070 in | 0.0009 in2 | 316SS |
| 3/8" | 0.203 in | 0.086 in | 0.032 in2 | 316SS |
| 9/16" | 0.359 in | 0.101 in | 0.101 in2 | 316SS |
| 3/4" | 0.516 in | 0.117 in | 0.209 in2 | 316SS |
| 1" | 0.688 in | 0.156 in | 0.371 in2 | 316SS |
| 1 1/2" | 0.937 in | 0.281 in | 0.589 in2 | 316SS |





ANADARKO SHENANDOAH BASIN

# Flow Assurance Updates

## HIPPS and Asphaltene Mitigation

ANADARKO

# HIPPS MODELING

# Modeling HIPPS

ANADARKO

- Utilize Olga with ROCX plugin
- Olga for transient pipe behavior
- ROCX for transient reservoir behavior
- Vary rate (w/choke) and length of fortified zone



# Fortified Section Length – 13,000 psi



# Fortified Section Length – 15,000 psi



# Sensitivity Example – High GOR

ANADARKO

## Rate = 10,000 stb/d




## Rate = 20,000 stb/d



ANADARKO

# ASPHALTENE MITIGATION

# Shenandoah Testing Results

- **Asphaltene onset pressures range from ~8,000 to 14,000 psi**
- **Commingling of zones resulted in increased asphaltene onset pressure (16,000 – 20,000+ psi)**
- **Precipitation in tubing expected from day 1 of production ~10,000 ft below mudline**
- **Asphaltene deposition at the rate of ~2 bbl / 20,000 bbl of oil flow**





# APC Mitigation Experience




- **9 years of field experience**
- **10+ wells**
- **Most stimulations restore some productivity**
- **Most productivity gains gone within 30 days**

# APC Mitigation Success and Path Forward

ANADARKO




- Recent solvents much more effective
- >60 days increased productivity
- Planning followup stimulation for further incremental gains
- Field trial for continuous inhibition planned for 2017
- Testing with Shenandoah oil in the lab (2017-2018)

20A PROJECT

# 20A Update

Gregg Walz
April, 5, 2016

Confidential

# 2016 20A Budget Adjustments

20A PROJECT

Confidential

| AFE | Original AFE | Revision 27Jan16 | Reduction | |
|---|---|---|---|---|
| Interventions | $ 13,600,000 | $ 7,326,800 | -$6,273,200 | -46% |
| BOP / Riser | $ 5,600,000 | $ 4,370,081 | -$1,229,919 | -22% |
| MODU | $ 4,100,000 | $ 3,539,826 | -$560,174 | -14% |
| Completions | $ 16,800,000 | $ 14,007,787 | -$2,792,213 | -17% |
| Subsea Facilities | $ 11,800,000 | $ 11,300,000 | -$500,000 | -4% |
| **Total** | **$ 51,900,000** | **$ 40,544,494** | **-$11,355,506** | **-22%** |

*Negotiated reductions for all engineering consultants and services.

## Interventions

- Cost reduction due to less CWOR work required.
- Deferred engineering activities due to revised sanction date

## BOP / Riser & MODU

- Cost reduction due to moving away from the New Build concept
- Deferred engineering activities due to revised sanction date

## Completions

- Deferred non-critical / low development risk items into 2017

## Subsea Facilities

- Deferred non-critical / low risk material testing into 2017

Confidential

# HPHT Materials Testing

**Metallic Materials**

- SN fatigue testing of base materials
  - Sour environment
  - Seawater with cathodic protection
- Fatigue Crack Growth Rate (FCGR) testing
  - Sour environment
  - Seawater with cathodic protection
- Full scale materials qualification
- Hydrogen Embrittlement (HE) testing

**Non-metallic Materials**

- Life Estimation Testing (LET)
- Intermittent Exposure Testing (IET)




| | 2014 | | 2015 | | | | 2016 | | | | 2017 | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Metallic Materials | | | | | | | | | | | | | | | |
| Non-metallic Materials | | | | | | | | | | | | | | | |



FMC Technologies

Confidential

# Subsea Drilling System

| Item | Conceptual Design | Detail Design | Validation Testing | Final Product Release |
|---|---|---|---|---|
| Conductor Housing(s) | ● | ○ | | ◌ |
| Wellhead High Pressure Housing | ● | ○ | | ◌ |
| Rigid Lock Seal Assembly | ● | ○ | ◌ | ◌ |
| Casing Hanger(s) | ● | ○ | ◌ | ◌ |
| Annulus Packoff | ● | ● | ◌ | ◌ |
| Elastomer Annulus Packoff | ● | ○ | ◌ | ◌ |
| Lock Down Bushing | ● | ● | ● | ◌ |
| 16" Submudeline System | ● | ○ | | ◌ |

Summary TRL Level

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|



| | 2014 | | 2015 | | | | 2016 | | | | 2017 | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Subsea Drilling System Development | | | | | | | | | | | | | | | |

Legend: ● Completed ○ Work in progress ◌ Not started Not applicable Completed after 12/2014



FMC Technologies

# Well Completion System

| Item | Conceptual Design | Detail Design | Validation Testing | Final Product Release |
|---|---|---|---|---|
| **Subsea tree** | ● | ○ | N/A | ◌ |
| Flanges | ● | ● | ○ | ◌ |
| ½", 2" and 5" valves | ● | ● | ○ | ◌ |
| ½" needle valve | ● | ● | ○ | ◌ |
| 30" high capacity connector | ● | ● | ● | ○ |
| Metal to metal seals | ● | ● | ○ | ○ |
| Elastomer seals | ● | ● | ● | ● |
| Downhole hydraulic coupler | ● | ○ | ◌ | ◌ |
| Electrical feedthrough system | ● | ○ | ◌ | ◌ |
| **Flow Module** | ● | ○ | N/A | ◌ |
| Multibore connector | ● | ● | ○ | ◌ |
| Choke | ● | ● | ○ | ◌ |
| **Tubing hanger** | ● | ○ | N/A | ◌ |
| Lock mechanism | ● | ● | ● | ○ |
| Alignment keys | ● | ● | ○ | ○ |
| **Tubing head** | ● | ○ | N/A | ◌ |
| Flow loops | ● | ○ | N/A | ◌ |
| ½" needle valve, 2" valve, 30" connector same as above | | | | |
| **Tree Cap** | ● | ● | ○ | ◌ |

Summary TRL Level

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|

↑ (1)




| | 2014 | | 2015 | | | | 2016 | | | | 2017 | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Well Completion System Development | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |

**Legend:** ● Completed ○ Work in progress ◌ Not started ▨ Not applicable ░ Completed after 12/2014



FMC Technologies

Confidential

# Manifold and Piping Systems

| Item | Conceptual Design | Detail Design | Validation Testing | Final Product Release |
|---|---|---|---|---|
| **HIPPS Module** | ○ | ○ | | ○ |
| Multibore mechanical connector | ● | ● | ○ | ○ |
| KX gaskets (3/4", 2" and 5") | ● | ● | ○ | ○ |
| 5" HIPPS Valve | ● | ○ | ○ | ○ |
| Safety pressure sensors | ● | ○ | ○ | ○ |
| ½", 2" and 5" valves | Same as WCS items | | | |
| Logic solver | ● | ● | ● | ● |
| **Well Jumper** | ● | | | |
| Mechanical connector | ● | ● | ○ | ○ |
| KX gasket | ● | ● | ○ | ○ |
| Pipe, elbow, tee | ● | ○ | ○ | ○ |
| **2" and 5" valves** | Same as WCS items | | | |

Summary TRL Level

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|



Well jumper and gasket



HIPPS Module

| | 2014 | | 2015 | | | | 2016 | | | | 2017 | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| HIPPS Development | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Well Jumper Development | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | |

Legend: ● Completed ○ Work in progress ○ Not started Not applicable Completed after 12/2014



FMC Technologies

# Development Drivers

Confidential

- Challenging times for 20,000 psi development
- Drivers can change daily, monthly, annually
- "Keep moving the ball forward"



# Equipment Delivery Times

20A PROJECT

Confidential




- MODU & BOP are the current critical path
- APC's revised project plan requires rig ops to start at mid 2020
- Qualification work may extend after Project Sanction
- All equipment schedules currently meet this time, given long lead orders by ~Q3 2017 and minimal development slippage

# BOP & Riser

Confidential

- Continuing to work with all three major BOP Suppliers
  - All three suppliers continuing to progress well
  - Targeting to complete their qualification by end 2016, (excluding material testing)
  - We expect they will then wait on an order
- APC's focus is to review their work:
  1. Commence ABS I3P review
  2. Weights / Size / Stiffness
  3. Materials testing
  4. Control systems
  5. LMRP operability
  6. Shearing capability





CONFIDENTIAL APC-00236879

# Low Oil Price / Project Sanction Delay Impacts

20A PROJECT

Confidential

- Contractors and Suppliers survival?
- Contractors and Suppliers technical resources?
- Suppliers interest?
- New business models?
- Setting up joint development agreements
  - Project timing misalignments & tight dollars
- Commercial agreement approval times
  - APC has rejected proposals and are in negotiations *(Excluding FMC JDA)*



# First planned "Keeper Appraisal Well" in Progress

Confidential

- Walker Ridge 51 #4 E (alias Shen #5)
- Appraisal well >>> Future "producing well"
  - ✓Casing & APB designs checked
  - ✓42" pipe material & weld qualifications
  - ✓42" connector qualification
  - ✓Load monitoring in place
  - 42" and 22" fatigue testing samples in progress
- Well is to be completed in 3Q / 2020



# Completion Equipment – Supplier Evaluations

Confidential

## Upper Completion




## Lower Completion




- ✓Technical Specifications address Anadarko Functional Specifications
- ✓Experience in HPHT Projects
- ✓Supplier In-house technical capabilities (FEA, CFD, Design Engineering, Manufacturing)
- ✓API/ISO Certified Facilities
- ✓API 17N TRLs (Technical Readiness Levels) via extensions of existing technology (*no 'new' technology*)
- ✓Support Services during installation & commissioning
- ✓Experience with Anadarko

# APC Response to BSEE Request (Sept, 2015)

20A PROJECT

Confidential

Issue: Does HPHT well require on a single TRSV or 2 TRSV's?

***Recommendation – Single TRSV***

Support for Recommendation:

- Single TRSV Reduced complexity
- Single TRSV Simplified installation & operations.
- Single TRSV reliability is as reliable as tandem TRSV, (If first TRSV impacted, the second TRSV impacted the same.)
- Asphaltene precipitation is a flow assurance risk and is anticipated. Mitigation will be chemical injection.
- Industry literature research (OTC, SPE, Exprosoft Well Master) supports a single TRSV.



# Intervention Systems

20A PROJECT

Confidential

- Combines development risk with other 20A efforts
  - Ex. BOPs, riser, inner string pipe
- Reduces operational complexity




## Intervention System High Level Schedule

| | 2016 | | | | 2017 | | | | | 2018 | | | | 2019 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Project Milestones** | | | | | | | | | | Sanction | | | | | | | | | | | |
| **Intervention System** | FEED, Contracting, Functional Specs | | | | Final Designs, Technical Specs, Qualification, I3P Reviews | | | | | | Equipment Manufacturing | | | | | | | Delivery Offshore Tstg | | | |

4/5/2016

# What's still at issue… 2nd Edition TR8

20K PROJECT

Confidential

- Calculating for fatigue is still somewhat of a moving target
- Monitoring fatigue damage for remaining service life
- Welding and cladding difficult
- Extreme Survival condition definition
- Validation vs Criticality
- Seal technology a big concern:
  - Wider temperature ranges complicate
  - Choice of materials decreases with temperature increase
  - Stress relaxation
  - Flexing geometries complicate
  - More material combinations complicate
- Uniform set of material properties at given temperatures and environments sketchy

*"Second Verse, Same as the First… HPHT – API 17TR8"*

***Brian Skeels*** *- FMC Corp.*
*SPE Gulf Coast Chapter*
*Mar. 10, 2016*



# Pressure & Load Specific Rated Equipment

Confidential

- APC is moving away from an "industry wide solution"
- Focusing project specific requirements
  - Verifying the actual differential pressures, loads, & cycles acting on the equipment
- The resulting weight and stiffness of some 20,000 psi systems may be introducing unnecessary fatigue, capacity, and handling risks
  - Investigating 17,500 psi working pressure riser choke & kill lines
- Bias for 5000 psi working pressure increments, (5K, 10K, 15K, 20K, etc.) need to be revisited



CONFIDENTIAL APC-00236886

# Material Characterization – API 17 TR8 – Annex D

2OA PROJECT

Confidential

| Recommended GoM Production Environments | | |
|---|---|---|
| | **Gas Field** | **Oil Field** |
| Chloride ($Cl^-$) | 5,000 ppm | 100,000 ppm |
| $CO_2$ gas | 20 mole % | 20 mole % |
| $H_2S$ gas | 50 ppm | 50 ppm (water flooding not considered) |
| pH | 3.5 | 5.0 |
| Temperature | • 40 $^0$F for CS and LAS<br>• Maximum Design Temperature for CRA | • 40 $^0$F for CS and LAS<br>• Maximum Design Temperature for CRA |

API 17TR8 – Annex D Material Characterization Protocols (under development; June, 2016 planned publication)

Alternatively, if specific well reservoir information is available, then such data can be used for the material qualification testing program.

- Anadarko supports the proposed Annex "D" draft language
- Anadarko has successfully conducted MDT sampling in two (2) wells
- APC found **less than 1 ppm $H_2S$** in the samples indicating this is not a 'sour service' environment.

# Development Drivers

Confidential

- Drivers converge at Project Sanction and typical SOP submittal timing
- What happens if an unexpected problem occurs after SOP submittal?
  - Ex: Tool development delays
- Need to better understand the sanction & SOP relationships in ~4Q 2017






Confidential




ANADARKO
SHENANDOAH BASIN

# Subsurface

# Updated Schedule

ANADARKO

2016 Shenandoah IPT Meetings & Workshops V.2016.03.22



# Shenandoah Partnership Workshops (Proposed Dates)

ANADARKO

## Shenandoah Paleo/Biostrat workshop:

- Date: April 6th
- Time: 8:30 to 1 PM

## Shenandoah Depositional WS & Shen 4 BP1 Core review/summary:

- Date: April 13th
- Time: 8:00 to 3 PM

## Shenandoah Fluids/pressures workshop:

- Date: April 26th (date change)
- Time: 8:30 to 3 PM

## Shenandoah Geomodeling workshop:

- Date: May 3rd (date change)
- Time: 8:30 to 3 PM

# Current Operations

ANADARKO

- Spud on March 14th
- 42" csg set at 6215'
- 28" csg set at 7360'
- Large eyeball inclusion encountered from 7840' to 8310' with no drilling issues
- 22" csg set at 8930'
- No inclusion drilling issues, some oil staining noted in siltstones in some inclusions
- Current TD is 13900' and currently running 18"liner






CONFIDENTIAL

ANADARKO

Ruben Lopez

# CORE STUDIES

# Core Studies

ANADARKO

## ▪ WR52 # 2 - Shenandoah 3 – Rotary Sidewalls

### Completed

- Photos WL-UV
- CT Scanning
- Routine Core Analysis
- Thin Sections Photos
- Thin Sections Description
- SEM
- XRD
- LPSA
- Special Core Analysis
  - CoCw /FF

### In progress

- Special Core Analysis
  - RI & Capillary Pressure

### Pending

- MICP
- Completion Testing

Core Analysis Program

Last Updated: 3/18/16

| Laboratory Activity | March, 2016 | | | | | April, 2016 | | | | May, 2016 | | | | June, 2016 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 10 | 17 | 24 | 31 | 7 | 14 | 21 | 28 | 5 | 12 | 19 | 26 | 2 | 9 | 16 | 23 | 30 |
| Special Core Analysis | | | | | | | | | | | | | | | | | | |
| Resistivity Index | | | | | | | | | | | | | | | | | | |
| Capillary Pressure | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |



