**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00576<br><br>JUDGE CHARLES ESKRIDGE |

**ORDER**

On August 17, 2026, Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), jointly moved to file under seal Exhibits 66-68, 78, 81-82, 98-99, 103-105, 107-109, 115, 117-118, and 120 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF 329). The Parties' joint motion (ECF __) is hereby GRANTED.

SO ORDERED.

Signed on ______________, at Houston, Texas.

____________________________
Hon. Charles Eskridge
United States District Judge