**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | CIVIL ACTION NO. |
| | § | 4:20-cv-00576 |
| IN RE: ANADARKO | § | |
| PETROLEUM | § | |
| CORPORATION | § | JUDGE CHARLES ESKRIDGE |
| SECURITIES | § | |
| LITIGATION | § | |
| | § | |
| | § | |

**ORDER**

Pending is Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert J. Richard Dietrich, Ph.D.

The Motion to Exclude is hereby DENIED.

SO ORDERED.

Signed on _______________, at Houston, Texas.

______________________________
Hon. Charles Eskridge
United States District Judge