**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576<br><br>District Judge Charles R. Eskridge III<br><br>CLASS ACTION |

**DECLARATION OF KEVIN J. ORSINI**
**IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS TO EXCLUDE THE TESTIMONY OF DR. ROCCO DETOMO, KEVIN J. MURPHY, AND DR. J. RICHARD DIETRICH**

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, declare as follows:

1. I am a Partner of the law firm Cravath, Swaine & Moore LLP and have been admitted pro hac vice as counsel for Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker III in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Oppositions to Plaintiffs' Motions to Exclude the Testimony of Dr. Rocco Detomo (Dkt. 323), Kevin J. Murphy (Dkt. 307), and Dr. J. Richard Dietrich (Dkt. 324).

3. Submitted with this Declaration as Exhibit 1 is a true and correct copy of the resume of Dr. Rocco Detomo, last updated in July 2026.

4. Submitted with this Declaration as Exhibit 2 is a true and correct copy of a paper authored by Alberto Montesi et al., titled "Asphaltene Management in GOM DW Subsea Development," beginning with Bates number APC-01760881.

5. Submitted with this Declaration as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Lyndon Pittinger in this litigation, dated December 16, 2022.

6. Submitted with this Declaration as Exhibit 4 is a true and correct copy of slides titled Asphaltene Mitigation, dated April 2015, beginning with Bates number APC-00044530.

7. Submitted with this Declaration as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Al Walker in this litigation, dated October 20, 2022.

8. Submitted with this Declaration as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Ernest A. Leyendecker III in this litigation, dated September 22, 2022.

9. Submitted with this Declaration as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of David Blakeley in this litigation, dated August 19, 2022.

10. Submitted with this Declaration as Exhibit 8 is a true and correct copy of an email from Lauren Phillips to Rachel Jensen et al. RE: In re Anadarko Petroleum Corp.

Sec. Litig., No. 4:20-cv-00576 (S.D. Tex.), dated March 14, 2023.

11. Submitted with this Declaration as Exhibit 9 is a true and correct copy of an email from J. Pachman to E. Leyendecker et al. RE: Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report, dated February 12, 2015, beginning with Bates number APC-00626533.

12. Submitted with this Declaration as Exhibit 10 is a true and correct copy of an email from C. Judkins to Bill Ferrara et al. RE: Accounting Issues 4Q2014_01062015.doc, dated January 6, 2015, and its corresponding attachment, Accounting Issues 4Q2014_01062015.doc, beginning with Bates number APC-01749352.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2026

*/s/ Kevin J. Orsini*
Kevin J. Orsini