# Exhibit 1



***OMOTED*** **Geophysical Consulting & Training**
[redacted]
email: Rocco.Detomo@Gmail.com
[redacted] [redacted]
**Updated 7-2026**

# Dr. Rocco (Rocky) Detomo, Jr

---

**Objective**

Deliver world class technical Geoscientific advice, assessment, products and training to the Energy Industry Exploration, Production, and Storage teams to insure the safe and optimal execution of subsurface evaluation & exploitation projects, including the application of the Geosciences to the exploration, development, and production of hydrocarbons, and the capture and storage of carbon. Use 33 years of experience at Shell Oil Company and 10 years of experience as an active consultant to deliver this advice and training, specifically focusing on the descriptive evaluation and risking of opportunities.

**SEG President Elect**

**August 2025-Present** ***Society of Exploration Geophysicists*** **(~12,000 Members)**

Lead global organization in international conferences, workshops & symposiums,, partnerships, innovation, and progress towards energy sustainability

**DIBIJ Chief Technical Officer**

**April, 2025-Present** **CTO of** ***DIBIJ Energy Limited***

Provide Professional Leadership, Expert Technical Assessments, Geophysical & Subsurface Evaluation Review, and Educational Guidance to Company Geoscientists and Energy Partners with particular focus on:

- Exploration & Production Upstream Business Opportunity Evaluation & Training from subsurface evaluation to economic risking and external stakeholder management.
- Redevelopment of stranded Opportunities, Near-Field Development and Brown-Field Redevelopment with focus on opportunity identification & exploitation via workovers, recompletions, and sidetracks.
- Quantitative & Integrated Subsurface Interpretation, including Amplitude Analysis, AvO, Direct Hydrocarbon Indicators, Seismic Inversion, and borehole geophysical techniques.
- VSP/Borehole Geophysics & data acquisition, evaluation, interpretation & training, including Microseismic and Distributed Acoustic Sensing (DAS).
- Expert guidance on seismic acquisition design, processing, and interpretation including seismic attribute evaluations

**Energy Consultancy**

**2014-Present** **CEO of *OMOTED* Geophysical Consulting, LLC. (retired from Shell Oil), Society of Exploration Geophysics (SEG) President-Elect, Trustee for the Society of Exploration Geophysicists Foundation (SEGF), Life Member of SEG Professional Society, Active Consultant, Knowledge Management Facilitator, and Legal Expert Witness)**

Provide Expert Assessments, Geophysical & Exploration Evaluation, and Educational Training to Industry with particular focus on:

- Global Expert on Exploration, Appraisal, Development, & Production Evaluations, Sizing, and Opportunity Risking

- Expert on 4D Time-lapse acquisition design, PSTM & PSDM processing, interpretation, and training with emphasis on Ocean Bottom Nodes and electrical & fiber-based seabed sensor systems for Reservoir Monitoring
- VSP/Borehole Geophysics & Borehole data acquisition, evaluation, interpretation & training
- Quantitative & Integrated Subsurface Interpretation, including Amplitude Analysis, AvO & Seismic Inversion, and borehole geophysics
- Fiber communications and sensor systems, including buried land systems, downhole/borehole systems, and seafloor systems.
- Exploration & Production Upstream Business Training
- Contract Senior Facilitator for Knowledge Management services: Lookbacks, After Action Reviews, Lessons Learned Workshops and Retention of Critical Knowledge Interviews.

Serve on Society Exploration Geophysicists Board of Directors, SEAM Board of Directors, Distinguished Lectures Committees and as SEG Foundation Trustee and Chairperson. Serve as Geosciences Program Organizer & Panelist for Offshore Technology Conference. Serve as EVOLVE Program Founder & Senior Mentor for Oil & Gas Exploration and CO2 Sequestration Programs.

**Research Experience**

**2012-2014 Shell Head of Reservoir Surveillance Areal Monitoring Research-Houston, Texas**

Lead & Train 2 Teams (17 staff) of Subsurface Researchers, located in two cities (Houston, Texas & Rijswijk, The Netherlands), focused on Reservoir Surveillance & Monitoring via seabed nodal systems, Life-of-Field systems & fiber optics. Research was directed in 6 areas:

1) Marine Areal Seismic Monitoring using Ocean Bottom Node technology and LoFS/PRM systems, including fiber-based permanent systems including measuring depletion & seafloor subsidence

2) Land Areal Seismic Monitoring using buried permanent seismic acquisition systems;

3) Downhole Seismic Monitoring using DAS VSP fiber optic technology & a variety of downhole measurements

4) Marine Seafloor Geodesy. Responsible for ~$14MM/year budget and operated field trials in collaboration with Assets around the globe evaluating performance of: Deepwater Water Injection monitoring using emerging Nodal Systems

5) Onshore Steam Injection monitoring on Steam Flood projects in Oman, Netherlands, and Canada

6) Unconventional Hydro-Fracturing monitoring using borehole fiber optics

Serve on Society Exploration Geophysicists Board of Directors, Integrated Earth, and Distinguished Lectures Committees and as SEG Foundation Trustee. Serve as Geosciences Program Organizer & Panelist for Offshore Technology Conference and as Guest Editor for *Interpretation Journal*.

**Overseas Experience**

**2008-2012 Shell Head of Reservoir Geophysics for SubSahara Africa for Shell Companies in Nigeria - Lagos, Nigeria**

Lead & Train Teams of 15 Subsurface experts in 2 cities, (Lagos, Port Harcourt), responsible for all Offshore & Onshore Quantitative Interpretations, including:

- The evaluation & risking of Exploration Prospects, support of Development and Appraisal Drilling & Borehole evaluations, and ongoing 4D Reservoir Surveillance and Reserves Bookings for Bonga & Erha Deepwater Fields.
- Pioneered Deepwater 4D PSTM & PSDM, Ocean Bottom Nodes in West Africa, Downhole Acoustic Systems and Experimental Seismic Processing Technologies.

Serve on Society Exploration Geophysicists Distinguished Lectures Panel and Foundation Scholarship Committees, 2012 SEG Regional Honorary Lecturer for Middle East & Africa on Ocean Bottom Nodes & Borehole Fiber for Reservoir Monitoring, Serve as Geosciences

Program Organizer for Offshore Technology Conference Committee and Guest Editor for *The Leading Edge*.

**Exploration Experience**

**2005-2008 Gulf of Mexico Exploration Seismic Manager – Houston, Texas**

- Manage $60MM/per year budget and helped direct 45 staff responsible for the purchase and seismic processing of all Shell Seismic Data and Seismic Services in the GoM. Deployed Beam, WEM and RTM imaging migration methods within Shell.
- Of Member of Shell's GoM Exploration Leadership Team responsible for Opportunity identification, rating & ranking of Prospects for highly successful 2006 - 2008 U.S. Federal Offshore Lease Sales.
- Planned borehole evaluation projects for drilling and characterization of Exploration wells.

Technical Chairman for 2005 SEG Annual Meeting in New Orleans.

Technical reviewer for Professional Journals *Geophysics* and *Geophysical Prospecting*.

**Global Deepwater Experience**

**2002-2005 Global Deepwater Technical Advisor & Value Assurance Reviewer, Shell E&P Solutions - New Orleans, Louisiana**

Provided Deepwater Technical Subsurface Advisory for Brunei, Malaysia, North Atlantic, Egypt, Morocco, West Africa, Gulf of Mexico, and Brazil, including founder and Lead implementer for Shell's Global QIE, (Quantitative Integrated Evaluation), initiative, & Deepwater Risking Training.

**Diverse, Middle Career Experience**

**1998–2002 GoM Geophysical Consultant, Reservoir Technologies - Shell Deepwater Services, New Orleans, Louisiana**

Led multidisciplinary team in Exploration Prospect evaluation & risking, AvO & Amplitude Calibration, & served as Geophysical Discipline coordinator. Pioneered GoM Ocean Bottom Node Systems for Exploration Evaluation. President, Officer – Southeastern Geophysical Society. Shell Integrated Subsurface Conference Organizer & Univ-Lecturer at UNO.

**1997-1998 "Cinnamon" Offshore Development Project Manager, Shell Offshore, Inc. - New Orleans, Louisiana**

Supervised planning, construction and installation of technically innovative platform, deck and pipelines and development drilling in 700' water depth in Gulf of Mexico, ($120MM project is world's largest tripod. Led & Trained Sub-Salt Integrated Evaluation Team, including drilling and borehole evaluation.

Recipient of 1997 A.I. Levorsen Award for GCAGS Best Paper of 1997.

Treasurer – Southeastern Geophysical Society. Interpretation Technical Committee and Session

**1995–1997 "Enchilada" Subsalt Development Interpreter, Shell Offshore, Inc. - New Orleans, Louisiana**

Lead Staff Geophysical Interpreter for Subsalt Development, generating technically innovative detailed development plan for $300MM subsalt development project. Designed borehole "Through salt" drilling and borehole evaluation projects.

Recipient of Houston Geologic Society 1997 Best Paper of the Year.

**1992–1995 "South Pass 62" Redevelopment Interpreter, Shell Offshore, Inc. - New Orleans, Louisiana**

Lead Geophysical Interpreter for Mature Field Redevelopment deploying first GoM horizontal wells. Trainer for "Redevelopment Best Practices" within Shell Gulf of Mexico

**Broad, Early Career Experience**

**1989–1992 Senior Systems Analyst, Shell Information Technologies - Houston, Texas**

Responsible for IT for E&P Americas, including moving to Cray Supercomputers.

Awarded Shell Oil Company's President's Award for Seismic Processing Turnaround Facility Technology planning and implementation.

**1988–1989 Senior Geophysical Interpreter Coastal California, Shell Western E & P, Inc - Houston, TX**

Identifying Monterey subthrust fault traps in onshore coastal California strike-slip system using innovative 2D seismic designs, swath and gravity interpretation.

**1983–1988 Senior Geophysicist & Seismic Land Acquisition Crew Chief, Shell Western E & P, Inc - Houston, TX**

Operated land vibroseis, heliportable, deep shot-hole, and shallow auger hole seismic acquisition operations crews in Michigan, Colorado, Montana, Oklahoma, Arkansas, Texas, Washington and California. Shell's Onshore Seismic Processing Instructor for Noise Elimination and Statics.

**1981–1983 Seismic Processing Geophysicist, Shell Western E & P, Inc - Houston, TX**

Processed seismic in Michigan, Washington Columbia Basalt, Arkansas Ouachita Overthrust Belt, and West Texas. Introduced Vibroseis and Ground-Force Monitoring to Shell U.S.A.

Shell international training instructor for technical short courses.

