United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § | CIVIL ACTION NO. 4:20-CV-00576 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |

# ORDER

On August 17, 2026, Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), jointly moved to file under seal Exhibits 66-68, 78, 81-82, 98-99, 103-105, 107-109, 115, 117-118, and 120 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF 329). The Parties' joint motion (ECF 350) is hereby GRANTED.

SO ORDERED.

Signed on August 20, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge