**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576<br><br>District Judge Charles R. Eskridge III<br><br>CLASS ACTION |

**JOINT MOTION FOR LEAVE TO FILE EXHIBIT TO SUMMARY JUDGMENT AND DAUBERT REPLY BRIEFS UNDER SEAL**

The Parties[1] hereby jointly move for the Court's approval to file under seal an exhibit to the Declaration of Kevin J. Orsini in Support of Replies in Support of Defendants' Motion for Summary Judgment and Motions to Exclude the Testimony of Dr. Robert Merrill, Lyndon Pittinger, D. Paul Regan, and Bjorn I Steinholt (ECF No. 345-1) (the "Orsini Declaration").

On June 1, 2026, the Parties jointly moved for the Court's approval to file

[1] "Parties" refers to Class Representatives Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Iron Workers Local #580 Joint Funds, on behalf of themselves and the Class (collectively, "Plaintiffs"), and defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker, III (collectively, "Defendants").

under interim seal their briefs in connection with (1) Defendants' summary judgment motion and the exhibits thereto and (2) the Parties' *Daubert* motions (together with Defendants' summary judgment motion, the "Motions") for a period of four weeks to review the large number of exhibits and propose appropriate redactions pursuant to the Parties' Protective Order. (ECF No. 306.) The Court granted the Parties' joint motion on June 8, 2026 and instructed the Parties moving to seal to "file a motion to seal setting forth the reasons for sealing and attaching proposed redacted copies of the papers." (ECF No. 316.) Pursuant to the Court's June 8, 2026 order and Section 12(b) of the Court's Procedures, the Parties move jointly to seal an exhibit to the Orsini Declaration. A proposed redacted copy of the exhibit is attached hereto. Simultaneously with this joint motion, the Parties are also filing the Motions reply briefs and supporting exhibits that are not subject to this motion and that were filed under seal pursuant to ECF No. 316.

## LEGAL STANDARD

"[T]he decision as to access [of court records] is one best left to the sound discretion of the trial court." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978). "In exercising its discretion to seal judicial records, the court must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

## ARGUMENT

The Parties move to seal confidential business information contained in Exhibit 118 to the Orsini Declaration. "Courts in [the Fifth Circuit] have sealed documents to prevent the disclosure of confidential business information." *Occidental Petroleum*

*Corp. v. Wells Fargo Bank, N.A.*, 622 F. Supp. 3d 495, 507 (S.D. Tex. 2022), *aff'd*, 117 F.4th 628 (5th Cir. 2024). Exhibit 118 contains information concerning Defendants' commercial oil and gas exploration and development projects that are unrelated to the Shenandoah project at issue in this matter. *See, e.g.*, *Decapolis Grp., LLC v. Mangesh Energy, Ltd.*, 2014 WL 702000, at *2 (N.D. Tex. Feb. 24, 2014) (granting motion to seal materials that contain "sensitive information such as business strategies and the developmental progress of [defendant's] oil and gas exploration").

For the reasons set forth herein, the Parties jointly request that the Court grant their motion and permit the attached exhibit to be filed in redacted form.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Kevin J. Orsini*

**CRAVATH, SWAINE & MOORE LLP**
Kevin Orsini (*pro hac vice*)
Lauren Rosenberg (*pro hac vice*)
Melissa Syring (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
korsini@cravath.com
lrosenberg@cravath.com
msyring@cravath.com

**SHIPLEY SNELL MONTGOMERY LLP**
George T. Shipley
State Bar No. 18267100
Federal ID No. 02118
712 Main Street, Suite 1400
Houston, TX 77002
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
gshipley@shipleysnell.com

*Attorneys for Defendants*

*/s/ Hillary B. Stakem*
**ROBBINS GELLER RUDMAN & DOWD LLP**
MARK SOLOMON (*pro hac vice*)
DANIEL S. DROSMAN (*pro hac vice*)
LUKE O. BROOKS (*pro hac vice*)
HILLARY B. STAKEM (*pro hac vice*)
FRANCISCO J. MEJIA (*pro hac vice*)
NICOLE Q. GILLILAND (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dand@rgrdlaw.com
LukeB@rgrdlaw.com
hstakem@rgrdlaw.com
fmejia@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

**KENDALL LAW GROUP, PLLC**
JOE KENDALL (Texas Bar No. 11260700)
Attorney-in-charge
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

*Texas Local Counsel for Plaintiffs and the Class*

**CERTIFICATION OF WORD COUNT**

In accordance with Rule 18(c) of Your Honor's Court Procedures, I hereby certify that this document contains 514 words, exclusive of the caption and the signature block.

Dated: September 8, 2026

*/s/ Kevin J. Orsini*
Kevin Orsini

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated: September 8, 2026

*/s/ Kevin J. Orsini*
Kevin Orsini