**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | Case No. 4:20-cv-576<br><br>District Judge Charles R. Eskridge III<br><br>CLASS ACTION |

**DECLARATION OF KEVIN J. ORSINI**
**IN SUPPORT OF REPLIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE THE TESTIMONY OF DR. ROBERT MERRILL, LYNDON PITTINGER, D. PAUL REGAN, AND BJORN I. STEINHOLT**

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Orsini, declare as follows:

1. I am a Partner of the law firm Cravath, Swaine & Moore LLP and have been admitted pro hac vice as counsel for Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels, and Ernest A. Leyendecker III in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Replies in Support of Defendants' Motion for Summary Judgment and Motions to Exclude the Testimony of Dr. Robert Merrill, Lyndon Pittinger, D. Paul Regan, and Bjorn I. Steinholt.

3. Submitted with this Declaration as Exhibit 115 is a true and correct copy of excerpts from the deposition transcript of Lea Frye in this litigation, dated October 7, 2022.

4. Submitted with this Declaration as Exhibit 116 is a true and correct copy of a slide deck beginning with Bates number APC-00060383.

5. Submitted with this Declaration as Exhibit 117 is a true and correct copy of excerpts from the deposition transcript of J. Richard Dietrich in this litigation, dated March 11, 2023.

6. Submitted with this Declaration as Exhibit 118 is a true and correct copy of an email from Chip Oudin to Pat McGrievy et al. RE: August Shenandoah Meetings, dated August 18, 2014, beginning with Bates number APC-00000770.

7. Submitted with this Declaration as Exhibit 119 is a true and correct copy of excerpts from the deposition transcript of Charles "Chip" F. Oudin III in this litigation, dated June 30, 2022.

8. Submitted with this Declaration as Exhibit 120 is a true and correct copy of excerpts from the deposition transcript of Allen Ferrell in this litigation, dated March 2, 2023.

9. Submitted with this Declaration as Exhibit 121 is a true and correct copy of excerpts from the deposition transcript of Alexander Younger in this litigation, dated November 19, 2021.

10. Submitted with this Declaration as Exhibit 122 is a true and correct copy of excerpts from the deposition transcript of Lyndon Pittinger in this litigation, dated December 16, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026

*/s/ Kevin J. Orsini*
Kevin J. Orsini