# EXHIBIT 1

**To:** Joshi, Nikhil[Nikhil.Joshi@anadarko.com]
**From:** McGrievy, Pat[/O=APC/OU=DOMESTIC/CN=RECIPIENTS/CN=QAJ309]
**Sent:** Wed 10/21/2015 1:05:27 PM Coordinated Universal Time
**Subject:** RE: GC 561 #3 Completion AFE Supplement 1 (~$95MM)

---

Thanks for the feedback Nikhil.

**Patrick (Pat) L. McGrievy**

**ANADARKO PETROLEUM CORPORATION**
***General Manager – K2 Area & Shenandoah Pre-development***
***DW Gulf of Mexico Region – Foldbelt Area***
***Office: (832)636-3973 Cell: (281)-798-4483***

---

**From:** Joshi, Nikhil
**Sent:** Wednesday, October 21, 2015 7:10 AM
**To:** Aures, Hope; McGrievy, Pat
**Subject:** RE: GC 561 #3 Completion AFE Supplement 1 (~$95MM)

Pat,
We are pursuing coating of the tubing to mitigate solids (asphaltene and paraffin deposition) for Shenandoah but it is still in proof-of-concept stage. Chevron had coated tubing for their Typhoon project for asphaltenes but the company that did the work (Tubascope) is part of NOV (I believe) but I cannot find any contacts to pursue this lead.

In short, the tubing coating is not on the table for any of our wells today.

Thanks,
Nikhil

---

**From:** Aures, Hope
**Sent:** Monday, October 19, 2015 2:28 PM
**To:** McGrievy, Pat
**Cc:** Joshi, Nikhil
**Subject:** RE: GC 561 #3 Completion AFE Supplement 1 (~$95MM)

Pat –

My responses are included. However, Nikhil may need to chime in on #4. I am not planning to use plastic coated tubing, and I do not know if any studies have been executed to evaluate 13Cr110 vs IPC for asphaltene resistance. We used IPC back in my shelf days for paraffin deposition mitigation, although I recall that it wasn't very effective.

1. How many track record do you have for 3-zone completion in recently GOM?

Anadarko has recently completed three 3-zone completions in the GOM.

2. Success ratio of above track record. If you have any failure case, please give us the main reason of failure.

The first two 3-zone completions were successful. The failure of the 3rd well is unknown, but we suspect that it was related to debris management. One of the zones screened out early and an excessive amount of proppant was circulated out of the well. The team was unable to hydraulically open the RFVs across both the middle and lower zones, and they were unable to access either zone through tubing with wireline and coiled tubing. Minimal diagnostic work was performed in order to preserve the 3rd zone, which is currently producing.

One of the 3 zone completions experienced complications during operations when one of the fluid loss control devices opened prematurely, resulting in excessive fluid loss to that zone. The devices need to be sheared with pressure and opened with an underbalance. It was concluded that the fluid loss device opened during reverse out operations following the frac pack. This is a learning that has been carried forward on completions since.

3. If you have any expectation of failure in the well, do you have any contingency plan after trouble?

With the M15 in the GC561#3 being drawn down in comparison to the M10 and M9, the above event was recognized as a risk. However, we have mitigated it by replacing the hydraulically operated fluid loss device with mechanical sleeves across the M15. The sleeves will be tested before POOH after the M15 frac pack. If a leak if observed, there is a profile available for setting a plug.

4. Do you have any plan of use special coating pipe that avoid asphalting bond around M10 zone (above M15 mechanical sleeve)?

We are planning to use 13Cr110 tubing in this completion.

Regards,
*Hope R. Aures*

**Exhibit**
540

**ANADARKO PETROLEUM CORPORATION**
Sr. Staff Completion Engineer
1201 Lake Robbins Drive, The Woodlands, Texas 77380
Office: (832) 636-2475 Fax: (832) 636-5464 Cell: (281) 889-8870
Hope.Aures@Anadarko.com

---

**From:** McGrievy, Pat
**Sent:** Monday, October 19, 2015 1:47 PM
**To:** Aures, Hope
**Subject:** FW: GC 561 #3 Completion AFE Supplement 1 (~$95MM)

Hope, can you please provide feedback on the following questions from MCX?

Thanks, Pat

**Patrick (Pat) L. McGrievy**

**ANADARKO PETROLEUM CORPORATION**
***General Manager – K2 Area & Shenandoah Pre-development***
***DW Gulf of Mexico Region – Foldbelt Area***
***Office: (832)636-3973 Cell: (281)-798-4483***

---

**From:** Yuto Ishida [mailto:y.ishida@mcxusa.com]
**Sent:** Friday, October 16, 2015 11:08 AM
**To:** McGrievy, Pat; Meyer, Frank
**Cc:** Daishi Kawamura; Hiroaki Tanaka
**Subject:** GC 561 #3 Completion AFE Supplement 1 (~$95MM)

Dear Pat,

We received AFE for GC561#3 completion operation.
I would like to ask below points,

1. How many track record do you have for 3-zone completion in recently GOM?
2. Success ratio of above track record. If you have any failure case, please give us the main reason of failure.
3. If you have any expectation of failure in the well, do you have any contingency plan after trouble?
4. Do you have any plan of use special coating pipe that avoid asphalting bond around M10 zone (above M15 mechanical sleeve)?

The answer of above question is very helpful for our internal justification.
Regards,

Yuto Ishida
Deputy Manager, Drlg Engineer
MCX USA LLC
5847 San Felipe, Suite 2525, Houston, TX 77057
Office 713-600-4804, Cell 281-797-3638
y.ishida@mcxusa.com

差出人: "Meyer, Frank" <Frank.Meyer@anadarko.com>
宛先: "Bob Kelsey" <Bob.Kelsey@ecopetrol-america.com>, "Ray Marshall" <rmarshall@noex.com>, "Daishi Kawamura" <D.Kawamura@mcxusa.com>, "Will McCrocklin" <Will.D.McCrocklin@conocophillips.com>
Cc: "McGrievy, Pat" <Pat.McGrievy@anadarko.com>, "Beard, Corrie" <Corrie.Beard@anadarko.com>, "Browning, Brad" <Brad.Browning@anadarko.com>
件名: GC 561 #3 Completion AFE Supplement 1 (~$95MM)

Bob et al,

Attached is APC's transmittal letter with its completion AFE Supplement 1 for the GC 561 #3 M9/M10/M15 triple smart frac pack. 30-day election; prompt approvals are respectfully requested. Original to be delivered tomorrow.
Thanks
Frank

Click here for Anadarko's Electronic Mail Disclaimer<http://www.anadarko.com/notices/Pages/Electronic-Mail-Disclaimer.aspx>