United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | CIVIL ACTION NUMBER |
| | § | 4:20-cv-00576 |
| | § | |
| | § | |
| IN RE ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |

## ORDER

By email to the Case Manager, the parties have provided notice that they have agreed to a settlement in principle.

The motion hearing set for October 2, 2026, is CANCELED. Dkt 318.

The date and time will be reserved on the Court's calendar for potential status conference by video, if the motion for approval of settlement as anticipated by the parties isn't filed by September 28, 2026.

All other deadlines and hearings are ABATED. SO ORDERED.

Signed on September 22, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge