# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>Plaintiff, | § | CIVIL ACTION NO. |
| | § | 4:20−cv−00576 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| Anadarko Petroleum Corporation, et al.<br>Defendant. | § | |
| | § | |
| | § | |

## NOTICE OF SETTING

Take notice that a Status Conference is set as follows:

Friday, October 2, 2026, at 10:00 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, by video
515 Rusk Street
Houston, Texas 77002