United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § | CIVIL ACTION NO. 4:20-CV-00576 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |

## ORDER

On September 8, 2026, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund (collectively, "Lead Plaintiff"), and Defendants Anadarko Petroleum Corporation, R.A. Walker, Robert G. Gwin, Robert P. Daniels and Ernest Leyendecker, III (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), jointly moved to file under seal Defendants' Exhibit 118 to the Declaration of Kevin J. Orsini in Support of Replies in Support of Defendants' Motion for Summary Judgment and Motions to Exclude the Testimony of Dr. Robert Merrill, Lyndon Pittinger, D. Paul Regan, and Bjorn I. Steinholt, ECF No. 345-1.

The Parties' joint motion (ECF No. 358) is hereby GRANTED.

SO ORDERED.

Signed on September 25, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge