UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § § § § | Civil Action No. 4:20-cv-00576<br><br>CLASS ACTION<br><br>The Honorable Charles R. Eskridge III |

**DECLARATION OF LUKE O. BROOKS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE**

I, LUKE O. BROOKS, declare as follows:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in Support of Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement and Providing for Notice.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated September 28, 2026 ("Stipulation"), and the following exhibits to the Stipulation:

Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

Exhibit A-1: Notice of Pendency and Proposed Settlement of Class Action;

Exhibit A-2: Proof of Claim and Release;

Exhibit A-3: Summary Notice of Pendency and Proposed Settlement of Class Action;

Exhibit A-4: Postcard Notice; and

Exhibit B: Final Judgment and Order of Dismissal with Prejudice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 28th day of September 2026.

s/ Luke O. Brooks
LUKE O. BROOKS