**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | CIVIL ACTION NUMBER |
| | § | 4:20-cv-00576 |
| | § | |
| IN RE ANADARKO | § | JUDGE CHARLES ESKRIDGE |
| PETROLEUM | § | |
| CORPORATION | § | |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |

## MINUTE ENTRY

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on October 2, 2026. All parties were present by video and represented by counsel.

The Court addressed the unopposed motion for an order preliminarily approving settlement and providing for notice. Dkt 367.

The motion was GRANTED.

It was determined that the proposed settlement provides substantial relief and is a fair and reasonable compromise of heavily disputed issues that were thoroughly litigated. The proposed settlement was thus on that basis PRELIMINARILY APPROVED.

A preliminary order of approval will enter separately.

SO ORDERED.

Signed on October 2, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge