United States District Court
Southern District of Texas
**ENTERED**
October 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00576 |
|---|---|---|---|
| In re ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | | | |
| *versus* | | | |
| | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ellen Gusikoff Stewart<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058/ elleng@rgrdlaw.com<br>California State Bar No. 144892<br>N/A |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Lead Plaintiffs Norfolk County Council as Administering Authority of the Norfolk Pension Fund, Iron Workers Local #580 Joint Funds, and Building Trades United Pension Trust Fund |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/29/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 10/02/26 | Clerk's signature Disa McKinnie-Richardson |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: 10/09/2026

[signature]
United States District Judge