# United States District Court
# Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| Georgia Firefighters' Pension Fund<br>Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:20−cv−00576 |
| vs. | § | Judge Charles Eskridge |
| Anadarko Petroleum Corporation, et al.<br>Defendant. | §<br>§<br>§<br>§ | |

## Notice of Setting

Take notice that a Settlement Conference is set as follows:

Thursday, January 14, 2027, at 10:00 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002