United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE ANADARKO PETROLEUM CORPORATION SECURITIES LITIGATION | § | CIVIL ACTION NUMBER 4:20-cv-00576 |
| | § | JUDGE CHARLES ESKRIDGE |

# ORDER

An order preliminarily approving settlement of class action was entered on October 2, 2026. Dkt 369.

A number of motions currently show as pending:

- Motion to Strike the Rebuttal Report of Kevin J. Murphy. Dkt 307.
- Motion to Exclude Certain Opinions of Defendants' Expert Peter Keller. Dkt 308.
- Sealed Motion to Exclude Certain Testimony by Defendants' Expert Dr. Rocco Detomo. Dkt 309.
- Sealed Motion to Exclude Certain Testimony by Defendants' Expert J. Richard Dietrich, Ph.D. Dkt 310.
- Sealed Motion to Exclude State-of-Mind Testimony of Dr. Robert Merrill and Lyndon Pittinger. Dkt 311.
- Sealed Motion to Exclude Certain Testimony of D. Paul Regan. Dkt 312.

- Sealed Motion to Exclude Testimony of Plaintiffs' Damages Expert, Bjorn I. Steinholt. Dkt 313.
- Sealed Motion for Summary Judgment. Dkt 314.
- Motion to Exclude Certain Testimony by Defendants' Expert Dr. Rocco Detomo. Dkt 323.
- Motion to Exclude Certain Testimony by Defendants' Expert J. Richard Dietrich, Ph.D. Dkt 324.

The motions appear to be moot and on that basis are now DENIED WITHOUT PREJUDICE.

The motions may be reasserted should final settlement not be approved.

SO ORDERED.

Signed on October 21, 2026, at Houston, Texas.

CREskridge

Honorable Charles Eskridge
United States District Judge