CONFIDENTIAL

# Core Studies

ANADARKO

## ▪ WR52 # 2 BP01 – Shenandoah 3 – Whole Core

### Completed

- Gamma/ CT / Slabbing
- Probe K / Core Photos
- Brinell Hardness
- Pilot Study
- LPSA
- Salinity Testing
- MICP (shale)
- Biostratigraphy
- TS/XRD/SEM
- Rock Mechanics
- Routine Core Analysis
- Fault Rock Analysis
- Sanding Analysis

### In progress

- Special Core Analysis
  - Porous Plate Cap Pressure/ Electrical Properties/ CoCw/NMR
  - Hg Injection Capillary Pressure
  - Wettability
  - Steady State and USS Relative Permeability

### Pending

- Critical Velocity
- Completion Compatibility Testing

Last Updated: 3/18/16

| Laboratory Activity | April, 2016 | | | | May, 2016 | | | | June, 2016 | | | | | July, 2016 | | | | August, 2016 | | | | Sep, 2016 | | | | October, 2016 | | | | Nov, 2016 | | | | Dec, 2016 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 14 | 21 | 28 | 5 | 12 | 19 | 26 | 2 | 9 | 16 | 23 | 30 | 6 | 13 | 20 | 27 | 4 | 11 | 18 | 25 | 1 | 8 | 15 | 22 | 7 | 14 | 21 | 28 | 4 | 11 | 18 | 25 | 2 | 9 | 16 | 23 | 30 |
| Special Core Analysis | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoCw - FF | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | | | | | | | |
| Resistivity Index | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | |
| Capillary Pressure by Porous Plate | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | |
| NMR | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | |
| Wettability | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | |
| SS and USS Relative Permeability | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | |



CONFIDENTIAL

# Core Studies

ANADARKO

- WR51 # 3 ST01 - Shenandoah 4 – Rotary Sidewalls

## Completed

- Photos WL-UV
- CT Scanning
- LPSA

## In progress

- Routine Core Analysis

  Data expected 4/30/16

## Pending

- TS/XRD/SEM
- Special Core Analysis

# Core Studies

ANADARKO

## ▪ WR51 # 3 ST01 BP01 – Shenandoah 4 – Whole Core

### Completed

- Gamma/ CT / Slabbing
- Probe K / Core Photos
- Brinell Hardness
- LPSA
- RwCore
- Core Description
- TS/XRD/SEM - Pilot Study

### In progress

- Pilot Study
- Tracer Analysis
- Seal Capacity
- Biostratigraphy
- Thin Sections
- Rock Mechanics
- Routine Core Analysis
- Fault Rock Analysis
- Sanding Analysis
  - Cleaning

### Pending

- Special Core Analysis
  - Porous Plate Cap Pressure/ Electrical Properties/ CoCw/NMR
  - XRD/SEM
  - Hg Injection Capillary Pressure
  - Wettability
  - Steady State and USS Relative Permeability
  - Critical Velocity
- Completion Compatibility Testing

# Core Studies

ANADARKO

## ▪ WR51 # 3 ST01 BP01 – Shenandoah 4 – Whole Core

**Anadarko Timeline**
**OCS-G-31938 003 ST01 BP01 (Shenandoah # 4)**
**Offshore, GOM**

Estimated weeks
Completed Steps

**Core Analysis Program**
Last Updated: 3/18/16



ANADARKO

Doug Shotts and Wendy Prosser

# WATER INJECTION

# Pressure Maintenance

ANADARKO

- **Examining injection requirements for various pressure maintenance scenarios**
  - Can we maintain, or what would it take to maintain, pressure with expected withdrawal?
  - When would injection be required?
- **Varied both aquifer size and target pressures**
  - Aquifer ratios: 0 - 10x
  - Pressure targets of 10k, 15k, and 20k psi
  - Assumed injection capacity of up to 120,000 BWPD
- **Distributed injection volume using "pressure targets" within fault blocks and targeted zone commingling**
  - Injection capable from day-1
  - 8 water injection targets (4 fault blocks x 2 targeted zones)
  - Upper sands: UW-2, UW-3, LW-A, LW-B
  - Lower sands: LW-C, LW-D, LW-E
- **Retain other reference case assumptions and constraints**

# Pressure Maintenance (15k psi) with Varying Aquifer

ANADARKO

## Production Rates & Recoveries




## Water Injection Profiles






CONFIDENTIAL

# Pressure Maintenance: Water Injection Study

ANADARKO

- **Idealized probabilistic examination of oil recovery with respect to pressure maintenance**
- **Uncertainty parameters**
  - Aquifer sizes: ~0x, 1x, 2x, 3x, 5x, 10x
  - Maximum field injection rate: 0, 30, 60, 90, 120k BPD
    - *All injection rates are distributed equally through 4 water injection wells in economics*
- **Distributed injection volume using pressure targeting within fault blocks and targeted commingling**
  - Upper sands: UW-2, UW-3, LW-A, LW-B
  - Lower sands: LW-C, LW-D, LW-E
  - Pressure targets between 10,000 – 22,000 psi with 1,000 psi granularity
- **8 water injection targets (4 fault blocks X 2 targeted zones)**
- **All wells drilled and completed for first production**
- **All other reference case assumptions and constraints**



# Economics: Water Injection

ANADARKO



# Summary

ANADARKO

- **Summary:**
  - Preliminary water injection sensitivities are encouraging
  - Aquifer size 2X+ → diminishing returns based on initial work
  - Shen 5 results will help the partnership understand East Shenandoah potential
- **Path Forward:**
  - Team will continue to focus on various water injection sensitivities
    - *Facilities design decision (spar vs semi-submersible)*
    - *Timing (delay capital when water injection is not necessary for 1st production)*
    - *Water injection well count*
    - *Impact of compartmentalization on water injection economics*
    - *Zone injection priorities*




ANADARKO
SHENANDOAH BASIN

# IPT Update

## Budget, Schedule, Concept Select

# 2016 IPT

ANADARKO

## IPT Organization




Note: Personnel in parenthesis ( ) have limited time writing to IPT.

Revision 10

ANADARKO PETROLEUM CORPORATION

CONFIDENTIAL

APC-00236907

# Facilities Engineering Budgets

| Description | Budget (12-Months) |
|---|---|
| Subsea | $3,500,000 |
| Hull, Mooring, Riser Design | $13,500,000 |
| Topsides Engineering | $12,500,000 |
| Installation & Integration | $625,000 |
| Other | $1,875,000 |
| **Concept Select Total** | **$32,000,000** |
| IPT-Facilities Only | $4,835,000 |
| **Total Facilities Budget** | **$36,835,000** |

- **Current Commitment: $18MM**

- **2016 IPT Budget**
  - Reduced contractor support and costs
  - Reduced Special Studies budget and deferred scope
  - Added Host Facility Team Support
- **2016 AFE**
  - Supplement down IPT AFE $8.75MM → $6.7MM
  - Extend existing $32MM AFE from 8-mo → 12-mo
  - Issue updated IPT Organization Chart
- **2016 SOW**
  - Carry (2) concepts 6-months
  - Concept Select
  - Maintain 2018 Sanction & 2021 First Oil dates



CONFIDENTIAL APC-00236908

# Schedule 2016 - FID

ANADARKO




- Schedule 2016
  - Jan – June: Pre-Feed Engineering
  - August: Single Concept Award
  - August – December: Feed Engineering or Project realignment (Shen 5 Results)

# What Drives Concept Select

ANADARKO

- **Subsurface / Economics**
  - NPV 10
  - Maximum Capital Exposure
  - Economics of Water Injection
- **SURF**
  - Riser Design
    - *TP / SBM Riser Design Methodology Reports*
    - *Alcoa HF + Ti Testing*
  - Initial Riser Pull-In
    - *Technip pull-in porch SOW*
    - *VBar semi pull-in study*
- **Jones Act**
  - McDermott Altamira market survey
- **APC Experience**
  - Operations Preference
  - Project Management & Delivery
    - *Operator experience / execution confidence*
- **Host Facility**
  - Expandability of Concepts
    - *Weight reports, quantifying management reserve*
    - *Progress topsides modeling / layouts to quantify space available for future equipment and potential impact to hull performance*
  - Impact of incomplete hull or late delivery
  - Updated execution schedules for 2018 sanction
    - *PM Focus*
  - Production Operations – Equipment and Deck Layouts (Material Handling)
    - *Updated GA's*
  - HSE
    - *Safety exposure – fabrication*
      - Hull fabrication yard safety check sheet
      - Site visits – Pori, Singapore
    - *Safety exposure – fire/blast*



CONFIDENTIAL APC-00236910

# Key Activities for Concept Select

ANADARKO

- **Subsea**
  - Field Layouts & Subsea Routing
- **Risers**
  - Riser Arrangements Semi/Spar
  - Riser Design Verification
  - HF-TSJ Solution for Shen
- **HSE Assessments**
  - APC Risk Matrix – Review/Rerank
  - Fabrication Assessment
  - HAZID
  - Topsides Studies
- **Installation (Schedule/Cost/Methodology)**
  - Semi Installation Evaluation
    - *HMC/Other – with and w/o prelay*
    - *Riser Installation*
  - Semi Deck Integration and Onshore Hook-up (KOS)
- **Hull and Mooring**
  - Finland/Singapore yard visits
  - Contract Negotiations
  - Rebid-Cost/Schedule
- **Topsides Engineering**
  - Engineering Cost and Schedule Update
- **Topsides Fabrication**
  - Fabrication SOW for JRM
- **Project**
  - Responsibility Matrix Semi & Spar
  - Decision Criteria for Concept Select

# Planned Work Delivery




## ▪ Key Contractors

- Wood Group Mustang
- Technip
- SBM
- Wood Group Kenny

- KOS
- Alcoa
- Fugro
- Masterflo
- Sandvik

# Topsides Fabrication Market Survey (Spar Only)

ANADARKO

- **International Fabrication Yard Market Survey**
  - Only International Gulf of Mexico Fabrication Yard;
  - Transportation cost advantage to delivery equipment locally over foreign fabrication;
  - Load-out and transport facilities to site cost advantage over foreign fabrication.



- **Market Survey Technical and Commercial Package**
  - Technical and Commercial Package was submitted to McDermott on March 9, 2016 and due back on May 11, 2016.
- **Commercial Package**
  - Unit Rates based on Heidelberg quantities and weight.
- **Technical Package**
  - Scope of Work;
  - Schedule;
  - Specifications.
- **Security Assessment**

# McDermott's Altamira Fabrication Yard Statistics

ANADARKO

- **Total Area 119 acres with 7.4 acres assembly buildings;**
- **Facilities:**
  - Covered Warehouse – 230' x 295';
  - Dedicated Client Offices.
- **Equipment:**
  - 15 cranes;
  - 8 SPMT transporters.
- **Skidways:**
  - 2 adjustable width/length – up to 108'/656';
  - Loadout capacity – 11,023 ST (Skidway 2 has capacity of 33,000 ST).
- **Quayside:**
  - Total length – 1,640' reinforced (future option for another 1,640');
  - Max Allowable Deck Load – 11,023 ST (up to 38,581 ST future);
  - Average depth – 39'
  - Main Channel depth – 47'
- **Distance to open sea – 3 miles**



Blue – Existing Facilities

Orange – Near Term Upgrades

Yellow – Long Term Upgrades



CONFIDENTIAL 

# Design – First Oil: Spar Concept

ANADARKO



# Design – First Oil: Semi Concept

ANADARKO






CONFIDENTIAL

# Evolution of Facilities Costs (Spar)

ANADARKO

**Original Cost $2,596 MM**
- July 2017 Sanction
- 25% Contingency
- Inputs from a variety of market conditions
  - Contractor proposals, supplier estimates, HB benchmarking

**Cost Increases**
- January 2018 Sanction
  - + $50 MM
- Decentralized Subsea Layout
  - + $100 MM

**Updated Cost $2,486 MM**
- January 2018 Sanction
- Reduced 2016 SOW
- 18% Contingency
  - Increased number of cost categories
  - Delayed contingency spend
- Lower engineering costs
- Discounted installation rates

**2016 Updated Cost**
- July 2017 Long Leads
- 2018 Sanction
- Updated Hull and Mooring Costs
- OME Installation Costs
- Updated JDA Component Pricing

$50 Price Deck

- **Update costs for Q1 2018 sanction** ✓
- **Hull & Mooring re-bid (July 2016)**
- **Revise subsea costs for updated layouts, "No Burst" design** ✓
- **Facility installation order of magnitude estimates (3Q 2016)**
- **Regroup into further contingency sub-categories** ✓
- **Monitor commodity / currency markets to understand escalation needs (Ongoing)**
- **Monitor "Approved Vendor Lists" for potential supplier insolvencies (Ongoing)**



CONFIDENTIAL APC-00236917

# 2016 Meeting Plans & Goals

ANADARKO

- **Q1 IPT:**
  - Update on technical scope completed to date
  - Begin discussions on concept selection process
- **Q2 IPT (Combine update with Subsurface IPT June 16th)**
  - Update on technical scope completed to date (1-2 hours at the end of subsurface content)
  - Work with partners to define economic cases which will be important to concept select
- **Pre-Concept Select Technical Overview (mid-July, all day)**
  - Subsea layouts / design / flexibility
  - Topsides processing design overview
  - 3 hours – Spar updates and topsides layouts
  - 3 hours – Semi updates and layouts
- **Risk / Hazard review Workshop (early August, half day)**
  - Review / update project risk register (1-2 hours)
  - APC to present results of facility HAZIDs being conducted
  - PMFocus (if needed)

# Facility Commercial / Project Economic Workshop (Mid-August)

- Provide updated cost estimates to partners
  - *TP / SBM Bids*
  - *Updated FMC JDA costs*
  - *Installation OME's*
  - *KOS engagement – Topsides fab / integration*
  - *Continue to monitor the market*
- Provide update project schedule for each concept
- Provide results of economic sensitivities
  - *Phase 1 only, small phase 1 development (60 MBOPD), Water injection, etc.*
- APC presents decision recommendation

# Q3 IPT (September)

- Presenting the concept selection decision
- Outline technical work scope for remainder of 2016, preliminary 2017 SOW and budget
- Preliminary long lead strategy

# Q4 IPT (December)

- Firm up 2017 scope of work and costs
- Updated project schedule based on 2-3 months of increased focus with one concept, and engagement with concept specific sub-contractors (KOS for Semi, HMC for Spar, etc.)
- Overall project costs and capital phasing
- Strategy for long leads
- Outline of contents for the FDP

# 2016 Shenandoah IPT Meetings & Workshops

ANADARKO

| | Q2 | | | Q3 | | | Q4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Day | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 1 | | | | | | | | | Q4 SUBSURFACE IPT |
| 2 | | | | | | | | | |
| 3 | | GEO-MODEL METHODOLOGY MTG | | | Risk/Hazard Review WS | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | PALEO-BIOSTRAT WS | | | | | | | | |
| 7 | Q1 PROJECT IPT | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | Q3 SUBSURFACE IPT | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | DEPOS. & SHEN4 CORE | | | | | | | | |
| 13 | 20A PARTNER P-A | | | SEMI-SPAR Technical | | MEFS WS POST SHEN 5 | | | |
| 14 | SHEN 5 SPUD | | | | | | | | |
| 15 | | | | | | | | | Q4 PROJECT IPT |
| 16 | | | Q2 SUBSURFACE IPT | | | | | 20A Partner Peer | |
| 17 | | | | | Fac Cost & Economic WS | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | 20A PARTNER P-A | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | 20A PARTNER P-A | | | | |
| 25 | | | | | | | | | |
| 26 | FLUIDS-PRESSURE WS | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | Q2 PROJECT IPT | | | Q3 PROJECT IPT | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |

LEGEND
- 20A Completions P-A
- Notional WS Dates
- Confirmed WS Dates
- Completed WS
- Quarterly SS Mtg Dates
- Quarterly IPT Mtg Dates
- 20A Partner Peer Assist (PA)

# Closing Remarks

ANADARKO

- **Livelink Notifications**
  - Transmittal notification team member updates
  - Current accounts
- **Partner Participation: Host Facility Team Updates**
- **Correspondence and Communication**
  - Subsurface
    - *Lea Frye & Wendy Prosser (w/ cc to Pat McGrievy)*
  - Facilities Engineering
    - *Jenifer Tule & Ryan Kavanagh*