**Education**

**1970–1972 U. S. Air Force Academy Colorado Springs, CO**
**1972–1981 Ohio State University Columbus, OH**

- **BS, Physics, Graduated Summa Cum Laude**
- **MS, Physics, Graduated Summa Cum Laude**
- **Ph.D., Nuclear Physics**

**External**

**Board of Directors SEG, SEAM, SEG Foundation; Member EAGE, APS, Sigma Xi; President of SEG-SGS 2001. SEG Technical Chairman 2006, 2015. 2012 Regional Honorary Lecturer for Middle East & Africa, Member SEG Foundation Trustees, Scholarship & Distinguished Lectures, DEI, JEDI, MRPC, and Membership Committees.**

**Recent Conference Presentations**

**Geophysical Society of Houston (GSH) – Spring Symposium (March 2026)**
**Invited Paper**
**"The Innovation Pivot: How Geophysics Shapes Business Outcomes"**

**SEG Europe Student Conference (Virtual) May, 2026**
**Opening Keynote**
**"Welcome to the 10th SEG Europe Virtual Student Conference"**

**The Ohio State University Earth Sciences Symposium -= Columbus (May 2026)**
**"Earth Science Careers in a Changing World: Energy, Sustainability, and ESG Opportunities."**

**The Leading Edge Journal (December 2025)**
**"Collaboration without borders — Bridging boundaries for geoscience breakthroughs**

**Hope College Invited Speaker - Michigan (October 2025)**
**"Navigating Your Path to Success - Building a Career in the Evolving Geo-Energy Industry**

**BGP Symposium – Chengdu, China (October 2025)**
**"Future Challenges and Opportunities in Geosciences for the Global Oil & Gas Industry"**

**Nigeria Association of Petroleum Engineers Conference (November 2025)**
**"4D Time Lapse Short Course" (2-days)**

**African Geo Café (Virtual) (February 2024)**
**"Navigating Your Path to Success - Building a Career in the Energy Industry**

**SEG Annual Conference – Anaheim (October 2018)**
**"On the cusp of change for Learning in the Oil & Gas Industry"**

**IPTC Bi-Annual Conference – Beijing (March 2013)**
**"Ocean Bottom Node Seismic at the Deepwater Bonga Field, Nigeria"**

**Offshore Technology Conference – Houston (May 2013)**
**"In-Well Distributed Fiber Optic Solutions for Reservoir Surveillance"**

**SEG Annual Conference – Houston (September 2013)**
**"Dual-Well 3D VSP in Deepwater Made Possible by DAS"**

**SEG Annual Conference - San Antonio (October 2011)**
**"Life-Cycle Seismic for Turbidite Fields in Deepwater Nigeria"**

**EAGE Annual Conference - Amsterdam (June 2009)**
**"The Bonga 4D: Shell Nigeria's First Deepwater Time Lapse Monitor"**

**Publications**

**December 2025 The Leading Edge Journal**
**"Collaboration without borders — Bridging boundaries for geoscience breakthroughs**

**May 2018 The Leading Edge Journal**
**"The Geophysicist of the Future"**

**August 2018 SEG Technical Program Expanded Abstracts**
**"On the cusp of change for Learning in the Oil & Gas Industry"**

**February 2017 The Leading Edge Journal**
**"How will you change the future?"**

**May 2016 The Leading Edge Journal**
**"Difficult times present unique opportunities"**

**Jun 2014 Conference Paper: Distributed Acoustic Sensing (DAS) for Reservoir Monitoring with VSP. Albena Mateeva · Jorge Lopez · Rocky Detomo · H. Potters · Wilfred Berlang · Samantha Grandi · Jeff Mestayer · Peter Wills · Barbara Cox · Denis Kiyashchenko**

**May 2014 Article: Distributed Acoustic Sensing for Reservoir Monitoring with Vertical Seismic Profiling. Albena Mateeva · Jorge Lopez · Hans Potters · Jeff Mestayer · Barbara Cox · Denis Kiyashchenko · Peter Wills · Samantha Grandi · Kees Hornman · Boris Kuvshinov · Wilfred Berlang · Zhaohui Yang · Rocco Detomo**

**Jan 2014 Conference Paper: Recent Advances in Seismic Monitoring of Thermal EOR. Albena Mateeva · Jorge Lopez · Kees Hornman · Peter Wills · Barbara Cox · Denis Alexandrovich Kiyashchenko · Wilfred Berlang · Hans Potters · Rocco Detomo**

**Jan 2014 Article: Recent Advances in Seismic Monitoring of Thermal EOR. Albena Mateeva · Jorge Lopez · Kees Hornman · Peter Wills · Barbara Cox · Denis Alexandrovich Kiyashchenko · Wilfred Berlang · Hans Potters · Rocco Detomo**

**Sep 2013 Article: Ocean Bottom Node Seismic: Learnings from Bonga, Deepwater Offshore Nigeria. Rocco Detomo, Jr. · Edwin Quadt · Carlos Pirmez · Reginald Mbah · Samuel Olotu**

**Oct 2013 Article: Distributed acoustic sensing for reservoir monitoring with VSP, Albena Mateeva, Jorge Lopez, Jeff Mestayer, Peter Wills, Barbara Cox, Denis Kiyashchenko, Zhaohui Yang, Wilfred Berlang, Rocky Detomo, Samantha Grandi**

**July 2013 Conference Paper: Recent Advances in Seismic Monitoring of Thermal EOR. Albena Mateeva · Jorge Lopez · Kees Hornman · Peter Wills · Barbara Cox · Denis Kiyashchenko · Wilfred Berlang · Hans Potters · Rocco Detomo**

**Jun 2013 Conference Paper: Ocean Bottom Node Seismic at the Deepwater Bonga Field, Nigeria. Edwin Quadt · Rocco Detomo · Carlos Pirmez · Reginal Mbah · Paul Milcik · Samuel Olotu · Jake Emakpor**

**Mar 2013 Article: Ocean Bottom Node Seismic at the Deepwater Bonga Field Nigeria. Edwin Quadt · Rocco Detomo · Carlos Pirmez · Reginald Mbah · Paul Milcik · Samuel Olotu · Jake Emakpor**

**Jan 2013 Conference Paper: Ocean Bottom Node Seismic at the Deepwater Bonga Field, Nigeria. Edwin Quadt · Rocco Detomo · Carlos Pirmez · Reginald Mbah · Paul Milcik · Samuel Olotu · Jake Emakpor**

**Lecture Series 2012 SEG Honorary Lecturer: 4D Time-Lapse Seismic Reservoir Monitoring of African Reservoirs. Rocco Detomo, Jr.**

**Jun 2011 Article: Introduction to this special section: Africa. Samuel Olotu · Rocco Detomo · Alan Jackson**

**Jan 2011 Conference Paper: Life-cycle seismic for turbidite fields in Deepwater Nigeria. Rocco Detomo · Edwin Quadt**

**Mar 2010 Article: Acquisition, Processing and Initial Impact of the Bonga 4D Seismic Survey (Oil & Gas Journal)**

**Jun 2009 Conference Paper: The Bonga 4D: Shell Nigeria's First Deepwater Time Lapse Monitor. A. Adejonw · I. Al-Mandhary · R. Detomo Jr · O. Effiom · W. Gouveia · N. Kremers · E. Legius · A. Maclellan · R. Mcclenaghan · A. Onuwaje · E. Quadt · S. Weaver**

**Jan 2006 Chapter: Analyzing power measurements for the 4-nucleon system below 6 MeV. T. R. Donoghue · R. Detomo · L. J. Dries · H. W. Clark**

**May 2005 Article: Quantitative Integrated Evaluation in the Mars Basin, Gulf of Mexico. B. W. Tichelaar · R. Detomo**

**Jan 2005 Article: Quantitative Integrated Evaluation with Explicit Large-Scale Shared Earth Models for Ursa Field. R. Detomo · B. Tichelaar**

**Jun 1993 Article: 4 Results and Conclusions of a Horizontal-drilling. E. P. Mason · M. J. Bastian · R. Detomo · M. N. Hashem · A. J. Hildebrandt**

**May 1981 Thesis: Polarization transfer coefficients at $E_d$ = 6 MeV for the charge symmetric $^3H(d, n)^4He$ and $^3He(d, p)^4He$ reactions. Rocco. Detomo**

**Mar 1981 Article: Charge symmetric reactions $T(d,n)^4He$ and $^3He(d,p)^4He$ below 6 MeV. H. W. Clark · R. Detomo · L. J. Dries · T. C. Rinckel · J. C. Brown · T. R. Donoghue**

**Mar 1981 Article: Polarization transfer coefficient measurements for the $^3He(d,p)^4He$ reaction. R. Detomo · H. W. Clark · T. C. Rinckel · J. C. Brown · T. R. Donoghue**

**Feb 1980 Article: $A_z(0)$ for the charge-symmetric $^3He(d,p)^4He$ and $^3H(d,n)^4He$ reactions below 6. 75 MeV. L.J. Dries · H.W. Clark · R. Jr. Detomo · J.L. Regner · T.R. Donoghue**

**May 1979 Article: $A_z(0)$ for the charge-symmetric $^3He(d,p)^4He$ and $^3H(d,n)^4He$ reactions below 6. 75 MeV. L. J. Dries · H. W. Clark · R. Jr. Detomo · J. L. Regner · T. R. Donoghue**

**Jan 1979 Article: Comparison of analyzing powers for the charge symmetric reactions $^2H(d,n)^3He$ and $^2H(d,p)^3H$ below 5.5 MeV. L. J. Dries · H.W. Clark · R. Detomo · T.R. Donoghue, Physics Letters B**

**Jan 1979 Article: Analyzing power measurements for p-$^3He$ elastic scattering from 1.75 to 4.50 MeV. R. Detomo Jr · H.W. Clark · L.J. Dries · J.L. Regner · T.R. Donoghue, Nuclear Physics A**

# Exhibit 2

# OTC 21587

# Asphaltene Management in GOM DW Subsea Development

Alberto Montesi, Chevron North America Exploration and Production Company, Robert Pinnick, Chevron North America Exploration and Production Company, Siva Subramanian, Chevron Energy Technology Company, Jianxin Wang, Chevron Energy Technology Company, Jeff Creek, Chevron Energy Technology Company

Copyright 2011, Offshore Technology Conference

This paper was prepared for presentation at the Offshore Technology Conference held in Houston, Texas, USA, 2–5 May 2011.

This paper was selected for presentation by an OTC program committee following review of information contained in an abstract submitted by the author(s). Contents of the paper have not been reviewed by the Offshore Technology Conference and are subject to correction by the author(s). The material does not necessarily reflect any position of the Offshore Technology Conference, its officers, or members. Electronic reproduction, distribution, or storage of any part of this paper without the written consent of the Offshore Technology Conference is prohibited. Permission to reproduce in print is restricted to an abstract of not more than 300 words; illustrations may not be copied. The abstract must contain conspicuous acknowledgment of OTC copyright.

## Abstract

The asphaltene management philosophy for Chevron's Blind Faith subsea development has evolved during the project and operations phases to incorporate additional experimental data, modeling results, and field observations. Initially, the project was designed with the philosophy of asphaltene mitigation via downhole injection of dispersants. After start up, operations identified the opportunity to halt asphaltene dispersant injection to wells operating outside of the asphaltene onset pressure (AOP). Based on field data analysis - both pigging returns & temperature sensors drift relative to model predictions - it was established that the asphaltene instability trend, ASIST, (Wang and Buckley, 2001; Buckley *et al*, 2006; Creek *et al*, 2009) model provides the most accurate representation of the asphaltene tendencies for the Blind Faith produced fluids, and its predictions are currently used to manage asphaltenes. The chemical cost per barrel for the field was reduced by approximately 25% due to the reduction in asphaltene dispersant consumption. During the second half of 2010, the operating conditions for some of the wells reached the predicted onset of asphaltene precipitation. Drifting of subsea temperature sensor, plugging of level bridles on topsides vessels, and accumulation in strainers occurred as a result, providing insight into the lack of effectiveness of asphaltene dispersants to mitigate these operational issues.

## Introduction

The Blind Faith development is composed of four subsea wells from two oil reservoirs in Mississippi Canyon Blocks 695 and 696 in approximately 7,000 ft of water depth. Wells 3 & 4 produce commingled fluids from two zones within the Pink reservoirs. Wells 1 & 2 produce from the Lower Peach reservoir. The wells are commingled into a subsea manifold with two 5 mile production flowlines tied back to a host facility located in Mississippi Canyon Block 650 in 6,500 ft of water depth. The field is jointly owned by Chevron (75% WI), and Anadarko Production Company (25% WI) with Chevron as the operator.

The Blind Faith reservoirs contain high pressure, undersaturated oils (28° to 33° API). From the discovery well, four sands were identified as potential production zones within the Pink and Peach reservoirs. Table 1 summarizes the fluid properties. Additional details and field schematic are available in a previous SPE paper. (Subramanian *et al*, 2009)

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

**Table 1 Properties of Blind Faith Fluids**

| | Upper Pink | Lower Pink | Upper Peach | Lower Peach |
|---|---|---|---|---|
| Reservoir Pressure ($P_R$) [psia] | ~ 13,500 | | ~ 17,000 | |
| Reservoir Temperature ($T_R$) [°F] | 216 – 230 | | 255 – 267 | |
| Bubble Point (BP) @ $T_R$ [psia] | 4,200 – 6,500 | | 1,800 – 2,000 | |
| STO Density [° API] | 28.3 | 29 | 28.5 | 33.3 |
| Multistage GOR (scf/STB) | 500 – 1200 | | 350 – 550 | |
| Saturates (wt%) | 39.1 | 54.0 | 49.6 | 59.8 |
| Aromatics (wt%) | 31.8 | 24.1 | 30.1 | 24.6 |
| Resins (wt%) | 27.4 | 19.1 | 14.5 | 13.2 |
| Asphaltenes (wt%) | 1.6 | 2.9 | 5.8 | 2.4 |

Asphaltenes are a solubility class of the crude oil defined as soluble in aromatic solvents and insoluble in paraffinic solvents. This class of compounds is typically polar molecules with relatively high molecular weight (~700 to 1,000) (Groenzin and Mullins 1999, Groenzin and Mullins 2000) and a density of about 1.2 g/cc. (Yarranton *et al*, 1996, Fenistein *et al*, 1995, Ray *et al*, 1957) Asphaltenes may precipitate from the crude oil during depressurization due to change in the relative volume fraction of the lighter components in the fluid. These precipitated asphaltenes may deposit on the pipe walls and valves or accumulate in equipment with high residence time or dead legs. (Creek 2005)

The challenges posed by asphaltenes include precipitation in the reservoir and near wellbore areas, deposition in subsurface / subsea equipment, and accumulation in topsides equipment. Proposed mitigation techniques include pipe coatings and continuous asphaltene inhibitor (dispersant) injection to stabilize asphaltene particles in the production fluid by minimizing agglomeration. Remediation techniques include regular solvent soaking, bullheading, and mechanical cleaning.