# Live Link Distribution

ANADARKO

| Name | Title | Company |
|---|---|---|
| Achee, Gary | Cobalt International Energy, Inc | Cobalt International |
| Burkhart, Tucker | Geophysicist - Cobalt International | Cobalt International |
| Cleland , Dana | Pre-Developments Manager - Cobalt International | Cobalt International |
| Dusterhoff Azar, Heather | Drilling Engineer - Cobalt International | Cobalt International |
| Khan, Mashiur | Reservoir Engineer - Cobalt International | Cobalt International |
| Mercer , Vicky | Database Manager - Cobalt International | Cobalt International |
| Seuser, Joann | Commercial - Cobalt International | Cobalt International |
| Smith, Truitt | Appraisal Manager - Cobalt International | Cobalt International |
| Albers, Maria | Development Engineer (Facilities) - COP | Conoco Phillips |
| Blackburn, John | Lead Geoscientist - Conoco Phillips | Conoco Phillips |
| Cartwright, Jacob | Geo-technician - COP | Conoco Phillips |
| Chernoff, Carlotta | Project Integration Manager - COP | Conoco Phillips |
| Hamilton, Sarah | Geologist - Conoco Phillips | Conoco Phillips |
| Nguyen, Phillip | Geo Technician - Conoco Phillips | Conoco Phillips |
| Peng, Jing | Reservoir Engineer - Conoco Phillips | Conoco Phillips |
| Whitt, Alison | Development Engineer - Conoco Phillips | Conoco Phillips |
| Gadkari, Prashant | Process Manager - Marathon Oil | Marathon |
| Hamilton, Tonya | Document Management - Marathon | Marathon |
| James, Bob | Geologist - Marathon | Marathon |
| Okafor, Amara | Reservoir Engineer - Marathon | Marathon |
| Paguio, Beth | Marathon | Marathon |
| Blanchard, Robert | GOM Appraisal Geophysicist - Marathon | Marathon |
| Africa, Ashley | Sr. Reservoir Engineer - Venari | Venari |
| Burno, Rowland | Sr. VP Engineering and Planning - Venari | Venari |
| Dallas, Philip | Sr. Reservoir Engineer - Venari | Venari |
| Gregory, Jack | Exploration Manager - Venari | Venari |
| Lehtonen, Lee | Sr. Explorationist - Venari | Venari |
| McNaughton, Dave | Chief Engineer - Venari | Venari |
| Weinbel, Cory | SVP-Development Projects - Venari | Venari |

# Proposed Leadership and Host Facility Team

ANADARKO



# EXHIBIT 99
# [Redacted]

# Document Produced in Native Format

Exhibit
424

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 110 of 291

ANADARKO PETROLEUM CORPORATION





2015

# EC Post-Offsite Discussion

April 27, 2016

# Asset Summaries

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# L48 Portfolio Inventory Resources Remaining




All Inventory PIRs at Invest Deck: $50/bbl and $2.50/mcf

[redacted]

[redacted]

[redacted]

[redacted]

# Shenandoah Overview

## Strengths

- 6 penetrations to date; Shen 5 evaluates large east flank test

## Weaknesses

- Geologically complex; penetrations not in pressure communication; and resource size shrinking with appraisal
- Not clear that partners will continue to participate
- Technological hurdles increase regulatory risk, operational risk and time to first production
- Committing to contracts on 20A MODU & BOP systems will be costly
- BSEE approval of APC's drilling, development and subsea intervention plans

## Opportunities

- 20K subsea development proof of concept
- Potential synergy for nearby SS tie-backs & regional JV host solutions
- Pref right option to purchase MRO 10% through Venari acquisition

| APRIL 2016 DEVELOPMENT CASE SUBMISSION | $60 (Oil) $3.25 (Gas) | $50 (Oil) $2.50 (Gas) |
|---|---|---|
| AT NPV10 ($MM) | $266 | $78 |
| AT PIR 10 | 0.27 | 0.08 |
| AT ROR | 15% | 12% |

Source and Use of Funds




Shenandoah Forecasted Production



[redacted]

[redacted]

[redacted]

# Deepwater GOM Exploration

## Strengths

- World-class basin
- Reputational advantage through long-term exploration success
- Significant cash inflow via monetization of discoveries/JVs

## Weaknesses

- Declining opportunity set – Must Rebuild
- Rebuilding prospect inventory requires significant investment and long time horizon
- Difficulty selling down / finding partners

## Opportunities

- Low-entry-cost prospects in current market
- Distressed sales / Buyers market
- Expl needed to fill rig commitments






# International Exploration

- **Strengths**
  - Reputational advantage
    - *Institutional knowledge*
    - *Access to opportunities*
    - *Financial leverage*
  - Option value through monetization of discoveries
  - Deferred entry costs (work programs)
- **Weaknesses**
  - Depleting inventory
  - Concentration risk (Colombia/Côte d'Ivoire)
  - Long cash cycle
  - Difficulty selling down in current environment
- **Opportunities**
  - Distressed sellers / Buyer's market (e.g. Tullow)
  - World class basins – Mexico
  - Need for expl to fill Rig Commitments






[redacted]

# Run 72 – "Current Strategy" Case

# "Desired Investment" Case (Run 72)

## Case Assumptions

- Lock in investments we would like to fund without capex=DCF restraint
- Solve for commodity pricing that provides adequate FCF

## Considerable WTI movement needed to remain FCF neutral over 2017-2021 Time Horizon

- Average WTI - $58.75/Bbl, HH - $2.75/Mcf

## Post-2016 Production Drivers

- Wattenberg
- Delaware Basin
- L48 Exploitation/Exploration
- Shenandoah
- Paon

## Post-2016 Reserve Drivers

- Wattenberg
- Delaware Basin
- Mozambique
- Shenandoah
- L48 Exploitation/Exploration

# Cost Inflation Effect on Break-even Oil




- **Each 5% move in cost inflation requires ~$3/Bbl move in average WTI to remain FCF neutral**

# Production/Reserves Profile – Scenario R72

## Production




| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 5-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|
| Growth Rate | -6.1% | -22.7% | 12.7% | 6.7% | 9.2% | 9.5% | **2.1%** | **9.5%** |
| Divestiture Adjusted | 0.0% | -3.3% | 12.7% | 6.7% | 9.2% | 9.5% | **6.8%** | **9.5%** |
| PGNDAS @ $45* | -11.1% | -2.7% | 11.3% | 3.9% | 5.8% | 8.1% | **0.6%** | **7.2%** |

## Reserves




| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 5-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.6% | -1.4% | 15.5% | 7.7% | 7.3% | 3.1% | **6.3%** | **8.3%** |
| Reserve Replacement* | 70% | 90% | 194% | 150% | 147% | 120% | **129%** | **140%** |
| F&D Cost | $17.80 | $18.34 | $8.99 | $13.62 | $13.34 | $15.52 | **$13.59** | **$13.25** |

*Scenario 1D: Addt'l '16 divestitures, flexible capex, Shenandoah & Mozambique funded*

**Divestiture adjusted*

# Production/Reserves Profile – Scenario R72

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -6.1% | -22.7% | 12.7% | 6.7% | 9.2% | 9.5% | 7.8% | 12.4% | 3.5% | 0.9% | 1.7% | **3.7%** | |
| Divestiture Adjusted* | 0.0% | -3.3% | 12.7% | 6.7% | 9.2% | 9.5% | 7.8% | 12.4% | 3.5% | 0.9% | 1.7% | **6.0%** | **7.1%** |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.6% | -1.4% | 15.5% | 7.7% | 7.3% | 3.1% | 14.8% | 5.7% | 9.7% | 8.2% | 8.4% | **7.8%** | **8.9%** |
| Reserve Replacement* | 70% | 90% | 194% | 150% | 147% | 120% | 190% | 135% | 161% | 157% | 161% | **143%** | **151%** |
| F&D Cost | $17.80 | $18.34 | $8.99 | $13.62 | $13.34 | $15.52 | $9.51 | $12.36 | $10.46 | $11.15 | $11.08 | **$11.94** | **$11.76** |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Cum. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.7) | (0.1) | 0.3 | (0.5) | - | 0.7 | 0.9 | 1.8 | 1.8 | 1.7 | 1.9 | **6.8** |

*Divestiture adjusted*

# Run 74 – "Meeting Obligations" Case

# Phase II – Scenario R74

## Case Assumptions

- Locks in investments projects on current DW Rig Schedule that are approved/planned to ensure DW rig obligations are met
- Locks in Wolfcamp activity associated with lease preservation
- Accounts for planned divestitures
- Optimize for DCF/Capex balance

## Run Characteristics

- Selects Wattenberg above submission case, but below "optimize with nothing locked" run (1D)
- Does not select Mozambique
- Uses Mozambique savings to accelerate exploration in CI and New Zealand

## Post-2016 Production Drivers

- Wattenberg, Delaware Basin, L48 Exploitation/Exploration
- Shenandoah

## Post-2016 Reserve Drivers

- Wattenberg, Delaware Basin, L48 Exploitation/Exploration
- Ghana Jubilee
- Shenandoah

# Production/Reserves Profile – Scenario R74

## Production




| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 5-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|
| Growth Rate | -6.1% | -24.5% | 7.5% | 11.5% | 4.7% | 6.6% | **0.2%** | **7.6%** |
| Divestiture Adjusted | 0.0% | -5.6% | 7.5% | 11.5% | 4.7% | 6.6% | **4.8%** | **7.6%** |
| PGNDAS @ $45* | -11.1% | -4.3% | 7.7% | 11.4% | 4.4% | 5.4% | **0.2%** | **7.2%** |

## Reserves




| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 5-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.6% | -4.7% | 0.8% | 3.5% | 2.8% | -1.2% | **0.2%** | **1.5%** |
| Reserve Replacement* | 70% | 66% | 105% | 120% | 116% | 93% | **95%** | **100%** |
| F&D Cost | $17.80 | $18.05 | $13.25 | $12.22 | $13.13 | $17.33 | **$14.73** | **$14.37** |

*Scenario 1D: Addt'l '16 divestitures, flexible capex, Shenandoah funded, Moz not funded*

**Divestiture adjusted*

# Production/Reserves Profile – Scenario R74

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -6.1% | -24.5% | 7.5% | 11.5% | 4.7% | 6.6% | 4.5% | 11.5% | 7.4% | 3.8% | 0.6% | **2.8%** | |
| Divestiture Adjusted* | 0.0% | -5.6% | 7.5% | 11.5% | 4.7% | 6.6% | 4.5% | 11.5% | 7.4% | 3.8% | 0.6% | **5.2%** | **6.4%** |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.6% | -4.7% | 0.8% | 3.5% | 2.8% | -1.2% | 0.0% | 5.0% | 14.9% | 9.9% | 8.6% | **3.8%** | **4.8%** |
| Reserve Replacement* | 70% | 66% | 105% | 120% | 116% | 93% | 100% | 123% | 167% | 149% | 147% | **114%** | **119%** |
| F&D Cost | $17.80 | $18.05 | $13.25 | $12.22 | $13.13 | $17.33 | $17.41 | $14.11 | $10.15 | $11.47 | $12.11 | **$13.31** | **$13.13** |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Cum. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.7) | 0.2 | 0.1 | - | (0.1) | (0.2) | (0.3) | (0.1) | 0.3 | 0.7 | 0.6 | **(0.5)** |

**Divestiture adjusted*

# Page




**Use drop down to select entity**
GWA

**PIR10**
ATAX PIR10
Color by

**ROR**
ROR% (16 bins)
Color by

**Filter Settings**
- Description: (Q1-2016 $50 & $2.50, Q2-2016 $50 & $2.50)
- Filtered out at 3:26:50 PM: (No)

# Page




**Filter Settings**

- Description: (Q1-2016 $50 & $2.50, Q2-2016 $50 & $2.50)
- Filtered out at 3:26:50 PM: (No)

# Scenario Investment Allocation

| | | SCENARIO | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1D | 2D | 3D | 4D | 5D | 6D |
| Wolfcamp | | Flexible | **Locked In** | Flexible | **Locked In** | **Locked In** | **Locked In** |
| DW/Intl Exploration | | Flexible | Flexible | **Locked In** | **Locked In** | Flexible | Flexible |
| Mozambique | | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible |
| | **AVERAGE ANNUAL INVESTMENT (2017-2021)** | | | | | | |
| **Asset** | **Submission** | | | | | | |
| Wattenberg | $1,185 | $1,630 | $1,273 | $1,568 | $776 | $1,201 | $1,314 |
| Wolfcamp | $1,251 | $307 | $1,251 | $351 | $1,251 | $978 | $643 |
| GGRB Resolution | $67 | $99 | $41 | $120 | $12 | $131 | $46 |
| PRB Deep | $78 | $109 | $75 | $115 | $45 | $115 | $109 |
| | | | | | | | |
| Caesar/Tonga | $63 | $7 | $63 | $0 | $0 | $63 | $63 |
| K2 | $114 | $12 | $29 | $13 | $7 | $114 | $127 |
| Heidelberg | $78 | $8 | $8 | $8 | $8 | $8 | $8 |
| Shenandoah | $335 | $0 | $0 | $0 | $0 | $273 | $137 |
| | | | | | | | |
| Intl Exploration | $783 | $126 | $166 | $267 | $231 | $476 | $218 |
| GOM Exploration | $911 | $59 | $254 | $518 | $439 | $511 | $417 |
| | | | | | | | |
| Mozambique | $504 | $504 | $0 | $0 | $0 | $504 | $0 |

*>Submission*
*100% - 75% of Submission*
*75% - 50% of Submission*
*50% - 25% of Submission*
*<25% of Submission*

| | **DW/INTL ESTIMATED RIG UTILIZATION** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year** | **Contracted** | | | | | | |
| 2017 | 4.0 | 2.2 | 2.4 | 4.2 | 4.4 | 6.4 | 5.2 |
| 2018 | 2.3 | 3.1 | 2.0 | 4.8 | 4.3 | 5.3 | 3.0 |
| 2019 | 1.4 | 2.9 | 3.2 | 5.9 | 5.3 | 8.9 | 6.0 |
| 2020 | 0.3 | 3.2 | 3.3 | 5.4 | 5.7 | 9.4 | 5.9 |
| 2021 | 0.0 | 8.2 | 6.8 | 5.1 | 3.9 | 12.9 | 9.3 |

# Scenario Investment Allocation

| | | SCENARIO | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1D | 2D | 3D | 4D | 72 | 74 |
| Wolfcamp | | Flexible | **Locked In** | Flexible | **Locked In** | **Locked In** | **Locked In** |
| DW/Intl Exploration | | Flexible | Flexible | **Locked In** | **Locked In** | Flexible | Flexible |
| Mozambique | | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible |
| | **AVERAGE ANNUAL INVESTMENT (2017-2021)** | | | | | | |
| **Asset** | **Submission** | | | | | | |
| Wattenberg | $1,185 | $1,630 | $1,273 | $1,568 | $776 | $1,201 | $1,314 |
| Wolfcamp | $1,251 | $307 | $1,251 | $351 | $1,251 | $978 | $643 |
| GGRB Resolution | $67 | $99 | $41 | $120 | $12 | $131 | $46 |
| PRB Deep | $78 | $109 | $75 | $115 | $45 | $115 | $109 |
| | | | | | | | |
| Caesar/Tonga | $63 | $7 | $63 | $0 | $0 | $63 | $63 |
| K2 | $114 | $12 | $29 | $13 | $7 | $114 | $127 |
| Heidelberg | $78 | $8 | $8 | $8 | $8 | $8 | $8 |
| Shenandoah | $335 | $0 | $0 | $0 | $0 | $273 | $137 |
| | | | | | | | |
| Intl Exploration | $783 | $126 | $166 | $267 | $231 | $476 | $218 |
| GOM Exploration | $911 | $59 | $254 | $518 | $439 | $511 | $417 |
| | | | | | | | |
| Mozambique | $504 | $504 | $0 | $0 | $0 | $504 | $0 |

*>Submission*
*100% - 75% of Submission*
*75% - 50% of Submission*
*50% - 25% of Submission*
*<25% of Submission*

| | **DW/INTL ESTIMATED RIG UTILIZATION** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year** | **Contracted** | | | | | | |
| 2017 | 4.0 | 2.2 | 2.4 | 4.2 | 4.4 | 6.4 | 5.2 |
| 2018 | 2.3 | 3.1 | 2.0 | 4.8 | 4.3 | 5.3 | 3.0 |
| 2019 | 1.4 | 2.9 | 3.2 | 5.9 | 5.3 | 8.9 | 6.0 |
| 2020 | 0.3 | 3.2 | 3.3 | 5.4 | 5.7 | 9.4 | 5.9 |
| 2021 | 0.0 | 8.2 | 6.8 | 5.1 | 3.9 | 12.9 | 9.3 |

# EXHIBIT 100

May 18, 2016

Dear Mr. Dalon Schuckman ,

Last week, Anadarko's counsel pointed out that Anadarko has a zero tolerance policy against retaliation. Anadarko also has clear policies regarding integrity and company ethics, and a very specific policy on reporting reserves and resources. All too often, policies have nothing to do with what is actually happening. Such is the case here.