## Asphaltene Management Philosophy – During the Project Phase

The Blind Faith project asphaltene management design philosophy was based on solid detection system (SDS) / high pressure microscopy (HPM) tests, the de Boer criteria, and qualitative observation from analog fields in the Eastern Gulf of Mexico (GOM).

The asphaltene onset pressure was measured directly by visually inspecting the sample for solids (high pressure microscopy) and monitoring the light transmittance (solid detection system) during depressurization of live oil. (Oilphase-DBR 2005; Hammami *et al,* 2000; Karan *et al,* 2002) This measurement was experimentally challenging for the Blind Faith oil samples because there were solids present at all pressures tested and the samples were rather opaque. For a sample with no asphaltene onset, the light transmittance will increase following Beer's Law until the bubble point due to the decrease in fluid density. At the bubble point, the light transmittance will decrease due to scattering from gas bubbles as lighter components flash out of the liquid phase. For a sample with an asphaltene onset, the light transmittance will exhibit an inflection point before the bubble point, and that will be the AOP. For Blind Faith, the SDS/HPM analysis indicated that the Upper Pink and Upper Peach samples did not have a detectable asphaltene onset pressure. The Lower Pink showed an apparent asphaltene onset pressure of approximately 6000 psia at reservoir temperature. The Lower Peach showed an apparent asphaltene onset pressure of approximately 3000 psia at reservoir temperature.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

**Table 2** Summary of SDS / HPM Asphaltene Onset Pressures

| Sands | Well | Year | SDS/HPM Onset *Psia* |
|---|---|---|---|
| U. Pink | #1 | 2005 | No Onset |
| L. Pink | #1 | 2005 | 6000 |
| L. Pink | #1 | 2007 | 4500 |
| U. Peach | #1 | 2001 | No Onset |
| L. Peach | #1 | 2001 | 2700 |
| L. Peach | #2 | 2005 | No onset |
| L. Peach | #2 | 2005 | 3000 |

Solely depending on light transmittance to judge whether there is an asphaltene onset pressure is not reliable. HPM in Figure 1 shows the decrease of transmittance is induced by second liquid phase rather than asphaltene. An onset pressure of 11,500 psia would have been wrongly picked if there were no HPM inspections.




**Figure 1** Upper Pink HPM Depressurization Images (Oilphase-DBR 2005)

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 2** SDS Depressurization Trends for Upper Pink (top left), Lower Pink (top right), Upper Peach (bottom left), Lower Peach (bottom right) at Multiple Temperatures (Oilphase-DBR 2005)

The de Boer method of screening asphaltene stability (de Boer *et al*, 1995), as shown in Figure 3, indicates that asphaltene precipitation could be a problem for both the Pink & Peach fluids during primary depletion process. It must be noted that the de Boer plot gives a conservative estimate for the asphaltene instability mainly because it assumes asphaltene saturation at reservoir conditions. The plot was originally derived from Hirschberg model (Hirschberg *et al*, 1984) using empirical correlations of oil solubility parameter and molar volume as functions of in-situ oil density at 80°C. It has since been conveniently applied to other reservoir temperatures throughout industry without further verification.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 3** de Boer Plot for the Blind Faith Fluids (de Boer *et al*, 1995)

From a survey of the Eastern Gulf of Mexico at the project phase time, there was no documented case history of downhole asphaltene deposition.

Based on these results, the project philosophy was to include in each wellbore an injection point for asphaltene inhibitor (dispersant) near the sand face. (Subramanian, 2005) The additional CAPEX to have such injection capability was significant but the available data suggested – although with some uncertainty - the potential for asphaltene precipitation in the well bore. The asphaltene inhibitor consumption also represented the highest chemical OPEX for the field, accounting for approximately 50% of the total chemical spend.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

| Phase of Operation | Locaton | | | | | |
|---|---|---|---|---|---|---|
| | Reservoir | Wellbore | Subsea Equipment | Subsea Flowlines | Topsides | Export Lines |
| **Mitigation** | | | | | | |
| **Start-Up** | N/A | *Asphaltene Dispersant Injection* | *Treated via Wellbore* | *Treated via Wellbore* | *Treated via Wellbore* | N/A |
| **Steady State** | N/A | *Asphaltene Dispersant Injection* | *Treated via Wellbore* | *Treated via Wellbore* | *Treated via Wellbore* | N/A |
| **Shutdown** | N/A | N/A | N/A | N/A | N/A | N/A |
| **Remediation** | | | | | | |
| **Primary Technique** | *Solvent Squeezes* | *Solvent Soaks* | *Pigging* | *Pigging* | *Solvent Soaks* | *Pigging* |
| **Secondary Techniques** | *N/A* | *1) Coiled Tubing 2) Recompletion* | *Solvent Soaks* | *1) Solvent Soaks 2)Coiled Tubing* | *Shutdown Equipment & Clean* | N/A |

Both during the project phase and after field start-up, refractive index (RI) tests – interpreted using the newly developed ASIST thermodynamic model (Wang and Buckley, 2001; Buckley *et al*, 2006; Creek *et al*, 2009) – and deposition tests were conducted to verify asphaltene tendencies

The ASIST thermodynamic modeling (developed in collaboration with NMIMT) uses the refractive index of fluids at their precipitation point with various solvents to determine the asphaltene solubility parameter of the crude oil. The asphaltene phase envelope generated from these solubility parameters is shown below in Figure 4 through Figure 9. The technique also allows to characterize the kinetics of precipitation by conducting these RI tests for different times (from 10 min to 24 hrs) as shown in the figures.

The key results from this additional work were that while Pink fluids – both upper and lower – do not show significant asphaltene risk within the expected range of temperature and pressures in the well bore, the Peach fluids are predicted to precipitate asphaltenes. Mixing Pink and Peach fluids reduce the asphaltenes instability region – this is very relevant to field operations as Pink and Peach fluids are mixed in the flowline tying back the wells to the floating production facility.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 4 Lower Peach Asphaltene Onset Trend**




**Figure 5 80% Lower Pink+ 20% Upper Pink Asphaltene Onset Trend**

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 6** 75% Pink + 25% Lower Peach Asphaltene Onset Trend




**Figure 7** 67% Pink Mix + 33% Lower Peach Asphaltene Onset Trend

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 8** 50% Pink Mix + 50% Lower Peach Asphaltene Onset Trend




**Figure 9** 33% Pink Mix + 67% Lower Peach Asphaltene Onset Trend

While the industry can measure and predict the thermodynamics of when asphaltenes become unstable in the fluid and the kinetics of agglomeration to form much larger structures, there is no transport model to translate agglomeration or precipitation to deposition.

However, there are laboratory techniques and rules of thumb from field experience to qualitatively assess the risk of deposition. The deposition was measured with Schlumberger's Organic Solids and Deposition Control (OSDC) (Zougari *et al*, 2006) cell and with a capillary tube at NMIMT and at the Chevron Laboratory in Houston. (Wang *et al*, 2004) Both techniques have their limitations and the results need to be interpreted and validated before using them for decision-making.

The OSDC test conducted with Lower Pink oil in 2007 indicated:

- Oil without lift gas deposited 3 mg asphaltene out from 150cc sample. Apparent deposition flux from this deposit weight would be 3 g/m$^2$/day. However, due to the inherent background noise (~10 mg) from OSDC test, it is not conclusive if there was any deposition occurred from this test

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

The capillary deposition conducted with Lower Peach fluid at NMIMT in 2008 indicated an average deposition flux of 3-5 g/m$^2$/day over the following range of conditions:

- Precipitant: propane, n-C7, n-C10, n-C15
- Temperature: 70 & 120°C
- Flow rate: 12 cc/hr; flow time: 45 hours

The capillary deposition conducted with Lower Peach fluid at Chevron's Houston, TX Briarpark Laboratory in 2008 indicated an apparent deposition flux of 30 to 43 g/m$^2$/day based on pressure drop in the tube. See Table 3.

**Table 3** Lower Peach Capillary Tube Deposition Summary

| Oil | $C_3H_8$ | Asphaltene Dispersant Dosage | Flow Rate | Temperature | Time | Apparent Deposition from ΔP | Maximum Deposition from Profile | Notes |
|---|---|---|---|---|---|---|---|---|
| *vol %* | *vol %* | *ppm* | *cc / hr* | *°C* | *hr* | *g/m$^2$/day* | *g/m$^2$/day* | |
| 80 | 20 | 0 | 12 | 70 | 41 | 43 | 55 | Near onset condition |
| 80 | 20 | 500 | 12 | 70 | 45 | 30 | | Near onset condition |




**Figure 10** Lower Peach Capillary Tube Deposition Profile

Given this deposition rate, the deposit thickness can be estimated as a function of time as shown below.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 11** Deposit Thickness as a Function of Time and Deposition Flux

Operational data and observation were critical to determine the most appropriate management approach, as described in the next section.

## Operational Phase of Blind Faith

From start up, the asphaltene inhibitor was injected downhole as per the design philosophy into all four wells. Initially, the asphaltene inhibitor dosage was optimized with the asphaltene dispersion test (ADT) performed by the chemical vendor. In the ADT, a dead oil sample treated with a specific concentration of asphaltene inhibitor is added to an excess volume of n-heptane. The ratio of crude to precipitant is selected to yield approximately 5% solids by volume. The test measures the volume of asphaltene that agglomerate and settle. Typically the vendor suggests that a result with less than 1 or 2% by volume of asphaltene sediments in the test is stabilized (low risk of asphaltene related failures). (Cenegy, 2001)

**Table 4** Blind Faith Asphaltene Inhibitor Optimization via ADT

| Asphaltene Dispersant Dosage | Date | ADT Results | |
|---|---|---|---|
| *ppm* | | *Flowline A1* | *Flowline A2* |
| 250 | 11/21/2008 | 0.2% | 0.6% |
| 200 | 4/27/2009 | 0.1% | 0.2% |
| 150 | 5/26/2009 | 0.9% | 1.0% |

It was recognized during chemical reviews for the field, that the ADT was measured on commingled pink & peach fluids – due to commingling of wells subsea at the production manifold – and therefore was likely not representative of ADT for pink and peach fluid alone.

Due to this concern and the significant OPEX impact of the asphaltene inhibitor, the operations team began investigating alternative asphaltene philosophies. Rather than continuous injection regardless of pressure and temperature conditions, it was decided not to inject asphaltene inhibitor if the production was operating outside of the asphaltene onset region. Initially, the AOPs from SDS/HPM were applied for the implementation of this philosophy. Based on this data, the peach wells were operating at pressures above the AOP while the pink wells were operating at pressures below the AOP. Due to the perceived risk related to asphaltene instability (deposition on tubing or impairment of SCSSV during compliance testing) versus reward of reducing OPEX, the inhibitor was only halted to one of the peach wells on a trial basis.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

Case 4:20-cv-00576 Document 355-1 Filed 08/17/26 in TXSD Page 21 of 103






**Figure 12** Asphaltene Management Timeline for Operational Phase of Blind Faith

During this period of time, the operations team recorded two significant observations related to asphaltenes. Initially, the field observed a drift in the manifold temperature gauges relative to the wells when commingling pink & peach fluid in the flowlines. As discussed a previous paper – SPE 124535, this was attributed to asphaltenes depositing on the temperature sensors. (Subramanian *et al*, 2009) In addition, infield flowline pigging after the initial two months of production showed returns with asphaltenes, confirming precipitation and deposition in the flowlines for the commingled fluids. Note that for the Pink/Peach ratio during initial production, the ASIST model did predict asphaltene instability at flowline conditions. Also of relevance is that asphaltene inhibitor was being injected in all wells at the time, but it was clearly not effective in preventing or significantly reducing asphaltene deposition.