Over the last 18 months, Ernie Leyendecker pushed forward a portrait of the Shenandoah project that was beyond optimistic and in doing so violated nearly every aspect of our internal reporting and ethics guidelines. My repeated attempts to have the company follow those guidelines and practices and to report the find honestly and realistically were met with abuse and retaliatory behavior. The saddest part to me is that this was observed and tolerated by numerous other managers and executives. For reporting false information to investors, Ernie has been promoted and received large bonuses. Other executives have benefited by selling their stock at inflated prices due to this blatantly false information. Policies are meaningless when no one follows them.

Now, as I contemplate returning to work, I find that many co-workers are not returning my calls, and some are avoiding me. Is this because of a directive, or more subtle message they have received? Is it because I chose to report this to the SEC? At the moment, I have no idea, but it is clear to me that I am no longer welcome at the company I once loved.

I find it disappointing that even when presented with a large amount of very specific evidence, Anadarko's primary response has been defensive maneuvering by lawyers. In fact the only acknowledgement of wrongdoing to date was by one of the UNUM representatives documenting my FMLA leave, who explained that my absence should have resulted in a worker's compensation claim, since my problems were caused by the actions of people at work.

The emotional trauma I have experienced is real, as is the damage that has been done to my family. There has been nothing to indicate that any changes have been or will be made to the workplace that would make me feel safe or even welcome when I return to work. Further, the thought of returning back to the same environment and fighting the same issues (with greater animosity toward me than before) continues to trigger severe anxiety responses. Because of that, and with great sadness, I have come to the realization that I will not be able to return to Anadarko.

Please accept my resignation effective May 19, 2016 and provide me with instructions for transitioning to COBRA coverage. I would like to transfer my pension and 401K, so assistance with that would be appreciated. I would also like to set up a time to retrieve my personal belongings from my office without having to interact with any individuals who are no doubt more antagonistic toward me today than they were before I spoke up about something they know is wrong.

Respectfully,

Lea Frye

cc: Amanda McMillan, Susan Saltzstein, Shauna Clark, DMM

**Exhibit**
354

# EXHIBIT 101

**To:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Talley, Robert[Robert.Talley@anadarko.com]; Lunn, Bob[Bob.Lunn@anadarko.com]; Blakeley, David [David.Blakeley@anadarko.com]; White, Gary[Gary.White@anadarko.com]
**From:** Tedesco, Bill[/O=APC/OU=INTEGRATION/CN=RECIPIENTS/CN=ZWAT1]
**Sent:** Sat 5/21/2016 1:45:57 PM Coordinated Universal Time
**Subject:** Fwd: Weekend update
**Attachment:** image001.png
**Attachment:** ATT00001.htm
**Attachment:** Offshore Exploration Weekly Report May 19 2016 .doc
**Attachment:** ATT00002.htm
**Attachment:** Offshore Exploration Weekly Report May 19 2016 .pdf
**Attachment:** ATT00003.htm

---

Begin forwarded message:

**From:** "Tedesco, Bill" <William.Tedesco@anadarko.com>
**Date:** May 21, 2016 at 8:43:37 AM CDT
**To:** "Daniels, Bob" <Bob.Daniels@anadarko.com>
**Subject: Weekend update**

Bob,

Quick update on items of interest as we go into the weekend. Detailed report attached.

Shen 5: completed MDT pressure and sampling programs. Slightly lower pressure than Shen 2, indicating a sealing fault although not a significant change to estimated OWC based on gradients. Fluids similar to Shen 3, with slightly higher viscosity (1.2-1.9 cp vs 0.85-1.0 cp in Shen 2). Good mobilities and GOR 830-1050. Currently running rotary coring program.

Thanks,

Bill

Begin forwarded message:

**From:** "Fitzhugh, Vickie" <Vickie.Fitzhugh@anadarko.com>
**Date:** May 19, 2016 at 2:52:58 PM CDT
**To:** "Arnold, Karl" <Karl.Arnold@anadarko.com>, "Bryan, Jim" <Jim.Bryan@anadarko.com>, "Camden, Chris" <Chris.Camden@anadarko.com>, "Capstin, Kim" <Kim.Capstin@anadarko.com>, "Danque, Hunter" <Hunter.Danque@anadarko.com>, "Deckwa, Steven" <Steven.Deckwa@anadarko.com>, "Dull, Kathy" <Kathy.Dull@anadarko.com>, "Dunbar, Thad" <Thad.Dunbar@anadarko.com>, "Ferry, Jim" <Jim.Ferry@anadarko.com>, "Fitzhugh, Vickie" <Vickie.Fitzhugh@anadarko.com>, "Geiger, Faye" <Faye.Geiger@anadarko.com>, "Heffner, David" <David.Heffner@anadarko.com>, "Huch, Nick" <Nick.Huch@anadarko.com>, "Jaeger, Paul" <Paul.Jaeger@anadarko.com>, "Johnson, Breck" <Breck.Johnson@anadarko.com>, "Kidd, Carrie" <Carrie.Kidd@anadarko.com>, "Kincaid, Rick" <Rick.Kincaid@anadarko.com>, "Kirby, Ben" <Ben.Kirby@anadarko.com>, "McIntire, Mike" <Mike.McIntire@anadarko.com>, "Mead, Dick" <Dick.Mead@anadarko.com>, "Mentemeier, Sam" <Samuel.Mentemeier@anadarko.com>, "Meyer, Frank" <Frank.Meyer@anadarko.com>, "Nicholson, Andrew" <Andrew.Nicholson@anadarko.com>, "Pachman, Jeff" <Jeff.Pachman@anadarko.com>, "Pearce, Paul" <Paul.Pearce@anadarko.com>, "Poole, Andrew" <Andrew.Poole@anadarko.com>, "Ramsey, Jake" <Jake.Ramsey@anadarko.com>, "Riddle, Evan" <Evan.Riddle@anadarko.com>, "Rodriguez, Lori" <Lori.Rodriguez@anadarko.com>, "Russell, Aaron" <Aaron.Russell@anadarko.com>, "Sanchez, Glenda" <Glenda.Sanchez@anadarko.com>, "Sease, Diane" <Diane.Sease@anadarko.com>, "Singh, Judy" <Judy.Singh@anadarko.com>, "Strickling, Robert" <Robert.Strickling@anadarko.com>, "Tedesco, Bill" <William.Tedesco@anadarko.com>, "Walker, Kristin" <Kristin.Walker@anadarko.com>, "Wells, Vera" <Vera.Wells@anadarko.com>, "Zemlicka, George" <George.Zemlicka@anadarko.com>, "Blakeley, David" <David.Blakeley@anadarko.com>, "Boggan, Stuart" <Stuart.Boggan@anadarko.com>, "Burnett, Chelete" <Chelete.Burnett@anadarko.com>, "Durkee, Todd" <Todd.Durkee@anadarko.com>, "Gauthier, Lisa" <Lisa.Gauthier@anadarko.com>, "Morgan, Ryan" <Ryan.Morgan@anadarko.com>, "Norsworthy, Jeramy" <Jeramy.Norsworthy@anadarko.com>, "Rayos, Magnus" <Magnus.Rayos@anadarko.com>, "Seeber, Mike" <Mike.Seeber@anadarko.com>, "Talley, Robert" <Robert.Talley@anadarko.com>, "Termina, Joe" <Joe.Termina@anadarko.com>, "Tuccelli, Katie" <Katie.Tuccelli@anadarko.com>, zz.Team.GOM Regulatory <msx.dl.team.gomRegulatory@anadarko.com>
**Subject: Offshore Exploration Weekly Report - May 19, 2016**

**Confidential—For Internal Use Only**

**Exhibit**
391

Best Regards,

Vickie Fitzhugh, Executive Assistant to
Bill Tedesco, VP GOM Exploration
Office: 832-636-7641
Cell: 281-919-8156

# EXHIBIT 102

ANADARKO



# Shenandoah #5 Update & Preliminary Implications June 2, 2016




## Preliminary Shen 5 Key Points & Implications

- Shen1 isolated from Shen5
- Shen5 fault-isolated from Shen2
- Pressures support slightly higher projected OWC (~200' higher) vs. previous interpretation (east side)
- P90 HC Area on east side vastly improved (HC's FTB)
- P50 HC Area slightly smaller; higher Proj. OWC's
- P10 HC Area remains relatively constant
- Larger Uncertainty remains in far east area

# Fluids & Pressures

# Shen 5 Fluids – UW2 to LWB Comparison

ANADARKO

- **Based on preliminary measurements during sampling:**
  - Shen 5 fluids appear marginally lower quality (higher viscosity and lower GOR) than fluids in Shen 2
  - AOP's appear to be lower in Shen 5 than in Shen 2; very positive for future production
  - Interestingly enough, Shen 5 fluid mobilities observed to be better despite slightly higher viscosity

| | Sample Zones | API | GOR (SSF) (scf/stb) | Viscosity (cP) | AOP @ Tres (psia) |
|---|---|---|---|---|---|
| Shen 1 | No samples in UW 2 – LW B | | | | |
| Shen 2 | UW 2 – LW B | 33 – 33.5 | 1,200 – 1,300 | 0.9 – 1.0 | 11,500 – 11,900 |
| Shen 4 ST | UW 2 – LW B | 32.5 - 34 | 1,250 – 1,400 | 0.75 | 12,500 |
| **Shen 5** | **UW 2 – LW B** | ***30 - 33** | ***1,000 – 1,250** | ****1.2 – 2.0** | ****~10,000** |
| | | ***IFA measured GOR (+200 to approximate SFF). Estimated API based on IFA measured GOR & density. Validation of samples available June 10.** | | ****IFA measured viscosity and AOP. PVT and AOP available in mid-July to August.** | |

# Shen 5 Pressure Summary




ANADARKO PETROLEUM CORPORATION

# Shen 5 Pressure Summary – Well Comparison

ANADARKO




Mobility comparison (md/cp)

| | UW1 | UW2 | UW3 | LWA | LWB | |
|---|---|---|---|---|---|---|
| **Shen 5** | **17.6** | **16.3** | **19.1** | **10.6** | **16.7** | **Average** |
| Shen 2 | 1.7 | 10.0 | 18.3 | 11.5 | 9.6 | Average |
| Shen 4 ST | n/a | 2.3 | n/a | 5.3 | 12.3 | Average |
| **Shen 5** | **21.0** | **35.4** | **45.7** | **27.1** | **31.5** | **Max** |
| Shen 2 | 1.7 | 14.8 | 45.1 | 30.8 | 16.2 | Max |
| Shen 4 ST | n/a | 4.4 | n/a | 14.1 | 34.0 | Max |



CONFIDENTIAL

ANADARKO

# Stratigraphy, Petrophysics & Seismic Correlation

ANADARKO PETROLEUM CORPORATION

# Shenandoah X-Section

- Good correlation with Shen 2 thus far
- Isolated from Shen 1; far right







IDENTIFY AND COMMERCIALIZE RESOURCES ■ EXPLORE IN HIGH-POTENTIAL PROVEN BASINS ■ GLOBAL BUSINESS DEVELOPMENT APPROACH ■ ENSURE FINANCIAL DISCIPLINE AND FLEXIBILITY




ANADARKO PETROLEUM CORPORATION

# Petrophysical Parameters Well Comparison

- **Only yellow-highlighted zones used in zone comparison averages**
- **Shen 5 Properties Compare favorably to Shen 2**
  - Phi's slightly higher at Shen2 but SW's lower at Shen5
  - N/G improvement at Shen 5
  - K superior at Shen 2
- **Shen 3 net Sand Improves significantly east and down-dip**




| Well | Zone Name | Net-TVD | N/G | Av Phi | Av Sw | Av KMOT | Av PHIT | Av SWT |
|---|---|---|---|---|---|---|---|---|
| Shen-5 | Upper Wilcox 1 | 24 | 77.4% | 22.7% | 14.4% | 102 | 24.3% | 20.5% |
| | Upper Wilcox 2 | 134 | 54.7% | 19.6% | 19.0% | 38 | 22.2% | 29.3% |
| | Upper Wilcox 3 | 305 | 68.4% | 20.3% | 11.9% | 56 | 22.4% | 20.9% |
| | Lower Wilcox A | 154 | 73.0% | 19.0% | 15.7% | 41 | 21.0% | 24.1% |
| | Lower Wilcox B | 118 | 78.5% | 19.8% | 16.3% | 37 | 21.8% | 24.7% |
| | Lower Wilcox C | NDE | - | - | - | - | - | - |
| | Lower Wilcox D | NDE | - | - | - | - | - | - |
| | Lower Wilcox E | NDE | - | - | - | - | - | - |
| | Composite Avg | | 70.4% | 20.3% | 15.5% | 55 | 22.3% | 23.9% |
| Shen-2 | Upper Wilcox 1 | 23 | 28.5% | 20.8% | 24.7% | 58 | 23.0% | 32.6% |
| | Upper Wilcox 2 | 142 | 66.7% | 21.0% | 19.5% | 79 | 23.0% | 27.3% |
| | Upper Wilcox 3 | 238 | 56.9% | 21.6% | 19.0% | 138 | 23.2% | 26.1% |
| | Lower Wilcox A | 177 | 70.9% | 21.5% | 20.8% | 82 | 23.5% | 28.3% |
| | Lower Wilcox B | 120 | 79.8% | 21.4% | 21.8% | 89 | 23.0% | 27.7% |
| | Lower Wilcox C | 159 | 67.4% | 19.9% | 27.7% | 83 | 21.2% | 32.7% |
| | Lower Wilcox D | 37 | 66.4% | 15.9% | 18.1% | 8 | 19.1% | 32.0% |
| | Lower Wilcox E | 91 | 68.0% | 19.2% | 25.6% | 56 | 21.2% | 33.0% |
| | Composite Avg | | 60.6% | 21.3% | 21.2% | 89 | 23.1% | 28.5% |
| Shen-3 | Upper Wilcox 1 | NA | - | - | - | - | - | - |
| | Upper Wilcox 2 | 154 | 59.5% | 18% | 41.3% | 20 | 21.2% | 50.7% |
| | Upper Wilcox 3 | 248 | 79.0% | 18.9% | 82.0% | 40 | 21.5% | 84.4% |
| | Lower Wilcox A | 199 | 68.3% | 18.8% | 80.0% | 61 | 21.2% | 82.2% |
| | Lower Wilcox B | 107 | 32.2% | 18.7% | 87.3% | 37 | 21.9% | 88.8% |
| | Lower Wilcox C | 43 | 25.3% | 18.0% | 77.0% | 58 | 20.6% | 79.4% |
| | Lower Wilcox D | 142 | 46.0% | 19.0% | 83.0% | 46 | 21.7% | 85.3% |
| | Lower Wilcox E | 160 | 73.7% | 17.4% | 71.4% | 12 | 20.5% | 75.9% |
| | Composite Avg | | 59.8% | 18.6% | 72.7% | 39.5 | 21.5% | 76.5% |
| Shen-4 | Upper Wilcox 1 | NA | - | - | - | - | - | - |
| | Upper Wilcox 2 | NA | - | - | - | - | - | - |
| | Upper Wilcox 3 | NA | - | - | - | - | - | - |
| | Lower Wilcox A | 114 | 65.8% | 18.2% | 18.5% | 14 | 21.0% | 30.1% |
| | Lower Wilcox B | 147 | 77.2% | 19.8% | 18.3% | 55 | 22.4% | 28.6% |
| | Lower Wilcox C | 212 | 72.7% | 20.7% | 26.1% | 58 | 22.6% | 32.9% |
| | Lower Wilcox D | 11 | 19.6% | 15.3% | 58.1% | 4 | 19.1% | 66.8% |
| | Lower Wilcox E | 10 | 8.4% | 16.0% | 20.4% | 6 | 17.9% | 28.7% |
| | Composite Avg | | 71.5% | 19.0% | 18.4% | 35 | 21.7% | 29..4% |