As the ratio of peach to pink declined, the temperature drift in the manifold from the well temperatures was no longer observed. This observation was reconfirmed with pigging after the second year of production when no solids were obtained. Again, this was consistent with the ASIST prediction of stable asphaltenes for commingled Pink/Peach fluids with higher Pink fraction.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022



**Figure 13** Blind Faith Pigging Returns from 1st Quarter 2009 in Field Pigging

Since field data supported the asphaltene onset region developed from the ASIST models, the operations team shifted from employing SDS/HPM for determining the requirement for asphaltene inhibitor. Pressure and temperature plots were developed to automatically track current field conditions versus asphaltene onset condition for each of the wells and the flowlines, as shown in the figures below, and therefore drive chemical treatment. Based on this work, asphaltene inhibitor injection was restored to the Peach wells and halted to the Pink wells. Thanks to this management approach, the chemical cost per barrel for the field was reduced by approximately 25%.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 14** Downhole and Wellhead Pressure and Temperature Relative to ASIST Predictions for Well 1 (top left), Well 2 (top right), Well 3 (bottom left), Well 4 (bottom right)




**Figure 15** Subsea Manifold and Topsides Pressure and Temperature Relative to ASIST Preductions for Flowline A1 (left) and Flowline A2 (right)

As the operating conditions for the peach wells transitioned to within the asphaltene onset region, and asphaltene inhibitor was being injected at the optimized rates suggested by the chemical vendor, the temperature sensors on the peach wells started to indicate a significant drift relative to the online Flow Management Tool (FMT) prediction. The FMT uses real-time field data and a transient multiphase flow simulation engine to dynamically predict temperature, pressure, and flow rate throughout the field. The models are constantly tuned and the match between field data and predicted values is typically very

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

good. Given the previous experience with temperature sensors drifting correlating to asphaltene depositing on the manifold, the drift data was analyzed to extract a deposition rate for asphaltene.

Figure 16 below show the temperature drift for temperature sensors (UT – temperature upstream of the subsea choke and in the Peach wells. The immediate (10 min) AOP and the equilibrium (24 hrs) AOP are indicated as well. It is apparent that the sensor starts drifting once the pressure drops within the equilibrium AOP. In both cases the temperature sensors start drifting well before reaching immediate AOP, which should be representative for the very short residence time of the unstable asphaltenes in these tree locations. It is hypothesized that the immediate AOP would be at higher pressures in these highly mixed systems (such as high flows through a tortuous path in a tree) versus quiescent conditions used in the laboratory to measure RI. In field conditions, kinetics could be faster than what is modeled from experiments because of better mixing, which may explain the observed drifts earlier than the predicted immediate AOP.

Figure 16 below shows the perfect match between predicted and measured temperature for one of the Pink wells, confirming that there is no asphaltene precipitation for these fluids.




**Figure 16** Temperature Difference between Wellhead Temperature (UT) and Model (FMT) for Well 1 (top left), Well 2 (top right), Well 3 (bottom left), Well 4 (bottom right)

The temperature drift data can be used to quantify the asphaltene deposition. It can be debated whether this drift is accumulation of asphaltene particles within the temperature probe or actual deposition of an asphaltene layer inside the wellbore.

The argument for accumulation is based on the fact that the temperature probe is recessed from the flow path with a perforated cap protecting the sensor. It would be possible for asphaltenes to accumulate in this dead leg.

The argument for deposition is based on the high thermal conductivity of steel surrounding the temperature sensor. Due to the high thermal conductivity, accumulation in the sensor would not significantly affect the temperature measurement. Thus the temperature sensors temperature drifts should correlate with deposition in the subsea equipment. With this assumption, the thickness can be estimated with a simplistic heat transfer model. The key assumptions are that the system (treebore, sensor and insulation) is approximated as a cylindrical pipe; convective heat transfer from production fluids is neglected; convective heat transfer from seawater is neglected. (Bird *et al*, 2002)

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

In this analysis the most significant assumption is the approximating the system as a cylindrical pipe due to varying thicknesses of insultation around the temperature probe. The upper to lower bound range from 3" to 0" of insulation.

From this analysis the deposition was estimated between 0.01" and 0.4" with a middle range estimate of 0.15".




Smoothing the data with a low pass filter and differentiating the deposition thickness with time, the deposition rate was obtained. The result for the upper bound is an order of magnitude above the capillary deposition rates and approach the upper bound of documented deposition such Hassi Messaoud deposition rates. (Haskett & Tartera, 1965, Groffe *et al*, 1995). The lower bound and the middle case are within the anticipated deposition rates. These results seem to validate the capillary deposition tube experimental methodology. Coupling the ASIST prediction with capillary deposition data would provide a very sound basis to predict and manage asphaltene issues in wellbores and flowlines.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 17** Estimated Deposition Rate for Well 2

The results also indicate that the asphaltene inhibitor is not effective for preventing deposition; the injection rates were increased repeatedly through the second half of 2010 (from 150 ppm to 500 ppm) with no apparent improvement to the deposition rate.

In late October 2010, the field observed a severe restriction in asphaltene inhibitor line for Well 1. While the cause of the restriction is unknown, the restriction was isolated between the tree and the chemical injection mandrel. When examining the deposition rates for Well 1 before and after the loss of subsea inhibitor, no substantial change was noticed. This observation further puts in question the effectiveness of asphaltene dispersants to prevent deposition. Note that the capillary deposition test for Peach oil was repeated with asphaltene dispersant, and again confirmed that the order of magnitude of deposition rate was not impacted (~25% reduction at best).

Clearly there are significant fluctuations in deposition rate from this estimation technique, but it would be reasonable to expect at least a positive qualitative impact of the asphaltene dispersant, which is not observed.

No remediation has been performed to date on these trees, because the deposit is not impacting production from the wells (rate is limited by hydrostatic pressure drop, not frictional). Moreover, intervention would be complex and relatively costly because no dedicated umbilical is available to perform an asphaltene solvent soak, and the tube used for asphaltene dispersant is too small to achieve the rates required.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022




**Figure 18** Estimated Deposition Rate for Well 1

Also during this time the field began to experience topsides issues associated with asphaltenes including plugging of level bridles and accumulation of asphaltenes in strainers. No statistically significant decrease in bridle cleaning was observed when increasing the asphaltene dispersant injection rates to either pink or peach wells once peach wells transitioned into the asphaltene onset region. These observations corroborate the conclusion that the asphaltene dispersant is only marginally effective to mitigate asphaltene issues. Therefore the plan is to mitigate/remediate topsides asphaltene issues with alternative techniques such as heat tracing the level bridles and installing permanent tubing topsides for easy xylene flushes.



**Figure 19** Asphaltene Accumulation in Export Pipeline Pump Inlet Strainers

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

## Lessons Learned

The key lessons learned from the evolution of the asphaltene management philosophy on Blind Faith were around preferred predictive models and experimental techniques; usefulness and cost effectiveness of asphaltene dispersants; and topsides design considerations for fields expected to have asphaltene issues. Based on the level of accuracy obtained from the ASIST model in representing the asphaltene onset region for Blind Faith, ASIST thermodynamic model is recommended to assess asphaltene onset conditions instead of alternative (and often more expensive) techniques including live oil depressurization measurements. Moreover, the capillary deposition test – while still only qualitative – appears to be a cost effective choice to assess range of deposition risk and make better decision while balancing CAPEX and OPEX consideration in both project and operational phases.

The asphaltene inhibitor currently used in many deepwater fields are somewhat mislabeled as inhibitor, because their effect is dispersing and reducing flocculation of asphaltenes, not inhibiting and preventing precipitation and/or deposition. Based on the lack of effectiveness of these asphaltene dispersants to prevent deposition as observed in the laboratory and confirmed with field data, the accuracy and meaningfulness of the ADT tests routinely used by the chemical vendor community to optimize asphaltene dispersant dosage comes into question. Moreover, the significant OPEX cost of the asphaltene dispersant (>50% of total chemical OPEX in Blind Faith) appears difficult to justify given the documented limited effectiveness. A better option for deepwater projects might be to include injection capability for asphaltenes solvent at critical locations in the tree and wellbore (i.e. close to the SCSSV, close to the subsea choke) at rates sufficient to soak and dissolve deposits (i.e., remediation readiness versus costly ineffective mitigation).

For fields expected to have asphaltene issues throughout asset life, it is recommended to include in the topside design user friendly and ergonomic system for operations to clean level bridles, strainers, and other locations where asphaltene accumulation is likely. In addition, allow for sufficient redundancy of equipment or a bypass to isolate these locations for cleaning without impacting production operations.

## Acknowledgements

The authors wish to thank the cross functional team (especially the entire Chevron Blind Faith Operations team, Dave Barbin, Joey Smoorenburg, Jennifer Pinnick, Martin Price, and Greg Sinclair) for their contributions to the asphaltene management philosophy and implementation on Blind Faith over the years. The permission granted by Chevron's management, partners Anadarko Petroleum Corporation, Union Oil Company of California, to publish this paper is much appreciated.

## References

Bird, R. Byron, Warren E. Stewart, and Edwin N. Lightfoot. Transport Phenomena. New York: J. Wiley, 2002.
Buckley, J. S., J. X. Wang, and J. L. Creek. "Solubility of the Least Soluble Asphaltenes." Asphaltenes, Heavy Oils and Petroleomics. Ed. O. Mullins, E. Sheu, A. Hammami, and A. Marshall. Kluwer Academic, 2006.
Buckley, J.S., G.J. Hirasaki, Y. Liu, S. Von Drasek, J-X. Wang, and B.S. Gill. "Asphaltene Precipitation And Solvent Properties Of Crude Oils." Petroleum Science and Technology 16.3 (1998): 251-285.
Cenegy, Lawrence M. "Survey of Successful World-Wide Asphaltene Inhibitor Treatments in Oil Production Fields." SPE 71542. 2001 SPE Annual Technical Conference and Exhibition. New Orleans. 30 Sept. - 3 Oct. 2001.
Creek, Jefferson L. "Freedom of Action in the State of Asphaltenes: Escape from Conventional Wisdom." Energy & Fuels 19.4 (2005): 1212-1224.
Creek, J. L., J.X. Wang, and J.S. Buckley.:"Verification of Asphaltene-Instability-Trend (ASIST) Predictions for Low-Molecular-Weight Alkanes." SPE 125203. 2008 Offshore Technology Conference. Houston. 5-8 May 2008.
Creek, J.L., J.X. Wang, and J.S. Buckley. "Verification of Asphaltene-Instability- Trend (ASIST) Predictions for Low-Molecular-Weight Alkanes." J. SPE Productions & Operations (2009): 360-367.
de Boer, R.B., K. Leerlooyer, M.R.P. Eigner, and A.R.D. van Bergen. "Screening of Crude Oils for Asphalt Precipitation: Theory, Practice, and the Selection of Inhibitors." SPEPF (1995): 55-61.
Fenistein, D., L. Barre, D. Broseta, D. Espinat, A. Livet, J-N. Roux, and M. Scarsella. "Viscosimetric and Neutron Scattering Study of Asphaltene Aggregates in Mixed Toluene/Heptane Solvents." Langmuir (1998): 1013-1020.
Groenzin, H., and O.C. Mullins. "Asphaltene molecular size and structure." J. Phys. Chem. A 103 (1999): 11237–11245.
Groenzin, H., and O.C. Mullins. "Molecular sizes of asphaltenes from different origin." Energy & Fuels 14 (2000): 677.
Groffe, P., J.L. Volle, and A. Ziada. "Application of Chemicals in Prevention and Treatment of Asphaltene Precipitation in Crude Oils." SPE 030128. European Formation Damage Conference. 15-16 May 1995.
Haskett, C.E., and M. Tartera: "A Practical Solution to the Problem of Asphaltene Deposits – Hassi Messaoud Field, Algeria," SPEPO (1965): 387-391.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

Hammami, A, C.H. Phelps, T. Monger-McClure and T.M. Little. "Asphaltene Precipitation from Live Oils: An Experimental Investigation of Onset Conditions and Reversibility." Energy & Fuels 14.1 (2000): 14–18.