# Seismic Well Tie Line – Shen4/Shen2/Shen5/Shen6 (prop)



ANADARKO

# Core Extrusion Photos

- 82’ whole core captured in UW2
- Core currently being Slabbed at Core Lab
- No Analysis has been Completed
- Preliminary Observations

ANADARKO

28939.00 – 28942.00






ANADARKO

28948.25 – 28951.00







Core Lab

ANADARKO PETROLEUM CORPORATION

ANADARKO

28972.00 – 28975.00







Core Lab
RESERVOIR OPTIMIZATION

ANADARKO

28984.00 – 28987.00







Core Lab
RESERVOIR OPTIMIZATION

29005.00 – 29007.00









CONFIDENTIAL

# Shenandoah 5 Summary Findings - Preliminary

ANADARKO

## Structural and Qualitative Volumetric Implications

- Lower pressures on east side suggest higher projected OWC (~200' higher) vs. previous interpretation
- Pressure data demonstrates separation between Shen 2 and Shen 5
- P90 HC Area on east side vastly improved (HC's FTB)
- P50 HC Area slightly smaller; higher Projected OWC's
- P10 HC Area remains relatively constant
- Larger Uncertainty still remains in far east area; Shen 6 Appraisal Well required to establish OWC's

## Preliminary Fluid and Pressure Implications:

- Shen 5 fluids slightly lower quality (higher viscosity & lower GOR) than fluids in Shen 2; GOR's still very good
- However, Shen 5 fluid mobilities observed to be better despite slightly higher viscosity (improved K's?)
- Asphaltene Onset Pressures (AOP) appear to be lower in Shen 5 than in Shen 2

## Stratigraphy & Petrophysics

- Shen 5 correlates well with Shen 2
- Petrophysical analysis comparable to Shen 2; no major differences in Phi or SW

EXHIBIT 103

[Redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 168 of 291





2016

# 2016 Strategy Development

## "Back to Work" Commodity Price Scenario Analysis

June 13, 2016

# Strategy Development General Timeline – Key Dates

- ✓ May 9th – Conceptual Strategy Development Discussion (with Board)
- ✓ May 18th – Interim EC Planning Session
- ✓ June 6th – Review "Crisis Management" Scenario Analysis
  - Discuss forward business model implications
- **June 13th – Review "Back to Work" Scenario Analysis**
  - Discuss "optimal" business model/scenario refinements
- **June 27th – Review "Recovery" Scenario Analysis**
  - Discuss "optimal" business model/scenario refinements
- **July 5th – Interim EC Progress Review**
  - Review/Discuss Asset Overview Summaries
- **July 11th – Review Preliminary BOD Presentation**
- **July 18th – Review Updated BOD Presentation & Finalize**
- **July 25th – BOD Presentation Completed**
- **August 1st & 2nd – BOD Meeting**

***Two week intervals to allow time for scenario refinements***

***49 calendar days to BOD Meeting***

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 170 of 291

# Model Update/Orientation

- **Model rebuild completed**
  - Expect preliminary Shenandoah case update within the next two weeks (Shen 5 well results)

[redacted]

*Other - PRB, GGRB, Eaglebine Development

# "Back to Work" Scenario Analysis

- **Commodity Pricing**
  - $60 oil / $2.75 NYMEX
- **Primary Model Constraint**
  - Initial cash generation capacity ~$4.7 B (FCF neutral in 2017)
  - CAPEX escalated at 4.5% per year until 2027

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total CAPEX $MM** | **$ 4,700** | **$ 4,912** | **$ 5,133** | **$ 5,363** | **$ 5,605** | **$ 5,857** | **$ 6,121** | **$ 6,396** | **$ 6,684** | **$ 6,985** | **$ 7,299** |
| Y-O-Y CAPEX Growth | | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% |
| Corporate CAPEX | $ 180 | $ 200 | $ 200 | $ 200 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |

- **Assumes L48 service cost increase by 8% (versus $40/$2.50 scenario)**
  - All opportunities with positive NPV 10 selectable
- **Majority of L48 inventory is economic at $60/2.75 (includes 8% CAPEX inflation factor)**

[redacted]

# "Back to Work" Scenario Modeling Concepts

- **Initial Optimization Model**
  - Using CAPEX constraint only
  - Optimize on NPV
- **CAPEX Allocation Model**
  - 65%/35% allocation *target* between L48 and DW/International
    - *Allocation allowed to flex in certain years with large Mozambique investment requirements or in years where there is not enough DW/International investment to fill target allocation*
  - Optimize on NPV (within the same overall CAPEX limit)
- **Strip Pricing Sensitivity**
  - Identify potential Base Case proxy
- **Wattenberg Acceleration Model**
  - Ramp activity to mitigate political risk
- **Stovepipe Divestment Sensitivity**
  - Built on top of Wattenberg acceleration model
  - Assess impact on L48 inventory life

*All run using 65/35 CAPEX allocation target*

# "Back to Work" Scenario 1 (BW1)

- **No CAPEX Allocation / No Assets Locked In**
- **Investment Observations**
  - Funds most DW/International development opportunities (including Shenandoah)
  - Mozambique is funded
  - DW/International Exploration
    - *Funds at ~$1.25 B/year average over 2017-2021 horizon*
    - *Weighted largely towards GOM (~65% of total investment)*
    - *International investment largely pushed out (does not select Paon project)*
  - Delaware Basin
    - *Funds at ~$960 MM/year (~275 wells/year) over 2017-2021 horizon*
    - *Ramps investment in 2021 as Wattenberg inventory is depleted*
  - Wattenberg
    - *Funds Wattenberg at $1.1 B/year over 2017-2021 horizon*
    - *Activity ramps down in 2020-2021 horizon to accommodate Mozambique funding; then re-accelerates*
    - *Depletes core inventory by 2022, All Greater DJ inventory by 2027*
  - Maverick largely unfunded until ~2026
- **Production/Reserves Profile**
  - Positive volume growth profile (7% CAGR over 10 years), with significant "flat spot"
  - Positive reserves profile (~140% RRR) with F&D cost ~$11 per barrel
- **Cash Flow**
  - Generates ~$2.7 B of FCF over 5-year horizon (weighted towards outer three years)

# Production/Reserves Profile – BW1

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -17.3% | 14.7% | 7.7% | 0.2% | -0.3% | 13.2% | 22.7% | 11.8% | 3.3% | -5.8% | 4.4% | |
| Divestiture Adjusted* | 0.3% | 3.3% | 14.7% | 7.7% | 0.2% | -0.3% | 13.2% | 22.7% | 11.8% | 3.3% | -5.8% | 6.8% | 7.2% |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 7.8% | 12.5% | 2.7% | 3.7% | 1.8% | 3.7% | 9.4% | 20.7% | 16.7% | 5.0% | 8.3% | 8.3% |
| Reserve Replacement* | 82% | 151% | 177% | 118% | 125% | 112% | 123% | 149% | 205% | 199% | 137% | 143% | 149% |
| F&D Cost | $15.56 | $12.67 | $9.69 | $14.09 | $13.96 | $16.27 | $13.80 | $9.71 | $6.61 | $6.90 | $11.18 | $10.51 | $10.33 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.0 | 0.5 | 1.0 | 0.7 | 0.5 | 1.7 | 3.4 | 4.0 | 4.0 | 3.1 | 18.9 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | 56.5 |

*BW1: Optimization Case (Run 111)*

**Divestiture adjusted*

# "Back to Work" Scenario 2 (BW2)

- **CAPEX Allocation Model**
  - 65%/35% allocation *target* between L48 and DW/International
    - *Allocation allowed to flex in certain years with large Mozambique investment requirements or in years where there is not enough DW/International investment to fill target allocation*
  - Optimize on NPV (within the same overall CAPEX limit)




  - 10-year cumulative allocation
    - *BW 1 (No allocation) 58%/42% L48 and Intl/DW*
    - *BW 2 (Target allocation) 65%/35% L48 and Intl/DW*

# "Back to Work" Scenario 2 (BW2)

- **Investment Observations**
  - Funds most DW/International development opportunities (*excluding* Shenandoah)
  - Mozambique is funded
  - Moderately reduced DW/International Exploration funding
    - *Funds at ~$860 MM/year average over 2017-2021 horizon*
    - *Weighted heavily towards GOM (~75% of total investment)*
    - *International investment largely pushed out (does not select Paon project)*
  - Delaware Basin
    - *Funds at ~$1.1 B/year over 2017-2021 horizon, reducing activity in 2020-2021 to accommodate Mozambique*
  - Wattenberg
    - *Funds Wattenberg at steady rate (~$1.5 B/year, ~10 rigs/year) over 10-year horizon*
  - Slightly increases Maverick funding in 2017/2018 then defers until 2026
- **Production/Reserves Profile**
  - Significantly "smoother" volume growth profile (~6.5% CAGR over 10 years)
    - *Model being to "roll-over in 2026 as L48 inventory depletes*
  - Positive reserves growth profile, but growth challenged in the 2019 – 2023 horizon
    - *Driven largely by reduced Wattenberg adds in that time horizon (investment-related)*
    - *~140% RRR / F&D cost ~$10.50 per barrel*
- **Cash Flow**
  - Generates ~$4.8 B in FCF over *5-year horizon*
    - *FCF generation weighted towards outer years*

***Adequately funds most business priorities***

# Production/Reserves Profile – BW2

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -16.3% | 19.3% | 7.8% | 5.0% | 2.4% | 7.7% | 11.1% | 6.6% | 5.1% | -2.3% | 4.2% | |
| Divestiture Adjusted* | 0.3% | 4.5% | 19.3% | 7.8% | 5.0% | 2.4% | 7.7% | 11.1% | 6.6% | 5.1% | -2.3% | 6.6% | 6.8% |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.3% | 11.7% | 4.6% | 3.2% | -0.1% | 5.3% | 5.4% | 17.3% | 14.3% | 6.3% | 7.6% | 7.4% |
| Reserve Replacement* | 82% | 160% | 169% | 128% | 120% | 99% | 130% | 129% | 192% | 185% | 144% | 140% | 146% |
| F&D Cost | $15.56 | $11.83 | $9.62 | $12.27 | $13.15 | $16.23 | $12.06 | $11.49 | $7.59 | $7.84 | $10.81 | $10.78 | $10.61 |

BW2: Optimization Case with 65/35 Allocation (Run 120)

*Divestiture adjusted

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 178 of 291

# Free Cash Flow – BW 2 ($60/$2.75 and Strip)




| Current Strip: | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| WTI | $52.86 | $53.54 | $54.44 | $55.46 | $56.49 |
| NYMEX | $ 3.07 | $ 3.06 | $ 3.06 | $ 3.06 | $ 3.27 |

- **Investment profile viable at current strip pricing**
  - Generates ~$1.9 B in FCF over 5-year horizon at Strip Pricing
    - *Negative FCF in 2017 (-$600MM); Would likely need to mitigate*
    - *Weighted towards outer three years*
- **Meets most business funding priorities**
  - Logical base case proxy?

# "Back to Work" Scenario 3 (BW3)

- **Accelerated Wattenberg Development**
  - Political risk mitigation
- **Investment Observations**
  - Observations for DW/International exploration and operations same as BW 2 scenario
  - Near-term Delaware Basin activity reduced marginally
    - *Average annual investment of ~$1 B (versus $1.1 B in previous scenario)*
  - Wattenberg
    - *Wattenberg funding reduced in 2020-2021 to accommodate Mozambique investment; Increased to maximum development pace in 2022*
    - *52% of total inventory drilled in 2017-2021 horizon (versus 44% in BW 2 scenario)*
    - *All remaining Wattenberg inventory depleted by 2026 (similar pace to other scenarios)*
- **Production/Reserves Profile**
  - Positive volume growth profile (6.5% CAGR over 10 years)
    - *More pronounced roll-over in 2026 (Wattenberg inventory depleted)*
  - Positive reserves profile (~140% RRR) with F&D cost ~$10.70 per barrel
- **Cash Flow**
  - Generates ~$5 B in FCF over *5-year horizon (similar to BW2 scenario)*

***Delivers marginal near-term Wattenberg acceleration***

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 180 of 291

# Production/Reserves Profile – BW3

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -15.9% | 18.4% | 9.2% | 4.4% | 1.9% | 6.7% | 14.8% | 9.2% | 1.8% | -4.7% | 4.1% | |
| Divestiture Adjusted* | 0.3% | 5.0% | 18.4% | 9.2% | 4.4% | 1.9% | 6.7% | 14.8% | 9.2% | 1.8% | -4.7% | 6.5% | 6.6% |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.8% | 12.3% | 4.6% | 3.4% | -0.7% | 4.1% | 6.3% | 18.4% | 14.9% | 5.2% | 7.7% | 7.4% |
| Reserve Replacement* | 82% | 162% | 173% | 128% | 121% | 96% | 123% | 133% | 193% | 188% | 137% | 140% | 145% |
| F&D Cost | $15.56 | $11.59 | $9.44 | $12.18 | $12.98 | $16.89 | $12.86 | $10.88 | $7.18 | $7.60 | $11.45 | $10.69 | $10.51 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.1 | 0.9 | 1.6 | 1.3 | 1.1 | 1.9 | 3.2 | 3.6 | 3.4 | 2.7 | 19.8 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | 56.5 |

BW3: Optimization Case with 65/35 Allocation and Accelerated Wattenberg (Run 118)

*Divestiture adjusted

Case 4:20-cv-00576   Document 350-7   Filed 08/17/26 in TXSD   Page 181 of 291

# "Back to Work" Scenario 4 (BW4)

- **Accelerated Wattenberg Development**
  - Political risk mitigation
- **Divestiture of Stovepipe Area**
  - Notional proceeds of $475MM applied to balance sheet
  - Reduces total onshore inventory by ~1 year (600+ locations)
- **Production/Reserves Profile**
  - Similar production profile (moderately lower volume ramp)
  - Moves depletion of Wattenberg inventory forward one year
- **Cash Flow**
  - Generates ~$5 B in FCF over *5-year horizon (no change from previous scenario)*

***Stovepipe sale drives dilution of Wattenberg inventory***

***Proceeds not required for incremental funding assuming $60/$2.75 price scenario***

# Production/Reserves Profile – BW4

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -16.1% | 18.6% | 9.8% | 2.0% | 2.2% | 5.7% | 12.9% | 8.5% | 2.6% | -2.0% | 4.0% | |
| Divestiture Adjusted* | 0.3% | 4.8% | 18.6% | 9.8% | 2.0% | 2.2% | 5.7% | 12.9% | 8.5% | 2.6% | -2.0% | 6.4% | 6.5% |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -4.3% | 9.7% | 12.2% | 3.3% | 2.6% | -0.3% | 3.0% | 5.5% | 19.3% | 16.0% | 6.5% | 7.6% | 7.4% |
| Reserve Replacement* | 82% | 162% | 172% | 120% | 116% | 98% | 117% | 129% | 199% | 196% | 146% | 140% | 146% |
| F&D Cost | $15.56 | $11.61 | $9.46 | $12.88 | $13.74 | $16.63 | $13.83 | $11.68 | $7.31 | $7.59 | $10.88 | $10.87 | $10.69 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | 0.1 | 0.9 | 1.6 | 1.3 | 1.1 | 1.8 | 2.9 | 3.3 | 3.3 | 2.8 | 19.1 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.8 | 6.1 | 6.4 | 6.7 | 7.0 | 56.5 |