Hirschberg, A., L.N.J. deJong, B.A. Schipper, and J.G. Meijer. "Influence of Temperature and Pressure on Asphaltene Flocculation." SPE 11202. SPEJ (1984): 283-293.

Karan, .K, A. Hammami, M. Flannery and A. Stankiewicz: "Systematic Evaluation of Asphaltene Instability and Control During Production of Live Oils: A Flow Assurance Study," American Institute of Chemical Engineers Spring National Meeting. New Orleans. 10-14 March 2002.

Oilphase-DBR. "Asphaltene Deposition Tendency & Wax Appearance Temperature for Blind Faith (MC 696)." Report No. 20052561. (2005).

Ray, R.B., P.A. Witherspoon, and R.E. Grim. "A Study of the Colloidal Characteristic of Petroleum Using the Ultracentrifuge," J. Phys. Chem. 61 (1957): 1296-1302.

Subramanian, Siva. "Asphaltene Deposition Blind Faith Fluid Properties Workshop." Blind Faith Fluid Property Workshop. (2004).

Subramanian, Siva, M.P. Price, and R.A. Pinnick "Flow Assurance Design and Initial Operating Experience from Blind Faith in Deepwater Gulf of Mexico." SPE 124535. 2009 SPE Annual Technical Conference and Exhibition. New Orleans. 4-7 Oct. 2009.

Wang, Jianxin. "Asphaltene Stability for Gas Lift Blind Faith Oils." (2010).

Wang, J.X., and J.S. Buckley. "An Experimental Approach to Prediction of Asphaltene Flocculation." SPE 64994. 2001 SPE International Symposium on Oilfield Chemistry. Houston. 13-16 Feb. 2001.

Wang, J. X., J.S. Buckley, and J.L. Creek. "Asphaltene Deposition on Metallic Surfaces." Journal of Dispersion Science and Technology 25.3 (2004): 287–298.

Yarranton, H.W. and J.H. Masliyah. "Molar Mass Distribution and Solubility Modeling of Asphaltenes," *AIChE J* 42.12 (1996): 3533-3543.

Zougari, M., S. Jacobs, J. Ratulowski, A. Hammami, G. Broze, M. Flannery, A. Stankiewicz, and K. Karan. "Novel Organic Solids Deposition and Control Device for Live-Oils: Design and Applications." Energy & Fuels 20 (2006): 1656-1663.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/11OTC/All-11OTC/OTC-21587-MS/1671163/otc-21587-ms.pdf/1 by Joshua Stelzer on 15 November 2022

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------x

IN RE: ANADARKO PETROLEUM Case No.
CORPORATE SECURITIES LITIGATION 4:20-cv-576

--------------------------------x

December 16, 2022
10:07 a.m. (CST)

REMOTE VIDEOTAPED DEPOSITION
of LYNDON PITTINGER, held at the above time and date taken before Erica Ruggieri, RPR, CSR and Notary Public of The State of New York.

* * *

fault. It would depend on the amount of permeability of reduction that you have at the fault, which happens quite often in deformation bands and the stress and strain that occurs near the fault as the rock grains are crushed, so there's a continuum of sealing, partially sealing and not sealing faults.

Q. If we go to, back to paragraph 22, in the last sentence you say, you make a reference to public statements. What public statements are you referring to?

A. I'm sorry, which line in paragraph 22?

Q. The very last line.

A. In the context of this case public statements weren't the focus of my work. I reference it here, but it does not -- it is not a main part of my report. I'm not aware of other places in the report that have -- may opine on what was said to the public. In general, that was

outside the scope of my report.
Q. Paragraph 25 you use the word, the last word "compartmentalization." Does that mean the same thing as isolation?
A. A compartment would be isolated from the compartment next to it. So it's a property of the compartment but it doesn't necessarily mean the same thing.
Q. Let's see. In paragraph 29 you are talking about asphaltene pressures.
Do you see that?
A. Yes.
Q. And you say that: "Once the pressure falls below the AOP, permeability is badly damaged."
And then the next sentence says: "In other words, the presence of high asphaltene pressures requires more expensive solutions."
Does the presence of high asphaltene pressures necessarily make a project noncommercial?

MS. JENSEN: Objection. I'm sorry, just object to foundation. Object to the extent it calls for speculation.

A. In the context of this case this appears to be outside the scope of my report.

Q. Okay. Are you familiar with any projects where the presence of asphaltene render the project uncommercial.

A. No, I don't -- I'm not familiar with projects.

Q. Are you aware of any projects where there was the presence of asphaltene but steps were taken that allowed the projects to continue?

MS. JENSEN: Objection to form. Are you including in this question the question before this case?

MR. GRUENSTEIN: I'm referring to any projects, whether this case or another case.

Let me ask the question again.
Q. Are you aware of any projects where the presence of asphaltene existed but the project was able to continue?
A. In the context of my report, I did not focus on asphaltene deposition problems outside of this field. I was focused on the information and the data that was relevant to this field.
Q. Have you ever worked on a project where asphaltene was present?
A. No.
Q. Are you familiar with the sorts of mitigation techniques that are available to address the presence of asphaltene?
A. In the context of this report, I did review some documents, Anadarko documents and also workshops for, with partners that talked about mitigation processes.

I did encounter one paper recently that -- that I can provide the Bates number, where Nikhil Joshi, who is the flow assurance expert. Flow assurance is the specialty that addresses keeping wells from plugging up essentially. And Nikhil Joshi was the flow assurance expert for Anadarko and he described the development concept of maintaining pressure to prevent asphaltene deposition in the reservoir as far-fetched. But I did see that one comment.

There was also a workshop in November of 2014 in which they talk about intervention frequencies that would be entirely too expensive to ever be commercial or referencing needing -- potentially having to do coil-tubing cleanouts.

One of the only ways to address the deposition of asphaltenes in the wellbore were if they gave a range of clean-up

frequency of one to two years and an average clean-up cost of 44 million. Where if you had every two years ten wells cleaned out every ten years you would have many -- several billion dollars of expense to take the -- remove the tar from the production tubing.

So there were, you know, some reports that talked about mitigation processes -- procedures and processes, actions that helped mitigate or that are required to mitigate the presence of asphaltene plugging up your system, production system.

Q. And is your knowledge of mitigation procedures based on documents exclusively that were produced in connection with this case?

A. I reviewed some SPE documents but did not rely on them in the writing of my report. I did try -- that's all I have to say.

# Exhibit 4

# Document Produced in Native Format

ANADARKO



ANADARKO
SHENANDOAH BASIN

# Asphaltene Mitigation

April 2015

# Agenda

- Asphaltene Review for Shenandoah
- Industry State-of-Art
- APC Experience
- Path Forward

# Phase 1 Fluids Testing Summary

## WR 51 #2 (Appraisal Well) (Less than 1wt% OBM in ALL samples)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/ Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| UW2 | 29,329 | 22,798 | 197 | 3,618 | 35.2 | 1,119 | 1.64/1.89 | 0.99/0.40 | 11,799 | 67 |
| UW 3 | 29,576 | 22,906 | 200 | 3,731 | 35.7 | 1,122 | 1.42/1.68 | 0.89/0.38 | N/A | 74 |
| UW3 | 29,791 | 22,981 | 202 | 3,611 | 35.5 | 1,147 | 1.41/1.67 | 0.89/0.39 | N/A | 67 |
| UW3 | 29,907 | 23,024 | 203 | 3,717 | 33.5 | 1,318 | 1.38 / 1.61 | 0.88 / 0.38 | 11,496 | 49 |
| LW A | 30,010 | 23,067 | 204 | 3,666 | 36.5 | 1,151 | 1.38 /1.61 | 0.91/0.31 | N/A | 70 |
| LW A | 30,181 | 23,134 | 205 | 3,837 | 35.7 | 1,210 | 1.43/1.67 | 0.84/0.37 | 11,908 | 53 |
| LW B | 30,323 | 23,185 | 207 | 3,797 | 35.6 | 1,237 | 1.46/1.71 | 0.90/0.55 | 11,867 | 58 |
| LW C | 30,589 | 23,301 | 210 | 3,883 | 35.4 | 1,448 | 1.47 / 1.73 | 0.48 / 0.47 | 11,719 | 59 |
| LW D | 30,892 | 23,497 | 212 | 4,344 | 36.6 | 1,819 | 1.57 / 1.89 | 0.49 / 0.27 | 13,480 | 70 |
| LW E | 31,068 | 23,663 | 214 | 2,969 | 24.3 | 734 | 1.2 / 0.6 | 1.2 / 0.6 | 5,545 | 72 |

## WR 52 #1BP2 (Discovery Well) (Currently not used for any workflow)

| | MD (Ft) | P res (Psia) | T res (F) | Psat (Psia) | API | GOR (scf/stb) | FVF (bbl/stb) Res/Sat | Viscosity (cp) Res/Sat | AOP (Psia) @ Tres | WAT (F) |
|---|---|---|---|---|---|---|---|---|---|---|
| LW D | 29,348 | 22,635 | 190 | 3,168 | 26.3 | 867 | 1.23/1.43 | 3.4 / 0.9 | 8,465 | 79 |
| LW E | 29,620 | 22,892 | 190 | 3,165 | 26.1 | 852 | 1.24/1.41 | 3.1 / 1.0 | 8,635 | 91 |

# Asphaltene Phase Envelope



# Asphaltene Deposition



# Asphaltene Deposition – UW3 Results



# Asphaltene Concerns for Shenandoah

- **Asphaltene onset pressures relatively high**
- **Early life deposition likely in tubing**
- **Deposition significantly higher at lower flow rates**
- **Productivity decline is possible in late life after 12,000+ psi of depletion in the reservoir**
- **Commingling of zones may exacerbate asphaltene precipitation concerns**

- **Chemical effectiveness selected based on dispersion**
- **Best chemical offers only 20 – 30% inhibition**
- **Field plugging known to occur with best chemical**
- **Chemical composition of deposits from depressurization are different from C7 precipitation**
- **New methods of testing developed by each chemical company**




| | H/C ratio | Asphaltene content of deposit | Sulfur content |
|---|---|---|---|
| | | (%) | (wt%) |
| **Depressurization** | 1.06 | 23 | 5.3 |
| **C7 precipitation** | 1.09 | 26 | 12.1 |

# APC Asphaltene Experience

- **Xylene tubing Soaks**
  - GC 562 #3
  - GC 768 #1 - #4
  - GC 680 #3 - #6
- **New solvent soak**
  - GC 562 #3 (by end of August)
- **Near wellbore stimulations**
  - GC 562 #3
  - GC 680 #3, #4, #5
- **Plans**
  - Alternate solvent soak for GC 562 #3, GC 680 wells

# Path Forward

- **Evaluating tubing coating**
- **Engaged 3 chemical companies (NalcoChampion, BakerHughes, Clariant)**
  - NC has already developed field trial ready chemicals
  - BakerHughes and Clariant work is initial lab testing stages
- **Challenges to compare lab results**
- **Possible field trials for each recommendation in 2016**
- **Additional pressurized fluid testing with Shen-4 fluids (assuming we get oil for the well being drilled)**

# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------x

| | |
|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Civil Action No. 4:20-cv-00576 |

------------------------------------------------x

REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
ROBERT ALVIN WALKER
Thursday, October 20, 2022

Reported By: Lynne Ledanois, CSR 6811
Job No. 5378979

for 2014?

A Target compensation is different than realized compensation. But I don't -- to answer your question, I believe target compensation as represented on this sheet is correct.

Q What is the difference between target compensation and realized compensation?

A Certain grants that are made based on performance, meaning either the pool factor for the company's annual incentive compensation plan, stock options or performance units, over time the performance of the share price of the company created a variable component to what is target versus realized.

And certain stock options are in the money, some days they're out of money and sometimes by the time the option expires, as an example, it might be expired worthless. So it might have been target at the time it was granted at that point in time, or in this case an update to what had been previously granted.