*BW4: Optimization Case with 65/35 Allocation and Accelerated Wattenberg with Stovepipe Sale (Run 110)*

**Divestiture adjusted*

# Summary Operational/Financial Metrics

| | Scenario | | | | | |
|---|---|---|---|---|---|---|
| | **BW1** | **BW2** | **BW2 - Strip** | **BW3** | **BW4** | |
| Maverick | On | On | On | On | On | Lowest |
| Dw/Intl Exploration | Flexible | Flexible | Flexible | Flexible | Flexible | 50th Percentile |
| GOM Dev | Flexible | Flexible | Flexible | Flexible | Flexible | Highest |
| Mozambique | On | On | On | On | On | |
| | 2017-2026 Horizon | | | | | |
| | CAGR | | | | | |
| Volume | 7% | 7% | 7% | 7% | 7% | |
| Reserves | 8% | 7% | 7% | 7% | 7% | |
| DCF | 10% | 9% | 11% | 9% | 9% | |
| | Cumulative | | | | | |
| RRR | 149% | 140% | 146% | 145% | 146% | |
| DCF $B | $ 75.4 | $ 75.5 | $ 71.4 | $ 76.3 | $ 75.6 | |
| CAPEX $B | $ 56.5 | $ 56.5 | $ 56.5 | $ 56.5 | $ 56.5 | |
| FCF $B | $ 18.9 | $ 19.0 | $ 14.9 | $ 19.8 | $ 19.1 | |
| EBITDAX per BOE | $ 27.00 | $ 26.30 | $ 24.90 | $ 26.40 | $ 26.50 | |
| | Per DAS (Average) | | | | | |
| Production | 0.47 | 0.49 | 0.45 | 0.50 | 0.49 | |
| Reserves | 3.18 | 3.18 | 2.94 | 3.25 | 3.22 | |
| DCF | $ 10.26 | $ 10.49 | $ 9.17 | $ 10.77 | $ 10.73 | |
| | Credit Metrics (2017) | | | | | **Indicative BBB** |
| Leverage Full Cycle Ratio (Moody's) | 1.58x | 1.62x | 1.39x | 1.63x | 1.64x | >1.00x |
| Retained Cash Flow / Debt (Moody's) | 29.8% | 30.4% | 25.2% | 30.8% | 31.2% | >20.0% |
| Debt / EBITDAX (Fitch) | 2.63x | 2.58x | 3.06x | 2.56x | 2.49x | <2.50x |
| Debt / Daily Production (Fitch) | $ 24.13k | $ 23.72k | $ 24.71k | $ 23.55k | $ 22.85k | <$15k |
| DCF / Debt (S&P) | 31.4% | 32.1% | 26.6% | 32.5% | 32.7% | >20.0% |
| Rig Termination Fees | $ - | $ - | $ - | $ - | $ - | |
| 2016 Asset Divestiture Proceeds ($B) | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.8 | |
| YE 2016 APC Debt ($B) | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.0 | |

# Observations

- **Cash generation capacity sufficient to catalyze growth**
  - Under both $60/$2.75 scenario and current forward strip
- **Portfolio growth capacity largely restored**
  - Ability to generate attractive growth profiles for both production and reserves
  - Further optimization could smooth profiles & resulting performance
- **Meets most business funding priorities**
  - ✓ Balance Sheet Management
  - ✓ Manage DW Rig Obligations
  - ✓ Ramp-up Delaware Basin Development
  - ✓ Fund Meaningful DW/Intl Exploration Program
  - +/- Maintain WES Volumetric Growth
  - ✓ Move Forward with Mozambique Development
  - ✓ Mitigate Wattenberg Political Risk Exposure
- **No funding allocated for two near-term DW/Intl development projects**
  - Shenandoah - updated assessment post Shen-5 may improve economics
  - Paon - economics do not attract capital in current portfolio
- **Maverick largely unfunded in all scenarios until late in model life**
  - Modeled investment profile will incur significant deficiency fees
  - Dilutive to WES/WGP volumetric growth

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 185 of 291

# Business Model Implications

- **Commodity market environment becoming more conducive to execution of APC's historically successful business model**
  - Significant downside exposure exists should markets weaken




- **L48 development inventory largely sufficient to drive growth over the 10-year horizon**
  - Production profile begins to "roll-over" with depletion of Wattenberg and Delaware basin opportunities ~2026
    - *Inventory depletion will likely become more apparent under "Recovery" price scenario*
- **Funding of Mozambique appears viable in all scenarios**
  - Long-term commitment to large-scale investment profile could significantly limit flexibility considering potential commodity market down-cycles
- **DW/International Exploration heavily concentrated**
  - Exposure limited to GOM, Colombia and W. Africa
  - Actual results could be significantly skewed (positive or negative) versus expected value outcome

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 186 of 291





2016

# Appendix



Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 187 of 291

# "Back to Work" Scenario – Maverick Divestment ($BW2_{NoMav}$)

- **Scenario Rational**
  - Maverick largely unfunded in the near term on all optimized scenarios
  - Lack of investment with drive significant midstream-related deficiency fees
  - Acquirer would likely increase investment pace increasing WES cash flows
- **Notional proceeds of $500 MM applied to balance sheet at YE2016**
- **Investment Observations**
  - Maverick funding re-allocated to Eaglebine and PRB opportunities
- **Production/Reserves Profile**
  - Yields 10% CAGR over 5-year horizon, 7.5% over 10 years
  - Ten year reserves CAGR of 8.5% with F&D cost ~$10.80 per barrel (147% RRR over 10 years)
- **Cash Flow**
  - Generates ~$3.3 B in FCF over 5-year horizon (versus ~$4.8 in scenario BW2)
    - *Under optimized investment profile Maverick generates ~$0.9 B in FCF over the 2017-2021 horizon*

# Production/Reserves Profile – BW2 (No Maverick)

## Production




## Reserves




### Production

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Growth Rate | -5.9% | -24.0% | 13.4% | 14.1% | 8.1% | 4.2% | 7.2% | 12.2% | 5.6% | 3.3% | 0.2% | 3.8% | |
| Divestiture Adjusted* | 2.8% | 7.2% | 13.4% | 14.1% | 8.1% | 4.2% | 7.2% | 12.2% | 5.6% | 3.3% | 0.2% | 7.5% | 7.5% |

### Reserves

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 10-Year CAGR | Post-'17 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve Growth* | -3.3% | 9.6% | 14.8% | 7.0% | 7.7% | 2.7% | 3.0% | 3.3% | 15.7% | 15.2% | 6.7% | 8.5% | 8.3% |
| Reserve Replacement* | 93% | 162% | 192% | 144% | 148% | 117% | 119% | 119% | 187% | 194% | 148% | 147% | 153% |
| F&D Cost | $15.56 | $12.85 | $9.80 | $11.96 | $11.33 | $14.35 | $13.89 | $12.43 | $7.18 | $7.73 | $10.95 | $10.81 | $10.63 |

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Post-2016 10-Year Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow ($B) | (1.0) | (0.2) | 0.3 | 1.1 | 1.2 | 1.0 | 1.5 | 2.8 | 3.7 | 3.4 | 2.8 | 17.6 |
| Capital ($B) | 2.9 | 4.4 | 4.5 | 4.9 | 5.1 | 5.6 | 5.9 | 5.9 | 5.6 | 6.5 | 7.0 | 55.4 |

*BW2$_{NoMav}$ : Optimization Case with 65/35 Allocation -Maverick Sold (Run 121)*

**Divestiture adjusted*

# Summary Operational/Financial Metrics

*Added Maverick Divestment Scenario*

| | Scenario | | | | | |
|---|---|---|---|---|---|---|
| | **BW1** | **BW2** | **BW2 - Strip** | **BW2 - No Mav** | **BW3** | **BW4** |
| Maverick | On | On | On | **Off** | On | On |
| Dw/Intl Exploration | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible |
| GOM Dev | Flexible | Flexible | Flexible | Flexible | Flexible | Flexible |
| Mozambique | On | On | On | On | On | On |
| **2017-2026 Horizon** | | | | | | |
| **CAGR** | | | | | | |
| Volume | 7% | 7% | 7% | 7% | 7% | 7% |
| Reserves | 8% | 7% | 7% | 8% | 7% | 7% |
| DCF | 10% | 9% | 11% | 10% | 9% | 9% |
| **Cumulative** | | | | | | |
| RRR | 149% | 146% | 146% | 153% | 145% | 146% |
| DCF $B | $ 75.4 | $ 75.5 | $ 71.4 | $ 73.0 | $ 76.3 | $ 75.8 |
| CAPEX $B | $ 56.5 | $ 56.5 | $ 56.5 | $ 55.4 | $ 56.5 | $ 56.5 |
| FCF $B | $ 18.9 | $ 19.0 | $ 14.9 | $ 17.6 | $ 19.8 | $ 19.1 |
| EBITDAX per BOE | $ 27.00 | $ 26.30 | $ 24.90 | $ 27.20 | $ 26.40 | $ 26.50 |
| **Per DAS (Average)** | | | | | | |
| Production | 0.47 | 0.49 | 0.45 | 0.45 | 0.50 | 0.49 |
| Reserves | 3.18 | 3.18 | 2.94 | 3.07 | 3.25 | 3.22 |
| DCF | $ 10.26 | $ 10.49 | $ 9.17 | $ 9.98 | $ 10.77 | $ 10.73 |

Legend: Lowest / 50th Percentile / Highest

| Credit Metrics (2017) | BW1 | BW2 | BW2 - Strip | BW2 - No Mav | BW3 | BW4 | Indicative BBB |
|---|---|---|---|---|---|---|---|
| Leverage Full Cycle Ratio (Moody's) | 1.58x | 1.62x | 1.39x | 1.66x | 1.63x | 1.64x | >1.00x |
| Retained Cash Flow / Debt (Moody's) | 29.8% | 30.4% | 25.2% | 29.4% | 30.8% | 31.9% | >20.0% |
| Debt / EBITDAX (Fitch) | 2.63x | 2.58x | 3.06x | 2.66x | 2.56x | 2.49x | <2.50x |
| Debt / Daily Production (Fitch) | $ 24.13k | $ 23.72k | $ 24.71k | $ 25.68k | $ 23.55k | $ 22.85k | <$15k |
| DCF / Debt (S&P) | 31.4% | 32.1% | 26.6% | 31.1% | 32.5% | 33.2% | >20.0% |

| | BW1 | BW2 | BW2 - Strip | BW2 - No Mav | BW3 | BW4 |
|---|---|---|---|---|---|---|
| Rig Termination Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| 2016 Asset Divestiture Proceeds ($B) | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.8 | $ 2.3 | $ 2.8 |
| YE 2016 APC Debt ($B) | $ 10.5 | $ 10.5 | $ 10.5 | $ 10.0 | $ 10.5 | $ 10.0 |

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 190 of 291

# L48 Inventory Utilization

| L48 Inventory Usage | | % Economic Inventory Used 2017-2021 | % Economic Inventory Used 2022-2026 | % Economic Inventory Used 10 Yrs |
|---|---|---|---|---|
| **BW1** | Wattenberg | 37% | 48% | 84% |
| | Delaware Basin | 23% | 58% | 81% |
| | Maverick | 0% | 90% | 90% |
| | Other* | 5% | 24% | 29% |
| **BW2** | Wattenberg | 44% | 56% | 100% |
| | Delaware Basin | 29% | 48% | 78% |
| | Maverick | 18% | 82% | 100% |
| | Other* | 8% | 33% | 42% |
| **BW2$_{NoMav}$** | Wattenberg | 51% | 49% | 100% |
| | Delaware Basin | 31% | 49% | 80% |
| | Maverick | 0% | 0% | 0% |
| | Other* | 9% | 39% | 49% |
| **BW3** | Wattenberg | 52% | 48% | 100% |
| | Delaware Basin | 24% | 66% | 90% |
| | Maverick | 6% | 94% | 100% |
| | Other* | 10% | 42% | 52% |
| **BW4** | Wattenberg | 51% | 41% | 92% |
| | Delaware Basin | 22% | 68% | 90% |
| | Maverick | 6% | 94% | 100% |
| | Other* | 15% | 50% | 65% |

*Other - PRB, GGRB, Eaglebine Development

# EXHIBIT 104
[Redacted]




2015

# EC Planning Session
## Asset Overviews

June 13, 2016 Update

[redacted]

Add map to appendix

[redacted]

Add map to appendix

[redacted]

Add map to appendix

[redacted]

Add map to appendix

[redacted]

Add map to appendix

[redacted]

Add map to appendix

# L48 Portfolio Inventory Resources Remaining




All Inventory PIRs at Invest Deck: $50/bbl and $2.50/mcf

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

ANADARKO PETROLEUM CORPORATION

# Shenandoah Overview

- **Strengths**
  - 6 penetrations to date; Shen 5 evaluation similar to Shen 2 in early analysis
- **Weaknesses**
  - Geologically complex; penetrations not in pressure communication; and resource size shrinking with appraisal
  - Not clear that partners will continue to participate
  - Technological hurdles increase regulatory risk, operational risk and time to first production
  - Committing to contracts on 20A MODU & BOP systems will be costly
  - BSEE approval of APC's drilling, development and subsea intervention plans
- **Opportunities**
  - 20K subsea development proof of concept
  - Potential synergy for nearby SS tie-backs & regional JV host solutions
  - Participated in pref right option to acquire MRO's 10% WI

| APRIL 2016 SUBMISSION CASE | $60 (Oil) $3.25 (Gas) | $50 (Oil) $2.50 (Gas) |
|---|---|---|
| AT NPV10 ($MM) | $266 | $78 |
| AT PIR 10 | 0.27 | 0.08 |
| AT ROR | 15% | 12% |

- **Recoverable Resources: 265-720 MMBOE**
- **Economic Price Sensitivities**
  - Break Even Price $42/Bbl (BTAX); $45/Bbl (ATAX)









Shenandoah provides needed growth potential for the GOM, especially with the slowdown in exploration activity
There are no hurdles that cannot be overcome in this field, as long as the next couple of wells are successful.