But as the compensation is realized, it may or may not be equivalent to what was targeted at the time of grant.

Q Why don't I show you what's already been

marked as Plaintiff's Exhibit 373 for identification.

A Do I need to scroll to it?

Q I'll tell you when it's available.

A Okay.

Q It should be available on your screen now.

A Okay. I see a total compensation tally sheet for R.A. Walker. Is that the same one you see?

Q Hold on one moment.

I have a document up that reads "Annual Review of Nonmanagement Director and Officer Stock Ownership."

Do you see that, Exhibit 373?

A All I've got is this is the third page of 20, the title at the top is "Total Compensation Tally Sheet, R.A. Walker."

Q That's puzzling. I don't know why you don't have Exhibit 373 up.

MR. SLIFKIN: Hang on just a minute. See where it says Exhibit 410, Al?

THE WITNESS: Yes.

MR. SLIFKIN: There is a little back arrow where it says Exhibit 410. You have to go to the back arrow and you get back to the folder.

MR. SHIPLEY: Go back to marked exhibits.

(Discussion off the record.)
THE WITNESS: Okay. "Annual Review of Nonmanagement Director and Officer Stock Ownership." Is that the same one you have?
BY MR. DROSMAN:
Q Yes, that's the correct document.
Do you see that it's marked Exhibit 273? That has been since renumbered as 373, so that's how I'll refer to it going forward today.
And what is an annual review of nonmanagement director and officer stock ownership?
A This would have been a work product for the compensation committee.
Q And when you say "compensation committee," you're referring to the board of directors; is that right?
A Right, the compensation committee of the board of directors.
Q And have you seen one of these before?
A Yes.
Q And this was provided to the board for what purpose?
A I think it was just an update on how prior grants and ownership of both the nonmanagement directors and management directors, in the case of me,

what those holdings look like and what the benefits were at that point in time.

Do you see at the bottom it says, "No action required"? This is information only for review.

Q If you turn to the fourth page of Plaintiff's Exhibit 373, it's entitled "Officer Stock Ownership Summary."

Do you see that?

A Yes, I do.

Q And you see that there is a table with CEO and executive vice presidents on the upper right-hand side -- upper left-hand side?

A I do.

Q And you're the first name mentioned; correct?

A That's correct.

Q This is as of June 30th, 2015; right?

A That looks to be correct, yes.

Q And it indicates that your base salary was $1.3 million; is that correct?

A That's correct.

Q And then if you scroll over to the right, you see that it says, "Dollar Value of Total Shares Owned."

Do you see that?
A Yes. 26.4 million, is that what you're looking at?
Q That was -- yes.
That was the dollar amount of shares that you owned as of June 30th, 2015; right?
A That would have been -- I believe I'm correct in this, that would have been anything I received and restricted stock ownership, shares I bought outright on my own after tax or any shares that were granted to me as part of stock options that had been converted at that point into actual shares. I believe that's what that column represents.
Q So in total, the dollar value of all of those shares owned by you was $26.452 million; is that right?
A Correct. My only hesitation is there is a Footnote 3 and without knowing what that Footnote 3 reads, I would be a little hesitant to say yes or no definitively. But I generally believe what you just said to be correct.
I just don't know what that Footnote 3 is intended for.
Q The Footnote 3 appears on Page 6 and reads, "Value is based on trailing 52-week daily

average stock price as of June 30th, 2015."
Does that change your response in any way?
A Yes. Because between 2014 around November and by this period of time in 2015, the price of oil had substantially changed and I'm sure the share price had done something fairly similar to what the oil price change.
So if it's a trailing 12, that would take in periods that preceded it and that would be much higher than the current term.
Q I will show you what's already been marked as Plaintiff's Exhibit 372 for identification.
Plaintiff's Exhibit 372 should be available to you on your browser.
A Tell me again what the title of the file looks like. The next one over is "Officer Stock Ownership Summary," is that it?
Q Yes. You should see that the title of the document should say Tab 3, Exhibit 372. And it's entitled "2015 Tally Sheets."
A Okay. I've got that. Sorry.
Q You see that on the second page --
A I don't know if I have it or not. I'm not sure I know which file he's asking me to look at.
MR. SHIPLEY: I'm back in the room. Are

you on Tab 3, Exhibit 372?

THE WITNESS: Correct.

MR. SHIPLEY: What page do you want him to be on?

MR. DROSMAN: I did not direct him to a page yet.

MR. SHIPLEY: Okay.

THE WITNESS: So I'm back to -- the first page of this says "2015 Tally Sheets"?

BY MR. DROSMAN:

Q Correct.

A Okay.

Q So take a look at the second page of the document.

A Okay.

Q You see it says, "Executive Committee Compensation Tally Summary"?

A Yes.

Q And there your total compensation for 2015 is listed at 14,087,530; right?

A Correct.

Q And the total benefits and perquisites are listed in value as $5.838 million; is that right?

A That's what the tally sheet shows, yes.

Q Is that consistent with your recollection?

A I don't have a recollection of this tally sheet. But I believe that to be correct in terms of if the tally sheet is correct, then the number is correct. But I don't have a recollection of this tally sheet.

Q Do you have any reason to believe that the numbers on the tally sheet are incorrect with respect to --

A I have no reason to believe they are incorrect.

Q If you refresh your browser, you should be able to see Plaintiff's Exhibit 411 now.

(Exhibit 411 was marked for identification by the court reporter.)

THE WITNESS: This would be which title at the top?

BY MR. DROSMAN:

Q The title at the top is "Executive Committee Compensation Tally Summary."

Do you see that?

A This is the one dated 9/30/2015?

Q "As of 9/30/2016."

Do you see that?

A No. Sorry, I don't have that.

Q "Years of service (as of 9/30/2016)"?

A I have to ask Mr. Shipley to come back in.
MR. SHIPLEY: That works too. Was it 372 or 373, Dan?
MR. DROSMAN: This is Exhibit 411.
THE WITNESS: Thanks. I see it.
This one is 9/30 of 2016, yes.
BY MR. DROSMAN:
Q Do you have the document in front of you now?
A I do.
MR. DROSMAN: And just for the record, the documents contains Bates Numbers APC-0078489 to 0078 --
THE WITNESS: Is that a question?
MR. DROSMAN: -- 487. I was trying to read the ending Bates.
THE WITNESS: Oh, I thought you were asking me a question.
BY MR. DROSMAN:
Q If you turn to the second page of this, do you see it says, "Total Compensation Tally Sheet R.A. Walker"?
A Yes, I have that. This would be actual '15 delivered, target 2016 opportunity; correct?
Q Correct. And I take it that the actual

'15 delivered is what you actually received; is that accurate?

A That would have been what I believe was actually granted in that particular calendar year.

Q And it shows for 2015, that your total direct compensation was over $8 million; correct?

A I'm not sure I would agree with that. I think 3.2 probably is direct. The rest of this would be performance based awards for time and service awards to get to be almost 8.2.

Q The chart -- if you look at the chart, you see it says "Annual Compensation" in the upper left-hand corner?

A Mm-hmm, yes.

Q And if you look down, there's another shaded area that says, "Total Direct Compensation."

Do you see that?

A In that particular case, yes. I thought you were asking me a different question.

Yes, I agree with you that the line item "Total Direct Compensation" is 1.895 million.

Q I think you may have misstated that. The total direct compensation listed is 8.196 million --

A I'm sorry, you're correct. .1. -- it's so hard to read from a distance, but yes, you're correct,

8.195.

Q So it's fair to say that you received, in 2015, 8.195 million in total direct compensation; is that correct?

A As was represented on this tally sheet, I agree with that.

Q Do you have any reason to believe that that's incorrect?

A I don't have any reason to believe it's incorrect. But I've never -- I don't recall this tally sheet. It probably was a tally sheet that frankly was not done in my presence.

Q And then if you look below the total direct compensation, it says, "Total Benefits and Perquisites."

Do you see that?

A I do.

Q And that indicates that you received $2.747 million in 2015 of total benefits and perquisites; correct?

A That's what the tally sheet shows, yes.

Q And the perquisites and benefits that you received are listed above; right?

A That's correct.

Q And so you received money for an executive

physical; correct?

A That's correct.

Q You received over $3,000 for an executive physical in 2015; is that right?

A That's what this tally sheet shows, I agree with that.

Q Is that inaccurate?

A I don't know it to be. On the other hand, this is -- this would be a tally sheet I would never have seen. This would have been done by the comp committee away from my presence.

Q You don't have any reason to believe that it's inaccurate that you received over $3,000 for an executive physical; correct?

A I have no reason to believe it to be incorrect.

Q You also received Anadarko paid over $34,000 for your country club membership; is that right, for 2015?

A That's what the tally sheet shows, yes.

Q And you received retirement plan money of over $2.2 million; is that accurate, for 2015?

A That is correct as the tally sheet represents it. I have no reason to think it's incorrect.

Q It looks like Anadarko paid for your health insurance in 2015 in the amount of $24,176; is that right?

A I agree that's what the tally sheet shows.

Q You don't have any reason to doubt the accuracy of that; correct?

A I do not.

Q And so for 2015, you received total compensation and benefits of over -- well, almost $11 million; correct?

A Correct. I do agree that's what the tally sheet shows.

Q Once again, you don't have any reason to believe that that's not true; correct?

A I do not, but one more time, I've never seen this tally sheet before, it would not have been done in my presence.

Q Let's look at the target 2016 opportunities. You had a target '16 opportunity of total direct compensation of 14 -- over $14 million; correct?

A I had an opportunity to make that much money, yes.

Q And your benefits and perquisites had been increased for 2016 as well; correct?

A It looks like the retirement and related types of accruals increased, yes.

Q From $2.2 million to $3.8 million; correct?

A Right, an estimated increase in the accrued benefit -- pension benefits for that particular grant that year.

Q And so your total compensation and benefits stood to increase from almost $11 million in 2015 to $18.496 million in 2016; correct?

A I think what that column is actually saying is I had the opportunity to make that much money based upon the valuation of the at-risk compensation as shown in that column, which was probably using a Monte Carlo simulation to come up with the value of the options and something similar to that with the valuation grants, all of which I suspect and probably was done by an outside consultant to the comp committee.

Again, I don't know what those Footnote 1s represent, but absent not knowing what Footnote 1 is representing, I would stand by the comments I just made.

MR. DROSMAN: I'll show you what we'll mark as Plaintiff's Exhibit 412 for identification.

If you refresh your browser now, it should be available.

(Exhibit 412 was marked for identification by the court reporter.)

MR. DROSMAN: For the record, Plaintiff's Exhibit 412 consists of an email and attachment bearing Bates numbers APC-00771473 --

THE WITNESS: Mr. Drosman, help me with which exhibit you want me to turn to.

MR. DROSMAN: Let me finish making the record.

To 771481.

If you refresh your browser, that should be available to you. Again, it's Plaintiff's Exhibit 412.

THE WITNESS: Exhibit 412?

BY MR. DROSMAN:

Q Correct.

A Okay. All right.

Q Do you have that up?

A I'm going to describe this as "Payout Confirmation and Distribution Timing" is the subject of the email. And this is to me from -- I can't read who it's from. Oh, Blake Atkins, okay.

Q So you have Plaintiff's Exhibit 412 up on

your screen now?

A Well, let's make sure I'm looking at the right document. Is it the email I just made reference to?

Q The first page of the email bears the Bates numbers, and I'm referring to the document control number on the bottom right-hand corner, of APC-00771473.

Do you see those numbers?

A I do see those numbers and that's an email that goes from Blake Atkins to Al Walker.

Q This is the email string and attachment that you received; correct?

A Could you help me to make sure I'm looking at the right document? This is the email from Blake Atkins to Al Walker?

Q Does the email bear an exhibit sticker, Exhibit 412?

A Yes.

Q You're looking at the correct document.

You received this email and attachment; correct?

A Would you like me to look at the attachment?

Q If you need to look at the attachment to answer my question, you're welcome to do so.