[redacted]

Chart shows 2P 1Q16 SEC forecast

Arresting Base Decline: 3 wedge wells drilled in 2015. Total wells drilled in 2015: 8 (remaining replacement wells)

[redacted]

[redacted]

Other Critical Value Drivers
Highest margin asset in APC portfolio

[redacted]

[redacted]

# Deepwater GOM Exploration

## Strengths
- World-class basin
- Reputational advantage through long-term exploration success
- Significant cash inflow via monetization of discoveries/JVs

## Weaknesses
- Declining opportunity set – Must Rebuild
- Rebuilding prospect inventory requires significant investment and long time horizon
- Difficulty selling down / finding partners

## Opportunities
- Low-entry-cost prospects in current market
- Distressed sales / Buyers market
- Expl needed to fill rig commitments









Inventory Graphic is from April EC offsite slide

# International Exploration

- **Strengths**
  - Reputational advantage
    - *Institutional knowledge*
    - *Access to opportunities*
    - *Financial leverage*
  - Option value through monetization of discoveries
  - Deferred entry costs (work programs)
- **Weaknesses**
  - Depleting inventory
  - Concentration risk (Colombia/Côte d'Ivoire)
  - Long cash cycle
  - Difficulty selling down in current environment
- **Opportunities**
  - Distressed sellers / Buyer's market (e.g. Tullow)
  - World class basins – Mexico
  - Need for expl to fill Rig Commitments






[redacted]

[redacted]

# EXHIBIT 105
# [Redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 214 of 291





2016

# 2016 Strategy Development

## Executive Committee Update

July 5, 2016

# Strategy Development General Timeline – Key Dates

- ✓ May 9th – Conceptual Strategy Development Discussion (with Board)
- ✓ May 18th – Interim EC Planning Session
- ✓ June 6th – Review "Crisis Management" Scenario Analysis
  - Discuss forward business model implications
- ✓ June 13th – Review "Back to Work" Scenario Analysis
  - Discuss "optimal" business model/scenario refinements
- ✓ June 27th – Review "Recovery" Scenario Analysis
  - Discuss "optimal" business model/scenario refinements
- **July 5th – Interim EC Progress Review**
  - Review/Discuss Asset Overview Summaries
- **July 11th – Review Preliminary BOD Presentation**
- **July 18th – Review Updated BOD Presentation & Finalize**
- **July 25th – BOD Presentation Completed**
- **August 1st & 2nd – BOD Meeting**

***27 calendar days to BOD Meeting***

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 216 of 291

# Discussion Topics

- Review asset overviews
- Discuss gas price sensitivity analyses

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 217 of 291





2016

# Asset Overviews



# Resource Base Overview




- **2015 YE Total Resource ~16 BBOE**
  - Proved reserves ~ 2.0 BBOE after YTD executed asset sales
  - Non-exploration undeveloped ~9.4 BBOE
  - Risked exploration ~4.1 BBOE
  - Sold YTD ~0.3 BBOE
  - Potential Sales ~2.5 BBOE

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 220 of 291

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Gulf of Mexico Exploration/Operations



[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 227 of 291

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 228 of 291

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 229 of 291

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 230 of 291

# Shenandoah Overview




- **Strengths**
  - Large oil accumulation
  - Miocene-like reservoir properties, high quality oil
  - Strong land position in basin, synergy with nearby discoveries
  - Appraisal program progressing, 6 penetrations to date
  - Shen-5 results similar to Shen-2 (1000' oil pay) in early analysis
- **Weaknesses**
  - Current development economics challenged
  - Some geologic complexities, but with large fault blocks
  - Technological hurdles increase regulatory and operational risks
    - *Could impact time to first production*
  - 20A MODU & BOP commitments will be costly, but shared with other parties
- **Opportunities**
  - Incorporation of Shenandoah #5 results may improve economics
  - 20K subsea development proof of concept for future projects
  - Potential synergy for nearby SS tie-backs & regional JV host solutions
  - Participated in pref right option to acquire MRO's 10% WI

| Key Play Statistics | |
|---|---|
| Net Revenue / Working Interest | 28% / 35% |
| Undeveloped Resource, Net (MMBOE) | 113 |
| 2016 Capital Allocation ($MM) | 108 |
| Base Case NAV @ $60/$2.75 ($B) | 0.0 |

Optimized Model
Source and Use of Funds



# Deepwater GOM Exploration

- **Strengths**
  - World-class hydrocarbon basin
  - Long-term record of exploration success
  - Strong reputation as an operator
  - Significant cash inflow via monetization of discoveries/JVs
  - Developed/producing projects generate significant cash
- **Weaknesses**
  - Declining opportunity set
  - Rebuilding inventory requires consistent, sustained investment
  - Challenging to sell down/find partners in current environment
  - Out of the money DW rig contracts
- **Opportunities**
  - Buyers market
  - Low-entry-cost prospects in current market
  - High quality, longer term opportunities available
  - Exploration needed to fill rig commitments

| Key Play Statistics | |
|---|---|
| Net Revenue / Working Interest | 40% / 48% |
| Undeveloped Resource, Net (MMBOE) | 680 |
| 2016 Capital Allocation ($MM) | 73 |
| Base Case NAV @ $60/$2.75 ($B) | 0.8 |

**Gulf of Mexico Exploration Prospect Inventory**




Graph includes only exploration prospects

**Optimized Model GOM Exploration (Excludes Shenandoah and Phobos)**



# International Exploration/Operations




International/Deepwater Exploration: ~100 MM Gross Acres

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 233 of 291

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 238 of 291

[redacted]

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 239 of 291

[redacted]





2016

# Gas Price Sensitivity

# Gas Price Sensitivity Analysis

- **Commodity Pricing Benchmark**
  - $60 Oil / $2.75 NYMEX Allocated Capex Scenario (notional "Base Case")
- **Commodity Pricing Modeled ($60 oil price)**
  - $4.00 NYMEX (15x oil/gas ratio)
  - $5.00 NYMEX (12x oil/gas ratio)
  - $6.00 NYMEX (10x oil/gas ratio)
  - NGL pricing constant (40% of WTI)

*Discount to marker price consistent with each asset's submission case (on a % basis)*




- **Primary Model Constraint**
  - Initial cash generation capacity between $4.7 B and $5.7 B (FCF neutral in 2017)
  - CAPEX escalated at 5% per year
  - 65%/35% CAPEX allocation target between L48 and DW/International
  - Service cost inflation of 8% held constant across L48 to maintain consistency with $60 / $2.75 "Base Case" scenario
  - All opportunities with positive NPV are selectable
- **Certain L48 assets tested to observe selection tendencies**
  - GNB, Maverick and Marcellus alternated on and off in model to observe model behavior

# Investment Observations

- **$4 Gas**
  - Gassier GOM exploration investment opportunities accelerated
  - L48 Investment: PRB activity slightly reduced & Marcellus DUCs activated
  - Opportunity selection largely unchanged from Base Case
- **$5 Gas**
  - Marcellus investment at ~$250MM/year from 2017-2026
    - *Non-op projects predominantly selected*
  - Maverick, Delaware Basin and Wattenberg investment profiles are largely unchanged from Base Case
  - $350MM invested in Greater Natural Buttes Tier 1 inventory in 2017
    - *Remaining inventory drilled after 2022*
  - No major shifts in GOM Exploration prospects
- **$6 Gas**
  - Marcellus average investment remains at ~$250MM /year, but more activity shifts into first five years
  - Maverick, Delaware Basin and Wattenberg investment profiles are largely unchanged from Base Case
  - Significantly more inventory becomes economic in Greater Natural Buttes, but still is not drilled until 2023 and beyond whether Marcellus is on or off

# Observations

- **Each $1 increase in gas price generates ~$300MM in additional DCF**
  - 2017/2018 Gas Hedging program losses grow to ~$600MM at $6 gas
- **Marcellus investment level is the only significantly change with higher gas pricing**
  - Opportunities selected are largely non-op
  - Marcellus turned off in subsequent modeling runs with no significant change in GNB selection
  - GOM spending flexes down slightly to accommodate Marcellus investment during Mozambique investment window
- **Significantly more economic Greater Natural Buttes inventory available at higher gas prices, but not preferentially selected over oil opportunities**
  - Only Tier 1 GNB is drilled preferentially (limited number of locations); Other inventory deferred to late in model life or not drilled (off-fairway locations)
  - Key oil options (Wattenberg & DB) both have significant gas component and become progressively more attractive at higher gas pricing
- **Maverick largely static in all models with significant investment beginning only after 2023**
  - $300MM invested in Maverick in 2017 and 2018 to complete DUC inventory

Case 4:20-cv-00576 Document 350-7 Filed 08/17/26 in TXSD Page 244 of 291

# Gas Option Value

- **Gas Asset Value Observations**
  - Selected Marcellus inventory is mostly non-op
    - *Retaining Marcellus as a gas option does not provide control of development pace*
  - Value of both GNB and Marcellus is minimal at $2.75 gas
    - *Option value of both increase sharply with improving gas pricing (as would be expected)*
  - Maverick asset value driven largely by oil price
    - *Relatively insensitive to gas price (compared to GNB and Marcellus)*



# EXHIBIT 106

**To:** Oudin, Chip[Chip.Oudin@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; Gauthier, Lisa[Lisa.Gauthier@anadarko.com]; Steinberger-Glaser, Anita[Anita.Steinberger-Glaser@anadarko.com]; Prosser, Wendy[Wendy.Prosser@anadarko.com]
**Cc:** Heister, Lara[Lara.Heister@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Sat 7/2/2016 11:48:21 PM Coordinated Universal Time
**Subject:** RE: Shen 5 update

---

It's been my experience that tar mats may suggest that we are close to or at an OWC contact. We've seen that at MP and K2 in the past.

Lara, do you have any thoughts or experience in the regard or is it just a coincidence.

Pat

Patrick McGrievy
GM – Shenandoah Predevelopment & K2 Producing Assets
Anadarko Petroleum Corp
The Woodlands, TX
(832) 636 3973 (W)
(281) 798 4483 (C)

---

**From:** Oudin, Chip
**Sent:** Saturday, July 02, 2016 5:21 PM
**To:** Chandler, Paul; McGrievy, Pat; Gauthier, Lisa; Steinberger-Glaser, Anita; Prosser, Wendy
**Cc:** Heister, Lara
**Subject:** RE: Shen 5 update

Lisa and Wendy,
Not sure what the week ahead holds (or for that matter what the rest of Shen5 will look like) but you might want to have in your hip pocket the relative % for each sand for each case (lo, mid, high) for the eastern fault block, just in case LWC or D or E don't pan out commercially.
C'mon, Paul, make the tar go away!
Chip

Sent from my Verizon 4G LTE smartphone

-------- Original message --------
From: "Chandler, Paul" <Paul.Chandler@anadarko.com>
Date: 7/2/16 3:54 PM (GMT-06:00)
To: "McGrievy, Pat" <Pat.McGrievy@anadarko.com>, "Oudin, Chip" <Chip.Oudin@anadarko.com>, "Gauthier, Lisa" <Lisa.Gauthier@anadarko.com>, "Steinberger-Glaser, Anita" <Anita.Steinberger-Glaser@anadarko.com>, "Prosser, Wendy" <Wendy.Prosser@anadarko.com>
Cc: "Heister, Lara" <Lara.Heister@anadarko.com>
Subject: Shen 5 update

Well Shenandoah always seems to have its surprises and this well is no exception. The LWC sand does appear to correlate to the event at 30,140' but we have seen a lot of tar with this sand. The log response with the resis and GR looks good but the density curve indicated that something was different . The small amount of samples that have lagged up show sand with shows but also a lot of tar . Our depth is 30,238' and we are still having to circulate a lot after drilling a few feet so it's been slow. I guess the good news is that the formation does not appear to be wet so far but the tar was unexpected. We still have another 100' to go to drill out the LWC sand so we'll see what happens.

Paul

Sent from my iPhone

# EXHIBIT 107
# [Redacted]



ANADARKO
SHENANDOAH BASIN

# Shenandoah EC update

7/25/2016

# Agenda

- Shenandoah Development Project Overview
  - Project Schedule "Path to Sanction"
  - Key project risks
- Shenandoah Appraisal Program & Updated Resource Assessment
  - Shen 5 update
  - Resource Assessment
  - Development Scenarios
  - Presentation of Project Economics
- 20A Update
- Shenandoah IPT Update



# Shenandoah Overview

- Blocks (Units): WR 51, 52 & 53
- Operator: Anadarko (33% WI)
  - COPC (30%); Cobalt (20%); Venari (17%)
- Discovery well drilled in 2009
  - Shen 2 Appraisal well: 1,000' net Pay in 2013
  - 5 additional penetrations and 2 BP Cores
- Geologic Unit: U & L Wilcox
  - Reservoir Depth: 28,000' – 32,000'
  - Average Phi & k: 21%, 50-100 md
  - Oil API 33 API, ~1,350 GOR
- Recoverable Resource: 190 – 630 MMBOE (low-high)
- Targeted 1st production: 2021




Total Oil Pay : >1,000'






# Shenandoah Path to Sanction (Q3, 2021 first Oil)




- Shen 6 appraisal well designed as east flank, down-dip penetration, necessary to establish sanction volumes
- Shen 6ST take-point essential to allow time to execute JOA activities leading up to 2018 FID and SOP Issuance
- Concept Select and FDP preparation are key 2016 activities
- Internal Project Sanction targeted for Q3, 2017

*MEFS – Minimum Economic Field Size*

# Key Project Risks and Challenges

- Subsurface
  - Managing & Sustaining partnership alignment in all key decisions throughout "path to sanction" process
  - Defining commercially recoverable resources to meet Minimum Economic Field Size objective volumes
  - Effective rig and 180 day clock management
- Facilities
  - Completion of JDA Scope vs. Subsea Equipment Delivery by IPT
  - Reservoir Uncertainty – Production deliverability and requirements for water injection drives concept select
  - On time delivery of the facility and subsea equipment
- Drilling
  - Consistency in Achieving 10-1/8" x 7-3/4" Casing Across Reservoirs & Effective Zonal Isolation across Productive Sands
- Completion
  - Down-hole mechanical integrity (failure of 3 Zone IWS system with individual gauge/chemical injection lines)
  - Commingling / Flow Assurance
  - Sand Control Failure
- 20A
  - Commitment and contract timing for MODU and 20K BOP Systems
  - FMC JDA Leadership, Steering Team, & operator representatives personnel changes
- Regulatory
  - BSEE Flexibility in Down-hole commingling
  - WCR (Well Control Rule)

# Shenandoah Appraisal Program & Updated Resource Assessment


1WA mapped area down to EOWC = 1850 acres
Shen 1
(Disc.)
Shen 2
Shen 2
(Oil Reservoir)
Shen 4 ST1
(Oil Reservoir)
Shen 3
(Water Leg)
Shen 6
(proposed)
Shen 5
(Oil Reservoir)
EOWC
1002' TVT Net Pay
Lower Wilcox A Sand
Key Points & Implications
Eight productive formations (UW1 thru LWE)
All oil-bearing wells isolated from one another
OWC's vary between fault blocks
Uncertainty remains in far east area

# Shenandoah 5 Petrophysics

## Shen 5 Results

- Good Correlation with Shen 2
- Obtained 82' core in UW2
- Separated from Shen 1 & 2
- No water contacts
- Tar encountered in LW C
  - 22' of tar sands
- Pay count - 1043' net TVT




## Shen 5 – UW2 Core



# Shenandoah Stratigraphic Cross Section





## Seismic Well Tie Line – Shen4/Shen2/Shen5/Shen6 (prop)




10

# Wilcox Analogs – Shenandoah Compares Favorably

Wilcox Well Comparison

| | [redacted] | *Shen 5 | *Shen 2 |
|---|---|---|---|
| GOR (scf/stb) | | 1124 | 1261 |
| Viscosity | | 1.32 | 0.89 |
| Pi (Psia) | | 22,569 | 22,755 |
| Net Pay H | | 1043 | 1061 |
| Avg Porosity (PHIE) | | 0.199 | 0.211 |
| Avg Permeability (md) | | 47 | 50 |

*PVT from UW3 (Shen 2 and Shen 5)




[redacted]

# STOOIP Update (June 2016)

| | "Proven+" | Low | Mid | High |
|---|---|---|---|---|
| STOOIP (MMBO) | 336 | 727 | 1596 | 2374 |












# Current Recoverable Resource Estimate

- STOOIP is based on a preliminary post-Shen 5 mapping update
  - Update done pre LWC - LWE Shen-5 data
  - Range is based on a series of deterministic maps
- Recoverable Resources are calculated with a range of recovery efficiencies
  - Aquifer size will remain an unknown until production data is obtained
  - Water Injection scenarios are not included, but are currently being worked

| Range of recoverable gross resources in MMBOE | | | | |
|---|---|---|---|---|
| | "Proven+" | Low | Mid | High |
| Depletion 13% | [illegible] | 96 | 211 | 315 |
| Moderate Aquifer 22% | 89 | 192 | **422** | 629 |
| Large Aquifer 28% | [illegible] | 245 | 537 | 801 |

13

# Comparison of June 2016 to Post-Shen 4 Resource

- Post Shen 4 resource estimate from January 2016 – MMRA
- Current resource estimate – Discrete maps, not probabilistic range




14

# Economic Input Assumptions

- Ownership: 33.00% WI, 28.19% NRI
- 1st Oil July 2021
- Development Drill and Complete Well Costs:

| | Cost per Well |
|---|---|
| Drill | $113.5 MM |
| Complete | $77.1 MM |

- Facilities:

| | Cost |
|---|---|
| Phase I | $2.4B |
| Phase II | $0.6B |

- Mid-Case Development Cost:

| Mid Case | Gross Capex, $MM | Net Capex, $MM |
|---|---|---|
| Drilling (0% contingency) – 9 wells | $760 | $251 |
| Completions (15% contingency) | $735 | $243 |
| Facilities (18% contingency) | $2,992 | $987 |
| 20A | $160 | $53 |
| Appraisal (Shen6, Shen6 St) | $436 | $144 |
| Total | $5,083 | $1,677 |