# Exhibit 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re ANADARKO PETROLEUM ) Civil Action No.
CORPORATION SECURITIES ) 4:20-cv-00576
LITIGATION )
________________________________ )

VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED

DEPOSITION OF ERNEST A. LEYENDECKER, III

Thursday, September 22, 2022

Remotely Testifying from Houston, Texas

Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083
Job No. 5378982

A. It appears so.
Q. And a -- a stock grant of 1.5 million in 2014; right?
A. Yeah, it appears so.
Q. So in total, you received compensation 10:53:04 valued at more than 2.395 million in 2014; correct?
A. It appears so.
Q. 2015, you received a base salary of $420,000; is that right?
A. It appears so. 10:53:19
Q. A bonus amount of $436,154; right?
A. It appears so.
Q. And a stock grant valued at $1.604266 million; right?
A. It appears so. 10:53:38
Q. So in 2015, you received compensation of more than 2.46 million; is that right?
A. It appears so.
Q. And then in 2015 [verbatim], your base salary increased to $575,000; right? 10:53:53
A. It appears so.
Q. An increase of about a hundred and --
MR. SLIFKIN: Objection. I think you said 2- -- "2015."
Did you mean 2016? 10:54:02

MR. DROSMAN: I did.
BY MR. DROSMAN:
Q. In 2016, your base salary increased to more than five -- to $575,000; right?
A. It appears so. 10:54:10
Q. And that was when you were appointed executive vice president; right?
A. It appears so, yes.
Q. The same year that you joined the executive committee; right? 10:54:20
A. Yes.
Q. An increase in your base salary of more than $150,000; right?
A. It appears so.
Q. Okay. Now let's look at your bonus. 10:54:32
Do you see it says "AIP Award"; right?
A. Yes.
Q. What's "AIP" refer to?
A. I believe it stood for annual incentive program. 10:54:45
Q. Okay. And then there's a "Target % Oppty"; right?
A. Yes.
Q. And that's the percent of the total bonus pool that you could have obtained; right? 10:54:56

A. Yes.
Q. Okay. And this bonus structure took into account resource projections, didn't it?
A. No.
Q. There -- there was no account resource projection taken into account in your bonus? 10:55:11
A. No.
Q. Okay. So account resource projections, according to you, were irrelevant to your bonus; is that right? 10:55:23
A. Yes.
Q. Okay. You know who Mr. Blakeley is; right?
A. Yes.
Q. Okay. You worked with Mr. Blakeley; is that right? 10:55:36
A. Yes.
Q. Are you aware that Mr. Blakeley testified in this case?
A. No. 10:55:43
Q. Mr. Blakeley testified under oath that the bonus structure took into account resource projections.
Do you understand that?
A. No. 10:55:51

Q. Okay. Do you disagree with Mr. Blakeley?
A. Yes.
Q. So Mr. Blakeley would have been testifying falsely -- falsely if he told me that the bonus structure took into account resource projections; is that right? 10:56:08
A. I can't speak for what Mr. Blakeley testified to.
Q. Well, I'm telling you I can represent that Mr. Blakeley testified that the bonus structure took into account resource projections. 10:56:20
And you say that that's false; correct?
A. Correct.
Q. Okay. When you retired at age 57, did you receive any form of compensation? 10:56:35
A. Yes.
Q. What compensation did you receive?
A. Some prorated portion of salary and long-term incentives that were vested, maybe some partial bonus. I don't recall exactly. 10:57:00
Q. How much, in total, did you receive?
A. I don't recall.
Q. Approximately?
A. I -- I do not recall approximately how much. 10:57:15

Q. More than a million?
A. Yes.
Q. More than 2 million?
A. Yes, I believe so.
Q. More than 3 million? 10:57:24
A. I do not recall.
Q. Somewhere between 2 and 3 million; is that your testimony?
A. Possibly.
Q. Did you receive any severance? 10:57:32
A. Yes. I believe so.
Q. And that -- that 2 to $3 million was a severance; is that correct?
A. I don't recall what part was what.
Q. Are you familiar with the term "golden parachute"? 10:57:54
A. I have heard it.
Q. What do you understand it to mean?
A. A windfall of money.
Q. You received a golden parachute of between 2 and $3 million when you left Anadarko in 2018; is that right? 10:58:15
A. No.
Q. You told me you received a severance; right? 10:58:35

# Exhibit 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

--oOo--

In Re: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION ___________________________________/

Civil Action No. 4:20-cv-00576

VIDEO-RECORDED DEPOSITION OF DAVID BLAKELEY

VERITEXT VIRTUAL

FRIDAY, AUGUST 19, 2022

Reported by:
Anrae Wimberley, CSR No. 7778
Job No. 5344478

international) versus a 2015 target of 798 MMBOE; 01:26:42
right?
A. Yes.
Q. And "MMBOE" refers to million barrels of
oil; is that right? 01:26:52
A. Million barrels --
(Reporter seeks clarification.)
A. Million barrels of oil equivalent, so that
incorporates the natural gas that refined with oil.
Q. And how are these resource targets 01:27:08
generated?
A. I'm sorry, say that again, please?
Q. How are the resource targets generated?
A. So what happens is, we take the -- what
the teams have come up with as far as their resource 01:27:24
rate -- their stochastic resource rate just for each
one of the prospects or projects that are to be
drilled during the year, and we take those resource
ranges from each one of the teams, and then Forrest
stochastically combines those into a resource range 01:27:50
of outcomes that we could target each year based on
what the -- I'm going to start using some terms --
what the P10 to P90 resource range could be for each
one of the projects and its associated net
revenue -- or net revenue, interests, and risks. 01:28:20

Q. And is it Forrest Burton who is the one who ultimately generates these resource targets? 01:28:23

A. He stochastically aggregates those targets. The actual people who are generating the resource targets are from the individual exploration teams in their evaluations. 01:28:39

Q. And is there a target made for the full year and then subsequent quarters during that year?

A. So the target is for the full year, and then each quarter we take the results to date and input that into the aggregation of the resource. 01:28:59

So it's not we're doing it -- we're not having a resource per quarter, but we are updating the resource target -- or the resource estimate of what we have identified throughout the year, and we do that on a quarterly basis. 01:29:21

Q. Got it. I think that's what I meant but I didn't say it very clearly, and you've clarified it for me.

So just if I'm clear, you come up with a 2015 resource target presumably at the end of 2014; is that right? 01:29:33

A. Yes, that would have been our -- that would have been part of our performance analysis to make sure that we're performing as an organization. 01:29:46

Q. And then that 2015 resource target is then updated at the first quarter; right? 01:29:50
A. Yes.
Q. And then further updated at the second quarter; right? 01:30:00
A. Yes.
Q. And so on throughout the year?
A. And third quarter and fourth quarter.
Q. And what's the purpose of the resource target? 01:30:10
A. It's a way of measuring our performance as an exploration organization. So as an organization, we want to make sure that we're tracking how well we're performing, and resource targets are part of that performance tracking. 01:30:28
Q. Is compensation tied to resource targets at all?
A. I'm sorry, say that last part again?
Q. Is compensation tied to resource targets at all? 01:30:45
A. It is tied indirectly, I'd say.
Q. Tell me what you mean.
A. So your resources, each individual team has -- would have its resource target, what it's looking for and -- as part of their goals. And as 01:31:01

part of the -- part of the way we did our business is, you know, you would be evaluated versus how well you achieved your goals. 01:31:06

And for Exploration, discovering of resources was part of your goals, and therefore, your bonuses and were -- not -- but your bonuses were influenced by how well you achieved your goals. 01:31:23

Q. So if you miss your target, that would negatively affect your bonus, I take it?

A. So if you missed your target, you might not get as big a bonus, yeah. 01:31:46

Q. And if you look at the chart there -- I think it's in the text as well -- it shows that the 2015 target was 798 million barrels of oil equivalent; right? 01:32:14

A. Yes.

Q. And then it looks like Q2, the target had been revised to 503 million barrels of oil equivalent; right?

A. No, the target does not get revised. What is happening there is it's a forecast of what the annual resource additions might be by year end based on what's occurred to date and what's planned for the rest of the year. 01:32:25

So it's not that the target gets changed. 01:32:45

The forecast of where we might land at the end of the year is changed. 01:32:48

Q. So that forecast dropped about 300 million barrels of oil equivalent from 2015 to Q2; right? 01:33:01

A. Yes.

Q. Why is that?

A. It's based on the results to date through the second quarter.

Q. And so the results in Exploration showed that there were fewer barrels of oil equivalent that you forecast obtaining during the year 2015; is that right? 01:33:09

A. It's -- yeah, we're saying that our forecast for the whole year based on what's left to drill, what's left to -- you know, what's still out there outstanding as far as what we're trying to do, yeah, it looked like it came down. 01:33:23

Q. And the Shenandoah project was one of the projects that was taken into account in those targets; right? 01:33:42

A. Yes.

Q. And that was -- the Shenandoah project was one of the things that influenced the downward revision in the million barrels of oil equivalent 01:33:52

during 2015; right? 01:33:57

A. Hold on.

(Witness reviews document.)

A. Well, it doesn't say anywhere in here that Shenandoah was one of the reasons that it came down. 01:34:21

Q. You can see that in the calculator that's attached; correct?

[redacted]

Q. You can see Shenandoah 4 in the attachment; correct?

A. Yes. 01:35:09

Q. And that shows that the Shenandoah forecast lowered the target; right?

A. I don't believe so. It's got Shenandoah 4 appraisal, and it's got a net risk mean resource of about -- it looks like about 50 million barrels. 01:35:36

# Exhibit 8

**From:** Lauren E. Phillips
**Sent:** Tuesday, March 14, 2023 7:57 PM
**To:** 'Rachel Jensen' <RachelJ@rgrdlaw.com>; Benjamin Gruenstein <bgruenstein@cravath.com>; Lauren Rosenberg <lrosenberg@cravath.com>
**Cc:** Francisco Mejia <FMejia@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Raffi Friedman <RFriedman@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>
**Subject:** RE: In re Anadarko Petroleum Corp. Sec. Litig., No. 4:20-cv-00576 (S.D. Tex.)

Rachel,

Mr. Murphy's report goes to scienter, on which Defendants do not have the burden of proof. Accordingly, his report was timely filed on January 25, 2023, independent of Regan's report, and need not be withdrawn on the basis that you have partially withdrawn Regan's report.

Best,
Lauren

Lauren E. Phillips
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T: 1 (212) 474-1795
lephillips@cravath.com

**From:** Rachel Jensen <RachelJ@rgrdlaw.com>
**Sent:** Sunday, March 12, 2023 5:55 PM
**To:** Benjamin Gruenstein <bgruenstein@cravath.com>; Lauren Rosenberg <lrosenberg@cravath.com>; Lauren E. Phillips <lephillips@cravath.com>; Daniel Slifkin <DSlifkin@cravath.com>
**Cc:** Francisco Mejia <FMejia@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Raffi Friedman <RFriedman@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>
**Subject:** In re Anadarko Petroleum Corp. Sec. Litig., No. 4:20-cv-00576 (S.D. Tex.)

External (rachelj@rgrdlaw.com)
Report This Email FAQ

Counsel:

Pursuant to the Court's October 11, 2022 Amended Scheduling and Docket Control Order (Dkt. No. 142), expert designations and rebuttal expert designations were due by November 9, 2022 and January 25, 2023, respectively. On November 9, 2022, Plaintiffs served the Expert Report of D. Paul Regan, CPA/CFF ("Regan Report"). On January 25, 2023, Defendants served the Rebuttal Report of Kevin J. Murphy ("Rebuttal Murphy Report"), which purports to rebut portions of the Regan Report that reference executive compensation.

Plaintiffs hereby withdraw Mr. Regan's opinion regarding executive compensation in paragraphs 77(c) and 86 of his report. Given that the Murphy Rebuttal does not purport to rebut or contradict any of Mr.

Regan's remaining opinions or any other opinion offered by Plaintiffs' other experts, Murphy's "rebuttal opinions are necessarily irrelevant." *LaSalle Bank Nat. Ass'n v. CIBC Inc.*, 2012 WL 466785, at *22 (S.D.N.Y. Feb. 14, 2012); *see e.g.*, *Spencer v. Peters*, 2013 WL 74447, at *1 (W.D. Wash. Jan. 7, 2013).

Please confirm by Tuesday, March 14, 2023, that Defendants will withdraw the Rebuttal Murphy Report.