- Facility Constraints:
  - Oil Production: 100K BOPD
  - Gas Production: 120 MMCFD
  - Water Production: 100K BWPD
  - Liquid Production: 120K BLPD
- 30 Year Field Life
- Well Constraints
  - Drawdown = 2,000 psi (GOM Standard)
  - Min. FBHP = 11,000 psi (Completions)
  - Well Rate Limits:
    - *15,000 BLPD (Lower Targeted Wells)*
    - *20,000 BLPD (Upper Targeted Wells)*
  - 60% max water cut (Flow Assurance)
  - No PI Degradation Applied




Targeted Zones*
2 wells per spacing
1st Well: UW1 – LWB
2nd Well: LWC- LWE

15

## Development Scenarios – Low-Mid-High Case

| LOW | MID | HIGH |
|---|---|---|
|   |   |   |
| | **STOOIP** | |
| 727 MMBO | 1,596 MMBO | 2374 MMBO |
| | **Recoverable Resource** | |
| 22% Recover Factor | 22% Recover Factor | 22% Recover Factor |
| 192 MMBOE | 422 MMBOE | 629 MMBOE |
| | **Phase 1** | |
| First production 7/2021<br>5 producers; 1 flow loop | First production 7/2021<br>5 producers; 1 flow loop | First production 7/2021<br>5 producers; 1 flow loop |
| | **Phase 2** | |
| No Phase 2 | 4 additional producers<br>Phase II startup 2/2024 | 5 additional producers<br>Phase II startup 2/2024 |
| | Total Producers | |
| 5 wells | 9 wells | 10wells |

16

## Shenandoah Costs and Production Forecast







- Room for additional tie-back volumes for exploration success
- Capital spending is the same through Phase I (year 2021) for all development scenarios
- Portfolio has not yet been updated post Shen 5

17

Interventions

Begin intervention after 5 years of production

Coiled tubing cleanouts every 5 years for asphaltene deposition

Cost $60/MM/intervention (20K MODU + COWR)

# Fixed OPEX

Platform = $3.4MM/month

# Variable OPEX

Oil = $0.55/bbl

Gas = $0.11/mcf

Water = $0.15/bbl

# Economic Summary – Deterministic Cases

*Evaluation start date: 7/2016*

| | Net EUR (MMBOE) | Gross EUR (MMBOE) | Invest $50/BBL | | | | Upside $70/BBL | | | | F&D ($/BOE) | Breakeven Price ($/BBL) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NPV10 ($MM) | | PIR10 | | NPV10 ($MM) | | PIR10 | | | | |
| | | | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | BTAX | ATAX | | BTAX | ATAX |
| **Low Case** | 53 | 192 | -124 | -110 | -0.14 | -0.12 | 260 | 132 | 0.29 | 0.15 | 24 | 56 | 59 |
| **Mid Case** | 117 | 422 | 345 | 175 | 0.31 | 0.16 | 1047 | 617 | 0.94 | 0.55 | 15 | 40 | 42 |
| **High Case** | 175 | 629 | 790 | 454 | 0.69 | 0.40 | 1704 | 1031 | 1.49 | 0.90 | 11 | 32 | 34 |

All Cases are subject to economic optimization through:

- Additional data-points on Shen 5
- Updated Geo and Reservoir Modeling (Q42016) to optimize the development plan and rate expectations
- Resource refinement (Shen 6)
- Reprocessing of Seismic Data (ongoing)
- Capital cost refinement
- Better understanding of commercial terms







18

$60 oil MEFS is at 190 MMBOE gross, 52 MMBOE net

# Economic Sensitivities

**BTAX NPV10 Tornado Chart**




**BTAX PIR10 Tornado Chart**




- Oil prices at 1st oil is the biggest uncertainty followed by uncertainty in resource distribution
- Optimize facility utilization with updated field development plan
- Expect facilities cost improvement post concept select
- Drilling cost price uncertainty to be tied down after tender (post sanction)

Price Decks:
Stress $35/BO, $2.00/MMBTU
Invest $50/BO, $2.50/MMBTU
Upside $70/BO, $3.50/MMBTU

# 20A Update

ANADARKO
SHENANDOAH BASIN

# 20A – Equipment Development

- MODU, BOPE & Riser
- Completions
- Interventions
- Subsea Facilities















21

# 20A - Challenges & Risks

- Controlling costs & schedules
- Supplier capabilities & interest in today's market
- Government approvals
- Extending technology
- Incorporating well requirements into the design "real time"

- No "showstoppers" identified
- Lots of work ahead

- On track to complete equipment qualifications by 4Q 2018



# 20A – Delivery Examples



**Challenge:** Can we change "disposable" appraisal well designs to "keeper" designs ($100 MM+ / well)

**Response:** Accelerated efforts and delivered the necessary equipment for the #5 & upcoming #6 wells




**Challenge:** BSEE considering requiring two downhole subsurface safety valves

**Response:** Obtained approval for one SCSSV, showed second valve impacted mitigations for primary failure mechanism, asphaltene




23

# Shenandoah MODU Contracting

- Plan
  - Rejected new build MODU due to costs (~$600K / day)
  - Expect 15K MODU upgraded to 17.5K or 20K psi (~$350K / day)
  - Ensure rig is capable to work other APC projects at competitive day rate
- Options
  - Use existing MODU under APC contract
  - Contract a different MODU
    - *All options have conflicting technical, regulatory, commercial, and partner implications*
- Timing
  - MODU RFP Process 1Q17
  - Letter of Intent 3Q17 (@ Internal Sanction)
  - Contract 1Q18 (@ FID)
  - Begin operations ~3Q 2020






24

# Shenandoah IPT Project update

# Facility Basis of Design

| | SBM Semi | Technip Spar |
|---|---|---|
| Oil Production (MBOPD) | 100 | 100 |
| Gas Production (MMSCFD) | 120 | 120 |
| Max Water Injection (MBWPD) | 120 | 60 |
| Production Risers | 8 | 8 |
| Water Injection Risers | 4 | 2 |
| Umbilicals | 14 | 9 |
| Total Topsides Capacity | 24,500 ST | 17,500 ST |
| Future Topsides Capacity (without water injection) | 6,750 ST | 2,000 ST |
| Future Topsides Capacity (with water injection) | 3,000 ST | 0 |





CONFIDENTIAL Do Not Distribute or Reproduce



Out IPT is currently pursuing two wet tree concepts that both are capable of producing 100,000 BBL oil, 120 MMCFG on day one with 8 production risers. What is different about these facilities is the opportunity for future expansion particulary for water injection. Our Spar is capable of 60,000 bbl/day and our Semi 120,000 bbl/day.

# Semi vs Spar Execution

| | Semi | Spar |
|---|---|---|
| Contractor | SBM | Technip |
| Hull | Singapore Fabrication | Finland Fabrication |
| Topsides Design | Modular Deck – Process/Utility (Main) | Stacked Deck; Multiple lifts |
| Topsides Fabrication | Kiewit, Ingleside | Kiewit, Ingleside (Base Case) McDermott, Altamira, Mexico |
| Deck Lift/Installation | Onshore; Kiewit – HLD | Offshore; Thialf or Sleipnir |
| Commissioning | Onshore & Quayside KOS | Offshore |
| Hull & Mooring Installation | Multiple vessel & contractor opportunities | Limited vessel options |
| Critical Path | Subsea installation & commissioning | Topsides installation & commissioning |





CONFIDENTIAL Do Not Distribute or Reproduce


CONFIDENTIAL 

# Execution Schedule




- Different but manageable delivery schedules
- Either concept chosen gets you to a First Oil date in 2H 2021

CONFIDENTIAL Do Not Distribute or Reproduce

This slide compares the execution of both our concepts that are under consideration. The key take away from this is that both of the execution durations are similar and if executed accordingly put first oil in the 2H of 2021. However, critical path for the spar is successful completion, installation, and HUC of the topsides while the semi depends on the success of hanging off risers, and commissioning the subsea system.

# Phase 1 Facilities Costs (Sept 2015 – Present)

- July 2017 Sanction
- 25% Contingency
- Inputs from a variety of market conditions
- Contractor proposals, supplier estimates, HB benchmarking

**Original Cost $2,596 MM**

**Cost Increases**

- January 2018 Sanction
  - + $50 MM
- Decentralized Subsea Layout
  - + $100 MM

- Updated February 2016
- January 2018 Sanction
- 18% Contingency
  - Increased number of cost categories
  - Delayed contingency spend
- Lower engineering costs
- Discounted installation rates

**Updated Cost $2,486 MM**

**Updated Cost $2,344 MM**

- Updated Costs May 2016
- Further cost reduction recognized for topsides engineering, equipment delivery, and fabrication
- Overall contingencies reduced to 15%

- Updated July 2016
- Updated Bids July 15th
- Additional well Phase I (5 wells)
- Reduce contingency where possible
- Carrying 14-16% contingency

**Updated Cost $2,224-$2,249 MM**

| Estimated Annual Capital (Gross, $MM) | | | | | | |
|---|---|---|---|---|---|---|
| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | Total |
| $39 | $200 | ~$730 | $595-670 | $415-475 | $160-250 | $2,224-2,249 |

CONFIDENTIAL Do Not Distribute or Reproduce



CONFIDENTIAL

# Path to Sanction




- Critical decision point for Concept Select
  - Backward from first oil and forward from sanction
  - Reduce facility options
  - Meet key milestone date
  - Maintain ability to manage scope change, cost, and schedule
- Points to Remember
  - Management concept recommendation ~September 1
  - Recommendation to Partners September 8
  - Notify Contractors mid-September (anticipated press)
  - Forecasting $200MM gross spend for 2017
  - Can exit at any time up until Sanction

CONFIDENTIAL Do Not Distribute or Reproduce 30

Our path to sanction has us chosing a concept in September of this year and moving into 2017 with a single concept, securing key contracts and cutting purchase orders in July of 2017 followed by a sanction in 2018.

# Concept Select: Selection

- Where are we leaning
  - Viable solutions
  - Different execution strategies and drivers
- Semi delivery:
  - New fabrication contract and contractor
  - Known risks associated with Singapore fabrication – additional contingency
  - New interfaces that need to be worked between all contractors to deliver a Semi
- Spar delivery:
  - Ramping up TOF after an extended period of low activity
  - Jones Act uncertainty and the potential requirement for an international topsides fabrication
  - Coordinating installation with HMC
- Future expansion flexibility & tieback opportunities

| Semi Drivers | Spar Drivers |
|---|---|
| Flexibility in design | Protects downside |
| Full water injection capability | Known execution model |
| Future expansion opportunity | Strong contractor relationship |
| No Jones Act concerns | Delayed concept select forces Spar |
| Not dependent on heavy lift | |

CONFIDENTIAL Do Not Distribute or Reproduce

31

Where are we leaning...They are both viable solutions that have different execution strategies and drivers

Critical decision point...In order to maintain FO date 2021, we are at risk to of not having concept options. Semi execution requires more front end engineering ahead of fabrication than the Spar execution. Getting to a single solution Q3 is important to stay on track.

Biggest risk...Ability to manage the execution and anticipate challenges with unclear understanding of sanction and first oil timing. We work backwards from first oil but forwards from sanction. Changes in key milestone dates such as concept selection, long leads, and sanction will impact our ability efficiently to manage scope, costs, and possibly first oil date.

Another key driver in concept select is future tieback opportunities.




The exploration team have identified several prospects and discovers in the vicinity of the Shenandoah development. This makes the idea of a regional hub or host very attractive. The semisubmersible design offers not only the ability to add 120,000 bbl of future water injection capabilities but also has topsides weight capacity to add a third production train to increase the throughput to 160,000 bbl thus allowing for future flexibility and expansion. We are considering this as part of our concept select evaluation.

Moving forward with a single concept in 2017 is one small piece of the execution. The success of Shenandoah will be dependent on the delivery of the 20A project which greg will provide a summary for you next.

# Strategy Through Sanction Phase

- Path to Sanction
  - Complete Concept Select; refine project and well costs
  - Reduce the uncertainty in recoverable resources to improve sanctioning confidence
    - *Finalize new-build dynamic simulation model to refine recoverable resources and economics (Q4, 2016)*
    - *Generate field development plans Document (Q4, 2016)*
    - *Drill final appraisal well in Q4, 2016; define lateral continuity, hydrocarbon container size & resources*
    - *Establish economic case for sanction (Q3, 2017)*
  - Increase confidence in 20A technology delivery and MODU contracting strategy
- Understand internal sanction criteria with respect to pricing assumptions and economic threshold parameters
- Attentive to partner and potential Anadarko exit strategies




* Expected Range of Recoverable Oil, gross
** Keeper wells

33

# EXHIBIT 108
[Redacted]

**To:** Blakeley, David[David.Blakeley@anadarko.com]
**From:** Morgan, Ryan[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=XQU829]
**Sent:** Wed 7/27/2016 6:07:45 PM Coordinated Universal Time
**Subject:** FW: BOD Slides
**Attachment:** BOD slides for Ryan.pdf

---

**From:** Kelly, Gennifer
**Sent:** Wednesday, July 27, 2016 12:23 PM
**To:** Morgan, Ryan
**Subject:** BOD Slides

Ryan,

The BOD slides are attached. I included Lucius, Heidelberg and K2 because they have references to exploration prospects within the text (not in the numbers) just so you'll know where they are mentioned.

Also, Shenandoah is footnoted because the case was not selected in our $60 "base" run. We used a $70 run where it was selected to get our numbers so that we wouldn't be showing zeroes.

Gennifer Kelly

--------------------------------------------------------------------------------

**Anadarko Petroleum Corporation**
Director, Strategic Planning
gennifer.kelly@anadarko.com
Office: (832) 636-3424
Mobile: (281) 757-5551

Exhibit 533

[redacted]

[redacted]

[redacted]

# Shenandoah Overview

## Strengths

- Large oil accumulation
- High quality reservoir properties, high quality oil
- Strong land position in basin, synergy with nearby discoveries
- Appraisal program progressing, 6 penetrations to date
- Shen-5 results similar to Shen-2 (1000' oil pay)

## Weaknesses

- Current development economics challenged
- Geologic uncertainty and the presence of faulting affect development risks
- Technological hurdles increase regulatory and operational risks possibly affecting time to first production
- 20,000 psi-rated drilling rig and blowout preventer commitments will be costly, but shared with other parties

## Opportunities

- Incorporation of Shen-5 results will improve economics
- 20,000 psi-rated subsea development proof of concept for future projects
- Potential synergy for nearby subsea tiebacks and regional JV host solutions

| Key Play Statistics | |
|---|---|
| Undeveloped Resource, Net (MMBOE) | 113 |
| 2016 Capital Allocation ($MM) | 110 |
| NAV @ $70/$2.75 ($B)* | 0.01 |




Optimized Model Source and Use of Funds




* Shenandoah not selected in $60/$2.75 "Back to Work" case; $70/$2.75 NAV substituted

# Deepwater GOM Exploration

## Strengths

- World-class hydrocarbon basin
- Long-term record of exploration success
- Strong reputation as an operator
- Significant cash inflow via monetization of discoveries/JVs
- Developed/producing projects generate significant cash

## Weaknesses

- Declining opportunity set will require consistent, sustained investment to rebuild
- Challenging to sell-down / find partners in current environment
- Out-of-the-money DW rig contracts

## Opportunities

- "Buyer's market" with low entry cost prospects
- High quality, longer term opportunities available
- Exploration needed to fill rig commitments

| Key Play Statistics | |
|---|---|
| Undeveloped Resource, Net (MMBOE) | 700 |
| 2016 Capital Allocation ($MM) | 111 |
| Base Case NAV @ $60/$2.75 ($B) | 0.8 |

**Gulf of Mexico Exploration Prospect Inventory**




**Optimized Model**
**GOM Exploration**
***(Excludes Shenandoah)***



# International Exploration/Operations Overview




International/Deepwater Exploration: ~100 MM Gross Acres

[redacted]

[redacted]