Best,
Rachel

**Rachel L. Jensen**
Partner

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

# Exhibit 9

**To:** Leyendecker, Ernie[Ernie.Leyendecker@anadarko.com]; Trautman, Tim[Tim.Trautman@anadarko.com]; Sease, Diane[Diane.Sease@anadarko.com]; Bryan, Jim [Jim.Bryan@anadarko.com]
**From:** Pachman, Jeff[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=WGV237]
**Sent:** Thur 2/12/2015 4:56:33 PM Coordinated Universal Time
**Subject:** RE: Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report

---

Okay,,,,thanks. I will request that Marathon state the Shenandoah was expensed in lieu of being classified as a dry hole. We will see what they say.

---

**From:** Leyendecker, Ernie
**Sent:** Thursday, February 12, 2015 9:56 AM
**To:** Pachman, Jeff; Trautman, Tim; Sease, Diane; Bryan, Jim
**Subject:** RE: Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report

Would prefer they reference Shenandoah as expensed and not a dry well.

Yes it was a wet well, but extremely valuable information in the normal course of a prudent operator delineating a field's limits. Using industry best practices the well allowed the owners to project the oil-water-contacts and is potentially useable as a future water injection well for pressure maintenance.

---

**From:** Pachman, Jeff
**Sent:** Thursday, February 12, 2015 9:43 AM
**To:** Leyendecker, Ernie; Trautman, Tim; Sease, Diane; Bryan, Jim
**Subject:** FW: Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report

FYI

---

**From:** Hamrick, Dan (MRO) [mailto:jdhamrick@marathonoil.com]
**Sent:** Thursday, February 12, 2015 8:01 AM
**To:** Flinner, Teri L; Pachman, Jeff; jross@venari.net; Ben Davis
**Cc:** Bryan, Jim; Dowdell, Brad (MRO); Scott Cornwell
**Subject:** RE: Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report

The following sentence will be included in Marathon's earnings news release scheduled for Feb. 18. Please let me know if you have any questions or concerns.

"Dry well costs included the Company-operated Key Largo, and outside-operated Perseus and second Shenandoah appraisal well in the Gulf of Mexico."

Dan Hamrick
Landman
Marathon Oil Company
P.O. Box 3128
Houston, Texas 77253-3128
Direct Phone: 713-296-3404
Fax: 713-296-4209
E-mail: jdhamrick@marathonoil.com

---

**From:** Flinner, Teri L [mailto:Teri.L.Flinner@conocophillips.com]
**Sent:** Thursday, January 22, 2015 8:01 AM
**To:** Pachman, Jeff; jross@venari.net; Ben Davis; Hamrick, Dan (MRO)
**Cc:** Bryan, Jim; Dowdell, Brad (MRO); Scott Cornwell
**Subject:** Shenandoah - WR 52 #2 (Shen 3) =>COP 4th Qtr Report

Please be advised that ConocoPhillips Company will include the following statement in ConocoPhillips' fourth-quarter and full-year 2014 earnings report expected to follow our conference call that will be held on Jan. 29th.

"After evaluation, the company expensed the Shenandoah appraisal well as non-commercial."

**Teri L. Flinner**
GOM Principal Exploration Landman
ConocoPhillips Company
281-293-2055
**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe this e-mail message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

---

**From:** Hamrick, Dan (MRO) [mailto:jdhamrick@marathonoil.com]
**Sent:** Monday, January 19, 2015 10:56 AM
**To:** Pachman, Jeff
**Cc:** Bryan, Jim; Flinner, Teri L; jross@venari.net; Ben Davis; Dowdell, Brad (MRO)
**Subject:** [EXTERNAL]RE: Shenandoah - WR 52 #2 (Shen 3) =>APC 4th Qtr Ops Report

Jeff,
Marathon has no issue with the Shenandoah statement referred to below. Marathon will include a similar statement in our upcoming fourth quarter and full-year 2014 earnings news release on Wednesday, Feb. 18, after the close of U.S. financial markets. I will forward to the Shenandoah partners prior to release.
Thanks,
Dan

---

**From:** Flinner, Teri L [mailto:Teri.L.Flinner@conocophillips.com]
**Sent:** Monday, January 19, 2015 9:42 AM
**To:** Pachman, Jeff; Ben Davis; Hamrick, Dan (MRO); jross@venari.net
**Cc:** Bryan, Jim
**Subject:** RE: Shenandoah - WR 52 #2 (Shen 3) =>APC 4th Qtr Ops Report

Jeff, ConocoPhillips Company has no issue with the statement listed below that Anadarko has indicated may be included in their 4th quarter 2014 Operations Report.

**Teri L. Flinner**
GOM Principal Exploration Landman
ConocoPhillips Company
281-293-2055
**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe this e-mail message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

---

**From:** Pachman, Jeff [mailto:Jeff.Pachman@anadarko.com]
**Sent:** Monday, January 12, 2015 9:18 AM
**To:** Flinner, Teri L; Ben Davis; Hamrick, Dan (MRO); jross@venari.net
**Cc:** Bryan, Jim
**Subject:** [EXTERNAL]Shenandoah - WR 52 #2 (Shen 3)

In regard to the recently drilled and plugged Shen 3 well (WR 52 #2), the following will likely appear in Anadarko's 4th quarter 2014 Operations Report.

If your company plans to include the Shen 3 in its update and/or operations report, please advise accordingly.If you have any questions or comments please let me know. Thanks.

- Shenandoah Appraisal, Walker Ridge 51, 52 & 53 (WI 30%): The second appraisal well was spud on WR 52 in the second quarter and finished at the end of 2014. The well successfully tested the same well developed reservoir sands 1,500' down-dip and 2.3 miles east of the Shenandoah-2 well which encountered over 1,000 feet of net oil pay in excellent quality Lower Tertiary-aged. The Shenandoah-3 well found an expanded geologic reservoir section and delineated the potential oil-water contacts of the field as expected. Planning is currently underway for the next appraisal well which will spud in Q2 2015.

Click here for Anadarko's Electronic Mail Disclaimer

# Exhibit 10

**To:** Ferrara, Bill[Bill.Ferrara@anadarko.com]; Johnson, Diane[Diane.Johnson@anadarko.com]; Roberts, Jennifer[Jennifer.Roberts@anadarko.com]
**From:** Judkins, Cheryl
**Sent:** 2015-01-06T10:57:14-06:00
**Importance:** Normal
**Subject:** Accounting Issues 4Q2014_01062015.doc
**Received:** 2015-01-06T10:57:16-06:00
Accounting Issues 4Q2014_01062015.doc

Are these 2015? Or still possible 2014? I have attached current issues list as well in case that is helpful.

**Transactions Monitoring (Additional info on Deal Matrix):**

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |

Anadarko Petroleum Corporation
Fourth-Quarter 2014 Accounting Issues List

**10-Q DRAFT DATES**

| Draft Version | Distribution Date | Comments Due |
|---|---|---|
| 1 | Thursday, December 11 | Thursday, December 18 (noon) |
| 2 | Friday, January 16 | Wednesday, January 21 (noon) |
| 3 | Wednesday, January 28 | Tuesday, February 3 (noon) |
| 4 | Thursday, February 5 | Friday, February 6 |

**File 10-K – Thursday, February 19**

**DOMESTIC PROPERTY**

*4Q 2014 Items*

1. Exploratory wells drilling with over $1MM exposure

| Offshore Property | Spud Date | Rig Release Date | Estimated Spending through Quarter |
|---|---|---|---|
| [redacted] | | | |

2. Proved Property and Midstream Impairment Review

| Oil and Gas Depreciation Units | Potential I/S Impact | Comments |
|---|---|---|
| Gas Pricing – 12/31 | | Gas is down on average, 11.86% from Q3, with year 5 and beyond down 4.63% |
| Oil Pricing – 12/31 | | Oil is down on average 24.87% from Q3, with year 5 and beyond down 17.32% |
| **Offshore Property** | **Potential I/S Impact** | **Comments** |
| | | |
| | | |
| **Onshore Property** | **Potential I/S Impact** | **Comments** |
| | | |
| | | |
| **Midstream** | **Potential I/S Impact** | **Comments** |
| | | |
| | | |

3. Held for Sale (HFS) Review/Transactions

| Property | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |
| | | |

4. Transactions Closed or Expected to Close:

| Property | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |

5. NPLH Review

| Onshore | Property | $ Exposure | Comments |
|---|---|---|---|
| [redacted] | | | |
| **Offshore** | **Property** | **$ Exposure** | **Comments** |
| [redacted] | | | |

6. Other

| Issue | F/S Impact |
|---|---|
| Shenandoah 3 appraisal well was drilled to TD during the quarter, to test the down dip limit of the field. The well did not encounter hydrocarbons but is considered a successful appraisal well by Exploration. Property Accounting was advised that Exploration would like to leave the well cost suspended, using the Heidelberg precedence since the well did provide substantial information about the reservoir. Also, Exploration is evaluating future utility of the wellbore as a sidetrack, injection or development well. | Estimated AUC $65MM as of 12/31 |
| [redacted] | |

[redacted]

*Resolved items*

7. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| | | |
| | | |

8. Exploration and Appraisal wells.

| Property | Dry Hole (Amount Expensed) or Successful? |
|---|---|
| | |

9. Held for Sale (HFS) Review

| Property | F/S Impact | Comments |
|---|---|---|
| | | |

*Future Period Items*

| Issue | F/S Impact | Comments |
|---|---|---|
| | | |

## REVENUE ACCOUNTING

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| | | |
| | | |

*Resolved items*

*Future Period Items*

## MIDSTREAM/MARKETING ACCOUNTING

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|

[redacted]

2. Transactions Closed or Expected to Close:

| Property | F/S Impact | Comments |
|---|---|---|

[redacted]

*Resolved items*

*Future Period Items*

## INTERNATIONAL ACCOUNTING

*4Q 2014 Items*

1. Exploration and Appraisal wells drilling.

| Country | Property | Spud Date | Rig Release Date | Estimated Spending through [redacted] |
|---|---|---|---|---|

[redacted]

2. NPLH Review

| Country | Property | $ Exposure | Comments |
|---|---|---|---|
| | | | |
| | | | |

3. Transactions Closed or Expected to Close:

| Property | F/S Impact | Comments |
|---|---|---|
| | | |
| | | |

4. Other

| Country | Issue | F/S Impact | Comments |
|---|---|---|---|
| [redacted] | | | |

***Resolved items***

5. Exploration and Appraisal wells.

| Country | Property | Dry Hole (Amount Expensed) or Successful? |
|---|---|---|
| [redacted] | | |

6. Other

| Country | Issue | F/S Impact | Comments |
|---|---|---|---|
| [redacted] | | | |
| | | | |
| | | | |
| | | | |
| | | | |

***Future Period Items***

| | | | |
|---|---|---|---|
| [redacted] | | | |
| | | | |

## RISK ACCOUNTING

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |

*Resolved items*

*Future Period Items*

## POLICY

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |
| 4Q Goodwill Analysis | TBD | |
| | | |

**Transactions Monitoring (Additional info on Deal Matrix):**

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |
| | | |

*Resolved items*

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |
| | | |
| | | |

*Future Period Items*

2. Other

| Issue | F/S Impact | Comments |
| --- | --- | --- |
| [redacted] | | |

**Commercially Sensitive**

| | | |
|---|---|---|
| | | Commercially Sensitive |
| | | |

**FINANCIAL REPORTING**

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| | | |
| | | |

*Resolved items*

*Future Period Items*

**FINANCIAL ACCOUNTING**

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| | | |
| | | |

*Resolved items*

*Future Period Items*

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |

[redacted]

## TAX

*4Q 2014 Items*

1. Other

| Issue | F/S Impact | Comments |
|---|---|---|
| [redacted] | | |

**Commercially Sensitive**

[redacted]

*Resolved items*

| | | |
|---|---|---|
| | | |

*Future Period Items*

| Issue | F/S Impact | Comments |
|---|---|---|

| | | |
|---|---|---|

## Fourth-Quarter Highlights/Significant Issues/Transactions

This section lists significant issues or transactions that occurred during the period. These items include transactions that may have been completed prior to June and thus not included with the open issues. These issues or transactions are summarized here to ensure we identify items to consider for accounting and disclosure purposes. Not all items listed will result in accounting transactions recorded during the period or in disclosure in the quarterly or annual reports.

***4Q 2014 Items***

[redacted]

***Possible Future Period Items/Watch Items***